# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-01530-AMM |
| | ) |
| **JOHN MERRILL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The parties are **ORDERED** to simultaneously file briefs on or before **12:00 PM, CENTRAL STANDARD TIME, ON THURSDAY, NOVEMBER 18, 2021**, that explain and support their positions on (1) the question whether a three-judge panel appointed under 28 U.S.C. § 2284 has jurisdiction to hear both the Voting Rights Act claims and the constitutional claims asserted in this action, *see* Doc. 1, and (2) the question whether this matter should be consolidated with *Singleton v. Merrill*, Case No. 21-cv-1291-AMM, in whole or in part. Counsel for plaintiffs are **ORDERED** to immediately inform counsel for the defendants of this order.

**DONE** and **ORDERED** this 16th day of November, 2021.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE