FILED

2021 Nov-17  AM 08:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

EVAN MILLIGAN, SHALELA DOWDY,
LETITIA JACKSON, KHADIDAH STONE,
ADIA WINFREY, GREATER
BIRMINGHAM MINISTRIES, and the
ALABAMA STATE CONFERENCE OF
THE NAACP,

        *Plaintiffs*,

        vs.

JOHN H. MERRILL, in his official capacity
as Secretary of State of Alabama, and JIM
MCCLENDON and CHRIS PRINGLE, in
their official capacities as Co-Chairs of the
Alabama Permanent Legislative Committee
on Reapportionment,

        *Defendants*.

### MOTION FOR ADMISSION *PRO HAC VICE* FOR DAVIN ROSBOROUGH AND JULIE A. EBENSTEIN

Pursuant to Local Rule 83.1(b), the applicants hereby move this Court to permit Davin Rosborough and Julie A. Ebenstein, attorneys at the American Civil Liberties Union Foundation, to be admitted to practice before this Court in this matter *pro hac vice* on behalf of the Plaintiffs. Mr. Rosborough and Ms. Ebenstein designate  LaTisha Gotell Faulks,  in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the Plaintiffs in this matter. In support of this Motion, the applicants  attach  the Declarations  of  Davin Rosborough and Julie A. Ebenstein.

The applicants respectfully request that this Court grant this application and permit them to appear as counsel *pro hac vice* and participate as co-counsel for the Plaintiffs in this matter.

DATED this 15th day of November, 2021.

Respectfully submitted,

/s/ LaTisha Gotell Faulks
LaTisha Gotell Faulks
(ASB#1279I63J)
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
Phone: (334) 265-2754
E-mail: tgfaulks@aclualabama.org

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel

of record in this case.

/s/ LaTisha Gotell Faulks
LaTisha Gotell Faulks
(ASB#1279I63J)
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
Phone: (334) 265-2754
E-mail: tgfaulks@aclualabama.org