IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | |

## **DECLARATION OF DAVIN ROSBOROUGH**

I state, under penalty of perjury, that:

1) My residential address is        **REDACTED**        Easton, PA 18042

2) I am a Senior Staff Attorney with the American Civil Liberties Union Foundation at 125 Broad Street, New York, NY 10004; Phone: (212) 549-2613;drosborough@aclu.org.

3) I am admitted to practice in the following courts: State of New York (admitted 2011); State of Virginia (admitted 2013); District of Columbia (admitted 2019, currently inactive status);United States District Court for the Southern District of New York (admitted 2012); Eastern District of New York (admitted 2012); Eastern District of Virginia (admitted 2014); Western District of Virginia (admitted 2014); United States Court of Appeals for the Fourth Circuit (admitted 2015); Fifth Circuit (admitted 2011); Sixth Circuit (admitted 2014); and U.S. Supreme Court (admitted 2019).

1

4) I am in good standing in all courts to which I amadmitted and eligible to practice in all of these courts without restriction except in the District of Columbia due to my decision to take inactive status.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate LaTisha Gotell Faulks (ASB #1279I63J) as my Local Counsel in this matter. Ms. Faulks is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2021.

_____
Davin Rosborough
American Civil Liberties Union
125 Broad Street
New York, NY 10004
Phone: (212) 549-2613
E-mail: drosborough@aclu.org

**Applicant Attorney for Plaintiffs**