IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |
|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs*, <br><br> vs. <br><br> JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment, <br><br> *Defendants*. |

### DECLARATION OF JULIE A. EBENSTEIN

I state, under penalty of perjury, that:

1) My residential address is **REDACTED** Brooklyn, NY 11215

2) I am a Senior Staff Attorney with the American Civil Liberties Union Foundation, at 125 Broad Street, New York, NY 10004; Phone: (212) 549-2686; jebenstein@aclu.org.

3) I am admitted to practice in the following courts: State of New York (admitted 2008), Southern District of New York (admitted 2009), Northern District of New York (admitted 2012), Eastern District of New York (admitted 2009), Northern District of Florida (admitted 2011), State of Florida (admitted 2011), Middle District of Florida (admitted 2011), Southern District of Florida (admitted 2011), D.C. Circuit (admitted 2012), Fourth Circuit (admitted 2014), Eight Circuit (admitted 2016) and Eleventh Circuit (admitted 2012); U.S. Supreme Court (admitted 2013).

4) I am a member in good standing in all courts to which I am admitted.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate LaTisha Gotell Faulks (ASB #1279I63J) as my Local Counsel in this matter. Ms. Faulks is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2021.

_____
Julie A. Ebenstein
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 549-2686
E-mail: jebenstein@aclu.org

*Applicant Attorney for Plaintiffs*

2