UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Evan Milligan, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-01530-AMM |
| ) | |
| John H. Merrill, in his official ) | |
| capacity as Alabama Secretary of State, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

The undersigned, a member of the bar of this Court, respectfully notices her appearance as counsel for Hon. John H. Merrill, in his official capacity as Secretary of State.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/Misty S. Fairbanks Messick
Misty S. Fairbanks Messick (ASB-1813-T71F)
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
telephone:    334.353.8674
facsimile:    334.353.8400
Misty.Messick@AlabamaAG.gov

**Counsel for Secretary of State Merrill**

## CERTIFICATE OF SERVICE

I certify that on November 17, 2021 I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to the following counsel for the Plaintiffs:

LaTisha Gotell Faulks
ACLU of Alabama Foundation
Post Office Box 6179
Montgomery, Alabama 36107
tgfaulks@aclualabama.org

Sidney M. Jackson
Nicki Lawsen
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
301 19th Street North
Birmingham, Alabama 35203
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Additionally, I certify that on November 17, 2021 I emailed notice to counsel for Senator Jim McClendon and Representative Chris Pringle, who has agreed to accept service of this notice *via email*:

Dorman Walker
Balch & Bingham LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
dwalker@balch.com

                                                s/Misty S. Fairbanks Messick
                                                *Counsel for Secretary of State Merrill*