# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 2:21-cv-01530-AMM |
| JOHN MERRILL, et al., | ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

Comes now, Benjamin M. Seiss, a member of the Bar of this Court, and enters his appearance as counsel for Defendant John Merrill, who is sued in his official capacity as the Secretary of State.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Benjamin M. Seiss
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Ben.Seiss@AlabamaAG.gov

**Counsel for Secretary Merrill**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Benjamin M. Seiss<br>
*Counsel for Secretary Merrill*