# N THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN, ET AL.,** | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) Civil Action No:  2:21-CV-01530-AMM |
| **JOHN H. MERRILL, IN HIS OFFICIAL CAPACITY AS ALABAMA SECRETARY OF STATE, ET AL.,** | ) ) ) ) |
| **Defendant.** | |

## NOTICE OF APPEARANCE

The undersigned, a member of the bar of this Court, respectfully notices his appearance as counsel for Sen. Jim McClendon, in his capacity as Senate Chairman of the Permeant Legislative Committee on Reapportionment of the State of Alabama and Rep Chris Pringle, in his capacity as House Chairman of the Permanent Legislative Committee on Reapportionment of the State of Alabama.

Respectfully submitted this the 17th day of November, 2021.

*s/ Dorman Walker*

**OF COUNSEL:**

Dorman Walker (ASB-9154-R81J)
Balch & Bingham LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 835-6500

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 17th day of November, 2021:

Edmund G. LaCour
elacour@ago.state.al.us
James W Davis
jim.davis@alabamaag.gov
Misty S. Fairbanks Messick
Misty.Messick@AlabamaAG.gov
Benjamin Matthew Seiss
ben.seiss@alabamaag.gov
Andrew Reid Harris
Reid.Harris@AlabamaAG.gov
Alexander Barrett Bowdre
Barrett.Bowdre@alabamaAG.gov
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130-0152
334-242-7300

LaTisha Gotell Faulks
tgfaulks@aclualabama.org
ACLU of Alabama Foundation
Post Office Box 6179
Montgomery, AL 36107
334-430-1742

Sidney M. Jackson
sjackson@wigginschilds.com
205-314-0835
Nicki Lawsen
nlawsen@wigginschilds.com
205-314-0535
Wiggins Childs Pantazis Fisher & Goldfarb, LLC
301 19th Street North
Birmingham, AL 35203

                                       *s/ Dorman Walker*
                                       Of Counsel