# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 2:21-cv-01530-AMM |
| JOHN MERRILL, et al., | ) |
| *Defendants*. | ) |

## CONFLICT DISCLOSURE STATEMENT

John H. Merrill, Alabama Secretary of State, who is sued in his official capacity in this action, in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

John H. Merrill, who is sued in his official capacity as Alabama Secretary of State is a government entity.

Respectfully submitted,

Steven T. Marshall
 *Attorney General*

s/ James W. Davis
James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

> S<span>TATE OF</span> A<span>LABAMA</span>
> O<span>FFICE OF THE</span> A<span>TTORNEY</span> G<span>ENERAL</span>
> 501 Washington Avenue
> Montgomery, Alabama 36130
> (334) 242-7300
> (334) 353-8400 (fax)
> Jim.Davis@AlabamaAG.gov
>
> *Counsel for Secretary of State Merrill*

## C<span>ERTIFICATE OF</span> S<span>ERVICE</span>

I certify that on November 18, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

> s/James W. Davis
> *Counsel for Secretary of State Merrill*