FILED
2021 Nov-18 PM 05:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETETIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | Case No.  2:21-cv-01530-AMM |

### DECLARATION OF BLAYNE R. THOMPSON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, Blayne R. Thompson, pursuant to Local Rule 83.1(b), hereby declares and certifies under penalty of perjury that:

1. I am over nineteen (19) years of age and I have personal knowledge of the facts in this declaration.

1

2. I submit this declaration in support of the Motion for Admission *Pro Hac Vice* (the "Motion") filed by Sidney Jackson, requesting an Order allowing me to appear *pro hac vice* in this matter.

3. Sidney Jackson, a member in good standing of the Bar of this Court, will continue to serve as local counsel for Plaintiffs in this case.

4. I currently reside at **REDACTED** Houston, Texas 77008.

12. I am an attorney at Hogan Lovells US LLP. I am not admitted to practice in the Northern District of Alabama, but I am a member in good standing and eligible to practice in the following jurisdictions and before the following courts:

- State Bar of Texas (admitted November 1, 2013)
- U.S. Court of Appeals for the Fifth Circuit (admitted May 19, 2015)
- U.S. District Court for the Southern District of Texas (admitted July 14, 2015)
- U.S. District Court for the Northern District of Texas (admitted March 14, 2017)
- U.S. District Court for the Eastern District of Texas (admitted June 9, 2015)
- U.S. District Court for the Western District of Texas (admitted May 30, 2017)

5. A Certificate of Good Standing from the State Bar of Texas, showing that I am a member in good standing of and duly authorized to practice in that

jurisdiction, is attached as Exhibit A to the Motion.  This is the court in the State where I reside, and in which I have regularly practiced since 2013.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure and the local rules of this Court.

7. I have registered for a *pro hac vice* account on the Court's Case Management/ Electronic Case Files System.

8. As required by Local Rule 83.1(b), the prescribed *pro hac vice* admission fee is being tendered to the Court at the time of the e-filing of the Motion.

9. I am not currently under any order of disbarment, suspension, or any other discipline in any jurisdiction, and there are no pending disciplinary matters against me.


Dated:      November 18, 2021


                                             */s/ Blayne R. Thompson*
                                             Blayne R. Thompson