IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETETIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs*, <br><br> vs. <br><br> JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment, <br><br> *Defendants*. | Case No.  2:21-cv-01530-AMM |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF JESSICA L. ELLSWORTH**

Pursuant to Local Rule 83.1(b), Sidney Jackson ("Movant"), a member in good standing of the Alabama State Bar and the Bar of the United States District Court for the Northern District of Alabama, respectfully requests the entry of an order allowing Jessica L. Ellsworth ("Applicant") to appear *pro hac vice* in this case. In support, Movant states as follows:

1

1. Applicant resides at **REDACTED** McLean, Virginia 22101.

2. Applicant is an attorney at Hogan Lovells US LLP, 555 13th Street, Northwest, Washington, D.C. 20004. Applicant's work telephone is (202) 637-5886, her facsimile is (202) 637-5910, and her e-mail address is jessica.ellsworth@hoganlovells.com.

3. Applicant is not admitted to practice in the Northern District of Alabama, but is a member in good standing and eligible to practice in the following jurisdictions and before the following courts:

- District of Columbia Court of Appeals (admitted December 8, 2003)

- Virginia State Bar (admitted October 12, 2001)

- U.S. District Court for the District of Columbia (admitted on November 5, 2012)

- U.S. District Court for the Eastern District of Virginia (admitted December 3, 2001)

- U.S. Court of Appeals for the First Circuit (admitted on October 29, 2008)

- U.S. Court of Appeals for the Second Circuit (admitted on January 16, 2009)

- U.S. Court of Appeals for the Third Circuit (admitted on November 5, 2007)

- U.S. Court of Appeals for the Fourth Circuit (admitted on April 29, 2009)
- U.S. Court of Appeals for the Fifth Circuit (admitted on December 22, 2014)
- U.S. Court of Appeals for the Sixth Circuit (admitted December 11, 2002)
- U.S. Court of Appeals for the Seventh Circuit (admitted January 8, 2015)
- U.S. Court of Appeals for the Eighth Circuit (admitted August 3, 2011)
- U.S. Court of Appeals for the Ninth Circuit (admitted May 22, 2008)
- U.S. Court of Appeals for the Tenth Circuit (admitted July 26, 2010)
- U.S. Court of Appeals for the Eleventh Circuit (admitted June 11, 2010)
- U.S. Court of Appeals for the Federal Circuit (admitted November 19, 2004)
- U.S. Court of Appeals for the District of Columbia Circuit (admitted June 20, 2005)
- U.S. Supreme Court (admitted February 21, 2006)

Applicant has never been and is not currently suspended or disbarred in any jurisdiction, nor are there any disciplinary proceedings pending against her in any jurisdiction.

4. Applicant and her law firm have been retained by Plaintiffs Evan Milligan, Shalela Dowdy, Letetia Jackson, Khadidah Stone, Adia Winfrey, Greater Birmingham Ministries, and the Alabama State Conference of the NAACP ("Plaintiffs"), to serve as pro bono counsel in connection with the above-styled matter now pending before this Court.

5. Applicant has registered for a *pro hac vice* account on the Court's Electronic Case File System.

6. As required by Local Rule 83.1(b), the prescribed admission fee is being tendered to the Court at the time of the e-filing of this Motion.

7. Applicant is particularly qualified to handle the above-referenced case before this Honorable Court in association with this firm.

8. Attached as Exhibit A is a Certificate of Good Standing from the District of Columbia Bar, the jurisdiction in which Applicant regularly practices, showing that Applicant is a member in good standing of and is duly authorized to practice in that jurisdiction, having been admitted to practice there since December 8, 2003.

9. Attached as Exhibit B is the Declaration of Applicant Jessica L. Ellsworth in support of this Motion for Admission *Pro Hac Vice*.

10. The law firm of Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC, and particularly Movant Sidney Jackson, will continue to serve as local counsel representing Plaintiffs in the above-styled matter.

11. Applicant has reviewed and is familiar with the Federal Rules of Civil Procedure and the local rules of this Court and will be assisted by the undersigned counsel in this matter.

**WHEREFORE**, Movant Sidney Jackson respectfully requests that this Honorable Court grant this Motion allowing Applicant Jessica L. Ellsworth to appear *pro hac vice* and participate as pro bono counsel for the Plaintiffs in this matter.

Respectfully submitted this 18th day of November, 2021.

*/s/ Sidney Jackson*
Sidney Jackson (ASB-1462-K40W)
**Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
sjackson@wigginschilds.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Sidney Jackson, hereby certify that on this 18th day of November, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Sidney Jackson*
                                        Sidney Jackson (ASB-1462-K40W)