# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETETIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | Case No.  2:21-cv-01530-AMM |

## DECLARATION OF JESSICA L. ELLSWORTH
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, Jessica L. Ellsworth, pursuant to Local Rule 83.1(b), hereby declares and certifies under penalty of perjury that:

1. I am over nineteen (19) years of age and I have personal knowledge of the facts in this declaration.

1

2. I submit this declaration in support of the Motion for Admission *Pro Hac Vice* (the "Motion") filed by Sidney Jackson, requesting an Order allowing me to appear *pro hac vice* in this matter.

3. Sidney Jackson, a member in good standing of the Bar of this Court, will continue to serve as local counsel for Plaintiffs in this case.

4. I currently reside at **REDACTED** McLean, Virginia 22101.

5. I am an attorney at Hogan Lovells US LLP. I am not admitted to practice in the Northern District of Alabama, but I am a member in good standing and eligible to practice in the following jurisdictions and before the following courts:

- District of Columbia Court of Appeals (admitted December 8, 2003)

- Virginia State Bar (admitted October 12, 2001)

- U.S. District Court for the District of Columbia (admitted on November 5, 2012)

- U.S. District Court for the Eastern District of Virginia (admitted December 3, 2001)

- U.S. Court of Appeals for the First Circuit (admitted on October 29, 2008)

- U.S. Court of Appeals for the Second Circuit (admitted on January 16, 2009)

- U.S. Court of Appeals for the Third Circuit (admitted on November 5, 2007)
- U.S. Court of Appeals for the Fourth Circuit (admitted on April 29, 2009)
- U.S. Court of Appeals for the Fifth Circuit (admitted on December 22, 2014)
- U.S. Court of Appeals for the Sixth Circuit (admitted December 11, 2002)
- U.S. Court of Appeals for the Seventh Circuit (admitted January 8, 2015)
- U.S. Court of Appeals for the Eighth Circuit (admitted August 3, 2011)
- U.S. Court of Appeals for the Ninth Circuit (admitted May 22, 2008)
- U.S. Court of Appeals for the Tenth Circuit (admitted July 26, 2010)
- U.S. Court of Appeals for the Eleventh Circuit (admitted June 11, 2010)
- U.S. Court of Appeals for the Federal Circuit (admitted November 19, 2004)
- U.S. Court of Appeals for the District of Columbia Circuit (admitted June 20, 2005)

- U.S. Supreme Court (admitted February 21, 2006)

6. A Certificate of Good Standing from the District of Columbia Bar, showing that I am a member in good standing of and duly authorized to practice in that jurisdiction, is attached as Exhibit A to the Motion. The District of Columbia is where I have regularly practiced since 2003.

7. I have reviewed and am familiar with the Federal Rules of Civil Procedure and the local rules of this Court.

8. I have registered for a *pro hac vice* account on the Court's Case Management/ Electronic Case Files System.

9. As required by Local Rule 83.1(b), the prescribed *pro hac vice* admission fee is being tendered to the Court at the time of the e-filing of the Motion.

10. I am not currently under any order of disbarment, suspension, or any other discipline in any jurisdiction, and there are no pending disciplinary matters against me.

Dated:   November 18, 2021

*/s/ Jessica L. Ellsworth*
Jessica L. Ellsworth