IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETETIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | Case No.  2:21-cv-01530-AMM |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID DUNN

Pursuant to Local Rule 83.1(b), Sidney Jackson ("Movant"), a member in good standing of the Alabama State Bar and the Bar of the United States District Court for the Northern District of Alabama, respectfully requests the entry of an order allowing David Dunn ("Applicant") to appear *pro hac vice* in this case. In support, Movant states as follows:

1

1. Applicant resides at **REDACTED** New York, New York 10028.

2. Applicant is an attorney at Hogan Lovells US LLP, 390 Madison Avenue, New York, New York 10017. Applicant's work telephone is (212) 918-3515, his facsimile is (212) 918-3100, and his e-mail address is david.dunn@hoganlovells.com.

3. Applicant is not admitted to practice in the Northern District of Alabama, but is a member in good standing and eligible to practice in the following jurisdictions and before the following courts:

- Supreme Court of the State of New York (admitted February 28, 1979)

- District of Columbia Court of Appeals (admitted December 15, 1978)

- U.S. District Court for the Western District of Wisconsin (admitted September 11, 2008)

- U.S. District Court for the Eastern District of Wisconsin (admitted May 23, 1997)

- U.S. District Court for the Western District of New York (admitted April 14, 2009)

- U.S. District Court for the Eastern District of New York (admitted March 15, 1979)

- U.S. District Court for the Southern District of New York (admitted March 21, 1979)

- U.S. District Court for the Northern District of New York (admitted February 1, 2000)

- U.S. District Court for the District of Columbia (admitted December 1, 1980)

- U.S. District Court for the Eastern District of Michigan (admitted November 30, 2009)

- U.S. District Court for the Northern District of California (admitted in 1984)

- U.S. Court of Appeals for the Second Circuit (admitted December 4, 1979)

- U.S. Court of Appeals for the Third Circuit (admitted May 3, 1979)

- U.S. Court of Appeals for the Fifth Circuit (admitted August 1, 1989)

- U.S. Court of Appeals for the Sixth Circuit (admitted November 14, 2011)

- U.S. Court of Appeals for the Tenth Circuit (admitted June 21, 2018)

- U.S. Court of Appeals for the Eleventh Circuit (admitted September 28, 1987)

- U.S. Court of Appeals for the District of Columbia Circuit (admitted January 30, 1981)
- U.S. Supreme Court (admitted January 18, 1982)

Applicant has never been and is not currently suspended or disbarred in any jurisdiction, nor are there any disciplinary proceedings pending against him in any jurisdiction.

4. Applicant and his law firm have been retained by Plaintiffs Evan Milligan, Shalela Dowdy, Letetia Jackson, Khadidah Stone, Adia Winfrey, Greater Birmingham Ministries, and the Alabama State Conference of the NAACP ("Plaintiffs"), to serve as pro bono counsel in connection with the above-styled matter now pending before this Court.

5. Applicant has registered for a *pro hac vice* account on the Court's Electronic Case File System.

6. As required by Local Rule 83.1(b), the prescribed admission fee is being tendered to the Court at the time of the e-filing of this Motion.

7. Applicant is particularly qualified to handle the above-referenced case before this Honorable Court in association with this firm.

8. Attached as Exhibit A is a Certificate of Good Standing from the Supreme Court of the State of New York, the jurisdiction in which Applicant resides and regularly practices, showing that Applicant is a member in good standing of and

is duly authorized to practice in that jurisdiction, having been admitted to practice there since February 28, 1979.

9. Attached as Exhibit B is the Declaration of Applicant David Dunn in support of this Motion for Admission *Pro Hac Vice*.

10. The law firm of Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC, and particularly Movant Sidney Jackson, will continue to serve as local counsel representing Plaintiffs in the above-styled matter.

11. Applicant has reviewed and is familiar with the Federal Rules of Civil Procedure and the local rules of this Court and will be assisted by the undersigned counsel in this matter.

**WHEREFORE**, Movant Sidney Jackson respectfully requests that this Honorable Court grant this Motion allowing Applicant David Dunn to appear *pro hac vice* and participate as pro bono counsel for the Plaintiffs in this matter.

Respectfully submitted this 18th day of November, 2021.

*/s/ Sidney Jackson*
Sidney Jackson (ASB-1462-K40W)
**Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
sjackson@wigginschilds.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Sidney Jackson, hereby certify that on this 18th day of November, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Sidney Jackson*
Sidney Jackson (ASB-1462-K40W)