# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETETIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs*, <br><br> vs. <br><br> JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment, <br><br> *Defendants*. | Case No.  2:21-cv-01530-AMM |

### DECLARATION OF DAVID DUNN
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, David Dunn, pursuant to Local Rule 83.1(b), hereby declares and certifies under penalty of perjury that:

1. I am over nineteen (19) years of age and I have personal knowledge of the facts in this declaration.

1

2. I submit this declaration in support of the Motion for Admission *Pro Hac Vice* (the "Motion") filed by Sidney Jackson, requesting an Order allowing me to appear *pro hac vice* in this matter.

3. Sidney Jackson, a member in good standing of the Bar of this Court, will continue to serve as local counsel for Plaintiffs in this case.

4. I currently reside at **REDACTED** New York, New York 10028.

5. I am an attorney at Hogan Lovells US LLP. I am not admitted to practice in the Northern District of Alabama, but I am a member in good standing and eligible to practice in the following jurisdictions and before the following courts:

- Supreme Court of the State of New York (admitted February 28, 1979)

- District of Columbia Court of Appeals (admitted December 15, 1978)

- U.S. District Court for the Western District of Wisconsin (admitted September 11, 2008)

- U.S. District Court for the Eastern District of Wisconsin (admitted May 23, 1997)

- U.S. District Court for the Western District of New York (admitted April 14, 2009)

- U.S. District Court for the Eastern District of New York (admitted March 15, 1979)
- U.S. District Court for the Southern District of New York (admitted March 21, 1979)
- U.S. District Court for the Northern District of New York (admitted February 1, 2000)
- U.S. District Court for the District of Columbia (admitted December 1, 1980)
- U.S. District Court for the Eastern District of Michigan (admitted November 30, 2009)
- U.S. District Court for the Northern District of California (admitted in 1984)
- U.S. Court of Appeals for the Second Circuit (admitted December 4, 1979)
- U.S. Court of Appeals for the Third Circuit (admitted May 3, 1979)
- U.S. Court of Appeals for the Fifth Circuit (admitted August 1, 1989)
- U.S. Court of Appeals for the Sixth Circuit (admitted November 14, 2011)
- U.S. Court of Appeals for the Tenth Circuit (admitted June 21, 2018)

3

- U.S. Court of Appeals for the Eleventh Circuit (admitted September 28, 1987)

- U.S. Court of Appeals for the D.C. Circuit (admitted January 30, 1981)

- U.S. Supreme Court (admitted January 18, 1982)

6. A Certificate of Good Standing from the Supreme Court of the State of New York, showing that I am a member in good standing of and duly authorized to practice in that jurisdiction, is attached as Exhibit A to the Motion. This is the court in the State where I reside, and in which I have regularly practiced since 1979.

7. I have reviewed and am familiar with the Federal Rules of Civil Procedure and the local rules of this Court.

8. I have registered for a *pro hac vice* account on the Court's Case Management/ Electronic Case Files System.

9. As required by Local Rule 83.1(b), the prescribed *pro hac vice* admission fee is being tendered to the Court at the time of the e-filing of the Motion.

10. I am not currently under any order of disbarment, suspension, or any other discipline in any jurisdiction, and there are no pending disciplinary matters against me.

Dated:      November 18, 2021


        */s/ David Dunn*
        David Dunn