# EXHIBIT A

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

November 8, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL LOVEJOY TURRILL, #185263 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1996 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records