FILED
2021 Nov-18  PM 07:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETETIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs*, <br><br> vs. <br><br> JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment, <br><br> *Defendants*. | Case No.  2:21-cv-01530-AMM |

**DECLARATION OF SHELITA M. STEWART
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned, Shelita M. Stewart, pursuant to Local Rule 83.1(b), hereby declares and certifies under penalty of perjury that:

1.      I am over nineteen (19) years of age and I have personal knowledge of the facts in this declaration.

1

2.      I submit this declaration in support of the Motion for Admission *Pro Hac Vice* (the "Motion") filed by Sidney Jackson, requesting an Order allowing me to appear *pro hac vice* in this matter.

3.      Sidney Jackson, a member in good standing of the Bar of this Court, will continue to serve as local counsel for Plaintiffs in this case.

4.      I currently reside at **REDACTED** Washington, D.C. 20001.

5.      I am an attorney at Hogan Lovells US LLP.  I am not admitted to practice in the Northern District of Alabama, but I am a member in good standing and eligible to practice in the following jurisdictions and before the following courts, except in the U.S. District Court for the District of Columbia due to my decision to take inactive status:

- Supreme Court of the State of New York (admitted May 8, 2009)

- District of Columbia Court of Appeals (admitted April 12, 2010)

- Supreme Court of Pennsylvania (admitted February 19, 2019)

- U.S. District Court for the District of Columbia (admitted on September 13, 2010; currently inactive status)

6.      A Certificate of Good Standing from the District of Columbia Bar, showing that I am a member in good standing of and duly authorized to practice in that jurisdiction, is attached as Exhibit A to the Motion.  The District of Columbia is where I reside, and where I have regularly practiced since 2010.

7.     I have reviewed and am familiar with the Federal Rules of Civil Procedure and the local rules of this Court.

8.     I have registered for a *pro hac vice* account on the Court's Case Management/ Electronic Case Files System.

9.     As required by Local Rule 83.1(b), the prescribed *pro hac vice* admission fee is being tendered to the Court at the time of the e-filing of the Motion.

10.    I am not currently under any order of disbarment, suspension, or any other discipline in any jurisdiction, and there are no pending disciplinary matters against me.

Dated:     November 18, 2021

*/s/ Shelita M. Stewart*
Shelita M. Stewart