IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | Case No.: 2:21-cv-1530-AMM |

## DECLARATION OF LEAH C. ADEN

I state, under penalty of perjury, that:

1) My residential address is ▮▮▮▮▮▮▮▮▮▮ Brooklyn, NY 11217.

2) I am an attorney and Deputy Director of Litigation at the NAACP Legal Defense and Educational Fund, Inc. at 40 Rector Street, 5th floor, New York, NY 10006; Phone: (212) 965-7715; Email: laden@naacpldf.org.

3) I am admitted to practice in the State of New York (admitted 2008); United States District Court for the Eastern District of New York (admitted 2012); United States District Court for the Southern District of New York (admitted 2012); United States Court of Appeals for the First Circuit (admitted 2017); United States Court of Appeals for the Second Circuit (admitted 2017); United States Court of Appeals for the Third Circuit (2017); United States Court of Appeals for the Fourth Circuit (admitted 2017); United States Court of Appeals for the Fifth Circuit (admitted 2013); United States Court of Appeals for the Sixth Circuit (admitted 2017); United States Court of Appeals for the Seventh Circuit (admitted 2017); United States Court of Appeals for the Eighth Circuit (admitted 2017); United States Court of Appeals for the Ninth Circuit (admitted 2017);

United States Court of Appeals for the Tenth Circuit (admitted 2017); United States Court of Appeals for the Eleventh Circuit (admitted 2013); United States Court of Appeals for the District of Columbia Circuit (admitted 2014); and United States Supreme Court (admitted 2013).

4) I am in good standing and eligible to practice in all courts to which I am admitted.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate Nicki Lawsen (ASB-2602-C00K) as my Local Counsel in this matter. Ms. Lawsen is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2021.

Respectfully submitted,

*/s/ Leah C. Aden*
Leah C. Aden
NAACP Legal Defense and Educational Fund, Inc.
40 Rector St, 5th Floor
New York, NY 10006
Phone: (212) 965-7715
E-mail: laden@naacpldf.org

*Applicant Attorney for Plaintiffs*