# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | Case No.: 2:21-cv-1530-AMM |

## **DECLARATION OF STUART NAIFEH**

I state, under penalty of perjury, that:

1) My residential address is ███████████ Amherst, MA 01002.

2) I am an attorney and Manager of the Redistricting Project at the NAACP Legal Defense and Educational Fund, Inc. at 40 Rector Street, 5th floor, New York, NY 10006; Phone: (917) 524-5846; Email: snaifeh@naacpldf.org.

3) I am admitted to practice in the State of California (admitted 2004); State of New York (admitted 2010); United States District Court for the Eastern District of California (admitted 2019); United States District Court for the Central District of California (admitted 2018), United States District Court for the Northern District of California (admitted 2004); United States District Court for the Eastern District of New York (admitted 2011); United States District Court for the Southern District of New York (admitted 2010); United States Court of Appeals for the Sixth Circuit (admitted 2016); United States Court of Appeals for the Seventh Circuit (admitted 2018); United States Court of Appeals for the Ninth Circuit (admitted 2004); United States Court of Appeals for the Tenth Circuit (admitted 2014); United States Court of Appeals for the Eleventh Circuit (admitted 2018); and United States Supreme Court (admitted 2017).

4) I am in good standing and eligible to practice in all courts to which I am admitted.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate Nicki Lawsen (ASB-2602-C00K) as my Local Counsel in this matter. Ms. Lawsen is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2021.

                                              Respectfully submitted,

                                              */s/ Stuart Naifeh*
                                              Stuart Naifeh
                                              NAACP Legal Defense and Educational Fund, Inc.
                                              40 Rector St, 5th Floor
                                              New York, NY 10006
                                              Phone: (917) 524-5846
                                              E-mail: snaifeh@naacpldf.org

                                              ***Applicant Attorney for Plaintiffs***