FILED
2021 Nov-18  PM 08:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

EVAN MILLIGAN, SHALELA DOWDY,
LETITIA JACKSON, KHADIDAH STONE,
ADIA WINFREY, GREATER
BIRMINGHAM MINISTRIES, and the
ALABAMA STATE CONFERENCE OF
THE NAACP,

       *Plaintiffs*,

       vs.

JOHN H. MERRILL, in his official capacity
as Secretary of State of Alabama, and JIM
MCCLENDON and CHRIS PRINGLE, in
their official capacities as Co-Chairs of the
Alabama Permanent Legislative Committee
on Reapportionment,

       *Defendants*.

**Case No.: 2:21-cv-1530-AMM**

## <u>DECLARATION OF DEUEL ROSS</u>

I state, under penalty of perjury, that:

1) My residential address is ▮▮▮▮▮▮▮▮ Falls Church, VA 22041.

2) I am a Senior Counsel with the NAACP Legal Defense and Educational Fund, Inc. at 700 14th Street NW, 6th Floor, Washington, DC 20005; Phone: (212) 965-7712; Email: dross@naacpldf.org.

3) I am admitted to practice in the State of New York (admitted 2010); United States District Court for the Western District of Tennessee (admitted 2014); United States District Court for the Eastern District of New York (admitted 2013); United States District Court for the Southern District of New York (admitted 2013); United States Court of Appeals for the Fourth Circuit (admitted 2011); United States Court of Appeals for the Fifth Circuit (admitted 2015); and United States Court of Appeals for the Eleventh Circuit (admitted 2014).

4) I am in good standing and eligible to practice in all courts to which I am admitted.

5)  I have fully reviewed and am familiar with the local rules of this Court, the Alabama
    Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6)  In accordance with Local Rule 83.1(b)(2), I designate Nicki Lawsen (ASB-2602-C00K)
    as my Local Counsel in this matter. Ms. Lawsen is a local member of the bar of this
    Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2021.

<div style="margin-left:40%">

Respectfully submitted,

*/s/ Deuel Ross*
Deuel Ross
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, 6th Floor
Washington, DC 20005
Phone: (212) 965-7712
E-mail: dross@naacpldf.org

***Applicant Attorney for Plaintiffs***

</div>