FILED

2021 Nov-18  PM 08:30
U.S. DISTRICT COURT
N.D. OF ALABAMA


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **EVAN MILLIGAN,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1530-AMM** |
| | ) | |
| **JOHN H. MERRILL,** *in his* | ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* | ) | |
| *Secretary of State*, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

A Rule 16 conference is **SET** for **TUESDAY, NOVEMBER 23, 2021, at**

**10:00 a.m., Central Standard Time (CST).** The conference will be held virtually

and livestreamed to Courtroom 4B of the Hugo L. Black United States Courthouse

for public access. Before the conference, the court will email the parties a link to

participate.

Due to the serious time exigencies surrounding the fair and timely resolution

of this case and other similar cases pending in this court, including the provisions of

Alabama's election law that set various deadlines applicable to the next

Congressional election to be conducted using the electoral maps that are the subject

of this action, the parties are **ORDERED** to meet and confer – both with each other and with the parties in *Singleton v. Merrill* (No. 2:21-cv-1291-AMM) and *Caster v. Merrill* (No. 2:21-cv-1536-AMM) – as soon as practicable. The parties are further **ORDERED** to file by **10:00 a.m. CST** on **MONDAY, NOVEMBER 22, 2021**, a status report(s) that explains their positions with respect to the following issues:

1. Whether *Milligan* and/or *Caster* may and should be consolidated with *Singleton* for the purpose of conducting all preliminary injunction proceedings, including discovery and hearings in connection with any request(s) in those cases for preliminary injunctive relief. When the parties evaluate their positions as to this issue, they should assume that each set of plaintiffs would be afforded the opportunity to file its own briefs and present its own case (including its own evidentiary submissions), during consolidated preliminary injunction proceedings, if such proceedings occur.

2. Whether the schedule previously entered by this Court in *Singleton* for the conduct of preliminary injunction proceedings would be suitable for consolidated preliminary injunction proceedings, or whether adjustments to that scheduling order may be necessary. If any party believes that adjustments to that scheduling order may be necessary, they shall state in the status report the exact adjustments requested.

3.  How many days the parties expect would be necessary for the conduct of a fair and expeditious preliminary injunction hearing.  The parties should be mindful that a separate three-judge court, including an overlapping district judge, likely will hear and rule on a request for preliminary injunctive relief in *Thomas v. Merrill* (Case No. 2:21-cv-1531-AMM) in the same general time period.

**DONE** and **ORDERED** this 18th day of November, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court