IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREATER BIRMINGHAM MINISTRIES and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>THE STATE OF ALABAMA, KAY IVEY, in her official capacity as Governor of Alabama, JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment, and JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama,<br><br>*Defendants*. | Case No. 2:21-cv-01530-AMM<br><br>*PRO HAC VICE* **MOTION FOR KAITLIN WELBORN** |

## *PRO HAC VICE* MOTION FOR KAITLIN WELBORN

Pursuant to Local Rule 83.1(b), the applicants hereby move this Court to permit Kaitlin Welborn, an attorney at the American Civil Liberties Union of Alabama Foundation, to be admitted to practice before this Court in this matter *pro hac vice* on behalf of the Plaintiffs. Ms. Welborn designates LaTisha Gotell Faulks, in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the Plaintiffs in this matter.

In support of this Motion, the applicant attaches the Declaration of Kaitlin Welborn.

WHEREFORE, the applicant prays that this Court grant this application and enter an order permitting her to appear as counsel *pro hac vice* and participate as co-counsel for the Plaintiffs in this matter.

DATED this 24th day of November, 2021.

        Respectfully submitted,

        /s/ LaTisha Gotell Faulks
        LaTisha Gotell Faulks (ASB #1279I63J)
        ACLU of Alabama Foundation
        P.O. Box 6179
        Montgomery, AL 36106-0179
        Phone: (334) 265-2754
        E-mail: tgfaulks@aclualabama.org

        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

        Respectfully submitted,

        /s/ LaTisha Gotell Faulks
        LaTisha Gotell Faulks (ASB #1279I63J)
        ACLU of Alabama Foundation
        P.O. Box 6179
        Montgomery, AL 36106-0179
        Phone: (334) 265-2754
        E-mail: tgfaulks@aclualabama.org

        *Attorney for Plaintiffs*