FILED

2021 Nov-24  PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

GREATER BIRMINGHAM MINISTRIES
and the ALABAMA STATE CONFERENCE
OF THE NAACP,

      *Plaintiffs*,

      vs.

THE STATE OF ALABAMA, KAY IVEY,
in her official capacity as Governor of
Alabama, JIM MCCLENDON and CHRIS
PRINGLE, in their official capacities as Co-
Chairs of the Alabama Permanent Legislative
Committee on Reapportionment, and JOHN
H. MERRILL, in his official capacity as
Secretary of State of Alabama,

      *Defendants*.

Case No. 2:21-cv-01530-AMM

## DECLARATION OF KAITLIN WELBORN

I state, under penalty of perjury, that:

1.      My residential address is **REDACTED** Washington, D.C. 20001.

2.      I am the Reproductive Rights Staff Attorney with the American Civil Liberties Union of Alabama Foundation at P.O. Box 6179, Montgomery, AL 36106-0179, (334) 265-2754, kwelborn@aclualabama.org.

3.      I am admitted to practice in the following courts: State of New York (admitted April 24, 2017); the District of Columbia (admitted January 5, 2018); the United States District Court for the District of Columbia (admitted March 5, 2018); the United States Court of Appeals for the Fifth Circuit (admitted February 13, 2019); the United States Court of Appeals for the D.C. Circuit (admitted March 2, 2020); the United States Court of Appeals for the Eleventh Circuit (admitted May 5, 2020).

4.      My application to the Alabama Bar is pending.

5.      I am in good standing in all courts to which I am admitted.

6.      I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

7.      In accordance with Local Rule 83.1(b)(2), I designate LaTisha Gotell Faulks (ASB #1279I63J) as my Local Counsel in this matter. Ms. Faulks is a local member of the bar of this Court and will also represent the Plaintiffs in this matter. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of November, 2021.

> Respectfully submitted,
>
> /s/ Kaitlin Welborn
> Kaitlin Welborn
> ACLU of Alabama Foundation
> P.O. Box 6179
> Montgomery, AL 36106-0179
> Phone: (334) 265-2754
> E-mail: kwelborn@aclualabama.org
>
> ***Applicant Attorney for Plaintiffs***