IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVAN MILLIGAN, et al | ) | |
| | ) | |
| vs. | ) | No. 2:21-CV-01530-AMM |
| | ) | |
| JOHN H. MERRILL, et al | ) | |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for GREATER BIRMINGHAM MINISTRIES in the above-captioned action certifies that the general nature and purpose of the foregoing entity or entities is a multi-faith, multi-racial, non-profit membership organization that provides emergency services to people in need.

Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said party or parties that have issued shares or debt securities to the public.

Date 11/30/21

_____
Signature of Attorney

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

_____
Counsel for Plaintiffs