FILED
 2021 Dec-03  PM 01:36
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | **Case No.: 2:21-cv-1530-AMM** |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR
## ANTHONY ASHTON AND ANNA KATHRYN BARNES

Pursuant to Local Rule 83.1(b), the applicants hereby move this Court to permit Anthony Ashton and Anna Kathryn Barnes, attorneys at the NAACP, to be admitted to practice before this Court in this matter *pro hac vice* on behalf of the Plaintiffs. Mr. Ashton and Ms. Barnes designate Nicki Lawsen, in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the Plaintiffs in this matter. In support of this motion, the applicants attach the Declarations of Anthony Ashton and Anna Kathryn Barnes.

The applicants respectfully request that this Court grant this application and permit them to appear as counsel *pro hac vice* and participate as co-counsel for the Plaintiffs in this matter.

DATED this 3rd day of December, 2021.

                              Respectfully submitted,

                              */s/ Nicki      Lawsen*
                              Nicki Lawsen (ASB-2602-C00K)
                              Wiggins Childs Pantazis Fisher Goldfarb, LLC
                              301 19th Street North
                              Birmingham, AL 35203
                              Phone: (205) 341-0498
                              E-mail: nlawsen@wigginschilds.com

                              ***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

      */s/ Nicki Lawsen*
Nicki Lawsen (ASB-2602-C00K)
Wiggins Childs Pantazis Fisher Goldfarb, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
E-mail: nlawsen@wigginschilds.com