FILED

2021 Dec-03  PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

EVAN MILLIGAN, SHALELA DOWDY,
LETITIA JACKSON, KHADIDAH
STONE, ADIA WINFREY, GREATER
BIRMINGHAM MINISTRIES, and the
ALABAMA STATE CONFERENCE OF
THE NAACP,

   *Plaintiffs*,

  vs.

JOHN H. MERRILL, in his official capacity
as Secretary of State of Alabama, and JIM
MCCLENDON and CHRIS PRINGLE, in
their official capacities as Co-Chairs of the
Alabama Permanent Legislative Committee
on Reapportionment,

   *Defendants*.

**Case No.: 2:21-cv-1530-AMM**

## <u>DECLARATION OF ANTHONY P. ASHTON</u>

I state, under penalty of perjury, that:

1) My residential address is 2806 Grasty Woods Lane, Pikesville, MD, 21208.

2) I am an attorney and Senior Associate General Counsel at the NAACP, at 4805 Mount Hope Drive, Baltimore, MD 21215; Phone: (410) 580-5777; Email: aashton@naacpnet.org.

3) I am admitted to practice in the State of Maryland (admitted 1997); the Commonwealth of Virginia (admitted 2010); the U.S. District Court for the District of Maryland (admitted 1998); and the U.S. District Court for the District of Columbia (admitted 2019).

4) I am in good standing and eligible to practice in all courts to which I am admitted.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate Nicki Lawsen (ASB-2602-C00K) as my Local Counsel in this matter. Ms. Lawsen is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021.

Respectfully submitted,

*/ s / Anthony P. Ashton*
/ Anthony P. Ashton
NAACP
4805 Mount Hope Drive
Baltimore, MD 21215
Phone: (410) 580-5777
E-mail:
aashton@naacpnet.org

***Applicant Attorney for Plaintiffs***