IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | **Case No.: 2:21-cv-1530-AMM** |

## DECLARATION OF ANNA KATHRYN BARNES

I state, under penalty of perjury, that:

1) My residential address is 909 New Jersey Ave SE, Apt. 317, Washington, D.C. 20003.

2) I am an attorney and Assistant General Counsel at the NAACP, at 4805 Mount Hope Drive, Baltimore, MD 21215; Phone: (410) 580-5777; Email: abarnes@naacpnet.org.

3) I am admitted to practice in the District of Columbia (admitted 2020); and the United States District Court for the District of Columbia (admitted 2021).

4) I am in good standing and eligible to practice in all courts to which I am admitted.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate Nicki Lawsen (ASB-2602-C00K) as my Local Counsel in this matter. Ms. Lawsen is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021.

                                              Respectfully submitted,

                                              / *s / Anna Kathryn Barnes*
                                              / Anna Kathryn Barnes
                                              NAACP
                                              4805 Mount Hope Drive
                                              Baltimore, MD 21215
                                              Phone: (410) 580-5777
                                              E-mail:
                                              abarnes@naacpnet.org

                                              ***Applicant Attorney for Plaintiffs***