IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs*, <br><br> vs. <br><br> JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment, <br><br> *Defendants*. | Case No.: 2:21-cv-1530-AMM |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR BRITTANY CARTER

Pursuant to Local Rule 83.1(b), the applicants hereby move this Court to permit Brittany Carter, attorney at the NAACP Legal Defense and Educational Fund, Inc., to be admitted to practice before this Court in this matter *pro hac vice* on behalf of the Plaintiffs. Ms. Carter designates Nicki Lawsen, in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the Plaintiffs in this matter. In support of this Motion, the applicants attach the Declaration of Brittany Carter.

The applicant respectfully requests that this Court grant this application and permit her to appear as counsel *pro hac vice* and participate as co-counsel for the Plaintiffs in this matter.

DATED this 14th day of December, 2021.

        Respectfully submitted,

        */s/ Nicki Lawsen*
        Nicki Lawsen (ASB-2602-C00K)
        Wiggins Childs Pantazis Fisher Goldfarb, LLC
        301 19th Street North
        Birmingham, AL 35203
        Phone: (205) 341-0498
        E-mail: nlawsen@wigginschilds.com

        ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

*/s/ Nicki Lawsen*
Nicki Lawsen (ASB-2602-C00K)
Wiggins Childs Pantazis Fisher Goldberg, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
E-mail: nlawsen@wigginschilds.com