## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | Case No.: 2:21-cv-1530-AMM |

## DECLARATION OF BRITTANY CARTER

I state, under penalty of perjury, that:

1) My residential address is 5603 Oak Falls Circle, Dallas, TX 75287.

2) I am an attorney and Political Participation Fellow at the NAACP Legal Defense and Educational Fund, Inc. at 40 Rector Street, 5th floor, New York, NY 10006; Phone: (646) 761-0596; Email: bcarter@naacpldf.org.

3) I am admitted to practice in the State of New York (admitted 2021).

4) I am in good standing and eligible to practice in all courts to which I am admitted.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate Nicki Lawsen (ASB-2602-C00K) as my Local Counsel in this matter. Ms. Lawsen is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2021.

                                                Respectfully submitted,

                                                */s/ Brittany Carter*  
                                                Brittany Carter  
                                                NAACP Legal Defense and Educational Fund, Inc.  
                                                40 Rector St, 5th Floor  
                                                New York, NY 10006  
                                                Phone: (646) 761-0596  
                                                E-mail: bcarter@naacpldf.org

                                                ***Applicant Attorney for Plaintiffs***