FILED

2021 Dec-14  AM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SINGLETON,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1291-AMM** |
| | ) | |
| **JOHN H. MERRILL,** *in his* | ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* | ) | |
| *Secretary of State*, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **EVAN MILLIGAN,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 2:21-cv-01530-AMM** |
| **JOHN H. MERRILL,** *in his* | ) | **THREE-JUDGE COURT** |
| *official capacity as Secretary of* | ) | |
| *State of Alabama, et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS MCCLENDON AND PRINGLE'S
### FURTHER OBJECTIONS TO PLAINTIFFS' DISCOVERY

Come now Defendants Sen. Jim McClendon and Rep. Chris Pringle, Chairs of the Alabama Permanent Legislative Committee on Reapportionment ("the Committee Chairs") and, pursuant to the Court's Order of December 13, 2021, ECF No. 59, directing that all objections to Plaintiff's discovery requests be filed by 9:00 a.m. CST on December

14, 2021, and the Rules of Civil Procedure make these objections to the Milligan Plaintiff's discovery requests[1], **Ex. A,** as follows:

1. The Committee Chairs object to the requests for production, including the instructions and definitions, to the extent they purport to impose obligations different from, or greater than, those established by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Northern District of Alabama, or orders of this Court.

2. Without limiting the foregoing objection, the Committee Chairs specifically object to Plaintiffs' unilateral imposition of a 14-day deadline for responding to these Requests for Production.  Fed. R. Civ. P. 34(b)(2)(A) allows 30 days to respond, absent stipulation of the parties or order of the Court, neither of which exists here. The Committee Chairs recognize that discovery with respect to the preliminary injunction proceedings closes on December 17, 2021, and are responding before or as of that date.

3. The Committee Chairs object to the requests for production, including the instructions and definitions, to the extent they seek to impose any meaning or interpretation of the requests other than that evident from the plain and ordinary meaning of the words used therein.

---

[1] These objections ordinarily would have been asserted first in the Committee Chair's responses to the *Merrill* plaintiffs, due on December 17, 2021. However, in an excess of caution, the Committee Chairs are raising them here in light of the Court's December 13, 2021 order.

4.   The Committee Chairs object to each request for production to the extent it seeks information or documents protected by the attorney-client privilege, the work-product doctrine, the joint-defense or common-interest privilege, or any other applicable privilege, exemption, or immunity, including confidential communications among the Committee Chairs and their staff, consultants, and counsel relating to the Committee's congressional plan, alternative plans presented to the Reapportionment Committee or introduced in the Legislature, and appraisals of statutory and case law.

5.   The Committee Chairs object to each request for production to the extent it seeks to discover the mental impressions, conclusions, opinions, legal strategies, or legal theories of attorneys for the Defendant or their non-attorney employees working under their supervision.  Such information is privileged as attorney work product. *See Hickman v. Taylor*, 329 U.S. 495 (1947).

6.   The Committee Chairs object to the production of any documents not possessed by the Reapportionment Office as such requests are overbroad and burdensome; the expense of the sought discovery outweighs its likely benefit; and the discovery sought is not proportional to the needs of the case. The Committee Chairs further object to each request for production to the extent it seeks information not within their possession, custody, or control, on grounds that such requests are overly broad and subject them to undue burden. The Committee Chairs reject any claim that the files of their legal counsel are in the possession, custody, or control of each of their clients.

7.  The Committee Chairs object to each request for production to the extent it seeks information already in the possession, custody, or control of the Plaintiffs, or otherwise equally available to the Plaintiffs.

8.  The Committee Chairs object to each request for production to the extent it seeks information not relevant to any claim or defense presently before the Court and thus is not reasonably calculated to lead to the discovery of admissible evidence.  Fed. R. Civ. P. 26(b).

Respectfully submitted this 14th day of December 2021.

*/s/  Dorman* Walker
*Counsel for Sen. McClendon*
*and Rep. Pringle*

**OF COUNSEL**
Dorman Walker (ASB-9154-R81J)
Balch and Bingham LLP
Post Office Box 78 (36101-0078)
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
(334) 269-3138
dwalker@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that this the 14th day of December 2021 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will perfect service upon the following counsel of record:

Steve Marshall
*Attorney General*
James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Misty S. Fairbanks Messick
Andrew Reid Harris
Alexander Barrett Bowdre
Edmund Gerard LaCour
Thomas Alexander Wilson
*Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Elacour@ago.state.al.us
Thomas.wilson@AlabamaAG.gov

**Counsel for Secretary Merrill**

James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 676-1626

myronpenn28@hotmail.com

Joe Ramon Whatley, Jr.
Henry C. Quillen
WHATLEY KALLAS, LLP
P.O. Box 10968
Birmingham, AL 35202
Tel.: (205) 488-1200
Fax: (800) 922-4851
jwhatley@whatleykallas.com
hquillen@whatleykallas.com

Diandra "Fu" Debrosse Zimmermann
Eli Joseph Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
fu@dicellolevitt.com
ehare@dicellolevitt.com

**Attorneys for Plaintiffs Singleton**

Deuel Ross
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, D.C. 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden
Stuart Naifeh
Kathryn Sadasivan
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacoldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org

Shelita M. Stewart
Jessica L. Ellsworth

HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
Shelita.stewart@hoganlovells.com

David Dunn
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill
Harmony A. Gbe
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
Michael.turrill@hoganlovells.com
Harmony.gbe@hoganlovells.com

Sidney M. Jackson
Nicki Lawsen
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschild.com
nlawsen@wiggingschild.com

David M. Rosborough
Julie Ebenstein
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org

LaTisha Gotell Faulks

Kaitlin Welborn
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA
P.O.Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulk@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
Blayne.thompson@hoganlovells.com
**Attorneys for Plaintiff Milligan**

Janette Louard
Anthony Ashton
Anna Kathryn Barnes
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
(NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

**Attorneys for Plaintiff Alabama State Conference of the NAACP**

*s/ Dorman Walker*
Of Counsel