IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | **Case No.: 2:21-cv-1530-AMM** |

## NOTICE OF APPEARANCE

Comes now, Kathryn Sadasivan, a member of the Bar of this Court, and enters her appearance as counsel for Plaintiffs Evan Milligan, Shalela Dowdy, Letitia Jackson, Khadidah Stone, Greater Birmingham Ministries, and the Alabama State Conference of the NAACP.

Respectfully submitted,

*/s/ Kathryn Sadasivan*
Kathryn Sadasivan (ASB-5178-E48T)
NAACP Legal Defense and Educational Fund, Inc.
40 Rector St, 5th Floor
New York, NY 10006
Phone: (332) 600-9546
E-mail: ksadasivan@naacpldf.org

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Kathryn Sadasivan*
Kathryn Sadasivan (ASB-5178-E48T)
NAACP Legal Defense and Educational Fund, Inc.
40 Rector St, 5th Floor
New York, NY 10006
Phone: (332) 600-9546
E-mail: ksadasivan@naacpldf.org

***Attorney for Plaintiffs***