FILED

2021 Dec-21  PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

EVAN MILLIGAN, et al.,

*Plaintiffs*,

v.

JOHN H. MERRILL, et al.,

*Defendants*.

Civil Case No. 2:21-CV-01530-AMM

## PLAINTIFFS' THIRD EVIDENTIARY SUBMISSION

In further support of their motion for a preliminary injunction and following the production of Exhibits 1 to 5 in Plaintiffs' First Evidentiary Submission (Doc. 68) and Exhibits 6 to 14 in Plaintiffs' Second Evidentiary Submission (Doc. 70), Plaintiffs hereby submit the following additional Exhibits as set out below:

- Exhibit 15 – Rebuttal Expert Report of Baodong Liu, Ph.D.

- Exhibit 16 – Supplemental Declaration of Joseph Bagley Ph.D.

- Exhibit 17 – Rebuttal Expert Report of Kosuke Imai, Ph.D.

- Exhibit 18 – Rebuttal Expert Report of Moon Duchin, Ph.D.

DATED this 21st day of December 2021.

*/s/ Deuel Ross*
Deuel Ross*
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com

Respectfully submitted,

*/s/ Sidney M. Jackson*
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
    FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

*/s/ Davin M. Rosborough*
Davin M. Rosborough*
Julie Ebenstein*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org

*/s/ LaTisha Gotell Faulks*
LaTisha Gotell Faulks (ASB-1279-I63J)
Kaitlin Welborn*
AMERICAN CIVIL LIBERTIES UNION OF
ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

***Attorneys for Plaintiffs***

Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
  ADVANCEMENT OF COLORED
  PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiff Alabama State
Conference of the NAACP*

* Admitted *Pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, a true and correct copy of the

foregoing was served on all counsel of record by electronic mail.

<div style="margin-left: 50%;">

/s/ Deuel Ross
Deuel Ross
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
dross@naacpldf.org
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

</div>