FILED
2021 Dec-22  PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.  ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Alabama* ) | |
| *Secretary of State*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.  ) | **Case No.: 2:21-cv-1530-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | **THREE-JUDGE COURT** |
| *official capacity as Secretary of* ) | |
| *State of Alabama*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

Following the conference held on December 20, 2021, the panel studied the latest COVID-19 conditions nationwide and in Jefferson County, Alabama. The

panel observes that approximately forty-one lawyers have appeared in *Singleton*, Case No. 2:21-cv-1291-AMM, *Milligan*, Case No. 2:21-cv-1530-AMM, and *Caster*, Case No. 2:21-cv-1536-AMM, and if a consolidated hearing on the pending preliminary injunction motions occurs in person in Birmingham, Alabama, those attorneys, along with lay and expert witnesses, will be traveling from various locations nationwide, including New Hampshire, Maryland, Texas, New York, the District of Columbia, California, and Washington, as well as from various locations in Alabama.

In light of the serious time exigencies applicable to the request for preliminary injunctive relief in these cases, the health and safety of all persons involved in these proceedings, and the need to preserve the continuity of the proceedings, the panel has decided to conduct the consolidated preliminary injunction hearing that will begin on January 4, 2022, remotely via Zoom. The Zoom information will be provided to all parties at a later date.

Public access to the proceedings will be provided via livestream into the jury assembly room on the first floor of the Hugo L. Black United States Courthouse in Birmingham, Alabama. Members of the public who attend the livestreamed proceeding will be required to wear face masks and socially distance.

Further, in light of this determination, the parties are **ORDERED** to send Judge Moorer's two hard copies of exhibits and demonstratives, *see Singleton* Doc. 59; *Milligan* Doc. 72, to the following address:

> United States District Court
> Southern District of Alabama
> Attn: Judge Terry F. Moorer
> 155 St. Joseph Street
> Mobile, AL 36602

If any of the parties already sent Judge Moorer's hard copies to the Hugo L. Black United States Courthouse, those parties are **DIRECTED** to email Judge Manasco's chambers at manasco_chambers@alnd.uscourts.gov, and the court will redirect the hard copies to Judge Moorer upon arrival.

**DONE** and **ORDERED** this 22nd day of December, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court