Case 2:21-cv-01530-AMM   Document 79-3   Filed 12/22/21   Page 1 of 9

FILED
2021 Dec-22 PM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

No. 91-1553

# In The
# Supreme Court of the United States
OCTOBER TERM, 1991

BILLY JOE CAMP,
                      *Appellant,*
v.

PAUL CHARLES WESCH,
                      *Appellee.*

Appeal from the United States District Court
for the Southern District of Alabama

## APPENDIX TO JURISDICTIONAL STATEMENT

JAMES H. EVANS
   Attorney General of the
   State of Alabama

ANDREW P. MILLER
(Counsel of Record)
MARK A. PACKMAN
MELINDA BURROWS
   DICKSTEIN, SHAPIRO & MORIN
   2101 L Street, N.W.
   Washington, D.C. 20037
   (202) 785-9700
*Attorneys for Appellant*
*Billy Joe Camp*

WILSON - EPES PRINTING CO., INC. - 789-0096 - WASHINGTON, D.C. 20001

 60

# TABLE OF CONTENTS

| | Page |
|---|---|
| NOTICE OF APPEAL | 1a |
| FINAL JUDGMENT, Wesch v. Hunt (Civil Action No. 91-0787, March 9, 1992) | 5a |
| MEMORANDUM OPINION, Wesh v. Hunt (Civil Action No. 91-0787, March 9, 1992) | 135a |
| MOTION TO STAY, Wesch v. Hunt (Civil Action No. 91-0787, March 16, 1992) | 174a |
| MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY, Wesch v. Hunt (Civil Action No. 91-0787, March 16, 1992) | 178a |
| ORDER DENYING MOTION TO STAY, Wesch v. Hunt (Civil Action No. 91-0787, March 17, 1992) | 182a |
| MOTION TO ADOPT STATE OF ALABAMA'S CONGRESSIONAL REDISTRICTING PLAN, Wesch v. Hunt (Civil Action No. 91-0787, March 6, 1992) | 183a |
| ORDER DENYING MOTION TO ADOPT STATE OF ALABAMA'S CONGRESSIONAL REDISTRICTING PLAN, Wesch v. Hunt (Civil Action No. 91-0787, March 9, 1992) | 256a |
| COMPLAINT, Wesch v. Hunt (Civil Action No. 91-0787) | 257a |
| ORDER REQUIRING GOVERNOR TO CALL A SPECIAL LEGISLATIVE SESSION, Morris v. Hunt, Case No. CV-91-145 (Circuit Court of Barbour County, Alabama, December 19, 1991) | 263a |
| FINAL ORDER REQUIRING GOVERNOR TO CALL A SPECIAL LEGISLATIVE SESSION, Morris v. Hunt, Case No. CV-91-145 (Circuit Court of Barbour County, Alabama, December 19, 1991) | 267a |
| ORDER STAYING CIRCUIT COURT'S ORDER REQUIRING GOVERNOR TO CALL A SPECIAL LEGISLATIVE SESSION, Morris v. Hunt, Case No. CV-91-145 (Circuit Court of Barbour County, Alabama, January 7, 1992) | 270a |

## TABLE OF CONTENTS—Continued

| | Page |
|---|---|
| ORDER DISMISSING AS MOOT APPEAL OF FINAL ORDER REQUIRING GOVERNOR TO CALL A SPECIAL LEGISLATIVE SESSION, Morris v. Hunt, Case No. CV-91-145 (Circuit Court of Barbour County, Alabama, March 11, 1992) | 273a |
| TRANSCRIPT OF TESTIMONY OF SPEAKER JAMES S. CLARK, Morris v. Hunt, Case No. CV-91-145 (Circuit Court of Barbour County, Alabama, December 13, 1991) | 274a |
| TRANSCRIPT OF TESTIMONY OF JEROME GRAY, Public Hearing, Joint Legislative Committee on Reapportionment (October 2, 1991) | 279a |
| TRANSCRIPT OF TESTIMONY OF STATE SENATOR MICHAEL FIGURES AND CAROL ZIPPERT, Wesch v. Hunt (Civil Action No. 91-0787, January 3rd & 4th, 1992) | 282a |
| CONSTITUTIONAL AND STATUTORY PROVISIONS | 285a |

183a

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Civil Action No. 91-00787
(Three Judge Court)

PAUL CHARLES WESCH,
              Plaintiff,
vs.
GUY HUNT, et al.,
              Defendants.

MOTION TO ADOPT STATE OF ALABAMA'S
CONGRESSIONAL REDISTRICTING PLAN

[Filed Mar. 6, 1992]

COMES NOW Defendant Billy Joe Camp, Secretary of State of the State of Alabama, and moves this Court to adopt the congressional redistricting plan enacted into law by the Legislature of the State of Alabama, Act No. 92-63, effective on March 5, 1992, as the Court's interim congressional redistricting plan for the State of Alabama until such time as the plan has been precleared by the United States Justice Department and put into effect. A certified copy of Act No. 92-63 is attached as Exhibit A; a map of the congressional redistricting plan together with supporting statistical data is attached as Exhibit B.

Respectfully submitted this 6th day of March, 1992.

JAMES H. EVANS
Attorney General

/s/ Marc Givhan
MARC GIVHAN (GIVHR 4774)
Assistant Attorney General

184a

/s/ Mort P. Ames
MORT P. AMES (AMESM 7570)
Deputy Attorney General

Two of the Attorneys for
Defendant Camp

Address of Counsel:

Office of the Attorney General
Alabama Statehouse
11 South Union Street
Montgomery, Alabama 36130
(205) 242-7300

185a

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of March, 1992, served a copy of the foregoing on all parties of record by mailing a copy of same by United States Mail, postage prepaid and properly addressed as follows:

John H. England, Jr., Esq.
England & Bivens, P.C.
2616 8th Street
Tuscaloosa, Alabama

Ronnie L. Williams, Esq.
814 St. Francis
Mobile, Alabama 36602

David Boyd, Esq.
Dorman Walker, Esq.
Balch & Bingham
P.O. Box 78
Montgomery, Alabama 36101

Ferrel S. Anders, Esq.
David A. Boyett, III, Esq.
Hamilton, Butler, Riddick, Tarlton,
 & Sullivan, P.C.
P.O. Box 1743
Mobile, Alabama 36633

Algert S. Agricola, Jr., Esq.
(Attorney for defendant, Guy Hunt)
Interstate Park Center
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

James C. Wood, Esq.
(Attorney for defendant, Lionel W. Noonan)
1010 Van Antwerp Building
Mobile, AL 36602

186a

Honorable Harry D'Olive
Probate Judge
Probate Court of Baldwin County
Baldwin County Courthouse
Bay Minette, Alabama 36507

Honorable Devon Wiggins
Probate Judge
Probate Court of Escambia County
Escambia County Courthouse
Brewton, Alabama 36427

Honorable Otha Lee Biggs
Probate Judge
Probate Court of Monroe County
Monroe County Courthouse
Monroeville, Alabama 36461

Honorable Jerry Bogan
Probate Judge
Probate Court of Wilcox County
Wilcox County Courthouse
Camden, Alabama 36726

Honorable Clarence Watters
Probate Judge
Probate Court of Clarke County
Clarke County Courthouse
Grove Hill, Alabama 36451

Honorable Tom W. Turner
Probate Judge
Probate Court of Washington County
Washington County Courthouse
Chatom, Alabama 36518

/s/ Mort P. Ames
MORT P. AMES
Deputy Attorney General

256a

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Civil Action No. 91-0787

PAUL CHARLES WESCH,
                        Plaintiff,

MICHAEL FIGURES, et al.,
                        Intervenor-Plaintiffs,

vs.

GUY HUNT, et al.,
                        Defendants.

## ORDER

[Filed Mar. 9, 1992]

Before COX, Circuit Judge HAND, Senior District Judge, and ALBRITTON, District Judge.

### BY THE COURT

The motion of Defendant Billy Joe Camp to adopt the plan enacted by the Legislature (Doc. #106) is DENIED for the reasons stated in the Memorandum Opinion filed this date.