# PERMANENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT

**DATE:** 5-5-21

**MOTION:** to object voting Age Population to determine.

— Rancws motions —

**BY:** Smitherman

**2ND:** Rep Hall

| NAME | YES | NO | ABSTAIN |
|---|---|---|---|
| Senator Allen | | | |
| Senator Holley | | | |
| Senator Livingston | | | |
| Senator McClendon | | | |
| Senator Melson | | | |
| Senator Orr | | | |
| Senator Scofield | | | |
| Senator Singleton | | | |
| Senator Smitherman | | | |
| Senator Roberts | | | |
| Senator Williams | | | |
| Representative Boyd | | | |
| Representative Clouse | | | |
| Representative Ellis | | | |
| Representative England | | | |
| Represntative Greer | | | |
| Representative Hall | | | |
| Representative Jones | | | |
| Representative Lovvorn | | | |
| Representative Poole | | | |
| Reprentative Pringle | | | |
| Representative Wood | | | |

**MOTION VOTE TOTAL:** YES [ ]   NO [ ]   VOICE VOTE [✓]

PASSED [ ]   FAILED [✓]

REVISED: APRIL 28, 2021

RC 044495

## PERMANENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT

**DATE:** 5-5-2021

**MOTION:** To adopt guidelines

**BY:** Orr

**2ND:** Roberts

| NAME | YES | NO | ABSTAIN |
|---|---|---|---|
| Senator Allen | 1 | | |
| Senator Holley | 2 | | |
| Senator Livingston | 3 | | |
| Senator McClendon | 4 | | |
| Senator Melson | 5 | | |
| Senator Orr | 6 | | |
| Senator Scofield | 7 | | |
| Senator Singleton | 8 | | |
| Senator Smitherman | | 1 | |
| Senator Roberts | 9 | | |
| Senator Williams | 10 | | |
| Representative Boyd | | | 3 |
| Representative Clouse | | | |
| Representative Ellis | 11 | | |
| Representative England | | | |
| Represntative Greer | 12 | | 1 |
| Representative Hall | | | 2 |
| Representative Jones | | | |
| Representative Lovvorn | 13 | | |
| Representative Poole | | | |
| Reprentative Pringle | 14 | | |
| Representative Wood | 15 | | |

**MOTION VOTE TOTAL:** YES 15   NO 1   3 Abstain   VOICE VOTE ☐

**PASSED** ✓   **FAILED** ☐

REVISED: APRIL 28, 2021

RC 044496

# PERMANENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT

**DATE:** May 5, 2021

**MOTION:** to accept motion meetings

**BY:** Sen. Williams

**2ND** Livingston

| NAME | YES | NO | ABSTAIN |
|---|---|---|---|
| Senator Allen | | | |
| Senator Holley | | | |
| Senator Livingston | | | |
| Senator McClendon | | | |
| Senator Melson | | | |
| Senator Orr | | | |
| Senator Scofield | | | |
| Senator Singleton | | | |
| Senator Smitherman | | | |
| Senator Roberts | | | |
| Senator Williams | | | |
| Representative Boyd | | | |
| Representative Clouse | | | |
| Representative Ellis | | | |
| Representative England | | | |
| Represntative Greer | | | |
| Representative Hall | | | |
| Representative Jones | | | |
| Representative Lovvorn | | | |
| Representative Poole | | | |
| Reprentative Pringle | | | |
| Representative Wood | | | |

**MOTION VOTE TOTAL :**   YES [ ]   NO [ ]   VOICE VOTE [✓]

**PASSED** [✓]   **FAILED** [ ]

**REVISED: APRIL 28, 2021**

RC 044497