# BECOMING LESS SEPARATE?

### School Desegregation, Justice Department Enforcement, and the Pursuit of Unitary Status



UNITED STATES COMMISSION ON CIVIL RIGHTS

SEPTEMBER 2007

# APPENDIX B:  ALABAMA PUBLIC SCHOOLS' DESEGREGATION STATUS

**Table B.1**
**Alabama Districts With Unitary Status**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| ALEXANDER CITY | Lee & U.S.& NEA v. Alexander City Bd. of Educ. | 1963 | N/A | 2004 |
| ANDALUSIA CITY | Lee & NEA & U.S. v. Andalusia City Bd. of Educ. | 1963 | N/A | 2002 |
| ATTALLA CITY | Lee & U.S. v. Macon County Bd. of Educ. | 1966 | N/A | 2006 |
| AUBURN CITY | Lee & U.S. & NEA v. Auburn City Bd. of Educ. | 1966 | N/A | 2002 |
| AUTAUGA COUNTY | Lee & U.S. & NEA v. Autauga County Bd. of Educ. | 1963 | N/A | 2005 |
| BALDWIN COUNTY | Lee & U.S. & NEA v. Baldwin County Bd. of Educ. | 1966 | N/A | 1977 |
| BESSEMER CITY | Brown & U.S. v. Bd. of Educ. of City of Bessemer | 1965 | N/A | 2006 |
| BIBB COUNTY | Lee, U.S. & Nat'l Educ. Ass'n, Inc. v. Macon County Bd. of Educ. (Bibb County Sch. Dist.) | 1966 | N/A | 2006 |
| BIRMINGHAM CITY | Armstrong & U.S. v. Bd. of Educ. of City of Birmingham | 1960 | N/A | 1983 |
| BLOUNT COUNTY | Lee & U.S. v. Macon County Bd. of Educ., et al. | 1963 | N/A | 2005 |
| BREWTON CITY | Lee & U.S. & NEA v. Brewton City Sch. Sys. | 1966 | N/A | 1977 |
| BULLOCK COUNTY | Harris & NEA & U.S. v. Bullock County Bd. of Educ. | 1964 | N/A | 1999 |
| BUTLER COUNTY | Lee & U.S. & NEA v. Butler County Bd. of Educ. | 1966 | N/A | 2002 |
| CHEROKEE COUNTY | Lee & U.S. v. Macon County Bd. of Educ., et al. | 1963 | N/A | 2005 |
| CHILTON COUNTY | Lee & U.S. & NEA v. Chilton County Bd. of Educ. | 1963 | N/A | 2002 |
| CLARKE COUNTY | Lee & U.S. & NEA v. Clarke County Bd. of Educ. | 1966 | N/A | 1977 |
| COFFEE COUNTY | Lee & NEA & U.S. v. Coffee County Bd. of Educ. | 1963 | N/A | 2004 |
| CONECUH COUNTY | Lee & U.S. v. Macon County Bd. of Educ. | 1966 | N/A | 1979 |
| COOSA COUNTY | Lee & National Education Association, Inc. v. Coosa County Bd. of Educ. | 1963 | N/A | 2006 |
| COVINGTON COUNTY | Lee & U.S. & NEA v. Covington County Bd. of Educ. | 1963 | N/A | 2006 |
| CRENSHAW COUNTY | Harris & U.S. & NEA v. Crenshaw County Bd. of Educ. | 1966 | N/A | 2006 |
| CULLMAN CITY | Lee & U.S. & NEA v. Macon County Bd. of Educ. | 1966 | N/A | 2004 |
| DALE COUNTY | Lee & NEA & U.S. v. Dale County Bd. of Educ. | 1963 | N/A | 2005 |
| DALEVILLE CITY | Lee & NEA & U.S. v. Daleville City Bd. of Educ. | 1963 | N/A | 2002 |
| DALLAS COUNTY | Lee & U.S. v. Dallas County Bd. of Educ. | 1966 | N/A | 1977 |
| DEKALB COUNTY | Lee & U.S. v. Macon County Bd. of Educ. (Dekalb County) | 1966 | N/A | 2006 |

*Continued*

**Table B.1 (continued)**
**Alabama Districts With Unitary Status**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| DEMOPOLIS CITY | Lee & U.S. v. Demoplis City School Sys. | 1966 | N/A | 1979 |
| ELBA CITY | Lee & NEA & U.S. v. Elba City Bd. of Educ. | 1963 | N/A | 2004 |
| ELMORE COUNTY | Lee & NEA & U.S. v. Elmore County Bd. of Educ. | 1963 | N/A | 2004 |
| ENTERPRISE CITY | Lee & NEA & U.S. v. Enterprise City Bd. of Educ. | 1963 | N/A | 2003 |
| ESCAMBIA COUNTY | Lee & U.S. & NEA v. Escambia County Bd. of Educ. | 1966 | N/A | 1977 |
| EUFAULA CITY | Lee & NEA & U.S. v. Eufaula City Bd. of Educ. | 1963 | N/A | 2003 |
| GADSDEN CITY | Miller & U.S. & NEA v. Bd. of Educ. of Gadsden | 1963 | N/A | 2005 |
| GENEVA COUNTY | Lee & U.S. & NEA v. Geneva County Bd. of Educ. | 1963 | N/A | 2002 |
| GREENE COUNTY | Lee & U.S. & NEA v. Macon County Bd. of Educ. | 1966 | N/A | 2003 |
| HALE COUNTY | U.S. v. Hale County Bd. of Educ. | 1966 | N/A | 1982 |
| HENRY COUNTY | Lee & NEA & U.S. v. Henry County Bd. of Educ. | 1966 | N/A | 2006 |
| JASPER CITY | Lee & U.S. & NEA v. Walker Co. & Jasper City Sch. Sys. | 1966 | N/A | 1977 |
| LEE COUNTY | Lee & U.S. & NEA v. Lee County BOE | 1963 | N/A | 2005 |
| LINDEN CITY | Lee & U.S. & NEA v. Linden City Sch. Sys. | 1966 | N/A | 1977 |
| LOWNDES COUNTY | U.S. v. Lowndes County Bd. of Educ. | 1966 | N/A | 1991 |
| MACON COUNTY | Lee & U.S. & NEA v. Macon County Bd. of Educ. | 1963 | N/A | 2006 |
| MARENGO COUNTY | Lee & U.S. v. Macon Co. Bd. of Educ. | 1966 | N/A | 1983 |
| MIDFIELD CITY | Stout & U.S. v. Bd. of Educ. of City of Midfield | 1965 | N/A | 2006 |
| MOBILE COUNTY | Davis & Gant & U.S. v. Bd. of Sch. Comm'nrs of Mobile Co. | 1963 | N/A | 1997 |
| MONROE COUNTY | Lee & U.S. & NEA v. Monroe County Bd. of Educ. | 1966 | N/A | 1982 |
| MONTGOMERY COUNTY | Carr & U.S. v. Montgomery County Bd. of Educ. | 1964 | N/A | 1993 |
| MT BROOK CITY[1] | Lee, U.S. & Nat'l Educ. Ass'n v. Macon County Bd. of Educ. (Mountain Brook Sch. Dist.) | 1963 | N/A | 2005 |
| ONEONTA CITY | Lee & U.S. v. Macon Co. Bd. of Educ. | 1963 | N/A | 2005 |
| OPELIKA CITY | Lee & U.S. & NEA v. Opelika City Bd. of Educ. | 1963 | N/A | 2002 |
| OPP CITY | Lee & U.S. & NEA v. Opp City Bd. of Educ. | 1963 | N/A | 2002 |
| OZARK CITY | Lee & U.S. & NEA v. Ozark City Bd. of Educ. | 1963 | N/A | 2002 |
| PERRY COUNTY | U.S. v. Perry County Bd. of Educ. | 1966 | N/A | 1982 |
| PHENIX CITY | Lee & U.S. & NEA v. Phoenix City Bd. of Educ. | 1966 | N/A | 2005 |

*Continued*

**Table B.1 (continued)**
**Alabama Districts With Unitary Status**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| PIKE COUNTY | Lee, U.S. & Nat'l Educ. Ass'n, Inc. v. Pike County Bd. of Educ. | 1963 | N/A | 2007 |
| ROANOKE CITY | Lee & U.S. v. Roanoke City Bd. of Educ. | 1963 | N/A | 2007 |
| RUSSELL COUNTY | Lee & U.S.  & NEA v. Russell County Bd. of Educ. | 1963 | N/A | 2002 |
| SELMA CITY | Lee & U.S.  & NEA v. Selma City Sch. Sys. | 1966 | N/A | 1977 |
| ST CLAIR COUNTY[2] | Lee & U.S.  & NEA v. Macon County Bd. of Educ. | 1963 | N/A | 2000 |
| SYLACAUGA CITY | Lee & U.S.  & NEA v. Sylacauga City Bd. of Educ. | 1963 | N/A | 1995 |
| TALLADEGA CITY | Lee & U.S.  & NEA v. Talladega City Bd. of Educ. | 1966 | N/A | 1993 |
| TALLADEGA COUNTY | Lee & U.S.  & NEA v. Talladega County Sch. Sys. | 1966 | N/A | 1985 |
| TALLAPOOSA COUNTY | Lee & U.S.  & NEA v. Tallapoosa County Bd. of Educ. | 1966 | N/A | 2004 |
| TALLASSEE CITY | Lee & U.S.  & NEA v. Tallassee City Bd. of Educ. | 1963 | N/A | 2003 |
| THOMASVILLE CITY | Lee & U.S.  & NEA v. Thomasville City Bd. of Educ. | 1966 | N/A | 1977 |
| TROY CITY | Lee & U.S.  & NEA v. Troy City Bd. of Educ. | 1963 | N/A | 2005 |
| TUSCALOOSA CITY | Lee & U.S.  & NEA v. Macon County Bd. of Educ. | 1963 | N/A | 2000 |
| WALKER COUNTY | Lee & U.S.  & NEA v. Walker Co. & Jasper City Sch. Sys. | 1966 | N/A | 1977 |
| WASHINGTON COUNTY | Lee & U.S.  & NEA v. Washington County Bd. of Educ. | 1966 | N/A | 1977 |
| WILCOX COUNTY | U.S.  v. Wilcox County Bd. of Educ. | 1965 | N/A | 1979 |
| WINSTON COUNTY | Lee & U.S.  v. Winston County Bd. of Educ. | 1963 | N/A | 2004 |

[1] Legal counsel for this school district maintains that "Mountain Brook has not been under the jurisdiction of the federal court in Alabama with regard to desegregation." Donald B. Sweeney, Jr., attorney, Mountain Brook City Board of Education, letter to David P. Blackwood, General Counsel, U.S. Commission on Civil Rights, July 6, 2007. The Commission could not independently confirm the district's claims, which are not reflected in U.S. Department of Justice (DOJ) records. *See* U.S. Department of Justice, Civil Rights Division (DOJ/CRD), Response to U.S. Commission on Civil Rights' (USCCR) Interrogatories and Document Requests, Exhibit 2, May 17, 2007.

[2] Commission records differ from U.S. Department of Justice, Civil Rights Division's Educational Opportunities Section (EOS) records for this district. EOS indicates that this case is still on their open case list, but the Commission's review of applicable court records indicates that this district was granted unitary status in 2000. Asheesh Agarwal, Deputy Assistant Attorney General, U.S. Department of Justice, letter to David Blackwood, General Counsel, U.S. Commission on Civil Rights, July 19, 2007, p. 1 (hereafter cited as "DOJ correspondence, July 19, 2007").

Source: Compiled by U.S. Commission on Civil Rights.

**Table B.2**
**Alabama Districts Remaining Under Court Order**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| ANNISTON CITY | Lee & U.S. v. Macon County Bd. of Educ. (Anniston City Bd. of Educ.) | 1963 | District is working with DOJ towards a grant of unitary status | N/A |
| ATHENS CITY | Lee & U.S. v. Athens City Sch. Dist. (Limestone County) | 1965 | District is working with DOJ towards a grant of unitary status | N/A |
| BARBOUR COUNTY | Franklin & U.S. v. Barbour County Bd. of Educ. | 1969 | District is seeking unitary status | N/A |
| CALHOUN COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Calhoun County) | 1966 | District does not plan to seek unitary status | N/A |
| CHAMBERS COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Chambers County) | 1966 | District does not plan to seek unitary status | N/A |
| CHOCTAW COUNTY | U.S. v. Choctaw County Bd. of Educ. | 1966 | District does not plan to seek unitary status | N/A |
| CLAY COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Clay County) | 1966 | District is seeking unitary status | N/A |
| CLEBURNE COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Cleburne County) | 1966 | District has not made a decision about its intent | N/A |
| COLBERT COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Colbert County) | 1966 | District is working with DOJ towards a grant of unitary status | N/A |
| CULLMAN COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Cullman County) | 1966 | District did not reply to the Commission's inquiries | N/A |

*Continued*

**Table B.2 (continued)**
**Alabama Districts Remaining Under Court Order**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| DECATUR CITY | U.S. & Lee v. Macon County BOE (Decatur City) | 1966 | District is seeking unitary status | N/A |
| DOTHAN CITY | Lee & U.S. v. Dothan City Board of Education | 1963 | District is seeking unitary status | N/A |
| ETOWAH COUNTY[1] | U.S. & Lee v. Macon County Bd. of Educ. (Etowah County) | 1966 | District has not made a decision about its intent | N/A |
| FAIRFIELD CITY | U.S. & Boykins v. Bd. of Educ. of the City of Fairfield | 1965 | District does not plan to seek unitary status | N/A |
| FAYETTE COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Fayette County) | 1966 | District has not made a decision about its intent | N/A |
| FLORENCE CITY[2] | U.S. & Lee v. Macon County Bd. of Educ. (Florence City) | 1966 | District does not plan to seek unitary status | N/A |
| FORT PAYNE CITY | U.S. & Lee v. Macon County Bd. of Educ. (Fort Payne City) | 1966 | District is working with DOJ towards a grant of unitary status | N/A |
| FRANKLIN COUNTY | U.S. & Lee v. Macon Bd. of Educ. (Franklin County) | 1966 | District is working with DOJ towards a grant of unitary status | N/A |
| GUNTERSVILLE CITY | U.S. & Lee v. Macon Bd. of Educ. (Guntersville City) | 1966 | District is working with DOJ towards a grant of unitary status | N/A |
| HOMEWOOD CITY[3] | U.S. & Stout v. Homewood City Sch. Sys. | 1966 | District does not plan to seek unitary status | N/A |
| HOOVER CITY[4] | U.S. & Stout v. Hoover City Sch. Sys. | 1966 | District does not plan to seek unitary status | N/A |
| HOUSTON COUNTY | Lee & U.S. v. Houston County Bd. of Educ. | 1963 | District is seeking unitary status | N/A |

*Continued*

**Table B.2 (continued)**
**Alabama Districts Remaining Under Court Order**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| HUNTSVILLE CITY | U.S. & Hereford v. Huntsville City Sch. Dist. | 1965 | District plans to seek unitary status | N/A |
| JACKSON COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Jackson County) | 1966 | District is seeking unitary status | N/A |
| JACKSONVILLE CITY | U.S. & Lee v. Macon County Bd. of Educ. (Jacksonville City) | 1966 | District has not made a decision about its intent | N/A |
| JEFFERSON COUNTY | Stout & U.S. v. Jefferson County Bd. of Educ. | 1965 | District plans to seek unitary status | N/A |
| LAMAR COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Lamar County) | 1966 | District does not plan to seek unitary status | N/A |
| LANETT CITY | Lee & U.S. v. Lanett City Bd. of Educ. | 1963 | District does not plan to seek unitary status | N/A |
| LAUDERDALE COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Lauderdale County) | 1966 | District does not plan to seek unitary status | N/A |
| LAWRENCE COUNTY | U.S. & Horton v. Lawrence County Bd. of Educ. | 1977 | District is working with DOJ towards a grant of unitary status | N/A |
| LEEDS CITY[5] | U.S. & Stout v. City of Leeds Bd. of Educ. | 1966 | District does not plan to seek unitary status | N/A |
| LIMESTONE COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Limestone County) | 1966 | District is working with DOJ towards a grant of unitary status | N/A |
| MADISON COUNTY | Bennett & U.S. v. Madison County Bd. of Educ. | 1965 | District is seeking unitary status, case on appeal | N/A |
| MARION COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Marion County) | 1966 | District does not plan to seek unitary status | N/A |

*Continued*

**Table B.2 (continued)**
**Alabama Districts Remaining Under Court Order**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| MARSHALL COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Marshall County) | 1966 | District disputes status | N/A |
| MORGAN COUNTY | Lee & U.S. v. Macon County Bd. of Educ. (Morgan County School District) | 1963 | District is seeking unitary status | N/A |
| MUSCLE SHOALS CITY | Lee & U.S. v. Macon County Bd. of Educ. (Muscle Shoals School District) | 1963 | District disputes status | N/A |
| OXFORD CITY | Lee & U.S. v. Macon County Bd. of Educ. (Oxford City Board of Education) | 1963 | District plans to seek unitary status | N/A |
| PELL CITY | Lee & U.S. v. Macon County Bd. of Educ. (Pell City Board of Education) | 1965 | District is seeking unitary status | N/A |
| PICKENS COUNTY | Lee & U.S. v. Macon County Bd. of Educ. (Pickens County School System) | 1963 | District is working with DOJ towards a grant of unitary status | N/A |
| PIEDMONT CITY | Lee & U.S. v. Macon County Bd. of Educ. (Piedmont City School District) | 1963 | District has not made a decision about its intent | N/A |
| RANDOLPH COUNTY | Lee & U.S. v. Randolph County Bd. of Educ. | 1963 | District has not made a decision about its intent | N/A |
| RUSSELLVILLE CITY | U.S. & Lee v. Russellville Bd. of Educ. | 1963 | District is working with DOJ towards a grant of unitary status | N/A |
| SCOTTSBORO CITY | Lee & U.S. v. Macon County Bd. of Educ. (Scottsboro City School District) | 1963 | District does not plan to seek unitary status | N/A |
| SHEFFIELD CITY[6] | Lee & U.S. v. Colbert County Sch. Sys. (Sheffield City Bd. of Educ.) | 1963 | District is waiting for DOJ initiative | N/A |
| SHELBY COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Shelby County Sch. Dist.) | 1963 | District disputes status | N/A |
| SUMTER COUNTY | Lee & U.S. v. Macon County Bd. of Educ. (Sumter County Sch. Sys.) | 1963 | District did not reply to the Commission's inquiries | N/A |

*Continued*

**Table B.2 (continued)**
**Alabama Districts Remaining Under Court Order**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| TARRANT CITY | Lee & U.S. v. Macon County Bd. of Educ. (Tarrant City Bd. of Educ.) | 1963 | District has not made a decision about its intent | N/A |
| TRUSSVILLE CITY | Stout & United States v. Trussville City (Jefferson County Bd. of Educ.) | 1965 | Uncertain | N/A |
| TUSCALOOSA COUNTY | U.S. & Lee v. Macon County Bd. of Educ. (Tuscaloosa County) | 1966 | District disputes status | N/A |
| TUSCUMBIA CITY | Lee & U.S. v. Macon County Bd. of Educ. (City of Tuscumbia) | 1963 | District disputes status | N/A |
| VESTAVIA HILLS BOARD OF EDUCATION[7] | U.S. & Stout v. Vestavia Hills Bd. of Educ. | 1965 | District is seeking unitary status | N/A |
| WINFIELD CITY | Lee &. U.S. v. Macon County Bd. of Educ. (Winfield City School District) | 1963 | District does not plan to seek unitary status | N/A |

[1] The Etowah County School District received unitary status on July 16, 2007. *See Lee & U.S. v. Etowah County Board of Education*, C.A. No. 70-251-S (N.D. Ga. July 16, 2007) (order granting unitary status). The Commission received this information after the final analyses were run, and thus the district's revised status is not reflected in the analyses.

[2] Legal counsel for this school district maintains that "The school district has been declared unitary and has been released from the court mandated desegregation order." J.R. Brooks, attorney, Florence City Board of Education, letter to David P. Blackwood, General Counsel, U.S. Commission on Civil Rights, July 10, 2007. The Commission could not independently confirm the district's claims, which are not reflected in DOJ records. *See* DOJ/CRD, Response to USCCR Interrogatories, Exhibit 1.

[3] Commission records differ from EOS records for this district. This district is one of several that were partitioned from the Jefferson County School District. EOS indicates that the initial court action date for such districts "is the date that the court approved the formation of the separate school districts." DOJ correspondence, July 19, 2007. The Commission traces the initial court action date to the original order affecting Jefferson County School District.

[4] Ibid.

[5] Ibid.

[6] Legal counsel for this school district maintains that "Sheffield School District was determined to be a unitary school system in 1979." Vincent McAlister, attorney, Sheffield City School District, letter to David P. Blackwood, General Counsel, U.S. Commission on Civil Rights, July 16, 2007. The Commission could not independently confirm the district's claims, which are not reflected in DOJ records. *See* U.S. DOJ/CRD, Response to USCCR Interrogatories, Exhibit 1.

[7] Commission records differ from EOS records for this district. This district is one of several that were partitioned from the Jefferson County School District. EOS indicates that the initial court action date for such districts "is the date that the court approved the formation of the separate school districts." DOJ correspondence, July 19, 2007. The Commission traces the initial court action date to the original order affecting Jefferson County School District.

Source: Compiled by U.S. Commission on Civil Rights.

**Table B.3**
**Alabama Districts Not Subject to School Desegregation Litigation**

| District Name | Case Name | Year Case Initiated | Intent regarding unitary status | Year Unitary Status attained |
|---|---|---|---|---|
| ALBERTVILLE CITY | N/A | N/A | N/A | N/A |
| ARAB CITY | N/A | N/A | N/A | N/A |
| BOAZ CITY | N/A | N/A | N/A | N/A |
| GENEVA CITY | N/A | N/A | N/A | N/A |
| HALEYVILLE CITY | N/A | N/A | N/A | N/A |
| HARTSELLE CITY | N/A | N/A | N/A | N/A |
| MADISON CITY | N/A | N/A | N/A | N/A |

Source: Compiled by U.S. Commission on Civil Rights.