FILED
2021 Dec-23 PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALABAMA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC H. HOLDER, JR., in his official )<br>capacity as the Attorney General of )<br>the United States, )<br>)<br>Defendant. ) | Civil Action No. 11-1628 (TFH) |

## ERRATA TO COMPLAINT

Plaintiff State of Alabama files this errata to its Complaint (Doc. 1, filed Sept. 9, 2011) to correct two errors in paragraphs 7 and 8 of the Complaint neither of which is material:

- In paragraph 7, the words "Bob Riley" are stricken and corrected to read "Don Siegelman."

- In paragraph 8, the word "Riley" is stricken and corrected to read "Siegelman."

Respectfully submitted,

Date    October 3, 2011

LUTHER STRANGE
Attorney General of Alabama
By:

/s/ John J. Park, Jr.
John J. Park, Jr.
*Deputy Attorney General*
Alabama State Bar ID ASB-8382-P62J
E-mail: jjp@sbllaw.net

SOS000172

Strickland Brockington Lewis LLP  
Midtown Proscenium Suite 2200  
1170 Peachtree Street NE  
Atlanta, GA 30309  
Telephone: 678.347.2200  
Facsimile: 678.347.2210  


/s/ James W. Davis  
*Assistant Attorney General*  
Alabama State Bar ID ASB-4063-I58J  
E-mail: jimdavis@ago.state.al.us  

/s/ Misty Fairbanks  
*Assistant Attorney General*  
Alabama State Bar ID ASB-1813-T71F  
E-mail: mfairbanks@ago.state.al.us  

Office of the Attorney General  
State of Alabama  
501 Washington Avenue  
P.O. Box 300152  
Montgomery, Alabama 36130-0152  
Telephone: 334-242-7300  
Facsimile: 334-353-8440  

2

SOS000173

## Certificate of Service

I certify that the forgoing Errata to Complaint has been served by depositing a copy in the United States mail, properly addressed and postage prepaid to the following, on this 3rd day of October, 2011:

>Eric H. Holder, Jr., in his official capacity as the
>Attorney General of the United States
>Office of the Attorney General
>U.S. Department of Justice
>950 Pennsylvania Ave NW
>Washington, DC  20530-0001

>The United States of America
>c/o Ronald C. Machen, Jr., Esq.
>United States Attorney for the District of Columbia
>501 Third Street NW, Fourth Floor
>Washington, DC 20001

>/s/ John J. Park, Jr.
>Of Counsel

SOS000174