FILED
2021 Dec-23  PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA



# 2020
## ANNUAL
## REPORT









Honorable Kay Ivey, Governor of Alabama

I am pleased to report to you on the activities of the State Personnel Department for the Fiscal Year October 1, 2019, through September 30, 2020.

While the COVID-19 public health emergency impacted our state and nation last year, state employees met the challenge by continuing to render essential services and support to fellow Alabamians to keep the State of Alabama running efficiently and effectively. These employees embody the true spirit of public service and have taken on additional responsibilities to maintain service levels for the State and its citizens.  I am thankful for their service and dedication.

On behalf of the employees of the State Personnel Department, I thank you for your support and hope that you will find this report a basis for satisfaction and pride in the operation of Alabama's Merit System.

Sincerely,

Jackie Graham
State Personnel Director

**STATE PERSONNEL BOARD**

Ms. Faye Nelson, Chair

Mr. Myron Penn

Mr. Evan M. Thornton

Mr. David R. Mellon

Ms. Rachel Bunning

**STATE PERSONNEL DIRECTOR**

Jackie Graham

**DEPUTY DIRECTOR**

Alice Ann Byrne



The State Personnel Board consists of five members who serve six-year staggered terms. Two members are appointed by the Governor, one by the Lieutenant Governor, one by the Speaker of the House of Representatives, and one is a classified State employee elected by a majority vote of full-time State employees. Pursuant to the Merit System Act, no two appointed members of the State Personnel Board shall be appointed from any one congressional district of the State.

Jackie Graham serves as the Secretary to the State Personnel Board and as the Director of the State Personnel Department.

### Faye Nelson – Board Chair
### Elected Member

Ms. Nelson, of Montgomery, a career Merit System employee with the Alabama Department of Human Resources (DHR), is the elected employee representative on the State Personnel Board. A licensed graduate social worker, she began her career as a Social Worker with Dallas County DHR. Ms. Nelson currently serves as the Deputy Commissioner for Family Resources.

### Myron Penn
### Congressional District 2

Mr. Penn, of Union Springs, is a founding partner of Penn & Seaborn Law Firm. He also previously served in the Alabama State Senate. He was appointed to the Board by Speaker of the House Mac McCutcheon.

### Evan M. Thornton
### Congressional District 5

Mr. Thornton, of Florence, serves as Vice President for Business and Financial Affairs at the University of North Alabama. He was appointed to the Board by Governor Robert Bentley.

### David R. Mellon
### Congressional District 6

Mr. Mellon, of Birmingham, serves as University Counsel at the University of Alabama at Birmingham. He was appointed to the Board by Governor Kay Ivey.

### Rachel Bunning
### Congressional District 3

Ms. Bunning, of Pike Road, serves as the Communications and Marketing Administrator at the Alabama Community College System. She was appointed to the Board by Lieutenant Governor Will Ainsworth.





# State Personnel Department Organizational Chart



**THE STATE PERSONNEL DEPARTMENT WAS CREATED BY THE STATE MERIT SYSTEM ACT OF 1939. A STATE DIRECTOR OF PERSONNEL WAS DESIGNATED TO BE THE EXECUTIVE HEAD OF THE DEPARTMENT.**

The Department is committed to building and administering valid, legally-defensible selection devices in a timely manner and identifying the best-qualified, available applicants to fill job vacancies; maintaining a competitive classification and pay plan as well as a pay administration system that supports the attraction and retention of qualified State employees; facilitating the filling of State job vacancies through the efficient certification of qualified applicants, as required by the Merit System Act; ensuring compliance with State and Federal law in the hiring process; maintaining the integrity of the State payroll by auditing proposed personnel actions to ensure compliance with State and Federal law, and identifying and creating training programs in the area of human resource management.

# 2020

## Year in Review Division Reports

### ADMINISTRATION

Prepares and recommends rules and regulations to administer the Merit System Act.

- Edited and distributed online newsletters to all State employees, providing information on benefits and other various topics of importance.
- Represented the Department and the Merit System before the State Legislature.
- Reviewed personal services contracts to ensure legal compliance.
- Worked with Board members and coordinated monthly meetings.

### CLASSIFICATION AND PAY

Administers and maintains the classification and pay plan for the State service.

- Conducted 2,103 position reviews.
- Abolished 7 job classifications and created 19 new job classifications, bringing the number of job classifications in the State Classification Plan to 1,433.
- Conducted salary reviews of agency-specific classifications series. These agencies included the Bureau of Pardons and Paroles, the Department of Mental Health, and the State Port Authority.
- Conducted salary reviews of agency-wide classification series such as Communications and Public Relations and Mechanical Engineer.

### PERSONNEL AND PAYROLL AUDIT

Assures that employees are properly identified in the payroll system and that all personnel actions are audited for correctness.

- Certified the accuracy of each Merit System agency's payroll to the State Comptroller prior to payment.
- Maintained the Merit System leave system in accordance with State law.
- Maintained State employee personnel files in both digital image and hard copy formats.

### TRAINING

Identifies, creates, and offers to State employees training programs in the area of human resource management.

- Implemented a completely virtual training program for state employees in response to the COVID-19 pandemic.
- Provided training to 3,751 employees through 81 training programs.
- Offered training in traditional courses of Performance Appraisal, Progressive Discipline, Interview and Selection, Employment Law, Sexual Harassment Prevention, Family and Medical Leave Act, State Government Orientation, Dynamics of Supervision, Customer Service, Time Management, Dealing With Difficult People, and Performance Appraisal and Progressive Discipline Overview.
- Worked with numerous State agencies to provide individualized and specific training to meet the respective needs of those agencies.

## LEGAL

- Assists and coordinates the legal activities of the Department and the Board.
- Managed and participated in lawsuits in both State and Federal Courts.
- Managed various contracts.
- Provided training and assistance to agencies and employees concerning Employment Law, the Family and Medical Leave Act, Fair Labor Standards Act, Sexual Harassment Prevention, and various State Personnel Board Rules.
- Assisted State agencies in developing agency-specific policies and procedures.
- Involved in managing and maintaining the State's 457 Deferred Compensation Plan.
- Reviewed and processed requests for donated leave.
- Amended two State Personnel Board Rules.
- Provided guidance to agencies and employees pertaining to the Families First Coronavirus Relief Act.

## ADMINISTRATIVE HEARINGS

- Conducts due process hearings for employees who appeal their dismissals or for claims of discrimination for non-merit factors.
- Resolved 29 appeals.
- Received 40 new appeals.
- Issued recommendations on appeals within an average of 1.65 months where no continuance was requested by the parties.
- Conducted 82 hearings, including 4 virtual hearings, for various State agencies and regulatory boards.

## EXAMINATIONS AND RECRUITMENT AND CERTIFICATIONS

- Develops and administers tests and creates employment registers to identify the best qualified, available applicants to fill job vacancies. Maintains employment registers and certifies qualified persons to facilitate the filling of job vacancies.
- Produced and distributed 140 State job vacancy announcements.
- Reviewed 85,431 applications from individuals interested in State employment.
- Placed 29,264 eligible candidates on lists available to appointing authorities.
- Created and validated 6 new written examinations and administered 7 assessment centers.
- Administered assembled examinations to 7,163 applicants and administered weekday examinations to 1,495 applicants.

- Implemented temporary procedures for applicants to submit reservations for all written examinations. Examinations were administered as part of the Friday Testing Program at the State Personnel Testing Facility in Montgomery in order to increase testing capacity as a result of closed statewide facilities during the pandemic.
- Maintained an outreach recruitment program designed to attract qualified applicants to State service and to provide useful information to job seekers. During the fiscal year, 3 recruitment visits were made to colleges and universities in Alabama.
- Maintained 14 written examination centers throughout the State.
- Issued certifications containing the names of 122,559 applicants to operating agencies for employment consideration.
- Processed 6,299 appointments to fill positions within the Merit System.
- Issued registers to agencies on average within 7.8 hours of receipt of the Request for Candidates form.
- Processed appointments on average within 9.3 hours of the return of the Certification of Eligibles form.

## INFORMATION SYSTEMS

- Creates, researches, and implements technological advances to further the needs of the Department.
- Facilitated the relocation of Testing and Training to the new facility located at 60 Commerce Street in Downtown Montgomery,
- In conjunction with OIT, relocated our Mainframe processing to the new IBM facility located in Raleigh, NC.
- To sustain operations during the pandemic, I.T. facilitated the transition of Personnel's critical workforce from an in-person environment to a remote production environment.
- Facilitated the relocation of the Administrative Judges from the 7th floor of the Folsom Administrative Building to a new, improved facility located on the 1st floor of the same building.
- Completed the automation of the registration process from Agency Services using Adobe Sign for electronic routing and signatures. This has reduced the registration process from 3 to 4 days to less than 2 hours in most cases. In addition, it has eliminated all paper forms.
- Supported and maintained the Department's Online Employment System (OES), which saw an increase in users of 16,325 during 2020 to a total user base of 253,063. We also responded to a total of 3,080 web user support requests during the year.
- Responded to a total of 2,317 internal user Support Requests during 2020 for a grand total, including web users, of 5,397 requests.



UNCLASSIFIED 1.4%

EXEMPT 3.0%

UNSKILLED 3.2%

CLASSIFIED 92.3%

# Distribution of the Types of State Employment for Merit System Agencies

**CLASSIFIED:** These employees are also referred to as "Merit System employees" because they are governed and afforded certain protections by the rules and regulations of the Merit System Act. Positions in the classified service are filled through the competitive process administered by the State Personnel Department. Employees are required to serve a probationary period before achieving permanent status in the classified service.

**EXEMPT:** State law enumerates different groups of employees that are exempt from the rules and regulations of the Merit System. Those exempt employees for which State Personnel maintains records include certain Mental Health employees, officers elected by the people, heads of departments appointed by boards and commissions, Youth Services educational employees, the Governor's private secretary, legal advisor, recording secretary, and employees paid exclusively out of the Governor's emergency or contingent funds.

**UNCLASSIFIED:** The law provides for one confidential assistant or secretary for each elected officer, one for each department head appointed by the Governor, and one such confidential employee for each board and each commission. Employees in the Office of the Governor are also unclassified unless specifically designated as exempt. Employees in the unclassified service are subject to the same rules and regulations of employment



that apply to employees in classified or Merit System positions, except those relating to appointment and dismissal.

**UNSKILLED:** These limited assignments are restricted to such classes as Laborer, Resort Worker, and Forestry Worker. Employees in these classes have no status in the classified service, receive only limited entitlements to certain fringe benefits, and have no right of appeal should they be separated from State service.

*Note: The information provided in this report includes agencies subject to the Merit System. The data reported does not include employees of the Legislative Branch, the Judicial Branch, or Higher Education.



LAUDERDALE
396

LIMESTONE
346

MADISON
797

JACKSON
190

COLBERT
283

FRANKLIN
152

LAWRENCE
127

MORGAN
358

MARSHALL
433

DEKALB
283

MARION
289

WINSTON
94

CULLMAN
257

ETOWAH
397

CHEROKEE
52

BLOUNT
125

LAMAR
83

FAYETTE
108

WALKER
261

ST. CLAIR
256

CALHOUN
479

CLEBURNE
58

JEFFERSON
2,108

TALLADEGA
343

PICKENS
152

TUSCALOOSA
1,551

SHELBY
708

CLAY
99

RANDOLPH
73

BIBB
111

COOSA
163

TALLAPOOSA
376

CHAMBERS
72

GREENE
68

HALE
186

CHILTON
315

ELMORE
2,481

LEE
658

PERRY
113

SUMTER
90

AUTAUGA
1,368

MACON
173

RUSSELL
103

MARENGO
120

DALLAS
318

MONTGOMERY
6,473

CHOCTAW
53

LOWNDES
151

BULLOCK
216

WILCOX
132

BARBOUR
313

CLARKE
216

BUTLER
186

PIKE
455

WASHINGTON
77

MONROE
136

CRENSHAW
181

HENRY
110

CONECUH
87

COFFEE
215

DALE
233

ESCAMBIA
301

COVINGTON
217

GENEVA
140

HOUSTON
400

MOBILE
1,460

BALDWIN
780

## State Workforce by County of Residence

*Note:  The information provided in this report includes agencies subject to the Merit System. The data reported does not include employees of the Legislative Branch, the Judicial Branch, or Higher Education.



State Workforce by County of Employment

# Distribution of Employees by Type

| DEPARTMENT | Classified | Unclassified | Exempt | Unskilled | Total |
|---|---|---|---|---|---|
| Ag & Conservation Development Commission | 1 | 1 | 1 | 0 | 3 |
| Agricultural Museum Board | 0 | 0 | 2 | 0 | 2 |
| Agriculture & Industries | 318 | 7 | 4 | 219 | 548 |
| Alabama Law Enforcement Agency (ALEA) | 1,524 | 4 | 7 | 1 | 1,536 |
| Alcoholic Beverage Control Board | 882 | 1 | 3 | 3 | 889 |
| Architects Registration Board | 2 | 1 | 1 | 0 | 4 |
| Archives & History | 66 | 2 | 1 | 0 | 69 |
| Assisted Living Administrators Examiners Board | 0 | 0 | 0 | 0 | - |
| Attorney General | 130 | 26 | 2 | 0 | 158 |
| Auditor | 6 | 0 | 2 | 0 | 8 |
| Banking | 97 | 2 | 1 | 0 | 100 |
| Child Abuse & Neglect Prevention | 12 | 1 | 3 | 0 | 16 |
| Chiropractic Examiners Board | 4 | 1 | 1 | 0 | 6 |
| Choctawhatchee, Pea & Yellow Rivers Watershed | 1 | 1 | 1 | 0 | 3 |
| Commerce | 60 | 9 | 3 | 0 | 72 |
| Conservation & Natural Resources | 597 | 1 | 2 | 631 | 1,231 |
| Corrections | 3,722 | 14 | 19 | 2 | 3,757 |
| Cosmetology & Barbering Board | 22 | 2 | 2 | 1 | 27 |
| Council on the Arts | 15 | 2 | 0 | 0 | 17 |
| Counseling Examiners Board | 3 | 0 | 0 | 0 | 3 |
| Credit Union Administration | 8 | 1 | 2 | 0 | 11 |
| Crime Victims Compensation Commission | 23 | 2 | 0 | 0 | 25 |
| Dietetics/Nutrition Practice Examiners Board | 0 | 1 | 1 | 0 | 2 |
| Early Childhood Education | 193 | 0 | 2 | 0 | 195 |
| Economic & Community Affairs | 143 | 1 | 2 | 0 | 146 |
| Education | 797 | 2 | 21 | 1 | 821 |
| Educational Television Commission | 34 | 0 | 3 | 0 | 37 |
| Electrical Contractors Board | 1 | 0 | 0 | 0 | 1 |
| Emergency Management Agency | 87 | 0 | 2 | 1 | 90 |
| Environmental Management | 575 | 1 | 0 | 0 | 576 |
| Ethics Commission | 10 | 1 | 3 | 0 | 14 |
| Examiners of Public Accounts | 169 | 2 | 2 | 0 | 173 |
| Finance | 342 | 4 | 4 | 34 | 384 |
| Forensic Sciences | 215 | 2 | 0 | 0 | 217 |
| Foresters Registration Board | 0 | 1 | 0 | 0 | 1 |
| Forestry Commission | 225 | 2 | 1 | 4 | 232 |
| Funeral Services Board | 0 | 0 | 5 | 0 | 5 |
| General Contractors Licensing Board | 13 | 1 | 0 | 0 | 14 |
| Geological Survey | 42 | 0 | 2 | 0 | 44 |
| Governor | 0 | 57 | 1 | 0 | 58 |
| Governor's Mansion Authority | 0 | 6 | 0 | 0 | 6 |
| Health Planning & Development | 8 | 1 | 1 | 0 | 10 |
| Heating, A/C & Refrigeration Contractors Board | 9 | 2 | 1 | 0 | 12 |
| Historical Commission | 45 | 4 | 1 | 13 | 63 |
| Home Builders Licensure Board | 19 | 1 | 1 | 0 | 21 |
| Human Resources | 4,101 | 2 | 3 | 1 | 4,107 |
| Indian Affairs Commission | 4 | 0 | 0 | 0 | 4 |
| Insurance | 155 | 1 | 4 | 0 | 160 |
| Judicial Inquiry Commission | 1 | 2 | 1 | 0 | 4 |
| Labor | 745 | 1 | 1 | 11 | 758 |

| DEPARTMENT | Classified | Unclassified | Exempt | Unskilled | Total |
|---|---|---|---|---|---|
| Liquefied Petroleum Gas Board | 8 | 2 | 0 | 0 | 10 |
| Manufactured Housing Commission | 22 | 2 | 1 | 0 | 25 |
| Massage Therapy Board | 1 | 0 | 0 | 0 | 1 |
| Medicaid Agency | 597 | 1 | 2 | 3 | 603 |
| Mental Health | 530 | 0 | 670 | 2 | 1,202 |
| Military | 278 | 0 | 3 | 21 | 302 |
| Nursing Board | 57 | 3 | 1 | 0 | 61 |
| Nursing Home Administrators Exam Board | 0 | 1 | 0 | 0 | 1 |
| Occupational Therapy Board | 0 | 1 | 1 | 0 | 2 |
| Office of Information Technology | 115 | 2 | 5 | 0 | 122 |
| Oil & Gas Board | 25 | 0 | 3 | 0 | 28 |
| Onsite Wastewater Board | 3 | 1 | 0 | 0 | 4 |
| Pardons & Paroles | 770 | 0 | 6 | 0 | 776 |
| Peace Officers Annuity & Benefit Fund | 1 | 1 | 1 | 0 | 3 |
| Peace Officers Standards & Training Commission | 2 | 1 | 2 | 0 | 5 |
| Personnel | 94 | 3 | 0 | 0 | 97 |
| Physical Fitness Commission | 1 | 1 | 1 | 0 | 3 |
| Physical Therapy Board | 1 | 1 | 0 | 0 | 2 |
| Plumbers & Gas Fitters Exam Board | 12 | 3 | 1 | 0 | 16 |
| Polygraph Examiners | 2 | 0 | 0 | 0 | 2 |
| Professional Bail Bonding Board | 1 | 0 | 0 | 0 | 1 |
| Professional Engineers Registration Board | 6 | 1 | 1 | 0 | 8 |
| Psychology Examiners Board | 0 | 1 | 1 | 0 | 2 |
| Public Education Employees' Health Insurance Board | 12 | 23 | 0 | 0 | 35 |
| Public Health | 2,544 | 4 | 3 | 5 | 2,556 |
| Public Library Service | 33 | 1 | 0 | 0 | 34 |
| Public Service Commission | 53 | 7 | 3 | 0 | 63 |
| Real Estate Appraisers Board | 5 | 1 | 0 | 0 | 6 |
| Real Estate Commission | 31 | 4 | 1 | 0 | 36 |
| Rehabilitation Services | 803 | 2 | 1 | 0 | 806 |
| Retirement Systems | 168 | 148 | 2 | 1 | 319 |
| Revenue | 1,163 | 3 | 3 | 4 | 1,173 |
| Secretary of State | 37 | 2 | 3 | 0 | 42 |
| Securities Commission | 59 | 2 | 1 | 0 | 62 |
| Senior Services | 40 | 3 | 3 | 1 | 47 |
| Social Work Examiners Board | 2 | 1 | 1 | 0 | 4 |
| Soil & Water Conservation Commission | 5 | 1 | 0 | 0 | 6 |
| Speech Pathology & Audiology Exam Board | 1 | 1 | 0 | 0 | 2 |
| State Employees' Insurance Board | 40 | 12 | 2 | 0 | 54 |
| State Port Authority/Docks | 160 | 2 | 1 | 0 | 163 |
| Surface Mining Commission | 23 | 2 | 1 | 0 | 26 |
| Tax Tribunal | 0 | 3 | 2 | 0 | 5 |
| Tourism | 65 | 1 | 2 | 3 | 71 |
| Transportation | 4,355 | 4 | 4 | 12 | 4,375 |
| Treasurer | 27 | 4 | 2 | 0 | 33 |
| Veterinary Medical Examiners Board | 3 | 2 | 0 | 0 | 5 |
| Veterans Affairs | 32 | 1 | 1 | 0 | 34 |
| Women's Commission | 0 | 1 | 0 | 0 | 1 |
| Youth Services | 357 | 1 | 54 | 7 | 419 |
| **Totals** | **27,970** | **434** | **908** | **981** | **30,293** |

# Distribution of Employees by Department — A Five Year Comparison

| DEPARTMENT | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| Ag & Conservation Development Commission | 0 | 2 | 3 | 2 | 3 |
| Agriculture Museum Board | 2 | 3 | 4 | 2 | 2 |
| Agriculture & Industries | 558 | 582 | 535 | 529 | 548 |
| Alabama Law Enforcement Agency (ALEA) | 1,327 | 1,265 | 1,307 | 1,337 | 1,536 |
| Alcoholic Beverage Control Board | 818 | 840 | 864 | 874 | 889 |
| Architects Registration Board | 4 | 4 | 4 | 3 | 4 |
| Archives & History | 54 | 57 | 62 | 74 | 69 |
| Assisted Living Administrators Examiners Board | 2 | 1 | 1 | 1 | 0 |
| Attorney General | 153 | 155 | 152 | 151 | 158 |
| Auditor | 9 | 9 | 9 | 9 | 8 |
| Banking | 110 | 109 | 105 | 102 | 100 |
| Building Commission | 0 | 0 | 0 | 0 | 0 |
| Child Abuse & Neglect Prevention | 13 | 16 | 17 | 14 | 16 |
| Chiropractic Examiners Board | 5 | 6 | 5 | 5 | 6 |
| Choctawhatchee, Pea & Yellow Rivers Watershed | 3 | 2 | 2 | 2 | 3 |
| Commerce | 64 | 65 | 65 | 68 | 72 |
| Conservation & Natural Resources | 1,249 | 1,262 | 1,202 | 1,232 | 1,231 |
| Corrections | 3,532 | 3,421 | 3,383 | 3,620 | 3,757 |
| Cosmetology & Barbering Board | 26 | 26 | 25 | 27 | 27 |
| Council on the Arts | 17 | 17 | 16 | 17 | 17 |
| Counseling Examiners Board | 2 | 3 | 4 | 4 | 3 |
| Credit Union Administration | 10 | 12 | 12 | 11 | 11 |
| Crime Victims Compensation Commission | 30 | 32 | 31 | 28 | 25 |
| Dietetics/Nutrition Practice Examiners Board | 1 | 1 | 1 | 1 | 1 |
| Early Childhood Education | 123 | 132 | 153 | 176 | 195 |
| Economic & Community Affairs | 167 | 161 | 156 | 151 | 146 |
| Education | 857 | 800 | 777 | 853 | 821 |
| Educational Television Commission | 34 | 33 | 29 | 37 | 37 |
| Electrical Contractors Board | 0 | 0 | 0 | 1 | 1 |
| Emergency Management Agency | 87 | 85 | 91 | 91 | 90 |
| Environmental Management | 586 | 580 | 583 | 570 | 576 |
| Ethics Commission | 16 | 15 | 16 | 14 | 14 |
| Examiners of Public Accounts | 158 | 148 | 147 | 162 | 173 |
| Finance | 496 | 481 | 381 | 382 | 384 |
| Forensic Sciences | 213 | 217 | 212 | 210 | 217 |
| Foresters Registration Board | 1 | 2 | 1 | 1 | 1 |
| Forestry Commission | 243 | 222 | 227 | 224 | 232 |
| Funeral Services Board | 4 | 4 | 4 | 5 | 5 |
| General Contractors Licensing Board | 15 | 16 | 15 | 15 | 14 |
| Geological Survey | 51 | 55 | 53 | 52 | 44 |
| Governor | 57 | 52 | 53 | 57 | 58 |
| Governor's Mansion Authority | 4 | 4 | 4 | 6 | 6 |
| Health Planning & Development | 9 | 11 | 12 | 11 | 10 |
| Heating, A/C & Refrigeration Contractors Board | 12 | 11 | 12 | 11 | 12 |
| Historical Commission | 63 | 63 | 65 | 62 | 63 |
| Home Builders Licensure Board | 17 | 15 | 16 | 18 | 21 |
| Human Resources | 4,141 | 4,148 | 4,182 | 4,149 | 4,107 |
| Indian Affairs Commission | 3 | 3 | 4 | 4 | 4 |
| Insurance | 141 | 151 | 152 | 152 | 160 |
| Judicial Inquiry Commission | 5 | 5 | 4 | 5 | 4 |
| Labor | 911 | 865 | 844 | 830 | 758 |

| DEPARTMENT | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| Liquefied Petroleum Gas Board | 10 | 10 | 10 | 10 | 10 |
| Manufactured Housing Commission | 23 | 24 | 24 | 24 | 25 |
| Massage Therapy Board | 0 | 0 | 0 | 1 | 1 |
| Medicaid Agency | 578 | 572 | 595 | 613 | 603 |
| Mental Health | 1,165 | 1,226 | 1,217 | 1,268 | 1,202 |
| Military | 319 | 331 | 324 | 306 | 302 |
| Nursing Board | 52 | 52 | 59 | 61 | 61 |
| Nursing Home Administrators Exam Board | 1 | 1 | 1 | 1 | 1 |
| Occupational Therapy Board | 2 | 1 | 2 | 2 | 2 |
| Office of Information Technology | 6 | 13 | 127 | 131 | 122 |
| Oil & Gas Board | 28 | 29 | 27 | 26 | 28 |
| Onsite Wastewater Board | 6 | 7 | 6 | 4 | 4 |
| Pardons & Paroles | 525 | 591 | 606 | 675 | 776 |
| Peace Officers Annuity & Benefit Fund | 3 | 3 | 3 | 3 | 3 |
| Peace Officers Standards & Training Commission | 5 | 6 | 5 | 5 | 5 |
| Personnel | 93 | 90 | 92 | 92 | 97 |
| Physical Fitness Commission | 3 | 4 | 3 | 3 | 3 |
| Physical Therapy Board | 2 | 3 | 3 | 3 | 2 |
| Plumbers & Gas Fitters Exam Board | 17 | 18 | 18 | 17 | 16 |
| Polygraph Examiners | 1 | 1 | 1 | 1 | 2 |
| Professional Bail Bonding Board | 0 | 0 | 0 | 0 | 1 |
| Professional Engineers Registration Board | 9 | 7 | 7 | 9 | 8 |
| Psychology Examiners Board | 1 | 1 | 1 | 2 | 2 |
| Public Education Employees' Health Insurance Board | 34 | 35 | 39 | 38 | 35 |
| Public Health | 2,974 | 2,836 | 2,756 | 2,680 | 2,556 |
| Public Library Service | 30 | 30 | 34 | 34 | 34 |
| Public Service Commission | 73 | 71 | 66 | 66 | 63 |
| Real Estate Appraisers Board | 7 | 7 | 7 | 6 | 6 |
| Real Estate Commission | 36 | 35 | 33 | 35 | 36 |
| Rehabilitation Services | 781 | 785 | 794 | 813 | 806 |
| Retirement Systems | 300 | 304 | 322 | 321 | 319 |
| Revenue | 1,140 | 1,119 | 1,126 | 1,165 | 1,173 |
| Secretary of State | 36 | 40 | 41 | 41 | 42 |
| Securities Commission | 55 | 58 | 60 | 61 | 62 |
| Senior Services | 44 | 42 | 43 | 48 | 47 |
| Social Work Examiners Board | 4 | 3 | 4 | 4 | 4 |
| Soil & Water Conservation Commission | 6 | 6 | 6 | 6 | 6 |
| Speech Pathology & Audiology Exam Board | 2 | 2 | 2 | 2 | 2 |
| State Employees' Insurance Board | 58 | 57 | 55 | 53 | 54 |
| State Port Authority/Docks | 176 | 167 | 161 | 168 | 163 |
| Surface Mining Commission | 23 | 21 | 21 | 24 | 26 |
| Tax Tribunal | 4 | 4 | 5 | 4 | 5 |
| Tourism | 70 | 70 | 73 | 73 | 71 |
| Transportation | 4,313 | 4,327 | 4,323 | 4,393 | 4,375 |
| Treasurer | 30 | 31 | 32 | 33 | 33 |
| Veterinary Medical Examiners Board | 5 | 5 | 5 | 5 | 5 |
| Veterans Affairs | 38 | 39 | 37 | 39 | 34 |
| Women's Commission | 1 | 1 | 1 | 1 | 1 |
| Youth Services | 432 | 434 | 446 | 421 | 419 |
| **Totals** | **29,924** | **29,688** | **29,625** | **30,153** | **30,293** |

# Recruitment & Selection

This past fiscal year, nearly 60,000 applications for State jobs were submitted. The names of almost 123,000 applicants were certified to State agencies to be considered for State jobs.

### Names Certified to Agencies



**Recruitment & Selection:** This past fiscal year, nearly 60,000 applications for State jobs were submitted. The names of almost 123,000 applicants were certified to State agencies to be considered for State jobs.

### Applicants Appointed



### Applicant Information

Applications Processed ■
Applicants Placed on a Register ■



# Number of Employees FY 2020

# 30,293



TOTAL NUMBER OF EMPLOYEES



## Average Age

# 45.6

## Average Age of a State Employee in FY 2020

### AGING WORKFORCE

State workforce demographics reveal that approximately 30.4 percent of employees are eligible to retire within the next five years. The average age of the State's workforce fell slightly and is now 45.6 years old. The average years of service for all State employees is 11.82 years.

The data in these charts exclude part-time, temporary, unclassified, exempt (except Mental Health exempt), and hourly Form 8 employees.



## Percentage of Employees Eligible to Retire Within 5 Years

The data in this chart excludes part-time, temporary, unclassified, exempt (except Mental Health exempt), and hourly Form 8 employees.



## State Employees by Age

The data in this chart excludes part-time, temporary, unclassified, exempt (except Mental Health exempt), and hourly Form 8 employees.

## State Workforce by Race



**Other**
**2.3%**

**White**
**54.8%**

**African American**
**42.9%**

The data in this chart reflects full-time classified employees.

## State Workforce by Gender



**Male**
**41.6%**

**Female**
**58.4%**

The data in this chart reflects full-time classified employees.



## Turnover Rate – Total Separations (Percent)

The data in this chart excludes part-time, temporary, unclassified, excempt (except Mental Health exempt), and hourly Form 8 employees.



## Separations by Type

- Death
- Dismissal
- Resignation
- Retirement
- Termination During Probation

# Salary Information (Alabama)



The information above reflects the average annual salary of full-time classified employees.

# Annual Leave Ranking by State

| Maximum Days Granted Per Year | | Maximum Accumulation Allowed | |
|---|---|---|---|
| State | Days | State | Days |
| South Carolina | 30 | Louisiana[2] | Unlimited |
| Alabama[1] | 29.25 | Mississippi[3] | Unlimited |
| Mississippi | 27 | Alabama | 60 |
| Virginia | 27 | Kentucky[4] | 60 |
| North Carolina | 26 | Oklahoma | 60 |
| Oklahoma | 25 | Virginia[5] | 54 |
| Kentucky | 24 | Florida[4] | 45 |
| Louisiana | 24 | Georgia | 45 |
| Tennessee | 24 | South Carolina | 45 |
| West Virginia | 24 | Missouri | 42 |
| Arkansas | 22.5 | Tennessee[4] | 42 |
| Georgia | 21 | West Virginia[6] | 40 |
| Missouri | 21 | Arkansas | 30 |
| Florida | 19.5 | North Carolina[4] | 30 |

[1]Maximum leave accrual is attained after a minimum of 25 years of service to the State.
[2]Though accumulation is unlimited, upon separation employees are paid only for a maximum of 37.5 days.
[3]Though accumulation is unlimited, upon separation employees are paid only for a maximum of 30 days.
[4]Annual days in excess of the maximum days permitted to accumulate are converted to sick leave.
[5]Payment upon separation is for a maximum of 42 days.
[6]Excess days may be used to purchase health insurance, if separation is for retirement.



# Salary Information by State



Average Salary
# of Employees

$38,198*
30,136

$40,006
18,524

$53,953
58,063

$40,882
24,282

$52,239
60,636

$44,513
20,293

$43,939
23,682

$46,444
29,011

$43,457
36,096

$36,616
19,216

$49,945
26,659

N/A

$51,234
29,781

$37,463**
71,432

**Averages**

$44,530
34,447

Note: This data is reported as of July 2020, a different time period than that used for other charts in this publication. This data reflects full-time classified employees. It excludes unclassified employees, higher education employees, K-12 employees, medical hospital employees, and unskilled and semi-skilled employees.

\* Excludes employees in Transportation, Conservation, uniformed officers in Public Safety, elected officials, and Legislative and Judicial Branch employees.

\*\*  The numbers are as of July 2019.

# Sick Leave Ranking by State

| Maximum Days Granted Per Year | | Maximum Accumulation Allowed | |
|---|---|---|---|
| State | Days | State | Days |
| Louisiana | 24 | Florida[3] | Unlimited |
| West Virginia | 18 | Kentucky[4] | Unlimited |
| Georgia | 15 | Louisiana[5] | Unlimited |
| Missouri | 15 | Mississippi[4] | Unlimited |
| Oklahoma | 15 | Missouri[4] | Unlimited |
| South Carolina | 15 | North Carolina[4] | Unlimited |
| Alabama | 13 | Oklahoma[4] | Unlimited |
| Florida | 13 | Tennessee | Unlimited |
| Arkansas | 12 | Virginia[6] | Unlimited |
| Kentucky[1] | 12 | West Virginia[4] | Unlimited |
| Mississippi | 12 | South Carolina[4] | 180 |
| North Carolina | 12 | Alabama[7] | 150 |
| Tennessee | 12 | Arkansas[8] | 120 |
| Virginia[2] | 10 | Georgia | 90 |

[1] After completion of 120 months of service and 240 months of service, an additional 10 days of sick leave are automatically credited to the employee's sick leave balance.
[2] All employees hired before January 1, 1999, receive 15 days.
[3] After 10 years of service, employees are paid for 1/4 of their unused sick leave, up to 60 days.
[4] Unused sick leave has no cash value but may be credited towards retirement.
[5] Partial payment of excess sick leave is based on actuarial computation.
[6] After 5 years of service, employees are paid for 1/4 of their unused sick leave, up to $5,000.
[7] At retirement, employees are paid for 1/2 of their unused sick leave or may credit the time towards retirement.
[8] At retirement, employees are paid for part of their unused sick leave, up to $7,500.

# Holiday Rankings by State

(Includes Personal Leave Days)
**Official Holidays Granted**

| State | Days | State | Days |
|---|---|---|---|
| Virginia[1] | 17 | West Virginia | 12 |
| Alabama | 13 | Kentucky[3] | 11.5 |
| South Carolina | 13 | Louisiana[4] | 11 |
| Arkansas | 12 | Oklahoma | 11 |
| Georgia[2] | 12 | Tennessee | 11 |
| Missouri | 12 | Florida | 10 |
| North Carolina | 12 | Mississippi | 10 |

[1] All employees hired after January 1, 1999, receive 4 to 5 personal leave days.
[2] Additionally, sick leave in excess of 15 days, up to 3 days, may be converted to personal leave days.
[3] Additionally, a holiday is granted for Presidential election days.
[4] Employees receive Inauguration Day every 4 years and General Election day every 2 years.





PHOTO CREDITS:
- Department of Rehabilitation Services
- Department of Labor
- Department of Finance
- Alabama Tourism Department
- Alabama Law Enforcement Agency
- Department of Conservation and Natural Resources
- State Employees' Insurance Board
- Alabama Bureau of Pardons & Paroles
- Alabama Department of Mental Health
- Alabama Department of Insurance
- Alabama Emergency Management Agency



State of Alabama
**Personnel Department**

**ANNUAL REPORT 2020**

300 Folsom Administrative Building
Montgomery, Alabama 36130-4100
(334) 242-3389

personnel.alabama.gov