FILED
2021 Dec-23  PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

179a

Therefore, this Court retains jurisdiction to rule on defendant Camp's motion to stay. Accordingly, defendant Camp requests this Court to grant his motion to stay proceedings to enforce this Court's final judgement and order, dated March 9, 1992, pending adjudication of his appeal.

Respectfully submitted this 16th day of March, 1992.

JAMES H. EVANS
Attorney General

/s/ Marc Givhan
MARC GIVHAN (GIVHR 4774)
Assistant Attorney General

/s/ Mort P. Ames
MORT P. AMES (AMESM 7570)
Deputy Attorney General

Two of the Attorneys for
Defendant Camp

Address of Counsel:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
(205) 242-7300

180a

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of March, 1992, served a copy of the foregoing on all parties of record by mailing a copy of same by United States Mail, postage prepaid and properly addressed as follows:

John H. England, Jr., Esq.
England & Bivens, P.C.
2616 8th Street
Tuscaloosa, Alabama

Ronnie L. Williams, Esq.
814 St. Francis
Mobile, Alabama 36602

David Boyd, Esq.
Dorman Walker, Esq.
Balch & Bingham
P. O. Box 78
Montgomery, Alabama 36101

Ferrel S. Anders, Esq.
David A. Boyett, III, Esq.
Hamilton, Butler, Riddick, Tarlton,
  & Sullivan, P.C.
P. O. Box 1743
Mobile, Alabama 36633

Algert S. Agricola, Jr., Esq.
(Attorney for defendant, Guy Hunt)
Interstate Park Center
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

James C. Wood, Esq.
(Attorney for defendant, Lionel W. Noonan)
1010 Van Antwerp Building
Mobile, AL 36602

181a

Honorable Harry D'Olive
Probate Judge
Probate Court of Baldwin County
Baldwin County Courthouse
Bay Minette, Alabama 36507

Honorable Devon Wiggins
Probate Judge
Probate Court of Escambia County
Escambia County Courthouse
Brewton, Alabama 36427

Honorable Otha Lee Biggs
Probate Judge
Probate Court of Monroe County
Monroe County Courthouse
Monroeville, Alabama 36461

Honorable Jerry Bogan
Probate Judge
Probate Court of Wilcox County
Wilcox County Courthouse
Camden, Alabama 36726

Honorable Clarence Watters
Probate Judge
Probate Court of Clarke County
Clarke County Courthouse
Grove Hill, Alabama 36451

Honorable Tom W. Turner
Probate Judge
Probate Court of Washington County
Washington County Courthouse
Chatom, Alabama 36518

/s/ Mort P. Ames
MORT P. AMES
Deputy Attorney General

182a

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

————

Civil Action No. 91-0787

PAUL CHARLES WESCH,
*Plaintiff,*

MICHAEL FIGURES, *et al.,*
*Intervenor-Plaintiffs,*

**vs.**

GUY HUNT, BILLY JOE CAMP, LIONEL W. NOONAN, HARRY
D'OLIVE, DEVON WIGGINS, OTHA LEE BIGGS, JERRY
BOGAN, CLARENCE WATTERS and TOM TURNER, all sued
in their official or representative capacities only,
*Defendants.*

————

ORDER

Before COX, Circuit Judge, HAND, Senior District
Judge and ALBRITTON, District Judge.

BY THE COURT

This matter comes before the Court on Defendant Sec-
retary of State Camp's motion "to stay proceedings to
enforce its final judgement and order of March 9, 1992
pending adjudication of his appeal." Having considered
the motion and the supporting memorandum of law, the
Court hereby DENIES the motion.

DONE this 17th day of March, 1992.

183a

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

––––––––

Civil Action No. 91-00787
(Three Judge Court)

PAUL CHARLES WESCH,

vs.                    *Plaintiff,*

GUY HUNT, *et al.,*

                    *Defendants.*

––––––––

MOTION TO ADOPT STATE OF ALABAMA'S
CONGRESSIONAL REDISTRICTING PLAN

[Filed Mar. 6, 1992]

COMES NOW Defendant Billy Joe Camp, Secretary of
State of the State of Alabama, and moves this Court to
adopt the congressional redistricting plan enacted into
law by the Legislature of the State of Alabama, Act No.
92-63, effective on March 5, 1992, as the Court's interim
congressional redistricting plan for the State of Alabama
until such time as the plan has been precleared by the
United States Justice Department and put into effect. A
certified copy of Act No. 92-63 is attached as Exhibit A;
a map of the congressional redistricting plan together
with supporting statistical data is attached as Exhibit B.

Respectfully submitted this 6th day of March, 1992.

JAMES H. EVANS
Attorney General

/s/ Marc Givhan
MARC GIVHAN (GIVHR 4774)
Assistant Attorney General

184a

/s/  Mort P. Ames
    MORT P. AMES (AMESM 7570)
    Deputy Attorney General

    Two of the Attorneys for
      Defendant Camp

Address of Counsel:

Office of the Attorney General
Alabama Statehouse
11 South Union Street
Montgomery, Alabama 36130
(205) 242-7300

185a

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of March, 1992, served a copy of the foregoing on all parties of record by mailing a copy of same by United States Mail, postage prepaid and properly addressed as follows:

John H. England, Jr., Esq.
England & Bivens, P.C.
2616 8th Street
Tuscaloosa, Alabama

Ronnie L. Williams, Esq.
814 St. Francis
Mobile, Alabama 36602

David Boyd, Esq.
Dorman Walker, Esq.
Balch & Bingham
P.O. Box 78
Montgomery, Alabama 36101

Ferrel S. Anders, Esq.
David A. Boyett, III, Esq.
Hamilton, Butler, Riddick, Tarlton,
    & Sullivan, P.C.
P.O. Box 1743
Mobile, Alabama 36633

Algert S. Agricola, Jr., Esq.
(Attorney for defendant, Guy Hunt)
Interstate Park Center
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

James C. Wood, Esq.
(Attorney for defendant, Lionel W. Noonan)
1010 Van Antwerp Building
Mobile, AL 36602

186a

Honorable Harry D'Olive
Probate Judge
Probate Court of Baldwin County
Baldwin County Courthouse
Bay Minette, Alabama 36507

Honorable Devon Wiggins
Probate Judge
Probate Court of Escambia County
Escambia County Courthouse
Brewton, Alabama 36427

Honorable Otha Lee Biggs
Probate Judge
Probate Court of Monroe County
Monroe County Courthouse
Monroeville, Alabama 36461

Honorable Jerry Bogan
Probate Judge
Probate Court of Wilcox County
Wilcox County Courthouse
Camden, Alabama 36726

Honorable Clarence Watters
Probate Judge
Probate Court of Clarke County
Clarke County Courthouse
Grove Hill, Alabama 36451

Honorable Tom W. Turner
Probate Judge
Probate Court of Washington County
Washington County Courthouse
Chatom, Alabama 36518

/s/  Mort P. Ames
MORT P. AMES
Deputy Attorney General

187a

## EXHIBIT A

## STATE OF ALABAMA

I, Billy Joe Camp, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

THE PAGES HERETO ATTACHED CONTAIN A TRUE, ACCURATE AND LITERAL COPY OF S 73, ACT NO 92-63 PASSED IN THE REGULAR LEGIS-LATIVE SESSION. EFFECTIVE ON MARCH 5, 1992 AS SAME APPEARS ON FILE AND OF RECORD IN THIS OFFICE.

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Mont-gomery, on this day.

March 6, 1992
Date

/s/ Billy Joe Camp
BILLY JOE CAMP
Secretary of State

188a

ACT NO. 92-63

S. 73

By: Senators Ghee and Bennett

*Enrolled*, An Act,

To amend Section 17-20-1, Code of Alabama 1975, relating to the division of the state into congressional districts, so as to redistrict the congressional districts based upon the 1990 census.

BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

Section 1. Section 17-20-1, Code of Alabama 1975, is hereby amended to read as follows:

"17-20-1.

"The state is hereby divided into seven congressional districts as follows:

"District 1: Baldwin County, Clarke County, Escambia County, Mobile County, Monroe County: Tract 9857, Tract 9858: Block Group 1: Block 103, Block 104, Block 105, Block 106, Block 107, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124; Block Group 2: Block 246, Block 247, Block 248, Block 251, Block 252, Block 253, Block 254, Block 255; Tract 9859, Tract 9860, Tract 9861, Tract 9862; Washington County.

"District 2: Barbour County, Butler County, Coffee County, Conecuh County, Covington County, Crenshaw County, Dale County, Geneva County, Henry County, Houston County, Lee County, Monroe County: Tract 9856, Tract 9858: Block Group 1: Block 101, Block 102, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 125, Block 126, Block 127, Block 128, Block 129, Block 130, Block 131;

189a

Block Group 2: Block 201, Block 202, Block 203, Block
204, Block 205, Block 206, Block 207, Block 208, Block
209, Block 210, Block 211, Block 212, Block 213, Block
214, Block 215, Block 216, Block 217, Block 218, Block
219, Block 220, Block 221, Block 222, Block 223, Block
224, Block 225, Block 226, Block 227, Block 228, Block
229, Block 230, Block 231, Block 232, Block 233, Block
234, Block 235, Block 236, Block 237, Block 238, Block
239, Block 240, Block 241, Block 242, Block 243, Block
244, Block 245, Block 249, Block 250, Block 256, Block
257, Block 258, Block 259; Montgomery County: Tract
0001: Block Group 1: Block 129, Block 130, Block 131,
Block 132, Block 133, Block 134, Block 140, Block 141,
Block 152, Block 153, Block 154, Block 155, Block 156,
Block 157, Block 158, Block 159, Block 160, Block 161,
Block 162, Block 163, Block 164, Block 165, Block 166,
Block 167, Block 168, Block 169, Block 170, Block 171,
Block 172, Block 173, Block 174, Block 175, Block 176,
Block 177, Block 178, Block 179, Block 180, Block 181,
Block 182, Block 183, Block 184, Block 185, Block 186,
Block 187, Block 191, Block 192; Block Group 2: Block
208; Tract 0002: Block Group 1: Block 101, Block 102,
Block 103, Block 104, Block 105, Block 106, Block 107,
Block 108, Block 109, Block 110, Block 111, Block 118,
Block 119; Block Group 2: Block 201; Tract 0005: Block
Group 1: Block 101, Block 102, Block 103, Block 104,
Block 105, Block 106, Block 107, Block 108, Block 109,
Block 110, Block 111, Block 112, Block 113, Block 114,
Block 115, Block 116, Block 117, Block 118; Block Group
2: Block 201, Block 202, Block 203, Block 204, Block 205,
Block 206, Block 207, Block 208, Block 209, Block 210,
Block 211, Block 212, Block 213, Block 214, Block 215,
Block 216, Block 217, Block 218; Block Group 3: Block
301, Block 302, Block 303, Block 304, Block 305, Block
306, Block 307, Block 308, Block 309, Block 310, Block
311, Block 312, Block 313, Block 314, Block 315; Block
Group 4: Block 404, Block 405, Block 406, Block 407,
Block 408, Block 409, Block 410, Block 411, Block

190a

412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 420, Block 421; Tract 0006: Block Group 1: Block 111, Block 118; Tract 0009.85, Tract 0010: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 110, Block 111, Block 113, Block 114; Tract 0011: Block Group 1: Block 101; Tract 0013; Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214; Tract 0014: Block Group 1: Block 101, Block 102, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221; Block Group 3: Block 301, Block 302, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412; Block Group 5: Block 505, Block 508, Block 509, Block 510, Block 511, Block 512, Block 515, Block 517, Block 518, Block 519, Block 520; Tract 0015: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120; Block Group 2: Block 201, Block 202, Block 203, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220,

191a

Block 224, Block 225, Block 226, Block 227, Block 228; Tract 0016, Tract 0017, Tract 0018, Tract 0019, Tract 0020; Block Group 1: Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123, Block 130; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216; Block Group 3: Block 309, Block 310, Block 311, Block 312, Block 313; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 418; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511; Tract 0021: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120; Block Group 4: Block 401, Block 402, Block 406, Block 407, Block 420, Block 421, Block 422; Tract 0026, Tract 0027, Tract 0028, Tract 0033.01, Tract 0033.02, Tract 0051.01: Block Group 1: Block 148A, Block 148B, Block 149; Block Group 2: Block 212; Tract 0053.01, Tract 0053.02, Tract 0054.01: Block Group 1: Block 108A, Block 108B, Block 109A, Block 109B, Block 110; Block Group 2: Block 204A, Block 204B, Block 204C, Block 204D, Block 205A, Block 205B, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211A, Block 211B, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225, Block 226, Block 227; Block Group 3: Block 301, Block 302A, Block 302B, Block 303, Block 304, Block 305, Block 306, Block 307A, Block 307B, Block 308A, Block 308B, Block 309A, Block 309B, Block 309C, Block 310A, Block

192a

310B, Block 311A, Block 311B, Block 312; Block Group
4: Block 401A, Block 401B, Block 402, Block 403A,
Block 403B, Block 404, Block 405; Tract 0054.02: Block
Group 1: Block 101, Block 102, Block 103, Block 104,
Block 105, Block 106, Block 107, Block 108, Block 109,
Block 110, Block 113, Block 114, Block 115, Block 116,
Block 117, Block 118, Block 119; Block Group 2: Block
201, Block 202, Block 203, Block 204, Block 205, Block
206, Block 207, Block 208, Block 209, Block 210, Block
211, Block 212, Block 213, Block 214, Block 230; Block
Group 3: Block 301, Block 302; Block Group 4: Block
401, Block 402, Block 403, Block 404, Block 405, Block
406, Bock 407, Block 408, Block 409, Block 410, Block
411, Block 412, Block 413, Block 414; Tract 0054.03,
Tract 0054.05, Tract 0054.06, Tract 0055: Block Group
1: Block 102A, Block 102B, Block 102C, Block 103, Block
104, Block 105; Tract 0056.01: Block Group 3: Block
301, Block 302, Block 303, Block 304, Block 305, Block
306, Block 307, Block 308, Block 310, Block 311; Block
Group 4: Block 401, Block 402, Block 403, Block 404,
Block 405, Block 406A, Block 406B, Block 407A, Block
411, Block 412; Block Group 5: Block 501A, Block 501B,
Block 501C, Block 502, Block 503, Block 504, Block 505,
Block 506, Block 507; Tract 0056.02, Tract 0056.03:
Block Group 6: Block 601; Tract 0056.04: Block Group
2: Block 211, Block 212, Block 213, Block 214, Block
215, Block 217, Block 218, Block 219, Block 220, Block
221; Block Group 3: Block 303, Block 304, Block 305,
Block 306, Block 307, Block 309, Block 310, Block 313;
Block Group 4: Block 406, Block 407, Block 408, Block
409, Block 410, Block 411, Block 412, Block 413, Block
414, Block 415, Block 416, Block 417, Block 418, Block
419, Block 420, Block 421, Block 422, Block 423, Block
424, Block 425, Block 426, Block 427, Block 428, Block
429, Block 430, Block 431, Block 432, Block 433, Block
434; Tract 0057: Block Group 1: Block 119, Block 120,
Block 121, Block 122, Block 123, Block 127; Tract
0058: Block Group 1: Block 103, Block 104, Block 105,

193a

Block 106, Block 107, Block 109, Block 119, Block 120, Block 121, Block 122, Block 123, Block 152, Block 153, Block 154; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 206, Block 208, Block 209, Block 210, Block 211, Bolck 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225; Block Group 3: Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 322, Block 323, Block 324, Block 325, Block 326, Block 327, Block 328, Block 329, Block 330, Block 331; Block Group 4: Block 401, Block 402; Tract 0059.01: Block Group 2: Block 207, Block 208, Block 209, Block 210, Block 211, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 224, Block 225, Block 226, Block 227, Block 228, Block 236, Block 237; Tract 0060.85: Block Group 1: Block 101A, Block 101B, Block 116A, Block 117, Block 118, Block 135; Block Group 5: Block 501B; Block Group 9: Block 901A, Block 901B; Pike County, Russell County.

"District 3: Autauga County: Tract 0201, Tract 0202, Tract 0203, Tract 0204, Tract 0205, Tract 0206, Tract 0207, Tract 0208: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 109, Block 110A, Block 110B, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118A, Block 118B, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124, Block 125, Block 126, Block 127, Block 128, Block 129, Block 130A, Block 130B, Block 131, Block 132, Block 133, Block 134, Block 135, Block 136, Block 137A, Block 137B, Block 138, Block 139, Block 140, Block 141, Block 142, Block 143, Block 144, Block 145, Block 147, Block 148, Block 149, Block 150, Block 151, Block 152, Block 154, Block 155, Block 156, Block 157, Block 158, Block 159, Block 160, Block 161, Block 162, Block 163, Block 164, Block 165, Block 166; Block Group 2: Block 201, Block 202, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228, Block 229, Block 230,

194a

Block 232, Block 242; Block Group 3: Block 306, Block 307, Block 308, Block 309, Block 310, Block 313, Block 314, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321; Block Group 4: Block 430, Block 432, Block 433, Block 434, Block 435, Block 437, Block 438, Block 439, Block 440, Block 441, Block 442, Block 443; Block Group 5: Block 501, Block 502, Block 503, Block 504A, Block 504B, Block 505A, Block 505B, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511; Calhoun County, Chambers County, Chilton County, Clay County, Cleburne County, Coosa County, Elmore County, Randolph County, St. Clair County, Shelby County, Talladega County, Tallapoosa County.

"District 4: Blount County, Cherokee County, Cullman County, DeKalb County, Etowah County, Fayette County, Franklin County, Jefferson County: Tract 0113: Block Group 1: Block 161E, Block 166A, Block 166B, Block 167; Block Group 2: Block 246B, Block 247B, Block 248B, Block 248C, Block 250, Block 252, Block 253, Block 254A, Block 254C, Block 254D, Block 255, Block 256B, Block 260A, Block 260B, Block 261, Block 263A, Block 263B, Block 263C, Block 264A, Block 264B, Block 264C, Block 264D, Block 265A, Block 265B, Block 266A, Block 266B, Block 267, Block 268, Block 269, Block 270A, Block 270B, Block 270C, Block 270D, Block 271, Block 272; Block Group 5: Block 502, Block 503, Block 504, Block 505A, Block 505B, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514, Bock 515, Block 516, Block 517A, Block 517B, Block 518A, Block 518B, Block 519, Block 520, Block 521, Block 522, Block 523, Block 524, Block 525, Block 526, Block 527, Block 528A, Block 528B, Block 529, Block 530, Block 531, Block 532, Block 533A, Block 533B, Block 534, Block 535, Block 536, Block 537A, Block 537B, Block 538, Block 539, Block 540, Block 541A, Block 541B, Block 542A, Block 542B, Block 543, Block 544A, Block 544B; Tract 0114: Block Group 1: Bock 119, Block 120; Block Group 2: Block 230, Block 231, Block 232A, Block 232B, Block

195a

232C, Block 232D, Block 232E, Block 233, Block 257, Block 258, Block 259, Block 260A, Block 260B, Block 261; Block Group 3: Block 301A, Block 301B, Block 301C, Block 302, Block 303, Block 304, Block 305C, Block 305D, Block 305E, Block 305G, Block 305H, Block 307; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 414, Block 415, Block 416, Block 418, Block 419, Block 420, Block 421, Block 422, Block 423, Block 424, Block 425, Block 426, Block 427, Block 428, Block 429, Block 430, Block 431, Block 432, Block 433, Block 434, Block 435, Block 436, Block 437, Block 438, Block 439, Block 440; Tract 0116: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 126, Block 127, Block 129, Block 130, Block 131, Block 132, Block 140, Block 141, Block 142, Block 143, Block 153, Block 154, Block 155, Block 156, Block 157, Block 158, Block 159, Block 196; Tract 0117.03: Block Group 1: Block 101, Block 102, Block 103, Block 104A, Block 104B, Block 104C, Block 105A, Block 105B, Block 105C, Block 106, Block 107, Block 108, Block 109A, Block 109B, Block 109C, Block 110, Block 111, Block 114, Block 115, Block 116; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 206, Block 208, Block 209, Block 211; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305A, Block 305B, Block 306A, Block 306B, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 315, Block 316; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509A, Block 509B, Block 509C, Block 510, Block 511, Block 512, Block 513; Block Group 7: Block 701A, Block 701B, Block 702B, Block 702C, Block 703C, Block 712, Block 713, Block 714, Block 716, Block 718, Block 719, Block 720, Block 726; Block Group 9: Block 901A, Block 901B, Block 902, Block 903, Block 904A, Block 904B, Block 904C, Block 904D, Block 904E, Block

196a

905A, Block 905B, Block 905C, Block 905D, Blockd 905E, Block 906A, Block 906B, Block 906C, Block 907, Block 908, Block 909A, Block 909B, Block 909C, Block 909D, Block 910A, Block 910B, Block 911B, Block 911C, Block 911D, Block 912B, Block 915B; Tract 0117.04: Block Group 1: Block 101, Block 104, Block 105, Block 106, Block 108, Block 109, Block 110, Block 111, Block 112A, Block 112B, Block 112C, Block 112D, Block 112E, Block 112F, Block 112G, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121A, Block 121B, Block 121C, Block 121D, Block 121E, Block 122, Block 123, Block 124, Block 125, Block 126, Block 127, Block 128, Block 129, Block 130, Block 131, Block 132, Block 133, Block 134, Block 135, Block 136, Block 137, Block 138, Block 139, Block 140, Block 141, Block 142A, Block 142B, Block 142C, Block 143, Block 144A, Block 144B, Block 144C, Block 144D, Block 144E, Block 145A, Block 145B, Block 145C, Block 145D, Block 145E, Block 146A, Block 146B, Block 147, Block 148, Block 149, Block 150, Block 151, Block 152, Block 153, Block 154, Block 155, Block 156, Block 157, Block 158, Block 159A, Block 159B, Block 160A, Block 160B; Tract 0117.05: Block Group 1: Block 101, Block 102A, Block 102B, Block 102C, Block 103, Block 104A, Block 104B, Block 105A, Block 105B, Block 105C, Block 105D, Block 105E, Block 105F, Block 105G, Block 106, Block 107, Block 108A, Block 108B, Block 109, Block 110, Block 111A, Block 111B, Block 113A, Block 113B, Block 114A, Block 114B, Block 114C, Block 115A, Block 115B, Block 118, Block 122A, Block 122C, Block 122D, Block 122E, Block 122F, Block 123, Block 124, Block 125, Block 126A, Block 126B, Block 127, Block 128, Block 129, Block 130, Block 131, Block 132, Block 133; Block Group 3: Block 301, Block 302A, Block 302B, Block 305, Block 306; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 407; Block Group 6: Block 601, Block 602, Block 603, Block 604A, Block 604B, Block 604C, Block 605A, Block 605B, Block 606A, Block 606B,

197a

Block 607, Block 608, Block 609, Block 610, Block 611,
Block 612, Block 613, Block 614, Block 615, Block 616,
Block 617, Block 618A, Block 618B, Block 619A, Block
619B, Block 619C, Block 619E, Block 620A, Block 620B,
Block 620E, Block 621C, Block 622A, Block 622B, Block
624, Block 625D, Block 625E, Block 628C, Block 629,
Block 630, Block 632, Block 635, Block 637, Block 640,
Block 641B; Tract 0119.01: Block Group 9: Block 911C,
Block 911E, Block 912B, Block 912C, Block 912D, Block
913B; Lamar County, Lawrence County, Marion County,
Marshall County: Tract 0301, Tract 0302, Tract 0303:
Block Group 1: Block 129; Block Group 2: Block 259;
Block Group 4: Block 463, Block 464, Block 465, Block
466A, Block 466B, Block 467, Block 473; Tract 0304: Block
Group 1: Block 102, Block 103, Block 104, Block 109,
Block 110, Block 112, Block 113, Block 114, Block 115,
Block 116, Block 117, Block 121, Block 123, Block 124,
Block 125, Block 126, Block 127A, Block 127B, Block 128,
Block 129, Block 130, Block 131, Block 132, Block 133,
Block 134, Block 135, Block 136, Block 137A, Block 137B,
Block 138, Block 139, Block 140A, Block 140B, Block 141,
Block 142, Block 143A, Block 143B, Block 144, Block 145,
Block 146A, Block 146B, Block 147, Block 148, Block 149,
Block 150, Block 151, Block 152, Block 153A, Block 153B,
Block 154; Block Group 2: Block 201, Block 203, Block
204, Block 205, Block 206, Block 207, Block 208, Block
209, Block 210, Block 211, Block 212, Block 213, Block
214, Block 215, Block 216, Block 217, Block 218A, Block
218B, Block 219A, Block 219B, Block 219C, Block 219D,
Block 219E, Block 220A, Block 220B, Block 220C, Block
221, Block 222, Block 223, Block 224, Block 225, Block
226, Block 227, Block 228, Block 229, Block 230, Block
231, Block 232A, Block 232B, Block 232C, Block 232D,
Block 232E, Block 232F, Block 232G, Block 233, Block
234, Block 235A, Block 235B, Block 236A, Block 236B,
Block 237, Block 238, Block 239, Block 240, Block 241A,
Block 241B, Block 242A, Block 242B, Block 243, Block

198a

244, Block 245, Block 246, Block 247, Block 248, Block 249, Block 250, Block 251, Block 252, Block 253A, Block 253B, Block 254, Block 255, Block 256, Block 257, Block 258, Block 259, Block 260, Block 261, Block 262, Block 263; Block Group 3: Block 301, Block 302, Block 303, Block 304A, Block 304B, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321, Block 322, Block 323, Block 324, Block 325, Block 326, Block 327, Block 328, Block 329, Block 330, Block 331, Block 332, Block 333, Block 334, Block 335, Block 336, Block 337, Block 338, Block 339, Block 340, Block 341, Block 342, Block 343, Block 344, Block 345, Block 346, Block 347, Block 348, Block 349, Block 350; Block Group 4: Block 401A, Block 401B, Block 402, Block 403, Block 404A, Block 404B, Block 405A, Block 405B, Block 406A, Block 406B, Block 407A, Block 407B, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Bock 416, Block 417, Block 418, Block 419, Block 420, Block 421, Block 422, Block 423, Block 424, Block 425, Block 426, Block 427, Block 428, Block 429, Block 430, Block 431, Block 432, Block 433, Block 434; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514, Block 515, Block 516, Block 517, Block 518, Block 519, Block 520, Block 521, Block 522, Block 523, Block 524, Block 525, Block 526, Block 527, Block 528, Block 529, Block 530, Block 531, Block 532, Block 533, Block 534, Block 535, Block 536; Block Group 6: Block 601A, Block 601B, Block 601C, Block 601D, Block 602, Block 603A, Block 603B, Block 604A, Block 604B, Block 605, Block 606, Block 607A, Block 607B, Block 608, Block 609A, Block 609B, Block 610, Block 611, Block 612, Block 613, Block 614, Block 615, Block 616; Tract 0305, Tract 0306, Tract 0307, Tract 0308, Tract 0309.01, Tract 0309.02, Tract 0310, Tract 0311, Tract 0312; Pickens County: Tract 9878: Block Group 1: Block 107, Block

108A, Block 108B, Block 137, Block 138, Block 139, Block 140, Block 141, Block 142, Block 144, Block 145, Block 146, Block 161, Block 162, Block 163, Block 164, Block 165, Block 186, Block 187, Bock 188, Block 189, Block 190, Block 191, Block 192, Block 193; Block Group 2: Block 239, Block 240, Block 241, Block 242, Block 244; Tract 9879: Block Group 4: Block 413, Block 414, Block 415, Block 416, Block 425, Block 426, Block 427, Block 428, Block 451, Block 452, Bock 453, Block 480, Block 481, Block 482B, Block 483, Block 484, Block 485, Block 486, Block 487, Block 488, Block 489, Block 490, Block 491, Block 495; Walker County, Winston County.

"District 5: Colbert County, Jackson County, Lauderdale County, Limestone County, Madison County, Marshall County: Tract 0303: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124, Block 125, Block 126, Block 127, Block 128, Block 130; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228, Block 229, Block 230, Block 231, Block 232, Block 233, Block 234, Block 235, Block 236, Block 237, Block 238, Block 239, Block 240, Block 241, Block 242, Block 243, Block 244, Block 245, Block 246, Block 247, Block 248, Block 249, Block 250, Block 251, Block 252, Block 253, Block 254, Block 255, Block 256, Block 257, Block 258, Block 260, Block 261, Block 262, Block 263, Block 264, Block 265, Block 266, Block 267, Block 268, Block 269, Block 270, Block 271, Block 272, Block 273, Block 274, Block 275, Block 276, Block 277, Block 278, Block 279, Block 280; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305,

200a

Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321, Block 322, Block 323A, Block 323B, Block 323C, Block 324, Block 325, Block 326, Block 327, Block 328, Block 329, Block 330, Block 331, Block 332, Block 333, Block 334A, Block 334B, Block 335A, Block 335B, Block 336, Block 337, Block 338, Block 339, Block 340, Block 341, Block 342, Block 343; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408; Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 420, Block 421, Block 422, Block 423A, Block 423B, Block 424, Block 425, Block 426, Block 427, Block 428, Block 429, Block 430, Block 431, Block 432, Block 433, Block 434, Block 435, Block 436, Block 437, Block 438, Block 439, Block 440, Block 441, Block 442, Block 443, Block 444, Block 445, Block 446, Block 447, Block 448, Block 449, Block 450, Block 451, Block 452, Block 453, Block 454, Block 455, Block 456, Block 457, Block 458, Block 459, Block 460, Block 461, Block 462, Block 468, Block 469A, Block 469B, Block 470, Block 471A, Block 471B, Block 472A, Block 472B, Block 472C; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512A, Block 512B, Block 512C, Block 513A, Block 513B, Block 514A, Block 514B, Block 515, Block 516, Block 517, Block 518, Block 519, Block 520, Block 521, Block 522, Block 523, Block 524, Block 525, Block 526, Block 527, Block 528, Block 529; Tract 0304: Block Group 1: Block 101, Block 105, Block 106, Block 107, Block 108, Block 111, Block 118, Block 119, Block 120, Block 122; Block Group 2: Block 202; Morgan County.

"District 6: Choctaw County, Hale County: Tract 9743: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107A, Block 107B, Block 108A, Block 108B,, Block 109, Block 110, Block 111,

201a

Block 112, Block 113, Block 114, Block 115, Block 116,
Block 117, Block 118, Block 119, Block 120, Block 121,
Block 122, Block 123, Block 124, Block 125, Block 126,
Block 127, Block 128, Block 129, Block 130, Block 131,
Block 132, Block 133, Block 134, Block 135, Block 136,
Block 137, Block 138, Block 139, Block 140, Block 141A,
Block 141B, Block 142, Block 143A, Block 143B, Block
144, Block 145, Block 146, Block 147, Block 148, Block
149A, Block 149B, Block 150, Block 151, Block 152,
Block 153, Block 154, Block 155, Block 156, Block 157,
Block 158, Block 159, Block 160, Block 161, Block 162,
Block 163, Block 164, Block 165, Block 166, Block 167,
Block 168, Block 169, Block 170, Block 171, Block 172,
Block 173, Block 174, Block 175, Block 176, Block 177,
Block 178, Block 179, Block 180, Block 181, Block 182;
Group 2: Block 208, Block 209, Block 210A, Block 210B,
Block 210C, Block 211A, Block 211B, Block 211C, Block
212, Block 213, Block 214, Block 215, Block 216, Block
217A, Block 217B, Block 217C, Block 218, Block 219A,
Block 219B, Block 220, Block 221, Block 222, Block 223,
Block 224, Block 227, Block 228A, Block 228B, Block 229,
Block 230, Block 231, Block 232, Block 233, Block 234,
Block 235, Block 236, Block 237, Block 264, Block 265,
Block 266, Block 267, Block 268, Block 269, Block 270,
Block 271, Block 272, Block 273, Block 274, Block 275,
Block 276, Block 277, Block 278, Block 279, Block 280,
Block 281, Block 282, Block 283, Block 284, Block 285,
Block 286; Tract 9744: Block Group 1: Block 103,
Block 104, Block 105, Block 106; Jefferson County:
Tract 0001: Block Group 1: Block 101, Block 102,
Block 103, Block 104; Block Group 2: Block 201, Block
202, Block 219, Block 220, Block 221, Block 222, Block
223, Block 224, Block 225, Block 226, Block 227; Block
Group 3: Block 301, Block 302, Block 303, Block 304,
Block 305, Block 306, Block 307, Block 308, Block 309,
Block 310, Block 311, Block 312; Tract 0011: Block
Group 2: Block 205B; Tract 0020: Block Group 1:
Block 101A, Block 101B, Block 102, Block 106, Block 107,

202a

Block 108, Block 110; Block Group 2: Block 201, Block 202, Block 203, Block 208, Block 209, Block 211, Block 212, Block 213, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 226, Block 227, Block 228, Block 229, Block 230, Block 232; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 318, Block 319; Block Group 4: Block 407, Block 408, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416; Tract 0021, Tract 0022: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 113, Block 116, Block 117, Block 118, Block 123; Block Group 2: Block 207, Block 219A, Block 219B, Block 219C, Block 220; Tract 0023.03: Block Group 3: Block 305, Block 308, Block 309, Block 310, Block 311, Block 344, Block 345, Block 347, Block 348, Block 349, Block 354, Block 356, Block 357; Tract 0023.04: Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 312; Tract 0023.06, Tract 0035: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116A, Block 116B, Block 117, Block 118, Block 119A, Block 119B, Block 120, Block 121, Block 122, Block 123, Block 124A, Block 124B, Block 124C, Block 125, Block 126, Block 127, Block 128, Block 129, Block 130, Block 131, Block 132, Block 133, Block 134, Block 135, Block 136, Block 137, Block 138, Block 140, Block 141, Block 143, Block 144; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228, Block 229, Block 230, Block 231, Block 232, Block 233, Block 237, Block 241, Block 242, Block 243, Block 244, Block 246, Block 247, Block 248, Block 252; Block Group 3: Block 301, Block 302, Block 303A, Block 304, Block 305A, Block 305B, Block 306, Block 307, Block 308,

203a

Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 320, Block 321, Block 322, Block 323, Block 324, Block 325, Block 326, Block 327, Block 328, Block 329, Block 330, Block 336, Block 338, Block 339, Block 340; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407A, Block 408, Block 409, Block 410A, Block 410B, Block 410C, Block 411, Block 412A, Block 412B, Block 413A, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 423, Block 424, Block 425, Block 426, Block 429, Block 431, Block 433A, Block 433B, Block 433C, Block 434, Block 436, Block 438; Tract 0047.01: Block Group 6: Block 606, Block 608, Block 609, Block 610, Block 611, Block 625; Block Group 7: Block 707, Block 708, Block 711, Block 716, Block 718, Block 719, Block 720, Block 723, Block 727, Block 727; Block Group 8: Block 801, Block 802, Block 803, Block 805, Block 806; Tract 0047.02, Tract 0048, Tract 0049: Block Group 2: Block 207, Block 208, Block 209, Block 210, Block 232, Block 235, Block 236; Tract 0053.02, Tract 0055: Block Group 2: Block 202B; Block Group 3: Block 301A, Block 301B, Block 302B, Block 302C, Block 302D, Block 302E, Block 302F, Block 306, Block 307, Block 311B; Block Group 4: Block 403A, Block 403B, Block 403C, Block 404A, Block 404B, Block 441, Block 442; Tract 0056, Tract 0059.03, Tract 0059.05, Tract 0059.06, Tract 0059.07, Tract 0059.08, Tract 0100.01, Tract 0100.02: Block Group 2: Block 201, Block 202, Block 206A, Block 206B, Block 207A, Block 207B, Block 208A, Block 208B, Block 213, Block 214, Block 218, Block 219, Block 220, Block 222, Block 223A, Block 223B, Block 223C, Block 224A, Block 224B, Block 225, Block 226, Block 227, Block 228, Block 229; Block Group 3: Block 301, Block 302A, Block 302B, Block 302C, Block 302D, Block 302E, Block 302F, Block 303, Block 304, Block 305, Block 313, Block 314, Block 315, Block 316, Block 318, Block 319, Block 320, Block 321, Block 322, Block 337, Block 338, Block 339A, Block 339B, Block 340, Block 341; Block Group 5:

204a

Block 501A, Block 501B, Block 502, Block 503A, Block
503B, Block 504, Block 505, Block 506, Block 507B, Block
508, Block 509, Block 510, Block 511, Block 512, Block
513, Block 514, Block 515, Block 516, Block 517, Block
518, Block 519, Block 520B, Block 521, Block 522, Block
523, Block 524, Block 526, Block 531, Block 532, Block
533, Block 534; Block Group 6: Block 601, Block 602,
Block 603, Block 604, Block 605, Block 606, Block 607,
Block 609, Block 610, Block 611, Block 613, Block 614,
Block 615, Block 617, Block 618, Block 621A, Block 621B,
Block 622, Block 623, Block 624, Block 625, Block 626,
Block 627, Block 630, Block 631, Block 632; Tract
0107.01, Tract 0107.02, Tract 0107.03, Tract 0107.04:
Block Group 3: Block 301, Block 302, Block 303, Block
304, Block 305, Block 307, Block 308, Block 309, Block
310, Block 314, Block 315, Block 316, Block 331, Block
334, Block 338, Block 341, Block 342, Block 343, Block
344; Block Group 8: Block 817, Block 818; Tract 0107.05:
Block Group 6: Block 601, Block 609, Block 610, Block
621, Block 626, Block 627, Block 628; Tract 0108.01,
Tract 0108.02, Tract 0108.03, Tract 0108.04, Tract
0108.05, Tract 0110, Tract 0111.03, Tract 0111.04, Tract
0111.05, Tract 0111.06, Tract 0111.07, Tract 0111.08,
Tract 0112.03, Tract 0112.04, Tract 0112.05, Tract
0112.06, Tract 0112.07, Tract 0112.08, Tract 0112.09,
Tract 0112.10, Tract 0113: Block Group 1: Block 101A,
Block 101B, Block 101C, Block 101E, Block 101D, Block
102A, Block 102B, Block 102C, Block 102D, Block 102E,
Block 103, Block 104, Block 105, Block 106, Block 107,
Block 108A, Block 108B, Block 109, Block 110, Block 111,
Block 112, Block 113, Block 114A, Block 114B, Block
115A, Block 115B, Block 115C, Block 115D, Block 116,
Block 117, Block 118, Block 119A, Block 119B, Block 120,
Block 121A, Block 121B, Block 121C, Block 122, Block
123, Block 124, Block 125, Block 126, Block 127, Block
128, Block 129, Block 130, Block 131, Block 132, Block
133, Block 134, Block 135, Block 136A, Block 136B, Block
137A, Block 137B, Block 138, Block 139, Block 140, Block
141A, Block 141B, Block 142A, Block 142B, Block 143,

205a

Block 144, Block 145, Block 146, Block 147, Block 148, Block 149, Block 150, Block 151A, Block 151B, Block 151C, Block 151D, Block 151E, Block 152A, Block 152B, Block 153, Block 154, Block 155, Block 156, Block 157, Block 158, Block 159, Block 160A, Block 160B, Block 161A, Block 161B, Block 161C, Block 161D, Block 161F, Block 162A, Block 162B, Block 163, Block 164, Block 165A, Block 165B; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228, Block 229, Block 230, Block 231, Block 232, Block 233, Block 234, Block 235A, Block 235B, Block 236, Block 237A, Block 237B, Block 237C, Block 237D, Block 237E, Block 237F, Block 238, Block 239, Block 240, Block 241A, Block 241B, Block 242, Block 243, Block 244, Block 245, Block 246A, Block 247A, Block 248A, Block 249A, Block 249B, Block 251, Block 254B, Block 256A, Block 256C, Block 257, Block 258A, Block 258B, Block 259A, Block 259B, Block 262A, Block 262B, Block 262C, Block 273, Block 274, Block 275, Block 276, Block 277, Block 278, Block 279, Block 280, Block 281, Block 282, Block 283, Block 284, Block 285, Block 286, Block 287, Block 288, Block 289, Block 290, Block 291, Block 292, Block 293, Block 294, Block 295, Block 296, Block 297; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321, Block 322, Block 323, Block 324, Block 325, Block 326, Block 327, Block 328, Block 329, Block 330, Block 331, Block 332, Block 333, Block 334, Block 335, Block 336, Block 337, Block 338, Block 339, Block 340, Block 341, Block 342, Block 343, Block 344, Block 345, Block 346; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410; Block Group 5:

206a

Block 501; Tract 0114: Block Group 1: Block **101A**,
Block 101B, Block 102A, Block 102B, Block 102C, Block
103A, Block 103B, Block 103C, Block 104, Block 105A,
Block 105B, Block 106A, Block 106B, Block 107A, Block
107B, Block 108A, Block 108B, Block 109A, Block 109B,
Block 110, Block 111, Block 112A, Block 112B, Block
113, Block 114, Block 115, Block 116, Block 117A, Block
117B, Block 118, Block 121, Block 122A, Block 122B,
Block 123, Block 124, Block 125, Block 126, Block **127**,
Block 128, Block 129, Block 130, Block 131, Block 132A,
Block 132B, Block 132C, Block 132D, Block 133, Block
134, Block 135, Block 136, Block 137, Block 138, Block
139, Block 140, Block 141, Block 142, Block 143, Block
144, Block 145, Block 146, Block 147, Block 148; Block
Group 2: Block 201, Block 202, Block 203, Block **204**,
Block 205, Block 206, Block 207, Block 208, Block 209,
Block 210, Block 211, Block 212, Block 213, Block **214**,
Block 215, Block 216, Block 217, Block 218, Block 219,
Block 220, Block 221, Block 222, Block 223, Block 224,
Block 225, Block 226, Block 227, Block 228, Block 229A,
Block 229B, Block 234, Block 235, Block 236, Block 237,
Block 238, Block 239, Block 240, Block 241, Block 242A,
Block 242B, Block 243, Block 244, Block 245, Block 246,
Block 247, Block 248, Block 249, Block 250, Block 251,
Block 252, Block 253A, Block 253B, Block 254A, Block
254B, Block 254C, Block 255, Block 256; Block Group 3:
Block 305A, Block 305B, Block 305F, Block 306A, Block
306B; Block Group 4: Block 411, Block 412, Block 413,
Block 417, Block 441, Block 442, Block 443, Block 444,
Block 445, Block 446, Block 447, Block 448, Block 449,
Block 450, Block 451; Block Group 5: Block 501, Block
502, Block 503, Block 504, Block 505, Block 506, Block
507, Block 508, Block 509, Block 510, Block 511, Block
512, Block 513, Block 514, Block 515, Block 516, Block
517, Block 518, Block 519, Block 520, Block 521, Block
522, Block 523, Block 524; Block Group 6: Block 601,
Block 602, Block 603, Block 604, Block 605A, Block 605B,
Block 606, Block 607, Block 608; Tract 0115, Tract 0116:

207a

Block Group 1: Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124, Block 125, Block 128, Block 133, Block 134, Block 135, Block 136, Block 137, Block 138, Block 139, Block 144, Block 145, Block 146, Block 147, Block 148, Block 149, Block 150, Block 151, Block 152, Block 160A, Block 160B, Block 160C, Block 161, Block 162, Block 163A, Block 163B, Block 163C, Block 164A, Block 164B, Block 165, Block 166, Block 167, Block 168, Block 169, Block 170A, Block 170B, Block 171A, Block 171B, Block 171C, Block 172, Block 173A, Block 173B, Block 173C, Block 174A, Block 174B, Block 175, Block 176, Block 177, Block 178, Block 179, Block 180, Block 181, Block 182, Block 183, Block 184, Block 185A, Block 185B, Block 185C, Block 186, Block 187, Block 188, Block 189, Block 190A, Block 190B, Block 191A, Block 191B, Block 191C, Block 192A, Block 192B, Block 192C, Block 193A, Block 193B, Block 194, Block 195, Block 197; Tract 0117.03; Block Group 7: Block 702A, Block 703A, Block 703B, Block 703D, Block 704A, Block 704B, Block 705, Block 706, Block 707, Block 708, Block 709, Block 710, Block 711, Block 715, Block 717, Block 721, Block 722, Block 723, Block 724, Block 725; Block Group 9: Block 911A, Block 912A, Block 913, Block 914, Block 915A, Block 916A, Block 916B, Block 916C, Block 917A, Block 917B, Block 918; Tract 0117.04; Block Group 1: Block 102A, Block 102B, Block 103, Block 107; Tract 0017.05: Block Group 1: Block 112A, Block 112B, Block 112C, Block 112D, Block 116A, Block 116B, Block 116C, Block 116D, Block 116E, Block 116F, Block 116G, Block 116H, Block 116J, Block 116K, Block 116L, Block 116M, Block 116N, Block 116P, Block 116R, Block 117A, Block 117B, Block 117C, Block 117D, Block 119A, Block 119B, Block 120A, Block 120B, Block 120C, Block 120D, Block 120E, Block 121A, Block 121B, Block 121C, Block 122B; Block Group 6: Block 619D, Block 620C, Block 620D, Block 621A, Block 621B,

208a

Block 621D, Block 621E, Block 621F, Block 621G, Block 621H, Block 621J, Block 623, Block 625A, Block 625B, Block 625C, Block 625F, Block 625G, Block 626, Block 627, Block 628A, Block 628B, Block 628D, Block 631A, Block 631B, Block 633, Block 634, Block 636, Block 638, Block 639, Block 641A, Block 642, Block 643, Block 644, Block 645, Block 646, Block 647, Block 648, Block 649A, Block 649B, Block 649C, Block 649D, Block 649E, Block 650; Tract 0117.06, Tract 0118.01, Tract 0118.02, Tract 0118.03, Tract 0118.04, Tract 0119.01: Block Group 6: Block 601A, Block 601B, Block 602A, Block 602B, Block 603A, Block 603B, Block 604A, Block 604B, Block 605, Block 606, Block 607A, Block 607B, Block 608, Block 609, Block 610A, Block 610B, Block 611, Block 612, Block 613, Block 614, Block 615A, Block 615B, Block 616, Block 617, Block 618, Block 619, Block 620, Block 621, Block 622, Block 623, Block 624, Block 625, Block 626, Block 627, Block 628, Block 629, Block 630, Block 631, Block 632, Block 633, Block 634, Block 635A, Block 635B, Block 636, Block 637, Block 638A, Block 638B, Block 638C, Block 639, Block 640, Block 641, Block 642, Block 643, Block 644, Block 645, Block 647, Block 648, Block 649; Block Group 7: Block 701A, Block 701B, Block 701C, Block 701D, Block 701E, Block 701F, Block 702, Block 703, Block 704, Block 705A, Block 705B, Block 705C, Block 706A, Block 706B, Block 707A, Block 707B, Block 708A, Block 708B, Block 709A, Block 709B, Block 710, Block 719, Block 722, Block 725, Block 728, Block 738A, Block 738B, Block 738C, Block 749, Block 750, Block 751, Block 752A, Block 752B, Block 752C, Block 753A, Block 753B, Block 753C, Block 753D, Block 755, Block 756, Block 757A, Block 757B, Block 758, Block 759A, Block 759B, Block 759C, Block 759D; Block Group 8: Block 801A, Block 801B, Block 801C, Block 801D, Block 802A, Block 802B, Block 803, Block 804, Block 805, Block 806, Block 807, Block 808, Block 809, Block 810, Block 811, Block 812, Block 813, Block 814, Block 815, Block 816, Block 817, Block 818, Block 819, Block 820, Block 821, Block 822; Block

209a

Group 9: Block 901A, Block 901B, Block 901C, Block
901D, Block 901E, Block 901F, Block 901G, Block 901H,
Block 901J, Block 902, Block 903, Block 904A, Block
904B, Block 905A, Block 905B, Block 906A, Block 906B,
Block 907A, Block 907B, Block 907C, Block 907D, Block
908, Block 909A, Block 909B, Block 909C, Block 910,
Block 911A, Block 911B, Block 911D, Block 912A, Block
913A, Block 913C, Block 913D, Block 914A, Block 914B,
Block 915, Block 916, Block 917, Block 918, Block 919A,
Block 919B, Block 919C, Block 919D, Block 919E, Block
919F, Block 920A, Block 920B, Block 920C, Block 921,
Block 949; Tract 0119.02: Block Group 1: Block 105,
Block 106, Block 107; Tract 0120.01, Tract 0120.02:
Block Group 1: Block 101A, Block 101B, Block 102A,
Block 102B, Block 103A, Block 103B, Block 103C, Block
103D, Block 103E, Block 104, Block 105, Block 106, Block
107, Block 108, Block 109, Block 110, Block 111A, Block
111B, Block 111C, Block 111D, Block 112, Block 113,
Block 114A, Block 114B, Block 125, Block 128; Block
Group 2: Block 201A, Block 201B, Block 202, Block 203A,
Block 203B, Block 203C, Block 203D, Block 204, Block
209, Block 210, Block 211, Block 212, Block 213, Block
214, Block 215, Block 216, Block 217, Block 218, Block
219, Block 220, Block 221, Block 222, Block 223, Block
225, Block 226, Block 227, Block 228, Block 230, Block 231,
Block 232, Block 233; Block Group 3: Block 301A, Block
301B, Block 302, Block 303, Block 304, Block 305, Block
306, Block 307, Block 308, Block 309, Block 310, Block
311, Block 312, Block 313, Block 314, Block 315, Block
316, Block 318; Block Group 4: Block 401, Block 402,
Block 403, Block 404, Block 405, Block 406, Block 407,
Block 408, Block 409, Block 410, Block 411, Block 412,
Block 413; Block Group 8: Block 801, Block 802; Block
Group 9: Block 901, Block 902A, Block 902B, Block 902C,
Block 902D, Block 903A, Block 903B, Block 903C, Block
904A, Block 904B, Block 904C, Block 904D, Block 904E,
Block 904F, Block 905A, Block 905B, Block 905C, Block
906A, Block 906B, Block 906C, Block 906D, Block 907A,
Block 907B, Block 907C, Block 908A, Block 908B, Block

**210a**

908C, Block 909A, Block 909B, Block 912, Block **913**,
Block 930, Block 932, Block 933, Block 939A, Block 939B,
Block 939C, Block 939D, Block 940, Block 941, Block 942,
Block 943, Block 944, Block 945, Block 946, Block 969,
Block 970, Block 971; Tract 0121.03, Tract 0121.04, Tract
0122, Tract 0123.01, Tract 0123.02, Tract 0123.03, Tract
0123.04, Tract 0124.01: Block Group 1: Block 101, Block
102B, Block 105, Block 106, Block 107, Block 108, Block
109, Block 110, Block 121, Block 122, Block 123, Block
124, Block 125, Block 126, Block 128, Block 132, Block
133, Block 134, Block 136, Block 137, Block 138, Block
139, Block 140, Block 142, Block 143, Block 144, Block
145, Block 146, Block 147, Block 148, Block 152; Block
Group 3: Block 301, Block 302, Block 303, Block 304,
Block 305, Block 306, Block 307, Block 308, Block 311,
Block 312, Block 313, Block 314, Block 316, Block 317;
Tract 0124.02: Block Group 1: Block 107, Block 108,
Block 109, Block 110, Block 114, Block 115, Block 116,
Block 117, Block 118, Block 119, Block 122, Block 124,
Block 125, Block 126, Block 127, Block 128; Block Group
2: Block 201B, Block 201C, Block 202, Block 203B, Block
207, Block 216, Block 221, Block 222, Block 223, Block
224, Block 225, Block 226, Block 227, Block 228; Block
Group 4: Block 401, Block 402, Block 403, Block 404,
Block 405, Block 406, Block 407, Block 408, Block 410,
Block 411, Block 412, Block 413, Block 414, Block 415,
Block 416, Block 417, Block 418, Block 419, Block 420,
Block 421A, Block 421B, Block 423, Block 424A, Block
424B, Block 425, Block 426A, Block 426B; Block Group
9: Block 901, Block 902, Block 903A, Block 903B, Block
904, Block 905, Block 906, Block 907, Block 908, Block
909, Block 910, Block 911, Block 912, Block 913, Block
914, Block 915, Block 916, Block 917, Block 918, Block
919, Block 920A, Block 920B, Block 921, Block 922, Block
923, Block 924A, Block 924B, Block 925; Tract 0124.03,
Tract 0125: Block Group 1: Block 101, Block 102C,
Block 103B, Block 103C, Block 104, Block 105, Block 106,
Block 107, Block 108, Block 109, Block 110, Block 111,

211a

Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 123, Block 124, Block 125; Block Group 2: Block 201B, Block 201C, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208C, Block 208D, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228B, Block 229, Block 230, Block 231, Block 233, Block 234, Block 235, Block 236, Block 237, Block 240, Block 245, Block 246, Block 247, Block 248B, Block 249, Block 255; Block Group 4: Block 401A, Block 401B, Block 401C, Block 401D, Block 402, Block 403, Block 404, Block 405A, Block 405B, Block 405C, Block 406, Block 407, Block 408, Block 409A, Block 409B, Block 410, Block 411, Block 414, Block 416, Block 417, Block 418, Block 419, Block 421, Block 422, Block 423, Block 424, Block 425, Block 426, Block 427, Block 428, Block 438, Block 439, Block 440, Block 441, Block 442, Block 443, Block 445, Block 446, Block 447; Block Group 5: Block 501A, Block 501B, Block 502, Block 503, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514, Block 515, Block 516, Block 517, Block 518, Block 519, Block 520, Block 521A, Block 521B, Block 522A, Block 522B, Block 522C, Block 522D, Block 523, Block 524, Block 525, Block 526, Block 527, Block 528, Block 529, Block 530, Block 531, Block 532, Block 533, Block 534, Block 535, Block 536, Block 537, Block 538, Block 539, Block 540, Block 542A, Block 542B, Block 545; Block Group 6: Block 601, Block 602, Block 603, Block 604, Block 605, Block 606, Block 607, Block 608, Block 609, Block 610, Block 611, Block 612, Block 613, Block 614, Block 615, Block 616; Block Group 8: Block 801A, Block 801B, Block 801C, Block 801D, Block 801E, Block 802, Block 803, Block 804, Block 805A, Block 805B, Block 805C, Block 817, Block 818, Block 819, Block 820, Block 821, Block 822, Block 841, Block 843, Block 844,

212a

Block 845, Block 846, Block 847, Block 848, Block 849;
Block Group 9: Block 901A, Block 901B, Block 901C,
Block 901D, Block 902A, Block 902B, Block 903A, Block
903B, Block 903C, Block 903D, Block 904, Block 905,
Block 906, Block 907, Block 908, Block 909, Block 910A,
Block 910B, Block 910C; Tract 0126.02, Tract 0127.01,
Tract 0127.02, Tract 0128.01, Tract 0129.01, Tract
0129.03, Tract 0129.05, Tract 0129.06, Tract 0129.07,
Tract 0129.08, Tract 0129.09, Tract 0138.01: Block Group
1: Block 101A, Block 101B, Block 101C, Block 102, Block
103A, Block 103B, Block 104A, Block 104B, Block 104C,
Block 104D, Block 104E, Block 105A, Block 105B, Block
106, Block 107, Block 108, Block 109; Tract 0139.01:
Block Group 1: Block 101A, Block 101B, Block 102A,
Block 102B, Block 102C, Block 103A, Block 103B, Block
104, Block 105A, Block 105B, Block 106, Block 107A,
Block 107B, Block 108, Block 109, Block 110, Block 111,
Block 112, Block 113, Block 114, Block 115, Block 116,
Block 117, Block 118, Block 119A, Block 119B, Block 120,
Block 121, Block 122, Block 123, Block 124, Block 25,
Block 126, Block 127, Block 128, Block 129, Block 130,
Block 131A, Block 131B, Block 132, Block 133A, Block
133B, Block 134, Block 135, Block 136, Block 137, Block
139, Block 141, Block 142, Block 143, Block 144, Block
145, Block 148, Block 149A, Block 149B, Block 149C,
Block 149D, Block 150; Block Group 2: Block 201, Block
202A, Block 202B, Block 203, Block 204A, Block 204B,
Block 205, Block 206A, Block 206B, Block 207A, Block
207B, Block 207C, Block 208, Block 209, Block 210, Block
216, Block 218; Block Group 4: Block 401A, Block 401B,
Block 414, Block 415A, Block 415B, Block 416A, Block
416B, Block 417, Block 418, Block 419A, Block 419B,
Block 423, Block 424, Block 425, Block 443, Block 444,
Block 446A, Block 446B, Block 446C, Block 446D, Block
447A, Block 447B, Block 447C, Block 447D; Block Group
9: Block 902A; Tract 0139.02, Tract 0140, Tract 0141.02:
Block Group 1: Block 102, Block 103, Block 105, Block
107, Block 108, Block 109, Block 111, Block 117, Block
118, Block 124, Block 125, Block 126, Block 127; Block

213a

Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217A, Block 217B, Block 218A, Block 218B, Block 219, Block 220, Block 221, Block 222A, Block 222B, Block 222C, Block 222D, Block 223A, Block 223B, Block 224, Block 225, Block 226A, Block 226B, Block 227, Block 228, Block 229, Block 230, Block 231, Block 232, Block 233, Block 234, Block 235, Block 236, Block 237, Block 238, Block 239, Block 240, Block 241, Block 242, Block 243, Block 244, Block 245, Block 246, Block 247, Block 248, Block 249, Block 250, Block 251, Block 252, Block 253, Block 254, Block 255, Block 256, Block 257, Block 258, Block 259, Block 260, Block 261, Block 262, Block 263, Block 264, Block 265, Block 266, Block 267, Block 268, Block 269, Block 270, Block 271, Block 272, Block 273, Block 274, Block 275, Block 276, Block 277A, Block 277B, Block 278, Block 279, Block 280, Block 281; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321, Block 322, Block 323, Block 324, Block 325, Block 326, Block 327, Block 328, Block 329, Block 330, Block 331, Block 332, Block 333, Block 334, Block 335, Block 336, Block 337, Block 338, Block 339, Block 340, Block 341, Block 342, Block 343, Block 344, Block 345, Block 346, Block 347, Block 348, Block 349, Block 350, Block 351, Block 352, Block 353, Block 354, Block 355, Block 356, Block 357, Block 358, Block 359, Block 360, Block 361, Block 362, Block 363, Block 364, Block 365, Block 366, Block 367, Block 368, Block 369, Block 370, Block 371, Block 372, Block 373, Block 374, Block 375, Block 376, Block 377, Block 378; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 420, Block 421, Block 422; Block

214a

Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514, Block 515, Block 516, Block 517, Block 518, Block 519, Block 520, Block 521, Block 522, Block 523, Block 524, Block 525, Block 526, Block 527, Block 528, Block 529, Block 530, Block 531, Block 532, Block 533, Block 534, Block 535, Block 536, Block 537, Block 538, Block 539, Block 540, Block 541, Block 542, Block 543, Block 544, Block 545, Block 546, Block 547, Block 548, Block 549; Tract 0142.03: Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228; Tract 0142.04, Tract 0143.02: Block Group 1: Block 103C, Block 105B, Block 106A, Block 106B, Block 106C, Block 107, Block 109, Block 110, Block 113, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Bock 121, Block 122, Block 123; Block Group 3: Block 301A, Block 301B, Block 302, Block 303, Block 304A, Block 304B, Block 304C, Block 304D, Block 304E, Block 305, Block 306, Block 339, Block 340, Block 341, Block 342, Block 344; Tract 0144.03: Block Group 1: Block 101A, Block 101C, Block 101D, Block 101E, Block 101G, Block 101H, Block 101J, Block 101K, Block 101L, Block 101M, Block 101N, Block 101P, Block 101R, Block 102A, Block 102D, Block 102E, Block 105, Block 106, Block 107A, Block 107B, Block 108A, Block 108B, Block 108C, Block 109, Block 110A, Block 110B, Block 111A, Block 111B; Block Group 2: Block 201A, Block 201B, Block 202, Block 203, Block 204, Block 205, Block 206A, Block 206B, Block 207, Block 208A, Block 208B, Block 209A, Block 209B, Block 210A, Block 210B, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220A, Block 220B, Block 221, Block 222, Block 223, Block 224A, Block 224B, Block 224C, Block 225, Block 226, Block 227A, Block 227B, Block 228, Block 229, Block 230A, Block 230B, Block 230C, Block 230D, Block

215a

230E, Block 231, Block 232A, Block 232B, Block 233,
Block 234, Block 235, Block 236, Block 237, Block 238,
Block 239, Block 240, Block 241, Block 242, Block 243;
Block Group 3: Block 301A, Block 301B, Block 301C,
Block 301D, Block 301E, Block 301F, Block 301G, Block
301H, Block 301J, Block 301K, Block 301L, Block 301M,
Block 301N, Block 301P, Block 302, Bock 303, Block 304,
Block 305, Block 306, Block 307, Block 308, Block 309A,
Block 309B, Block 309C, Block 309D, Block 310A, Block
310B, Block 311, Block 312, Block 313A, Block 313B,
Block 314, Block 315, Block 316, Block 317, Block 318A,
Block 318B, Block 319, Block 320, Block 321A, Block
321B, Block 321C, Block 322, Block 323, Block 324A,
Block 324B, Block 324C, Block 325, Block 326, Block 327,
Block 328, Block 329A, Block 329B; Block Group 4:
Block 401A, Block 401B, Block 402, Block 403A, Block
403B, Block 403C, Block 403D, Block 403E, Block 404A,
Block 404B, Block 404C, Block 404D, Block 405, Block
406A, Block 406B, Block 406C, Block 406D, Block 406E,
Block 406F, Block 406G, Block 406H, Block 406J, Block
406K, Block 406L, Block 407, Block 408, Block 409, Block
410, Block 411, Block 412, Block 413, Block 414, Block 415,
Block 416A, Block 416B, Block 416C, Block 416D, Block
416E, Block 416F, Block 416G, Block 416H, Block 417,
Block 418, Block 419A, Block 419B, Block 419C, Block 420,
Block 421, Block 422A, Block 422B, Block 423A, Block
423B, Block 423C, Block 423D, Block 424; Tract 0144.04:
Block Group 1: Block 113, Block 114, Block 115, Block
116, Block 117, Block 118, Block 119, Block 120A, Block
120B, Block 121, Block 122A, Block 122B, Block 122C;
Block Group 2: Block 201A, Block 201B, Block 201C,
Block 201D, Block 202A, Block 202B, Bock 203, Block
204, Block 205, Block 206, Block 207, Block 208, Block
209A, Block 209B, Block 210A, Block 210B, Block 210C,
Block 210D, Block 210E, Block 210F, Block 210G, Block
211, Block 212, Block 213, Block 214, Block 215, Block
216, Block 217, Block 218, Block 219, Block 220, Block
221, Block 222, Block 223, Block 224, Block 225; Tract

216a

0144.05, Tract 0144.06, Tract 0144.07; Marengo County,
Pickens County: Tract 9876, Tract 9877, Tract 9878:
Block Group 1: Block 101, Block 102, Block 103, Block
104, Block 105, Block 106, Block 109, Block 110, Block
111, Block 112, Block 113, Block 114, Block 115, Block
116, Block 117, Block 118, Block 119, Block 120, Block
121, Block 122, Block 123, Block 124, Block 125, Block
126, Block 127, Block 128, Block 129, Block 130, Block
131A, Block 131B, Block 132, Block 133, Block 134, Block
135, Block 136, Block 143, Block 147, Block 148, Block
149, Block 150, Block 151, Block 152A, Block 152B, Block
153, Block 154, Block 155, Block 156, Block 157, Block 158,
Block 159, Block 160, Block 166, Block 167A, Block 167B,
Block 168A, Block 168B, Block 169A, Block 169B, Block 170,
Block 171A, Block 171B, Block 172, Block 173, Block 174,
Block 175, Block 176, Block 177, Block 178, Block 179,
Block 180, Block 181, Block 182A, Block 182B, Block 183,
Block 184, Block 185; Block Group 2: Block 201, Block
202, Block 203, Block 204, Block 205, Block 206, Block
207, Block 208, Block 209, Block 210, Block 211, Block
212, Block 213, Block 214, Block 215, Block 216, Block
217, Block 218, Block 219, Block 220, Block 221, Block
222, Block 223, Block 224, Block 225, Block 226, Block
227, Block 228, Block 229, Block 230, Block 231A, Block
231B, Block 232A, Block 232B, Block 233, Block 234A,
Block 234B, Block 235, Block 236A, Block 236B, Block 237,
Block 238, Block 243, Block 245, Block 246, Block 247,
Block 248, Block 249, Block 250, Block 251, Block 252,
Block 253, Block 254, Block 255, Block 256; Tract 9879:
Block Group 1: Block 101, Block 102, Block 103, Block
104, Block 105, Block 106, Block 107, Block 108A, Block
108B, Block 109, Block 110, Block 111, Block 112, Block
113, Block 114, Block 115, Block 116, Block 117, Block
118, Block 119, Block 120A, Block 120B, Block 121A,
Block 121B, Block 122, Block 123, Block 124A, Block
124B, Block 125, Block 126, Block 127, Block 128A, Block
128B, Block 129, Block 130, Block 131, Block 132, Block
133, Block 134, Block 135, Block 136, Block 137, Block
138, Block 139, Block 140, Block 141, Block 142, Block

217a

143, Block 144A, Block 144B, Block 145A, Block 145B,
Block 145C, Block 146, Block 147, Block 148, Block 149,
Block 150; Block Group 2: Block 201, Block 202, Block
203, Block 204, Block 205A, Block 205B, Block 206A,
Block 206B, Block 207, Block 208, Block 209, Block 210,
Block 211, Block 212, Block 213, Block 214, Block 215,
Block 216, Block 217, Block 218, Block 219, Block 220,
Block 221, Block 222, Block 223, Block 224, Block 225A,
Block 225B, Block 226, Block 227A, Block 227B, Block
228, Block 229A, Block 229B, Block 230, Block 231, Block
232, Block 233A, Block 233B, Block 234A, Block 234B,
Block 235, Block 236, Block 237, Block 238, Block 239,
Block 240, Block 241, Block 242, Block 243, Block 244,
Block 245, Block 246, Block 247, Block 248A, Block 248B,
Block 249, Block 250, Block 251, Block 252, Block 253,
Block 254, Block 255, Block 256, Block 257, Block 258;
Block Group 3: Block 301A, Block 301B, Block 302A,
Block 302B, Block 303, Block 304, Block 305, Block 306A,
Block 306B, Block 307, Block 308, Block 309, Block 310,
Block 311, Block 312, Block 313, Block 314, Block 315,
Block 316, Block 317, Block 318, Block 319, Block 320,
Block 321, Block 322, Block 323, Block 324, Block 325,
Block 326A, Block 326B, Block 327, Block 328A, Block
328B, Block 329; Block Group 4: Block 401, Block 402,
Block 403, Block 404, Block 405, Block 406, Block 407,
Block 408, Block 409, Block 410, Block 411, Block 412,
Block 417, Block 418, Block 419, Block 420, Block 421,
Block 422, Block 423, Block 424, Block 429, Block 430,
Block 431, Block 432, Block 433, Block 434, Block 435,
Block 436, Block 437, Block 438, Block 439, Block 440,
Block 441, Block 442, Block 443, Block 444, Block 445,
Block 446, Block 447, Block 448, Block 449A, Block 449B,
Block 450A, Block 450B, Block 450C, Block 454, Block
455, Block 456, Block 457A, Block 457B, Block 458, Block
459, Block 460A, Block 460B, Block 461, Block 462, Block
463A, Block 463B, Block 464, Block 465, Block 466, Block
467A, Block 467B, Block 468, Block 469, Block 470, Block
471, Block 472, Block 473, Block 474, Block 475, Block 476,
Block 477A, Block 477B, Block 478A, Block 478B, Block

479A, Block 479B, Block 482A, Block 492, Block 493, Block 494; Tract 9880, Tract 9881; Sumter County, Tuscaloosa County.

"District 7: Autauga County: Tract 0208: Block Group 1: Block 107, Block 108, Block 146, Block 153; Block Group 2: Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 231, Block 233, Block 234, Block 235, Block 236, Block 237, Block 238, Block 239, Block 240, Block 241, Block 243, Block 244, Block 245, Block 246; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 311, Block 312, Block 315; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 420, Block 421, Block 422, Block 423, Block 424, Block 425, Block 426, Block 427, Block 428, Block 429, Block 431, Block 436; Tract 0209, Tract 0210, Tract 0211; Bibb County, Bullock County, Dallas County, Greene County, Hale County: Tract 9743: Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 225, Block 226, Block 238, Block 239, Block 240, Block 241, Block 242, Block 243, Block 244, Block 245, Block 246, Block 247, Block 248, Block 249, Block 250, Block 251, Block 252, Block 253, Block 254, Block 255, Block 256, Block 257, Block 258, Block 259, Block 260, Block 261, Block 262, Block 263, Block 287, Block 288, Block 289, Block 290, Block 291, Block 292, Block 293, Block 294, Block 295, Block 296, Block 297; Tract 9744: Block Group 1: Block 101, Block 102, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124, Block 125, Block 126, Block 127, Block 128, Block 129, Block 130, Block

219a

131, Block 132, Block 133, Block 134, Block 135, Block
136, Block 137, Block 138, Block 139A, Block 139B, Block
140A, Block 140B, Block 141A, Block 141B, Block 142,
Block 143, Block 144, Block 145, Block 146, Block 147,
Block 148, Block 149, Block 150A, Block 150B, Block
151A, Block 151B, Block 152, Block 153, Block 154,
Block 155A, Block 155B, Block 156, Block 157, Block 158,
Block 159, Block 160, Block 161, Block 162, Block 163,
Block 164, Block 165A, Block 165B, Block 166A, Block
166B, Block 167, Block 168, Block 169, Block 170, Block
171, Block 172, Block 173, Block 174, Block 175A, Block
175B, Block 176A, Block 176B, Block 177A, Block 177B,
Block 178, Block 179, Block 180, Block 181, Block 182,
Block 183, Block 184, Block 185, Block 186, Block 187,
Block 188A, Block 188B, Block 189, Block 190, Block 191,
Block 192, Block 193, Block 194, Block 195, Block 196,
Block 197; Block Group 2: Block 201, Block 202, Block
203, Block 204, Block 205, Block 206, Block 207, Block
208, Block 209, Block 210, Block 211, Block 212, Block
213, Block 214, Block 215, Block 216, Block 217, Block
218, Block 219, Block 220, Block 221, Block 222, Block
223, Block 224, Block 225, Block 226, Block 227, Block
228, Block 229, Block 230, Block 231, Block 232, Block
233, Block 234, Block 235, Block 236, Block 237, Block
238, Block 239, Block 240, Block 241, Block 242, Block
243, Block 244, Block 245, Block 246, Block 247, Block
248, Block 249, Block 250, Block 251; Tract 9745, Tract
9746, Tract 9747, Tract 9748, Tract 9749; Jefferson
County: Tract 0001: Block Group 1: Block 105, Block
106, Block 107, Block 108, Block 109, Block 110, Block
111, Block 112, Block 113; Block Group 2: Block 203,
Block 204, Block 205, Block 206, Block 207, Block 208,
Block 209, Block 210, Block 211, Block 212, Block 213,
Block 214, Block 215, Block 216, Block 217, Block 218;
Block Group 4: Block 401, Block 402, Block 403, Block
404, Block 405, Block 406, Block 407, Block 408, Block
409, Block 410, Block 411, Block 412, Block 413, Block
414, Block 415; Block Group 5: Block 501, Block 502,

220a

Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514; Block Group 6: Block 601, Block 602, Block 603, Block 604, Block 605, Block 606, Block 607, Block 608, Block 609, Block 610, Block 611, Block 612, Block 613, Block 614, Block 615, Block 616; Block Group 7: Block 701, Block 702, Block 703, Block 704, Block 705, Block 706, Block 707, Block 708, Block 709, Block 710, Block 711, Block 712, Block 713, Block 714, Block 715, Block 716, Block 717, Block 718, Block 719, Block 720, Block 721, Block 722, Block 723, Block 724, Block 725, Block 726, Block 727, Block 728, Block 729, Block 730, Block 731, Block 732, Block 733; Block Group 8: Block 801, Block 802, Block 803, Block 804, Block 805, Block 806, Block 807, Block 808, Block 809, Block 810, Block 811, Block 812, Block 813, Block 814; Block Group 9: Block 901, Block 902, Block 903, Block 904, Block 905, Block 906, Block 907, Block 908; Tract 0003, Tract 0004, Tract 0005, Tract 0007, Tract 0008, Tract 0011: Block Group 1: Block 115, Block 116, Block 117, Block 118; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205A, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 214, Block 219, Block 220, Block 223, Block 224; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 312, Block 313, Block 322, Block 332, Block 333, Block 334, Block 335; Block Group 4: Block 401, Block 402, Block 403, Block 404, Black 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 420, Block 421, Block 422, Block 423, Block 424, Block 425, Block 426, Block 427, Block 428, Block 429, Block 431, Block 432, Block 433, Block 434, Block 435; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 517, Block 518, Block 519, Block 520, Block 521, Block 522,

221a

Block 523, Block 524, Block 525, Block 527, Block 529, Block 530, Block 531, Block 533, Block 534, Block 541, Block 544, Block 546, Block 547, Block 548, Block 549, Block 550, Block 551, Block 552, Block 555, Block 556, Block 557, Block 558, Block 561, Block 565, Block 568, Block 569, Block 570; Block Group 6: Block 601, Block 602A, Block 602B, Block 603A, Block 603B, Block 604, Block 605, Block 606, Block 607, Block 608, Block 609, Block 610, Block 611, Block 612, Block 613, Block 614, Block 615, Block 616A, Block 616B, Block 617, Block 626, Block 627, Block 628, Block 629, Block 631; Block Group 9: Block 901, Block 902, Block 903, Block 904, Block 905, Block 906, Block 907, Block 908, Block 909, Block 910, Block 911, Block 912, Block 913, Block 914, Block 915, Block 961, Block 963; Tract 0012, Tract 0014, Tract 0015, Tract 0016, Tract 0019.02, Tract 0020: Block Group 3: Block 309, Block 310, Block 311, Block 314, Block 315, Block 316, Block 320; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406; Tract 0022: Block Group 1: Block 112, Block 120, Block 121, Block 122; Block Group 2: Block 201, Block 202, Block 212, Block 216, Block 221, Block 222, Block 223, Block 225; Block Group 3: Block 301, Block 308, Block 309, Block 312, Block 313, Block 314, Block 315, Block 316, Block 318, Block 320, Block 321, Block 322, Block 323, Block 324, Block 325, Block 326, Block 327, Block 328, Block 329, Block 330, Block 331, Block 332, Block 333, Block 335, Block 336, Block 337, Block 338, Block 339, Block 340, Block 341; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 420, Block 421; Tract 0023.03: Block Group 1: Block 101, Block 108, Block 109, Block 110, Block 114, Block 116, Block 117, Block 123, Block 126, Block 127, Block 128, Block 130, Block 131, Block 132, Block 133, Block 134, Block 135, Block 136, Block 137, Block 138, Block 139, Block 140; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205,

222a

Block 206, Block 207, Block 212, Block 214, Block 216, Block 219; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 306, Block 307; Tract 0023.04: Block Group 3: Block 333, Block 337, Block 338, Block 339, Block 341, Block 342; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 420, Block 421; Tract 0023.05, Tract 0024, Tract 0027, Tract 0029, Tract 0030.01, Tract 0030.02, Tract 0031, Tract 0032, Tract 0033, Tract 0034, Trace 0035: Block Group 3: Block 303B, Block 303C, Block 305C, Block 305D; Block Group 4: Block 407B, Block 413B, Block 413C; Tract 0036, Tract 0037, Tract 0038.02, Tract 0038.03, Tract 0039, Tract 0040, Tract 0042, Tract 0045, Tract 0047.01: Block Group 6: Block 601, Block 613, Block 614, Block 615, Block 616, Block 618, Block 621, Block 622, Block 623; Block Group 7: Block 701, Block 703, Block 704, Block 705, Block 706, Block 709, Block 710, Block 712, Block 713, Block 715, Block 725; Block Group 8: Block 808, Block 810, Block 812, Block 816, Block 819, Block 820, Block 822; Tract 0049: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119; Block Group 2: Block 205; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413; Block Group 7: Block 701, Block 702, Block 703, Block 704, Block 705, Block 706, Block 707, Block 708, Block 709, Block 710, Block 711, Block 712, Block 713, Block 714, Block 715, Block 716, Block 717, Block 718, Block 719; Block Group 8: Block 801, Block 802, Block 803, Block 804, Block 805, Block 806, Block 807, Block 808, Block 809, Block 810, Block 811, Block 812, Block 813, Block 814, Block 815, Block 816, Block 817, Block 818,

223a

Block 819, Block 820, Block 821; Tract 0050, Tract
0051.01, Tract 0051.02, Tract 0052, Tract 0055: Block
Group 1: Block 101, Block 102, Block 103, Block 104,
Block 105, Block 106, Block 107, Block 108, Block 109,
Block 110, Block 111, Block 112, Block 120, Block 121,
Block 122; Block Group 2: Block 201, Block 202A, Block
203, Block 204, Block 205, Block 206; Block Group 3:
Block 302A, Block 302G, Block 303, Block 304, Block 305,
Block 308, Block 309, Block 310, Block 311A, Block 312,
Block 313, Block 314, Block 315, Block 316, Block 317,
Block 318, Block 322, Block 323, Block 333; Block Group
4: Block 401, Block 402, Block 405, Block 406, Block
407A, Block 407B, Block 408, Block 409, Block 410, Block
411A, Block 411B, Block 414A, Block 414B, Block 416,
Block 427, Block 428, Block 432, Block 433, Block 434;
Block Group 5: Block 501, Block 502A, Block 502B, Block
503, Block 504, Block 505, Block 506, Block 507, Block
508, Block 509, Block 510A, Block 510B, Block 510C,
Block 511, Block 512, Block 513, Block 514A, Block 514B,
Block 515, Block 516, Block 520, Block 523, Block 524,
Block 525, Block 527, Block 529, Block 530, Block 531,
Block 532, Block 555A, Block 555B, Block 555C, Block
556; Block Group 6: Block 602, Block 603, Block 605,
Block 606, Block 607, Block 608, Block 609, Block 611,
Block 614, Block 615, Block 616, Block 617, Block 623,
Block 645, Block 646, Block 647, Block 648, Block 649;
Tract 0057.01, Tract 0057.02, Tract 0058, Tract 0100.02:
Block Group 5: Block 507A, Block 520A; Tract 0101,
Tract 0102, Tract 0103.01, Tract 0103.02, Tract 0104.01,
Tract 0104.02, Tract 0105, Tract 0106.02, Tract 0106.03,
Tract 0107.04: Block Group 3: Block 306; Block Group
8: Block 801, Block 802, Block 809, Block 811, Block 812,
Block 813, Block 819, Block 820, Block 821, Block 822,
Block 823, Block 824, Block 825, Block 827, Block 828,
Block 829, Block 843, Block 846A, Block 846B, Block
847; Tract 0107.05: Block Group 6: Block 602, Block
603, Block 604, Block 605, Block 606, Block 607, Block
608, Block 629, Block 630, Block 631, Block 632, Block

224a

633, Block 634, Block 635, Block 636, Block 637, Block
638, Block 639, Block 640, Block 641, Block 642, Block
645, Block 646, Block 649; Block Group 7: Block 701,
Block 751, Block 752, Block 753; Block Group 8: Block
801, Block 804, Block 807, Bock 808; Tract 0107.06,
Tract 0109, Tract 0119.02: Block Group 1: Block 101,
Block 102, Block 103, Block 104, Block 108, Block 109, Block
110, Block 115, Block 116, Block 118, Block 119, Block 120,
Block 121; Block Group 5: Block 501, Block 502A, Block
502B, Block 502C, Block 502D, Block 502E, Block 503,
Block 504, Block 505, Block 506, Block 507, Block 508,
Block 509, Block 510, Block 511, Block 512, Block 513,
Block 514, Block 515A, Block 515B, Block 516A, Block
516B, Block 517, Block 518, Block 519A, Block 519B,
Block 520A, Block 520B, Block 521A, Block 521B, Block
522; Tract 0119.03, Tract 0120.02: Block Group 5: Block
501A, Block 501B, Block 501C, Block 501D, Block 501E,
Block 502A, Block 502B, Block 502C, Block 503, Block
504, Block 505, Block 506A, Block 506B, Block 506C,
Block 507A, Block 507B, Block 508, Block 509A, Block
509B, Block 513, Block 530, Block 533, Block 534, Block
535, Block 536, Block 537, Block 539, Block 540, Block
550, Block 557, Block 558; Block Group 9: Block 910A,
Block 910B, Block 910C, Block 910D, Block 910E,
Block 911, Block 966A, Block 966B; Tract 0124.01:
Block Group 1: Block 102A, Block 103, Block 104; Tract
0124.02: Block Group 2: Block 201A, Block 203A; Tract
0125: Block Group 1: Block 102A, Block 102B, Block
102D, Block 102E, Block 103A, Block 103D, Block 103E,
Block 103F, Block 103G, Block 103H, Block 119, Block
120, Block 121A, Block 121B, Block 122A, Block 122B,
Block 122C, Block 126A, Block 126B, Block 126C, Block
126D, Block 127, Block 128A, Block 128B, Block 128C,
Block 128D, Block 128E, Block 128F, Block 128G; Block
Group 2: Block 201A, Block 208A, Block 208B, Block
228A, Block 248A; Block Group 7: Block 701A, Block
701B, Block 701C, Block 702, Block 703, Block 704, Block
705, Block 706, Block 707, Block 708, Block 710, Block

225a

711, Block 716, Block 717, Block 718, Block 722, Block 723, Block 725, Block 726, Block 727, Block 728, Block 729; Tract 0130.02, Tract 0131, Tract 0132, Tract 0133, Tract 0134, Tract 0136.01, Tract 0138.01: Block Group 1: Block 110A, Block 110B, Block 110C, Block 110D, Block 111, Block 112A, Block 112B, Block 112C, Block 113A, Block 113B, Block 113C, Block 113D, Block 114, Block 115, Block 116A, Block 116B, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124, Block 125, Block 126, Block 127, Block 128, Block 129, Block 130, Block 131, Block 132, Block 133, Block 134, Block 135, Block 136, Block 137, Block 138, Block 139, Block 140, Block 141, Block 142, Block 143, Block 144, Block 145, Block 146, Block 147; Block Group 2: Block 201, Block 202, Block 220, Block 221, Block 222, Block 223; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 313, Block 317, Block 318, Block 319, Block 320, Block 321; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 513, Block 514, Block 517, Block 518, Block 519, Block 520, Block 521, Block 522, Block 523, Block 524, Block 525, Block 526; Block Group 6: Block 601, Block 602, Block 605, Block 606, Block 607, Block 608, Block 612, Block 613, Block 614, Block 615, Block 616, Block 617, Block 618, Block 619, Block 620, Block 621, Block 622, Block 623, Block 624, Block 625, Block 626, Block 627, Block 628; Block Group 7: Block 721A, Block 721B, Block 721C, Block 722, Block 723, Block 724, Block 725; Tract 0139.01; Block Group 9: Block 901A, Block 901B, Block 902B, Block 902C, Block 903A, Block 903B, Block 903C, Block 904A, Block 904B, Block 905, Block 906A, Block 906B, Block 907A, Block 907B; Tract 0141.02: Block Group 1: Block 101A, Block 101B, Block 101C, Block 104, Block 106, Block 110, Block 112, Block 113, Block 114, Block 115, Block 116, Block 119, Block 120, Block 121, Block 122, Block 123; Tract 0141.03, Tract

226a

0141.04, Tract 0141.05, Tract 0142.03: Block Group 1:
Block 101, Block 102, Block 103, Block 104, Block 105,
Block 106, Block 107, Block 108, Block 109, Block 110,
Block 111, Block 112, Block 113, Block 114, Block 115,
Block 116, Block 117, Block 118, Block 119, Block 120,
Block 121, Block 122, Block 123, Block 124, Block 125,
Block 126, Block 127, Block 128, Block 129, Block 130,
Block 131, Block 132, Block 133, Block 134, Block 135,
Block 136, Block 137, Block 138A, Block 138B, Block
138C, Block 138D, Block 139A, Block 139B, Block 140,
Block 141, Block 142, Block 143, Block 144, Block 145,
Block 146, Block 147, Block 148, Block 149, Block 150,
Block 151, Block 152; Block Group 2: Block 215, Block
216, Block 217, Block 218, Block 219, Block 220, Block
221, Block 222; Block Group 3: Block 301, Block 302,
Block 303, Block 304, Block 305, Block 306, Block 307,
Block 308, Block 309, Block 310, Block 311, Block 312,
Block 313, Block 314, Block 315, Block 316, Block 317,
Block 318, Block 319, Block 320, Block 321, Block 322,
Block 323, Block 324, Block 325, Block 326, Block 327, Block
328, Block 329, Block 330, Block 331, Block 332, Block 333;
Block Group 9: Block 901A, Block 901B, Block 902, Block
903, Block 904, Block 905, Block 906, Block 907, Block
908, Block 909A, Block 909B, Block 910, Block 911, Block
912A, Block 912B, Block 913, Block 914A, Block 914B,
Block 914C, Block 915A, Block 915B; Tract 0143.01,
Tract 0143.02: Block Group 1: Block 101, Block 102,
Block 103A, Block 103B, Block 104A, Block 104B, Block
104C, Block 105A, Block 108A, Block 108B, Block 108C,
Block 108D, Block 108E, Block 108F, Block 108G, Block
108H, Block 111A, Block 111B, Block 112A, Block 112B,
Block 112C, Block 114; Block Group 2: Block 201, Block
202A, Block 202B, Block 202C, Block 203; Block Group
9: Block 901, Block 902, Block 903, Block 904, Block
905, Block 906, Block 907, Block 908; Tract 0144.03:
Block Group 1: Block 101B, Block 101F, Block 102B,
Block 102C, Block 103A, Block 103B, Block 104; Tract
0144.04: Block Group 1: Block 101, Block 102A, Block

227a

102B, Block 102C, Block 102D, Block 102E, Block 102F, Block 103, Block 104A, Block 104B, Block 104C, Block 104D, Block 104E, Block 104F, Block 104G, Block 104H, Block 104J, Block 104K, Block 105, Block 106A, Block 106B, Block 107, Block 108A, Block 108B, Block 108C, Block 108D, Block 109A, Block 109B, Block 109C, Block 109D, Block 109E, Block 109F, Block 109G, Block 109H, Block 109J, Block 109K, Block 109L, Block 109M, Block 109N, Block 110A, Block 110B, Block 110C, Block 110D, Block 111A, Block 111B, Block 111C, Block 112A, Block 112B, Block 112C, Block 112D, Block 112E, Block 112F, Block 112G, Block 112H, Block 112J, Block 112K, Block 112L, Block 112M, Block 112N, Block 123, Block 124; Lowndes County, Macon County, Montgomery County: Tract 0001: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124, Block 125, Block 126, Block 127, Block 128, Block 135, Block 136, Block 137, Block 138, Block 139, Block 142, Block 143, Block 144, Block 145, Block 146, Black 147, Block 148, Block 149, Block 150, Block 151, Block 188, Block 189, Block 190; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220; Tract 0002: Block Group 1: Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 120; Block Group 2: Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228, Block 229, Block 230, Block 231, Block 232; Block Group 3: Block 301, Block 302, Block 303, Block 313, Block 314, Block 315, Block 319, Block 320,

228a

Block 331, Block 332; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 416, Block 417, Block 418, Block 419, Block 426; Tract 0003.85, Tract 0004; Tract 0005: Block Group 3: Block 316, Block 317, Block 318; Block Group 4: Block 401, Block 402, Block 403; Tract 0006: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 112, Block 113, Block 114, Block 115, Block 117; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321, Block 322, Block 323, Block 324, Block 325, Block 326, Block 327, Block 328; Tract 0007, Tract 0010: Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228, Block 229, Block 230, Block 231, Block 232, Block 233, Block 234, Block 235, Block 236, Block 237, Block 238, Block 239, Block 240, Block 241, Block 242, Block 243, Block 244, Block 245, Block 246, Block 247, Block 248, Block 249, Block 250, Block 251, Block 252, Block 253, Block 254, Block 255, Block 256; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412,

229a

Block 413, Block 414, Block 415, Block 416, Block 417; Block Group 5: Block 501; Tract 0011: Block Group 1: Block 102, Block 103, Block 104, Block 105, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124, Block 125, Block 126, Block 127, Block 130, Block 134, Block 135; Block Group 2: Block 203, Block 204, Block 205, Block 209, Block 210, Block 211, Block 212, Block 215, Block 222, Block 225; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321, Block 322, Block 323, Block 324, Block 325; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514, Block 515, Block 516, Block 517, Block 518, Block 519; Block Group 6: Block 601, Block 602, Block 603, Block 604, Block 605, Block 606, Block 607, Block 608, Block 609; Block Group 7: Block 701, Block 702, Block 703, Block 704, Block 705, Block 706, Block 707, Block 708; Block Group 8: Block 801, Block 802, Block 803, Block 804, Block 805, Block 806, Block 807, Block 808; Tract 0012, Tract 0013: Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316; Block Group 4: Block 401, Block 402, Block 403, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 415; Tract 0014: Block Group 1: Block 103, Block 104, Block 105, Block 106, Block 107; Block Group 4: Block 413, Block 414, Block 415, Block 416, Block 417,

230a

Block 418; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 506, Block 507, Block 513, Block 514; Tract 0015: Block Group 2: Block 204, Block 211, Block 212, Block 213, Block 214, Block 221, Block 222, Block 223, Block 229; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321, Block 322; Block Group 4: Block Group 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 417; Tract 0020: Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 205, Block 306, Block 307, Block 308, Block 314, Block 315; Tract 0021: Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216; Block Group 3: Block 301, Block 302, Block 303, Block 308, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319; Block Group 4: Block 403, Block 404, Block 405, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 423, Block 424, Block 425, Block 426; Tract 0022, Tract 0023, Tract 0024, Tract 0025, Tract 0029, Tract 0030, Tract 0031, Tract 0032, Tract 0051.01: Block Group 1: Block 101, Block 102, Block 103, Block 104, Block 105, Block 106, Block 107A, Block 107B, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113A, Block 113B, Block 114, Block 115A, Block 115B, Block 116, Block 117, Block 118, Block 119, Block 120, Block 121, Block 122, Block 123A, Block 123B, Block 124A, Block 124B, Block 125, Block 126, Block 127, Block 128A, Block 128B, Block 129, Block 130A, Block 130B, Block 131, Block 132, Block 133, Block 134, Block 135, Block 136, Block 137, Block 138, Block 139, Block 140, Block 141, Block 142, Block 143, Block 144, Block 145, Block 146, Block 147, Block

231a

150, Block 151, Block 152, Block 153, Block 154, Block
155, Block 156, Block 157, Block 158, Block 159, Block
160, Block 161, Block 162, Block 163, Block 164, Block
165, Block 166, Block 167; Block Group 2: Block 201A,
Block 201B, Block 202A, Block 202B, Block 203A, Block
203B, Block 204, Block 205A, Block 205B, Block 206,
Block 207, Block 208, Block 209, Block 210, Block 211,
Block 213, Block 214, Block 215, Block 216, Block 217,
Block 218; Tract 0051.02, Tract 0054.01: Block Group 1:
Block 101, Block 102, Block 103, Block 104, Block 105A,
Block 105B, Block 105C, Block 106, Block 107, Block 111,
Block 112; Block Group 2: Block 201, Block 202, Block 203;
Tract 0054.02: Block Group 1: Block 111, Block 112;
Tract 0055: Block Group 1: Block 101, Block 106, Block
107, Block 108, Block 109, Block 110, Block 111, Block
112, Block 113; Block Group 2: Block 201, Block 202,
Block 203, Block 204, Block 205, Block 206, Block 207,
Block 208, Block 209, Block 210A, Block 210B, Block 211,
Block 212, Block 213, Block 214, Block 215, Block 216,
Block 217, Block 218, Block 219, Block 220, Block 221,
Block 222, Block 223, Block 224, Block 225, Block 226,
Block 227, Block 228, Block 229, Block 230, Block 231,
Block 232, Block 233, Block 234, Block 235, Block 236,
Block 237, Block 238, Block 239, Block 240, Block 241,
Block 242, Block 243, Block 244, Block 245, Block 246,
Block 247, Block 248; Block Group 3: Block 301, Block
302, Block 303, Block 304, Block 305, Block 306, Block
307, Block 308, Block 309, Block 310, Block 311, Block
312, Block 313, Block 314, Block 315, Block 316, Block
317, Block 318, Block 319, Block 320, Block 321, Block
322, Block 323, Block 324, Block 325, Block 326, Block
327, Block 328, Block 329, Block 330, Block 331, Block
332, Block 333, Block 334, Block 335, Block 336, Block
337, Block 338, Block 339, Block 340, Block 341, Block
342, Block 343; Block Group 4: Block 401, Block 402,
Block 403, Block 404, Block 405, Block 406, Block 407,
Block 408, Block 409, Block 410, Block 411, Block 412,
Block 413, Block 414, Block 415, Block 416, Block 417,

232a

Block 418, Block 419, Block 420, Block 421, Block 422, Block 423, Block 424; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514, Block 515, Block 516, Block 517, Block 518, Block 519, Block 520, Block 521, Block 522, Block 523, Block 524, Block 525, Block 526, Block 527, Block 528, Block 529, Block 530, Block 531, Block 532, Block 533, Block 534, Block 535, Block 536, Block 537, Block 538, Block 539, Block 540, Block 541, Block 542, Block 543, Block 544, Block 545, Block 546, Block 547, Block 548, Block 549, Block 550, Block 551, Block 552, Block 553, Block 554, Block 555, Block 556, Block 557, Block 558, Block 559, Block 560, Block 561, Block 562, Block 563, Block 564, Block 565, Block 566, Block 567, Block 568, Block 569, Block 570, Block 571, Block 572, Block 573, Block 574, Block 575, Block 576, Block 577, Block 578, Block 579, Block 580, Block 581, Block 582, Block 583, Block 584, Block 585, Block 586, Block 587; Tract 0056.01: Block Group 1: Block 101A, Block 101B, Block 101C, Block 102, Block 103, Block 104A, Block 104B, Block 105A, Block 105B, Block 106, Block 107, Block 108, Block 109; Block Group 2: Block 201, Block 202A, Block 202B, Block 203A, Block 203B, Block 204, Block 205, Block 206; Block Group 3: Block 309; Block Group 4: Block 407B, Block 408, Block 409, Block 410; Block Group 6: Block 601, Block 602, Block 603, Block 604, Block 605, Block 606, Block 607, Block 608, Block 609; Block Group 7: Block 701, Block 702, Block 703, Block 704, Block 705, Block 706, Block 707, Block 708, Block 709; Tract 0056.03: Block Group 1: Block 101, Block 102, Block 103, Block 104; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206; Block Group 3: Block 301, Block 302; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512; Block Group 6:

233a

Block 602, Block 603, Block 604, Block 605, Block 606,
Block 607, Block 608A, Block 608B, Block 609, Block 610,
Block 611; Tract 0056.04: Block Group 1: Block 101,
Block 102, Block 103, Block 104, Block 105, Block 106,
Block 107, Block 108, Block 109, Block 110, Block 111,
Block 112, Block 113, Block 114, Block 115, Block 116,
Block 117, Block 118, Block 119, Block 120, Block 121,
Block 122, Block 123, Block 124, Block 125, Block 126,
Block 127, Block 128, Block 129, Block 130, Block 131,
Block 132, Block 133, Block 134, Block 135, Block 136,
Block 137, Block 138, Block 139, Block 140, Block 141,
Block 142, Block 143, Block 144, Block 145, Block 146,
Block 147, Block 148, Block 149, Block 150, Block 151;
Block Group 2: Block 201, Block 202, Block 203, Block
204, Block 205, Block 206, Block 207, Block 208, Block
209, Block 210, Block 216, Block 222, Block 223, Block
224, Block 225, Block 226, Block 227, Block 228, Block
229, Block 230, Block 231, Block 232, Block 233, Block
234, Block 235, Block 236, Block 237; Block Group 3:
Block 301, Block 302, Block 308, Block 311, Block 312,
Block 314, Block 315, Block 316, Block 317, Block 318,
Block 319, Block 320, Block 321; Block Group 4: Block
401, Block 402, Block 403, Block 404, Block 405; Tract
0057: Block Group 1: Block 101, Block 102, Block 103,
Block 104, Block 105, Block 106, Block 107, Block 108,
Block 109, Block 110, Block 111, Block 112, Block 113,
Block 114, Block 115, Block 116 Block 117, Block 118,
Block 124, Block 125, Block 126, Block 128, Block 129,
Block 130, Block 131, Block 132, Block 133, Block 134,
Block 135, Block 136, Block 137, Block 138, Block 139,
Block 140, Block 141, Block 142, Block 143, Block 144,
Block 145, Block 146, Block 147, Block 148, Block 149,
Block 150, Block 151, Block 152, Block 153, Block 154,
Block 155, Block 156, Block 157, Block 158, Block 159,
Block 160, Block 161, Block 162, Block 163, Block 164,
Block 165, Block 166, Block 167, Block 168, Block 169,
Block 170, Block 171, Block 172, Block 173, Block 174,
Block 175, Block 176, Block 177, Block 178, Block 179,

234a

Block 180, Block 181, Block 182, Block 183, Block 184, Block 185; Block Group 2: Block 201, Block 202, Block 203, Block 204, Block 205, Block 206, Block 207, Block 208, Block 209, Block 210, Block 211, Block 212, Block 213, Block 214, Block 215, Block 216, Block 217, Block 218, Block 219, Block 220, Block 221, Block 222, Block 223, Block 224, Block 225, Block 226, Block 227, Block 228, Block 229, Block 230, Block 231, Block 232, Block 233, Block 234, Block 235, Block 236, Block 237, Block 238, Block 239, Block 240, Block 241, Block 242, Block 243, Block 244, Block 245, Block 246, Block 247, Block 248, Block 249, Block 250, Block 251, Block 252, Block 253, Block 254, Block 255, Block 256, Block 257, Block 258, Block 259, Block 260, Block 261, Block 262, Block 263, Block 264, Block 265, Block 266, Block 267, Block 268; Tract 0058: Block Group 1: Block 101, Block 102, Block 108, Block 110, Block 111, Block 112, Block 113, Block 114, Block 115, Block 116, Block 117, Block 118, Block 124, Block 125, Block 126, Block 127, Block 128, Block 129, Block 130, Block 131, Block 132, Block 133, Block 134, Block 135, Block 136, Block 137, Block 138, Block 139, Block 140, Block 141, Block 142, Block 143, Block 144, Block 145, Block 146, Block 147, Block 148, Block 149, Block 150, Block 151; Block Group 2: Block 205, Block 207, Block 212, Block 213, Block 214, Block 215, Block 216; Block Group 3: Block 301, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321; Block Group 4: Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417, Block 418, Block 419, Block 420, Block 421, Block 422, Block 423, Block 424, Block 425, Block 426, Block 427, Block 428, Block 429, Block 430, Block 431, Block 432, Block 433, Block 434, Block 435, Block 436, Block 437, Block 438, Block 439; Tract 0059.01: Block Group 1: Block 101, Block 102, Block 103, Block 104A, Block 104B, Block 105A, Block 105B, Block 106, Block 107, Block 108, Block 109, Block 110, Block 111, Block 112, Block 113, Block 114A, Block 114B; Block

235a

Group 2: Block 201A, Block 201B, Block 202, Block 203, Block 204, Block 205A, Block 205B, Block 206, Block 212, Block 213, Block 223, Block 229, Block 230, Block 231, Block 232, Block 233, Block 234, Block 235; Block Group 3: Block 301, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312; Block Group 4: Block 401, Block 402, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412, Block 413, Block 414, Block 415, Block 416, Block 417; Block Group 5: Block 501, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514, Block 515, Block 516, Block 517, Block 518, Block 519, Block 520, Block 521, Block 522, Block 523, Block 524, Block 525, Block 526, Block 527, Block 528, Block 529, Block 530, Block 531, Block 532, Block 533; Block Group 6: Block 601A, Block 601B, Block 602, Block 603, Block 604, Block 605, Block 606A, Block 606B, Block 607, Block 608, Block 609, Block 610, Block 611, Block 612, Block 613, Block 614, Block 615, Block 616, Block 617, Block 618, Block 619, Block 620, Block 621, Block 622, Block 623, Block 624, Block 625, Block 626, Block 627, Block 628, Block 629, Block 630, Block 631, Block 632, Block 633, Block 634, Block 635, Block 636, Block 637, Block 638, Block 639, Block 640, Block 641, Block 642, Block 643, Block 644, Block 645, Block 646; Block Group 7: Block 701, Block 702, Block 703, Block 704, Block 705A, Block 705B, Block 705C, Block 706, Block 707, Block 708A, Block 708B, Block 709, Block 710; Block Group 8: Block 801A, Block 801B, Block 802, Block 803, Block 804, Block 805, Block 806, Block 807, Block 808A, Block 808B, Block 809, Block 810A, Block 810B, Block 811, Block 812, Block 813, Block 814, Block 815; Tract 0059.02, Tract 0060.02, Tract 0060.85: Block Group 1: Block 101C, Block 102, Block 103, Block 104, Block 105A, Block 105B, Block 106A, Block 106B, Block 107A, Block 107B, Block 108A, Block 108B, Block 109, Block 110,

236a

Block 111, Block 112, Block 113, Block 114, Block 115, Block 116B, Block 119, Block 120, Block 121, Block 122, Block 123, Block 124, Block 125, Block 126, Block 127, Block 128, Block 129, Block 130, Block 131, Block 132, Block 133, Block 134, Block 136, Block 137, Block 138, Block 139, Block 140, Block 141, Block 142, Block 143, Block 144; Block Group 2: Block 201A, Block 201B, Block 202, Block 203; Block Group 3: Block 301A, Block 301B, Block 302, Block 303, Block 304, Block 305, Block 306, Block 307, Block 308, Block 309, Block 310, Block 311, Block 312, Block 313, Block 314, Block 315, Block 316, Block 317, Block 318, Block 319, Block 320, Block 321, Block 322, Block 323, Block 324, Block 325; Block Group 4: Block 401, Block 402A, 402B, Block 403, Block 404, Block 405, Block 406, Block 407, Block 408, Block 409, Block 410, Block 411, Block 412A, Block 412B, Block 413, Block 414; Block Group 5: Block 501A, Block 502, Block 503, Block 504, Block 505, Block 506, Block 507, Block 508, Block 509, Block 510, Block 511, Block 512, Block 513, Block 514; Perry County, Wilcox County."

Section 2. This Act shall become effective immediately upon its passage and approval by the Governor, or upon its otherwise becoming a law.

/s/ Ryan deGraffenried
President and Presiding
Officer of the Senate

/s/ James S. Clark
Speaker of the House
of Representatives

237a

S. 73

Senate 220-92

I hereby certify that the within Act originated in and passed the Senate, as amended.

McDowell Lee
Secretary

————

House of Representatives

Amended and passed 2-27-92.

————

Senate concurred in House amendment 2-27-92.

————

By: Senators Ghee and Bennett