

User: bpshan3501  
Plan: McClammy Congress 2M

Date: Thu Jun 23 14:14:43 GMT-0500 2011

## Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 0.00 | 24,366 | 544,632 | 101,303 | 5,986 | 8,572 | 416 | 10,228 | 11,682 |
| 2 | 682,820 | 1 | 0.00 | 28,047 | 499,863 | 145,290 | 3,337 | 6,990 | 710 | 15,816 | 10,814 |
| 3 | 682,820 | 1 | 0.00 | 17,019 | 280,756 | 371,605 | 4,875 | 8,205 | 386 | 8,644 | 8,349 |
| 4 | 682,819 | 0 | 0.00 | 34,143 | 604,621 | 42,697 | 3,098 | 3,889 | 408 | 19,539 | 8,567 |
| 5 | 682,819 | 0 | 0.00 | 29,430 | 570,469 | 65,012 | 7,089 | 9,829 | 487 | 15,072 | 14,861 |
| 6 | 682,819 | 0 | 0.00 | 30,250 | 555,347 | 89,512 | 2,022 | 11,808 | 283 | 14,852 | 8,995 |
| 7 | 682,820 | 1 | 0.00 | 22,347 | 219,706 | 435,892 | 1,811 | 4,302 | 367 | 12,759 | 7,983 |

Total Population: 4,779,736  
Ideal Population: 682,819  
Mean Deviation: 0  
Mean Percent Deviation: 0.01  
Largest Positive Deviation: 1  
Largest Negative Deviation: 0  
Overall Range in Deviation: 1  
Overall Range in Deviation Percentage: 0.00

SOS001495

User: bpshan3501
Plan: McClammy Congress 2M

Date: Thu Jun 23 14:15:10 GMT-0500 2011

# District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 0.00 | 24,366 (3.57%) | 544,632 (79.76%) | 101,303 (14.84%) | 5,986 (0.88%) | 8,572 (1.26%) | 416 (0.06%) | 10,228 (1.50%) | 11,682 (1.71%) |
| 2 | 682,820 | 1 | 0.00 | 28,047 (4.11%) | 499,863 (73.21%) | 145,290 (21.28%) | 3,337 (0.49%) | 6,990 (1.02%) | 710 (0.10%) | 15,816 (2.32%) | 10,814 (1.58%) |
| 3 | 682,820 | 1 | 0.00 | 17,019 (2.49%) | 280,756 (41.12%) | 371,605 (54.42%) | 4,875 (0.71%) | 8,205 (1.20%) | 386 (0.06%) | 8,644 (1.27%) | 8,349 (1.22%) |
| 4 | 682,819 | 0 | 0.00 | 34,143 (5.00%) | 604,621 (88.55%) | 42,697 (6.25%) | 3,098 (0.45%) | 3,889 (0.57%) | 408 (0.06%) | 19,539 (2.86%) | 8,567 (1.25%) |
| 5 | 682,819 | 0 | 0.00 | 29,430 (4.31%) | 570,469 (83.55%) | 65,012 (9.52%) | 7,089 (1.04%) | 9,829 (1.44%) | 487 (0.07%) | 15,072 (2.21%) | 14,861 (2.18%) |
| 6 | 682,819 | 0 | 0.00 | 30,250 (4.43%) | 555,347 (81.33%) | 89,512 (13.11%) | 2,022 (0.30%) | 11,808 (1.73%) | 283 (0.04%) | 14,852 (2.18%) | 8,995 (1.32%) |
| 7 | 682,820 | 1 | 0.00 | 22,347 (3.27%) | 219,706 (32.18%) | 435,892 (63.84%) | 1,811 (0.27%) | 4,302 (0.63%) | 367 (0.05%) | 12,759 (1.87%) | 7,983 (1.17%) |

User: bpshan3501
Plan: McClammy Congress 2M

Date: Thu Jun 23 14:15:35 GMT-0500 2011

## All Districts Population Report

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| **District No.** | 1 | | | | | | | |
| Total Population | 682,819 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 0 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 24,366 | 544,632 | 101,303 | 5,986 | 8,572 | 416 | 10,228 | 11,682 |
| Total% | 3.57 | 79.76 | 14.84 | 0.88 | 1.26 | 0.06 | 1.50 | 1.71 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **District No.** | 2 | | | | | | | |
| Total Population | 682,820 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 1 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 28,047 | 499,863 | 145,290 | 3,337 | 6,990 | 710 | 15,816 | 10,814 |
| Total% | 4.11 | 73.21 | 21.28 | 0.49 | 1.02 | 0.10 | 2.32 | 1.58 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

SOS001497

District No. 3

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total Population | 682,820 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 1 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 17,019 | 280,756 | 371,605 | 4,875 | 8,205 | 386 | 8,644 | 8,349 |
| Total% | 2.49 | 41.12 | 54.42 | 0.71 | 1.20 | 0.06 | 1.27 | 1.22 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 4

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total Population | 682,819 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 0 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 34,143 | 604,621 | 42,697 | 3,098 | 3,889 | 408 | 19,539 | 8,567 |
| Total% | 5.00 | 88.55 | 6.25 | 0.45 | 0.57 | 0.06 | 2.86 | 1.25 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 5

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total Population | 682,819 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 0 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 29,430 | 570,469 | 65,012 | 7,089 | 9,829 | 487 | 15,072 | 14,861 |
| Total% | 4.31 | 83.55 | 9.52 | 1.04 | 1.44 | 0.07 | 2.21 | 2.18 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | 6 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 682,819 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | 0 | | | | | |
| Dev. % | | 0.00 | | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
| Total | 30,250 | 555,347 | 89,512 | 2,022 | 11,808 | 283 | 14,852 | 8,995 |
| Total% | 4.43 | 81.33 | 13.11 | 0.30 | 1.73 | 0.04 | 2.18 | 1.32 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | 7 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 682,820 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | 1 | | | | | |
| Dev. % | | 0.00 | | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
| Total | 22,347 | 219,706 | 435,892 | 1,811 | 4,302 | 367 | 12,759 | 7,983 |
| Total% | 3.27 | 32.18 | 63.84 | 0.27 | 0.63 | 0.05 | 1.87 | 1.17 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

User: bpshan3501
Plan: McClammy Congress 2M

Date: Thu Jun 23 14:32:26 GMT-0500 2011

## Assigned District Splits

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| * Dale County | 39,340 | 2,576 | 28,445 | 8,017 | 306 | 485 | 42 | 788 | 1,257 |
| Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| * Mobile County | 203,801 | 5,476 | 170,162 | 21,767 | 1,606 | 4,955 | 112 | 2,045 | 3,154 |
| * Washington County | 3,044 | 26 | 2,556 | 404 | 41 | 6 | 3 | 10 | 24 |
| District 1 Total | 682,819 | 24,366 | 544,632 | 101,303 | 5,986 | 8,572 | 416 | 10,228 | 11,682 |
| | 100% | 3.57% | 79.76% | 14.84% | 0.88% | 1.26% | 0.06% | 1.5% | 1.71% |
| **District 2** | | | | | | | | | |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| * Calhoun County | 95,542 | 3,298 | 78,635 | 12,390 | 452 | 777 | 85 | 1,617 | 1,586 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| * Clay County | 12,857 | 388 | 10,408 | 1,987 | 49 | 23 | 0 | 167 | 223 |

* indicates split

SOS001500

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| * Dale County | 10,911 | 245 | 8,791 | 1,662 | 65 | 49 | 2 | 94 | 248 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 | 1,574 |
| * Etowah County | 75,798 | 2,644 | 57,368 | 14,812 | 298 | 534 | 164 | 1,485 | 1,137 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |
| * Tallapoosa County | 14,471 | 470 | 10,858 | 3,053 | 41 | 48 | 2 | 346 | 123 |
| * Talladega County | 19,285 | 273 | 15,171 | 3,577 | 40 | 158 | 3 | 95 | 241 |
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 | 1,104 |
| District 2 Total | 682,820 | 28,047 | 499,863 | 145,290 | 3,337 | 6,990 | 710 | 15,816 | 10,814 |
| | 100% | 4.11% | 73.21% | 21.28% | 0.49% | 1.02% | 0.1% | 2.32% | 1.58% |

## District 3

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| * Calhoun County | 22,374 | 588 | 9,569 | 11,977 | 86 | 68 | 11 | 277 | 386 |
| Clarke County | 25,833 | 271 | 14,070 | 11,336 | 103 | 77 | 4 | 67 | 176 |
| * Clay County | 1,075 | 11 | 972 | 79 | 6 | 1 | 0 | 5 | 12 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| * Coosa County | 5,035 | 160 | 1,935 | 2,914 | 16 | 9 | 12 | 102 | 47 |
| * Dallas County | 14,782 | 115 | 7,526 | 7,058 | 31 | 23 | 6 | 28 | 110 |

* indicates split

SOS001501

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * Elmore County | 2,426 | 40 | 1,726 | 629 | 3 | 5 | 9 | 29 | 25 |
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 | 60 |
| Macon County | 21,452 | 232 | 3,319 | 17,729 | 29 | 76 | 2 | 69 | 228 |
| * Mobile County | 209,191 | 4,460 | 78,485 | 121,225 | 2,075 | 2,606 | 92 | 1,840 | 2,868 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| Montgomery County | 229,363 | 8,314 | 90,656 | 125,477 | 589 | 4,821 | 171 | 4,743 | 2,906 |
| * Talladega County | 25,660 | 669 | 11,542 | 13,347 | 80 | 63 | 3 | 273 | 352 |
| * Tallapoosa County | 27,145 | 572 | 18,229 | 8,030 | 80 | 149 | 6 | 367 | 284 |
| * Washington County | 7,358 | 79 | 3,330 | 2,505 | 1,351 | 8 | 9 | 24 | 131 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 | 51 |
| District 3 Total | 682,820 | 17,019 | 280,756 | 371,605 | 4,875 | 8,205 | 386 | 8,644 | 8,349 |
| | 100% | 2.49% | 41.12% | 54.42% | 0.71% | 1.2% | 0.06% | 1.27% | 1.22% |
| **District 4** | | | | | | | | | |
| Blount County | 57,322 | 4,626 | 53,068 | 761 | 307 | 117 | 38 | 2,347 | 684 |
| * Calhoun County | 656 | 7 | 636 | 15 | 2 | 0 | 0 | 0 | 3 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 | 889 |
| * Etowah County | 28,632 | 803 | 26,455 | 984 | 150 | 138 | 7 | 490 | 408 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 | 171 |
| * Franklin County | 26,687 | 4,518 | 21,586 | 1,179 | 202 | 57 | 8 | 3,204 | 451 |
| * Jefferson County | 99,810 | 2,456 | 85,427 | 11,382 | 373 | 398 | 34 | 1,184 | 1,012 |
| * Lamar County | 7,253 | 125 | 6,272 | 794 | 16 | 2 | 1 | 64 | 104 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * Marion County | 28,330 | 609 | 26,499 | 1,090 | 92 | 53 | 6 | 274 | 316 |
| * Marshall County | 72,413 | 10,835 | 61,680 | 1,450 | 533 | 378 | 95 | 7,025 | 1,252 |
| St Clair County | 83,593 | 1,716 | 73,741 | 7,150 | 281 | 518 | 46 | 734 | 1,123 |
| * Talladega County | 9,050 | 158 | 6,991 | 1,773 | 47 | 21 | 0 | 80 | 138 |
| * Tuscaloosa County | 79,919 | 2,686 | 66,668 | 9,251 | 221 | 1,572 | 91 | 1,281 | 835 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 | 828 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 | 353 |
| District 4 Total | 682,819 | 34,143 | 604,621 | 42,697 | 3,098 | 3,889 | 408 | 19,539 | 8,567 |
| | 100% | 5% | 88.55% | 6.25% | 0.45% | 0.57% | 0.06% | 2.86% | 1.25% |
| **District 5** | | | | | | | | | |
| * Colbert County | 42,887 | 916 | 36,917 | 4,451 | 217 | 213 | 20 | 426 | 643 |
| Jackson County | 53,227 | 1,339 | 48,348 | 1,781 | 719 | 185 | 48 | 768 | 1,378 |
| * Lauderdale County | 81,831 | 1,768 | 74,319 | 4,779 | 307 | 490 | 21 | 843 | 1,072 |
| * Lawrence County | 29,855 | 475 | 25,201 | 1,116 | 1,912 | 36 | 2 | 206 | 1,382 |
| * Limestone County | 74,159 | 4,082 | 62,057 | 6,928 | 489 | 858 | 40 | 2,515 | 1,272 |
| * Madison County | 266,804 | 12,259 | 209,694 | 35,688 | 2,244 | 7,262 | 262 | 5,133 | 6,521 |
| * Marshall County | 20,606 | 403 | 19,784 | 44 | 173 | 100 | 8 | 185 | 312 |
| * Morgan County | 113,450 | 8,188 | 94,149 | 10,225 | 1,028 | 685 | 86 | 4,996 | 2,281 |
| District 5 Total | 682,819 | 29,430 | 570,469 | 65,012 | 7,089 | 9,829 | 487 | 15,072 | 14,861 |
| | 100% | 4.31% | 83.55% | 9.52% | 1.04% | 1.44% | 0.07% | 2.21% | 2.18% |

* indicates split

SOS001503

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 6** | | | | | | | | | |
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 | 869 |
| * Bibb County | 14,148 | 236 | 12,411 | 1,414 | 51 | 12 | 0 | 119 | 141 |
| Chilton County | 43,643 | 3,420 | 36,713 | 4,230 | 155 | 130 | 55 | 1,854 | 506 |
| * Coosa County | 6,504 | 70 | 5,713 | 668 | 24 | 7 | 3 | 33 | 56 |
| * Elmore County | 76,877 | 2,089 | 58,729 | 15,271 | 282 | 513 | 54 | 909 | 1,119 |
| * Jefferson County | 234,803 | 10,229 | 191,803 | 27,380 | 547 | 6,746 | 61 | 5,361 | 2,905 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 | 2,684 |
| * Talladega County | 28,296 | 571 | 20,035 | 7,358 | 97 | 97 | 0 | 339 | 370 |
| * Tuscaloosa County | 28,892 | 758 | 25,145 | 2,816 | 81 | 103 | 4 | 398 | 345 |
| District 6 Total | 682,819 | 30,250 | 555,347 | 89,512 | 2,022 | 11,808 | 283 | 14,852 | 8,995 |
| | 100% | 4.43% | 81.33% | 13.11% | 0.3% | 1.73% | 0.04% | 2.18% | 1.32% |
| **District 7** | | | | | | | | | |
| * Bibb County | 8,767 | 170 | 4,970 | 3,633 | 13 | 10 | 13 | 66 | 62 |
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 | 58 |
| * Colbert County | 11,541 | 177 | 6,872 | 4,317 | 50 | 16 | 0 | 84 | 202 |
| * Dallas County | 29,038 | 194 | 5,243 | 23,365 | 54 | 126 | 5 | 56 | 189 |
| * Franklin County | 5,017 | 192 | 4,734 | 49 | 13 | 6 | 2 | 134 | 79 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 | 43 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 | 88 |
| * Jefferson County | 323,853 | 12,803 | 71,936 | 237,763 | 820 | 2,014 | 149 | 7,813 | 3,358 |
| * Lamar County | 7,311 | 55 | 6,354 | 849 | 8 | 2 | 1 | 18 | 79 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| * Lauderdale County | 10,878 | 314 | 5,793 | 4,478 | 31 | 195 | 13 | 234 |
| * Lawrence County | 4,484 | 99 | 1,446 | 2,822 | 41 | 6 | 4 | 96 |
| * Limestone County | 8,623 | 509 | 4,449 | 3,501 | 58 | 66 | 2 | 196 |
| * Madison County | 68,007 | 3,145 | 18,586 | 44,688 | 307 | 1,003 | 103 | 1,734 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 164 |
| * Marion County | 2,446 | 23 | 2,292 | 94 | 9 | 1 | 8 | 25 |
| * Morgan County | 6,040 | 968 | 1,255 | 3,960 | 14 | 6 | 21 | 83 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 43 |
| Pickens County | 19,746 | 313 | 11,110 | 8,211 | 28 | 36 | 1 | 232 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 47 |
| * Tuscaloosa County | 85,845 | 2,505 | 37,191 | 45,544 | 224 | 631 | 22 | 919 |
| * Washington County | 7,179 | 46 | 5,622 | 1,471 | 19 | 6 | 0 | 52 |
| District 7 Total | 682,820 | 22,347 | 219,706 | 435,892 | 1,811 | 4,302 | 367 | 12,759 |
| | 100% | 3.27% | 32.18% | 63.84% | 0.27% | 0.63% | 0.05% | 1.87% 1.17% |

* indicates split

User: bpshan3501
Plan: (Untitled)
McClamy 2 m

Date: Thu Jun 23 14:26:26 GMT-0500 2011

## VAP Summary Report

| District No. | Total | Total Hispanic18 | White18 | Black18 | American Indian18/Alaskan Native18 | Asian18 | Hawaiian or Other Pacific Islander18 | Other18 | All individuals over 18 who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 423,299 | 72,102 | 4,466 | 6,365 | 312 | 6,751 | 5,948 |
| 2 | 682,820 | 0 | 394,539 | 106,254 | 2,476 | 5,484 | 472 | 9,617 | 5,765 |
| 3 | 682,820 | 0 | 229,570 | 266,806 | 3,512 | 6,125 | 289 | 5,753 | 4,540 |
| 4 | 682,819 | 0 | 473,363 | 31,493 | 2,388 | 3,099 | 272 | 11,859 | 4,742 |
| 5 | 682,819 | 0 | 444,523 | 47,334 | 5,225 | 7,342 | 318 | 9,416 | 8,005 |
| 6 | 682,819 | 0 | 427,553 | 64,024 | 1,557 | 8,628 | 202 | 9,674 | 4,705 |
| 7 | 682,820 | 0 | 184,066 | 318,765 | 1,412 | 3,638 | 260 | 8,401 | 4,568 |
| TOTALS | 4,779,736 | 0 | 2,576,913 | 906,778 | 21,036 | 40,681 | 2,125 | 61,471 | 38,273 |

User: bpshan3501
Plan: McClammy Congress 2M

Date: Thu Jun 23 14:16:50 GMT-0500 2011

## District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 10611.86 | 1847031.21 | 0.2 | 0.54 | 11.14 | 3.14 | 0.1 | 0 |
| 2 | 13105.62 | 1826314.57 | 0.18 | 0.6 | 9.91 | 2.8 | 0.13 | 0 |
| 3 | 14175.95 | 2679903.8 | 0.17 | 0.51 | 13.99 | 3.95 | 0.06 | 0 |
| 4 | 11104.67 | 1394293.76 | 0.43 | 0.7 | 8.22 | 2.32 | 0.19 | 0 |
| 5 | 6874.52 | 1627994.3 | 0.24 | 0.78 | 12.2 | 3.44 | 0.08 | 0 |
| 6 | 6219.47 | 1095927.09 | 0.43 | 0.77 | 8.63 | 2.44 | 0.17 | 0 |
| 7 | 12282.78 | 2966285.14 | 0.16 | 0.44 | 16.63 | 4.69 | 0.05 | 0 |

User: bpshan3501
Plan: McClammy Congress 2M

Date: Thu Jun 23 14:16:16 GMT-0500 2011

## Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|------|------------------|--------------------|-----------|-----------|------------------------------------|-----------|----------------------------------------|-----------|------------------------|