FILED
2021 Dec-23 PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 34



Act 2021-555 plan

| ID | Population Total | +/- | Shapes | | Partisan Lean Dem | Rep | Oth | Demographics (VAP) Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Un | 0 | | | | 0.00% | 0.00% | 0.00% | 0 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 1 | 717,754 | 0.00% | ✓ | ✓ | 38.53% | 60.22% | 1.25% | 557,535 | 66.00% | 34.00% | 3.23% | 25.61% | 1.85% | 3.11% | 0.12% |
| 2 | 717,755 | 0.00% | ✓ | ✓ | 36.62% | 62.24% | 1.14% | 557,677 | 62.03% | 37.97% | 3.57% | 30.12% | 2.28% | 2.10% | 0.15% |
| 3 | 717,754 | 0.00% | ✓ | ✓ | 35.11% | 63.78% | 1.12% | 564,281 | 67.74% | 32.26% | 3.07% | 24.99% | 2.09% | 2.11% | 0.13% |
| 4 | 717,754 | 0.00% | ✓ | ✓ | 22.34% | 76.41% | 1.25% | 556,133 | 82.41% | 17.59% | 5.66% | 7.70% | 0.82% | 3.52% | 0.09% |
| 5 | 717,754 | 0.00% | ✓ | ✓ | 37.76% | 60.35% | 1.88% | 561,187 | 70.89% | 29.11% | 5.28% | 18.06% | 2.53% | 3.27% | 0.18% |
| 6 | 717,754 | 0.00% | ✓ | ✓ | 36.26% | 62.04% | 1.70% | 552,286 | 71.16% | 28.84% | 5.38% | 18.93% | 2.28% | 2.16% | 0.10% |
| 7 | 717,754 | 0.00% | ✓ | ✓ | 67.71% | 31.36% | 0.93% | 568,067 | 38.60% | 61.40% | 3.65% | 55.26% | 1.54% | 1.29% | 0.10% |
| | 717,754 | 0.00% | ✓ | ✓ | 39.47% | 59.20% | 1.33% | 559,595 | 65.47% | 34.53% | 4.26% | 25.90% | 1.91% | 2.50% | 0.12% |

**Notes**

- The 0% population deviation is within the 0.75% threshold tolerated by the courts.
- Six districts lean Republican, one leans Democratic, and none fall in the 45–55% competitive range.
- There is one majority-minority district.