FILED
2021 Dec-23 PM 4:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 42

