FILED
2021 Dec-23 PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 43



### RC 045551_Singleton Congressional Plan 1

| ID | Population Total | +/- | Shapes | | Partisan Lean Dem | Rep | Oth | Demographics (VAP) Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Un | 0 | | | | 0.00% | 0.00% | 0.00% | 0 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 1 | 720,903 | 0.44% | ✓ | ✓ | 37.45% | 61.24% | 1.31% | 559,860 | 67.19% | 32.81% | 3.25% | 24.54% | 1.86% | 2.94% | 0.12% |
| 2 | 709,514 | -1.15% | ✓ | ✓ | 34.59% | 64.16% | 1.26% | 553,805 | 65.12% | 34.88% | 3.96% | 26.31% | 2.49% | 2.22% | 0.16% |
| 3 | 715,486 | -0.32% | ✓ | ✓ | 29.51% | 69.21% | 1.27% | 556,784 | 74.50% | 25.50% | 4.13% | 17.36% | 1.55% | 2.36% | 0.12% |
| 4 | 712,333 | -0.76% | ✓ | ✓ | 18.72% | 80.01% | 1.27% | 550,055 | 83.23% | 16.77% | 6.15% | 6.16% | 0.72% | 3.67% | 0.10% |
| 5 | 727,206 | 1.32% | ✓ | ✓ | 38.75% | 59.39% | 1.86% | 569,546 | 71.34% | 28.66% | 4.96% | 18.14% | 2.48% | 3.16% | 0.17% |
| 6 | 720,310 | 0.36% | ✓ | ✓ | 57.39% | 41.13% | 1.48% | 562,843 | 50.75% | 49.25% | 4.13% | 41.44% | 2.21% | 1.65% | 0.10% |
| 7 | 718,527 | 0.11% | ✓ | ✓ | 56.23% | 42.92% | 0.85% | 564,273 | 46.63% | 53.37% | 3.26% | 46.82% | 2.04% | 1.55% | 0.11% |
| | 717,754 | 2.46% | ✓ | ✓ | 39.47% | 59.20% | 1.33% | 559,595 | 65.47% | 34.53% | 4.26% | 25.90% | 1.91% | 2.50% | 0.12% |

**Notes**

- The 2.46% population deviation is greater than the 0.75% threshold tolerated by the courts.
- Five districts lean Republican, two lean Democratic, and none fall in the 45–55% competitive range.
- There is one majority-minority district.