# Exhibit 51

