FILED

2021 Dec-23  PM 14:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 61



| ID | Population Total | +/- | Shapes | | Partisan Lean Dem | Rep | Oth | Demographics (VAP) Total | White | Minority | Hispanic | Black | Asian | Native | Pacific |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| Un | 0 | | | | 0.00% | 0.00% | 0.00% | 0 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 1 | 717,754 | 0.00% | ✓ | ✓ | 37.52% | 61.16% | 1.32% | 557,363 | 67.12% | 32.88% | 3.26% | 24.60% | 1.87% | 2.94% | 0.12% |
| 2 | 717,754 | 0.00% | ✗ | ✓ | 34.54% | 64.21% | 1.25% | 560,557 | 65.20% | 34.80% | 3.93% | 26.28% | 2.47% | 2.22% | 0.16% |
| 3 | 717,753 | 0.00% | ✓ | ✓ | 29.36% | 69.36% | 1.28% | 558,417 | 74.66% | 25.34% | 4.12% | 17.20% | 1.55% | 2.37% | 0.11% |
| 4 | 717,753 | 0.00% | ✓ | ✓ | 18.66% | 80.08% | 1.26% | 553,825 | 83.28% | 16.72% | 6.26% | 6.03% | 0.71% | 3.67% | 0.10% |
| 5 | 717,752 | 0.00% | ✓ | ✓ | 38.95% | 59.18% | 1.86% | 562,459 | 71.21% | 28.79% | 4.86% | 18.34% | 2.51% | 3.16% | 0.17% |
| 6 | 717,759 | 0.00% | ✓ | ✓ | 57.59% | 40.93% | 1.48% | 560,905 | 50.59% | 49.41% | 4.14% | 41.59% | 2.21% | 1.65% | 0.10% |
| 7 | 717,754 | 0.00% | ✓ | ✓ | 56.28% | 42.88% | 0.84% | 563,640 | 46.59% | 53.41% | 3.26% | 46.86% | 2.04% | 1.55% | 0.11% |
| | **717,754** | **0.00%** | ✗ | ✓ | **39.47%** | **59.20%** | **1.33%** | **559,595** | **65.47%** | **34.53%** | **4.26%** | **25.90%** | **1.91%** | **2.50%** | **0.12%** |

**Notes**

- District 2 may not be contiguous.
- The 0% population deviation is within the 0.75% threshold tolerated by the courts.
- Five districts lean Republican, two lean Democratic, and none fall in the 45–55% competitive range.
- There is one majority-minority district.