FILED
2021 Dec-27 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION


LAKEISHA CHESTNUT, et al.,

      Plaintiffs,


      vs.            CASE NO. 2:18-cv-907-KOB


JOHN H. MERRILL, in his official capacity as

Alabama Secretary of State,

      Defendant.

    *     *     *     *     *     *     *     *


      The videotaped deposition of JOSIAH

BONNER was taken before Bethany Whaley,

Certified Court Reporter, ACCR 661, as

Commissioner, on Tuesday, July 30, 2019,

commencing at approximately 9:00 a.m., at the

Office of Attorney General, 501 Washington

Avenue, Montgomery, Alabama, pursuant to the

stipulations set forth herein.

---

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

```
 1                     APPEARANCES

 2

 3      Representing the Plaintiff:

 4            Ms. Lalitha Madduri

 5                 Perkins Coie

 6                 700 13th Street, NW

 7                 Suite 600

 8                 Washington, DC 20005-3960

 9                 202.654.6203

10                 Lmadduri@perkinscoie.com

11

12      Representing the Defendant:

13            Mr. James W. Davis

14            Ms. Laura E. Howell

15                 Office of the Attorney General

16                 501 Washington Avenue

17                 Montgomery, Alabama 36130-0152

18                 334.353.1018

19                 jimdavis@ago.state.al.us

20

21

22
```

Page 3

```
 1                      APPEARANCES

 2                       (Continued)

 3

 4     Representing the Defendant:

 5          Mr. Dorman Walker

 6              Balch & Bingham

 7              105 Tallapoosa Street

 8              Suite 200

 9              Montgomery, Alabama 36104

10              334.2693138

11              dwalker@balch.com

12

13

14     Also Present:

15          Erika McKay, Governor's office

16          Bryan Taylor, Governor's office

17          Skip Warren, videographer

18

19

20

21

22
```

Page 4

1                                INDEX

2     WITNESS                                                 PAGE

3     JOSIAH BONNER

4     EXAMINATION BY MS. MADDURI                                7

5

6

7                          INDEX OF EXHIBITS

8     Bonner Exhibit 1 - Map of Congressional         31

9     District Plan

10    Bonner Exhibit 2 - Map of Congressional         53

11    Districts from 1950

12    Bonner Exhibit 3 - 2011 State Board of          58

13    Education Map

14    Bonner Exhibit 4 - Revised Plan 1               62

15    Bonner Exhibit 5 - Revised Plan 2               62

16    Bonner Exhibit 6 - Revised Plan 3               63

17    Bonner Exhibit 7 - Illustrative Plan 4          63

18    Bonner Exhibit 8 - Hypothetical 2020 Plan       82

19    Map

20    Bonner Exhibit 9 - News article                120

21

22

1   *      *      *      *      *      *      *      *

2                        STIPULATIONS

3            It is hereby stipulated and agreed by
     and between counsel representing the parties

4    that the videotaped deposition of JOSIAH
     BONNER is taken pursuant to the Rules of Civil

5    Procedure, and that said deposition may be
     taken before Bethany Whaley, Certified Court

6    Reporter, as Commissioner, without the
     formality of a commission; that objections to

7    questions, other than objections as to the
     form of the questions, need not be made at

8    this time, but may be reserved for a ruling at
     such time as the deposition may be offered

9    into evidence, or used for any other purpose
     by either party hereto, provided by the

10   Statute.

11           It is further stipulated and agreed
     by and between counsel representing the

12   parties in this case, that the filing of the

13

14   deposition of JOSIAH BONNER is hereby waived,
     and that said deposition may be introduced at

15   the trial of this case or used in any other
     manner by either party hereto provided for by

16   the Statute, regardless of the waiving of the

17   filing of same.

18           It is further stipulated and

19   agreed by and between counsel and the witness

20   that the reading and signing of the deposition

21   by the witness is waived.

22   *      *      *      *      *      *      *      *

1                    THE VIDEOGRAPHER:   The marks the

2     beginning of MPEG one, volume one in the

3     videotape deposition of Josiah Bonner.  We are

4     on the record.  Today is Tuesday, July 30th,

5     2019, and the time is 9:01 a.m.

6                    My name is Skip Warren.  I'm the

7     videographer.  The court reporter is Bethany

8     Whaley.  We're at the offices of the Alabama

9     Attorney General in Montgomery, Alabama.  The

10    matter is Chestnut, et al. versus Merrill,

11    et al.  The Civil Action Number is

12    218-CV-907-KOB.

13                   Would counsel and all present

14    please introduce themselves after which the

15    court reporter will swear in the witness?

16                   MS. MADDURI:  Lalitha Madduri for

17    the plaintiffs.

18                   MR. DAVIS:  Jim Davis for

19    Secretary of State John Merrill.

20                   MS. HOWELL:  Laura Howell for

21    Secretary of State Merrill.

22                   MR. WALKER:  Dorman Walker for

Page 7

1    Secretary of State John Merrill.

2             MS. MCKAY:  Erica McKay,

3    Governor's Legal Office.

4             MR. TAYLOR:  Bryan Taylor -- Bryan

5    with a Y -- Governor's Legal Office.

6             JOSIAH BONNER,

7     being first duly sworn, was examined and

8             testified as follows:

9

10   EXAMINATION BY MS. MADDURI:

11        Q.    Good morning --

12        A.    Good morning.

13        Q.    -- Mr. Bonner.  Thank you for

14   being here.

15        A.    Thank you.

16        Q.    Like I said, I think we'll wrap up

17   in about ten minutes, but we do appreciate

18   your time and taking the morning out for us,

19   so thank you.

20        A.    It's my pleasure.  Absolutely.

21        Q.    Can you please state your full

22   name for the record?

Page 8

1          A.      My name is Josiah Robins Bonner,

2     Jr.

3          Q.      And what is your address?

4          A.      1163 Wellesley, W-E-L-L-E-S-L-E-Y,

5     Green, Tuscaloosa, Alabama 35406, but I am in

6     the process of moving.  And so my new address

7     is 7216 Sibley, S-I-B-L-E-Y, Montrose,

8     Alabama, M-O-N-T-R-O-S-E, 36559.  And that

9     will be effective September 1st.

10         Q.      And have you ever been deposed

11    before, sir?

12         A.      I was asked that question, and I

13    was not able to give a definitive answer.  So

14    I don't believe I have, but I have

15    participated in depositions when I was in

16    Congress.

17         Q.      In what capacity did you

18    participate?

19         A.      I was chairman and then ranking

20    member of the House Ethics Committee.  So we

21    deposed witnesses when we were doing

22    investigations.  I have been called as a

Page 9

1      witness -- or I was told I would be called as

2      a witness in civil disputes, child custody

3      cases and all, but I never actually testified.

4           Q.      Okay.  So you've never testified

5      in a court of law or any other --

6           A.      Not that I'm aware of.

7           Q.      So I'll just go over a couple

8      ground rules then.

9           A.      Okay.

10          Q.      So we're going to try to make a

11     clear record, and for the sake of the court

12     reporter, I'll ask you questions, and I just

13     ask that you wait until I'm finished asking

14     the question before you respond, and I will

15     similarly try not to speak over you to make

16     her job a little bit easier.

17                  And it's also important just to

18     give audible answers, either yes or no, as

19     opposed to shaking your head or nodding your

20     head or saying uh-huh or um-hmm just because

21     it's hard to understand what that means when

22     it's on paper.  Does that all make sense?

Page 10

1          A.      Yes, ma'am.

2          Q.      And if you don't understand a

3    question that I ask, please just let me know,

4    and I'll try to clarify.

5          A.      Okay.

6          Q.      If you don't tell me that you

7    don't understand --

8          A.      (Witness nods head.)

9          Q.      -- I'll assume that you have

10   understood.  Does that make sense?

11         A.      It makes sense.

12         Q.      Okay.  And if you need a break at

13   any time, just please let me know.

14         A.      (Witness nods head.)  Okay.

15         Q.      I just only ask that if there's a

16   question pending we just finish that question

17   before we take the break.

18         A.      That sounds fair.

19         Q.      Okay.  Is there any reason today

20   that you can't give your full and honest

21   testimony?

22         A.      No, ma'am.

Page 11

1        Q.       Any medication or anything like

2    that?

3        A.       No, ma'am.

4        Q.       Okay.  Great.  So how did -- how

5    did you learn about this case?

6        A.       I was told, I believe, by a member

7    of our legal staff that there was a case and

8    that the Secretary of State's office and the

9    Attorney General's office and the plaintiffs

10   may all have some interest in talking with me

11   given that I had worked on Capitol Hill for

12   18 years and then served in Congress for six

13   terms.

14       Q.       Okay.  And do you remember when

15   you learned about the case?

16       A.       It would have been within the last

17   six months.  I've been with Governor Ivey for

18   seven and a half months.  I've been her Chief

19   of Staff since January 15th, and so it was

20   after I moved into the Chief of Staff's

21   office, but I don't keep a daily calendar -- I

22   keep a daily calendar, but I -- I don't recall

Page 12

1    the phone call or exactly who called me.

2                    I believe it was the -- the chief

3    counsel, Mr. Taylor, who called just to make

4    me aware of this, but I wouldn't want to swear

5    under oath about that because it could have

6    been someone else.  But it was someone in

7    that -- in that legal office.

8         Q.    Okay.  And what did they tell you

9    about the case?

10                   MR. DAVIS:  I would object to that

11   on grounds of privilege.  Mr. Taylor and the

12   Attorney General's office represent

13   Mr. Bonner.  So don't go into details about

14   what the legal office has told you about the

15   case.

16        Q.    (By Ms. Madduri)  What is your

17   general understanding of the case?

18        A.    Well, my general understanding is,

19   is that there was a challenge to the current

20   district lines and that the judge determined

21   that there was not enough time to order -- to

22   rule on that and to order new district lines

Page 13

1     and that that matter would be set aside.

2              And that -- the remaining question

3     was whether or not the plaintiffs' contention

4     that there be two minority districts would be

5     heard at a later time.

6        Q.     And I'm not asking you for any

7     privileged information here, but who else have

8     you spoken with about the case other than the

9     lawyers that --

10       A.     No one else.

11       Q.     Were you provided with any

12    documents or records regarding the case?

13       A.     I -- I was -- I met with one of

14    the attorneys in the Governor's office who

15    advised that I did not need to read any

16    documents or ask for any documents to prepare

17    for this.  And therefore, I did not ask for

18    any documents, and I did not read any

19    documents.

20       Q.     How did you prepare for today's

21    deposition, if you did?

22       A.     I got up, put on a nice suit, and

Page 14

1      I -- I really came prepared to discuss my

2      experiences of having worked on Capitol Hill

3      in the federal delegation, Alabama

4      Congressional Delegation for about 28 years.

5              Q.      Understood.  So we can dig into

6      that.  So you were the congressional

7      representative for Alabama's 1st district --

8              A.      Yes, ma'am.

9              Q.      -- starting in 2003; is that

10     right?

11             A.      Yes, ma'am.

12             Q.      Okay.  Until 2013?

13             A.      Yes, ma'am.

14             Q.      Can you just describe for me your

15     district generally?

16             A.      It is a -- it's a very special

17     part of Alabama.  If you -- every member of

18     congress would think their district is the

19     most special, but ours is unique in the sense

20     that it's the only coastal district.  So we

21     have mountains in north Alabama, and in south

22     Alabama, we have beautiful Gulf Coast beaches.

Page 15

1                    So Mobile and Baldwin Counties are

2     the two largest counties in the district.

3     They anchor, and they have for the last 40 to

4     50 years, the contiguous counties surrounding

5     it.   There's a lot of continuity in that

6     district in terms of its economy, in terms of

7     its history, and in terms of its -- its DNA.

8     A lot of it revolves around the water, around

9     the river system.

10                    And when I was elected in 2002, I

11    became the fifth member of Congress to

12    represent that district since -- in -- in

13    90 years.   So there's not been a lot of

14    turnover.   I worked for my immediate

15    predecessor.   I was his press secretary and

16    then later his Chief of Staff.

17                    And I actually interned for his

18    predecessor when I was in college.   So it's my

19    home, and as a result, I know that area of the

20    state fairly well.

21         Q.    Which part of the district did you

22    grow up in?

Page 16

1          A.      Well, at the time I grew up in

2     Camden, which is no longer in the district.

3     It's in Congresswoman Sewell's district, in

4     the 7th district.  But the -- the districts in

5     Alabama have changed over the last 40 to

6     50 years based on the population changes.

7               The Black Belt of Alabama, which

8     is predominantly the 7th congressional

9     district, has lost population, and therefore

10    they've had to go into Jefferson County which

11    is the most populated county in the state and

12    some even into Montgomery County as well just

13    to find enough people.

14               The county I grew up in had

15    probably 14,000 people in it when I was a

16    child, and it probably has 14,000 people in it

17    today if you're lucky.  But I grew up in the

18    northern part of the district.  But then in

19    1984, I moved to help my predecessor Sonny

20    Callahan get elected to Congress.  I was his

21    campaign press secretary, and then after he

22    was successful with his election, he asked me

Page 17

1    to go to Washington with him.

2         Q.    Can you describe -- you talked a

3    little bit about geography, a little bit about

4    other aspects of the district.  Can you talk a

5    little bit about the demographics of your

6    district when you represented it?

7         A.    So Mobile is the largest city in

8    the district, and it's the port of Alabama.

9    So we have one of the largest intrastate water

10   systems in the nation.  The Mobile Delta is

11   the second largest body of -- of water of its

12   kind in the nation.  Second only to the

13   Florida Everglades.

14              So the district's livelihood feeds

15   off of the bay and of the delta and of the

16   river system.  As a port city, we have a lot

17   of cargo that comes in and out of Mobile every

18   day.  And a lot of that cargo that goes out

19   come from the surrounding areas.

20              It comes from the timber-producing

21   companies in Clarke County and in Monroe

22   County and in Escambia County.  It comes from

Page 18

1    the poultry-producing counties.  I mean, it's

2    a state port.  It's, I think, the 13th largest

3    in the nation.

4              But in some areas like in -- in

5    timber, we're the largest.  In coal, we've

6    been number one or two in the nation.  So the

7    district's compactness has been largely

8    because the legislature and the federal

9    courts, when the legislature couldn't agree on

10   a legislative plan, recognized that there was

11   a community of interest in the 1st

12   congressional district that was unique.

13             And that community of interest, it

14   involves banking, it involves education, it

15   involves health care.  If you're in

16   Monroeville, Alabama and you're -- you've been

17   diagnosed with an illness that needs a

18   specialty hospital, you go to Mobile.

19             If you are in -- working along

20   highway -- U.S. Highway 43, which runs from

21   Mobile all the way up to Thomasville, working

22   at one of the chemical companies that have

Page 19

1    located there or a steel mill that's located

2    there, it's very likely that you live

3    somewhere in Mobile or Baldwin Counties

4    because Washington County is not a very

5    populated county.  They couldn't supply all

6    the workers for those industrial needs.

7              So the -- the district truly is a

8    cohesive area that has been that way since

9    the -- the early 1960s in the -- in the --

10   when we had eight members of Congress, Mobile

11   and Baldwin Counties were separated.  But

12   after that time, the -- the leadership of

13   Alabama legislature and the Courts recognize

14   that it was impossible to separate Mobile and

15   Baldwin Counties because they were connected

16   by the bay and they truly -- they have

17   something in common that very few other parts

18   of the state have.

19             This year is Alabama's 200th year

20   as a state, but Mobile was founded in 1702.

21   Alabama was -- became a state in 1819.  So

22   even the oak trees talk a different language

Page 20

1    in Mobile and Baldwin Counties.  It's just --

2    it's one of the oldest parts of the country

3    quite frankly.  And -- and that area's

4    political geography matches well with its

5    economic and social geography as well.

6         Q.    I think you talked a little bit

7    about the economic part of that.  Can you talk

8    a little bit about the political part that you

9    just mentioned, the political --

10        A.    Well, as I say, Congressman Frank

11   Boykin was -- John McDuffie was elected in the

12   19 teens.  He became a federal judge when he

13   left Congress.  Frank Boykin was in for

14   28 years.  He was the last Democrat member

15   elected.  Jack Edwards was elected in 1964,

16   served for 20 years.  Sonny Callahan was

17   elected in 1984, served for 18 years.

18             And then when I was elected in

19   2002, I served -- I did not complete my term,

20   but I was elected to my sixth term and later

21   resigned.  But the -- the district has, since

22   1964, elected Republican members of Congress,

Page 21

1    but we have had a diverse political history

2    throughout the district as well.  For

3    instance, Mobile elected an African-American

4    mayor, Sam Jones, when it was still a majority

5    white city.

6                  Unlike other cities in Alabama and

7    in the deep south, Mobile avoided some of the

8    racial -- racially charged issues that

9    Birmingham, Selma, and Montgomery had.  We had

10   a mayor, long before I lived there, that

11   worked hard to make sure that Mobile avoided

12   that.

13                  And Mobile being a port city has

14   so much more international influence than,

15   quite frankly, some of the other cities as

16   well.  Plus, we're a much older city than

17   Birmingham, for instance.

18        Q.    Okay.  So you mentioned sort of

19   the unique economic features and political

20   features.  And I think you also said social

21   features.  Can you talk a little bit about

22   those?

Page 22

1        A.      We're not bragging, but we're the

2    mother of Mardi Gras.  So most Americans think

3    of Mardi Gras, they think of New Orleans, but

4    they would be mistaken because it started in

5    Mobile.  And it is spread throughout our area

6    of the state, Fairhope, Gulf Shores, Orange

7    Beach, Dauphin Island.

8               It -- it is a part of the

9    religious life of the district because it's

10   actually connected to the Catholic church, but

11   it's also something that -- other cities today

12   might start a Mardi Gras society, but none

13   have some as old as 150, 160 years of age.  So

14   it -- it is something that people in south

15   Alabama take part in throughout our district.

16              It's not uncommon during the

17   season for there to be 150 to 350,000 people

18   that have come in from all the surrounding

19   towns.  And some rent motel rooms and some

20   bring their RVs, but it's a family

21   celebration.

22        Q.      Is that in Mobile?

Page 23

1          A.      It is.

2          Q.      It is?

3          A.      That's where it originated, but

4     it's also in Fairhope, and it's in all of the

5     other veteran communities as well.  But it's

6     also -- I would -- I would expand the social

7     beyond just a celebration.  Mardi Gras, too,

8     connects heavily to Mother Nature.  We have

9     sailing.  We have fishing on the rivers, in

10    the gulf, in the bay.

11              Hunting is a popular sport.  It's

12    a very social sport.  It's a big -- big

13    economic driver too.  And so -- so, you know,

14    many instances you choose to live close to

15    where you work or close to where the schools

16    are that you want your children to go to, but

17    a lot of people choose to live in south

18    Alabama because of the plethora of

19    opportunities they've got to socialize, to

20    enjoy nature, and to enjoy getting out of the

21    woods and getting in the water.  And -- and

22    it's -- it's a common thread that connects a

Page 24

1    lot of people in that part of the state

2    together.

3         Q.    So I think we're getting there

4    already, but I think you're describing some

5    communities of interest that exist in your

6    district.  Can you just in your own words tell

7    me what a community of interest means?

8         A.    Well, I think a community of

9    interest is an area that complements each

10   other, that -- that supports each other, that

11   connects to each other, and it does it in

12   business and commerce.  It does this in

13   education.  It does it in law.

14              I mean, the attorneys in the small

15   towns around Mobile practice law at the

16   federal courthouse in -- in Mobile.  They

17   wouldn't go to the Middle District or to the

18   Northern District, with rare exception.

19              And then certainly that community

20   of interest has a political overtone as well.

21   When you are fortunate to be elected to

22   represent your district in Congress, you then

1    quickly realize that you have an obligation to

2    serve the people in that district.

3                    And so compactness, ease of

4    travel, going from one end of the district to

5    the other, either north, south, east, or west

6    is important, how you locate your district

7    offices.

8                    Every congressional office has a

9    budget that's roughly the same amount.  There

10   is a slight adjustment for a major

11   metropolitan area like New York City or Los

12   Angeles or Dallas.  But you have basically a

13   million dollars -- it may be a little bit more

14   than that now -- to pay your staff, to rent

15   your office, to provide services to your

16   constituents.

17                   And so that -- that community of

18   interest and that compactness is helpful to

19   you to be a better representative, to make

20   sure that you can do town hall meetings, that

21   you can go to your constituents and that they

22   don't have the burden of coming to Washington

Page 26

1    to see you.

2         Q.    I think very helpfully Alabama's

3    legislature has created a -- a definition sort

4    of for communities of interest, and I think

5    we've talked -- you know, it's pretty broad.

6    And I can -- I can read it to you.

7              It's from the legislature's

8    Reapportionment Committee Guidelines for

9    Congressional, Legislative, and Board of

10   Education Redistricting.

11             So it says that a community of

12   interest is defined as an area with recognized

13   similarities of interest including, but not

14   limited to, racial, ethnic, geographic,

15   governmental, regional, social, cultural,

16   partisan, or historic interest; county,

17   municipal, or voting precinct boundaries; and

18   commonality of communication.

19             So I think you've touched on a lot

20   of these already.

21        A.    (Witness nods head.)

22        Q.    A couple that I don't know if

Page 27

1    we've talked about are the racial and ethnic

2    ones.

3          A.     (Witness nods head.)

4          Q.     Can you talk a little bit about

5    communities of interest from that aspect in

6    your district?

7          A.     Well, the first history has a very

8    diverse ethnic population.  Bayou La Batre is

9    a small costal community down in the southern

10   the part of Mobile County.  It's the seafood

11   capital of Alabama.

12               If you enjoy eating shrimp or crab

13   meat or oysters or fish in Washington, DC, at

14   some of the finest restaurants, it's very

15   likely that the product came through Bayou La

16   Batre.  It's a -- it's a shipbuilding

17   community.  And it is also where one of our

18   famous native sons, Forrest Gump, called home.

19   He is fictional.

20               But we have people from Cambodia,

21   from Vietnam, from Thailand, from Taiwan, from

22   China, from Mexico, probably 17, maybe 20 or

Page 28

1    25 different countries that live in that part

2    of south Mobile County.  A smaller population,

3    but nonetheless a diverse population, lives in

4    the fishing village of Bon Secour, which is

5    over in Baldwin County, near Gulf Shores and

6    Orange Beach.

7                    So, for instance, when we've had a

8    hurricane or when we had the oil spill --

9    hurricane that was most devastating to our are

10   was Hurricane Ivan in 2004.  Hurricane Katrina

11   hit in 2005.  It was equally -- it was worse

12   for the Gulf Coast, but Hurricane Ivan was

13   really more damaging to south Alabama than

14   Hurricane Katrina.

15                   Or when we had the oil spill in

16   2010 off the coast of Louisiana, my office,

17   our staff, we worked to make sure that the

18   entire community of interest got the messages

19   of evacuation, of safety, of shelter, of -- of

20   help from FEMA, of -- of -- of help from the

21   organization that was set up by the Obama

22   administration help after the oil spill that

Page 29

1    Mr. Feinberg oversaw.

2                So you do that by going -- by

3    having translators.  You do that by -- by

4    actually doing flyers and mailings in

5    different languages.  You do it by working

6    with the Red Cross and other groups that

7    actually specialize -- especially a lot of

8    faith-based groups that specialize in

9    contacting those different communities.

10               So it would be one of the most, if

11   not the most, diverse congressional districts

12   in the state.  We have a large

13   African-American population that is spread

14   throughout the district, but there is a city

15   in the district, Prichard, Alabama, that

16   has -- it's one of the -- it would be one of

17   the ten largest cities in the state probably.

18               And it's today a majority

19   African-American population, but it wasn't

20   that long ago when it was majority Caucasian

21   population.  They elected their first

22   African-American mayor when it was majority

Page 30

1    white town.  And then after that, they elected

2    a white lady mayor when it was a majority

3    African-American town.

4              So there's been -- as I said

5    earlier, unlike some cities in the state and

6    throughout the nation, we have had a more

7    harmonious relationship with the different

8    racial backgrounds and ethnic backgrounds than

9    a lot of other parts of the country.

10        Q.    So you mentioned Prichard as a

11   place that's majority African-American.  Are

12   there other places in the district where

13   African-Americans are more concentrated?

14        A.    There -- there are parts of Mobile

15   that are.  Africatown, the plateau community,

16   is part in Mobile and part in Prichard.

17   Trinity Gardens -- there are sections of

18   town -- of the city of Mobile that are.

19              But I'm -- I -- I don't know the

20   numbers, but you could look at Bay Minette

21   which is the county seat of Baldwin County.

22   You can look at Chatom which is the county

Page 31

1    seat of Washington County.  You could look at

2    Monroeville which is the county seat of Monroe

3    County.  And you would see a -- a -- a healthy

4    balance in terms of the racial makeup.  I just

5    can't tell you what those are.

6         Q.    And I'm not -- I'm not trying to

7    ask you for facts or figures, so thank you.

8    That's helpful.

9              One -- I think it would be helpful

10   if I gave you a map to look at instead of --

11   so I can -- this is the current Congressional

12   District Plan which we can mark as Exhibit 1.

13              (Bonner Exhibit 1 was

14                marked for identification.)

15              MR. DAVIS:  Here, hand this down

16   to Bryan, and I will share -- I'll look on

17   with Jo.  Just make sure you can see it.

18         A.    I've seen this before.

19         Q.    (By Ms. Madduri)  Yes.  I'm sure

20   you're familiar with this.  I wanted to ask

21   you in Clarke County, what is that area that

22   is encompassed in congressional district 1

Page 32

1    that splits Clarke County?

2         A.    Clarke County, this area is

3    predominantly the area that leads into

4    Jackson, Alabama.  So Clarke County has three

5    large cities.  The county seat is Grove Hill.

6    And then the northernmost city is Thomasville,

7    and then Jackson is the southernmost city.

8              And so I will tell you that when

9    the decision was made in the redrawing prior

10   to this current map to split Clarke County,

11   there were a lot of local people, local

12   leaders, the editor of the newspaper, the --

13   some of the mayors, some of the other

14   prominent citizens in the community, both

15   African-American and white who were not

16   excited about having the split county.

17             But when -- when the legislature

18   made the decision and before that in the

19   previous redistricting effort to split Clarke

20   County, the members of the congressional

21   delegation made a commitment to the people of

22   Clarke County that rather than being concerned

Page 33

1    about having their county split, they would

2    find it beneficial.  And we worked our hearts

3    out to make that happen.

4              So when I was elected in 2002,

5    Congressman Artur Davis was elected the same

6    year from the 7th congressional district, and

7    Artur and I agreed to do joint town hall

8    meetings.  When Congressman Davis left

9    Congress and Congresswoman Terri Sewell came

10   in, she and I agreed to do joint town hall

11   meetings.

12             The ironic and, quite frankly, sad

13   thing was that we asked C-SPAN.  We asked the

14   national media if they would like to see a

15   black Democrat from Birmingham and a white

16   Republican from Mobile do a joint town hall

17   meeting, and because it wasn't crossfire, it

18   wasn't controversial, and we weren't putting

19   boxing gloves on and -- and fighting each

20   other politically, it didn't make a lot of

21   news.  But we did that every year.

22             And we did it.  It's now

Page 34

1    continued.   Congressman Byrne, I believe,

2    continues to have these meetings with

3    Congresswoman Sewell.   And so the concerns

4    that the people in Clarke County had was that

5    they felt, if I can speak for them, what they

6    told me was they felt -- they were concerned

7    that if they had a split county that they

8    would not be served by either member of

9    Congress.

10              And in fact, you'd probably add up

11   that we spent as much time in Clarke County as

12   we did in any of the other counties, but that

13   area goes north of Jackson, but it does not

14   go -- as I recall, it doesn't go all the way

15   into Grove Hill, and it certainly doesn't go

16   to Thomasville.   And yet when someone from

17   Thomasville would call our office needing

18   help, or when someone from Jackson would call

19   Congresswoman Sewell's office needing help,

20   help was there.

21        Q.      And just so I'm clear, when --

22   when was -- you mentioned it happened in a

Page 35

1    previous redistricting cycle.   When did

2    this --

3              A.     So the --

4              Q.     -- change happen to add Clarke

5    County or this part of Clarke County into --

6              A.     So when -- when Congressman

7    Callahan was elected in 1984, Wilcox County

8    was in there, my home, and all of Clarke

9    County.   So the district actually, instead of

10   having six counties, had seven counties.

11                    But because of the adjustments in

12   population, the -- Wilcox County left in the

13   1990 redrawing and Clarke County became split

14   as I recall in the 2000 and then again in

15   2010.   And so it was split in 2000.   It was

16   split further in 2010.

17             Q.     And what was -- what was your

18   involvement, if any, in that --

19             A.     Well, I was a member --

20             Q.     -- in those decisions?

21             A.     -- of Congressman Callahan's

22   staff, and so therefore, all of the members of

Page 36

1    Congress sent their Chiefs of Staff or a

2    designee to come down to work with the

3    legislature to -- to -- obviously the

4    legislature made the decision on drawing for

5    the federal races, for the state races, for

6    the state school board.

7              So our role was to come down to

8    answer questions, to work with them to help

9    understand communities of interest,

10   compactness of district, and offer whatever

11   help we could to help them do their

12   constitutionally mandated job of redrawing the

13   districts every ten years.

14        Q.    Were you ever involved in actually

15   drawing the map?

16        A.    I -- I saw others who knew how to

17   work the computer, but I never actually did

18   that, no, ma'am.

19        Q.    And what did you think about -- I

20   guess, first, what did you think about the

21   removal of Wilcox County from --

22        A.    Well, it was personally

Page 37

1    disappointing because it was my home county,

2    but it was not a surprise.  The population --

3    there was a desire at that time made to create

4    a minority district.

5                    And at that time, they needed a

6    certain percentage of minority vote in that

7    district to give the best chance of creating

8    that district.  So there's a higher percentage

9    of African-Americans in Wilcox County even

10   though it's a small county, 14, 15,000 people.

11                   And so the legislature at that

12   time made that decision, and so that's why

13   there's -- they call it the finger.  But

14   that's why there's a finger that goes up into

15   Jefferson County that's going after the

16   largest population of primarily

17   African-American voters that can also connect

18   into the other Black Belt counties to create

19   that minority district.

20       Q.    In your view, did Wilcox County

21   share all of those same sorts of communities

22   of interest that you described with the rest

Page 38

1    of what was formerly congressional district 1,

2    I think, in 1990, it sounds like?

3           A.      Actually, it probably was the

4    outlier.  Camden is 30 miles from Selma.  And

5    so if you are a child growing up in Wilcox

6    County and you need to go to the doctor or you

7    need to go to the grocery store or you needed

8    to go get a new pair of -- new set of tires,

9    you would go to Selma more than you would go

10   to Mobile.

11           So Wilcox County politically was

12   not as connected other than the fact it had

13   been in the district, and Congressman Edwards

14   served that district and Congressman Callahan

15   served that district including Wilcox County.

16           But I never had the privilege of

17   representing my home county, but my home also

18   shifted to Mobile when I moved there in 1984.

19   I was just -- I was actually born in Selma

20   because we didn't have a hospital in Camden.

21   And I didn't like it, so I moved away about

22   three days later to Camden.

Page 39

1          Q.     And then Clarke County, are there

2     any communities of interest that you think are

3     split up by this, the way that this is

4     divided?

5          A.     No.  If you're in Thomasville,

6     which is the northernmost city in -- in that

7     county, you're still going to gravitate toward

8     Mobile.  There's a major four-lane highway

9     that runs north and south.

10                You can look at the football

11    schedule this time of year, and you'll see

12    Thomasville plays Jackson, Grove Hill, and

13    Monroeville, Chatom, played Butler in Choctaw

14    County.  There's no political overtones to

15    developing a football schedule, but the

16    communities are connected even though

17    Thomasville is technically in the 7th

18    district -- politically in the 7th

19    congressional district.

20                Nobody who lives in that county --

21    few people who live in that county would be

22    able to tell you whether they live in the

Page 40

1    6th -- in the 7th district or the 1st district

2    because they have been well served by

3    Congresswoman Sewell and Congressman Byrne and

4    before him, me.

5        Q.     Generally when redistricting, do

6    you believe that it's preferable to keep

7    counties whole?

8        A.     It was the legislature's goal to

9    keep them whole.  That's what they told us.

10   At the time, Gerald Dial in the last

11   redistricting was, I believe, the head of the

12   Senate Reapportionment Committee, and Jim

13   McClendon was, I believe, head of the House

14   Reapportionment Committee.

15            And I think their -- they would

16   have preferred to have keep counties whole,

17   but they also were trying to get to zero

18   deviation.  They were trying to get to a -- a

19   map this the Justice Department would approve,

20   meeting all the other goals and objectives

21   that they had.

22            So I have a good friend who was

Page 41

1    the publisher of the local paper in -- in

2    Jackson -- actually was the publisher of the

3    local paper in Grove Hill which is the county

4    seat in Clarke County, but going back to

5    the -- to the map that was drawn that first

6    separated Clarke County -- Jim Cox is the

7    publisher's name.

8                    He now owns the papers in Jackson

9    as well as in Thomasville, but I remember

10   specifically him telling me that he couldn't

11   see how it could be beneficial to having a

12   split county.  And years later he told me when

13   I assured him that we would make certain that

14   Clarke County was not underserved or ignored

15   in any way, he said, I should have trusted

16   you.  Y'all have done everything you promised

17   and then some.

18                    So -- but yes, I think most people

19   would prefer to have their counties kept

20   whole, but it's easier said than done.  But

21   even so, if you look at this map, there really

22   are not that many split counties in Alabama

Page 42

1    compared to a lot of districts around the

2    country.

3          Q.     Do you -- what do you think about

4    the splitting of Montgomery County the way

5    it's split?

6          A.     Well, it -- it was split that way

7    to achieve the population goals, but I will

8    also tell you that being the capital city,

9    there are -- there were other members of

10   delegation that wanted to be -- wanted a part

11   of Montgomery County.

12                They wanted the -- some of it is

13   service oriented, and quite frankly, some of

14   it is -- is politically valuable to -- you

15   know, it's very expensive to run for office.

16   And so when you have a large city, the capital

17   city gives you an added reason to come here

18   not only to serve your district but also when

19   it's time to run for reelection to -- to meet

20   your political friends as well.

21          Q.     And what about for the

22   constituents in Montgomery County, do you

Page 43

1     think there are any issues with them being

2     split up this way?

3          A.     No, ma'am.  I don't personally

4     have any reason to believe there are any

5     issues.  Montgomery is also -- and I'm not an

6     expert on the 2nd district, but Montgomery's

7     economy has also been more closely tied to the

8     Wiregrass economy.

9               The Wiregrass of Alabama is a

10    geographic region like the Black Belt is.

11    It's made up of -- in Houston, Dale, Henry,

12    Coffee, Geneva, Barbour, Pike.  So if you were

13    to ask people in Dothan, in Houston County, if

14    they needed to go to -- go to a bigger city to

15    go shopping, to go to the hospital, to go to

16    do business, they would choose Montgomery over

17    Mobile in a heartbeat.

18         Q.    What are some -- you mentioned

19    economic interests in the Wiregrass region in

20    CD 2, what are some of those interests that

21    exist there?

22         A.    Well, one that easily comes to

Page 44

1    mind is -- is agriculture.  Alabama is a big

2    agriculture state.  For years it was our

3    leading industry statewide, but for many, many

4    years, for decades, the federal government had

5    a federal peanut program that the counties in

6    the 2nd district actively participated in

7    along with neighboring counties in Georgia and

8    in Florida.

9                   And until they changed that

10   program, people in the 3rd district, people in

11   the 7th district, people in the 1st district

12   didn't grow peanuts.  It was -- it was based

13   on soil.  It was also based on the

14   historical -- if you were in that program, you

15   didn't want to get out of it because there

16   were years -- if there had been a surplus the

17   previous year, they would actually pay you to

18   not grow peanuts.  So it was a -- it was a

19   very lucrative program for those who were in

20   it.

21                   But -- but there are other more

22   obvious differences as well.  We have Fort

1    Rucker, and we have Maxwell and Gunter Air

2    Force Base.  So you've got Army Aviation down

3    in the Wiregrass, down in Enterprise area.

4    You've got the F-35s coming to Montgomery.

5    You've got Air University training all the

6    air -- the Air Force officers that will go on

7    to lead the Air Force in Montgomery.

8                    We had an Air Force base in

9    Mobile.  It closed in the 1960s.  We build

10   ships for the Navy, so we have a much

11   different -- we're all pro military in the

12   state.  But you can be pro military, but you

13   can also see a -- a -- a stark difference in

14   terms of where you're going to put your

15   efforts.

16                    Like in Huntsville with the

17   administration calling for the creation of

18   Space Force, that's something of real interest

19   to the folks in Madison County and Marshall

20   County.  Doesn't really have a lot of interest

21   to us on the coast unless we're going to ship

22   those rockets up the river system, and we may.

1                    But -- but our focus, if you were

2      in Congress from the 2nd congressional

3      district, you would want to be on the Armed

4      Services Committee.  You'd have a vested

5      interest in protecting the federal

6      government's installations at Fort Rucker and

7      at Dannelly and at Maxwell Gunter.

8                    And -- and that's borne out by

9      evidence that Congressman Dickinson who was in

10     office for 20-plus years, maybe 28 -- 24 was

11     on Armed Services.  Congressman Everett was on

12     Armed Services.  Congressman Bright was Armed

13     Services, and congressman -- Congresswoman

14     Roby was on it until she got on the

15     Appropriations Committee that was created when

16     the congressman from the 1st district

17     resigned.  That would be me, but her goal was

18     to get on defense appropriations and she did.

19                    Likewise, if you're from the 1st

20     district, you know, I -- I didn't have near as

21     much interest in helicopters as I did ships.

22     When I was in Congress, we got the contract

Page 47

1    for Austal which is an Australian shipyard to

2    build a new generation of warship for the

3    Navy, the littoral combat ship.

4              We got the contract for them to

5    build -- it was a 2-plus billion dollar

6    contract.  And today 4,500 people work in that

7    shipyard.  So that's -- that's an important

8    part of our economy, but it's also something

9    that you can't build ships in Dothan or

10   Montgomery.  You've got to be in a deep water

11   port.

12        Q.    Is there a -- an Airbus plant in

13   Mobile now?

14        A.    There is.  So we grew -- DNA has

15   long been in -- aerospace has long been in

16   Alabama's DNA.  The Wright brothers actually

17   opened an aviation training center in

18   Montgomery in 1910, I believe.  But we started

19   recruiting Airbus in my early years in

20   Congress, and then we landed them in 2012.

21              They made the decision to come.

22   They broke ground.  They had the grand opening

Page 48

1    a year later, and today, they are building the

2    A-320 which is the most popular single-aisle

3    plane in the world with 9,000 planes on back

4    order.

5                    And they have just started work on

6    an A-220 smaller jet that's based on a

7    Canadian jet, Bombardier, and so in less than

8    a decade, they will -- Mobile will become the

9    fourth largest city for commercial air --

10   aircraft manufacturing in the world, which is

11   pretty good.

12        Q.     That's very impressive.

13                    MR. DAVIS:  Lali, would this be a

14   good time for --

15                    MS. MADDURI:  Sure.

16                    MR. DAVIS:   -- a break?

17                    MS. MADDURI:  Yeah.

18                    THE VIDEOGRAPHER:  This ends MPEG

19   one in the continued deposition of Josiah

20   Bonner.  We are off the record at 9:52.

21                    (A recess was taken.)

22                    THE VIDEOGRAPHER:  This begins

Page 49

1    MPEG two in the continued deposition of Josiah

2    Bonner.  We're on the record at 10:02.

3            Q.     (By Ms. Madduri)  Mr. Bonner, can

4    you tell me -- you were mentioning there's

5    some particular agricultural interest in CD 2.

6    Is there any agricultural in CD 1?

7            A.     There is.  It's -- it's a

8    different type of agriculture.  We -- a lot of

9    timber and soybeans, cotton, and other row

10   crops like that.

11           Q.     And where in the district are

12   those located?

13           A.     Washington, Clarke, Monroe,

14   Escambia, Baldwin.  Although Baldwin is one of

15   the fastest growing counties, and so a lot of

16   their farmland is being squeezed for

17   development.

18           Q.     Understood.  And I think you were

19   talking about this a little bit before, but

20   can you tell me a bit about the split of

21   Jefferson County in the current plan?

22           A.     Well, Jefferson County is the

1    largest county in the state.  And as such,

2    the -- when you've got counties that are

3    losing population like Wilcox and Choctaw and

4    Lowndes, and you've got counties that are

5    growing in population like Jefferson and

6    Madison and Morgan, when the legislature --

7    not during this last redistricting but in the

8    previous ones, Congressman Claude Harris

9    represented the 7th congressional district.

10            And when he did not seek

11   reelection, Congressman Earl Hilliard who was

12   the state legislator at the time, state

13   senator, ran and was elected to that seat as

14   the first African-American to serve in the

15   delegation since reconstruction or for a long,

16   long time.

17            And then Congressman Hilliard was

18   defeated by Congressman Davis, and then

19   Congressman Davis chose to run for governor

20   and Congresswoman Sewell ran.  So I believe

21   that's my history, but the area in Jefferson

22   County was drawn as we understood it to create

Page 51

1      the best opportunity for an African-American

2      to be elected to Congress with -- I believe it

3      was a 65 percent was the number that they

4      used, but that's a few years ago.

5      Q.      And do you think -- do you think

6      it's harmful at all for Jefferson County to be

7      split this way?

8      A.      I would have no reason to believe

9      it is harmful to Jefferson County.

10      Q.      And my understanding is that

11      basically the city of Birmingham is captured

12      in congressional district 7; is that right?

13      A.      Yes, ma'am.

14      Q.      Okay. And then it's mostly

15      suburbs or non city areas of Jefferson County

16      that are in congressional district 6; is that

17      right?

18      A.      That would be correct. Jefferson

19      County is also one county away from being the

20      geographic center of Alabama. Montevallo is

21      actually the geographic center. It's in

22      Shelby County.

Page 52

 1                    And so Jefferson County being the

 2    largest county, their -- their radius of

 3    service and connectivity to Tuscaloosa, to

 4    Walker County, to Blount County, to the other

 5    counties that are contiguous.  A lot of people

 6    go to Birmingham to shop, for medical reasons,

 7    for banking reasons, and for other reasons,

 8    but I -- I don't know that you would -- I

 9    don't know that it would be easy to identify

10    when you were in the 7th congressional

11    district or the 6th congressional district

12    unless you were thinking with a political

13    mind.

14         Q.    That makes sense, but generally

15    there's no -- you don't think -- you're not

16    aware of any issues that arise by pulling the

17    city of Birmingham out of Jefferson County

18    this way?

19         A.    I am not.

20         Q.    You touched on this before, but

21    I'm just going to show you a map of 1950 --

22         A.    Okay.

1　　　　　Q.　　-- of the way the districts are

2　　drawn.　This we can mark as Exhibit 2.　It's

3　　the congressional districts as of 1950.

4　　　　　　　(Bonner Exhibit 2 was

5　　　　　　　　marked for identification.)

6　　　　　Q.　　(By Ms. Madduri)　So I realize

7　　it's a little hard to see, but I think you

8　　mentioned before that back then Mobile --

9　　Mobile and Baldwin County were separate.

10　　　　　A.　　Uh-huh.

11　　　　　Q.　　Can you talk a little bit more

12　　about -- I believe you said that you thought

13　　it was best when they put those back together.

14　　Can you talk a little bit about what issues

15　　you think exist by having them separate like

16　　this?

17　　　　　A.　　Well, in -- in this map, you would

18　　have to go back to a time when the Baldwin

19　　County economy was primarily agriculture.

20　　Today it is a much more diverse economy driven

21　　largely by tourism.

22　　　　　　　And so Gulf Shores -- Orange Beach

Page 54

1    didn't even exist as a community.  Gulf Shores

2    was a small summertime vacation community,

3    mostly for locals to go about three months out

4    of the year.  It's now -- Gulf Shores, Orange

5    Beach, and Fort Morgan, which is

6    unincorporated in Baldwin County, it's a

7    year-round economy.  People come from the

8    north during the winter to escape cold

9    weather.

10                  And so in the 1950s compared to

11   today, the economies of Mobile and Baldwin

12   County have grown closer and more alike in

13   shipbuilding, in seafood production, in

14   tourism.  And there's a strong connectivity

15   between those two counties today that are

16   unique to Alabama.  They are no two counties

17   like Mobile and Baldwin Counties because of

18   their geographic location.

19        Q.     And then also at this time Mobile

20   County was combined with some of the Black

21   Belt counties to the north --

22        A.     Uh-huh.

Page 55

1          Q.      -- of it?

2                  Do you think that configuration

3     makes sense, or are there problems that you

4     see with that sort of thing?

5          A.      Well, it -- it -- it is still

6     connected in the current map to the Black Belt

7     counties.  It's just because of population

8     shifts.

9                  As we've discussed previously,

10    you -- you lose population in one county.  You

11    gain in another faster growing county, and

12    those adjustments have been made.  But you'll

13    see, this would have been Wilcox County, which

14    as I mentioned, was in the district when I

15    first went to work with Congressman Callahan.

16    All of Clarke County, Washington County, and

17    Monroe County.

18                  So it is hard to see, but it looks

19    like Choctaw County and Marengo were the two

20    counties in the 1950s, but they were taken out

21    in the 1960s remap as I recall.

22          Q.      In terms of communities of

Page 56

1    interest, do you think Mobile County shares

2    communities of interest with, I think, you

3    mentioned Choctaw and Marengo?

4         A.     To a much less degree than they do

5    with the counties that they currently -- I

6    mean, the alignment that we're looking at in

7    today's map for all practical purposes has

8    been in place for the last 30 to 40 years.

9               And -- and the economies of that

10   area have grown more aligned during that

11   period of time.  The continuity and the

12   communities of interest have grown more

13   aligned during that time.

14        Q.     What are some of the -- I guess

15   the lack of continuity between Mobile and

16   Choctaw and Marengo in your view?

17        A.     Well, Choctaw and Marengo would

18   probably go to Meridian, Mississippi to go

19   shopping, to go to the hospital, to go buy an

20   automobile.  They are currently in the 7th

21   congressional district.  Congresswoman Sewell

22   has field offices.

1              You know, one of the challenges of

2    serving a district is you got to make sure

3    you've got staff that can get out and serve

4    those districts.  She does a great job.  She's

5    from Selma originally.  Her mother was on the

6    city council there.  And so she has a very

7    active constituent services program in these

8    rural areas.

9              They would go to Selma.  They

10   would certainly go -- Marengo County would go

11   to Selma to go shopping or for the hospital.

12   I saw Meridian, but they would have a closer

13   proximity to go to Selma and a more -- a

14   higher likelihood than they probably would to

15   come to Mobile.

16        Q.    And then also at this time,

17   Baldwin County, Escambia County, and Covington

18   County are in the same district.  Do you --

19   and I realize Baldwin and Escambia are

20   currently still in the same district.  So I

21   guess the question is:  Do you feel that

22   Covington County has --

Page 58

```
 1          A.      Cov --

 2          Q.      -- communities of interest in

 3     common with Escambia and Baldwin and this sort

 4     of grouping?

 5          A.      Covington has a -- a strong

 6     identity with Geneva County and Coffee County

 7     in the Wiregrass.  And that's not only where

 8     it is in the political map, but it's also

 9     where it is in the economic map as well.  It's

10     hard to get from Andalusia to Mobile.  There's

11     no four-lane highway.

12          Q.      Yeah, they are not too close

13     together.  I'm going to hand you the State

14     Board of Education District's Map from 2011,

15     and we can mark that as Exhibit 3.

16                    (Bonner Exhibit 3 was

17                    marked for identification.)

18          Q.      (By Ms. Madduri)  Are you familiar

19     with this map?

20          A.      I'm -- I'm -- I'm looking at it

21     really for the first time in a long time.

22     I've --
```

Page 59

1          Q.     Yeah.

2          A.     I've never really studied the

3     State Board of Education maps that closely.

4          Q.     Have you ever been involved in any

5     way in either giving input or --

6          A.     No, ma'am.

7          Q.     -- consulted in drawing these

8     maps?

9          A.     No, ma'am.

10         Q.     Okay.  Were you familiar with them

11    at all when you were in Congress?

12         A.     I -- I was familiar that the

13    legislature was redrawing the -- I mean, there

14    are eight districts as opposed to seven.  They

15    have a totally different responsibility.  They

16    are not federal representatives or state

17    representatives.

18              So I would say that I -- I had

19    little to no interest in where the State Board

20    of Education maps were in this redraw or in

21    any previous redraw.

22         Q.     I think you would have been Chief

1    of Staff for Congressman Callahan probably

2    when these were drawn; is that right?  It was

3    probably drawn -- let's say it was drawn 2011.

4         A.    No.  I was a member of Congress in

5    2011.

6         Q.    Oh, sorry.

7         A.    In --

8         Q.    Yeah.  Of course.

9         A.    -- 2001, I was Chief of Staff, but

10   Congressman Callahan would not have sent me to

11   Montgomery to focus on the State Board of

12   Education.

13        Q.    Okay.  Looking at just where we

14   have District 1 on this map, do you have any

15   issues with the way this is configured?

16        A.    I don't have an opinion --

17        Q.    No opinion.

18        A.    -- about it.

19        Q.    Understood.

20              No opinion on any -- any of this

21   configuration at all?

22        A.    No.

Page 61

1          Q.     Okay.

2          A.     Because a State Board of Education

3     member has a different responsibility.  A

4     member of Congress is not only representing

5     their constituents with votes that they cast,

6     but also with services that they provide.

7                So when someone who lives in

8     Washington County has a problem with Social

9     Security or with the Veteran's Administration

10    or they're in the military and they're trying

11    to get a different assignment, they're not

12    going to contact their state school board

13    member.  They're going to contact their U.S.

14    Congressman.

15                And so I've never really studied

16    maps for state legislators or school board

17    members or anyone else because my focus has

18    always been on how to put the best team

19    together to serve the people of the 1st

20    congressional district.

21                I had over 450 town hall meetings

22    during my ten and a half years.  I don't

Page 62

1    recall there ever being a state school board

2    member having a town hall meeting.  I'm not

3    saying they don't or they didn't.  But -- but

4    you serve -- if -- if you're a -- you just

5    have a different way of serving people when

6    you have a different job.

7         Q.    Yeah.  That makes sense.  Let's

8    move on.

9              I'm going to show you the -- I

10   want to get your thoughts on the maps that

11   plaintiffs are proposing in this case.

12        A.    Okay.

13        Q.    So I'm going to give you four

14   maps, and we'll just mark them all at the same

15   time for ease.  So this is -- it will be

16   Exhibit 4.

17              (Bonner Exhibit 4 was

18               marked for identification.)

19        Q.    (By Ms. Madduri)  Exhibit 4 is

20   called -- you'll see it's called Revised

21   Plan 1.

22              (Bonner Exhibit 5 was

Page 63

1                    marked for identification.)

2            Q.       (By Ms. Madduri)    Then we have

3     what will be Exhibit 5, which is called

4     Revised Plan 2.

5                    (Bonner Exhibit 6 was

6                    marked for identification.)

7            Q.       (By Ms. Madduri)    And then

8     Exhibit 6 will be Revised Plan 3.

9                    (Bonner Exhibit 7 was

10                   marked for identification.)

11           Q.       (By Ms. Madduri)    The last one is

12    called Illustrative Plan 4, and that will be

13    Exhibit 7.

14                   Have you seen any of these plans

15    before?

16           A.       I don't know that I've ever seen

17    these plans, but I've seen different maps

18    during the previous redistricting efforts that

19    were equally as ugly.

20           Q.       Okay.   So then I assume you

21    haven't had any conversations about these

22    or --

Page 64

1          A.      No.    This is the first time I'm

2     seeing these.

3          Q.      And please take as much time as

4     you need because I realize there's a lot of

5     maps, and you haven't seen them before.   But I

6     just generally want to get your thoughts on if

7     you see issues or if you have criticisms of

8     these maps.

9                  I'm sure as you'll see, District 1

10    is different than it is in the current plan.

11         A.      Well, they all have a unique

12    characteristic, and that is that they would

13    destroy the opportunity for the

14    representatives from the 1st district and the

15    2nd district to serve their constituents in a

16    way that they have been served previously.

17                 It would -- I mentioned that

18    it's -- there's no easy way to get from

19    Andalusia in Covington County to Mobile.

20                 If you are the representative in

21    the 1st district in any of these maps and you

22    live in Mobile and you need to go to Houston

Page 65

1    County in Dothan, you're going to spend more

2    time in Florida than you will in Alabama.

3                    Or if you're the representative

4    from -- and you live in Dothan but you've got

5    a meeting in Mobile, you're going to spend

6    more time in Florida than you will in Alabama.

7                    If you live in the 2nd district

8    and you have been elected out of Mobile as

9    your base and you're trying to go to a town

10   hall meeting in Macon County or Bullock

11   County, you're going to spend half a day

12   getting there.

13                    There -- there is no real

14   community of interest in these maps.  And as

15   someone who's had the privilege of serving in

16   Congress and -- and doing his best to

17   represent all of the people in his district,

18   this would be a difficult challenge to

19   represent because there's so very little in

20   common with the proposals either of District 1

21   or District 2.

22        Q.    Can you talk a little bit more

Page 66

1    about what you think is not in common and we

2    can -- we can take each in turn.  So how about

3    starting with congressional district 2 in

4    these proposed maps, which is -- which are

5    roughly similar.

6                    You don't need to necessarily

7    understand exactly what is different between

8    each one, but of course if you have specific

9    concerns on any of them, please do let me

10   know.  But we can just start by talking about

11   congressional district 2 the way it's

12   proposed.

13                    What are the -- what are the lack

14   of commonalities of interest in your view?

15        A.    Well, the -- the Washington and

16   Clarke and Monroe County in Exhibit 4 and

17   Exhibit 6 and Exhibit 7 have nothing in common

18   with Macon and Bullock Counties except that

19   they are counties in the state of Alabama.

20                    They don't share any history.

21   They don't share any geographical alignment.

22   They don't share any social or political

Page 67

1    alignment.  If -- if you -- you could name a

2    town that the congressman or congresswoman was

3    from, and it doesn't really matter where on

4    these maps you're looking at, it's going to be

5    difficult to serve them based on my experience

6    of service.

7          Q.     In what ways would it be difficult

8    to serve --

9          A.     Being accessible, of being aware

10   of -- of -- of the -- you know, there --

11   there's a value in -- in understanding an

12   area's historical relationship with each

13   other.  And so you'd have to learn a whole new

14   set of political leaders, mayors, county

15   commissioners, probate judges.

16                You have to learn a whole new set

17   of issues.  The challenges that someone in

18   Macon and Bullock County -- I -- I don't even

19   know what their economy is derived from quite

20   frankly.  Anymore than someone from Macon or

21   Bullock County would know what the economy of

22   Clarke or Washington or Monroe County was.

Page 68

1    You might as well just go into Mississippi or

2    Georgia, if the law allowed you to but it

3    doesn't, to pick up constituents.

4              But it -- it is -- it's -- this

5    would be foreign, I believe, to any of the

6    people who have been elected to office, and

7    quite frankly, I think it would be foreign to

8    any of the people who run for office over the

9    last 30 years to try to serve -- try to be

10   elected to much less serve districts that are

11   configured like this.

12        Q.    I think you mentioned economics,

13   specifically the economy --

14        A.    Uh-huh.

15        Q.    -- being different or just

16   unknown.  Are there any other considerations

17   that you think would be difficult here?

18        A.    Well, so Houston County, Henry

19   County, Dale County, Geneva County, when the

20   people of those communities want to go to the

21   beach, they go to Florida.  They go to Destin.

22   They go to Navarre.  They go to Panama City.

Page 69

1    They don't go to Gulf Shores or Orange Beach.

2                When they want to export products,

3    the -- the river system doesn't provide access

4    from the Wiregrass over to here (indicating).

5    You can come by rail, or you can come by

6    interstate in Florida, but there is -- so

7    there's just no continuity of our -- of our --

8    the things we've talked about previously, our

9    social life, our business life, our education

10   life.  For all practical purposes, this is in

11   a different part of the world.

12        Q.    You mentioned -- just right now

13   you mention educational life.

14        A.    Uh-huh.

15        Q.    In 2011 when that Board of

16   Education map was created, Alabama decided --

17   the Alabama legislature decided to put part of

18   Mobile County into sort of a similar --

19   similar configuration to this actually.

20                Do you see any issues with them

21   having done that?

22        A.    Again, State Board of Education

Page 70

1    and the United States Congress to me are night

2    and day.  And since that time, I believe I'm

3    correct, they also changed the Board of

4    Education to where now there's a separate

5    board for two-year colleges as opposed to K

6    through 12.  I don't know what that map looks

7    like.

8                    And those are not elected

9    positions.  They are appointed positions

10   confirmed by the state legislature.  But

11   students in Houston, Dale, Henry, Geneva,

12   Coffee Counties are more than likely to go to

13   Troy University in Pike County or to Wallace

14   Community College in Dothan than they are to

15   Spring Hill College, University of South

16   Alabama, or University of Mobile or Bishop

17   State or Coastal Alabama, which are the two

18   two-year systems here.

19                    And so conversely, I'm talking

20   about two-year and four-year schools, you look

21   at the student bodies of the University of

22   South Alabama, you're going to see a much

Page 71

1   larger concentration of students who are from

2   what is in Exhibit 1, the traditional 1st

3   congressional district.

4        Q.    I think we've kind of talked about

5   both districts, but let's just focus on the

6   proposed congressional district 1.  Can you

7   talk a little bit about what communities of

8   interest you think are broken up here?

9              Yeah.  We can start with that.

10  What communities of interest are broken up by

11  having District 1 configured this way?

12       A.    Economic and business, cultural.

13  I -- I mentioned earlier that if you were in

14  Congress from the current 2nd district

15  (indicating), you would probably want to be on

16  the Armed Services Committee supporting the

17  U.S. Army post Fort Rucker or the Air Force

18  bases at Maxwell Gunter.

19             If you are under the current maps

20  that you're proposing, it -- I'm not aware of

21  anyone who's ever been on Navy Seapower

22  Committee and Army and Air Force.  I mean, I'm

Page 72

1    not saying it's not ever happened in the

2    history of the Congress, but it's -- it's hard

3    to be -- it's hard to serve that many

4    different constituencies that would be

5    important to your -- to your district, to the

6    constituents that live there.

7          Q.    Which -- which congressional

8    committees were you on when you served?

9          A.    Appropriations.

10         Q.    Any other?

11         A.    And ethics.

12         Q.    And ethics.  Any other?

13         A.    My early committees, I was on

14   agriculture and science and budget.  But those

15   were just to get me to appropriations.  The

16   1st congressional district has long had a seat

17   on appropriations, and that was a goal of mine

18   early on.

19         Q.    I think you've started to talk

20   about this, but can you help me understand if

21   you were representing the congressional

22   district 1 the way it's drawn in the -- in the

Page 73

1    proposed maps, in your opinion, are there

2    issues where there would have been conflicts

3    of interests between the communities you

4    were -- you would be representing?

5          A.    I -- I think the conflict would be

6    you would be serving multiple masters, not

7    really two masters.  But you would be -- the

8    economy in Mobile and Baldwin Counties is

9    totally a different focus than the economy of

10   the Wiregrass area.

11              So in addition to the challenge of

12   getting from point A to point B, there would

13   be an additional expense.  I mean, I -- when I

14   was working with Congressman Callahan, we had

15   one district office.  I expanded it to two.

16              You would have to have at least

17   three.  Your budget's not going to up in a

18   rural area just because you have three

19   offices.  So you're going to have to have

20   fewer staff or more offices, but it's -- you

21   can't have both.

22              Just the -- the -- the challenge

Page 74

1    of getting into -- I mean, if -- if you have a

2    town hall meeting in Houston County, you --

3    your best bet may be to fly to Panama City,

4    Florida to drive up.  They do have an airport

5    in Dothan, but it has very limited air

6    service.

7                    And there -- so you would only --

8    you'd have an airport in Mobile, and then

9    you'd have to get in the car and drive four

10   and a half to five hours to get to Dothan.

11       Q.    Other than economic interests, are

12   there any other issues where you see conflicts

13   of interest arising between the communities

14   that are in the proposed congressional

15   district 1?

16       A.    I think it would be fair to say

17   that there is -- there's just so little in

18   common between being in Tillman's Corner in

19   Mobile County and going up to Luverne in

20   Crenshaw County.

21                    The -- the only way you would do

22   that today would be if you had a relative who

Page 75

 1    lived up there and you were going to a family

 2    reunion.  I mean, there's -- there's no social

 3    interaction.  There's no athletic interaction

 4    to speak of.  There's -- so I -- I don't see

 5    this being a map that if I were interested in

 6    running for office, I would consider running

 7    in because I -- not because I don't think I

 8    could win it, but because I don't know why

 9    anybody would want to serve in a district that

10    is this different from the -- the maps that

11    have historically served these two districts

12    and served them well.

13         Q.    Can you think of any issues that

14    exist where if you were representing this

15    district, where you would vote differently as

16    opposed to if you were representing the

17    district as it currently is?

18         A.    Well, I -- I mentioned the peanut

19    program.  I mean, when you were the

20    representative of the 2nd congressional

21    district, you became the -- you became the

22    expert, subject matter expert of agricultural

Page 76

1   programs that were unique to this area that

2   were also unique to Georgia and Florida.

3                   But no one else in delegation even

4   knew what -- what those programs were because

5   they were so unique to that area.  And -- and

6   likewise, when you represent Mobile and

7   Baldwin Counties and you've got the

8   shipbuilding industry and the aerospace

9   industry, chemical industry and the steel

10  industry, you become -- you become affiliated

11  with the steel caucus, you become affiliated

12  with the shipbuilding caucus.

13                  I mean, that becomes a part of

14  your network when you get to Washington to try

15  to better serve your constituents and the

16  companies and the individuals that work there.

17  So it really is a very strong economic

18  overture there.

19      Q.      Is that peanut program still in

20  effect?

21      A.      It -- it -- it is, but it changed

22  during a rewrite of the ag bill probably

Page 77

1    12 years ago or so.  It was when I was in

2    Congress.

3                    One of the things that I worked on

4    and it continues -- that Congressman Byrne

5    continues to work on is deepening of the port

6    of Mobile.  And so your focus is on working

7    with the Army Corps of Engineers, not Army

8    helicopters.  I mean, you -- you -- you have a

9    vested interest in supporting the -- the

10   programs that support the economy of that area

11   of the state that you live in.  Just like

12   Congressman Brooks is focused on supporting

13   Redstone Arsenal up in Madison County.

14                   And Congresswoman Sewell and

15   Congresswoman Roby have worked to support

16   Maxwell and Congressman Rogers Maxwell and

17   Gunter in Montgomery.

18        Q.     And did you say it's the --

19   there's an interest in the Army Corps of

20   Engineers in and around Mobile?

21        A.     The Army Corps of Engineers

22   headquarters from -- all the way from

Page 78

1    Brownsville, Texas to Miami, Florida is

2    located in Mobile.  So it's a large

3    headquarters for the entire Gulf of Mexico.

4    And it comes in handy when you're dealing with

5    a hurricane or an oil spill or trying to

6    dredge the water system to get the port to be

7    a -- a top ten port.

8         Q.    And do you have any thoughts or

9    comments about the splitting of Mobile County?

10   In all -- in all four of the maps, that county

11   is split.

12        A.    I -- I -- my thought would be that

13   it's -- Mobile County is different than Clarke

14   County.  Mobile is one of the largest counties

15   in the state.  It is the economic hub for this

16   area of the state.

17             Remove the political maps, it's

18   the economic hub, and as such, splitting it

19   just for the political purposes of what I

20   assume would be the plaintiffs' motives, I

21   don't think is going to serve Mobile well or

22   the 1st congressional district well.  But

Page 79

1    that's my personal opinion.

2         Q.    And in -- in what ways do you

3    think it wouldn't serve the city of Mobile or

4    the county of Mobile?

5         A.    Because of the things we've talked

6    about, the community of interest, the

7    continuity, the historical connections between

8    Mobile.  And, you know, it -- it's like a -- a

9    spoken hub.  I mean, this is the hub of

10   economic life in this whole region of the

11   state.

12               And it is directly tied to

13   Washington County and to Clarke County and

14   Monroe County and Escambia County.  It -- and

15   it does not have that connection or tie,

16   historic or otherwise, to the counties in

17   central Alabama or the counties in the

18   Wiregrass.

19        Q.    If you were representing the new

20   proposed congressional district 1, do you

21   imagine that you would hold those same types

22   of joint town halls that you were doing for

1    Clarke County?

2         A.    Well -- well, I think if you're

3    going to be successful, you're going to --

4    you're going to make every effort to serve

5    your district obviously.  But it would just be

6    a much harder thing to do.  If you're in

7    Washington 40 to 45 weeks out of the year and

8    you come home for a recess week or a recess

9    month like August, it is much more challenging

10   when you're -- I mean, we were able to get

11   sometimes five town hall meetings a day

12   scheduled.

13            It would be hard to do with --

14   with any of the four maps that you've got in

15   front of me.  It's not just town halls.  It's

16   also other ways.  I mean, I had a field rep

17   who went on a monthly basis throughout the

18   district, every month went to all of the

19   counties in my district.  Sometimes several

20   times.

21            So you're either going to -- as I

22   say, you're going to increase your staff.

Page 81

1    You're going to increase your number of

2    offices, but you can't do both because your

3    budget doesn't increase.

4         Q.    Do you think it would be

5    beneficial potentially to a district like

6    District 7 right now, which is very large in

7    the current map, in the 2011 plan, but would

8    be significantly reduced in size in some of

9    the proposed maps, for some of these same

10   reasons that you're talking about?  For

11   example, the geography, the distance, the

12   number of offices you have to have?

13        A.    Because of the way Congresswoman

14   Sewell serves her district and Congressman

15   Davis served his district, I believe that

16   they -- the people who live in those counties

17   have been very pleased with the service that

18   they've gotten.  And they've done a -- a -- a

19   good job because those have been

20   historically -- the -- the adjustments have

21   been made based on population and getting to

22   zero deviation from this map to the one that

Page 82

1    was ten years earlier.  And the one that was

2    ten years earlier.

3                     You showed a map in the 1950s.

4    But if you look really in the 1970s, 1980s,

5    1990s, 2000s, 2010s, those maps that were

6    approved and that were also approved by the

7    Justice Department are very similar in terms

8    of the area of service.

9         Q.    I'm going to give you one more

10   map.  The last one, I promise.  And this will

11   be, I think, Exhibit 8.  I apologize if it's

12   smaller.

13                     (Bonner Exhibit 8 was

14                     marked for identification.)

15        Q.    (By Ms. Madduri)  And I can just

16   tell you this is a plan that our expert drew

17   because there's some speculation that in the

18   next redistricting cycle, Alabama may lose one

19   of its seats and go down to six congressional

20   districts instead of the current seven.

21                     So I just want to get your general

22   thoughts on the same thing.  Same issues we've

Page 83

1      been discussing, whether there are communities

2      of interest that are at issue here.  Just your

3      general views on this plan.

4           A.    Well, unfortunately, I -- I don't

5      really have an opinion about this because I'm

6      working for the Governor of Alabama, and our

7      goal is to keep all seven districts.  So we're

8      going to work to get as robust a census as

9      possible.  So we haven't even begun looking at

10     hypotheticals of six districts.  Our goal is

11     to keep seven or maybe get eight.

12          Q.    Understood.  If this situation

13     does arise, just looking at this map, are

14     there any specific issues that you see that

15     you find concerning?

16          A.    Well, I -- I -- I would say and I

17     think anyone who has ever served in office or

18     who ever aspires to serve in office that there

19     is a value to -- as compact a district that

20     has as much community of interest and

21     continuity of interest as possible.

22                And if we lose a seat, then --

Page 84

1    then that changes the scenario totally for

2    everybody, but -- but that will be because we

3    didn't do our job to make sure that every

4    person counts in our census.  And we're going

5    to do everything we can to -- to do that.

6         Q.    Okay.  Understood.  So no -- no

7    thoughts or comments on this map?

8         A.    No.

9         Q.    Okay.  That's fine.

10        A.    No, ma'am.

11        Q.    If you are called as a witness in

12   this case, what -- what do you expect to

13   testify about?

14        A.    Well, I would expect that if I

15   were called, it would be to give my experience

16   as someone who worked in the federal

17   delegation for about 28 years.

18        Q.    Are there any specific issues that

19   you believe you would testify about?

20        A.    No, ma'am.  I -- I could testify

21   on what it was like being a congressman and

22   working as a member of a congressional staff.

Page 85

1    I'm comfortable with that.

2          Q.    Understood.  Did you

3    participate -- we -- we talked about this a

4    little bit, but I want to just get more

5    information.

6                Did you participate in any

7    capacity in Alabama's redistricting plan

8    following the 2010 census so to create that

9    2011 plan?

10          A.    I participated in the sense that

11   all of the members of Congress from Alabama,

12   Democrat and Republican, agreed to work with

13   the legislature as had been done in previous

14   redistricting efforts.  And we agreed to work

15   to support keeping the districts as close to

16   what they had been historically.

17                And we all did that knowing that

18   we would have to ultimately get a slightly

19   different district than what might be ideal

20   for us but because it was for the benefit of

21   the state as a whole and for our respective

22   seven congressional districts.

Page 86

1          Q.     And to -- to the best of your

2     recollection, who or what types of people did

3     you have conversations with or communications

4     with about creating that sort of plan?

5          A.     Congresswoman Sewell, Congressman

6     Bachus, Congressman Brooks, Congressman

7     Rogers, Congresswoman Roby.

8          Q.     It sounds like the Alabama

9     delegation.  You don't have to -- it's not a

10    memory test.

11         A.     It's not a real interest to our

12    senate colleagues because they didn't have to

13    run in distract maps.

14         Q.     Right.

15         A.     So, but the seven members of

16    Congress from Alabama worked closely together

17    and supported each other and -- and -- and --

18    and were willing to work with the legislature

19    in a bipartisan way to produce a map that we

20    believed would be constitutional, would meet

21    the criteria, that would pass muster by the

22    Department of Justice.  This map did.  And

Page 87

1    we -- we worked and our staffs worked to

2    support that effort.

3         Q.    So outside of the Alabama

4    Congressional Delegation, outside of your

5    staff, were there other individuals or

6    entities that you worked with in the --

7         A.    We worked with the Reapportionment

8    Committee of the Alabama Senate and House.

9         Q.    Uh-huh.

10        A.    And we worked with -- I'm sure --

11   I -- I -- I -- I don't know who the other

12   members worked with, but we -- we worked as a

13   cohesive group starting with us.

14             We had meetings.  And we would

15   come to Montgomery, and we would have lunch

16   with members of the legislature, but we did

17   that not just every ten years.  We did that to

18   maintain relationships.

19             Some of them actually had served

20   in the legislature prior to being elected to

21   Congress, so they had pre-existing

22   relationships there.  I did not.  I had never

Page 88

1    served in the legislature.

2            Q.      Do you remember any of the -- the

3    specific legislators that you met with or had

4    conversations with about this?

5            A.      (Witness nods head.)  Well, I got

6    to know the Reapportionment Committee very

7    well.  We had Senator Vivian Davis Figures

8    from Mobile.  We had Representative Jamie Ison

9    from Mobile.  We had -- Senator Gerald Dial

10   was the chairman in the Senate or the

11   co-chairman, Representative Jim McClendon

12   who's now in the Senate was the co-chairman in

13   the House.

14                  We -- when -- when the map and

15   therefore the political lines that are going

16   to be determined by that are in the hand of

17   the legislature, you work with the leadership

18   of the legislature, the bipartisan way.  You

19   work with the -- you work with the committee,

20   and that -- that's primarily who we spent most

21   of our time with because they were the ones

22   who -- in whose responsibility this fell.

Page 89

1                      Congresswoman Sewell also worked

2      with the Justice Department.  The Attorney

3      General married a young lady from Mobile, and

4      so she and Attorney General Holder were good

5      friends.  She and President Obama and

6      Mrs. Obama were in school together, law school

7      and undergraduate.  I think she and Mrs. Obama

8      were in the same social sorority.

9                      So we all did what we could to

10     help get it through the legislative process

11     and then get it approved with the stamp of

12     approval from the Justice Department.

13          Q.     Are you aware of any efforts to

14     create a second majority-minority district

15     during that redistricting cycle?

16          A.     There have been conversations

17     about that during that cycle and also

18     previously as well.  There was a general

19     consensus that if you were going to maintain

20     the threshold of what some believe that you

21     needed to have to guarantee a minority

22     district, then you would lower it such to try