FILED
2021 Dec-27  AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

P U B L I C   H E A R I N G

JOINT LEGISLATIVE COMMITTEE

ON

REAPPORTIONMENT

Mobile Gas Auditorium
2828 Dauphin Street
Mobile, Alabama

June 14, 1991

6:00 p.m.

**SHORES REPORTING SERVICES, INC.**
413 NORTH 21ST STREET
BIRMINGHAM, ALABAMA 35203
(205) 251-2427

---

COMMITTEE MEMBERS

REPRESENTATIVE MICHAEL E. BOX, 96th House District,
Satsuma, Alabama.

SENATOR STEVE WINDOM, 35th Senate District, Theodore,
Alabama.

SHORES REPORTING SERVICES, INC.

---

3

P R O C E E D I N G S

June 14, 1991                                    6:00 p.m.

SENATOR WINDOM:  Well, it's a little after six and I guess it's time to go ahead and get started. I appreciate y'all coming.

I'm Steve Windom, and I'm going to chair the meeting tonight, which is the congressional reapportionment hearings that are being conducted by the Reapportionment Committee that's been appointed by the Legislature, specifically the Speaker of the House and the Lieutenant Governor.

With me tonight is my colleague, Mike Box, who is the House representative on the Reapportionment Committee for the First Congressional District.  And the Lieutenant Governor appointed me as the Senate representative from the First Congressional District.

And we are going around the state holding a series of hearings to get citizen input on how you think reapportionment ought to be structured and how the congressional districts ought to be structured in the state.

With us is Marilyn Akers Terry, who is the Executive Director of the Reapportionment Committee, and also Keith Kennedy, who is our court reporter.  And he'll be taking down all of your statements when you

SHORES REPORTING SERVICES, INC.

---

4

come to tell us your ideas on reapportionment.

When you do come to the podium, I would ask that you state your name and spell it if you would for the court reporter before you make your statement.  If you have any written comments we would be happy to receive them.

What we're doing, as I said, is going around the state doing a series of hearings to get citizen input on how congressional district lines should be drawn, how you feel about where Mobile ought to be placed in the congressional reapportionment process. And then we'll be having meetings of our Committee and we'll put together a reapportionment plan that we'll submit to the Legislature.

The way the timetable is right now, the numbers have to be ready for next year's qualification for congressional races, and that date is April 3rd. Those numbers have to be submitted to the Justice Department ideally 120 days ahead of time and certainly at least 60 days, but it's our goal to have them in by the 120 day guideline limit, which would be December 3rd of this year.

I know some of you have seen in the media yesterday that we had some adjusted census numbers and those will be finalized on July 15th.  Since the

SHORES REPORTING SERVICES, INC.

6

1   Legislature will go out of session around July 30th,
2   it's probably impossible that we could have a
3   reapportionment plan approved by the Legislature by the
4   time the regular session is over with.  So it appears to
5   us that there will be no choice but to have a special
6   session in the fall in order to approve the
7   reapportionment plan that we come up with.
8       One thing that I'll tell you is that our
9   population has to be plus or minus 1% on a district by
10  district basis on the seven districts across the state.
11  Right now we're looking at an ideal population, these
12  are with the numbers before yesterday, of 577,277.  A
13  total population based on the 1990 census is 593,911 in
14  the First District as it is now.  So there's a variation
15  of 2.8%, which is greater than the ideal and that's a
16  total of 16,084 people.
17      Based on the adjusted numbers that we got
18  yesterday, assuming that they pan out, the ideal
19  population would shift to 592,286, which would put the
20  current population of our congressional district within
21  the plus or minus 1% without making any changes
22  whatsoever, and that's encouraging news.
23      The one thing that is a given in this
24  reapportionment process is that we're going to create a
25  district in the state that's going to be a Black

SHORES REPORTING SERVICES, INC.

SOS006658

---

1   district.  65% Black population is the ideal population
2   that the Committee is looking at.  So there's quite a
3   bit of discussion on how that district is going to be
4   created.
5       I think that there is probably a pretty good
6   chance that the First Congressional District, at least
7   this point, may not be affected according to some of the
8   plans that we have seen, although there have been some
9   that we have seen that would dramatically change the
10  district.
11      We had a hearing in Grove Hill Monday night I
12  guess, wasn't it, Mike, and the residents of Clarke
13  County very much want to stay in the First Congressional
14  District.  I don't think there's much doubt that Mobile
15  County, or at least a majority of Mobile County, will
16  remain in the First Congressional District.  But there
17  are all sorts of variations that could occur and that's
18  why we need and appreciate your input tonight.
19      As far as how we're going to conduct this
20  process -- of course, I've introduced the Committee
21  members and the staff that are here.  I've given you a
22  little overview on the process and what we're doing, and
23  I'll give you a little bit more in just a minute.  And
24  then we're going to have those of you that have signed
25  up to speak to come and talk to us.  And then we'll

SHORES REPORTING SERVICES, INC.

SOS006659

---

7

1   answer any questions that you have.
2       A little more on the process.  After we adopt
3   the reapportionment plan in the Legislature it has to go
4   to the Justice Department for clearance by the Justice
5   Department.  And then, frankly based on the changes that
6   are going to be made across the state, I anticipate that
7   there will probably be some litigation.  I think that's
8   a pretty good bet at this point.  And hopefully we'll
9   have, still be ready for our elections with our
10  reapportionment plan and for qualifications on April
11  3rd.
12      Mike, do you have some comments you would
13  like to make?
14      REPRESENTATIVE BOX:  I'll wait until the end.
15      SENATOR WINDOM:  Okay.  At this time then
16  we'll call on our speakers.  And I'd like to call on our
17  distinguished congressman, Sonny Callahan.
18      CONGRESSMAN CALLAHAN:  Thank you Senator and
19  Representative Box, it's nice to see you guys working so
20  hard.  I'm here tonight to share with you my thoughts on
21  congressional reapportionment as it relates to the First
22  Congressional District of Alabama.  And I'll submit for
23  your convenience a written statement for your records.
24      Having been in both the Alabama House during
25  the reapportionment in the '70's and the Alabama Senate

SHORES REPORTING SERVICES, INC.

SOS006660

---

8

1   in the reapportionment of the '80's, I can certainly
2   sympathize with the difficulty and demanding task that
3   your committee has.  Therefore, I will be the last
4   person to presume to tell you how to divide up the state
5   into equal parts.
6       But I would like to tell you that it has been
7   my pleasure to state, honor, I suppose, to have
8   represented the seven counties that now comprise the
9   First Congressional District of Alabama.  I hope and
10  believe my office has developed a special relationship
11  with every constituent who has asked for our assistance
12  over the years.  And I can tell you that I've enjoyed
13  traveling through all seven counties, and especially
14  enjoyed the great hospitality and reception that I have
15  received there.
16      Therefore, it should come as no surprise that
17  I ask you, to the extent possible, to keep the First
18  Congressional District intact.  As you are aware, the
19  First District is approximately 16,000 -- this is with
20  the old census -- residents over the ideal district
21  number.  But as you're also aware that small deviation
22  even then is clearly within the previously accepted
23  limit of plus or minus 2.5%.
24      Other than population, I hope that you will
25  agree that the following three principles are critically

SHORES REPORTING SERVICES, INC.

SOS006661

1  important in creating a fair and effective congressional
2  district.  I mention effectiveness because I know as a
3  congressman the worst vote you can cast on the floor of
4  the House of Representatives is a vote that may help one
5  part of your district but conceivably can harm another.
6  The principles are compactness, community of interest
7  and conformance to existing political, jurisdictional
8  boundary.  Geographical compactness is important in two
9  ways.
10      First, if the district is too spread out
11  geographically, then it becomes almost impossible for
12  the member and the district office to adequately serve
13  their constituents.  I might add that probably 5 to
14  6,000 people have visited my office in the last five or
15  six years.  And it would be virtually impossible for
16  them to visit my office or any office that was some 200,
17  225 miles away from the congressman's district office.
18      Secondly, compactness greatly affects
19  community of interest.  If geographical areas become too
20  large, then community of interest is bound to suffer;
21  that is, do we in Mobile have more in common with
22  Baldwin County or Tuscaloosa County?  Community of
23  interest is the most critical aspect of the
24  reapportionment in terms of casting votes on the floor
25  of the House of Representatives.  As I said earlier, the

SHORES REPORTING SERVICES, INC.

SOS008662

1  toughest choices are between one part of your district
2  and another.
3      To the extent possible, counties and cities
4  with like interests must be kept together; that is,
5  Baldwin County and Mobile County, for example, both have
6  interest in legislation that affects the Gulf of Mexico.
7      And finally there is conformance to existing
8  political jurisdictional boundaries.  To the greatest
9  extent possible any congressional district should be a
10  combination of both counties and cities; that is, don't
11  put a part of the City of Mobile in one district and
12  another part in another district.
13      A major factor in providing effective
14  representation requires that citizens know who to
15  contact for help.  You should not need to know what
16  street your congressman lives on to find out who
17  represents you in Congress.  Also congressmen should not
18  be put in the position of getting grants or federal
19  assistance for one part of a city or a county and
20  letting someone else worry about the other half.
21      In summation because of the aforementioned
22  factors please do your best to allow the First
23  Congressional District to remain exactly the same.  If
24  changes are imperative to achieve some other goal, then
25  please change this district as little as realistically

SHORES REPORTING SERVICES, INC.

SOS008663

11

1  possible.  I ask this, just not for me, but for the
2  better representation of the citizens of Baldwin,
3  Clarke, Escambia, Mobile, Monroe, Washington and Wilcox
4  counties which presently comprise the First
5  Congressional District.
6      You guys got a hard task in front of you and
7  I sympathize with you, but I certainly appreciate, on
8  behalf of the people of Alabama, what you're trying to
9  do and; that is, to make this a fair place with fair
10  representation in Congress and I know that you will do
11  your job as fairly and as equitably as you can.  Thank
12  you.
13      SENATOR WINDOM:  Thank you for your remarks.
14  The next speaker is Doctor Joseph Mitchell.
15      DOCTOR MITCHELL:  Thank you.  Gentlemen,
16  ladies, I am speaking and representing the interest of
17  the community of the First Congressional District.  And
18  I come to you speaking for the Alabama New South
19  Coalition, Mobile County chapter, where Celia Lutin is
20  president.
21      At this point in time it is extremely
22  important that we address the issue that is going to be
23  one of the first of the state.  And it concerns itself
24  with the establishment of a district that is going to,
25  at some point in time, be predominately Black.

SHORES REPORTING SERVICES, INC.

SOS008664

12

1      Using the statistics that I have before the
2  statistics that you have gave, we know for the purposes
3  of this particular body of information at that time we
4  had four million, forty thousand, five hundred and
5  seventy and eighty-seven people in the State of Alabama
6  approximately.  We divide that by seven, giving us a
7  total of 577,277 persons per district that can come up
8  with the lines appropriate for that.
9      The perfect seat would be 577,227 people.
10  This district that we're talking about will be 65%
11  Black, and therefore will need 375,197 Black people in
12  it.  This is the information that we have.
13      Now, this plan, under the current information
14  in terms of percentages, can't vary by more than 1%,
15  plus or minus 1%.  That amount of variance is, I assume,
16  is allowed -- is designed to allow us not to allow us to
17  set up a gerrymandering factor that might
18  inappropriately include or exclude a particular
19  population of people.
20      Furthermore, no district, no voting districts
21  are supposed to be allowed to be split in counties only
22  when necessary.  And when counties are split, it is
23  preferred that splits occur in large cities where voters
24  are compact.
25      Not without an adequate amount of information

SHORES REPORTING SERVICES, INC.

SOS008666

14

1   I will say that the compactness refers now, to a certain
2   extent, to the compactness and the density of the
3   population of people that can have geographical
4   references but not necessarily.
5        We put it to you and suggest and recommend
6   that you look very, very closely at how these
7   populations of people and how the counties are set up.
8   When we look at where the people are in the state there
9   are only so many logical and arithmetical designs that
10  we can construct that's going to impact upon the state.
11  It's going to impact upon, as you mentioned, court
12  action and somebody is going to scream bloody murder
13  regardless of how you do it.
14       Our suggestion and recommendation that will
15  be presented at another point in time by the Alabama New
16  South Coalition at the state level is that you work
17  very, very diligently with the leaders in several
18  communities to come to an equitable solution that will
19  provide us with a new district that will enhance the
20  opportunities for all citizens of Mobile, Mobile County
21  and the State of Alabama.
22       The First Congressional District, as it now
23  exists, I believe consists of Clarke County, Monroe
24  County, Escambia County, Baldwin, Mobile and Washington
25  counties, I think that's right.

SHORES REPORTING SERVICES, INC.

15

1        MS. MURPHY:  My name is Cecelia Murphy.  I
2   think in one of your handouts you indicated that any
3   plan that is submitted would be a matter of public
4   record.  I was just curious if y'all had any plans
5   submitted to you as a Committee, and if so, is it
6   possible for you to tell us what suggestions you have
7   and so forth?
8        SENATOR WINDOM:  We have -- what's happened
9   at this point is, I think Representative Box and I have
10  been involved in the hearings in Grove Hill and this
11  hearing tonight and we've not had any submitted at
12  either one of those hearings.
13       But the staff has had in some of the other
14  hearings around the state some proposals submitted, I
15  think a total of three, Marilyn?
16       MRS. TERRY:  Yes.
17       SENATOR WINDOM:  We have two of those with us
18  tonight.  One of them, I think, basically just takes
19  Wilcox County that's been proposed.  And the other one
20  that we've seen to this point substantially changes the
21  First District and really moves us all the way over,
22  taking part of Dothan in, part of Houston County in.
23  But those are the two.  What is the third one, Marilyn?
24       MRS. TERRY:  The third one leaves the First
25  District very similar to the way it is now.  It actually

SHORES REPORTING SERVICES, INC.

16 (right column, page 14 area)

1        SENATOR WINDOM:  Wilcox County.
2        DOCTOR MITCHELL:  And Wilcox County.  It is
3   very possible that that one recommendation that most
4   closely fits the allowable variance might possibly
5   exclude one of the current counties.  We are going to
6   push, hopefully, for the equity associated with the
7   development of this new district.
8        We ask that you consider this information and
9   we ask that you please consider and continue to consult
10  with the diversity of leadership and fellowship in the
11  state and particularly so in the First Congressional
12  District as it now exists.  Thank you very much.
13       SENATOR WINDHAM:  Thank you, Doctor Mitchell.
14  I know we've had some folks come in late.
15       Judge Noonan, would you like to make some
16  remarks?
17       JUDGE NOONAN:  Thank you, no.
18       SENATOR WINDOM:  Any other persons in
19  attendance like to make any remarks before we close the
20  remarks portion of the public hearing?  Going once,
21  going twice.  All right.  We'll close the remarks
22  portion.
23       At this point in time we'll move into any
24  questions that anyone has and we'll try and see if we
25  can't provide some answers.  Yes, ma'am.

SHORES REPORTING SERVICES, INC.

16

1   splits Bevill's district in half and the Fifth District
2   in half and creates a minority district that splits,
3   goes through Bibb County, splits Jefferson County and
4   comes across to pick up Macon and Bullock County.
5        SENATOR WINDOM:  But those are the ones that
6   have been suggested at hearings.  And, of course, we'll
7   take those into considerations when we start our
8   deliberations.
9        The last hearing I believe is in Montgomery
10  next week; isn't it?
11       MRS. TERRY:  Next Wednesday at six o'clock.
12       SENATOR WINDOM:  Next Wednesday at six
13  o'clock will be the last one and then we'll start
14  deliberations.  Who has the next question?
15       DOCTOR MITCHELL:  I need to get your specific
16  numbers on the population that you are currently using.
17  I think you mentioned it was five hundred ninety
18  something thousand?
19       SENATOR WINDOM:  No.  The one you had, the
20  numbers you had were correct, and, that is, the 577,227.
21  But we got the new numbers based on the numbers that
22  came in, they're not official, so we're not really using
23  them, but we just ran some quick numbers.  Assuming they
24  became official on July 15th the current population of
25  the First District would be within plus or minus 1% with

SHORES REPORTING SERVICES, INC.

18

```
 1   the present counties intact.
 2            DOCTOR MITCHELL:  My information to
 3   compactness pertains to population density.  Does it do
 4   that or am I in error or how is it?  Is it considered
 5   geographical compactness?  And I can't -- I don't
 6   understand geographical compactness versus population
 7   compactness when you're talking about density and
 8   variations in populations.
 9            MRS. TERRY:  The guidelines that the
10   Committee adopted actually say that districts will be
11   created and be reasonably compact is the way -- we don't
12   -- I don't think we go beyond defining --
13            DOCTOR MITCHELL:  Nice legal term for
14   saying --
15            MRS. TERRY:  -- what, but we do say
16   reasonably compact.
17            DOCTOR MITCHELL:  But not deciding whether
18   that means --
19            SENATOR WINDOM:  That's not been defined as
20   far as whether that's geographic or population.
21   Probably a little bit of both.
22            MRS. TERRY:  Right.  There may be some, some
23   federal, some case law, some precedent set, but that's
24   what our legal counsel will be there to advise us on.
25            On page three of the reapportionment
```

---

```
 1   guidelines, which is one of the handouts, criteria for
 2   legislative and congressional districts is set out.  And
 3   under three, all legislative and congressional districts
 4   will be composed of contiguous and reasonably compact
 5   geography.  So, it does speak to geographical areas
 6   there.
 7            SENATOR WINDHAM:  Any other questions?
 8            MS. MITCHELL:  Jenetta Whitt Mitchell.  Is it
 9   -- does the Committee see a possibility of the district
10   being drawn that will leave District One intact as it
11   is?
12            SENATOR WINDOM:  I think with the possible
13   increase in population that we saw yesterday that there
14   is a much greater possibility than there was when we did
15   have a greater variance than we're trying to shoot for.
16   Mike, what do you think?
17            REPRESENTATIVE BOX:  I'm trying to figure out
18   how to phrase this.
19            MS. MITCHELL:  I'll accept his answer.
20            REPRESENTATIVE BOX:  It's definitely
21   possible, and for the folks in the First Congressional
22   District it's very definitely preferable, but there will
23   be at lot of other factors.
24            As Doctor Mitchell pointed out and Senator
25   Windom mentioned at the beginning, there is going to
```

---

19

```
 1   have to be a very, very strong effort made to see if it
 2   is possible and feasible to construct a congressional
 3   district that has a majority Black population.  And
 4   depending on how that it is done the other surrounding
 5   congressional districts are likely to be impacted.
 6            MS. MITCHELL:  Thank you.
 7            SENATOR WINDOM:  Any other questions?  Any
 8   other comments?  Then we'll close the -- well, no, Mike
 9   you want to make some comments.  Go ahead
10            REPRESENTATIVE BOX:  I'm just going to add
11   one thing.  On that issue you probably noticed the maps
12   around the room.  Our staff has pulled a state map and
13   the larger counties to show Black concentrations in the
14   population.  They're color coded according to what
15   percent black population exists.  One -- I think yellow
16   is 30%; orange is 40; and red is 50%.  You'll -- you can
17   look and see which counties fall into one of those
18   categories.
19            And then in the larger counties of
20   Tuscaloosa, Montgomery, Mobile and Jefferson they've
21   been broken down by precincts to show which precincts
22   have various levels of Black voting population.  All of
23   that will be very instrumental in constructing a
24   possible Black congressional district.  So you can get
25   an idea of some of the possibilities.
```

---

20

```
 1            The two plans that we have are up here.  I
 2   don't think we have enough to hand out.  So you may want
 3   to just take a look if you want to look and see what a
 4   couple of the proposals are.
 5            I emphasize one more time to agree with what
 6   Senator Windom has said.  The Committee has not drafted
 7   a plan.  The members of the Committee have not met to
 8   even discuss structuring a congressional plan.  All that
 9   we have done so far is solicit input and comments from
10   the public.  We'll start later this summer to actually
11   draw up a congressional plan which will be introduced in
12   all probability in a special session this fall.  So at
13   this stage we're open to your suggestions and your help.
14            SENATOR WINDOM:  Judge Noonan.
15            JUDGE NOONAN:  Is there such a thing as a
16   prototype where you have your compactness, both in terms
17   of density as well as geography, and then apply your
18   ratios and then let the politics takeover after that,
19   and history takeover, but do you have a prototype as an
20   example?
21            SENATOR WINDOM:  We do not have a prototype
22   as such.  We have -- and the public is invited to come
23   to Montgomery.  We have a very nice computer system that
24   we're making -- what are the public days, Marilyn?
25            MRS. TERRY:  On Fridays from 8:30 to 4:30 any
```

22

```
1    member of the public who wishes to create a
2    congressional or a legislative plan can come to the
3    State House and actually work with a technical person to
4    create a plan.
5         SENATOR WINDOM:  And you're welcome and we
6    invite you to do that.  But we have a very nice computer
7    system that is set up with the numbers.  And, of course,
8    it will have to be re-programed after July 15th.  And I
9    guess cad cam, or whatever they call that fancy
10   engineering stuff, that you can draw lines and move them
11   around and see what effect that will have.  So you can
12   come and we have all the numbers plugged in.  And I
13   guess to that extent, we do have a prototype that you
14   can work with to try to create your vision for what the
15   congressional districts ought to look like.  But we do
16   have that available and encourage people to come and
17   help us come up with a plan that will suit the needs of
18   our state.  Anybody else have -- Marilyn, do you have --
19        MRS. TERRY:  I was just going to say that two
20   of the three statewide proposals that we've received as
21   a result of these hearings have been drafted on the
22   computer system in the State House.
23        One of them was actually drafted with some
24   numbers and then he came to verify his numbers on the
25   computer and actually see what the plan would look like.
```

SHORES REPORTING SERVICES, INC.

SOS008674

23

```
1    way down to the streets that surround this auditorium
2    and get the population for this block.  And that is
3    totally up to you where you want to select the lines.
4         As you make changes to one district, a report
5    on the screen automatically shows you the population
6    with the five race categories, total population and
7    voting age population broken down by race.  And it also
8    shows you how you effect all the districts around it as
9    you make a change to an individual district.
10        DOCTOR MITCHELL:  I've seen Auburn
11   University's program work.  So I was wondering if it was
12   basically the same, computerized in the same package?
13        MRS. TERRY:  Well, we're all using the TIGER
14   files, the geographic map files that were produced the
15   Census Bureau.  And that's tied with the public law
16   data, the census data that came out.
17        SENATOR WINDOM:  And that would be a big help
18   to anybody that would like to try to come up with their
19   own district and we would be glad to have them come and
20   use the system.  That's what it's for.  Anyone else have
21   a question or a comment?
22        Thanks for coming.  And we hope to have
23   something good before the year is out.  Thank you.
24
25                  END OF HEARING
```

SHORES REPORTING SERVICES, INC.

SOS008676

24

```
1    JUDGE NOONAN:  How do they define
2    compactness?
3         SENATOR WINDOM:  Really, what the guidelines
4    that we established talk about geographical at this
5    point, but I'm sure that the population will also fit
6    into that as well.
7         MRS. TERRY:  All of the districts, I guess
8    first thing as they've been drafted, were based on
9    population.  And they've been trying to come up with
10   districts that would fall within that plus or minus 1%.
11   And I guess, except for one plan, most of them have --
12   they've used the base plan to start working from and not
13   completely start it over with a plan, but you certainly
14   could do that if you chose to.
15        DOCTOR MITCHELL:  If I understand correctly,
16   the computer program that's in use effectively looks at
17   the populations, not necessarily the existing lines?
18        MRS. TERRY:  Well, the -- as you pull up the
19   computer, as you pull up -- it's a statewide map.  And
20   we've got the 1980, the current congressional plan in
21   the system, or you could start from a base plan of
22   Alabama without any existing district lines.  But it has
23   county boundaries, precinct boundaries and goes all the
24   way down to an individual census block basis.  So on the
25   computer we could go from a statewide map and go all the
```

SHORES REPORTING SERVICES, INC.

SOS008675

24

```
1                  C E R T I F I C A T E
2    STATE OF ALABAMA )
3    JEFFERSON COUNTY )
4         I, ROBERT KEITH KENNEDY, Notary Public for the
5    State of Alabama at Large, hereby certify that I am the
6    Court Reporter who made machine shorthand notes of the
7    foregoing proceedings at the time and place stated in
8    the Caption thereof; that I later reduced my shorthand
9    notes into typewriting, or under my supervision; that
10   the foregoing pages numbered three through twenty-three,
11   both inclusive, contain a full, true, and correct
12   transcript of proceedings had on said occasion.
13        I further certify that I am in no way related
14   to nor employed by any of the parties, the witness or
15   counsel, and that I have no interest in the outcome of
16   this matter.
17        Given under my hand and seal this the 24th
18   day of June, 1991.
19
20
21                       _____
22                       Robert Keith Kennedy
                         Notary Public
23   My Commission Expires
     September 5, 1994
24
25
```

SHORES REPORTING SERVICES, INC.

SOS008677