FILED
2021 Dec-27 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF ALABAMA,**<br><br>    Plaintiff,<br><br>v.<br><br>**ERIC H. HOLDER, JR.**, in his official capacity as Attorney General of the United States,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-1628<br><br>THREE JUDGE PANEL<br>(THF, KLH, ABJ) |

## NOTICE OF DISMISSAL

The State of Alabama, plaintiff in this action, by and through its counsel, hereby dismisses its claims in this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

For the Court's information, the State of Alabama obtained administrative preclearance from the Department of Justice for the voting changes at issue in this litigation. A copy of the preclearance letter is attached as Exhibit A.

Respectfully submitted,

Date   November 21, 2011

LUTHER STRANGE
Attorney General of Alabama
By:

 /s/ John J. Park, Jr.
John J. Park, Jr.
*Deputy Attorney General*
Alabama State Bar ID ASB-8382-P62J
E-mail:    jjp@sbllaw.net

Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
Telephone: 678.347.2200
Facsimile: 678.347.2210


 /s/ James W. Davis
*Assistant Attorney General*
Alabama State Bar ID ASB-4063-I58J
E-mail: jimdavis@ago.state.al.us

 /s/ Misty Fairbanks
*Assistant Attorney General*
Alabama State Bar ID ASB-1813-T71F
E-mail: mfairbanks@ago.state.al.us

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: 334-242-7300
Facsimile: 334-353-8440

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALABAMA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-1628<br><br>THREE JUDGE PANEL<br>(THF, KLH, ABJ) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I served the within and foregoing NOTICE OF DISMISSAL with the Clerk of Court using the Court's CM/ECF system which will automatically send e-mail notification of the filing to counsel of record for the parties in this matter.

This 21st day of November, 2011.

                                         /s/ John J. Park, Jr.
                                        John J. Park, Jr.
                                        Alabama State Bar ID ASB 8382-P62J