Case 2:21-cv-01530-AMM Document 82-30 Filed 12/27/21 Page 1 of 3
Case 1:11-cv-01628-TFH-KLH-ABJ Document 6 Filed 10/03/11 Page 1 of 3

FILED
2021 Dec-27 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-1628 (TFH) |
| ERIC H. HOLDER, JR., in his official capacity as the Attorney General of the United States, | ) |
| Defendant. | ) |

**ERRATA TO COMPLAINT**

Plaintiff State of Alabama files this errata to its Complaint (Doc. 1, filed Sept. 9, 2011) to correct two errors in paragraphs 7 and 8 of the Complaint neither of which is material:

- In paragraph 7, the words "Bob Riley" are stricken and corrected to read "Don Siegelman."

- In paragraph 8, the word "Riley" is stricken and corrected to read "Siegelman."

Respectfully submitted,

Date  October 3, 2011

LUTHER STRANGE
Attorney General of Alabama
By:

/s/ John J. Park, Jr.
John J. Park, Jr.
*Deputy Attorney General*
Alabama State Bar ID ASB-8382-P62J
E-mail: jjp@sbllaw.net

SOS000172

Strickland Brockington Lewis LLP  
Midtown Proscenium Suite 2200  
1170 Peachtree Street NE  
Atlanta, GA 30309  
Telephone:   678.347.2200  
Facsimile:   678.347.2210  


 /s/ James W. Davis  
*Assistant Attorney General*  
Alabama State Bar ID ASB-4063-I58J  
E-mail: jimdavis@ago.state.al.us  

 /s/ Misty Fairbanks  
*Assistant Attorney General*  
Alabama State Bar ID ASB-1813-T71F  
E-mail: mfairbanks@ago.state.al.us  

Office of the Attorney General  
State of Alabama  
501 Washington Avenue  
P.O. Box 300152  
Montgomery, Alabama  36130-0152  
Telephone:   334-242-7300  
Facsimile:   334-353-8440  

2

## Certificate of Service

I certify that the forgoing Errata to Complaint has been served by depositing a copy in the United States mail, properly addressed and postage prepaid to the following, on this 3rd day of October, 2011:

>Eric H. Holder, Jr., in his official capacity as the
>Attorney General of the United States
>Office of the Attorney General
>U.S. Department of Justice
>950 Pennsylvania Ave NW
>Washington, DC 20530-0001

>The United States of America
>c/o Ronald C. Machen, Jr., Esq.
>United States Attorney for the District of Columbia
>501 Third Street NW, Fourth Floor
>Washington, DC 20001

>/s/ John J. Park, Jr.
>Of Counsel

3

SOS000174