FILED
2021 Dec-27 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# 2010 Beason Congressional Plan

User: fafa4178

Plan: Beason Congressional Plan

Date: Fri May 27 11:33:47 GMT-0500 2011

# Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,087 | 458,705 | 188,859 | 7,889 | 9,106 | 326 | 7,999 | 9,936 |
| 2 | 682,820 | 1 | 0.00 | 24,612 | 446,880 | 201,339 | 3,398 | 7,531 | 516 | 12,103 | 11,053 |
| 3 | 682,819 | 0 | 0.00 | 20,481 | 478,663 | 174,349 | 2,362 | 7,603 | 448 | 9,550 | 9,844 |
| 4 | 682,819 | 0 | 0.00 | 41,882 | 594,056 | 42,770 | 5,881 | 2,502 | 593 | 25,988 | 11,029 |
| 5 | 682,819 | 0 | 0.00 | 32,562 | 518,464 | 116,026 | 5,188 | 10,749 | 596 | 17,026 | 14,770 |
| 6 | 682,819 | 0 | 0.00 | 27,889 | 553,006 | 93,873 | 1,979 | 11,657 | 247 | 13,676 | 8,381 |
| 7 | 682,820 | 1 | 0.00 | 19,089 | 225,620 | 434,095 | 1,521 | 4,447 | 331 | 10,568 | 6,238 |

| | |
|---|---|
| Total Population: | 4,779,736 |
| Ideal Population: | 682,819 |
| Mean Deviation: | 0 |
| Mean Percent Deviation: | 0.01 |
| Largest Positive Deviation: | 1 |
| Largest Negative Deviation: | 0 |
| Overall Range in Deviation: | 1 |
| Overall Range in Deviation Percentage: | 0.00 |

User: fafa4178

Plan: Beason Congressional Plan

Date: Fri May 27 11:35:23 GMT-0500 2011

# District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,087 (2.80%) | 458,705 (67.18%) | 188,859 (27.66%) | 7,889 (1.16%) | 9,106 (1.33%) | 326 (0.05%) | 7,999 (1.17%) | 9,936 (1.46%) |
| 2 | 682,820 | 1 | 0.00 | 24,612 (3.60%) | 446,880 (65.45%) | 201,339 (29.49%) | 3,398 (0.50%) | 7,531 (1.10%) | 516 (0.08%) | 12,103 (1.77%) | 11,053 (1.62%) |
| 3 | 682,819 | 0 | 0.00 | 20,481 (3.00%) | 478,663 (70.10%) | 174,349 (25.53%) | 2,362 (0.35%) | 7,603 (1.11%) | 448 (0.07%) | 9,550 (1.40%) | 9,844 (1.44%) |
| 4 | 682,819 | 0 | 0.00 | 41,882 (6.13%) | 594,056 (87.00%) | 42,770 (6.26%) | 5,881 (0.86%) | 2,502 (0.37%) | 593 (0.09%) | 25,988 (3.81%) | 11,029 (1.62%) |
| 5 | 682,819 | 0 | 0.00 | 32,562 (4.77%) | 518,464 (75.93%) | 116,026 (16.99%) | 5,188 (0.76%) | 10,749 (1.57%) | 596 (0.09%) | 17,026 (2.49%) | 14,770 (2.16%) |
| 6 | 682,819 | 0 | 0.00 | 27,889 (4.08%) | 553,006 (80.99%) | 93,873 (13.75%) | 1,979 (0.29%) | 11,657 (1.71%) | 247 (0.04%) | 13,676 (2.00%) | 8,381 (1.23%) |
| 7 | 682,820 | 1 | 0.00 | 19,089 (2.80%) | 225,620 (33.04%) | 434,095 (63.57%) | 1,521 (0.22%) | 4,447 (0.65%) | 331 (0.05%) | 10,568 (1.55%) | 6,238 (0.91%) |

User: fafa4178

Plan: Beason Congressional Plan

Date: Fri May 27 11:34:44 GMT-0500 2011

# All Districts Population Report

| | |
|---|---|
| District No. | 1 |
| Total Population | 682,820 |
| Total Population 18+ | 0 |
| Deviation | 1 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,087 | 458,705 | 188,859 | 7,889 | 9,106 | 326 | 7,999 | 9,936 |
| Total% | 2.80 | 67.18 | 27.66 | 1.16 | 1.33 | 0.05 | 1.17 | 1.46 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| District No. | 2 |
| Total Population | 682,820 |
| Total Population 18+ | 0 |
| Deviation | 1 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 24,612 | 446,880 | 201,339 | 3,398 | 7,531 | 516 | 12,103 | 11,053 |
| Total% | 3.60 | 65.45 | 29.49 | 0.50 | 1.10 | 0.08 | 1.77 | 1.62 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | 3 |
|---|---|
| Total Population | 682,819 |
| Total Population 18+ | 0 |
| Deviation | 0 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 20,481 | 478,663 | 174,349 | 2,362 | 7,603 | 448 | 9,550 | 9,844 |
| Total% | 3.00 | 70.10 | 25.53 | 0.35 | 1.11 | 0.07 | 1.40 | 1.44 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | 4 |
|---|---|
| Total Population | 682,819 |
| Total Population 18+ | 0 |
| Deviation | 0 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 41,882 | 594,056 | 42,770 | 5,881 | 2,502 | 593 | 25,988 | 11,029 |
| Total% | 6.13 | 87.00 | 6.26 | 0.86 | 0.37 | 0.09 | 3.81 | 1.62 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | 5 |
|---|---|
| Total Population | 682,819 |
| Total Population 18+ | 0 |
| Deviation | 0 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 32,562 | 518,464 | 116,026 | 5,188 | 10,749 | 596 | 17,026 | 14,770 |
| Total% | 4.77 | 75.93 | 16.99 | 0.76 | 1.57 | 0.09 | 2.49 | 2.16 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| District No. | 6 |
| Total Population | 682,819 |
| Total Population 18+ | 0 |
| Deviation | 0 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 27,889 | 553,006 | 93,873 | 1,979 | 11,657 | 247 | 13,676 | 8,381 |
| Total% | 4.08 | 80.99 | 13.75 | 0.29 | 1.71 | 0.04 | 2.00 | 1.23 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| District No. | 7 |
| Total Population | 682,820 |
| Total Population 18+ | 0 |
| Deviation | 1 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,089 | 225,620 | 434,095 | 1,521 | 4,447 | 331 | 10,568 | 6,238 |
| Total% | 2.80 | 33.04 | 63.57 | 0.22 | 0.65 | 0.05 | 1.55 | 0.91 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

User: fafa4178
Plan: Beason Sub

Date: Thu May 26 17:39:06 GMT-0500 2011

# Assigned District Splits

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| * Clarke County | 8,595 | 70 | 5,895 | 2,548 | 33 | 18 | 0 | 31 | 70 |
| Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| Washington County | 17,581 | 151 | 11,508 | 4,380 | 1,411 | 20 | 12 | 43 | 207 |
| District 1 Total | 682,820 | 19,087 | 458,705 | 188,859 | 7,889 | 9,106 | 326 | 7,999 | 9,936 |
| | 100% | 2.8% | 67.18% | 27.66% | 1.16% | 1.33% | 0.05% | 1.17% | 1.46% |
| **District 2** | | | | | | | | | |
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 | 869 |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 | 1,505 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Elmore County | 79,303 | 2,129 | 60,455 | 15,900 | 285 | 518 | 63 | 938 | 1,144 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| * Montgomery County | 145,992 | 6,935 | 67,822 | 68,292 | 434 | 3,101 | 105 | 4,152 | 2,086 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| District 2 Total | 682,820 | 24,612 | 446,880 | 201,339 | 3,398 | 7,531 | 516 | 12,103 | 11,053 |
| | 100% | 3.6% | 65.45% | 29.49% | 0.5% | 1.1% | 0.08% | 1.77% | 1.62% |

# District 3

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 | 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| Chilton County | 43,643 | 3,420 | 36,713 | 4,230 | 155 | 130 | 55 | 1,854 | 506 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 | 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| Coosa County | 11,539 | 230 | 7,648 | 3,582 | 40 | 16 | 15 | 135 | 103 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| Macon County | 21,452 | 232 | 3,319 | 17,729 | 29 | 76 | 2 | 69 | 228 |
| * Montgomery County | 31,854 | 681 | 19,801 | 9,714 | 69 | 1,648 | 8 | 239 | 375 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 | 1,104 |
| * St Clair County | 26,637 | 584 | 23,877 | 1,902 | 86 | 134 | 14 | 266 | 358 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Talladega County | 82,291 | 1,671 | 53,739 | 26,055 | 264 | 339 | 6 | 787 | 1,101 |
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 | 407 |
| District 3 Total | 682,819 | 20,481 | 478,663 | 174,349 | 2,362 | 7,603 | 448 | 9,550 | 9,844 |
| | 100% | 3% | 70.1% | 25.53% | 0.35% | 1.11% | 0.07% | 1.4% | 1.44% |

# District 4

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Blount County | 57,322 | 4,626 | 53,068 | 761 | 307 | 117 | 38 | 2,347 | 684 |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 | 845 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 | 889 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 | 1,574 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 | 1,545 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 | 171 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 | 530 |
| * Jackson County | 200 | 10 | 186 | 2 | 9 | 1 | 0 | 1 | 1 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 | 183 |
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 | 1,478 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 | 341 |
| Marshall County | 93,019 | 11,238 | 81,464 | 1,494 | 706 | 478 | 103 | 7,210 | 1,564 |
| * St Clair County | 1,774 | 78 | 1,657 | 10 | 8 | 4 | 0 | 52 | 43 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 | 828 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 | 353 |
| District 4 Total | 682,819 | 41,882 | 594,056 | 42,770 | 5,881 | 2,502 | 593 | 25,988 | 11,029 |
| | 100% | 6.13% | 87% | 6.26% | 0.86% | 0.37% | 0.09% | 3.81% | 1.62% |

# District 5

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * Jackson County | 53,027 | 1,329 | 48,162 | 1,779 | 710 | 184 | 48 | 767 | 1,377 |
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 | 1,306 |
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 | 1,468 |
| Madison County | 334,811 | 15,404 | 228,280 | 80,376 | 2,551 | 8,265 | 365 | 6,719 | 8,255 |
| Morgan County | 119,490 | 9,156 | 95,404 | 14,185 | 1,042 | 691 | 107 | 5,697 | 2,364 |
| District 5 Total | 682,819 | 32,562 | 518,464 | 116,026 | 5,188 | 10,749 | 596 | 17,026 | 14,770 |
| | 100% | 4.77% | 75.93% | 16.99% | 0.76% | 1.57% | 0.09% | 2.49% | 2.16% |

## District 6

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 | 203 |
| * Jefferson County | 357,207 | 13,494 | 279,685 | 58,245 | 1,033 | 6,845 | 113 | 7,026 | 4,260 |
| * St Clair County | 55,182 | 1,054 | 48,207 | 5,238 | 187 | 380 | 32 | 416 | 722 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 | 2,684 |
| * Tuscaloosa County | 52,430 | 1,368 | 45,790 | 4,611 | 142 | 684 | 15 | 676 | 512 |
| District 6 Total | 682,819 | 27,889 | 553,006 | 93,673 | 1,979 | 11,657 | 247 | 13,676 | 8,381 |
| | 100% | 4.08% | 80.99% | 13.75% | 0.29% | 1.71% | 0.04% | 2% | 1.23% |

## District 7

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 | 58 |
| * Clarke County | 17,238 | 201 | 8,175 | 8,788 | 70 | 59 | 4 | 36 | 106 |
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 | 299 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 | 43 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 | 88 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * Jefferson County | 301,259 | 11,994 | 69,481 | 218,280 | 707 | 2,313 | 131 | 7,332 | 3,015 |
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 | 60 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 | 164 |
| * Montgomery County | 51,517 | 698 | 3,033 | 47,471 | 86 | 72 | 58 | 352 | 445 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 | 43 |
| Pickens County | 19,746 | 313 | 11,110 | 8,211 | 28 | 36 | 1 | 128 | 232 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 | 47 |
| * Tuscaloosa County | 142,226 | 4,581 | 83,214 | 53,000 | 384 | 1,622 | 102 | 2,317 | 1,587 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 | 51 |
| District 7 Total | 682,820 | 19,089 | 225,620 | 434,095 | 1,521 | 4,447 | 331 | 10,568 | 6,238 |
| | 100% | 2.8% | 33.04% | 63.57% | 0.22% | 0.65% | 0.05% | 1.55% | 0.91% |

* indicates split

User: bpshan3501

Date: Thu Jun 23 10:50:48 GMT-0500 2011

Plan: (Untitled)

# VAP Summary Report

| District No. | Total | Total Hispanic18 | White18 | Black18 | American Indian18/Alaskan Native18 | Asian18 | Hawaiian or Other Pacific Islander18 | Other18 | All individuals over 18 who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 0 | 359,599 | 133,191 | 5,702 | 6,782 | 243 | 5,383 | 5,346 |
| 2 | 682,820 | 0 | 352,940 | 145,232 | 2,592 | 5,785 | 383 | 7,886 | 5,635 |
| 3 | 682,819 | 0 | 377,745 | 127,917 | 1,866 | 5,752 | 327 | 6,272 | 5,096 |
| 4 | 682,819 | 0 | 462,282 | 31,772 | 4,271 | 1,874 | 354 | 15,304 | 6,204 |
| 5 | 682,819 | 0 | 406,038 | 85,841 | 3,885 | 8,167 | 400 | 10,698 | 7,883 |
| 6 | 682,819 | 0 | 428,210 | 66,403 | 1,502 | 8,538 | 180 | 8,812 | 4,411 |
| 7 | 682,820 | 0 | 190,099 | 316,422 | 1,218 | 3,783 | 238 | 7,116 | 3,698 |
| TOTALS | 4,779,736 | 0 | 2,576,913 | 906,778 | 21,036 | 40,681 | 2,125 | 61,471 | 38,273 |

User: bpshan3501

Date: Thu Jun 23 10:51:22 GMT-0500 2011

Plan: (Untitled)

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 9486.26 | 1382348.26 | 0.4 | 0.71 | 8.82 | 2.49 | 0.16 | 0 |
| 2 | 14220.24 | 1440758.23 | 0.37 | 0.74 | 7.51 | 2.12 | 0.22 | 0 |
| 3 | 12599.78 | 1424228.79 | 0.28 | 0.7 | 7.88 | 2.22 | 0.2 | 0 |
| 4 | 12904.53 | 1275536.08 | 0.33 | 0.7 | 6.98 | 1.97 | 0.26 | 0 |
| 5 | 5727 | 822102.11 | 0.2 | 0.78 | 6.75 | 1.9 | 0.28 | 0 |
| 6 | 4954.67 | 1156802.49 | 0.39 | 0.71 | 10.21 | 2.88 | 0.12 | 0 |
| 7 | 14482.39 | 1896077.43 | 0.36 | 0.62 | 9.79 | 2.76 | 0.13 | 0 |

User: bpshan3501

Date: Thu Jun 23 10:52:11 GMT-0500 2011

Plan: (Untitled)

# Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | All individuals who chose two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|