

Buskey Congressional Plan

User: bpshan3501
Plan: Buskey Congressional Plan

Date: Mon May 23 15:52:14 GMT-0500 2011

# Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,107 | 456,744 | 190,855 | 7,904 | 9,097 | 327 | 7,973 | 9,920 |
| 2 | 682,818 | -1 | -0.00 | 24,831 | 397,621 | 249,557 | 3,263 | 8,579 | 612 | 12,173 | 11,013 |
| 3 | 682,819 | 0 | 0.00 | 17,363 | 494,353 | 161,637 | 2,407 | 6,472 | 350 | 7,863 | 9,737 |
| 4 | 682,820 | 1 | 0.00 | 43,368 | 602,331 | 35,490 | 4,447 | 2,791 | 590 | 26,884 | 10,287 |
| 5 | 682,819 | 0 | 0.00 | 31,071 | 510,192 | 123,308 | 6,622 | 10,460 | 599 | 16,125 | 15,513 |
| 6 | 682,820 | 1 | 0.00 | 28,606 | 569,020 | 77,495 | 1,958 | 11,772 | 269 | 13,945 | 8,361 |
| 7 | 682,820 | 1 | 0.00 | 21,256 | 245,133 | 412,969 | 1,617 | 4,424 | 310 | 11,947 | 6,420 |

Total Population: 4,779,736
Ideal Population: 682,819
Mean Deviation: 1
Mean Percent Deviation: 0.00
Largest Positive Deviation: 1
Largest Negative Deviation: -1
Overall Range in Deviation: 2
Overall Range in Deviation Percentage: 0.00

SOS001622

User: bpshan3501
Plan: Buskey Congressional Plan

Date: Mon May 23 15:54:21 GMT-0500 2011

## District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,107 (2.80%) | 456,744 (66.89%) | 190,855 (27.95%) | 7,904 (1.16%) | 9,097 (1.33%) | 327 (0.05%) | 7,973 (1.17%) | 9,920 (1.45%) |
| 2 | 682,818 | -1 | -0.00 | 24,831 (3.64%) | 397,621 (58.23%) | 249,557 (36.55%) | 3,263 (0.48%) | 8,579 (1.26%) | 612 (0.09%) | 12,173 (1.78%) | 11,013 (1.61%) |
| 3 | 682,819 | 0 | 0.00 | 17,363 (2.54%) | 494,353 (72.40%) | 161,637 (23.67%) | 2,407 (0.35%) | 6,472 (0.95%) | 350 (0.05%) | 7,863 (1.15%) | 9,737 (1.43%) |
| 4 | 682,820 | 1 | 0.00 | 43,368 (6.35%) | 602,331 (88.21%) | 35,490 (5.20%) | 4,447 (0.65%) | 2,791 (0.41%) | 590 (0.09%) | 26,884 (3.94%) | 10,287 (1.51%) |
| 5 | 682,819 | 0 | 0.00 | 31,071 (4.55%) | 510,192 (74.72%) | 123,308 (18.06%) | 6,622 (0.97%) | 10,460 (1.53%) | 599 (0.09%) | 16,125 (2.36%) | 15,513 (2.27%) |
| 6 | 682,820 | 1 | 0.00 | 28,606 (4.19%) | 569,020 (83.33%) | 77,495 (11.35%) | 1,958 (0.29%) | 11,772 (1.72%) | 269 (0.04%) | 13,945 (2.04%) | 8,361 (1.22%) |
| 7 | 682,820 | 1 | 0.00 | 21,256 (3.11%) | 245,133 (35.90%) | 412,969 (60.48%) | 1,617 (0.24%) | 4,424 (0.65%) | 310 (0.05%) | 11,947 (1.75%) | 6,420 (0.94%) |

User: bpshan3501
Plan: Buskey Congressional Plan

Date: Mon May 23 15:53:04 GMT-0500 2011

# All Districts Population Report

| District No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1 | | | |
| Total Population | | | | 682,820 | | | |
| Total Population 18+ | | | | 0 | | | |
| Deviation | | | | 1 | | | |
| Dev. % | | | | 0.00 | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,107 | 456,744 | 190,855 | 7,904 | 9,097 | 327 | 7,973 | 9,820 |
| Total% | 2.80 | 66.89 | 27.95 | 1.16 | 1.33 | 0.05 | 1.17 | 1.45 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 2 | | | |
| Total Population | | | | 682,818 | | | |
| Total Population 18+ | | | | 0 | | | |
| Deviation | | | | -1 | | | |
| Dev. % | | | | -0.00 | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 24,831 | 397,621 | 249,557 | 3,263 | 8,579 | 612 | 12,173 | 11,013 |
| Total% | 3.64 | 58.23 | 36.55 | 0.48 | 1.26 | 0.09 | 1.78 | 1.61 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

SOS001624

| District No. | 3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Population | 682,819 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 0 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 17,363 | 494,353 | 161,637 | 2,407 | 6,472 | 350 | 7,863 | 9,737 |
| Total% | 2.54 | 72.40 | 23.67 | 0.35 | 0.95 | 0.05 | 1.15 | 1.43 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | 4 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Population | 682,820 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 1 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 43,368 | 602,331 | 35,490 | 4,447 | 2,791 | 590 | 26,884 | 10,287 |
| Total% | 6.35 | 88.21 | 5.20 | 0.65 | 0.41 | 0.09 | 3.94 | 1.51 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | 5 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Population | 682,819 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 0 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 31,071 | 510,192 | 123,308 | 6,622 | 10,460 | 699 | 16,125 | 15,513 |
| Total% | 4.55 | 74.72 | 18.06 | 0.97 | 1.53 | 0.09 | 2.36 | 2.27 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | 6 | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | 682,820 | | | | | | |
| Total Population 18+ | 0 | | | | | | |
| Deviation | 1 | | | | | | |
| Dev. % | 0.00 | | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 28,606 | 569,020 | 77,495 | 1,958 | 11,772 | 269 | 13,945 | 8,361 |
| Total% | 4.19 | 83.33 | 11.35 | 0.29 | 1.72 | 0.04 | 2.04 | 1.22 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | 7 | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | 682,820 | | | | | | |
| Total Population 18+ | 0 | | | | | | |
| Deviation | 1 | | | | | | |
| Dev. % | 0.00 | | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 21,256 | 245,133 | 412,969 | 1,617 | 4,424 | 310 | 11,947 | 6,420 |
| Total% | 3.11 | 35.90 | 60.48 | 0.24 | 0.65 | 0.05 | 1.75 | 0.94 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

User: bpshan3501
Plan: Buskey Congressional Plan

Date: Thu Jun 23 09:25:26 GMT-0500 2011

## Assigned District Splits

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| * Clarke County | 6,149 | 70 | 1,710 | 4,360 | 39 | 8 | 0 | 1 | 31 |
| * Covington County | 2,446 | 20 | 2,224 | 184 | 9 | 1 | 1 | 4 | 23 |
| Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| Washington County | 17,581 | 151 | 11,508 | 4,380 | 1,411 | 20 | 12 | 43 | 207 |
| District 1 Total | 682,820 | 19,107 | 456,744 | 190,855 | 7,904 | 9,097 | 327 | 7,973 | 9,920 |
| | 100% | 2.8% | 66.89% | 27.95% | 1.16% | 1.33% | 0.05% | 1.17% | 1.45% |
| **District 2** | | | | | | | | | |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| * Covington County | 35,319 | 463 | 29,798 | 4,532 | 205 | 154 | 0 | 131 | 499 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |

* indicates split

SOS001627

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 1,505 |
| * Elmore County | 9,295 | 552 | 5,944 | 2,746 | 41 | 97 | 16 | 314 137 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 1,759 |
| * Lowndes County | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 0 |
| * Montgomery County | 220,068 | 8,115 | 89,704 | 117,356 | 565 | 4,809 | 168 | 4,625 2,841 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 490 |
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 1,104 |
| District 2 Total | 682,818 100% | 24,831 3.64% | 397,621 58.23% | 249,557 36.55% | 3,263 0.48% | 8,579 1.26% | 612 0.09% | 12,173 11,013 1.78% 1.61% |
| **District 3** | | | | | | | | |
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 869 |
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 387 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 160 |
| Coosa County | 11,539 | 230 | 7,648 | 3,582 | 40 | 16 | 15 | 135 103 |
| * Elmore County | 70,008 | 1,577 | 54,511 | 13,154 | 244 | 421 | 47 | 624 1,007 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 2,259 |
| Macon County | 21,452 | 232 | 3,319 | 17,729 | 29 | 76 | 2 | 69 228 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 261 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * St Clair County | 30,502 | 626 | 27,164 | 2,472 | 98 | 122 | 13 | 273 | 360 |
| Talladega County | 82,291 | 1,671 | 53,739 | 26,055 | 264 | 339 | 6 | 787 | 1,101 |
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 | 407 |
| District 3 Total | 682,819 | 17,363 | 494,353 | 161,637 | 2,407 | 6,472 | 350 | 7,863 | 9,737 |
| | 100% | 2.54% | 72.4% | 23.67% | 0.35% | 0.95% | 0.05% | 1.15% | 1.43% |
| **District 4** | | | | | | | | | |
| Blount County | 57,322 | 4,626 | 53,068 | 761 | 307 | 117 | 38 | 2,347 | 684 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 | 889 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 | 1,574 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 | 1,545 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 | 171 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 | 530 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 | 183 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 | 341 |
| Marshall County | 93,019 | 11,238 | 81,464 | 1,494 | 706 | 478 | 103 | 7,210 | 1,564 |
| * Morgan County | 88,967 | 3,168 | 78,894 | 5,426 | 795 | 561 | 23 | 1,687 | 1,581 |
| * St Clair County | 1,775 | 73 | 1,660 | 12 | 8 | 4 | 0 | 47 | 44 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 | 828 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 | 353 |
| District 4 Total | 682,820 | 43,368 | 602,331 | 35,490 | 4,447 | 2,791 | 590 | 26,884 | 10,287 |
| | 100% | 6.35% | 88.21% | 5.2% | 0.65% | 0.41% | 0.09% | 3.94% | 1.51% |
| **District 5** | | | | | | | | | |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 | 845 |
| Jackson County | 53,227 | 1,339 | 48,348 | 1,781 | 719 | 185 | 48 | 768 | 1,378 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 |
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 |
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 |
| Madison County | 334,811 | 15,404 | 228,280 | 80,376 | 2,551 | 8,265 | 365 | 6,719 |
| * Morgan County | 30,523 | 5,988 | 16,510 | 8,759 | 247 | 130 | 84 | 4,010 |
| District 5 Total | 682,819 | 31,071 | 510,192 | 123,308 | 6,622 | 10,460 | 599 | 16,125 |
| | 100% | 4.55% | 74.72% | 18.06% | 0.97% | 1.53% | 0.09% | 2.36% |
| **District 6** | | | | | | | | |
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 |
| Chilton County | 43,643 | 3,420 | 36,713 | 4,230 | 155 | 130 | 55 | 1,854 |
| * Jefferson County | 318,221 | 10,843 | 262,465 | 38,786 | 870 | 6,826 | 79 | 5,453 |
| * St Clair County | 51,316 | 1,017 | 44,917 | 4,666 | 175 | 392 | 33 | 414 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 |
| * Tuscaloosa County | 51,640 | 1,353 | 45,601 | 4,034 | 141 | 676 | 15 | 666 |
| District 6 Total | 682,820 | 28,606 | 569,020 | 77,495 | 1,958 | 11,772 | 269 | 13,945 |
| | 100% | 4.19% | 83.33% | 11.35% | 0.29% | 1.72% | 0.04% | 2.04% |
| **District 7** | | | | | | | | |
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 |
| * Clarke County | 19,684 | 201 | 12,360 | 6,976 | 64 | 69 | 4 | 66 |
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| *Jefferson County | 340,245 | 14,645 | 86,701 | 237,739 | 870 | 2,332 | 165 | 8,905 | 3,533 |
| *Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 | 60 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 | 164 |
| *Montgomery County | 9,295 | 199 | 952 | 8,121 | 24 | 12 | 3 | 118 | 65 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 | 43 |
| Pickens County | 19,746 | 313 | 11,110 | 8,211 | 28 | 36 | 1 | 128 | 232 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 | 47 |
| *Tuscaloosa County | 143,016 | 4,596 | 83,403 | 53,577 | 385 | 1,630 | 102 | 2,327 | 1,592 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 | 51 |
| District 7 Total | 682,820 | 21,256 | 245,133 | 412,969 | 1,617 | 4,424 | 310 | 11,947 | 6,420 |
| | 100% | 3.11% | 35.9% | 60.48% | 0.24% | 0.65% | 0.05% | 1.75% | 0.94% |

*indicates split

SOS001631

User: bpshan3501
Plan: Buskey Congressional Plan

Date: Thu Jun 23 09:47:05 GMT-0500 2011

## VAP Summary Report

| District No. | Total | Total Hispanic18 | White18 | Black18 | American Indian18/Alaskan Native18 | Asian18 | Hawaiian or Other Pacific Islander18 | Other18 | All individuals over 18 who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 0 | 358,152 | 134,600 | 5,709 | 6,775 | 244 | 5,361 | 5,339 |
| 2 | 682,818 | 0 | 316,548 | 179,155 | 2,475 | 6,504 | 449 | 7,926 | 5,573 |
| 3 | 682,819 | 0 | 388,540 | 119,435 | 1,917 | 4,982 | 262 | 5,221 | 5,109 |
| 4 | 682,820 | 0 | 467,723 | 25,883 | 3,314 | 2,085 | 350 | 15,852 | 5,743 |
| 5 | 682,819 | 0 | 400,590 | 91,732 | 4,842 | 7,956 | 404 | 10,146 | 8,345 |
| 6 | 682,820 | 0 | 439,453 | 55,039 | 1,477 | 8,570 | 197 | 9,033 | 4,373 |
| 7 | 682,820 | 0 | 205,907 | 300,934 | 1,302 | 3,809 | 219 | 7,932 | 3,791 |
| TOTALS | 4,779,736 | 0 | 2,576,913 | 906,778 | 21,036 | 40,681 | 2,125 | 61,471 | 38,273 |

User: bpshan3501
Plan: Buskey Congressional Plan

Date: Mon May 23 15:58:10 GMT-0500 2011

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 10118.08 | 1243378.49 | 0.35 | 0.67 | 7.68 | 2.17 | 0.21 | 0 |
| 2 | 13355.08 | 1274851.29 | 0.41 | 0.78 | 6.85 | 1.93 | 0.27 | 0 |
| 3 | 12288.61 | 1377079.39 | 0.34 | 0.73 | 7.72 | 2.18 | 0.21 | 0 |
| 4 | 11730.81 | 1218097.05 | 0.31 | 0.73 | 6.99 | 1.97 | 0.26 | 0 |
| 5 | 6899.08 | 844180.36 | 0.24 | 0.81 | 6.32 | 1.78 | 0.32 | 0 |
| 6 | 5726.45 | 1281649.12 | 0.46 | 0.69 | 10.52 | 2.97 | 0.11 | 0 |
| 7 | 14256.76 | 1660145.11 | 0.4 | 0.66 | 8.64 | 2.44 | 0.17 | 0 |

SOS001633

User: bpshan3501
Plan: Buskey Congressional Plan

Date: Mon May 23 15:57:40 GMT-0500 2011

# Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|

SOS001634