FILED
2021 Dec-27 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

STATE CONGRESSIONAL 1



SOS001537

User: bpshan3501
Plan: STATE CONGRESSIONAL 1

Date: Mon Jun 20 12:14:13 GMT-0500 2011

# Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,087 | 458,705 | 188,859 | 7,889 | 9,106 | 326 | 7,999 | 9,936 |
| 2 | 682,820 | 1 | 0.00 | 24,612 | 446,880 | 201,339 | 3,398 | 7,531 | 516 | 12,103 | 11,053 |
| 3 | 682,819 | 0 | 0.00 | 17,885 | 482,509 | 171,775 | 2,354 | 7,837 | 410 | 7,977 | 9,957 |
| 4 | 682,819 | 0 | 0.00 | 48,391 | 584,856 | 46,708 | 6,013 | 2,719 | 667 | 30,412 | 11,444 |
| 5 | 682,819 | 0 | 0.00 | 26,053 | 527,664 | 112,088 | 5,056 | 10,532 | 522 | 12,602 | 14,355 |
| 6 | 682,819 | 0 | 0.00 | 30,485 | 549,160 | 96,447 | 1,987 | 11,423 | 285 | 15,249 | 8,268 |
| 7 | 682,820 | 1 | 0.00 | 19,089 | 225,620 | 434,095 | 1,521 | 4,447 | 331 | 10,568 | 6,238 |

Total Population: 4,779,736
Ideal Population: 682,819
Mean Deviation: 0
Mean Percent Deviation: 0.01
Largest Positive Deviation: 1
Largest Negative Deviation: 0
Overall Range in Deviation: 1
Overall Range in Deviation Percentage: 0.00

User: bpshan3501
Plan: STATE CONGRESSIONAL 1

Date: Mon Jun 20 12:15:23 GMT-0500 2011

## District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,087 (2.80%) | 458,705 (67.18%) | 188,859 (27.66%) | 7,889 (1.16%) | 9,106 (1.33%) | 326 (0.05%) | 7,999 (1.17%) | 9,936 (1.46%) |
| 2 | 682,820 | 1 | 0.00 | 24,612 (3.60%) | 446,880 (65.45%) | 201,339 (29.49%) | 3,398 (0.50%) | 7,531 (1.10%) | 516 (0.08%) | 12,103 (1.77%) | 11,053 (1.62%) |
| 3 | 682,819 | 0 | 0.00 | 17,885 (2.62%) | 482,509 (70.66%) | 171,775 (25.16%) | 2,354 (0.34%) | 7,837 (1.15%) | 410 (0.06%) | 7,977 (1.17%) | 9,957 (1.46%) |
| 4 | 682,819 | 0 | 0.00 | 48,391 (7.09%) | 584,856 (85.65%) | 46,708 (6.84%) | 6,013 (0.88%) | 2,719 (0.40%) | 667 (0.10%) | 30,412 (4.45%) | 11,444 (1.68%) |
| 5 | 682,819 | 0 | 0.00 | 26,053 (3.82%) | 527,664 (77.28%) | 112,088 (16.42%) | 5,056 (0.74%) | 10,532 (1.54%) | 522 (0.08%) | 12,602 (1.85%) | 14,355 (2.10%) |
| 6 | 682,819 | 0 | 0.00 | 30,485 (4.46%) | 549,160 (80.43%) | 96,447 (14.12%) | 1,987 (0.29%) | 11,423 (1.67%) | 285 (0.04%) | 15,249 (2.23%) | 8,268 (1.21%) |
| 7 | 682,820 | 1 | 0.00 | 19,089 (2.80%) | 225,620 (33.04%) | 434,095 (63.57%) | 1,521 (0.22%) | 4,447 (0.65%) | 331 (0.05%) | 10,568 (1.55%) | 6,238 (0.91%) |

User: bpshan3501
Plan: STATE CONGRESSIONAL 1

Date: Mon Jun 20 12:14:58 GMT-0500 2011

# All Districts Population Report

| District No. | | 1 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 682,820 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | 1 | | | | | |
| Dev. % | | 0.00 | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,087 | 458,705 | 188,859 | 7,889 | 9,106 | 326 | 7,999 | 9,936 |
| Total% | 2.80 | 67.18 | 27.66 | 1.16 | 1.33 | 0.05 | 1.17 | 1.46 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | 2 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 682,820 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | 1 | | | | | |
| Dev. % | | 0.00 | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 24,612 | 446,880 | 201,339 | 3,398 | 7,531 | 516 | 12,103 | 11,053 |
| Total% | 3.60 | 65.45 | 29.49 | 0.50 | 1.10 | 0.08 | 1.77 | 1.62 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 3

Total Population 682,819
Total Population 18+ 0
Deviation 0
Total18+% 0.00
Dev. %

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 17,885 | 482,509 | 171,775 | 2,354 | 7,837 | 410 | 7,977 | 9,957 |
| Total% | 2.62 | 70.66 | 25.16 | 0.34 | 1.15 | 0.06 | 1.17 | 1.46 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 4

Total Population 682,819
Total Population 18+ 0
Deviation 0
Total18+% 0.00
Dev. %

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 48,391 | 584,856 | 46,708 | 6,013 | 2,719 | 667 | 30,412 | 11,444 |
| Total% | 7.09 | 85.65 | 6.84 | 0.88 | 0.40 | 0.10 | 4.45 | 1.68 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 5

Total Population 682,819
Total Population 18+ 0
Deviation 0
Dev. % 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 26,053 | 527,664 | 112,088 | 5,056 | 10,532 | 522 | 12,602 | 14,355 |
| Total% | 3.82 | 77.28 | 16.42 | 0.74 | 1.54 | 0.08 | 1.85 | 2.10 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 6

Total Population: 682,819
Total Population 18+: 0
Deviation: 0
Dev. %: 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 30,485 | 549,160 | 96,447 | 1,987 | 11,423 | 285 | 15,249 | 8,268 |
| Total% | 4.46 | 80.43 | 14.12 | 0.29 | 1.67 | 0.04 | 2.23 | 1.21 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 7

Total Population: 682,820
Deviation: 1
Dev. %: 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,089 | 225,620 | 434,095 | 1,521 | 4,447 | 331 | 10,568 | 6,238 |
| Total% | 2.80 | 33.04 | 63.57 | 0.22 | 0.65 | 0.05 | 1.55 | 0.91 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

User: bpshan3501
Plan: STATE CONGRESSIONAL 1

Date: Mon Jun 20 12:17:48 GMT-0500 2011

## Assigned District Splits

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| * Clarke County | 8,595 | 70 | 5,895 | 2,548 | 33 | 18 | 0 | 31 | 70 |
| Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| Washington County | 17,581 | 151 | 11,508 | 4,380 | 1,411 | 20 | 12 | 43 | 207 |
| District 1 Total | 682,820 | 19,087 | 458,705 | 188,859 | 7,889 | 9,106 | 326 | 7,999 | 9,936 |
| | 100% | 2.8% | 67.18% | 27.66% | 1.16% | 1.33% | 0.05% | 1.17% | 1.46% |
| **District 2** | | | | | | | | |
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 | 869 |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 | 1,505 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Elmore County | 79,303 | 2,129 | 60,455 | 15,900 | 285 | 518 | 63 | 938 | 1,144 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| * Montgomery County | 145,992 | 6,935 | 67,822 | 68,292 | 434 | 3,101 | 105 | 4,152 | 2,086 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| District 2 Total | 682,820 | 24,612 | 446,880 | 201,339 | 3,398 | 7,531 | 516 | 12,103 | 11,053 |
| | 100% | 3.6% | 65.45% | 29.49% | 0.5% | 1.1% | 0.08% | 1.77% | 1.62% |

## District 3

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 | 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 | 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| Macon County | 21,452 | 232 | 3,319 | 17,729 | 29 | 76 | 2 | 69 | 228 |
| * Montgomery County | 31,854 | 681 | 19,801 | 9,714 | 69 | 1,648 | 8 | 239 | 375 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 | 1,104 |
| * St Clair County | 81,819 | 1,638 | 72,084 | 7,140 | 273 | 514 | 46 | 682 | 1,080 |
| Talladega County | 82,291 | 1,671 | 53,739 | 26,055 | 264 | 339 | 6 | 787 | 1,101 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 |
| District 3 Total | 682,819 | 17,885 | 482,509 | 171,775 | 2,354 | 7,837 | 410 | 7,977 |
| | 100% | 2.62% | 70.66% | 25.16% | 0.34% | 1.15% | 0.06% | 1.17% |
| **District 4** | | | | | | | | |
| Blount County | 57,322 | 4,626 | 53,068 | 761 | 307 | 117 | 38 | 2,347 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 |
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 |
| Marshall County | 93,019 | 11,238 | 81,464 | 1,494 | 706 | 478 | 103 | 7,210 |
| * Morgan County | 54,628 | 7,612 | 34,775 | 12,708 | 408 | 447 | 94 | 4,935 |
| * St Clair County | 1,774 | 78 | 1,657 | 10 | 8 | 4 | 0 | 52 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 |
| District 4 Total | 682,819 | 48,391 | 584,856 | 46,708 | 6,013 | 2,719 | 667 | 30,412 |
| | 100% | 7.09% | 85.65% | 6.84% | 0.88% | 0.4% | 0.1% | 4.45% |
| **District 5** | | | | | | | | |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 |
| Jackson County | 53,227 | 1,339 | 48,348 | 1,781 | 719 | 185 | 48 | 768 |

District 4 Total row totals shown: 11,444 / 1.68%; other district 4 county "Other Two or more races": Blount 684, Cullman 889, De Kalb 1,574, Etowah 1,545, Fayette 171, Franklin 530, Lamar 183, Lawrence 1,478, Marion 341, Marshall 1,564, Morgan 1,261, St Clair 43, Walker 828, Winston 353. District 3 Total final column: 9,957 / 1.46%. Tallapoosa final: 407. District 5 rows final: Colbert 845, Jackson 1,378.

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 | 1,306 |
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 | 1,468 |
| Madison County | 334,811 | 15,404 | 228,280 | 80,376 | 2,551 | 8,265 | 365 | 6,719 | 8,255 |
| * Morgan County | 64,862 | 1,544 | 60,629 | 1,477 | 634 | 244 | 13 | 762 | 1,103 |
| District 5 Total | 682,819 | 26,053 | 527,664 | 112,088 | 5,056 | 10,532 | 522 | 12,602 | 14,355 |
| | 100% | 3.82% | 77.28% | 16.42% | 0.74% | 1.54% | 0.08% | 1.85% | 2.1% |
| **District 6** | | | | | | | | | |
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 | 203 |
| Chilton County | 43,643 | 3,420 | 36,713 | 4,230 | 155 | 130 | 55 | 1,854 | 506 |
| Coosa County | 11,539 | 230 | 7,648 | 3,582 | 40 | 16 | 15 | 135 | 103 |
| * Jefferson County | 357,207 | 13,494 | 279,685 | 58,245 | 1,033 | 6,845 | 113 | 7,026 | 4,260 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 | 2,684 |
| * Tuscaloosa County | 52,430 | 1,368 | 45,790 | 4,611 | 142 | 684 | 15 | 676 | 512 |
| District 6 Total | 682,819 | 30,485 | 549,160 | 96,447 | 1,987 | 11,423 | 285 | 15,249 | 8,268 |
| | 100% | 4.46% | 80.43% | 14.12% | 0.29% | 1.67% | 0.04% | 2.23% | 1.21% |
| **District 7** | | | | | | | | | |
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 | 58 |
| * Clarke County | 17,238 | 201 | 8,175 | 8,788 | 70 | 59 | 4 | 36 | 106 |
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 | 299 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 | 43 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 | 88 |
| * Jefferson County | 301,259 | 11,994 | 69,481 | 218,280 | 707 | 2,313 | 131 | 7,332 | 3,015 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 60 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 164 |
| * Montgomery County | 51,517 | 698 | 3,033 | 47,471 | 86 | 72 | 58 | 352 445 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 43 |
| Pickens County | 19,746 | 313 | 11,110 | 8,211 | 28 | 36 | 1 | 128 232 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 47 |
| * Tuscaloosa County | 142,226 | 4,581 | 83,214 | 53,000 | 384 | 1,622 | 102 | 2,317 1,587 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 51 |
| District 7 Total | 682,820 | 19,089 | 225,620 | 434,095 | 1,521 | 4,447 | 331 | 10,568 6,238 |
| | 100% | 2.8% | 33.04% | 63.57% | 0.22% | 0.65% | 0.05% | 1.55% 0.91% |

* indicates split

User: bpshan3501

Plan: State Congressional 1

Date: Wed May 18 08:22:42 GMT-0500 2011

## VAP Summary Report

| District No. | Total | Total Hispanic18 | White18 | Black18 | American Indian18/Alaskan Native18 | Asian18 | Hawaiian or Other Pacific Islander18 | Other18 | All individuals over 18 who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 0 | 359,599 | 133,191 | 5,702 | 6,782 | 243 | 5,383 | 5,346 |
| 2 | 682,820 | 0 | 352,940 | 145,232 | 2,592 | 5,785 | 383 | 7,886 | 5,635 |
| 3 | 682,819 | 0 | 380,257 | 126,210 | 1,861 | 5,926 | 299 | 5,271 | 5,153 |
| 4 | 682,819 | 0 | 455,545 | 34,174 | 4,351 | 2,036 | 395 | 18,035 | 6,341 |
| 5 | 682,819 | 0 | 412,775 | 83,439 | 3,805 | 8,005 | 359 | 7,967 | 7,746 |
| 6 | 682,819 | 0 | 425,698 | 68,110 | 1,507 | 8,364 | 208 | 9,813 | 4,354 |
| 7 | 682,820 | 0 | 190,099 | 316,422 | 1,218 | 3,783 | 238 | 7,116 | 3,698 |
| TOTALS | 4,779,736 | 0 | 2,576,913 | 906,778 | 21,036 | 40,681 | 2,125 | 61,471 | 38,273 |

SOS001548

User: bpshan3501
Plan: STATE CONGRESSIONAL 1

Date: Mon Jun 20 12:16:24 GMT-0500 2011

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 9486.52 | 1382685.65 | 0.4 | 0.71 | 8.82 | 2.49 | 0.16 | 0 |
| 2 | 14220.33 | 1440966.32 | 0.37 | 0.74 | 7.51 | 2.12 | 0.22 | 0 |
| 3 | 11101.91 | 1289143.48 | 0.28 | 0.72 | 7.6 | 2.14 | 0.22 | 0 |
| 4 | 12060.58 | 1328679.14 | 0.32 | 0.71 | 7.52 | 2.12 | 0.22 | 0 |
| 5 | 6570.95 | 959992.43 | 0.23 | 0.78 | 7.36 | 2.08 | 0.23 | 0 |
| 6 | 6452.77 | 1262021.89 | 0.36 | 0.72 | 9.76 | 2.75 | 0.13 | 0 |
| 7 | 14481.8 | 1904270.3 | 0.36 | 0.62 | 9.83 | 2.77 | 0.13 | 0 |

SOS001549

User: bpshan3501
Plan: STATE CONGRESSIONAL 1

Date: Mon Jun 20 12:15:56 GMT-0500 2011

# Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|------|------------------|--------------------|-----------|-----------|-------------------------------------|-----------|----------------------------------------|-----------|-----------------------|
|      |                  |                    |           |           |                                     |           |                                        |           |                       |