User:
Plan Name: **Enacted Congress B-V-C**
Plan Type: **Congress**

# Population Summary

Monday, November 29, 2021									9:08 PM

| District | Population | Deviation | % Devn. | White | [% White] | Black | [% Black] | [18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00% | 458,705 | 67.18% | 188,859 | 27.66% | 516,246 |
| 2 | 682,820 | 1 | 0.00% | 446,880 | 65.45% | 201,339 | 29.49% | 520,453 |
| 3 | 682,819 | 0 | 0.00% | 482,435 | 70.65% | 171,780 | 25.16% | 524,977 |
| 4 | 682,819 | 0 | 0.00% | 591,403 | 86.61% | 46,636 | 6.83% | 522,101 |
| 5 | 682,819 | 0 | 0.00% | 518,464 | 75.93% | 116,026 | 16.99% | 522,912 |
| 6 | 682,819 | 0 | 0.00% | 551,887 | 80.82% | 92,576 | 13.56% | 518,014 |
| 7 | 682,820 | 1 | 0.00% | 225,620 | 33.04% | 434,095 | 63.57% | 522,574 |

Total Population: 4,779,736
Ideal District Population: 682,819

**Summary Statistics:**

Population Range: 682,819 to 682,820
Ratio Range: 0.00
Absolute Range: 0 to 1
Absolute Overall Range: 1
Relative Range: 0.00% to 0.00%
Relative Overall Range: 0.00%
Absolute Mean Deviation: 0.43
Relative Mean Deviation: 0.00%
Standard Deviation: 0.49