FILED

2021 Dec-27  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Enacted Congress B-V-C**
Plan Type: **Congress**

# Population Summary

Monday, November 29, 2021                                                                                    9:06 PM

| District | Population | Deviation | % Devn. | AP_Wht | [% AP_Wht] | AP_Blk | [% AP_Blk] | [18+ _AP_Wht] | [% 18+ _AP_Blk] |
|----------|-----------|-----------|---------|--------|-----------|--------|-----------|--------------|-----------------|
| 1 | 682,820 | 1 | 0.00% | 467,084 | 68.41% | 193,045 | 28.27% | 363,917 | 26.11% |
| 2 | 682,820 | 1 | 0.00% | 456,277 | 66.82% | 206,496 | 30.24% | 357,531 | 28.26% |
| 3 | 682,819 | 0 | 0.00% | 491,117 | 71.92% | 176,382 | 25.83% | 384,512 | 24.34% |
| 4 | 682,819 | 0 | 0.00% | 601,683 | 88.12% | 49,772 | 7.29% | 466,144 | 6.72% |
| 5 | 682,819 | 0 | 0.00% | 531,499 | 77.84% | 121,856 | 17.85% | 412,805 | 16.81% |
| 6 | 682,819 | 0 | 0.00% | 559,255 | 81.9% | 95,663 | 14.01% | 431,438 | 12.85% |
| 7 | 682,820 | 1 | 0.00% | 230,162 | 33.71% | 437,904 | 64.13% | 192,592 | 60.91% |

Total Population:                              4,779,736

Ideal District Population:                    682,819

## Summary Statistics:

Population Range:                    682,819 to 682,820

Ratio Range:                           0.00

Absolute Range:                      0 to 1

Absolute Overall Range:            1

Relative Range:                       0.00% to 0.00%

Relative Overall Range:            0.00%

Absolute Mean Deviation:         0.43

Relative Mean Deviation:          0.00%

Standard Deviation:                  0.49

RC 000012