FILED

2021 Dec-27  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:

Plan Name: **Enacted Congress B-V-C**

Plan Type: **Congress**

# Plan Components

Monday, November 29, 2021                                                                 9:14 PM

|  | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 1** | | | | |
| County: Baldwin AL | 182,265 | 140,367 | 122,238 | 12,272 |
| County: Clarke AL | | | | |
| VTD: Jackson City Hall (part) | 397 | 298 | 19 | 279 |
| **VTD Jackson City Hall Subtotal** | **397** | **298** | **19** | **279** |
| VTD: Old Engineers Building/Antioch Fire Station/Hellwest (part) | 3,606 | 2,749 | 1,936 | 786 |
| **VTD Old Engineers Building/Antioch Fire Station/Hellwest Subtotal** | **3,606** | **2,749** | **1,936** | **786** |
| VTD: Salitpa Fire Dept. | 354 | 269 | 169 | 99 |
| VTD: Skipper Fire Station-Jackson National Guard-Jackson | 4,238 | 3,188 | 2,451 | 672 |
| VTD: Whatley Timber Company/Grove Hill National Guard (part) | 0 | 0 | 0 | 0 |
| **VTD Whatley Timber Company/Grove Hill National Guard Subtotal** | **0** | **0** | **0** | **0** |
| **County Clarke AL Subtotal** | **8,595** | **6,504** | **4,575** | **1,836** |
| County: Escambia AL | 38,319 | 29,640 | 18,870 | 9,203 |
| County: Mobile AL | 412,992 | 309,411 | 195,148 | 99,886 |
| County: Monroe AL | 23,068 | 17,227 | 9,902 | 6,864 |
| County: Washington AL | 17,581 | 13,097 | 8,866 | 3,130 |
| **District 1 Total** | **682,820** | **516,246** | **359,599** | **133,191** |
| **District 2** | | | | |
| County: Autauga AL | 54,571 | 39,958 | 31,910 | 6,767 |
| County: Barbour AL | 27,457 | 21,442 | 10,855 | 9,647 |
| County: Bullock AL | 10,914 | 8,484 | 2,164 | 5,838 |
| County: Butler AL | 20,947 | 15,891 | 9,109 | 6,504 |
| County: Coffee AL | 49,948 | 37,864 | 29,045 | 6,090 |
| County: Conecuh AL | 13,228 | 10,186 | 5,578 | 4,410 |
| County: Covington AL | 37,765 | 29,242 | 25,296 | 3,335 |
| County: Crenshaw AL | 13,906 | 10,598 | 7,835 | 2,405 |
| County: Dale AL | 50,251 | 37,774 | 28,954 | 6,743 |
| County: Elmore AL | 79,303 | 60,596 | 46,838 | 11,866 |
| County: Geneva AL | 26,790 | 20,799 | 18,202 | 1,901 |
| County: Henry AL | 17,302 | 13,384 | 9,391 | 3,713 |
| County: Houston AL | 101,547 | 76,621 | 55,679 | 18,237 |
| County: Montgomery AL | | | | |
| VTD: 1A Cloverdale Community Center Voting District | 7,750 | 6,228 | 4,717 | 1,337 |
| VTD: 1B Vaughn Park Church Of Christ Voting District | 9,871 | 7,584 | 4,190 | 3,071 |

RC 000252

## Plan Components

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 2** | | | | |
| County: Montgomery AL | | | | |
| VTD: 1C Montgomery Museum Of Fine Arts Voting District | 7,428 | 5,988 | 2,614 | 3,080 |
| VTD: 1D Whitfield Memorial United Methodist Church | 6,345 | 4,749 | 2,261 | 2,360 |
| VTD: 1E Aldersgate United Methodist Church Voting Distric | 7,624 | 5,591 | 1,265 | 4,086 |
| VTD: 2A St. Paul AME Church (part) | 4,539 | 3,287 | 549 | 2,671 |
| **VTD 2A St. Paul AME Church Subtotal** | **4,539** | **3,287** | **549** | **2,671** |
| VTD: 2D Montgomery Boys Club Voting District | 4,288 | 3,498 | 1,626 | 1,735 |
| VTD: 2J Hunter Station Community Center Voting District | 1,409 | 1,052 | 443 | 382 |
| VTD: 2K Catoma School Voting District | 1,878 | 1,531 | 1,133 | 373 |
| VTD: 2M Pintala Volunteer Fire Dept Voting District | 2,314 | 1,901 | 1,215 | 638 |
| VTD: 3A Capitol Heights Baptist Church Voting District | 3,569 | 2,747 | 1,840 | 774 |
| VTD: 3B Highland Gardens Community Center Voting District | 3,197 | 2,268 | 1,261 | 905 |
| VTD: 3C Coliseum Blvd Public Library Voting District | 4,513 | 3,575 | 3,035 | 421 |
| VTD: 3D Lagoon Park Fire Station Voting District | 6,353 | 4,794 | 3,570 | 903 |
| VTD: 3E Flowers Elementary School Voting District | 6,325 | 4,902 | 4,072 | 703 |
| VTD: 3F Goodwyn Community Center Voting District | 7,560 | 6,168 | 4,784 | 1,202 |
| VTD: 3G Alcazar Shrine Temple Voting District | 3,614 | 2,815 | 909 | 1,756 |
| VTD: 3H Auburn University at Montgomery (part) | 5,451 | 4,425 | 2,581 | 1,481 |
| **VTD 3H Auburn University at Montgomery Subtotal** | **5,451** | **4,425** | **2,581** | **1,481** |
| VTD: 4B Houston Hills Community Center Voting District | 1,477 | 1,151 | 133 | 1,002 |
| VTD: 4C Alabama State University Voting District (part) | 513 | 420 | 144 | 269 |
| **VTD 4C Alabama State University Voting District Subtotal** | **513** | **420** | **144** | **269** |
| VTD: 4D Hamner Hall Fire Station Voting District | 1,592 | 1,438 | 346 | 1,069 |
| VTD: 4F Newtown Community Center Voting District | 2,392 | 1,688 | 253 | 1,411 |
| VTD: 4G King Hill Community Center Voting District | 3,837 | 2,800 | 1,160 | 927 |
| VTD: 4H North Montgomery Community Center Voting District | 4,796 | 3,586 | 491 | 3,021 |

RC 000253

## Plan Components

|  | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 2** | | | | |
| County: Montgomery AL | | | | |
| VTD: 4I Union Academy Baptist Church Voting District | 312 | 249 | 126 | 118 |
| VTD: 4J Union Chapel AME Zion Church Voting District | 1,572 | 1,323 | 451 | 852 |
| VTD: 4K Chisholm Community Center Voting District | 3,226 | 2,188 | 803 | 1,207 |
| VTD: 4N Highland Avenue Baptist Church | 2,396 | 1,710 | 696 | 888 |
| VTD: 4O Wares Ferry Road Elementary School | 5,139 | 3,529 | 1,097 | 2,259 |
| VTD: 5B Snowdoun Womens Club Voting District | 760 | 597 | 435 | 154 |
| VTD: 5C Strata Church of Christ | 578 | 449 | 285 | 159 |
| VTD: 5D Ramer Library Voting District | 809 | 696 | 390 | 281 |
| VTD: 5E Fitzpatrick Elementary School Voting District | 10,589 | 7,176 | 1,545 | 4,665 |
| VTD: 5F Davis Crossroads Substation | 450 | 376 | 268 | 102 |
| VTD: 5G South Montgomery Volunteer Fire Dept Voting Distr | 841 | 683 | 427 | 251 |
| VTD: 5H South Montgomery Volunteer Fire Station | 895 | 732 | 500 | 215 |
| VTD: 5M Bell Road YMCA Voting District | 9,790 | 7,503 | 4,586 | 2,006 |
| **County Montgomery AL Subtotal** | **145,992** | **111,397** | **56,201** | **48,734** |
| County: Pike AL | 32,899 | 26,217 | 15,883 | 9,042 |
| **District 2 Total** | **682,820** | **520,453** | **352,940** | **145,232** |
| **District 3** | | | | |
| County: Calhoun AL | 118,572 | 91,446 | 70,313 | 17,746 |
| County: Chambers AL | 34,215 | 26,512 | 16,182 | 9,798 |
| County: Cherokee AL | | | | |
| VTD: Broomtown Volunteer Fire Dept. (part) | 6 | 5 | 5 | 0 |
| **VTD Broomtown Volunteer Fire Dept. Subtotal** | **6** | **5** | **5** | **0** |
| VTD: Cedar Bluff First Baptist Church | 2,824 | 2,223 | 2,029 | 144 |
| VTD: Daniel's Chapel (Little River ) | 336 | 287 | 284 | 0 |
| VTD: Ebenezer Methodist Church | 1,107 | 872 | 697 | 156 |
| VTD: Ellisville Volunteer Fire Dept. | 467 | 375 | 316 | 48 |
| VTD: Gaylesville Town Hall (part) | 902 | 691 | 674 | 7 |
| **VTD Gaylesville Town Hall Subtotal** | **902** | **691** | **674** | **7** |
| VTD: Goshen United Methodist Church | 811 | 636 | 612 | 2 |
| VTD: Leesburg Volunteer Fire Dept. | 2,295 | 1,814 | 1,740 | 35 |
| VTD: McCord's Crossroad Volunteer Fire Dept./ Rock Run Ch | 1,267 | 966 | 942 | 8 |
| VTD: Mt. Weisner Volunteer Fire Dept./Melrose Baptist Chu | 1,205 | 945 | 822 | 104 |
| VTD: New Hope Methodist Church | 730 | 614 | 539 | 63 |

RC 000254

## Plan Components

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---:|---:|---:|---:|
| **District 3** | | | | |
| County: Cherokee AL | | | | |
| VTD: Recreational Outreach Center | 5,864 | 4,683 | 4,349 | 267 |
| VTD: Sand Rock Town Hall | 2,137 | 1,608 | 1,521 | 5 |
| VTD: Shady Grove Fellowship Hall | 350 | 277 | 220 | 55 |
| VTD: Spring Creek Volunteer Fire Dept. | 1,294 | 1,030 | 1,005 | 6 |
| VTD: Spring Garden Volunteer Fire Dept. | 1,209 | 902 | 881 | 6 |
| VTD: Tucker's Chapel VFW | 443 | 335 | 329 | 0 |
| VTD: Unity Missionary Baptist Church (part) | 711 | 550 | 547 | 0 |
| **VTD Unity Missionary Baptist Church Subtotal** | **711** | **550** | **547** | **0** |
| VTD: Valley Church (part) | 257 | 203 | 199 | 0 |
| **VTD Valley Church Subtotal** | **257** | **203** | **199** | **0** |
| **County Cherokee AL Subtotal** | **24,215** | **19,016** | **17,711** | **906** |
| County: Clay AL | 13,932 | 10,788 | 8,966 | 1,528 |
| County: Cleburne AL | 14,972 | 11,421 | 10,820 | 379 |
| County: Lee AL | 140,247 | 108,656 | 79,707 | 23,150 |
| County: Macon AL | 21,452 | 17,032 | 2,747 | 13,985 |
| County: Montgomery AL | | | | |
| VTD: 3H Auburn University at Montgomery (part) | 2,164 | 1,660 | 1,258 | 270 |
| **VTD 3H Auburn University at Montgomery Subtotal** | **2,164** | **1,660** | **1,258** | **270** |
| VTD: 3I Eastdale Baptist Church Voting District | 5,686 | 4,313 | 1,888 | 2,187 |
| VTD: 5I Pike Road Volunteer Fire Protection Authority | 4,169 | 3,020 | 2,201 | 678 |
| VTD: 5J Georgia Washington Jr. High School Voting Distric | 7,699 | 5,987 | 3,032 | 2,764 |
| VTD: 5K Lakeview Baptist Church Voting Center | 3,456 | 2,868 | 2,185 | 540 |
| VTD: 5L Saint James United Methodist Church | 8,680 | 6,200 | 4,755 | 775 |
| **County Montgomery AL Subtotal** | **31,854** | **24,048** | **15,319** | **7,214** |
| County: Randolph AL | 22,913 | 17,440 | 13,688 | 3,299 |
| County: Russell AL | 52,947 | 39,448 | 22,357 | 15,678 |
| County: St. Clair AL | 83,593 | 63,767 | 56,664 | 5,436 |
| County: Talladega AL | 82,291 | 63,006 | 42,286 | 19,115 |
| County: Tallapoosa AL | 41,616 | 32,397 | 23,438 | 7,981 |
| **District 3 Total** | **682,819** | **524,977** | **380,198** | **126,215** |
| **District 4** | | | | |
| County: Blount AL | | | | |
| VTD: Brooksville (part) | 321 | 249 | 236 | 0 |
| **VTD Brooksville Subtotal** | **321** | **249** | **236** | **0** |
| VTD: Rock Springs (part) | 412 | 309 | 299 | 0 |
| **VTD Rock Springs Subtotal** | **412** | **309** | **299** | **0** |

RC 000255

## Plan Components

|  | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---:|---:|---:|---:|
| **District 4** | | | | |
| County: Blount AL | | | | |
| VTD: Snead (part) | 2,271 | 1,708 | 1,608 | 4 |
| **VTD Snead Subtotal** | **2,271** | **1,708** | **1,608** | **4** |
| VTD: Summit | 1,251 | 916 | 882 | 3 |
| VTD: Susan Moore (part) | 637 | 464 | 417 | 2 |
| **VTD Susan Moore Subtotal** | **637** | **464** | **417** | **2** |
| **County Blount AL Subtotal** | **4,892** | **3,646** | **3,442** | **9** |
| County: Cherokee AL | | | | |
| VTD: Broomtown Volunteer Fire Dept. (part) | 773 | 608 | 604 | 1 |
| **VTD Broomtown Volunteer Fire Dept. Subtotal** | **773** | **608** | **604** | **1** |
| VTD: Friendship Baptist Church/Mt. Calvery Baptist Church | 793 | 630 | 614 | 2 |
| VTD: Gaylesville Town Hall (part) | 57 | 47 | 40 | 0 |
| **VTD Gaylesville Town Hall Subtotal** | **57** | **47** | **40** | **0** |
| VTD: Unity Missionary Baptist Church (part) | 49 | 35 | 35 | 0 |
| **VTD Unity Missionary Baptist Church Subtotal** | **49** | **35** | **35** | **0** |
| VTD: Valley Church (part) | 102 | 87 | 86 | 0 |
| **VTD Valley Church Subtotal** | **102** | **87** | **86** | **0** |
| **County Cherokee AL Subtotal** | **1,774** | **1,407** | **1,379** | **3** |
| County: Colbert AL | 54,428 | 42,394 | 34,706 | 6,598 |
| County: Cullman AL | 80,406 | 61,765 | 58,901 | 655 |
| County: DeKalb AL | 71,109 | 52,743 | 46,173 | 796 |
| County: Etowah AL | 104,430 | 80,444 | 66,048 | 11,493 |
| County: Fayette AL | 17,241 | 13,404 | 11,673 | 1,507 |
| County: Franklin AL | 31,704 | 23,837 | 20,401 | 925 |
| County: Jackson AL | | | | |
| VTD: Langston City Hall (part) | 0 | 0 | 0 | 0 |
| **VTD Langston City Hall Subtotal** | **0** | **0** | **0** | **0** |
| VTD: Macedonia School (part) | 175 | 147 | 136 | 0 |
| **VTD Macedonia School Subtotal** | **175** | **147** | **136** | **0** |
| VTD: Mink Creek-Lakeview Store (part) | 25 | 20 | 19 | 1 |
| **VTD Mink Creek-Lakeview Store Subtotal** | **25** | **20** | **19** | **1** |
| **County Jackson AL Subtotal** | **200** | **167** | **155** | **1** |
| County: Lamar AL | 14,564 | 11,337 | 9,944 | 1,217 |
| County: Lawrence AL | 34,339 | 26,375 | 20,866 | 3,059 |
| County: Marion AL | 30,776 | 24,111 | 22,661 | 944 |
| County: Marshall AL | 93,019 | 69,760 | 62,609 | 1,089 |
| County: Tuscaloosa AL | | | | |
| VTD: Brookwood City Hall-Kellerman | 3,089 | 2,258 | 2,106 | 100 |
| VTD: Carrolls Creek Fire Station | 4,991 | 3,778 | 3,588 | 93 |
| VTD: Chapel Hill Baptist Church | 4,217 | 3,042 | 2,684 | 285 |

RC 000256

## Plan Components

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 4** | | | | |
| County: Tuscaloosa AL | | | | |
| VTD: Coker-Buhl-Romulas Masonic Lodge | 3,409 | 2,558 | 2,328 | 125 |
| VTD: Echola Community Center | 1,644 | 1,245 | 1,157 | 46 |
| VTD: Montgomery Fire Station | 813 | 602 | 586 | 3 |
| VTD: Mt Olive Fire Station | 2,047 | 1,569 | 1,512 | 30 |
| VTD: Northport Civic Center | 5,852 | 4,408 | 3,499 | 777 |
| VTD: Old Samantha School | 1,775 | 1,288 | 1,137 | 122 |
| VTD: Samantha Fire Dept-New Lexington Voting Blg | 2,594 | 1,863 | 1,760 | 74 |
| VTD: Tuscaloosa Academy-Wood Village | 8,748 | 6,946 | 5,851 | 859 |
| VTD: Vestavia Hills Elementary School | 4,062 | 3,223 | 2,816 | 297 |
| VTD: Windham Springs Baptist Church | 2,226 | 1,783 | 1,732 | 40 |
| VTD: Wood Village Comm Center | 5,900 | 4,254 | 3,634 | 290 |
| VTD: Yellow Creek Fire Dept | 1,063 | 793 | 780 | 6 |
| **County Tuscaloosa AL Subtotal** | **52,430** | **39,610** | **35,170** | **3,147** |
| County: Walker AL | 67,023 | 51,916 | 47,837 | 2,850 |
| County: Winston AL | 24,484 | 19,185 | 18,473 | 81 |
| **District 4 Total** | **682,819** | **522,101** | **460,438** | **34,374** |
| **District 5** | | | | |
| County: Jackson AL | | | | |
| VTD: Aspel Water Board Bldg. | 455 | 368 | 354 | 0 |
| VTD: Bishop-Hall's Store | 243 | 202 | 194 | 4 |
| VTD: Bridgeport Community Center | 3,516 | 2,681 | 2,370 | 155 |
| VTD: Bryant School | 2,458 | 1,894 | 1,808 | 5 |
| VTD: Christain Home | 678 | 513 | 473 | 0 |
| VTD: Crow Fire Hall | 326 | 243 | 227 | 0 |
| VTD: Dean's Chapel Community Center | 689 | 530 | 502 | 0 |
| VTD: Dutton City Hall | 2,929 | 2,238 | 2,070 | 23 |
| VTD: Estill Fork | 122 | 104 | 98 | 0 |
| VTD: Flackler Fire Hall | 1,154 | 931 | 818 | 56 |
| VTD: Flat Rock Ruritan Bldg. | 1,262 | 953 | 904 | 4 |
| VTD: Garth-Johnson's Store | 294 | 230 | 217 | 0 |
| VTD: Hambrick Community Center | 36 | 31 | 30 | 0 |
| VTD: Higdon Rescue Squad Bldg. | 2,120 | 1,606 | 1,541 | 1 |
| VTD: Holly Spring Baptist Church | 545 | 404 | 386 | 0 |
| VTD: Hollytree-Morris's Store | 243 | 184 | 173 | 0 |
| VTD: Hollywood City Hall | 1,986 | 1,510 | 1,259 | 175 |
| VTD: Hytop Fire Hall | 505 | 374 | 345 | 1 |
| VTD: Langston City Hall (part) | 289 | 233 | 222 | 3 |
| **VTD Langston City Hall Subtotal** | **289** | **233** | **222** | **3** |
| VTD: Larkinsville Old School | 1,398 | 1,097 | 1,044 | 13 |
| VTD: Letcher Fire Hall | 416 | 333 | 316 | 2 |
| VTD: Limrock Fire Dept. | 398 | 327 | 315 | 0 |
| VTD: Long Island Community Center | 226 | 180 | 176 | 0 |
| VTD: Macedonia School (part) | 1,242 | 997 | 937 | 0 |

RC 000257

## Plan Components

Enacted Congress B-V-C

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---:|---:|---:|---:|
| **District 5** | | | | |
| County: Jackson AL | | | | |
| **VTD Macedonia School Subtotal** | **1,242** | **997** | **937** | **0** |
| VTD: Mink Creek-Lakeview Store (part) | 407 | 338 | 327 | 1 |
| **VTD Mink Creek-Lakeview Store Subtotal** | **407** | **338** | **327** | **1** |
| VTD: Paint Rock Senior Citizen Center | 497 | 376 | 354 | 6 |
| VTD: Pisgah Fire Hall | 2,319 | 1,781 | 1,703 | 2 |
| VTD: Princeton Fire Hall | 127 | 104 | 99 | 0 |
| VTD: Rosalie School | 1,538 | 1,198 | 1,126 | 0 |
| VTD: Scottsboro Armory-City Hall | 14,258 | 11,141 | 10,111 | 499 |
| VTD: Section City Hall | 2,078 | 1,563 | 1,472 | 8 |
| VTD: Skyline City Hall | 1,617 | 1,279 | 1,234 | 2 |
| VTD: Stevenson City Park | 4,540 | 3,511 | 2,952 | 337 |
| VTD: Trenton Fire Hall | 219 | 150 | 148 | 0 |
| VTD: Tupelo-Pikeville Store | 571 | 460 | 431 | 19 |
| VTD: Woodville City Hall | 1,326 | 1,011 | 962 | 4 |
| **County Jackson AL Subtotal** | **53,027** | **41,075** | **37,698** | **1,320** |
| County: Lauderdale AL | 92,709 | 72,727 | 63,737 | 6,880 |
| County: Limestone AL | 82,782 | 62,923 | 51,331 | 8,059 |
| County: Madison AL | 334,811 | 255,321 | 178,536 | 59,463 |
| County: Morgan AL | 119,490 | 90,866 | 74,736 | 10,119 |
| **District 5 Total** | **682,819** | **522,912** | **406,038** | **85,841** |
| **District 6** | | | | |
| County: Bibb AL | 22,915 | 17,714 | 13,403 | 3,975 |
| County: Blount AL | | | | |
| VTD: Allgood | 1,341 | 983 | 879 | 4 |
| VTD: Blount Springs | 620 | 463 | 454 | 3 |
| VTD: Blountsville | 4,039 | 2,993 | 2,772 | 5 |
| VTD: Brooksville (part) | 787 | 601 | 585 | 2 |
| **VTD Brooksville Subtotal** | **787** | **601** | **585** | **2** |
| VTD: Cleveland | 2,765 | 2,092 | 1,956 | 14 |
| VTD: Dallas /Selfville | 3,370 | 2,636 | 2,528 | 16 |
| VTD: Hayden | 5,445 | 3,982 | 3,806 | 97 |
| VTD: Holly Springs | 791 | 600 | 585 | 1 |
| VTD: Locust Fork | 3,033 | 2,293 | 2,241 | 12 |
| VTD: Mt. High | 3,922 | 2,928 | 2,872 | 8 |
| VTD: Murphree Valley | 2,083 | 1,515 | 1,259 | 4 |
| VTD: Nectar | 2,421 | 1,760 | 1,699 | 13 |
| VTD: Oneonta | 6,567 | 5,055 | 4,344 | 298 |
| VTD: Pine Mountain | 732 | 581 | 572 | 3 |
| VTD: Remlap | 2,171 | 1,614 | 1,575 | 15 |
| VTD: Rock Springs (part) | 847 | 648 | 615 | 2 |
| **VTD Rock Springs Subtotal** | **847** | **648** | **615** | **2** |
| VTD: Rosa | 1,685 | 1,285 | 1,202 | 1 |
| VTD: Royal | 853 | 657 | 639 | 0 |

RC 000258

## Plan Components

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 6** | | | | |
| County: Blount AL | | | | |
|   VTD: Smoke Rise | 2,238 | 1,757 | 1,714 | 15 |
|   VTD: Snead (part) | 440 | 333 | 317 | 0 |
|   **VTD Snead Subtotal** | **440** | **333** | **317** | **0** |
|   VTD: Straight Mountain | 3,703 | 2,847 | 2,653 | 21 |
|   VTD: Sugar Creek | 1,113 | 871 | 827 | 6 |
|   VTD: Susan Moore (part) | 1,464 | 1,076 | 979 | 0 |
|   **VTD Susan Moore Subtotal** | **1,464** | **1,076** | **979** | **0** |
| **County Blount AL Subtotal** | **52,430** | **39,570** | **37,073** | **540** |
| County: Chilton AL | 43,643 | 32,683 | 28,046 | 2,991 |
| County: Coosa AL | 11,539 | 9,169 | 6,216 | 2,734 |
| County: Jefferson AL | | | | |
|   VTD: Adamsville Baptist Church | 3,844 | 2,897 | 2,036 | 791 |
|   VTD: Adamsville Senior Citizens Building | 2,980 | 2,314 | 1,122 | 1,126 |
|   VTD: Alliance Community Center | 3,945 | 3,382 | 2,195 | 1,163 |
|   VTD: Avondale Elementary School | 1,986 | 1,703 | 1,639 | 43 |
|   VTD: Avondale Public Library (part) | 2,171 | 1,955 | 1,410 | 456 |
|   **VTD Avondale Public Library Subtotal** | **2,171** | **1,955** | **1,410** | **456** |
|   VTD: Bagley Junior High School | 4,471 | 3,414 | 3,363 | 13 |
|   VTD: Bessemer Fire Station #5 | 2,106 | 1,519 | 331 | 1,121 |
|   VTD: Birmingham Botanical Gardens | 998 | 807 | 786 | 9 |
|   VTD: Birmingham Fire Station #31 | 865 | 692 | 501 | 173 |
|   VTD: Birmingham Korean United Methodist Church | 1,993 | 1,635 | 1,383 | 188 |
|   VTD: Bluff Park United Methodist Church | 5,536 | 4,149 | 3,296 | 557 |
|   VTD: Booker Heights Development Corporation | 68 | 58 | 12 | 45 |
|   VTD: Brooklane Community Center | 4,306 | 3,248 | 1,766 | 1,407 |
|   VTD: Brookside City Hall | 1,656 | 1,244 | 1,053 | 176 |
|   VTD: Brookwood Baptist Church | 5,263 | 3,836 | 3,687 | 59 |
|   VTD: Canaan Baptist Church | 5,078 | 3,929 | 3,058 | 672 |
|   VTD: Cherokee Bend Elementary School | 2,789 | 2,016 | 1,891 | 79 |
|   VTD: Clay Community Center | 8,489 | 6,360 | 5,797 | 442 |
|   VTD: Clearview Baptist Church | 5,736 | 4,244 | 3,310 | 841 |
|   VTD: Concord Highland Baptist Church | 3,993 | 3,123 | 3,077 | 13 |
|   VTD: Corner School | 3,768 | 2,837 | 2,802 | 0 |
|   VTD: Crestwood Community Educational Center | 4,362 | 3,720 | 2,858 | 739 |
|   VTD: Edgewood Elementary School | 4,685 | 3,489 | 2,791 | 387 |
|   VTD: Election Systems and Software | 2,142 | 1,944 | 1,345 | 334 |
|   VTD: Fultondale First Baptist Church | 3,905 | 3,043 | 2,257 | 684 |
|   VTD: Fultondale Senior Citizen's Center | 4,791 | 3,688 | 3,043 | 325 |
|   VTD: Gardendale Civic Center | 14,363 | 11,288 | 10,224 | 775 |
|   VTD: Homewood Public Library | 7,290 | 5,974 | 5,290 | 414 |
|   VTD: Hoover Park and Recreation Center | 11,610 | 8,704 | 3,993 | 3,071 |

RC 000259

## Plan Components

Enacted Congress B-V-C

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 6** | | | | |
| County: Jefferson AL | | | | |
| VTD: Hoover Public Library | 4,201 | 3,171 | 1,919 | 904 |
| VTD: Hueytown City Hall | 4,662 | 3,661 | 2,722 | 862 |
| VTD: Hueytown Community School | 343 | 288 | 245 | 36 |
| VTD: Hueytown Council of Clubs | 4,250 | 3,316 | 2,621 | 590 |
| VTD: Huffman Middle School | 4,983 | 3,779 | 1,712 | 1,960 |
| VTD: Hunter Street Baptist Church (part) | 10,279 | 7,140 | 6,009 | 678 |
| **VTD Hunter Street Baptist Church Subtotal** | **10,279** | **7,140** | **6,009** | **678** |
| VTD: Irondale City Hall | 1,399 | 1,161 | 989 | 129 |
| VTD: Irondale Senior Citizens Building | 7,141 | 5,443 | 2,743 | 2,237 |
| VTD: Jefferson County Rehabilitation Center | 4,757 | 3,604 | 1,832 | 1,405 |
| VTD: Jefferson State Junior College | 1,376 | 1,024 | 836 | 50 |
| VTD: Johns Community Center | 1,488 | 1,110 | 962 | 125 |
| VTD: Kermit A Johnson Elementary School | 4,128 | 3,142 | 2,784 | 249 |
| VTD: Kimberly Town Hall | 3,376 | 2,400 | 2,336 | 34 |
| VTD: Leeds Civic Center | 4,129 | 3,147 | 2,217 | 786 |
| VTD: Leeds First United Methodist Church | 6,576 | 5,230 | 4,457 | 438 |
| VTD: Liberty Park Baptist Church | 4,604 | 2,977 | 2,727 | 116 |
| VTD: Masonic Lodge West Jefferson | 2,044 | 1,592 | 1,555 | 13 |
| VTD: Maurice L West Community Center | 2,160 | 1,719 | 1,287 | 399 |
| VTD: Maytown Baptist Church | 338 | 279 | 257 | 18 |
| VTD: Mcelwain Baptist Church | 3,981 | 3,501 | 3,143 | 245 |
| VTD: Morris Town Hall | 2,782 | 2,155 | 2,101 | 27 |
| VTD: Mount Olive Elementary School | 6,636 | 5,110 | 4,985 | 47 |
| VTD: Mountain Brook City Hall | 4,902 | 3,436 | 3,326 | 56 |
| VTD: Mountain Brook Elementary School Community Room | 1,150 | 864 | 841 | 5 |
| VTD: Mountain Brook Fire Station #2 | 4,095 | 2,974 | 2,923 | 10 |
| VTD: Mountain Chapel United Methodist Church | 4,946 | 3,596 | 3,459 | 45 |
| VTD: Mountain View Baptist Church | 7,454 | 5,616 | 4,283 | 1,194 |
| VTD: Mountaintop Community Church | 3,484 | 2,627 | 1,968 | 415 |
| VTD: Mulga Town Hall | 1,297 | 1,008 | 760 | 221 |
| VTD: New Merkle-Cahaba Heights Center | 5,038 | 4,104 | 3,844 | 99 |
| VTD: Oak Grove First Baptist Church | 2,294 | 1,762 | 1,727 | 11 |
| VTD: Oakmont Presbyterian Church | 3,554 | 2,775 | 2,518 | 143 |
| VTD: Palmerdale United Methodist Church | 3,740 | 2,894 | 2,592 | 255 |
| VTD: Pinson United Methodist Church | 6,717 | 4,710 | 2,679 | 1,878 |
| VTD: Pleasant Grove First Baptist Church | 9,696 | 7,370 | 4,529 | 2,750 |
| VTD: Prince of Peace Catholic Church | 9,816 | 7,400 | 5,819 | 881 |
| VTD: Saint Mark United Methodist Church | 5,364 | 4,155 | 3,697 | 222 |
| VTD: Saint Peter the Apostle Catholic Church | 824 | 688 | 622 | 43 |

RC 000260

## Plan Components

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 6** | | | | |
| County: Jefferson AL | | | | |
| VTD: Saint Peter The Apostle Catholic Church | 7,369 | 5,773 | 4,088 | 866 |
| VTD: Saint. Luke's Episcopal Church | 2,781 | 1,867 | 1,854 | 6 |
| VTD: Sandusky Community Senior Citizen's Park | 2,073 | 1,607 | 922 | 652 |
| VTD: Shades Cahaba Elementary School | 3,939 | 3,139 | 2,930 | 140 |
| VTD: Shades Crest Baptist Church | 3,118 | 2,393 | 2,255 | 57 |
| VTD: St. Thomas Episcopal Church | 5,349 | 4,631 | 3,772 | 500 |
| VTD: Sulpher Springs Baptist Church | 486 | 413 | 357 | 47 |
| VTD: Sylvan Springs Community Center | 1,186 | 914 | 889 | 14 |
| VTD: Sylvan Springs Town Hall | 810 | 649 | 634 | 4 |
| VTD: Town Village-Vestavia Hills | 3,521 | 2,714 | 2,616 | 25 |
| VTD: Trafford Town Hall | 1,137 | 890 | 847 | 33 |
| VTD: Trussville City Hall | 10,045 | 7,268 | 6,501 | 546 |
| VTD: Trussville First Baptist Church | 10,096 | 7,793 | 7,069 | 491 |
| VTD: Valley Creek Baptist Church | 3,178 | 2,506 | 2,171 | 306 |
| VTD: Vestavia Hills Civic Center | 9,384 | 7,245 | 6,064 | 595 |
| VTD: Vestavia Hills United Methodist Church | 3,722 | 2,819 | 2,720 | 43 |
| VTD: Warrior City Hall | 3,820 | 2,994 | 2,591 | 343 |
| **County Jefferson AL Subtotal** | **357,207** | **273,755** | **220,622** | **40,347** |
| County: Shelby AL | 195,085 | 145,123 | 122,241 | 14,916 |
| **District 6 Total** | **682,819** | **518,014** | **427,601** | **65,503** |
| **District 7** | | | | |
| County: Choctaw AL | 13,859 | 10,718 | 6,083 | 4,562 |
| County: Clarke AL | | | | |
| VTD: BASHI METHODIST CHURCH | 4,382 | 3,274 | 2,329 | 885 |
| VTD: Coffeeville High School Gym | 1,156 | 912 | 588 | 315 |
| VTD: Fulton City Hall | 1,366 | 1,059 | 794 | 249 |
| VTD: Goodhope AME Church/0012 Alma Volunteer Fire Dept. | 1,604 | 1,138 | 228 | 902 |
| VTD: Hopewell Baptist Church Voting District | 198 | 167 | 159 | 6 |
| VTD: Jackson City Hall (part) | 2,350 | 1,715 | 663 | 1,027 |
| **VTD Jackson City Hall Subtotal** | **2,350** | **1,715** | **663** | **1,027** |
| VTD: Morning Star Church | 259 | 190 | 11 | 177 |
| VTD: Morning Star Church/Nettlesboro Fire Dept | 684 | 530 | 211 | 314 |
| VTD: Old Engineers Building/Antioch Fire Station/Hellwest (part) | 0 | 0 | 0 | 0 |
| **VTD Old Engineers Building/Antioch Fire Station/Hellwest Subtotal** | **0** | **0** | **0** | **0** |
| VTD: Opine-Tallahatta Fire Dept | 240 | 184 | 175 | 6 |
| VTD: OVERSTREET GROCERY | 654 | 485 | 232 | 245 |
| VTD: Saltworks Voting House | 429 | 321 | 81 | 238 |

RC 000261

## Plan Components

|  | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 7** |  |  |  |  |
| County: Clarke AL |  |  |  |  |
| VTD: Thomasville Fire Dept#3/Thomasville City Hall/Spring | 370 | 289 | 124 | 165 |
| VTD: Thomasville National Guard Amory | 1,580 | 1,165 | 321 | 827 |
| VTD: Tri-Community Fire Dept. | 214 | 175 | 31 | 144 |
| VTD: Walnut Grove Church | 186 | 148 | 111 | 37 |
| VTD: Whatley Timber Company/Grove Hill National Guard (part) | 1,009 | 752 | 294 | 445 |
| **VTD Whatley Timber Company/Grove Hill National Guard Subtotal** | **1,009** | **752** | **294** | **445** |
| VTD: Winn Fire Dept. | 557 | 436 | 129 | 305 |
| **County Clarke AL Subtotal** | **17,238** | **12,940** | **6,481** | **6,287** |
| County: Dallas AL | 43,820 | 32,225 | 10,506 | 21,322 |
| County: Greene AL | 9,045 | 6,851 | 1,357 | 5,427 |
| County: Hale AL | 15,760 | 11,845 | 5,013 | 6,699 |
| County: Jefferson AL |  |  |  |  |
| VTD: Afton Lee Community Center | 308 | 232 | 22 | 197 |
| VTD: Avondale Public Library (part) | 426 | 364 | 159 | 185 |
| **VTD Avondale Public Library Subtotal** | **426** | **364** | **159** | **185** |
| VTD: Barrett Elementary School | 2,549 | 1,846 | 158 | 1,651 |
| VTD: Bessemer City Hall | 3,169 | 2,474 | 791 | 1,553 |
| VTD: Bethel Baptist Church | 3,730 | 2,880 | 25 | 2,824 |
| VTD: Birmingham Fire Station #12 | 3,497 | 2,733 | 1,202 | 1,484 |
| VTD: Birmingham Fire Station #17 | 3,355 | 2,452 | 559 | 1,848 |
| VTD: Birmingham Fire Station #22 | 4,763 | 4,456 | 3,750 | 509 |
| VTD: Birmingham Fire Station #29 | 1,623 | 1,308 | 27 | 1,268 |
| VTD: Brewster Road Baptist Church | 7,020 | 5,155 | 2,333 | 2,660 |
| VTD: Brighton Senior Citizens Building | 2,923 | 2,248 | 145 | 1,854 |
| VTD: Bryant Chapel AME Church | 1,065 | 858 | 23 | 831 |
| VTD: C.J. Donald Elementary School | 1,671 | 1,106 | 78 | 1,008 |
| VTD: Calvary Resurrection Christian Church | 1,941 | 1,405 | 160 | 1,201 |
| VTD: Carrie A Tuggle Elementary School | 904 | 731 | 23 | 688 |
| VTD: Center Point Courthouse Annex | 7,986 | 5,548 | 2,246 | 3,120 |
| VTD: Center Street Middle School | 3,214 | 2,703 | 51 | 2,596 |
| VTD: Central Park Elementary School | 3,625 | 2,567 | 216 | 2,298 |
| VTD: Central Park Recreation Center | 4,442 | 3,278 | 271 | 2,967 |
| VTD: Charles A. Brown Elementary School | 4,513 | 3,433 | 153 | 3,251 |
| VTD: Don Hawkins Park and Recreation Center | 3,372 | 2,683 | 1,375 | 1,225 |
| VTD: Dunbar-Abrams Community Center | 2,718 | 1,990 | 30 | 1,915 |
| VTD: East Ensley Public Library | 1,955 | 1,504 | 20 | 1,463 |
| VTD: Ensley Park Recreation Center | 5,411 | 3,954 | 231 | 3,622 |
| VTD: Fairfield City Hall | 374 | 252 | 16 | 225 |
| VTD: Fairfield Fire Station #1 | 3,727 | 2,918 | 33 | 2,854 |
| VTD: Fire Department Admin Building | 2,442 | 1,867 | 233 | 1,579 |

RC 000262

## Plan Components

<span style="float:right">Enacted Congress B-V-C</span>

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 7** | | | | |
| County: Jefferson AL | | | | |
| VTD: First United Methodist Church of Center Point | 4,063 | 2,828 | 960 | 1,755 |
| VTD: Five Points West Public Library | 1,572 | 1,259 | 67 | 1,187 |
| VTD: Forestdale Square | 6,502 | 4,998 | 1,379 | 3,550 |
| VTD: Gate City Elementary School | 2,264 | 1,563 | 45 | 1,499 |
| VTD: Glen Iris Elementary School | 4,504 | 3,875 | 2,303 | 933 |
| VTD: Glen Oaks Elementary School | 2,543 | 2,015 | 131 | 1,875 |
| VTD: Green Springs Baptist Church | 4,108 | 3,387 | 1,323 | 1,435 |
| VTD: Harriman Park Recreation Center | 480 | 382 | 4 | 378 |
| VTD: Harrison Park Recreation Center | 4,290 | 3,306 | 27 | 3,240 |
| VTD: Hemphill School Recreation Building | 1,786 | 1,356 | 67 | 1,271 |
| VTD: Henry Crumpton Recreation Center | 1,514 | 1,241 | 7 | 1,220 |
| VTD: Hill Elementary School | 2,332 | 1,935 | 117 | 1,785 |
| VTD: Hilldale Baptist Church | 6,014 | 4,269 | 1,225 | 2,902 |
| VTD: Hillview Fire Station #1 | 2,799 | 2,188 | 754 | 1,369 |
| VTD: Homewood Exceptional Foundation | 3,777 | 2,757 | 1,665 | 777 |
| VTD: Homewood Satellite Courthouse | 8,106 | 6,258 | 2,295 | 3,112 |
| VTD: Hooper City Recreation Center | 1,852 | 1,451 | 168 | 1,256 |
| VTD: Hudson Middle School | 2,411 | 1,558 | 7 | 1,540 |
| VTD: Hunter Street Baptist Church (part) | 844 | 557 | 426 | 77 |
| **VTD Hunter Street Baptist Church Subtotal** | **844** | **557** | **426** | **77** |
| VTD: Inglenook Elementary School | 2,098 | 1,520 | 164 | 1,282 |
| VTD: Jackson Elementary School | 1,798 | 1,486 | 8 | 1,473 |
| VTD: Jefferson County Courthouse | 4,703 | 4,156 | 1,316 | 2,714 |
| VTD: Jonesboro Elementary School | 5,267 | 3,958 | 1,922 | 1,898 |
| VTD: L.M. Smith Middle School | 6,035 | 4,339 | 1,093 | 3,152 |
| VTD: Lawson State Community College | 6,880 | 5,122 | 1,941 | 3,012 |
| VTD: Lee Elementary School | 2,092 | 1,591 | 30 | 1,533 |
| VTD: Legion Field Lobby | 4,860 | 3,756 | 80 | 3,616 |
| VTD: Lewis Elementary School | 997 | 792 | 10 | 770 |
| VTD: Lipscomb City Hall | 2,587 | 1,926 | 281 | 1,414 |
| VTD: Lipscomb Fire Station | 1,165 | 861 | 196 | 613 |
| VTD: Lively Hope Baptist Church | 863 | 720 | 5 | 707 |
| VTD: Macedonia Christian Church | 432 | 306 | 38 | 267 |
| VTD: Martha Gaskins Middle School | 4,263 | 3,010 | 992 | 1,912 |
| VTD: Memorial Recreation Center | 2,228 | 1,656 | 22 | 1,611 |
| VTD: Midfield Community Center | 5,721 | 4,155 | 796 | 3,292 |
| VTD: Minor Elementary School | 3,491 | 2,619 | 120 | 2,436 |
| VTD: Minor Fire Station | 2,354 | 1,795 | 994 | 774 |
| VTD: Morningstar Baptist Church | 220 | 188 | 8 | 178 |
| VTD: Morton Simpson Community Center | 1,721 | 1,339 | 105 | 1,207 |
| VTD: Mount Hebron Baptist Church | 1,558 | 1,223 | 89 | 974 |
| VTD: Mount Olive Baptist Church | 659 | 551 | 21 | 528 |

RC 000263

## Plan Components

Enacted Congress B-V-C

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 7** | | | | |
| County: Jefferson AL | | | | |
| VTD: Mount Zion Missionary Baptist Church | 1,697 | 1,377 | 34 | 1,329 |
| VTD: Mountain Park First Baptist Church | 1,258 | 929 | 63 | 843 |
| VTD: Mt. Pilgrim Baptist Church | 2,452 | 1,933 | 127 | 1,799 |
| VTD: Mt. Zion Community Church | 2,749 | 2,219 | 165 | 2,003 |
| VTD: Muscoda Community Center | 1,912 | 1,641 | 1,117 | 464 |
| VTD: New Bethel Baptist Church | 841 | 648 | 4 | 641 |
| VTD: New Bethlehem Baptist Church | 1,963 | 1,566 | 146 | 1,401 |
| VTD: New Era Family Life Center | 2,688 | 2,096 | 79 | 1,977 |
| VTD: North Avondale Branch Library | 1,058 | 833 | 15 | 791 |
| VTD: North Birmingham Recreation Center | 2,129 | 1,515 | 49 | 1,442 |
| VTD: Norwood Community Center | 2,187 | 1,711 | 103 | 1,580 |
| VTD: Oporto Armory | 2,142 | 1,619 | 156 | 1,430 |
| VTD: Our Lady of Lourdes Catholic Church | 5,180 | 3,769 | 1,035 | 2,492 |
| VTD: Pleasant Hill United Methodist Church | 11,170 | 8,659 | 7,149 | 1,309 |
| VTD: Ramsey Alternative High School | 5,634 | 5,362 | 3,589 | 1,202 |
| VTD: Robinson Elementary School | 5,617 | 4,128 | 1,080 | 2,955 |
| VTD: Roosevelt First Baptist Church | 1,265 | 1,029 | 19 | 988 |
| VTD: Ross Bridge Welcome Center Town Hall | 3,298 | 2,478 | 1,676 | 647 |
| VTD: Shady Grove Baptist Church-Sand Ridge | 1,600 | 1,378 | 632 | 572 |
| VTD: Shepherd Center East | 1,667 | 1,198 | 221 | 937 |
| VTD: South Hampton Elementary School | 3,066 | 2,257 | 170 | 2,063 |
| VTD: Southside Branch Public Library | 1,047 | 1,027 | 707 | 223 |
| VTD: Southside Homes Community Center | 3,449 | 2,292 | 49 | 2,203 |
| VTD: Southtown Housing Community Center | 1,316 | 894 | 244 | 575 |
| VTD: St. Mary's Catholic Church | 471 | 416 | 32 | 377 |
| VTD: Sun Valley Elementary School | 4,398 | 3,270 | 420 | 2,805 |
| VTD: Tarrant City Hall | 5,389 | 3,758 | 1,553 | 1,939 |
| VTD: Thompson Manor Community Center | 1,985 | 1,516 | 343 | 1,128 |
| VTD: Wenonah Elementary School | 1,848 | 1,214 | 14 | 1,187 |
| VTD: Wiggins Library and Recreation Center | 2,637 | 1,995 | 57 | 1,916 |
| VTD: Wilkerson Middle School | 1,277 | 981 | 43 | 866 |
| VTD: Willow Wood Recreation Center | 4,773 | 3,340 | 584 | 2,357 |
| VTD: Woodrow Wilson Elementary School | 2,742 | 2,422 | 1,154 | 1,147 |
| VTD: Wright's Chapel United Methodist Church | 1,878 | 1,516 | 17 | 1,475 |
| **County Jefferson AL Subtotal** | **301,259** | **230,183** | **60,377** | **160,463** |
| County: Lowndes AL | 11,299 | 8,567 | 2,339 | 6,144 |
| County: Marengo AL | 21,027 | 15,836 | 7,666 | 7,924 |
| County: Montgomery AL | | | | |
| VTD: 1F Al. Industrial Development Training | 9,142 | 6,305 | 363 | 5,805 |

RC 000264

## Plan Components

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 7** | | | | |
| County: Montgomery AL | | | | |
| VTD: 2A St. Paul AME Church (part) | 1,607 | 1,144 | 56 | 1,074 |
| **VTD 2A St. Paul AME Church Subtotal** | **1,607** | **1,144** | **56** | **1,074** |
| VTD: 2B Beulah Baptist Church Voting District | 5,253 | 4,045 | 59 | 3,942 |
| VTD: 2C Carver High School Voting District | 1,969 | 1,533 | 36 | 1,483 |
| VTD: 2F Fire Station No. 14 Voting District | 2,866 | 2,255 | 235 | 1,921 |
| VTD: 2G Hayneville Road Community Center Voting District | 2,592 | 1,641 | 121 | 1,500 |
| VTD: 2H Harrison Elementary School Voting District | 1,371 | 1,048 | 37 | 992 |
| VTD: 2I Southlawn Elementary School Voting District | 4,452 | 3,229 | 119 | 3,079 |
| VTD: 2L First Southern Baptist Church Voting District | 730 | 579 | 416 | 142 |
| VTD: 4A Franklin Boys-Girls Club Voting District | 1,456 | 1,054 | 53 | 990 |
| VTD: 4C Alabama State University Voting District (part) | 2,933 | 2,541 | 252 | 2,239 |
| **VTD 4C Alabama State University Voting District Subtotal** | **2,933** | **2,541** | **252** | **2,239** |
| VTD: 4E Cleveland Avenue YMCA Voting District | 3,181 | 2,371 | 189 | 2,141 |
| VTD: 4L Bellingrath Community Center Voting District | 1,385 | 1,072 | 18 | 1,045 |
| VTD: 4M McIntyre Community Center Voting District | 2,804 | 1,987 | 45 | 1,926 |
| VTD: 5A Seth Johnson Elementary School Voting District | 6,022 | 4,265 | 522 | 3,658 |
| VTD: 5N Peter Crump School Voting District | 3,754 | 2,682 | 164 | 2,474 |
| **County Montgomery AL Subtotal** | **51,517** | **37,751** | **2,685** | **34,411** |
| County: Perry AL | 10,591 | 8,038 | 2,793 | 5,174 |
| County: Pickens AL | 19,746 | 15,145 | 8,914 | 5,966 |
| County: Sumter AL | 13,763 | 10,695 | 2,875 | 7,721 |
| County: Tuscaloosa AL | | | | |
| VTD: Abernant Masonic Lodge-Bucksville | 10,024 | 7,582 | 7,038 | 390 |
| VTD: Bama Mall | 6,756 | 5,419 | 2,765 | 2,308 |
| VTD: Clara Verner Towers | 9,582 | 9,376 | 7,227 | 1,614 |
| VTD: Coaling Community Center | 3,171 | 2,350 | 2,061 | 248 |
| VTD: Cottondale Methodist | 4,501 | 3,436 | 2,873 | 416 |
| VTD: County Courthouse | 5,911 | 5,734 | 4,613 | 801 |
| VTD: Duncanville Fire Dept | 4,666 | 3,515 | 3,125 | 306 |
| VTD: Flatwoods Elementary School | 3,916 | 3,054 | 2,187 | 655 |
| VTD: Forest Lake Methodist Church | 5,268 | 5,030 | 4,295 | 461 |
| VTD: Fosters-Ralph Fire Dept | 3,036 | 2,328 | 1,549 | 754 |
| VTD: Frierson-Big Sandy Baptist Church | 5,108 | 3,706 | 2,400 | 1,249 |

RC 000265

## Plan Components

| | Population | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|
| **District 7** | | | | |
| County: Tuscaloosa AL | | | | |
| VTD: Goodrich Union Hall | 932 | 708 | 206 | 490 |
| VTD: Hillcrest High School | 10,152 | 7,285 | 5,258 | 1,803 |
| VTD: Holt Armory | 5,841 | 4,521 | 2,363 | 1,950 |
| VTD: Jayces Park | 6,883 | 5,341 | 2,335 | 2,690 |
| VTD: McDonald Hughes Center | 4,728 | 3,510 | 65 | 3,409 |
| VTD: McFaland Mall | 16,433 | 12,771 | 6,835 | 5,476 |
| VTD: Northport Community Center | 4,683 | 3,727 | 2,323 | 1,236 |
| VTD: Peterson Methodist Church | 2,602 | 1,967 | 1,658 | 259 |
| VTD: Reg Education Center | 2,234 | 1,717 | 742 | 887 |
| VTD: Skyland Oaks Retirement Center | 6,384 | 5,021 | 2,111 | 2,717 |
| VTD: Southside Community Center | 4,091 | 3,284 | 1,162 | 2,039 |
| VTD: Stillman College | 7,091 | 5,333 | 282 | 5,013 |
| VTD: University Mall | 5,430 | 4,551 | 3,187 | 1,077 |
| VTD: Vance Community Center | 2,803 | 1,994 | 1,820 | 141 |
| **County Tuscaloosa AL Subtotal** | **142,226** | **113,260** | **70,480** | **38,389** |
| County: Wilcox AL | 11,670 | 8,520 | 2,530 | 5,933 |
| **District 7 Total** | **682,820** | **522,574** | **190,099** | **316,422** |
| **State Totals** | **4,779,736** | **3,647,277** | **2,576,913** | **906,778** |

RC 000266