User:
Plan Name: **Enacted Congress B-V-C**
Plan Type: **Congress**

## Political Subdivison Splits Between Districts

Monday, November 29, 2021                                                                                                    9:09 PM

Number of subdivisions not split:
County                                                60
Voting District                                  1,974

Number of subdivisions split into more than one district:
County                                                 7
Voting District                                      19

Number of splits involving no population:
County                                                 0
Voting District                                       3

**Split Counts**

*County*
   Cases where an area is split among 2 Districts: 6
   Cases where an area is split among 3 Districts: 1
*Voting District*
   Cases where an area is split among 2 Districts: 19

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Blount AL | | 4 | 4,892 |
| Blount AL | | 6 | 52,430 |
| Cherokee AL | | 3 | 24,215 |
| Cherokee AL | | 4 | 1,774 |
| Clarke AL | | 1 | 8,595 |
| Clarke AL | | 7 | 17,238 |
| Jackson AL | | 4 | 200 |
| Jackson AL | | 5 | 53,027 |
| Jefferson AL | | 6 | 357,207 |
| Jefferson AL | | 7 | 301,259 |
| Montgomery AL | | 2 | 145,992 |
| Montgomery AL | | 3 | 31,854 |
| Montgomery AL | | 7 | 51,517 |
| Tuscaloosa AL | | 4 | 52,430 |
| Tuscaloosa AL | | 7 | 142,226 |
| *Split VTDs:* | | | |
| Blount AL | Brooksville | 4 | 321 |
| Blount AL | Brooksville | 6 | 787 |
| Blount AL | Rock Springs | 4 | 412 |
| Blount AL | Rock Springs | 6 | 847 |
| Blount AL | Snead | 4 | 2,271 |
| Blount AL | Snead | 6 | 440 |
| Blount AL | Susan Moore | 4 | 637 |

## Political Subdivison Splits Between Districts

Enacted Congress B-V-C

| County | Voting District | District | Population |
|---|---|---|---|
| Blount AL | Susan Moore | 6 | 1,464 |
| Cherokee AL | Broomtown Volunteer Fire Dept. | 3 | 6 |
| Cherokee AL | Broomtown Volunteer Fire Dept. | 4 | 773 |
| Cherokee AL | Gaylesville Town Hall | 3 | 902 |
| Cherokee AL | Gaylesville Town Hall | 4 | 57 |
| Cherokee AL | Unity Missionary Baptist Church | 3 | 711 |
| Cherokee AL | Unity Missionary Baptist Church | 4 | 49 |
| Cherokee AL | Valley Church | 3 | 257 |
| Cherokee AL | Valley Church | 4 | 102 |
| Clarke AL | Jackson City Hall | 1 | 397 |
| Clarke AL | Jackson City Hall | 7 | 2,350 |
| Clarke AL | Old Engineers Building/Antioch Fire Station/Hellwest | 1 | 3,606 |
| Clarke AL | Old Engineers Building/Antioch Fire Station/Hellwest | 7 | 0 |
| Clarke AL | Whatley Timber Company/Grove Hill National Guard | 1 | 0 |
| Clarke AL | Whatley Timber Company/Grove Hill National Guard | 7 | 1,009 |
| Jackson AL | Langston City Hall | 4 | 0 |
| Jackson AL | Langston City Hall | 5 | 289 |
| Jackson AL | Macedonia School | 4 | 175 |
| Jackson AL | Macedonia School | 5 | 1,242 |
| Jackson AL | Mink Creek-Lakeview Store | 4 | 25 |
| Jackson AL | Mink Creek-Lakeview Store | 5 | 407 |
| Jefferson AL | Avondale Public Library | 6 | 2,171 |
| Jefferson AL | Avondale Public Library | 7 | 426 |
| Jefferson AL | Hunter Street Baptist Church | 6 | 10,279 |
| Jefferson AL | Hunter Street Baptist Church | 7 | 844 |
| Montgomery AL | 2A St. Paul AME Church | 2 | 4,539 |
| Montgomery AL | 2A St. Paul AME Church | 7 | 1,607 |
| Montgomery AL | 3H Auburn University at Montgomery | 2 | 5,451 |
| Montgomery AL | 3H Auburn University at Montgomery | 3 | 2,164 |
| Montgomery AL | 4C Alabama State University Voting District | 2 | 513 |

## Political Subdivison Splits Between Districts

Enacted Congress B-V-C

| County | Voting District | District | Population |
|---|---|---|---|
| Montgomery AL | 4C Alabama State University Voting District | 7 | 2,933 |

RC 000271