

# STATE OF ALABAMA
# PROCLAMATION
## BY THE GOVERNOR

**WHEREAS** an extraordinary occasion exists in the State of Alabama which requires the Legislature to convene in special session, *see* Ala. Const. art. V, § 122;

**NOW, THEREFORE,** I, Kay Ivey, as Governor of the State of Alabama, do hereby proclaim and direct that the Legislature of the State of Alabama shall convene in special session in the Alabama State House, in Montgomery, Alabama, at 4:00 p.m. on Thursday, October 28, 2021, to take up the following specifically described subjects and matters:

A. *Redistricting.* The Legislature may consider legislation pertaining to the reapportionment of the State, based on the 2020 federal census, into districts for electing members of the Alabama House of Representatives, the Alabama Senate, the United States House of Representatives, and the State Board of Education.

B. *Appropriations for pandemic-related healthcare services.* The Legislature may consider legislation to make appropriations from the American Rescue Plan Act—Coronavirus State Fiscal Recovery Fund in an amount not to exceed $80 million to support the delivery of healthcare and related services to the citizens of Alabama related to the COVID-19 pandemic.

All other legislation, beyond the legislation specifically described above, is expressly excluded from this proclamation and shall require a two-thirds vote for consideration and passage during this special session. *See* Ala. Const. art. IV, § 76.



IN WITNESS WHEREOF, I have hereunto set my hand as Governor of the State of Alabama and caused this proclamation to be attested by the Secretary of State on this 25th day of October 2021.

Kay Ivey
Kay Ivey
*Governor*

ATTESTED:

John H. Merrill
*Secretary of State*