

Session Information on ALISON

# Bill Status for HB1 (Second Special Session 2021)

Not Official Information from the Legislative Offices

Select Another Sponsor

U.S. Congressional, districts redrawn, Sec. 17-14-70 repealed; Sec. 17-14-70 added



Pringle

Current Status: Enacted (Act 2021-555)

**Instrument Version**

- Introduced
- Enrolled

**Fiscal Notes Description**
- HB1 for Finance and Taxation General Fund
- HB1 for State Government

## HB1 History

| Calendar Date | Body | Amd/Sub | Matter | Committee | Nay | Yea | Abstain | Vote |
|---|---|---|---|---|---|---|---|---|
| 10/28/2021 | H | | Read for the first time and referred to the House of Representatives committee on State Government | SG | | | | |
| 10/29/2021 | H | | Read for the second time and placed on the calendar | | 4 | 7 | | |
| 11/01/2021 | H | | Third Reading Passed | | | | | |
| 11/01/2021 | H | 215457-1 | Coleman 1st Substitute Offered | | | | | |

| Date | Chamber | Doc # | Action | | | | |
|------|---------|-------|--------|---|---|---|---|
| 11/01/2021 | H | | Coleman motion to Withdraw adopted Voice Vote | | | | |
| 11/01/2021 | H | 215458-2 | Holmes first Substitute Offered | | | | |
| 11/01/2021 | S | | Read for the first time and referred to the Senate committee on Finance and Taxation General Fund | F&TG | | | |
| 11/01/2021 | H | | Pringle motion to Table adopted Roll Call 1 | | | | Roll 1 |
| 11/02/2021 | S | | Read for the second time and placed on the calendar | | 3 | 9 | 0 |
| 11/03/2021 | S | | Third Reading Passed | | | | |
| 11/01/2021 | H | 215500-1 | Faulkner first Substitute Offered | | | | |
| 11/03/2021 | S | 215593-1 | Smitherman first Substitute Offered | | | | |
| 11/01/2021 | H | | Pringle motion to Table adopted Roll Call 2 | | | | Roll 2 |
| 11/03/2021 | S | | McClendon motion to Table adopted Roll Call 29 | | | | Roll 29 |
| 11/01/2021 | H | 215457-2 | Coleman 2nd Substitute Offered | | | | |
| 11/01/2021 | H | | Pringle motion to Table adopted Roll Call 3 | | | | Roll 3 |
| 11/03/2021 | S | 215488-1 | Singleton first Substitute Offered | | | | |
| 11/03/2021 | S | | McClendon motion to Table adopted Roll Call 30 | | | | Roll 30 |
| 11/01/2021 | H | | Motion to Read a Third Time and Pass adopted Roll Call 4 | | | | Roll 4 |
| 11/03/2021 | S | 215489-1 | Singleton second Substitute Offered | | | | |
| 11/03/2021 | S | | Singleton motion to Adopt lost Roll Call 31 | | | | Roll 31 |
| 11/03/2021 | S | 215601-1 | Hatcher first Substitute Offered | | | | |
| 11/03/2021 | S | | Hatcher motion to Adopt lost Roll Call 32 | | | | Roll 32 |
| 11/03/2021 | S | 215614-1 | Waggoner first Substitute Offered | | | | |
| 11/03/2021 | S | | Waggoner motion to Adopt lost Roll Call 33 | | | | Roll 33 |
| 11/03/2021 | S | 215598-1 | Barfoot first Substitute Offered | | | | |
| 11/03/2021 | S | | McClendon motion to Table adopted Voice Vote | | | | |
| 11/03/2021 | S | | Motion to Read a Third Time and Pass adopted Roll Call 34 | | | | Roll 34 |
| 11/03/2021 | H | | Passed Second House | | | | |
| 11/03/2021 | H | | Enrolled | | | | |
| 11/03/2021 | S | | Signature Requested | | | | |
| 11/03/2021 | H | | Clerk of the House Certification | | | | |
| | H | | Assigned Act No. 2021-555. | | | | |
| | H | | Forwarded to Governor at 3:23 p.m. on November 3, 2021. | | | | |

Legislature Home (http://www.legislature.state.al.us/aliswww/default.aspx)

- House of Representatives (http://www.legislature.state.al.us/aliswww/isd/splash_house.aspx)

- State Senate (http://www.legislature.state.al.us/aliswww/isd/splash_senate.aspx)

- Contact Us (mailto:sitesupport@al-legislature.gov?Subject=Website%20Email%20Inquiry)

Alabama Legislature
11 South Union Street
Montgomery, AL 36130
House Information: (334) 261-0500  |  Senate Information: (334) 261-0800

Roll of the Senate for Vote 34 on HB1 ( Second Special Session 2021) Legislative Day: 5 Date: 11/03/2021

| Member | Vote | Member | Vote |
|---|---|---|---|
| Albritton | Y | Allen | Y |
| Barfoot | Y | Beasley | N |
| Butler | P | Chambliss | Y |
| Chesteen | Y | Coleman-Madison | N |
| Dunn | P | Elliott | P |
| Figures | N | Givhan | Y |
| Gudger | P | Hatcher | N |
| Holley | Y | Jones | Y |
| Livingston | Y | Marsh | Y |
| McClendon | Y | Melson | Y |
| Orr | Y | Price | Y |
| Reed | Y | Roberts | Y |
| Sanders-Fortier | N | Scofield | Y |
| Sessions | Y | Shelnutt | P |
| Singleton | N | Smitherman | N |
| Stutts | P | Waggoner | Y |
| Weaver | Y | Whatley | Y |
| Williams | Y | | |
| Total Yea: 22 | | Total Nays: 7 | Total Abstains: 0 |

Roll of the Senate for Vote 33 on HB1 ( Second Special Session 2021) Legislative Day: 5 Date: 11/03/2021

| Member | Vote | Member | Vote |
|---|---|---|---|
| Albritton | N | Allen | N |
| Barfoot | Y | Beasley | Y |
| Butler | P | Chambliss | N |
| Chesteen | N | Coleman-Madison | Y |
| Dunn | P | Elliott | P |
| Figures | Y | Givhan | N |
| Gudger | P | Hatcher | Y |
| Holley | N | Jones | N |
| Livingston | N | Marsh | N |
| McClendon | N | Melson | N |
| Orr | N | Price | N |
| Reed | Y | Roberts | Y |
| Sanders-Fortier | Y | Scofield | N |
| Sessions | N | Shelnutt | P |
| Singleton | A | Smitherman | Y |
| Stutts | P | Waggoner | Y |
| Weaver | N | Whatley | N |
| Williams | N | | |
| Total Yea: 10 | | Total Nays: 18 | Total Abstains: 1 |

Roll of the Senate for Vote 32 on HB1 ( Second Special Session 2021) Legislative Day: 5 Date: 11/03/2021

| Member | Vote | Member | Vote |
|---|---|---|---|
| Albritton | N | Allen | N |
| Barfoot | N | Beasley | Y |
| Butler | P | Chambliss | N |
| Chesteen | N | Coleman-Madison | Y |
| Dunn | P | Elliott | P |
| Figures | Y | Givhan | N |
| Gudger | P | Hatcher | Y |
| Holley | N | Jones | N |
| Livingston | N | Marsh | N |
| McClendon | N | Melson | N |
| Orr | N | Price | N |
| Reed | N | Roberts | N |
| Sanders-Fortier | P | Scofield | N |
| Sessions | N | Shelnutt | P |
| Singleton | P | Smitherman | Y |
| Stutts | P | Waggoner | N |
| Weaver | N | Whatley | N |
| Williams | N | | |
| Total Yea: 5 | Total Nays: 22 | | Total Abstains: 0 |

Roll of the Senate for Vote 31 on HB1 ( Second Special Session 2021) Legislative Day: 5 Date: 11/03/2021

| Member | Vote | Member | Vote |
|---|---|---|---|
| Albritton | N | Allen | N |
| Barfoot | N | Beasley | Y |
| Butler | N | Chambliss | N |
| Chesteen | N | Coleman-Madison | Y |
| Dunn | P | Elliott | P |
| Figures | Y | Givhan | N |
| Gudger | N | Hatcher | Y |
| Holley | N | Jones | N |
| Livingston | N | Marsh | N |
| McClendon | N | Melson | N |
| Orr | N | Price | N |
| Reed | P | Roberts | N |
| Sanders-Fortier | Y | Scofield | N |
| Sessions | N | Shelnutt | P |
| Singleton | Y | Smitherman | Y |
| Stutts | P | Waggoner | N |
| Weaver | N | Whatley | N |
| Williams | N | | |
| Total Yea: 7 | | Total Nays: 23 | Total Abstains: 0 |

Roll of the House for Vote 4 on HB1 ( Second Special Session 2021) Legislative Day: 3 Date: 11/01/2021

| Member | Vote | Member | Vote |
| --- | --- | --- | --- |
| Alexander | N | Allen | Y |
| Almond | Y | Baker | Y |
| Ball | Y | Bedsole | Y |
| Blackshear | Y | Boyd | N |
| Bracy | N | Brown (C) | Y |
| Brown (K) | Y | Carns | N |
| Chestnut | N | Clarke | N |
| Clouse | Y | Coleman | N |
| Collins | Y | Crawford | Y |
| Daniels | N | Dismukes | Y |
| Dragons | Y | Drummond | N |
| Easterbrook | N | Ellis | Y |
| England | N | Estes | Y |
| Farley | Y | Faulkner | N |
| Faust | Y | Fincher | Y |
| Forte | N | Garrett | N |
| Gaston | Y | Givan | N |
| Gray | N | Greer | N |
| Grimsley | N | Hall | N |
| Hanes | Y | Harbison | Y |
| Hassell | N | Hill | Y |
| Hollis | N | Holmes | N |
| Howard | N | Hurst | Y |
| Ingram | Y | Isbell | Y |
| Jackson | N | Jones (M) | Y |
| Jones (S) | N | Kiel | Y |
| Kitchens | Y | Lawrence | N |
| Ledbetter | Y | Lee | Y |
| Lipscomb | Y | Lovvorn | Y |
| Marques | Y | McCampbell | N |
| McCutcheon | Y | McMillan | Y |
| Meadows | N | Mooney | N |
| Moore (M) | N | Moore (P) | Y |
| Morris | N | Oliver | Y |

| | | | |
|---|---|---|---|
| Paschal | Y | Pettus | N |
| Pringle | Y | Rafferty | N |
| Reynolds | Y | Rich | Y |
| Robbins | Y | Robertson | Y |
| Rogers | N | Rowe | Y |
| Sanderford | Y | Scott | N |
| Sells | Y | Shaver | Y |
| Shedd | Y | Shiver | Y |
| Simpson | Y | Smith | Y |
| Sorrell | Y | Sorrells | Y |
| South | Y | Stadthagen | Y |
| Standridge | Y | Stringer | Y |
| Sullivan | Y | Treadaway | Y |
| Wadsworth | Y | Warren | N |
| Wheeler | N | Whitt | Y |
| Whorton | Y | Wilcox | Y |
| Wingo | N | Wood (D) | Y |
| Wood (R) | Y | | |
| Total Yes: 65 | | Total Nays: 38 | Total Abstains: 0 |

Roll of the Senate for Vote 30 on HB1 ( Second Special Session 2021) Legislative Day: 5 Date: 11/03/2021

| Member | Vote | Member | Vote |
|---|---|---|---|
| Albritton | Y | Allen | Y |
| Barfoot | Y | Beasley | N |
| Butler | Y | Chambliss | Y |
| Chesteen | Y | Coleman-Madison | N |
| Dunn | P | Elliott | P |
| Figures | N | Givhan | Y |
| Gudger | Y | Hatcher | N |
| Holley | Y | Jones | Y |
| Livingston | Y | Marsh | Y |
| McClendon | Y | Melson | Y |
| Orr | P | Price | Y |
| Reed | P | Roberts | Y |
| Sanders-Fortier | N | Scofield | Y |
| Sessions | Y | Shelnutt | P |
| Singleton | N | Smitherman | N |
| Stutts | P | Waggoner | Y |
| Weaver | Y | Whatley | Y |
| Williams | Y | | |
| Total Yea: 22 | | Total Nays: 7 | Total Abstains: 0 |

Roll of the House for Vote 3 on HB1 ( Second Special Session 2021) Legislative Day: 3 Date: 11/01/2021

| Member | Vote | Member | Vote |
| --- | --- | --- | --- |
| Alexander | N | Allen | Y |
| Almond | Y | Baker | Y |
| Ball | P | Bedsole | Y |
| Blackshear | Y | Boyd | N |
| Bracy | N | Brown (C) | Y |
| Brown (K) | Y | Carns | Y |
| Chestnut | N | Clarke | N |
| Clouse | Y | Coleman | N |
| Collins | Y | Crawford | Y |
| Daniels | N | Dismukes | Y |
| Dragons | Y | Drummond | N |
| Easterbrook | N | Ellis | Y |
| England | N | Estes | Y |
| Farley | Y | Faulkner | Y |
| Faust | Y | Fincher | Y |
| Forte | N | Garrett | Y |
| Gaston | Y | Givan | N |
| Gray | N | Greer | Y |
| Grimsley | N | Hall | N |
| Hanes | Y | Harbison | Y |
| Hassell | N | Hill | Y |
| Hollis | N | Holmes | Y |
| Howard | N | Hurst | Y |
| Ingram | Y | Isbell | Y |
| Jackson | N | Jones (M) | Y |
| Jones (S) | N | Kiel | Y |
| Kitchens | Y | Lawrence | N |
| Ledbetter | Y | Lee | Y |
| Lipscomb | Y | Lovvorn | Y |
| Marques | Y | McCampbell | N |
| McCutcheon | Y | McMillan | Y |
| Meadows | Y | Mooney | Y |
| Moore (M) | N | Moore (P) | Y |
| Morris | N | Oliver | Y |

| Name | Vote | Name | Vote |
|---|---|---|---|
| Paschal | Y | Pettus | Y |
| Pringle | Y | Rafferty | N |
| Reynolds | Y | Rich | Y |
| Robbins | Y | Robertson | Y |
| Rogers | N | Rowe | Y |
| Sanderford | Y | Scott | N |
| Sells | Y | Shaver | Y |
| Shedd | Y | Shiver | Y |
| Simpson | Y | Smith | Y |
| Sorrell | Y | Sorrells | Y |
| South | Y | Stadthagen | Y |
| Standridge | Y | Stringer | Y |
| Sullivan | Y | Treadaway | Y |
| Wadsworth | Y | Warren | N |
| Wheeler | Y | Whitt | Y |
| Whorton | Y | Wilcox | Y |
| Wingo | Y | Wood (D) | Y |
| Wood (R) | Y | | |
| Total Yes: 74 | | Total Nays: 28 | Total Abstains: 0 |

Roll of the Senate for Vote 29 on HB1 ( Second Special Session 2021) Legislative Day: 5 Date: 11/03/2021

| Member | Vote | Member | Vote |
| --- | --- | --- | --- |
| Albritton | Y | Allen | Y |
| Barfoot | Y | Beasley | N |
| Butler | Y | Chambliss | P |
| Chesteen | Y | Coleman-Madison | N |
| Dunn | P | Elliott | Y |
| Figures | N | Givhan | Y |
| Gudger | Y | Hatcher | N |
| Holley | Y | Jones | Y |
| Livingston | Y | Marsh | P |
| McClendon | Y | Melson | Y |
| Orr | Y | Price | Y |
| Reed | Y | Roberts | Y |
| Sanders-Fortier | N | Scofield | Y |
| Sessions | Y | Shelnutt | Y |
| Singleton | N | Smitherman | N |
| Stutts | P | Waggoner | P |
| Weaver | Y | Whatley | Y |
| Williams | Y | | |
| Total Yea: 23 | | Total Nays: 7 | Total Abstains: 0 |

Roll of the House for Vote 2 on HB1 ( Second Special Session 2021) Legislative Day: 3 Date: 11/01/2021

| Member | Vote | Member | Vote |
| --- | --- | --- | --- |
| Alexander | A | Allen | Y |
| Almond | Y | Baker | Y |
| Ball | Y | Bedsole | Y |
| Blackshear | Y | Boyd | A |
| Bracy | A | Brown (C) | Y |
| Brown (K) | N | Carns | N |
| Chestnut | Y | Clarke | A |
| Clouse | Y | Coleman | A |
| Collins | N | Crawford | Y |
| Daniels | A | Dismukes | Y |
| Drake | A | Drummond | A |
| Easterbrook | Y | Ellis | Y |
| England | Y | Estes | Y |
| Farley | N | Faulkner | N |
| Faust | Y | Fincher | Y |
| Forte | A | Garrett | N |
| Gaston | P | Givan | A |
| Gray | A | Greer | P |
| Grimsley | A | Hall | A |
| Hanes | N | Harbison | Y |
| Hassell | A | Hill | A |
| Hollis | Y | Holmes | N |
| Howard | P | Hurst | Y |
| Ingram | Y | Isbell | N |
| Jackson | A | Jones (M) | Y |
| Jones (S) | A | Kiel | Y |
| Kitchens | Y | Lawrence | Y |
| Ledbetter | Y | Lee | Y |
| Lipscomb | Y | Lovvorn | Y |
| Marques | Y | McCampbell | A |
| McCutcheon | Y | McMillan | P |
| Meadows | N | Mooney | N |
| Moore (M) | A | Moore (P) | Y |
| Morris | A | Oliver | Y |

| Name | Vote | Name | Vote |
|---|---|---|---|
| Paschal | N | Pettus | A |
| Pringle | Y | Rafferty | A |
| Reynolds | Y | Rich | N |
| Robbins | Y | Robertson | N |
| Rogers | A | Rowe | P |
| Sanderford | Y | Scott | P |
| Sells | P | Shaver | Y |
| Shedd | Y | Shiver | Y |
| Simpson | Y | Smith | Y |
| Sorrell | N | Sorrells | Y |
| South | P | Stadthagen | Y |
| Standridge | P | Stringer | Y |
| Sullivan | Y | Treadaway | N |
| Wadsworth | Y | Warren | A |
| Wheeler | N | Whitt | Y |
| Whorton | Y | Wilcox | Y |
| Wingo | N | Wood (D) | Y |
| Wood (R) | P | | |
| Total Yea: 51 | | Total Nays: 18 | Total Abstains: 24 |

Roll of the House for Vote 1 on HB1 ( Second Special Session 2021) Legislative Day: 3 Date: 11/01/2021

| Member | Vote | Member | Vote |
|---|---|---|---|
| Alexander | A | Allen | Y |
| Almond | Y | Baker | Y |
| Ball | Y | Bedsole | Y |
| Blackshear | Y | Boyd | P |
| Bracy | P | Brown (C) | Y |
| Brown (K) | N | Carns | N |
| Chestnut | Y | Clarke | A |
| Clouse | Y | Coleman | A |
| Collins | Y | Crawford | Y |
| Daniels | Y | Dismukes | Y |
| Drake | Y | Drummond | A |
| Easterbrook | P | Ellis | Y |
| England | Y | Estes | Y |
| Farley | N | Faulkner | N |
| Faust | Y | Fincher | N |
| Forte | A | Garrett | N |
| Gaston | Y | Givan | A |
| Gray | Y | Greer | N |
| Grimsley | A | Hall | A |
| Hanes | N | Harbison | Y |
| Hassell | N | Hill | Y |
| Hollis | Y | Holmes | N |
| Howard | P | Hurst | Y |
| Ingram | Y | Isbell | Y |
| Jackson | A | Jones (M) | Y |
| Jones (S) | Y | Kiel | Y |
| Kitchens | Y | Lawrence | Y |
| Ledbetter | Y | Lee | Y |
| Lipscomb | P | Lovvorn | Y |
| Marques | Y | McCampbell | Y |
| McCutcheon | Y | McMillan | P |
| Meadows | N | Mooney | N |
| Moore (M) | N | Moore (P) | Y |
| Morris | Y | Oliver | N |

| Name | Vote | Name | Vote |
| --- | --- | --- | --- |
| Paschal | N | Pettus | Y |
| Pringle | Y | Rafferty | Y |
| Reynolds | Y | Rich | Y |
| Robbins | Y | Robertson | Y |
| Rogers | Y | Rowe | P |
| Sanderford | Y | Scott | P |
| Sells | P | Shaver | Y |
| Shedd | Y | Shiver | Y |
| Simpson | Y | Smith | Y |
| Sorrell | Y | Sorrells | Y |
| South | P | Stadthagen | Y |
| Standridge | P | Stringer | Y |
| Sullivan | Y | Treadaway | Y |
| Wadsworth | Y | Warren | A |
| Wheeler | Y | Whitt | Y |
| Whorton | P | Wilcox | Y |
| Wingo | N | Wood (D) | Y |
| Wood (R) | Y | | |
| Total Yea: 65 | | Total Nays: 16 | Total Abstains: 10 |