FILED
2021 Dec-27 AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

| DISTRICT | MEMBER | 2020 CENSUS DATA | GAIN/LOSS FROM 2021 IDEAL | 2011 TOTAL POP | 2021 TOTAL POP | 2011 WHITE POP | 2021 WHITE POP | 2011 WHITE POP % | 2021 WHITE POP % | 2011 BLACK POP | 2021 BLACK POP | 2011 BLACK POP % | 2021 BLACK POP % | 2011 WHT VAP POP | 2021 WHT VAP POP | 2011 WHT VAP % | 2021 WHT VAP % | 2011 BLK VAP POP | 2021 BLK VAP POP | 2011 BLK VAP % | 2021 BLK VAP % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Carl | 726,276 | 8,522 | 682,820 | 717,754 | 458,705 | 461,324 | 67.18 | 64.27 | 188,859 | 186,921 | 27.66 | 26.04 | 359,599 | 371,902 | 69.66 | 66.7 | 133,191 | 138,128 | 25.8 | 24.77 |
| 2 | Moore | 693,466 | -24,288 | 682,820 | 717,755 | 446,880 | 433,244 | 65.45 | 60.36 | 201,339 | 217,392 | 29.49 | 30.29 | 352,940 | 350,279 | 67.81 | 62.81 | 145,232 | 162,714 | 27.9 | 29.18 |
| 3 | Rogers | 735,132 | 17,378 | 682,819 | 717,754 | 482,435 | 479,432 | 70.65 | 66.8 | 171,780 | 176,953 | 25.16 | 24.65 | 380,198 | 386,048 | 72.42 | 68.41 | 126,215 | 136,382 | 24.04 | 24.17 |
| 4 | Aderholt | 702,982 | -14,772 | 682,819 | 717,754 | 591,403 | 582,698 | 86.61 | 81.18 | 46,636 | 51,929 | 6.83 | 7.23 | 460,438 | 463,433 | 88.19 | 83.33 | 34,374 | 39,834 | 6.58 | 7.16 |
| 5 | Brooks | 761,102 | 43,348 | 682,819 | 717,754 | 518,464 | 499,707 | 75.93 | 69.62 | 116,026 | 124,642 | 16.99 | 17.37 | 406,038 | 403,155 | 77.65 | 71.84 | 85,841 | 95,757 | 16.42 | 17.06 |
| 6 | Palmer | 740,710 | 22,956 | 682,819 | 717,754 | 551,887 | 498,843 | 80.82 | 69.5 | 92,576 | 138,019 | 13.56 | 19.23 | 427,601 | 397,498 | 82.55 | 71.97 | 65,503 | 100,878 | 12.65 | 18.27 |
| 7 | Sewell | 664,611 | -53,143 | 682,820 | 717,754 | 225,620 | 265,204 | 33.04 | 36.95 | 434,095 | 400,306 | 63.57 | 55.77 | 190,099 | 222,731 | 36.38 | 39.21 | 316,422 | 308,030 | 60.55 | 54.22 |

RC 000002