

2021 Alabama Congressional Plan

©2021 CALIPER