User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

# District Statistics

Wednesday, November 3, 2021 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3:49 PM

**District 1**

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -- |
| Actual Population: | 717,754 | Relative Deviation: | 0.00% |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 461,324 | 186,921 | 0.00% | 64.27% | 26.04% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 371,902 | 138,128 | | 66.70% | 24.77% |

**District 1 Counties (* indicates the county is not entirely within the district)**

Mobile AL, Washington AL, Baldwin AL, Escambia AL*, Monroe AL

**District Statistics** 2021 Alabama Congressional

### District 2

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | 1 |
| Actual Population: | 717,755 | Relative Deviation: | 0.00% |

**Total Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| 1 | 433,244 | 217,392 | 0.00% | 60.36% | 30.29% |

**Voting Age Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 350,279 | 162,714 | | 62.81% | 29.18% |

**District 2 Counties (\* indicates the county is not entirely within the district)**

Dale AL, Houston AL, Pike AL, Bullock AL, Henry AL, Barbour AL, Escambia AL\*, Conecuh AL, Covington AL, Coffee AL, Butler AL, Crenshaw AL, Montgomery AL\*, Autauga AL, Elmore AL, Geneva AL

**District Statistics**  2021 Alabama Congressional

### District 3

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -- |
| Actual Population: | 717,754 | Relative Deviation: | 0.00% |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 479,432 | 176,953 | 0.00% | 66.80% | 24.65% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 386,048 | 136,382 | | 68.41% | 24.17% |

**District 3 Counties (* indicates the county is not entirely within the district)**

Macon AL, Russell AL, Tallapoosa AL, Clay AL, Randolph AL, Lee AL, Chambers AL, St. Clair AL, Calhoun AL, Cleburne AL, Cherokee AL, Chilton AL*, Coosa AL, Talladega AL

**District Statistics**     2021 Alabama Congressional

## District 4

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -- |
| Actual Population: | 717,754 | Relative Deviation: | 0.00% |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 582,698 | 51,929 | 0.00% | 81.18% | 7.23% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 463,433 | 39,834 | | 83.33% | 7.16% |

**District 4 Counties (\* indicates the county is not entirely within the district)**

Lamar AL, Fayette AL, Marion AL, Franklin AL, Walker AL, Winston AL, Lawrence AL, Colbert AL, Lauderdale AL*, Cullman AL, Etowah AL, Marshall AL, DeKalb AL, Tuscaloosa AL*

**District Statistics**  2021 Alabama Congressional

## District 5

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -- | |
| Actual Population: | 717,754 | Relative Deviation: | 0.00% | |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 499,707 | 124,642 | 0.00% | 69.62% | 17.37% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 403,155 | 95,757 | | 71.84% | 17.06% |

**District 5 Counties (* indicates the county is not entirely within the district)**

Lauderdale AL*, Morgan AL, Limestone AL, Madison AL, Jackson AL

# District Statistics

2021 Alabama Congressional

## District 6

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -- | |
| Actual Population: | 717,754 | Relative Deviation: | 0.00% | |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 498,843 | 138,019 | 0.00% | 69.50% | 19.23% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 397,498 | 100,878 | | 71.97% | 18.27% |

**District 6 Counties (* indicates the county is not entirely within the district)**

Blount AL, Bibb AL, Chilton AL*, Jefferson AL*, Shelby AL

## District Statistics

2021 Alabama Congressional

**District 7**

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -- | |
| Actual Population: | 717,754 | Relative Deviation: | 0.00% | |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 265,204 | 400,306 | 0.00% | 36.95% | 55.77% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 222,731 | 308,030 | | 39.21% | 54.22% |

**District 7 Counties (* indicates the county is not entirely within the district)**

Choctaw AL, Sumter AL, Pickens AL, Clarke AL, Marengo AL, Wilcox AL, Dallas AL, Greene AL, Hale AL, Perry AL, Tuscaloosa AL*, Lowndes AL, Montgomery AL*, Jefferson AL*