User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

# Population Summary

Wednesday, November 3, 2021                                                                                                                     3:55 PM

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [18+_Wht] | [% 18+_Wht] | [18+_Blk] | [% 18+_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 557,535 | 77.68% | 371,902 | 66.7% | 138,128 | 24.77% |
| 2 | 717,755 | 1 | 0.00% | 557,677 | 77.7% | 350,279 | 62.81% | 162,714 | 29.18% |
| 3 | 717,754 | 0 | 0.00% | 564,281 | 78.62% | 386,048 | 68.41% | 136,382 | 24.17% |
| 4 | 717,754 | 0 | 0.00% | 556,133 | 77.48% | 463,433 | 83.33% | 39,834 | 7.16% |
| 5 | 717,754 | 0 | 0.00% | 561,187 | 78.19% | 403,155 | 71.84% | 95,757 | 17.06% |
| 6 | 717,754 | 0 | 0.00% | 552,286 | 76.95% | 397,498 | 71.97% | 100,878 | 18.27% |
| 7 | 717,754 | 0 | 0.00% | 568,067 | 79.15% | 222,731 | 39.21% | 308,030 | 54.22% |

Total Population:            5,024,279
Ideal District Population:   717,754

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 717,754 to 717,755 |
| Ratio Range: | 0.00 |
| Absolute Range: | 0 to 1 |
| Absolute Overall Range: | 1 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.14 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.35 |