User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

# Population Summary

Monday, November 15, 2021                                                                                                                                           11:57 AM

| District | Population | Deviation | % Devn. | [% White] | [% Black] | AP_Wht | [% AP_Wht] | AP_Blk | [% AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 64.27% | 26.04% | 496,638 | 69.19% | 196,827 | 27.42% |
| 2 | 717,755 | 1 | 0.00% | 60.36% | 30.29% | 464,682 | 64.74% | 228,648 | 31.86% |
| 3 | 717,754 | 0 | 0.00% | 66.8% | 24.65% | 509,986 | 71.05% | 187,284 | 26.09% |
| 4 | 717,754 | 0 | 0.00% | 81.18% | 7.23% | 619,856 | 86.36% | 59,655 | 8.31% |
| 5 | 717,754 | 0 | 0.00% | 69.62% | 17.37% | 546,329 | 76.12% | 136,782 | 19.06% |
| 6 | 717,754 | 0 | 0.00% | 69.5% | 19.23% | 534,271 | 74.44% | 145,897 | 20.33% |
| 7 | 717,754 | 0 | 0.00% | 36.95% | 55.77% | 287,088 | 40% | 409,643 | 57.07% |

Total Population:            5,024,279
Ideal District Population:   717,754

**Summary Statistics:**

Population Range:            717,754 to 717,755
Ratio Range:                 0.00
Absolute Range:              0 to 1
Absolute Overall Range:      1
Relative Range:              0.00% to 0.00%
Relative Overall Range:      0.00%
Absolute Mean Deviation:     0.14
Relative Mean Deviation:     0.00%
Standard Deviation:          0.35