User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

## Population Summary

Monday, November 15, 2021                                                                                                          12:01 PM

| District | Population | Deviation | % Devn. | [% White] | [% Black] | [18+ _AP_Wht] | [% 18+ _AP_Wht] | [18+_AP_Blk] | [% 18+ _AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 64.27% | 26.04% | 394,684 | 70.79% | 142,777 | 25.61% |
| 2 | 717,755 | 1 | 0.00% | 60.36% | 30.29% | 369,833 | 66.32% | 167,971 | 30.12% |
| 3 | 717,754 | 0 | 0.00% | 66.8% | 24.65% | 405,482 | 71.86% | 141,011 | 24.99% |
| 4 | 717,754 | 0 | 0.00% | 81.18% | 7.23% | 487,498 | 87.66% | 42,819 | 7.7% |
| 5 | 717,754 | 0 | 0.00% | 69.62% | 17.37% | 432,690 | 77.1% | 101,339 | 18.06% |
| 6 | 717,754 | 0 | 0.00% | 69.5% | 19.23% | 420,311 | 76.1% | 104,551 | 18.93% |
| 7 | 717,754 | 0 | 0.00% | 36.95% | 55.77% | 238,100 | 41.91% | 313,904 | 55.26% |

Total Population:                    5,024,279
Ideal District Population:           717,754

**Summary Statistics:**

Population Range:           717,754 to 717,755
Ratio Range:                0.00
Absolute Range:             0 to 1
Absolute Overall Range:     1
Relative Range:             0.00% to 0.00%
Relative Overall Range:     0.00%
Absolute Mean Deviation:    0.14
Relative Mean Deviation:    0.00%
Standard Deviation:         0.35