User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

# Measures of Compactness Report

Monday, November 15, 2021                                                                                                          11:50 AM

|           | **Reock** |
|-----------|-----------|
| Sum       | N/A       |
| Min       | 0.30      |
| Max       | 0.50      |
| Mean      | 0.38      |
| Std. Dev. | 0.07      |

| **District** | **Reock** |
|--------------|-----------|
| 1            | 0.40      |
| 2            | 0.50      |
| 3            | 0.36      |
| 4            | 0.36      |
| 5            | 0.30      |
| 6            | 0.31      |
| 7            | 0.43      |

**Measures of Compactness Report**                                2021 Alabama Congressional

Measures of Compactness Summary

**Reock**              The measure is always between 0 and 1, with 1 being the most compact.