FILED

2021 Dec-27  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

# Measures of Compactness Report

Monday, November 15, 2021                                                                                    11:52 AM

|  | Schwartzberg |
|---|---|
| Sum | N/A |
| Min | 1.68 |
| Max | 2.28 |
| Mean | 1.95 |
| Std. Dev. | 0.21 |

| District | Schwartzberg |
|---|---|
| 1 | 1.98 |
| 2 | 1.78 |
| 3 | 1.79 |
| 4 | 2.09 |
| 5 | 1.68 |
| 6 | 2.28 |
| 7 | 2.04 |

# Measures of Compactness Report

Measures of Compactness Summary

**Schwartzberg**     The measure is usually greater than or equal to 1, with 1 being the most compact.