FILED
2021 Dec-27 AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

CERTIFICATION OF RESULTS

Primary Election
June 4, 1996
Constitutional Amendments

I, Jim Bennett, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that pursuant to Chapter 17 of the <u>Code of Alabama</u>, 1975, we, the undersigned, hereby certify that the results of the constitutional amendment election held in Alabama on Tuesday, June 4, 1996, were opened and counted by us and that the results so tabulated are recorded on the following pages.

In Testimony Whereby, I have hereunto set me hand and affixed the Great Seal of the State of Alabama, at the Alabama State House, in the City of Montgomery on this day.



_____  6/19/96
Fob James                 Date
Governor

_____  6/19/96
Jeff Sessions             Date
Attorney General

_____  6/19/96
Jim Bennett               Date
Secretary of State

D000218

CONSTITUTIONAL AMENDMENTS

Primary Election
June 4, 1996

Amendment 1 -

Proposing an amendment of the Constitution of Alabama of 1901, repealing Article VIII, relating to suffrage and elections. The amendment would repeal the existing Article VIII, and provide that, in accordance with constitutional requirements, suffrage would extend to residents who are citizens, 18 years of age or older who have not been convicted of a felony involving moral turpitude. This amendment would further provide that the Legislature would provide for certain voting procedures by statute. (Proposed by Act 95-443)

   *Yes - 297,261
    No  -  95,612

Amendment 2 -

Proposing an amendment of the Constitution of Alabama of 1901, to provide for the addition of impeachment under Article VII, Section 173, in addition to proceedings by the Judicial Inquiry Commission and the Court of the Judiciary as a means for removal of Supreme Court Justices and appellate judges. (Proposed by Act 95-646)

   *Yes - 286,462
    No  - 110,707

Amendment 3 -

Proposing an amendment of the Constitution of Alabama of 1901, to provide further for the composition and powers of the Judicial Inquiry Commission and the Court of the Judiciary; and to provide further for appealing a decision of the Court of the Judiciary. (Proposed by Act 95-647)

   *Yes - 238,337
    No  - 139,766

Amendment 4 -

Proposing an amendment to the Constitution of Alabama of 1901, to require the approval of both houses of the Legislature before an order of a state court which requires disbursement of state funds is binding on the state or on any state official. (Proposed by Act 95-651)

   *Yes - 257,845
    No  - 136,517