# EXHIBITS TO CONGRESSIONAL SUBMISSION

A    Act No. 2011-518

    A-1    Copy of Act No. 2011-518

    A-2    Map of plan adopted in Act No. 2011-518

    A-3    Demographic data for plan adopted in Act No. 2011-518 showing both total and voting age population for each district

    A-4    Compactness and contiguity scores for plan adopted in Act No. 2011-518

    A-5    Vote on Final Version of SB484 (Act No. 2011-518) in Alabama Senate

    A-6    Vote on Final Version of SB484 (Act No. 2011-518) in Alabama House of Representatives

B    2010 Census demographic data for Act No. 2002-57 districts

C    Packages for 14 alternate congressional plans, containing map, demographic data showing both total population and voting age population, and compactness and contiguity scores

    C-1    2010 Allen Congressional Plan 4

    C-2    2010 Allen Congressional Plan 6

    C-3    2010 Beason Congressional Plan

    C-4    2010 Hammon Congressional Plan

    C-5    2010 McClendon Congressional Plan 1

    C-6    2010 Poole Congressional Plan 4

    C-7    Buskey Congressional Plan

    C-8    Congressional Plan – Allen

    C-9    Greer Congressional 2

    C-10    McClammy 2010 US Congressional Plan

    C-11    McClammy Congress 2M

|   |   |   |   |
|---|---|---|---|
|   | C-12 | McClammy Congress PPB |   |
|   | C-13 | Poole–Hubbard Congressional |   |
|   | C-14 | State Congressional 1 |   |
| D | Block Assignment Files for Act No. 2011-518 | | |
| E | Membership of Permanent Joint Legislative Committee on Reapportionment for 2011-2014 quadrennium | | |
| F | State of Alabama Reapportionment Committee Guidelines for Congressional, Legislative, and State Board of Education Redistricting | | |
| G | Minutes of Committee Meetings | | |
|   | G-1 | Minutes of Committee Meeting on March 23, 2011 |   |
|   | G-2 | Minutes of Committee Meeting on March 30, 2011 |   |
|   | G-3 | Minutes of Committee Meeting on May 3, 2011 |   |
|   | G-4 | Minutes of Committee Meeting on May 4, 2011 |   |
|   | G-5 | Minutes of Committee Meeting on May 18, 2011 |   |
|   | G-6 | Minutes of Committee Meeting on May 19, 2011 |   |
| H | Public Hearings | | |
|   | H-1 | Notice Package for Public Hearings |   |
|   | H-2 | Transcript of Public Hearing on May 9, 2011, in Huntsville, AL |   |
|   | H-3 | Transcript of Public Hearing on May 10, 2011, in Birmingham, AL |   |
|   | H-4 | Transcript of Public Hearing on May 11, 2011, in Mobile, AL |   |
|   | H-5 | Transcript of Public Hearing on May 12, 2011, in Montgomery, AL |   |
|   | H-6 | Transcript of Public Hearing on May 13, 2011, in Selma, AL |   |
|   | H-7 | Transcript of Public Hearing on May 18, 2011, in Montgomery, AL |   |
|   | H-8 | Transcript of Public Hearing on April 1, 2011, in Troy, AL |   |
| I | Press releases and news clippings | | |

SOS002006