## Hatcher Congressional Plan 1

©2021 CALIPER

RC 018081