User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

# Population Summary

Tuesday, November 16, 2021                                                                                                                    2:32 PM

| District | Population | Deviation | % Devn. | White | Black | AP_Wht | [% AP_Wht] | AP_Blk | [% AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 532,712 | 110,991 | 572,696 | 79.79% | 121,355 | 16.91% |
| 2 | 717,755 | 1 | 0.00% | 287,581 | 371,889 | 311,037 | 43.33% | 383,401 | 53.42% |
| 3 | 717,753 | -1 | 0.00% | 495,903 | 154,149 | 527,940 | 73.55% | 163,967 | 22.84% |
| 4 | 717,753 | -1 | 0.00% | 587,941 | 51,453 | 624,396 | 86.99% | 58,822 | 8.2% |
| 5 | 717,755 | 1 | 0.00% | 493,215 | 130,660 | 539,692 | 75.19% | 143,250 | 19.96% |
| 6 | 717,754 | 0 | 0.00% | 554,318 | 85,877 | 590,911 | 82.33% | 93,167 | 12.98% |
| 7 | 717,755 | 1 | 0.00% | 268,782 | 391,143 | 292,178 | 40.71% | 400,774 | 55.84% |

Total Population:                 5,024,279
Ideal District Population:        717,754

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 717,753 to 717,755 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.71 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.83 |