FILED

2021 Dec-27  AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

# Communities of Interest (Landscape, 11x8.5)

Tuesday, November 16, 2021                                                                                                          1:02 PM

| Census Place | District | Population | % |
|---|---|---:|---:|
| Adamsville AL | 6 | 35 | 0.8 |
| Adamsville AL | 7 | 4,331 | 99.2 |
| Altoona AL | 4 | 906 | 95.6 |
| Altoona AL | 6 | 42 | 4.4 |
| Bessemer AL | 6 | 8 | 0.0 |
| Bessemer AL | 7 | 26,011 | 100.0 |
| Birmingham AL | 6 | 11,190 | 5.6 |
| Birmingham AL | 7 | 189,543 | 94.4 |
| Brookside AL | 6 | 1,253 | 100.0 |
| Brookside AL | 7 | 0 | 0.0 |
| Brookwood AL | 4 | 2,308 | 92.2 |
| Brookwood AL | 7 | 196 | 7.8 |
| Calvert AL | 2 | 109 | 42.8 |
| Calvert AL | 7 | 146 | 57.3 |
| Childersburg AL | 3 | 0 | 0.0 |
| Childersburg AL | 6 | 4,754 | 100.0 |
| Clay AL | 6 | 6,058 | 58.9 |
| Clay AL | 7 | 4,233 | 41.1 |
| Decatur AL | 4 | 0 | 0.0 |
| Decatur AL | 5 | 57,938 | 100.0 |
| Fultondale AL | 6 | 0 | 0.0 |

RC 018032

# Communities of Interest (Landscape, 11x8.5)

Hatcher Congressional Plan 1

| Census Place | District | Population | % |
|---|---|---|---|
| Fultondale AL | 7 | 9,876 | 100.0 |
| Garden City AL | 4 | 528 | 100.0 |
| Garden City AL | 6 | 0 | 0.0 |
| Gardendale AL | 6 | 15,865 | 98.9 |
| Gardendale AL | 7 | 179 | 1.1 |
| Glencoe AL | 3 | 18 | 0.3 |
| Glencoe AL | 4 | 5,354 | 99.7 |
| Grayson Valley AL | 6 | 79 | 1.3 |
| Grayson Valley AL | 7 | 5,903 | 98.7 |
| Graysville AL | 6 | 1,940 | 99.5 |
| Graysville AL | 7 | 10 | 0.5 |
| Helena AL | 6 | 18,421 | 88.1 |
| Helena AL | 7 | 2,493 | 11.9 |
| Homewood AL | 6 | 1,048 | 4.0 |
| Homewood AL | 7 | 25,366 | 96.0 |
| Hoover AL | 6 | 85,093 | 91.9 |
| Hoover AL | 7 | 7,513 | 8.1 |
| Hueytown AL | 6 | 0 | 0.0 |
| Hueytown AL | 7 | 16,776 | 100.0 |
| Irondale AL | 6 | 10,994 | 81.5 |
| Irondale AL | 7 | 2,503 | 18.5 |
| Malcolm AL | 2 | 106 | 77.9 |
| Malcolm AL | 7 | 30 | 22.1 |
| Maytown AL | 6 | 0 | 0.0 |
| Maytown AL | 7 | 316 | 100.0 |

RC 018033

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Mignon AL | 3 | 1,178 | 99.3 |
| Mignon AL | 6 | 8 | 0.7 |
| Mobile AL | 1 | 5,210 | 2.8 |
| Mobile AL | 2 | 181,831 | 97.2 |
| Mountain Brook AL | 6 | 21,532 | 95.9 |
| Mountain Brook AL | 7 | 929 | 4.1 |
| Northport AL | 4 | 24,160 | 77.6 |
| Northport AL | 7 | 6,965 | 22.4 |
| Phenix City AL | 2 | 21,071 | 54.3 |
| Phenix City AL | 3 | 17,745 | 45.7 |
| Pine Ridge AL | 3 | 263 | 100.0 |
| Pine Ridge AL | 4 | 0 | 0.0 |
| Pinson AL | 6 | 5,130 | 71.1 |
| Pinson AL | 7 | 2,085 | 28.9 |
| Pleasant Grove AL | 6 | 0 | 0.0 |
| Pleasant Grove AL | 7 | 9,544 | 100.0 |
| Rainsville AL | 3 | 57 | 1.0 |
| Rainsville AL | 4 | 5,448 | 99.0 |
| Semmes AL | 1 | 3,483 | 70.5 |
| Semmes AL | 2 | 1,458 | 29.5 |
| Southside AL | 3 | 183 | 1.9 |
| Southside AL | 4 | 9,243 | 98.1 |
| Stockton AL | 1 | 384 | 68.9 |
| Stockton AL | 2 | 173 | 31.1 |
| Sumiton AL | 4 | 2,422 | 99.1 |

RC 018034

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Sumiton AL | 6 | 22 | 0.9 |
| Sylacauga AL | 3 | 11,412 | 90.7 |
| Sylacauga AL | 6 | 1,166 | 9.3 |
| Sylvan Springs AL | 6 | 1,635 | 98.9 |
| Sylvan Springs AL | 7 | 18 | 1.1 |
| Sylvania AL | 3 | 480 | 26.8 |
| Sylvania AL | 4 | 1,310 | 73.2 |
| Trinity AL | 4 | 2 | 0.1 |
| Trinity AL | 5 | 2,524 | 99.9 |
| Trussville AL | 6 | 26,117 | 100.0 |
| Trussville AL | 7 | 6 | 0.0 |
| Tuscaloosa AL | 4 | 14,931 | 15.0 |
| Tuscaloosa AL | 7 | 84,669 | 85.0 |
| Tuskegee AL | 2 | 9,392 | 100.0 |
| Tuskegee AL | 3 | 3 | 0.0 |
| Vestavia Hills AL | 6 | 39,040 | 99.8 |
| Vestavia Hills AL | 7 | 62 | 0.2 |

RC 018035

## Communities of Interest (Landscape, 11x8.5)

| Census Place | -- Listed by District | |
| --- | ---: | ---: |
| | Population | % |
| Mobile AL (part) | 5,210 | 2.8 |
| Semmes AL (part) | 3,483 | 70.5 |
| Stockton AL (part) | 384 | 68.9 |
| **District 1 Totals** | **388,333** | |
| Calvert AL (part) | 109 | 42.8 |
| Malcolm AL (part) | 106 | 77.9 |
| Mobile AL (part) | 181,831 | 97.2 |
| Phenix City AL (part) | 21,071 | 54.3 |
| Semmes AL (part) | 1,458 | 29.5 |
| Stockton AL (part) | 173 | 31.1 |
| **District 2 Totals** | **568,551** | |
| Childersburg AL (part) | 0 | 0.0 |
| Glencoe AL (part) | 18 | 0.3 |
| Mignon AL (part) | 1,178 | 99.3 |
| Phenix City AL (part) | 17,745 | 45.7 |
| Rainsville AL (part) | 57 | 1.0 |
| Southside AL (part) | 183 | 1.9 |
| Sylacauga AL (part) | 11,412 | 90.7 |
| Sylvania AL (part) | 480 | 26.8 |
| Tuskegee AL (part) | 3 | 0.0 |
| **District 3 Totals** | **447,944** | |

RC 018036

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Altoona AL (part) | 906 | 95.6 |
| Brookwood AL (part) | 2,308 | 92.2 |
| Decatur AL (part) | 0 | 0.0 |
| Northport AL (part) | 24,160 | 77.6 |
| Pine Ridge AL (part) | 0 | 0.0 |
| Rainsville AL (part) | 5,448 | 99.0 |
| Southside AL (part) | 9,243 | 98.1 |
| Sumiton AL (part) | 2,422 | 99.1 |
| Sylvania AL (part) | 1,310 | 73.2 |
| Trinity AL (part) | 2 | 0.1 |
| Tuscaloosa AL (part) | 14,931 | 15.0 |
| **District 4 Totals** | **365,315** | |
| **District 5 Totals** | **472,384** | |

RC 018037

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Adamsville AL (part) | 35 | 0.8 |
| Altoona AL (part) | 42 | 4.4 |
| Bessemer AL (part) | 8 | 0.0 |
| Birmingham AL (part) | 11,190 | 5.6 |
| Clay AL (part) | 6,058 | 58.9 |
| Fultondale AL (part) | 0 | 0.0 |
| Garden City AL (part) | 0 | 0.0 |
| Gardendale AL (part) | 15,865 | 98.9 |
| Grayson Valley AL (part) | 79 | 1.3 |
| Graysville AL (part) | 1,940 | 99.5 |
| Helena AL (part) | 18,421 | 88.1 |
| Homewood AL (part) | 1,048 | 4.0 |
| Hoover AL (part) | 85,093 | 91.9 |
| Hueytown AL (part) | 0 | 0.0 |
| Irondale AL (part) | 10,994 | 81.5 |
| Maytown AL (part) | 0 | 0.0 |
| Mignon AL (part) | 8 | 0.7 |
| Mountain Brook AL (part) | 21,532 | 95.9 |
| Pinson AL (part) | 5,130 | 71.1 |
| Pleasant Grove AL (part) | 0 | 0.0 |
| Sumiton AL (part) | 22 | 0.9 |
| Sylacauga AL (part) | 1,166 | 9.3 |
| Sylvan Springs AL (part) | 1,635 | 98.9 |

| **District 6 Totals** | **520,069** | |

RC 018038

## Communities of Interest (Landscape, 11x8.5)

Hatcher Congressional Plan 1

|  | Population | % |
|---|---|---|
| Adamsville AL (part) | 4,331 | 99.2 |
| Birmingham AL (part) | 189,543 | 94.4 |
| Brookside AL (part) | 0 | 0.0 |
| Brookwood AL (part) | 196 | 7.8 |
| Calvert AL (part) | 146 | 57.3 |
| Clay AL (part) | 4,233 | 41.1 |
| Gardendale AL (part) | 179 | 1.1 |
| Grayson Valley AL (part) | 5,903 | 98.7 |
| Graysville AL (part) | 10 | 0.5 |
| Helena AL (part) | 2,493 | 11.9 |
| Homewood AL (part) | 25,366 | 96.0 |
| Hoover AL (part) | 7,513 | 8.1 |
| Irondale AL (part) | 2,503 | 18.5 |
| Malcolm AL (part) | 30 | 22.1 |
| Mountain Brook AL (part) | 929 | 4.1 |
| Northport AL (part) | 6,965 | 22.4 |
| Pinson AL (part) | 2,085 | 28.9 |
| Sylvan Springs AL (part) | 18 | 1.1 |
| Trussville AL (part) | 6 | 0.0 |
| Tuscaloosa AL (part) | 84,669 | 85.0 |
| Vestavia Hills AL (part) | 62 | 0.2 |
| **District 7 Totals** | **560,859** | |

RC 018039

## Summary Statistics

| | |
|---|---|
| Number of Census Place not split | 547 |
| Number of Census Place split | 45 |
| Number of Census Place split in 2 | 45 |
| Total number of splits | 90 |

RC 018040