User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

# Measures of Compactness Report

Tuesday, November 16, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:24 PM

|  | **Reock** |
|---|---|
| Sum | N/A |
| Min | 0.20 |
| Max | 0.43 |
| Mean | 0.29 |
| Std. Dev. | 0.09 |

| **District** | **Reock** |
|---|---|
| 1 | 0.20 |
| 2 | 0.27 |
| 3 | 0.27 |
| 4 | 0.43 |
| 5 | 0.20 |
| 6 | 0.41 |
| 7 | 0.27 |

# Measures of Compactness Report

Hatcher Congressional Plan 1

Measures of Compactness Summary

**Reock**  The measure is always between 0 and 1, with 1 being the most compact.

RC 018090