User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

## Measures of Compactness Report

Tuesday, November 16, 2021                                                                                                                    2:24 PM

|           | **Schwartzberg** |
|-----------|------------------|
| Sum       | N/A              |
| Min       | 1.85             |
| Max       | 2.40             |
| Mean      | 2.18             |
| Std. Dev. | 0.20             |

| **District** | **Schwartzberg** |
|--------------|------------------|
| 1            | 2.40             |
| 2            | 2.19             |
| 3            | 2.16             |
| 4            | 2.02             |
| 5            | 1.85             |
| 6            | 2.35             |
| 7            | 2.32             |

RC 018091

# Measures of Compactness Report

Hatcher Congressional Plan 1

## Measures of Compactness Summary

**Schwartzberg**   The measure is usually greater than or equal to 1, with 1 being the most compact.

RC 018092