FILED
2021 Dec-27  AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# OFFICE OF THE ATTORNEY GENERAL



**JIMMY EVANS**
ATTORNEY GENERAL
STATE OF ALABAMA

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (205) 242-7300

April 15, 1992

Honorable John Tanner
Voting Section
Civil Rights Division
U. S. Department of Justice
HOLC Building -- Room 716
320 1st Street, N.W.
Washington, D.C. 20001

Re:      **March 27, 1992 Objection to State of Alabama
         Redistricting Plan (Act No. 92-63);
         Wesch v. Hunt, No. 91-0787 (S.D. Ala. March 9, 1992)**

Dear Mr. Tanner:

This is in reference to the March 27, 1992 objection
interposed by the U. S. Department of Justice to the State of
Alabama's congressional redistricting plan (Act No. 92-63) and
its effect on the redistricting plan adopted by the Court in
Wesch v. Hunt (No. 91-0787, S.D. Ala. March 9, 1992).

In the Justice Department's letter of objection, Assistant
Attorney General John R. Dunne indicates that the State of
Alabama's plan failed Section 5 review due to what the letter
terms the "unnecessary fragmentation" of Alabama's black
population outside the majority black congressional district.
The letter, however, is unclear as to exactly what steps should
be taken to remedy this fragmentation.  The letter indicates
that Alabama's black population outside the majority black
congressional district should be placed in a second district,
but it is unclear as to whether this is to create a minority
influence district or a second majority black district, and, if
the Justice Department requires the creation of a second
majority black district, what percentage black populations
would be acceptable in both the first and the second black

Honorable John Tanner
Page Two
April 15, 1992


districts.  In the letter, Mr. Dunne only refers to
African-Americans constituting a majority of the voting age
population.  Please clarify the Justice Department's
requirements in this respect.

     Secondly, the plan adopted by the Court in Wesch v. Hunt
(No. 91-0787, S.D. Ala. March 9, 1992), "The 1992 Alabama
Redistricting Plan," creates a single majority black
congressional district, in which blacks constitute 67.53% of
the total population, and disperses the remaining black
population of the state among the six other districts.  In none
of these other districts does the minority population exceed
30% of the total population.  Therefore, the Court-ordered plan
in Wesch v. Hunt suffers from precisely the same deficiencies
as were cited by the Justice Department in its objection to the
State of Alabama's congressional redistricting plan in terms of
its fragmentation of black population outside the majority
black congressional district and in its failure to create a
second black majority or influence district.  Given the fact
that the Court-ordered plan contains these deficiencies, does
the Justice Department intend to undertake post-judgement
intervention or otherwise seek to modify the judgement in Wesch
v. Hunt?  Please advise us on the course of action you plan to
pursue.

     If you have any questions regarding the above, please do
not hesitate to contact this office.

                         Sincerely,

                         James H. Evans

                         JAMES H. EVANS
                         ATTORNEY GENERAL
                         STATE OF ALABAMA


JHE/MPA/vec

Encl:    Map of "1992 Alabama Redistricting Plan"
         Statistical Summary of Plan
1313A



DB: ALABAMA

District Summary
Total Populations, All Ages
Plan: 1992 Alabama Redistricting Plan

Date: 1/27/92
Time: 11:32 a.m.
Page: 1

Plan type: CONGRESSIONAL DISTRICTS

| District Name | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| District 1 | 577.226 | 403,193 | 164,448 | 4,944 | 3,776 | 865 |
|  | 100.00% | 69.85% | 28.49% | 0.86% | 0.65% | 0.15% |
| District 2 | 577.227 | 431,639 | 139,265 | 1,692 | 3,362 | 1,269 |
|  | 100.00% | 74.78% | 24.13% | 0.29% | 0.58% | 0.22% |
| District 3 | 577.227 | 422,187 | 149,922 | 1,136 | 3,008 | 974 |
|  | 100.00% | 73.14% | 25.97% | 0.20% | 0.52% | 0.17% |
| District 4 | 577.227 | 534,038 | 38,020 | 3,541 | 1,053 | 575 |
|  | 100.00% | 92.52% | 6.59% | 0.61% | 0.18% | 0.10% |
| District 5 | 577.227 | 481,509 | 85,945 | 3,540 | 5,145 | 1,088 |
|  | 100.00% | 83.42% | 14.89% | 0.61% | 0.89% | 0.19% |
| District 6 | 577.226 | 517,777 | 53,309 | 1,054 | 4,408 | 678 |
|  | 100.00% | 89.70% | 9.24% | 0.18% | 0.76% | 0.12% |
| District 7 | 577.227 | 185,454 | 389,796 | 599 | 1,045 | 333 |
|  | 100.00% | 32.13% | 67.53% | 0.10% | 0.18% | 0.06% |
| Total | 4,040,587 | 2,975,797 | 1,020,705 | 16,506 | 21,797 | 5,782 |
|  | 100.00% | 73.65% | 25.26% | 0.41% | 0.54% | 0.14% |