FILED
2021 Dec-27  AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

SAM PIERCE ( Zero )

Proposed: 9/4/91



STATE OF ALABAMA
Reapportionment Office
11 S. Union, Room 811
Montgomery, Alabama 36130
(205) 242 - 7941

SOS007159



SOS007160



SOS007161



Lim

District 5

Lawrence County

District 4

SOS007162

```
DB: ALABAMA                          District Statistics                    Date:  9/ 4/91
                                 Total Populations, All Ages                Time:  2:33 p.m.
                                   Plan: Sam Pierce ( Zero)
Plan type: CONGRESSIONAL DISTRICTS                                          Page: 1
```

| District Name | Number Members | Total Population | Ideal Population | District Variance | % District Variance |
|---|---|---|---|---|---|
| District 1 | 1 | 577,226 | 577,227 | -1 | 0.00% |
| District 2 | 1 | 577,227 | 577,227 | 0 | 0.00% |
| District 3 | 1 | 577,227 | 577,227 | 0 | 0.00% |
| District 4 | 1 | 577,227 | 577,227 | 0 | 0.00% |
| District 5 | 1 | 577,227 | 577,227 | 0 | 0.00% |
| District 6 | 1 | 577,227 | 577,227 | 0 | 0.00% |
| District 7 | 1 | 577,226 | 577,227 | -1 | 0.00% |
| Total | 7 | 4,040,587 | 4,040,589 | -2 | 0.00% |

PLANWIDE STATISTICS:
  Range of populations:      577,226 to 577,227
  Ratio range:               1.0000

  Absolute range:            -1 to 0
  Absolute overall range:    1

  Relative range:            0.00 to 0.00%
  Relative overall range:    0.00%

  Absolute mean deviation:   0.29
  Relative mean deviation:   0.00%

  Standard deviation:        0.5345

SOS007163

DB: ALABAMA

District Summary<br>
Total Populations, All Ages<br>
Plan: Sam Pierce ( Zero)

Date:  9/ 4/91
Time:  2:33 p.m.

Plan type: CONGRESSIONAL DISTRICTS

Page: 1

| District Name | Total Pop. | Total White | Total Black | Total Am. Ind. | Total Asian/PI | Total Other |
|---|---|---|---|---|---|---|
| District 1 | 577,226 | 403,193 | 164,448 | 4,944 | 3,776 | 865 |
|  | 100.00% | 69.85% | 28.49% | 0.86% | 0.65% | 0.15% |
| District 2 | 577,227 | 431,639 | 139,265 | 1,692 | 3,362 | 1,269 |
|  | 100.00% | 74.78% | 24.13% | 0.29% | 0.58% | 0.22% |
| District 3 | 577,227 | 422,187 | 149,922 | 1,136 | 3,008 | 974 |
|  | 100.00% | 73.14% | 25.97% | 0.20% | 0.52% | 0.17% |
| District 4 | 577,227 | 534,038 | 38,020 | 3,541 | 1,053 | 575 |
|  | 100.00% | 92.52% | 6.59% | 0.61% | 0.18% | 0.10% |
| District 5 | 577,227 | 481,509 | 85,945 | 3,540 | 5,145 | 1,088 |
|  | 100.00% | 83.42% | 14.89% | 0.61% | 0.89% | 0.19% |
| District 6 | 577,227 | 519,049 | 52,356 | 1,056 | 4,091 | 675 |
|  | 100.00% | 89.92% | 9.07% | 0.18% | 0.71% | 0.12% |
| District 7 | 577,226 | 184,182 | 390,749 | 597 | 1,362 | 336 |
|  | 100.00% | 31.91% | 67.69% | 0.10% | 0.24% | 0.06% |
| Total | 4,040,587 | 2,975,797 | 1,020,705 | 16,506 | 21,797 | 5,782 |
|  | 100.00% | 73.65% | 25.26% | 0.41% | 0.54% | 0.14% |

SOS007164

DB: ALABAMA

District Summary
Ethnic Breakdown of Voting Age Populations
Plan: Sam Pierce ( Zero)

Date:   9/ 4/91
Time:   2:33 p.m.
Page: 1

Plan type: CONGRESSIONAL DISTRICTS

| District Name | Total Vot. Age | Vot. Age White | Vot. Age Black | Vot. Age Am. Ind. | Vot. Age Asian/PI | Vot. Age Other |
|---|---|---|---|---|---|---|
| District 1 | 414,476 | 302,569 | 105,519 | 3,273 | 2,532 | 583 |
| | 100.00% | 73.00% | 25.46% | 0.79% | 0.61% | 0.14% |
| District 2 | 423,324 | 328,370 | 90,516 | 1,235 | 2,343 | 860 |
| | 100.00% | 77.57% | 21.38% | 0.29% | 0.55% | 0.20% |
| District 3 | 429,511 | 324,476 | 101,268 | 867 | 2,231 | 669 |
| | 100.00% | 75.55% | 23.58% | 0.20% | 0.52% | 0.16% |
| District 4 | 432,149 | 403,510 | 25,418 | 2,050 | 782 | 389 |
| | 100.00% | 93.37% | 5.88% | 0.47% | 0.18% | 0.09% |
| District 5 | 433,310 | 367,683 | 59,187 | 2,130 | 3,594 | 716 |
| | 100.00% | 84.85% | 13.66% | 0.49% | 0.83% | 0.17% |
| District 6 | 440,325 | 400,107 | 35,910 | 799 | 3,017 | 492 |
| | 100.00% | 90.87% | 8.16% | 0.18% | 0.69% | 0.11% |
| District 7 | 408,704 | 147,130 | 259,863 | 455 | 1,030 | 226 |
| | 100.00% | 36.00% | 63.58% | 0.11% | 0.25% | 0.06% |
| Total | 2,981,799 | 2,273,845 | 677,681 | 10,809 | 15,529 | 3,935 |
| | 100.00% | 76.26% | 22.73% | 0.36% | 0.52% | 0.13% |

SOS007165