

User: bpshan3501
Plan: McClammy Congressional B

Date: Tue May 17 15:58:35 GMT-0500 2011

# Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 18,970 | 454,611 | 193,286 | 7,813 | 9,110 | 326 | 7,846 | 9,828 |
| 2 | 682,820 | 1 | 0.00 | 22,300 | 457,624 | 192,030 | 3,477 | 7,927 | 507 | 10,454 | 10,801 |
| 3 | 682,819 | 0 | 0.00 | 20,492 | 437,262 | 215,739 | 2,299 | 7,120 | 481 | 10,013 | 9,905 |
| 4 | 682,819 | 0 | 0.00 | 44,261 | 601,682 | 35,477 | 4,476 | 2,666 | 612 | 27,595 | 10,311 |
| 5 | 682,819 | 0 | 0.00 | 30,158 | 510,896 | 123,311 | 6,589 | 10,584 | 577 | 15,403 | 15,459 |
| 6 | 682,820 | 1 | 0.00 | 29,506 | 571,620 | 74,554 | 2,040 | 11,440 | 270 | 14,450 | 8,446 |
| 7 | 682,819 | 0 | 0.00 | 19,915 | 241,699 | 416,914 | 1,524 | 4,748 | 284 | 11,149 | 6,501 |

Total Population: 4,779,736
Ideal Population: 682,819
Mean Deviation: 0
Mean Percent Deviation: 0.01
Largest Positive Deviation: 1
Largest Negative Deviation: 0
Overall Range in Deviation: 1
Overall Range in Deviation Percentage: 0.00

SOS001481

User: bpshan3501
Plan: McClammy Congressional B

Date: Tue May 17 16:02:37 GMT-0500 2011

# District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 18,970 (2.78%) | 454,611 (66.58%) | 193,286 (28.31%) | 7,813 (1.14%) | 9,110 (1.33%) | 326 (0.05%) | 7,846 (1.15%) | 9,828 (1.44%) |
| 2 | 682,820 | 1 | 0.00 | 22,300 (3.27%) | 457,624 (67.02%) | 192,030 (28.12%) | 3,477 (0.51%) | 7,927 (1.16%) | 507 (0.07%) | 10,454 (1.53%) | 10,801 (1.58%) |
| 3 | 682,819 | 0 | 0.00 | 20,492 (3.00%) | 437,262 (64.04%) | 215,739 (31.60%) | 2,299 (0.34%) | 7,120 (1.04%) | 481 (0.07%) | 10,013 (1.47%) | 9,905 (1.45%) |
| 4 | 682,819 | 0 | 0.00 | 44,261 (6.48%) | 601,682 (88.12%) | 35,477 (5.20%) | 4,476 (0.66%) | 2,666 (0.39%) | 612 (0.09%) | 27,595 (4.04%) | 10,311 (1.51%) |
| 5 | 682,819 | 0 | 0.00 | 30,158 (4.42%) | 510,896 (74.82%) | 123,311 (18.06%) | 6,589 (0.96%) | 10,584 (1.55%) | 577 (0.08%) | 15,403 (2.26%) | 15,459 (2.26%) |
| 6 | 682,820 | 1 | 0.00 | 29,506 (4.32%) | 571,620 (83.71%) | 74,554 (10.92%) | 2,040 (0.30%) | 11,440 (1.68%) | 270 (0.04%) | 14,450 (2.12%) | 8,446 (1.24%) |
| 7 | 682,819 | 0 | 0.00 | 19,915 (2.92%) | 241,699 (35.40%) | 416,914 (61.06%) | 1,524 (0.22%) | 4,748 (0.70%) | 284 (0.04%) | 11,149 (1.63%) | 6,501 (0.95%) |

SOS001482

User: bpshan3501
Plan: McClammy Congressional B

Date: Tue May 17 15:59:16 GMT-0500 2011

# All Districts Population Report

| District No. | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |
| Total Population | 682,820 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 1 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 18,970 | 454,611 | 193,286 | 7,813 | 9,110 | 326 | 7,846 | 9,828 |
| Total% | 2.78 | 66.58 | 28.31 | 1.14 | 1.33 | 0.05 | 1.15 | 1.44 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| | 2 | | | | | | | |
| Total Population | 682,820 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 1 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 22,300 | 457,624 | 192,030 | 3,477 | 7,927 | 507 | 10,454 | 10,801 |
| Total% | 3.27 | 67.02 | 28.12 | 0.51 | 1.16 | 0.07 | 1.53 | 1.58 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 3

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 20,492 | 437,262 | 215,739 | 2,299 | 7,120 | 481 | 10,013 | 9,905 |
| Total% | 3.00 | 64.04 | 31.60 | 0.34 | 1.04 | 0.07 | 1.47 | 1.45 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Total Population 682,819
Total Population 18+ 0
Deviation 0
Dev. % 0.00

District No. 4

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 44,261 | 601,682 | 35,477 | 4,476 | 2,666 | 612 | 27,595 | 10,311 |
| Total% | 6.48 | 88.12 | 5.20 | 0.66 | 0.39 | 0.09 | 4.04 | 1.51 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Total Population 682,819
Total Population 18+ 0
Deviation 0
Dev. % 0.00

District No. 5

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 30,158 | 510,896 | 123,311 | 6,589 | 10,584 | 577 | 15,403 | 15,459 |
| Total% | 4.42 | 74.82 | 18.06 | 0.96 | 1.55 | 0.08 | 2.26 | 2.26 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Total Population 682,819
Total Population 18+ 0
Deviation 0
Dev. % 0.00

| District No. | 6 | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | 682,820 | | | | | | |
| Total Population 18+ | 0 | | | | | | |
| Deviation | 1 | | | | | | |
| Dev. % | 0.00 | | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 29,506 | 571,620 | 74,554 | 2,040 | 11,440 | 270 | 14,450 | 8,446 |
| Total% | 4.32 | 83.71 | 10.92 | 0.30 | 1.68 | 0.04 | 2.12 | 1.24 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | 7 | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | 682,819 | | | | | | |
| Total Population 18+ | 0 | | | | | | |
| Deviation | 0 | | | | | | |
| Dev. % | 0.00 | | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,915 | 241,699 | 416,914 | 1,524 | 4,748 | 284 | 11,149 | 6,501 |
| Total% | 2.92 | 35.40 | 61.06 | 0.22 | 0.70 | 0.04 | 1.63 | 0.95 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

User: bpshan3501
Plan: McClammy Congressional B

Date: Tue May 17 16:04:06 GMT-0500 2011

## Assigned District Splits

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| Clarke County | 25,833 | 271 | 14,070 | 11,336 | 103 | 77 | 4 | 67 | 176 |
| * Escambia County | 21,081 | 400 | 11,515 | 7,859 | 1,142 | 37 | 8 | 154 | 366 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| Washington County | 17,581 | 151 | 11,508 | 4,380 | 1,411 | 20 | 12 | 43 | 207 |
| District 1 Total | 682,820 | 18,970 | 454,611 | 193,286 | 7,813 | 9,110 | 326 | 7,846 | 9,828 |
| | 100% | 2.78% | 66.58% | 28.31% | 1.14% | 1.33% | 0.05% | 1.15% | 1.44% |
| **District 2** | | | | | | | | | |
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 | 869 |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 | 1,505 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Elmore County | 79,303 | 2,129 | 60,455 | 15,900 | 285 | 518 | 63 | 938 | 1,144 |
| * Escambia County | 17,238 | 318 | 12,269 | 4,361 | 146 | 55 | 4 | 189 | 214 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| * Macon County | 164 | 5 | 51 | 107 | 0 | 0 | 0 | 0 | 6 |
| * Montgomery County | 128,590 | 4,300 | 66,246 | 54,515 | 367 | 3,442 | 92 | 2,314 | 1,614 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| District 2 Total | 682,820 | 22,300 | 457,624 | 192,030 | 3,477 | 7,927 | 507 | 10,454 | 10,801 |
| | 100% | 3.27% | 67.02% | 28.12% | 0.51% | 1.16% | 0.07% | 1.53% | 1.58% |

## District 3

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 | 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| * Chilton County | 21,653 | 1,432 | 17,777 | 2,550 | 68 | 78 | 37 | 898 | 245 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 | 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| Coosa County | 11,539 | 230 | 7,648 | 3,582 | 40 | 16 | 15 | 135 | 103 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| * Macon County | 21,288 | 227 | 3,268 | 17,622 | 29 | 76 | 2 | 69 | 222 |
| * Montgomery County | 80,645 | 3,269 | 21,264 | 54,793 | 179 | 1,351 | 73 | 1,924 | 1,061 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 | 1,104 |
| Talladega County | 82,291 | 1,671 | 53,739 | 26,055 | 264 | 339 | 6 | 787 | 1,101 |
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 | 407 |
| District 3 Total | 682,819 | 20,492 | 437,262 | 215,739 | 2,299 | 7,120 | 481 | 10,013 | 9,905 |
| | 100% | 3% | 64.04% | 31.6% | 0.34% | 1.04% | 0.07% | 1.47% | 1.45% |
| **District 4** | | | | | | | | | |
| Blount County | 57,322 | 4,626 | 53,068 | 761 | 307 | 117 | 38 | 2,347 | 684 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 | 889 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 | 1,574 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 | 1,545 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 | 171 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 | 530 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 | 183 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 | 341 |
| Marshall County | 93,019 | 11,238 | 81,464 | 1,494 | 706 | 478 | 103 | 7,210 | 1,564 |
| * Morgan County | 88,967 | 4,081 | 78,190 | 5,423 | 828 | 437 | 45 | 2,409 | 1,635 |
| * St Clair County | 1,774 | 53 | 1,715 | 2 | 4 | 3 | 0 | 36 | 14 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 | 828 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 | 353 |
| District 4 Total | 682,819 | 44,261 | 601,682 | 35,477 | 4,476 | 2,666 | 612 | 27,595 | 10,311 |
| | 100% | 6.48% | 88.12% | 5.2% | 0.66% | 0.39% | 0.09% | 4.04% | 1.51% |
| **District 5** | | | | | | | | | |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 | 845 |
| Jackson County | 53,227 | 1,339 | 48,348 | 1,781 | 719 | 185 | 48 | 768 | 1,378 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 | 1,306 |
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 | 1,478 |
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 | 1,468 |
| Madison County | 334,811 | 15,404 | 228,280 | 80,376 | 2,551 | 8,265 | 365 | 6,719 | 8,255 |
| * Morgan County | 30,523 | 5,075 | 17,214 | 8,762 | 214 | 254 | 62 | 3,288 | 729 |
| District 5 Total | 682,819 | 30,158 | 510,896 | 123,311 | 6,589 | 10,584 | 577 | 15,403 | 15,459 |
| | 100% | 4.42% | 74.82% | 18.06% | 0.96% | 1.55% | 0.08% | 2.26% | 2.26% |
| **District 6** | | | | | | | | | |
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 | 203 |
| * Chilton County | 21,990 | 1,988 | 18,936 | 1,680 | 87 | 52 | 18 | 956 | 261 |
| * Jefferson County | 307,944 | 12,532 | 254,201 | 36,037 | 898 | 6,439 | 103 | 6,601 | 3,665 |
| * St Clair County | 81,819 | 1,663 | 72,026 | 7,148 | 277 | 515 | 46 | 698 | 1,109 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 | 2,684 |
| * Tuscaloosa County | 53,067 | 1,350 | 47,133 | 3,910 | 161 | 686 | 16 | 637 | 524 |
| District 6 Total | 682,820 | 29,506 | 571,620 | 74,554 | 2,040 | 11,440 | 270 | 14,450 | 8,446 |
| | 100% | 4.32% | 83.71% | 10.92% | 0.3% | 1.68% | 0.04% | 2.12% | 1.24% |
| **District 7** | | | | | | | | | |
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 | 58 |
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 | 299 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 | 43 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 | 88 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * Jefferson County | 350,522 | 12,956 | 94,965 | 240,488 | 842 | 2,719 | 141 | 7,757 | 3,610 |
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 | 60 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 | 164 |
| * Montgomery County | 20,128 | 745 | 3,146 | 16,169 | 43 | 28 | 6 | 505 | 231 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 | 43 |
| Pickens County | 19,746 | 313 | 11,110 | 8,211 | 28 | 36 | 1 | 128 | 232 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 | 47 |
| * Tuscaloosa County | 141,589 | 4,599 | 81,871 | 53,701 | 365 | 1,620 | 101 | 2,356 | 1,575 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 | 51 |
| District 7 Total | 682,819 | 19,915 | 241,699 | 416,914 | 1,524 | 4,748 | 284 | 11,149 | 6,501 |
| | 100% | 2.92% | 35.4% | 61.06% | 0.22% | 0.7% | 0.04% | 1.63% | 0.95% |

* indicates split

User: bpshan3501

Plan: McClammy Congressional B

Date: Wed May 18 08:23:42 GMT-0500 2011

## VAP Summary Report

| District No. | Total | Total Hispanic18 | White18 | Black18 | American Indian18/Alaskan Native18 | Asian18 | Hawaiian or Other Pacific Islander18 | Other18 | All individuals over 18 who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 0 | 356,461 | 136,304 | 5,639 | 6,783 | 242 | 5,268 | 5,306 |
| 2 | 682,820 | 0 | 359,669 | 140,009 | 2,662 | 5,963 | 376 | 6,845 | 5,467 |
| 3 | 682,819 | 0 | 347,759 | 156,419 | 1,805 | 5,530 | 357 | 6,617 | 5,166 |
| 4 | 682,819 | 0 | 467,640 | 25,875 | 3,326 | 2,007 | 359 | 16,262 | 5,739 |
| 5 | 682,819 | 0 | 400,754 | 91,732 | 4,826 | 8,033 | 395 | 9,722 | 8,332 |
| 6 | 682,820 | 0 | 440,365 | 53,282 | 1,553 | 8,299 | 194 | 9,261 | 4,441 |
| 7 | 682,819 | 0 | 204,265 | 303,157 | 1,225 | 4,066 | 202 | 7,496 | 3,822 |
| TOTALS | 4,779,736 | 0 | 2,576,913 | 906,778 | 21,036 | 40,681 | 2,125 | 61,471 | 38,273 |

SOS001491

User: bpshan3501
Plan: McClammy Congressional B

Date: Mon Jun 20 11:52:04 GMT-0500 2011

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 10202.8 | 950892.22 | 0.42 | 0.83 | 5.85 | 1.65 | 0.37 | 0 |
| 2 | 15141.91 | 1378358.68 | 0.4 | 0.77 | 6.96 | 1.96 | 0.26 | 0 |
| 3 | 11376.11 | 1329470.7 | 0.27 | 0.76 | 7.75 | 2.18 | 0.21 | 1 |
| 4 | 11727.96 | 1218001.9 | 0.31 | 0.73 | 6.99 | 1.97 | 0.26 | 0 |
| 5 | 6898.88 | 855812.63 | 0.24 | 0.81 | 6.4 | 1.81 | 0.31 | 0 |
| 6 | 5930.65 | 1274653.3 | 0.32 | 0.71 | 10.28 | 2.9 | 0.12 | 0 |
| 7 | 13096.55 | 1508126.54 | 0.34 | 0.65 | 8.19 | 2.31 | 0.19 | 0 |

User: bpshan3501
Plan: McClammy Congresssional B

Date: Mon Jun 20 11:50:28 GMT-0500 2011

# Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|

SOS001493