

**Singleton Congressional Plan 1**

FILED
2021 Dec-27  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

©2021 CALIPER