User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

## Population Summary

Thursday, October 28, 2021 — 8:58 AM

| District | Population | Deviation | % Devn. | White | [% White] | Black | [% Black] | [18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| 1 | 720,903 | 3,149 | 0.44% | 472,028 | 65.48% | 180,069 | 24.98% | 559,860 |
| 2 | 709,514 | -8,240 | -1.15% | 452,981 | 63.84% | 185,914 | 26.2% | 553,805 |
| 3 | 715,486 | -2,268 | -0.32% | 524,774 | 73.35% | 121,834 | 17.03% | 556,784 |
| 4 | 712,333 | -5,421 | -0.76% | 584,375 | 82.04% | 41,002 | 5.76% | 550,055 |
| 5 | 727,206 | 9,452 | 1.32% | 510,159 | 70.15% | 126,704 | 17.42% | 569,546 |
| 6 | 720,310 | 2,556 | 0.36% | 354,503 | 49.22% | 300,012 | 41.65% | 562,843 |
| 7 | 718,527 | 773 | 0.11% | 321,632 | 44.76% | 340,627 | 47.41% | 564,273 |

Total Population:              5,024,279
Ideal District Population:     717,754

**Summary Statistics:**

Population Range:           709,514 to 727,206
Ratio Range:                0.02
Absolute Range:             -8,240 to 9,452
Absolute Overall Range:     17,692
Relative Range:             -1.00% to 1.32%
Relative Overall Range:     2.46%
Absolute Mean Deviation:    4,551.29
Relative Mean Deviation:    0.63%
Standard Deviation:         5,461.76