FILED

2021 Dec-27  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

# Population Summary

Thursday, October 28, 2021                                              8:59 AM

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [18+_Wht] | [% 18+_Wht] | [18+_Blk] | [% 18+_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 720,903 | 3,149 | 0.44% | 559,860 | 77.66% | 380,172 | 67.9% | 132,760 | 23.71% |
| 2 | 709,514 | -8,240 | -1.15% | 553,805 | 78.05% | 365,561 | 66.01% | 140,566 | 25.38% |
| 3 | 715,486 | -2,268 | -0.32% | 556,784 | 77.82% | 418,762 | 75.21% | 92,665 | 16.64% |
| 4 | 712,333 | -5,421 | -0.76% | 550,055 | 77.22% | 463,276 | 84.22% | 31,343 | 5.7% |
| 5 | 727,206 | 9,452 | 1.32% | 569,546 | 78.32% | 411,596 | 72.27% | 97,620 | 17.14% |
| 6 | 720,310 | 2,556 | 0.36% | 562,843 | 78.14% | 289,141 | 51.37% | 228,209 | 40.55% |
| 7 | 718,527 | 773 | 0.11% | 564,273 | 78.53% | 266,538 | 47.24% | 258,560 | 45.82% |

Total Population:                    5,024,279
Ideal District Population:           717,754

## Summary Statistics:

Population Range:              709,514 to 727,206
Ratio Range:                   0.02
Absolute Range:                -8,240 to 9,452
Absolute Overall Range:        17,692
Relative Range:                -1.00% to 1.32%
Relative Overall Range:        2.46%
Absolute Mean Deviation:       4,551.29
Relative Mean Deviation:       0.63%
Standard Deviation:            5,461.76