User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

## Population Summary

Tuesday, November 16, 2021 — 10:25 AM

| District | Population | Deviation | % Devn. | White | Black | AP_Wht | AP_Blk | [18+_Pop] | [% 18+_Pop] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 720,903 | 3,149 | 0.44% | 472,028 | 180,069 | 507,651 | 190,043 | 559,860 | 77.66% |
| 2 | 709,514 | -8,240 | -1.15% | 452,981 | 185,914 | 486,943 | 197,316 | 553,805 | 78.05% |
| 3 | 715,486 | -2,268 | -0.32% | 524,774 | 121,834 | 558,902 | 131,328 | 556,784 | 77.82% |
| 4 | 712,333 | -5,421 | -0.76% | 584,375 | 41,002 | 624,540 | 47,917 | 550,055 | 77.22% |
| 5 | 727,206 | 9,452 | 1.32% | 510,159 | 126,704 | 555,084 | 139,063 | 569,546 | 78.32% |
| 6 | 720,310 | 2,556 | 0.36% | 354,503 | 300,012 | 381,532 | 308,741 | 562,843 | 78.14% |
| 7 | 718,527 | 773 | 0.11% | 321,632 | 340,627 | 344,198 | 350,328 | 564,273 | 78.53% |

Total Population: 5,024,279
Ideal District Population: 717,754

**Summary Statistics:**

Population Range: 709,514 to 727,206
Ratio Range: 0.02
Absolute Range: -8,240 to 9,452
Absolute Overall Range: 17,692
Relative Range: -1.00% to 1.32%
Relative Overall Range: 2.46%
Absolute Mean Deviation: 4,551.29
Relative Mean Deviation: 0.63%
Standard Deviation: 5,461.76