User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

## Population Summary

Tuesday, November 16, 2021                                                                                                          10:27 AM

| District | Population | Deviation | % Devn. | [18+_AP_Wht] | [% 18+_AP_Wht] | [18+_AP_Blk] | [% 18+_AP_Blk] | [18+_Pop] | [% 18+_Pop] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 720,903 | 3,149 | 0.44% | 403,125 | 72% | 137,385 | 24.54% | 559,860 | 77.66% |
| 2 | 709,514 | -8,240 | -1.15% | 386,748 | 69.83% | 145,697 | 26.31% | 553,805 | 78.05% |
| 3 | 715,486 | -2,268 | -0.32% | 440,324 | 79.08% | 96,652 | 17.36% | 556,784 | 77.82% |
| 4 | 712,333 | -5,421 | -0.76% | 489,442 | 88.98% | 33,882 | 6.16% | 550,055 | 77.22% |
| 5 | 727,206 | 9,452 | 1.32% | 439,968 | 77.25% | 103,325 | 18.14% | 569,546 | 78.32% |
| 6 | 720,310 | 2,556 | 0.36% | 307,122 | 54.57% | 233,260 | 41.44% | 562,843 | 78.14% |
| 7 | 718,527 | 773 | 0.11% | 281,869 | 49.95% | 264,171 | 46.82% | 564,273 | 78.53% |

| | |
|---|---|
| Total Population: | 5,024,279 |
| Ideal District Population: | 717,754 |

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 709,514 to 727,206 |
| Ratio Range: | 0.02 |
| Absolute Range: | -8,240 to 9,452 |
| Absolute Overall Range: | 17,692 |
| Relative Range: | -1.00% to 1.32% |
| Relative Overall Range: | 2.46% |
| Absolute Mean Deviation: | 4,551.29 |
| Relative Mean Deviation: | 0.63% |
| Standard Deviation: | 5,461.76 |