User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

# Plan Components with Population Detail

Tuesday, November 16, 2021                                                                                                          10:15 AM

|  | Total Population | White | Black |
|---|---:|---:|---:|
| **District: 1** | | | |
| **County: Baldwin AL** | | | |
| Total: | 231,767 | 189,399 | 18,217 |
|  |  | 81.72% | 7.86% |
| Voting Age | 182,471 | 152,668 | 13,593 |
|  |  | 83.67% | 7.45% |
| **County: Covington AL** | | | |
| Total: | 37,570 | 30,877 | 4,607 |
|  |  | 82.19% | 12.26% |
| Voting Age | 29,387 | 24,553 | 3,482 |
|  |  | 83.55% | 11.85% |
| **County: Escambia AL** | | | |
| Total: | 36,757 | 22,202 | 10,991 |
|  |  | 60.40% | 29.90% |
| Voting Age | 28,575 | 17,779 | 8,495 |
|  |  | 62.22% | 29.73% |
| **County: Mobile AL** | | | |
| Total: | 414,809 | 229,550 | 146,254 |
|  |  | 55.34% | 35.26% |
| Voting Age | 319,427 | 185,172 | 107,190 |
|  |  | 57.97% | 33.56% |
| **District: 1 Subtotal** | | | |
| Total: | 720,903 | 472,028 | 180,069 |
|  |  | 65.48% | 24.98% |
| Voting Age | 559,860 | 380,172 | 132,760 |
|  |  | 67.90% | 23.71% |
| **District: 2** | | | |
| **County: Barbour AL** | | | |

**Maptitude** For Redistricting

**Plan Components with Population Detail**  Singleton Congressional Plan

| | | | | |
|---|---|---|---|---|
| **District: 2** | | | | |
| Total: | 25,223 | | 11,317 | 11,933 |
| | | | 44.87% | 47.31% |
| Voting Age | 20,134 | | 9,582 | 9,278 |
| | | | 47.59% | 46.08% |
| **County: Chambers AL** | | | | |
| Total: | 34,772 | | 18,850 | 13,512 |
| | | | 54.21% | 38.86% |
| Voting Age | 27,791 | | 15,603 | 10,540 |
| | | | 56.14% | 37.93% |
| **County: Coffee AL** | | | | |
| Total: | 53,465 | | 37,080 | 8,760 |
| | | | 69.35% | 16.38% |
| Voting Age | 40,774 | | 29,225 | 6,644 |
| | | | 71.68% | 16.29% |
| **County: Dale AL** | | | | |
| Total: | 49,326 | | 33,429 | 10,241 |
| | | | 67.77% | 20.76% |
| Voting Age | 38,048 | | 26,755 | 7,505 |
| | | | 70.32% | 19.73% |
| **County: Elmore AL** | | | | |
| Total: | 87,977 | | 63,139 | 18,211 |
| | | | 71.77% | 20.70% |
| Voting Age | 69,005 | | 50,648 | 14,031 |
| | | | 73.40% | 20.33% |
| **County: Geneva AL** | | | | |
| Total: | 26,659 | | 22,078 | 2,241 |
| | | | 82.82% | 8.41% |
| Voting Age | 20,820 | | 17,532 | 1,775 |
| | | | 84.21% | 8.53% |
| **County: Henry AL** | | | | |
| Total: | 17,146 | | 11,888 | 4,248 |
| | | | 69.33% | 24.78% |
| Voting Age | 13,641 | | 9,553 | 3,429 |

**Plan Components with Population Detail**  Singleton Congressional Plan

| District: 2 | | | | |
|---|---|---|---|---|
| | | | 70.03% | 25.14% |
| **County: Houston AL** | | | | |
| Total: | 107,202 | | 69,265 | 28,408 |
| | | | 64.61% | 26.50% |
| Voting Age | 82,646 | | 55,898 | 20,476 |
| | | | 67.64% | 24.78% |
| **County: Lee AL** | | | | |
| Total: | 174,241 | | 111,651 | 39,570 |
| | | | 64.08% | 22.71% |
| Voting Age | 136,444 | | 89,697 | 30,298 |
| | | | 65.74% | 22.21% |
| **County: Pike AL** | | | | |
| Total: | 33,009 | | 18,275 | 12,138 |
| | | | 55.36% | 36.77% |
| Voting Age | 26,809 | | 15,416 | 9,524 |
| | | | 57.50% | 35.53% |
| **County: Russell AL** | | | | |
| Total: | 59,183 | | 27,532 | 26,243 |
| | | | 46.52% | 44.34% |
| Voting Age | 44,681 | | 22,120 | 19,225 |
| | | | 49.51% | 43.03% |
| **County: Tallapoosa AL** | | | | |
| Total: | 41,311 | | 28,477 | 10,409 |
| | | | 68.93% | 25.20% |
| Voting Age | 33,012 | | 23,532 | 7,841 |
| | | | 71.28% | 23.75% |
| **District: 2 Subtotal** | | | | |
| Total: | 709,514 | | 452,981 | 185,914 |
| | | | 63.84% | 26.20% |
| Voting Age | 553,805 | | 365,561 | 140,566 |
| | | | 66.01% | 25.38% |
| **District: 3** | | | | |
| **County: Autauga AL** | | | | |

**Plan Components with Population Detail**  Singleton Congressional Plan

| District: 3 | | | | |
|---|---|---|---|---|
| | Total: | 58,805 | 42,160 | 11,445 |
| | | | 71.69% | 19.46% |
| | Voting Age | 44,523 | 32,773 | 8,363 |
| | | | 73.61% | 18.78% |
| **County: Calhoun AL** | | | | |
| | Total: | 116,441 | 80,586 | 25,559 |
| | | | 69.21% | 21.95% |
| | Voting Age | 92,289 | 65,424 | 19,865 |
| | | | 70.89% | 21.52% |
| **County: Cherokee AL** | | | | |
| | Total: | 24,971 | 22,707 | 987 |
| | | | 90.93% | 3.95% |
| | Voting Age | 20,169 | 18,475 | 825 |
| | | | 91.60% | 4.09% |
| **County: Chilton AL** | | | | |
| | Total: | 45,014 | 35,527 | 4,067 |
| | | | 78.92% | 9.03% |
| | Voting Age | 34,385 | 27,886 | 3,069 |
| | | | 81.10% | 8.93% |
| **County: Clay AL** | | | | |
| | Total: | 14,236 | 11,375 | 1,963 |
| | | | 79.90% | 13.79% |
| | Voting Age | 11,299 | 9,207 | 1,530 |
| | | | 81.49% | 13.54% |
| **County: Cleburne AL** | | | | |
| | Total: | 15,056 | 13,819 | 466 |
| | | | 91.78% | 3.10% |
| | Voting Age | 11,620 | 10,736 | 372 |
| | | | 92.39% | 3.20% |
| **County: Coosa AL** | | | | |
| | Total: | 10,387 | 6,824 | 3,008 |
| | | | 65.70% | 28.96% |
| | Voting Age | 8,603 | 5,759 | 2,466 |

**Plan Components with Population Detail**                                     Singleton Congressional Plan

| | | | | |
|---|---|---|---|---|
| **District: 3** | | | | |
| | | | 66.94% | 28.66% |
| **County: Etowah AL** | | | | |
| Total: | 103,436 | | 78,584 | 15,146 |
| | | | 75.97% | 14.64% |
| Voting Age | 81,121 | | 63,277 | 11,488 |
| | | | 78.00% | 14.16% |
| **County: Randolph AL** | | | | |
| Total: | 21,967 | | 16,772 | 3,815 |
| | | | 76.35% | 17.37% |
| Voting Age | 17,264 | | 13,503 | 2,931 |
| | | | 78.21% | 16.98% |
| **County: Shelby AL** | | | | |
| Total: | 223,024 | | 165,206 | 28,939 |
| | | | 74.08% | 12.98% |
| Voting Age | 170,487 | | 130,014 | 21,411 |
| | | | 76.26% | 12.56% |
| **County: Talladega AL** | | | | |
| Total: | 82,149 | | 51,214 | 26,439 |
| | | | 62.34% | 32.18% |
| Voting Age | 65,024 | | 41,708 | 20,345 |
| | | | 64.14% | 31.29% |
| **District: 3 Subtotal** | | | | |
| Total: | 715,486 | | 524,774 | 121,834 |
| | | | 73.35% | 17.03% |
| Voting Age | 556,784 | | 418,762 | 92,665 |
| | | | 75.21% | 16.64% |
| **District: 4** | | | | |
| **County: Blount AL** | | | | |
| Total: | 59,134 | | 50,663 | 845 |
| | | | 85.67% | 1.43% |
| Voting Age | 45,403 | | 39,758 | 647 |
| | | | 87.57% | 1.43% |
| **County: Cullman AL** | | | | |

**Plan Components with Population Detail**  Singleton Congressional Plan

| | | | | |
|---|---|---:|---:|---:|
| **District: 4** | | | | |
| | Total: | 87,866 | 79,142 | 937 |
| | | | 90.07% | 1.07% |
| | Voting Age | 68,240 | 62,242 | 727 |
| | | | 91.21% | 1.07% |
| **County: DeKalb AL** | | | | |
| | Total: | 71,608 | 56,420 | 1,046 |
| | | | 78.79% | 1.46% |
| | Voting Age | 53,920 | 44,395 | 831 |
| | | | 82.33% | 1.54% |
| **County: Fayette AL** | | | | |
| | Total: | 16,321 | 13,666 | 1,736 |
| | | | 83.73% | 10.64% |
| | Voting Age | 12,791 | 10,901 | 1,336 |
| | | | 85.22% | 10.44% |
| **County: Lamar AL** | | | | |
| | Total: | 13,972 | 11,962 | 1,425 |
| | | | 85.61% | 10.20% |
| | Voting Age | 11,019 | 9,532 | 1,145 |
| | | | 86.51% | 10.39% |
| **County: Lawrence AL** | | | | |
| | Total: | 33,073 | 24,915 | 3,304 |
| | | | 75.33% | 9.99% |
| | Voting Age | 25,878 | 19,803 | 2,726 |
| | | | 76.52% | 10.53% |
| **County: Marion AL** | | | | |
| | Total: | 29,341 | 26,312 | 1,106 |
| | | | 89.68% | 3.77% |
| | Voting Age | 23,264 | 21,148 | 880 |
| | | | 90.90% | 3.78% |
| **County: Marshall AL** | | | | |
| | Total: | 97,612 | 76,926 | 2,428 |
| | | | 78.81% | 2.49% |
| | Voting Age | 73,530 | 60,762 | 1,725 |

**Plan Components with Population Detail**  Singleton Congressional Plan

| District: 4 | | | | |
|---|---:|---:|---:|---:|
| | | | 82.64% | 2.35% |
| **County: Morgan AL** | | | | |
| Total: | 123,421 | | 89,869 | 15,453 |
| | | | 72.81% | 12.52% |
| Voting Age | 95,485 | | 72,478 | 11,562 |
| | | | 75.91% | 12.11% |
| **County: St. Clair AL** | | | | |
| Total: | 91,103 | | 75,728 | 8,652 |
| | | | 83.12% | 9.50% |
| Voting Age | 70,092 | | 59,007 | 6,631 |
| | | | 84.19% | 9.46% |
| **County: Walker AL** | | | | |
| Total: | 65,342 | | 57,012 | 3,929 |
| | | | 87.25% | 6.01% |
| Voting Age | 51,667 | | 45,720 | 3,026 |
| | | | 88.49% | 5.86% |
| **County: Winston AL** | | | | |
| Total: | 23,540 | | 21,760 | 141 |
| | | | 92.44% | 0.60% |
| Voting Age | 18,766 | | 17,530 | 107 |
| | | | 93.41% | 0.57% |
| **District: 4 Subtotal** | | | | |
| Total: | 712,333 | | 584,375 | 41,002 |
| | | | 82.04% | 5.76% |
| Voting Age | 550,055 | | 463,276 | 31,343 |
| | | | 84.22% | 5.70% |
| **District: 5** | | | | |
| **County: Colbert AL** | | | | |
| Total: | 57,227 | | 43,631 | 9,286 |
| | | | 76.24% | 16.23% |
| Voting Age | 45,078 | | 35,120 | 7,169 |
| | | | 77.91% | 15.90% |
| **County: Franklin AL** | | | | |

# Plan Components with Population Detail

Singleton Congressional Plan

| | | | | |
|---|---|---|---|---|
| **District: 5** | | | | |
| Total: | 32,113 | | 24,333 | 1,166 |
| | | | 75.77% | 3.63% |
| Voting Age | 23,931 | | 19,039 | 911 |
| | | | 79.56% | 3.81% |
| **County: Jackson AL** | | | | |
| Total: | 52,579 | | 45,480 | 1,636 |
| | | | 86.50% | 3.11% |
| Voting Age | 41,768 | | 36,685 | 1,309 |
| | | | 87.83% | 3.13% |
| **County: Lauderdale AL** | | | | |
| Total: | 93,564 | | 77,141 | 9,243 |
| | | | 82.45% | 9.88% |
| Voting Age | 74,908 | | 63,005 | 7,061 |
| | | | 84.11% | 9.43% |
| **County: Limestone AL** | | | | |
| Total: | 103,570 | | 77,064 | 13,307 |
| | | | 74.41% | 12.85% |
| Voting Age | 79,718 | | 60,928 | 10,495 |
| | | | 76.43% | 13.17% |
| **County: Madison AL** | | | | |
| Total: | 388,153 | | 242,510 | 92,066 |
| | | | 62.48% | 23.72% |
| Voting Age | 304,143 | | 196,819 | 70,675 |
| | | | 64.71% | 23.24% |
| **District: 5 Subtotal** | | | | |
| Total: | 727,206 | | 510,159 | 126,704 |
| | | | 70.15% | 17.42% |
| Voting Age | 569,546 | | 411,596 | 97,620 |
| | | | 72.27% | 17.14% |
| **District: 6** | | | | |
| **County: Bibb AL** | | | | |
| Total: | 22,293 | | 16,555 | 4,413 |
| | | | 74.26% | 19.80% |

**Plan Components with Population Detail**                                          Singleton Congressional Plan

| | | | | |
|---|---|---|---|---|
| **District: 6** | | | | |
| | Voting Age | 17,533 | 13,120 | 3,564 |
| | | | 74.83% | 20.33% |
| **County: Hale AL** | | | | |
| | Total: | 14,785 | 5,999 | 8,337 |
| | | | 40.57% | 56.39% |
| | Voting Age | 11,483 | 4,807 | 6,370 |
| | | | 41.86% | 55.47% |
| **County: Jefferson AL** | | | | |
| | Total: | 674,721 | 329,590 | 281,326 |
| | | | 48.85% | 41.70% |
| | Voting Age | 527,087 | 269,150 | 213,751 |
| | | | 51.06% | 40.55% |
| **County: Perry AL** | | | | |
| | Total: | 8,511 | 2,359 | 5,936 |
| | | | 27.72% | 69.75% |
| | Voting Age | 6,740 | 2,064 | 4,524 |
| | | | 30.62% | 67.12% |
| **District: 6 Subtotal** | | | | |
| | Total: | 720,310 | 354,503 | 300,012 |
| | | | 49.22% | 41.65% |
| | Voting Age | 562,843 | 289,141 | 228,209 |
| | | | 51.37% | 40.55% |
| **District: 7** | | | | |
| **County: Bullock AL** | | | | |
| | Total: | 10,357 | 2,320 | 7,396 |
| | | | 22.40% | 71.41% |
| | Voting Age | 8,356 | 2,083 | 5,892 |
| | | | 24.93% | 70.51% |
| **County: Butler AL** | | | | |
| | Total: | 19,051 | 9,752 | 8,430 |
| | | | 51.19% | 44.25% |
| | Voting Age | 14,903 | 7,998 | 6,326 |
| | | | 53.67% | 42.45% |

**Plan Components with Population Detail**      Singleton Congressional Plan

**District: 7**

**County: Choctaw AL**

| | | | | |
|---|---|---|---|---|
| Total: | 12,665 | | 7,074 | 5,232 |
| | | | 55.85% | 41.31% |
| Voting Age | 10,168 | | 5,710 | 4,211 |
| | | | 56.16% | 41.41% |

**County: Clarke AL**

| | | | | |
|---|---|---|---|---|
| Total: | 23,087 | | 12,029 | 10,255 |
| | | | 52.10% | 44.42% |
| Voting Age | 18,249 | | 9,843 | 7,894 |
| | | | 53.94% | 43.26% |

**County: Conecuh AL**

| | | | | |
|---|---|---|---|---|
| Total: | 11,597 | | 5,912 | 5,104 |
| | | | 50.98% | 44.01% |
| Voting Age | 9,277 | | 4,922 | 3,961 |
| | | | 53.06% | 42.70% |

**County: Crenshaw AL**

| | | | | |
|---|---|---|---|---|
| Total: | 13,194 | | 9,388 | 3,103 |
| | | | 71.15% | 23.52% |
| Voting Age | 10,360 | | 7,511 | 2,401 |
| | | | 72.50% | 23.18% |

**County: Dallas AL**

| | | | | |
|---|---|---|---|---|
| Total: | 38,462 | | 10,409 | 26,899 |
| | | | 27.06% | 69.94% |
| Voting Age | 29,613 | | 8,675 | 20,104 |
| | | | 29.29% | 67.89% |

**County: Greene AL**

| | | | | |
|---|---|---|---|---|
| Total: | 7,730 | | 1,301 | 6,246 |
| | | | 16.83% | 80.80% |
| Voting Age | 6,070 | | 1,111 | 4,806 |
| | | | 18.30% | 79.18% |

**County: Lowndes AL**

| | | | | |
|---|---|---|---|---|
| Total: | 10,311 | | 2,818 | 7,192 |
| | | | 27.33% | 69.75% |

**Plan Components with Population Detail**  Singleton Congressional Plan

| | | | | |
|---|---|---:|---:|---:|
| **District: 7** | | | | |
| | Voting Age | 8,283 | 2,437 | 5,603 |
| | | | 29.42% | 67.64% |
| **County: Macon AL** | | | | |
| | Total: | 19,532 | 3,252 | 15,441 |
| | | | 16.65% | 79.05% |
| | Voting Age | 16,226 | 2,750 | 12,849 |
| | | | 16.95% | 79.19% |
| **County: Marengo AL** | | | | |
| | Total: | 19,323 | 8,428 | 10,188 |
| | | | 43.62% | 52.72% |
| | Voting Age | 15,053 | 6,858 | 7,735 |
| | | | 45.56% | 51.39% |
| **County: Monroe AL** | | | | |
| | Total: | 19,772 | 10,391 | 8,299 |
| | | | 52.55% | 41.97% |
| | Voting Age | 15,562 | 8,482 | 6,341 |
| | | | 54.50% | 40.75% |
| **County: Montgomery AL** | | | | |
| | Total: | 228,954 | 75,074 | 130,467 |
| | | | 32.79% | 56.98% |
| | Voting Age | 177,427 | 63,536 | 97,867 |
| | | | 35.81% | 55.16% |
| **County: Pickens AL** | | | | |
| | Total: | 19,123 | 10,739 | 7,489 |
| | | | 56.16% | 39.16% |
| | Voting Age | 15,447 | 9,053 | 5,820 |
| | | | 58.61% | 37.68% |
| **County: Sumter AL** | | | | |
| | Total: | 12,345 | 2,974 | 8,997 |
| | | | 24.09% | 72.88% |
| | Voting Age | 9,914 | 2,562 | 7,052 |
| | | | 25.84% | 71.13% |
| **County: Tuscaloosa AL** | | | | |

**Plan Components with Population Detail**  Singleton Congressional Plan

| | | | | |
|---|---|---|---|---|
| **District: 7** | | | | |
| Total: | 227,036 | | 136,582 | 69,088 |
| | | | 60.16% | 30.43% |
| Voting Age | 179,024 | | 112,338 | 51,418 |
| | | | 62.75% | 28.72% |
| **County: Washington AL** | | | | |
| Total: | 15,388 | | 10,309 | 3,318 |
| | | | 66.99% | 21.56% |
| Voting Age | 12,081 | | 8,212 | 2,641 |
| | | | 67.97% | 21.86% |
| **County: Wilcox AL** | | | | |
| Total: | 10,600 | | 2,880 | 7,483 |
| | | | 27.17% | 70.59% |
| Voting Age | 8,260 | | 2,457 | 5,639 |
| | | | 29.75% | 68.27% |
| **District: 7 Subtotal** | | | | |
| Total: | 718,527 | | 321,632 | 340,627 |
| | | | 44.76% | 47.41% |
| Voting Age | 564,273 | | 266,538 | 258,560 |
| | | | 47.24% | 45.82% |