User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

## Political Subdivison Splits Between Districts

Tuesday, November 16, 2021                                                                                                          10:21 AM

Number of subdivisions not split:
County                                                        67
Voting District                                          1,837

Number of subdivisions split into more than one district:
County                                                         0
Voting District                                             0

Number of splits involving no population:
County
Voting District

**Split Counts**

| County | Voting District | District | Population |
|--------|-----------------|----------|------------|

*Split*