FILED
2021 Dec-27  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

# Communities of Interest (Landscape, 11x8.5)

Tuesday, November 16, 2021                                                                                         9:58 AM

| Census Place | District | Population | % |
|---|---|---|---|
| Abanda AL | 2 | 133 | 100.0 |
| Abbeville AL | 2 | 2,358 | 100.0 |
| Adamsville AL | 6 | 4,366 | 100.0 |
| Addison AL | 4 | 659 | 100.0 |
| Akron AL | 6 | 225 | 100.0 |
| Alabaster AL | 3 | 33,284 | 100.0 |
| Albertville AL | 4 | 22,386 | 100.0 |
| Alexander City AL | 2 | 14,843 | 100.0 |
| Alexandria AL | 3 | 4,032 | 100.0 |
| Aliceville AL | 7 | 2,177 | 100.0 |
| Allgood AL | 4 | 548 | 100.0 |
| Altoona AL | 3 | 906 | 95.6 |
| Altoona AL | 4 | 42 | 4.4 |
| Andalusia AL | 1 | 8,805 | 100.0 |
| Anderson AL | 5 | 254 | 100.0 |
| Anniston AL | 3 | 21,564 | 100.0 |
| Arab AL | 4 | 8,461 | 100.0 |
| Ardmore AL | 5 | 1,321 | 100.0 |
| Argo AL | 4 | 4,307 | 98.6 |
| Argo AL | 6 | 61 | 1.4 |
| Ariton AL | 2 | 662 | 100.0 |

**Maptitude**
For Redistricting

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Arley AL | 4 | 330 | 100.0 |
| Ashford AL | 2 | 2,246 | 100.0 |
| Ashland AL | 3 | 1,984 | 100.0 |
| Ashville AL | 4 | 2,346 | 100.0 |
| Athens AL | 5 | 25,406 | 100.0 |
| Atmore AL | 1 | 8,391 | 100.0 |
| Attalla AL | 3 | 5,827 | 100.0 |
| Auburn AL | 2 | 76,143 | 100.0 |
| Autaugaville AL | 3 | 795 | 100.0 |
| Avon AL | 2 | 465 | 100.0 |
| Axis AL | 1 | 561 | 100.0 |
| Babbie AL | 1 | 625 | 100.0 |
| Baileyton AL | 4 | 649 | 100.0 |
| Bakerhill AL | 2 | 211 | 100.0 |
| Ballplay AL | 3 | 1,437 | 100.0 |
| Banks AL | 2 | 156 | 100.0 |
| Bay Minette AL | 1 | 8,107 | 100.0 |
| Bayou La Batre AL | 1 | 2,204 | 100.0 |
| Bear Creek AL | 4 | 1,047 | 100.0 |
| Beatrice AL | 7 | 204 | 100.0 |
| Beaverton AL | 4 | 187 | 100.0 |
| Belgreen AL | 5 | 170 | 100.0 |
| Belk AL | 4 | 186 | 100.0 |
| Bellamy AL | 7 | 363 | 100.0 |
| Belle Fontaine AL | 1 | 613 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Benton AL | 7 | 41 | 100.0 |
| Berlin AL | 4 | 476 | 100.0 |
| Berry AL | 4 | 1,216 | 100.0 |
| Bessemer AL | 6 | 26,019 | 100.0 |
| Billingsley AL | 3 | 125 | 100.0 |
| Birmingham AL | 3 | 1,904 | 1.0 |
| Birmingham AL | 6 | 198,829 | 99.1 |
| Black AL | 2 | 221 | 100.0 |
| Blountsville AL | 4 | 1,826 | 100.0 |
| Blue Ridge AL | 2 | 1,485 | 100.0 |
| Blue Springs AL | 2 | 84 | 100.0 |
| Boaz AL | 3 | 1,110 | 11.0 |
| Boaz AL | 4 | 8,997 | 89.0 |
| Boligee AL | 7 | 301 | 100.0 |
| Bon Air AL | 3 | 172 | 100.0 |
| Bon Secour AL | 1 | 1,754 | 100.0 |
| Boykin AL | 7 | 208 | 100.0 |
| Brantley AL | 7 | 825 | 100.0 |
| Brantleyville AL | 3 | 931 | 100.0 |
| Brent AL | 6 | 2,972 | 100.0 |
| Brewton AL | 1 | 5,276 | 100.0 |
| Bridgeport AL | 5 | 2,264 | 100.0 |
| Brighton AL | 6 | 2,337 | 100.0 |
| Brilliant AL | 4 | 845 | 100.0 |
| Bristow Cove AL | 3 | 624 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Brook Highland AL | 3 | 7,406 | 100.0 |
| Brookside AL | 6 | 1,253 | 100.0 |
| Brookwood AL | 7 | 2,504 | 100.0 |
| Broomtown AL | 3 | 160 | 100.0 |
| Brundidge AL | 2 | 2,073 | 100.0 |
| Bucks AL | 1 | 22 | 100.0 |
| Butler AL | 7 | 1,871 | 100.0 |
| Calera AL | 3 | 16,494 | 100.0 |
| Calvert AL | 1 | 102 | 40.0 |
| Calvert AL | 7 | 153 | 60.0 |
| Camden AL | 7 | 1,927 | 100.0 |
| Camp Hill AL | 2 | 1,006 | 100.0 |
| Carbon Hill AL | 4 | 1,769 | 100.0 |
| Cardiff AL | 6 | 52 | 100.0 |
| Carlisle-Rockledge AL | 3 | 2,167 | 100.0 |
| Carlton AL | 7 | 46 | 100.0 |
| Carolina AL | 1 | 286 | 100.0 |
| Carrollton AL | 7 | 1,023 | 100.0 |
| Castleberry AL | 7 | 486 | 100.0 |
| Catherine AL | 7 | 65 | 100.0 |
| Cedar Bluff AL | 3 | 1,845 | 100.0 |
| Center Point AL | 6 | 16,406 | 100.0 |
| Centre AL | 3 | 3,587 | 100.0 |
| Centreville AL | 6 | 2,800 | 100.0 |
| Chatom AL | 7 | 1,104 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Chelsea AL | 3 | 14,982 | 100.0 |
| Cherokee AL | 5 | 970 | 100.0 |
| Chickasaw AL | 1 | 6,457 | 100.0 |
| Childersburg AL | 3 | 4,754 | 100.0 |
| Choccolocco AL | 3 | 2,838 | 100.0 |
| Chunchula AL | 1 | 195 | 100.0 |
| Citronelle AL | 1 | 3,946 | 100.0 |
| Clanton AL | 3 | 8,768 | 100.0 |
| Clay AL | 6 | 10,291 | 100.0 |
| Clayhatchee AL | 2 | 466 | 100.0 |
| Clayton AL | 2 | 2,265 | 100.0 |
| Cleveland AL | 4 | 1,245 | 100.0 |
| Clio AL | 2 | 1,220 | 100.0 |
| Coaling AL | 7 | 2,035 | 100.0 |
| Coats Bend AL | 3 | 1,318 | 100.0 |
| Coffee Springs AL | 2 | 206 | 100.0 |
| Coffeeville AL | 7 | 263 | 100.0 |
| Coker AL | 7 | 904 | 100.0 |
| Collinsville AL | 3 | 13 | 0.6 |
| Collinsville AL | 4 | 2,046 | 99.4 |
| Colony AL | 4 | 264 | 100.0 |
| Columbia AL | 2 | 690 | 100.0 |
| Columbiana AL | 3 | 4,462 | 100.0 |
| Concord AL | 6 | 1,690 | 100.0 |
| Coosada AL | 2 | 1,217 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Cordova AL | 4 | 1,728 | 100.0 |
| Cottondale AL | 7 | 3,130 | 100.0 |
| Cottonwood AL | 2 | 1,048 | 100.0 |
| County Line AL | 4 | 217 | 69.8 |
| County Line AL | 6 | 94 | 30.2 |
| Courtland AL | 4 | 583 | 100.0 |
| Cowarts AL | 2 | 1,930 | 100.0 |
| Creola AL | 1 | 1,936 | 100.0 |
| Crossville AL | 4 | 1,830 | 100.0 |
| Cuba AL | 7 | 306 | 100.0 |
| Cullman AL | 4 | 18,213 | 100.0 |
| Cullomburg AL | 7 | 126 | 100.0 |
| Cusseta AL | 2 | 152 | 100.0 |
| Dadeville AL | 2 | 3,084 | 100.0 |
| Daleville AL | 2 | 4,866 | 100.0 |
| Daphne AL | 1 | 27,462 | 100.0 |
| Dauphin Island AL | 1 | 1,778 | 100.0 |
| Daviston AL | 2 | 174 | 100.0 |
| Dayton AL | 7 | 28 | 100.0 |
| Deatsville AL | 2 | 1,679 | 100.0 |
| Decatur AL | 4 | 57,880 | 99.9 |
| Decatur AL | 5 | 58 | 0.1 |
| Deer Park AL | 7 | 141 | 100.0 |
| Delta AL | 3 | 260 | 100.0 |
| Demopolis AL | 7 | 7,162 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Detroit AL | 4 | 230 | 100.0 |
| Dodge City AL | 4 | 548 | 100.0 |
| Dora AL | 4 | 2,297 | 100.0 |
| Dothan AL | 2 | 71,072 | 100.0 |
| Double Springs AL | 4 | 1,119 | 100.0 |
| Douglas AL | 4 | 761 | 100.0 |
| Dozier AL | 7 | 285 | 100.0 |
| Dunnavant AL | 3 | 936 | 100.0 |
| Dutton AL | 5 | 330 | 100.0 |
| Eagle Point AL | 3 | 2,903 | 100.0 |
| East Brewton AL | 1 | 2,293 | 100.0 |
| East Point AL | 4 | 172 | 100.0 |
| Eclectic AL | 2 | 1,193 | 100.0 |
| Edgewater AL | 6 | 746 | 100.0 |
| Edwardsville AL | 3 | 206 | 100.0 |
| Egypt AL | 3 | 845 | 100.0 |
| Elba AL | 2 | 3,508 | 100.0 |
| Elberta AL | 1 | 1,974 | 100.0 |
| Eldridge AL | 4 | 136 | 100.0 |
| Elkmont AL | 5 | 411 | 100.0 |
| Elmore AL | 2 | 1,280 | 100.0 |
| Emelle AL | 7 | 32 | 100.0 |
| Emerald Mountain AL | 2 | 3,310 | 100.0 |
| Enterprise AL | 2 | 28,711 | 100.0 |
| Epes AL | 7 | 272 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Equality AL | 3 | 150 | 100.0 |
| Ethelsville AL | 7 | 49 | 100.0 |
| Eufaula AL | 2 | 12,882 | 100.0 |
| Eunola AL | 2 | 284 | 100.0 |
| Eutaw AL | 7 | 2,937 | 100.0 |
| Eva AL | 4 | 589 | 100.0 |
| Evergreen AL | 7 | 3,520 | 100.0 |
| Excel AL | 7 | 557 | 100.0 |
| Fairfield AL | 6 | 10,000 | 100.0 |
| Fairford AL | 7 | 161 | 100.0 |
| Fairhope AL | 1 | 22,477 | 100.0 |
| Fairview AL | 4 | 543 | 100.0 |
| Falkville AL | 4 | 1,197 | 100.0 |
| Faunsdale AL | 7 | 90 | 100.0 |
| Fayette AL | 4 | 4,285 | 100.0 |
| Fayetteville AL | 3 | 1,422 | 100.0 |
| Fitzpatrick AL | 7 | 79 | 100.0 |
| Five Points AL | 2 | 114 | 100.0 |
| Flomaton AL | 1 | 1,466 | 100.0 |
| Florala AL | 1 | 1,923 | 100.0 |
| Florence AL | 5 | 40,184 | 100.0 |
| Foley AL | 1 | 20,335 | 100.0 |
| Forestdale AL | 6 | 10,409 | 100.0 |
| Forkland AL | 7 | 445 | 100.0 |
| Fort Deposit AL | 7 | 1,225 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Fort Payne AL | 4 | 14,877 | 100.0 |
| Fort Rucker AL | 2 | 4,464 | 100.0 |
| Franklin AL | 7 | 590 | 100.0 |
| Fredonia AL | 2 | 198 | 100.0 |
| Frisco City AL | 7 | 1,170 | 100.0 |
| Fruitdale AL | 7 | 175 | 100.0 |
| Fruithurst AL | 3 | 235 | 100.0 |
| Fulton AL | 7 | 223 | 100.0 |
| Fultondale AL | 6 | 9,876 | 100.0 |
| Fyffe AL | 4 | 967 | 100.0 |
| Gadsden AL | 3 | 33,945 | 100.0 |
| Gainesville AL | 7 | 172 | 100.0 |
| Gallant AL | 3 | 869 | 100.0 |
| Gantt AL | 1 | 196 | 100.0 |
| Garden City AL | 4 | 528 | 100.0 |
| Gardendale AL | 6 | 16,044 | 100.0 |
| Gaylesville AL | 3 | 170 | 100.0 |
| Geiger AL | 7 | 155 | 100.0 |
| Geneva AL | 2 | 4,245 | 100.0 |
| Georgiana AL | 7 | 1,324 | 100.0 |
| Geraldine AL | 4 | 910 | 100.0 |
| Gilbertown AL | 7 | 739 | 100.0 |
| Glen Allen AL | 4 | 433 | 100.0 |
| Glencoe AL | 3 | 5,372 | 100.0 |
| Glenwood AL | 7 | 152 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Goldville AL | 2 | 52 | 100.0 |
| Good Hope AL | 4 | 2,483 | 100.0 |
| Goodwater AL | 3 | 1,291 | 100.0 |
| Gordo AL | 7 | 1,628 | 100.0 |
| Gordon AL | 2 | 294 | 100.0 |
| Gordonville AL | 7 | 245 | 100.0 |
| Goshen AL | 2 | 269 | 100.0 |
| Graham AL | 3 | 196 | 100.0 |
| Grand Bay AL | 1 | 3,460 | 100.0 |
| Grant AL | 4 | 1,039 | 100.0 |
| Grayson Valley AL | 6 | 5,982 | 100.0 |
| Graysville AL | 6 | 1,950 | 100.0 |
| Greensboro AL | 6 | 2,218 | 100.0 |
| Greenville AL | 7 | 7,374 | 100.0 |
| Grimes AL | 2 | 573 | 100.0 |
| Grove Hill AL | 7 | 1,818 | 100.0 |
| Guin AL | 4 | 2,195 | 100.0 |
| Gulf Shores AL | 1 | 15,014 | 100.0 |
| Gulfcrest AL | 1 | 142 | 100.0 |
| Guntersville AL | 4 | 8,553 | 100.0 |
| Gurley AL | 5 | 816 | 100.0 |
| Gu-Win AL | 4 | 141 | 100.0 |
| Hackleburg AL | 4 | 1,425 | 100.0 |
| Hackneyville AL | 2 | 349 | 100.0 |
| Haleburg AL | 2 | 112 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Haleyville AL | 4 | 4,361 | 100.0 |
| Hamilton AL | 4 | 7,042 | 100.0 |
| Hammondville AL | 4 | 425 | 100.0 |
| Hanceville AL | 4 | 3,217 | 100.0 |
| Hanover AL | 3 | 151 | 100.0 |
| Harpersville AL | 3 | 1,614 | 100.0 |
| Hartford AL | 2 | 2,651 | 100.0 |
| Hartselle AL | 4 | 15,455 | 100.0 |
| Harvest AL | 5 | 5,893 | 100.0 |
| Hatton AL | 4 | 244 | 100.0 |
| Hayden AL | 4 | 1,342 | 100.0 |
| Hayneville AL | 7 | 830 | 100.0 |
| Hazel Green AL | 5 | 4,105 | 100.0 |
| Headland AL | 2 | 4,973 | 100.0 |
| Heath AL | 1 | 236 | 100.0 |
| Heflin AL | 3 | 3,431 | 100.0 |
| Helena AL | 3 | 18,421 | 88.1 |
| Helena AL | 6 | 2,493 | 11.9 |
| Henagar AL | 4 | 2,292 | 100.0 |
| Highland Lake AL | 4 | 412 | 100.0 |
| Highland Lakes AL | 3 | 5,239 | 100.0 |
| Hillsboro AL | 4 | 407 | 100.0 |
| Hissop AL | 3 | 209 | 100.0 |
| Hobson AL | 7 | 100 | 100.0 |
| Hobson City AL | 3 | 759 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Hodges AL | 5 | 265 | 100.0 |
| Hokes Bluff AL | 3 | 4,446 | 100.0 |
| Hollins AL | 3 | 517 | 100.0 |
| Hollis Crossroads AL | 3 | 665 | 100.0 |
| Holly Pond AL | 4 | 851 | 100.0 |
| Hollywood AL | 5 | 914 | 100.0 |
| Holt AL | 7 | 3,413 | 100.0 |
| Holtville AL | 2 | 4,940 | 100.0 |
| Homewood AL | 6 | 26,414 | 100.0 |
| Hoover AL | 3 | 26,645 | 28.8 |
| Hoover AL | 6 | 65,961 | 71.2 |
| Horn Hill AL | 1 | 207 | 100.0 |
| Hueytown AL | 6 | 16,776 | 100.0 |
| Huguley AL | 2 | 2,470 | 100.0 |
| Huntsville AL | 4 | 7 | 0.0 |
| Huntsville AL | 5 | 214,999 | 100.0 |
| Hurtsboro AL | 2 | 349 | 100.0 |
| Hytop AL | 5 | 441 | 100.0 |
| Ider AL | 4 | 735 | 100.0 |
| Indian Springs Village AL | 3 | 2,481 | 100.0 |
| Irondale AL | 6 | 13,497 | 100.0 |
| Ivalee AL | 3 | 946 | 100.0 |
| Jackson AL | 7 | 4,748 | 100.0 |
| Jacksons' Gap AL | 2 | 747 | 100.0 |
| Jacksonville AL | 3 | 14,385 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)     Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Jasper AL | 4 | 14,572 | 100.0 |
| Jemison AL | 3 | 2,642 | 100.0 |
| Joppa AL | 4 | 556 | 100.0 |
| Kansas AL | 4 | 180 | 100.0 |
| Kellyton AL | 3 | 129 | 100.0 |
| Kennedy AL | 4 | 435 | 100.0 |
| Killen AL | 5 | 1,034 | 100.0 |
| Kimberly AL | 6 | 3,841 | 100.0 |
| Kinsey AL | 2 | 2,203 | 100.0 |
| Kinston AL | 2 | 580 | 100.0 |
| La Fayette AL | 2 | 2,684 | 100.0 |
| Ladonia AL | 2 | 3,074 | 100.0 |
| Lake View AL | 6 | 305 | 8.6 |
| Lake View AL | 7 | 3,255 | 91.4 |
| Lakeview AL | 4 | 161 | 100.0 |
| Lanett AL | 2 | 6,970 | 100.0 |
| Langston AL | 5 | 265 | 100.0 |
| Leeds AL | 3 | 100 | 0.8 |
| Leeds AL | 4 | 2,060 | 16.7 |
| Leeds AL | 6 | 10,164 | 82.5 |
| Leesburg AL | 3 | 911 | 100.0 |
| Leighton AL | 5 | 665 | 100.0 |
| Leroy AL | 7 | 766 | 100.0 |
| Lester AL | 5 | 111 | 100.0 |
| Level Plains AL | 2 | 1,825 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Lexington AL | 5 | 727 | 100.0 |
| Libertyville AL | 1 | 108 | 100.0 |
| Lillian AL | 1 | 1,330 | 100.0 |
| Lincoln AL | 3 | 6,845 | 100.0 |
| Linden AL | 7 | 1,930 | 100.0 |
| Lineville AL | 3 | 2,489 | 100.0 |
| Lipscomb AL | 6 | 2,086 | 100.0 |
| Lisman AL | 7 | 427 | 100.0 |
| Littleville AL | 5 | 1,038 | 100.0 |
| Livingston AL | 7 | 3,436 | 100.0 |
| Loachapoka AL | 2 | 160 | 100.0 |
| Lockhart AL | 1 | 445 | 100.0 |
| Locust Fork AL | 4 | 1,192 | 100.0 |
| Lookout Mountain AL | 3 | 1,484 | 100.0 |
| Louisville AL | 2 | 395 | 100.0 |
| Lowndesboro AL | 7 | 89 | 100.0 |
| Loxley AL | 1 | 3,710 | 100.0 |
| Luverne AL | 7 | 2,765 | 100.0 |
| Lynn AL | 4 | 610 | 100.0 |
| Macedonia AL | 7 | 241 | 100.0 |
| Madison AL | 5 | 56,933 | 100.0 |
| Madrid AL | 2 | 265 | 100.0 |
| Magnolia Springs AL | 1 | 811 | 100.0 |
| Malcolm AL | 7 | 136 | 100.0 |
| Malvern AL | 2 | 1,536 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Maplesville AL | 3 | 637 | 100.0 |
| Marbury AL | 3 | 1,427 | 100.0 |
| Margaret AL | 4 | 5,106 | 100.0 |
| Marion AL | 6 | 3,176 | 100.0 |
| Maytown AL | 6 | 316 | 100.0 |
| McCalla AL | 6 | 12,965 | 100.0 |
| McDonald Chapel AL | 6 | 739 | 100.0 |
| McIntosh AL | 7 | 206 | 100.0 |
| McKenzie AL | 7 | 507 | 100.0 |
| McMullen AL | 7 | 32 | 100.0 |
| Meadowbrook AL | 3 | 9,688 | 100.0 |
| Megargel AL | 7 | 60 | 100.0 |
| Memphis AL | 7 | 29 | 100.0 |
| Mentone AL | 4 | 319 | 100.0 |
| Meridianville AL | 5 | 8,209 | 100.0 |
| Midfield AL | 6 | 5,211 | 100.0 |
| Midland City AL | 2 | 2,239 | 100.0 |
| Midway AL | 7 | 421 | 100.0 |
| Mignon AL | 3 | 1,186 | 100.0 |
| Millbrook AL | 2 | 16,161 | 97.6 |
| Millbrook AL | 3 | 403 | 2.4 |
| Millerville AL | 3 | 303 | 100.0 |
| Millport AL | 4 | 1,010 | 100.0 |
| Millry AL | 7 | 450 | 100.0 |
| Minor AL | 6 | 1,088 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Mobile AL | 1 | 187,041 | 100.0 |
| Monroeville AL | 7 | 5,951 | 100.0 |
| Montevallo AL | 3 | 7,229 | 100.0 |
| Montgomery AL | 7 | 200,603 | 100.0 |
| Moody AL | 4 | 13,170 | 100.0 |
| Moores Mill AL | 5 | 6,729 | 100.0 |
| Mooresville AL | 5 | 47 | 100.0 |
| Morris AL | 6 | 2,259 | 100.0 |
| Morrison Crossroads AL | 3 | 221 | 100.0 |
| Mosses AL | 7 | 834 | 100.0 |
| Moulton AL | 4 | 3,398 | 100.0 |
| Moundville AL | 6 | 1,778 | 58.8 |
| Moundville AL | 7 | 1,246 | 41.2 |
| Mount Olive AL | 3 | 311 | 100.0 |
| Mount Olive AL | 6 | 4,427 | 100.0 |
| Mount Vernon AL | 1 | 1,354 | 100.0 |
| Mountain Brook AL | 6 | 22,461 | 100.0 |
| Movico AL | 1 | 291 | 100.0 |
| Mulga AL | 6 | 784 | 100.0 |
| Munford AL | 3 | 1,351 | 100.0 |
| Muscle Shoals AL | 5 | 16,275 | 100.0 |
| Myrtlewood AL | 7 | 70 | 100.0 |
| Nanafalia AL | 7 | 75 | 100.0 |
| Nances Creek AL | 3 | 399 | 100.0 |
| Napier Field AL | 2 | 409 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Natural Bridge AL | 4 | 32 | 100.0 |
| Nauvoo AL | 4 | 185 | 100.0 |
| Nectar AL | 4 | 379 | 100.0 |
| Needham AL | 7 | 73 | 100.0 |
| New Brockton AL | 2 | 1,428 | 100.0 |
| New Hope AL | 5 | 2,889 | 100.0 |
| New Market AL | 5 | 1,543 | 100.0 |
| New Site AL | 2 | 773 | 100.0 |
| New Union AL | 3 | 1,019 | 100.0 |
| Newbern AL | 6 | 133 | 100.0 |
| Newton AL | 2 | 1,607 | 100.0 |
| Newville AL | 2 | 544 | 100.0 |
| Nixburg AL | 3 | 329 | 100.0 |
| North Courtland AL | 4 | 483 | 100.0 |
| North Johns AL | 6 | 127 | 100.0 |
| Northport AL | 7 | 31,125 | 100.0 |
| Notasulga AL | 2 | 48 | 5.3 |
| Notasulga AL | 7 | 866 | 94.8 |
| Oak Grove AL | 3 | 564 | 100.0 |
| Oak Hill AL | 7 | 14 | 100.0 |
| Oakman AL | 4 | 771 | 100.0 |
| Odenville AL | 4 | 4,969 | 100.0 |
| Ohatchee AL | 3 | 1,157 | 100.0 |
| Oneonta AL | 4 | 6,938 | 100.0 |
| Onycha AL | 1 | 167 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Opelika AL | 2 | 30,995 | 100.0 |
| Opp AL | 1 | 6,771 | 100.0 |
| Orange Beach AL | 1 | 8,095 | 100.0 |
| Orrville AL | 7 | 150 | 100.0 |
| Our Town AL | 2 | 605 | 100.0 |
| Owens Cross Roads AL | 5 | 2,594 | 100.0 |
| Oxford AL | 3 | 22,069 | 100.0 |
| Ozark AL | 2 | 14,368 | 100.0 |
| Paint Rock AL | 5 | 182 | 100.0 |
| Panola AL | 7 | 71 | 100.0 |
| Parrish AL | 4 | 982 | 100.0 |
| Pea Ridge AL | 3 | 841 | 100.0 |
| Pelham AL | 3 | 24,318 | 100.0 |
| Pell City AL | 4 | 12,939 | 100.0 |
| Pennington AL | 7 | 329 | 100.0 |
| Penton AL | 2 | 163 | 100.0 |
| Perdido AL | 1 | 730 | 100.0 |
| Perdido Beach AL | 1 | 555 | 100.0 |
| Peterman AL | 7 | 87 | 100.0 |
| Petrey AL | 7 | 67 | 100.0 |
| Phenix City AL | 2 | 38,816 | 100.0 |
| Phil Campbell AL | 5 | 992 | 100.0 |
| Pickensville AL | 7 | 557 | 100.0 |
| Piedmont AL | 3 | 4,787 | 100.0 |
| Pike Road AL | 7 | 9,439 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Pinckard AL | 2 | 582 | 100.0 |
| Pine Apple AL | 7 | 143 | 100.0 |
| Pine Hill AL | 7 | 758 | 100.0 |
| Pine Level AL | 3 | 4,885 | 100.0 |
| Pine Ridge AL | 4 | 263 | 100.0 |
| Pinson AL | 6 | 7,215 | 100.0 |
| Pisgah AL | 5 | 681 | 100.0 |
| Pleasant Grove AL | 6 | 9,544 | 100.0 |
| Pleasant Groves AL | 5 | 426 | 100.0 |
| Point Clear AL | 1 | 2,076 | 100.0 |
| Pollard AL | 1 | 128 | 100.0 |
| Powell AL | 4 | 901 | 100.0 |
| Prattville AL | 2 | 1,883 | 5.0 |
| Prattville AL | 3 | 35,898 | 95.0 |
| Priceville AL | 4 | 3,512 | 100.0 |
| Prichard AL | 1 | 19,322 | 100.0 |
| Providence AL | 7 | 167 | 100.0 |
| Putnam AL | 7 | 172 | 100.0 |
| Ragland AL | 4 | 1,693 | 100.0 |
| Rainbow City AL | 3 | 10,191 | 100.0 |
| Rainsville AL | 4 | 5,505 | 100.0 |
| Ranburne AL | 3 | 422 | 100.0 |
| Ray AL | 3 | 326 | 100.0 |
| Red Bay AL | 5 | 3,232 | 100.0 |
| Red Level AL | 1 | 432 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Redland AL | 2 | 5,106 | 100.0 |
| Redstone Arsenal AL | 5 | 837 | 100.0 |
| Reece City AL | 3 | 615 | 100.0 |
| Reeltown AL | 2 | 794 | 100.0 |
| Reform AL | 7 | 1,520 | 100.0 |
| Rehobeth AL | 2 | 1,791 | 100.0 |
| Remlap AL | 4 | 2,624 | 100.0 |
| Repton AL | 7 | 235 | 100.0 |
| Ridgeville AL | 3 | 83 | 100.0 |
| River Falls AL | 1 | 479 | 100.0 |
| Riverside AL | 4 | 2,227 | 100.0 |
| Riverview AL | 1 | 163 | 100.0 |
| Roanoke AL | 3 | 5,311 | 100.0 |
| Robertsdale AL | 1 | 6,708 | 100.0 |
| Rock Creek AL | 6 | 1,471 | 100.0 |
| Rock Mills AL | 3 | 603 | 100.0 |
| Rockford AL | 3 | 349 | 100.0 |
| Rockville AL | 7 | 47 | 100.0 |
| Rogersville AL | 5 | 1,286 | 100.0 |
| Rosa AL | 4 | 376 | 100.0 |
| Russellville AL | 5 | 10,855 | 100.0 |
| Rutledge AL | 7 | 351 | 100.0 |
| Saks AL | 3 | 9,956 | 100.0 |
| Samson AL | 2 | 1,874 | 100.0 |
| Sand Rock AL | 3 | 565 | 95.6 |

# Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Sand Rock AL | 4 | 26 | 4.4 |
| Sanford AL | 1 | 257 | 100.0 |
| Saraland AL | 1 | 16,171 | 100.0 |
| Sardis City AL | 3 | 1,810 | 99.8 |
| Sardis City AL | 4 | 4 | 0.2 |
| Satsuma AL | 1 | 6,749 | 100.0 |
| Scottsboro AL | 5 | 15,578 | 100.0 |
| Section AL | 5 | 756 | 100.0 |
| Selma AL | 7 | 17,971 | 100.0 |
| Selmont-West Selmont AL | 7 | 2,158 | 100.0 |
| Semmes AL | 1 | 4,941 | 100.0 |
| Sheffield AL | 5 | 9,403 | 100.0 |
| Shelby AL | 3 | 940 | 100.0 |
| Shiloh AL | 4 | 321 | 100.0 |
| Shoal Creek AL | 3 | 1,668 | 100.0 |
| Shorter AL | 7 | 385 | 100.0 |
| Silas AL | 7 | 377 | 100.0 |
| Silverhill AL | 1 | 768 | 100.0 |
| Sims Chapel AL | 7 | 145 | 100.0 |
| Sipsey AL | 4 | 363 | 100.0 |
| Skyline AL | 5 | 834 | 100.0 |
| Slocomb AL | 2 | 2,082 | 100.0 |
| Smiths Station AL | 2 | 5,384 | 100.0 |
| Smoke Rise AL | 4 | 1,661 | 100.0 |
| Snead AL | 4 | 1,032 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Somerville AL | 4 | 796 | 100.0 |
| South Vinemont AL | 4 | 558 | 100.0 |
| Southside AL | 3 | 9,426 | 100.0 |
| Spanish Fort AL | 1 | 10,049 | 100.0 |
| Spring Garden AL | 3 | 216 | 100.0 |
| Springville AL | 4 | 4,786 | 100.0 |
| Spruce Pine AL | 5 | 215 | 100.0 |
| St. Florian AL | 5 | 584 | 100.0 |
| St. Stephens AL | 7 | 415 | 100.0 |
| Standing Rock AL | 2 | 132 | 100.0 |
| Stapleton AL | 1 | 2,213 | 100.0 |
| Steele AL | 4 | 992 | 100.0 |
| Sterrett AL | 3 | 706 | 100.0 |
| Stevenson AL | 5 | 1,955 | 100.0 |
| Stewartville AL | 3 | 1,662 | 100.0 |
| Stockton AL | 1 | 557 | 100.0 |
| Sulligent AL | 4 | 1,879 | 100.0 |
| Sumiton AL | 4 | 2,422 | 99.1 |
| Sumiton AL | 6 | 22 | 0.9 |
| Summerdale AL | 1 | 1,468 | 100.0 |
| Susan Moore AL | 4 | 787 | 100.0 |
| Sweet Water AL | 7 | 228 | 100.0 |
| Sylacauga AL | 3 | 12,578 | 100.0 |
| Sylvan Springs AL | 6 | 1,653 | 100.0 |
| Sylvania AL | 4 | 1,790 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

| Census Place | District | Population | % |
|---|---|---|---|
| Talladega AL | 3 | 15,861 | 100.0 |
| Talladega Springs AL | 3 | 144 | 100.0 |
| Tallassee AL | 2 | 4,763 | 100.0 |
| Tarrant AL | 6 | 6,124 | 100.0 |
| Taylor AL | 2 | 2,262 | 100.0 |
| Theodore AL | 1 | 6,270 | 100.0 |
| Thomaston AL | 7 | 326 | 100.0 |
| Thomasville AL | 7 | 3,649 | 100.0 |
| Thorsby AL | 3 | 2,064 | 100.0 |
| Tibbie AL | 7 | 55 | 100.0 |
| Tidmore Bend AL | 3 | 1,119 | 100.0 |
| Tillmans Corner AL | 1 | 17,731 | 100.0 |
| Town Creek AL | 4 | 1,052 | 100.0 |
| Toxey AL | 7 | 145 | 100.0 |
| Trafford AL | 4 | 0 | 0.0 |
| Trafford AL | 6 | 613 | 100.0 |
| Triana AL | 5 | 2,890 | 100.0 |
| Trinity AL | 4 | 2,526 | 100.0 |
| Troy AL | 2 | 17,727 | 100.0 |
| Trussville AL | 4 | 1,602 | 6.1 |
| Trussville AL | 6 | 24,521 | 93.9 |
| Tuscaloosa AL | 7 | 99,600 | 100.0 |
| Tuscumbia AL | 5 | 9,054 | 100.0 |
| Tuskegee AL | 7 | 9,395 | 100.0 |
| Twin AL | 4 | 359 | 100.0 |

# Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Underwood-Petersville AL | 5 | 3,051 | 100.0 |
| Union AL | 7 | 180 | 100.0 |
| Union Grove AL | 4 | 67 | 100.0 |
| Union Springs AL | 7 | 3,358 | 100.0 |
| Uniontown AL | 6 | 2,107 | 100.0 |
| Uriah AL | 7 | 263 | 100.0 |
| Valley AL | 2 | 10,529 | 100.0 |
| Valley Grande AL | 7 | 4,190 | 100.0 |
| Valley Head AL | 4 | 577 | 100.0 |
| Vance AL | 6 | 73 | 3.5 |
| Vance AL | 7 | 2,019 | 96.5 |
| Vandiver AL | 3 | 1,084 | 100.0 |
| Vernon AL | 4 | 1,921 | 100.0 |
| Vestavia Hills AL | 3 | 40 | 0.1 |
| Vestavia Hills AL | 6 | 39,062 | 99.9 |
| Vina AL | 5 | 325 | 100.0 |
| Vincent AL | 3 | 1,982 | 100.0 |
| Vincent AL | 4 | 0 | 0.0 |
| Vinegar Bend AL | 7 | 178 | 100.0 |
| Vredenburgh AL | 7 | 222 | 100.0 |
| Wadley AL | 3 | 659 | 100.0 |
| Waldo AL | 3 | 258 | 100.0 |
| Walnut Grove AL | 3 | 773 | 100.0 |
| Warrior AL | 6 | 3,224 | 100.0 |
| Waterloo AL | 5 | 178 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| Census Place | District | Population | % |
|---|---|---|---|
| Waverly AL | 2 | 159 | 100.0 |
| Weaver AL | 3 | 3,339 | 100.0 |
| Webb AL | 2 | 1,270 | 100.0 |
| Wedowee AL | 3 | 737 | 100.0 |
| Weogufka AL | 3 | 207 | 100.0 |
| West Blocton AL | 6 | 1,217 | 100.0 |
| West End-Cobb Town AL | 3 | 3,128 | 100.0 |
| West Jefferson AL | 6 | 417 | 100.0 |
| West Point AL | 4 | 584 | 100.0 |
| Westover AL | 3 | 1,766 | 100.0 |
| Wetumpka AL | 2 | 7,220 | 100.0 |
| Whatley AL | 7 | 167 | 100.0 |
| White Hall AL | 7 | 806 | 100.0 |
| White Plains AL | 3 | 877 | 100.0 |
| Whitesboro AL | 3 | 2,113 | 100.0 |
| Wilsonville AL | 3 | 1,857 | 100.0 |
| Wilton AL | 3 | 587 | 100.0 |
| Winfield AL | 4 | 4,845 | 100.0 |
| Woodland AL | 3 | 221 | 100.0 |
| Woodstock AL | 6 | 1,343 | 91.2 |
| Woodstock AL | 7 | 129 | 8.8 |
| Woodville AL | 5 | 746 | 100.0 |
| Yellow Bluff AL | 7 | 208 | 100.0 |
| York AL | 7 | 2,414 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

**Census Place**      **-- Listed by District**

| | Population | % |
|---|---|---|
| *District 1* | | |
| Andalusia AL | 8,805 | 100.0 |
| Atmore AL | 8,391 | 100.0 |
| Axis AL | 561 | 100.0 |
| Babbie AL | 625 | 100.0 |
| Bay Minette AL | 8,107 | 100.0 |
| Bayou La Batre AL | 2,204 | 100.0 |
| Belle Fontaine AL | 613 | 100.0 |
| Bon Secour AL | 1,754 | 100.0 |
| Brewton AL | 5,276 | 100.0 |
| Bucks AL | 22 | 100.0 |
| Calvert AL (part) | 102 | 40.0 |
| Carolina AL | 286 | 100.0 |
| Chickasaw AL | 6,457 | 100.0 |
| Chunchula AL | 195 | 100.0 |
| Citronelle AL | 3,946 | 100.0 |
| Creola AL | 1,936 | 100.0 |
| Daphne AL | 27,462 | 100.0 |
| Dauphin Island AL | 1,778 | 100.0 |
| East Brewton AL | 2,293 | 100.0 |
| Elberta AL | 1,974 | 100.0 |
| Fairhope AL | 22,477 | 100.0 |
| Flomaton AL | 1,466 | 100.0 |
| Florala AL | 1,923 | 100.0 |
| Foley AL | 20,335 | 100.0 |
| Gantt AL | 196 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Grand Bay AL | 3,460 | 100.0 |
| Gulf Shores AL | 15,014 | 100.0 |
| Gulfcrest AL | 142 | 100.0 |
| Heath AL | 236 | 100.0 |
| Horn Hill AL | 207 | 100.0 |
| Libertyville AL | 108 | 100.0 |
| Lillian AL | 1,330 | 100.0 |
| Lockhart AL | 445 | 100.0 |
| Loxley AL | 3,710 | 100.0 |
| Magnolia Springs AL | 811 | 100.0 |
| Mobile AL | 187,041 | 100.0 |
| Mount Vernon AL | 1,354 | 100.0 |
| Movico AL | 291 | 100.0 |
| Onycha AL | 167 | 100.0 |
| Opp AL | 6,771 | 100.0 |
| Orange Beach AL | 8,095 | 100.0 |
| Perdido AL | 730 | 100.0 |
| Perdido Beach AL | 555 | 100.0 |
| Point Clear AL | 2,076 | 100.0 |
| Pollard AL | 128 | 100.0 |
| Prichard AL | 19,322 | 100.0 |
| Red Level AL | 432 | 100.0 |
| River Falls AL | 479 | 100.0 |
| Riverview AL | 163 | 100.0 |
| Robertsdale AL | 6,708 | 100.0 |
| Sanford AL | 257 | 100.0 |
| Saraland AL | 16,171 | 100.0 |
| Satsuma AL | 6,749 | 100.0 |
| Semmes AL | 4,941 | 100.0 |
| Silverhill AL | 768 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

| | Population | % |
|---|---|---|
| Spanish Fort AL | 10,049 | 100.0 |
| Stapleton AL | 2,213 | 100.0 |
| Stockton AL | 557 | 100.0 |
| Summerdale AL | 1,468 | 100.0 |
| Theodore AL | 6,270 | 100.0 |
| Tillmans Corner AL | 17,731 | 100.0 |

**District 1 Totals** **456,133**

### District 2

| | Population | % |
|---|---|---|
| Abanda AL | 133 | 100.0 |
| Abbeville AL | 2,358 | 100.0 |
| Alexander City AL | 14,843 | 100.0 |
| Ariton AL | 662 | 100.0 |
| Ashford AL | 2,246 | 100.0 |
| Auburn AL | 76,143 | 100.0 |
| Avon AL | 465 | 100.0 |
| Bakerhill AL | 211 | 100.0 |
| Banks AL | 156 | 100.0 |
| Black AL | 221 | 100.0 |
| Blue Ridge AL | 1,485 | 100.0 |
| Blue Springs AL | 84 | 100.0 |
| Brundidge AL | 2,073 | 100.0 |
| Camp Hill AL | 1,006 | 100.0 |
| Clayhatchee AL | 466 | 100.0 |
| Clayton AL | 2,265 | 100.0 |
| Clio AL | 1,220 | 100.0 |
| Coffee Springs AL | 206 | 100.0 |
| Columbia AL | 690 | 100.0 |
| Coosada AL | 1,217 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Cottonwood AL | 1,048 | 100.0 |
| Cowarts AL | 1,930 | 100.0 |
| Cusseta AL | 152 | 100.0 |
| Dadeville AL | 3,084 | 100.0 |
| Daleville AL | 4,866 | 100.0 |
| Daviston AL | 174 | 100.0 |
| Deatsville AL | 1,679 | 100.0 |
| Dothan AL | 71,072 | 100.0 |
| Eclectic AL | 1,193 | 100.0 |
| Elba AL | 3,508 | 100.0 |
| Elmore AL | 1,280 | 100.0 |
| Emerald Mountain AL | 3,310 | 100.0 |
| Enterprise AL | 28,711 | 100.0 |
| Eufaula AL | 12,882 | 100.0 |
| Eunola AL | 284 | 100.0 |
| Five Points AL | 114 | 100.0 |
| Fort Rucker AL | 4,464 | 100.0 |
| Fredonia AL | 198 | 100.0 |
| Geneva AL | 4,245 | 100.0 |
| Goldville AL | 52 | 100.0 |
| Gordon AL | 294 | 100.0 |
| Goshen AL | 269 | 100.0 |
| Grimes AL | 573 | 100.0 |
| Hackneyville AL | 349 | 100.0 |
| Haleburg AL | 112 | 100.0 |
| Hartford AL | 2,651 | 100.0 |
| Headland AL | 4,973 | 100.0 |
| Holtville AL | 4,940 | 100.0 |
| Huguley AL | 2,470 | 100.0 |
| Hurtsboro AL | 349 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Jacksons' Gap AL | 747 | 100.0 |
| Kinsey AL | 2,203 | 100.0 |
| Kinston AL | 580 | 100.0 |
| La Fayette AL | 2,684 | 100.0 |
| Ladonia AL | 3,074 | 100.0 |
| Lanett AL | 6,970 | 100.0 |
| Level Plains AL | 1,825 | 100.0 |
| Loachapoka AL | 160 | 100.0 |
| Louisville AL | 395 | 100.0 |
| Madrid AL | 265 | 100.0 |
| Malvern AL | 1,536 | 100.0 |
| Midland City AL | 2,239 | 100.0 |
| Millbrook AL (part) | 16,161 | 97.6 |
| Napier Field AL | 409 | 100.0 |
| New Brockton AL | 1,428 | 100.0 |
| New Site AL | 773 | 100.0 |
| Newton AL | 1,607 | 100.0 |
| Newville AL | 544 | 100.0 |
| Notasulga AL (part) | 48 | 5.3 |
| Opelika AL | 30,995 | 100.0 |
| Our Town AL | 605 | 100.0 |
| Ozark AL | 14,368 | 100.0 |
| Penton AL | 163 | 100.0 |
| Phenix City AL | 38,816 | 100.0 |
| Pinckard AL | 582 | 100.0 |
| Prattville AL (part) | 1,883 | 5.0 |
| Redland AL | 5,106 | 100.0 |
| Reeltown AL | 794 | 100.0 |
| Rehobeth AL | 1,791 | 100.0 |
| Samson AL | 1,874 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

|  | Population | % |
|---|---|---|
| Slocomb AL | 2,082 | 100.0 |
| Smiths Station AL | 5,384 | 100.0 |
| Standing Rock AL | 132 | 100.0 |
| Tallassee AL | 4,763 | 100.0 |
| Taylor AL | 2,262 | 100.0 |
| Troy AL | 17,727 | 100.0 |
| Valley AL | 10,529 | 100.0 |
| Waverly AL | 159 | 100.0 |
| Webb AL | 1,270 | 100.0 |
| Wetumpka AL | 7,220 | 100.0 |
| **District 2 Totals** | **461,529** | |

### District 3

|  | Population | % |
|---|---|---|
| Alabaster AL | 33,284 | 100.0 |
| Alexandria AL | 4,032 | 100.0 |
| Altoona AL (part) | 906 | 95.6 |
| Anniston AL | 21,564 | 100.0 |
| Ashland AL | 1,984 | 100.0 |
| Attalla AL | 5,827 | 100.0 |
| Autaugaville AL | 795 | 100.0 |
| Ballplay AL | 1,437 | 100.0 |
| Billingsley AL | 125 | 100.0 |
| Birmingham AL (part) | 1,904 | 1.0 |
| Boaz AL (part) | 1,110 | 11.0 |
| Bon Air AL | 172 | 100.0 |
| Brantleyville AL | 931 | 100.0 |
| Bristow Cove AL | 624 | 100.0 |
| Brook Highland AL | 7,406 | 100.0 |
| Broomtown AL | 160 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Calera AL | 16,494 | 100.0 |
| Carlisle-Rockledge AL | 2,167 | 100.0 |
| Cedar Bluff AL | 1,845 | 100.0 |
| Centre AL | 3,587 | 100.0 |
| Chelsea AL | 14,982 | 100.0 |
| Childersburg AL | 4,754 | 100.0 |
| Choccolocco AL | 2,838 | 100.0 |
| Clanton AL | 8,768 | 100.0 |
| Coats Bend AL | 1,318 | 100.0 |
| Collinsville AL (part) | 13 | 0.6 |
| Columbiana AL | 4,462 | 100.0 |
| Delta AL | 260 | 100.0 |
| Dunnavant AL | 936 | 100.0 |
| Eagle Point AL | 2,903 | 100.0 |
| Edwardsville AL | 206 | 100.0 |
| Egypt AL | 845 | 100.0 |
| Equality AL | 150 | 100.0 |
| Fayetteville AL | 1,422 | 100.0 |
| Fruithurst AL | 235 | 100.0 |
| Gadsden AL | 33,945 | 100.0 |
| Gallant AL | 869 | 100.0 |
| Gaylesville AL | 170 | 100.0 |
| Glencoe AL | 5,372 | 100.0 |
| Goodwater AL | 1,291 | 100.0 |
| Graham AL | 196 | 100.0 |
| Hanover AL | 151 | 100.0 |
| Harpersville AL | 1,614 | 100.0 |
| Heflin AL | 3,431 | 100.0 |
| Helena AL (part) | 18,421 | 88.1 |
| Highland Lakes AL | 5,239 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Hissop AL | 209 | 100.0 |
| Hobson City AL | 759 | 100.0 |
| Hokes Bluff AL | 4,446 | 100.0 |
| Hollins AL | 517 | 100.0 |
| Hollis Crossroads AL | 665 | 100.0 |
| Hoover AL (part) | 26,645 | 28.8 |
| Indian Springs Village AL | 2,481 | 100.0 |
| Ivalee AL | 946 | 100.0 |
| Jacksonville AL | 14,385 | 100.0 |
| Jemison AL | 2,642 | 100.0 |
| Kellyton AL | 129 | 100.0 |
| Leeds AL (part) | 100 | 0.8 |
| Leesburg AL | 911 | 100.0 |
| Lincoln AL | 6,845 | 100.0 |
| Lineville AL | 2,489 | 100.0 |
| Lookout Mountain AL | 1,484 | 100.0 |
| Maplesville AL | 637 | 100.0 |
| Marbury AL | 1,427 | 100.0 |
| Meadowbrook AL | 9,688 | 100.0 |
| Mignon AL | 1,186 | 100.0 |
| Millbrook AL (part) | 403 | 2.4 |
| Millerville AL | 303 | 100.0 |
| Montevallo AL | 7,229 | 100.0 |
| Morrison Crossroads AL | 221 | 100.0 |
| Mount Olive AL | 311 | 100.0 |
| Munford AL | 1,351 | 100.0 |
| Nances Creek AL | 399 | 100.0 |
| New Union AL | 1,019 | 100.0 |
| Nixburg AL | 329 | 100.0 |
| Oak Grove AL | 564 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)                     Singleton Congressional Plan

|  | Population | % |
|---|---|---|
| Ohatchee AL | 1,157 | 100.0 |
| Oxford AL | 22,069 | 100.0 |
| Pea Ridge AL | 841 | 100.0 |
| Pelham AL | 24,318 | 100.0 |
| Piedmont AL | 4,787 | 100.0 |
| Pine Level AL | 4,885 | 100.0 |
| Prattville AL (part) | 35,898 | 95.0 |
| Rainbow City AL | 10,191 | 100.0 |
| Ranburne AL | 422 | 100.0 |
| Ray AL | 326 | 100.0 |
| Reece City AL | 615 | 100.0 |
| Ridgeville AL | 83 | 100.0 |
| Roanoke AL | 5,311 | 100.0 |
| Rock Mills AL | 603 | 100.0 |
| Rockford AL | 349 | 100.0 |
| Saks AL | 9,956 | 100.0 |
| Sand Rock AL (part) | 565 | 95.6 |
| Sardis City AL (part) | 1,810 | 99.8 |
| Shelby AL | 940 | 100.0 |
| Shoal Creek AL | 1,668 | 100.0 |
| Southside AL | 9,426 | 100.0 |
| Spring Garden AL | 216 | 100.0 |
| Sterrett AL | 706 | 100.0 |
| Stewartville AL | 1,662 | 100.0 |
| Sylacauga AL | 12,578 | 100.0 |
| Talladega AL | 15,861 | 100.0 |
| Talladega Springs AL | 144 | 100.0 |
| Thorsby AL | 2,064 | 100.0 |
| Tidmore Bend AL | 1,119 | 100.0 |
| Vandiver AL | 1,084 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

|  | Population | % |
|---|---|---|
| Vestavia Hills AL (part) | 40 | 0.1 |
| Vincent AL (part) | 1,982 | 100.0 |
| Wadley AL | 659 | 100.0 |
| Waldo AL | 258 | 100.0 |
| Walnut Grove AL | 773 | 100.0 |
| Weaver AL | 3,339 | 100.0 |
| Wedowee AL | 737 | 100.0 |
| Weogufka AL | 207 | 100.0 |
| West End-Cobb Town AL | 3,128 | 100.0 |
| Westover AL | 1,766 | 100.0 |
| White Plains AL | 877 | 100.0 |
| Whitesboro AL | 2,113 | 100.0 |
| Wilsonville AL | 1,857 | 100.0 |
| Wilton AL | 587 | 100.0 |
| Woodland AL | 221 | 100.0 |

**District 3 Totals** **502,063**

### District 4

|  | Population | % |
|---|---|---|
| Addison AL | 659 | 100.0 |
| Albertville AL | 22,386 | 100.0 |
| Allgood AL | 548 | 100.0 |
| Altoona AL (part) | 42 | 4.4 |
| Arab AL | 8,461 | 100.0 |
| Argo AL (part) | 4,307 | 98.6 |
| Arley AL | 330 | 100.0 |
| Ashville AL | 2,346 | 100.0 |
| Baileyton AL | 649 | 100.0 |
| Bear Creek AL | 1,047 | 100.0 |
| Beaverton AL | 187 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Belk AL | 186 | 100.0 |
| Berlin AL | 476 | 100.0 |
| Berry AL | 1,216 | 100.0 |
| Blountsville AL | 1,826 | 100.0 |
| Boaz AL (part) | 8,997 | 89.0 |
| Brilliant AL | 845 | 100.0 |
| Carbon Hill AL | 1,769 | 100.0 |
| Cleveland AL | 1,245 | 100.0 |
| Collinsville AL (part) | 2,046 | 99.4 |
| Colony AL | 264 | 100.0 |
| Cordova AL | 1,728 | 100.0 |
| County Line AL (part) | 217 | 69.8 |
| Courtland AL | 583 | 100.0 |
| Crossville AL | 1,830 | 100.0 |
| Cullman AL | 18,213 | 100.0 |
| Decatur AL (part) | 57,880 | 99.9 |
| Detroit AL | 230 | 100.0 |
| Dodge City AL | 548 | 100.0 |
| Dora AL | 2,297 | 100.0 |
| Double Springs AL | 1,119 | 100.0 |
| Douglas AL | 761 | 100.0 |
| East Point AL | 172 | 100.0 |
| Eldridge AL | 136 | 100.0 |
| Eva AL | 589 | 100.0 |
| Fairview AL | 543 | 100.0 |
| Falkville AL | 1,197 | 100.0 |
| Fayette AL | 4,285 | 100.0 |
| Fort Payne AL | 14,877 | 100.0 |
| Fyffe AL | 967 | 100.0 |
| Garden City AL | 528 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---:|---:|
| Geraldine AL | 910 | 100.0 |
| Glen Allen AL | 433 | 100.0 |
| Good Hope AL | 2,483 | 100.0 |
| Grant AL | 1,039 | 100.0 |
| Guin AL | 2,195 | 100.0 |
| Guntersville AL | 8,553 | 100.0 |
| Gu-Win AL | 141 | 100.0 |
| Hackleburg AL | 1,425 | 100.0 |
| Haleyville AL | 4,361 | 100.0 |
| Hamilton AL | 7,042 | 100.0 |
| Hammondville AL | 425 | 100.0 |
| Hanceville AL | 3,217 | 100.0 |
| Hartselle AL | 15,455 | 100.0 |
| Hatton AL | 244 | 100.0 |
| Hayden AL | 1,342 | 100.0 |
| Henagar AL | 2,292 | 100.0 |
| Highland Lake AL | 412 | 100.0 |
| Hillsboro AL | 407 | 100.0 |
| Holly Pond AL | 851 | 100.0 |
| Huntsville AL (part) | 7 | 0.0 |
| Ider AL | 735 | 100.0 |
| Jasper AL | 14,572 | 100.0 |
| Joppa AL | 556 | 100.0 |
| Kansas AL | 180 | 100.0 |
| Kennedy AL | 435 | 100.0 |
| Lakeview AL | 161 | 100.0 |
| Leeds AL (part) | 2,060 | 16.7 |
| Locust Fork AL | 1,192 | 100.0 |
| Lynn AL | 610 | 100.0 |
| Margaret AL | 5,106 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

|  | Population | % |
|---|---|---|
| Mentone AL | 319 | 100.0 |
| Millport AL | 1,010 | 100.0 |
| Moody AL | 13,170 | 100.0 |
| Moulton AL | 3,398 | 100.0 |
| Natural Bridge AL | 32 | 100.0 |
| Nauvoo AL | 185 | 100.0 |
| Nectar AL | 379 | 100.0 |
| North Courtland AL | 483 | 100.0 |
| Oakman AL | 771 | 100.0 |
| Odenville AL | 4,969 | 100.0 |
| Oneonta AL | 6,938 | 100.0 |
| Parrish AL | 982 | 100.0 |
| Pell City AL | 12,939 | 100.0 |
| Pine Ridge AL | 263 | 100.0 |
| Powell AL | 901 | 100.0 |
| Priceville AL | 3,512 | 100.0 |
| Ragland AL | 1,693 | 100.0 |
| Rainsville AL | 5,505 | 100.0 |
| Remlap AL | 2,624 | 100.0 |
| Riverside AL | 2,227 | 100.0 |
| Rosa AL | 376 | 100.0 |
| Sand Rock AL (part) | 26 | 4.4 |
| Sardis City AL (part) | 4 | 0.2 |
| Shiloh AL | 321 | 100.0 |
| Sipsey AL | 363 | 100.0 |
| Smoke Rise AL | 1,661 | 100.0 |
| Snead AL | 1,032 | 100.0 |
| Somerville AL | 796 | 100.0 |
| South Vinemont AL | 558 | 100.0 |
| Springville AL | 4,786 | 100.0 |

|  | Population | % |
|---|---|---|
| Steele AL | 992 | 100.0 |
| Sulligent AL | 1,879 | 100.0 |
| Sumiton AL (part) | 2,422 | 99.1 |
| Susan Moore AL | 787 | 100.0 |
| Sylvania AL | 1,790 | 100.0 |
| Town Creek AL | 1,052 | 100.0 |
| Trafford AL (part) | 0 | 0.0 |
| Trinity AL | 2,526 | 100.0 |
| Trussville AL (part) | 1,602 | 6.1 |
| Twin AL | 359 | 100.0 |
| Union Grove AL | 67 | 100.0 |
| Valley Head AL | 577 | 100.0 |
| Vernon AL | 1,921 | 100.0 |
| Vincent AL (part) | 0 | 0.0 |
| West Point AL | 584 | 100.0 |
| Winfield AL | 4,845 | 100.0 |
| **District 4 Totals** | **340,999** | |

### District 5

|  | Population | % |
|---|---|---|
| Anderson AL | 254 | 100.0 |
| Ardmore AL | 1,321 | 100.0 |
| Athens AL | 25,406 | 100.0 |
| Belgreen AL | 170 | 100.0 |
| Bridgeport AL | 2,264 | 100.0 |
| Cherokee AL | 970 | 100.0 |
| Decatur AL (part) | 58 | 0.1 |
| Dutton AL | 330 | 100.0 |
| Elkmont AL | 411 | 100.0 |
| Florence AL | 40,184 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Gurley AL | 816 | 100.0 |
| Harvest AL | 5,893 | 100.0 |
| Hazel Green AL | 4,105 | 100.0 |
| Hodges AL | 265 | 100.0 |
| Hollywood AL | 914 | 100.0 |
| Huntsville AL (part) | 214,999 | 100.0 |
| Hytop AL | 441 | 100.0 |
| Killen AL | 1,034 | 100.0 |
| Langston AL | 265 | 100.0 |
| Leighton AL | 665 | 100.0 |
| Lester AL | 111 | 100.0 |
| Lexington AL | 727 | 100.0 |
| Littleville AL | 1,038 | 100.0 |
| Madison AL | 56,933 | 100.0 |
| Meridianville AL | 8,209 | 100.0 |
| Moores Mill AL | 6,729 | 100.0 |
| Mooresville AL | 47 | 100.0 |
| Muscle Shoals AL | 16,275 | 100.0 |
| New Hope AL | 2,889 | 100.0 |
| New Market AL | 1,543 | 100.0 |
| Owens Cross Roads AL | 2,594 | 100.0 |
| Paint Rock AL | 182 | 100.0 |
| Phil Campbell AL | 992 | 100.0 |
| Pisgah AL | 681 | 100.0 |
| Pleasant Groves AL | 426 | 100.0 |
| Red Bay AL | 3,232 | 100.0 |
| Redstone Arsenal AL | 837 | 100.0 |
| Rogersville AL | 1,286 | 100.0 |
| Russellville AL | 10,855 | 100.0 |
| Scottsboro AL | 15,578 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)                        Singleton Congressional Plan

| | Population | % |
|---|---|---|
| Section AL | 756 | 100.0 |
| Sheffield AL | 9,403 | 100.0 |
| Skyline AL | 834 | 100.0 |
| Spruce Pine AL | 215 | 100.0 |
| St. Florian AL | 584 | 100.0 |
| Stevenson AL | 1,955 | 100.0 |
| Triana AL | 2,890 | 100.0 |
| Tuscumbia AL | 9,054 | 100.0 |
| Underwood-Petersville AL | 3,051 | 100.0 |
| Vina AL | 325 | 100.0 |
| Waterloo AL | 178 | 100.0 |
| Woodville AL | 746 | 100.0 |

**District 5 Totals**            **461,920**

*District 6*

| | | |
|---|---|---|
| Adamsville AL | 4,366 | 100.0 |
| Akron AL | 225 | 100.0 |
| Argo AL (part) | 61 | 1.4 |
| Bessemer AL | 26,019 | 100.0 |
| Birmingham AL (part) | 198,829 | 99.1 |
| Brent AL | 2,972 | 100.0 |
| Brighton AL | 2,337 | 100.0 |
| Brookside AL | 1,253 | 100.0 |
| Cardiff AL | 52 | 100.0 |
| Center Point AL | 16,406 | 100.0 |
| Centreville AL | 2,800 | 100.0 |
| Clay AL | 10,291 | 100.0 |
| Concord AL | 1,690 | 100.0 |
| County Line AL (part) | 94 | 30.2 |

## Communities of Interest (Landscape, 11x8.5)                              Singleton Congressional Plan

|                        | Population |     % |
| ---------------------- | ---------: | ----: |
| Edgewater AL           |        746 | 100.0 |
| Fairfield AL           |     10,000 | 100.0 |
| Forestdale AL          |     10,409 | 100.0 |
| Fultondale AL          |      9,876 | 100.0 |
| Gardendale AL          |     16,044 | 100.0 |
| Grayson Valley AL      |      5,982 | 100.0 |
| Graysville AL          |      1,950 | 100.0 |
| Greensboro AL          |      2,218 | 100.0 |
| Helena AL (part)       |      2,493 |  11.9 |
| Homewood AL            |     26,414 | 100.0 |
| Hoover AL (part)       |     65,961 |  71.2 |
| Hueytown AL            |     16,776 | 100.0 |
| Irondale AL            |     13,497 | 100.0 |
| Kimberly AL            |      3,841 | 100.0 |
| Lake View AL (part)    |        305 |   8.6 |
| Leeds AL (part)        |     10,164 |  82.5 |
| Lipscomb AL            |      2,086 | 100.0 |
| Marion AL              |      3,176 | 100.0 |
| Maytown AL             |        316 | 100.0 |
| McCalla AL             |     12,965 | 100.0 |
| McDonald Chapel AL     |        739 | 100.0 |
| Midfield AL            |      5,211 | 100.0 |
| Minor AL               |      1,088 | 100.0 |
| Morris AL              |      2,259 | 100.0 |
| Moundville AL (part)   |      1,778 |  58.8 |
| Mount Olive AL         |      4,427 | 100.0 |
| Mountain Brook AL      |     22,461 | 100.0 |
| Mulga AL               |        784 | 100.0 |
| Newbern AL             |        133 | 100.0 |
| North Johns AL         |        127 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

Singleton Congressional Plan

|  | Population | % |
|---|---|---|
| Pinson AL | 7,215 | 100.0 |
| Pleasant Grove AL | 9,544 | 100.0 |
| Rock Creek AL | 1,471 | 100.0 |
| Sumiton AL (part) | 22 | 0.9 |
| Sylvan Springs AL | 1,653 | 100.0 |
| Tarrant AL | 6,124 | 100.0 |
| Trafford AL (part) | 613 | 100.0 |
| Trussville AL (part) | 24,521 | 93.9 |
| Uniontown AL | 2,107 | 100.0 |
| Vance AL (part) | 73 | 3.5 |
| Vestavia Hills AL (part) | 39,062 | 99.9 |
| Warrior AL | 3,224 | 100.0 |
| West Blocton AL | 1,217 | 100.0 |
| West Jefferson AL | 417 | 100.0 |
| Woodstock AL (part) | 1,343 | 91.2 |

**District 6 Totals**          **620,227**

### District 7

|  | Population | % |
|---|---|---|
| Aliceville AL | 2,177 | 100.0 |
| Beatrice AL | 204 | 100.0 |
| Bellamy AL | 363 | 100.0 |
| Benton AL | 41 | 100.0 |
| Boligee AL | 301 | 100.0 |
| Boykin AL | 208 | 100.0 |
| Brantley AL | 825 | 100.0 |
| Brookwood AL | 2,504 | 100.0 |
| Butler AL | 1,871 | 100.0 |
| Calvert AL (part) | 153 | 60.0 |
| Camden AL | 1,927 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Carlton AL | 46 | 100.0 |
| Carrollton AL | 1,023 | 100.0 |
| Castleberry AL | 486 | 100.0 |
| Catherine AL | 65 | 100.0 |
| Chatom AL | 1,104 | 100.0 |
| Coaling AL | 2,035 | 100.0 |
| Coffeeville AL | 263 | 100.0 |
| Coker AL | 904 | 100.0 |
| Cottondale AL | 3,130 | 100.0 |
| Cuba AL | 306 | 100.0 |
| Cullomburg AL | 126 | 100.0 |
| Dayton AL | 28 | 100.0 |
| Deer Park AL | 141 | 100.0 |
| Demopolis AL | 7,162 | 100.0 |
| Dozier AL | 285 | 100.0 |
| Emelle AL | 32 | 100.0 |
| Epes AL | 272 | 100.0 |
| Ethelsville AL | 49 | 100.0 |
| Eutaw AL | 2,937 | 100.0 |
| Evergreen AL | 3,520 | 100.0 |
| Excel AL | 557 | 100.0 |
| Fairford AL | 161 | 100.0 |
| Faunsdale AL | 90 | 100.0 |
| Fitzpatrick AL | 79 | 100.0 |
| Forkland AL | 445 | 100.0 |
| Fort Deposit AL | 1,225 | 100.0 |
| Franklin AL | 590 | 100.0 |
| Frisco City AL | 1,170 | 100.0 |
| Fruitdale AL | 175 | 100.0 |
| Fulton AL | 223 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Gainesville AL | 172 | 100.0 |
| Geiger AL | 155 | 100.0 |
| Georgiana AL | 1,324 | 100.0 |
| Gilbertown AL | 739 | 100.0 |
| Glenwood AL | 152 | 100.0 |
| Gordo AL | 1,628 | 100.0 |
| Gordonville AL | 245 | 100.0 |
| Greenville AL | 7,374 | 100.0 |
| Grove Hill AL | 1,818 | 100.0 |
| Hayneville AL | 830 | 100.0 |
| Hobson AL | 100 | 100.0 |
| Holt AL | 3,413 | 100.0 |
| Jackson AL | 4,748 | 100.0 |
| Lake View AL (part) | 3,255 | 91.4 |
| Leroy AL | 766 | 100.0 |
| Linden AL | 1,930 | 100.0 |
| Lisman AL | 427 | 100.0 |
| Livingston AL | 3,436 | 100.0 |
| Lowndesboro AL | 89 | 100.0 |
| Luverne AL | 2,765 | 100.0 |
| Macedonia AL | 241 | 100.0 |
| Malcolm AL | 136 | 100.0 |
| McIntosh AL | 206 | 100.0 |
| McKenzie AL | 507 | 100.0 |
| McMullen AL | 32 | 100.0 |
| Megargel AL | 60 | 100.0 |
| Memphis AL | 29 | 100.0 |
| Midway AL | 421 | 100.0 |
| Millry AL | 450 | 100.0 |
| Monroeville AL | 5,951 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)

|  | Population | % |
|---|---|---|
| Montgomery AL | 200,603 | 100.0 |
| Mosses AL | 834 | 100.0 |
| Moundville AL (part) | 1,246 | 41.2 |
| Myrtlewood AL | 70 | 100.0 |
| Nanafalia AL | 75 | 100.0 |
| Needham AL | 73 | 100.0 |
| Northport AL | 31,125 | 100.0 |
| Notasulga AL (part) | 866 | 94.8 |
| Oak Hill AL | 14 | 100.0 |
| Orrville AL | 150 | 100.0 |
| Panola AL | 71 | 100.0 |
| Pennington AL | 329 | 100.0 |
| Peterman AL | 87 | 100.0 |
| Petrey AL | 67 | 100.0 |
| Pickensville AL | 557 | 100.0 |
| Pike Road AL | 9,439 | 100.0 |
| Pine Apple AL | 143 | 100.0 |
| Pine Hill AL | 758 | 100.0 |
| Providence AL | 167 | 100.0 |
| Putnam AL | 172 | 100.0 |
| Reform AL | 1,520 | 100.0 |
| Repton AL | 235 | 100.0 |
| Rockville AL | 47 | 100.0 |
| Rutledge AL | 351 | 100.0 |
| Selma AL | 17,971 | 100.0 |
| Selmont-West Selmont AL | 2,158 | 100.0 |
| Shorter AL | 385 | 100.0 |
| Silas AL | 377 | 100.0 |
| Sims Chapel AL | 145 | 100.0 |
| St. Stephens AL | 415 | 100.0 |

## Communities of Interest (Landscape, 11x8.5)                           Singleton Congressional Plan

|  | Population | % |
|---|---|---|
| Sweet Water AL | 228 | 100.0 |
| Thomaston AL | 326 | 100.0 |
| Thomasville AL | 3,649 | 100.0 |
| Tibbie AL | 55 | 100.0 |
| Toxey AL | 145 | 100.0 |
| Tuscaloosa AL | 99,600 | 100.0 |
| Tuskegee AL | 9,395 | 100.0 |
| Union AL | 180 | 100.0 |
| Union Springs AL | 3,358 | 100.0 |
| Uriah AL | 263 | 100.0 |
| Valley Grande AL | 4,190 | 100.0 |
| Vance AL (part) | 2,019 | 96.5 |
| Vinegar Bend AL | 178 | 100.0 |
| Vredenburgh AL | 222 | 100.0 |
| Whatley AL | 167 | 100.0 |
| White Hall AL | 806 | 100.0 |
| Woodstock AL (part) | 129 | 8.8 |
| Yellow Bluff AL | 208 | 100.0 |
| York AL | 2,414 | 100.0 |

**District 7 Totals**                        **480,584**

## Summary Statistics

| | |
|---|---|
| Number of Census Place not split | 565 |
| Number of Census Place split | 27 |
| Number of Census Place split in 2 | 26 |
| Number of Census Place split in 3 | 1 |
| Total number of splits | 55 |