User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

## Measures of Compactness Report

Tuesday, November 16, 2021                                                                                                         10:11 AM

|           | Reock |
|-----------|-------|
| Sum       | N/A   |
| Min       | 0.25  |
| Max       | 0.45  |
| Mean      | 0.33  |
| Std. Dev. | 0.07  |

| District | Reock |
|----------|-------|
| 1        | 0.29  |
| 2        | 0.41  |
| 3        | 0.31  |
| 4        | 0.33  |
| 5        | 0.25  |
| 6        | 0.30  |
| 7        | 0.45  |

# Measures of Compactness Report

Singleton Congressional Plan

Measures of Compactness Summary

**Reock**  The measure is always between 0 and 1, with 1 being the most compact.