User:
Plan Name: **Singleton Congressional Plan 1**
Plan Type: **Congressional Plan**

## Measures of Compactness Report

Tuesday, November 16, 2021                                                                                                                     10:11 AM

|         | Schwartzberg |
|---------|--------------|
| Sum     | N/A          |
| Min     | 1.80         |
| Max     | 2.09         |
| Mean    | 1.92         |
| Std. Dev. | 0.10       |

| District | Schwartzberg |
|----------|--------------|
| 1        | 1.81         |
| 2        | 1.96         |
| 3        | 1.86         |
| 4        | 1.95         |
| 5        | 1.80         |
| 6        | 1.97         |
| 7        | 2.09         |

# Measures of Compactness Report

Singleton Congressional Plan

## Measures of Compactness Summary

**Schwartzberg**       The measure is usually greater than or equal to 1, with 1 being the most compact.