User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

## Population Summary

Tuesday, November 30, 2021                                                                                           10:25 AM

| District | Population | Deviation | % Devn. | AP_Wht | [% AP_Wht] | AP_Blk | [% AP_Blk] |
|---|---|---|---|---|---|---|---|
| 1 | 716,898 | -856 | -0.12% | 504,033 | 70.31% | 189,657 | 26.46% |
| 2 | 715,377 | -2,377 | -0.33% | 491,974 | 68.77% | 198,136 | 27.7% |
| 3 | 715,486 | -2,268 | -0.32% | 558,902 | 78.12% | 131,328 | 18.36% |
| 4 | 720,317 | 2,563 | 0.36% | 631,311 | 87.64% | 48,157 | 6.69% |
| 5 | 719,222 | 1,468 | 0.20% | 548,313 | 76.24% | 138,823 | 19.3% |
| 6 | 720,310 | 2,556 | 0.36% | 381,532 | 52.97% | 308,741 | 42.86% |
| 7 | 716,669 | -1,085 | -0.15% | 342,785 | 47.83% | 349,894 | 48.82% |

| | |
|---|---|
| Total Population: | 5,024,279 |
| Ideal District Population: | 717,754 |

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 715,377 to 720,317 |
| Ratio Range: | 0.01 |
| Absolute Range: | -2,377 to 2,563 |
| Absolute Overall Range: | 4,940 |
| Relative Range: | 0.00% to 0.36% |
| Relative Overall Range: | 0.69% |
| Absolute Mean Deviation: | 1,881.86 |
| Relative Mean Deviation: | 0.26% |
| Standard Deviation: | 1,998.61 |