User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

## Population Summary

Tuesday, November 30, 2021                                                                                                                                                       10:26 AM

| District | Population | Deviation | % Devn. | [18+_AP_Wht] | [% 18+_AP_Wht] | [18+_AP_Blk] | [% 18+_AP_Blk] |
|---|---|---|---|---|---|---|---|
| 1 | 716,898 | -856 | -0.12% | 400,256 | 71.9% | 137,094 | 24.63% |
| 2 | 715,377 | -2,377 | -0.33% | 390,741 | 69.97% | 146,327 | 26.2% |
| 3 | 715,486 | -2,268 | -0.32% | 440,324 | 79.08% | 96,652 | 17.36% |
| 4 | 720,317 | 2,563 | 0.36% | 494,665 | 88.96% | 34,036 | 6.12% |
| 5 | 719,222 | 1,468 | 0.20% | 434,745 | 77.15% | 103,171 | 18.31% |
| 6 | 720,310 | 2,556 | 0.36% | 307,122 | 54.57% | 233,260 | 41.44% |
| 7 | 716,669 | -1,085 | -0.15% | 280,745 | 49.88% | 263,832 | 46.88% |

Total Population:            5,024,279
Ideal District Population:   717,754

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 715,377 to 720,317 |
| Ratio Range: | 0.01 |
| Absolute Range: | -2,377 to 2,563 |
| Absolute Overall Range: | 4,940 |
| Relative Range: | 0.00% to 0.36% |
| Relative Overall Range: | 0.69% |
| Absolute Mean Deviation: | 1,881.86 |
| Relative Mean Deviation: | 0.26% |
| Standard Deviation: | 1,998.61 |