User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

# Plan Components with Population Detail

Tuesday, November 30, 2021                                                                                             10:20 AM

|  | Total Population | White | Black |
|---|---:|---:|---:|
| **District 1** | | | |
| **County: Baldwin AL** | | | |
| Total: | 231,767 | 189,399 | 18,217 |
|  |  | 81.72% | 7.86% |
| Voting Age | 182,471 | 152,668 | 13,593 |
|  |  | 83.67% | 7.45% |
| **County: Covington AL** | | | |
| **VTD: Andalusia Kiwanis** | | | |
| Total: | 10,370 | 7,259 | 2,397 |
|  |  | 70.00% | 23.11% |
| Voting Age | 8,037 | 5,773 | 1,812 |
|  |  | 71.83% | 22.55% |
| **VTD: Babbie FD** | | | |
| Total: | 907 | 8,116 | 2,404 |
|  |  | 94.49% | 0.77% |
| Voting Age | 726 | 691 | 5 |
|  |  | 95.18% | 0.69% |
| **VTD: Blue Springs** | | | |
| Total: | 604 | 8,675 | 2,409 |
|  |  | 92.55% | 0.83% |
| Voting Age | 463 | 429 | 3 |
|  |  | 92.66% | 0.65% |
| **VTD: Buck Creek** | | | |
| Total: | 861 | 9,486 | 2,413 |
|  |  | 94.19% | 0.46% |
| Voting Age | 655 | 624 | 4 |
|  |  | 95.27% | 0.61% |
| **VTD: Carolina City Hall** | | | |
| Total: | 965 | 10,411 | 2,422 |
|  |  | 95.85% | 0.93% |
| Voting Age | 761 | 735 | 7 |
|  |  | 96.58% | 0.92% |
| **VTD: Gantt City Hall** | | | |
| Total: | 1,294 | 11,588 | 2,477 |
|  |  | 90.96% | 4.25% |
| Voting Age | 1,066 | 970 | 50 |
|  |  | 90.99% | 4.69% |
| **VTD: Harmony Masonic** | | | |
| Total: | 940 | 12,488 | 2,485 |
|  |  | 95.74% | 0.85% |
| Voting Age | 708 | 684 | 6 |
|  |  | 96.61% | 0.85% |

**Plan Components with Population Detail**　　　　　　　　　　Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---|---|---|
| **District 1** | | | |
| **County: Covington AL** | | | |
| **VTD: Hopewell** | | | |
| Total: | 549 | 12,998 | 2,493 |
|  |  | 92.90% | 1.46% |
| Voting Age | 428 | 405 | 6 |
|  |  | 94.63% | 1.40% |
| **VTD: Libertyville** | | | |
| Total: | 437 | 13,400 | 2,509 |
|  |  | 91.99% | 3.66% |
| Voting Age | 359 | 336 | 8 |
|  |  | 93.59% | 2.23% |
| **VTD: Loango** | | | |
| Total: | 634 | 13,951 | 2,564 |
|  |  | 86.91% | 8.68% |
| Voting Age | 499 | 430 | 52 |
|  |  | 86.17% | 10.42% |
| **VTD: Lockhart City Hall** | | | |
| Total: | 1,009 | 14,805 | 2,651 |
|  |  | 84.64% | 8.62% |
| Voting Age | 825 | 707 | 76 |
|  |  | 85.70% | 9.21% |
| **VTD: Marvin Adams** | | | |
| Total: | 367 | 15,155 | 2,658 |
|  |  | 95.37% | 1.91% |
| Voting Age | 287 | 275 | 4 |
|  |  | 95.82% | 1.39% |
| **VTD: Opp Sr Center** | | | |
| Total: | 7,467 | 20,939 | 3,920 |
|  |  | 77.46% | 16.90% |
| Voting Age | 5,795 | 4,633 | 895 |
|  |  | 79.95% | 15.44% |
| **VTD: Red Level City Hall** | | | |
| Total: | 726 | 21,606 | 3,951 |
|  |  | 91.87% | 4.27% |
| Voting Age | 564 | 526 | 25 |
|  |  | 93.26% | 4.43% |
| **VTD: Red Oak** | | | |
| Total: | 576 | 22,144 | 3,958 |
|  |  | 93.40% | 1.22% |
| Voting Age | 436 | 415 | 4 |
|  |  | 95.18% | 0.92% |
| **VTD: River Falls City Hall** | | | |
| Total: | 1,048 | 22,924 | 4,158 |
|  |  | 74.43% | 19.08% |
| Voting Age | 818 | 603 | 170 |
|  |  | 73.72% | 20.78% |

**Plan Components with Population Detail**  Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---:|---:|---:|
| **District 1** | | | |
| **County: Covington AL** | | | |
| **VTD: Rose Hill Comm Ctr** | | | |
| Total: | 883 | 23,755 | 4,178 |
| | | 94.11% | 2.27% |
| Voting Age | 678 | 637 | 19 |
| | | 93.95% | 2.80% |
| **VTD: Sanford City Hall** | | | |
| Total: | 1,084 | 24,765 | 4,195 |
| | | 93.17% | 1.57% |
| Voting Age | 861 | 807 | 10 |
| | | 93.73% | 1.16% |
| **VTD: Straughn-Heath CH** | | | |
| Total: | 2,189 | 26,809 | 4,252 |
| | | 93.38% | 2.60% |
| Voting Age | 1,720 | 1,616 | 44 |
| | | 93.95% | 2.56% |
| **VTD: Wing Fire Dept** | | | |
| Total: | 655 | 27,420 | 4,266 |
| | | 93.28% | 2.14% |
| Voting Age | 528 | 494 | 12 |
| | | 93.56% | 2.27% |
| **County: Covington AL** | | | |
| Total: | 33,565 | 27,420 | 4,266 |
| | | 81.69% | 12.71% |
| Voting Age | 26,214 | 21,790 | 3,212 |
| | | 83.12% | 12.25% |
| **County: Escambia AL** | | | |
| Total: | 36,757 | 22,202 | 10,991 |
| | | 60.40% | 29.90% |
| Voting Age | 28,575 | 17,779 | 8,495 |
| | | 62.22% | 29.73% |
| **County: Mobile AL** | | | |
| Total: | 414,809 | 229,550 | 146,254 |
| | | 55.34% | 35.26% |
| Voting Age | 319,427 | 185,172 | 107,190 |
| | | 57.97% | 33.56% |
| **District 1 Total** | | | |
| Total: | 716,898 | 468,571 | 179,728 |
| | | 65.36% | 25.07% |
| Voting Age | 556,687 | 377,409 | 132,490 |
| | | 67.80% | 23.80% |
| **District 2** | | | |
| **County: Barbour AL** | | | |
| Total: | 25,223 | 11,317 | 11,933 |
| | | 44.87% | 47.31% |
| Voting Age | 20,134 | 9,582 | 9,278 |
| | | 47.59% | 46.08% |

**Plan Components with Population Detail**  Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---|---|---|
| **District 2** | | | |
| **County: Chambers AL** | | | |
| Total: | 34,772 | 18,850 | 13,512 |
|  |  | 54.21% | 38.86% |
| Voting Age | 27,791 | 15,603 | 10,540 |
|  |  | 56.14% | 37.93% |
| **County: Coffee AL** | | | |
| Total: | 53,465 | 37,080 | 8,760 |
|  |  | 69.35% | 16.38% |
| Voting Age | 40,774 | 29,225 | 6,644 |
|  |  | 71.68% | 16.29% |
| **County: Covington AL** | | | |
| **VTD: Beulah BC** | | | |
| Total: | 840 | 788 | 12 |
|  |  | 93.81% | 1.43% |
| Voting Age | 662 | 631 | 7 |
|  |  | 95.32% | 1.06% |
| **VTD: Florala NG** | | | |
| Total: | 2,323 | 2,668 | 312 |
|  |  | 80.93% | 12.91% |
| Voting Age | 1,866 | 1,531 | 238 |
|  |  | 82.05% | 12.75% |
| **VTD: Union Grove FD** | | | |
| Total: | 842 | 3,457 | 341 |
|  |  | 93.71% | 3.44% |
| Voting Age | 645 | 601 | 25 |
|  |  | 93.18% | 3.88% |
| **County: Covington AL** | | | |
| Total: | 4,005 | 3,457 | 341 |
|  |  | 86.32% | 8.51% |
| Voting Age | 3,173 | 2,763 | 270 |
|  |  | 87.08% | 8.51% |
| **County: Crenshaw AL** | | | |
| **VTD: Brantley Comm Ctr** | | | |
| Total: | 1,296 | 869 | 370 |
|  |  | 67.05% | 28.55% |
| Voting Age | 1,013 | 679 | 292 |
|  |  | 67.03% | 28.83% |
| **VTD: Weeds Store** | | | |
| Total: | 562 | 1,360 | 403 |
|  |  | 87.37% | 5.87% |
| Voting Age | 467 | 406 | 33 |
|  |  | 86.94% | 7.07% |
| **County: Crenshaw AL** | | | |
| Total: | 1,858 | 1,360 | 403 |
|  |  | 73.20% | 21.69% |
| Voting Age | 1,480 | 1,085 | 325 |
|  |  | 73.31% | 21.96% |

RC 030964

**Plan Components with Population Detail**  Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---|---|---|
| **District 2** | | | |
| **County: Dale AL** | | | |
| Total: | 49,326 | 33,429 | 10,241 |
| | | 67.77% | 20.76% |
| Voting Age | 38,048 | 26,755 | 7,505 |
| | | 70.32% | 19.73% |
| **County: Elmore AL** | | | |
| Total: | 87,977 | 63,139 | 18,211 |
| | | 71.77% | 20.70% |
| Voting Age | 69,005 | 50,648 | 14,031 |
| | | 73.40% | 20.33% |
| **County: Geneva AL** | | | |
| Total: | 26,659 | 22,078 | 2,241 |
| | | 82.82% | 8.41% |
| Voting Age | 20,820 | 17,532 | 1,775 |
| | | 84.21% | 8.53% |
| **County: Henry AL** | | | |
| Total: | 17,146 | 11,888 | 4,248 |
| | | 69.33% | 24.78% |
| Voting Age | 13,641 | 9,553 | 3,429 |
| | | 70.03% | 25.14% |
| **County: Houston AL** | | | |
| Total: | 107,202 | 69,265 | 28,408 |
| | | 64.61% | 26.50% |
| Voting Age | 82,646 | 55,898 | 20,476 |
| | | 67.64% | 24.78% |
| **County: Lee AL** | | | |
| Total: | 174,241 | 111,651 | 39,570 |
| | | 64.08% | 22.71% |
| Voting Age | 136,444 | 89,697 | 30,298 |
| | | 65.74% | 22.21% |
| **County: Pike AL** | | | |
| Total: | 33,009 | 18,275 | 12,138 |
| | | 55.36% | 36.77% |
| Voting Age | 26,809 | 15,416 | 9,524 |
| | | 57.50% | 35.53% |
| **County: Russell AL** | | | |
| Total: | 59,183 | 27,532 | 26,243 |
| | | 46.52% | 44.34% |
| Voting Age | 44,681 | 22,120 | 19,225 |
| | | 49.51% | 43.03% |
| **County: Tallapoosa AL** | | | |
| Total: | 41,311 | 28,477 | 10,409 |
| | | 68.93% | 25.20% |
| Voting Age | 33,012 | 23,532 | 7,841 |
| | | 71.28% | 23.75% |

# Plan Components with Population Detail

Singleton Congressional Plan

| | Total Population | White | Black |
|---|---|---|---|
| **District 2** | | | |
| **District 2 Total** | | | |
| Total: | 715,377 | 457,798 | 186,658 |
| | | 63.99% | 26.09% |
| Voting Age | 558,458 | 369,409 | 141,161 |
| | | 66.15% | 25.28% |
| **District 3** | | | |
| **County: Autauga AL** | | | |
| Total: | 58,805 | 42,160 | 11,445 |
| | | 71.69% | 19.46% |
| Voting Age | 44,523 | 32,773 | 8,363 |
| | | 73.61% | 18.78% |
| **County: Calhoun AL** | | | |
| Total: | 116,441 | 80,586 | 25,559 |
| | | 69.21% | 21.95% |
| Voting Age | 92,289 | 65,424 | 19,865 |
| | | 70.89% | 21.52% |
| **County: Cherokee AL** | | | |
| Total: | 24,971 | 22,707 | 987 |
| | | 90.93% | 3.95% |
| Voting Age | 20,169 | 18,475 | 825 |
| | | 91.60% | 4.09% |
| **County: Chilton AL** | | | |
| Total: | 45,014 | 35,527 | 4,067 |
| | | 78.92% | 9.03% |
| Voting Age | 34,385 | 27,886 | 3,069 |
| | | 81.10% | 8.93% |
| **County: Clay AL** | | | |
| Total: | 14,236 | 11,375 | 1,963 |
| | | 79.90% | 13.79% |
| Voting Age | 11,299 | 9,207 | 1,530 |
| | | 81.49% | 13.54% |
| **County: Cleburne AL** | | | |
| Total: | 15,056 | 13,819 | 466 |
| | | 91.78% | 3.10% |
| Voting Age | 11,620 | 10,736 | 372 |
| | | 92.39% | 3.20% |
| **County: Coosa AL** | | | |
| Total: | 10,387 | 6,824 | 3,008 |
| | | 65.70% | 28.96% |
| Voting Age | 8,603 | 5,759 | 2,466 |
| | | 66.94% | 28.66% |
| **County: Etowah AL** | | | |
| Total: | 103,436 | 78,584 | 15,146 |
| | | 75.97% | 14.64% |
| Voting Age | 81,121 | 63,277 | 11,488 |
| | | 78.00% | 14.16% |

RC 030966

**Plan Components with Population Detail**　　　　　　　　　　　Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---:|---:|---:|
| **District 3** | | | |
| **County: Randolph AL** | | | |
| Total: | 21,967 | 16,772 | 3,815 |
|  |  | 76.35% | 17.37% |
| Voting Age | 17,264 | 13,503 | 2,931 |
|  |  | 78.21% | 16.98% |
| **County: Shelby AL** | | | |
| Total: | 223,024 | 165,206 | 28,939 |
|  |  | 74.08% | 12.98% |
| Voting Age | 170,487 | 130,014 | 21,411 |
|  |  | 76.26% | 12.56% |
| **County: Talladega AL** | | | |
| Total: | 82,149 | 51,214 | 26,439 |
|  |  | 62.34% | 32.18% |
| Voting Age | 65,024 | 41,708 | 20,345 |
|  |  | 64.14% | 31.29% |
| **District 3 Total** | | | |
| Total: | 715,486 | 524,774 | 121,834 |
|  |  | 73.35% | 17.03% |
| Voting Age | 556,784 | 418,762 | 92,665 |
|  |  | 75.21% | 16.64% |
| **District 4** | | | |
| **County: Blount AL** | | | |
| Total: | 59,134 | 50,663 | 845 |
|  |  | 85.67% | 1.43% |
| Voting Age | 45,403 | 39,758 | 647 |
|  |  | 87.57% | 1.43% |
| **County: Cullman AL** | | | |
| Total: | 87,866 | 79,142 | 937 |
|  |  | 90.07% | 1.07% |
| Voting Age | 68,240 | 62,242 | 727 |
|  |  | 91.21% | 1.07% |
| **County: DeKalb AL** | | | |
| Total: | 71,608 | 56,420 | 1,046 |
|  |  | 78.79% | 1.46% |
| Voting Age | 53,920 | 44,395 | 831 |
|  |  | 82.33% | 1.54% |
| **County: Fayette AL** | | | |
| Total: | 16,321 | 13,666 | 1,736 |
|  |  | 83.73% | 10.64% |
| Voting Age | 12,791 | 10,901 | 1,336 |
|  |  | 85.22% | 10.44% |
| **County: Franklin AL** | | | |
| **VTD: East Franklin** | | | |
| Total: | 1,410 | 1,277 | 3 |
|  |  | 90.57% | 0.21% |
| Voting Age | 1,048 | 957 | 1 |
|  |  | 91.32% | 0.10% |

# Plan Components with Population Detail

Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---:|---:|---:|
| **District 4** | | | |
| **County: Franklin AL** | | | |
| **VTD: Newburg Masonic Ldg** | | | |
| Total: | 616 | 1,699 | 60 |
| | | 68.51% | 9.25% |
| Voting Age | 449 | 312 | 51 |
| | | 69.49% | 11.36% |
| **VTD: Phil Campbell Sr Ctr** | | | |
| Total: | 1,991 | 3,546 | 65 |
| | | 92.77% | 0.25% |
| Voting Age | 1,541 | 1,455 | 5 |
| | | 94.42% | 0.32% |
| **VTD: Quinns/Sts Crossroads** | | | |
| Total: | 540 | 4,007 | 83 |
| | | 85.37% | 3.33% |
| Voting Age | 427 | 375 | 13 |
| | | 87.82% | 3.04% |
| **VTD: Tharptown School** | | | |
| Total: | 1,256 | 4,942 | 126 |
| | | 74.44% | 3.42% |
| Voting Age | 940 | 743 | 31 |
| | | 79.04% | 3.30% |
| **VTD: Union Comm Ctr** | | | |
| Total: | 867 | 5,742 | 131 |
| | | 92.27% | 0.58% |
| Voting Age | 691 | 649 | 2 |
| | | 93.92% | 0.29% |
| **VTD: Waco Church** | | | |
| Total: | 1,304 | 6,418 | 164 |
| | | 51.84% | 2.53% |
| Voting Age | 922 | 521 | 33 |
| | | 56.51% | 3.58% |
| **County: Franklin AL** | | | |
| Total: | 7,984 | 6,418 | 164 |
| | | 80.39% | 2.05% |
| Voting Age | 6,018 | 5,012 | 136 |
| | | 83.28% | 2.26% |
| **County: Lamar AL** | | | |
| Total: | 13,972 | 11,962 | 1,425 |
| | | 85.61% | 10.20% |
| Voting Age | 11,019 | 9,532 | 1,145 |
| | | 86.51% | 10.39% |
| **County: Lawrence AL** | | | |
| Total: | 33,073 | 24,915 | 3,304 |
| | | 75.33% | 9.99% |
| Voting Age | 25,878 | 19,803 | 2,726 |
| | | 76.52% | 10.53% |

Maptitude For Redistricting

Page 8 of 16

RC 030968

**Plan Components with Population Detail**  Singleton Congressional Plan

| | Total Population | White | Black |
|---|---|---|---|
| **District 4** | | | |
| **County: Marion AL** | | | |
| Total: | 29,341 | 26,312 | 1,106 |
| | | 89.68% | 3.77% |
| Voting Age | 23,264 | 21,148 | 880 |
| | | 90.90% | 3.78% |
| **County: Marshall AL** | | | |
| Total: | 97,612 | 76,926 | 2,428 |
| | | 78.81% | 2.49% |
| Voting Age | 73,530 | 60,762 | 1,725 |
| | | 82.64% | 2.35% |
| **County: Morgan AL** | | | |
| Total: | 123,421 | 89,869 | 15,453 |
| | | 72.81% | 12.52% |
| Voting Age | 95,485 | 72,478 | 11,562 |
| | | 75.91% | 12.11% |
| **County: St. Clair AL** | | | |
| Total: | 91,103 | 75,728 | 8,652 |
| | | 83.12% | 9.50% |
| Voting Age | 70,092 | 59,007 | 6,631 |
| | | 84.19% | 9.46% |
| **County: Walker AL** | | | |
| Total: | 65,342 | 57,012 | 3,929 |
| | | 87.25% | 6.01% |
| Voting Age | 51,667 | 45,720 | 3,026 |
| | | 88.49% | 5.86% |
| **County: Winston AL** | | | |
| Total: | 23,540 | 21,760 | 141 |
| | | 92.44% | 0.60% |
| Voting Age | 18,766 | 17,530 | 107 |
| | | 93.41% | 0.57% |
| **District 4 Total** | | | |
| Total: | 720,317 | 590,793 | 41,166 |
| | | 82.02% | 5.71% |
| Voting Age | 556,073 | 468,288 | 31,479 |
| | | 84.21% | 5.66% |
| **District 5** | | | |
| **County: Colbert AL** | | | |
| Total: | 57,227 | 43,631 | 9,286 |
| | | 76.24% | 16.23% |
| Voting Age | 45,078 | 35,120 | 7,169 |
| | | 77.91% | 15.90% |
| **County: Franklin AL** | | | |
| **VTD: Belgreen FD** | | | |
| Total: | 1,393 | 1,289 | 12 |
| | | 92.53% | 0.86% |
| Voting Age | 1,075 | 1,005 | 10 |
| | | 93.49% | 0.93% |

**Plan Components with Population Detail**  Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---:|---:|---:|
| **District 5** | | | |
| **County: Franklin AL** | | | |
| **VTD: Frankfort Comm Ctr** | | | |
| Total: | 545 | 1,798 | 16 |
|  |  | 93.39% | 0.73% |
| Voting Age | 443 | 413 | 4 |
|  |  | 93.23% | 0.90% |
| **VTD: Halltown Comm Ctr** | | | |
| Total: | 1,005 | 2,738 | 16 |
|  |  | 93.53% | 0.00% |
| Voting Age | 791 | 746 | 0 |
|  |  | 94.31% | 0.00% |
| **VTD: Hodges Comm Ctr** | | | |
| Total: | 533 | 3,260 | 17 |
|  |  | 97.94% | 0.19% |
| Voting Age | 404 | 395 | 0 |
|  |  | 97.77% | 0.00% |
| **VTD: Jonesboro Comm Ctr** | | | |
| Total: | 1,015 | 4,148 | 36 |
|  |  | 87.49% | 1.87% |
| Voting Age | 767 | 701 | 9 |
|  |  | 91.40% | 1.17% |
| **VTD: Lawlers Fire Dept** | | | |
| Total: | 795 | 4,909 | 37 |
|  |  | 95.72% | 0.13% |
| Voting Age | 629 | 610 | 1 |
|  |  | 96.98% | 0.16% |
| **VTD: Mount Star Hills** | | | |
| Total: | 1,248 | 5,910 | 59 |
|  |  | 80.21% | 1.76% |
| Voting Age | 917 | 771 | 21 |
|  |  | 84.08% | 2.29% |
| **VTD: Pleasant Site VFD** | | | |
| Total: | 338 | 6,235 | 59 |
|  |  | 96.15% | 0.00% |
| Voting Age | 264 | 253 | 0 |
|  |  | 95.83% | 0.00% |
| **VTD: Red Bay** | | | |
| Total: | 3,475 | 9,357 | 99 |
|  |  | 89.84% | 1.15% |
| Voting Age | 2,704 | 2,478 | 37 |
|  |  | 91.64% | 1.37% |
| **VTD: Rockwood** | | | |
| Total: | 1,168 | 10,214 | 118 |
|  |  | 73.37% | 1.63% |
| Voting Age | 884 | 693 | 12 |
|  |  | 78.39% | 1.36% |

**Plan Components with Population Detail**  Singleton Congressional Plan

| | Total Population | White | Black |
|---|---|---|---|
| **District 5** | | | |
| **County: Franklin AL** | | | |
| **VTD: Russellville** | | | |
| Total: | 10,196 | 15,675 | 989 |
| | | 53.56% | 8.54% |
| Voting Age | 7,202 | 4,249 | 673 |
| | | 59.00% | 9.34% |
| **VTD: Spruce Pine** | | | |
| Total: | 1,302 | 16,840 | 999 |
| | | 89.48% | 0.77% |
| Voting Age | 983 | 889 | 8 |
| | | 90.44% | 0.81% |
| **VTD: Vina FD** | | | |
| Total: | 1,116 | 17,915 | 1,002 |
| | | 96.33% | 0.27% |
| Voting Age | 850 | 824 | 0 |
| | | 96.94% | 0.00% |
| **County: Franklin AL** | | | |
| Total: | 24,129 | 17,915 | 1,002 |
| | | 74.25% | 4.15% |
| Voting Age | 17,913 | 14,027 | 775 |
| | | 78.31% | 4.33% |
| **County: Jackson AL** | | | |
| Total: | 52,579 | 45,480 | 1,636 |
| | | 86.50% | 3.11% |
| Voting Age | 41,768 | 36,685 | 1,309 |
| | | 87.83% | 3.13% |
| **County: Lauderdale AL** | | | |
| Total: | 93,564 | 77,141 | 9,243 |
| | | 82.45% | 9.88% |
| Voting Age | 74,908 | 63,005 | 7,061 |
| | | 84.11% | 9.43% |
| **County: Limestone AL** | | | |
| Total: | 103,570 | 77,064 | 13,307 |
| | | 74.41% | 12.85% |
| Voting Age | 79,718 | 60,928 | 10,495 |
| | | 76.43% | 13.17% |
| **County: Madison AL** | | | |
| Total: | 388,153 | 242,510 | 92,066 |
| | | 62.48% | 23.72% |
| Voting Age | 304,143 | 196,819 | 70,675 |
| | | 64.71% | 23.24% |
| **District 5 Total** | | | |
| Total: | 719,222 | 503,741 | 126,540 |
| | | 70.04% | 17.59% |
| Voting Age | 563,528 | 406,584 | 97,484 |
| | | 72.15% | 17.30% |
| **District 6** | | | |

**Plan Components with Population Detail**  Singleton Congressional Plan

| | Total Population | White | Black |
|---|---|---|---|
| **District 6** | | | |
| **County: Bibb AL** | | | |
| Total: | 22,293 | 16,555 | 4,413 |
| | | 74.26% | 19.80% |
| Voting Age | 17,533 | 13,120 | 3,564 |
| | | 74.83% | 20.33% |
| **County: Hale AL** | | | |
| Total: | 14,785 | 5,999 | 8,337 |
| | | 40.57% | 56.39% |
| Voting Age | 11,483 | 4,807 | 6,370 |
| | | 41.86% | 55.47% |
| **County: Jefferson AL** | | | |
| Total: | 674,721 | 329,590 | 281,326 |
| | | 48.85% | 41.70% |
| Voting Age | 527,087 | 269,150 | 213,751 |
| | | 51.06% | 40.55% |
| **County: Perry AL** | | | |
| Total: | 8,511 | 2,359 | 5,936 |
| | | 27.72% | 69.75% |
| Voting Age | 6,740 | 2,064 | 4,524 |
| | | 30.62% | 67.12% |
| **District 6 Total** | | | |
| Total: | 720,310 | 354,503 | 300,012 |
| | | 49.22% | 41.65% |
| Voting Age | 562,843 | 289,141 | 228,209 |
| | | 51.37% | 40.55% |
| **District 7** | | | |
| **County: Bullock AL** | | | |
| Total: | 10,357 | 2,320 | 7,396 |
| | | 22.40% | 71.41% |
| Voting Age | 8,356 | 2,083 | 5,892 |
| | | 24.93% | 70.51% |
| **County: Butler AL** | | | |
| Total: | 19,051 | 9,752 | 8,430 |
| | | 51.19% | 44.25% |
| Voting Age | 14,903 | 7,998 | 6,326 |
| | | 53.67% | 42.45% |
| **County: Choctaw AL** | | | |
| Total: | 12,665 | 7,074 | 5,232 |
| | | 55.85% | 41.31% |
| Voting Age | 10,168 | 5,710 | 4,211 |
| | | 56.16% | 41.41% |
| **County: Clarke AL** | | | |
| Total: | 23,087 | 12,029 | 10,255 |
| | | 52.10% | 44.42% |
| Voting Age | 18,249 | 9,843 | 7,894 |
| | | 53.94% | 43.26% |

**Plan Components with Population Detail**  Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---|---|---|
| **District 7** | | | |
| **County: Conecuh AL** | | | |
| Total: | 11,597 | 5,912 | 5,104 |
| | | 50.98% | 44.01% |
| Voting Age | 9,277 | 4,922 | 3,961 |
| | | 53.06% | 42.70% |
| **County: Crenshaw AL** | | | |
| **VTD: Bush's Grocery** | | | |
| Total: | 370 | 285 | 69 |
| | | 77.03% | 18.65% |
| Voting Age | 302 | 240 | 56 |
| | | 79.47% | 18.54% |
| **VTD: Chapel Hill Comm Ctr** | | | |
| Total: | 535 | 756 | 113 |
| | | 88.04% | 8.22% |
| Voting Age | 422 | 380 | 28 |
| | | 90.05% | 6.64% |
| **VTD: County Courthouse** | | | |
| Total: | 2,637 | 2,422 | 914 |
| | | 63.18% | 30.38% |
| Voting Age | 2,109 | 1,406 | 590 |
| | | 66.67% | 27.98% |
| **VTD: Danielsville School** | | | |
| Total: | 581 | 2,953 | 934 |
| | | 91.39% | 3.44% |
| Voting Age | 463 | 427 | 15 |
| | | 92.22% | 3.24% |
| **VTD: Dozier City Hall** | | | |
| Total: | 358 | 3,151 | 1,072 |
| | | 55.31% | 38.55% |
| Voting Age | 252 | 157 | 85 |
| | | 62.30% | 33.73% |
| **VTD: Glenwood City Hall** | | | |
| Total: | 459 | 3,507 | 1,142 |
| | | 77.56% | 15.25% |
| Voting Age | 361 | 278 | 61 |
| | | 77.01% | 16.90% |
| **VTD: Harbin Farm Ctr** | | | |
| Total: | 640 | 3,794 | 1,461 |
| | | 44.84% | 49.84% |
| Voting Age | 491 | 225 | 243 |
| | | 45.82% | 49.49% |
| **VTD: Highland Home VFD** | | | |
| Total: | 1,249 | 4,855 | 1,602 |
| | | 84.95% | 11.29% |
| Voting Age | 950 | 811 | 108 |
| | | 85.37% | 11.37% |

**Plan Components with Population Detail**  Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---|---|---|
| **District 7** | | | |
| **County: Crenshaw AL** | | | |
| **VTD: Honoraville VFD** | | | |
| Total: | 931 | 5,670 | 1,681 |
| | | 87.54% | 8.49% |
| Voting Age | 717 | 646 | 60 |
| | | 90.10% | 8.37% |
| **VTD: Lillery Store** | | | |
| Total: | 447 | 6,046 | 1,723 |
| | | 84.12% | 9.40% |
| Voting Age | 336 | 289 | 31 |
| | | 86.01% | 9.23% |
| **VTD: Panola Comm Ctr** | | | |
| Total: | 679 | 6,532 | 1,874 |
| | | 71.58% | 22.24% |
| Voting Age | 552 | 388 | 130 |
| | | 70.29% | 23.55% |
| **VTD: Patsburg Depot Bldg** | | | |
| Total: | 343 | 6,840 | 1,894 |
| | | 89.80% | 5.83% |
| Voting Age | 260 | 239 | 13 |
| | | 91.92% | 5.00% |
| **VTD: Petrey Comm Ctr** | | | |
| Total: | 873 | 7,099 | 2,461 |
| | | 29.67% | 64.95% |
| Voting Age | 700 | 213 | 462 |
| | | 30.43% | 66.00% |
| **VTD: Pleasant Home School** | | | |
| Total: | 232 | 7,273 | 2,503 |
| | | 75.00% | 18.10% |
| Voting Age | 188 | 136 | 40 |
| | | 72.34% | 21.28% |
| **VTD: Rutledge Comm Ctr** | | | |
| Total: | 698 | 7,747 | 2,687 |
| | | 67.91% | 26.36% |
| Voting Age | 550 | 381 | 147 |
| | | 69.27% | 26.73% |
| **VTD: Vidette Comm Ctr** | | | |
| Total: | 304 | 8,028 | 2,700 |
| | | 92.43% | 4.28% |
| Voting Age | 227 | 210 | 7 |
| | | 92.51% | 3.08% |
| **County: Crenshaw AL** | | | |
| Total: | 11,336 | 8,028 | 2,700 |
| | | 70.82% | 23.82% |
| Voting Age | 8,880 | 6,426 | 2,076 |
| | | 72.36% | 23.38% |

**Plan Components with Population Detail**  Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---|---|---|
| **District 7** | | | |
| **County: Dallas AL** | | | |
| Total: | 38,462 | 10,409 | 26,899 |
|  |  | 27.06% | 69.94% |
| Voting Age | 29,613 | 8,675 | 20,104 |
|  |  | 29.29% | 67.89% |
| **County: Greene AL** | | | |
| Total: | 7,730 | 1,301 | 6,246 |
|  |  | 16.83% | 80.80% |
| Voting Age | 6,070 | 1,111 | 4,806 |
|  |  | 18.30% | 79.18% |
| **County: Lowndes AL** | | | |
| Total: | 10,311 | 2,818 | 7,192 |
|  |  | 27.33% | 69.75% |
| Voting Age | 8,283 | 2,437 | 5,603 |
|  |  | 29.42% | 67.64% |
| **County: Macon AL** | | | |
| Total: | 19,532 | 3,252 | 15,441 |
|  |  | 16.65% | 79.05% |
| Voting Age | 16,226 | 2,750 | 12,849 |
|  |  | 16.95% | 79.19% |
| **County: Marengo AL** | | | |
| Total: | 19,323 | 8,428 | 10,188 |
|  |  | 43.62% | 52.72% |
| Voting Age | 15,053 | 6,858 | 7,735 |
|  |  | 45.56% | 51.39% |
| **County: Monroe AL** | | | |
| Total: | 19,772 | 10,391 | 8,299 |
|  |  | 52.55% | 41.97% |
| Voting Age | 15,562 | 8,482 | 6,341 |
|  |  | 54.50% | 40.75% |
| **County: Montgomery AL** | | | |
| Total: | 228,954 | 75,074 | 130,467 |
|  |  | 32.79% | 56.98% |
| Voting Age | 177,427 | 63,536 | 97,867 |
|  |  | 35.81% | 55.16% |
| **County: Pickens AL** | | | |
| Total: | 19,123 | 10,739 | 7,489 |
|  |  | 56.16% | 39.16% |
| Voting Age | 15,447 | 9,053 | 5,820 |
|  |  | 58.61% | 37.68% |
| **County: Sumter AL** | | | |
| Total: | 12,345 | 2,974 | 8,997 |
|  |  | 24.09% | 72.88% |
| Voting Age | 9,914 | 2,562 | 7,052 |
|  |  | 25.84% | 71.13% |

**Plan Components with Population Detail**  Singleton Congressional Plan

|  | Total Population | White | Black |
|---|---:|---:|---:|
| **District 7** | | | |
| **County: Tuscaloosa AL** | | | |
| Total: | 227,036 | 136,582 | 69,088 |
|  |  | 60.16% | 30.43% |
| Voting Age | 179,024 | 112,338 | 51,418 |
|  |  | 62.75% | 28.72% |
| **County: Washington AL** | | | |
| Total: | 15,388 | 10,309 | 3,318 |
|  |  | 66.99% | 21.56% |
| Voting Age | 12,081 | 8,212 | 2,641 |
|  |  | 67.97% | 21.86% |
| **County: Wilcox AL** | | | |
| Total: | 10,600 | 2,880 | 7,483 |
|  |  | 27.17% | 70.59% |
| Voting Age | 8,260 | 2,457 | 5,639 |
|  |  | 29.75% | 68.27% |
| **District 7 Total** | | | |
| Total: | 716,669 | 320,272 | 340,224 |
|  |  | 44.69% | 47.47% |
| Voting Age | 562,793 | 265,453 | 258,235 |
|  |  | 47.17% | 45.88% |

RC 030976