Case 2:21-cv-01530-AMM   Document 85-24   Filed 12/27/21   Page 1 of 1

FILED
2021 Dec-27  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

## Political Subdivison Splits Between Districts

Tuesday, November 30, 2021                                                                                                        10:21 AM

Number of subdivisions not split:
County                                                                 64
Voting District                                                  1,837

Number of subdivisions split into more than one district:
County                                                                   3
Voting District                                                        0

Number of splits involving no population:
County                                                                   0
Voting District                                                        0

**Split Counts**

*County*
　Cases where an area is split among 2 Districts: 3

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Covington AL | | 1 | 33,565 |
| Covington AL | | 2 | 4,005 |
| Crenshaw AL | | 2 | 1,858 |
| Crenshaw AL | | 7 | 11,336 |
| Franklin AL | | 4 | 7,984 |
| Franklin AL | | 5 | 24,129 |

RC 030981