User:
Plan Name: Singleton Congressional Plan 2
Plan Type: Congressional

## Communities of Interest (Landscape, 11x8.5)

Saturday, November 27, 2021                                                                                         12:29 PM

| City/Town | District | Population | % |
|---|---|---|---|
| Altoona AL | 3 | 906 | 95.6 |
| Altoona AL | 4 | 42 | 4.4 |
| Argo AL | 4 | 4,307 | 98.6 |
| Argo AL | 6 | 61 | 1.4 |
| Birmingham AL | 3 | 1,904 | 1.0 |
| Birmingham AL | 6 | 198,829 | 99.1 |
| Boaz AL | 3 | 1,110 | 11.0 |
| Boaz AL | 4 | 8,997 | 89.0 |
| Calvert AL | 1 | 102 | 40.0 |
| Calvert AL | 7 | 153 | 60.0 |
| Collinsville AL | 3 | 13 | 0.6 |
| Collinsville AL | 4 | 2,046 | 99.4 |
| County Line AL | 4 | 217 | 69.8 |
| County Line AL | 6 | 94 | 30.2 |
| Decatur AL | 4 | 57,880 | 99.9 |
| Decatur AL | 5 | 58 | 0.1 |
| Helena AL | 3 | 18,421 | 88.1 |
| Helena AL | 6 | 2,493 | 11.9 |
| Hoover AL | 3 | 26,645 | 28.8 |
| Hoover AL | 6 | 65,961 | 71.2 |
| Huntsville AL | 4 | 7 | 0.0 |

**Communities of Interest (Landscape, 11x8.5)**                                         Singleton Congressional Plan

| City/Town | District | Population | % |
|---|---|---|---|
| Huntsville AL | 5 | 214,999 | 100.0 |
| Lake View AL | 6 | 305 | 8.6 |
| Lake View AL | 7 | 3,255 | 91.4 |
| Leeds AL | 3 | 100 | 0.8 |
| Leeds AL | 4 | 2,060 | 16.7 |
| Leeds AL | 6 | 10,164 | 82.5 |
| Millbrook AL | 2 | 16,161 | 97.6 |
| Millbrook AL | 3 | 403 | 2.4 |
| Moundville AL | 6 | 1,778 | 58.8 |
| Moundville AL | 7 | 1,246 | 41.2 |
| Notasulga AL | 2 | 48 | 5.3 |
| Notasulga AL | 7 | 866 | 94.8 |
| Opp AL | 1 | 6,764 | 99.9 |
| Opp AL | 2 | 7 | 0.1 |
| Phil Campbell AL | 4 | 992 | 100.0 |
| Phil Campbell AL | 5 | 0 | 0.0 |
| Prattville AL | 2 | 1,883 | 5.0 |
| Prattville AL | 3 | 35,898 | 95.0 |
| Russellville AL | 4 | 22 | 0.2 |
| Russellville AL | 5 | 10,833 | 99.8 |
| Sand Rock AL | 3 | 565 | 95.6 |
| Sand Rock AL | 4 | 26 | 4.4 |
| Sardis City AL | 3 | 1,810 | 99.8 |
| Sardis City AL | 4 | 4 | 0.2 |
| Sumiton AL | 4 | 2,422 | 99.1 |

RC 030730

**Communities of Interest (Landscape, 11x8.5)**                                      Singleton Congressional Plan

| City/Town | District | Population | % |
|---|---|---|---|
| Sumiton AL | 6 | 22 | 0.9 |
| Trafford AL | 4 | 0 | 0.0 |
| Trafford AL | 6 | 613 | 100.0 |
| Trussville AL | 4 | 1,602 | 6.1 |
| Trussville AL | 6 | 24,521 | 93.9 |
| Vance AL | 6 | 73 | 3.5 |
| Vance AL | 7 | 2,019 | 96.5 |
| Vestavia Hills AL | 3 | 40 | 0.1 |
| Vestavia Hills AL | 6 | 39,062 | 99.9 |
| Vincent AL | 3 | 1,982 | 100.0 |
| Vincent AL | 4 | 0 | 0.0 |
| Woodstock AL | 6 | 1,343 | 91.2 |
| Woodstock AL | 7 | 129 | 8.8 |

**Communities of Interest (Landscape, 11x8.5)**                                        Singleton Congressional Plan

| City/Town | -- Listed by District | |
|---|---:|---:|
| | Population | % |
| Calvert AL (part) | 102 | 40.0 |
| **District 1 Totals** | **454,036** | |
| Millbrook AL (part) | 16,161 | 97.6 |
| Notasulga AL (part) | 48 | 5.3 |
| Opp AL (part) | 7 | 0.1 |
| Prattville AL (part) | 1,883 | 5.0 |
| **District 2 Totals** | **464,451** | |
| Altoona AL (part) | 906 | 95.6 |
| Birmingham AL (part) | 1,904 | 1.0 |
| Boaz AL (part) | 1,110 | 11.0 |
| Collinsville AL (part) | 13 | 0.6 |
| Helena AL (part) | 18,421 | 88.1 |
| Hoover AL (part) | 26,645 | 28.8 |
| Leeds AL (part) | 100 | 0.8 |
| Millbrook AL (part) | 403 | 2.4 |
| Prattville AL (part) | 35,898 | 95.0 |
| Sand Rock AL (part) | 565 | 95.6 |
| Vestavia Hills AL (part) | 40 | 0.1 |
| **District 3 Totals** | **502,063** | |

**Communities of Interest (Landscape, 11x8.5)**  Singleton Congressional Plan

|  | Population | % |
|---|---:|---:|
| Altoona AL (part) | 42 | 4.4 |
| Argo AL (part) | 4,307 | 98.6 |
| Boaz AL (part) | 8,997 | 89.0 |
| Collinsville AL (part) | 2,046 | 99.4 |
| County Line AL (part) | 217 | 69.8 |
| Huntsville AL (part) | 7 | 0.0 |
| Leeds AL (part) | 2,060 | 16.7 |
| Russellville AL (part) | 22 | 0.2 |
| Sand Rock AL (part) | 26 | 4.4 |
| Sardis City AL (part) | 4 | 0.2 |
| Sumiton AL (part) | 2,422 | 99.1 |
| Trafford AL (part) | 0 | 0.0 |
| Trussville AL (part) | 1,602 | 6.1 |
| Vincent AL (part) | 0 | 0.0 |
| **District 4 Totals** | **342,013** | |
| Decatur AL (part) | 58 | 0.1 |
| Phil Campbell AL (part) | 0 | 0.0 |
| **District 5 Totals** | **460,906** | |

RC 030733

**Communities of Interest (Landscape, 11x8.5)**                                    Singleton Congressional Plan

|  | Population | % |
|---|---:|---:|
| Argo AL (part) | 61 | 1.4 |
| Birmingham AL (part) | 198,829 | 99.1 |
| County Line AL (part) | 94 | 30.2 |
| Helena AL (part) | 2,493 | 11.9 |
| Hoover AL (part) | 65,961 | 71.2 |
| Lake View AL (part) | 305 | 8.6 |
| Leeds AL (part) | 10,164 | 82.5 |
| Moundville AL (part) | 1,778 | 58.8 |
| Sumiton AL (part) | 22 | 0.9 |
| Trussville AL (part) | 24,521 | 93.9 |
| Vance AL (part) | 73 | 3.5 |
| Woodstock AL (part) | 1,343 | 91.2 |
| **District 6 Totals** | **620,227** | |
| Calvert AL (part) | 153 | 60.0 |
| Lake View AL (part) | 3,255 | 91.4 |
| Moundville AL (part) | 1,246 | 41.2 |
| Notasulga AL (part) | 866 | 94.8 |
| Vance AL (part) | 2,019 | 96.5 |
| Woodstock AL (part) | 129 | 8.8 |
| **District 7 Totals** | **479,759** | |

RC 030734

**Communities of Interest (Landscape, 11x8.5)**                                  Singleton Congressional Plan

## Summary Statistics

| | |
|---|---|
| Number of City/Town not split | 562 |
| Number of City/Town split | 30 |
| Number of City/Town split in 2 | 29 |
| Number of City/Town split in 3 | 1 |
| Total number of splits | 61 |