User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

# Measures of Compactness Report

Tuesday, November 30, 2021     10:18 AM

|  | **Reock** |
|---|---|
| Sum | N/A |
| Min | 0.24 |
| Max | 0.45 |
| Mean | 0.33 |
| Std. Dev. | 0.07 |

| **District** | **Reock** |
|---|---|
| 1 | 0.29 |
| 2 | 0.40 |
| 3 | 0.31 |
| 4 | 0.33 |
| 5 | 0.24 |
| 6 | 0.30 |
| 7 | 0.45 |

# Measures of Compactness Report

Singleton Congressional Plan

Measures of Compactness Summary

**Reock**  The measure is always between 0 and 1, with 1 being the most compact.

RC 030941