User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

## Measures of Compactness Report

Tuesday, November 30, 2021                                                                                              10:18 AM

|          | Schwartzberg |
|----------|--------------|
| Sum      | N/A          |
| Min      | 1.86         |
| Max      | 2.08         |
| Mean     | 1.95         |
| Std. Dev.| 0.09         |

| District | Schwartzberg |
|----------|--------------|
| 1        | 1.88         |
| 2        | 2.07         |
| 3        | 1.86         |
| 4        | 1.94         |
| 5        | 1.86         |
| 6        | 1.97         |
| 7        | 2.08         |

RC 030942

# Measures of Compactness Report

Singleton Congressional Plan

## Measures of Compactness Summary

**Schwartzberg**   The measure is usually greater than or equal to 1, with 1 being the most compact.