FILED
2021 Dec-27 AM 11:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

RC 039144
