FILED

2021 Dec-27  AM 11:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:

Plan Name: **Singleton Congressional Plan 3**

Plan Type: **Congressional**

# Political Subdivison Splits Between Districts

| Wednesday, October 27, 2021 | 3:02 PM |
|---|---|

Number of subdivisions not split:

| County | 61 |
|---|---|
| Voting District | 1,830 |

Number of subdivisions split into more than one district:

| County | 6 |
|---|---|
| Voting District | 7 |

Number of splits involving no population:

| County | 0 |
|---|---|
| Voting District | 0 |

## Split Counts

*County*

   Cases where an area is split among 2 Districts: 6

*Voting District*

   Cases where an area is split among 2 Districts: 7

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Coosa AL | | 2 | 4,318 |
| Coosa AL | | 3 | 6,069 |
| Covington AL | | 1 | 34,421 |
| Covington AL | | 2 | 3,149 |
| Crenshaw AL | | 2 | 773 |
| Crenshaw AL | | 7 | 12,421 |
| Franklin AL | | 4 | 9,454 |
| Franklin AL | | 5 | 22,659 |
| Jefferson AL | | 4 | 2,551 |
| Jefferson AL | | 6 | 672,170 |
| St. Clair AL | | 3 | 6,585 |
| St. Clair AL | | 4 | 84,518 |
| *Split  VTDs:* | | | |
| Coosa AL | Goodwater Comm Ctr | 2 | 3 |
| Coosa AL | Goodwater Comm Ctr | 3 | 2,052 |
| Coosa AL | Hanover FD | 2 | 51 |
| Coosa AL | Hanover FD | 3 | 369 |
| Covington AL | Florala NG | 1 | 16 |
| Covington AL | Florala NG | 2 | 2,307 |
| Crenshaw AL | Brantley Comm Ctr | 2 | 211 |
| Crenshaw AL | Brantley Comm Ctr | 7 | 1,085 |
| Franklin AL | Lawlers Fire Dept | 4 | 222 |
| Franklin AL | Lawlers Fire Dept | 5 | 573 |
| Jefferson AL | Corner Sch | 4 | 2,551 |

**Maptitude**
For Redistricting

RC 039222

## Political Subdivison Splits Between Districts          Singleton Congressional Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Corner Sch | 6 | 230 |
| St. Clair AL | Pell City Civic Ctr | 3 | 550 |
| St. Clair AL | Pell City Civic Ctr | 4 | 4,398 |

RC 039223