2000 Population

# STATE BOARD OF EDUCATION 1996



**State Board of Education 1996**
1/22/02 6:14 PM

Date: Jan 22, 2002
Time: 6:01 PM

# Plan Statistics
## Plan: State Board of Education 1996

DB: GEO_AL_2000
Plan Type: State Board of Education



Page: 1 of 1

| Districts: | # of Members | Actual Population | Ideal Population | Absolute Deviation | Relative Deviation |
|---|---|---|---|---|---|
| District 1 | 1 | 578,698 | 555,887 | 22,811 | 4.104% |
| District 2 | 1 | 546,845 | 555,887 | -9,042 | -1.627% |
| District 3 | 1 | 580,203 | 555,887 | 24,316 | 4.374% |
| District 4 | 1 | 489,882 | 555,887 | -66,005 | -11.874% |
| District 5 | 1 | 514,942 | 555,887 | -40,945 | -7.366% |
| District 6 | 1 | 592,483 | 555,887 | 36,596 | 6.583% |
| District 7 | 1 | 555,846 | 555,887 | -41 | -0.007% |
| District 8 | 1 | 588,201 | 555,887 | 32,314 | 5.813% |
| **Grand Total:** | **8** | **4,447,100** | **4,447,096** | | |

| | | | | |
|---|---|---|---|---|
| Ideal Population Per Member: | 555,887 | | Ideal - Actual: | -4 |
| Number of Districts for Plan Type: | 8 | | Remainder: | 4 |
| Range of District Populations: | 489,882 to 592,483 | | Unassigned Population: | 0 |
| Absolute Mean Deviation | 12,825 | | | |
| Absolute Range: | -66,005 to 36,596 | | | |
| **Absolute Overall Range:** | **102,601** | | | |
| Relative Mean Deviation: | 0.00% | | | |
| Relative Range: | -11.87% to 6.58% | | | |
| **Relative Overall Range:** | **18.46%** | | | |

Date: Jan 22, 2002
Time: 6:04 PM

DB: GEO_AL_2000
Plan Type: State Board of Education

# District Summary
## Total Population Ethnic Breakout
## Plan: State Board of Education 1996



Page: 1 of 1

| Name | Tot Pop | Tot White | Tot Black | Tot Asian | Tot Native Amer | Tot Other | Reg Voter Tot |
|---|---|---|---|---|---|---|---|
| District 1 | 578,698 | 399,319 | 161,505 | 7,205 | 4,648 | 6,021 | 340,634 |
|  | 100.000% | 69.003% | 27.908% | 1.245% | 0.803% | 1.040% | 58.862% |
| District 2 | 546,845 | 391,822 | 141,957 | 4,873 | 2,229 | 5,964 | 351,979 |
|  | 100.000% | 71.651% | 25.959% | 0.891% | 0.408% | 1.091% | 64.365% |
| District 3 | 580,203 | 452,236 | 115,294 | 4,632 | 1,808 | 6,233 | 387,091 |
|  | 100.000% | 77.944% | 19.871% | 0.798% | 0.312% | 1.074% | 66.716% |
| District 4 | 489,882 | 232,101 | 245,972 | 5,717 | 1,023 | 5,069 | 308,761 |
|  | 100.000% | 47.379% | 50.210% | 1.167% | 0.209% | 1.035% | 63.028% |
| District 5 | 514,942 | 224,900 | 282,908 | 1,969 | 2,655 | 2,510 | 345,443 |
|  | 100.000% | 43.675% | 54.940% | 0.382% | 0.516% | 0.487% | 67.084% |
| District 6 | 592,483 | 536,059 | 40,084 | 3,209 | 2,471 | 10,660 | 359,380 |
|  | 100.000% | 90.477% | 6.765% | 0.542% | 0.417% | 1.799% | 60.657% |
| District 7 | 555,846 | 454,732 | 87,618 | 2,834 | 3,279 | 7,383 | 342,580 |
|  | 100.000% | 81.809% | 15.763% | 0.510% | 0.590% | 1.328% | 61.632% |
| District 8 | 588,201 | 471,639 | 93,660 | 7,365 | 4,317 | 11,220 | 360,935 |
|  | 100.000% | 80.183% | 15.923% | 1.252% | 0.734% | 1.908% | 61.363% |
| Grand Total: | 4,447,100 | 3,162,808 | 1,168,998 | 37,804 | 22,430 | 55,060 | 2,796,803 |
|  | 100.000% | 71.121% | 26.287% | 0.850% | 0.504% | 1.238% | 62.890% |

Date: Jan 22, 2002  
Time: 6:07 PM  
DB: GEO_AL_2000  
Plan Type: State Board of Education

# District Summary
## Total Population Ethnic Breakout
## Plan: State Board of Education 1996

Page: 1 of 1

| Name | Vap Total | Vap White | Vap Black Tot | Vap Native Amer | Vap Asian | Vap Other |
|---|---|---|---|---|---|---|
| District 1 | 425,227 | 305,567 | 107,296 | 3,228 | 4,987 | 4,149 |
|  | 73.480% | 71.860% | 25.233% | 0.759% | 1.173% | 0.976% |
| District 2 | 411,233 | 304,995 | 96,862 | 1,664 | 3,633 | 4,079 |
|  | 75.201% | 74.166% | 23.554% | 0.405% | 0.883% | 0.992% |
| District 3 | 436,057 | 346,788 | 80,110 | 1,369 | 3,364 | 4,426 |
|  | 75.156% | 79.528% | 18.371% | 0.314% | 0.771% | 1.015% |
| District 4 | 370,309 | 188,859 | 172,657 | 805 | 4,294 | 3,694 |
|  | 75.591% | 51.000% | 46.625% | 0.217% | 1.160% | 0.998% |
| District 5 | 371,511 | 174,215 | 192,272 | 1,851 | 1,480 | 1,693 |
|  | 72.146% | 46.894% | 51.754% | 0.498% | 0.398% | 0.456% |
| District 6 | 442,825 | 405,273 | 26,300 | 1,817 | 2,260 | 7,175 |
|  | 74.741% | 91.520% | 5.939% | 0.410% | 0.510% | 1.620% |
| District 7 | 424,352 | 353,552 | 61,223 | 2,290 | 2,179 | 5,108 |
|  | 76.343% | 83.316% | 14.427% | 0.540% | 0.513% | 1.204% |
| District 8 | 442,164 | 360,927 | 65,255 | 3,120 | 5,344 | 7,518 |
|  | 75.172% | 81.627% | 14.758% | 0.706% | 1.209% | 1.700% |
| Grand Total: | 3,323,678 | 2,440,176 | 801,975 | 16,144 | 27,541 | 37,842 |
|  | 74.738% | 73.418% | 24.129% | 0.486% | 0.829% | 1.139% |

Date: Jan 22, 2002  
Time: 6:05 PM  
DB: GEO_AL_2000  
Plan Type: State Board of Education  

# All Districts - Pop by Geo
## Total Population Ethnic Breakout
## Plan: State Board of Education 1996



Page: 1 of 3

| Districts | Tot Pop | Tot White | Tot Black | Tot Asian | Tot Native Amer | Tot Other | Reg Voter Tot |
|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | |
| Baldwin | 140,415 | 122,366 | 14,722 | 720 | 809 | 1,798 | 87,010 |
| Escambia | 38,440 | 24,754 | 11,922 | 131 | 1,157 | 476 | 22,073 |
| Mobile | 399,843 | 252,199 | 134,861 | 6,354 | 2,682 | 3,747 | 231,551 |
| **District 1** | 578,698 | 399,319 | 161,505 | 7,205 | 4,648 | 6,021 | 340,634 |
| | 100.000% | 69.003% | 27.908% | 1.245% | 0.803% | 1.040% | 58.862% |
| **District 2** | | | | | | | |
| Barbour | 29,038 | 14,887 | 13,550 | 115 | 131 | 355 | 18,448 |
| Chambers | 36,583 | 22,271 | 14,030 | 89 | 49 | 144 | 20,900 |
| Coffee | 43,615 | 33,631 | 8,234 | 543 | 396 | 811 | 28,884 |
| Covington | 37,631 | 32,436 | 4,688 | 95 | 181 | 231 | 28,466 |
| Crenshaw | 13,665 | 10,088 | 3,424 | 20 | 51 | 82 | 9,036 |
| Dale | 49,129 | 36,541 | 10,309 | 772 | 297 | 1,210 | 30,168 |
| Geneva | 25,764 | 22,442 | 2,772 | 49 | 197 | 304 | 16,732 |
| Henry | 16,310 | 10,710 | 5,308 | 32 | 34 | 226 | 11,757 |
| Houston | 88,787 | 64,886 | 22,119 | 672 | 329 | 781 | 53,684 |
| Lee | 115,092 | 85,247 | 26,388 | 2,116 | 273 | 1,068 | 76,922 |
| Russell | 49,756 | 28,209 | 20,525 | 270 | 182 | 570 | 26,876 |
| Tallapoosa | 41,475 | 30,474 | 10,610 | 100 | 109 | 182 | 30,106 |
| **District 2** | 546,845 | 391,822 | 141,957 | 4,873 | 2,229 | 5,964 | 351,979 |
| | 100.000% | 71.651% | 25.959% | 0.891% | 0.408% | 1.091% | 64.365% |
| **District 3** | | | | | | | |
| Calhoun | 112,249 | 88,537 | 21,142 | 820 | 445 | 1,305 | 102,409 |
| Chilton | 39,593 | 34,330 | 4,259 | 105 | 111 | 788 | 23,348 |
| Clay | 14,254 | 11,776 | 2,259 | 20 | 45 | 154 | 9,844 |
| Cleburne | 14,123 | 13,380 | 536 | 33 | 42 | 132 | 10,116 |
| Coosa | 12,202 | 7,802 | 4,197 | 10 | 39 | 154 | 7,471 |
| Elmore | 65,874 | 50,737 | 13,814 | 341 | 286 | 696 | 35,943 |
| Montgomery | 109,688 | 76,513 | 30,081 | 1,901 | 262 | 931 | 67,676 |
| Randolph | 22,380 | 17,094 | 5,017 | 61 | 45 | 163 | 16,253 |
| Shelby | 109,519 | 98,237 | 8,411 | 1,122 | 349 | 1,400 | 66,639 |
| Talladega | 80,321 | 53,830 | 25,578 | 219 | 184 | 510 | 47,392 |
| **District 3** | 580,203 | 452,236 | 115,294 | 4,632 | 1,808 | 6,233 | 387,091 |
| | 100.000% | 77.944% | 19.871% | 0.798% | 0.312% | 1.074% | 66.716% |
| **District 4** | | | | | | | |
| Jefferson | 489,882 | 232,101 | 245,972 | 5,717 | 1,023 | 5,069 | 308,761 |
| **District 4** | 489,882 | 232,101 | 245,972 | 5,717 | 1,023 | 5,069 | 308,761 |
| | 100.000% | 47.379% | 50.210% | 1.167% | 0.209% | 1.035% | 63.028% |

Date: Jan 22, 2002
Time: 6:05 PM

DB: GEO_AL_2000
Plan Type: State Board of Education

# All Districts - Pop by Geo

**Total Population Ethnic Breakout**
**Plan: State Board of Education 1996**



Page: 2 of 3

| Districts | Tot Pop | Tot White | Tot Black | Tot Asian | Tot Native Amer | Tot Other | Reg Voter Tot |
|---|---|---|---|---|---|---|---|
| **District 5** | | | | | | | |
| Autauga | 43,671 | 35,221 | 7,549 | 288 | 194 | 419 | 27,242 |
| Bullock | 11,714 | 2,958 | 8,613 | 21 | 44 | 78 | 7,752 |
| Butler | 21,399 | 12,492 | 8,773 | 46 | 45 | 43 | 14,902 |
| Choctaw | 15,922 | 8,779 | 7,066 | 9 | 25 | 43 | 11,663 |
| Clarke | 27,867 | 15,589 | 12,065 | 55 | 62 | 96 | 17,567 |
| Conecuh | 14,089 | 7,806 | 6,160 | 29 | 28 | 66 | 10,184 |
| Dallas | 46,365 | 16,496 | 29,472 | 175 | 50 | 172 | 37,902 |
| Greene | 9,974 | 1,904 | 8,032 | 10 | 12 | 16 | 7,168 |
| Hale | 17,185 | 6,844 | 10,193 | 28 | 30 | 90 | 11,705 |
| Lowndes | 13,473 | 3,484 | 9,929 | 21 | 15 | 24 | 10,672 |
| Macon | 24,105 | 3,365 | 20,550 | 103 | 39 | 48 | 20,047 |
| Marengo | 22,539 | 10,657 | 11,712 | 45 | 19 | 106 | 13,267 |
| Monroe | 24,324 | 14,047 | 9,819 | 79 | 236 | 143 | 15,416 |
| Montgomery | 113,822 | 32,667 | 79,477 | 813 | 306 | 559 | 63,105 |
| Perry | 11,861 | 3,660 | 8,157 | 6 | 9 | 29 | 9,236 |
| Pickens | 20,949 | 11,720 | 9,064 | 36 | 25 | 104 | 13,909 |
| Pike | 29,605 | 17,990 | 10,988 | 141 | 194 | 292 | 18,324 |
| Sumter | 14,798 | 3,836 | 10,887 | 17 | 14 | 44 | 10,476 |
| Washington | 18,097 | 11,759 | 4,908 | 28 | 1,289 | 113 | 13,783 |
| Wilcox | 13,183 | 3,626 | 9,494 | 19 | 19 | 25 | 11,123 |
| **District 5** | **514,942** **100.000%** | **224,900** **43.675%** | **282,908** **54.940%** | **1,969** **0.382%** | **2,655** **0.516%** | **2,510** **0.487%** | **345,443** **67.084%** |
| **District 6** | | | | | | | |
| Blount | 51,024 | 48,512 | 664 | 131 | 250 | 1,467 | 28,532 |
| Cullman | 77,483 | 75,011 | 829 | 214 | 290 | 1,139 | 48,725 |
| Jefferson | 172,165 | 152,538 | 16,664 | 1,164 | 385 | 1,414 | 107,495 |
| Marshall | 82,231 | 76,791 | 1,373 | 288 | 433 | 3,346 | 40,911 |
| Morgan | 111,064 | 94,485 | 12,813 | 623 | 747 | 2,396 | 67,467 |
| Shelby | 33,774 | 30,434 | 2,387 | 619 | 124 | 210 | 21,373 |
| St. Clair | 64,742 | 58,288 | 5,354 | 170 | 242 | 688 | 44,877 |
| **District 6** | **592,483** **100.000%** | **536,059** **90.477%** | **40,084** **6.765%** | **3,209** **0.542%** | **2,471** **0.417%** | **10,660** **1.799%** | **359,380** **60.657%** |
| **District 7** | | | | | | | |
| Bibb | 20,826 | 15,966 | 4,651 | 25 | 49 | 135 | 12,915 |
| Colbert | 54,984 | 44,825 | 9,313 | 167 | 205 | 474 | 34,421 |
| Fayette | 18,495 | 16,075 | 2,237 | 36 | 38 | 109 | 11,258 |
| Franklin | 31,223 | 28,001 | 1,368 | 60 | 103 | 1,691 | 20,441 |

Date: Jan 22, 2002
Time: 6:05 PM

DB: GEO_AL_2000
Plan Type: State Board of Education

# All Districts - Pop by Geo
## Total Population Ethnic Breakout
## Plan: State Board of Education 1996



Page: 3 of 3

| Districts | Tot Pop | Tot White | Tot Black | Tot Asian | Tot Native Amer | Tot Other | Reg Voter Tot |
|---|---|---|---|---|---|---|---|
| Lamar | 15,904 | 13,816 | 1,934 | 14 | 18 | 122 | 11,189 |
| Lauderdale | 87,966 | 77,743 | 8,842 | 379 | 223 | 779 | 58,427 |
| Lawrence | 34,803 | 27,067 | 4,736 | 60 | 1,865 | 1,075 | 19,993 |
| Marion | 31,214 | 29,579 | 1,180 | 95 | 91 | 269 | 21,228 |
| Tuscaloosa | 164,875 | 112,320 | 48,780 | 1,751 | 372 | 1,652 | 87,472 |
| Walker | 70,713 | 65,163 | 4,467 | 196 | 201 | 686 | 47,453 |
| Winston | 24,843 | 24,177 | 110 | 51 | 114 | 391 | 17,783 |
| **District 7** | 555,846 100.000% | 454,732 81.809% | 87,618 15.763% | 2,834 0.510% | 3,279 0.590% | 7,383 1.328% | 342,580 61.632% |
| District 8 | | | | | | | |
| Cherokee | 23,988 | 22,268 | 1,381 | 60 | 75 | 204 | 15,130 |
| DeKalb | 64,452 | 59,652 | 1,154 | 174 | 518 | 2,954 | 39,011 |
| Etowah | 103,459 | 85,737 | 15,464 | 553 | 345 | 1,360 | 71,578 |
| Jackson | 53,926 | 49,552 | 2,125 | 174 | 946 | 1,129 | 32,434 |
| Limestone | 65,676 | 55,029 | 8,900 | 292 | 304 | 1,151 | 36,521 |
| Madison | 276,700 | 199,401 | 64,636 | 6,112 | 2,129 | 4,422 | 166,261 |
| **District 8** | 588,201 100.000% | 471,639 80.183% | 93,660 15.923% | 7,365 1.252% | 4,317 0.734% | 11,220 1.908% | 360,935 61.363% |
| **Grand Total:** | 4,447,100 100.000% | 3,162,808 71.121% | 1,168,998 26.287% | 37,804 0.850% | 22,430 0.504% | 55,060 1.238% | 2,796,803 62.890% |