FILED
2021 Dec-27  AM 11:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| JOHN H. MERRILL, in his | ) | **THREE-JUDGE COURT** |
| official capacity as Secretary of | ) | |
| State of Alabama, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

### DEFENDANT JOHN H. MERRILL'S EXHIBIT LIST

Comes now Defendant Secretary of State John Merrill and identifies his

exhibits relating to this Court's preliminary injunction proceedings in the attached

Exhibit List. Each of these exhibits may be presented by Elmo or other means of

projection.

*Respectfully Submitted,*

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitor General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for Secretary Merrill*

**CERTIFICATE OF SERVICE**

I certify that on December 27, 2021, I electronically filed the foregoing notice

with the Clerk of the Court using the CM/ECF system, which will send notice to all

counsel of record.

/s/ James W Davis
*Counsel for Secretary Merrill*

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | Thomas M. Bryan – Singleton Report | | |
| 2. | Thomas M. Bryan – Milligan Report | | |
| 3. | Thomas M. Bryan CV | | |
| 4. | Thomas M. Bryan Supplemental Report – Final | | |
| 5. | M.V. Hood III Expert Report | | |
| 6. | M.V. Hood III Supplemental Report – Final | | |
| 7. | Clay Helms Declaration | | |
| 8. | Mary McIntyre Declaration (12.20.21) | | |
| 9. | Declaration of Josiah Bonner, Jr. | | |
| 10. | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 1 | | |
| 11. | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 2 | | |
| 12. | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 3 | | |
| 13. | Byrne Testimony and Exhibits Part 1 | | |
| 14. | Byrne Testimony and Exhibits Part 2 | | |
| 15. | 1991-06-14 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Mobile , AL) SOS008654 | | |
| 16. | 1991.08.21 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS 007291 | | |
| 17. | 1991.10.02 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS007200 | | |
| 18. | 1992.03.29 DOJ Objection letter | | |
| 19. | Evans Letter to DOJ 4.15.1992 SOS007081 | | |
| 20. | Evans letter to DOJ 3.10.1992 SOS007085 | | |
| 21. | Evans Letter to Justice Dept. 3.10.1992, Section 5 Submission by State of Alabama SOS007070 | | |
| 22. | Evans Letter to Justice Dept. 3.10.1992, Section 5 Submission by State of Alabama SOS007070 Part 2 | | |
| 23. | DOJ Letter to Jimmy Evans 3.27.1992 SOS007071 | | |
| 24. | Kathleen L. Wilde fax to John Tanner of the DOJ  3.25.1992 SOS007079 | | |

| 25. | Letter to DOJ re Preclearance Submission of Al. Act. No. 2011-518 SOS002646 | | |
|---|---|---|---|
| 26. | 2001 Alabama State Board of Education Districts | | |
| 27. | 2011 Plan - *Alabama v. Holder* (DDC) Complaint | | |
| 28. | 2011 Plan – *Alabama v. Holder* (DDC) Dismissal | | |
| 29. | 2011 Plan - *Alabama v. Holder* (DDC) DOJ Preclearance | | |
| 30. | *State of Alabama v. Holder* Errata to Complaint SOS000172 | | |
| 31. | 2010 Allen Congressional Plan 4 SOS001466 | | |
| 32. | 2011 Preclearance Allen Plan 6 SOS001551 | | |
| 33. | 2011 Preclearance Beason Plan SOS001565 | | |
| 34. | 2011 Preclearance bpshan SOS001448 | | |
| 35. | 2011 Preclearance Buskey Congressional Plan SOS001621 | | |
| 36. | 2011 Preclearance Hammon All District Status SOS001579 | | |
| 37. | 2011 Preclearance Map McClendon Congressional Plan 1 - Map-0SOS001431 | | |
| 38. | 2011 Preclearance McClendon Congressional Plan 1 SOS001593 | | |
| 39. | 2011 Preclearance Poole Congressional Plan 4 SOS001607 | | |
| 40. | 2011 Preclearance Population Summary Report State 1 SOS001537 | | |
| 41. | 2011 Plan - 2 - Population and VAP Summary - Single Race | | |
| 42. | 2011 Plan - 3 - Population and VAP Summary - Any Part Race | | |
| 43. | 2011 Plan - 4 - Plan Components' Population and VAP - Any Part Race | | |
| 44. | 2011 Plan - 5 - Plan Components' Population and VAP - Single Race | | |
| 45. | 2011 Plan - 6 - County and Voting Districts Splits | | |
| 46. | 2011 Preclearance Population Summary Report Allen SOS001635 | | |

| 47. | 2011 Preclearance Population Summary Report McClammy SOS001509 | | |
|---|---|---|---|
| 48. | 2011 Preclearance Population Summary Report SOS001649 | | |
| 49. | 2020 Annual Report - State Personnel Board | | |
| 50. | 2020 Democratic Runoff | | |
| 51. | 2020-03 Certification AL Democratic Party Primary Runoff Candidates 2020-03-11 | | |
| 52. | 2021-10-25 2021 2nd Special Session Proclamation | | |
| 53. | 2021 Alabama Congressional Plan Bill History with Recorded Votes | | |
| 54. | 2021 Redistricting Plans Comparative by District Analysis Congressional | | |
| 55. | 2021 Plan - 1 - Map | | |
| 56. | 2021 Plan - 2 - District Statistics | | |
| 57. | 2021 Plan - 3 - Population Summary - Single Race | | |
| 58. | 2021 Plan - 4 - VAP Summary - Single Race | | |
| 59. | 2021 Plan - 5 - Population Summary - Any Part Race | | |
| 60. | 2021 Plan - 6 - VAP Summary - Any Part Race | | |
| 61. | 2021 Plan - 7 - Plan Components' Population and VAP | | |
| 62. | 2021 Plan - 8 - County and Voting District Splits | | |
| 63. | 2021 Plan - 9 - City Splits | | |
| 64. | 2021 Plan - 10 - Reock Compactness Measure | | |
| 65. | 2021 Plan - 11 - Schwartzberg Compactness Measure | | |
| 66. | 2021.09.07 Public Hearing Transcript - Permanent Legislative Committee On Reapportionment (Shelton State - Tuscaloosa AL) | | |
| 67. | AL DEM Cert. Amend 12182019 | | |
| 68. | Application of Appellant Billy Joe Camp, Secretary of State of Alabama, for Stay of Judgment Pending Appeal | | |
| 69. | Certification of Results June 4, 1996, Constitutional Amendments | | |

| | | | |
|---|---|---|---|
| 70. | Democratic Party-Official 2020 Primary Election Results (1) | | |
| 71. | District Statistics Report Congressional Final, May 16 | | |
| 72. | 2021 Reapportionment Committee's Guidelines | | |
| 73. | Exhibits to Congressional Submission SOS002005 | | |
| 74. | Final Exhibits - District Statistics Report Congressional Final, May 16 | | |
| 75. | Hatcher Plan - 1 - Map | | |
| 76. | Hatcher Plan - 2 - District Statistics | | |
| 77. | Hatcher Plan - 3- Population Summary - Single Race | | |
| 78. | Hatcher Plan - 4 - VAP Summary - Single Race | | |
| 79. | Hatcher Plan - 5- VAP Summary - Any Part Race | | |
| 80. | Hatcher Plan - 6 - Population Summary - Any Part Race | | |
| 81. | Hatcher Plan - 7 - Plan Components' Population and VAP | | |
| 82. | Hatcher Plan - 8 - County and Voting District Splits | | |
| 83. | Hatcher Plan - 9 - City Splits | | |
| 84. | Hatcher Plan - 10 - Reock Compactness Measure | | |
| 85. | Hatcher Plan - 11 - Schwartzberg Compactness Measure | | |
| 86. | *Jones v. Jefferson County* – Motion for Consent Order (agreed before litigation) | | |
| 87. | Kiani Gardner – CD-1 candidate endorsed by ADC | | |
| 88. | Alabama Advisory Committee to U.S. Commission on Civil Rights Report (July 2020) | | |
| 89. | Letter to John Park Jr. 11.21.2011 SOS000514 | | |
| 90. | Letter to John Tanner dated 4.15.1992 | | |
| 91. | Liu – Alabama Democrats Candidate list 2020 Primaries | | |

| 92. | SCOTUS No. 91-1553 - Appellee Paul Charles Wesch's Motion to Dismiss or Affirm | | |
|---|---|---|---|
| 93. | SCOTUS No. 91-1553 - Jurisdictional Statement | | |
| 94. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 1 | | |
| 95. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 2 | | |
| 96. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 3 | | |
| 97. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 4 | | |
| 98. | Pierce Map 9.91991 SOS007159 | | |
| 99. | Pleasant Grove Settlement Agreement | | |
| 100. | Preclearance submission Exhibit C-10 alternative plan McClammy | | |
| 101. | Preclearance submission Exhibit C-11 alternative plan McClammy 2M | | |
| 102. | Preclearance submission Exhibit C-12 alternative plan McClammy PPB | | |
| 103. | Preclearance submission Exhibit C-13 alternative plan Poole-Hubbard | | |
| 104. | Preclearance submission Exhibit C-14 alternative plan alternative plan State 1 | | |
| 105. | Preclearance submission Exhibit C-8 alternative plan Allen | | |
| 106. | Preclearance submission Exhibit C-9 alternative plan Greer 2 | | |
| 107. | Reapportionment Committee Guidelines for Legislative, State Board of Education, and Congressional Redistricting State of Alabama May 2011 | | |
| 108. | Legislative Reapportionment Public Hearings_Aug 5 | | |
| 109. | Singleton 1 Plan - 1 - Map | | |
| 110. | Singleton 1 Plan - 3 - District Statistics | | |
| 111. | Singleton 1 Plan - 4 - Population Summary - Single Race | | |
| 112. | Singleton 1 Plan - 5 - VAP Summary - Single Race | | |

| 113. | Singleton 1 Plan - 6 - Population Summary - Any Part Race | | |
|---|---|---|---|
| 114. | Singleton 1 Plan - 7 - VAP Summary - Any Part Race | | |
| 115. | Singleton 1 Plan - 8 - Plan Components' Population and VAP | | |
| 116. | Singleton 1 Plan - 9 - County and Voting District Splits | | |
| 117. | Singleton 1 Plan - 10 - City Splits | | |
| 118. | Singleton 1 Plan - 11 - Reock Compactness Measure | | |
| 119. | Singleton 1 Plan - 12 - Schwartzberg Compactness Measure | | |
| 120. | Singleton 2 Plan - 3 - District Statistics | | |
| 121. | Singleton 2 Plan - 4 - Population Summary - Any Part Race | | |
| 122. | Singleton 2 Plan - 5 - VAP Summary - Any Part Race | | |
| 123. | Singleton 2 Plan - 6 - Plan Components' Population and VAP | | |
| 124. | Singleton 2 Plan - 7 - County and Voting District Splits | | |
| 125. | Singleton 2 Plan - 8 - City Splits | | |
| 126. | Singleton 2 Plan - 9 - Reock Compactness Measure | | |
| 127. | Singleton 2 Plan - 10 - Schwartzberg Compactness Measure | | |
| 128. | Singleton 3 Plan - 1 - Map | | |
| 129. | Singleton 3 Plan - 3 - District Statistics | | |
| 130. | Singleton 3 Plan - 4 - VAP Summary - Single Race | | |
| 131. | Singleton 3 Plan - 5 - Population Summary - Single Race | | |
| 132. | Singleton 3 Plan - 6 - Population and VAP Summary - Any Part Race | | |
| 133. | Singleton 3 Plan - 7 - Plan Components' Population and VAP | | |
| 134. | Singleton 3 Plan - 8 - County and Voting District Splits | | |
| 135. | Singleton 3 Plan - 9 - City Splits | | |
| 136. | Singleton 3 Plan - 10 - Reock Compactness Measure | | |

| 137. | Singleton 3 Plan - 11 - Schwartzberg Compactness Measure | | |
|---|---|---|---|
| 138. | SOS002410 Reapportionment Committee Guidelines May 2011 | | |
| 139. | *Thompson v. Merrill* Alabama Board of Pardons and Paroles Chair Leigh Gwathney's Objections and Answers to Plaintiffs' First Set of Interrogatories to Her | | |
| 140. | *Thompson v. Merrill* SOS Merrill's Objections and Answers to Plaintiff's First Set of Interrogatories to Him | | |
| 141. | US election 2020 Why Trump gained support among minorities | | |
| 142. | DOJ Letter withdrawing objection | | |
| 143. | *Wesch* -Supplemental Stipulation | | |
| 144. | *Milligan v. Merrill* Deposition Transcript of Randy Hinaman 2021.12.09 Part 1 | | |
| 145. | *Milligan v. Merrill* Deposition Transcript of Randy Hinaman 2021.12.09 Part 2 | | |
| 146. | 2000 Population State Board of Education | | |
| 147. | Letter to DOJ Feb. 7, 2002, re:  Submission under Section 5 of the VRA of 65, Ala. Act No. 2002-73 | | |
| 148. | Letter to Civil Rights Division re Preclearance Submission of Ala. Act. No. 2011-677 – 1212857 Sept. 21, 2011 | | |
| 149. | US Congress Final District Statistics Report SOS001080 | | |
| 150. | CDC MMWR – Study Showing vaccination by SVI index | | |
| 151. | 2021 Census – Alabama Profile | | |
| 152. | Hispanic Voters Now Evenly Split Between Parties, WSJ Poll Finds | | |
| 153. | Sentencing Project, The Color of Justice Racial and Ethnic Disparity in Prison | | |
| 154. | Redistricting Alabama:  How South Alabama could be split due to Baldwin County's growth | | |
| 155. | Voting Determination Letters for Alabama | | |
| 156. | Felon Voting Rights Final Version | | |
| 157. | 2017.08.09 Alabama Senate Profile – Robert Kennedy Jr. says he's more than a name | | |

| 158. | Economic Policy Institute, State unemployment by race and ethnicity (2021Q3) | | |
|---|---|---|---|
| 159. | Democratic_Party-Official 2020 Primary Election Results (only CD1 and CD2 results others hidden) | | |
| 160. | Census 2018 Voting and Reg by Race | | |
| 161. | Census 2016 Voting and Reg by Race | | |
| 162. | Becoming Less Separate | | |
| 163. | Defendant's First Evidentiary Submission | | |
| 164. | Randy Hinaman Amended Notice of Deposition 120921 | | |
| 165. | Letter to Justice Dept. 3.10.1992  Section 5 Submission by State of Alabama Part 1 | | |
| 166. | Letter to Justice Dept. 3.10.1992  Section 5 Submission by State of Alabama Part 2 | | |
| 167. | Legislative Reapportionment Public Hearings_Aug 5 | | |
| 168. | ACS 2019 Data Connecticut | | |
| 169. | ACS 2019 Data United States | | |
| 170. | Bradley Byrne Declaration | | |