# Convicted of a felony? You may still be able to vote.

**1. Not convicted of a felony in the BLUE list below OR convicted of a misdemeanor?**
You can vote! Register today. Contact your local Board of Registrars or the Secretary of State's office.

**2. Convicted of a felony in the BLUE list below?**
You might be able to restore your right to vote. Learn more in the RED box below.

## List of felonies that require restoration:
Current through April 9, 2020.
For a current list, please see *sos.alabama.gov/mtfelonies*.

Aggravated child abuse
Aggravated theft by deception
Assault (except DUI of alcohol/controlled substance)
Attempt to commit an explosive or destructive device or bacteriological or biological weapons crime
Bigamy
Burglary (I and II degrees)
Conspiracy to commit an explosives or destructive or bacteriological or biological weapons crime
Dissemination or public display of obscene matter containing visual depiction of persons under 17 years of age involved in obscene acts
Distribution, possession with intent to distribute, production of obscene material, or offer/agreement to distribute or produce obscene material
Electronic solicitation of a child
Endangering the water supply
Enticing a child to enter a vehicle, house, etc. for immoral purposes
Facilitating online solicitation of a child
Facilitating solicitation of unlawful sexual conduct with a child
Facilitating the travel of a child for an unlawful sex act
Forgery (I and II degrees)
Hinderance or obstruction during detection, disarming, or destruction of a destructive device or weapon
Hindering prosecution of terrorism
Human trafficking
Incest
Kidnapping (I and II degrees)
Manslaughter
Murder
Parents or guardians permitting children to engage in production of obscene matter
Possession and possession with intent to disseminate obscene matter containing visual depiction of persons under 17 years of age involved in obscene acts
Possession or distribution of a destructive device or weapon intended to cause injury or destruction
Possession or distribution of a hoax device represented as a destructive device or weapon
Possession, manufacture, transport, or distribution of a destructive device or bacteriological weapon or biological weapon
Possession, manufacture, transport, or distribution of a detonator, explosive, poison, or hoax device
Production of obscene matter containing visual depiction of persons under 17 years of age involved in obscene acts
Prohibited acts in the offer, sale, or purchase of securities
Rape (any degree)
Robbery (any degree)
Selling, furnishing, giving away, delivering, or distribution of a destructive device, a bacteriological weapon, or biological weapon to a person less than 21 years of age
Sexual abuse (any degree)
Sexual abuse of a child less than 12-years-old
Sexual torture
Sodomy (any degree)
Soliciting or providing support for an act of terrorism
Terrorism
Theft of lost property (I and II degrees)
Theft of property (I and II degrees)
Theft of trademarks or trade secrets
Torture or other willful maltreatment of a child under 18 years of age
Trafficking in cannabis, cocaine, or other illegal drugs or trafficking in amphetamine and methamphetamine
Traveling to meet a child for an unlawful sex act
Treason

Any crime as defined by the laws of the United States or by the laws of another State, territory, country, or other jurisdiction, which, if committed in Alabama, would constitute one of the felonies listed above.

## Do you meet all four requirements?

☐ You do NOT have any pending felony charges.

☐ You HAVE paid in full all fines, court costs, fees and victim restitution ordered at the time of sentencing on disqualifying cases.

☐ You HAVE completed your sentence, including probation or parole.

☐ You were NOT convicted of:
Enticing a child to enter a vehicle for immoral purposes
Impeachment
Incest
Murder
Parents or guardians permitting children to engage in obscene matter
Possession of obscene matter
Possession with intent to distribute child pornography
Production of obscene matter
Production of obscene matter involving a minor
Rape (any degree)
Sexual abuse (any degree)
Sexual torture
Sodomy (any degree)
Soliciting a child by computer
Treason

### Yes, I meet all four requirements.
You can restore your right to vote by obtaining a Certificate of Eligibility to Register to Vote.
COMPLETE: **ABPP-4 CERV Application**

### No, I still owe fines, court costs, fees or victim restitution.
You may be able to get your monies owed forgiven by requesting relief from the court or the Board of Pardons and Paroles.

FILE a request with the court. Example: **AOC E-Form to Request to Reprioritize Costs** (eforms.alacourt.gov)

OR COMPLETE: **ABPP-5 Remission of Fine and Forfeiture Application**

### No, I was convicted of one of the felonies in the RED list above.
You may apply for a pardon to be considered for the restoration of your civil and political rights from the Board of Pardons and Paroles in all cases, except treason, impeachment, and cases in which a sentence of death is imposed and not commuted.
COMPLETE: **ABPP-3 Pardon Application**

## HOW TO APPLY

**ONLINE:** paroles.alabama.gov

**EMAIL:** pardons@paroles.alabama.gov

**BY PHONE:** 334.242.8700



Scan this code to access additional information and forms.



*Prepared in collaboration with the Office of the Alabama Secretary of State.*