# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-01291-AMM |
| ) | |
| JOHN H. MERRILL, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of State, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANTS' FIRST EVIDENTIARY SUBMISSION

In anticipation of filing their response in opposition to Plaintiffs' motion for preliminary injunction, Defendant Secretary of State John Merrill and Defendant-Intervenors Senator Jim McClendon and Representative Chris Pringle hereby submit their first evidentiary submission as set out below.

<u>Page</u>

**Exhibit 1**            **House Bill 1: Text and History**
                         Bill Text
                         Bill History with Recorded Votes

**Exhibit 2**            **House Bill 1: Maps and Statistics**
                         Map
                         Districts Statistics
                         Population Summary: Single Race
                         VAP Summary: Single Race
                         Population Summary: Any Part Race
                         VAP Summary: Any Part Race
                         Plan Components' Population and VAP
                         County and Voting District Splits
                         City Splits

|  |  |
|---|---|
|  | Reock Compactness Measure |
|  | Schwartzberg Compactness Measure |
| **Exhibit 3** | **Whole County Plan: Maps and Statistics** |
|  | Map |
|  | Districts Statistics |
|  | Population Summary: Single Race |
|  | VAP Summary: Single Race |
|  | Population Summary: Any Part Race |
|  | VAP Summary: Any Part Race |
|  | Plan Components' Population and VAP |
|  | County and Voting District Splits |
|  | City Splits |
|  | Reock Compactness Measure |
|  | Schwartzberg Compactness Measure |
| **Exhibit 4** | **Reapportionment Committee's Guidelines** |
| **Exhibit 5** | **Declaration of Randolph Hinaman** |
| **Exhibit 6** | **Declaration of Clay Helms** |
| Attachment A | 2022 Statewide Election Administrative Calendar |

Respectfully submitted,

/s/ Dorman Walker
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
501 Washington Avenue
P.O. Box 78 (36101)
Montgomery, Alabama  36104
Telephone: (334) 834-6500

*Counsel for Senator McClendon and Representative Pringle*

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

/s/ Benjamin M. Seiss
A. Reid Harris (ASB-1624-D29X)
Misty S. Fairbanks Messick (ASB-1813-T71F)

2

Benjamin M. Seiss (ASB-2110-O00W)
Brenton M. Smith (ASB-1656-X27Q)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for Secretary Merrill*

## CERTIFICATE OF SERVICE

I certify that on November {}, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/ Benjamin M. Seiss
*Counsel for Secretary Merrill*
