FILED
2021 Dec-27  AM 11:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

EVAN MILLIGAN, et al.,

*Plaintiffs,*

v.

JOHN H. MERRILL, et al.,

*Defendants.*

Civil Case No. 2:21-CV-01530-AMM

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION FOR RANDY HINAMAN**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Evan Milligan, Khadidah Stone, Adia Winfrey, Letetia Jackson, Shalela Dowdy, Greater Birmingham Ministries, and the Alabama State Conference of the NAACP, (collectively, "Plaintiffs") will take the deposition of Mr. Randy Hinaman. The deposition will commence on December 9, 2021, at 9:00 am CDT, at 105 Tallapoosa Street, Suite 200, Montgomery, AL 36104 (or at such other time and place as the parties may mutually agree upon). The deposition will be recorded stenographically by a certified court reporter, and may be recorded by video and audio by a certified videographer. The deposition will take place in-person and/or by videoconference and will continue from day to day, or according to a schedule mutually agreed upon by the parties, until completed.

1



PLAINTIFF'S EXHIBIT

david.dunn@hoganlovells.com

harmony.gbe@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Motion for admission *pro hac vice* to be filed
**Admitted *pro hac vice*
^Request for admission to the Northern District of Alaba

***Attorneys for Plaintiffs***

Janette McCarthy Wallace*
Anthony Ashton* Anna-
Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
(NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org
 ***Attorneys for Plaintiff Alabama***
***State Conference of the NAACP***