# 2011 Congressional Districts

FILED
FILED
2021 Dec 27 PM 01:06
2019 Dec 04 PM 12:37
U.S. DISTRICT COURT
U.S. DISTRICT COURT
N.D. OF ALABAMA
N.D. OF ALABAMA



PLAINTIFF'S
EXHIBIT
6
PENGAD 800-631-6989

2:18-cv-00907-KOB
11/04/2019 Bench Trial
Plaintiff Exhibit No. 20

**Exhibit 20 pg 1 of 1**