

2021 Alabama Congressional Plan

©2021 CALIPER; ©2020 HERE

RC 000553