FILED
2021 Dec-27  PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

ACT No. 2011 - **677**

1    HB621

2    132205-5

3    By Representative McClendon

4    RFD: Constitution, Campaigns and Elections

5    First Read: 24-MAY-11



EXHIBIT 2

SOS000076

HB621

SOS000077

1

2    <u>ENROLLED</u>, An Act,

3           To repeal and reenact Section 16-3-1.1, Code of

4    Alabama 1975, relating to the division of the state into State

5    Board of Education districts, so as to redistrict the state's

6    State Board of Education districts based upon the 2010 federal

7    census.

8    BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

9           Section 1.  Section 16-3-1.1 of the Code of Alabama

10   1975, is repealed.

11          Section 2. Section 16-3-1.1 is added to the Code of

12   Alabama 1975, to read as follows:

13          §16-3-1.1.

14          The state is divided into eight State Board of

15   Education districts as follows:

16          District 1: Baldwin County, Butler County, Conecuh

17   County, Covington County, Crenshaw County, Escambia County,

18   Mobile County: Tract 902, Tract 2502, Tract 2800, Tract 3100,

19   Tract 3202, Tract 3203, Tract 3204, Tract 3205, Tract 3301,

20   Tract 3302, Tract 3502, Tract 3606, Tract 3607, Tract 3703,

21   Tract 3704, Tract 3705, Tract 3706, Tract 3707, Tract 3708,

22   Tract 3709, Tract 3710, Tract 5100, Tract 5200, Tract 5300,

23   Tract 5400, Tract 5500, Tract 5900, Tract 6000, Tract 6104,

24   Tract 6200, Tract 6301, Tract 6302, Tract 6402, Tract 6403,

25   Tract 6404, Tract 6405, Tract 6406, Tract 6407, Tract 6501,

HB621

1    Tract 6502, Tract 6600, Tract 6701, Tract 6702, Tract 6801,
2    Tract 6802, Tract 6901, Tract 6902, Tract 7000, Tract 7101,
3    Tract 7102, Tract 7103, Tract 7201, Tract 7202, Tract 7300,
4    Tract 901: Block Group 1: Block 0, Block 1, Block 2, Block 3,
5    Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block
6    10, Block 11, Block 12, Block 13, Block 14, Block 15, Block
7    16, Block 17, Block 18, Block 19, Block 20, Block 21, Block
8    22, Block 23, Block 24, Block 25, Block 26, Block 27, Block
9    28, Block 29, Block 30, Block 31, Block 32, Block 33, Block
10   34, Block 35, Block 36, Block 37, Block 38, Block 39, Block
11   40, Block 41, Block 42, Block 43, Block 44, Block 45, Block
12   46, Block 50, Block 51, Block 52, Block 53; Tract 1800: Block
13   Group 1, Block Group 2: Block 14; Tract 1901: Block Group 2,
14   Block Group 1: Block 10, Block 11, Block 12, Block 13; Tract
15   1902: Block Group 2, Block Group 3, Block Group 1: Block 25,
16   Block 26, Block 27, Block 28, Block 29, Block 30, Block 31,
17   Block 32, Block 33, Block 34, Block 35, Block 36, Block 37,
18   Block 38, Block 42; Tract 2000: Block Group 2: Block 17, Block
19   27, Block 28, Block 29, Block 30, Block 31, Block 32, Block
20   33, Block 34, Block 35, Block 36, Block 37, Block 38, Block
21   39, Block 40, Block 41, Block 42, Block 43, Block 44, Block
22   45, Block 47, Block 48, Block 49, Block 50, Block 51, Block
23   52, Block 53, Block 54, Block 55, Block 56, Block 57, Block
24   58, Block 59, Block 60, Block 61, Block 62, Block 63, Block
25   64, Block 65, Block 66, Block 70, Block 71; Tract 2501: Block

SOS000078

HB621

```
1    Group 1: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5,
2    Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block
3    12, Block 13, Block 14, Block 15, Block 16, Block 17, Block
4    18, Block 19, Block 20, Block 21, Block 22, Block 23, Block
5    24, Block 25, Block 26, Block 27, Block 28, Block 29, Block
6    30, Block 32, Block 33, Block 34; Block Group 2: Block 0,
7    Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7,
8    Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,
9    Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,
10   Block 20, Block 21, Block 22, Block 23, Block 24, Block 25,
11   Block 26, Block 27, Block 29; Block Group 3: Block 0, Block 1,
12   Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,
13   Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,
14   Block 15, Block 16, Block 26, Block 27, Block 28, Block 29,
15   Block 30, Block 33; Tract 2600: Block Group 2: Block 19; Block
16   Group 3: Block 56, Block 57; Tract 2700: Block Group 2, Block
17   Group 1: Block 0, Block 1, Block 2, Block 3, Block 4, Block
18   19, Block 20, Block 21, Block 22, Block 23, Block 24, Block
19   25, Block 26, Block 27, Block 28, Block 29, Block 30, Block
20   31, Block 32, Block 33, Block 34, Block 35, Block 36, Block
21   37, Block 38, Block 39, Block 40, Block 41, Block 42, Block
22   43, Block 44, Block 45, Block 46, Block 47, Block 48, Block
23   49, Block 50, Block 51, Block 52, Block 53, Block 54, Block
24   55, Block 58, Block 60, Block 61, Block 62, Block 63, Block
25   64, Block 65, Block 66, Block 67, Block 68, Block 69, Block
```

SOS000079

HB621

```
1    70, Block 71, Block 72, Block 73, Block 74; Tract 3000: Block
2    Group 1, Block Group 2: Block 0, Block 1, Block 2, Block 3,
3    Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block
4    10, Block 11, Block 12, Block 13, Block 14, Block 15, Block
5    16, Block 21, Block 24, Block 25, Block 26, Block 27, Block
6    28, Block 29, Block 30, Block 31, Block 32, Block 33, Block
7    34, Block 35, Block 36, Block 37, Block 38, Block 39, Block
8    40, Block 41, Block 42, Block 43, Block 44, Block 45, Block
9    46, Block 47, Block 48, Block 49, Block 50, Block 51, Block
10   52, Block 53, Block 54, Block 55, Block 56, Block 57, Block
11   58, Block 59, Block 60, Block 61, Block 62, Block 63, Block
12   64, Block 65, Block 66, Block 67, Block 68, Block 69, Block
13   70, Block 71, Block 72, Block 73, Block 74, Block 75, Block
14   76, Block 77, Block 78, Block 79, Block 80, Block 81, Block
15   82, Block 83, Block 84, Block 85, Block 86, Block 87, Block
16   88, Block 89, Block 90, Block 91, Block 92, Block 93, Block
17   94, Block 95, Block 96, Block 97, Block 98, Block 99, Block
18   100, Block 101, Block 102, Block 103, Block 104, Block 105,
19   Block 106, Block 107, Block 108, Block 109, Block 110, Block
20   111, Block 112, Block 113, Block 114, Block 115, Block 116;
21   Tract 3407: Block Group 1, Block Group 2: Block 0, Block 1,
22   Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,
23   Block 9, Block 12, Block 13, Block 14, Block 15, Block 16,
24   Block 17, Block 18, Block 19, Block 20, Block 21, Block 22,
25   Block 23, Block 24, Block 25, Block 26, Block 27, Block 28,
```

Page 4

SOS000080

HB621

| | |
|---|---|
| 1 | Block 29, Block 30, Block 31, Block 32, Block 33, Block 34, |
| 2 | Block 35, Block 36, Block 37, Block 38, Block 39, Block 51, |
| 3 | Block 52, Block 53, Block 54, Block 58, Block 59, Block 60, |
| 4 | Block 62, Block 63, Block 64, Block 65, Block 66, Block 69; |
| 5 | Block Group 3: Block 22, Block 24, Block 25, Block 26, Block |
| 6 | 27, Block 28, Block 29, Block 30, Block 31, Block 32, Block |
| 7 | 33, Block 34, Block 35, Block 36, Block 37, Block 38, Block |
| 8 | 39, Block 40, Block 41, Block 42, Block 43, Block 44, Block |
| 9 | 45, Block 46, Block 47, Block 48, Block 49, Block 50, Block |
| 10 | 51, Block 52, Block 53, Block 57, Block 59, Block 60, Block |
| 11 | 61; Tract 3501: Block Group 3, Block Group 1: Block 0, Block |
| 12 | 5, Block 6, Block 20, Block 21, Block 22, Block 23, Block 24, |
| 13 | Block 25, Block 26, Block 27, Block 28, Block 29, Block 30, |
| 14 | Block 31, Block 32, Block 33, Block 35, Block 36, Block 37, |
| 15 | Block 38, Block 39, Block 40, Block 41, Block 42, Block 45, |
| 16 | Block 46, Block 47; Block Group 2: Block 0, Block 1, Block 2, |
| 17 | Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, |
| 18 | Block 10, Block 11, Block 12, Block 13, Block 14, Block 15, |
| 19 | Block 16, Block 17, Block 18, Block 19, Block 20, Block 21, |
| 20 | Block 22, Block 23, Block 24, Block 25, Block 26, Block 27, |
| 21 | Block 28, Block 29, Block 30, Block 31, Block 32, Block 33, |
| 22 | Block 34, Block 35, Block 36, Block 37, Block 38, Block 39, |
| 23 | Block 40, Block 41, Block 42, Block 44, Block 45, Block 46, |
| 24 | Block 47, Block 48, Block 49, Block 50, Block 51, Block 52, |
| 25 | Block 53, Block 54, Block 55, Block 56, Block 57, Block 58, |

Page 5

SOS000081

HB621

```
 1     Block 59, Block 60; Tract 3800: Block Group 1: Block 132,
 2     Block 151, Block 152, Block 153, Block 154, Block 155, Block
 3     156, Block 157, Block 158, Block 159, Block 160, Block 161,
 4     Block 162, Block 164, Block 205, Block 206, Block 207, Block
 5     208, Block 209, Block 210, Block 211, Block 212, Block 213,
 6     Block 214, Block 215, Block 216, Block 220, Block 221, Block
 7     222, Block 351; Tract 5000: Block Group 1: Block 0, Block 1,
 8     Block 2, Block 3, Block 4, Block 5, Block 6, Block 10, Block
 9     11, Block 12, Block 13, Block 14, Block 17, Block 18, Block
10     19, Block 20, Block 21, Block 22, Block 23, Block 24, Block
11     25, Block 26, Block 27, Block 28, Block 29, Block 30, Block
12     31, Block 32, Block 33, Block 34, Block 35, Block 36, Block
13     37, Block 38, Block 39, Block 40, Block 41, Block 42, Block
14     43, Block 44, Block 45, Block 46, Block 47, Block 48, Block
15     49, Block 50, Block 51, Block 52; Block Group 2: Block 0;
16     Tract 5600: Block Group 2: Block 77, Block 78, Block 79, Block
17     81, Block 82, Block 83, Block 84, Block 85, Block 88, Block
18     89; Block Group 3: Block 2, Block 3, Block 4, Block 5, Block
19     9, Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,
20     Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,
21     Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,
22     Block 28, Block 29, Block 30, Block 31, Block 32, Block 33,
23     Block 34, Block 35, Block 36, Block 37, Block 38, Block 39,
24     Block 40, Block 44, Block 45, Block 55, Block 56, Block 65,
25     Block 66, Block 67, Block 68, Block 69, Block 70, Block 71,
```

SOS000082

HB621

1    Block 73, Block 74, Block 75, Block 76, Block 77, Block 78,

2    Block 79, Block 80, Block 82, Block 83, Block 84, Block 85,

3    Block 86, Block 87, Block 88, Block 89, Block 90, Block 91,

4    Block 92, Block 93, Block 94, Block 95, Block 96, Block 97,

5    Block 98, Block 99, Block 100, Block 101, Block 102, Block

6    103, Block 104, Block 105, Block 106, Block 107, Block 111,

7    Block 117, Block 118, Block 119, Block 126, Block 127, Block

8    128, Block 129, Block 130, Block 131, Block 132, Block 133,

9    Block 134, Block 135, Block 136, Block 137, Block 138, Block

10    139, Block 140, Block 141, Block 142, Block 144, Block 145,

11    Block 149, Block 150, Block 151, Block 153, Block 159, Block

12    160, Block 161, Block 162, Block 163, Block 166, Block 167,

13    Block 168, Block 169, Block 170, Block 171, Block 172; Tract

14    5700: Block Group 1: Block 24, Block 25, Block 26, Block 27,

15    Block 28, Block 29, Block 39, Block 40, Block 41, Block 42,

16    Block 43, Block 44, Block 45, Block 46, Block 47, Block 48,

17    Block 49, Block 56, Block 57, Block 61, Block 62, Block 63,

18    Block 64, Block 65, Block 66, Block 67, Block 68, Block 69,

19    Block 70, Block 71, Block 72, Block 73, Block 74, Block 75,

20    Block 76, Block 77, Block 78, Block 79, Block 80, Block 81,

21    Block 82, Block 83, Block 84, Block 85, Block 86, Block 87,

22    Block 88, Block 89, Block 90, Block 91, Block 92, Block 93,

23    Block 94, Block 95, Block 96, Block 97, Block 98, Block 99,

24    Block 100, Block 101, Block 102, Block 103, Block 104, Block

25    105, Block 106, Block 107, Block 108, Block 109, Block 110,

SOS000083

HB621

```
 1    Block 111, Block 112, Block 113, Block 114, Block 115, Block
 2    116, Block 117, Block 118, Block 119, Block 120, Block 121,
 3    Block 122, Block 123, Block 124, Block 125, Block 126, Block
 4    127, Block 128, Block 129, Block 130, Block 131, Block 132,
 5    Block 133, Block 134, Block 135, Block 136, Block 137, Block
 6    138, Block 139, Block 140, Block 141, Block 142, Block 143,
 7    Block 144, Block 145, Block 146, Block 147, Block 148; Block
 8    Group 2: Block 32, Block 34, Block 35, Block 36, Block 37,
 9    Block 38, Block 39, Block 40, Block 41, Block 42, Block 43,
10    Block 44, Block 45, Block 46, Block 47, Block 48, Block 49,
11    Block 50, Block 51, Block 52, Block 53, Block 54, Block 55,
12    Block 56, Block 57, Block 58, Block 59, Block 60, Block 61,
13    Block 62, Block 63, Block 64, Block 65, Block 66, Block 67,
14    Block 68, Block 69, Block 70, Block 71, Block 72, Block 73,
15    Block 74, Block 75, Block 76, Block 77, Block 78, Block 79,
16    Block 80, Block 81, Block 82, Block 83, Block 84, Block 85,
17    Block 86, Block 87, Block 88, Block 89, Block 90, Block 91,
18    Block 92, Block 93, Block 94, Block 95, Block 96, Block 97,
19    Block 98, Block 99, Block 100, Block 101, Block 102, Block
20    103, Block 104, Block 105, Block 106, Block 107, Block 108,
21    Block 109, Block 110, Block 111, Block 112, Block 113, Block
22    114, Block 115, Block 116, Block 117, Block 118, Block 119,
23    Block 125, Block 153, Block 157, Block 158, Block 159, Block
24    160, Block 161, Block 163, Block 164, Block 165, Block 166,
25    Block 167, Block 168, Block 169, Block 170, Block 171, Block
```

SOS000084

HB621

```
1    172, Block 173, Block 174, Block 175, Block 176, Block 177,
2    Block 178, Block 179, Block 180, Block 181, Block 182, Block
3    183, Block 184, Block 185, Block 186, Block 187, Block 188,
4    Block 189, Block 190, Block 191, Block 192, Block 193, Block
5    194, Block 195, Block 196, Block 197, Block 198, Block 199,
6    Block 200, Block 203; Tract 5800: Block Group 1: Block 172,
7    Block 173, Block 174, Block 175, Block 176, Block 177, Block
8    178, Block 179, Block 180, Block 181, Block 186, Block 187,
9    Block 188, Block 189, Block 191, Block 192, Block 193, Block
10   194, Block 195, Block 196, Block 197, Block 198, Block 199,
11   Block 200, Block 201, Block 207, Block 208, Block 210, Block
12   211, Block 219, Block 220, Block 225, Block 226, Block 227,
13   Block 229, Block 230, Block 233, Block 234, Block 235, Block
14   236, Block 237, Block 238, Block 239, Block 270, Block 271,
15   Block 272, Block 273, Block 274, Block 313, Block 328, Block
16   329, Block 330, Block 331, Block 332, Block 333, Block 334,
17   Block 335, Block 336, Block 337, Block 338, Block 339, Block
18   340, Block 341, Block 342, Block 343, Block 344, Block 345,
19   Block 346, Block 347, Block 348, Block 349, Block 350, Block
20   351, Block 352, Block 353, Block 354, Block 355, Block 356,
21   Block 357, Block 358, Block 359, Block 360, Block 361, Block
22   365, Block 366, Block 367, Block 368, Block 369, Block 370,
23   Block 371, Block 372, Block 373, Block 374, Block 375, Block
24   376, Block 377, Block 379, Block 381, Block 393, Block 394,
25   Block 395, Block 396, Block 397, Block 398, Block 399, Block
```

SOS000085

HB621

```
1      401, Block 402, Block 418, Block 419, Block 420, Block 421,

2      Block 422, Block 448, Block 449, Block 450, Block 451, Block

3      452, Block 453, Block 454, Block 455, Block 463, Block 464,

4      Block 465, Block 466, Block 470, Block 474, Block 478; Tract

5      6102: Block Group 1: Block 0, Block 1, Block 2, Block 3, Block

6      4, Block 5, Block 6, Block 7, Block 8, Block 9, Block 10,

7      Block 11, Block 12, Block 13, Block 14, Block 15, Block 16,

8      Block 17, Block 18, Block 19, Block 20, Block 21, Block 22,

9      Block 23, Block 24, Block 25, Block 26, Block 27, Block 28,

10     Block 29, Block 30, Block 31, Block 32, Block 33, Block 34,

11     Block 35, Block 36, Block 37, Block 38, Block 39, Block 40,

12     Block 41, Block 42, Block 43, Block 44, Block 45, Block 46,

13     Block 47, Block 48, Block 49, Block 50, Block 51, Block 52,

14     Block 53, Block 54, Block 55, Block 56, Block 57, Block 58,

15     Block 59, Block 60, Block 61, Block 62, Block 63, Block 64,

16     Block 65, Block 66, Block 67, Block 68, Block 69, Block 70,

17     Block 71, Block 72, Block 73, Block 74, Block 75, Block 76,

18     Block 77, Block 78, Block 79, Block 80, Block 81, Block 82,

19     Block 83, Block 84, Block 85, Block 86, Block 87, Block 88,

20     Block 89, Block 90, Block 91, Block 93, Block 94, Block 95,

21     Block 96, Block 97, Block 98, Block 99; Tract 6103: Block

22     Group 1: Block 5, Block 6, Block 28; Tract 6105: Block Group

23     2, Block Group 3, Block Group 1: Block 0, Block 1, Block 2,

24     Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9,

25     Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,
```

SOS000086

HB621

```
 1      Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,

 2      Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,

 3      Block 28, Block 29, Block 30, Block 31, Block 32, Block 33,

 4      Block 34, Block 35, Block 36, Block 37, Block 38, Block 39,

 5      Block 40, Block 41, Block 42, Block 43, Block 44, Block 45,

 6      Block 46, Block 47, Block 48, Block 49, Block 50, Block 51,

 7      Block 52, Block 53, Block 54, Block 55, Block 56, Block 57,

 8      Block 58, Block 59, Block 60, Block 61, Block 62, Block 63,

 9      Block 64, Block 65, Block 66, Block 67, Block 68, Block 69,

10      Block 70, Block 71, Block 72, Block 73, Block 74, Block 75,

11      Block 76, Block 77, Block 78, Block 79, Block 80, Block 81,

12      Block 82, Block 83, Block 84, Block 85, Block 86, Block 87,

13      Block 88, Block 89, Block 90, Block 91, Block 92, Block 93,

14      Block 94, Block 95, Block 96, Block 97, Block 98, Block 99,

15      Block 100, Block 101, Block 102, Block 104, Block 105, Block

16      116, Block 118, Block 128, Block 129, Block 130; Tract 7400:

17      Block Group 3, Block Group 4, Block Group 2: Block 2, Block 7,

18      Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,

19      Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,

20      Block 22, Block 23, Block 24, Block 25; Tract 990000: Block

21      Group 0: Block 4, Block 5, Block 6, Block 7, Block 8, Block 9,

22      Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,

23      Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,

24      Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,
```

SOS000087

HB621

1    Block 28, Block 29, Block 30, Block 31, Block 32, Block 33,
2    Block 34, Block 35, Block 36, Block 37.
3            District 2: Barbour County, Chambers County, Clay
4    County, Cleburne County, Coffee County, Dale County, Geneva
5    County, Henry County, Houston County, Lee County, Randolph
6    County, Russell County, Tallapoosa County, Coosa County: Tract
7    961000: Block Group 1, Block Group 2, Block Group 3: Block 0,
8    Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7,
9    Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,
10   Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,
11   Block 20, Block 21, Block 22, Block 23, Block 24, Block 25,
12   Block 26, Block 27, Block 28, Block 29, Block 30, Block 31,
13   Block 32, Block 33, Block 34, Block 38, Block 39, Block 41,
14   Block 42, Block 43, Block 44, Block 45, Block 46, Block 47,
15   Block 48, Block 49, Block 51, Block 92, Block 93, Block 94,
16   Block 95, Block 96, Block 97, Block 98, Block 99, Block 100,
17   Block 101, Block 102, Block 103, Block 104, Block 105, Block
18   106, Block 107, Block 108, Block 109, Block 117, Block 118,
19   Block 123, Block 125; Block Group 4: Block 0, Block 1, Block
20   2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block
21   9, Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,
22   Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,
23   Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,
24   Block 29, Block 30, Block 31, Block 32, Block 33, Block 34,
25   Block 35, Block 47, Block 48, Block 49, Block 50, Block 51,

SOS000088

HB621

1   Block 53, Block 57, Block 59, Block 60, Block 73, Block 100;
2   Macon County: Tract 231500: Block Group 2: Block 2.
3                District 3: Chilton County, Shelby County, Talladega
4   County, Autauga County: Tract 20300: Block Group 1: Block 1,
5   Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,
6   Block 9, Block 10, Block 11, Block 12, Block 13, Block 16,
7   Block 17, Block 18, Block 19, Block 20, Block 21; Tract 20400:
8   Block Group 2, Block Group 3, Block Group 4, Block Group 1:
9   Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7,
10  Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,
11  Block 14; Tract 20500: Block Group 2, Block Group 1: Block 4,
12  Block 5, Block 6, Block 7, Block 18, Block 19, Block 20, Block
13  21; Block Group 3: Block 0, Block 1, Block 2, Block 3, Block
14  5, Block 8, Block 9, Block 10; Bibb County: Tract 10003: Block
15  Group 3, Block Group 4, Block Group 1: Block 0, Block 1, Block
16  2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block
17  9, Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,
18  Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,
19  Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,
20  Block 28, Block 29, Block 36, Block 37, Block 43, Block 44,
21  Block 45, Block 46, Block 47, Block 48, Block 49, Block 50,
22  Block 51, Block 52, Block 53, Block 54, Block 55, Block 56,
23  Block 57, Block 58, Block 59, Block 60; Block Group 2: Block
24  0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 31,
25  Block 36, Block 37, Block 38, Block 39, Block 40, Block 41,

SOS000089

HB621

```
 1    Block 42, Block 43, Block 44, Block 45, Block 46, Block 47,
 2    Block 48, Block 49, Block 50, Block 51, Block 52, Block 53,
 3    Block 54, Block 55, Block 57, Block 58, Block 59, Block 60,
 4    Block 61, Block 62, Block 63, Block 64, Block 65, Block 66,
 5    Block 67, Block 68, Block 69, Block 89, Block 91, Block 92,
 6    Block 93, Block 94, Block 95, Block 96, Block 97, Block 98,
 7    Block 99, Block 100, Block 101, Block 102, Block 103, Block
 8    104, Block 105, Block 106, Block 107, Block 108, Block 109,
 9    Block 110, Block 111, Block 112, Block 113, Block 114, Block
10    115, Block 116, Block 117, Block 118, Block 119, Block 120,
11    Block 121, Block 122, Block 123, Block 124, Block 125, Block
12    138, Block 139, Block 140, Block 142, Block 143, Block 144,
13    Block 145, Block 146, Block 161, Block 163, Block 164, Block
14    166, Block 170; Coosa County: Tract 961100, Tract 961200,
15    Tract 961000: Block Group 3: Block 35, Block 36, Block 37,
16    Block 40, Block 50, Block 52, Block 53, Block 54, Block 55,
17    Block 56, Block 57, Block 58, Block 59, Block 60, Block 61,
18    Block 62, Block 63, Block 64, Block 65, Block 66, Block 67,
19    Block 68, Block 69, Block 70, Block 71, Block 72, Block 73,
20    Block 74, Block 75, Block 76, Block 77, Block 78, Block 79,
21    Block 80, Block 81, Block 82, Block 83, Block 84, Block 85,
22    Block 86, Block 87, Block 88, Block 89, Block 90, Block 91,
23    Block 110, Block 111, Block 112, Block 113, Block 114, Block
24    115, Block 116, Block 119, Block 120, Block 121, Block 122,
25    Block 124; Block Group 4: Block 28, Block 36, Block 37, Block
```

Page 14

SOS000090

HB621

```
 1    38, Block 39, Block 40, Block 41, Block 42, Block 43, Block
 2    44, Block 45, Block 46, Block 52, Block 54, Block 55, Block
 3    56, Block 58, Block 61, Block 62, Block 63, Block 64, Block
 4    65, Block 66, Block 67, Block 68, Block 69, Block 70, Block
 5    71, Block 72, Block 74, Block 75, Block 76, Block 77, Block
 6    78, Block 79, Block 80, Block 81, Block 82, Block 83, Block
 7    84, Block 85, Block 86, Block 87, Block 88, Block 89, Block
 8    90, Block 91, Block 92, Block 93, Block 94, Block 95, Block
 9    96, Block 97, Block 98, Block 99, Block 101, Block 102; Elmore
10    County: Tract 30100, Tract 30200, Tract 30300, Tract 30400,
11    Tract 30500, Tract 30600, Tract 30701, Tract 30702, Tract
12    30800, Tract 30901, Tract 30902, Tract 31000, Tract 31100,
13    Tract 31200, Tract 31300: Block Group 2, Block Group 3, Block
14    Group 1: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5,
15    Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block
16    12, Block 13, Block 14, Block 15, Block 16, Block 17, Block
17    18, Block 19, Block 20, Block 21, Block 22, Block 23, Block
18    24, Block 25, Block 26, Block 27, Block 28, Block 29, Block
19    30, Block 31, Block 32, Block 38, Block 39, Block 40, Block
20    41, Block 42, Block 43, Block 44, Block 45, Block 66, Block
21    67, Block 68, Block 69, Block 70, Block 71, Block 72, Block
22    73, Block 77, Block 78, Block 106, Block 112, Block 113;
23    Jefferson County: Tract 10703, Tract 10705, Tract 12905, Tract
24    12906, Tract 12907, Tract 12908, Tract 12910, Tract 12912,
25    Tract 12913, Tract 12914, Tract 12915, Tract 14404, Tract
```

SOS000091

HB621

1     14405, Tract 14406, Tract 14408, Tract 14409, Tract 14410,

2     Tract 14412, Tract 4800: Block Group 1: Block 30; Tract 10702:

3     Block Group 3, Block Group 1: Block 27, Block 28, Block 47,

4     Block 48, Block 57, Block 58, Block 59, Block 60, Block 61,

5     Block 62, Block 63, Block 64, Block 65, Block 66, Block 67,

6     Block 68, Block 69, Block 70, Block 71, Block 72, Block 73,

7     Block 74, Block 75, Block 76, Block 77, Block 78, Block 79,

8     Block 80, Block 81, Block 82, Block 83, Block 84, Block 85,

9     Block 86, Block 87, Block 88, Block 89, Block 90, Block 91,

10    Block 92, Block 93, Block 94, Block 95, Block 96, Block 97,

11    Block 98, Block 99, Block 100, Block 101, Block 102, Block

12    103, Block 104, Block 105; Tract 10704: Block Group 1, Block

13    Group 2: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5,

14    Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block

15    12, Block 13, Block 14, Block 15, Block 16, Block 17, Block

16    18, Block 19, Block 20, Block 21, Block 22, Block 23, Block

17    24, Block 25, Block 26, Block 27, Block 28, Block 29, Block

18    30, Block 31, Block 32, Block 33, Block 34, Block 35, Block

19    36, Block 37, Block 38, Block 39, Block 40, Block 42, Block

20    43, Block 44, Block 45, Block 46, Block 47, Block 48, Block

21    49, Block 50, Block 51, Block 52, Block 53, Block 54, Block

22    55, Block 56, Block 57, Block 58, Block 59, Block 60, Block

23    61; Tract 10706: Block Group 3: Block 0, Block 1, Block 2,

24    Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9,

25    Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,

SOS000092

HB621

```
1    Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,
2    Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,
3    Block 28, Block 30, Block 31, Block 34, Block 35, Block 37,
4    Block 38, Block 39, Block 40, Block 41, Block 42, Block 43,
5    Block 44, Block 45, Block 46, Block 47, Block 48, Block 49,
6    Block 50, Block 51, Block 52, Block 53, Block 54, Block 55,
7    Block 56, Block 57, Block 58, Block 59, Block 60, Block 61;
8    Tract 10801: Block Group 3: Block 0, Block 1, Block 2, Block
9    3, Block 4, Block 6, Block 7, Block 8, Block 9, Block 10,
10   Block 11, Block 12, Block 13, Block 14, Block 15, Block 16,
11   Block 17, Block 18, Block 19, Block 20, Block 21, Block 22,
12   Block 23, Block 24, Block 25, Block 26, Block 27, Block 28;
13   Block Group 4: Block 9, Block 10; Tract 10802: Block Group 2:
14   Block 13, Block 14, Block 15, Block 16, Block 17, Block 18,
15   Block 19, Block 20, Block 21, Block 22, Block 23, Block 24,
16   Block 25, Block 26, Block 27, Block 28, Block 29, Block 30,
17   Block 31, Block 32, Block 33, Block 34, Block 35, Block 36,
18   Block 37, Block 38, Block 39, Block 40, Block 41, Block 42,
19   Block 43, Block 46, Block 47, Block 48, Block 49, Block 50,
20   Block 51, Block 52, Block 53, Block 54, Block 55, Block 56,
21   Block 57, Block 58, Block 59, Block 60, Block 61, Block 62,
22   Block 63, Block 74, Block 75, Block 76, Block 77, Block 79,
23   Block 80, Block 81, Block 82, Block 83, Block 84, Block 85,
24   Block 86, Block 87, Block 88, Block 89, Block 90, Block 91,
25   Block 93, Block 94, Block 95, Block 96, Block 98, Block 99,
```

SOS000093

HB621

| | |
|---|---|
| 1 | Block 100, Block 101, Block 102, Block 104, Block 105, Block |
| 2 | 106, Block 107; Tract 10804: Block Group 1: Block 0, Block 1, |
| 3 | Block 3, Block 5, Block 6, Block 7, Block 8, Block 11, Block |
| 4 | 27, Block 28, Block 29, Block 30, Block 32, Block 33, Block |
| 5 | 35, Block 37, Block 38, Block 39, Block 40, Block 41, Block |
| 6 | 42, Block 43, Block 44, Block 45, Block 46, Block 48, Block |
| 7 | 49, Block 50, Block 61; Tract 12802: Block Group 1: Block 0, |
| 8 | Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, |
| 9 | Block 8, Block 9, Block 10, Block 11, Block 12, Block 13, |
| 10 | Block 14, Block 15, Block 18, Block 19; Block Group 2: Block |
| 11 | 0, Block 1, Block 2, Block 3, Block 10, Block 11, Block 12, |
| 12 | Block 13, Block 14, Block 15, Block 16, Block 17, Block 18, |
| 13 | Block 19, Block 20, Block 21, Block 22, Block 23, Block 24, |
| 14 | Block 25, Block 26; Block Group 3: Block 0, Block 1, Block 10, |
| 15 | Block 21, Block 22, Block 23, Block 24, Block 25, Block 26; |
| 16 | Tract 12803: Block Group 2, Block Group 3, Block Group 1: |
| 17 | Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, |
| 18 | Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block |
| 19 | 13, Block 14, Block 15, Block 16, Block 17, Block 18, Block |
| 20 | 19, Block 20, Block 21, Block 22, Block 23, Block 24, Block |
| 21 | 25, Block 26, Block 27, Block 28, Block 29, Block 30, Block |
| 22 | 31, Block 32, Block 34, Block 35, Block 36, Block 37, Block |
| 23 | 38, Block 40, Block 41, Block 42, Block 43, Block 44, Block |
| 24 | 45, Block 46; Block Group 4: Block 17, Block 19, Block 20, |
| 25 | Block 21, Block 22, Block 23, Block 24, Block 25; Tract 12911: |

SOS000094

HB621

```
 1     Block Group 1, Block Group 2: Block 9, Block 10, Block 24,

 2     Block 27, Block 29, Block 30, Block 32, Block 33, Block 34,

 3     Block 35, Block 36, Block 37, Block 38, Block 39, Block 40,

 4     Block 41, Block 42, Block 43, Block 44, Block 45, Block 46,

 5     Block 47, Block 48, Block 49, Block 50, Block 51, Block 52,

 6     Block 53, Block 54, Block 55, Block 56, Block 57, Block 58,

 7     Block 59, Block 60; Block Group 3: Block 4, Block 5, Block 6,

 8     Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block

 9     13, Block 14, Block 15, Block 16, Block 17, Block 18, Block

10     19, Block 20, Block 21, Block 22, Block 23, Block 24, Block

11     25, Block 26, Block 27, Block 28, Block 29, Block 30, Block

12     31, Block 32, Block 33, Block 34, Block 35, Block 36, Block

13     37, Block 38, Block 39, Block 40, Block 41, Block 42, Block

14     43, Block 44, Block 45, Block 46, Block 47, Block 48, Block

15     49, Block 50, Block 51, Block 52, Block 53, Block 54, Block

16     55, Block 56, Block 57, Block 58, Block 59, Block 60, Block

17     61, Block 62, Block 63, Block 64, Block 65, Block 66, Block

18     67, Block 68, Block 69, Block 70, Block 71, Block 72, Block

19     73, Block 74, Block 75, Block 76, Block 77, Block 78, Block

20     79, Block 80, Block 81, Block 82, Block 83; Block Group 4:

21     Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7,

22     Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,

23     Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,

24     Block 20, Block 21, Block 22, Block 23, Block 24, Block 25,

25     Block 26, Block 27, Block 28, Block 29, Block 30, Block 31,
```

Page 19

SOS000095

HB621

| | |
|---|---|
| 1 | Block 32, Block 33, Block 34, Block 35, Block 36, Block 37; |
| 2 | Tract 14204: Block Group 2, Block Group 6, Block Group 3: |
| 3 | Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block |
| 4 | 10, Block 15, Block 16, Block 17, Block 18, Block 19, Block |
| 5 | 20, Block 21, Block 22, Block 40, Block 41, Block 42, Block |
| 6 | 43, Block 46, Block 48, Block 49, Block 50, Block 51; Block |
| 7 | Group 4: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, |
| 8 | Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block |
| 9 | 12, Block 13, Block 14, Block 15, Block 16, Block 17, Block |
| 10 | 18, Block 26, Block 50, Block 51, Block 52, Block 53, Block |
| 11 | 54, Block 55, Block 56, Block 57, Block 58, Block 59, Block |
| 12 | 60, Block 73; Block Group 5: Block 0, Block 1, Block 2, Block |
| 13 | 3, Block 4, Block 5, Block 10, Block 11, Block 13, Block 14, |
| 14 | Block 15; Tract 14302: Block Group 1: Block 175, Block 176, |
| 15 | Block 191, Block 192, Block 195, Block 196, Block 197, Block |
| 16 | 207, Block 208; Tract 14413: Block Group 2, Block Group 3, |
| 17 | Block Group 1: Block 0, Block 1, Block 2, Block 3, Block 4, |
| 18 | Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block |
| 19 | 11, Block 12, Block 13, Block 18, Block 22, Block 23, Block |
| 20 | 24, Block 25, Block 26, Block 27, Block 31, Block 33, Block |
| 21 | 36, Block 37, Block 38, Block 39, Block 40, Block 41, Block |
| 22 | 42, Block 45, Block 46, Block 48, Block 49, Block 50, Block |
| 23 | 51, Block 52, Block 55, Block 56, Block 61, Block 62, Block |
| 24 | 63, Block 64, Block 65, Block 66, Block 67, Block 68, Block |
| 25 | 69, Block 70, Block 71, Block 72, Block 73, Block 74, Block |

SOS000096

HB621

1    75, Block 76, Block 77, Block 78; Montgomery County: Tract
2    1900, Tract 5406, Tract 5407, Tract 5409, Tract 5410, Tract
3    1700: Block Group 1, Block Group 2, Block Group 3, Block Group
4    4, Block Group 5: Block 0, Block 2, Block 3, Block 4, Block 5,
5    Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block
6    12, Block 13, Block 14, Block 15, Block 16, Block 17, Block
7    18, Block 19, Block 20, Block 21; Tract 2600: Block Group 1,
8    Block Group 2, Block Group 3, Block Group 5, Block Group 4:
9    Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7,
10   Block 8, Block 10, Block 11, Block 15, Block 16, Block 17,
11   Block 18, Block 19; Tract 2700: Block Group 1, Block Group 3,
12   Block Group 2: Block 0, Block 1, Block 2, Block 3, Block 4,
13   Block 6, Block 7, Block 8, Block 9, Block 10, Block 12; Block
14   Group 4: Block 0, Block 1, Block 2, Block 4, Block 5, Block 6,
15   Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,
16   Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,
17   Block 20; Tract 3301: Block Group 3, Block Group 2: Block 5,
18   Block 7, Block 8, Block 10, Block 11, Block 12, Block 13,
19   Block 14; Tract 3302: Block Group 1, Block Group 2; Tract
20   5101: Block Group 1: Block 26; Tract 5301: Block Group 1:
21   Block 33, Block 34, Block 35, Block 36, Block 37, Block 38;
22   Tract 5408: Block Group 2, Block Group 3, Block Group 4, Block
23   Group 1: Block 0, Block 1, Block 2, Block 4, Block 5, Block 6,
24   Block 7, Block 8, Block 9, Block 10, Block 12, Block 13, Block
25   14, Block 15, Block 16, Block 17, Block 18, Block 19, Block

SOS000097

HB621

1    20, Block 21, Block 22, Block 23, Block 24, Block 25, Block

2    26, Block 27, Block 28, Block 29, Block 30, Block 31, Block

3    32, Block 33, Block 34, Block 35, Block 36, Block 37, Block

4    38, Block 39, Block 40, Block 42, Block 44, Block 45, Block

5    46, Block 47, Block 48, Block 49; Tract 5503: Block Group 2:

6    Block 7, Block 8, Block 9, Block 10, Block 11, Block 13, Block

7    14, Block 20, Block 21, Block 22, Block 23, Block 24, Block

8    28, Block 29, Block 41.

9          District 4: Greene County, Hale County, Pickens

10    County, Bibb County: Tract 10001, Tract 10002, Tract 10004,

11    Tract 10003: Block Group 1: Block 30, Block 31, Block 32,

12    Block 33, Block 34, Block 35, Block 38, Block 39, Block 40,

13    Block 41, Block 42; Block Group 2: Block 6, Block 7, Block 8,

14    Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,

15    Block 15, Block 16, Block 17, Block 18, Block 19, Block 20,

16    Block 21, Block 22, Block 23, Block 24, Block 25, Block 26,

17    Block 27, Block 28, Block 29, Block 30, Block 32, Block 33,

18    Block 34, Block 35, Block 56, Block 70, Block 71, Block 72,

19    Block 73, Block 74, Block 75, Block 76, Block 77, Block 78,

20    Block 79, Block 80, Block 81, Block 82, Block 83, Block 84,

21    Block 85, Block 86, Block 87, Block 88, Block 90, Block 126,

22    Block 127, Block 128, Block 129, Block 130, Block 131, Block

23    132, Block 133, Block 134, Block 135, Block 136, Block 137,

24    Block 141, Block 147, Block 148, Block 149, Block 150, Block

25    151, Block 152, Block 153, Block 154, Block 155, Block 156,

SOS000098

HB621

1    Block 157, Block 158, Block 159, Block 160, Block 162, Block
2    165, Block 167, Block 168, Block 169; Jefferson County: Tract
3    100, Tract 300, Tract 400, Tract 500, Tract 700, Tract 800,
4    Tract 1100, Tract 1200, Tract 1400, Tract 1500, Tract 1600,
5    Tract 1902, Tract 2000, Tract 2100, Tract 2200, Tract 2305,
6    Tract 2400, Tract 2700, Tract 2900, Tract 3001, Tract 3002,
7    Tract 3100, Tract 3200, Tract 3300, Tract 3400, Tract 3500,
8    Tract 3600, Tract 3700, Tract 3802, Tract 3803, Tract 3900,
9    Tract 4000, Tract 4200, Tract 4500, Tract 4701, Tract 4901,
10   Tract 4902, Tract 5000, Tract 5101, Tract 5103, Tract 5104,
11   Tract 5200, Tract 5302, Tract 5500, Tract 5701, Tract 5702,
12   Tract 5800, Tract 5905, Tract 5907, Tract 5908, Tract 5909,
13   Tract 5910, Tract 10001, Tract 10002, Tract 10100, Tract
14   10200, Tract 10301, Tract 10302, Tract 10401, Tract 10402,
15   Tract 10500, Tract 10602, Tract 10603, Tract 10701, Tract
16   10900, Tract 11803, Tract 11804, Tract 11904, Tract 12304,
17   Tract 12305, Tract 12401, Tract 12402, Tract 12500, Tract
18   13002, Tract 13100, Tract 13200, Tract 13300, Tract 13400,
19   Tract 13601, Tract 13801, Tract 13901, Tract 13902, Tract
20   14002, Tract 14104, Tract 14105, Tract 14203, Tract 14301,
21   Tract 2303: Block Group 1, Block Group 2, Block Group 3: Block
22   0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block
23   7, Block 12, Block 13, Block 14, Block 15, Block 16, Block 17;
24   Block Group 4: Block 0, Block 1, Block 2, Block 3, Block 4,
25   Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block

SOS000099

HB621

| | |
|---|---|
| 1 | 11, Block 12, Block 13, Block 14, Block 15, Block 16, Block |
| 2 | 17, Block 18, Block 19, Block 20, Block 21, Block 22, Block |
| 3 | 23, Block 24, Block 25, Block 26, Block 27, Block 28, Block |
| 4 | 29, Block 30, Block 31, Block 32, Block 33, Block 34, Block |
| 5 | 35, Block 36, Block 37, Block 38, Block 39, Block 44; Tract |
| 6 | 2306: Block Group 1, Block Group 3, Block Group 2: Block 0, |
| 7 | Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, |
| 8 | Block 8, Block 9, Block 10, Block 11, Block 12, Block 13, |
| 9 | Block 14, Block 15, Block 16, Block 18, Block 19, Block 21, |
| 10 | Block 22, Block 23, Block 24, Block 26, Block 27, Block 28, |
| 11 | Block 29, Block 30, Block 31; Tract 4702: Block Group 1, Block |
| 12 | Group 3, Block Group 2: Block 0, Block 1, Block 2, Block 3, |
| 13 | Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block |
| 14 | 10, Block 11, Block 12, Block 13, Block 14, Block 15, Block |
| 15 | 16, Block 17, Block 18, Block 19, Block 20, Block 21, Block |
| 16 | 22, Block 23, Block 24, Block 25, Block 26, Block 27, Block |
| 17 | 28, Block 29, Block 30, Block 31, Block 32, Block 33, Block |
| 18 | 34, Block 35, Block 36, Block 37, Block 38, Block 39, Block |
| 19 | 40, Block 41, Block 42, Block 43, Block 44, Block 45, Block |
| 20 | 46, Block 47, Block 48, Block 49, Block 50, Block 51, Block |
| 21 | 52, Block 53, Block 54, Block 55, Block 56; Tract 4800: Block |
| 22 | Group 2, Block Group 1: Block 0, Block 1, Block 2, Block 3, |
| 23 | Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block |
| 24 | 10, Block 11, Block 12, Block 13, Block 14, Block 15, Block |
| 25 | 16, Block 17, Block 18, Block 19, Block 20, Block 21, Block |

SOS000100

HB621

```
 1    22, Block 23, Block 24, Block 25, Block 26, Block 27, Block

 2    28, Block 29, Block 31; Tract 5600: Block Group 4: Block 0,

 3    Block 1, Block 2; Tract 5903: Block Group 2, Block Group 3,

 4    Block Group 1: Block 0, Block 1, Block 2, Block 3, Block 4,

 5    Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block

 6    11, Block 12, Block 13, Block 14, Block 15, Block 16, Block

 7    17, Block 18, Block 19, Block 20, Block 21, Block 22, Block

 8    23, Block 24, Block 25, Block 26, Block 27, Block 29, Block

 9    30, Block 34, Block 35, Block 36, Block 37, Block 38, Block

10    39, Block 40, Block 41, Block 42, Block 43; Tract 10702: Block

11    Group 2, Block Group 1: Block 0, Block 1, Block 2, Block 3,

12    Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block

13    10, Block 11, Block 12, Block 13, Block 14, Block 15, Block

14    16, Block 17, Block 18, Block 19, Block 20, Block 21, Block

15    22, Block 23, Block 24, Block 25, Block 26, Block 29, Block

16    30, Block 31, Block 32, Block 33, Block 34, Block 35, Block

17    36, Block 37, Block 38, Block 39, Block 40, Block 41, Block

18    42, Block 43, Block 44, Block 45, Block 46, Block 49, Block

19    50, Block 51, Block 52, Block 53, Block 54, Block 55, Block

20    56; Tract 10704: Block Group 2: Block 41; Tract 10706: Block

21    Group 1, Block Group 2, Block Group 4, Block Group 3: Block

22    29, Block 32, Block 33, Block 36, Block 62; Tract 10802: Block

23    Group 2: Block 44, Block 45, Block 92, Block 103; Tract 11104:

24    Block Group 1: Block 26, Block 28, Block 29, Block 30; Block

25    Group 2: Block 12, Block 20, Block 21, Block 22, Block 23,
```

SOS000101

HB621

```
 1      Block 24, Block 25, Block 26, Block 27, Block 28, Block 29,

 2      Block 30, Block 31; Block Group 3: Block 0, Block 1, Block 2,

 3      Block 3, Block 4, Block 5; Block Group 6: Block 25, Block 31;

 4      Tract 11209: Block Group 2, Block Group 1: Block 1, Block 2,

 5      Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9,

 6      Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,

 7      Block 16, Block 17, Block 18, Block 19, Block 25, Block 27,

 8      Block 28, Block 29, Block 30, Block 31, Block 32, Block 33,

 9      Block 34, Block 35, Block 36, Block 37, Block 41, Block 42,

10      Block 43, Block 44, Block 45, Block 46, Block 47, Block 48,

11      Block 49, Block 51, Block 54, Block 55, Block 61; Tract 11210:

12      Block Group 1: Block 35, Block 36, Block 42, Block 43, Block

13      44, Block 45, Block 46, Block 47, Block 50, Block 51, Block

14      52, Block 55; Tract 11703: Block Group 4: Block 56, Block 57,

15      Block 58, Block 59, Block 61, Block 62, Block 63, Block 64,

16      Block 65, Block 66, Block 67, Block 68, Block 69, Block 71;

17      Tract 11802: Block Group 1, Block Group 2, Block Group 3,

18      Block Group 5; Tract 11901: Block Group 3; Tract 12001: Block

19      Group 1, Block Group 2: Block 4, Block 6, Block 11, Block 15,

20      Block 51, Block 75, Block 80, Block 81, Block 82, Block 83,

21      Block 86, Block 92, Block 93, Block 94, Block 95, Block 96,

22      Block 101, Block 102, Block 103, Block 104, Block 105, Block

23      106, Block 107, Block 108, Block 109, Block 110, Block 111,

24      Block 112, Block 113, Block 114, Block 115, Block 116, Block

25      117, Block 118, Block 119, Block 120, Block 122; Tract 12002:
```

SOS000102

HB621

1    Block Group 3, Block Group 1: Block 7, Block 18, Block 19,
2    Block 20, Block 21, Block 22, Block 23; Block Group 2: Block
3    56, Block 93, Block 94, Block 95, Block 96; Block Group 4:
4    Block 7, Block 11, Block 12, Block 13, Block 14, Block 15,
5    Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,
6    Block 22, Block 25, Block 26, Block 27, Block 28, Block 29,
7    Block 30, Block 31, Block 32, Block 34, Block 35, Block 36,
8    Block 37, Block 38, Block 39, Block 40, Block 41, Block 42,
9    Block 43, Block 44, Block 45, Block 46, Block 47, Block 48,
10   Block 49, Block 50, Block 51, Block 52, Block 53, Block 54,
11   Block 55, Block 56, Block 57, Block 58, Block 59, Block 60,
12   Block 61, Block 62, Block 63, Block 64, Block 65, Block 66,
13   Block 67, Block 68, Block 69, Block 70, Block 71, Block 72,
14   Block 73, Block 74, Block 75, Block 76, Block 77, Block 78,
15   Block 79, Block 80, Block 81, Block 82, Block 83, Block 87,
16   Block 88, Block 89, Block 90, Block 91, Block 92, Block 93,
17   Block 94, Block 95; Tract 12103: Block Group 1, Block Group 2:
18   Block 12, Block 18, Block 19, Block 20, Block 21, Block 22,
19   Block 23, Block 24, Block 25, Block 26, Block 27, Block 28,
20   Block 29, Block 30, Block 34, Block 35, Block 38, Block 39,
21   Block 41, Block 42, Block 43, Block 44, Block 45, Block 46,
22   Block 47, Block 48, Block 49, Block 50, Block 51, Block 58,
23   Block 59, Block 60, Block 61, Block 62, Block 63, Block 64,
24   Block 65, Block 66, Block 67, Block 68, Block 69, Block 70,
25   Block 71, Block 72, Block 73, Block 74, Block 75, Block 76,

SOS000103

HB621

1    Block 77, Block 78, Block 79, Block 80, Block 81, Block 82,

2    Block 83, Block 84, Block 85, Block 86, Block 87, Block 88,

3    Block 89, Block 90, Block 91, Block 93, Block 94, Block 95,

4    Block 98, Block 99, Block 100, Block 101, Block 102, Block

5    103, Block 104, Block 105, Block 106, Block 107, Block 108,

6    Block 109, Block 110, Block 111; Block Group 4: Block 64,

7    Block 65, Block 66, Block 69, Block 70; Block Group 5: Block

8    20, Block 25, Block 26, Block 27, Block 28, Block 29, Block

9    30, Block 31, Block 32, Block 33, Block 34, Block 35, Block

10    36, Block 37, Block 38, Block 39, Block 40, Block 41, Block

11    42, Block 43, Block 44, Block 45, Block 46, Block 47, Block

12    48, Block 49, Block 50, Block 51, Block 52, Block 53, Block

13    54, Block 55, Block 56, Block 57, Block 58, Block 59, Block

14    60, Block 61, Block 62, Block 63, Block 64, Block 65, Block

15    66; Tract 12104: Block Group 3, Block Group 1: Block 155,

16    Block 156, Block 157, Block 160, Block 168, Block 169, Block

17    179; Block Group 2: Block 2, Block 3, Block 5, Block 6, Block

18    7, Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,

19    Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,

20    Block 20, Block 21, Block 22, Block 23, Block 24, Block 25,

21    Block 26, Block 27, Block 28, Block 29, Block 30, Block 31,

22    Block 32, Block 33, Block 34, Block 35, Block 36, Block 37,

23    Block 38, Block 39, Block 40, Block 41, Block 42, Block 43,

24    Block 44, Block 45, Block 46, Block 47, Block 48, Block 49,

25    Block 50, Block 51, Block 52, Block 53, Block 54, Block 55,

SOS000104

HB621

| | |
|---|---|
| 1 | Block 56, Block 57; Tract 12302: Block Group 1: Block 20, |
| 2 | Block 21, Block 22, Block 23, Block 24, Block 25, Block 26, |
| 3 | Block 27, Block 28, Block 29, Block 30, Block 31, Block 32, |
| 4 | Block 33, Block 34, Block 35, Block 36, Block 37, Block 38, |
| 5 | Block 39, Block 40, Block 41, Block 42, Block 43, Block 44, |
| 6 | Block 45, Block 46, Block 47, Block 48, Block 49, Block 50, |
| 7 | Block 51, Block 52, Block 55, Block 56, Block 57, Block 58, |
| 8 | Block 59, Block 60, Block 61, Block 62, Block 63, Block 64, |
| 9 | Block 65, Block 66, Block 67, Block 68, Block 70, Block 71, |
| 10 | Block 72, Block 73, Block 74, Block 75, Block 76, Block 77, |
| 11 | Block 78, Block 79, Block 80, Block 81, Block 82, Block 83, |
| 12 | Block 84, Block 85, Block 86, Block 87, Block 88, Block 89, |
| 13 | Block 90, Block 91, Block 92, Block 93, Block 94, Block 95, |
| 14 | Block 96, Block 97, Block 98, Block 99, Block 100, Block 101, |
| 15 | Block 102, Block 103, Block 104, Block 105, Block 106, Block |
| 16 | 107, Block 108, Block 109, Block 110, Block 111, Block 112, |
| 17 | Block 113, Block 114, Block 115, Block 116, Block 117, Block |
| 18 | 118, Block 119, Block 120, Block 121, Block 122, Block 123, |
| 19 | Block 126, Block 127, Block 128, Block 129, Block 130, Block |
| 20 | 131, Block 132, Block 133, Block 134, Block 135, Block 136, |
| 21 | Block 137, Block 138, Block 139, Block 140, Block 141, Block |
| 22 | 142, Block 143, Block 144, Block 145, Block 146, Block 147, |
| 23 | Block 148, Block 149, Block 150, Block 151, Block 152, Block |
| 24 | 153, Block 154, Block 155, Block 156, Block 157, Block 158, |
| 25 | Block 159, Block 160, Block 161, Block 162, Block 163, Block |

SOS000105

HB621

| | |
|---|---|
| 1 | 164, Block 165, Block 166, Block 167, Block 168, Block 169, |
| 2 | Block 170, Block 171, Block 172; Tract 12403: Block Group 1, |
| 3 | Block Group 3, Block Group 2: Block 0, Block 1, Block 2, Block |
| 4 | 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block |
| 5 | 10, Block 11, Block 12, Block 13, Block 14, Block 15, Block |
| 6 | 16, Block 17, Block 18, Block 19, Block 20, Block 21, Block |
| 7 | 22, Block 23, Block 24, Block 25, Block 26, Block 27, Block |
| 8 | 28, Block 29, Block 30, Block 32, Block 33, Block 34, Block |
| 9 | 35, Block 36, Block 37, Block 38, Block 39, Block 40, Block |
| 10 | 41, Block 42, Block 43, Block 44, Block 45, Block 46, Block |
| 11 | 47, Block 48, Block 49, Block 50, Block 51, Block 52, Block |
| 12 | 53, Block 54, Block 55, Block 56, Block 57, Block 58, Block |
| 13 | 59, Block 60, Block 61, Block 62, Block 63, Block 64, Block |
| 14 | 65, Block 66, Block 67, Block 68, Block 69, Block 70, Block |
| 15 | 71, Block 72; Block Group 4: Block 13, Block 16, Block 17, |
| 16 | Block 25, Block 30, Block 31, Block 32, Block 33, Block 34, |
| 17 | Block 36, Block 38, Block 41, Block 42, Block 43, Block 46, |
| 18 | Block 48, Block 49, Block 51, Block 52; Tract 12602: Block |
| 19 | Group 3, Block Group 1: Block 0, Block 5; Block Group 4: Block |
| 20 | 11, Block 14, Block 15, Block 16, Block 17, Block 18, Block |
| 21 | 19, Block 20, Block 21, Block 22, Block 23, Block 30, Block |
| 22 | 31, Block 32, Block 33, Block 34, Block 35, Block 36, Block |
| 23 | 37, Block 38, Block 39, Block 40, Block 41, Block 42, Block |
| 24 | 43, Block 44, Block 45, Block 47, Block 48, Block 50, Block |
| 25 | 53, Block 54, Block 55, Block 56, Block 57, Block 58, Block |

SOS000106

HB621

| | |
|---|---|
| 1 | 59, Block 60, Block 61, Block 62, Block 63, Block 64, Block |
| 2 | 65, Block 66, Block 67, Block 68, Block 69, Block 70, Block |
| 3 | 71, Block 72, Block 73, Block 74, Block 75, Block 76, Block |
| 4 | 77, Block 78, Block 79, Block 80, Block 81, Block 82, Block |
| 5 | 83, Block 84, Block 85, Block 86, Block 87, Block 88, Block |
| 6 | 89, Block 90, Block 91, Block 92, Block 93, Block 94, Block |
| 7 | 95, Block 96, Block 97, Block 98, Block 99, Block 100, Block |
| 8 | 101, Block 102, Block 103, Block 104, Block 105, Block 106, |
| 9 | Block 107, Block 108, Block 109, Block 110, Block 111, Block |
| 10 | 112, Block 113, Block 114, Block 115, Block 116, Block 117, |
| 11 | Block 118, Block 119, Block 120, Block 121, Block 122, Block |
| 12 | 123, Block 124, Block 125, Block 126, Block 127, Block 128, |
| 13 | Block 129, Block 130, Block 131, Block 132, Block 134, Block |
| 14 | 135, Block 136, Block 137, Block 138, Block 139, Block 140, |
| 15 | Block 141, Block 142; Tract 14001: Block Group 2, Block Group |
| 16 | 4, Block Group 1: Block 0, Block 3, Block 5, Block 8, Block 9, |
| 17 | Block 10, Block 11, Block 21, Block 22, Block 23; Block Group |
| 18 | 3: Block 0, Block 1, Block 2, Block 15, Block 20, Block 21; |
| 19 | Tract 14102: Block Group 2, Block Group 1: Block 0, Block 1, |
| 20 | Block 3, Block 7, Block 9, Block 12, Block 13, Block 14, Block |
| 21 | 15, Block 26, Block 28, Block 62, Block 63, Block 64, Block |
| 22 | 65, Block 66, Block 67, Block 68, Block 69, Block 76, Block |
| 23 | 86, Block 101, Block 102, Block 103, Block 105, Block 106, |
| 24 | Block 107, Block 108, Block 110, Block 111, Block 112, Block |
| 25 | 113, Block 131, Block 132, Block 133, Block 134, Block 139, |

Page 31

SOS000107

HB621

```
 1    Block 144, Block 148; Tract 14204: Block Group 1, Block Group
 2    3: Block 0, Block 1, Block 2, Block 3, Block 11, Block 12,
 3    Block 13, Block 14, Block 23, Block 24, Block 25, Block 26,
 4    Block 27, Block 28, Block 29, Block 30, Block 31, Block 32,
 5    Block 33, Block 34, Block 35, Block 36, Block 37, Block 38,
 6    Block 39, Block 44, Block 45, Block 47, Block 52, Block 53,
 7    Block 54, Block 55, Block 56, Block 57, Block 58, Block 59;
 8    Block Group 4: Block 19, Block 20, Block 21, Block 22, Block
 9    23, Block 24, Block 25, Block 27, Block 28, Block 29, Block
10    30, Block 31, Block 32, Block 33, Block 34, Block 35, Block
11    36, Block 37, Block 38, Block 39, Block 40, Block 41, Block
12    42, Block 43, Block 44, Block 45, Block 46, Block 47, Block
13    48, Block 49, Block 61, Block 62, Block 63, Block 64, Block
14    65, Block 66, Block 67, Block 68, Block 69, Block 70, Block
15    71, Block 72, Block 74; Block Group 5: Block 6, Block 7, Block
16    8, Block 9, Block 12, Block 16; Tract 14302: Block Group 1:
17    Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6,
18    Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block
19    13, Block 14, Block 15, Block 16, Block 17, Block 18, Block
20    19, Block 20, Block 21, Block 22, Block 23, Block 24, Block
21    25, Block 26, Block 27, Block 28, Block 29, Block 30, Block
22    31, Block 32, Block 33, Block 34, Block 35, Block 36, Block
23    37, Block 38, Block 39, Block 40, Block 41, Block 42, Block
24    43, Block 44, Block 45, Block 46, Block 47, Block 48, Block
25    49, Block 50, Block 51, Block 52, Block 53, Block 54, Block
```

SOS000108

HB621

```
 1    55, Block 56, Block 57, Block 58, Block 59, Block 60, Block
 2    61, Block 62, Block 63, Block 64, Block 65, Block 66, Block
 3    67, Block 68, Block 69, Block 70, Block 71, Block 72, Block
 4    73, Block 74, Block 75, Block 76, Block 77, Block 78, Block
 5    79, Block 80, Block 81, Block 82, Block 83, Block 84, Block
 6    85, Block 86, Block 87, Block 88, Block 89, Block 90, Block
 7    91, Block 92, Block 93, Block 94, Block 95, Block 96, Block
 8    97, Block 98, Block 99, Block 100, Block 101, Block 102, Block
 9    103, Block 104, Block 105, Block 106, Block 107, Block 108,
10    Block 109, Block 110, Block 111, Block 112, Block 113, Block
11    114, Block 115, Block 116, Block 117, Block 118, Block 119,
12    Block 120, Block 121, Block 122, Block 123, Block 124, Block
13    125, Block 126, Block 127, Block 128, Block 129, Block 130,
14    Block 131, Block 132, Block 133, Block 134, Block 135, Block
15    136, Block 137, Block 138, Block 139, Block 140, Block 141,
16    Block 142, Block 143, Block 144, Block 145, Block 146, Block
17    147, Block 148, Block 149, Block 150, Block 151, Block 152,
18    Block 153, Block 154, Block 155, Block 156, Block 157, Block
19    158, Block 159, Block 160, Block 161, Block 162, Block 163,
20    Block 164, Block 165, Block 166, Block 167, Block 168, Block
21    169, Block 170, Block 171, Block 172, Block 173, Block 174,
22    Block 177, Block 178, Block 179, Block 180, Block 181, Block
23    182, Block 183, Block 184, Block 185, Block 186, Block 187,
24    Block 188, Block 189, Block 190, Block 193, Block 194, Block
25    198, Block 199, Block 200, Block 201, Block 202, Block 203,
```

SOS000109

HB621

```
 1    Block 204, Block 205, Block 206, Block 209, Block 210, Block
 2    211; Tract 14413: Block Group 1: Block 14, Block 15, Block 16,
 3    Block 17, Block 19, Block 20, Block 21, Block 28, Block 29,
 4    Block 30, Block 32, Block 34, Block 35, Block 43, Block 44,
 5    Block 47, Block 53, Block 54, Block 57, Block 58, Block 59,
 6    Block 60; Tuscaloosa County: Tract 10101, Tract 10204, Tract
 7    10303, Tract 10403, Tract 10404, Tract 10405, Tract 10406,
 8    Tract 10407, Tract 10500, Tract 10601, Tract 10602, Tract
 9    10701, Tract 10702, Tract 10703, Tract 10802, Tract 10803,
10    Tract 10804, Tract 11200, Tract 11401, Tract 11402, Tract
11    11600, Tract 11701, Tract 11703, Tract 11800, Tract 11901,
12    Tract 11902, Tract 12000, Tract 12100, Tract 12303, Tract
13    12304, Tract 12305, Tract 12403, Tract 12404, Tract 12405,
14    Tract 12501, Tract 12502, Tract 12503, Tract 12600, Tract
15    12700, Tract 12800, Tract 10202: Block Group 2, Block Group 3;
16    Tract 10301: Block Group 2, Block Group 3; Tract 10302: Block
17    Group 1, Block Group 2, Block Group 3: Block 0, Block 1, Block
18    2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block
19    9, Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,
20    Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,
21    Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,
22    Block 29, Block 31, Block 32, Block 33, Block 34, Block 36,
23    Block 37, Block 38, Block 39, Block 40, Block 41, Block 44,
24    Block 45, Block 46, Block 47, Block 48, Block 49, Block 50,
25    Block 51, Block 52, Block 53, Block 54, Block 55, Block 56,
```

SOS000110

HB621

```
1     Block 57, Block 58, Block 59, Block 60, Block 61, Block 62,
2     Block 63, Block 64, Block 65, Block 66, Block 67, Block 68,
3     Block 69, Block 70, Block 71, Block 72, Block 73, Block 74,
4     Block 75, Block 76, Block 77, Block 78, Block 79, Block 80,
5     Block 81, Block 82, Block 83, Block 84, Block 85, Block 86,
6     Block 87, Block 88, Block 89, Block 90, Block 91, Block 92,
7     Block 93, Block 94, Block 95, Block 96, Block 97, Block 98,
8     Block 99, Block 100, Block 101, Block 102, Block 103, Block
9     104, Block 105, Block 106, Block 107, Block 108, Block 109,
10    Block 110, Block 111, Block 112, Block 113, Block 114, Block
11    115, Block 116, Block 117, Block 118, Block 119, Block 120,
12    Block 121, Block 122, Block 123, Block 124, Block 125, Block
13    126, Block 127, Block 128, Block 129, Block 130, Block 131,
14    Block 132, Block 133, Block 134, Block 135, Block 136, Block
15    137, Block 138, Block 139, Block 140, Block 141, Block 142,
16    Block 143, Block 144, Block 145, Block 146, Block 147, Block
17    148, Block 149, Block 150, Block 151, Block 152, Block 153,
18    Block 154, Block 155, Block 156, Block 157, Block 158, Block
19    159, Block 160, Block 161, Block 162, Block 163, Block 164,
20    Block 165, Block 166, Block 167, Block 168, Block 169, Block
21    170, Block 171, Block 172, Block 173, Block 174, Block 175,
22    Block 176, Block 177, Block 178, Block 179, Block 180, Block
23    181, Block 182, Block 183, Block 184, Block 185, Block 186,
24    Block 187, Block 188, Block 189, Block 190, Block 191, Block
25    192, Block 193, Block 194, Block 195, Block 196, Block 197,
```

SOS000111

HB621

<pre>
 1    Block 198, Block 199, Block 200, Block 201, Block 202, Block
 2    203, Block 204, Block 205, Block 206, Block 207, Block 208,
 3    Block 209, Block 210, Block 211, Block 212, Block 213, Block
 4    214, Block 215, Block 216, Block 217, Block 218, Block 219,
 5    Block 220, Block 221, Block 222, Block 223, Block 224, Block
 6    225, Block 226, Block 227, Block 228, Block 229, Block 230,
 7    Block 231, Block 232, Block 233, Block 234, Block 235, Block
 8    236, Block 237, Block 238, Block 239, Block 240, Block 241,
 9    Block 242, Block 243, Block 244, Block 245, Block 246, Block
10    247, Block 248, Block 249, Block 250, Block 251, Block 252,
11    Block 253, Block 254, Block 255, Block 256, Block 257, Block
12    258, Block 259, Block 260, Block 261, Block 262, Block 263,
13    Block 264, Block 265, Block 267, Block 268, Block 269, Block
14    271, Block 272, Block 273, Block 274, Block 275, Block 276,
15    Block 277, Block 278, Block 279, Block 280, Block 281, Block
16    282, Block 283, Block 284, Block 285, Block 286, Block 287,
17    Block 288, Block 290, Block 291, Block 292.
18            District 5: Bullock County, Choctaw County, Clarke
19    County, Dallas County, Lowndes County, Marengo County, Monroe
20    County, Perry County, Pike County, Sumter County, Washington
21    County, Wilcox County, Autauga County: Tract 20100, Tract
22    20200, Tract 20600, Tract 20700, Tract 20801, Tract 20802,
23    Tract 20900, Tract 21000, Tract 21100, Tract 20300: Block
24    Group 2, Block Group 1: Block 0, Block 14, Block 15; Tract
25    20400: Block Group 1: Block 0; Tract 20500: Block Group 1:
</pre>

SOS000112

HB621

| | |
|---|---|
| 1 | Block 0, Block 1, Block 2, Block 3, Block 8, Block 9, Block |
| 2 | 10, Block 11, Block 12, Block 13, Block 14, Block 15, Block |
| 3 | 16, Block 17, Block 22, Block 23, Block 24, Block 25, Block |
| 4 | 26, Block 27, Block 28, Block 29, Block 30; Block Group 3: |
| 5 | Block 4, Block 6, Block 7, Block 11, Block 12, Block 13, Block |
| 6 | 14, Block 15, Block 16, Block 17, Block 18, Block 19, Block |
| 7 | 20; Elmore County: Tract 31300: Block Group 1: Block 33, Block |
| 8 | 34, Block 35, Block 36, Block 37, Block 46, Block 47, Block |
| 9 | 48, Block 49, Block 50, Block 51, Block 52, Block 53, Block |
| 10 | 54, Block 55, Block 56, Block 57, Block 58, Block 59, Block |
| 11 | 60, Block 61, Block 62, Block 63, Block 64, Block 65, Block |
| 12 | 74, Block 75, Block 76, Block 79, Block 80, Block 81, Block |
| 13 | 82, Block 83, Block 84, Block 85, Block 86, Block 87, Block |
| 14 | 88, Block 89, Block 90, Block 91, Block 92, Block 93, Block |
| 15 | 94, Block 95, Block 96, Block 97, Block 98, Block 99, Block |
| 16 | 100, Block 101, Block 102, Block 103, Block 104, Block 105, |
| 17 | Block 107, Block 108, Block 109, Block 110, Block 111, Block |
| 18 | 114, Block 115; Macon County: Tract 231400, Tract 231601, |
| 19 | Tract 231602, Tract 231603, Tract 231700, Tract 231800, Tract |
| 20 | 231900, Tract 232000, Tract 232100, Tract 232200, Tract |
| 21 | 232300, Tract 231500: Block Group 1, Block Group 3, Block |
| 22 | Group 2: Block 0, Block 1, Block 3, Block 4, Block 5, Block 6, |
| 23 | Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block |
| 24 | 13, Block 14, Block 15, Block 16, Block 17, Block 18, Block |
| 25 | 19, Block 20, Block 21, Block 22, Block 23, Block 24, Block |

SOS000113

HB621

| | |
|---|---|
| 1 | 25, Block 26, Block 27, Block 28, Block 29, Block 30, Block |
| 2 | 31, Block 32, Block 33, Block 34, Block 35, Block 36, Block |
| 3 | 37, Block 38, Block 39, Block 40, Block 41, Block 42, Block |
| 4 | 43, Block 44, Block 45, Block 46, Block 47, Block 48, Block |
| 5 | 49, Block 50, Block 51, Block 52, Block 53, Block 54, Block |
| 6 | 55, Block 56, Block 57, Block 58, Block 59, Block 60, Block |
| 7 | 61, Block 62, Block 63, Block 64, Block 65, Block 66, Block |
| 8 | 67, Block 68, Block 69, Block 70, Block 71, Block 72, Block |
| 9 | 73, Block 74, Block 75, Block 76, Block 77, Block 78, Block |
| 10 | 79, Block 80, Block 81, Block 82, Block 83, Block 84, Block |
| 11 | 85; Mobile County: Tract 200, Tract 401, Tract 402, Tract 500, |
| 12 | Tract 600, Tract 701, Tract 702, Tract 800, Tract 903, Tract |
| 13 | 1001, Tract 1002, Tract 1100, Tract 1200, Tract 1302, Tract |
| 14 | 1400, Tract 1501, Tract 1502, Tract 2100, Tract 2200, Tract |
| 15 | 2301, Tract 2302, Tract 2400, Tract 2900, Tract 3402, Tract |
| 16 | 3404, Tract 3405, Tract 3406, Tract 3408, Tract 3602, Tract |
| 17 | 3605, Tract 3608, Tract 3901, Tract 3902, Tract 4000, Tract |
| 18 | 4100, Tract 4800, Tract 4900, Tract 7500, Tract 7600, Tract |
| 19 | 7700, Tract 901: Block Group 2, Block Group 1: Block 47, Block |
| 20 | 48, Block 49; Tract 1800: Block Group 2: Block 0, Block 1, |
| 21 | Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, |
| 22 | Block 9, Block 10, Block 11, Block 12, Block 13, Block 15, |
| 23 | Block 16, Block 17, Block 18, Block 19, Block 20, Block 21, |
| 24 | Block 22, Block 23, Block 24, Block 25, Block 26, Block 27, |
| 25 | Block 28, Block 29; Tract 1901: Block Group 1: Block 0, Block |

SOS000114

HB621

```
 1    1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block
 2    8, Block 9, Block 14; Tract 1902: Block Group 1: Block 0,
 3    Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7,
 4    Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,
 5    Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,
 6    Block 20, Block 21, Block 22, Block 23, Block 24, Block 39,
 7    Block 40, Block 41, Block 43; Tract 2000: Block Group 1, Block
 8    Group 2: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5,
 9    Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block
10    12, Block 13, Block 14, Block 15, Block 16, Block 18, Block
11    19, Block 20, Block 21, Block 22, Block 23, Block 24, Block
12    25, Block 26, Block 46, Block 67, Block 68, Block 69, Block
13    72, Block 73, Block 74; Tract 2501: Block Group 1: Block 31;
14    Block Group 2: Block 28, Block 30, Block 31, Block 32, Block
15    33, Block 34; Block Group 3: Block 17, Block 18, Block 19,
16    Block 20, Block 21, Block 22, Block 23, Block 24, Block 25,
17    Block 31, Block 32, Block 34, Block 35, Block 36, Block 37,
18    Block 38, Block 39, Block 40, Block 41, Block 42, Block 43;
19    Tract 2600: Block Group 1, Block Group 2: Block 0, Block 1,
20    Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,
21    Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,
22    Block 15, Block 16, Block 17, Block 18, Block 20, Block 21,
23    Block 22, Block 23, Block 24; Block Group 3: Block 0, Block 1,
24    Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,
25    Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,
```

SOS000115

HB621

```
1     Block 15, Block 16, Block 17, Block 18, Block 19, Block 20,
2     Block 21, Block 22, Block 23, Block 24, Block 25, Block 26,
3     Block 27, Block 28, Block 29, Block 30, Block 31, Block 32,
4     Block 33, Block 34, Block 35, Block 36, Block 37, Block 38,
5     Block 39, Block 40, Block 41, Block 42, Block 43, Block 44,
6     Block 45, Block 46, Block 47, Block 48, Block 49, Block 50,
7     Block 51, Block 52, Block 53, Block 54, Block 55, Block 58;
8     Tract 2700: Block Group 1: Block 5, Block 6, Block 7, Block 8,
9     Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,
10    Block 15, Block 16, Block 17, Block 18, Block 56, Block 57,
11    Block 59; Tract 3000: Block Group 2: Block 17, Block 18, Block
12    19, Block 20, Block 22, Block 23, Block 117; Tract 3407: Block
13    Group 2: Block 10, Block 11, Block 40, Block 41, Block 42,
14    Block 43, Block 44, Block 45, Block 46, Block 47, Block 48,
15    Block 49, Block 50, Block 55, Block 56, Block 57, Block 61,
16    Block 67, Block 68; Block Group 3: Block 0, Block 1, Block 2,
17    Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9,
18    Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,
19    Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,
20    Block 23, Block 54, Block 55, Block 56, Block 58, Block 62,
21    Block 63, Block 64; Tract 3501: Block Group 1: Block 1, Block
22    2, Block 3, Block 4, Block 7, Block 8, Block 9, Block 10,
23    Block 11, Block 12, Block 13, Block 14, Block 15, Block 16,
24    Block 17, Block 18, Block 19, Block 34, Block 43, Block 44;
25    Block Group 2: Block 43; Tract 3800: Block Group 1: Block 0,
```

Page 40

SOS000116

HB621

| | |
|---|---|
| 1 | Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, |
| 2 | Block 8, Block 9, Block 10, Block 11, Block 12, Block 13, |
| 3 | Block 14, Block 15, Block 16, Block 17, Block 18, Block 19, |
| 4 | Block 20, Block 21, Block 22, Block 23, Block 24, Block 25, |
| 5 | Block 26, Block 27, Block 28, Block 29, Block 30, Block 31, |
| 6 | Block 32, Block 33, Block 34, Block 35, Block 36, Block 37, |
| 7 | Block 38, Block 39, Block 40, Block 41, Block 42, Block 43, |
| 8 | Block 44, Block 45, Block 46, Block 47, Block 48, Block 49, |
| 9 | Block 50, Block 51, Block 52, Block 53, Block 54, Block 55, |
| 10 | Block 56, Block 57, Block 58, Block 59, Block 60, Block 61, |
| 11 | Block 62, Block 63, Block 64, Block 65, Block 66, Block 67, |
| 12 | Block 68, Block 69, Block 70, Block 71, Block 72, Block 73, |
| 13 | Block 74, Block 75, Block 76, Block 77, Block 78, Block 79, |
| 14 | Block 80, Block 81, Block 82, Block 83, Block 84, Block 85, |
| 15 | Block 86, Block 87, Block 88, Block 89, Block 90, Block 91, |
| 16 | Block 92, Block 93, Block 94, Block 95, Block 96, Block 97, |
| 17 | Block 98, Block 99, Block 100, Block 101, Block 102, Block |
| 18 | 103, Block 104, Block 105, Block 106, Block 107, Block 108, |
| 19 | Block 109, Block 110, Block 111, Block 112, Block 113, Block |
| 20 | 114, Block 115, Block 116, Block 117, Block 118, Block 119, |
| 21 | Block 120, Block 121, Block 122, Block 123, Block 124, Block |
| 22 | 125, Block 126, Block 127, Block 128, Block 129, Block 130, |
| 23 | Block 131, Block 133, Block 134, Block 135, Block 136, Block |
| 24 | 137, Block 138, Block 139, Block 140, Block 141, Block 142, |
| 25 | Block 143, Block 144, Block 145, Block 146, Block 147, Block |

SOS000117

HB621

```
 1       148, Block 149, Block 150, Block 163, Block 165, Block 166,
 2       Block 167, Block 168, Block 169, Block 170, Block 171, Block
 3       172, Block 173, Block 174, Block 175, Block 176, Block 177,
 4       Block 178, Block 179, Block 180, Block 181, Block 182, Block
 5       183, Block 184, Block 185, Block 186, Block 187, Block 188,
 6       Block 189, Block 190, Block 191, Block 192, Block 193, Block
 7       194, Block 195, Block 196, Block 197, Block 198, Block 199,
 8       Block 200, Block 201, Block 202, Block 203, Block 204, Block
 9       217, Block 218, Block 219, Block 223, Block 224, Block 225,
10       Block 226, Block 227, Block 228, Block 229, Block 230, Block
11       231, Block 232, Block 233, Block 234, Block 235, Block 236,
12       Block 237, Block 238, Block 239, Block 240, Block 241, Block
13       242, Block 243, Block 244, Block 245, Block 246, Block 247,
14       Block 248, Block 249, Block 250, Block 251, Block 252, Block
15       253, Block 254, Block 255, Block 256, Block 257, Block 258,
16       Block 259, Block 260, Block 261, Block 262, Block 263, Block
17       264, Block 265, Block 266, Block 267, Block 268, Block 269,
18       Block 270, Block 271, Block 272, Block 273, Block 274, Block
19       275, Block 276, Block 277, Block 278, Block 279, Block 280,
20       Block 281, Block 282, Block 283, Block 284, Block 285, Block
21       286, Block 287, Block 288, Block 289, Block 290, Block 291,
22       Block 292, Block 293, Block 294, Block 295, Block 296, Block
23       297, Block 298, Block 299, Block 300, Block 301, Block 302,
24       Block 303, Block 304, Block 305, Block 306, Block 307, Block
25       308, Block 309, Block 310, Block 311, Block 312, Block 313,
```

SOS000118

HB621

```
1    Block 314, Block 315, Block 316, Block 317, Block 318, Block
2    319, Block 320, Block 321, Block 322, Block 323, Block 324,
3    Block 325, Block 326, Block 327, Block 328, Block 329, Block
4    330, Block 331, Block 332, Block 333, Block 334, Block 335,
5    Block 336, Block 337, Block 338, Block 339, Block 340, Block
6    341, Block 342, Block 343, Block 344, Block 345, Block 346,
7    Block 347, Block 348, Block 349, Block 350, Block 352, Block
8    353, Block 354, Block 355, Block 356, Block 357, Block 358;
9    Tract 5000: Block Group 1: Block 7, Block 8, Block 9, Block
10   15, Block 16; Block Group 2: Block 1, Block 2, Block 3, Block
11   4, Block 5, Block 6, Block 7, Block 8, Block 9, Block 10,
12   Block 11, Block 12, Block 13, Block 14, Block 15, Block 16,
13   Block 17, Block 18, Block 19, Block 20, Block 21, Block 22,
14   Block 23, Block 24, Block 25, Block 26, Block 27, Block 28,
15   Block 29, Block 30, Block 31, Block 32, Block 33, Block 34,
16   Block 35, Block 36, Block 37, Block 38, Block 39, Block 40;
17   Tract 5600: Block Group 1, Block Group 2: Block 0, Block 1,
18   Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,
19   Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,
20   Block 15, Block 16, Block 17, Block 18, Block 19, Block 20,
21   Block 21, Block 22, Block 23, Block 24, Block 25, Block 26,
22   Block 27, Block 28, Block 29, Block 30, Block 31, Block 32,
23   Block 33, Block 34, Block 35, Block 36, Block 37, Block 38,
24   Block 39, Block 40, Block 41, Block 42, Block 43, Block 44,
25   Block 45, Block 46, Block 47, Block 48, Block 49, Block 50,
```

SOS000119

HB621

1    Block 51, Block 52, Block 53, Block 54, Block 55, Block 56,

2    Block 57, Block 58, Block 59, Block 60, Block 61, Block 62,

3    Block 63, Block 64, Block 65, Block 66, Block 67, Block 68,

4    Block 69, Block 70, Block 71, Block 72, Block 73, Block 74,

5    Block 75, Block 76, Block 80, Block 86, Block 87, Block 90,

6    Block 91, Block 92; Block Group 3: Block 0, Block 1, Block 6,

7    Block 7, Block 8, Block 41, Block 42, Block 43, Block 46,

8    Block 47, Block 48, Block 49, Block 50, Block 51, Block 52,

9    Block 53, Block 54, Block 57, Block 58, Block 59, Block 60,

10   Block 61, Block 62, Block 63, Block 64, Block 72, Block 81,

11   Block 108, Block 109, Block 110, Block 112, Block 113, Block

12   114, Block 115, Block 116, Block 120, Block 121, Block 122,

13   Block 123, Block 124, Block 125, Block 143, Block 146, Block

14   147, Block 148, Block 152, Block 154, Block 155, Block 156,

15   Block 157, Block 158, Block 164, Block 165; Tract 5700: Block

16   Group 3, Block Group 1: Block 0, Block 1, Block 2, Block 3,

17   Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block

18   10, Block 11, Block 12, Block 13, Block 14, Block 15, Block

19   16, Block 17, Block 18, Block 19, Block 20, Block 21, Block

20   22, Block 23, Block 30, Block 31, Block 32, Block 33, Block

21   34, Block 35, Block 36, Block 37, Block 38, Block 50, Block

22   51, Block 52, Block 53, Block 54, Block 55, Block 58, Block

23   59, Block 60, Block 149; Block Group 2: Block 0, Block 1,

24   Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,

25   Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,

SOS000120

HB621

1    Block 15, Block 16, Block 17, Block 18, Block 19, Block 20,
2    Block 21, Block 22, Block 23, Block 24, Block 25, Block 26,
3    Block 27, Block 28, Block 29, Block 30, Block 31, Block 33,
4    Block 120, Block 121, Block 122, Block 123, Block 124, Block
5    126, Block 127, Block 128, Block 129, Block 130, Block 131,
6    Block 132, Block 133, Block 134, Block 135, Block 136, Block
7    137, Block 138, Block 139, Block 140, Block 141, Block 142,
8    Block 143, Block 144, Block 145, Block 146, Block 147, Block
9    148, Block 149, Block 150, Block 151, Block 152, Block 154,
10   Block 155, Block 156, Block 162, Block 201, Block 202; Tract
11   5800: Block Group 2, Block Group 3, Block Group 1: Block 0,
12   Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7,
13   Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,
14   Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,
15   Block 20, Block 21, Block 22, Block 23, Block 24, Block 25,
16   Block 26, Block 27, Block 28, Block 29, Block 30, Block 31,
17   Block 32, Block 33, Block 34, Block 35, Block 36, Block 37,
18   Block 38, Block 39, Block 40, Block 41, Block 42, Block 43,
19   Block 44, Block 45, Block 46, Block 47, Block 48, Block 49,
20   Block 50, Block 51, Block 52, Block 53, Block 54, Block 55,
21   Block 56, Block 57, Block 58, Block 59, Block 60, Block 61,
22   Block 62, Block 63, Block 64, Block 65, Block 66, Block 67,
23   Block 68, Block 69, Block 70, Block 71, Block 72, Block 73,
24   Block 74, Block 75, Block 76, Block 77, Block 78, Block 79,
25   Block 80, Block 81, Block 82, Block 83, Block 84, Block 85,

SOS000121

HB621

1    Block 86, Block 87, Block 88, Block 89, Block 90, Block 91,

2    Block 92, Block 93, Block 94, Block 95, Block 96, Block 97,

3    Block 98, Block 99, Block 100, Block 101, Block 102, Block

4    103, Block 104, Block 105, Block 106, Block 107, Block 108,

5    Block 109, Block 110, Block 111, Block 112, Block 113, Block

6    114, Block 115, Block 116, Block 117, Block 118, Block 119,

7    Block 120, Block 121, Block 122, Block 123, Block 124, Block

8    125, Block 126, Block 127, Block 128, Block 129, Block 130,

9    Block 131, Block 132, Block 133, Block 134, Block 135, Block

10   136, Block 137, Block 138, Block 139, Block 140, Block 141,

11   Block 142, Block 143, Block 144, Block 145, Block 146, Block

12   147, Block 148, Block 149, Block 150, Block 151, Block 152,

13   Block 153, Block 154, Block 155, Block 156, Block 157, Block

14   158, Block 159, Block 160, Block 161, Block 162, Block 163,

15   Block 164, Block 165, Block 166, Block 167, Block 168, Block

16   169, Block 170, Block 171, Block 182, Block 183, Block 184,

17   Block 185, Block 190, Block 202, Block 203, Block 204, Block

18   205, Block 206, Block 209, Block 212, Block 213, Block 214,

19   Block 215, Block 216, Block 217, Block 218, Block 221, Block

20   222, Block 223, Block 224, Block 228, Block 231, Block 232,

21   Block 240, Block 241, Block 242, Block 243, Block 244, Block

22   245, Block 246, Block 247, Block 248, Block 249, Block 250,

23   Block 251, Block 252, Block 253, Block 254, Block 255, Block

24   256, Block 257, Block 258, Block 259, Block 260, Block 261,

25   Block 262, Block 263, Block 264, Block 265, Block 266, Block

SOS000122

HB621

```
 1    267, Block 268, Block 269, Block 275, Block 276, Block 277,
 2    Block 278, Block 279, Block 280, Block 281, Block 282, Block
 3    283, Block 284, Block 285, Block 286, Block 287, Block 288,
 4    Block 289, Block 290, Block 291, Block 292, Block 293, Block
 5    294, Block 295, Block 296, Block 297, Block 298, Block 299,
 6    Block 300, Block 301, Block 302, Block 303, Block 304, Block
 7    305, Block 306, Block 307, Block 308, Block 309, Block 310,
 8    Block 311, Block 312, Block 314, Block 315, Block 316, Block
 9    317, Block 318, Block 319, Block 320, Block 321, Block 322,
10    Block 323, Block 324, Block 325, Block 326, Block 327, Block
11    362, Block 363, Block 364, Block 378, Block 380, Block 382,
12    Block 383, Block 384, Block 385, Block 386, Block 387, Block
13    388, Block 389, Block 390, Block 391, Block 392, Block 400,
14    Block 403, Block 404, Block 405, Block 406, Block 407, Block
15    408, Block 409, Block 410, Block 411, Block 412, Block 413,
16    Block 414, Block 415, Block 416, Block 417, Block 423, Block
17    424, Block 425, Block 426, Block 427, Block 428, Block 429,
18    Block 430, Block 431, Block 432, Block 433, Block 434, Block
19    435, Block 436, Block 437, Block 438, Block 439, Block 440,
20    Block 441, Block 442, Block 443, Block 444, Block 445, Block
21    446, Block 447, Block 456, Block 457, Block 458, Block 459,
22    Block 460, Block 461, Block 462, Block 467, Block 468, Block
23    469, Block 471, Block 472, Block 473, Block 475, Block 476,
24    Block 477, Block 479, Block 480, Block 481, Block 482, Block
25    483, Block 484, Block 485, Block 486, Block 487, Block 488,
```

SOS000123

HB621

```
 1      Block 489; Tract 6102: Block Group 1: Block 92; Tract 6103:

 2      Block Group 2, Block Group 1: Block 0, Block 1, Block 2, Block

 3      3, Block 4, Block 7, Block 8, Block 9, Block 10, Block 11,

 4      Block 12, Block 13, Block 14, Block 15, Block 16, Block 17,

 5      Block 18, Block 19, Block 20, Block 21, Block 22, Block 23,

 6      Block 24, Block 25, Block 26, Block 27, Block 29, Block 30,

 7      Block 31, Block 32, Block 33, Block 34, Block 35, Block 36,

 8      Block 37, Block 38, Block 39, Block 40, Block 41, Block 42,

 9      Block 43, Block 44, Block 45; Tract 6105: Block Group 1: Block

10      103, Block 106, Block 107, Block 108, Block 109, Block 110,

11      Block 111, Block 112, Block 113, Block 114, Block 115, Block

12      117, Block 119, Block 120, Block 121, Block 122, Block 123,

13      Block 124, Block 125, Block 126, Block 127; Tract 7400: Block

14      Group 1, Block Group 2: Block 0, Block 1, Block 3, Block 4,

15      Block 5, Block 6, Block 8, Block 9, Block 26, Block 27, Block

16      28, Block 29, Block 30, Block 31, Block 32; Tract 990000:

17      Block Group 0: Block 1, Block 2, Block 3; Montgomery County:

18      Tract 100, Tract 200, Tract 300, Tract 400, Tract 500, Tract

19      600, Tract 700, Tract 900, Tract 1000, Tract 1100, Tract 1200,

20      Tract 1300, Tract 1400, Tract 1500, Tract 1600, Tract 1800,

21      Tract 2000, Tract 2100, Tract 2201, Tract 2202, Tract 2300,

22      Tract 2400, Tract 2500, Tract 2800, Tract 2900, Tract 3000,

23      Tract 3100, Tract 3200, Tract 5102, Tract 5302, Tract 5402,

24      Tract 5403, Tract 5501, Tract 5502, Tract 5504, Tract 5603,

25      Tract 5604, Tract 5605, Tract 5606, Tract 5607, Tract 5608,
```

SOS000124

HB621

1    Tract 5609, Tract 5610, Tract 5611, Tract 5612, Tract 5700,

2    Tract 5800, Tract 5901, Tract 5902, Tract 6000, Tract 6100,

3    Tract 1700: Block Group 5: Block 1; Tract 2600: Block Group 4:

4    Block 0, Block 9, Block 12, Block 13, Block 14; Tract 2700:

5    Block Group 2: Block 5, Block 11; Block Group 4: Block 3,

6    Block 7; Tract 3301: Block Group 1, Block Group 4, Block Group

7    2: Block 0, Block 1, Block 2, Block 3, Block 4, Block 6, Block

8    9, Block 15; Tract 3302: Block Group 3, Block Group 4; Tract

9    5101: Block Group 2, Block Group 3, Block Group 4, Block Group

10    1: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block

11    6, Block 7, Block 8, Block 9, Block 10, Block 11, Block 12,

12    Block 13, Block 14, Block 15, Block 16, Block 17, Block 18,

13    Block 19, Block 20, Block 21, Block 22, Block 23, Block 24,

14    Block 25, Block 27, Block 28, Block 29, Block 30, Block 31,

15    Block 32, Block 33, Block 34, Block 35, Block 36, Block 37,

16    Block 38, Block 39, Block 40, Block 41, Block 42, Block 43,

17    Block 44, Block 45, Block 46, Block 47, Block 48; Tract 5301:

18    Block Group 1: Block 0, Block 1, Block 2, Block 3, Block 4,

19    Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block

20    11, Block 12, Block 13, Block 14, Block 15, Block 16, Block

21    17, Block 18, Block 19, Block 20, Block 21, Block 22, Block

22    23, Block 24, Block 25, Block 26, Block 27, Block 28, Block

23    29, Block 30, Block 31, Block 32, Block 39, Block 40, Block

24    41, Block 42, Block 43, Block 44, Block 45; Tract 5408: Block

25    Group 1: Block 3, Block 11, Block 41, Block 43; Tract 5503:

SOS000125

HB621

1      Block Group 1, Block Group 3, Block Group 2: Block 0, Block 1,

2      Block 2, Block 3, Block 4, Block 5, Block 6, Block 12, Block

3      15, Block 16, Block 17, Block 18, Block 19, Block 25, Block

4      26, Block 27, Block 30, Block 31, Block 32, Block 33, Block

5      34, Block 35, Block 36, Block 37, Block 38, Block 39, Block

6      40.

7             District 6: Blount County, Calhoun County, Cherokee

8      County, Cullman County, Morgan County, St Clair County, DeKalb

9      County: Tract 961000, Tract 960800: Block Group 1: Block 38,

10     Block 64, Block 65, Block 66, Block 67, Block 68, Block 69,

11     Block 70, Block 71, Block 72, Block 73, Block 74, Block 75,

12     Block 76, Block 77, Block 78, Block 79, Block 80, Block 84,

13     Block 85, Block 86, Block 87; Block Group 2: Block 47, Block

14     49, Block 51, Block 52, Block 53, Block 54, Block 55, Block

15     56, Block 57, Block 58, Block 59, Block 100, Block 101, Block

16     102, Block 103, Block 106; Block Group 3: Block 0, Block 1,

17     Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,

18     Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,

19     Block 15, Block 16, Block 17, Block 18, Block 19, Block 20,

20     Block 21, Block 22, Block 23, Block 24, Block 25, Block 26,

21     Block 27, Block 28, Block 29, Block 30, Block 31, Block 32,

22     Block 33, Block 34, Block 35, Block 36, Block 37, Block 38,

23     Block 39, Block 40, Block 41, Block 42, Block 43, Block 44,

24     Block 45, Block 46, Block 47, Block 48, Block 49, Block 50,

25     Block 51, Block 52, Block 53, Block 54, Block 55, Block 56,

SOS000126

HB621

| | |
|---|---|
| 1 | Block 57, Block 58, Block 59, Block 60, Block 61, Block 62, |
| 2 | Block 63, Block 64, Block 65, Block 66, Block 67, Block 68, |
| 3 | Block 69, Block 70, Block 71, Block 72, Block 73, Block 74, |
| 4 | Block 75, Block 76, Block 77, Block 78, Block 79, Block 80, |
| 5 | Block 81, Block 82, Block 83, Block 84, Block 85, Block 86, |
| 6 | Block 87, Block 88, Block 89, Block 90, Block 91, Block 92, |
| 7 | Block 93, Block 94, Block 95, Block 96, Block 97, Block 98, |
| 8 | Block 99, Block 100, Block 101, Block 102, Block 103, Block |
| 9 | 104, Block 105, Block 106, Block 107, Block 108, Block 109, |
| 10 | Block 110, Block 111, Block 112, Block 113, Block 114, Block |
| 11 | 115, Block 116, Block 117, Block 118, Block 119, Block 120, |
| 12 | Block 121, Block 122, Block 123, Block 124, Block 125, Block |
| 13 | 126, Block 127, Block 128, Block 129, Block 130, Block 131, |
| 14 | Block 132, Block 133, Block 134, Block 135, Block 136, Block |
| 15 | 137, Block 138, Block 139, Block 140, Block 141, Block 142, |
| 16 | Block 143, Block 144, Block 145, Block 146, Block 147, Block |
| 17 | 148, Block 149, Block 150, Block 152, Block 165, Block 171, |
| 18 | Block 172, Block 173, Block 174, Block 175, Block 176, Block |
| 19 | 177, Block 178; Tract 960900: Block Group 2, Block Group 1: |
| 20 | Block 37, Block 38, Block 39, Block 40, Block 41, Block 42, |
| 21 | Block 43, Block 44, Block 45, Block 48, Block 65, Block 66, |
| 22 | Block 67, Block 68, Block 69, Block 70, Block 71, Block 72, |
| 23 | Block 73, Block 74, Block 75, Block 76, Block 77, Block 78, |
| 24 | Block 79, Block 80, Block 81, Block 82, Block 83, Block 84, |
| 25 | Block 85, Block 86, Block 87, Block 88, Block 89, Block 90, |

SOS000127

HB621

1  Block 91, Block 92, Block 93, Block 94, Block 95, Block 96,

2  Block 97, Block 98, Block 99, Block 100, Block 101, Block 102,

3  Block 103; Block Group 3: Block 36, Block 37, Block 38, Block

4  39, Block 40, Block 41, Block 42, Block 43, Block 44, Block

5  45, Block 46, Block 47, Block 48, Block 49, Block 50, Block

6  51, Block 52, Block 55, Block 56, Block 57, Block 66, Block

7  67, Block 68, Block 69, Block 71, Block 72, Block 73; Block

8  Group 4: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5,

9  Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block

10  12, Block 13, Block 14, Block 15, Block 16, Block 17, Block

11  18, Block 19, Block 20, Block 21, Block 22, Block 23, Block

12  24, Block 25, Block 26, Block 27, Block 28, Block 29, Block

13  30, Block 31, Block 32, Block 33, Block 34, Block 35, Block

14  39, Block 40, Block 41, Block 42, Block 43, Block 44, Block

15  45, Block 46, Block 47, Block 48, Block 49, Block 50, Block

16  51, Block 52, Block 53, Block 54, Block 55; Tract 961100:

17  Block Group 1: Block 0, Block 1, Block 2, Block 3, Block 4,

18  Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block

19  11, Block 12, Block 13, Block 14, Block 15, Block 16, Block

20  17, Block 18, Block 19, Block 21, Block 22, Block 23, Block

21  24, Block 25, Block 26, Block 27, Block 28, Block 29, Block

22  30, Block 31, Block 32, Block 33, Block 34, Block 35, Block

23  36, Block 37, Block 38, Block 39, Block 40, Block 41, Block

24  42, Block 43, Block 44, Block 45, Block 46, Block 47, Block

25  48, Block 49, Block 50, Block 51, Block 52, Block 53, Block

SOS000128

HB621

```
 1    54, Block 55, Block 56, Block 57, Block 58, Block 59, Block
 2    60, Block 61, Block 62, Block 63, Block 64, Block 65, Block
 3    66, Block 67, Block 68, Block 69, Block 70, Block 71, Block
 4    72, Block 73, Block 74, Block 75, Block 76, Block 77, Block
 5    78, Block 79, Block 80, Block 81, Block 82, Block 83, Block
 6    84, Block 85, Block 86, Block 87, Block 88, Block 89, Block
 7    90, Block 91, Block 92, Block 93, Block 94, Block 95, Block
 8    96, Block 97; Block Group 2: Block 1, Block 2, Block 3, Block
 9    4, Block 5, Block 6, Block 7, Block 8, Block 9, Block 10,
10    Block 11, Block 12, Block 13, Block 14, Block 15, Block 18,
11    Block 19, Block 20, Block 21, Block 22, Block 23, Block 24,
12    Block 25, Block 26, Block 27, Block 28, Block 29, Block 30,
13    Block 31, Block 32, Block 33, Block 34, Block 35, Block 36,
14    Block 37, Block 38, Block 39, Block 40, Block 41, Block 42,
15    Block 43, Block 44, Block 45, Block 46, Block 47, Block 48,
16    Block 49, Block 50, Block 51, Block 52, Block 53, Block 54,
17    Block 55, Block 56, Block 57, Block 58, Block 59, Block 60,
18    Block 61, Block 62, Block 63, Block 64, Block 65, Block 66,
19    Block 67, Block 68; Tract 961200: Block Group 1: Block 46,
20    Block 47, Block 48, Block 49, Block 50, Block 51, Block 52,
21    Block 53, Block 54, Block 55, Block 56, Block 57, Block 58,
22    Block 59, Block 60, Block 61, Block 62, Block 63, Block 64,
23    Block 65, Block 66, Block 67, Block 68, Block 69, Block 70,
24    Block 73, Block 81; Block Group 2: Block 4, Block 5, Block 6,
25    Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block
```

Page 53

HB621

1    13, Block 14, Block 15, Block 16, Block 17, Block 18, Block
2    19, Block 20, Block 21, Block 22, Block 23, Block 24, Block
3    25, Block 26, Block 27, Block 28, Block 29, Block 30, Block
4    31, Block 32, Block 33, Block 34, Block 35, Block 36, Block
5    37, Block 38, Block 39, Block 40, Block 41, Block 42, Block
6    43, Block 44, Block 45, Block 46, Block 47, Block 48, Block
7    49, Block 50, Block 51, Block 52, Block 53, Block 54, Block
8    55, Block 56, Block 57, Block 58, Block 59, Block 60, Block
9    61, Block 62, Block 63, Block 66, Block 67; Tract 961300:
10   Block Group 2, Block Group 3, Block Group 4, Block Group 5,
11   Block Group 1: Block 0, Block 2, Block 3, Block 4, Block 5,
12   Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block
13   12, Block 13, Block 14, Block 15, Block 16, Block 17, Block
14   18, Block 19, Block 20, Block 21, Block 22, Block 23, Block
15   24, Block 25, Block 26, Block 27, Block 28, Block 29, Block
16   30, Block 31, Block 32, Block 33, Block 34, Block 35, Block
17   36, Block 37, Block 38, Block 39, Block 40, Block 41, Block
18   42, Block 43, Block 44, Block 45, Block 46, Block 47, Block
19   48, Block 49, Block 50, Block 51, Block 52, Block 53, Block
20   54, Block 55, Block 56, Block 57, Block 58, Block 59, Block
21   60, Block 61, Block 62, Block 63; Tract 961400: Block Group 2:
22   Block 153, Block 154, Block 180; Block Group 3: Block 56,
23   Block 57, Block 58, Block 61, Block 70, Block 81, Block 87,
24   Block 100, Block 101, Block 102, Block 104; Limestone County:
25   Tract 21100: Block Group 4: Block 177, Block 178, Block 179,

Page 54

SOS000130

HB621

```
 1     Block 180, Block 181, Block 182, Block 211, Block 212, Block
 2     213, Block 214, Block 217, Block 218, Block 219, Block 222,
 3     Block 223, Block 224, Block 226; Tract 21200: Block Group 3:
 4     Block 182, Block 183, Block 184, Block 185, Block 186, Block
 5     188, Block 189, Block 190, Block 191, Block 192, Block 193,
 6     Block 194, Block 195, Block 196, Block 198, Block 199, Block
 7     200, Block 201, Block 202, Block 203, Block 206, Block 207,
 8     Block 208, Block 275, Block 276, Block 277, Block 278, Block
 9     288, Block 382, Block 403, Block 405, Block 406; Marshall
10     County: Tract 30100, Tract 30201, Tract 30300, Tract 30401,
11     Tract 30402, Tract 30500, Tract 30600, Tract 30701, Tract
12     30702, Tract 30801, Tract 30802, Tract 30902, Tract 30903,
13     Tract 30904, Tract 31000, Tract 31100, Tract 31200, Tract
14     30202: Block Group 2, Block Group 3, Block Group 4, Block
15     Group 1: Block 0, Block 1, Block 2, Block 3, Block 6, Block 7,
16     Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,
17     Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,
18     Block 20, Block 21, Block 22, Block 23, Block 24, Block 25,
19     Block 26, Block 27, Block 28, Block 29, Block 30, Block 31,
20     Block 32, Block 33, Block 34, Block 35, Block 36, Block 37,
21     Block 38, Block 39, Block 40, Block 41, Block 42, Block 43,
22     Block 44, Block 45, Block 46, Block 47, Block 48, Block 49,
23     Block 50, Block 51, Block 52, Block 53, Block 54, Block 55,
24     Block 56, Block 57, Block 58, Block 59, Block 60, Block 61,
25     Block 62, Block 63.
```

SOS000131

HB621

1        District 7: Colbert County, Fayette County, Franklin
2     County, Lamar County, Lauderdale County, Lawrence County,
3     Marion County, Walker County, Winston County, Jefferson
4     County: Tract 10803, Tract 10805, Tract 11001, Tract 11002,
5     Tract 11107, Tract 11108, Tract 11109, Tract 11110, Tract
6     11111, Tract 11205, Tract 11206, Tract 11207, Tract 11208,
7     Tract 11301, Tract 11302, Tract 11400, Tract 11500, Tract
8     11600, Tract 11704, Tract 11705, Tract 11706, Tract 12200,
9     Tract 12701, Tract 12703, Tract 12704, Tract 2303: Block Group
10    3: Block 8, Block 9, Block 10, Block 11, Block 18, Block 19,
11    Block 20, Block 21, Block 22; Block Group 4: Block 40, Block
12    41, Block 42, Block 43, Block 45, Block 46, Block 47; Tract
13    2306: Block Group 2: Block 17, Block 20, Block 25; Tract 4702:
14    Block Group 2: Block 57; Tract 5600: Block Group 1, Block
15    Group 2, Block Group 3, Block Group 4: Block 3, Block 4, Block
16    5, Block 6; Tract 5903: Block Group 1: Block 28, Block 31,
17    Block 32, Block 33, Block 44; Tract 10801: Block Group 1,
18    Block Group 2, Block Group 5, Block Group 3: Block 5; Block
19    Group 4: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5,
20    Block 6, Block 7, Block 8, Block 11; Tract 10802: Block Group
21    1, Block Group 2: Block 0, Block 1, Block 2, Block 3, Block 4,
22    Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block
23    11, Block 12, Block 64, Block 65, Block 66, Block 67, Block
24    68, Block 69, Block 70, Block 71, Block 72, Block 73, Block
25    78, Block 97; Tract 10804: Block Group 1: Block 2, Block 4,

SOS000132

HB621

| | |
|---|---|
| 1 | Block 9, Block 10, Block 12, Block 13, Block 14, Block 15, |
| 2 | Block 16, Block 17, Block 18, Block 19, Block 20, Block 21, |
| 3 | Block 22, Block 23, Block 24, Block 25, Block 26, Block 31, |
| 4 | Block 34, Block 36, Block 47, Block 51, Block 52, Block 53, |
| 5 | Block 54, Block 55, Block 56, Block 57, Block 58, Block 59, |
| 6 | Block 60, Block 62, Block 63, Block 64, Block 65, Block 66, |
| 7 | Block 67, Block 68; Tract 11104: Block Group 4, Block Group 5, |
| 8 | Block Group 1: Block 0, Block 1, Block 2, Block 3, Block 4, |
| 9 | Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block |
| 10 | 11, Block 12, Block 13, Block 14, Block 15, Block 16, Block |
| 11 | 17, Block 18, Block 19, Block 20, Block 21, Block 22, Block |
| 12 | 23, Block 24, Block 25, Block 27, Block 31; Block Group 2: |
| 13 | Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, |
| 14 | Block 7, Block 8, Block 9, Block 10, Block 11, Block 13, Block |
| 15 | 14, Block 15, Block 16, Block 17, Block 18, Block 19; Block |
| 16 | Group 3: Block 6, Block 7, Block 8, Block 9; Block Group 6: |
| 17 | Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, |
| 18 | Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block |
| 19 | 13, Block 14, Block 15, Block 16, Block 17, Block 18, Block |
| 20 | 19, Block 20, Block 21, Block 22, Block 23, Block 24, Block |
| 21 | 26, Block 27, Block 28, Block 29, Block 30, Block 32, Block |
| 22 | 33, Block 34, Block 35, Block 36, Block 37, Block 38, Block |
| 23 | 39, Block 40, Block 41, Block 42, Block 43, Block 44, Block |
| 24 | 45, Block 46, Block 47, Block 48, Block 49, Block 50, Block |
| 25 | 51, Block 52, Block 53, Block 54; Tract 11209: Block Group 1: |

SOS000133

HB621

1    Block 0, Block 20, Block 21, Block 22, Block 23, Block 24,

2    Block 26, Block 38, Block 39, Block 40, Block 50, Block 52,

3    Block 53, Block 56, Block 57, Block 58, Block 59, Block 60,

4    Block 62; Tract 11210: Block Group 2, Block Group 1: Block 0,

5    Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7,

6    Block 8, Block 9, Block 10, Block 11, Block 12, Block 13,

7    Block 14, Block 15, Block 16, Block 17, Block 18, Block 19,

8    Block 20, Block 21, Block 22, Block 23, Block 24, Block 25,

9    Block 26, Block 27, Block 28, Block 29, Block 30, Block 31,

10   Block 32, Block 33, Block 34, Block 37, Block 38, Block 39,

11   Block 40, Block 41, Block 48, Block 49, Block 53, Block 54,

12   Block 56, Block 57, Block 58, Block 59, Block 60, Block 61,

13   Block 62, Block 63, Block 64, Block 65, Block 66; Tract 11703:

14   Block Group 1, Block Group 2, Block Group 3, Block Group 4:

15   Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6,

16   Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block

17   13, Block 14, Block 15, Block 16, Block 17, Block 18, Block

18   19, Block 20, Block 21, Block 22, Block 23, Block 24, Block

19   25, Block 26, Block 27, Block 28, Block 29, Block 30, Block

20   31, Block 32, Block 33, Block 34, Block 35, Block 36, Block

21   37, Block 38, Block 39, Block 40, Block 41, Block 42, Block

22   43, Block 44, Block 45, Block 46, Block 47, Block 48, Block

23   49, Block 50, Block 51, Block 52, Block 53, Block 54, Block

24   55, Block 60, Block 70, Block 72, Block 73, Block 74, Block

25   75, Block 76, Block 77, Block 78; Tract 11802: Block Group 4;

Page 58

SOS000134

HB621

1    Tract 11901: Block Group 1, Block Group 2; Tract 12001: Block

2    Group 2: Block 0, Block 1, Block 2, Block 3, Block 5, Block 7,

3    Block 8, Block 9, Block 10, Block 12, Block 13, Block 14,

4    Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,

5    Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,

6    Block 28, Block 29, Block 30, Block 31, Block 32, Block 33,

7    Block 34, Block 35, Block 36, Block 37, Block 38, Block 39,

8    Block 40, Block 41, Block 42, Block 43, Block 44, Block 45,

9    Block 46, Block 47, Block 48, Block 49, Block 50, Block 52,

10    Block 53, Block 54, Block 55, Block 56, Block 57, Block 58,

11    Block 59, Block 60, Block 61, Block 62, Block 63, Block 64,

12    Block 65, Block 66, Block 67, Block 68, Block 69, Block 70,

13    Block 71, Block 72, Block 73, Block 74, Block 76, Block 77,

14    Block 78, Block 79, Block 84, Block 85, Block 87, Block 88,

15    Block 89, Block 90, Block 91, Block 97, Block 98, Block 99,

16    Block 100, Block 121; Tract 12002: Block Group 1: Block 0,

17    Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 8,

18    Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,

19    Block 15, Block 16, Block 17, Block 24, Block 25; Block Group

20    2: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block

21    6, Block 7, Block 8, Block 9, Block 10, Block 11, Block 12,

22    Block 13, Block 14, Block 15, Block 16, Block 17, Block 18,

23    Block 19, Block 20, Block 21, Block 22, Block 23, Block 24,

24    Block 25, Block 26, Block 27, Block 28, Block 29, Block 30,

25    Block 31, Block 32, Block 33, Block 34, Block 35, Block 36,

SOS000135

HB621

| | |
|---|---|
| 1 | Block 37, Block 38, Block 39, Block 40, Block 41, Block 42, |
| 2 | Block 43, Block 44, Block 45, Block 46, Block 47, Block 48, |
| 3 | Block 49, Block 50, Block 51, Block 52, Block 53, Block 54, |
| 4 | Block 55, Block 57, Block 58, Block 59, Block 60, Block 61, |
| 5 | Block 62, Block 63, Block 64, Block 65, Block 66, Block 67, |
| 6 | Block 68, Block 69, Block 70, Block 71, Block 72, Block 73, |
| 7 | Block 74, Block 75, Block 76, Block 77, Block 78, Block 79, |
| 8 | Block 80, Block 81, Block 82, Block 83, Block 84, Block 85, |
| 9 | Block 86, Block 87, Block 88, Block 89, Block 90, Block 91, |
| 10 | Block 92, Block 97; Block Group 4: Block 0, Block 1, Block 2, |
| 11 | Block 3, Block 4, Block 5, Block 6, Block 8, Block 9, Block |
| 12 | 10, Block 23, Block 24, Block 33, Block 84, Block 85, Block |
| 13 | 86; Tract 12103: Block Group 3, Block Group 2: Block 0, Block |
| 14 | 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block |
| 15 | 8, Block 9, Block 10, Block 11, Block 13, Block 14, Block 15, |
| 16 | Block 16, Block 17, Block 31, Block 32, Block 33, Block 36, |
| 17 | Block 37, Block 40, Block 52, Block 53, Block 54, Block 55, |
| 18 | Block 56, Block 57, Block 92, Block 96, Block 97; Block Group |
| 19 | 4: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block |
| 20 | 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, |
| 21 | Block 13, Block 14, Block 15, Block 16, Block 17, Block 18, |
| 22 | Block 19, Block 20, Block 21, Block 22, Block 23, Block 24, |
| 23 | Block 25, Block 26, Block 27, Block 28, Block 29, Block 30, |
| 24 | Block 31, Block 32, Block 33, Block 34, Block 35, Block 36, |
| 25 | Block 37, Block 38, Block 39, Block 40, Block 41, Block 42, |

SOS000136

HB621

1    Block 43, Block 44, Block 45, Block 46, Block 47, Block 48,

2    Block 49, Block 50, Block 51, Block 52, Block 53, Block 54,

3    Block 55, Block 56, Block 57, Block 58, Block 59, Block 60,

4    Block 61, Block 62, Block 63, Block 67, Block 68, Block 71,

5    Block 72; Block Group 5: Block 0, Block 1, Block 2, Block 3,

6    Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block

7    10, Block 11, Block 12, Block 13, Block 14, Block 15, Block

8    16, Block 17, Block 18, Block 19, Block 21, Block 22, Block

9    23, Block 24; Tract 12104: Block Group 1: Block 0, Block 1,

10   Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,

11   Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,

12   Block 15, Block 16, Block 17, Block 18, Block 19, Block 20,

13   Block 21, Block 22, Block 23, Block 24, Block 25, Block 26,

14   Block 27, Block 28, Block 29, Block 30, Block 31, Block 32,

15   Block 33, Block 34, Block 35, Block 36, Block 37, Block 38,

16   Block 39, Block 40, Block 41, Block 42, Block 43, Block 44,

17   Block 45, Block 46, Block 47, Block 48, Block 49, Block 50,

18   Block 51, Block 52, Block 53, Block 54, Block 55, Block 56,

19   Block 57, Block 58, Block 59, Block 60, Block 61, Block 62,

20   Block 63, Block 64, Block 65, Block 66, Block 67, Block 68,

21   Block 69, Block 70, Block 71, Block 72, Block 73, Block 74,

22   Block 75, Block 76, Block 77, Block 78, Block 79, Block 80,

23   Block 81, Block 82, Block 83, Block 84, Block 85, Block 86,

24   Block 87, Block 88, Block 89, Block 90, Block 91, Block 92,

25   Block 93, Block 94, Block 95, Block 96, Block 97, Block 98,

SOS000137

HB621

1   Block 99, Block 100, Block 101, Block 102, Block 103, Block
2   104, Block 105, Block 106, Block 107, Block 108, Block 109,
3   Block 110, Block 111, Block 112, Block 113, Block 114, Block
4   115, Block 116, Block 117, Block 118, Block 119, Block 120,
5   Block 121, Block 122, Block 123, Block 124, Block 125, Block
6   126, Block 127, Block 128, Block 129, Block 130, Block 131,
7   Block 132, Block 133, Block 134, Block 135, Block 136, Block
8   137, Block 138, Block 139, Block 140, Block 141, Block 142,
9   Block 143, Block 144, Block 145, Block 146, Block 147, Block
10  148, Block 149, Block 150, Block 151, Block 152, Block 153,
11  Block 154, Block 158, Block 159, Block 161, Block 162, Block
12  163, Block 164, Block 165, Block 166, Block 167, Block 170,
13  Block 171, Block 172, Block 173, Block 174, Block 175, Block
14  176, Block 177, Block 178, Block 180, Block 181, Block 182,
15  Block 183, Block 184, Block 185, Block 186, Block 187, Block
16  188, Block 189; Block Group 2: Block 0, Block 1, Block 4;
17  Tract 12302: Block Group 2, Block Group 1: Block 0, Block 1,
18  Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,
19  Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,
20  Block 15, Block 16, Block 17, Block 18, Block 19, Block 53,
21  Block 54, Block 69, Block 124, Block 125; Tract 12403: Block
22  Group 2: Block 31; Block Group 4: Block 0, Block 1, Block 2,
23  Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9,
24  Block 10, Block 11, Block 12, Block 14, Block 15, Block 18,
25  Block 19, Block 20, Block 21, Block 22, Block 23, Block 24,

SOS000138

HB621

| | |
|---|---|
| 1 | Block 26, Block 27, Block 28, Block 29, Block 35, Block 37, |
| 2 | Block 39, Block 40, Block 44, Block 45, Block 47, Block 50; |
| 3 | Tract 12602: Block Group 2, Block Group 1: Block 1, Block 2, |
| 4 | Block 3, Block 4, Block 6, Block 7, Block 8, Block 9, Block |
| 5 | 10, Block 11, Block 12, Block 13, Block 14, Block 15, Block |
| 6 | 16, Block 17, Block 18, Block 19, Block 20, Block 21, Block |
| 7 | 22, Block 23, Block 24, Block 25, Block 26, Block 27, Block |
| 8 | 28, Block 29, Block 30, Block 31, Block 32, Block 33, Block |
| 9 | 34, Block 35, Block 36, Block 37, Block 38, Block 39, Block |
| 10 | 40, Block 41, Block 42, Block 43, Block 44, Block 45, Block |
| 11 | 46, Block 47, Block 48, Block 49, Block 50, Block 51, Block |
| 12 | 52, Block 53, Block 54, Block 55; Block Group 4: Block 0, |
| 13 | Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, |
| 14 | Block 8, Block 9, Block 10, Block 12, Block 13, Block 24, |
| 15 | Block 25, Block 26, Block 27, Block 28, Block 29, Block 46, |
| 16 | Block 49, Block 51, Block 52, Block 133; Tract 12802: Block |
| 17 | Group 1: Block 16, Block 17; Block Group 2: Block 4, Block 5, |
| 18 | Block 6, Block 7, Block 8, Block 9; Block Group 3: Block 2, |
| 19 | Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, |
| 20 | Block 11, Block 12, Block 13, Block 14, Block 15, Block 16, |
| 21 | Block 17, Block 18, Block 19, Block 20; Tract 12803: Block |
| 22 | Group 1: Block 33, Block 39; Block Group 4: Block 0, Block 1, |
| 23 | Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, |
| 24 | Block 9, Block 10, Block 11, Block 12, Block 13, Block 14, |
| 25 | Block 15, Block 16, Block 18; Tract 12911: Block Group 2: |

SOS000139

HB621

| | |
|---|---|
| 1 | Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, |
| 2 | Block 7, Block 8, Block 11, Block 12, Block 13, Block 14, |
| 3 | Block 15, Block 16, Block 17, Block 18, Block 19, Block 20, |
| 4 | Block 21, Block 22, Block 23, Block 25, Block 26, Block 28, |
| 5 | Block 31; Block Group 3: Block 0, Block 1, Block 2, Block 3; |
| 6 | Block Group 4: Block 0; Tract 14001: Block Group 1: Block 1, |
| 7 | Block 2, Block 4, Block 6, Block 7, Block 12, Block 13, Block |
| 8 | 14, Block 15, Block 16, Block 17, Block 18, Block 19, Block |
| 9 | 20, Block 24, Block 25; Block Group 3: Block 3, Block 4, Block |
| 10 | 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, |
| 11 | Block 12, Block 13, Block 14, Block 16, Block 17, Block 18, |
| 12 | Block 19; Tract 14102: Block Group 3, Block Group 4, Block |
| 13 | Group 1: Block 2, Block 4, Block 5, Block 6, Block 8, Block |
| 14 | 10, Block 11, Block 16, Block 17, Block 18, Block 19, Block |
| 15 | 20, Block 21, Block 22, Block 23, Block 24, Block 25, Block |
| 16 | 27, Block 29, Block 30, Block 31, Block 32, Block 33, Block |
| 17 | 34, Block 35, Block 36, Block 37, Block 38, Block 39, Block |
| 18 | 40, Block 41, Block 42, Block 43, Block 44, Block 45, Block |
| 19 | 46, Block 47, Block 48, Block 49, Block 50, Block 51, Block |
| 20 | 52, Block 53, Block 54, Block 55, Block 56, Block 57, Block |
| 21 | 58, Block 59, Block 60, Block 61, Block 70, Block 71, Block |
| 22 | 72, Block 73, Block 74, Block 75, Block 77, Block 78, Block |
| 23 | 79, Block 80, Block 81, Block 82, Block 83, Block 84, Block |
| 24 | 85, Block 87, Block 88, Block 89, Block 90, Block 91, Block |
| 25 | 92, Block 93, Block 94, Block 95, Block 96, Block 97, Block |

Page 64

SOS000140

HB621

1   98, Block 99, Block 100, Block 104, Block 109, Block 114,

2   Block 115, Block 116, Block 117, Block 118, Block 119, Block

3   120, Block 121, Block 122, Block 123, Block 124, Block 125,

4   Block 126, Block 127, Block 128, Block 129, Block 130, Block

5   135, Block 136, Block 137, Block 138, Block 140, Block 141,

6   Block 142, Block 143, Block 145, Block 146, Block 147, Block

7   149, Block 150, Block 151; Limestone County: Tract 20201,

8   Tract 20202, Tract 20300, Tract 20401, Tract 20402, Tract

9   21100: Block Group 1, Block Group 2, Block Group 3, Block

10  Group 4: Block 193, Block 243; Tract 21200: Block Group 3:

11  Block 187, Block 204, Block 205, Block 209, Block 210;

12  Tuscaloosa County: Tract 10102, Tract 10103, Tract 10201,

13  Tract 10203, Tract 10202: Block Group 1; Tract 10301: Block

14  Group 1; Tract 10302: Block Group 3: Block 28, Block 30, Block

15  35, Block 42, Block 43, Block 266, Block 270, Block 289.

16          District 8: Etowah County, Jackson County, Madison

17  County, DeKalb County: Tract 960100, Tract 960200, Tract

18  960300, Tract 960400, Tract 960500, Tract 960600, Tract

19  960700, Tract 960800: Block Group 1: Block 0, Block 1, Block

20  2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8, Block

21  9, Block 10, Block 11, Block 12, Block 13, Block 14, Block 15,

22  Block 16, Block 17, Block 18, Block 19, Block 20, Block 21,

23  Block 22, Block 23, Block 24, Block 25, Block 26, Block 27,

24  Block 28, Block 29, Block 30, Block 31, Block 32, Block 33,

25  Block 34, Block 35, Block 36, Block 37, Block 39, Block 40,

SOS000141

HB621

| | |
|---|---|
| 1 | Block 41, Block 42, Block 43, Block 44, Block 45, Block 46, |
| 2 | Block 47, Block 48, Block 49, Block 50, Block 51, Block 52, |
| 3 | Block 53, Block 54, Block 55, Block 56, Block 57, Block 58, |
| 4 | Block 59, Block 60, Block 61, Block 62, Block 63, Block 81, |
| 5 | Block 82, Block 83, Block 88, Block 89, Block 90, Block 91, |
| 6 | Block 92; Block Group 2: Block 0, Block 1, Block 2, Block 3, |
| 7 | Block 4, Block 5, Block 6, Block 7, Block 8, Block 9, Block |
| 8 | 10, Block 11, Block 12, Block 13, Block 14, Block 15, Block |
| 9 | 16, Block 17, Block 18, Block 19, Block 20, Block 21, Block |
| 10 | 22, Block 23, Block 24, Block 25, Block 26, Block 27, Block |
| 11 | 28, Block 29, Block 30, Block 31, Block 32, Block 33, Block |
| 12 | 34, Block 35, Block 36, Block 37, Block 38, Block 39, Block |
| 13 | 40, Block 41, Block 42, Block 43, Block 44, Block 45, Block |
| 14 | 46, Block 48, Block 50, Block 60, Block 61, Block 62, Block |
| 15 | 63, Block 64, Block 65, Block 66, Block 67, Block 68, Block |
| 16 | 69, Block 70, Block 71, Block 72, Block 73, Block 74, Block |
| 17 | 75, Block 76, Block 77, Block 78, Block 79, Block 80, Block |
| 18 | 81, Block 82, Block 83, Block 84, Block 85, Block 86, Block |
| 19 | 87, Block 88, Block 89, Block 90, Block 91, Block 92, Block |
| 20 | 93, Block 94, Block 95, Block 96, Block 97, Block 98, Block |
| 21 | 99, Block 104, Block 105, Block 107, Block 108, Block 109, |
| 22 | Block 110; Block Group 3: Block 151, Block 153, Block 154, |
| 23 | Block 155, Block 156, Block 157, Block 158, Block 159, Block |
| 24 | 160, Block 161, Block 162, Block 163, Block 164, Block 166, |
| 25 | Block 167, Block 168, Block 169, Block 170; Tract 960900: |

SOS000142

HB621

1   Block Group 1: Block 0, Block 1, Block 2, Block 3, Block 4,
2   Block 5, Block 6, Block 7, Block 8, Block 9, Block 10, Block
3   11, Block 12, Block 13, Block 14, Block 15, Block 16, Block
4   17, Block 18, Block 19, Block 20, Block 21, Block 22, Block
5   23, Block 24, Block 25, Block 26, Block 27, Block 28, Block
6   29, Block 30, Block 31, Block 32, Block 33, Block 34, Block
7   35, Block 36, Block 46, Block 47, Block 49, Block 50, Block
8   51, Block 52, Block 53, Block 54, Block 55, Block 56, Block
9   57, Block 58, Block 59, Block 60, Block 61, Block 62, Block
10  63, Block 64, Block 104; Block Group 3: Block 0, Block 1,
11  Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, Block 8,
12  Block 9, Block 10, Block 11, Block 12, Block 13, Block 14,
13  Block 15, Block 16, Block 17, Block 18, Block 19, Block 20,
14  Block 21, Block 22, Block 23, Block 24, Block 25, Block 26,
15  Block 27, Block 28, Block 29, Block 30, Block 31, Block 32,
16  Block 33, Block 34, Block 35, Block 53, Block 54, Block 58,
17  Block 59, Block 60, Block 61, Block 62, Block 63, Block 64,
18  Block 65, Block 70, Block 74; Block Group 4: Block 36, Block
19  37, Block 38; Tract 961100: Block Group 3, Block Group 1:
20  Block 20; Block Group 2: Block 0, Block 16, Block 17; Tract
21  961200: Block Group 1: Block 0, Block 1, Block 2, Block
22  3,Block4, Block 5, Block 6, Block 7, Block 8, Block 9, Block
23  10, Block 11, Block 12, Block 13, Block 14, Block 15, Block
24  16, Block 17, Block 18, Block 19, Block 20, Block 21, Block
25  22, Block 23, Block 24, Block 25, Block 26, Block 27, Block

SOS000143

HB621

```
 1    28, Block 29, Block 30, Block 31, Block 32, Block 33, Block
 2    34, Block 35, Block 36, Block 37, Block 38, Block 39, Block
 3    40, Block 41, Block 42, Block 43, Block 44, Block 45, Block
 4    71, Block 72, Block 74, Block 75, Block 76, Block 77, Block
 5    78, Block 79, Block 80, Block 82; Block Group 2: Block 0,
 6    Block 1, Block 2, Block 3, Block 64, Block 65; Tract 961300:
 7    Block Group 1: Block 1; Tract 961400: Block Group 1, Block
 8    Group 2: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5,
 9    Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block
10    12, Block 13, Block 14, Block 15, Block 16, Block 17, Block
11    18, Block 19, Block 20, Block 21, Block 22, Block 23, Block
12    24, Block 25, Block 26, Block 27, Block 28, Block 29, Block
13    30, Block 31, Block 32, Block 33, Block 34, Block 35, Block
14    36, Block 37, Block 38, Block 39, Block 40, Block 41, Block
15    42, Block 43, Block 44, Block 45, Block 46, Block 47, Block
16    48, Block 49, Block 50, Block 51, Block 52, Block 53, Block
17    54, Block 55, Block 56, Block 57, Block 58, Block 59, Block
18    60, Block 61, Block 62, Block 63, Block 64, Block 65, Block
19    66, Block 67, Block 68, Block 69, Block 70, Block 71, Block
20    72, Block 73, Block 74, Block 75, Block 76, Block 77, Block
21    78, Block 79, Block 80, Block 81, Block 82, Block 83, Block
22    84, Block 85, Block 86, Block 87, Block 88, Block 89, Block
23    90, Block 91, Block 92, Block 93, Block 94, Block 95, Block
24    96, Block 97, Block 98, Block 99, Block 100, Block 101, Block
25    102, Block 103, Block 104, Block 105, Block 106, Block 107,
```

SOS000144

HB621

```
 1   Block 108, Block 109, Block 110, Block 111, Block 112, Block
 2   113, Block 114, Block 115, Block 116, Block 117, Block 118,
 3   Block 119, Block 120, Block 121, Block 122, Block 123, Block
 4   124, Block 125, Block 126, Block 127, Block 128, Block 129,
 5   Block 130, Block 131, Block 132, Block 133, Block 134, Block
 6   135, Block 136, Block 137, Block 138, Block 139, Block 140,
 7   Block 141, Block 142, Block 143, Block 144, Block 145, Block
 8   146, Block 147, Block 148, Block 149, Block 150, Block 151,
 9   Block 152, Block 155, Block 156, Block 157, Block 158, Block
10   159, Block 160, Block 161, Block 162, Block 163, Block 164,
11   Block 165, Block 166, Block 167, Block 168, Block 169, Block
12   170, Block 171, Block 172, Block 173, Block 174, Block 175,
13   Block 176, Block 177, Block 178, Block 179; Block Group 3:
14   Block 0, Block 1, Block 2, Block 3, Block 4, Block 5, Block 6,
15   Block 7, Block 8, Block 9, Block 10, Block 11, Block 12, Block
16   13, Block 14, Block 15, Block 16, Block 17, Block 18, Block
17   19, Block 20, Block 21, Block 22, Block 23, Block 24, Block
18   25, Block 26, Block 27, Block 28, Block 29, Block 30, Block
19   31, Block 32, Block 33, Block 34, Block 35, Block 36, Block
20   37, Block 38, Block 39, Block 40, Block 41, Block 42, Block
21   43, Block 44, Block 45, Block 46, Block 47, Block 48, Block
22   49, Block 50, Block 51, Block 52, Block 53, Block 54, Block
23   55, Block 59, Block 60, Block 62, Block 63, Block 64, Block
24   65, Block 66, Block 67, Block 68, Block 69, Block 71, Block
25   72, Block 73, Block 74, Block 75, Block 76, Block 77, Block
```

SOS000145

HB621

1    78, Block 79, Block 80, Block 82, Block 83, Block 84, Block

2    85, Block 86, Block 88, Block 89, Block 90, Block 91, Block

3    92, Block 93, Block 94, Block 95, Block 96, Block 97, Block

4    98, Block 99, Block 103; Limestone County: Tract 20101, Tract

5    20102, Tract 20500, Tract 20600, Tract 20700, Tract 20801,

6    Tract 20802, Tract 20900, Tract 21000, Tract 21100: Block

7    Group 4: Block 0, Block 1, Block 2, Block 3, Block 4, Block 5,

8    Block 6, Block 7, Block 8, Block 9, Block 10, Block 11, Block

9    12, Block 13, Block 14, Block 15, Block 16, Block 17, Block

10    18, Block 19, Block 20, Block 21, Block 22, Block 23, Block

11    24, Block 25, Block 26, Block 27, Block 28, Block 29, Block

12    30, Block 31, Block 32, Block 33, Block 34, Block 35, Block

13    36, Block 37, Block 38, Block 39, Block 40, Block 41, Block

14    42, Block 43, Block 44, Block 45, Block 46, Block 47, Block

15    48, Block 49, Block 50, Block 51, Block 52, Block 53, Block

16    54, Block 55, Block 56, Block 57, Block 58, Block 59, Block

17    60, Block 61, Block 62, Block 63, Block 64, Block 65, Block

18    66, Block 67, Block 68, Block 69, Block 70, Block 71, Block

19    72, Block 73, Block 74, Block 75, Block 76, Block 77, Block

20    78, Block 79, Block 80, Block 81, Block 82, Block 83, Block

21    84, Block 85, Block 86, Block 87, Block 88, Block 89, Block

22    90, Block 91, Block 92, Block 93, Block 94, Block 95, Block

23    96, Block 97, Block 98, Block 99, Block 100, Block 101, Block

24    102, Block 103, Block 104, Block 105, Block 106, Block 107,

25    Block 108, Block 109, Block 110, Block 111, Block 112, Block

SOS000146

HB621

1    113, Block 114, Block 115, Block 116, Block 117, Block 118,

2    Block 119, Block 120, Block 121, Block 122, Block 123, Block

3    124, Block 125, Block 126, Block 127, Block 128, Block 129,

4    Block 130, Block 131, Block 132, Block 133, Block 134, Block

5    135, Block 136, Block 137, Block 138, Block 139, Block 140,

6    Block 141, Block 142, Block 143, Block 144, Block 145, Block

7    146, Block 147, Block 148, Block 149, Block 150, Block 151,

8    Block 152, Block 153, Block 154, Block 155, Block 156, Block

9    157, Block 158, Block 159, Block 160, Block 161, Block 162,

10   Block 163, Block 164, Block 165, Block 166, Block 167, Block

11   168, Block 169, Block 170, Block 171, Block 172, Block 173,

12   Block 174, Block 175, Block 176, Block 183, Block 184, Block

13   185, Block 186, Block 187, Block 188, Block 189, Block 190,

14   Block 191, Block 192, Block 194, Block 195, Block 196, Block

15   197, Block 198, Block 199, Block 200, Block 201, Block 202,

16   Block 203, Block 204, Block 205, Block 206, Block 207, Block

17   208, Block 209, Block 210, Block 215, Block 216, Block 220,

18   Block 221, Block 225, Block 227, Block 228, Block 229, Block

19   230, Block 231, Block 232, Block 233, Block 234, Block 235,

20   Block 236, Block 237, Block 238, Block 239, Block 240, Block

21   241, Block 242, Block 244, Block 245, Block 246, Block 247,

22   Block 248, Block 249, Block 250, Block 251, Block 252, Block

23   253, Block 254, Block 255, Block 256, Block 257, Block 258,

24   Block 259, Block 260, Block 261, Block 262, Block 263, Block

25   264, Block 265, Block 266, Block 267, Block 268, Block 269,

SOS000147

HB621

| | |
|---|---|
| 1 | Block 270, Block 271, Block 272, Block 273, Block 274; Tract |
| 2 | 21200: Block Group 1, Block Group 2, Block Group 3: Block 0, |
| 3 | Block 1, Block 2, Block 3, Block 4, Block 5, Block 6, Block 7, |
| 4 | Block 8, Block 9, Block 10, Block 11, Block 12, Block 13, |
| 5 | Block 14, Block 15, Block 16, Block 17, Block 18, Block 19, |
| 6 | Block 20, Block 21, Block 22, Block 23, Block 24, Block 25, |
| 7 | Block 26, Block 27, Block 28, Block 29, Block 30, Block 31, |
| 8 | Block 32, Block 33, Block 34, Block 35, Block 36, Block 37, |
| 9 | Block 38, Block 39, Block 40, Block 41, Block 42, Block 43, |
| 10 | Block 44, Block 45, Block 46, Block 47, Block 48, Block 49, |
| 11 | Block 50, Block 51, Block 52, Block 53, Block 54, Block 55, |
| 12 | Block 56, Block 57, Block 58, Block 59, Block 60, Block 61, |
| 13 | Block 62, Block 63, Block 64, Block 65, Block 66, Block 67, |
| 14 | Block 68, Block 69, Block 70, Block 71, Block 72, Block 73, |
| 15 | Block 74, Block 75, Block 76, Block 77, Block 78, Block 79, |
| 16 | Block 80, Block 81, Block 82, Block 83, Block 84, Block 85, |
| 17 | Block 86, Block 87, Block 88, Block 89, Block 90, Block 91, |
| 18 | Block 92, Block 93, Block 94, Block 95, Block 96, Block 97, |
| 19 | Block 98, Block 99, Block 100, Block 101, Block 102, Block |
| 20 | 103, Block 104, Block 105, Block 106, Block 107, Block 108, |
| 21 | Block 109, Block 110, Block 111, Block 112, Block 113, Block |
| 22 | 114, Block 115, Block 116, Block 117, Block 118, Block 119, |
| 23 | Block 120, Block 121, Block 122, Block 123, Block 124, Block |
| 24 | 125, Block 126, Block 127, Block 128, Block 129, Block 130, |
| 25 | Block 131, Block 132, Block 133, Block 134, Block 135, Block |

SOS000148

HB621

| | |
|---|---|
| 1 | 136, Block 137, Block 138, Block 139, Block 140, Block 141, |
| 2 | Block 142, Block 143, Block 144, Block 145, Block 146, Block |
| 3 | 147, Block 148, Block 149, Block 150, Block 151, Block 152, |
| 4 | Block 153, Block 154, Block 155, Block 156, Block 157, Block |
| 5 | 158, Block 159, Block 160, Block 161, Block 162, Block 163, |
| 6 | Block 164, Block 165, Block 166, Block 167, Block 168, Block |
| 7 | 169, Block 170, Block 171, Block 172, Block 173, Block 174, |
| 8 | Block 175, Block 176, Block 177, Block 178, Block 179, Block |
| 9 | 180, Block 181, Block 197, Block 211, Block 212, Block 213, |
| 10 | Block 214, Block 215, Block 216, Block 217, Block 218, Block |
| 11 | 219, Block 220, Block 221, Block 222, Block 223, Block 224, |
| 12 | Block 225, Block 226, Block 227, Block 228, Block 229, Block |
| 13 | 230, Block 231, Block 232, Block 233, Block 234, Block 235, |
| 14 | Block 236, Block 237, Block 238, Block 239, Block 240, Block |
| 15 | 241, Block 242, Block 243, Block 244, Block 245, Block 246, |
| 16 | Block 247, Block 248, Block 249, Block 250, Block 251, Block |
| 17 | 252, Block 253, Block 254, Block 255, Block 256, Block 257, |
| 18 | Block 258, Block 259, Block 260, Block 261, Block 262, Block |
| 19 | 263, Block 264, Block 265, Block 266, Block 267, Block 268, |
| 20 | Block 269, Block 270, Block 271, Block 272, Block 273, Block |
| 21 | 274, Block 279, Block 280, Block 281, Block 282, Block 283, |
| 22 | Block 284, Block 285, Block 286, Block 287, Block 289, Block |
| 23 | 290, Block 291, Block 292, Block 293, Block 294, Block 295, |
| 24 | Block 296, Block 297, Block 298, Block 299, Block 300, Block |
| 25 | 301, Block 302, Block 303, Block 304, Block 305, Block 306, |

SOS000149

HB621

1    Block 307, Block 308, Block 309, Block 310, Block 311, Block

2    312, Block 313, Block 314, Block 315, Block 316, Block 317,

3    Block 318, Block 319, Block 320, Block 321, Block 322, Block

4    323, Block 324, Block 325, Block 326, Block 327, Block 328,

5    Block 329, Block 330, Block 331, Block 332, Block 333, Block

6    334, Block 335, Block 336, Block 337, Block 338, Block 339,

7    Block 340, Block 341, Block 342, Block 343, Block 344, Block

8    345, Block 346, Block 347, Block 348, Block 349, Block 350,

9    Block 351, Block 352, Block 353, Block 354, Block 355, Block

10   356, Block 357, Block 358, Block 359, Block 360, Block 361,

11   Block 362, Block 363, Block 364, Block 365, Block 366, Block

12   367, Block 368, Block 369, Block 370, Block 371, Block 372,

13   Block 373, Block 374, Block 375, Block 376, Block 377, Block

14   378, Block 379, Block 380, Block 381, Block 383, Block 384,

15   Block 385, Block 386, Block 387, Block 388, Block 389, Block

16   390, Block 391, Block 392, Block 393, Block 394, Block 395,

17   Block 396, Block 397, Block 398, Block 399, Block 400, Block

18   401, Block 402, Block 404, Block 407; Marshall County: Tract

19   30202: Block Group 1: Block 4, Block 5.

20           Section 3. This act contains lists of census tracts,

21   blocks, and counties as generated by complex computer software

22   based upon maps drawn by the Legislature. The official maps,

23   which reflect the true intent of the Legislature in the

24   establishment of districts, shall be retained in the office of

25   the Secretary of State and printed as a part of the Acts. In

SOS000150

HB621

1  the event of any conflict, it is the intention of the

2  Legislature that the boundary descriptions provided by the

3  official maps shall prevail over the boundary descriptions

4  provided by the census tracts, blocks, and counties generated

5  for and specified in this act.

6          Section 4. This act shall become effective

7  immediately upon its passage and approval by the Governor, or

8  upon its otherwise becoming a law.

SOS000151

HB621

1
2
3

_____

4                Speaker of the House of Representatives

5
6                President and Presiding Officer of the Senate

7                        House of Representatives
8            I hereby certify that the within Act originated in
9         and was passed by the House 26-MAY-11.
10
11                                Greg Pappas
12                                Clerk
13

14
15        Senate        _____09-JUN-11_____        Amended and Passed
16        House         _____09-JUN-11_____        Concurred in Sen-
                                                      ate Amendment
17

APPROVED  June 15, 2011
TIME      8:40 a.m.
          Robert Bentley
          GOVERNOR

Alabama Secretary Of State

Act Num....: 2011-677
Bill Num...: H-621

Recv'd 06/15/11    02:29pmJJB

Page 76

SOS000152