FILED
2021 Dec-27  PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

1
2
3 **Proposed Alabama Senate District 18 Functionality Examination**

**2020 Presidential Election**
4 Using a statistical method known as Ecological Inference we can derive vote estimates by racial
5 group from precinct-level data. The estimates in Table 1 below for proposed Senate District 18
6 are based on the results from the 2020 presidential contest.
7
8 Table 1. Estimated Vote Share by Race, 2020 Presidential Election

| Racial Group | Democratic Vote (Biden) | Republican Vote (Trump) | Independent Vote (Jorgenson) |
|---|---|---|---|
| Black | .9756 | .0206 | .0038 |
| | [.9630, .9851] | [.0112, .0330] | [.0017, .0066] |
| White | .5513 | .4374 | .0113 |
| | [.5281, .5742] | [.4144, .4607] | [.0060, .0178] |
| Other | .2204 | .5689 | .2107 |
| | [.0640, .4586] | [.3157, .7473] | [.1318, .3012] |

9 Notes: Entries are EI point estimates with 95% confidence intervals in brackets.
10
11
12 **2018 Gubernatorial Election**
13 The estimates in Table 2 below for proposed House District 83 are based on the results from the
14 2018 gubernatorial contest.
15
16 Table 2. Estimated Vote Share by Race, 2018 Gubernatorial Election

| Racial Group | Democratic Vote (Maddox) | Republican Vote (Ivey) |
|---|---|---|
| Black | .9690 | .0310 |
| | [.9545, .9806] | [.0194, .0455] |
| White | .6618 | .3382 |
| | [.6401, .6869] | [.3131, .3599] |
| Other | .3812 | .6188 |
| | [.1097, .7060] | [.2940, .8903] |

17 Notes: Entries are EI point estimates with 95% confidence intervals in brackets.
18
19 **Summary**
20 From the analyses run, there is no racially polarized voting present in proposed SD 18. A
21 majority of both black and white voters supported Biden in 2020 and Maddox in 2018. Thus,
22 there is no empirical support to substantiate the second prong of the *Gingles* test.
23

1

RC 044600

1    **Proposed Alabama House District 32 Functionality Examination**
2
3    **2020 Presidential Election**
4    Using a statistical method known as Ecological Inference we can derive vote estimates by racial
5    group from precinct-level data. The estimates in Table 1 below for proposed House District 32
6    are based on the results from the 2020 presidential contest.
7
8    Table 1. Estimated Vote Share by Race, 2020 Presidential Election

| Racial Group | Democratic Vote (Biden) | Republican Vote (Trump) | Independent Vote (Jorgenson) |
|---|---|---|---|
| Black | .9493 | .0468 | .0039 |
| | [.8923, .9839] | [.0124, .1035] | [.0010, .0086] |
| White | .1103 | .8872 | .0024 |
| | [.0793, .1468] | [.8509, .9183] | [.0007, .0050] |
| Other | .3415 | .3077 | .3508 |
| | [.0955, .5951] | [.0833, .5610] | [.2039, .5234] |

9    Notes: Entries are EI point estimates with 95% confidence intervals in brackets.
10
11   As displayed in Table 2 below, the proposed HD 32 is 48.81% black voting age population;
12   46.04% white voting age population, and 5.15% other voting age population. These figures
13   represent the potential voting electorate for HD 32.
14
15   Table 2. Racial Breakdown for Proposed HD 32

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 48.81% | 17,757 |
| White VAP | 46.04% | 16,749 |
| Other VAP | 5.15% | 1,874 |
| Total | | 36,380 |

16
17   Next, I will make use of historical registration and turnout data from the Alabama Secretary of
18   State in order to estimate the number of each racial group. Data in Table 3 below are from the
19   2020 general election. The table below indicates what the electorate in proposed HD 32 might
20   resemble in a general election scenario.
21
22   Table 3. Turnout by Race for Proposed HD 32

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 17,757 | 53.75% | 9,544 |
| White VAP | 16,749 | 62.51% | 10,470 |
| Other VAP | 1,874 | 42.15% | 790 |
| Total | 36,380 | | 20,804 |

23
24   Having come up with an estimate of what the electorate for proposed HD 32 might resemble, one
25   can now combine these data with the estimated vote percentages by race in Table 1 in order to
26   estimate vote shares by party (see Table 4).
27
28

1

RC 044601

1  Table 4. Estimated Vote by Party for Proposed HD 32

|  | (D) | (R) | (I) |
|---|---|---|---|
| Black | 9,061 | 447 | 37 |
| White | 1,155 | 9,288 | 25 |
| Other | 270 | 243 | 277 |
| Total | 10,485 | 9,978 | 339 |
| Vote Percentage | 50.40% | 47.96% | 1.63% |

2
3  Having produced an estimate of the number of Democratic votes, the last step in the process
4  would be to simply divide this number by the size of the estimated electorate (10,485/20,804) in
5  order to determine the percentage of votes a Democratic candidate would receive in proposed
6  HD 32. At 48.81% BVAP, proposed HD 32 would yield an estimated Democratic vote
7  percentage of **50.40%** based on the results of the 2020 presidential election.
8
9  **2018 Gubernatorial Election**
10  The estimates in Table 5 below for proposed House District 32 are based on the results from the
11  2018 gubernatorial contest.
12
13  Table 5. Estimated Vote Share by Race, 2018 Gubernatorial Election

| Racial Group | Democratic Vote (Maddox) | Republican Vote (Ivey) |
|---|---|---|
| Black | .9386 | .0614 |
|  | [.8800, .9805] | [.0195, .1200] |
| White | .1922 | .8078 |
|  | [.1655, .252] | [.7748, .8345] |
| Other | .5202 | .4798 |
|  | [.1672, .8753] | [.1247, .8328] |

14  Notes: Entries are EI point estimates with 95% confidence intervals in brackets.
15
16  As displayed in Table 6 below, the proposed HD 32 is 48.81% black voting age population;
17  46.04% white voting age population, and 5.15% other voting age population. These figures
18  represent the potential voting electorate for HD 32.
19
20  Table 6. Racial Breakdown for Proposed HD 32

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 48.81% | 17,757 |
| White VAP | 46.04% | 16,749 |
| Other VAP | 5.15% | 1,874 |
| Total |  | 36,380 |

21
22  Next, I will make use of historical registration and turnout data from the Alabama Secretary of
23  State in order to estimate the number of each racial group. Data in Table 7 below are from the
24  2018 general election. The table below indicates what the electorate in proposed HD 32 might
25  resemble in a general election scenario.
26

2

RC 044602

Table 7. Turnout by Race for Proposed HD 32

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 17,757 | 0.4397 | 7,808 |
| White VAP | 16,749 | 0.4834 | 8,097 |
| Other VAP | 1,874 | 0.3007 | 563 |
| Total | 36,380 | | 16,468 |

Having come up with an estimate of what the electorate for proposed HD 32 might resemble, one can now combine these data with the estimated vote percentages by race in Table 5 in order to estimate vote shares by party (see Table 8).

Table 8. Estimated Vote by Party for Proposed HD 32

| | (D) | (R) |
|---|---|---|
| Black | 7,328 | 479 |
| White | 1,556 | 6540 |
| Other | 293 | 270 |
| Total | 9,178 | 7,290 |
| | | |
| Vote Percentage | 55.73% | 44.27% |

Having produced an estimate of the number of Democratic votes, the last step in the process would be to simply divide this number by the size of the estimated electorate (9,178/16,468) in order to determine the percentage of votes a Democratic candidate would receive in proposed HD 32. At 48.81% BVAP, proposed HD 32 would yield an estimated Democratic vote percentage of **55.73%** based on the results of the 2018 gubernatorial election.


**Summary**

EI point estimates do come with a degree of uncertainty. Knowing this, a 95% confidence interval can be calculated (the assumption being that one can be 95% certain that the true value of the point estimate lies within the range of the confidence interval). If we recalculate the Democratic vote share for proposed HD 32 using the lower bounds for the Democratic vote share estimates by racial group (see Tables 1 and 5), then the estimated Democratic vote in the district drops to 45.29% using 2020 election data or 50.43% using 2018 election data.

If the Black VAP percentage of HD 32 is increased to 51.00% (and the white VAP concomitantly lowered to 43.85%), using the 2020 presidential election as an example, the estimated Democratic vote share in proposed HD 32 would increase to 52.09%.

RC 044603

## Proposed Alabama House District 68 Functionality Examination

### 2020 Presidential Election

Using a statistical method known as Ecological Inference we can derive vote estimates by racial group from precinct-level data. The estimates in Table 1 below for proposed House District 68 are based on the results from the 2020 presidential contest.

Table 1. Estimated Vote Share by Race, 2020 Presidential Election

| Racial Group | Democratic Vote (Biden) | Republican Vote (Trump) | Independent Vote (Jorgenson) |
|---|---|---|---|
| Black | .9703 | .0255 | .0042 |
| | [.9459, .9865] | [.0092, .0500] | [.0023, .0066] |
| White | .0322 | .9652 | .0026 |
| | [.149, .0563] | [.9411, .9824] | [.0013, .0043] |
| Other | .4680 | .3717 | .1603 |
| | [.1909, .7229] | [.1313, .6484] | [.0786, .2751] |

Notes: Entries are EI point estimates with 95% confidence intervals in brackets.

As displayed in Table 2 below, the proposed HD 68 is 48.30% black voting age population; 48.23% white voting age population, and 3.47% other voting age population. These figures represent the potential voting electorate for HD 68.

Table 2. Racial Breakdown for Proposed HD 68

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 48.30% | 18,311 |
| White VAP | 48.23% | 18,285 |
| Other VAP | 3.47% | 1,316 |
| Total | | 37,912 |

Next, I will make use of historical registration and turnout data from the Alabama Secretary of State in order to estimate the number of each racial group. Data in Table 3 below are from the 2020 general election. The table below indicates what the electorate in proposed HD 68 might resemble in a general election scenario.

Table 3. Turnout by Race for Proposed HD 68

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 18,311 | 59.01% | 10,806 |
| White VAP | 18,285 | 69.19% | 12,651 |
| Other VAP | 1,316 | 40.99% | 539 |
| Total | 37,912 | | 23,996 |

Having come up with an estimate of what the electorate for proposed HD 68 might resemble, one can now combine these data with the estimated vote percentages by race in Table 1 in order to estimate vote shares by party (see Table 4).

1

RC 044604

Table 4. Estimated Vote by Party for Proposed HD 68

|  | (D) | (R) | (I) |
|---|---|---|---|
| Black | 10,485 | 276 | 45 |
| White | 407 | 12,211 | 33 |
| Other | 252 | 200 | 86 |
| Total | 11,144 | 12,687 | 165 |
| Vote Percentage | 46.44% | 52.87% | 0.69% |

Having produced an estimate of the number of Democratic votes, the last step in the process would be to simply divide this number by the size of the estimated electorate (11,144/23,996) in order to determine the percentage of votes a Democratic candidate would receive in proposed HD 68. At 48.30% BVAP, proposed HD 68 would yield an estimated Democratic vote percentage of **46.44%** based on the results of the 2020 presidential election.

**2018 Gubernatorial Election**
The estimates in Table 5 below for proposed House District 68 are based on the results from the 2018 gubernatorial contest.

Table 5. Estimated Vote Share by Race, 2018 Gubernatorial Election

| Racial Group | Democratic Vote (Maddox) | Republican Vote (Ivey) |
|---|---|---|
| Black | .9665 [.9435, .9828] | .0335 [.0172, .0566] |
| White | .0827 [.0627, .1050] | .9173 [.8950, .9373] |
| Other | .5173 [.1890, .8307] | .4827 [.1693, .8110] |

Notes: Entries are EI point estimates with 95% confidence intervals in brackets.

As displayed in Table 6 below, the proposed HD 68 is 48.30% black voting age population; 48.23% white voting age population, and 3.47% other voting age population. These figures represent the potential voting electorate for HD 68.

Table 6. Racial Breakdown for Proposed HD 68

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 48.30% | 18,311 |
| White VAP | 48.23% | 18,285 |
| Other VAP | 3.47% | 1,316 |
| Total |  | 37,912 |

Next, I will make use of historical registration and turnout data from the Alabama Secretary of State in order to estimate the number of each racial group. Data in Table 7 below are from the 2018 general election. The table below indicates what the electorate in proposed HD 68 might resemble in a general election scenario.

2

RC 044605

1   Table 7. Turnout by Race for Proposed HD 68

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 18,311 | 50.45% | 9,239 |
| White VAP | 18,285 | 57.21% | 10,461 |
| Other VAP | 1,316 | 32.44% | 427 |
| Total | 37,912 | | 20,127 |

3   Having come up with an estimate of what the electorate for proposed HD 68 might resemble, one
4   can now combine these data with the estimated vote percentages by race in Table 1 in order to
5   estimate vote shares by party (see Table 8).

7   Table 8. Estimated Vote by Party for Proposed HD 68

| | (D) | (R) |
|---|---|---|
| Black | 8,929 | 310 |
| White | 865 | 9,596 |
| Other | 221 | 206 |
| Total | 10,015 | 10,112 |
| | | |
| Vote Percentage | 49.76% | 50.24% |

9   Having produced an estimate of the number of Democratic votes, the last step in the process
10  would be to simply divide this number by the size of the estimated electorate (10,015/20,127) in
11  order to determine the percentage of votes a Democratic candidate would receive in proposed
12  HD 68. At 48.30% BVAP, proposed HD 68 would yield an estimated Democratic vote
13  percentage of **49.76%** based on the results of the 2018 gubernatorial election.

16  **Summary**
17  Extremely high levels of racially polarized voting are present in proposed HD 68. In addition,
18  analysis using turnout data indicate that using the 2020 presidential returns or the 2018
19  gubernatorial returns would result in a Democratic vote share of less than 50.01%.

21  One additional point to mention concerns the Census Bureau's use of differential privacy as
22  related to various types of data, including racial data. Due to the application of this technique, the
23  actual racial makeup in a specific Census geography is not ascertainable. So, a district drawn to
24  be 51.0% black voting age population may in reality fall above or below that figure. There is no
25  margin of error for the Census Bureau's redistricting data, so it is impossible to know the
26  precision of these data.

28  If the Black VAP percentage is increased to 54.00% (and the white VAP concomitantly lowered
29  to 42.53%), using the 2020 presidential election as an example, the estimated Democratic vote
30  share in proposed HD 68 would increase to 51.39%.

3

RC 044606

## Proposed Alabama House District 82 Functionality Examination

### 2020 Presidential Election

Using a statistical method known as Ecological Inference we can derive vote estimates by racial group from precinct-level data. The estimates in Table 1 below for proposed House District 82 are based on the results from the 2020 presidential contest.

Table 1. Estimated Vote Share by Race, 2020 Presidential Election

| Racial Group | Democratic Vote (Biden) | Republican Vote (Trump) | Independent Vote (Jorgenson) |
|---|---|---|---|
| Black | .9495 | .0450 | .0054 |
|  | [.8909, .9833] | [.0122, .1033] | [.0008, .0175] |
| White | .2321 | .7634 | .0045 |
|  | [.1822, .2880] | [.7076, .8133] | [.0004, .0491] |
| Other | .3469 | .3632 | .2899 |
|  | [.0703, .6552] | [.0808, .6700] | [.1052, .4935] |

Notes: Entries are EI point estimates with 95% confidence intervals in brackets.

As displayed in Table 2 below, the proposed HD 82 is 50.85% black voting age population; 39.28% white voting age population, and 9.87% other voting age population. These figures represent the potential voting electorate for HD 82.

Table 2. Racial Breakdown for Proposed HD 82

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 50.85% | 19,609 |
| White VAP | 39.28% | 15,148 |
| Other VAP | 9.87% | 3,806 |
| Total |  | 38,563 |

Next, I will make use of historical registration and turnout data from the Alabama Secretary of State in order to estimate the number of each racial group. Data in Table 3 below are from the 2020 general election. The table below indicates what the electorate in proposed HD 82 might resemble in a general election scenario.

Table 3. Turnout by Race for Proposed HD 82

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 19,609 | 48.75% | 9,560 |
| White VAP | 15,148 | 59.87% | 9,069 |
| Other VAP | 3,806 | 40.38% | 1,537 |
| Total | 38,563 |  | 20,166 |

Having come up with an estimate of what the electorate for proposed HD 82 might resemble, one can now combine these data with the estimated vote percentages by race in Table 1 in order to estimate vote shares by party (see Table 4).

RC 044607

Table 4. Estimated Vote by Party for Proposed HD 82

|  | (D) | (R) | (I) |
|---|---|---|---|
| Black | 9,077 | 430 | 52 |
| White | 2105 | 6,923 | 41 |
| Other | 533 | 558 | 446 |
| Total | 11,715 | 7,912 | 538 |
| Vote Percentage | 58.09% | 39.23% | 2.67% |

Having produced an estimate of the number of Democratic votes, the last step in the process would be to simply divide this number by the size of the estimated electorate (11,715/20,166) in order to determine the percentage of votes a Democratic candidate would receive in proposed HD 82. At 50.85% BVAP, proposed HD 82 would yield an estimated Democratic vote percentage of **58.09%** based on the results of the 2020 presidential election.

**2018 Gubernatorial Election**
The estimates in Table 5 below for proposed House District 82 are based on the results from the 2018 gubernatorial contest.

Table 5. Estimated Vote Share by Race, 2018 Gubernatorial Election

| Racial Group | Democratic Vote (Maddox) | Republican Vote (Ivey) |
|---|---|---|
| Black | .9221 [.8547, .9638] | .0779 [.0362, .1453] |
| White | .3260 [.2837, .3846] | .6740 [.6154, .7163] |
| Other | .5033 [.1154, .8904] | .4967 [.1096, .8846] |

Notes: Entries are EI point estimates with 95% confidence intervals in brackets.

As displayed in Table 6 below, the proposed HD 82 is 50.85% black voting age population; 39.28% white voting age population, and 9.87% other voting age population. These figures represent the potential voting electorate for HD 82.

Table 6. Racial Breakdown for Proposed HD 82

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 50.85% | 19,609 |
| White VAP | 39.28% | 15,148 |
| Other VAP | 9.87% | 3,806 |
| Total |  | 38,563 |

Next, I will make use of historical registration and turnout data from the Alabama Secretary of State in order to estimate the number of each racial group. Data in Table 7 below are from the 2018 general election. The table below indicates what the electorate in proposed HD 82 might resemble in a general election scenario.

RC 044608

Table 7. Turnout by Race for Proposed HD 82

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 19,609 | 39.74% | 7,793 |
| White VAP | 15,148 | 44.99% | 6,815 |
| Other VAP | 3,806 | 29.53% | 1,124 |
| Total | 38,563 | | 15,732 |

Having come up with an estimate of what the electorate for proposed HD 82 might resemble, one can now combine these data with the estimated vote percentages by race in Table 1 in order to estimate vote shares by party (see Table 8).

Table 8. Estimated Vote by Party for Proposed HD 82

| | (D) | (R) |
|---|---|---|
| Black | 7,186 | 607 |
| White | 2,222 | 4,593 |
| Other | 566 | 558 |
| Total | 9,973 | 5,759 |
| | | |
| Vote Percentage | 63.39% | 36.61% |

Having produced an estimate of the number of Democratic votes, the last step in the process would be to simply divide this number by the size of the estimated electorate (9,973/15,732) in order to determine the percentage of votes a Democratic candidate would receive in proposed HD 82. At 50.85% BVAP, proposed HD 82 would yield an estimated Democratic vote percentage of **63.39%** based on the results of the 2018 gubernatorial election.

One additional point to mention concerns the Census Bureau's use of differential privacy as related to various types of data, including racial data. Due to the application of this technique, the actual racial makeup in a specific Census geography is not ascertainable. So, a district drawn to be 51.0% black voting age population may in reality fall above or below that figure. There is no margin of error for the Census Bureau's redistricting data, so it is impossible to know the precision of these data.

**Summary**
Proposed HD 82, drawn race-blind, is 50.85% BVAP. Racially polarized voting patterns are present in proposed HD82. Nevertheless, based on analyses of the 2020 presidential and the 2018 gubernatorial election, the estimated Democratic vote share ranged between 58.1% and 63.4%.

RC 044609

1
2
3
4
5
6
7
8

### Proposed Alabama House District 83 Functionality Examination

**2020 Presidential Election**

Using a statistical method known as Ecological Inference we can derive vote estimates by racial group from precinct-level data. The estimates in Table 1 below for proposed House District 83 are based on the results from the 2020 presidential contest.

Table 1. Estimated Vote Share by Race, 2020 Presidential Election

| Racial Group | Democratic Vote (Biden) | Republican Vote (Trump) | Independent Vote (Jorgenson) |
|---|---|---|---|
| Black | .9394 | .0541 | .0065 |
| | [.8648, .9844] | [.0098, .1290] | [.0012, .0150] |
| White | .2034 | .7921 | .0046 |
| | [.1373, .2728] | [.7228, .8577] | [.0007, .0107] |
| Other | .4136 | .3761 | .2103 |
| | [.1233, .7056] | [.1076, .6755] | [.0688, .3735] |

9
10

Notes: Entries are EI point estimates with 95% confidence intervals in brackets.

11
12
13
14
15

As displayed in Table 2 below, the proposed HD 83 is 50.27% black voting age population; 40.31% white voting age population, and 9.42% other voting age population. These figures represent the potential voting electorate for HD 83.

Table 2. Racial Breakdown for Proposed HD 83

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 50.27% | 18,876 |
| White VAP | 40.31% | 15,136 |
| Other VAP | 9.42% | 3,537 |
| Total | | 37,549 |

16
17
18
19
20
21
22

Next, I will make use of historical registration and turnout data from the Alabama Secretary of State in order to estimate the number of each racial group. Data in Table 3 below are from the 2020 general election. The table below indicates what the electorate in proposed HD 83 might resemble in a general election scenario.

Table 3. Turnout by Race for Proposed HD 83

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 18,876 | 49.67% | 9,375 |
| White VAP | 15,136 | 59.92% | 9,069 |
| Other VAP | 3,537 | 40.59% | 1,436 |
| Total | 37,549 | | 19,880 |

23
24
25
26
27
28

Having come up with an estimate of what the electorate for proposed HD 83 might resemble, one can now combine these data with the estimated vote percentages by race in Table 1 in order to estimate vote shares by party (see Table 4).

1

RC 044610

1  Table 4. Estimated Vote by Party for Proposed HD 83

|  | (D) | (R) | (I) |
|---|---|---|---|
| Black | 8,807 | 507 | 61 |
| White | 1,845 | 7,184 | 42 |
| Other | 594 | 540 | 302 |
| Total | 11,245 | 8,231 | 405 |
| Vote Percentage | 56.57% | 41.40% | 2.04% |

2
3  Having produced an estimate of the number of Democratic votes, the last step in the process
4  would be to simply divide this number by the size of the estimated electorate (11,245/19,880) in
5  order to determine the percentage of votes a Democratic candidate would receive in proposed
6  HD 83. At 50.27% BVAP, proposed HD 83 would yield an estimated Democratic vote
7  percentage of **56.57%** based on the results of the 2020 presidential election.
8
9  **2018 Gubernatorial Election**
10  The estimates in Table 5 below for proposed House District 83 are based on the results from the
11  2018 gubernatorial contest.
12
13  Table 5. Estimated Vote Share by Race, 2018 Gubernatorial Election

| Racial Group | Democratic Vote (Maddox) | Republican Vote (Ivey) | |
|---|---|---|---|
| Black | .9486 | .0514 | |
|  | [.8910, .9848] | [.0152, .1090] | |
| White | .2113 | .7887 | |
|  | [.1679, .2702] | [.7298, .8321] | |
| Other | .4914 | .5086 | |
|  | [.1347, .8402] | [.1598, .8653] | |

14  Notes: Entries are EI point estimates with 95% confidence intervals in brackets.
15
16  As displayed in Table 6 below, the proposed HD 83 is 50.27% black voting age population;
17  40.31% white voting age population, and 9.42% other voting age population. These figures
18  represent the potential voting electorate for HD 83.
19
20  Table 6. Racial Breakdown for Proposed HD 83

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 50.27% | 18,876 |
| White VAP | 40.31% | 15,136 |
| Other VAP | 9.42% | 3,537 |
| Total | | 37,549 |

21
22  Next, I will make use of historical registration and turnout data from the Alabama Secretary of
23  State in order to estimate the number of each racial group. Data in Table 7 below are from the
24  2018 general election. The table below indicates what the electorate in proposed HD 83 might
25  resemble in a general election scenario.
26

2

RC 044611

Table 7. Turnout by Race for Proposed HD 83

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 18,876 | 39.62% | 7,479 |
| White VAP | 15,136 | 47.07% | 7,124 |
| Other VAP | 3,537 | 31.80% | 1,125 |
| Total | 37,549 | | 15,728 |

Having come up with an estimate of what the electorate for proposed HD 83 might resemble, one can now combine these data with the estimated vote percentages by race in Table 1 in order to estimate vote shares by party (see Table 8).

Table 8. Estimated Vote by Party for Proposed HD 83

| | (D) | (R) |
|---|---|---|
| Black | 7,095 | 384 |
| White | 1,505 | 5,619 |
| Other | 553 | 572 |
| Total | 9,153 | 6,575 |
| | | |
| Vote Percentage | 58.19% | 41.81% |

Having produced an estimate of the number of Democratic votes, the last step in the process would be to simply divide this number by the size of the estimated electorate (9,153/15,728) in order to determine the percentage of votes a Democratic candidate would receive in proposed HD 83. At 50.27% BVAP, proposed HD 83 would yield an estimated Democratic vote percentage of **58.19%** based on the results of the 2018 gubernatorial election.

One additional point to mention concerns the Census Bureau's use of differential privacy as related to various types of data, including racial data. Due to the application of this technique, the actual racial makeup in a specific Census geography is not ascertainable. So, a district drawn to be 51.0% black voting age population may in reality fall above or below that figure. There is no margin of error for the Census Bureau's redistricting data, so it is impossible to know the precision of these data.

**Summary**
Proposed HD 83, drawn race-blind, is 50.27% BVAP. Racially polarized voting patterns are present in proposed HD 83. Nevertheless, based on analyses of the 2020 presidential and the 2018 gubernatorial election, the estimated Democratic vote share ranged between 56.6% and 58.2%.

RC 044612

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Proposed Alabama SBOE District 4 Functionality Examination

**2020 Presidential Election**

Using a statistical method known as Ecological Inference we can derive vote estimates by racial group from precinct-level data. The estimates in Table 1 below for proposed SBOE District 4 are based on the results from the 2020 presidential contest.

Table 1. Estimated Vote Share by Race, 2020 Presidential Election

| Racial Group | Democratic Vote (Biden) | Republican Vote (Trump) | Independent Vote (Jorgenson) |
|---|---|---|---|
| Black | .9814 | .0160 | .0026 |
| | [.9749, .9866] | [.0108, .0225] | [.0018, .0035] |
| White | .2150 | .7796 | .0053 |
| | [.2014, .2288] | [.7659, .7934] | [.0039, .0068] |
| Other | .3328 | .3493 | .3179 |
| | [.1263, .5388] | [.1587, .5305] | [.2365, .4541] |

Notes: Entries are EI point estimates with 95% confidence intervals in brackets.

As displayed in Table 2 below, the proposed SBOE 4 is 51.21% black voting age population; 41.03% white voting age population, and 7.76% other voting age population. These figures represent the potential voting electorate for SBOE 4.

Table 2. Racial Breakdown for Proposed SBOE 4

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 51.21% | 243,017 |
| White VAP | 41.03% | 194,707 |
| Other VAP | 7.76% | 36,825 |
| Total | | 474,549 |

Next, I will make use of historical registration and turnout data from the Alabama Secretary of State in order to estimate the number of each racial group. Data in Table 3 below are from the 2020 general election. The table below indicates what the electorate in proposed SBOE 4 might resemble in a general election scenario.

Table 3. Turnout by Race for Proposed SBOE 4

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 243,017 | 60.50% | 147,026 |
| White VAP | 194,707 | 61.72% | 120,167 |
| Other VAP | 36,825 | 46.77% | 17,223 |
| Total | 474,549 | | 284,415 |

Having come up with an estimate of what the electorate for proposed SBOE 4 might resemble, one can now combine these data with the estimated vote percentages by race in Table 1 in order to estimate votes shares by party (see Table 4).

1

RC 044613

Table 4. Estimated Vote by Party for Proposed SBOE 4

|  | (D) | (R) | (I) |
|---|---|---|---|
| Black | 144,292 | 2,352 | 382 |
| White | 25,836 | 93,682 | 637 |
| Other | 5,732 | 6,016 | 5,475 |
| Total | 175,859 | 102,050 | 6,494 |
| Vote Percentage | 61.83% | 35.88% | 2.28% |

Having produced an estimate of the number of Democratic votes, the last step in the process would be to simply divide this number by the size of the estimated electorate (175,859/284,415) in order to determine the percentage of votes a Democratic candidate would receive in proposed SBOE 4. At 51.21% BVAP, proposed SBOE 4 would yield an estimated Democratic vote percentage of **61.83%** based on the results of the 2020 presidential election.

**Summary**
Proposed SBOE 4, drawn race-blind, is 51.21% BVAP. Racially polarized voting patterns are present in proposed SBOE 4. Based on the analysis of the 2020 presidential election, the estimated Democratic vote share is 61.83%.

RC 044614

1   Proposed Alabama SBOE District 5 Functionality Examination
2
3   **2020 Presidential Election**
4   Using a statistical method known as Ecological Inference we can derive vote estimates by racial
5   group from precinct-level data. The estimates in Table 1 below for proposed SBOE District 5 are
6   based on the results from the 2020 presidential contest.[1]
7
8   Table 1. Estimated Vote Share by Race, 2020 Presidential Election

| Racial Group | Democratic Vote (Biden) | Republican Vote (Trump) | Independent Vote (Jorgenson) |
|---|---|---|---|
| Black | .9844 | .0119 | .0036 |
|  | [.9809, .9874] | [.0092, .0154] | [.0028, .0046] |
| White | .0775 | .9185 | .0040 |
|  | [.0680, .0880] | [.9080, .9280] | [.0030, .0051] |
| Other | .5175 | .2032 | .2792 |
|  | [.3277, .6669] | [.0626, .3858] | [.2368, .3325] |

9   Notes: Entries are EI point estimates with 95% confidence intervals in brackets.
10
11   As displayed in Table 2 below, the proposed SBOE 5 is 51.27% black voting age population;
12   42.70% white voting age population, and 6.03% other voting age population. These figures
13   represent the potential voting electorate for SBOE 5.
14
15   Table 2. Racial Breakdown for Proposed SBOE 5

| Racial Group | Percent | Number of Voters |
|---|---|---|
| Black VAP | 51.27% | 247,203 |
| White VAP | 42.70% | 205,882 |
| Other VAP | 6.03% | 29,074 |
| Total |  | 482,159 |

16
17   Next, I will make use of historical registration and turnout data from the Alabama Secretary of
18   State in order to estimate the number of each racial group. Data in Table 3 below are from the
19   2020 general election. The table below indicates what the electorate in proposed SBOE 5 might
20   resemble in a general election scenario.
21
22   Table 3. Turnout by Race for Proposed SBOE 5

| Racial Group | Electorate | Turnout Percent | Number of Voters |
|---|---|---|---|
| Black VAP | 247,203 | 54.70% | 135,208 |
| White VAP | 205,882 | 65.00% | 133,827 |
| Other VAP | 29,074 | 44.13% | 12,830 |
| Total | 482,159 |  | 281,866 |

23
24   Having come up with an estimate of what the electorate for proposed SBOE 5 might resemble,
25   one can now combine these data with the estimated vote percentages by race in Table 1 in order
26   to estimate votes shares by party (see Table 4).
27

---

[1] Due to data limitations, Washington County was included in the analysis as a pseudo-precinct.

1

RC 044615

1
2   Table 4. Estimated Vote by Party for Proposed SBOE 5

|  | (D) | (R) | (I) |
|---|---|---|---|
| Black | 133,099 | 1,609 | 487 |
| White | 10,372 | 122,921 | 535 |
| Other | 6,640 | 2,607 | 3,582 |
| Total | 150,110 | 127,137 | 4,604 |
| Vote Percentage | 53.26% | 45.11% | 1.63% |

3
4   Having produced an estimate of the number of Democratic votes, the last step in the process
5   would be to simply divide this number by the size of the estimated electorate (150,110/281,866)
6   in order to determine the percentage of votes a Democratic candidate would receive in proposed
7   SBOE 5. At 51.27% BVAP, proposed SBOE 5 would yield an estimated Democratic vote
8   percentage of **53.26%** based on the results of the 2020 presidential election.
9
10  **Summary**
11  Proposed SBOE 5, drawn race-blind, is 51.21% BVAP. Extremely high levels of racially
12  polarized voting are present in proposed SBOE 5. Based on the analysis of the 2020 presidential
13  election, the estimated Democratic vote share is 53.26%.[2]
14

---

[2]If we recalculate the Democratic vote share for proposed SBOE 5 using the lower bounds for the Democratic vote share estimates by racial group (see Tables 1 and 5), then the estimated Democratic vote in the district still constitutes a majority (51.76%) using 2020 election data.

2

RC 044616