FILED
2021 Dec-27 PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# montgomeryadvertiser.com

## House approves congressional redistricting plan



Written by

**Brian Lyman**

2:10 AM, Jun. 2, 2011|

The Alabama House of Representatives approved a congressional redistricting plan Wednesday despite protests from the Montgomery County delegation over the map splitting the county among three congressional districts.

The map divides Montgomery County between the 2nd, 3rd and 7th districts. The county is currently split between the 2nd and 3rd districts.

The House approved the map 65-37. The Senate approved a similar plan last week, but a conference committee replaced that version with an older map; the Senate must concur in the changes.

Reps. Joe Hubbard, D-Montgomery; John Knight, D-Montgomery; and Jay Love, R-Montgomery all voted against the proposal. Rep. Greg Wren, R-Montgomery, did not vote.

Members of the Montgomery delegation in the House and Senate have complained that that dividing the county between three districts would dilute Montgomery's voice in Congress.

"You deal with three different people who are unlikely to agree on different things," said Hubbard.

Wren voiced similar sentiments.

"You wouldn't want to see your county cut into three districts, but that's what's happened here," he said.

Montgomery representatives offered several alternatives that would have split Montgomery County between two districts, but were voted down. Rep. James Buskey, D-Mobile, offered another alternative that, he said, does not "crack" Montgomery and would increase minority representation in the 2nd Congressional District. Under the approved plan, the 7th Congressional District would be about 63 percent black, which Buskey objected to.

"That's stacking," he said. "That's stacking

Advertisement



Print Powered By FormatDynamics

# montgomeryadvertiser.com

blacks in a congressional district, (and) there's no need to do so."

Rep. Jim McClendon, R-Springville, who carried the plan in the House, said the Buskey plan would lead to "retrogression," or a retreat from minority population benchmarks set by the Justice Department.

Under the Voting Rights Act, the DOJ must approve the state's redistricting plan before it can be implemented. If the redistricting plan retreats from Justice Department benchmarks -- such as reducing minority population in a previously-approved congressional district -- the state must show that it had no discriminatory purpose in the move and did not reduce minority voters' "effective exercise of the electoral franchise."

"This plan, as far as the Justice Department and Voting Rights Act goes, it's a failure," McClendon said.

The Senate plan passed last Thursday was changed late in the day by Senate Rules Chairman Scott Beason, who made alterations to a map sponsored by Rep. Micky Hammon, R-Decatur. Beason's work altered the boundaries of the 6th Congressional District, where he lives.

A conference committee removed Beason's changes this week, restoring Hammon's version.

Members of the Legislature from other locations have also raised objections to the map. Shoals-area officials are concerned about splitting Lauderdale and Colbert County in two congressional districts. Tuscaloosa representatives have attempted to adjust the congressional boundaries embracing their county.

Advertisement



Print Powered By FormatDynamics