FILED
2021 Dec-27 PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**From:** Laura Hall <annihall19@gmail.com>
**Sent:** Tuesday, June 29, 2021 9:05 PM
**To:** Donna Overton <donna.overton@alsenate.gov>; annihall19@gmail.com <annihall19@gmail.com>
**Cc:** Permanent Legislative Committee on Reapportionment <reapportionmentcommittee@ALALeg.onmicrosoft.com>; Reapportionment Committee Meeting Notices <reappnotices@ALALeg.onmicrosoft.com>; dwalker@balch.com <dwalker@balch.com>
**Subject:** Re: REAPPORTIONMENT...Adopted Guidelines and Public Hearing Schedule


On Tue, Jun 29, 2021 at 10:03 PM Laura Hall <annihall19@gmail.com> wrote:
> **Please note that I sought input and the following information is provided as it relates to the Hearing Schedule.**
> **Thanks,**
> **Laura Hall**
> **256.656.2301**
>
>
> **Alabama Reapportionment Committee's Proposed Public Hearing Schedule**
> The proposed public hearing locations are insufficient. While the city/county composition mirror those used in 2011, the proposed locations are not representative of the state's voting demographic and do not provide adequate opportunity for public input.
> During the May 5th committee meeting, members agreed to hearing locations that would not require constituents to travel more than one county. However, the proposed location map will require interested parties to travel significant distances – at least an hour each way, in some instances – to participate.
> The proposed schedule shows 4 or 5, consecutively scheduled,hearings each day over *four* calendar days. Many of these hearings are scheduled only two hours apart, leaving committee members who would like to attend multiple hearings in a region inadequate time to meaningfully participate in one hearing and then travel to the next. In 2011, the public hearings were spaced over *eight* calendar days, with 3 hearings at most, each day. While it may not be feasible for all committee members to attend every public hearing, the proposed schedule requires members to "pick and choose" hearings and will not have the full benefit of the public hearing testimony and discussion of any alternative maps introduced.

1

RC 045712

In addition, the timing of each hearing is unsatisfactory. Hearings held during working hours cannot be viewed objectively as providing the opportunity for public input. Only one hearing (Randolph County) is scheduled to begin at 5 pm. Whereas, seven of the 2011 hearings were scheduled at 6:30 p.m. (one at 6:45).

Three of the current Senate districts have no public hearing in any county within the district:
- SD4 (Gudger) – Lawrence, Marion, Winston, and Cullman
- SD10 (Jones) – Etowah and Cherokee
- SD28 (Beasley) – Macon, Russell, Bullock, Barbour, and Henry

Two of the current Senate districts have nominal coverage in the proposed locations:
- SD22 (Albritton) – Clarke, Washington, Baldwin (most), Escambia and Monroe (sliver)
  - The interests of constituents in Escambia County and the small portion of Monroe contained in this district -- where there are proposed hearings -- are distinctly different from those of constituents in Washington, Clarke, or Baldwin.
- SD24 (Singleton) – Pickens, Greene, Hale, Choctaw, and Marengo (portion)
  - This district covers half of Marengo, the only county in this district with a proposed hearing

Of the top 10 counties with the highest Black population, only two are covered in the proposed:
- Macon (80.7%)
- Greene (80.1%)
- Lowndes (72.5%)
- Sumter (71.8%)
- Wilcox (71.3%)
- Bullock (70.5%)
- **Dallas (70.5%)**
- Perry (67.9%)
- **Montgomery (59%)**
- Hale (51.4%)

Finally, the proposed public hearing locations raise a few accessibility concerns.
We commend the decision to use community colleges as the venue for redistricting public hearings. They are typically well known and welcoming community spaces that residents feel comfortable visiting in addition to being physically accessible to community members with disabilities. However, the desire to use community colleges should not override other important considerations when choosing locations for these hearings. If there is not a suitably located community college in a county, other spaces should be considered. Two examples:

Hoover was chosen as the Shelby County location – this is an affluent area in north Shelby County that is less than 30 minutes from the hearing location in Jefferson County but more than thirty miles from communities in the south of the county location in Calera (where this is

RC 045713

a community college) or Columbiana (the county seat) would be muchmore accessible to other parts of the county

The State House is identified for two public hearings in Montgomery. At least one location should be moved to a space more accessible to community residents.

On Fri, Jun 4, 2021 at 12:12 PM Donna Overton <donna.overton@alsenate.gov> wrote:
Good Morning All,

I have attached the guidelines that were adopted on our meeting May 5, 2021 and a copy of the Public Hearing dates and locations. The hearings will be held in person (at the listed community colleges) and virtually from the Statehouse in Conference room 317. Any member who wishes to attend the hearing either in person or virtually from the statehouse is welcome to do so.

Look over the schedule and if you would like to add to the list, please, let me know. I will be glad to work with you in setting that up. The plan is to publish the schedule the first of July 2021. I would need your request for any additional hearing locations and dates by June 28 so I can get them finalized.

Thanks and Have a Great Day!

**Donna Overton Loftin**
Supervisor, Reapportionment Office
11 S Union Street, Suite 317
Montgomery, AL. 36130
334.261.0395


You're receiving this message because you're a member of the Permanent Legislative Committee on Reapportionment group from ALALeg. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Microsoft 365 Groups

RC 045714