Case 2:21-cv-01530-AMM   Document 88-28   Filed 12/27/21   Page 1 of 4
Case 2:12-cv-00691-WKW-MHT-WHP   Document 125-10   Filed 06/17/13   Page 1 of 7

FILED
 2021 Dec-27 PM 01:06
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| ALABAMA LEGISLATIVE<br>BLACK CAUCUS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF ALABAMA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:12-cv-691<br>)       WKW-MHT-WHP<br>)<br>)<br>)<br>)<br>)<br>) |
| DEMETRIUS NEWTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF ALABAMA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:12-cv-1081<br>)       WKW-MHT-WHP<br>)<br>)<br>) |

## DECLARATION OF RANDY HINAMAN

1. My name is Randy Hinaman. I am over the age of 21 years, have personal knowledge of the facts set forth, and am competent to testify regarding them.

2. I have substantial experience in drafting redistricting plans in Alabama, including drawing the congressional plan adopted by the three-

1



PLAINTIFF'S
EXHIBIT
4

4. In drawing the lines for all the new districts, I used information conveyed to me by Senator Dial, Representative McClendon, and individual legislators to try to make sure we accommodated the legislators' wishes to the extent possible. I did make recommendations, including the recommendations to move HD 53 from Birmingham to Huntsville and to make HD 85 a majority-black district thereby increasing the total number of black-majority districts under the House plan to 28, but the decision to follow those recommendations was made by Representative McClendon, not by me.

5. Senator Dial gave me a map of the Birmingham-area black-majority Senate districts (SDs 18, 19, and 20) that I understood came from Senator Rodger Smitherman. That map did not include any demographic information with it, but when I looked at the neighborhoods included in the new district boundaries, I saw that the black population in the proposed new districts was about the same percentage as in the old districts. That map also split a number of precincts, which I input into the draft Senate plan as they came to me. I estimate that I used 90-95% of that map in drawing the lines for the Senate plan, with the changes coming around the edges of the districts. The decision to follow these recommendations was made by Senator Dial.

3

Even so, I estimate that I used a great deal of the map that I received from Representative McClendon. HD 73 was moved to Shelby County, the fastest growing county in Alabama and one whose existing House districts were all over-populated. Again the decision to follow these recommendations, including the recommendation to move HD 73 to Shelby County, was made by Representative McClendon, not by me.

8. I recommended that HD 53 be moved from Birmingham to Huntsville because all of the black-majority districts in Jefferson County were significantly under-populated, while there was a compact, contiguous group of black voters in the Huntsville area that was large enough to be a majority in a Shaw-compliant House district. While the black-majority districts in Jefferson County needed to gain population, adding white voters from the rest of Jefferson County posed a serious problem with retrogression. Something had to be done, and the solution was to move the population from one of the black-majority districts into the adjoining districts and ripple it through to the other black-majority districts. I was told that Representative Demetrius Newton was retiring, so I suggested rolling up HD 53, which he represented. Again, the decision to move HD 53 to Madison County, where it became a new black-majority House district with

majority districts, and the best place to get the additional population was by pushing south into SD 22 and east into SD 30. That would cause less disruption to other districts than pushing north and east toward Tuscaloosa. This also kept the African-American percentages nearly identical to what they had been. Pushing south had the additional benefit of putting the extra 19,000 people in SD 32 in Baldwin County into a district that met the allowable population deviation. As a result, the changes I proposed included pushing SD 22 further into Baldwin County. Senator Dial made the decision on how to fit these districts into the Senate plan, not me.

Pursuant to 18 U.S.C. § 1746, I affirm that the foregoing is true and correct to the best of my knowledge and belief.

*/s/ Randy Hinaman*

Randy Hinaman