| NAME OF PLAN | SPONSOR | BILL NUMBER | SUBSTITUTE | ALIS NUMBER | NOTES |
|---|---|---|---|---|---|
| | | | | | |
| PRINGLE CONGRESSIONAL PLAN 1 | REP PRINGLE | HB1 | | 215467-2 | **PASSED THE LEGISLATURE AND RENAMED THE 2021 ALABAMA CONGRESSIONAL PLAN |
| COLEMAN CONGRESSIONAL PLAN 1 | SEN COLEMAN | | FLOOR | 215457-1 | **OFFERED TWICE   **JOE REED PLAN |
| HOLMES CONGRESSIONAL PLAN 1 | REP HOLMES | | FLOOR | 215458-2 | **MOORE CONGRESSIONAL PLAN AND SAME AS BARFOOT CONGR PLAN 1 |
| FAULKNER CONGRESSIONAL PLAN 2 | REP FAULKNER | | FLOOR | 215500-1 | |
| SINGLETON CONGRESSIONAL PLAN 1 | SEN SMITHERMAN | SB10 | FLOOR | 215593-1 | **LEAGUE OF WOMEN VOTER PLAN |
| SINGLETON CONGRESSIONAL PLAN 2 | SEN SINGLETON | | FLOOR | 215488-1 | **NARROW DEVIATION PLAN |
| SINGLETON CONGRESSIONAL PLAN 3 | SEN SINGLETON | | FLOOR | 215489-1 | **ZERO DEVIATION PLAN |
| HATCHER CONGRESSIONAL PLAN 1 | SEN HATCHER | | FLOOR | 215601-1 | |
| WAGGONER CONGRESSIONAL PLAN 3 | SEN WAGGONER | | FLOOR | 215614-1 | |
| BARFOOT CONGRESSIONAL PLAN 1 | SEN BARFOOT | | FLOOR | 215598-1 | **SAME AS MOORE AND HOLMES PLANS |
| WAGGONER CONGRESSIONAL PLAN 1 | SEN WAGGONER | | COMMITTEE | 215560-1 | **OFFERED IN F&T COMMITTEE NOV 2 same as Faulkner Plan |

RC 000007