Alabama -- 2019 ACS -- Table S0201

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| **TOTAL NUMBER OF RACES REPORTED** | | | |
| Total population | 4,903,185 | 1,364,474 | 3,192,955 |
| One race | 98.1% | 96.7% | 100.0% |
| Two races | 1.7% | 2.9% | (X) |
| Three races | 0.1% | 0.3% | (X) |
| Four or more races | 0.0% | 0.1% | (X) |
| **SEX AND AGE** | | | |
| Total population | 4,903,185 | 1,364,474 | 3,192,955 |
| Male | 48.3% | 47.0% | 48.8% |
| Female | 51.7% | 53.0% | 51.2% |
| Under 5 years | 5.8% | 6.6% | 5.1% |
| 5 to 17 years | 16.3% | 18.7% | 14.4% |
| 18 to 24 years | 9.3% | 11.2% | 8.4% |
| 25 to 34 years | 13.0% | 14.2% | 12.3% |
| 35 to 44 years | 12.4% | 13.1% | 11.8% |
| 45 to 54 years | 12.4% | 11.5% | 13.0% |
| 55 to 64 years | 13.3% | 12.1% | 14.5% |
| 65 to 74 years | 10.3% | 8.1% | 11.8% |
| 75 years and over | 7.1% | 4.6% | 8.7% |
| Median age (years) | 39.4 | 34.5 | 43.2 |
| 18 years and over | 77.9% | 74.7% | 80.4% |
| 21 years and over | 73.6% | 69.4% | 76.7% |
| 62 years and over | 21.4% | 16.3% | 24.7% |
| 65 years and over | 17.4% | 12.6% | 20.4% |
| Under 18 years | 1,085,597 | 345,372 | 624,431 |
| Male | 51.3% | 52.0% | 51.3% |
| Female | 48.7% | 48.0% | 48.7% |
| **18 years and over** | **3,817,588** | **1,019,102** | **2,568,524** |
| Male | 47.5% | 45.3% | 48.2% |
| Female | 52.5% | 54.7% | 51.8% |
| 18 to 34 years | 1,094,933 | 346,362 | 660,000 |
| Male | 49.6% | 47.7% | 50.2% |
| Female | 50.4% | 52.3% | 49.8% |
| 35 to 64 years | 1,868,343 | 500,317 | 1,255,973 |
| Male | 48.0% | 45.3% | 49.1% |
| Female | 52.0% | 54.7% | 50.9% |

Alabama -- 2019 ACS -- Table S0201

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| **65 years and over** | 854,312 | 172,423 | 652,551 |
| Male | 43.7% | 40.8% | 44.5% |
| Female | 56.3% | 59.2% | 55.5% |
| **RELATIONSHIP** | | | |
| Population in households | 4,786,560 | 1,318,719 | 3,128,232 |
| Householder or spouse | 58.2% | 50.4% | 62.8% |
| Unmarried partner | 1.9% | 2.4% | 1.7% |
| Child | 29.0% | 33.4% | 26.3% |
| Other relatives | 8.1% | 11.4% | 6.5% |
| Other nonrelatives | 2.7% | 2.4% | 2.7% |
| **HOUSEHOLDS BY TYPE** | | | |
| Households | 1,897,576 | 517,634 | 1,278,435 |
| Family households | 65.2% | 59.5% | 67.0% |
| With own children of the householder under 18 years | 24.3% | 25.2% | 22.9% |
| Married-couple family | 47.0% | 28.2% | 54.1% |
| With own children of the householder under 18 years | 15.7% | 9.2% | 17.4% |
| Female householder, no spouse present, family | 14.0% | 25.9% | 9.5% |
| With own children of the householder under 18 years | 6.7% | 13.4% | 4.0% |
| Nonfamily households | 34.8% | 40.5% | 33.0% |
| Male householder | 16.2% | 18.2% | 15.4% |
| Living alone | 13.3% | 15.6% | 12.4% |
| Not living alone | 2.9% | 2.6% | 3.0% |
| Female householder | 18.6% | 22.3% | 17.6% |
| Living alone | 16.6% | 20.4% | 15.5% |
| Not living alone | 2.0% | 1.9% | 2.1% |
| Average household size | 2.52 | 2.49 | 2.49 |
| Average family size | 3.15 | 3.31 | 3.06 |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 4,004,468 | 1,076,269 | 2,678,631 |
| Now married, except separated | 47.6% | 30.2% | 54.3% |
| Widowed | 6.8% | 6.0% | 7.4% |
| Divorced | 12.5% | 12.7% | 12.9% |
| Separated | 2.1% | 3.8% | 1.4% |
| Never married | 31.1% | 47.4% | 24.0% |
| Male 15 years and over | 1,909,410 | 491,434 | 1,295,691 |
| Now married, except separated | 49.9% | 33.6% | 56.2% |

**Alabama -- 2019 ACS -- Table S0201**

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Widowed | 2.9% | 2.6% | 3.2% |
| Divorced | 11.4% | 10.9% | 12.0% |
| Separated | 1.8% | 3.5% | 1.1% |
| Never married | 34.0% | 49.4% | 27.4% |
| Female 15 years and over | 2,095,058 | 584,835 | 1,382,940 |
| Now married, except separated | 45.5% | 27.3% | 52.5% |
| Widowed | 10.3% | 8.8% | 11.4% |
| Divorced | 13.4% | 14.2% | 13.6% |
| Separated | 2.4% | 4.0% | 1.6% |
| Never married | 28.4% | 45.8% | 20.8% |
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 1,164,195 | 375,990 | 676,127 |
| Nursery school, preschool | 5.6% | 6.0% | 5.7% |
| Kindergarten | 5.2% | 5.7% | 4.5% |
| Elementary school (grades 1-8) | 42.0% | 41.3% | 41.7% |
| High school (grades 9-12) | 21.3% | 20.9% | 21.6% |
| College or graduate school | 25.9% | 26.2% | 26.5% |
| Male 3 years and over enrolled in school | 575,054 | 184,431 | 334,598 |
| Percent enrolled in kindergarten to grade 12 | 72.0% | 73.1% | 70.4% |
| Percent enrolled in college or graduate school | 22.1% | 20.9% | 23.3% |
| Female 3 years and over enrolled in school | 589,141 | 191,559 | 341,529 |
| Percent enrolled in kindergarten to grade 12 | 65.1% | 62.8% | 65.3% |
| Percent enrolled in college or graduate school | 29.5% | 31.3% | 29.7% |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 3,360,058 | 866,916 | 2,299,781 |
| Less than high school diploma | 12.9% | 14.9% | 10.9% |
| High school graduate (includes equivalency) | 30.9% | 35.8% | 30.0% |
| Some college or associate's degree | 29.8% | 29.9% | 30.3% |
| Bachelor's degree | 16.3% | 12.1% | 17.8% |
| Graduate or professional degree | 10.0% | 7.2% | 10.9% |
| High school graduate or higher | 87.1% | 85.1% | 89.1% |
| Male, high school graduate or higher | 85.9% | 83.1% | 88.2% |
| Female, high school graduate or higher | 88.2% | 86.6% | 89.9% |
| Bachelor's degree or higher | 26.3% | 19.4% | 28.8% |
| Male, bachelor's degree or higher | 25.6% | 16.1% | 28.7% |
| Female, bachelor's degree or higher | 27.0% | 22.0% | 28.9% |

Alabama -- 2019 ACS -- Table S0201

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| **FERTILITY** | | | |
| Women 15 to 50 years | 1,142,520 | 354,595 | 698,868 |
| Women 15 to 50 years who had a birth in the past 12 months | 58,542 | 20,075 | 33,428 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 26,127 | 15,341 | 8,880 |
| As a percent of all women with a birth in the past 12 months | 44.6% | 76.4% | 26.6% |
| **RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS** | | | |
| Population 30 years and over | 3,034,720 | 765,095 | 2,099,298 |
| Grandparents living with grandchild(ren) | 4.1% | 5.5% | 3.6% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 47.9% | 48.4% | 48.3% |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 3,800,695 | 1,015,281 | 2,557,434 |
| Civilian veteran | 8.4% | 7.7% | 8.9% |
| **DISABILITY STATUS** | | | |
| Total civilian noninstitutionalized population | 4,822,514 | 1,335,293 | 3,145,214 |
| With a disability | 15.9% | 15.4% | 16.7% |
| Civilian noninstitutionalized population under 18 years | 1,084,062 | 344,489 | 623,831 |
| With a disability | 4.0% | 4.5% | 3.8% |
| Civilian noninstitutionalized population 18 to 64 years | 2,903,613 | 822,607 | 1,883,922 |
| With a disability | 13.8% | 14.8% | 13.9% |
| Civilian noninstitutionalized population 65 years and older | 834,839 | 168,197 | 637,461 |
| With a disability | 38.3% | 40.6% | 37.6% |
| **RESIDENCE 1 YEAR AGO** | | | |
| Population 1 year and over | 4,849,509 | 1,347,002 | 3,163,175 |
| Same house | 86.6% | 84.6% | 87.7% |
| Different house in the U.S. | 13.2% | 15.2% | 12.2% |
| Same county | 8.0% | 10.1% | 7.0% |
| Different county | 5.2% | 5.0% | 5.2% |
| Same state | 3.0% | 3.4% | 2.9% |
| Different state | 2.2% | 1.6% | 2.3% |
| Abroad | 0.3% | 0.2% | 0.2% |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | | |
| Native | 4,728,233 | 1,351,222 | 3,161,727 |
| Male | 48.3% | 47.1% | 48.9% |
| Female | 51.7% | 52.9% | 51.1% |
| Foreign born | 174,952 | 13,252 | 31,228 |
| Male | 49.0% | 45.4% | 46.4% |

**Alabama -- 2019 ACS -- Table S0201**

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female | 51.0% | 54.6% | 53.6% |
| Foreign born; naturalized U.S. citizen | 76,963 | 8,477 | 18,152 |
| Male | 45.8% | 48.2% | 46.7% |
| Female | 54.2% | 51.8% | 53.3% |
| Foreign born; not a U.S. citizen | 97,989 | 4,775 | 13,076 |
| Male | 51.5% | 40.6% | 46.0% |
| Female | 48.5% | 59.4% | 54.0% |
| Population born outside the United States | 174,952 | 13,252 | 31,228 |
| Entered 2010 or later | 30.3% | 36.3% | 25.3% |
| Entered 2000 to 2009 | 29.9% | 26.6% | 23.7% |
| Entered before 2000 | 39.8% | 37.0% | 51.0% |
| **WORLD REGION OF BIRTH OF FOREIGN BORN** | | | |
| Foreign-born population excluding population born at sea | 174,952 | 13,252 | 31,228 |
| Europe | 11.5% | 5.7% | 61.1% |
| Asia | 32.2% | 0.0% | 15.7% |
| Africa | 5.5% | 59.1% | 5.4% |
| Oceania | 0.4% | 0.0% | 1.5% |
| Latin America | 48.1% | 31.7% | 6.0% |
| Northern America | 2.3% | 3.5% | 10.3% |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | |
| Population 5 years and over | 4,616,588 | 1,274,505 | 3,028,695 |
| English only | 94.5% | 98.2% | 98.6% |
| Language other than English | 5.5% | 1.8% | 1.4% |
| Speak English less than "very well" | 2.2% | 0.6% | 0.3% |
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 3,937,453 | 1,054,369 | 2,641,813 |
| In labor force | 58.0% | 59.4% | 56.8% |
| Civilian labor force | 57.5% | 59.1% | 56.4% |
| Employed | 54.7% | 54.5% | 54.2% |
| Unemployed | 2.8% | 4.5% | 2.1% |
| Unemployment Rate | 4.9% | 7.7% | 3.8% |
| Armed Forces | 0.4% | 0.4% | 0.4% |
| Not in labor force | 42.0% | 40.6% | 43.2% |
| Females 16 years and over | 2,063,101 | 575,288 | 1,364,381 |
| In labor force | 52.7% | 58.8% | 50.1% |
| Civilian labor force | 52.6% | 58.6% | 50.0% |

Alabama -- 2019 ACS -- Table S0201

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Employed | 49.9% | 54.4% | 48.0% |
| Unemployed | 2.7% | 4.2% | 2.0% |
| Unemployment Rate | 5.1% | 7.2% | 3.9% |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 2,134,022 | 566,235 | 1,422,548 |
| Car, truck, or van - drove alone | 85.2% | 84.2% | 86.4% |
| Car, truck, or van - carpooled | 8.7% | 9.6% | 7.6% |
| Public transportation (excluding taxicab) | 0.4% | 1.0% | 0.2% |
| Walked | 1.2% | 1.4% | 1.1% |
| Other means | 1.1% | 1.3% | 1.0% |
| Worked from home | 3.4% | 2.4% | 3.8% |
| Mean travel time to work (minutes) | 25.4 | 23.3 | 26.3 |
| **OCCUPATION** | | | |
| Civilian employed population 16 years and over | 2,153,467 | 575,016 | 1,432,937 |
| Management, business, science, and arts occupations | 35.9% | 25.8% | 40.3% |
| Service occupations | 16.5% | 22.2% | 13.8% |
| Sales and office occupations | 20.3% | 20.9% | 20.8% |
| Natural resources, construction, and maintenance occupations | 9.4% | 5.6% | 10.3% |
| Production, transportation, and material moving occupations | 17.9% | 25.5% | 14.7% |
| Male civilian employed population 16 years and over | 1,123,381 | 262,156 | 777,925 |
| Management, business, science, and arts occupations | 30.7% | 17.8% | 35.3% |
| Service occupations | 13.4% | 18.4% | 11.5% |
| Sales and office occupations | 13.0% | 12.7% | 13.6% |
| Natural resources, construction, and maintenance occupations | 17.2% | 11.6% | 18.3% |
| Production, transportation, and material moving occupations | 25.7% | 39.4% | 21.4% |
| Female civilian employed population 16 years and over | 1,030,086 | 312,860 | 655,012 |
| Management, business, science, and arts occupations | 41.6% | 32.5% | 46.4% |
| Service occupations | 19.8% | 25.3% | 16.6% |
| Sales and office occupations | 28.4% | 27.7% | 29.4% |
| Natural resources, construction, and maintenance occupations | 0.9% | 0.7% | 0.7% |
| Production, transportation, and material moving occupations | 9.3% | 13.8% | 6.9% |
| **INDUSTRY** | | | |
| Civilian employed population 16 years and over | 2,153,467 | 575,016 | 1,432,937 |
| Agriculture, forestry, fishing and hunting, and mining | 1.2% | 0.4% | 1.4% |
| Construction | 6.9% | 3.7% | 7.6% |
| Manufacturing | 14.5% | 17.6% | 12.8% |

**Alabama -- 2019 ACS -- Table S0201**

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Wholesale trade | 2.6% | 1.9% | 3.0% |
| Retail trade | 11.1% | 11.5% | 11.2% |
| Transportation and warehousing, and utilities | 5.4% | 5.8% | 5.5% |
| Information | 1.3% | 1.0% | 1.5% |
| Finance and insurance, and real estate and rental and leasing | 5.6% | 4.2% | 6.3% |
| Professional, scientific, and management, and administrative and waste manageme | 9.6% | 8.5% | 10.1% |
| Educational services, and health care and social assistance | 22.5% | 23.8% | 22.6% |
| Arts, entertainment, and recreation, and accommodation and food services | 8.9% | 10.9% | 7.5% |
| Other services (except public administration) | 4.8% | 4.1% | 5.1% |
| Public administration | 5.4% | 6.6% | 5.1% |
| **CLASS OF WORKER** | | | |
| Civilian employed population 16 years and over | 2,153,467 | 575,016 | 1,432,937 |
| Private wage and salary workers | 78.5% | 78.9% | 78.1% |
| Government workers | 16.2% | 18.4% | 15.9% |
| Self-employed workers in own not incorporated business | 5.1% | 2.7% | 5.8% |
| Unpaid family workers | 0.2% | 0.0% | 0.2% |
| **INCOME IN THE PAST 12 MONTHS (IN 2019 INFLATION-ADJUSTED DOLLARS)** | | | |
| Households | 1,897,576 | 517,634 | 1,278,435 |
| Median household income (dollars) | 51,734 | 35,900 | 59,966 |
| With earnings | 72.4% | 72.6% | 71.4% |
| Mean earnings (dollars) | 73,434 | 51,969 | 82,702 |
| With Social Security income | 35.9% | 33.0% | 38.3% |
| Mean Social Security income (dollars) | 19,328 | 15,373 | 20,811 |
| With Supplemental Security Income | 6.5% | 10.8% | 5.0% |
| Mean Supplemental Security Income (dollars) | 9,087 | 8,106 | 9,973 |
| With cash public assistance income | 1.4% | 2.1% | 1.2% |
| Mean cash public assistance income (dollars) | 3,424 | 3,979 | 3,143 |
| With retirement income | 26.4% | 20.7% | 29.7% |
| Mean retirement income (dollars) | 25,004 | 20,952 | 26,037 |
| With Food Stamp/SNAP benefits | 13.0% | 25.4% | 8.2% |
| Families | 1,237,883 | 307,904 | 857,008 |
| Median family income (dollars) | 66,171 | 46,549 | 75,012 |
| Married-couple family | 72.1% | 47.4% | 80.7% |
| Median income (dollars) | 81,393 | 70,593 | 84,970 |
| Male householder, no spouse present, family | 6.5% | 9.1% | 5.2% |
| Median income (dollars) | 44,879 | 39,299 | 47,642 |

Alabama -- 2019 ACS -- Table S0201

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female householder, no husband present, family | 21.5% | 43.5% | 14.1% |
| Median income (dollars) | 32,360 | 28,329 | 38,514 |
| Individuals | 4,903,185 | 1,364,474 | 3,192,955 |
| Per capita income (dollars) | 28,650 | 20,402 | 32,939 |
| With earnings for full-time, year-round workers: | | | |
| Male | 917,533 | 209,540 | 642,323 |
| Female | 709,437 | 225,708 | 444,458 |
| Mean earnings (dollars) for full-time, year-round workers: | | | |
| Male | 64,038 | 45,095 | 71,096 |
| Female | 45,569 | 37,803 | 49,569 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 50,018 | 37,180 | 53,258 |
| Female | 37,161 | 31,222 | 40,971 |
| **HEALTH INSURANCE COVERAGE** | | | |
| Civilian noninstitutionalized population | 4,822,514 | 1,335,293 | 3,145,214 |
| With private health insurance | 66.9% | 55.3% | 73.1% |
| With public coverage | 37.3% | 44.4% | 34.7% |
| No health insurance coverage | 9.7% | 11.0% | 8.2% |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** | | | |
| All families | 11.2% | 19.9% | 7.5% |
| With related children of the householder under 18 years | 18.5% | 30.5% | 12.0% |
| With related children of the householder under 5 years only | 18.6% | 35.5% | 11.1% |
| Married-couple family | 5.1% | 6.6% | 4.2% |
| With related children of the householder under 18 years | 6.9% | 7.1% | 5.3% |
| With related children of the householder under 5 years only | 6.9% | 6.7% | 4.9% |
| Female householder, no spouse present, family | 29.7% | 34.5% | 23.6% |
| With related children of the householder under 18 years | 42.1% | 47.0% | 35.5% |
| With related children of the householder under 5 years only | 48.7% | 56.9% | 42.1% |
| All people | 15.5% | 23.4% | 11.5% |
| Under 18 years | 21.4% | 34.1% | 13.2% |
| Related children of the householder under 18 years | 21.1% | 33.9% | 12.9% |
| Related children of the householder under 5 years | 24.1% | 39.9% | 14.0% |
| Related children of the householder 5 to 17 years | 20.1% | 31.8% | 12.6% |
| 18 years and over | 13.8% | 19.7% | 11.1% |
| 18 to 64 years | 14.7% | 19.9% | 12.0% |
| 65 years and over | 10.5% | 18.6% | 8.2% |

**Alabama -- 2019 ACS -- Table S0201**

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| People in families | 12.3% | 20.8% | 8.1% |
| Unrelated individuals 15 years and over | 29.3% | 33.5% | 27.0% |
| **HOUSING TENURE** | | | |
| Occupied housing units | 1,897,576 | 517,634 | 1,278,435 |
| Owner-occupied housing units | 68.8% | 50.5% | 77.1% |
| Renter-occupied housing units | 31.2% | 49.5% | 22.9% |
| Average household size of owner-occupied unit | 2.60 | 2.63 | 2.56 |
| Average household size of renter-occupied unit | 2.35 | 2.35 | 2.28 |
| **UNITS IN STRUCTURE** | | | |
| Occupied housing units | 1,897,576 | 517,634 | 1,278,435 |
| 1-unit, detached or attached | 72.2% | 63.1% | 76.5% |
| 2 to 4 units | 4.6% | 8.2% | 3.1% |
| 5 or more units | 10.9% | 19.3% | 7.3% |
| Mobile home, boat, RV, van, etc. | 12.3% | 9.4% | 13.1% |
| **YEAR STRUCTURE BUILT** | | | |
| Occupied housing units | 1,897,576 | 517,634 | 1,278,435 |
| Built 2014 or later | 4.9% | 3.8% | 5.3% |
| Built 2010 to 2013 | 3.7% | 3.6% | 3.6% |
| Built 2000 to 2009 | 15.3% | 10.9% | 16.8% |
| Built 1980 to 1999 | 33.2% | 29.5% | 34.5% |
| Built 1960 to 1979 | 27.1% | 32.7% | 25.1% |
| Built 1940 to 1959 | 11.4% | 14.6% | 10.3% |
| Built 1939 or earlier | 4.5% | 4.8% | 4.5% |
| **VEHICLES AVAILABLE** | | | |
| Occupied housing units | 1,897,576 | 517,634 | 1,278,435 |
| None | 6.0% | 11.7% | 3.8% |
| 1 or more | 94.0% | 88.3% | 96.2% |
| **HOUSE HEATING FUEL** | | | |
| Occupied housing units | 1,897,576 | 517,634 | 1,278,435 |
| Gas | 32.1% | 35.5% | 31.2% |
| Electricity | 66.4% | 63.6% | 67.0% |
| All other fuels | 1.1% | 0.4% | 1.3% |
| No fuel used | 0.4% | 0.4% | 0.4% |
| **SELECTED CHARACTERISTICS** | | | |
| Occupied housing units | 1,897,576 | 517,634 | 1,278,435 |
| No telephone service available | 1.4% | 2.2% | 1.0% |

**Alabama -- 2019 ACS -- Table S0201**

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| 1.01 or more occupants per room | 1.5% | 1.6% | 1.1% |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 717,054 | 148,959 | 534,135 |
| Less than 30 percent | 77.3% | 68.4% | 80.1% |
| 30 percent or more | 22.7% | 31.6% | 19.9% |
| **OWNER CHARACTERISTICS** | | | |
| Owner-occupied housing units | 1,305,223 | 261,342 | 985,381 |
| Median value (dollars) | 154,000 | 101,800 | 165,800 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,172 | 1,063 | 1,201 |
| Median selected monthly owner costs without a mortgage (dollars) | 362 | 352 | 365 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 515,098 | 226,567 | 250,219 |
| Less than 30 percent | 52.9% | 46.8% | 58.0% |
| 30 percent or more | 47.1% | 53.2% | 42.0% |
| **GROSS RENT** | | | |
| Occupied units paying rent | 530,685 | 233,606 | 256,865 |
| Median gross rent (dollars) | 807 | 780 | 827 |
| **COMPUTERS AND INTERNET USE** | | | |
| Total households | 1,897,576 | 517,634 | 1,278,435 |
| With a computer | 89.4% | 85.2% | 91.1% |
| With a broadband Internet subscription | 81.6% | 74.4% | 84.6% |

# # #