Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| **TOTAL NUMBER OF RACES REPORTED** | | | |
| Total population | 717,438 | 203,394 | 466,435 |
| One race | 97.9% | 96.7% | 100.0% |
| Two races | 1.9% | 2.7% | (X) |
| Three races | 0.2% | 0.6% | (X) |
| Four or more races | 0.0% | 0.0% | (X) |
| **SEX AND AGE** | | | |
| Total population | 717,438 | 203,394 | 466,435 |
| Male | 48.2% | 47.4% | 48.5% |
| Female | 51.8% | 52.6% | 51.5% |
| Under 5 years | 6.0% | 7.2% | 5.2% |
| 5 to 17 years | 16.5% | 19.7% | 14.6% |
| 18 to 24 years | 8.1% | 9.4% | 7.3% |
| 25 to 34 years | 12.9% | 14.3% | 11.9% |
| 35 to 44 years | 12.4% | 13.3% | 11.8% |
| 45 to 54 years | 12.2% | 10.9% | 13.0% |
| 55 to 64 years | 13.6% | 12.1% | 14.7% |
| 65 to 74 years | 11.0% | 8.6% | 12.6% |
| 75 years and over | 7.3% | 4.5% | 8.9% |
| Median age (years) | 40.4 | 34.5 | 44.3 |
| 18 years and over | 77.5% | 73.0% | 80.2% |
| 21 years and over | 74.0% | 68.8% | 77.2% |
| 62 years and over | 22.4% | 16.8% | 26.0% |
| 65 years and over | 18.3% | 13.1% | 21.5% |
| Under 18 years | 161,427 | 54,911 | 92,525 |
| Male | 52.2% | 55.0% | 51.0% |
| Female | 47.8% | 45.0% | 49.0% |
| **18 years and over** | **556,011** | **148,483** | **373,910** |
| Male | 47.0% | 44.6% | 47.9% |
| Female | 53.0% | 55.4% | 52.1% |
| 18 to 34 years | 150,667 | 48,125 | 89,729 |
| Male | 48.8% | 46.3% | 49.8% |
| Female | 51.2% | 53.7% | 50.2% |
| 35 to 64 years | 274,193 | 73,790 | 183,828 |
| Male | 47.4% | 45.1% | 48.3% |
| Female | 52.6% | 54.9% | 51.7% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| **65 years and over** | 131,151 | 26,568 | 100,353 |
| Male | 44.2% | 40.1% | 45.3% |
| Female | 55.8% | 59.9% | 54.7% |
| **RELATIONSHIP** | | | |
| Population in households | 704,903 | 198,114 | 459,494 |
| Householder or spouse | 55.6% | 48.7% | 59.7% |
| Unmarried partner | 1.6% | 1.4% | 1.6% |
| Child | 29.2% | 34.5% | 26.5% |
| Other relatives | 10.9% | 13.7% | 9.5% |
| Other nonrelatives | 2.8% | 1.7% | 2.8% |
| **HOUSEHOLDS BY TYPE** | | | |
| Households | 268,033 | 73,945 | 180,156 |
| Family households | 64.3% | 58.2% | 67.0% |
| With own children of the householder under 18 years | 22.4% | 22.3% | 21.7% |
| Married-couple family | 46.1% | 28.8% | 53.1% |
| With own children of the householder under 18 years | 14.2% | 8.9% | 15.8% |
| Female householder, no spouse present, family | 13.9% | 24.8% | 9.8% |
| With own children of the householder under 18 years | 6.6% | 11.5% | 4.4% |
| Nonfamily households | 35.7% | 41.8% | 33.0% |
| Male householder | 15.7% | 16.9% | 14.8% |
| Living alone | 13.3% | 15.8% | 12.2% |
| Not living alone | 2.4% | 1.1% | 2.7% |
| Female householder | 20.0% | 24.9% | 18.2% |
| Living alone | 18.2% | 23.5% | 16.3% |
| Not living alone | 1.8% | 1.4% | 1.9% |
| Average household size | 2.63 | 2.63 | 2.62 |
| Average family size | 3.36 | 3.65 | 3.24 |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 584,366 | 156,772 | 390,089 |
| Now married, except separated | 46.2% | 32.1% | 51.9% |
| Widowed | 7.0% | 6.4% | 7.6% |
| Divorced | 13.2% | 11.6% | 14.7% |
| Separated | 2.3% | 3.5% | 1.7% |
| Never married | 31.2% | 46.4% | 24.2% |
| Male 15 years and over | 276,153 | 70,276 | 186,938 |
| Now married, except separated | 48.7% | 35.4% | 54.1% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| Widowed | 3.2% | 2.2% | 3.7% |
| Divorced | 11.9% | 11.2% | 13.1% |
| Separated | 1.8% | 2.8% | 1.3% |
| Never married | 34.4% | 48.4% | 27.7% |
| Female 15 years and over | 308,213 | 86,496 | 203,151 |
| Now married, except separated | 44.0% | 29.5% | 49.8% |
| Widowed | 10.5% | 9.7% | 11.1% |
| Divorced | 14.4% | 11.9% | 16.1% |
| Separated | 2.7% | 4.0% | 2.0% |
| Never married | 28.4% | 44.8% | 21.0% |
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 156,759 | 51,255 | 91,237 |
| Nursery school, preschool | 4.3% | 4.7% | 4.0% |
| Kindergarten | 6.2% | 4.7% | 7.0% |
| Elementary school (grades 1-8) | 44.8% | 48.1% | 44.4% |
| High school (grades 9-12) | 23.9% | 24.0% | 22.5% |
| College or graduate school | 20.8% | 18.4% | 22.2% |
| Male 3 years and over enrolled in school | 76,847 | 26,048 | 43,583 |
| Percent enrolled in kindergarten to grade 12 | 79.0% | 82.2% | 77.6% |
| Percent enrolled in college or graduate school | 15.9% | 12.8% | 17.4% |
| Female 3 years and over enrolled in school | 79,912 | 25,207 | 47,654 |
| Percent enrolled in kindergarten to grade 12 | 71.0% | 71.2% | 70.4% |
| Percent enrolled in college or graduate school | 25.6% | 24.2% | 26.6% |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 498,018 | 129,445 | 339,778 |
| Less than high school diploma | 11.8% | 12.7% | 10.3% |
| High school graduate (includes equivalency) | 33.6% | 42.1% | 31.2% |
| Some college or associate's degree | 29.6% | 27.5% | 30.9% |
| Bachelor's degree | 16.1% | 10.9% | 18.1% |
| Graduate or professional degree | 8.9% | 6.8% | 9.6% |
| High school graduate or higher | 88.2% | 87.3% | 89.7% |
| Male, high school graduate or higher | 86.3% | 85.9% | 88.4% |
| Female, high school graduate or higher | 89.8% | 88.4% | 90.9% |
| Bachelor's degree or higher | 25.0% | 17.7% | 27.7% |
| Male, bachelor's degree or higher | 24.3% | 15.5% | 27.7% |
| Female, bachelor's degree or higher | 25.5% | 19.5% | 27.7% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| **FERTILITY** | | | |
| Women 15 to 50 years | 162,225 | 50,700 | 99,153 |
| Women 15 to 50 years who had a birth in the past 12 months | 7,259 | 3,285 | 3,622 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 3,950 | 2,860 | 1,035 |
| As a percent of all women with a birth in the past 12 months | 54.4% | 87.1% | 28.6% |
| **RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS** | | | |
| Population 30 years and over | 450,801 | 113,686 | 311,720 |
| Grandparents living with grandchild(ren) | 5.5% | 7.3% | 5.1% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 49.1% | 59.0% | 44.4% |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 555,386 | 148,483 | 373,285 |
| Civilian veteran | 9.5% | 7.6% | 10.5% |
| **DISABILITY STATUS** | | | |
| Total civilian noninstitutionalized population | 707,906 | 199,583 | 460,813 |
| With a disability | 13.9% | 11.7% | 15.3% |
| Civilian noninstitutionalized population under 18 years | 161,230 | 54,828 | 92,428 |
| With a disability | 3.8% | 4.4% | 3.5% |
| Civilian noninstitutionalized population 18 to 64 years | 418,008 | 118,375 | 270,327 |
| With a disability | 11.6% | 11.1% | 11.8% |
| Civilian noninstitutionalized population 65 years and older | 128,668 | 26,380 | 98,058 |
| With a disability | 34.2% | 29.4% | 36.1% |
| **RESIDENCE 1 YEAR AGO** | | | |
| Population 1 year and over | 710,884 | 201,175 | 462,481 |
| Same house | 88.5% | 89.3% | 88.8% |
| Different house in the U.S. | 11.4% | 10.7% | 11.1% |
| Same county | 8.0% | 8.4% | 7.3% |
| Different county | 3.4% | 2.3% | 3.8% |
| Same state | 1.6% | 1.6% | 1.6% |
| Different state | 1.8% | 0.7% | 2.2% |
| Abroad | 0.1% | 0.0% | 0.1% |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | | |
| Native | 694,841 | 201,572 | 461,308 |
| Male | 48.2% | 47.5% | 48.4% |
| Female | 51.8% | 52.5% | 51.6% |
| Foreign born | 22,597 | 1,822 | 5,127 |
| Male | 48.8% | 41.1% | 53.5% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female | 51.2% | 58.9% | 46.5% |
| Foreign born; naturalized U.S. citizen | 11,233 | 844 | 3,351 |
| Male | 41.2% | 38.6% | 61.2% |
| Female | 58.8% | 61.4% | 38.8% |
| Foreign born; not a U.S. citizen | 11,364 | 978 | 1,776 |
| Male | 56.3% | 43.3% | 38.8% |
| Female | 43.7% | 56.7% | 61.2% |
| Population born outside the United States | 22,597 | 1,822 | 5,127 |
| Entered 2010 or later | 30.7% | 54.1% | 20.1% |
| Entered 2000 to 2009 | 33.3% | 22.7% | 30.4% |
| Entered before 2000 | 36.0% | 23.2% | 49.5% |
| **WORLD REGION OF BIRTH OF FOREIGN BORN** | | | |
| Foreign-born population excluding population born at sea | 22,597 | 1,822 | 5,127 |
| Europe | 14.5% | N | N |
| Asia | 29.5% | N | N |
| Africa | 6.1% | N | N |
| Oceania | 0.8% | N | N |
| Latin America | 47.3% | N | N |
| Northern America | 1.8% | N | N |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | |
| Population 5 years and over | 674,348 | 188,650 | 442,038 |
| English only | 95.8% | 98.6% | 98.7% |
| Language other than English | 4.2% | 1.4% | 1.3% |
| Speak English less than "very well" | 1.7% | 0.3% | 0.5% |
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 575,641 | 153,700 | 385,630 |
| In labor force | 56.2% | 57.8% | 55.1% |
| Civilian labor force | 56.1% | 57.8% | 55.0% |
| Employed | 52.9% | 51.8% | 52.8% |
| Unemployed | 3.2% | 6.0% | 2.1% |
| Unemployment Rate | 5.7% | 10.4% | 3.9% |
| Armed Forces | 0.1% | 0.0% | 0.2% |
| Not in labor force | 43.8% | 42.2% | 44.9% |
| Females 16 years and over | 303,708 | 85,362 | 200,666 |
| In labor force | 51.2% | 57.4% | 48.1% |
| Civilian labor force | 51.2% | 57.4% | 48.1% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Employed | 48.3% | 51.8% | 46.0% |
| Unemployed | 2.9% | 5.6% | 2.0% |
| Unemployment Rate | 5.7% | 9.7% | 4.2% |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 301,308 | 78,453 | 201,778 |
| Car, truck, or van - drove alone | 85.2% | 84.0% | 86.5% |
| Car, truck, or van - carpooled | 8.2% | 9.6% | 7.1% |
| Public transportation (excluding taxicab) | 0.4% | 1.0% | 0.2% |
| Walked | 0.8% | 1.4% | 0.7% |
| Other means | 1.6% | 0.9% | 1.8% |
| Worked from home | 3.8% | 3.1% | 3.7% |
| Mean travel time to work (minutes) | 25.0 | 22.5 | 26.1 |
| **OCCUPATION** | | | |
| Civilian employed population 16 years and over | 304,338 | 79,565 | 203,696 |
| Management, business, science, and arts occupations | 35.2% | 27.1% | 39.3% |
| Service occupations | 17.5% | 23.3% | 14.7% |
| Sales and office occupations | 21.8% | 21.3% | 22.4% |
| Natural resources, construction, and maintenance occupations | 10.5% | 7.2% | 11.0% |
| Production, transportation, and material moving occupations | 15.1% | 21.1% | 12.7% |
| Male civilian employed population 16 years and over | 157,724 | 35,363 | 111,297 |
| Management, business, science, and arts occupations | 29.5% | 21.5% | 33.4% |
| Service occupations | 13.6% | 15.3% | 12.9% |
| Sales and office occupations | 14.8% | 14.2% | 14.8% |
| Natural resources, construction, and maintenance occupations | 18.8% | 14.3% | 19.6% |
| Production, transportation, and material moving occupations | 23.3% | 34.7% | 19.3% |
| Female civilian employed population 16 years and over | 146,614 | 44,202 | 92,399 |
| Management, business, science, and arts occupations | 41.2% | 31.7% | 46.3% |
| Service occupations | 21.7% | 29.7% | 16.8% |
| Sales and office occupations | 29.3% | 27.0% | 31.4% |
| Natural resources, construction, and maintenance occupations | 1.5% | 1.4% | 0.6% |
| Production, transportation, and material moving occupations | 6.3% | 10.2% | 4.8% |
| **INDUSTRY** | | | |
| Civilian employed population 16 years and over | 304,338 | 79,565 | 203,696 |
| Agriculture, forestry, fishing and hunting, and mining | 1.4% | 0.2% | 1.7% |
| Construction | 8.8% | 5.2% | 9.5% |
| Manufacturing | 10.9% | 12.5% | 9.6% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Wholesale trade | 2.4% | 1.7% | 2.9% |
| Retail trade | 13.0% | 14.6% | 12.6% |
| Transportation and warehousing, and utilities | 5.6% | 6.9% | 5.4% |
| Information | 1.0% | 0.1% | 1.3% |
| Finance and insurance, and real estate and rental and leasing | 5.7% | 2.1% | 6.8% |
| Professional, scientific, and management, and administrative and waste manageme | 9.0% | 8.5% | 9.7% |
| Educational services, and health care and social assistance | 22.3% | 25.9% | 22.0% |
| Arts, entertainment, and recreation, and accommodation and food services | 9.3% | 11.6% | 7.7% |
| Other services (except public administration) | 5.0% | 3.9% | 5.6% |
| Public administration | 5.6% | 6.8% | 5.1% |
| **CLASS OF WORKER** | | | |
| Civilian employed population 16 years and over | 304,338 | 79,565 | 203,696 |
| Private wage and salary workers | 78.7% | 81.5% | 78.1% |
| Government workers | 15.7% | 16.9% | 15.8% |
| Self-employed workers in own not incorporated business | 5.4% | 1.6% | 5.9% |
| Unpaid family workers | 0.2% | 0.1% | 0.2% |
| **INCOME IN THE PAST 12 MONTHS (IN 2019 INFLATION-ADJUSTED DOLLARS)** | | | |
| Households | 268,033 | 73,945 | 180,156 |
| Median household income (dollars) | 50,663 | 35,397 | 60,482 |
| With earnings | 70.4% | 68.6% | 70.6% |
| Mean earnings (dollars) | 71,071 | 46,630 | 82,338 |
| With Social Security income | 37.4% | 33.6% | 39.8% |
| Mean Social Security income (dollars) | 19,902 | 16,821 | 21,031 |
| With Supplemental Security Income | 5.9% | 10.8% | 3.9% |
| Mean Supplemental Security Income (dollars) | 9,084 | 8,942 | 9,293 |
| With cash public assistance income | 0.8% | 0.9% | 0.8% |
| Mean cash public assistance income (dollars) | 2,247 | 3,017 | 2,038 |
| With retirement income | 27.1% | 23.0% | 29.6% |
| Mean retirement income (dollars) | 25,028 | 23,114 | 26,073 |
| With Food Stamp/SNAP benefits | 11.8% | 26.0% | 6.3% |
| Families | 172,441 | 43,036 | 120,688 |
| Median family income (dollars) | 62,805 | 45,982 | 73,907 |
| Married-couple family | 71.7% | 49.5% | 79.2% |
| Median income (dollars) | 78,497 | 60,863 | 84,911 |
| Male householder, no spouse present, family | 6.7% | 8.0% | 6.1% |
| Median income (dollars) | 42,416 | 34,396 | 45,519 |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female householder, no husband present, family | 21.7% | 42.6% | 14.7% |
| Median income (dollars) | 33,937 | 28,656 | 39,485 |
| Individuals | 717,438 | 203,394 | 466,435 |
| Per capita income (dollars) | 27,463 | 18,406 | 32,185 |
| With earnings for full-time, year-round workers: | | | |
| Male | 127,508 | 28,363 | 91,523 |
| Female | 102,739 | 31,945 | 63,969 |
| Mean earnings (dollars) for full-time, year-round workers: | | | |
| Male | 61,608 | 42,922 | 69,025 |
| Female | 44,522 | 33,909 | 49,346 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 47,929 | 36,365 | 52,150 |
| Female | 36,476 | 29,138 | 41,296 |
| **HEALTH INSURANCE COVERAGE** | | | |
| Civilian noninstitutionalized population | 707,906 | 199,583 | 460,813 |
| With private health insurance | 63.7% | 51.0% | 69.7% |
| With public coverage | 39.0% | 46.7% | 36.4% |
| No health insurance coverage | 10.2% | 11.7% | 8.8% |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** | | | |
| All families | 11.1% | 20.5% | 7.4% |
| With related children of the householder under 18 years | 19.0% | 33.5% | 12.1% |
| With related children of the householder under 5 years only | 21.8% | 40.7% | 14.5% |
| Married-couple family | 4.3% | 6.4% | 3.6% |
| With related children of the householder under 18 years | 6.7% | 12.2% | 4.5% |
| With related children of the householder under 5 years only | 7.8% | N | N |
| Female householder, no spouse present, family | 27.7% | 34.0% | 20.6% |
| With related children of the householder under 18 years | 38.2% | 45.6% | 30.4% |
| With related children of the householder under 5 years only | 45.1% | 56.8% | 38.2% |
| All people | 15.4% | 24.3% | 11.0% |
| Under 18 years | 22.4% | 37.3% | 13.8% |
| Related children of the householder under 18 years | 22.2% | 37.2% | 13.4% |
| Related children of the householder under 5 years | 27.1% | 45.6% | 17.0% |
| Related children of the householder 5 to 17 years | 20.4% | 34.1% | 12.1% |
| 18 years and over | 13.4% | 19.4% | 10.3% |
| 18 to 64 years | 14.4% | 20.0% | 11.1% |
| 65 years and over | 10.2% | 17.0% | 7.9% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| People in families | 12.7% | 22.4% | 8.2% |
| Unrelated individuals 15 years and over | 27.8% | 32.7% | 24.2% |
| **HOUSING TENURE** | | | |
| Occupied housing units | 268,033 | 73,945 | 180,156 |
| Owner-occupied housing units | 69.1% | 49.3% | 77.2% |
| Renter-occupied housing units | 30.9% | 50.7% | 22.8% |
| Average household size of owner-occupied unit | 2.73 | 2.84 | 2.69 |
| Average household size of renter-occupied unit | 2.40 | 2.42 | 2.38 |
| **UNITS IN STRUCTURE** | | | |
| Occupied housing units | 268,033 | 73,945 | 180,156 |
| 1-unit, detached or attached | 75.4% | 70.0% | 78.9% |
| 2 to 4 units | 3.3% | 5.1% | 2.5% |
| 5 or more units | 10.8% | 17.3% | 8.1% |
| Mobile home, boat, RV, van, etc. | 10.5% | 7.5% | 10.6% |
| **YEAR STRUCTURE BUILT** | | | |
| Occupied housing units | 268,033 | 73,945 | 180,156 |
| Built 2014 or later | 5.3% | 3.2% | 5.9% |
| Built 2010 to 2013 | 3.3% | 3.0% | 3.2% |
| Built 2000 to 2009 | 15.2% | 8.1% | 18.1% |
| Built 1980 to 1999 | 33.9% | 29.6% | 35.2% |
| Built 1960 to 1979 | 27.8% | 37.5% | 24.2% |
| Built 1940 to 1959 | 10.8% | 15.9% | 9.0% |
| Built 1939 or earlier | 3.8% | 2.7% | 4.3% |
| **VEHICLES AVAILABLE** | | | |
| Occupied housing units | 268,033 | 73,945 | 180,156 |
| None | 6.0% | 13.4% | 3.1% |
| 1 or more | 94.0% | 86.6% | 96.9% |
| **HOUSE HEATING FUEL** | | | |
| Occupied housing units | 268,033 | 73,945 | 180,156 |
| Gas | 27.6% | 38.5% | 23.6% |
| Electricity | 70.9% | 60.9% | 74.6% |
| All other fuels | 0.9% | 0.2% | 1.1% |
| No fuel used | 0.6% | 0.4% | 0.7% |
| **SELECTED CHARACTERISTICS** | | | |
| Occupied housing units | 268,033 | 73,945 | 180,156 |
| No telephone service available | 2.3% | 5.3% | 0.9% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 1 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| 1.01 or more occupants per room | 1.2% | 1.4% | 0.8% |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 102,458 | 18,468 | 78,198 |
| Less than 30 percent | 76.3% | 65.2% | 80.1% |
| 30 percent or more | 23.7% | 34.8% | 19.9% |
| **OWNER CHARACTERISTICS** | | | |
| Owner-occupied housing units | 185,109 | 36,456 | 139,104 |
| Median value (dollars) | 160,600 | 93,500 | 173,900 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,220 | 1,068 | 1,259 |
| Median selected monthly owner costs without a mortgage (dollars) | 365 | 349 | 376 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 66,285 | 28,837 | 33,832 |
| Less than 30 percent | 47.6% | 38.4% | 54.6% |
| 30 percent or more | 52.4% | 61.6% | 45.4% |
| **GROSS RENT** | | | |
| Occupied units paying rent | 70,269 | 30,421 | 35,573 |
| Median gross rent (dollars) | 872 | 783 | 935 |
| **COMPUTERS AND INTERNET USE** | | | |
| Total households | 268,033 | 73,945 | 180,156 |
| With a computer | 90.0% | 84.4% | 92.1% |
| With a broadband Internet subscription | 79.6% | 65.2% | 85.5% |

# # #