Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| **TOTAL NUMBER OF RACES REPORTED** | | | |
| Total population | 674,920 | 224,717 | 407,356 |
| One race | 98.1% | 96.8% | 100.0% |
| Two races | 1.8% | 2.9% | (X) |
| Three races | 0.1% | 0.2% | (X) |
| Four or more races | 0.0% | 0.1% | (X) |
| **SEX AND AGE** | | | |
| Total population | 674,920 | 224,717 | 407,356 |
| Male | 48.2% | 46.3% | 49.0% |
| Female | 51.8% | 53.7% | 51.0% |
| Under 5 years | 6.1% | 7.5% | 5.1% |
| 5 to 17 years | 16.4% | 18.6% | 14.2% |
| 18 to 24 years | 9.0% | 11.0% | 7.9% |
| 25 to 34 years | 13.6% | 16.4% | 11.8% |
| 35 to 44 years | 12.2% | 13.2% | 11.4% |
| 45 to 54 years | 12.1% | 11.0% | 13.0% |
| 55 to 64 years | 12.8% | 10.5% | 14.6% |
| 65 to 74 years | 10.4% | 7.7% | 12.3% |
| 75 years and over | 7.4% | 4.0% | 9.6% |
| Median age (years) | 39.0 | 32.1 | 44.6 |
| 18 years and over | 77.5% | 73.9% | 80.7% |
| 21 years and over | 73.7% | 69.6% | 77.3% |
| 62 years and over | 21.5% | 14.4% | 26.4% |
| 65 years and over | 17.8% | 11.7% | 22.0% |
| Under 18 years | 151,908 | 58,724 | 78,706 |
| Male | 51.7% | 48.8% | 52.5% |
| Female | 48.3% | 51.2% | 47.5% |
| **18 years and over** | **523,012** | **165,993** | **328,650** |
| Male | 47.2% | 45.4% | 48.2% |
| Female | 52.8% | 54.6% | 51.8% |
| 18 to 34 years | 152,800 | 61,557 | 80,334 |
| Male | 50.0% | 48.9% | 50.4% |
| Female | 50.0% | 51.1% | 49.6% |
| 35 to 64 years | 249,879 | 78,136 | 158,815 |
| Male | 47.6% | 44.2% | 49.5% |
| Female | 52.4% | 55.8% | 50.5% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---:|---:|---:|
| | Estimate | Estimate | Estimate |
| **65 years and over** | **120,333** | **26,300** | **89,501** |
| Male | 43.0% | 40.8% | 43.9% |
| Female | 57.0% | 59.2% | 56.1% |
| **RELATIONSHIP** | | | |
| Population in households | 654,522 | 215,361 | 397,439 |
| Householder or spouse | 57.4% | 48.4% | 63.4% |
| Unmarried partner | 2.0% | 2.7% | 1.7% |
| Child | 29.1% | 34.0% | 25.4% |
| Other relatives | 8.4% | 11.4% | 6.7% |
| Other nonrelatives | 3.1% | 3.5% | 2.8% |
| **HOUSEHOLDS BY TYPE** | | | |
| Households | 262,180 | 83,494 | 166,007 |
| Family households | 64.1% | 60.3% | 65.6% |
| With own children of the householder under 18 years | 24.1% | 26.0% | 22.3% |
| Married-couple family | 43.5% | 26.0% | 52.2% |
| With own children of the householder under 18 years | 14.3% | 9.0% | 16.4% |
| Female householder, no spouse present, family | 16.3% | 28.9% | 9.8% |
| With own children of the householder under 18 years | 7.7% | 14.9% | 4.0% |
| Nonfamily households | 35.9% | 39.7% | 34.4% |
| Male householder | 17.2% | 18.6% | 16.4% |
| Living alone | 14.5% | 15.9% | 13.9% |
| Not living alone | 2.6% | 2.7% | 2.4% |
| Female householder | 18.7% | 21.2% | 18.0% |
| Living alone | 16.2% | 18.1% | 15.7% |
| Not living alone | 2.5% | 3.0% | 2.3% |
| Average household size | 2.50 | 2.52 | 2.46 |
| Average family size | 3.13 | 3.29 | 3.04 |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 548,121 | 175,045 | 342,731 |
| Now married, except separated | 44.7% | 27.2% | 53.3% |
| Widowed | 7.4% | 5.7% | 8.3% |
| Divorced | 13.4% | 13.6% | 13.6% |
| Separated | 2.3% | 3.3% | 2.0% |
| Never married | 32.1% | 50.0% | 22.8% |
| Male 15 years and over | 260,315 | 79,620 | 166,311 |
| Now married, except separated | 47.0% | 29.7% | 55.6% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Widowed | 3.0% | 2.0% | 3.4% |
| Divorced | 11.6% | 10.6% | 12.4% |
| Separated | 2.0% | 3.2% | 1.5% |
| Never married | 36.4% | 54.4% | 27.1% |
| Female 15 years and over | 287,806 | 95,425 | 176,420 |
| Now married, except separated | 42.7% | 25.2% | 51.2% |
| Widowed | 11.4% | 8.8% | 12.9% |
| Divorced | 15.0% | 16.2% | 14.8% |
| Separated | 2.7% | 3.4% | 2.4% |
| Never married | 28.3% | 46.4% | 18.7% |
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 159,113 | 62,114 | 82,464 |
| Nursery school, preschool | 6.8% | 8.9% | 6.1% |
| Kindergarten | 5.3% | 5.3% | 4.7% |
| Elementary school (grades 1-8) | 43.1% | 42.1% | 42.8% |
| High school (grades 9-12) | 21.2% | 19.7% | 23.0% |
| College or graduate school | 23.6% | 23.9% | 23.3% |
| Male 3 years and over enrolled in school | 79,596 | 29,250 | 41,745 |
| Percent enrolled in kindergarten to grade 12 | 72.3% | 70.2% | 72.3% |
| Percent enrolled in college or graduate school | 20.0% | 18.7% | 21.0% |
| Female 3 years and over enrolled in school | 79,517 | 32,864 | 40,719 |
| Percent enrolled in kindergarten to grade 12 | 66.8% | 64.5% | 68.8% |
| Percent enrolled in college or graduate school | 27.3% | 28.6% | 25.7% |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 462,069 | 141,386 | 296,499 |
| Less than high school diploma | 13.4% | 19.1% | 9.8% |
| High school graduate (includes equivalency) | 31.9% | 36.6% | 30.6% |
| Some college or associate's degree | 31.2% | 27.1% | 33.7% |
| Bachelor's degree | 14.8% | 10.8% | 16.2% |
| Graduate or professional degree | 8.7% | 6.3% | 9.7% |
| High school graduate or higher | 86.6% | 80.9% | 90.2% |
| Male, high school graduate or higher | 85.4% | 77.8% | 89.6% |
| Female, high school graduate or higher | 87.7% | 83.4% | 90.7% |
| Bachelor's degree or higher | 23.5% | 17.2% | 25.9% |
| Male, bachelor's degree or higher | 22.1% | 13.1% | 25.4% |
| Female, bachelor's degree or higher | 24.7% | 20.4% | 26.4% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| **FERTILITY** | | | |
| Women 15 to 50 years | 157,100 | 60,943 | 85,662 |
| Women 15 to 50 years who had a birth in the past 12 months | 7,522 | 3,462 | 3,528 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 3,868 | 2,169 | 1,399 |
| As a percent of all women with a birth in the past 12 months | 51.4% | 62.7% | 39.7% |
| **RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS** | | | |
| Population 30 years and over | 414,749 | 121,328 | 272,113 |
| Grandparents living with grandchild(ren) | 4.0% | 5.2% | 3.5% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 45.2% | 44.0% | 48.8% |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 514,033 | 164,297 | 322,484 |
| Civilian veteran | 10.0% | 7.6% | 11.4% |
| **DISABILITY STATUS** | | | |
| Total civilian noninstitutionalized population | 651,579 | 215,780 | 394,458 |
| With a disability | 16.8% | 14.7% | 18.3% |
| Civilian noninstitutionalized population under 18 years | 151,774 | 58,709 | 78,608 |
| With a disability | 4.8% | 4.4% | 5.0% |
| Civilian noninstitutionalized population 18 to 64 years | 382,662 | 131,685 | 228,596 |
| With a disability | 14.6% | 13.8% | 15.5% |
| Civilian noninstitutionalized population 65 years and older | 117,143 | 25,386 | 87,254 |
| With a disability | 39.8% | 43.2% | 37.8% |
| **RESIDENCE 1 YEAR AGO** | | | |
| Population 1 year and over | 667,536 | 221,376 | 403,677 |
| Same house | 85.3% | 81.8% | 87.4% |
| Different house in the U.S. | 14.2% | 18.1% | 12.1% |
| Same county | 7.4% | 10.5% | 5.8% |
| Different county | 6.8% | 7.6% | 6.3% |
| Same state | 3.8% | 4.8% | 3.3% |
| Different state | 3.0% | 2.7% | 3.1% |
| Abroad | 0.5% | 0.2% | 0.5% |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | | |
| Native | 655,335 | 223,285 | 403,532 |
| Male | 48.3% | 46.2% | 49.1% |
| Female | 51.7% | 53.8% | 50.9% |
| Foreign born | 19,585 | 1,432 | 3,824 |
| Male | 45.3% | 68.9% | 38.2% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female | 54.7% | 31.1% | 61.8% |
| Foreign born; naturalized U.S. citizen | 8,890 | 1,117 | 1,875 |
| Male | 41.3% | 62.7% | 40.4% |
| Female | 58.7% | 37.3% | 59.6% |
| Foreign born; not a U.S. citizen | 10,695 | 315 | 1,949 |
| Male | 48.7% | N | 36.1% |
| Female | 51.3% | N | 63.9% |
| Population born outside the United States | 19,585 | 1,432 | 3,824 |
| Entered 2010 or later | 35.2% | 37.3% | 35.5% |
| Entered 2000 to 2009 | 26.5% | 30.0% | 17.2% |
| Entered before 2000 | 38.3% | 32.7% | 47.3% |
| **WORLD REGION OF BIRTH OF FOREIGN BORN** | | | |
| Foreign-born population excluding population born at sea | 19,585 | 1,432 | 3,824 |
| Europe | 15.3% | N | 73.8% |
| Asia | 42.3% | N | 16.7% |
| Africa | 5.5% | N | 5.0% |
| Oceania | 0.4% | N | 1.9% |
| Latin America | 36.2% | N | 1.0% |
| Northern America | 0.3% | N | 1.6% |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | |
| Population 5 years and over | 633,653 | 207,812 | 386,426 |
| English only | 94.9% | 98.1% | 98.5% |
| Language other than English | 5.1% | 1.9% | 1.5% |
| Speak English less than "very well" | 1.9% | 1.0% | 0.3% |
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 539,994 | 171,922 | 338,568 |
| In labor force | 57.0% | 58.7% | 55.7% |
| Civilian labor force | 55.3% | 57.8% | 53.9% |
| Employed | 52.8% | 53.8% | 52.0% |
| Unemployed | 2.5% | 4.0% | 1.8% |
| Unemployment Rate | 4.5% | 6.9% | 3.4% |
| Armed Forces | 1.7% | 1.0% | 1.8% |
| Not in labor force | 43.0% | 41.3% | 44.3% |
| Females 16 years and over | 283,990 | 93,690 | 174,510 |
| In labor force | 52.9% | 58.6% | 49.9% |
| Civilian labor force | 52.4% | 57.9% | 49.6% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Employed | 50.0% | 53.8% | 48.1% |
| Unemployed | 2.4% | 4.1% | 1.5% |
| Unemployment Rate | 4.6% | 7.1% | 3.0% |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 287,263 | 91,071 | 179,385 |
| Car, truck, or van - drove alone | 86.1% | 85.9% | 86.6% |
| Car, truck, or van - carpooled | 8.0% | 9.7% | 7.0% |
| Public transportation (excluding taxicab) | 0.4% | 0.7% | 0.2% |
| Walked | 1.6% | 1.3% | 1.6% |
| Other means | 0.8% | 0.6% | 1.0% |
| Worked from home | 3.1% | 1.9% | 3.6% |
| Mean travel time to work (minutes) | 23.5 | 21.8 | 24.3 |
| **OCCUPATION** | | | |
| Civilian employed population 16 years and over | 285,238 | 92,497 | 176,124 |
| Management, business, science, and arts occupations | 33.7% | 25.6% | 38.3% |
| Service occupations | 17.9% | 21.8% | 15.0% |
| Sales and office occupations | 21.6% | 21.3% | 22.0% |
| Natural resources, construction, and maintenance occupations | 8.6% | 4.4% | 10.5% |
| Production, transportation, and material moving occupations | 18.2% | 26.8% | 14.1% |
| Male civilian employed population 16 years and over | 143,232 | 42,063 | 92,119 |
| Management, business, science, and arts occupations | 26.2% | 15.8% | 30.7% |
| Service occupations | 16.5% | 24.0% | 12.3% |
| Sales and office occupations | 14.2% | 12.5% | 15.5% |
| Natural resources, construction, and maintenance occupations | 15.9% | 8.4% | 19.1% |
| Production, transportation, and material moving occupations | 27.1% | 39.3% | 22.4% |
| Female civilian employed population 16 years and over | 142,006 | 50,434 | 84,005 |
| Management, business, science, and arts occupations | 41.3% | 33.8% | 46.6% |
| Service occupations | 19.2% | 20.0% | 17.9% |
| Sales and office occupations | 29.0% | 28.7% | 29.2% |
| Natural resources, construction, and maintenance occupations | 1.2% | 1.1% | 1.2% |
| Production, transportation, and material moving occupations | 9.3% | 16.4% | 5.1% |
| **INDUSTRY** | | | |
| Civilian employed population 16 years and over | 285,238 | 92,497 | 176,124 |
| Agriculture, forestry, fishing and hunting, and mining | 1.9% | 0.4% | 2.6% |
| Construction | 5.3% | 3.2% | 6.2% |
| Manufacturing | 13.5% | 18.6% | 10.8% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Wholesale trade | 2.6% | 2.0% | 3.0% |
| Retail trade | 12.0% | 12.1% | 12.0% |
| Transportation and warehousing, and utilities | 6.5% | 6.1% | 7.1% |
| Information | 1.1% | 0.4% | 1.5% |
| Finance and insurance, and real estate and rental and leasing | 4.7% | 3.1% | 5.8% |
| Professional, scientific, and management, and administrative and waste manageme | 8.5% | 7.9% | 8.5% |
| Educational services, and health care and social assistance | 22.2% | 22.8% | 22.6% |
| Arts, entertainment, and recreation, and accommodation and food services | 9.5% | 11.8% | 7.4% |
| Other services (except public administration) | 4.2% | 3.8% | 4.6% |
| Public administration | 7.9% | 7.9% | 7.9% |
| **CLASS OF WORKER** | | | |
| Civilian employed population 16 years and over | 285,238 | 92,497 | 176,124 |
| Private wage and salary workers | 75.7% | 75.4% | 75.6% |
| Government workers | 19.5% | 22.1% | 18.6% |
| Self-employed workers in own not incorporated business | 4.8% | 2.5% | 5.8% |
| Unpaid family workers | 0.1% | 0.0% | 0.0% |
| **INCOME IN THE PAST 12 MONTHS (IN 2019 INFLATION-ADJUSTED DOLLARS)** | | | |
| Households | 262,180 | 83,494 | 166,007 |
| Median household income (dollars) | 50,494 | 36,218 | 59,493 |
| With earnings | 72.3% | 75.3% | 70.1% |
| Mean earnings (dollars) | 66,311 | 48,091 | 76,513 |
| With Social Security income | 35.9% | 30.4% | 39.7% |
| Mean Social Security income (dollars) | 18,828 | 14,347 | 20,605 |
| With Supplemental Security Income | 7.2% | 11.9% | 4.9% |
| Mean Supplemental Security Income (dollars) | 8,807 | 8,046 | 9,962 |
| With cash public assistance income | 1.3% | 1.3% | 1.4% |
| Mean cash public assistance income (dollars) | 2,594 | 2,346 | 2,719 |
| With retirement income | 26.3% | 17.2% | 31.3% |
| Mean retirement income (dollars) | 25,380 | 19,016 | 26,826 |
| With Food Stamp/SNAP benefits | 13.7% | 25.5% | 8.0% |
| Families | 168,129 | 50,307 | 108,910 |
| Median family income (dollars) | 61,524 | 41,651 | 73,640 |
| Married-couple family | 67.8% | 43.1% | 79.6% |
| Median income (dollars) | 79,997 | 65,919 | 84,789 |
| Male householder, no spouse present, family | 6.8% | 9.0% | 5.5% |
| Median income (dollars) | 37,799 | 32,469 | 43,333 |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female householder, no husband present, family | 25.4% | 47.9% | 14.9% |
| Median income (dollars) | 31,300 | 26,662 | 38,032 |
| Individuals | 674,920 | 224,717 | 407,356 |
| Per capita income (dollars) | 26,790 | 18,893 | 31,791 |
| With earnings for full-time, year-round workers: |  |  |  |
| Male | 124,679 | 34,238 | 82,398 |
| Female | 99,987 | 37,133 | 58,338 |
| Mean earnings (dollars) for full-time, year-round workers: |  |  |  |
| Male | 55,855 | 38,279 | 63,886 |
| Female | 42,801 | 36,054 | 47,202 |
| Median earnings (dollars) full-time, year-round workers: |  |  |  |
| Male | 44,736 | 31,627 | 50,803 |
| Female | 36,424 | 30,499 | 40,711 |
| **HEALTH INSURANCE COVERAGE** |  |  |  |
| Civilian noninstitutionalized population | 651,579 | 215,780 | 394,458 |
| With private health insurance | 64.8% | 52.3% | 72.3% |
| With public coverage | 39.9% | 46.2% | 37.4% |
| No health insurance coverage | 10.4% | 12.4% | 8.2% |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** |  |  |  |
| All families | 13.0% | 22.2% | 8.1% |
| With related children of the householder under 18 years | 23.0% | 36.4% | 13.8% |
| With related children of the householder under 5 years only | 23.7% | 32.4% | 15.5% |
| Married-couple family | 5.1% | 6.1% | 4.1% |
| With related children of the householder under 18 years | 7.8% | 9.8% | 5.6% |
| With related children of the householder under 5 years only | 13.7% | N | N |
| Female householder, no spouse present, family | 32.5% | 36.0% | 26.2% |
| With related children of the householder under 18 years | 46.7% | 49.6% | 40.8% |
| With related children of the householder under 5 years only | 43.3% | 40.8% | 51.8% |
| All people | 16.4% | 24.9% | 11.3% |
| Under 18 years | 24.6% | 39.9% | 12.5% |
| Related children of the householder under 18 years | 24.3% | 39.8% | 12.1% |
| Related children of the householder under 5 years | 26.2% | 40.6% | 14.0% |
| Related children of the householder 5 to 17 years | 23.6% | 39.4% | 11.4% |
| 18 years and over | 14.0% | 19.5% | 11.0% |
| 18 to 64 years | 15.6% | 20.1% | 12.7% |
| 65 years and over | 8.8% | 16.7% | 6.6% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| People in families | 14.2% | 24.2% | 8.1% |
| Unrelated individuals 15 years and over | 25.9% | 27.5% | 25.3% |
| **HOUSING TENURE** | | | |
| Occupied housing units | 262,180 | 83,494 | 166,007 |
| Owner-occupied housing units | 65.6% | 45.5% | 76.6% |
| Renter-occupied housing units | 34.4% | 54.5% | 23.4% |
| Average household size of owner-occupied unit | 2.52 | 2.62 | 2.48 |
| Average household size of renter-occupied unit | 2.45 | 2.43 | 2.38 |
| **UNITS IN STRUCTURE** | | | |
| Occupied housing units | 262,180 | 83,494 | 166,007 |
| 1-unit, detached or attached | 70.5% | 59.1% | 76.9% |
| 2 to 4 units | 4.7% | 7.7% | 3.0% |
| 5 or more units | 9.5% | 18.8% | 4.4% |
| Mobile home, boat, RV, van, etc. | 15.3% | 14.4% | 15.8% |
| **YEAR STRUCTURE BUILT** | | | |
| Occupied housing units | 262,180 | 83,494 | 166,007 |
| Built 2014 or later | 4.3% | 2.5% | 5.0% |
| Built 2010 to 2013 | 3.6% | 4.2% | 3.4% |
| Built 2000 to 2009 | 14.7% | 10.8% | 16.4% |
| Built 1980 to 1999 | 35.3% | 36.6% | 34.0% |
| Built 1960 to 1979 | 27.5% | 31.4% | 26.0% |
| Built 1940 to 1959 | 11.0% | 11.8% | 11.0% |
| Built 1939 or earlier | 3.6% | 2.6% | 4.2% |
| **VEHICLES AVAILABLE** | | | |
| Occupied housing units | 262,180 | 83,494 | 166,007 |
| None | 6.3% | 10.5% | 4.4% |
| 1 or more | 93.7% | 89.5% | 95.6% |
| **HOUSE HEATING FUEL** | | | |
| Occupied housing units | 262,180 | 83,494 | 166,007 |
| Gas | 25.0% | 26.6% | 24.4% |
| Electricity | 74.0% | 72.8% | 74.3% |
| All other fuels | 0.6% | 0.3% | 0.9% |
| No fuel used | 0.4% | 0.3% | 0.5% |
| **SELECTED CHARACTERISTICS** | | | |
| Occupied housing units | 262,180 | 83,494 | 166,007 |
| No telephone service available | 1.0% | 1.5% | 0.8% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 2 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| 1.01 or more occupants per room | 1.2% | 1.8% | 0.6% |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 90,711 | 21,347 | 65,907 |
| Less than 30 percent | 78.9% | 69.6% | 82.4% |
| 30 percent or more | 21.1% | 30.4% | 17.6% |
| **OWNER CHARACTERISTICS** | | | |
| Owner-occupied housing units | 171,869 | 38,008 | 127,238 |
| Median value (dollars) | 135,500 | 96,300 | 151,000 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,092 | 1,036 | 1,110 |
| Median selected monthly owner costs without a mortgage (dollars) | 347 | 343 | 347 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 79,064 | 41,269 | 32,593 |
| Less than 30 percent | 56.7% | 52.9% | 60.0% |
| 30 percent or more | 43.3% | 47.1% | 40.0% |
| **GROSS RENT** | | | |
| Occupied units paying rent | 80,966 | 42,199 | 33,163 |
| Median gross rent (dollars) | 815 | 795 | 836 |
| **COMPUTERS AND INTERNET USE** | | | |
| Total households | 262,180 | 83,494 | 166,007 |
| With a computer | 89.3% | 85.9% | 90.6% |
| With a broadband Internet subscription | 81.7% | 76.3% | 84.0% |

# # #