Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| **TOTAL NUMBER OF RACES REPORTED** | | | |
| Total population | 717,896 | 196,443 | 481,246 |
| One race | 98.3% | 96.0% | 100.0% |
| Two races | 1.5% | 3.4% | (X) |
| Three races | 0.2% | 0.5% | (X) |
| Four or more races | 0.0% | 0.0% | (X) |
| **SEX AND AGE** | | | |
| Total population | 717,896 | 196,443 | 481,246 |
| Male | 48.7% | 47.8% | 49.0% |
| Female | 51.3% | 52.2% | 51.0% |
| Under 5 years | 5.4% | 5.8% | 5.0% |
| 5 to 17 years | 16.2% | 19.1% | 14.5% |
| 18 to 24 years | 10.6% | 11.6% | 10.2% |
| 25 to 34 years | 12.7% | 13.3% | 12.1% |
| 35 to 44 years | 12.4% | 13.1% | 11.7% |
| 45 to 54 years | 12.4% | 12.3% | 12.8% |
| 55 to 64 years | 13.4% | 13.0% | 14.3% |
| 65 to 74 years | 10.1% | 7.4% | 11.5% |
| 75 years and over | 6.6% | 4.4% | 7.9% |
| Median age (years) | 38.9 | 35.2 | 41.8 |
| 18 years and over | 78.3% | 75.0% | 80.5% |
| 21 years and over | 73.2% | 68.7% | 75.9% |
| 62 years and over | 20.9% | 15.9% | 23.9% |
| 65 years and over | 16.7% | 11.8% | 19.4% |
| Under 18 years | 155,655 | 49,040 | 93,726 |
| Male | 52.5% | 54.6% | 51.4% |
| Female | 47.5% | 45.4% | 48.6% |
| **18 years and over** | **562,241** | **147,403** | **387,520** |
| Male | 47.7% | 45.5% | 48.4% |
| Female | 52.3% | 54.5% | 51.6% |
| 18 to 34 years | 167,367 | 48,848 | 107,689 |
| Male | 49.5% | 45.0% | 50.5% |
| Female | 50.5% | 55.0% | 49.5% |
| 35 to 64 years | 274,982 | 75,395 | 186,448 |
| Male | 48.0% | 47.2% | 49.0% |
| Female | 52.0% | 52.8% | 51.0% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| **65 years and over** | 119,892 | 23,160 | 93,383 |
| Male | 44.2% | 40.9% | 44.9% |
| Female | 55.8% | 59.1% | 55.1% |
| **RELATIONSHIP** | | | |
| Population in households | 697,214 | 186,439 | 471,419 |
| Householder or spouse | 59.7% | 51.8% | 63.5% |
| Unmarried partner | 2.2% | 3.3% | 1.7% |
| Child | 27.8% | 33.0% | 25.2% |
| Other relatives | 7.6% | 10.4% | 6.2% |
| Other nonrelatives | 2.7% | 1.5% | 3.4% |
| **HOUSEHOLDS BY TYPE** | | | |
| Households | 279,236 | 72,819 | 193,275 |
| Family households | 66.0% | 59.8% | 68.3% |
| With own children of the householder under 18 years | 24.5% | 24.2% | 23.7% |
| Married-couple family | 49.5% | 31.5% | 56.3% |
| With own children of the householder under 18 years | 16.8% | 10.5% | 18.5% |
| Female householder, no spouse present, family | 12.4% | 23.2% | 8.2% |
| With own children of the householder under 18 years | 5.5% | 10.8% | 3.4% |
| Nonfamily households | 34.0% | 40.2% | 31.7% |
| Male householder | 15.8% | 18.7% | 14.3% |
| Living alone | 12.2% | 16.1% | 10.4% |
| Not living alone | 3.6% | 2.6% | 4.0% |
| Female householder | 18.2% | 21.5% | 17.3% |
| Living alone | 16.2% | 20.0% | 15.2% |
| Not living alone | 2.0% | 1.5% | 2.2% |
| Average household size | 2.50 | 2.47 | 2.49 |
| Average family size | 3.08 | 3.28 | 3.00 |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 588,556 | 156,505 | 403,162 |
| Now married, except separated | 49.5% | 32.2% | 56.2% |
| Widowed | 6.0% | 5.4% | 6.5% |
| Divorced | 11.0% | 11.0% | 11.2% |
| Separated | 2.3% | 4.4% | 1.5% |
| Never married | 31.2% | 46.9% | 24.6% |
| Male 15 years and over | 282,149 | 72,134 | 195,366 |
| Now married, except separated | 51.6% | 36.4% | 57.8% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Widowed | 2.6% | 2.6% | 2.8% |
| Divorced | 9.6% | 8.2% | 10.4% |
| Separated | 1.9% | 4.7% | 1.0% |
| Never married | 34.2% | 48.1% | 28.0% |
| Female 15 years and over | 306,407 | 84,371 | 207,796 |
| Now married, except separated | 47.5% | 28.5% | 54.6% |
| Widowed | 9.2% | 7.8% | 10.1% |
| Divorced | 12.3% | 13.5% | 11.9% |
| Separated | 2.6% | 4.2% | 2.0% |
| Never married | 28.5% | 45.9% | 21.4% |
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 184,664 | 60,062 | 111,412 |
| Nursery school, preschool | 4.8% | 3.4% | 5.6% |
| Kindergarten | 5.6% | 7.7% | 4.3% |
| Elementary school (grades 1-8) | 38.4% | 36.6% | 38.0% |
| High school (grades 9-12) | 18.2% | 18.6% | 18.5% |
| College or graduate school | 33.1% | 33.7% | 33.6% |
| Male 3 years and over enrolled in school | 89,602 | 28,139 | 55,450 |
| Percent enrolled in kindergarten to grade 12 | 66.1% | 72.5% | 62.0% |
| Percent enrolled in college or graduate school | 28.9% | 23.4% | 32.2% |
| Female 3 years and over enrolled in school | 95,062 | 31,923 | 55,962 |
| Percent enrolled in kindergarten to grade 12 | 58.3% | 54.4% | 59.6% |
| Percent enrolled in college or graduate school | 37.0% | 42.8% | 35.0% |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 485,973 | 124,658 | 338,290 |
| Less than high school diploma | 14.9% | 18.0% | 13.1% |
| High school graduate (includes equivalency) | 30.9% | 32.8% | 31.5% |
| Some college or associate's degree | 30.2% | 30.8% | 30.4% |
| Bachelor's degree | 13.6% | 11.3% | 14.1% |
| Graduate or professional degree | 10.4% | 7.0% | 10.9% |
| High school graduate or higher | 85.1% | 82.0% | 86.9% |
| Male, high school graduate or higher | 84.0% | 79.3% | 86.1% |
| Female, high school graduate or higher | 86.1% | 84.3% | 87.8% |
| Bachelor's degree or higher | 24.0% | 18.3% | 25.0% |
| Male, bachelor's degree or higher | 22.8% | 16.4% | 23.9% |
| Female, bachelor's degree or higher | 25.0% | 20.0% | 26.1% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| **FERTILITY** | | | |
| Women 15 to 50 years | 169,810 | 51,602 | 108,523 |
| Women 15 to 50 years who had a birth in the past 12 months | 11,065 | 3,618 | 6,775 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 5,793 | 2,775 | 2,888 |
| As a percent of all women with a birth in the past 12 months | 52.4% | 76.7% | 42.6% |
| **RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS** | | | |
| Population 30 years and over | 440,470 | 112,941 | 308,075 |
| Grandparents living with grandchild(ren) | 4.2% | 4.4% | 4.3% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 43.5% | 46.8% | 43.6% |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 557,970 | 146,436 | 384,525 |
| Civilian veteran | 8.3% | 9.0% | 8.1% |
| **DISABILITY STATUS** | | | |
| Total civilian noninstitutionalized population | 703,954 | 190,849 | 473,445 |
| With a disability | 17.7% | 17.8% | 18.3% |
| Civilian noninstitutionalized population under 18 years | 155,196 | 48,745 | 93,562 |
| With a disability | 3.9% | 5.5% | 3.2% |
| Civilian noninstitutionalized population 18 to 64 years | 431,480 | 119,682 | 288,352 |
| With a disability | 16.1% | 17.3% | 16.2% |
| Civilian noninstitutionalized population 65 years and older | 117,278 | 22,422 | 91,531 |
| With a disability | 41.6% | 47.3% | 40.5% |
| **RESIDENCE 1 YEAR AGO** | | | |
| Population 1 year and over | 709,848 | 193,883 | 476,638 |
| Same house | 86.0% | 88.2% | 85.3% |
| Different house in the U.S. | 13.7% | 11.6% | 14.4% |
| Same county | 7.7% | 6.2% | 8.1% |
| Different county | 6.0% | 5.5% | 6.3% |
| Same state | 3.5% | 3.4% | 3.6% |
| Different state | 2.5% | 2.1% | 2.8% |
| Abroad | 0.3% | 0.1% | 0.3% |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | | |
| Native | 694,605 | 194,025 | 476,705 |
| Male | 48.8% | 48.1% | 49.0% |
| Female | 51.2% | 51.9% | 51.0% |
| Foreign born | 23,291 | 2,418 | 4,541 |
| Male | 45.5% | 22.0% | 46.1% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female | 54.5% | 78.0% | 53.9% |
| Foreign born; naturalized U.S. citizen | 9,067 | 1,614 | 2,690 |
| Male | 43.4% | 23.6% | 45.5% |
| Female | 56.6% | 76.4% | 54.5% |
| Foreign born; not a U.S. citizen | 14,224 | 804 | 1,851 |
| Male | 46.8% | 18.8% | 47.1% |
| Female | 53.2% | 81.2% | 52.9% |
| Population born outside the United States | 23,291 | 2,418 | 4,541 |
| Entered 2010 or later | 44.4% | 33.1% | 25.8% |
| Entered 2000 to 2009 | 21.2% | 26.1% | 11.1% |
| Entered before 2000 | 34.3% | 40.8% | 63.2% |
| **WORLD REGION OF BIRTH OF FOREIGN BORN** | | | |
| Foreign-born population excluding population born at sea | 23,291 | 2,418 | 4,541 |
| Europe | 13.9% | N | 64.7% |
| Asia | 49.9% | N | 20.2% |
| Africa | 6.7% | N | 10.3% |
| Oceania | 0.0% | N | 0.0% |
| Latin America | 26.9% | N | 0.0% |
| Northern America | 2.6% | N | 4.8% |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | |
| Population 5 years and over | 678,872 | 184,993 | 457,381 |
| English only | 94.5% | 97.4% | 98.1% |
| Language other than English | 5.5% | 2.6% | 1.9% |
| Speak English less than "very well" | 1.6% | N | 0.2% |
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 578,746 | 152,898 | 397,665 |
| In labor force | 58.2% | 59.3% | 57.6% |
| Civilian labor force | 57.4% | 58.6% | 56.8% |
| Employed | 54.1% | 53.6% | 54.2% |
| Unemployed | 3.4% | 5.0% | 2.6% |
| Unemployment Rate | 5.9% | 8.5% | 4.5% |
| Armed Forces | 0.7% | 0.6% | 0.8% |
| Not in labor force | 41.8% | 40.7% | 42.4% |
| Females 16 years and over | 301,854 | 83,018 | 204,770 |
| In labor force | 52.7% | 56.9% | 51.0% |
| Civilian labor force | 52.5% | 56.7% | 50.8% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Employed | 49.2% | 51.7% | 48.4% |
| Unemployed | 3.3% | 5.0% | 2.5% |
| Unemployment Rate | 6.4% | 8.9% | 4.8% |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 311,410 | 79,872 | 216,120 |
| Car, truck, or van - drove alone | 83.7% | 82.8% | 84.5% |
| Car, truck, or van - carpooled | 10.3% | 11.5% | 9.6% |
| Public transportation (excluding taxicab) | 0.4% | 0.7% | 0.3% |
| Walked | 1.8% | 2.0% | 1.4% |
| Other means | 1.0% | 1.1% | 0.9% |
| Worked from home | 2.9% | 1.9% | 3.4% |
| Mean travel time to work (minutes) | 26.0 | 23.4 | 27.0 |
| **OCCUPATION** | | | |
| Civilian employed population 16 years and over | 312,851 | 81,976 | 215,648 |
| Management, business, science, and arts occupations | 35.1% | 26.4% | 37.5% |
| Service occupations | 16.3% | 19.8% | 14.5% |
| Sales and office occupations | 18.7% | 16.3% | 20.3% |
| Natural resources, construction, and maintenance occupations | 10.1% | 7.0% | 11.3% |
| Production, transportation, and material moving occupations | 19.8% | 30.5% | 16.3% |
| Male civilian employed population 16 years and over | 164,425 | 39,068 | 116,585 |
| Management, business, science, and arts occupations | 30.4% | 19.4% | 32.7% |
| Service occupations | 13.5% | 17.4% | 12.2% |
| Sales and office occupations | 10.2% | 7.9% | 11.0% |
| Natural resources, construction, and maintenance occupations | 18.5% | 13.7% | 20.5% |
| Production, transportation, and material moving occupations | 27.5% | 41.6% | 23.5% |
| Female civilian employed population 16 years and over | 148,426 | 42,908 | 99,063 |
| Management, business, science, and arts occupations | 40.4% | 32.8% | 43.2% |
| Service occupations | 19.4% | 21.9% | 17.3% |
| Sales and office occupations | 28.2% | 24.0% | 31.3% |
| Natural resources, construction, and maintenance occupations | 0.6% | 0.9% | 0.5% |
| Production, transportation, and material moving occupations | 11.4% | 20.4% | 7.8% |
| **INDUSTRY** | | | |
| Civilian employed population 16 years and over | 312,851 | 81,976 | 215,648 |
| Agriculture, forestry, fishing and hunting, and mining | 1.1% | 0.9% | 1.1% |
| Construction | 7.7% | 4.6% | 8.9% |
| Manufacturing | 17.2% | 24.2% | 14.0% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Wholesale trade | 3.0% | 2.0% | 3.5% |
| Retail trade | 10.1% | 10.2% | 10.5% |
| Transportation and warehousing, and utilities | 4.5% | 4.2% | 4.8% |
| Information | 1.2% | 1.2% | 1.2% |
| Finance and insurance, and real estate and rental and leasing | 6.0% | 5.4% | 6.4% |
| Professional, scientific, and management, and administrative and waste manageme | 8.2% | 6.0% | 8.4% |
| Educational services, and health care and social assistance | 23.0% | 22.5% | 23.3% |
| Arts, entertainment, and recreation, and accommodation and food services | 8.1% | 9.1% | 7.6% |
| Other services (except public administration) | 4.0% | 2.5% | 4.7% |
| Public administration | 6.0% | 7.3% | 5.6% |
| **CLASS OF WORKER** | | | |
| Civilian employed population 16 years and over | 312,851 | 81,976 | 215,648 |
| Private wage and salary workers | 75.5% | 75.9% | 75.4% |
| Government workers | 19.0% | 21.8% | 17.8% |
| Self-employed workers in own not incorporated business | 5.3% | 2.3% | 6.4% |
| Unpaid family workers | 0.2% | 0.0% | 0.3% |
| **INCOME IN THE PAST 12 MONTHS (IN 2019 INFLATION-ADJUSTED DOLLARS)** | | | |
| Households | 279,236 | 72,819 | 193,275 |
| Median household income (dollars) | 51,925 | 37,476 | 58,279 |
| With earnings | 72.7% | 72.9% | 72.1% |
| Mean earnings (dollars) | 69,461 | 52,308 | 76,298 |
| With Social Security income | 35.9% | 34.2% | 37.4% |
| Mean Social Security income (dollars) | 19,017 | 14,238 | 20,792 |
| With Supplemental Security Income | 6.7% | 8.8% | 6.3% |
| Mean Supplemental Security Income (dollars) | 9,017 | 7,850 | 9,685 |
| With cash public assistance income | 0.9% | 1.2% | 0.7% |
| Mean cash public assistance income (dollars) | 2,732 | 3,890 | 2,154 |
| With retirement income | 26.7% | 23.2% | 29.1% |
| Mean retirement income (dollars) | 24,448 | 19,998 | 25,610 |
| With Food Stamp/SNAP benefits | 13.2% | 22.7% | 9.6% |
| Families | 184,320 | 43,577 | 132,059 |
| Median family income (dollars) | 67,624 | 54,539 | 73,258 |
| Married-couple family | 74.9% | 52.6% | 82.5% |
| Median income (dollars) | 80,204 | 71,663 | 82,650 |
| Male householder, no spouse present, family | 6.3% | 8.7% | 5.6% |
| Median income (dollars) | 51,580 | 60,944 | 38,946 |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female householder, no husband present, family | 18.7% | 38.7% | 12.0% |
| Median income (dollars) | 31,175 | 31,009 | 31,582 |
| Individuals | 717,896 | 196,443 | 481,246 |
| Per capita income (dollars) | 27,867 | 21,218 | 31,130 |
| With earnings for full-time, year-round workers: | | | |
| Male | 135,041 | 31,383 | 96,120 |
| Female | 102,661 | 29,459 | 69,675 |
| Mean earnings (dollars) for full-time, year-round workers: | | | |
| Male | 61,102 | 46,387 | 66,083 |
| Female | 43,044 | 35,741 | 46,019 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 50,151 | 40,283 | 52,527 |
| Female | 37,234 | 32,094 | 40,175 |
| **HEALTH INSURANCE COVERAGE** | | | |
| Civilian noninstitutionalized population | 703,954 | 190,849 | 473,445 |
| With private health insurance | 68.7% | 60.4% | 72.9% |
| With public coverage | 36.8% | 40.6% | 35.4% |
| No health insurance coverage | 8.5% | 9.8% | 7.5% |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** | | | |
| All families | 10.8% | 16.6% | 8.3% |
| With related children of the householder under 18 years | 15.9% | 24.8% | 11.2% |
| With related children of the householder under 5 years only | 13.8% | 17.1% | 11.4% |
| Married-couple family | 6.1% | 8.6% | 5.3% |
| With related children of the householder under 18 years | 6.5% | 7.0% | 5.4% |
| With related children of the householder under 5 years only | 7.4% | N | N |
| Female householder, no spouse present, family | 30.1% | 29.1% | 28.9% |
| With related children of the householder under 18 years | 44.2% | 45.4% | 40.4% |
| With related children of the householder under 5 years only | 50.3% | 49.2% | 48.6% |
| All people | 15.0% | 18.7% | 12.7% |
| Under 18 years | 17.4% | 26.2% | 10.5% |
| Related children of the householder under 18 years | 17.3% | 26.2% | 10.3% |
| Related children of the householder under 5 years | 19.9% | 30.4% | 11.2% |
| Related children of the householder 5 to 17 years | 16.4% | 24.9% | 10.0% |
| 18 years and over | 14.3% | 16.0% | 13.2% |
| 18 to 64 years | 15.4% | 16.0% | 14.7% |
| 65 years and over | 10.2% | 16.4% | 8.7% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 3 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| People in families | 10.8% | 16.1% | 7.8% |
| Unrelated individuals 15 years and over | 33.4% | 28.9% | 34.7% |
| **HOUSING TENURE** | | | |
| Occupied housing units | 279,236 | 72,819 | 193,275 |
| Owner-occupied housing units | 71.6% | 58.6% | 78.1% |
| Renter-occupied housing units | 28.4% | 41.4% | 21.9% |
| Average household size of owner-occupied unit | 2.55 | 2.53 | 2.54 |
| Average household size of renter-occupied unit | 2.36 | 2.38 | 2.31 |
| **UNITS IN STRUCTURE** | | | |
| Occupied housing units | 279,236 | 72,819 | 193,275 |
| 1-unit, detached or attached | 69.3% | 65.8% | 71.8% |
| 2 to 4 units | 4.1% | 8.4% | 2.3% |
| 5 or more units | 9.2% | 11.8% | 7.3% |
| Mobile home, boat, RV, van, etc. | 17.5% | 14.0% | 18.6% |
| **YEAR STRUCTURE BUILT** | | | |
| Occupied housing units | 279,236 | 72,819 | 193,275 |
| Built 2014 or later | 6.3% | 4.3% | 6.7% |
| Built 2010 to 2013 | 4.2% | 4.5% | 3.9% |
| Built 2000 to 2009 | 18.2% | 14.5% | 19.0% |
| Built 1980 to 1999 | 32.9% | 28.6% | 34.9% |
| Built 1960 to 1979 | 23.2% | 29.7% | 21.1% |
| Built 1940 to 1959 | 11.1% | 14.2% | 10.3% |
| Built 1939 or earlier | 4.0% | 4.2% | 4.0% |
| **VEHICLES AVAILABLE** | | | |
| Occupied housing units | 279,236 | 72,819 | 193,275 |
| None | 6.9% | 11.9% | 4.8% |
| 1 or more | 93.1% | 88.1% | 95.2% |
| **HOUSE HEATING FUEL** | | | |
| Occupied housing units | 279,236 | 72,819 | 193,275 |
| Gas | 29.2% | 33.4% | 28.2% |
| Electricity | 68.8% | 66.0% | 69.4% |
| All other fuels | 1.6% | 0.5% | 2.1% |
| No fuel used | 0.3% | 0.1% | 0.4% |
| **SELECTED CHARACTERISTICS** | | | |
| Occupied housing units | 279,236 | 72,819 | 193,275 |
| No telephone service available | 1.3% | 1.6% | 1.1% |

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| 1.01 or more occupants per room | 2.0% | 2.9% | 1.5% |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 109,894 | 23,552 | 82,128 |
| Less than 30 percent | 75.3% | 68.1% | 77.0% |
| 30 percent or more | 24.7% | 31.9% | 23.0% |
| **OWNER CHARACTERISTICS** | | | |
| Owner-occupied housing units | 200,055 | 42,645 | 150,913 |
| Median value (dollars) | 144,700 | 111,600 | 154,100 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,141 | 1,019 | 1,166 |
| Median selected monthly owner costs without a mortgage (dollars) | 350 | 357 | 349 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 70,294 | 27,096 | 37,098 |
| Less than 30 percent | 55.0% | 55.4% | 55.0% |
| 30 percent or more | 45.0% | 44.6% | 45.0% |
| **GROSS RENT** | | | |
| Occupied units paying rent | 72,254 | 28,033 | 38,121 |
| Median gross rent (dollars) | 771 | 740 | 790 |
| **COMPUTERS AND INTERNET USE** | | | |
| Total households | 279,236 | 72,819 | 193,275 |
| With a computer | 89.6% | 84.0% | 91.5% |
| With a broadband Internet subscription | 80.7% | 74.8% | 83.3% |

# # #