Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| **TOTAL NUMBER OF RACES REPORTED** | | | |
| Total population | 699,605 | 117,783 | 529,852 |
| One race | 98.3% | 94.8% | 100.0% |
| Two races | 1.6% | 5.1% | (X) |
| Three races | 0.1% | 0.1% | (X) |
| Four or more races | 0.0% | 0.0% | (X) |
| **SEX AND AGE** | | | |
| Total population | 699,605 | 117,783 | 529,852 |
| Male | 48.1% | 45.4% | 48.6% |
| Female | 51.9% | 54.6% | 51.4% |
| Under 5 years | 5.7% | 5.2% | 5.5% |
| 5 to 17 years | 17.0% | 18.9% | 15.5% |
| 18 to 24 years | 7.9% | 10.4% | 7.2% |
| 25 to 34 years | 13.2% | 14.7% | 12.6% |
| 35 to 44 years | 13.6% | 18.9% | 12.4% |
| 45 to 54 years | 12.8% | 11.2% | 13.4% |
| 55 to 64 years | 13.3% | 11.5% | 14.2% |
| 65 to 74 years | 10.0% | 6.5% | 11.3% |
| 75 years and over | 6.6% | 2.9% | 7.9% |
| Median age (years) | 39.9 | 35.5 | 42.1 |
| 18 years and over | 77.3% | 75.9% | 78.9% |
| 21 years and over | 73.7% | 70.9% | 75.7% |
| 62 years and over | 20.0% | 12.5% | 22.9% |
| 65 years and over | 16.5% | 9.3% | 19.2% |
| Under 18 years | 158,751 | 28,332 | 111,534 |
| Male | 49.8% | 45.3% | 50.7% |
| Female | 50.2% | 54.7% | 49.3% |
| **18 years and over** | **540,854** | **89,451** | **418,318** |
| Male | 47.6% | 45.4% | 48.0% |
| Female | 52.4% | 54.6% | 52.0% |
| 18 to 34 years | 147,337 | 29,511 | 104,908 |
| Male | 48.6% | 47.7% | 49.6% |
| Female | 51.4% | 52.3% | 50.4% |
| 35 to 64 years | 277,747 | 48,933 | 211,848 |
| Male | 48.5% | 46.0% | 48.9% |
| Female | 51.5% | 54.0% | 51.1% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

| | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---:|---:|---:|
| | Estimate | Estimate | Estimate |
| **65 years and over** | 115,770 | 11,007 | 101,562 |
| Male | 44.0% | 36.5% | 44.6% |
| Female | 56.0% | 63.5% | 55.4% |
| **RELATIONSHIP** | | | |
| Population in households | 689,991 | 115,055 | 523,268 |
| Householder or spouse | 61.0% | 53.6% | 63.9% |
| Unmarried partner | 1.8% | 2.7% | 1.6% |
| Child | 29.9% | 33.5% | 27.7% |
| Other relatives | 5.6% | 9.2% | 4.9% |
| Other nonrelatives | 1.7% | 0.9% | 1.9% |
| **HOUSEHOLDS BY TYPE** | | | |
| Households | 272,470 | 45,370 | 211,143 |
| Family households | 68.5% | 63.9% | 68.6% |
| With own children of the householder under 18 years | 27.0% | 28.7% | 25.1% |
| Married-couple family | 54.4% | 35.5% | 57.6% |
| With own children of the householder under 18 years | 20.7% | 16.6% | 20.3% |
| Female householder, no spouse present, family | 10.9% | 21.4% | 8.7% |
| With own children of the householder under 18 years | 4.9% | 9.9% | 3.7% |
| Nonfamily households | 31.5% | 36.1% | 31.4% |
| Male householder | 14.2% | 14.8% | 14.6% |
| Living alone | 11.6% | 12.3% | 11.9% |
| Not living alone | 2.6% | 2.4% | 2.7% |
| Female householder | 17.3% | 21.4% | 16.9% |
| Living alone | 15.7% | 20.5% | 15.1% |
| Not living alone | 1.6% | 0.9% | 1.8% |
| Average household size | 2.53 | 2.42 | 2.50 |
| Average family size | 3.11 | 3.09 | 3.06 |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 569,203 | 94,494 | 438,736 |
| Now married, except separated | 54.9% | 37.8% | 58.2% |
| Widowed | 6.3% | 5.0% | 6.9% |
| Divorced | 11.3% | 13.3% | 11.2% |
| Separated | 1.3% | 3.1% | 0.9% |
| Never married | 26.2% | 40.7% | 22.7% |
| Male 15 years and over | 271,448 | 42,345 | 211,825 |
| Now married, except separated | 57.0% | 41.1% | 59.8% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Widowed | 3.0% | 3.1% | 3.2% |
| Divorced | 9.6% | 10.4% | 9.9% |
| Separated | 1.3% | 4.7% | 0.7% |
| Never married | 29.1% | 40.7% | 26.5% |
| Female 15 years and over | 297,755 | 52,149 | 226,911 |
| Now married, except separated | 52.9% | 35.1% | 56.8% |
| Widowed | 9.3% | 6.5% | 10.5% |
| Divorced | 12.8% | 15.7% | 12.5% |
| Separated | 1.3% | 1.9% | 1.1% |
| Never married | 23.7% | 40.7% | 19.1% |
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 167,806 | 32,330 | 117,855 |
| Nursery school, preschool | 6.5% | 3.1% | 7.6% |
| Kindergarten | 4.4% | 4.1% | 3.9% |
| Elementary school (grades 1-8) | 43.6% | 42.7% | 42.8% |
| High school (grades 9-12) | 22.9% | 23.2% | 23.1% |
| College or graduate school | 22.6% | 26.8% | 22.6% |
| Male 3 years and over enrolled in school | 81,598 | 15,470 | 57,910 |
| Percent enrolled in kindergarten to grade 12 | 75.4% | 73.5% | 74.9% |
| Percent enrolled in college or graduate school | 17.9% | 25.4% | 17.1% |
| Female 3 years and over enrolled in school | 86,208 | 16,860 | 59,945 |
| Percent enrolled in kindergarten to grade 12 | 66.5% | 66.9% | 64.9% |
| Percent enrolled in college or graduate school | 27.1% | 28.1% | 28.0% |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 485,802 | 77,229 | 380,033 |
| Less than high school diploma | 9.0% | 11.1% | 7.5% |
| High school graduate (includes equivalency) | 23.7% | 26.1% | 23.5% |
| Some college or associate's degree | 28.8% | 32.9% | 28.5% |
| Bachelor's degree | 23.9% | 19.6% | 25.0% |
| Graduate or professional degree | 14.6% | 10.5% | 15.5% |
| High school graduate or higher | 91.0% | 88.9% | 92.5% |
| Male, high school graduate or higher | 89.6% | 86.2% | 91.1% |
| Female, high school graduate or higher | 92.2% | 91.1% | 93.8% |
| Bachelor's degree or higher | 38.5% | 30.0% | 40.5% |
| Male, bachelor's degree or higher | 37.6% | 24.6% | 39.9% |
| Female, bachelor's degree or higher | 39.3% | 34.3% | 41.0% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| **FERTILITY** | | | |
| Women 15 to 50 years | 168,660 | 35,928 | 118,152 |
| Women 15 to 50 years who had a birth in the past 12 months | 8,382 | 1,927 | 5,842 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 2,386 | 1,502 | 884 |
| As a percent of all women with a birth in the past 12 months | 28.5% | 77.9% | 15.1% |
| **RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS** | | | |
| Population 30 years and over | 441,522 | 68,325 | 347,425 |
| Grandparents living with grandchild(ren) | 3.1% | 5.5% | 2.5% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 48.4% | 45.8% | 49.0% |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 540,104 | 88,831 | 418,241 |
| Civilian veteran | 7.3% | 9.6% | 7.1% |
| **DISABILITY STATUS** | | | |
| Total civilian noninstitutionalized population | 693,338 | 115,226 | 526,228 |
| With a disability | 13.2% | 12.7% | 13.6% |
| Civilian noninstitutionalized population under 18 years | 158,650 | 28,257 | 111,508 |
| With a disability | 3.7% | 4.4% | 3.7% |
| Civilian noninstitutionalized population 18 to 64 years | 420,841 | 76,546 | 314,497 |
| With a disability | 11.0% | 11.1% | 10.8% |
| Civilian noninstitutionalized population 65 years and older | 113,847 | 10,423 | 100,223 |
| With a disability | 34.4% | 47.3% | 33.1% |
| **RESIDENCE 1 YEAR AGO** | | | |
| Population 1 year and over | 692,181 | 116,365 | 524,694 |
| Same house | 87.6% | 83.6% | 88.5% |
| Different house in the U.S. | 12.2% | 15.9% | 11.4% |
| Same county | 7.2% | 9.9% | 6.4% |
| Different county | 5.0% | 6.0% | 4.9% |
| Same state | 3.5% | 5.3% | 3.2% |
| Different state | 1.5% | 0.7% | 1.8% |
| Abroad | 0.2% | 0.5% | 0.1% |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | | |
| Native | 669,054 | 115,858 | 523,822 |
| Male | 48.0% | 45.4% | 48.5% |
| Female | 52.0% | 54.6% | 51.5% |
| Foreign born | 30,551 | 1,925 | 6,030 |
| Male | 49.8% | 43.6% | 52.2% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female | 50.2% | 56.4% | 47.8% |
| Foreign born; naturalized U.S. citizen | 15,474 | 1,280 | 4,052 |
| Male | 49.9% | 49.9% | 52.3% |
| Female | 50.1% | 50.1% | 47.7% |
| Foreign born; not a U.S. citizen | 15,077 | 645 | 1,978 |
| Male | 49.7% | 31.2% | 52.0% |
| Female | 50.3% | 68.8% | 48.0% |
| Population born outside the United States | 30,551 | 1,925 | 6,030 |
| Entered 2010 or later | 24.5% | 10.1% | 23.9% |
| Entered 2000 to 2009 | 32.4% | 75.2% | 26.9% |
| Entered before 2000 | 43.0% | 14.7% | 49.2% |
| **WORLD REGION OF BIRTH OF FOREIGN BORN** | | | |
| Foreign-born population excluding population born at sea | 30,551 | 1,925 | 6,030 |
| Europe | 11.6% | N | 59.0% |
| Asia | 30.2% | N | 8.1% |
| Africa | 8.9% | N | 13.5% |
| Oceania | 0.0% | N | 0.0% |
| Latin America | 46.0% | N | 2.8% |
| Northern America | 3.3% | N | 16.6% |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | |
| Population 5 years and over | 659,826 | 111,712 | 500,706 |
| English only | 94.0% | 98.0% | 98.7% |
| Language other than English | 6.0% | 2.0% | 1.3% |
| Speak English less than "very well" | 2.2% | 0.5% | 0.4% |
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 559,043 | 92,183 | 431,887 |
| In labor force | 62.9% | 69.7% | 61.1% |
| Civilian labor force | 62.8% | 69.0% | 61.0% |
| Employed | 60.7% | 65.9% | 59.2% |
| Unemployed | 2.1% | 3.1% | 1.9% |
| Unemployment Rate | 3.3% | 4.5% | 3.1% |
| Armed Forces | 0.1% | 0.7% | 0.0% |
| Not in labor force | 37.1% | 30.3% | 38.9% |
| Females 16 years and over | 292,342 | 50,644 | 223,641 |
| In labor force | 57.3% | 69.2% | 54.6% |
| Civilian labor force | 57.2% | 68.9% | 54.6% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Employed | 55.5% | 67.3% | 52.9% |
| Unemployed | 1.7% | 1.5% | 1.7% |
| Unemployment Rate | 3.0% | 2.2% | 3.1% |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 335,386 | 60,438 | 252,339 |
| Car, truck, or van - drove alone | 86.1% | 84.6% | 87.1% |
| Car, truck, or van - carpooled | 7.0% | 8.3% | 6.0% |
| Public transportation (excluding taxicab) | 0.1% | 0.3% | 0.0% |
| Walked | 0.8% | 0.3% | 1.0% |
| Other means | 0.9% | 3.0% | 0.5% |
| Worked from home | 5.1% | 3.5% | 5.4% |
| Mean travel time to work (minutes) | 28.7 | 28.6 | 28.9 |
| **OCCUPATION** | | | |
| Civilian employed population 16 years and over | 339,524 | 60,741 | 255,546 |
| Management, business, science, and arts occupations | 45.3% | 36.1% | 48.2% |
| Service occupations | 13.0% | 15.5% | 11.5% |
| Sales and office occupations | 20.9% | 21.9% | 21.2% |
| Natural resources, construction, and maintenance occupations | 7.9% | 3.8% | 8.3% |
| Production, transportation, and material moving occupations | 13.0% | 22.7% | 10.9% |
| Male civilian employed population 16 years and over | 177,251 | 26,636 | 137,332 |
| Management, business, science, and arts occupations | 40.4% | 24.2% | 43.8% |
| Service occupations | 11.6% | 15.7% | 10.5% |
| Sales and office occupations | 14.6% | 13.9% | 14.9% |
| Natural resources, construction, and maintenance occupations | 14.4% | 8.4% | 14.8% |
| Production, transportation, and material moving occupations | 19.0% | 37.9% | 15.9% |
| Female civilian employed population 16 years and over | 162,273 | 34,105 | 118,214 |
| Management, business, science, and arts occupations | 50.5% | 45.3% | 53.3% |
| Service occupations | 14.5% | 15.4% | 12.7% |
| Sales and office occupations | 27.8% | 28.2% | 28.4% |
| Natural resources, construction, and maintenance occupations | 0.7% | 0.2% | 0.7% |
| Production, transportation, and material moving occupations | 6.4% | 10.9% | 5.0% |
| **INDUSTRY** | | | |
| Civilian employed population 16 years and over | 339,524 | 60,741 | 255,546 |
| Agriculture, forestry, fishing and hunting, and mining | 0.8% | 0.3% | 0.8% |
| Construction | 6.2% | 1.8% | 6.8% |
| Manufacturing | 10.8% | 16.0% | 9.7% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Wholesale trade | 3.7% | 3.4% | 4.0% |
| Retail trade | 10.3% | 7.2% | 10.8% |
| Transportation and warehousing, and utilities | 5.5% | 9.2% | 5.0% |
| Information | 1.9% | 2.1% | 1.9% |
| Finance and insurance, and real estate and rental and leasing | 9.3% | 10.5% | 9.2% |
| Professional, scientific, and management, and administrative and waste manageme | 10.6% | 7.8% | 11.5% |
| Educational services, and health care and social assistance | 23.1% | 20.3% | 24.5% |
| Arts, entertainment, and recreation, and accommodation and food services | 7.4% | 9.1% | 6.2% |
| Other services (except public administration) | 6.3% | 5.2% | 6.2% |
| Public administration | 4.0% | 7.1% | 3.4% |
| **CLASS OF WORKER** | | | |
| Civilian employed population 16 years and over | 339,524 | 60,741 | 255,546 |
| Private wage and salary workers | 81.3% | 79.5% | 81.4% |
| Government workers | 13.4% | 17.8% | 12.9% |
| Self-employed workers in own not incorporated business | 5.0% | 2.7% | 5.4% |
| Unpaid family workers | 0.2% | 0.0% | 0.2% |
| **INCOME IN THE PAST 12 MONTHS (IN 2019 INFLATION-ADJUSTED DOLLARS)** | | | |
| Households | 272,470 | 45,370 | 211,143 |
| Median household income (dollars) | 69,072 | 59,237 | 72,670 |
| With earnings | 77.2% | 81.2% | 75.4% |
| Mean earnings (dollars) | 98,407 | 78,749 | 103,688 |
| With Social Security income | 32.3% | 23.0% | 35.6% |
| Mean Social Security income (dollars) | 21,495 | 15,509 | 22,518 |
| With Supplemental Security Income | 4.6% | 6.7% | 4.0% |
| Mean Supplemental Security Income (dollars) | 10,656 | 8,210 | 11,322 |
| With cash public assistance income | 0.7% | N | 0.6% |
| Mean cash public assistance income (dollars) | 6,273 | 15,566 | 3,940 |
| With retirement income | 26.6% | 19.9% | 29.2% |
| Mean retirement income (dollars) | 30,034 | 23,694 | 31,148 |
| With Food Stamp/SNAP benefits | 7.2% | 15.2% | 5.3% |
| Families | 186,592 | 28,984 | 144,782 |
| Median family income (dollars) | 87,199 | 73,119 | 92,859 |
| Married-couple family | 79.4% | 55.6% | 83.9% |
| Median income (dollars) | 100,212 | 106,951 | 101,238 |
| Male householder, no spouse present, family | 4.7% | 10.9% | 3.3% |
| Median income (dollars) | 55,996 | 61,459 | 60,103 |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female householder, no husband present, family | 15.9% | 33.5% | 12.8% |
| Median income (dollars) | 48,863 | 43,387 | 51,209 |
| Individuals | 699,605 | 117,783 | 529,852 |
| Per capita income (dollars) | 38,316 | 29,764 | 41,266 |
| With earnings for full-time, year-round workers: | | | |
| Male | 146,227 | 22,544 | 112,745 |
| Female | 110,059 | 27,082 | 76,514 |
| Mean earnings (dollars) for full-time, year-round workers: | | | |
| Male | 83,516 | 57,305 | 89,714 |
| Female | 58,120 | 51,260 | 61,399 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 58,689 | 45,079 | 62,058 |
| Female | 47,365 | 43,760 | 49,695 |
| **HEALTH INSURANCE COVERAGE** | | | |
| Civilian noninstitutionalized population | 693,338 | 115,226 | 526,228 |
| With private health insurance | 75.9% | 70.7% | 78.4% |
| With public coverage | 29.8% | 33.1% | 29.5% |
| No health insurance coverage | 7.2% | 7.4% | 6.2% |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** | | | |
| All families | 6.3% | 9.2% | 5.2% |
| With related children of the householder under 18 years | 9.3% | 11.4% | 8.6% |
| With related children of the householder under 5 years only | 5.7% | N | 5.7% |
| Married-couple family | 3.8% | 4.0% | 3.4% |
| With related children of the householder under 18 years | 4.3% | N | 4.8% |
| With related children of the householder under 5 years only | N | N | N |
| Female householder, no spouse present, family | 16.5% | 16.9% | 15.7% |
| With related children of the householder under 18 years | 25.8% | 24.4% | 26.1% |
| With related children of the householder under 5 years only | 28.2% | N | 30.4% |
| All people | 9.5% | 12.7% | 8.5% |
| Under 18 years | 12.2% | 15.1% | 10.9% |
| Related children of the householder under 18 years | 11.9% | 14.9% | 10.7% |
| Related children of the householder under 5 years | 11.7% | 7.9% | 10.6% |
| Related children of the householder 5 to 17 years | 12.0% | 16.8% | 10.8% |
| 18 years and over | 8.7% | 11.9% | 7.8% |
| 18 to 64 years | 8.6% | 11.1% | 7.9% |
| 65 years and over | 9.2% | 17.5% | 7.8% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 6 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| People in families | 7.2% | 9.7% | 6.1% |
| Unrelated individuals 15 years and over | 21.8% | 26.4% | 20.7% |
| **HOUSING TENURE** | | | |
| Occupied housing units | 272,470 | 45,370 | 211,143 |
| Owner-occupied housing units | 75.9% | 55.3% | 80.9% |
| Renter-occupied housing units | 24.1% | 44.7% | 19.1% |
| Average household size of owner-occupied unit | 2.62 | 2.56 | 2.59 |
| Average household size of renter-occupied unit | 2.25 | 2.25 | 2.12 |
| **UNITS IN STRUCTURE** | | | |
| Occupied housing units | 272,470 | 45,370 | 211,143 |
| 1-unit, detached or attached | 77.2% | 64.2% | 80.7% |
| 2 to 4 units | 2.7% | 4.8% | 2.2% |
| 5 or more units | 11.0% | 26.4% | 7.4% |
| Mobile home, boat, RV, van, etc. | 9.2% | 4.6% | 9.8% |
| **YEAR STRUCTURE BUILT** | | | |
| Occupied housing units | 272,470 | 45,370 | 211,143 |
| Built 2014 or later | 5.8% | 7.0% | 5.6% |
| Built 2010 to 2013 | 3.6% | 4.4% | 3.4% |
| Built 2000 to 2009 | 18.3% | 18.2% | 18.1% |
| Built 1980 to 1999 | 33.8% | 33.2% | 33.9% |
| Built 1960 to 1979 | 25.1% | 25.2% | 24.8% |
| Built 1940 to 1959 | 9.7% | 8.8% | 10.2% |
| Built 1939 or earlier | 3.7% | 3.1% | 4.0% |
| **VEHICLES AVAILABLE** | | | |
| Occupied housing units | 272,470 | 45,370 | 211,143 |
| None | 3.0% | 5.1% | 2.7% |
| 1 or more | 97.0% | 94.9% | 97.3% |
| **HOUSE HEATING FUEL** | | | |
| Occupied housing units | 272,470 | 45,370 | 211,143 |
| Gas | 45.2% | 37.0% | 47.6% |
| Electricity | 53.8% | 62.4% | 51.3% |
| All other fuels | 0.5% | 0.3% | 0.6% |
| No fuel used | 0.5% | 0.2% | 0.5% |
| **SELECTED CHARACTERISTICS** | | | |
| Occupied housing units | 272,470 | 45,370 | 211,143 |
| No telephone service available | 1.1% | N | 1.1% |

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| 1.01 or more occupants per room | 1.3% | N | 1.0% |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 128,851 | 18,828 | 103,435 |
| Less than 30 percent | 77.9% | 77.3% | 78.5% |
| 30 percent or more | 22.1% | 22.7% | 21.5% |
| **OWNER CHARACTERISTICS** | | | |
| Owner-occupied housing units | 206,801 | 25,070 | 170,745 |
| Median value (dollars) | 206,000 | 161,100 | 220,000 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,414 | 1,217 | 1,453 |
| Median selected monthly owner costs without a mortgage (dollars) | 415 | 380 | 421 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 57,522 | 19,068 | 34,064 |
| Less than 30 percent | 55.8% | 60.1% | 54.9% |
| 30 percent or more | 44.2% | 39.9% | 45.1% |
| **GROSS RENT** | | | |
| Occupied units paying rent | 58,348 | 19,125 | 34,560 |
| Median gross rent (dollars) | 1,026 | 1,031 | 1,017 |
| **COMPUTERS AND INTERNET USE** | | | |
| Total households | 272,470 | 45,370 | 211,143 |
| With a computer | 93.0% | 91.1% | 93.4% |
| With a broadband Internet subscription | 88.3% | 85.4% | 89.0% |

# # #