FILED
2021 Dec-27 PM 01:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| **TOTAL NUMBER OF RACES REPORTED** | | | |
| Total population | 670,015 | 424,418 | 209,156 |
| One race | 98.8% | 98.8% | 100.0% |
| Two races | 1.1% | 1.1% | (X) |
| Three races | 0.0% | 0.1% | (X) |
| Four or more races | 0.1% | 0.1% | (X) |
| **SEX AND AGE** | | | |
| Total population | 670,015 | 424,418 | 209,156 |
| Male | 47.2% | 46.5% | 47.7% |
| Female | 52.8% | 53.5% | 52.3% |
| Under 5 years | 6.1% | 6.6% | 4.2% |
| 5 to 17 years | 15.4% | 17.7% | 10.2% |
| 18 to 24 years | 12.7% | 11.3% | 15.4% |
| 25 to 34 years | 13.6% | 13.7% | 12.8% |
| 35 to 44 years | 11.4% | 11.3% | 11.2% |
| 45 to 54 years | 11.2% | 11.3% | 10.9% |
| 55 to 64 years | 12.8% | 13.2% | 12.9% |
| 65 to 74 years | 9.9% | 9.3% | 11.6% |
| 75 years and over | 6.9% | 5.5% | 10.7% |
| Median age (years) | 36.8 | 35.5 | 42.0 |
| 18 years and over | 78.4% | 75.7% | 85.6% |
| 21 years and over | 71.9% | 70.1% | 77.3% |
| 62 years and over | 20.8% | 19.0% | 26.4% |
| 65 years and over | 16.8% | 14.8% | 22.3% |
| Under 18 years | 144,443 | 103,273 | 30,153 |
| Male | 52.2% | 52.7% | 52.0% |
| Female | 47.8% | 47.3% | 48.0% |
| **18 years and over** | **525,572** | **321,145** | **179,003** |
| Male | 45.8% | 44.5% | 47.0% |
| Female | 54.2% | 55.5% | 53.0% |
| 18 to 34 years | 175,717 | 106,302 | 59,041 |
| Male | 48.6% | 48.3% | 47.2% |
| Female | 51.4% | 51.7% | 52.8% |
| 35 to 64 years | 237,064 | 151,973 | 73,255 |
| Male | 45.4% | 43.3% | 49.0% |
| Female | 54.6% | 56.7% | 51.0% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

|  | All Persons | Black or African American alone or in combination | White alone, not Hispanic or Latino |
|---|---:|---:|---:|
|  | Estimate | Estimate | Estimate |
| **65 years and over** | 112,791 | 62,870 | 46,707 |
| Male | 42.2% | 40.8% | 43.7% |
| Female | 57.8% | 59.2% | 56.3% |
| **RELATIONSHIP** | | | |
| Population in households | 642,157 | 415,656 | 192,966 |
| Householder or spouse | 53.5% | 49.7% | 62.5% |
| Unmarried partner | 2.0% | 1.9% | 2.0% |
| Child | 30.0% | 33.0% | 23.4% |
| Other relatives | 10.6% | 12.7% | 6.1% |
| Other nonrelatives | 3.9% | 2.6% | 6.0% |
| **HOUSEHOLDS BY TYPE** | | | |
| Households | 259,646 | 165,465 | 83,475 |
| Family households | 58.2% | 57.9% | 58.1% |
| With own children of the householder under 18 years | 21.9% | 23.8% | 16.4% |
| Married-couple family | 32.3% | 24.8% | 45.4% |
| With own children of the householder under 18 years | 9.7% | 7.3% | 12.6% |
| Female householder, no spouse present, family | 20.9% | 27.6% | 9.2% |
| With own children of the householder under 18 years | 10.2% | 14.2% | 2.9% |
| Nonfamily households | 41.8% | 42.1% | 41.9% |
| Male householder | 19.9% | 19.6% | 20.3% |
| Living alone | 16.1% | 16.2% | 15.7% |
| Not living alone | 3.8% | 3.4% | 4.7% |
| Female householder | 21.8% | 22.5% | 21.6% |
| Living alone | 19.3% | 20.9% | 17.1% |
| Not living alone | 2.6% | 1.6% | 4.5% |
| Average household size | 2.47 | 2.52 | 2.33 |
| Average family size | 3.28 | 3.40 | 3.00 |
| **MARITAL STATUS** | | | |
| Population 15 years and over | 549,144 | 338,053 | 184,041 |
| Now married, except separated | 33.4% | 26.9% | 43.7% |
| Widowed | 7.0% | 6.7% | 8.2% |
| Divorced | 12.7% | 13.3% | 12.1% |
| Separated | 3.3% | 4.3% | 1.3% |
| Never married | 43.7% | 48.7% | 34.7% |
| Male 15 years and over | 253,620 | 152,931 | 86,486 |
| Now married, except separated | 36.6% | 30.0% | 47.1% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Widowed | 3.1% | 3.1% | 3.5% |
| Divorced | 11.6% | 12.1% | 11.2% |
| Separated | 3.0% | 3.9% | 1.4% |
| Never married | 45.7% | 50.9% | 36.8% |
| Female 15 years and over | 295,524 | 185,122 | 97,555 |
| Now married, except separated | 30.7% | 24.4% | 40.7% |
| Widowed | 10.3% | 9.7% | 12.4% |
| Divorced | 13.6% | 14.3% | 12.8% |
| Separated | 3.5% | 4.7% | 1.3% |
| Never married | 41.9% | 47.0% | 32.8% |
| **SCHOOL ENROLLMENT** | | | |
| Population 3 years and over enrolled in school | 170,797 | 109,833 | 50,485 |
| Nursery school, preschool | 5.6% | 7.0% | 3.5% |
| Kindergarten | 4.7% | 5.3% | 3.1% |
| Elementary school (grades 1-8) | 36.6% | 41.8% | 24.5% |
| High school (grades 9-12) | 19.4% | 22.0% | 15.3% |
| College or graduate school | 33.6% | 23.9% | 53.6% |
| Male 3 years and over enrolled in school | 84,120 | 55,192 | 22,772 |
| Percent enrolled in kindergarten to grade 12 | 66.3% | 74.9% | 46.3% |
| Percent enrolled in college or graduate school | 28.0% | 18.6% | 48.5% |
| Female 3 years and over enrolled in school | 86,677 | 54,641 | 27,713 |
| Percent enrolled in kindergarten to grade 12 | 55.3% | 63.3% | 40.0% |
| Percent enrolled in college or graduate school | 39.1% | 29.3% | 57.9% |
| **EDUCATIONAL ATTAINMENT** | | | |
| Population 25 years and over | 440,716 | 273,116 | 146,756 |
| Less than high school diploma | 13.6% | 13.9% | 11.4% |
| High school graduate (includes equivalency) | 35.7% | 38.3% | 31.8% |
| Some college or associate's degree | 29.1% | 31.1% | 26.7% |
| Bachelor's degree | 12.8% | 10.6% | 17.2% |
| Graduate or professional degree | 8.7% | 6.2% | 12.9% |
| High school graduate or higher | 86.4% | 86.1% | 88.6% |
| Male, high school graduate or higher | 85.1% | 84.9% | 88.2% |
| Female, high school graduate or higher | 87.4% | 87.1% | 89.0% |
| Bachelor's degree or higher | 21.6% | 16.7% | 30.1% |
| Male, bachelor's degree or higher | 19.4% | 13.4% | 29.1% |
| Female, bachelor's degree or higher | 23.4% | 19.3% | 31.0% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| **FERTILITY** | | | |
| Women 15 to 50 years | 165,709 | 103,887 | 52,508 |
| Women 15 to 50 years who had a birth in the past 12 months | 7,452 | 4,938 | 1,563 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 4,684 | 3,620 | N |
| As a percent of all women with a birth in the past 12 months | 62.9% | 73.3% | N |
| **RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS** | | | |
| Population 30 years and over | 389,496 | 241,762 | 130,570 |
| Grandparents living with grandchild(ren) | 4.5% | 5.5% | 3.1% |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 45.7% | 45.3% | 49.3% |
| **VETERAN STATUS** | | | |
| Civilian population 18 years and over | 525,438 | 321,011 | 179,003 |
| Civilian veteran | 6.6% | 6.6% | 7.0% |
| **DISABILITY STATUS** | | | |
| Total civilian noninstitutionalized population | 661,675 | 420,978 | 205,107 |
| With a disability | 17.6% | 17.6% | 19.5% |
| Civilian noninstitutionalized population under 18 years | 144,177 | 103,081 | 30,079 |
| With a disability | 4.2% | 4.6% | 3.1% |
| Civilian noninstitutionalized population 18 to 64 years | 407,960 | 256,101 | 130,396 |
| With a disability | 15.7% | 16.8% | 15.4% |
| Civilian noninstitutionalized population 65 years and older | 109,538 | 61,796 | 44,632 |
| With a disability | 42.6% | 42.5% | 42.6% |
| **RESIDENCE 1 YEAR AGO** | | | |
| Population 1 year and over | 662,041 | 419,226 | 207,629 |
| Same house | 83.7% | 84.3% | 84.0% |
| Different house in the U.S. | 16.2% | 15.6% | 15.9% |
| Same county | 10.6% | 11.7% | 8.1% |
| Different county | 5.6% | 3.8% | 7.8% |
| Same state | 3.2% | 2.7% | 3.9% |
| Different state | 2.4% | 1.2% | 3.9% |
| Abroad | 0.2% | 0.2% | 0.1% |
| **PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY** | | | |
| Native | 650,458 | 422,827 | 207,080 |
| Male | 46.9% | 46.4% | 47.7% |
| Female | 53.1% | 53.6% | 52.3% |
| Foreign born | 19,557 | 1,591 | 2,076 |
| Male | 55.1% | 50.8% | 49.7% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female | 44.9% | 49.2% | 50.3% |
| Foreign born; naturalized U.S. citizen | 6,162 | 683 | 651 |
| Male | 58.8% | 57.4% | 51.9% |
| Female | 41.2% | 42.6% | 48.1% |
| Foreign born; not a U.S. citizen | 13,395 | 908 | 1,425 |
| Male | 53.4% | 45.9% | 48.7% |
| Female | 46.6% | 54.1% | 51.3% |
| Population born outside the United States | 19,557 | 1,591 | 2,076 |
| Entered 2010 or later | 35.3% | 53.4% | 40.0% |
| Entered 2000 to 2009 | 22.0% | 16.2% | 15.7% |
| Entered before 2000 | 42.7% | 30.4% | 44.3% |
| **WORLD REGION OF BIRTH OF FOREIGN BORN** | | | |
| Foreign-born population excluding population born at sea | 19,557 | 1,591 | 2,076 |
| Europe | 6.7% | N | N |
| Asia | 31.1% | N | N |
| Africa | 4.9% | N | N |
| Oceania | 0.5% | N | N |
| Latin America | 54.4% | N | N |
| Northern America | 2.4% | N | N |
| **LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH** | | | |
| Population 5 years and over | 628,882 | 396,425 | 200,328 |
| English only | 95.5% | 98.8% | 98.4% |
| Language other than English | 4.5% | 1.2% | 1.6% |
| Speak English less than "very well" | 2.2% | 0.3% | 0.4% |
| **EMPLOYMENT STATUS** | | | |
| Population 16 years and over | 539,666 | 331,444 | 181,772 |
| In labor force | 54.8% | 55.5% | 52.5% |
| Civilian labor force | 54.8% | 55.5% | 52.5% |
| Employed | 51.1% | 51.2% | 50.0% |
| Unemployed | 3.7% | 4.3% | 2.5% |
| Unemployment Rate | 6.8% | 7.7% | 4.8% |
| Armed Forces | 0.0% | 0.0% | 0.0% |
| Not in labor force | 45.2% | 44.5% | 47.5% |
| Females 16 years and over | 291,313 | 182,704 | 96,116 |
| In labor force | 51.6% | 55.2% | 45.5% |
| Civilian labor force | 51.6% | 55.1% | 45.5% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Employed | 48.1% | 51.2% | 43.4% |
| Unemployed | 3.5% | 3.9% | 2.1% |
| Unemployment Rate | 6.8% | 7.0% | 4.6% |
| **COMMUTING TO WORK** | | | |
| Workers 16 years and over | 270,006 | 166,411 | 88,821 |
| Car, truck, or van - drove alone | 82.3% | 82.7% | 83.2% |
| Car, truck, or van - carpooled | 10.2% | 10.2% | 8.6% |
| Public transportation (excluding taxicab) | 1.4% | 2.0% | 0.6% |
| Walked | 1.7% | 1.6% | 1.6% |
| Other means | 1.9% | 1.5% | 2.6% |
| Worked from home | 2.4% | 2.0% | 3.4% |
| Mean travel time to work (minutes) | 24.5 | 24.5 | 24.3 |
| **OCCUPATION** | | | |
| Civilian employed population 16 years and over | 275,529 | 169,742 | 90,931 |
| Management, business, science, and arts occupations | 28.8% | 22.2% | 41.7% |
| Service occupations | 20.2% | 23.2% | 14.0% |
| Sales and office occupations | 21.6% | 23.1% | 20.5% |
| Natural resources, construction, and maintenance occupations | 8.1% | 6.0% | 10.0% |
| Production, transportation, and material moving occupations | 21.3% | 25.5% | 13.8% |
| Male civilian employed population 16 years and over | 135,370 | 76,176 | 49,173 |
| Management, business, science, and arts occupations | 20.6% | 13.0% | 32.1% |
| Service occupations | 15.6% | 16.6% | 13.0% |
| Sales and office occupations | 14.6% | 14.3% | 16.5% |
| Natural resources, construction, and maintenance occupations | 15.9% | 13.1% | 17.9% |
| Production, transportation, and material moving occupations | 33.3% | 43.0% | 20.5% |
| Female civilian employed population 16 years and over | 140,159 | 93,566 | 41,758 |
| Management, business, science, and arts occupations | 36.7% | 29.7% | 53.0% |
| Service occupations | 24.7% | 28.5% | 15.2% |
| Sales and office occupations | 28.4% | 30.2% | 25.2% |
| Natural resources, construction, and maintenance occupations | 0.6% | 0.3% | 0.7% |
| Production, transportation, and material moving occupations | 9.7% | 11.2% | 5.9% |
| **INDUSTRY** | | | |
| Civilian employed population 16 years and over | 275,529 | 169,742 | 90,931 |
| Agriculture, forestry, fishing and hunting, and mining | 1.4% | 0.5% | 3.1% |
| Construction | 4.9% | 3.5% | 5.4% |
| Manufacturing | 14.1% | 15.9% | 10.6% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Wholesale trade | 1.9% | 1.7% | 2.4% |
| Retail trade | 11.3% | 12.2% | 10.5% |
| Transportation and warehousing, and utilities | 5.4% | 5.5% | 5.4% |
| Information | 1.2% | 1.2% | 1.4% |
| Finance and insurance, and real estate and rental and leasing | 4.5% | 3.9% | 5.5% |
| Professional, scientific, and management, and administrative and waste manageme | 8.3% | 8.8% | 8.1% |
| Educational services, and health care and social assistance | 26.5% | 26.3% | 28.2% |
| Arts, entertainment, and recreation, and accommodation and food services | 11.1% | 10.7% | 11.2% |
| Other services (except public administration) | 4.7% | 4.5% | 5.0% |
| Public administration | 4.6% | 5.3% | 3.3% |
| **CLASS OF WORKER** | | | |
| Civilian employed population 16 years and over | 275,529 | 169,742 | 90,931 |
| Private wage and salary workers | 78.6% | 80.4% | 75.2% |
| Government workers | 16.9% | 16.3% | 18.5% |
| Self-employed workers in own not incorporated business | 4.3% | 3.2% | 6.2% |
| Unpaid family workers | 0.1% | 0.1% | 0.1% |
| **INCOME IN THE PAST 12 MONTHS (IN 2019 INFLATION-ADJUSTED DOLLARS)** | | | |
| Households | 259,646 | 165,465 | 83,475 |
| Median household income (dollars) | 38,023 | 31,651 | 52,823 |
| With earnings | 69.8% | 68.8% | 70.4% |
| Mean earnings (dollars) | 55,728 | 46,087 | 73,564 |
| With Social Security income | 37.9% | 38.6% | 39.2% |
| Mean Social Security income (dollars) | 17,154 | 15,421 | 20,675 |
| With Supplemental Security Income | 10.6% | 14.0% | 5.0% |
| Mean Supplemental Security Income (dollars) | 8,362 | 8,042 | 10,124 |
| With cash public assistance income | 2.1% | 2.5% | 1.5% |
| Mean cash public assistance income (dollars) | 2,722 | 3,264 | 954 |
| With retirement income | 22.9% | 20.4% | 29.9% |
| Mean retirement income (dollars) | 21,339 | 20,994 | 21,940 |
| With Food Stamp/SNAP benefits | 21.5% | 28.9% | 8.2% |
| Families | 151,225 | 95,798 | 48,497 |
| Median family income (dollars) | 49,853 | 40,528 | 68,854 |
| Married-couple family | 55.5% | 42.8% | 78.1% |
| Median income (dollars) | 70,409 | 66,684 | 80,065 |
| Male householder, no spouse present, family | 8.5% | 9.6% | 6.0% |
| Median income (dollars) | 41,315 | 33,297 | 56,889 |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

| | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| Female householder, no husband present, family | 36.0% | 47.6% | 15.9% |
| Median income (dollars) | 28,270 | 26,384 | 32,300 |
| Individuals | 670,015 | 424,418 | 209,156 |
| Per capita income (dollars) | 21,877 | 18,658 | 29,283 |
| With earnings for full-time, year-round workers: | | | |
| Male | 104,097 | 58,652 | 38,427 |
| Female | 97,360 | 67,443 | 27,081 |
| Mean earnings (dollars)  for full-time, year-round workers: | | | |
| Male | 51,350 | 41,905 | 66,528 |
| Female | 39,037 | 36,124 | 46,758 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 41,048 | 35,382 | 51,224 |
| Female | 31,678 | 30,271 | 40,581 |
| **HEALTH INSURANCE COVERAGE** | | | |
| Civilian noninstitutionalized population | 661,675 | 420,978 | 205,107 |
| With private health insurance | 57.5% | 50.6% | 72.1% |
| With public coverage | 43.3% | 48.7% | 33.8% |
| No health insurance coverage | 11.1% | 11.5% | 9.2% |
| **POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED** | | | |
| All families | 18.1% | 23.5% | 8.4% |
| With related children of the householder under 18 years | 29.6% | 35.7% | 15.0% |
| With related children of the householder under 5 years only | 31.5% | 44.1% | 11.5% |
| Married-couple family | 6.0% | 6.5% | 4.7% |
| With related children of the householder under 18 years | 9.3% | 7.7% | 9.6% |
| With related children of the householder under 5 years only | 8.6% | N | N |
| Female householder, no spouse present, family | 37.1% | 40.0% | 23.0% |
| With related children of the householder under 18 years | 51.1% | 53.9% | 33.2% |
| With related children of the householder under 5 years only | 64.7% | 72.8% | N |
| All people | 23.7% | 27.4% | 16.5% |
| Under 18 years | 33.9% | 39.1% | 18.7% |
| Related children of the householder under 18 years | 33.6% | 38.9% | 18.5% |
| Related children of the householder under 5 years | 36.0% | 44.4% | 12.8% |
| Related children of the householder 5 to 17 years | 32.6% | 36.9% | 20.8% |
| 18 years and over | 20.8% | 23.5% | 16.1% |
| 18 to 64 years | 22.0% | 23.9% | 18.9% |
| 65 years and over | 16.7% | 22.2% | 8.5% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---|---|---|
| People in families | 19.5% | 23.7% | 10.6% |
| Unrelated individuals 15 years and over | 37.8% | 40.7% | 32.6% |
| **HOUSING TENURE** | | | |
| Occupied housing units | 259,646 | 165,465 | 83,475 |
| Owner-occupied housing units | 55.2% | 49.3% | 68.8% |
| Renter-occupied housing units | 44.8% | 50.7% | 31.2% |
| Average household size of owner-occupied unit | 2.59 | 2.68 | 2.42 |
| Average household size of renter-occupied unit | 2.34 | 2.36 | 2.15 |
| **UNITS IN STRUCTURE** | | | |
| Occupied housing units | 259,646 | 165,465 | 83,475 |
| 1-unit, detached or attached | 63.8% | 61.5% | 69.0% |
| 2 to 4 units | 7.9% | 9.3% | 4.9% |
| 5 or more units | 18.0% | 19.9% | 13.9% |
| Mobile home, boat, RV, van, etc. | 10.3% | 9.3% | 12.2% |
| **YEAR STRUCTURE BUILT** | | | |
| Occupied housing units | 259,646 | 165,465 | 83,475 |
| Built 2014 or later | 2.9% | 2.6% | 3.4% |
| Built 2010 to 2013 | 3.0% | 2.7% | 3.4% |
| Built 2000 to 2009 | 10.5% | 8.0% | 15.8% |
| Built 1980 to 1999 | 26.1% | 24.8% | 28.0% |
| Built 1960 to 1979 | 31.4% | 35.3% | 24.2% |
| Built 1940 to 1959 | 17.9% | 19.2% | 15.7% |
| Built 1939 or earlier | 8.2% | 7.4% | 9.5% |
| **VEHICLES AVAILABLE** | | | |
| Occupied housing units | 259,646 | 165,465 | 83,475 |
| None | 11.0% | 14.5% | 4.6% |
| 1 or more | 89.0% | 85.5% | 95.4% |
| **HOUSE HEATING FUEL** | | | |
| Occupied housing units | 259,646 | 165,465 | 83,475 |
| Gas | 43.0% | 45.0% | 40.4% |
| Electricity | 55.9% | 53.9% | 58.2% |
| All other fuels | 0.8% | 0.5% | 1.3% |
| No fuel used | 0.4% | 0.6% | 0.1% |
| **SELECTED CHARACTERISTICS** | | | |
| Occupied housing units | 259,646 | 165,465 | 83,475 |
| No telephone service available | 1.8% | 2.1% | 1.3% |

Alabama -- 2019 ACS -- Table S0201 -- Congressional District 7 (116th Congress), Alabama

|  | All Persons Estimate | Black or African American alone or in combination Estimate | White alone, not Hispanic or Latino Estimate |
|---|---:|---:|---:|
| 1.01 or more occupants per room | 1.5% | 1.2% | 1.6% |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 73,383 | 42,832 | 28,298 |
| Less than 30 percent | 70.2% | 65.7% | 77.9% |
| 30 percent or more | 29.8% | 34.3% | 22.1% |
| **OWNER CHARACTERISTICS** | | | |
| Owner-occupied housing units | 143,204 | 81,558 | 57,412 |
| Median value (dollars) | 107,400 | 85,000 | 154,700 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,081 | 1,006 | 1,175 |
| Median selected monthly owner costs without a mortgage (dollars) | 366 | 358 | 373 |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS** | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 101,912 | 73,718 | 23,064 |
| Less than 30 percent | 45.0% | 40.6% | 55.4% |
| 30 percent or more | 55.0% | 59.4% | 44.6% |
| **GROSS RENT** | | | |
| Occupied units paying rent | 105,961 | 76,480 | 23,914 |
| Median gross rent (dollars) | 789 | 747 | 881 |
| **COMPUTERS AND INTERNET USE** | | | |
| Total households | 259,646 | 165,465 | 83,475 |
| With a computer | 85.9% | 83.4% | 90.7% |
| With a broadband Internet subscription | 76.2% | 72.7% | 83.0% |

### #