FILED
2021 Dec-27  PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# District: 1



| Field | Value |
|---:|---:|
| District | 1 |
| Population | 717754 |
| Deviation | 0 |
| % Deviation | 0% |
| White | 461324 |
| % White | 64.27% |
| Black | 186921 |
| % Black | 26.04% |
| 18+_Pop | 557535 |
| % 18+_Pop | 77.68% |
| 18+_Wht | 371902 |
| % 18+_Wht | 66.7% |
| 18+_Blk | 138128 |
| % 18+_Blk | 24.77% |
| 18+_Ind | 6381 |
| % 18+_Ind | 1.14% |
| 18+_Asn | 8395 |
| % 18+_Asn | 1.51% |
| 18+_Hwn | 290 |
| % 18+_Hwn | 0.05% |
| 18+_Oth | 7947 |
| % 18+_Oth | 1.43% |
| AP_Wht | 496638 |
| % AP_Wht | 69.19% |
| AP_Blk | 196827 |
| % AP_Blk | 27.42% |
| 18+_AP_Wht | 394684 |
| % 18+_AP_Wht | 70.79% |
| 18+_AP_Blk | 142777 |
| % 18+_AP_Blk | 25.61% |

©2021 CALIPER

RC 000556

# District: 2



©2021 CALIPER

| Field | Value |
|---|---|
| District | 2 |
| Population | 717755 |
| Deviation | 1 |
| % Deviation | 0% |
| White | 433244 |
| % White | 60.36% |
| Black | 217392 |
| % Black | 30.29% |
| 18+_Pop | 557677 |
| % 18+_Pop | 77.7% |
| 18+_Wht | 350279 |
| % 18+_Wht | 62.81% |
| 18+_Blk | 162714 |
| % 18+_Blk | 29.18% |
| 18+_Ind | 2628 |
| % 18+_Ind | 0.47% |
| 18+_Asn | 10399 |
| % 18+_Asn | 1.86% |
| 18+_Hwn | 307 |
| % 18+_Hwn | 0.06% |
| 18+_Oth | 9802 |
| % 18+_Oth | 1.76% |
| AP_Wht | 464682 |
| % AP_Wht | 64.74% |
| AP_Blk | 228648 |
| % AP_Blk | 31.86% |
| 18+_AP_Wht | 369833 |
| % 18+_AP_Wht | 66.32% |
| 18+_AP_Blk | 167971 |
| % 18+_AP_Blk | 30.12% |

RC 000557

# District: 3



©2021 CALIPER

| Field | Value |
|---:|---:|
| District | 3 |
| Population | 717754 |
| Deviation | 0 |
| % Deviation | 0% |
| White | 479432 |
| % White | 66.8% |
| Black | 176953 |
| % Black | 24.65% |
| 18+_Pop | 564281 |
| % 18+_Pop | 78.62% |
| 18+_Wht | 386048 |
| % 18+_Wht | 68.41% |
| 18+_Blk | 136382 |
| % 18+_Blk | 24.17% |
| 18+_Ind | 2048 |
| % 18+_Ind | 0.36% |
| 18+_Asn | 9869 |
| % 18+_Asn | 1.75% |
| 18+_Hwn | 340 |
| % 18+_Hwn | 0.06% |
| 18+_Oth | 8505 |
| % 18+_Oth | 1.51% |
| AP_Wht | 509986 |
| % AP_Wht | 71.05% |
| AP_Blk | 187284 |
| % AP_Blk | 26.09% |
| 18+_AP_Wht | 405482 |
| % 18+_AP_Wht | 71.86% |
| 18+_AP_Blk | 141011 |
| % 18+_AP_Blk | 24.99% |

RC 000558

# District: 4



2021 Alabama Congressional Plan

| Field | Value |
|---|---|
| District | 4 |
| Population | 717754 |
| Deviation | 0 |
| % Deviation | 0% |
| White | 582698 |
| % White | 81.18% |
| Black | 51929 |
| % Black | 7.23% |
| 18+_Pop | 556133 |
| % 18+_Pop | 77.48% |
| 18+_Wht | 463433 |
| % 18+_Wht | 83.33% |
| 18+_Blk | 39834 |
| % 18+_Blk | 7.16% |
| 18+_Ind | 5475 |
| % 18+_Ind | 0.98% |
| 18+_Asn | 3427 |
| % 18+_Asn | 0.62% |
| 18+_Hwn | 245 |
| % 18+_Hwn | 0.04% |
| 18+_Oth | 18651 |
| % 18+_Oth | 3.35% |
| AP_Wht | 619856 |
| % AP_Wht | 86.36% |
| AP_Blk | 59655 |
| % AP_Blk | 8.31% |
| 18+_AP_Wht | 487498 |
| % 18+_AP_Wht | 87.66% |
| 18+_AP_Blk | 42819 |
| % 18+_AP_Blk | 7.7% |

©2021 CALIPER

RC 000559

# District: 5



**2021 Alabama Congressional Plan**

| Field | Value |
|---|---|
| District | 5 |
| Population | 717754 |
| Deviation | 0 |
| % Deviation | 0% |
| White | 499707 |
| % White | 69.62% |
| Black | 124642 |
| % Black | 17.37% |
| 18+_Pop | 561187 |
| % 18+_Pop | 78.19% |
| 18+_Wht | 403155 |
| % 18+_Wht | 71.84% |
| 18+_Blk | 95757 |
| % 18+_Blk | 17.06% |
| 18+_Ind | 4130 |
| % 18+_Ind | 0.74% |
| 18+_Asn | 10814 |
| % 18+_Asn | 1.93% |
| 18+_Hwn | 447 |
| % 18+_Hwn | 0.08% |
| 18+_Oth | 15080 |
| % 18+_Oth | 2.69% |
| AP_Wht | 546329 |
| % AP_Wht | 76.12% |
| AP_Blk | 136782 |
| % AP_Blk | 19.06% |
| 18+_AP_Wht | 432690 |
| % 18+_AP_Wht | 77.1% |
| 18+_AP_Blk | 101339 |
| % 18+_AP_Blk | 18.06% |

©2021 CALIPER

RC 000560

# District: 6



| Field | Value |
|---|---|
| District | 6 |
| Population | 717754 |
| Deviation | 0 |
| % Deviation | 0% |
| White | 498843 |
| % White | 69.5% |
| Black | 138019 |
| % Black | 19.23% |
| 18+_Pop | 552286 |
| % 18+_Pop | 76.95% |
| 18+_Wht | 397498 |
| % 18+_Wht | 71.97% |
| 18+_Blk | 100878 |
| % 18+_Blk | 18.27% |
| 18+_Ind | 2183 |
| % 18+_Ind | 0.4% |
| 18+_Asn | 10568 |
| % 18+_Asn | 1.91% |
| 18+_Hwn | 254 |
| % 18+_Hwn | 0.05% |
| 18+_Oth | 16611 |
| % 18+_Oth | 3.01% |
| AP_Wht | 534271 |
| % AP_Wht | 74.44% |
| AP_Blk | 145897 |
| % AP_Blk | 20.33% |
| 18+_AP_Wht | 420311 |
| % 18+_AP_Wht | 76.1% |
| 18+_AP_Blk | 104551 |
| % 18+_AP_Blk | 18.93% |

RC 000561

# District: 7



©2021 CALIPER

| Field | Value |
|---|---|
| District | 7 |
| Population | 717754 |
| Deviation | 0 |
| % Deviation | 0% |
| White | 265204 |
| % White | 36.95% |
| Black | 400306 |
| % Black | 55.77% |
| 18+_Pop | 568067 |
| % 18+_Pop | 79.15% |
| 18+_Wht | 222731 |
| % 18+_Wht | 39.21% |
| 18+_Blk | 308030 |
| % 18+_Blk | 54.22% |
| 18+_Ind | 1707 |
| % 18+_Ind | 0.3% |
| 18+_Asn | 7036 |
| % 18+_Asn | 1.24% |
| 18+_Hwn | 232 |
| % 18+_Hwn | 0.04% |
| 18+_Oth | 10629 |
| % 18+_Oth | 1.87% |
| AP_Wht | 287088 |
| % AP_Wht | 40% |
| AP_Blk | 409643 |
| % AP_Blk | 57.07% |
| 18+_AP_Wht | 238100 |
| % 18+_AP_Wht | 41.91% |
| 18+_AP_Blk | 313904 |
| % 18+_AP_Blk | 55.26% |

RC 000562