FILED
2021 Dec-27  PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| **I. POPULATION** | **I. POPULATION** | **I. POPULATION** |
| The total Alabama resident state population of 4,779,736 persons, and the population of defined subunits thereof, as reported by the 2010 Census, shall be the permissible data base used for the development, evaluation, and analysis of proposed redistricting plans. It is the intention of this provision to exclude from use any census data, for the purpose of determining compliance with the one person, one vote requirement, other than that provided by the United States Census Bureau. | The total Alabama ~~resident~~ state population ~~of 4,779,736 persons~~, and the population of defined subunits thereof, as reported by the ~~2010~~ 2020 Census, shall be the permissible data base used for the development, evaluation, and analysis of proposed redistricting plans. It is the intention of this provision to exclude from use any census data, for the purpose of determining compliance with the one person, one vote requirement, other than that provided by the United States Census Bureau. | The total Alabama state population, and the population of defined subunits thereof, as reported by the 2020 Census, shall be the permissible data base used for the development, evaluation, and analysis of proposed redistricting plans. It is the intention of this provision to exclude from use any census data, for the purpose of determining compliance with the one person, one vote requirement, other than that provided by the United States Census Bureau. |
| <u>donna</u> | **II. CRITERIA FOR REDISTRICTIG** | **II. CRITERIA FOR REDISTRICTING** |
| **II. EQUAL POPULATION REQUIREMENT: ONE PERSON, ONE VOTE** | **~~II. EQUAL POPULATION REQUIREMENT: ONE PERSON, ONE VOTE~~** | |
| | a. ~~The populations of congressional districts shall be as equal .as is practicable.~~ Districts shall comply with the United States | a. Districts shall comply with the United States Constitution, including the requirement that they equalize total population. |

RC 044468

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| | Constitution, including the requirement that they equalize total population. | |
| In accordance with the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, legislative districts will be drawn to achieve "substantial equality of population among the various districts." | b. In accordance with the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, legislative Legislative and state board of education districts will shall be drawn to achieve "substantial equality of population among the various districts." and shall not exceed an overall population deviation range of 5%. | b. Legislative and state board of education districts shall be drawn to achieve substantial equality of population among the districts and shall not exceed an overall population deviation range of 5%. |
| a.   A   redistricting   plan considered by the Reapportionment Committee shall comply with the one person, one vote principle of the Equal Protection Clause of the 14th Amendment of the United States Constitution. | a. c. A redistricting plan considered by the Reapportionment Committee shall comply with the one person, one vote principle of the Equal Protection Clause of the 14th Amendment of the United States Constitution. | c.   A   redistricting   plan considered by the Reapportionment Committee shall comply with the one person, one vote principle of the Equal Protection Clause of the 14th Amendment of the United States Constitution. |
| b. In every redistricting plan submitted to the Reapportionment Committee,   individual   district | b. In every redistricting plan submitted to the Reapportionment Committee, | de. The Reapportionment Committee shall not approve a redistricting plan that does not |

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| populations should not exceed a 2% overall range of population deviation. The Reapportionment Committee will not approve a redistricting plan that does not comply with this requirement. | individual district populations should not exceed a 2% overall range of population deviation. d. The Reapportionment Committee will shall not approve a redistricting plan that does not comply with this requirement. these population requirements. | comply with these population requirements. |
| **III. VOTING RIGHTS ACT** | **III. VOTING RIGHTS ACT** | |
| Districts shall be drawn in in compliance with the Voting Rights Act of 1965. A redistricting plan will not have either the purpose or the effect of diluting minority voting strength, and shall comply with Section 2 of the Voting Rights Act and the United States Constitution. | e. Districts shall be drawn in in compliance with the Voting Rights Act of 1965, as amended. A redistricting plan will not have either shall have neither the purpose or nor the effect of diluting minority voting strength, and shall comply with Section 2 of the Voting Rights Act and the United States Constitution. | e. Districts shall be drawn in compliance with the Voting Rights Act of 1965, as amended. A redistricting plan shall have neither the purpose nor the effect of diluting minority voting strength, and shall comply with Section 2 of the Voting Rights Act and the United States Constitution. |
| **IV. CRITERIA FOR LEGISLATIVE DISTRICTS** | **IV. CRITERIA FOR LEGISLATIVE DISTRICTS** | |
| 1. No district will be drawn in a manner that subordinates race-neutral districting criteria to considerations that stereotype | 1. f. No district will be drawn in a manner that subordinates race-neutral districting criteria to considerations that stereotype | f. No district will be drawn in a manner that subordinates race-neutral districting criteria to considerations of race, color, or |

9077489.6

RC 044470

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| voters on the basis of race, color, or membership in a language-minority group, except that race may predominate over other districting criteria, if necessary, to comply with Section 2 of the Voting Rights Act. | ~~voters on the basis~~ of race, color, or membership in a language-minority group, except that race, color, or membership in a language-minority group may predominate over ~~other~~ race-neutral districting criteria~~, if necessary,~~ to comply with Section 2 of the Voting Rights Act~~.~~, provided there is a strong basis in evidence in support of such a race-based choice. A strong basis in evidence exists when there is good reason to believe that race must be used in order to satisfy the Voting Rights Act. | membership in a language-minority group, except that race, color, or membership in a language-minority group may predominate over race-neutral districting criteria to comply with Section 2 of the Voting Rights Act, provided there is a strong basis in evidence in support of such a race-based choice. A strong basis in evidence exists when there is good reason to believe that race must be used in order to satisfy the Voting Rights Act. |
| 2. Legislative districts will be composed of contiguous and reasonably compact geography. | ~~2.~~ g. ~~Legislative districts~~ Districts will be composed of contiguous and reasonably compact geography. | g. Districts will be composed of contiguous and reasonably compact geography. |
| 3. The following requirements of the Alabama Constitution shall be complied with: | ~~3.~~ h. The following requirements of the Alabama Constitution shall be complied with: | h. The following requirements of the Alabama Constitution shall be complied with: |

9077489.6

RC 044471

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| a. Sovereignty resides in the people of Alabama, and all districts should be drawn to reflect the democratic will of all the people concerning how their governments should be restructured. | a. (i) Sovereignty resides in the people of Alabama, and all districts should be drawn to reflect the democratic will of all the people concerning how their governments should be restructured. | (i) Sovereignty resides in the people of Alabama, and all districts should be drawn to reflect the democratic will of all the people concerning how their governments should be restructured. |
| b. House and Senate districts shall be drawn on the basis of total population, except that voting age population may be considered, if necessary, to comply with Section 2 of the Voting Rights Act. | b. (ii) House and Senate districts Districts shall be drawn on the basis of total population, except that voting age population may be considered, if as necessary, to comply with Section 2 of the Voting Rights Act or other federal or state law. | (ii) Districts shall be drawn on the basis of total population, except that voting age population may be considered, as necessary to comply with Section 2 of the Voting Rights Act or other federal or state law. |
| c. The number of Senate districts is set by statute at 35 and, under the Alabama Constitution, may not exceed 35. | c. (iii) The number of Alabama Senate districts is set by statute at 35 and, under the Alabama Constitution, may not exceed 35. | (iii) The number of Alabama Senate districts is set by statute at 35 and, under the Alabama Constitution, may not exceed 35. |
| d. The number of Senate districts shall be not less than one-fourth or more than one-third of the number of House districts. | d. (iv) The number of Alabama Senate districts shall be not less than one-fourth or more than one-third of the number of House districts. | (iv) The number of Alabama Senate districts shall be not less than one-fourth or more than one-third of the number of House districts. |

9077489.6

RC 044472

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| e. The number of House districts is set by statute at 105 and, under the Alabama Constitution, may not exceed 106. | e. (v) The number of Alabama House districts is set by statute at 105 and, under the Alabama Constitution, may not exceed 106. | (v) The number of Alabama House districts is set by statute at 105 and, under the Alabama Constitution, may not exceed 106. |
| f. The number of House districts shall not be less than 67. | f. (vi) The number of Alabama House districts shall not be less than 67. | (vi) The number of Alabama House districts shall not be less than 67. |
| g. All legislative districts will be single-member districts. | g. (vii) All legislative districts will be single-member districts. | (vii) All districts will be single-member districts. |
| h. Every part of every district shall be contiguous with every other part of the district. | h. (viii) Every part of every district shall be contiguous with every other part of the district. | (viii) Every part of every district shall be contiguous with every other part of the district. |
| 4. The following redistricting policies are embedded in the political values, traditions, customs, and usages of the State of Alabama and shall be observed to the extent that they do not violate or subordinate the foregoing policies prescribed by the Constitution and laws of the United States and of the State of Alabama: | 4. i. The following redistricting policies are embedded in the political values, traditions, customs, and usages of the State of Alabama and shall be observed to the extent that they do not violate or subordinate the foregoing policies prescribed by the Constitution and laws of the United States and of the State of Alabama: | i. The following redistricting policies are embedded in the political values, traditions, customs, and usages of the State of Alabama and shall be observed to the extent that they do not violate or subordinate the foregoing policies prescribed by the Constitution and laws of the United States and of the State of Alabama: |

9077489.6

RC 044473

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| a.    Contests   between incumbent   members   of   the Legislature will be avoided whenever possible. | a.  (i)   Contests   between incumbents   members   of   the Legislature   will   be   avoided whenever possible. | (i)   Contests   between incumbents   will   be   avoided whenever possible. |
| b.   Contiguity   by  water  is allowed,     but     point-to-point contiguity and long-lasso contiguity is not. | b. (ii) Contiguity by water is allowed,     but     point-to-point contiguity and long-lasso contiguity is not. | (ii) Contiguity  by  water  is allowed,     but     point-to-point contiguity and long-lasso contiguity is not. |
| c.    The    integrity    of communities of interest shall be respected. For purposes of these Guidelines, a community of interest is defined as an area with recognized similarities of interests, including but not   limited   to   racial,   ethnic, geographic, governmental, regional, social, cultural, partisan, or historic interests;   county,   municipal,   or voting   precinct   boundaries;   and commonality  of  communications. The   Reapportionment   Committee will     attempt     to     accommodate communities of interest identified by people in a specific location. It is inevitable,   however,   that   some | c.  (iii)   The  integrity  of communities  of  interest  shall  be respected. For purposes of these Guidelines, a community of interest is defined as an area with recognized similarities of interests, including but not   limited   to   racial,   ethnic, geographic, governmental, regional, social, cultural, partisan, or historic interests;   county,   municipal,   or voting   precinct   boundaries;   and commonality  of  communications. The   Reapportionment   Committee will     attempt     to     accommodate communities of interest identified by people in a specific location. It is inevitable,   however,   that   some | (iii) Districts  shall  respect communities     of     interest, neighborhoods,     and     political subdivisions     to     the     extent practicable and after compliance with  paragraphs  g  through  i.  A community of interest is defined as   an   area   with   recognized similarities of interests, including but not limited to ethnic, racial, economic,     tribal,     social, geographic, or historical identities. The term communities of interest may, in certain circumstances, include political subdivisions such as   counties,   voting   precincts, municipalities,   tribal   lands   and |

9077489.6

RC 044474

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| interests will be advanced more than others by the choice of particular district configurations. The discernment, weighing, and balancing of the varied factors that contribute to communities of interest is an intensely political process best carried out by elected representatives of the people. | ~~interests will be advanced more than others by the choice of particular district configurations. The discernment, weighing, and balancing of the varied factors that contribute to communities of interest is an intensely political process best carried out by elected representatives of the people.~~ Districts shall respect communities of interest, neighborhoods, and political subdivisions to the extent practicable and after compliance with paragraphs g through i. A community of interest is defined as an area with recognized similarities of interests, including but not limited to ethnic, racial, economic, tribal, social, geographic, or historical identities. The term communities of interest may, in certain circumstances, include political subdivisions such as counties, voting precincts, municipalities, tribal lands and reservations, or school districts. | reservations, or school districts. The discernment, weighing, and balancing of the varied factors that contribute to communities of interest is an intensely political process best carried out by elected representatives of the people. |

9077489.6

RC 044475

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| | The discernment, weighing, and balancing of the varied factors that contribute to communities of interest is an intensely political process best carried out by elected representatives of the people | |
| d. The Legislature shall try to minimize the number of counties in each district. | ~~d.~~ (iv) The Legislature shall try to minimize the number of counties in each district. | (iv) The Legislature shall try to minimize the number of counties in each district. |
| | ~~e.~~ (v) The Legislature shall try to preserve the cores of existing districts. | (v) The Legislature shall try to preserve the cores of existing districts. |
| e. In establishing legislative districts, the Reapportionment Committee shall give due consideration to all the criteria herein. However, priority is to be given to the compelling state interests requiring equality of population among districts and compliance with the Voting Rights Act of 1965, as amended, should the requirements of those criteria conflict with any other criteria. | ~~e~~ (vi) In establishing legislative districts, the Reapportionment Committee shall give due consideration to all the criteria herein. However, priority is to be given to the compelling ~~state~~ State interests requiring equality of population among districts and compliance with the Voting Rights Act of 1965, as amended, should the requirements of those criteria conflict with any other criteria. | (vi) In establishing legislative districts, the Reapportionment Committee shall give due consideration to all the criteria herein. However, priority is to be given to the compelling State interests requiring equality of population among districts and compliance with the Voting Rights Act of 1965, as amended, should the requirements of those criteria conflict with any other criteria. |

9

RC 044476

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| f. The criteria identified in subsections (a)-(d) of this paragraph are not listed in order of precedence, and in each instance where they conflict, the Legislature shall at its discretion determine which takes priority. | f g. The criteria identified in subsections  paragraphs (a)-(d) i(i)-(vi) of this paragraph are not listed in order of precedence, and in each instance where they conflict, the Legislature shall at its discretion determine which takes priority. | g. The criteria identified in paragraphs i(i)-(vi) are not listed in order of precedence, and in each instance where they conflict, the Legislature shall at its discretion determine which takes priority. |
| V.    PLANS    PRODUCED    BY LEGISLATORS | V.   III.   PLANS   PRODUCED   BY LEGISLATORS | III.    PLANS    PRODUCED    BY LEGISLATORS |
| 1. The confidentiality of any Legislator developing plans or portions thereof will be respected. The Reapportionment Office staff will not release any information on any Legislator's work without written permission of the Legislator developing the plan, subject to paragraph two below. | 1. The confidentiality of any Legislator developing plans or portions thereof will be respected. The Reapportionment Office staff will not release any information on any Legislator's work without written permission of the Legislator developing the plan, subject to paragraph two below. | 1. The confidentiality of any Legislator developing plans or portions thereof will be respected. The Reapportionment Office staff will not release any information on any Legislator's work without written permission of the Legislator developing the plan, subject to paragraph two below. |
| 2. A proposed redistricting plan will become public information upon its introduction as a bill in the legislative process, or upon presentation for consideration by the Reapportionment Committee. | 2. A proposed redistricting plan will become public information upon its introduction as a bill in the legislative process, or upon presentation for consideration by the Reapportionment Committee. | 2. A proposed redistricting plan will become public information upon its introduction as a bill in the legislative process, or upon presentation for consideration by the Reapportionment Committee. |

9077489.6

RC 044477

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| 3. Access to the Legislative Reapportionment Office Computer System, census population data, and redistricting work maps will be available to all members of the Legislature upon request. Reapportionment Office staff will provide technical assistance to all Legislators who wish to develop proposals. | 3. Access to the Legislative Reapportionment Office Computer System, census population data, and redistricting work maps will be available to all members of the Legislature upon request. Reapportionment Office staff will provide technical assistance to all Legislators who wish to develop proposals. | 3. Access to the Legislative Reapportionment Office Computer System, census population data, and redistricting work maps will be available to all members of the Legislature upon request. Reapportionment Office staff will provide technical assistance to all Legislators who wish to develop proposals. |
| 4. In accordance with Rule 23 of the *Joint Rules of the Alabama Legislature* (2015) all amendments or revisions to redistricting plans, following introduction as a bill, shall be drafted by the Reapportionment Office. | 4. In accordance with Rule 23 of the *Joint Rules of the Alabama Legislature* (2015) "[a]ll amendments or revisions to redistricting plans, following introduction as a bill, shall be drafted by the Reapportionment Office." Amendments or revisions must be part of a whole plan. Partial plans are not allowed. | 4. In accordance with Rule 23 of the *Joint Rules of the Alabama Legislature* "[a]ll amendments or revisions to redistricting plans, following introduction as a bill, shall be drafted by the Reapportionment Office." Amendments or revisions must be part of a whole plan. Partial plans are not allowed. |
| 5. Drafts of all redistricting plans which are presented for introduction at any session of the Legislature, and which are not prepared by the Reapportionment | 5. Drafts of all redistricting plans which are presented for introduction at any session of the Legislature, and which are not prepared by the Reapportionment | 5. In accordance with Rule 24 of the *Joint Rules of the Alabama Legislature,* "[d]rafts of all redistricting plans which are for introduction at any session of the |

9077489.6

RC 044478

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| Office, must be presented to the Reapportionment Office for review of proper form and for entry into the Legislative Data Bank. | ~~Office, must be presented to the Reapportionment Office for review of proper form and for entry into the Legislative Data Bank.~~ In accordance with Rule 24 of the *Joint Rules of the Alabama Legislature,* "[d]rafts of all redistricting plans which are for introduction at any session of the Legislature, and which are not prepared by the Reapportionment Office, shall be presented to the Reapportionment Office for review of proper form and for entry into the Legislative Data System at least ten (10) days prior to introduction." | Legislature, and which are not prepared by the Reapportionment Office, shall be presented to the Reapportionment Office for review of proper form and for entry into the Legislative Data System at least ten (10) days prior to introduction." |
| VI. REAPPORTIONMENT COMMITTEE MEETINGS AND PUBLIC HEARINGS | ~~VI.~~ IV. REAPPORTIONMENT COMMITTEE MEETINGS AND PUBLIC HEARINGS | IV. REAPPORTIONMENT COMMITTEE MEETINGS AND PUBLIC HEARINGS |
| 1. All meetings of the Reapportionment Committee and its sub-committees will be open to the public and all plans presented at committee meetings will be made available to the public. | 1. All meetings of the Reapportionment Committee and its sub-committees will be open to the public and all plans presented at committee meetings will be made available to the public. | 1. All meetings of the Reapportionment Committee and its sub-committees will be open to the public and all plans presented at committee meetings will be made available to the public. |

9077489.6

RC 044479

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| 2. Minutes of all Reapportionment Committee meetings shall be taken and maintained as part of the public record. Copies of all minutes shall be made available to the public. | 2. Minutes of all Reapportionment Committee meetings shall be taken and maintained as part of the public record. Copies of all minutes shall be made available to the public. | 2. Minutes of all Reapportionment Committee meetings shall be taken and maintained as part of the public record. Copies of all minutes shall be made available to the public. |
| 3. Transcripts of any public hearings shall be made and maintained as part of the public record, and shall be available to the public. | 3. Transcripts of any public hearings shall be made and maintained as part of the public record, and shall be available to the public. | 3. Transcripts of any public hearings shall be made and maintained as part of the public record, and shall be available to the public. |
| 4. All interested persons are encouraged to appear before the Reapportionment Committee and to give their comments and input regarding legislative redistricting. Reasonable opportunity will be given to such persons, consistent with the criteria herein established, to present plans or amendments redistricting plans to the Reapportionment Committee, if desired, unless such plans or amendments fail to meet the minimal criteria herein established. | 4. All interested persons are encouraged to appear before the Reapportionment Committee and to give their comments and input regarding legislative redistricting. Reasonable opportunity will be given to such persons, consistent with the criteria herein established, to present plans or amendments redistricting plans to the Reapportionment Committee, if desired, unless such plans or amendments fail to meet the minimal criteria herein established. | 4. All interested persons are encouraged to appear before the Reapportionment Committee and to give their comments and input regarding legislative redistricting. Reasonable opportunity will be given to such persons, consistent with the criteria herein established, to present plans or amendments redistricting plans to the Reapportionment Committee, if desired, unless such plans or amendments fail to meet the |

9077489.6

RC 044480

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
|  |  | minimal criteria herein established. |
| 5. All interested persons are encouraged to appear before the Reapportionment Committee and to give their comments and input regarding legislative redistricting. Reasonable opportunity will be given to such persons, consistent with the criteria herein established, to present plans or amendments redistricting plans to the Reapportionment Committee, if desired, unless such plans or amendments fail to meet the minimal criteria herein established. | 5. All interested persons are encouraged to appear before the Reapportionment Committee and to give their comments and input regarding legislative redistricting. Reasonable opportunity will be given to such persons, consistent with the criteria herein established, to present plans or amendments redistricting plans to the Reapportionment Committee, if desired, unless such plans or amendments fail to meet the minimal criteria herein established. | 5. All interested persons are encouraged to appear before the Reapportionment Committee and to give their comments and input regarding legislative redistricting. Reasonable opportunity will be given to such persons, consistent with the criteria herein established, to present plans or amendments redistricting plans to the Reapportionment Committee, if desired, unless such plans or amendments fail to meet the minimal criteria herein established. |
| 6. Notices of all Reapportionment Committee meetings will be posted on the fifth, sixth, seventh, and eighth floors of the Alabama State House, the Reapportionment Committee's website, and on the Secretary of State's website. Individual notice of | 6. Notices of all Reapportionment Committee meetings will be posted on ~~the fifth, sixth, seventh, and eighth floors of~~ <u>monitors throughout</u> the Alabama State House, the Reapportionment Committee's website, and on the Secretary of State's website. | 6. Notice of all Reapportionment Committee meetings will be posted on monitors throughout the Alabama State House, the Reapportionment Committee's website, and on the Secretary of State's website. Individual notice of Reapportionment Committee |

9077489.6

RC 044481

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| Reapportionment Committee meetings will be sent by email to any citizen or organization who requests individual notice and provides the necessary information to the Reapportionment Committee staff. Persons or organizations who want to receive this information should contact the Reapportionment Office. | Individual notice of Reapportionment Committee meetings will be sent by email to any citizen or organization who requests individual notice and provides the necessary information to the Reapportionment Committee staff. Persons or organizations who want to receive this information should contact the Reapportionment Office. | meetings will be sent by email to any citizen or organization who requests individual notice and provides the necessary information to the Reapportionment Committee staff. Persons or organizations who want to receive this information should contact the Reapportionment Office. |
| **VII. PUBLIC ACCESS** | ~~VII~~ **V. PUBLIC ACCESS** | **V. PUBLIC ACCESS** |
| 1. The Reapportionment Committee seeks active and informed public participation in all activities of the Committee and the widest range of public information and citizen input into its deliberations. Public access to the Reapportionment Office computer system is available every Friday from 8:30 a.m. to 4:30 p.m. Please contact the Reapportionment Office to schedule an appointment. | 1. The Reapportionment Committee seeks active and informed public participation in all activities of the Committee and the widest range of public information and citizen input into its deliberations. Public access to the Reapportionment Office computer system is available every Friday from 8:30 a.m. to 4:30 p.m. Please contact the Reapportionment Office to schedule an appointment. | 1. The Reapportionment Committee seeks active and informed public participation in all activities of the Committee and the widest range of public information and citizen input into its deliberations. Public access to the Reapportionment Office computer system is available every Friday from 8:30 a.m. to 4:30 p.m. Please contact the Reapportionment Office to schedule an appointment. |

9077489.6

RC 044482

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| 2. A redistricting plan may be presented to the Reapportionment Committee by any individual citizen or organization by written presentation at a public meeting or by submission in writing to the Committee. All plans submitted to the Reapportionment Committee will be made part of the public record and made available in the same manner as other public records of the Committee. | 2. A redistricting plan may be presented to the Reapportionment Committee by any individual citizen or organization by written presentation at a public meeting or by submission in writing to the Committee. All plans submitted to the Reapportionment Committee will be made part of the public record and made available in the same manner as other public records of the Committee. | 2. A redistricting plan may be presented to the Reapportionment Committee by any individual citizen or organization by written presentation at a public meeting or by submission in writing to the Committee. All plans submitted to the Reapportionment Committee will be made part of the public record and made available in the same manner as other public records of the Committee. |
| 3. Any proposed redistricting plan drafted into legislation must be offered by a member of the Legislature for introduction into the legislative process. | 3. Any proposed redistricting plan drafted into legislation must be offered by a member of the Legislature for introduction into the legislative process. | 3. Any proposed redistricting plan drafted into legislation must be offered by a member of the Legislature for introduction into the legislative process. |
| 4. A redistricting plan developed outside the Legislature or a redistricting plan developed without Reapportionment Office assistance which is to be presented | 4. A redistricting plan developed outside the Legislature or a redistricting plan developed without Reapportionment Office assistance which is to be presented | 4. A redistricting plan developed outside the Legislature or a redistricting plan developed without Reapportionment Office assistance which is to be presented for consideration by |

9077489.6

RC 044483

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| for consideration by the Reapportionment Committee must: | for consideration by the Reapportionment Committee must: | the Reapportionment Committee must: |
| a. Be clearly depicted on maps which follow 2010 Census geographic boundaries; | a. Be clearly depicted on maps which follow ~~2010~~ 2020 Census geographic boundaries; | a. Be clearly depicted on maps which follow 2020 Census geographic boundaries; |
| b. Be accompanied by a statistical sheet listing total population for each district and listing the census geography making up each proposed district; | b. Be accompanied by a statistical sheet listing total population for each district and listing the census geography making up each proposed district; | b. Be accompanied by a statistical sheet listing total population for each district and listing the census geography making up each proposed district; |
| c. Stand as a complete statewide plan for redistricting, or, if presenting a partial plan, fit back into the plan which is being modified, so that the proposal can be evaluated in the context of a statewide plan (*i.e.*, all places of geography must be accounted for in some district); | c. Stand as a complete statewide plan for redistricting~~, or, if presenting a partial plan, fit back into the plan which is being modified, so that the proposal can be evaluated in the context of a statewide plan (i.e., all places of geography must be accounted for in some district);~~. | c. Stand as a complete statewide plan for redistricting. |
| d. Comply with the guidelines adopted by the Reapportionment Committee. | d. Comply with the guidelines adopted by the Reapportionment Committee. | d. Comply with the guidelines adopted by the Reapportionment Committee. |
| 5. Electronic Submissions | 5. Electronic Submissions | 5. Electronic Submissions |
| a. Electronic submissions of redistricting plans will be accepted | a. Electronic submissions of redistricting plans will be accepted | a. Electronic submissions of redistricting plans will be |

9077489.6

RC 044484

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| by the Reapportionment Committee. | by the Reapportionment Committee. | accepted by the Reapportionment Committee. |
| b. Plans submitted electronically must also be accompanied by the paper materials referenced in this section. | b. Plans submitted electronically must also be accompanied by the paper materials referenced in this section. | b. Plans submitted electronically must also be accompanied by the paper materials referenced in this section. |
| c. See the Appendix for the technical documentation for the electronic submission of redistricting plans. | c. See the Appendix for the technical documentation for the electronic submission of redistricting plans. | c. See the Appendix for the technical documentation for the electronic submission of redistricting plans. |
| 6. Census Data And Redistricting Materials | 6. Census Data And Redistricting Materials | 6. Census Data And Redistricting Materials |
| a. Census population data and census maps will be made available through the Reapportionment Office at a cost determined by the Permanent Legislative Committee on Reapportionment. | a. Census population data and census maps will be made available through the Reapportionment Office at a cost determined by the Permanent Legislative Committee on Reapportionment. | a. Census population data and census maps will be made available through the Reapportionment Office at a cost determined by the Permanent Legislative Committee on Reapportionment. |
| b. Summary population data at the precinct level and a statewide work maps will be made available to the public through the Reapportionment Office at a cost | b. Summary population data at the precinct level and a statewide work maps will be made available to the public through the Reapportionment Office at a cost | b. Summary population data at the precinct level and a statewide work maps will be made available to the public through the Reapportionment |

9077489.6

RC 044485

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| determined by the Permanent Legislative Committee on Reapportionment. | determined by the Permanent Legislative Committee on Reapportionment. | Office at a cost determined by the Permanent Legislative Committee on Reapportionment. |
| c. All such fees shall be deposited in the state treasury to the credit of the general fund and shall be used to cover the expenses of the legislature. | c. All such fees shall be deposited in the state treasury to the credit of the general fund and shall be used to cover the expenses of the ~~legislature~~ Legislature. | c. All such fees shall be deposited in the state treasury to the credit of the general fund and shall be used to cover the expenses of the Legislature. |
| Appendix.<br>ELECTRONIC SUBMISSION OF REDISTRICTING PLANS REAPPORTIONMENT COMMITTEE - STATE OF ALABAMA<br><br>The Legislative Reapportionment Computer System supports the electronic submission of redistricting plans. The electronic submission of these plans must be on either a flash drive or CD ROM. The software used by the Reapportionment Office is the Esri Redistricting Online (RO) Solution. | Appendix.<br>ELECTRONIC SUBMISSION OF REDISTRICTING PLANS REAPPORTIONMENT COMMITTEE - STATE OF ALABAMA<br><br>The Legislative Reapportionment Computer System supports the electronic submission of redistricting plans. The electronic submission of these plans must be ~~on either~~ via email or a flash drive. ~~or CD ROM.~~ The software used by the Reapportionment Office is ~~the Esri Redistricting Online (RO) Solution.~~ Maptitude. | Appendix.<br>ELECTRONIC SUBMISSION OF REDISTRICTING PLANS REAPPORTIONMENT COMMITTEE - STATE OF ALABAMA<br><br>The Legislative Reapportionment Computer System supports the electronic submission of redistricting plans. The electronic submission of these plans must be via email or a flash drive. The software used by the Reapportionment Office is Maptitude. |

9077489.6

RC 044486

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| The electronic file should be in DOJ format (Block, district # **or** district #, Block). This should be a two column, comma delimited file containing the FIPS code for each block, and the district number. The Esri RO Solution has an automated plan import that creates a new plan from the block/district assignment list. | The electronic file should be in DOJ format (Block, district # **or** district #, Block). This should be a two column, comma delimited file containing the FIPS code for each block, and the district number. ~~The Esri RO Solution~~ Maptitude has an automated plan import that creates a new plan from the block/district assignment list. | The electronic file should be in DOJ format (Block, district # **or** district #, Block). This should be a two column, comma delimited file containing the FIPS code for each block, and the district number. Maptitude has an automated plan import that creates a new plan from the block/district assignment list. |
| Web services that can be accessed directly with a URL and ArcView Shapefiles can be viewed as overlays. A new plan would have to be built using this overlay as a guide to assign units into a blank RO Solution plan. In order to analyze the plans with our attribute data, edit, and report on, a new plan will have to be built in the RO Solution. | Web services that can be accessed directly with a URL and ArcView Shapefiles can be viewed as overlays. A new plan would have to be built using this overlay as a guide to assign units into a blank ~~RO Solution plan.~~ Maptitude plan. In order to analyze the plans with our attribute data, edit, and report on, a new plan will have to be built in ~~the RO Solution.~~ Maptitude. | Web services that can be accessed directly with a URL and ArcView Shapefiles can be viewed as overlays. A new plan would have to be built using this overlay as a guide to assign units into a blank Maptitude plan. In order to analyze the plans with our attribute data, edit, and report on, a new plan will have to be built in Maptitude. |
| In order for plans to be analyzed with our attribute data, to be able to edit, report on, and | In order for plans to be analyzed with our attribute data, to | In order for plans to be analyzed with our attribute data, |

9077489.6

RC 044487

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| produce maps in the most efficient, accurate and time saving procedure, electronic submissions are REQUIRED to be in DOJ format.<br><br>Example (DOJ FORMAT BLOCK, DISTRICT #)<br><br>SSCCCTTTTTTBBBBDDDD<br><br>SS           is the 2 digit state FIPS code<br>CCC       is  the  3  digit county FIPS code<br>TTTTTT     is the 6 digit census tract code<br>BBBB       is the 4 digit census block code<br>DDDD       is the district number, right adjusted | be able to edit, report on, and produce maps in the most efficient, accurate and time saving procedure, electronic submissions are REQUIRED to be in DOJ format.<br><br>Example (DOJ FORMAT BLOCK, DISTRICT #)<br><br>SSCCCTTTTTTBBBBDDDD<br><br>SS           is the 2 digit state FIPS code<br>CCC       is  the  3  digit county FIPS code<br>TTTTTT     is the 6 digit census tract code<br>BBBB       is the 4 digit census block code<br>DDDD       is  the  district number, right adjusted | to be able to edit, report on, and produce  maps  in  the  most efficient, accurate and time saving procedure, electronic submissions are REQUIRED to be in DOJ format.<br><br>Example  (DOJ  FORMAT BLOCK, DISTRICT #)<br><br>SSCCCTTTTTTBBBBDDDD<br><br>SS           is  the  2  digit state FIPS code<br>CCC       is  the  3  digit county FIPS code<br>TTTTTT     is  the  6 digit census tract code<br>BBBB       is  the  4 digit census block code<br>DDDD       is the district number, right adjusted |
| Contact Information:<br>Legislative   Reapportionment Office<br>Room 303, State House<br>11 South Union Street | Contact Information:<br>Legislative   Reapportionment Office<br>Room 303, State House<br>11 South Union Street | Contact Information:<br>Legislative Reapportionment Office<br>Room 303, State House<br>11 South Union Street |

9077489.6

RC 044488

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
| Montgomery, Alabama 36130 (334) 242-7941 For questions relating to reapportionment and redistricting, please contact: Donna Shanholtzer Supervisor Legislative Reapportionment Office donna@al-legislature.gov Please Note: The above e-mail address is to be used only for the purposes of obtaining information regarding redistricting. Political messages, including those relative to specific legislation or other political matters, cannot be answered or disseminated to members of the Legislature. Members of the Permanent Legislative Committee On Reapportionment may be contacted through information contained on their Member pages of the Official Website of the Alabama Legislature. | Montgomery, Alabama 36130 (334) ~~242-7941~~ 269-0706 For questions relating to reapportionment and redistricting, please contact: Donna Overton Loftin Supervisor Legislative Reapportionment Office donna.overton@alsenate.gov Please Note: The above e-mail address is to be used only for the purposes of obtaining information regarding redistricting. Political messages, including those relative to specific legislation or other political matters, cannot be answered or disseminated via this email to members of the Legislature. Members of the Permanent Legislative Committee On Reapportionment may be contacted through information contained on their Member pages of the Official Website of the Alabama Legislature, | Montgomery, Alabama 36130 (334) 269-0706 For questions relating to reapportionment and redistricting, please contact: Donna Overton Loftin Supervisor Legislative Reapportionment Office donna.overton@alsenate.gov Please Note: The above e-mail address is to be used only for the purposes of obtaining information regarding redistricting. Political messages, including those relative to specific legislation or other political matters, cannot be answered or disseminated via this email to members of the Legislature. Members of the Permanent Legislative Committee On Reapportionment may be contacted through information |

9077489.6

RC 044489

| 2010 GUIDELINES | PROPOSED CHANGES | ENROLLED GUIDELINES |
|---|---|---|
|  | legislature.state.al.us/aliswww/default.aspx. | contained on their Member pages of the Official Website of the Alabama Legislature, legislature.state.al.us/aliswww/default.aspx. |

9077489.6

RC 044490