

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **JOHN H. MERRILL,** *in his official capacity as Secretary of State of Alabama, et al.*, <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No.: 2:21-cv-01530-AMM** <br><br> **THREE-JUDGE COURT** |

### DEFENDANT-INTERVENORS' ADOPTION OF PRELIMINARY INJUNCTION EXHIBITS FILED BY CO-DEFENDANT SECRETARY OF STATE MERRILL

Come now defendant-intervenors Sen. Jim McClendon and Rep. Chris Pringle and adopt exhibits 1-170, ECF 82-87, identified by co-defendant Secretary of State John Merrill relating to the Court's preliminary injunction proceedings.

Respectfully submitted this 27th day of December 2021.

*/s/ Dorman* Walker
*Counsel for Sen. McClendon and Rep. Pringle*

**OF COUNSEL**
Dorman Walker (ASB-9154-R81J)
Balch and Bingham LLP
Post Office Box 78 (36101-0078)
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
(334) 269-3138
dwalker@balch.com

12497735.1

## CERTIFICATE OF SERVICE

I hereby certify that this the 27th day of December 2021 I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ Dorman Walker*
Of Counsel