FILED
2021 Dec-27 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| JOHN H. MERRILL, | ) | **THREE-JUDGE COURT** |
| Secretary of State, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| JOHN H. MERRILL, | ) | **THREE-JUDGE COURT** |
| State of Alabama, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| JOHN H. MERRILL, | ) | |
| State of Alabama, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**DEFENDANTS' NOTICE OF PERSONS PARTICIPATING IN HEARING**

Defendants and Intervenor-Defendants provide notice, pursuant to this Court's orders (*Singleton* DE59, *Milligan* DE72, *Caster* DE57), that the following persons are participating in the preliminary injunction hearing beginning January 4, 2022:

> Edmund G. LaCour, Jr.
> Thomas A. Wilson
> A. Barrett Bowdre
> James W. Davis
> A. Reid Harris
> Brenton M. Smith
> Dorman Walker

The following persons are not expected to participate in argument or examination of witnesses, but may observe the proceedings through the zoom link provided by the Court:

> Misty S. Fairbanks Messick
> Winfield J. Sinclair
> Benjamin M. Seiss
> Richard Mink

       *Respectfully Submitted,*

       Steve Marshall
        *Attorney General*

       Edmund G. LaCour Jr. (ASB-9182-U81L)
        *Solicitor General*
       Thomas A. Wilson (ASB-1494-D25C)
        *Deputy Solicitor General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for Secretary Merrill*


s/ *Dorman Walker* (with permission)

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. McClendon and Rep. Pringle***

3

## CERTIFICATE OF SERVICE

I certify that on December 27, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ James W Davis
*Counsel for Secretary Merrill*
