# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, et al.,<br><br>*Defendants*. | No. 2:21-cv-01530-AMM |
| BOBBY SINGLETON, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, et al.,<br><br>*Defendants*. | No. 2:21-cv-01291-AMM |

**SECOND AMENDED EXHIBIT LIST TO JOINT PRETRIAL REPORT**

The *Milligan* Plaintiffs, *Singleton* Plaintiffs, and Defendants hereby respectfully resubmit their list of Stipulated and Objected-to Exhibits with modifications from the version filed on December 23. They do so for several reasons.

First, the Parties have altered the numbering of the exhibits to prevent confusion and duplication with those in *Caster*.

Second, the Parties apologize for their omission of copies of the Stipulated exhibits. The *Milligan* Plaintiffs' exhibits are attached here; Defendants and *Singleton* Plaintiffs have filed their exhibits separately.

Third, to minimize the need to refer to multiple lists, the Parties have added a column for the objected-to exhibits previously filed that identifies their filing location on the docket.

| **Stipulated Exhibits** | | |
|---|---|---|
| Exh. # | Description | Bates/ECF Doc # |
| M1 | Expert Report of Kosuke Imai | 68-4 |
| M2 | Expert Report of Ryan Williamson | 68-3 |
| M3 | Expert Report of Moon Duchin | 68-5 |
| M4 | Expert Report of Baodong Liu | 68-1 |
| M5 | Expert Report of Joseph Bagley | 68-2 |
| M6 | Rebuttal Report of Kosuke Imai | 76-3 |
| M7 | Rebuttal Report of Moon Duchin | 76-4 |
| M8 | Rebuttal Report of Baodong Liu | 76-1 |
| M9 | Rebuttal Report of Joseph Bagley | 76-2 |
| M10 | Congressional District Comparison 2011/2021 | RC 000002 |
| M11 | Transcript of Randy Hinaman Deposition & exhibits | N/A |
| M12 | Transcript of Rep. Pringle Deposition & exhibits | N/A |
| M13 | Transcript of Sen. McClendon Deposition & exhibits | N/A |
| M14 | Declaration of Scott Douglas | 70-3 |
| M15 | Declaration of Benard Simelton | 70-4 |
| M16 | Declaration of Shalela Dowdy | 70-5 |
| M17 | Declaration of Evan Milligan | 70-6 |
| M18 | Declaration of Letetia Jackson | 70-7 |
| M19 | Transcript of Oct. 26, 2021 Hearing of Reapportionment Committee | 70-8 |
| M20 | Declaration of Sen. Laura Hall | 70-9 |

| M21 | 2011 Alabama congressional district map | N/A |
| --- | --- | --- |
| M22 | 2021 Alabama congressional plan map | RC 000553 |
| M23 | 2021 Alabama congressional plan map book | RC 000556 |
| M24 | 2021 Reapportionment Public Hearings list | N/A |
| M25 | Ala. HB 621 (May 2011) | SOS000076 |
| M26 | 2011 Legislative Reapportionment Comm. Guidelines | SOS002410 |
| M27 | 2021 Proposed Reapportionment Comm. Guidelines comparison handout | RC 044470 |
| M28 | 2021 Reapportionment Comm. Redistricting Guidelines | RC 044593 |
| M29 | Talking Points for Likely Issues | RC 045524 |
| M30 | Proposed Ala. Senate Districts Functionality Examination | RC 044600 |
| M31 | "House approves congressional redistricting plan," Montgomery Advertiser (6/2/2011) | SOS001921 |
| M32 | June 29, 2021 email from Rep. Hall to D. Overton | RC 045712-14 |
| M33 | Decl. of Randy Hinaman from *ALBC* case | Hinaman Dep. Ex. 4 |
| M34 | Congressional plans introduced in 2021 special session | RC 000007 |
| M35 | Exhibit M-1 to William Cooper expert report in *Caster v. Merrill*, No. 2:21-cv-01536-AMM | *Caster*, ECF No. 48-46 |
| M36 | Exhibit M-2 to Cooper report in *Caster* | *Caster*, ECF No. 48-47 |
| M37 | Exhibit N-1 to Cooper report in *Caster* | *Caster*, ECF No. 48-48 |
| M38 | Exhibit N-2 to Cooper report in *Caster* | *Caster*, ECF No. 48-49 |
| M39 | Exhibit O-1 to Cooper report in *Caster* | *Caster*, ECF No. 48-50 |
| M40 | Exhibit O-2 to Cooper report in *Caster* | *Caster*, ECF No. 48-51 |
| M41 | Exhibit P-1 to Cooper report in *Caster* | *Caster*, ECF No. 48-52 |
| M42 | Exhibit P-2 to Cooper report in *Caster* | *Caster*, ECF No. 48-53 |
| M43 | Exhibit Q-1 to Cooper report in *Caster* | *Caster*, ECF No. 48-54 |
| M44 | Exhibit Q-2 to Cooper report in Caster | *Caster*, ECF No. 48-55 |
| M45 | Exhibit R-1 to Cooper report in *Caster* | *Caster*, ECF No. 48-56 |
| M46 | Exhibit R-2 to Cooper report in Caster | *Caster*, ECF No. 48-57 |
| M49 | Mem. of Agreement Between the U.S. Dep't of Transp. & the Ala. Law Enf't Agency (Dec. 22, 2016) | |

| | | |
|---|---|---|
| M50 | U.S. Census, Reported Voting and Registration, by Sex, Race and Hispanic Origin, for States | |
| S1 | Stipulations of Fact | ECF No. 47 |
| S2 | Natalie Davis Report | ECF No. 56-1 |
| S3 | Natalie Davis Rebuttal Report | ECF No. 60-1 |
| S4 | Alabama State House Hearing Transcript | RC 044681 |
| S5 | Coastal Alabama Community College–Fairhope Hearing Transcript | RC 044818 |
| S6 | Gadsden State Community College (Ayers) Hearing Transcript | RC 044990 |
| S7 | Jefferson State Community College–Hoover Hearing Transcript | RC 045074 |
| S8 | Lawson State Community College Hearing Transcript | RC 045111 |
| S9 | Lurleen B. Wallace Community College Hearing Transcript | RC 045156 |
| S10 | Northeast Alabama Community College Hearing Transcript | |
| S11 | Northwest Shoals Community College Hearing Transcript | RC 045231 |
| S12 | All Alabama Congressional Maps | ECF No. 57-7 |
| S13 | Enacted 2021 Plan Map (Letter Size) | RC 000554 |
| S14 | Enacted 2021 Plan Population Summary | RC 000649 |
| S15 | Enacted 2021 Plan Population Summary (AP) | RC 000651 |
| S16 | Enacted 2021 Plan Population Summary (VAP) | RC 000652 |
| S17 | Enacted 2021 Plan District Statistics | RC 000537 |
| S18 | Enacted 2021 Plan Communities of Interest Splits | RC 000372 |
| S19 | Jefferson D7 Precincts | |
| S20 | MGM D7 Precincts | |
| S21 | Tuscaloosa D7 Precincts | |
| S22 | Singleton Plan 1 Map (Large) | RC 022544 |
| S23 | Singleton Plan 1 Communities of Interest Splits | RC 022393 |
| S24 | Singleton Plan 2 (Smaller Deviation) Equivalency File | RC 026273 (PDF) |

| S25 | Singleton Plan 2 Map (Letter Size) | RC 030932 |
|---|---|---|
| S26 | Singleton Plan 2 Population Summary | RC 030982 |
| S27 | Singleton Plan 2 District Statistics | RC 030925 |
| S28 | Singleton Plan 2 Communities of Interest Splits | RC 030745 |
| S29 | Singleton Plan 3 (Zero Deviation) Equivalency File | RC 034944 (PDF) |
| S30 | Singleton Plan 3 Population Summary (AP) | RC 039227 |
| S31 | Singleton Plan 3 District Statistics | RC 039137 |
| S35 | Singleton Plan 3 Communities of Interest Splits | RC 038970 |
| S36 | Coleman Plan 1 Communities of Interest Splits | RC 009238 |
| S37 | Hatcher Plan 1 Communities of Interest Splits | RC 018041 |
| S38 | 2002 Preclearance Submission (Without Exhibits) | RC 043723–34 |
| S39 | 2011 Preclearance Submission (Without Exhibits) | ECF Nos. 113-87 and 113-88, No. 18-cv-907 (N.D. Ala.) |
| S40 | Secretary of State Merrill's Pre-Trial Brief, *Chestnut v. Merrill* | ECF No. 101, No. 18-cv-907 (N.D. Ala.) |
| S41 | Defendant's Exhibit 001, *Chestnut v. Merrill* (Congressional Maps) | ECF No. 114-1, No. 18-cv-907 (N.D. Ala.) |
| S44 | Trey Hood Report, *Chestnut v. Merrill* | ECF No. 114-7, No. 18-cv-907 (N.D. Ala.) |
| S45 | May 2021 Whole County Plan Draft | |
| D1 | Thomas M. Bryan – Singleton Report | |
| D2 | Thomas M. Bryan – Milligan Report | |
| D3 | Thomas M. Bryan CV | |
| D4 | Thomas M. Bryan Supplemental Report – Final | |
| D5 | M.V. Hood III Expert Report | |
| D6 | M.V. Hood III Supplemental Report – Final | |
| D7 | Clay Helms Declaration | |
| D8 | Mary McIntyre Declaration (12.20.21) | |
| D9 | Declaration of Josiah Bonner, Jr. | |
| D19 | Evans Letter to DOJ 4.15.1992 SOS007081 | |
| D20 | Evans letter to DOJ 3.10.1992 SOS007085 | |

| | | |
|---|---|---|
| D21 | Evans Letter to Justice Dept. 3.10.1992, Section 5 Submission by State of Alabama SOS007070 | |
| D22 | Evans Letter to Justice Dept. 3.10.1992, Section 5 Submission by State of Alabama SOS007070 Part 2 | |
| D23 | DOJ Letter to Jimmy Evans 3.27.1992 SOS007071 | |
| D24 | Kathleen L. Wilde fax to John Tanner of the DOJ  3.25.1992 SOS007079 | |
| D25 | Letter to DOJ re Preclearance Submission of Al. Act. No. 2011-518 SOS002646 | |
| D26 | 2001 Alabama State Board of Education Districts | |
| D31 | 2010 Allen Congressional Plan 4 SOS001466 | |
| D32 | 2011 Preclearance Allen Plan 6 SOS001551 | |
| D33 | 2011 Preclearance Beason Plan SOS001565 | |
| D34 | 2011 Preclearance bpshan SOS001448 | |
| D35 | 2011 Preclearance Buskey Congressional Plan SOS001621 | |
| D36 | 2011 Preclearance Hammon All District Status SOS001579 | |
| D37 | 2011 Preclearance Map McClendon Congressional Plan 1 - Map-0SOS001431 | |
| D38 | 2011 Preclearance McClendon Congressional Plan 1 SOS001593 | |
| D39 | 2011 Preclearance Poole Congressional Plan 4 SOS001607 | |
| D40 | 2011 Preclearance Population Summary Report State 1 SOS001537 | |
| D41 | 2011 Plan - 2 - Population and VAP Summary - Single Race | |
| D42 | 2011 Plan - 3 - Population and VAP Summary - Any Part Race | |
| D43 | 2011 Plan - 4 - Plan Components' Population and VAP - Any Part Race | |
| D44 | 2011 Plan - 5 - Plan Components' Population and VAP - Single Race | |

| | | |
|---|---|---|
| D45 | 2011 Plan - 6 - County and Voting Districts Splits | |
| D46 | 2011 Preclearance Population Summary Report Allen SOS001635 | |
| D47 | 2011 Preclearance Population Summary Report McClammy SOS001509 | |
| D48 | 2011 Preclearance Population Summary Report SOS001649 | |
| D50 | 2020 Democratic Runoff | |
| D51 | 2020-03 Certification AL Democratic Party Primary Runoff Candidates 2020-03-11 | |
| D52 | 2021-10-25 2021 2nd Special Session Proclamation | |
| D53 | 2021 Alabama Congressional Plan Bill History with Recorded Votes | |
| D54 | 2021 Redistricting Plans Comparative by District Analysis Congressional | |
| D55 | 2021 Plan - 1 - Map | |
| D56 | 2021 Plan - 2 - District Statistics | |
| D57 | 2021 Plan - 3 - Population Summary - Single Race | |
| D58 | 2021 Plan - 4 - VAP Summary - Single Race | |
| D59 | 2021 Plan - 5 - Population Summary - Any Part Race | |
| D60 | 2021 Plan - 6 - VAP Summary - Any Part Race | |
| D61 | 2021 Plan - 7 - Plan Components' Population and VAP | |
| D62 | 2021 Plan - 8 - County and Voting District Splits | |
| D63 | 2021 Plan - 9 - City Splits | |
| D64 | 2021 Plan - 10 - Reock Compactness Measure | |
| D65 | 2021 Plan - 11 - Schwartzberg Compactness Measure | |
| D66 | 2021.09.07 Public Hearing Transcript - Permanent Legislative Committee On | |

|     |                                                                                 |     |
| --- | ------------------------------------------------------------------------------- | --- |
|     | Reapportionment (Shelton State - Tuscaloosa AL)                                 |     |
| D67 | AL DEM Cert. Amend 12182019                                                     |     |
| D69 | Certification of Results June 4, 1996, Constitutional Amendments                |     |
| D70 | Democratic Party-Official 2020 Primary Election Results (1)                     |     |
| D71 | District Statistics Report Congressional Final, May 16                          |     |
| D73 | Exhibits to Congressional Submission SOS002005                                  |     |
| D74 | Final Exhibits - District Statistics Report Congressional Final, May 16         |     |
| D75 | Hatcher Plan - 1 - Map                                                          |     |
| D76 | Hatcher Plan - 2 - District Statistics                                          |     |
| D77 | Hatcher Plan - 3- Population Summary - Single Race                              |     |
| D78 | Hatcher Plan - 4 - VAP Summary - Single Race                                    |     |
| D79 | Hatcher Plan - 5- VAP Summary - Any Part Race                                   |     |
| D80 | Hatcher Plan - 6 - Population Summary - Any Part Race                           |     |
| D81 | Hatcher Plan - 7 - Plan Components' Population and VAP                          |     |
| D82 | Hatcher Plan - 8 - County and Voting District Splits                            |     |
| D83 | Hatcher Plan - 9 - City Splits                                                  |     |
| D84 | Hatcher Plan - 10 - Reock Compactness Measure                                   |     |
| D85 | Hatcher Plan - 11 - Schwartzberg Compactness Measure                            |     |
| D86 | *Jones v. Jefferson County* – Motion for Consent Order (agreed before litigation) |     |
| D87 | Kiani Gardner – CD-1 candidate endorsed by ADC                                  |     |
| D88 | Alabama Advisory Committee to U.S. Commission on Civil Rights Report (July 2020) |     |

| | | |
|---|---|---|
| D89 | Letter to John Park Jr. 11.21.2011 SOS000514 | |
| D90 | Letter to John Tanner dated 4.15.1992 | |
| D91 | Liu – Alabama Democrats Candidate list 2020 Primaries | |
| D98 | Pierce Map 9.91991 SOS007159 | |
| D99 | Pleasant Grove Settlement Agreement | |
| D107 | Reapportionment Committee Guidelines for Legislative, State Board of Education, and Congressional Redistricting State of Alabama May 2011 | |
| D108 | Legislative Reapportionment Public Hearings_Aug 5 | |
| D109 | Singleton 1 Plan - 1 - Map | |
| D110 | Singleton 1 Plan - 3 - District Statistics | |
| D111 | Singleton 1 Plan - 4 - Population Summary - Single Race | |
| D112 | Singleton 1 Plan - 5 - VAP Summary - Single Race | |
| D113 | Singleton 1 Plan - 6 - Population Summary - Any Part Race | |
| D114 | Singleton 1 Plan - 7 - VAP Summary - Any Part Race | |
| D115 | Singleton 1 Plan - 8 - Plan Components' Population and VAP | |
| D116 | Singleton 1 Plan - 9 - County and Voting District Splits | |
| D117 | Singleton 1 Plan - 10 - City Splits | |
| D118 | Singleton 1 Plan - 11 - Reock Compactness Measure | |
| D119 | Singleton 1 Plan - 12 - Schwartzberg Compactness Measure | |
| D120 | Singleton 2 Plan - 3 - District Statistics | |
| D121 | Singleton 2 Plan - 4 - Population Summary - Any Part Race | |
| D122 | Singleton 2 Plan - 5 - VAP Summary - Any Part Race | |
| D123 | Singleton 2 Plan - 6 - Plan Components' Population and VAP | |

| D124 | Singleton 2 Plan - 7 - County and Voting District Splits | |
| D125 | Singleton 2 Plan - 8 - City Splits | |
| D126 | Singleton 2 Plan - 9 - Reock Compactness Measure | |
| D127 | Singleton 2 Plan - 10 - Schwartzberg Compactness Measure | |
| D128 | Singleton 3 Plan - 1 - Map | |
| D129 | Singleton 3 Plan - 3 - District Statistics | |
| D130 | Singleton 3 Plan - 4 - VAP Summary - Single Race | |
| D131 | Singleton 3 Plan - 5 - Population Summary - Single Race | |
| D132 | Singleton 3 Plan - 6 - Population and VAP Summary - Any Part Race | |
| D133 | Singleton 3 Plan - 7 - Plan Components' Population and VAP | |
| D134 | Singleton 3 Plan - 8 - County and Voting District Splits | |
| D135 | Singleton 3 Plan - 9 - City Splits | |
| D136 | Singleton 3 Plan - 10 - Reock Compactness Measure | |
| D137 | Singleton 3 Plan - 11 - Schwartzberg Compactness Measure | |
| D142 | DOJ Letter withdrawing objection | |
| D147 | Letter to DOJ Feb. 7, 2002, re: Submission under Section 5 of the VRA of 65, Ala. Act No. 2002-73 | |
| D148 | Letter to Civil Rights Division re Preclearance Submission of Ala. Act. No. 2011-677 – 1212857 Sept. 21, 2011 | |
| D149 | US Congress Final District Statistics Report SOS001080 | |
| D151 | 2021 Census – Alabama Profile | |
| D159 | Democratic_Party-Official 2020 Primary Election Results (only CD1 and CD2 results others hidden) | |
| D160 | Census 2018 Voting and Reg by Race | |
| D161 | Census 2016 Voting and Reg by Race | |

| | | |
|---|---|---|
| D165 | Letter to Justice Dept. 3.10.1992 Section 5 Submission by State of Alabama Part 1 | |
| D166 | Letter to Justice Dept. 3.10.1992 Section 5 Submission by State of Alabama Part 2 | |
| D167 | Legislative Reapportionment Public Hearings_Aug 5 | |
| D168 | ACS 2019 Data Connecticut | |
| D169 | ACS 2019 Data United States | |
| D170 | Byrne Declaration | |

| *Milligan* Plaintiffs' Objected-To Exhibits | |
|---|---|
| Exhibit | Objections |
| M47 - Transcript of Alabama Senate Floor Debate, Nov. 3, 2021 | Authenticity |
| M48 Supplemental Expert Report of Moon Duchin | Untimely |

| *Singleton* Plaintiffs' Objected-To Exhibits | |
|---|---|
| Exhibit | Objections |
| S32 - DRA About election data.pdf | Authenticity; Relevance |
| S33 - DRA D7 Act 2021-555 map.pdf | Authenticity; Relevance |
| S34 - DRA Act 2021-555 plan stats.pdf | Authenticity; Relevance |
| S42 - DRA Whole County Plan map.pdf | Authenticity; Relevance |
| S43 - DRA Whole County Plan statistics.pdf | Authenticity; Relevance |
| S51 - DRA Singleton Congressional Plan 2 map.pdf | Authenticity; Relevance |
| S52 - DRA Singleton Congressional Plan 2 statistics.pdf | Authenticity; Relevance |
| S60 - DRA Singleton Congressional Plan 3 map.pdf | Authenticity; Relevance |
| S61- DRA Singleton Congressional Plan 3 statistics.pdf | Authenticity; Relevance |

| **Defendants' Objected-To Exhibits**[1] | | |
|---|---|---|
| | **Exhibit** | **Objections** |
| D10 | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 1 | Improper use of deposition testimony under FRCP 32(a)(4); Hearsay |
| D11 | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 2 | Improper use of deposition testimony under FRCP 32(a)(4); Hearsay |
| D12 | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 3 | Improper use of deposition testimony under FRCP 32(a)(4); Hearsay |
| D13 | Byrne Testimony and Exhibits Part 1 | Improper use of deposition testimony under FRCP 32(a)(4); Hearsay |
| D14 | Byrne Testimony and Exhibits Part 2 | Improper use of deposition testimony under FRCP 32(a)(4); Hearsay |
| D15 | 1991-06-14 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Mobile , AL) SOS008654 | Relevance; Hearsay |
| D16 | 1991.08.21 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS 007291 | Relevance; Hearsay |
| D17 | 1991.10.02 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS007200 | Relevance; Hearsay |
| D18 | 1992.03.29 DOJ Objection letter | Duplicate exhibit |
| D27 | 2011 Plan - *Alabama v. Holder* (DDC) Complaint | Relevance |

---

[1] Objections come from the *Milligan* Plaintiffs. The *Singleton* Plaintiffs do not object to the authenticity or relevance of any of the Defendants' exhibits. The *Singleton* Plaintiffs reserve the right to object if an exhibit is offered for a purpose not permitted by the Federal Rules of Evidence.

| | | |
|---|---|---|
| D28 | 2011 Plan – *Alabama v. Holder* (DDC) Dismissal | Relevance |
| D29 | 2011 Plan - *Alabama v. Holder* (DDC) DOJ Preclearance | Relevance |
| D30 | *State of Alabama v. Holder* Errata to Complaint SOS000172 | Relevance |
| D49 | 2020 Annual Report - State Personnel Board | Relevance |
| D68 | Application of Appellant Billy Joe Camp, Secretary of State of Alabama, for Stay of Judgment Pending Appeal | Hearsay |
| D72 | SOS002410 Reapportionment Committee Guidelines May 2011 | Relevance |
| D92 | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 1 | Relevance |
| D93 | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 2 | Relevance |
| D94 | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 3 | Relevance; Hearsay |
| D95 | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 4 | Relevance; Hearsay |
| D96 | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 1 | Relevance; Hearsay |
| D97 | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 2 | Relevance; Hearsay |
| D100 | Preclearance submission Exhibit C-10 alternative plan McClammy | Rule 106 (completeness) |
| D101 | Preclearance submission Exhibit C-11 alternative plan McClammy 2M | Rule 106 (completeness) |
| D102 | Preclearance submission Exhibit C-12 alternative plan McClammy PPB | Rule 106 (completeness) |
| D103 | Preclearance submission Exhibit C-13 alternative plan Poole-Hubbard | Rule 106 (completeness) |
| D104 | Preclearance submission Exhibit C-14 alternative plan alternative plan State 1 | Rule 106 (completeness) |
| D105 | Preclearance submission Exhibit C-8 alternative plan Allen | Rule 106 (completeness) |

| D106 | Preclearance submission Exhibit C-9 alternative plan Greer 2 | Rule 106 (completeness) |
| --- | --- | --- |
| D138 | SOS002410 Reapportionment Committee Guidelines May 2011 | Relevance |
| D139 | *Thompson v. Merrill* Alabama Board of Pardons and Paroles Chair Leigh Gwathney's Objections and Answers to Plaintiffs' First Set of Interrogatories to Her | Relevance, Hearsay |
| D140 | *Thompson v. Merrill* SOS Merrill's Objections and Answers to Plaintiff's First Set of Interrogatories to Him | Relevance, Hearsay |
| D141 | US election 2020 Why Trump gained support among minorities | Relevance, Hearsay |
| D143 | *Wesch* -Supplemental Stipulation | Relevance |
| D144 | *Milligan v. Merrill* Deposition Transcript of Randy Hinaman 2021.12.09 Part 1 | Improper use of deposition testimony under FRCP 32(a)(4); Hearsay |
| D145 | *Milligan v. Merrill* Deposition Transcript of Randy Hinaman 2021.12.09 Part 2 | Improper use of deposition testimony under FRCP 32(a)(4); Hearsay |
| D146 | 2000 Population State Board of Education | Relevance, Hearsay |
| D150 | CDC MMWR – Study Showing vaccination by SVI index | Hearsay |
| D152 | Hispanic Voters Now Evenly Split Between Parties, WSJ Poll Finds | Relevance, Hearsay |
| D153 | Sentencing Project, The Color of Justice Racial and Ethnic Disparity in Prison | Relevance, Hearsay |
| D154 | Redistricting Alabama: How South Alabama could be split due to Baldwin County's growth | Relevance, Hearsay |
| D155 | Voting Determination Letters for Alabama | Relevance |
| D156 | Felon Voting Rights Final Version | Relevance; Hearsay |

| D157 | 2017.08.09 Alabama Senate Profile – Robert Kennedy Jr. says he's more than a name | Relevance, Hearsay |
|---|---|---|
| D158 | Economic Policy Institute, State unemployment by race and ethnicity (2021Q3) | Hearsay |
| D162 | Becoming Less Separate | Rule 106 (completeness) |
| D163 | Defendant's First Evidentiary Submission | Relevance |
| D164 | Randy Hinaman Amended Notice of Deposition 120921 | Relevance |

Respectfully submitted,

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org

Shelita M. Stewart*
Jessica L. Ellsworth*

DATED this 27th day of December 2021.

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ Davin M. Rosborough
Davin M. Rosborough*
Julie Ebenstein*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org

/s/ LaTisha Gotell Faulks

HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

LaTisha Gotell Faulks (ASB-1279-I63J)
Kaitlin Welborn*
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Attorneys for Milligan Plaintiffs*

Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
(NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiff Alabama State Conference of the NAACP*

James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com

*/s/ Henry C. Quillen* (with permission)
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com

ehare@dicellolevitt.com

**Counsel for Singleton Plaintiffs**

/s/    *James W. Davis* (with permission)

Edmund G. LaCour Jr. (ASB-9182-U81L)
Solicitor General
Thomas A. Wilson (ASB-1494-D25C)
Deputy Solicitor General
James W. Davis (ASB-4063-I58J)
Deputy Attorney General
Misty S. Fairbanks Messick (ASB-1813-T71F)
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

**Counsel for Secretary Merrill**

/s/    *Dorman Walker* (with permission)

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200

                Montgomery, AL 36104
                Telephone: (334) 269-3138
                Email: dwalker@balch.com

***Counsel for Sen. McClendon and Rep. Pringle***

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record.

This the 27th day of December 2021.

*/s/ Deuel Ross*
COUNSEL FOR PLAINTIFFS