FILED
2021 Dec-27  PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

MEMORANDUM OF AGREEMENT BETWEEN
THE **U.S. DEPARTMENT OF TRANSPORTATION** AND
THE **ALABAMA LAW ENFORCEMENT AGENCY**

This Memorandum of Agreement between the U.S. Department of Transportation (DOT) and the Alabama Law Enforcement Agency (ALEA) sets forth the terms of the mutual resolution of DOT's investigation into ALEA's driver license services pursuant to DOT's regulations at 49 C.F.R. Part 21, implementing (DOT's Title VI Regulation) Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq. (Title VI).

## I.    Background and Purpose

On September 30, 2015, ALEA announced that it would eliminate services at 31 driver license field offices in 30 counties throughout the State of Alabama. The following month, ALEA announced that it would reopen the closed field offices one to two days per month. ALEA is a recipient of DOT financial assistance. As a recipient, ALEA has certified that it will administer its programs in conformity with federal civil rights statutes, including Title VI and DOT's implementing regulation.

DOT's regulation provides that recipients of federal financial assistance cannot implement practices or procedures that have a discriminatory effect on the basis of race, color or national origin. Accordingly, ALEA must evaluate whether the means of providing licensing services comply with DOT's Title VI regulation.

On December 9, 2015, DOT informed ALEA that it had determined that these service reductions could potentially come into conflict with ALEA's responsibilities to ensure non-discrimination as a recipient of Federal financial assistance under Title VI. On that date, DOT further notified ALEA that it was opening a formal Title VI investigation into whether the reduction of driver license services discriminated against African Americans and/or other populations on the basis of race, color, or national origin.

Over the course of the investigation, ALEA provided some of the requested data and information regarding the operation of its driver licensing program, and DOT made site visits to affected communities to interview persons impacted by the program. Based on its investigation, DOT has concluded that African Americans residing in the Black Belt region of Alabama are disproportionately underserved by ALEA's driver licensing services, causing a disparate and adverse impact on the basis of race.

The parties disagree as to whether DOT's findings reveal deficiencies, but agree that they wish to avoid the diversion of resources necessary for a formal investigation and that they wish to establish a working relationship for delivering effective, equitable, and compliant driver license services for everyone in Alabama.  This Agreement is designed to achieve these ends.

This Agreement is limited to the resolution of the above-described investigation, and does not resolve any other matter between the parties or that may involve the parties. It does not remedy any other potential violations of Title VI or other federal law, nor does it take any position as to whether, or suggest that, any potential violation exists. This Agreement does not relieve ALEA of its

continuing obligation to comply with all aspects of Title VI.

This Agreement does not supersede, or in any manner change the rights, obligations, and responsibilities of the parties under any court orders or settlements of other controversies involving other civil rights matters or statutes.

DOT and ALEA hereby enter into this Memorandum of Agreement (Agreement) to implement or execute specific measures to resolve DOT's investigation pursuant to Title VI. ALEA will undertake these actions to ensure that Alabama residents are not, directly or through other means, underserved by ALEA's driver licensing programs on the basis of race, color, or national origin.

## II.    Driver License Services in Alabama

Alabama has approximately 4.8 million residents. ALEA issues approximately 1.2 million driver licenses and non-driver IDs each year.  The standard Class D license that residents use to drive cars is valid for four years, and has a 60-day grace period after expiration. ALEA also issues vessel licenses, motorcycle licenses, and commercial driver licenses, and can authorize a resident to drive multiple kinds of vehicles through a single license.  Non-driver IDs can be issued to someone of any age, and some non-driver IDs, but not all, are valid for the holder's lifetime.

Alabama is divided into 67 counties, with populations varying from cities like Birmingham, in Jefferson County, to small towns in rural Alabama. Relevant here is Alabama's Black Belt, a region known historically by that term and consisting of adjacent counties stretching horizontally across south central Alabama.  For the purposes of DOT's investigation, the following counties comprise the Black Belt: Barbour, Bullock, Butler, Choctaw, Conecuh, Clarke, Crenshaw, Dallas, Greene, Hale, Lowndes, Macon, Marengo, Monroe, Montgomery, Perry, Pickens, Pike, Russell, Sumter, and Wilcox. The State capitol is in Montgomery County, in the city of Montgomery, which is one of the largest cities in the State. The other counties listed have much smaller populations and are more rural.

ALEA operates a total of 74 driver licensing offices, comprised of ten district offices, two district sub-offices, 61 field offices, and their headquarters in Montgomery. The district offices and the district sub-offices are located in dedicated buildings and are open four to five days per week, while the field offices are mobile facilities that operate on a variety of different schedules out of spaces donated by local governments. ALEA has broken up the state into ten districts, each served by a district office, with ALEA field offices scattered throughout the counties that encompass a district. Field offices are not permanent spaces, but are often located in makeshift spaces provided free of cost by the county to which an ALEA Driver License (DL) Examiner travels from the nearest district on the assigned day(s) with a mobile electronic system used to administer written exams and issue licenses.

In Alabama, different types of offices conduct certain types of services. While local county offices and county probate courts can process renewals and create duplicates of driver licenses and STAR*ID non-driver identification cards, only an ALEA office (field or district) can perform initial issuances of new identification cards or driver's licenses, and can administer the driving tests that accompany them. Only ALEA district or sub-district offices can offer Commercial Driver's License skills testing. Only district offices can process the reinstatement of suspended driver licenses, with a few limited exceptions. Customers can request renewals and duplicate services online; however,

they can only use online services if there are not seeking to make changes to the ID card (such as a change of address). Online services are not available to persons seeking a new driver license or non-driver identification card and therefore must conduct these transactions in person at an ALEA field or district office.

## III.    Applicability

DOT has jurisdiction over this matter under its Title VI Regulation. Title VI provides that "no person in the United States shall, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance." 42 U.S.C. §2000d et seq. Title VI and DOT's implementing regulation prohibit discrimination on the basis of race, color, and national origin in DOT financially assisted programs and activities. 49 C.F.R. Part 21. Therefore, in operating a federally assisted program, a recipient may not, on the basis of race, color, or national origin, directly or through contractual or other arrangements, take the following actions.

- Deny program services, financial aids, or other benefits;
- Provide different program services, financial aids, or other benefits, or provide them in a manner different from that provided to others;
- Segregate or separately treat persons in any matter related to the receipt of any program service, financial aid, or benefit;
- Restrict in any way the enjoyment of any advantage or privilege enjoyed by others receiving any program, service, financial aid, or other benefits;
- Treat persons differently from others in determining eligibility to receive services, financial aids, or other benefits; or,
- Deny persons the opportunity to participate as a member of a planning, advisory, or similar body.

DOT is authorized under its Title VI Regulation to initiate an investigation in this matter to determine ALEA's compliance with Title VI, to issue findings, and where appropriate, to negotiate and secure voluntary compliance. 49 C.F.R. Part 21.11. Furthermore, DOT is authorized by Title VI to initiate proceedings to suspend or terminate financial assistance to recipients of their federal funds, or refer the matter to the U.S. Department of Justice (DOJ) for appropriate action, which may include civil litigation to enforce Title VI and the Title VI regulations. 49 C.F.R. § 21.11 & 21.13.

## IV.    Definitions

For the purposes of this Agreement, the terms listed below shall have the following meanings:

**Affected community** means person or persons served, or likely to be directly or indirectly affected by a program or activity of an entity receiving federal financial assistance from DOT.

**Black Belt** refers to the region known historically as such and consisting of adjacent counties stretching east-to-west across south central Alabama. For the purposes of this investigation, the following counties referred to as Black Belt counties are included: Barbour, Bullock, Butler, Choctaw, Conecuh, Clarke, Crenshaw, Dallas, Greene, Hale, Lowndes, Macon, Marengo, Monroe, Montgomery, Perry, Pickens, Pike, Russell, Sumter, and Wilcox.

**Community Participation Plan (Plan)** refers to a written plan to be developed by ALEA to achieve robust participation by affected communities throughout all stages of the consultation, planning, and decision-making processes for the provision of in- person licensing services programs or activities. The purpose of the Plan is to ensure that all communities are adequately informed about potential impacts and that diverse views are heard and considered, particularly from those individuals who have knowledge of or first-hand experience regarding the transportation barriers facing their respective communities. The Parties will collaborate on the development of a compliant and effective Plan, as discussed in Section VII.

**Compliance** means the condition that exists when a recipient of federal financial assistance has fully implemented all of the Title VI requirements effectively and there is no evidence of discrimination.

**Days** shall mean calendar days.

**Discrimination** refers to any action or inaction in any program or activity of a recipient of federal financial assistance that constitutes disparate treatment, results in disparate impacts, or perpetuates the effects of prior discrimination based on race, color, or national origin.

**Disparate impact** refers to a facially neutral policy or practice that disproportionately and adversely affects members of a group identified by race, color, or national origin.

**Driver licensing office** refers to all of the different types of offices operated by ALEA for the purposes of providing driver licensing services.

**Driver licensing resources** refers to staffing for driver licensing offices, hours of operation, and the facilities themselves, as well as services offered by ALEA driver licensing offices. Standard services offered at all ALEA field offices include new license issuances, license renewals and duplications, Class D, Class V, and Class M examinations, and the CDL knowledge examination. ALEA sub-district offices offer the standard services offered at field offices, but also offer CDL skills examinations. District offices offer all ALEA licensing services, including license reinstatements.

**Federal financial assistance** refers to grants and loans of federal funds; the grant or donation of federal property and interests in property; the detail of federal personnel; the sale and lease of, and the permission to use (on other than a casual or transient basis) federal property or any interest in such property without consideration or with nominal consideration, or at a consideration which is reduced for the purpose of assisting the recipient, or in recognition of the public interest to be served by such sale or lease to the recipient; and any federal agreement, arrangement, or other contract that has as one of its purposes the provision of assistance.

**Noncompliance** means a failure to meet the requirements of this Agreement or Title VI, and the regulations and authorities of DOT issued thereunder.

**Service modification** refers to changes in the provision of driver licensing resources to driver licensing offices, either statewide or specific to individual driver licensing offices. This includes changes to the number of operating hours available for a driver licensing office, the allocation of staff to an office, the location of an office, and the driver licensing services being offered at an office.

**Title VI Program** refers to the system of requirements, procedures, actions, and sanctions that entities are responsible for enforcing as recipients of federal financial assistance. This includes, among other things: a system for collecting and analyzing information to determine proactively whether programs or activities have a disparate impact on communities, intentionally or unintentionally, on the basis of race, color, or national origin. Title VI Programs are codified into Title VI Program Plans, which are to be submitted to federal funding agencies when their regulations require them and, for the purposes of this Agreement, submitted to DOT in accordance with Section X. Title VI Programs are overseen by a Title VI Coordinator, appointed by ALEA.

## V.    Terms of Agreement

1.  **Existing Field Office Hours.** Except as stated below, ALEA will maintain the December 7, 2016 schedule for all of ALEA's driver license offices, available at http://www.alea.gov/Home/DriverLicensePages/wfDLOffices.aspx, (last visited December 7, 2016, a copy of which is attached hereto). All offices shall remain open for the hours posted regardless of the volume of customers.

2.  **Agreed Expansion of Field Office Hours.** Within 90 days of the effective date of this MOA, ALEA will add 2,020 hours of operation for district and field driver license offices within the Black Belt Region. ALEA will provide the changes to DOT for approval no less than 7 days prior to the changes. (See Attachment 1 for initial expanded schedule.)

    Each Field Office shall provide ALEA's in-person driver licensing services, including but not limited to the provision of new license issuances, license renewals, duplicate licenses, non-driver license ID cards, and knowledge and skills examinations.

3.  **Costs for Providing Expanded Service.** ALEA is solely responsible for the implementation of the actions described in this Section. If additional funds are unable to be obtained by ALEA, then ALEA must provide the same service agreed upon in this Section through other means, such as deputation of non- ALEA staff or reallocation of existing ALEA staff. If ALEA will be providing the same services through any other means, those means must be submitted to DOT for prior approval before they are implemented. The provision of the expanded services described in this Section must be achieved in compliance with Title VI.

4.  **Title VI Coordinator.** Within 30 days of the effective date of this Agreement, ALEA will appoint a qualified Title VI Coordinator to be responsible for the development and operation of ALEA's Title VI Program as well as for the provision of training ALEA's staff on Title VI.

5.  **Public Engagement.** The purpose of the Community Participation Plan will be to achieve robust participation by affected communities throughout all stages of the planning and decision-making processes for ALEA's programs and activities in connection with licensing services to ensure that communities are informed about potential impacts, that they have meaningful input into the process, and that ALEA officials hear and consider diverse views. Within 90 days of the effective date of this Agreement, ALEA will submit its Community Participation Plan to DOT for approval. For ongoing programs or activities, the Community Participation Plan will provide a coordinated strategy for sustained community collaboration as well as the solicitation of ongoing feedback about operations, modifications, and improvements. This shall include an evaluation of recent public engagement activities and a determination as to whether

adjustments to the strategy are necessary. The Parties will also collaborate as requested on the development of ALEA's Community Participation Plan. By engaging meaningfully with the public, ALEA, as a recipient, can evaluate whether it should refine provision of its licensing services so that all Alabama residents are equitably served.

## VI.    Provision of Technical Assistance

DOT will offer technical assistance as requested to support ALEA's Title VI Program to ensure nondiscrimination.

## VII.    Reporting and Monitoring

### 1.  Service Modifications

For the duration of this Agreement, prior to the enactment of any service modification proposed by ALEA regarding its Existing Field Office Hours and driver license services, the proposed modification shall be electronically submitted in writing for approval to DOT. This requirement does not apply to any service modification required by this Agreement (see Agreed Expansion of Field Office Hours, supra) unless ALEA proposes to make modification to the Agreed Expansion of Field Office Hours.

Additionally, because they are not planned, and therefore not within the definition of service modification, this requirement does not apply to situations where a driver license office is closed due to the unanticipated inability of the scheduled ALEA employee(s) to reach the office, whether it be because of illness (for the employee or a family member), emergency, or transportation issues. In these situations, ALEA will attempt to dispatch a different employee to the office that would otherwise be closed, but it cannot guarantee its ability to do so without harming service provision in other areas of the State.

Likewise, because they are not planned, and therefore not within the definition of service modification, this requirement does not apply to situations resulting from natural disasters, including but not limited to tornados, hurricanes, and floods, or national/State emergencies.

When ALEA plans to make a service modification, its proposal must:
- State the specific service modifications to be obtained by the action;
- Explain the reasoning behind the proposed action;
- State the anticipated impact on affected communities on the basis of race, color, or national origin; and,
- Include data and/or information to support ALEA's conclusions on the necessity of the proposed action.

DOT will conduct a review to ensure that the modification in service continues compliance with this Agreement and does not have a disparate impact on the basis of race, color, or national origin in violation of Title VI.  DOT may not withhold approval for any proposed service modification that provides additional services, hours, or staffing on grounds that DOT believes the proposed service modification does not go far enough; all improvements shall be approved.

DOT will respond to proposals for service modifications within thirty (30) days of receiving the written proposal, and will collaborate with ALEA to ensure that modifications in service do not have a disparate impact on the basis of race, color, or national origin in violation of Title VI and this Agreement.

In the event that DOT declines to approve any proposed service modification, DOT agrees to provide ALEA a hearing at which ALEA may be heard as to the reasons the service modification is necessary. The hearing shall be conducted "before a hearing examiner appointed in accordance with section 3105 of title 5, United States Code, or detailed under section 3344 of title 5, United States Code," as set out for DOT hearings in 49 C.F.R. § 21.15, and shall be held at the offices of DOT in Washington, D.C., or at the ALEA offices in Montgomery, Alabama, or, when appropriate to the issue presented and demanded by ALEA, as evidenced by a statement signed by the Secretary thereof, at the ALEA office that is the subject of the proposed service modification. The provisions of 49 C.F.R. § 21.15(c) and (d), pertaining to the right to counsel and to the procedures, evidence, and record, shall apply. The decision of the hearing examiner shall be final; no appeal is available.

## 2. Compliance

Within 120 days of this agreement, ALEA shall provide written certifications that it has implemented Expanded Service Hours. Additionally, until this agreement has terminated, ALEA shall collect and maintain the following data on the operation of its driver license Services, and provide such data to DOT within 30 days, if requested:

- Number of people who attempt to obtain service from each ALEA driver license office on each open day of service, including those people who do not receive service on that day or who are turned away from locations due to location closures. This provision does not require ALEA to track persons who appear at an ALEA driver license office when the office is not open and no ALEA personnel are present to know someone has arrived for a driver license service.
- Race, color, national origin, and/or disability of the persons described in the prior bullet point, but only to the extent that they voluntarily provide the same.
- Number of complaints received about in-person services not being provided. Any complaints related to online services, the answering of phone calls, or responding to communications submitted through ALEA's website are not relevant to the current investigation and need not be included in the quarterly progress reports.

## VIII.   Abeyance and Enforcement

DOT will hold in abeyance any procedures available to effect compliance under 49 CFR 21.13.

If at any time DOT makes a determination that ALEA is not in compliance with this Agreement, or is about to breach this Agreement, DOT shall notify ALEA in writing.

DOT's notice shall include a statement of the basis for DOT's determination and shall allow ALEA twenty-one (21) calendar days to respond. ALEA's response shall either: (a) explain in writing the reason for the actions (or inactions) and describe the remedial actions that have been (or shall be)

taken to achieve compliance with this Agreement, or (b) dispute the accuracy of DOT's findings.

If ALEA does not respond to DOT's notice, or if, upon review of ALEA's response, DOT determines that ALEA has not complied with the terms of the Agreement, DOT may pursue its statutory and/or contractual remedies.

Any legal proceedings to enforce this Agreement may seek specific performance of the terms therein so long as the terms sought to be performed have not terminated, as set out below.

The parties recognize that ALEA's decision to enter into this Agreement is not an admission of liability.

In the event of litigation to enforce this Agreement or Title VI, DOT and ALEA reserve the right to assert all appropriate claims, counterclaims, and defenses in that proceeding.

This Agreement creates no third-party rights and may not be enforced by any individual, organization, or entity other entity not a party thereto.

### IX.    Effective Date and Duplicate Originals

This Agreement shall be effective on the date of the last signature to it.

In the event that the last signatory is for DOT, DOT shall notify ALEA of the final signature within two business days.

DOT and ALEA shall each sign two originals so that each party may have an original Agreement.

### X.    Amendment

The Agreement may be amended only in writing by the mutual agreement of the parties after negotiating in good faith.

Consideration need not be given to amend this Agreement.

### XI.    Termination

This Agreement will terminate two years after the effective date upon the certification of ALEA's compliance Title VI by DOT, unless extended by consent of the parties.

In the event of litigation brought by DOT before termination of this Agreement and to enforce the provisions of this Agreement, the termination date of the specific provisions of the Agreement at issue in the enforcement proceeding shall be tolled during the pendency of such proceeding.

### XII.    Construction

This Agreement shall be interpreted as if jointly written by the parties, and the rule of construction providing that any ambiguities are to be resolved against the drafting party shall not be used in

interpreting this Agreement.

Prior drafts of this Agreement may not be used to construe this Agreement.

This Agreement constitutes the entire agreement between the parties on the matters raised herein, and no other statement or promise, either written or oral, made by either party or agents of either party regarding the matters raised herein that is not contained or referred to in this Agreement shall be enforceable.

## XIII.    Costs and Fees

Each party shall bear its own costs and fees.

## XIV.    Intimidation or Retaliation Prohibited

ALEA acknowledges that it has an affirmative duty not to discriminate under Title VI and DOT's Title VI Regulation. Also, ALEA acknowledges that DOT's regulations provide, "No recipient or other person shall intimidate, threaten, coerce, or discriminate against any individual for the purpose of interfering with any right or privilege secured by section 601 of the Act [codified at 42 U.S.C. § 2000d] or this part [i.e., 49 C.F.R. Part 21], or because he has made a complaint, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this part [i.e., 49 C.F.R. Part 21]." 49 C.F.R. 21.11(e).

The undersigned agree to the terms of this Memorandum of Agreement.

FOR THE UNITED STATES DEPARTMENT OF TRANSPORTATION:

YVETTE RIVERA, ASSOCIATE DIRECTOR
DEPARTMENTAL OFFICE OF CIVIL RIGHTS
UNITED STATES DEPARTMENT OF TRANSPORTATION

December 22, 2016.
DATE

For the Alabama Law Enforcement Agency:

_____

STAN STABLER, Secretary of Law Enforcement
Alabama Law Enforcement Agency
201 S Union St, Suite 300
Montgomery AL 36104

Dec. 22, 2016
_____
Date

ATTACHMENT 1

ALEA DL Office Proposed Hours of Operation Changes

| Office (county/city) | Current | | | Proposed | | Total New Hours |
|---|---|---|---|---|---|---|
| | Hours | Total Hours per Year | | Hours | Total Hours per Year | |
| Bullock/Union Springs | 2d/m | 168 | | 1d/w | 312 | 144 |
| Butler/Greenville | 1d/m | 90 | | 1d/w | 390 | 300 |
| Greene/Eutaw | 1d/m | 72 | | 1d/w | 312 | 240 |
| Hale/Greensboro | 2d/m | 144 | | 1d/w | 312 | 168 |
| Lowndes/Hayneville | 1d/m | 72 | | 1d/w | 312 | 240 |
| Macon/Tuskegee | 1d/m | 72 | | 2d/w | 624 | 552 |
| Perry/Marion | 1d/m | 72 | | 1d/w | 312 | 240 |
| Wilcox/Camden | 1d/m | 72 | | 3d/m | 216 | 144 |
| Bibb/Centerville* | 1d/m | 72 | | 2d/m | 144 | 72 |
| Total | | | | | | 2100 |

Note: Bullock County office is currently open 7 hours during a operating day; the expanded office hours would change to this 6 hours during an operating day. Butler County operates 7.5 hours during an operation day. All other offices operate 6 hours during an operation day.

Note: Bibb County is not in the Black Belt Region, but borders Hale and Perry counties providing another close option for those citizens.

 

# Alabama Law Enforcement Agency

Home    About    Citizens    Resources    News    Contact

**Division Home**
Driver License Home

**Contact Driver License**
Contact Driver License

**Star ID**
Star ID Home
Document List
Document Help
Frequently Asked Questions
Schedule Star ID Appointment

**License and ID Cards**
Document Requirements and Fees
Boat/Vessel License Requirements
Graduated Driver License
Ignition Interlock
Driver License Classes,
Endorsements & Restrictions
Road Test Study Guide
Schedule DL Appointment
Renew Your DL Online

**Division Links**
CDL Self-Certification
Driver License Offices
Driver License Point System
Driver Records, Crash Reports &
Driver License Reinstatements
Frequently Asked Questions
Online Driver Records
Private High School Driver & Traffic
Safety Education Program
Veteran License Designation
Pay Tickets Online
Purchase an Alabama Crash Report
Online
Submit Hearing Request

**Forms**
Forms

**Manuals**
Manuals

## Driver License Offices

Driver License services are offered on a first-come, first-serve basis, and closing times vary depending on customer volume.

Search for an issuing office by county or zip.

| County: -- All -- | CDL | Zip: | Miles: 25 |
| **County Search** | Reinstatement | | **Zip Search** |
| | ✓ Show Results in Map | | |

**Renew Your DL Online**                    **Schedule DL Appointment**

All Offices, sorted by County.

| LOCATION | HOURS |
|---|---|

AUTAUGA COUNTY
218 Court Street
**Prattville**, AL  36067

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: 12PM-1PM

**Main Office:** (334) 358-6735
**CDL:** N/A
**Reinstatement:** N/A

---

BALDWIN COUNTY
300 Hoyle Ave.
**Bay Minette**, AL  36507

Hours: 8:00AM - 4:30PM
Days:  1st W
Lunch: 11:30AM - 12:30PM

**Main Office:** (251) 928-3002
**CDL:** N/A
**Reinstatement:** N/A

*Open the 1st Wednesday of each month*

---

BALDWIN COUNTY
Baldwin County Satellite Courthouse
1100 Fairhope Ave.
**Fairhope**, AL  36532

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: 11:30AM-12:30PM

**Main Office:** (251) 928-3002
**CDL:** N/A
**Reinstatement:** N/A

---

BALDWIN COUNTY
Baldwin County Satellite Courthouse
201 E. Section Ave.
**Foley**, AL  36535

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: 11:30AM-12:30PM

**Main Office:** (251) 928-3002
**CDL:** N/A
**Reinstatement:** (251) 972-8597

*Reinstatement services provided only on Tuesdays.*

---

BARBOUR COUNTY
Barbour County Courthouse
303 E. Broad Street
**Eufaula**, AL  36025

Hours: 8:00AM - 4:00PM
Days:  W,Th
Lunch: 12:00PM - 1:00PM

**Main Office:** (334) 616-6826
**CDL:** N/A
**Reinstatement:** N/A

---

BIBB COUNTY
Bibb County Courthouse Annex
8 Court Square West Suite A
**Centreville**, AL  35042

Hours: 8AM-2:30PM
Days:  2nd Th
Lunch: 12PM-12:30PM

**Main Office:** (205) 926-3108
**CDL:** N/A
**Reinstatement:** N/A

*This office is open the 2nd Thursday of each month.*

---

BLOUNT COUNTY
Blount Co Courthouse
220 2nd Ave E
**Oneonta**, AL  35121
   **Main Office:** (205) 625-6868
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: 12PM-1PM

---

BULLOCK COUNTY
Police Dept
303 N. Prairie St.
**Union Springs**, AL  36089
   **Main Office:** (334) 738-3835
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 9AM-4PM
Days: 1st & 3rd Th
Lunch: open

*This office is open the 1st and 3rd Thursday of each month.*

---

BUTLER COUNTY
Butler Co Courthouse
101 S. Coecuh St
**Greenville**, AL  36037
   **Main Office:** (334) 371-3248
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: 2nd M (except Oct)
Lunch: 12PM-1PM

*October only-office open on 3rd Monday of the month-October 17, 2016*

---

CALHOUN COUNTY
1703 Pelham Road South
**Jacksonville**, AL  36265

   **Main Office:** (256) 435-7006
   **CDL:** (256) 435-7006
   **Reinstatement:** (256) 782-1322

Hours: 8AM-4:30 PM
Days:  M,Tu,W,Th,F
Lunch: OPEN

*Reinstatement will be closed on 12-23-16. Reinstatement also closed on 12-26-16 through 01-02-17.*

---

CHAMBERS COUNTY
9 Jane Place
**LaFayette**, AL  36862

   **Main Office:** (334) 864-4371
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8:45AM-3:45PM
Days:  2nd Th
Lunch: 12PM-1PM

*This office is open the 2nd Thursday of each month.*

---

CHEROKEE COUNTY
260 Cedar Bluff Rd.
**Centre**, AL  35960

   **Main Office:** (256) 927-8249
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8:30AM-3:30PM
Days:  1st Tu
Lunch: 12PM-12:30PM

*This office is open the 1st Tuesday of each month.*

---

CHILTON COUNTY
Chilton Co. Courthouse
500 2nd Ave. North
**Clanton**, AL  35045
   **Main Office:** (205) 280-7207
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 9AM-4PM
Days: Tu,W,Th
Lunch: 12PM-1PM

---

CHOCTAW COUNTY
117 South Mulberry
**Butler**, AL  36427

   **Main Office:** (205) 459-7325
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-2:30PM
Days:  3rd Tu and W
Lunch: 12:00PM-12:30PM

*Effective October 2016 this office will be open Tu & W of the third week of the month*

---

CLARKE COUNTY
146 Clark St
**Grove Hill**, AL   36451

   **Main Office:** (251) 275-4351
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-5PM
Days:  Th,F
Lunch: 12PM-1PM

---

CLAY COUNTY
County Extension Bldg.
93 County Road 31
**Ashland**, AL   36251
   **Main Office:** (256) 354-3685
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 9AM-3:30PM
Days:  2nd W
Lunch: 12PM-12:30PM

*This office is open the 2nd Wednesday of each month.*

---

CLEBURNE COUNTY
Cleburne County Court House
120 Vickery St.
**Heflin**, AL   36264
   **Main Office:** (256) 463-2164
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8:30AM-3:45PM
Days:  3rd Th
Lunch: 12PM-12:30PM

*Effective April 21, 2016 this location will be open the third Thursday of the month*

---

COFFEE COUNTY
1015 E Mckinnon St
**New Brockton**, AL   36341

   **Main Office:** (334) 894-5218
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days:  Tu,W
Lunch: 12PM-1PM

---

COLBERT COUNTY
4500 Hatch Bvld.
**Sheffield**, AL   35660

   **Main Office:** (256) 383-2923
   **CDL:** (256) 383-2923
   **Reinstatement:** (256) 383-9991

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: OPEN

*Reinstatement will be closed on December 8th, 9th and 30th. Reinstatement will be closed from 2:00-4:00 on 12-22-16.*

---

CONECUH COUNTY
Alabama State Trooper Office
106 Hillcrest Drive
**Evergreen**, AL   36401
   **Main Office:** (251) 578-5726
   **CDL:** (251) 578-5726
   **Reinstatement:** N/A

Hours: 8AM-5PM
Days:  M,Tu,Th,F
Lunch: 12PM-1PM

---

COOSA COUNTY
309 Jackson Street
**Rockford**, AL   35136

   **Main Office:** (256) 377-1043
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 9AM-4:00PM
Days:  1st and 3rd Tuesday
Lunch: 12PM-1PM

*This office is open the 1st & 3rd Tuesday of each month.*

---

COVINGTON COUNTY
Covington Co Courthouse
**Andalusia**, AL   36420

   **Main Office:** (334) 428-2595
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days:  M, Tu, W
Lunch: 12PM-1PM

---

CRENSHAW COUNTY
Crenshaw Co Courthouse
301 Glenwood Ave
**Luverne**, AL   36049

Hours: 8AM-4PM
Days:  3rd W
Lunch: 12PM-1PM

**Main Office:** (334) 335-6568
**CDL:** N/A
**Reinstatement:** N/A

*This office is open the 3rd Wednesday of each month.*

---

CULLMAN COUNTY
Cullman Co. Courthouse
500 2nd Ave SW
**Cullman**, AL   35055

**Main Office:** (256) 775-4822
**CDL:** (256) 775-4822
**Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: 11:30AM-12:30PM

---

DALE COUNTY
202 Hwy 123 South
**Ozark**, AL   36360

**Main Office:** (334) 774-6229
**CDL:** N/A
**Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu
Lunch: 12PM-1PM

---

DALLAS COUNTY
102 Church St. Room 101
**Selma**, AL   36701

**Main Office:** (334) 875-1341
**CDL:** (334) 875-1341
**Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: OPEN

---

DEKALB COUNTY
1209 Forest Ave North
**Fort Payne**, AL   35967

**Main Office:** (256) 845-6089
**CDL:** N/A
**Reinstatement:** N/A

Hours: 8AM-4:00PM
Days: M,Tu,W,Th,F
Lunch: 12PM-12:30PM

---

ELMORE COUNTY
303 Hill St.
**Wetumpka**, AL   36092

**Main Office:** (334) 567-8871
**CDL:** N/A
**Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: 12PM-1PM

---

ESCAMBIA COUNTY
Escambia Co Courthouse
314 Belleville Ave
**Brewton**, AL   36426

**Main Office:** (251) 867-0293
**CDL:** N/A
**Reinstatement:** N/A

Hours: 8AM-4PM
Days: W, 2nd Tu
Lunch: 12PM-1PM

*This office is open every Wednesday and the 2nd Tuesday of each month.*

---

ETOWAH COUNTY
Building T-24 Rains Street
**Gadsden**, AL   35905

**Main Office:** (256) 492-5035
**CDL:** N/A
**Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: OPEN

---

FAYETTE COUNTY
Fayette Co. Courthouse Annex
103 1st Ave NE #2
**Fayette**, AL   35555

**Main Office:** (205) 932-6427
**CDL:** N/A
**Reinstatement:** N/A

Hours: 8AM-2:30PM
Days: 2nd W
Lunch: 12PM-12:30PM

*Open on the second Wednesday of the month.*

---

FRANKLIN COUNTY
Franklin Co Courthouse
410 N. Jackson Ave.
**Russellville**, AL   35653

Hours: 8AM-4PM
Days: 1st W
Lunch: 12PM-12:30PM

State of Alabama Law Enforcement Agency                    http://www.alea.gov/Home/DriverLicensePages/wfDLOffices.aspx

**Main Office:** (256) 332-8888
**CDL:** N/A
**Reinstatement:** N/A

*This office is open the 1st Wednesday of each month.*

---

GENEVA COUNTY                    Hours: 8AM-3:45PM
Geneva Co Courthouse             Days:  2nd F
200 N Commerce St                Lunch: 12PM-1PM
**Geneva**, AL  36340
   **Main Office:** (334) 684-5640
   **CDL:** N/A
   **Reinstatement:** N/A

*During the month of November, this office will be open on Friday, November 18th.*

---

GREENE COUNTY                    Hours: 8AM-2:30PM
Green County Courthouse          Days:  3rd Tu
400 Morrow Avenue                Lunch: 12PM-12:30PM
**Eutaw**, AL  35462
   **Main Office:** (205) 372-1533
   **CDL:** N/A
   **Reinstatement:** N/A

*This office is open the 3rd Tuesday of each month.*

---

HALE COUNTY                      Hours: 8AM-2:30PM
701 Hall Street                  Days:  1st & 3rd Th
**Greensboro**, AL  36744        Lunch: 12PM-12:30PM

   **Main Office:** (334) 624-7770
   **CDL:** N/A
   **Reinstatement:** N/A

*Effective November 2016 this office will be open the 1st and 3rd Thursday of each month.*

---

HENRY COUNTY                     Hours: 8AM-4PM
Henry Co Courthouse              Days:  1st W
101 Court Square                 Lunch: 12PM-1PM
**Abbeville**, AL  36310
   **Main Office:** (334) 585-3257
   **CDL:** N/A
   **Reinstatement:** N/A

*This office is open the 1st Wednesday of each month*

---

HOUSTON COUNTY                   Hours: 8AM-4:30PM
Trooper Post                     Days:  M,Tu,W,Th,F
5679 Montgomery Hwy              Lunch: OPEN
**Dothan**, AL  36303
   **Main Office:** (334) 983-5616
   **CDL:** (334) 983-1156
   **Reinstatement:** (334) 983-5616

*The Reinstatement office will be closed until further notice*

---

JACKSON COUNTY                   Hours: 8:00AM - 4:00pm
102 East Laurel St.              Days:  M,Tu,W,Th,F
**Scottsboro**, AL  35768        Lunch: 12PM-12:30PM

   **Main Office:** (256) 259-6693
   **CDL:** N/A
   **Reinstatement:** N/A

*Hours of operation from November 17, 2016 until January 9, 2017 will be 9:00am-3:30pm.*

---

JEFFERSON COUNTY                 Hours: 8AM-5PM
Bessemer Courthouse              Days:  M,Tu,W,Th,F
1801 3rd Avenue                  Lunch: 12PM-1PM
**Bessemer**, AL  35020
   **Main Office:** (205) 426-7958
   **CDL:** N/A
   **Reinstatement:** N/A

---

JEFFERSON COUNTY                 Hours: 7AM-5PM
Trooper Post                     Days:  M,Tu,W,Th,F
908 Bankhead Hwy W.              Lunch: OPEN
**Birmingham**, AL  35201
   **Main Office:** (205) 252-7445
   **CDL:** N/A
   **Reinstatement:** (205) 252-7445

---

State of Alabama Law Enforcement Agency                    http://www.alea.gov/Home/DriverLicensePages/wfDLOffices.aspx

LAMAR COUNTY
Lamar Co Jail
1118 County Road 9
**Vernon**, AL  35592
   **Main Office:** (205) 695-7105
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-2:30PM
Days:  3rd W
Lunch: 12PM-12:30PM

*This office is open the 3rd Wednesday of each month.*

LAWRENCE COUNTY
14451 Market Street Suite 150
**Moulton**, AL  35650

   **Main Office:** (256) 974-2425
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days:  1st T
Lunch: 12PM-12:30PM

*This office is open the 1st Tuesday of each month.*

LEE COUNTY
1220 Fox Run Ave.
**Opelika**, AL  36801

   **Main Office:** (334) 742-9986
   **CDL:** (334) 742-9986
   **Reinstatement:** (334) 742-9986

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: OPEN (Reinstatement closed 12:00-1:00)

LIMESTONE COUNTY
100 South Clinton Street Suite C
**Athens**, AL  35611

   **Main Office:** (256) 233-4152
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-4PM
Days:  M, Tu, W, Th, F
Lunch: 12PM-12:30PM

LOWNDES COUNTY
105 East Tuskeena Street
**Hayneville**, AL  36044

   **Main Office:** (334) 548-2637
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days:  2nd W
Lunch: OPEN

*This office is open the 2nd Wednesday of each month.*

MACON COUNTY
Gomillion Bldg
302 South Main Street
**Tuskegee**, AL  36083
   **Main Office:** (334) 720-0574
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 9AM-4PM
Days:  2nd W
Lunch: OPEN

*This office is open the 2nd Wednesday of each month.*

MADISON COUNTY
Redstone Arsenal
Building 3220
**Huntsville**, AL  35808
   **Main Office:** (256) 539-0681
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8:30AM-4PM
Days:  W
Lunch: 12PM-12:30PM

MADISON COUNTY
1115-A Church St.
**Huntsville**, AL  35801

   **Main Office:** (256) 539-0682
   **CDL:** (256) 539-0681
   **Reinstatement:** (256) 539-0682

Hours: 8AM-4:00PM
Days:  M,Tu,W,Th,F
Lunch: OPEN

MARENGO COUNTY
101 North Shiloh Street
**Linden**, AL  36784

   **Main Office:** (334) 295-2242
   **CDL:** N/A
   **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days:  Th,F
Lunch: OPEN

*This office will be closed on December 23rd.*

---

**MARION COUNTY**
4521 Military St South
**Hamilton**, AL   35570

  **Main Office:** (205) 921-4743
  **CDL:** (205) 921-4743
  **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: 12PM-12:30PM

---

**MARSHALL COUNTY**
357 Blout Avenue
**Guntersville**, AL   35976

  **Main Office:** (256) 582-0664
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-4:00PM
Days: M,Tu,W,Th,F
Lunch: 12PM-12:30PM

---

**MOBILE COUNTY**
3400 Demetroplis Road
**Mobile**, AL   36693

  **Main Office:** (251) 660-2330
  **CDL:** (251) 660-2330
  **Reinstatement:** (251) 660-2330

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: OPEN-Reinstatement closed 12:00 -1:00 on Tuesdays

---

**MONROE COUNTY**
121 Pineville Rd.
**Monroeville**, Al   36460

  **Main Office:** (251) 743-4107
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-3PM
Days: Tu,W
Lunch: 12PM-1PM

---

**MONTGOMERY COUNTY**
301 South Ripley St.
**Montgomery**, AL   36102

  **Main Office:** (334) 242-4400
  **CDL:** N/A
  **Reinstatement:** (334) 242-4259

Hours: 8AM-4:45PM
Days: M,Tu,W,Th,F
Lunch: OPEN

*Reinstatement, MVR's and Accident Reports only at this location. Driver License Testing and Star ID/ Licenses are done at 1040 Coliseum Blvd.*

---

**MONTGOMERY COUNTY**
1040 Coliseum Blvd
**Montgomery**, AL   36109

  **Main Office:** (334) 274-0306
  **CDL:** (334) 274-0306
  **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: OPEN

*All driver license testing and Star ID/Driver License issuance done at this location. Reinstatement, MVR's and Accident reports are done at 301 S. Ripley Street, Montgomery*

---

**MORGAN COUNTY**
Morgan Co. Courthouse
402 Lee Street
**Decatur**, AL   35601
  **Main Office:** (256) 351-4665
  **CDL:** (256) 351-4665
  **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days: M,Tu,W,Th,F
Lunch: OPEN

---

**PERRY COUNTY**
Perry Courthouse Annex
1710 S. Washington St. Suite 104
**Marion**, AL   36756
  **Main Office:** (334) 683-8076
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-2:30PM
Days: 3rd Tu
Lunch: 12PM-12:30PM

*This office is open the 3rd Tuesday of each month.*

---

**PICKENS COUNTY**
155 Reform Street
Service Center Building
**Carrollton**, AL   35447

Hours: 8AM-2:30PM
Days: W
Lunch: 12PM-12:30PM

**Main Office:** (205) 367-9436
**CDL:** N/A
**Reinstatement:** N/A

*Effective November 2016 this officewill be open every Wednesday.*

---

PIKE COUNTY
Pike County Courthouse
120 W Church St
**Troy**, AL  36081

Hours: 8AM-4:30PM
Days:  W,Th,F
Lunch: 12PM-1PM

**Main Office:** (334) 566-7031
**CDL:** N/A
**Reinstatement:** N/A

*effective October 2016 the office will be open every Wed, Thurs. and Friday.*

---

RANDOLPH COUNTY
Randolph County Courthouse
1 S Main St
**Wedowee**, AL  36278

Hours: 9AM-3:30PM
Days:  2nd Th of month
Lunch: 12PM-12:30PM

**Main Office:** (256) 357-2339
**CDL:** N/A
**Reinstatement:** N/A

*This office is open the 2nd Thursday of each month.*

---

RUSSELL COUNTY
1320 Broad Street
**Phenix City**, AL  36867

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: 12PM-1PM

**Main Office:** (334) 298-1953
**CDL:** N/A
**Reinstatement:** N/A

---

SHELBY COUNTY
104 Depot Street
**Columbiana**, AL  35186

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: 12:00PM-1:30PM

**Main Office:** (205) 669-2614
**CDL:** N/A
**Reinstatement:** N/A

*This office will be closed on December 23rd and 30th.*

---

SHELBY COUNTY
Shelby County Courthouse Annex
1018 County Services Drive
**Pelham**, AL  35124

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: 12:00PM-1:00PM

**Main Office:** (205) 620-5891
**CDL:** N/A
**Reinstatement:** N/A

*This office will be closed on December 23rd and 30th.*

---

ST. CLAIR COUNTY
48 Court Street
**Ashville**, AL  35953

Hours: 8AM-4PM
Days:  1st Tu
Lunch: 12PM-12:30PM

**Main Office:** (205) 594-2442
**CDL:** N/A
**Reinstatement:** N/A

*This office is open the 1st Tuesday of each month.*

---

ST. CLAIR COUNTY
St. Clair Co. Courthouse
1815 Cogswell Ave
**Pell City**, AL  35125

Hours: 8AM-5PM
Days:  M,Tu,W,Th,F
Lunch: 12PM-1PM

**Main Office:** (205) 338-0526
**CDL:** N/A
**Reinstatement:** N/A

---

SUMTER COUNTY
104 Hospital Drive
**Livingston**, AL  35470

Hours: 8AM-2:30PM
Days:  2nd & 4th Tu
Lunch: 12PM-12:30PM

**Main Office:** (205) 652-7686
**CDL:** N/A
**Reinstatement:** N/A

*Effective Nov 2016 this office will be open the 2nd and 4th Tues of each month.*

---

TALLADEGA COUNTY
Talladega Co Courthouse
1 Court Square
**Talladega**, AL  35160
  **Main Office:** (256) 362-2911
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days:  M,Tu,W,Th,F
Lunch: OPEN

---

TALLAPOOSA COUNTY
Tallapoosa County Courthouse
Annes 395 Lee Street
**Alexander City**, AL  35010
  **Main Office:** (256) 329-0229
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-4PM
Days:  3rd Tu & W
Lunch: 12PM-1PM

*This office is open the 3rd Tuesday and Wednesday of each month.*

---

TALLAPOOSA COUNTY
Dadeville Co. Courthouse
125 N. Broadnax St.
**Dadeville**, AL  36853
  **Main Office:** (256) 825-1087
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days:  closed
Lunch: 12PM-1PM

*Driver license services are available at the Alex City driver license office.*

---

TUSCALOOSA COUNTY
Trooper Post
2645 Skyland Blvd E.
**Tuscaloosa**, AL  35405
  **Main Office:** (205) 553-0729
  **CDL:** (205) 553-0729
  **Reinstatement:** (205) 553-3511

Hours: 8AM-5PM
Days:  M,Tu,W,Th,F
Lunch: 12:30 - 1:30 (Reinstatement Closed)

*Reinstatement will be closed 12/19/16 thru 12/23/16.*

---

WALKER COUNTY
Walker Co Courthouse
1801 3rd Ave S
**Jasper**, AL  35501
  **Main Office:** (205) 221-7589
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-5PM
Days:  M,Tu,W,Th,F
Lunch: 12PM-1PM

---

WALKER COUNTY
Bevill State Community College
101 State St
**Sumiton**, AL  35148
  **Main Office:** (205) 648-2991
  **CDL:** (205) 648-2991
  **Reinstatement:** N/A

Hours: 8AM-4PM
Days:  M,Tu,W,Th,F
Lunch: OPEN

---

WASHINGTON COUNTY
Washington Co Courthouse
**Chatom**, AL  36518

  **Main Office:** (251) 847-6713
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-4:30PM
Days:  First Tues/Month
Lunch: 12PM-1PM

---

WILCOX COUNTY
219 Claiborne St.
Building 3, Suite D
**Camden**, AL  36726
  **Main Office:** (334) 682-5110
  **CDL:** N/A
  **Reinstatement:** N/A

Hours: 8AM-2:30PM
Days:  1st Tu
Lunch: 12PM-12:30PM

*This office is open the 1st Tuesday of each month.*

---

WINSTON COUNTY
Double Springs Municipal Building
23415 Highway 195
**Double Springs**, AL  35553

Hours: 8AM-2:30PM
Days:  2nd W
Lunch: 12PM-12:30PM

**Main Office:** (205) 489-1141
**CDL:** N/A
**Reinstatement:** N/A

*This office is open the 2nd Wednesday of each month.*

Home   |   Contact   |   Governor