# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., | |
| *Plaintiffs*, | |
| vs. | No. 2:21-cv-01530-AMM |
| JOHN H. MERRILL, et al., | |
| *Defendants*. | |

**PLAINTIFFS' NOTICE OF COUNSEL PARTICIPATING IN PRELIMINARY INJUNCTION HEARING**

Plaintiffs hereby provide notice, pursuant to this Court's order dated December 16, 2021 (ECF 72), that the following counsel will participate in the preliminary injunction hearing beginning January 4, 2022:

> Deuel Ross
> Stuart Naifeh
> Kathryn Sadasivan
> Brittany Carter
> Julie Ebenstein
> Davin Rosborough
> Kaitlin Welborn
> David Dunn
> Michael Turrill
> Shelita Stewart
> Jessica Ellsworth
> Harmony Gbe
> Blayne Thompson
> Sidney Jackson

The following persons are not expected to participate in argument or examination of witnesses, but may observe the proceedings through the zoom link provided by the Court:

> LaTisha Gotell Faulks
> Nicki Lawsen

In addition to counsel, Plaintiffs will be assisted by a trial technician, who will also require access to the Court's zoom link:

> Eric Ang, Boomerang Litigation Corp. (ang@boomeranglitigation.com)

Respectfully submitted,               DATED this 27th day of December 2021.

*/s/ Deuel Ross*
Deuel Ross*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP

*/s/ Sidney M. Jackson*
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

*/s/ Davin M. Rosborough*
Davin M. Rosborough*
Julie Ebenstein*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org

*/s/ LaTisha Gotell Faulks*
LaTisha Gotell Faulks (ASB-1279-I63J)
Kaitlin Welborn*
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

3

1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

        ***Attorneys for Milligan Plaintiffs***

Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
(NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
abarnes@naacpnet.org

    ***Attorneys for Plaintiff Alabama State Conference of the NAACP***

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record.

This the 27th day of December 2021.

*/s/ Deuel Ross*
COUNSEL FOR PLAINTIFFS