FILED
2022 Jan-16 PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

BOBBY SINGLETON, *et al.*,

Plaintiffs,

v.

JOHN H. MERRILL, *in his official capacity as Alabama Secretary of State, et al.*

Defendants.

Civil Action No.: 2:21-cv-1291-AMM

THREE-JUDGE COURT

---

EVAN MILLIGAN, *et al.*,

Plaintiffs,

v.

JOHN H. MERRILL, *in his official capacity as Alabama Secretary of State, et al.*

Defendants.

Civil Action No.: 2:21-cv-1530-AMM

THREE-JUDGE COURT

---

MARCUS CASTER, *et al.*,

Plaintiffs,

v.

JOHN H. MERRILL, *in his official capacity as Alabama Secretary of State*,

Defendant.

Civil Action No.: 2:21-cv-1536-AMM

## TABLE OF AUTHORITIES FOR DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW[1]

[1] The table of authorities that follows corresponds to the Proposed Findings of Fact and Conclusions of Law that Defendants filed on January 14, 2022, in the above-captioned cases.

# TABLE OF AUTHORITIES

## Cases

*Abbott v. Perez*,
138 S. Ct. 2305 (2018) ........ passim

*Abrams v. Johnson*,
521 U.S. 74 (1997) ........ passim

*Alabama Legislative Black Caucus v. Alabama*, (*ALBC I*)
575 U.S. 254 (2015) ........ 100, 203, 205

*Alabama Legislative Black Caucus v. Alabama*, (*ALBC II)*
231 F. Supp. 3d 1026 (M.D. Ala. 2017) ........ 89, 172

*Ala. St. Conf. of NAACP v. Alabama*, (*Alabama NAACP*)
No. 2:16-CV-731-WKW, 2020 WL 583803 (M.D. Ala. Feb. 5, 2020) ........ passim

*Alabama v. Dep't of Commerce*,
Case No. 3:21-cv-211 (M.D. Ala.) ........ 24, 51

*Alexander v. Sandoval*,
532 U.S. 275 (2001) ........ 212, 213, 214, 215

*Allen v. City of Evergreen*,
2014 WL 12607819 (S.D. Ala. Jan. 13, 2014) ........ 171

*American Legion v. American Humanist Ass'n*,
139 S. Ct. 2067 (2019) ........ 84

*Ashcroft v. Iqbal*,
556 U.S. 662 (2009) ........ 70

*Askew v. City of Rome*,
127 F.3d 1355 (11th Cir. 1997) ........ 162, 178, 182

*Baker v. Carr*,
369 U.S. 186 (1962) ........ 218, 219

*Balderas v. Texas*,
No. 6:01-cv-158, 2001 WL 34104833 (E.D. Tex. Nov. 28, 2001) ........ 92

*Barnhart v. Ingalls*,
275 So. 3d 1112 (Ala. 2018) ........ 127

*Bartlett v. Strickland*,
556 U.S. 1 (2009) ........ passim

*Beer v. United States*,
425 U.S. 130 (1976) ........ 85

*Bethune-Hill Virginia State Bd. of Elections*,
137 S. Ct. 788 (2017) ........ 201

*Bouchard Transp. Co. v. Fla. Dep't of Envt'l Prot.*,
91 F.3d 1445 (11th Cir. 1996) ........ 216

*Brnovich v. Dem. Nat'l Comm.*,
141 S. Ct. 2321 (2021) ........ 78, 96, 162, 212

*Broom v. Shoop*,
963 F.3d 500 (6th Cir. 2020) ........ 60

*Brown v. Sec'y, U.S. Dep't of Health & Human Servs.*,
4 F.4th 1220 (11th Cir. 2021) ........ 66

*Burton v. City of Belle Glade*,
178 F.3d 1175 (11th Cir. 1999) ........ 95, 97, 152

*Bush v. Vera*,
517 U.S. 952 (1996) ........ 98, 103, 106, 144, 147

*Camp v. Wesch*,
503 U.S. 954 (1992) ........ 20

*Camp v. Wesch*,
504 U.S. 902 (1992) ........ 15, 20

*Chapman v. Meier*,
420 U.S. 1 (1975) ........ 217

*Chestnut v. Merrill*,
446 F. Supp. 3d 908 (N.D. Ala. 2020) ........ passim

*Chestnut v. Merrill*,
No. 2:18-CV-00907-KOB (N.D. Ala. Oct. 28, 2019) ........ 86

*Chisom v. Roemer*,
501 U.S. 380 (1991) ........ 161

*City of Boerne v. Flores*,
521 U.S. 507 (1997)........................................................................................210, 211

*City of Carrollton Branch of the N.A.A.C.P. v. Stallings*,
829 F.2d 1547 (11th Cir. 1987) ........................................................................................190

*City of Mobile v. Bolden*,
446 U.S. 55 (1980).............................................................................................166, 207, 212

*Clark v. Putnam County*,
293 F.3d 1261 (11th Cir. 2002) .....................................................................................88, 89

*Concerned Citizens of Hardee Cnty. V. Hardee Cnty. Bd. of Comm'rs*,
906 F.2d 524 (11th Cir. 1990) ........................................................................................155

*Cooper v. Harris*,
137 S. Ct. 1455 (2017)...................................................................................................passim

*Covington v. North Carolina*,
No. 1:15CV399, 2018 WL 604732 (M.D.N.C. Jan. 26, 2018).............................................88

*Covington v. North Carolina*,
283 F. Supp. 3d 410 (M.D.N.C. 2018) .............................................................................87, 88

*Davis v. Chiles*,
139 F.3d 1414 (11th Cir. 1998) .......................................................................................3, 101

*De La Fuente v. Merrill*,
214 F. Supp. 3d 1241 (M.D. Ala. 2016) .................................................................................63

*DeKalb Cnty. Sch. Dist. v. Schrenko*,
109 F.3d 680 (11th Cir. 1997) ........................................................................................216, 217

*Diaz v. Silver*,
978 F. Supp. 96 (E.D.N.Y.), *aff'd*, 522 U.S. 801 (1997)............................................112, 222

*Easley v. Cromartie*,
532 U.S. 234 (2001)...................................................................................................... passim

*Edmonson v. Leesville Concrete Co.*,
500 U.S. 614 (1991).........................................................................................................138

*Engel v. Vitale*,
370 U.S. 421 (1962).........................................................................................................188

*Exhibitors Poster Exch. v. Nat'l Screen Serv. Corp.*,
441 F.2d 560 (5th Cir. 1971) .......... 67, 97, 185

*Favors v. Cuomo*,
881 F. Supp. 2d 356 (E.D.N.Y. 2012) .......... passim

*Figures v. Hunt*,
507 U.S. 901 (1993) .......... 15

*Fla. Ass'n of Rehab. Facilities v. Fla. Dep't of Health & Rehab. Servs.*,
225 F.3d 1208 (11th Cir. 2000) .......... 216

*Fla. Prepaid Postsecondary Educ. Expense Bd. v College Sav. Bank*,
119 S.Ct. 2199 (1999) .......... 210

*GA St. Conf. of the NAACP v Fayette Co. Bd. of Com'rs*,
118 F. Supp. 3d 1338 (N.D. GA 2015) .......... 202

*Gill v. Whitford*,
138 S. Ct. 1916 (2018) .......... 91

*Gonzaga Univ. v. Doe*,
536 U.S. 273 (2002) .......... 213

*Gonzalez v. City of Aurora, Ill.*,
535 F.3d 594 (7th Cir. 2008) .......... 96, 101, 124

*Graves v. City of Montgomery,*
807 F.Supp.2d 1096 (M.D. Ala. 2011) .......... 228

*Griswold v. Connecticut*,
381 U.S. 479 (1965) .......... 188

*Growe v. Emison*,
507 U.S. 25 (1993) .......... 92

*Hall v. Secretary, Alabama*,
902 F.3d 1294 (11th Cir. 2018) .......... 63

*Hereford v. United States*,
2015 WL 13398941 (N.D. Ala. Apr. 21, 2015) .......... 171

*In re Wild*,
994 F.3d 1244 (11th Cir. 2021) .......... 213, 214, 215

*J.I. Case Co. v. Borak*,
377 U.S. 426 (1964) ........ 213, 214

*Johnson v. Governor of State of Fla.*,
405 F.3d 1214 (11th Cir. 2005) ........ 84

*Johnson v. Hamrick*,
196 F.3d 1216 (11th Cir. 1999) ........ 157

*Johnson v. Miller*,
922 F. Supp. 1556 (1995) ........ 124, 125

*Jones v. Jefferson Cnty. Bd. of Education*,
No. 2:19-CV-1821-MHH (N.D. Ala. Nov. 9, 2019) ........ 172

*Karcher v. Daggett*,
462 U.S. 725 (1983) ........ 99, 117

*League of United Latin Am. Citizens, Council No. 4434 v. Clements*, (*Clements*)
999 F.2d 831 (5th Cir. 1993) ........ 162, 175

*League of United Latin American Citizens v. Perry*, (*LULAC*)
548 U.S. 399 (2006) ........ passim

*League of Women Voters of Fla. v. Detzner*,
179 So. 3d 258 (Fla. 2015) ........ 159

*Mac Govern v. Connolly*,
637 F. Supp. 111 (D. Mass. 1986) ........ 221

*Martinez v. Mathews*,
544 F.2d 1233 (5th Cir. 1976) ........ 1, 67, 156, 161

*McCulloch v. Maryland*,
4 Wheat. 316 (1819) ........ 208

*McMahon v. Presidential Airways, Inc.*,
502 F.3d 1331 (11th Cir. 2007) ........ 218, 219

*Miami Beach Fed. Sav. & Loan Ass'n v. Callander*,
256 F.2d 410 (5th Cir. 1958) ........ 67

*Miller v. Johnson*,
515 U.S. 900 (1995) ........ passim

*Morse v. Republican Party of Va.*,
517 U.S. 186 (1996) .......... 215

*N.A.A.C.P., Jacksonville Branch v. Duval Cnty. Sch.*,
273 F.3d 960 (11th Cir. 2001) .......... 170

*Nat'l Ass'n of Bds. of Pharmacy v. Bd. of Regents of the Univ. Sys. of Ga.*,
633 F.3d 1297 (11th Cir. 2011) .......... 216

*Ne. Fla. Chapter of Ass'n of Gen. Contractors of Am. v. City of Jacksonville*,
896 F.2d 1283 (11th Cir. 1990) .......... 66

*Nipper v Smith*,
39 F.3d 1494 (11th Cir. 1994) .......... 97, 201, 209

*NFIB v. Sebelius*,
567 U.S. 519 (2012) .......... 210

*North Carolina v. Covington*,
138 S. Ct. 2548 (2018) .......... 87

*Nw. Austin Mun. Util. Dist. No. One v. Holder*,
557 U.S. 193 (2009) .......... 94, 209

*Pennhurst State Sch. & Hosp. v. Halderman*,
465 U.S. 89 (1984) .......... 92, 93, 217, 218

*Personnel Adm'r of Mass. v. Feeney*,
442 U.S. 256 (1979) .......... 82, 83

*Pileggi v. Aichele*,
843 F. Supp. 2d 584 (E.D. Pa. 2012) .......... 225

*Pope v. County of Albany*,
687 F.3d 565 (2d Cir. 2012) .......... 152, 154, 159, 160

*Purcell v. Gonzalez*,
549 U.S. 1 (2006) .......... 67

*Reynolds v. Sims,*
377 U.S. 533, 585 (1964) .......... 223, 225

*Rodriguez v. Popular Democratic Party*,
457 U.S. 1 (1982) .......... 213

*Roe v. Wade*,
410 U.S. 113 (1973) ..... 188

*Roman v. Sincock,*
377 U.S. 695 (1964) ..... 223

*Rucho v. Common Cause*,
139 S. Ct. 2484 (2019) ..... passim

*S. Christian Leadership Conf. of Ala. v. Sessions* (*SCLC*),
56 F.3d 1281 (11th Cir. 1995) ..... 178, 179

*School District of Abington v. Schempp*,
374 U.S. 203 (1963) ..... 84, 188

*Seminole Tribe of Fla. v. Fla. Dep't of Revenue*,
750 F.3d 1238 (11th Cir. 2014) ..... 216

*Sensley v. Albritton*,
385 F.3d 591 (5th Cir. 2004) ..... 112, 115, 116, 145

*Shaw v. Hunt*, ("*Shaw I*")
509 U.S. 647 (1993) ..... passim

*Shaw v. Hunt*, ("*Shaw II*")
517 U.S. 899 (1996) ..... passim

*Shelby County v. Holder*,
570 U.S. 529 (2013) ..... 41, 199

*Solomon v Liberty County Com'rs,*
221 F.3d 1218 (11th Cir. 2000) ..... 162, 178, 179

*Stein v. Alabama Secretary of State,*
774 F.3d 689 (11th Cir. 2014) ..... 63

*Stenger v. Kellett*,
No. 4:11-cv-2230, 2012 WL 601017 (E.D. Mo. Feb. 23, 2012) ..... 68

*Swain v. Junior*,
958 F.3d 1081 (11th Cir. 2020) ..... 66

*Swanson v. Worley*,
490 F.3d 894 (11th Cir. 2007) ..... 63

*Thornburg v. Gingles*,
478 U.S. 30 (1986) ........ passim

*Touche Ross & Co. v. Redington*,
442 U.S. 560 (1979) ........ 214

*United States v. Alabama*,
Case No. 2:12-cv-00179 (M.D. Ala.) ........ 57, 58, 59

*United States v. Georgia*,
546 U.S. 151 (2006) ........ 209

*United States v. Lambert*,
695 F.2d 536 (11th Cir. 1983) ........ 66

*United States v. Marengo Cnty. Comm'n*,
731 F.2d 1546 (11th Cir. 1984) ........ 183

*Upham v. Seamon*,
456 U.S. 37 (1982) ........ 92

*Vieth v. Jubelirer*,
541 U.S. 267 (2004) ........ 68

Vill. of Arlington Heights v. Metro. Hous. Dev. Corp.,
429 U.S. 252 (1977) ........ 69

*Waldman v. Conway*,
871 F.3d 1283 (11th Cir. 2017) ........ 93

*Weatherly v. Ala. State Univ.,*
728 F.3d 1263 (11th Cir. 2013) ........ 169

*Weatherly v. Ala. State Univ.*,
No. 2:10CV192-WHA, 2011 WL 6140917 (M.D. Ala. Dec. 8, 2011) ........ 169

*Wesberry v. Sanders*,
376 U.S. 1 (1964) ........ 42

*Wesch v. Hunt*,
785 F. Supp. 1491 (S.D. Ala. 1992) ........ passim

*White v. Weiser,*
412 U.S. 783 (1973) ........ 48, 117, 146

*Winter v. Nat. Res. Def. Council*,
555 U.S. 7 (2008) ........ 66

*Wise v. Lipscomb*,
437 U.S. 535 (1978) ........ 223

*Wright v. Sumter County Board of Education and Registration*,
979 F.3d 1282 (11th Cir. 2020) ........ 182, 183

*Ziglar v. Abbasi*,
137 S. Ct. 1843 (2017) ........ 213

## Statutes

2 U.S.C. §2c ........ 180

13 U.S.C. § 141 ........ 24, 50

13 U.S.C. § 141(a) ........ 50

13 U.S.C. § 141(c) ........ 50

42 U.S.C. § 1973(b) ........ 161

52 U.S.C. §10301 ........ 93, 185, 196

52 U.S.C. §10301(a) ........ passim

52 U.S.C. § 10301(b) ........ passim

52 U.S.C. §10302 ........ 214

52 U.S.C. § 10303(f)(2) ........ 93

52 U.S.C. § 20302(a)(8) ........ 57, 227

Ala. Code § 1-3-8(c) ........ 127

Ala. Code § 17-6-4(d) ........ 56

Ala. Code § 17-6-22 ........ 62

Ala. Code § 17-9-3(a) ........ 62

Ala. Code § 17-13-1 ........ 61, 64, 226

Ala. Code § 17-13-5 ........ 57, 58

Ala. Code § 17-13-5(a) ........ 57

Ala. Code § 29-2-51 ........ 5, 6, 23

Ala. Code § 29-2-52 ........ 6

## Acts

Ala. Act No. 2002-57 ........ 21

Ala. Act No. 2014-006 ........ 58, 59

Ala. Act No. 2021-555 ........ 38, 51, 69, 70

Ala. Act No. 2021-556 ........ 51

Ala. Act No. 2021-558 ........ 51

Ala. Act No. 2021-559 ........ 51

Securities Exchange Act of 1934 ........ 214

Uniformed and Overseas Citizens Absentee Voting Act ........ 57, 58, 227

Voting Rights Act of 1965 ........ passim

## Constitutional Provisions

U.S. Const. amend. XIV, § 5 ........ 209

U.S. Const. amend. XV, § 1 ........ 182

U.S. Const. amend. XV, § 2 ........ 209, 211

U.S. Const. art. I, § 2 ........ 92, 219

## Other Authority

Administrative Calendar 2022 Statewide Elections ........................................................ 49, 60

*Alabama Democratic Conference Endorses Doug Jones for U.S. Senate*, CBS42 (Aug. 3, 2017), https://perma.cc/9T7Q-SHBS.................................................................... 158

ALABAMA SECRETARY OF STATE, ELECTIONS DATA DOWNLOADS: VOTER REGISTRATION STATISTICS – 2021, https://www.sos.alabama.gov/alabama-votes/voter/election-data (last visited Jan. 13, 2021) ........................................................................................ 54

ALABAMA STATE DEPARTMENT OF EDUCATION, STATE BOARD OF EDUCATION, https://www.alabamaachieves.org/state-board-of-education/ (last visited Dec. 20, 2021) ..................................................................................... 191

ALABAMA STATE DEPARTMENT OF EDUCATION, STATE BOARD OF EDUCATION, https://www.alabamaachieves.org/state-board-of-education/ (last visited Jan. 13, 2021) ...................................................................................... 198

*Becoming Less Separate*, United States Commission on Civil Rights (Sept. 2007) .................. 170

Brandon Moseley, *Alabama Democratic Conference Endorses Michael Bloomberg for President*, Alabama Political Reporter (Feb. 12, 2020), https://perma.cc/89ZG-2LHK ......................... 158

Doug Bell for U.S. Congress, *Get Involved*, https://dbellforuscongress.com/get-involved/ (last visited Jan. 7, 2022) ........................................................................................ 62

FEDERAL ELECTION COMMISSION, ALABAMA – HOUSE DISTRICT 05, CANDIDATE FINANCIAL TOTALS, https://www.fec.gov/data/elections/house/AL/05/2022/ (last visited Jan. 7, 2022) ........................................................................................ 61

FEDERAL ELECTION COMMISSION, CANDIDATE PROFILES: FELIX BARRY MOORE, SPENDING, https://www.fec.gov/data/candidate/H8AL02171/?cycle=2022&election_full=true&tab=spending (last visited Jan. 7, 2022) ................................................................................ 60

FEDERAL ELECTION COMMISSION, CANDIDATE PROFILES: TERRI A. SEWELL, SPENDING, https://www.fec.gov/data/candidate/H0AL07086/?cycle=2022&election_full=true&tab=spending (last visited Jan. 7, 2022)............................................................ 60

FEDERAL ELECTION COMMISSION, CANDIDATES, https://www.fec.gov/data/candidates/?election_year=2022&office=H&state=AL&is_active_candidate=true&has_raised_funds=true (last visited Jan. 7, 2022)......................................... 60

Bradley Byrne for U.S. Senate, Dale (Jan. 6, 2020) https://www.youtube.com/watch?v=31HHFy8JkoU ........................................................ 187

John Sharp, *Redistricting Alabama: How South Alabama could be split up due to Baldwin County's growth*, AL.com (Sep. 20, 2021), https://perma.cc/8PME-JA5W......................................... 127

Josh Gauntt, *Alabama NAACP Hosts Vaccine Roundtable with State and Local Health Leaders*, WBRC (Mar. 4, 2021), https://www.wbrc.com/2021/03/05/alabama-naacp-hosts-vaccine-roundtable-with-state-local-health-leaders/ ........................................................... 192

*Kenneth Paschal Wins House District 73 Special Election*, Alabama Political Reporter (Jul. 14, 2021), https://perma.cc/2CEJ-C37B ......................................................................... 176

LEGISLATIVE REAPPORTIONMENT COMMITTEE PUBLIC HEARINGS SCHEDULE, https://perma.cc/4GFX-Z9TJ (last visited Dec. 20, 2021)................................................................ 27

Mike Cason, *Alabama Republican Party Launches New Minority Outreach Effort*, AL.com (Oct. 21, 2021), https://perma.cc/3X2P-FRW4 ......................................................................... 198

Persily, *In Defense of Foxes Guarding Henhouses: The Case for Judicial Acquiescence to Incumbent-Protecting Gerrymanders*, 116 Harv. L. Rev. 649 (2002).................... 68, 117, 146

Persily, *The Law of the Census*, 32 Cardozo L. Rev. 755 (2011)............................................. 152

Persily, *When Judges Carve Democracies: A Primer on Court-Drawn Redistricting Plans*, 73 Geo. Wash. L. Rev. 1131 (2005) ........................................................................... 223, 228

S. Rep. No. 97-417, 97th Cong.2nd Sess. 28 (1982)........................................................ 163, 194

Secretary of State's 2022 Voter Guide is available on the Secretary's website at https://www.sos.alabama.gov/sites/default/files/election-2022/2022%20Voter%20Guide.pdf ........................................................................................................................................ 64

U.S. CENSUS BUREAU, ALABAMA, https://data.census.gov/cedsci/profile?g=0400000US01 (last visited Dec. 22, 2021) ........................................................................................... 168

U.S. CENSUS BUREAU, AMERICAN COMMUNITY SURVEY DATABASE, https://perma.cc/4LCA-W796 (last visited Dec. 22, 2021) ........................................................................... 184

U.S. CENSUS BUREAU, VOTING AND REGISTRATION IN THE ELECTION OF NOVEMBER 2016, TABLE 4B: REPORTED VOTING AND REGISTRATION BY SEX, RACE AND HISPANIC ORIGIN, FOR STATES: NOVEMBER 2016, https://www2.census.gov/programs-surveys/cps/tables/p20/580/table04b.xlsx.................................................................... 197

U.S. CENSUS BUREAU, VOTING AND REGISTRATION IN THE ELECTION OF NOVEMBER 2018, TABLE 4B: REPORTED VOTING AND REGISTRATION BY SEX, RACE AND HISPANIC ORIGIN, FOR STATES: NOVEMBER 2018, https://www2.census.gov/programs-surveys/cps/tables/p20/583/table04b.xlsx ..... 196, 197

U.S. CENSUS BUREAU, VOTING AND REGISTRATION IN THE ELECTION OF NOVEMBER 2020, TABLE 4B: REPORTED VOTING AND REGISTRATION BY SEX, RACE AND HISPANIC ORIGIN, FOR STATES: NOVEMBER 2020, https://www2.census.gov/programs-surveys/cps/tables/p20/585/table04b.xlsx ..... 198

Respectfully submitted,

Steve Marshall
*Attorney General*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
*Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

***Counsel for Secretary Merrill***

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. McClendon and Rep. Pringle***

**CERTIFICATE OF SERVICE**

I certify that I electronically filed this document using the Court's CM/ECF system on January 16, 2021, which will serve all counsel of record.

/s/Edmund G. LaCour Jr.
Edmund G. LaCour
*Counsel for Secretary Merrill*