# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, )<br>)<br>  **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, *et al.*, )<br>)<br>  **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM**<br><br>**THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, )<br>)<br>  **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**JOHN H. MERRILL,** *in his official capacity as Secretary of State of Alabama*, *et al.*, )<br>)<br>  **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM**<br><br>**THREE-JUDGE COURT** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

A status conference is set for **1:00 PM CENTRAL STANDARD TIME** on **WEDNESDAY, JANUARY 26, 2022**, by Zoom. The Zoom information will be

provided to all parties at a later date. Any member of the press or interested citizen may obtain the information necessary to access the livestream by following the instructions that appear on the website for the Northern District of Alabama (https://www.alnd.uscourts.gov/instructions-view-public-hearing).

**DONE** and **ORDERED** this 24th day of January, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court