# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:21-cv-1530-AMM |
| ) | |
| JOHN H. MERRILL, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of ) | |
| State, *et al.*, ) | **NOTICE OF APPEAL** |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL OF ORDER
## GRANTING PRELIMINARY INJUNCTION

Notice is hereby given that all Defendants in the above-captioned case hereby appeal to the Supreme Court of the United States from this Court's January 24, 2022 Preliminary Injunction Memorandum and Order granting the Plaintiffs' motion for preliminary injunction. *See Milligan* DE107. This appeal is taken under 28 U.S.C. § 1253.

Respectfully submitted,

Steve Marshall
   *Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
   *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)

*Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for Secretary of State Merrill***

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. McClendon and Rep. Pringle***

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following counsel:

Anna Kathryn Barnes
NAACP
4805 Mount Hope Drive
Baltimore, MD 21215
410-580-5777
Email: abarnes@naacpnet.org

Anthony Ashton
NAACP
4805 Mount Hope Drive
Baltimore, MD 21215
410-580-5777
Email: aashton@naacpnet.org

Blayne R Thompson
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
713-632-1429
Fax: 713-632-1401
Email: blayne.thompson@hoganlovells.com

Brittany Carter
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
646-761-0596
Email: bcarter@naacpldf.org

David Dunn
HOGAN LOVELLS US LLP
390 Madison Avenue

3

New York, NY 10017
212-918-3515
Fax: 212-918-3100
Email: david.dunn@hoganlovells.com

Davin Rosborough
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
212-549-2613
Email: drosborough@aclu.org

Deuel Ross
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND INC
700 14th Street NW
6th Floor
Washington, DC 20005
212-965-7712
Fax: 212-226-7592
Email: dross@naacpldf.org

Harmony R Gbe
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-785-4649
Fax: 310-785-4601
Email: harmony.gbe@hoganlovells.com

Jessica L Ellsworth
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202-637-5886
Fax: 202-637-5910
Email: jessica.ellsworth@hoganlovells.com

Julie A Ebenstein
American Civil Liberties Union Foundation
125 Broad Street

New York, NY 10004
201-549-2686
Email: jebenstein@aclu.org

Kaitlin Welborn
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106
(334) 265-2754
Email: kwelborn@aclualabama.org

LaTisha Gotell Faulks
ACLU OF ALABAMA FOUNDATION
P.O. Box 6179
Montgomery, AL 36107
334-420-1742
Email: tgfaulks@aclualabama.org

Leah C Aden
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND INC
40 Rector Street 5th Floor
New York, NY 10006
212-965-7715
Fax: 212-226-7592
Email: laden@naacpldf.org

Michael Lovejoy Turrill
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-785-4707
Fax: 310-785-4601
Email: michael.turrill@hoganlovells.com

Nicki Leili Lawsen
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
205-314-0535
Fax: 205-314-0535

Email: nlawsen@wigginschilds.com

Shelita M Stewart
HOGAN LOVELLS US LLP
555 13th Street NW
Washinton, DC 20004
202-637-6960
Fax: 202-637-5910
Email: shelita.stewart@hoganlovells.com

Sidney Monroe Jackson
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB
301 19th Street North
Birmingham, AL 35203
205-314-0500
Fax: 205-314-0835
Email: sjackson@wigginschilds.com

Stuart Naifeh
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
917-524-5846
Fax: 212-226-7592
Email: snaifeh@naacpldf.org

Kathryn Carden Sadasivan
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
332-600-9546
Fax: 212-226-7592
Email: ksadasivan@naacpldf.org

        s/ Edmund G. LaCour Jr.
        Edmund G. LaCour Jr.
        *Solicitor General*
        **Counsel for Secretary of State Merrill**