# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:21-cv-1530-AMM |
| ) | |
| JOHN H. MERRILL, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of ) | |
| State, *et al.*, ) | **NOTICE OF APPEAL** |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL OF ORDER
## GRANTING PRELIMINARY INJUNCTION

Notice is hereby given that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's January 24, 2022 Preliminary Injunction Memorandum and Order granting the Plaintiffs' motion for preliminary injunction. *See Milligan* DE107.

                                            Respectfully submitted,

                                            Steve Marshall
                                              *Attorney General*

                                            <u>s/ Edmund G. LaCour Jr.</u>
                                            Edmund G. LaCour Jr. (ASB-9182-U81L)
                                              *Solicitor General*

                                            A. Barrett Bowdre (ASB-2087-K29V)
                                            Thomas A. Wilson (ASB-1494-D25C)
                                              *Deputy Solicitors General*

                                            James W. Davis (ASB-4063-I58J)

*Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

**Counsel for Secretary of State Merrill**

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

**Counsel for Sen. McClendon and Rep. Pringle**

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following counsel:

Anna Kathryn Barnes
NAACP
4805 Mount Hope Drive
Baltimore, MD 21215
410-580-5777
Email: abarnes@naacpnet.org

Anthony Ashton
NAACP
4805 Mount Hope Drive
Baltimore, MD 21215
410-580-5777
Email: aashton@naacpnet.org

Blayne R Thompson
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
713-632-1429
Fax: 713-632-1401
Email: blayne.thompson@hoganlovells.com

Brittany Carter
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
646-761-0596
Email: bcarter@naacpldf.org

David Dunn
HOGAN LOVELLS US LLP
390 Madison Avenue

3

New York, NY 10017
212-918-3515
Fax: 212-918-3100
Email: david.dunn@hoganlovells.com

Davin Rosborough
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
212-549-2613
Email: drosborough@aclu.org

Deuel Ross
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND INC
700 14th Street NW
6th Floor
Washington, DC 20005
212-965-7712
Fax: 212-226-7592
Email: dross@naacpldf.org

Harmony R Gbe
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-785-4649
Fax: 310-785-4601
Email: harmony.gbe@hoganlovells.com

Jessica L Ellsworth
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202-637-5886
Fax: 202-637-5910
Email: jessica.ellsworth@hoganlovells.com

Julie A Ebenstein
American Civil Liberties Union Foundation
125 Broad Street

New York, NY 10004
201-549-2686
Email: jebenstein@aclu.org

Kaitlin Welborn
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106
(334) 265-2754
Email: kwelborn@aclualabama.org

LaTisha Gotell Faulks
ACLU OF ALABAMA FOUNDATION
P.O. Box 6179
Montgomery, AL 36107
334-420-1742
Email: tgfaulks@aclualabama.org

Leah C Aden
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND INC
40 Rector Street 5th Floor
New York, NY 10006
212-965-7715
Fax: 212-226-7592
Email: laden@naacpldf.org

Michael Lovejoy Turrill
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-785-4707
Fax: 310-785-4601
Email: michael.turrill@hoganlovells.com

Nicki Leili Lawsen
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
205-314-0535
Fax: 205-314-0535

Email: nlawsen@wigginschilds.com

Shelita M Stewart
HOGAN LOVELLS US LLP
555 13th Street NW
Washinton, DC 20004
202-637-6960
Fax: 202-637-5910
Email: shelita.stewart@hoganlovells.com

Sidney Monroe Jackson
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB
301 19th Street North
Birmingham, AL 35203
205-314-0500
Fax: 205-314-0835
Email: sjackson@wigginschilds.com

Stuart Naifeh
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
917-524-5846
Fax: 212-226-7592
Email: snaifeh@naacpldf.org

Kathryn Carden Sadasivan
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
332-600-9546
Fax: 212-226-7592
Email: ksadasivan@naacpldf.org

        s/ Edmund G. LaCour Jr.
        Edmund G. LaCour Jr.
        *Solicitor General*
        **Counsel for Secretary of State Merrill**