**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

January 25, 2022

Dave Smith, Clerk of Court
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No.2:21-cv-01530-AMM
U.S.C.A. No. NEW APPEAL
IN RE: Milligan et al v. Merrill et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

| | |
|---|---|
| X | Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral: |
| | Certified record supplemental record on appeal consisting of: volume(s) of pleadings, etc.; volume(s) of transcripts; |
| X | First Notice of Appeal? Dates of other Notices: |
| | The following materials **SEALED** in this court (order enclosed) consisting of: |
| | Original papers (court file) and certified copy of docket entries per USCA request. |
| | There was no hearing from which a transcript could be made. |
| | Copy of CJA Form 20 or District Court order appointing counsel. |
| X | The appellant docket fee has been paid. Date Paid: 1/25/2022 |
| | The appellant has been leave to appeal in forma pauperis and a request for certificate of appealability (order enclosed). |
| X | The Judge/Magistrate Judge appealed from is: Anna M. Manasco |
| X | The Court Reporter is: Christina K. Decker |
| | This is a **BANKRUPTCY APPEAL**. Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203. |
| | This is a **DEATH PENALTY** appeal. |
| | Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED. |
| | Other: |

xc: Counsel                             Sharon Harris, Clerk

                                        By: _____D. Wiggins_____
                                                Deputy Clerk