| | |
|---|---|
| **From:** | Jeff Atkins |
| **To:** | Katie Moore |
| **Cc:** | Anna Manasco; Sharon Harris; Frankie Sherbert |
| **Subject:** | RE: Milligan v Merrill appeal documents |
| **Date:** | Wednesday, January 26, 2022 12:41:50 PM |

Ms. Moore,

Thank you for the information.

Best,

Jeff Atkins
Deputy Clerk
Supreme Court of the United States

---

**From:** Katie Moore <Katie_Kimbrough@alnd.uscourts.gov>
**Sent:** Wednesday, January 26, 2022 1:39 PM
**To:** Jeff Atkins <█████@supremecourt.gov>
**Cc:** Anna Manasco <████████████████████>; Sharon Harris <████████████████████>; Frankie Sherbert <████████████████████>
**Subject:** Milligan v Merrill appeal documents

Mr Atkins,

Pursuant to your conversation with Sharon Harris, I have attached a PDF version of everything we transmitted to the 11th Circuit regarding the appeal to the Supreme Court.  Please let me know if you need anything else from the record.

Thank you.

-----------
Katie Kimbrough Moore
Docket Clerk to the Honorable Madeline H. Haikala
and to the Honorable Annemarie Carney Axon
United States District Court
1729 5th Avenue North
(205) 278-1735