**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| EVAN MILLIGAN, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> JOHN H. MERRILL, et al., <br><br> *Defendants*. | No. 2:21-cv-01530 <br> THREE-JUDGE COURT |

### *MILLIGAN* PLAINTIFFS' MEMORANDUM REGARDING PROPOSED SPECIAL MASTERS

The Court has expressed an interest in requesting the technical expertise of a Special Master, or the Parties' experts, in drawing congressional maps that comply with federal law, should the Alabama Legislature fail to pass remedial maps by February 11, 2022. The Court ordered the parties to identify potential Special Masters or experts and propose procedures for drawing remedial maps by 10:00am CT on Friday, January 28, 2022.

The *Milligan* Plaintiffs respectfully identify the following individuals as potential Special Masters and propose the following procedures to guide the remedial process and the Special Master's engagement with the parties, their experts, and the Court.

I. **<u>Proposed Special Masters</u>**

The *Milligan* Plaintiffs propose **Dr. Nathaniel Persily**, James B. McClatchy Professor of Law at Stanford Law School, as special master. Consistent with Federal Rule of Civil Procedure 53, a Special Master should have competence in current redistricting methodologies to help the Court reach an effective and timely resolution of this post-trial remedial matter. *See* Fed. R. Civ. P. 53(a)(1)(c).

Dr. Persily's qualifications and experiences satisfy these requirements. As detailed in his attached C.V., Dr. Persily has the technical expertise and legal understanding to assist the court in drawing a remedial map. Ex. A at 1. Dr. Persily has been appointed as special master or to assist special masters in the following non-exhaustive list of cases:

- *In Re Petition of Reapportionment Commission*, Ex. Rel., SC 20661 (2022) (special master for Connecticut congressional districts).

- *League of Women Voters v. Commonwealth*, 178 A.3d 737 (Pa. 2018) (advisor to Supreme Court of Pennsylvania for Pennsylvania congressional districts).

- *Covington v. North Carolina*, 2017 WL 5992358 (M.D.N.C. Dec. 1, 2017) (special master for North Carolina state legislative districts).

- *Favors v. Cuomo*, 2012 WL 928223 (E.D.N.Y. 2012) (assisted a Magistrate Judge in redrawing New York congressional districts). Plan adopted on March 19, 2012.

- *In Re Petition of Reapportionment Commission*, Ex. Rel., 303 Conn. 798, 36 A.3d 661 (Ct. Sup. Ct. 2012). Plan adopted Feb. 10, 2012.

- *Larios v. Cox*, 314 F. Supp. 2d 1357 (N.D. Ga. 2004) (special master for Georgia House of Representatives and Senate districts). Plan adopted April 15, 2004.

- *In re Legislative Redistricting of State*, 370 Md. 312, 805 A.2d 292 (Md. 2002) (technical consultant to special master for Maryland state legislative districts). Plan adopted June 21, 2002.

- *Rodriguez v. Pataki*, 2002 WL 1058054 (S.D.N.Y. 2002) (appointed by the Special Master to draw remedial maps).

He has been retained by courts and redistricting commissions across the country to assist in remedial map drawing. Ex. A. at 2-4. He teaches at Stanford Law School, and has published extensively on democracy, voting, and elections. *Id*. at 1. Along with his specialized knowledge of the issues raised in this case, Dr. Persily has a reputation as a skilled cartographer, who can also analyze racial polarization and racial bloc voting to determine the Voting Age Population ("VAP") needed in districts for voters to elect their candidates of choice.

In the event the Court does not choose Dr. Persily, the following candidates are also acceptable to the *Milligan* Plaintiffs:

- **John Carroll**, Professor of Law at Cumberland School of Law and former U.S. Magistrate Judge for the Middle District of Alabama (1986-2001). Although Mr. Carroll may need the assistance of technical consultants for mapping and data analysis, he has extensive knowledge of Alabama and

its demographics and has been a well-respected member of its legal community for many decades.

- **Dr. Bruce Cain**, Professor of Professor of Political Science at Stanford University. Dr. Cain has extensive expertise in redistricting, having published books and articles in this area. He also served as special master to a three-judge panel for Arizona state legislative redistricting in 2002, as well as a redistricting consultant to the U.S. Department of Justice, Massachusetts and Maryland Attorneys General, and the city councils of several major cities.

## II. Proposed Remedial Procedure

On January 26, 2022, the Court sought the Parties' position on a proposed process whereby the Parties' experts could collaborate in drawing remedial maps, or undertake that task as consultants to the Court. The *Milligan* plaintiffs have been informed that Defendants oppose the involvement of all experts who testified at the preliminary injunction hearing as well as Defendants' fact witness Mr. Hinaman. Plaintiffs understand that Defendants' opposition was based, in part, on Mr. Hinaman's status as material witness both in this matter and in *Thomas v. Merrill*, the challenge to the state legislative map which is currently pending before a separate three-judge panel. The *Milligan* plaintiffs believe there may be arrangements by which the Parties' experts and fact witnesses could assist the Court's determination

in the remedial phase. Given Mr. Hinaman's unavailability, however, the *Milligan* Plaintiffs agree with Defendants that it would be inappropriate for the Court to rely only on one side's experts.

Therefore, as an alternative means of offering the Court access to the technical expertise of the Parties' expert witnesses to assist the Court in crafting a remedy, the *Milligan* Plaintiffs propose the following procedure:

- The Court appoints a Special Master;

- The Court issues any additional guidance or criteria it deems necessary to direct the drawing of remedial plans, *see, e.g., Covington v. North Carolina*, No. 1:15–CV–399, 2017 WL 5992358, *4–*5 (M.D.N.C. Dec. 1, 2017);

- The parties each propose one map that complies with the Court's guidelines for the Special Master's consideration;

- The Special Master identifies areas of dispute or difference between the parties' maps. The Court and/or Special Master confer with the Parties and their map drawers to seek to resolve differences raised by their submissions, if possible;

- The Special Master, at the Court's instruction, issues a proposed remedial map based on the parties' submissions and his or her professional judgment;

- The parties' file any remaining objections to the Special Master's proposal;

- At the Court's direction, the Special Master recommends a final remedial map for the Court's approval.

Courts have followed similar procedures that allow the parties to submit proposed remedial maps with supporting data, and brief their respective proposals prior to the Special Master filing a recommended map. *See, e.g., Wright v. Sumter Cty. Bd. of Elections & Registration*, No. 1:14-cv-42, ECF No. 267 (M.D. Ga. Sept. 23, 2019); *Bethune-Hill v. Va. State Bd. of Elections*, No. 3:14-cv-852, ECF No. 278 (E.D. Va. Oct. 19, 2018) (three-judge court); *Favors v. Cuomo*, No. 11-CV-5632 RR GEL, 2012 WL 928223, at *2 (E.D.N.Y. Mar. 19, 2012) (three-judge court).

| Respectfully submitted, | DATED this 28th day of January 2022. |
|---|---|
| */s/ Deuel Ross* | */s/ Sidney M. Jackson* |
| Deuel Ross* | Sidney M. Jackson (ASB-1462-K40W) |
| NAACP LEGAL DEFENSE & | Nicki Lawsen (ASB-2602-C00K) |
|    EDUCATIONAL FUND, INC. | WIGGINS CHILDS PANTAZIS |
| 700 14th Street N.W. Ste. 600 |    FISHER & GOLDFARB, LLC |
| Washington, DC 20005 | 301 19th Street North |
| (202) 682-1300 | Birmingham, AL 35203 |
| dross@naacpldf.org | Phone: (205) 341-0498 |
| | sjackson@wigginschilds.com |
| Leah Aden* | nlawsen@wigginschilds.com |
| Stuart Naifeh* | |
| Kathryn Sadasivan (ASB-517-E48T) | */s/ Davin M. Rosborough* |
| Brittany Carter* | Davin M. Rosborough* |
| NAACP LEGAL DEFENSE & | Julie A. Ebenstein* |
|    EDUCATIONAL FUND, INC. | AMERICAN CIVIL LIBERTIES |
| 40 Rector Street, 5th Floor | UNION FOUNDATION |
| New York, NY 10006 | 125 Broad St. |
| (212) 965-2200 | New York, NY 10004 |
| laden@naacpldf.org | (212) 549-2500 |
| snaifeh@naacpldf.org | drosborough@aclu.org |

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

jebenstein@aclu.org

*/s/ LaTisha Gotell Faulks*
LaTisha Gotell Faulks (ASB-1279-I63J)
Kaitlin Welborn*
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Attorneys for Milligan Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record on January 28, 2022.

/s/ Davin Rosborough
Counsel for Plaintiffs