FILED

2022 Feb-01  PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PLAINTIFF   **MILLIGAN - 21-1530** |
| | | | | | | | | | | GOVERNMENT |
| | | | | | | | | | | DEFENDANT |
| | | | | | | | | | | COURT |
| | | | | | | | | | | JOINT |
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | ✓ | | | | | | | ✓ | Expert Report of Kosuke Imai |
| | | | | | | | | | | ECF - 88-1   1/4/22 ; 1/5/21 |
| | 2 | ✓ | | | | | | | ✓ | Expert Report of Ryan Williamson |
| | | | | | | | | | | ECF - 88-2   1/5/22 |
| | 3 | ✓ | | | | | | | ✓ | Expert Report of Moon Duchin |
| | | | | | | | | | | ECF - 88-3   1/4/22 ; 1/6/22 |
| | 4 | ✓ | | | | | | | ✓ | Expert Report of Baodong Liu |
| | | | | | | | | | | ECF - 88-4   1/10/22 ; |
| | 5 | ✓ | | | | | | | ✓ | Expert Report of Joseph Bagley |
| | | | | | | | | | | ECF - 88-5   1/10/22 ; 1/12/22 |
| | 6 | ✓ | | | | | | | ✓ | Rebuttal Report of Kosuke Imai |
| | | | | | | | | | | ECF - 88-6   1/4/22 |
| | 7 | ✓ | | | | | | | ✓ | Rebuttal Report of Moon Duchin |
| | | | | | | | | | | ECF - 88-7   1/6/22 |
| | 8 | ✓ | | | | | | | ✓ | Rebuttal Report of Baodong Liu |
| | | | | | | | | | | ECF - 88-8   1/10/22 |
| | 9 | ✓ | | | | | | | ✓ | Rebuttal Report of Joseph Bailey |
| | | | | | | | | | | ECF - 88-9   1/10/22 |
| | 10 | ✓ | | | | | | | ✓ | Congressional District Comparison 2011/2021 ECF- 88-10 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11 | ✓ | | | | | | | ✓ Transcript of Randy Hinaman Deposition and Exhibits |
| | | | | | | | | | ECF 89-1 |
| | 12 | ✓ | | | | | | | ✓ Transcript of Rep. Pringle Deposition and Exhibits |
| | | | | | | | | | ECF 89-2 |
| | 13 | ✓ | | | | | | | ✓ Transcript of Sen. McClendon Deposition and Exhibits |
| | | | | | | | | | ECF 89-3 |
| | 14 | ✓ | | | | | | | ✓ Declaration of Scott Douglas |
| | | | | | | | | | ECF - 88-11 |
| | 15 | ✓ | | | | | | | ✓ Declaration of Benard Simelton |
| | | | | | | | | | ECF - 88-12 |
| | 16 | ✓ | | | | | | | ✓ Declaration of Shalela Dowdy |
| | | | | | | | | | ECF - 88-13   1/5/22 |
| | 17 | ✓ | | | | | | | ✓ Declaration of Evan Milligan |
| | | | | | | | | | ECF - 88-14 |
| | 18 | ✓ | | | | | | | ✓ Declaration of Letitia Jackson |
| | | | | | | | | | ECF - 88-14 |
| | 19 | ✓ | | | | | | | ✓ Transcript of Oct 16, 2021 hearing of Reapportionment Committee |
| | | | | | | | | | ECF - 88-16 |
| | 20 | ✓ | | | | | | | ✓ Declaration of Sen. Laura Hall |
| | | | | | | | | | ECF - 88-17 |
| | 21 | ✓ | | | | | | | ✓ 2011 Alabama congressional district map |
| | | | | | | | | | ECF - 88-18 |
| | 22 | ✓ | | | | | | | ✓ 2021 Alabama congressional plan map |
| | | | | | | | | | ECF - 88-19 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 | ✓ | | | | | | | ✓ | 2021 Alabama congressional plan map book<br>ECF - 89-4 |
| 24 | ✓ | | | | | | | ✓ | 2021 Reapportionment Public Hearings list<br>ECF - 88-20 |
| 25 | ✓ | | | | | | | ✓ | Ala. HB 621 ( May 2011)<br>ECF - 88-21 |
| 26 | ✓ | | | | | | | ✓ | 2011 Proposed Reapportionment Comm. Guidelines comparison handout<br>ECF - 88-22 |
| 27 | ✓ | | | | | | | ✓ | 2021 Proposed Reapportionment Comm. Guidelines comparison handout<br>ECF - 89-5 |
| 28 | ✓ | | | | | | | ✓ | 2021 Reapportionment Comm. Redistricting Guidelines<br>ECF - 88-23   1/4/22 ; 1/5/22 ; 1/6/22 |
| 29 | ✓ | | | | | | | ✓ | Talking Points for Likely Issues<br>ECF - 88-24 |
| 30 | ✓ | | | | | | | ✓ | Proposed Ala. Senate Districts Functionality Examination<br>ECF - 88-25 |
| 31 | ✓ | | | | | | | ✓ | "House approves congressional redistricting plan," Montgomery Advertiser (6/2/2011)<br>ECF - 88-26 |
| 32 | ✓ | | | | | | | ✓ | June 29, 2021 email from Rep. Hall to D. Overton<br>ECF- 88-27 |
| 33 | ✓ | | | | | | | ✓ | Decl. of Randy Hinaman from *ALBC* case<br>ECF - 88-28 |
| 34 | ✓ | | | | | | | ✓ | Congressional Plans introduced in 2021 special session<br>ECF- 88-29 |
| 35 | ✓ | | | | | | | ✓ | Exhibit M-1 to William Cooper expert report in *Caster v. Merrill*, No. 2:21-cv-1536 AMM<br>*Caster* ECF No.: 88-30 |

| 36 | ✓ | | | | | | ✓ | Exhibit M-2 to Cooper report in *Caster Caster* ECF No.: 88-31 |
|---|---|---|---|---|---|---|---|---|
| 37 | ✓ | | | | | | ✓ | Exhibit N-1  to Cooper report in *Caster Caster* ECF No.: 88-32 |
| 38 | ✓ | | | | | | ✓ | Exhibit N-2  to Cooper report in *Caster Caster* ECF No.: 88-33 |
| 39 | ✓ | | | | | | ✓ | Exhibit O-1  to Cooper report in *Caster Caster* ECF No.: 88-34 |
| 40 | ✓ | | | | | | ✓ | Exhibit O-2  to Cooper report in *Caster Caster* ECF No.: 88-35 |
| 41 | ✓ | | | | | | ✓ | Exhibit P-1  to Cooper report in *Caster Caster* ECF No.: 88-36 |
| 42 | ✓ | | | | | | ✓ | Exhibit P-2  to Cooper report in *Caster Caster* ECF No.: 88-37 |
| 43 | ✓ | | | | | | ✓ | Exhibit Q-1  to Cooper report in *Caster Caster* ECF No.: 88-38 |
| 44 | ✓ | | | | | | ✓ | Exhibit Q-2  to Cooper report in *Caster Caster* ECF No.: 88-39 |
| 45 | ✓ | | | | | | ✓ | Exhibit R-1  to Cooper report in *Caster Caster* ECF No.: 88-40 |
| 46 | ✓ | | | | | | ✓ | Exhibit R-2  to Cooper report in *Caster Caster* ECF No.: 88-41 |
| 47 obj w/d | ✓ | | | | | | ✓ | Transcript of Alabama Senate Floor Debate Nov 3, 2021 ECF - 80-1 8/12/22  (Obj w/d) **(objected to on authenticity grounds)** |
| 48 obj 1/6/22 | ✓ 1/6/22 | 1/6/22 | | | | | ✓ | Supplement Report of Moon Duchin ECF 92-1  obj o/r 1/6/22 **(objected to on timeliness grounds)** |
| 49 | ✓ | | | | | | ✓ | Memorandum Agreement between the US Dept of Treasury and the Alabama Law Enforcement Agency ECF 92-2 |
| 50 | ✓ | | | | | | ✓ | Reported Voting and Registration, by Sex, Race and Hispanic Origin, for States: November 2020 ECF 92-3 |

Δ Ex 2 - Demonstrative
π Ex 1 -

1/6/22   (Caster X1)

✓#51 - Article co authored by Hood   recd 1/11/22

#52 Bowden opinion

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36 | ✓ | | | | | | ✓ | Exhibit M-2 to Cooper report in *Caster* *Caster* ECF No.: 88-31 |
| 37 | ✓ | | | | | | ✓ | Exhibit N-1 to Cooper report in *Caster* *Caster* ECF No.: 88-32 |
| 38 | ✓ | | | | | | ✓ | Exhibit N-2 to Cooper report in *Caster* *Caster* ECF No.: 88-33 |
| 39 | ✓ | | | | | | ✓ | Exhibit O-1 to Cooper report in *Caster* *Caster* ECF No.: 88-34 |
| 40 | ✓ | | | | | | ✓ | Exhibit O-2 to Cooper report in *Caster* *Caster* ECF No.: 88-35 |
| 41 | ✓ | | | | | | ✓ | Exhibit P-1 to Cooper report in *Caster* *Caster* ECF No.: 88-36 |
| 42 | ✓ | | | | | | ✓ | Exhibit P-2 to Cooper report in *Caster* *Caster* ECF No.: 88-37 |
| 43 | ✓ | | | | | | ✓ | Exhibit Q-1 to Cooper report in *Caster* *Caster* ECF No.: 88-38 |
| 44 | ✓ | | | | | | ✓ | Exhibit Q-2 to Cooper report in *Caster* *Caster* ECF No.: 88-39 |
| 45 | ✓ | | | | | | ✓ | Exhibit R-1 to Cooper report in *Caster* *Caster* ECF No.: 88-40 |
| 46 | ✓ | | | | | | ✓ | Exhibit R-2 to Cooper report in *Caster* *Caster* ECF No.: 88-41 |
| 47 obj w\d | ✓ | | | | | | ✓ 1/12/22 | Transcript of Alabama Senate Floor Debate Nov 3, 2021 ECF - 80-1 **(objected to on authenticity grounds)** |
| 48 obj | ✓ | 1/4/22 | | | | | ✓ | Supplement Report of Moon Duchin ECF 92-1 **(objected to on timeliness grounds)** |
| 49 | ✓ | | | | | | ✓ | Memorandum Agreement between the US Dept of Treasury and the Alabama Law Enforcement Agency ECF 92-2 |
| 50 | ✓ | | | | | | ✓ | Reported Voting and Registration, by Sex, Race and Hispanic Origin, for States: November 2020 ECF 92-3 |
| 51 | ✓ | | | | | | ✓ | Article co-authored by Hood 1/11/22 |