FILED
2022 Feb-02 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

661

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAKEISHA CHESTNUT, an individual; MARLENE MARTIN, an individual; BOBBY DUBOSE, an individual; RODNEY LOVE, an individual; KAREN JONES, an individual; JANICE WILLIAMS, an individual; RODERICK CLARK, an individual; JOHN HARRIS, an individual,
Plaintiffs,

vs.

JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,
Defendant.

2:18-cv-00907-KOB
November 7, 2019
Birmingham, Alabama
9:00 a.m.

TRANSCRIPT OF BENCH TRIAL
VOLUME IV
BEFORE THE HONORABLE KARON O. BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE

FOR THE PLAINTIFFS:
Abha Khanna, Esq.
PERKINS COIE LLP
1201 Third Avenue
Suite 4900
Seattle, Washington 98101
(206) 359-9000

Bruce V. Spiva, Esq.
PERKINS COIE LLP
700 13th Street, NW
Suite 600
Washington, DC 20005
(202) 654-6338

Richard P. Rouco, Esq.
QUINN CONNOR WEAVER DAVIES & ROUCO LLP
2 20th Street North
Suite 930
Birmingham, Alabama 35203
(205) 870-9989

***CHRISTINA K. DECKER, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, AL 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

662

Daniel C. Osher, Esq.
PERKINS COIE LLP
700 13th Street NW
Suite 600
Washington, DC 20005
(202) 654-6338

Lalitha D. Madduri, Esq.
PERKINS COIE LLP
700 13th Street NW
Suite 600
Washington, DC 20005
(202) 654-6322

FOR THE DEFENDANT:
James W. Davis, Esq.
Laura E. Howell, Esq.
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300

J. Dorman Walker, Esq.
BALCH & BINGHAM LLP
P.O. Box 78
Montgomery, Alabama 36101
(334) 834-6500

COURTROOM DEPUTY: Sarah Hollingsworth

COURT REPORTER: Christina K. Decker, RMR, CRR

Proceedings recorded by OFFICIAL COURT REPORTER, Qualified pursuant to 28 U.S.C. 753(a) & Guide to Judiciary Policies and Procedures Vol. VI, Chapter III, D.2. Transcript produced by computerized stenotype.

***CHRISTINA K. DECKER, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, AL 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

663

I N D E X

BRADLEY BYRNE 664
DIRECT EXAMINATION 664
BY MR. DAVIS
CROSS-EXAMINATION 713
BY MR. SPIVA
REDIRECT EXAMINATION 743
BY MR. DAVIS

JOSIAH BONNER, JR. 762
DIRECT EXAMINATION 762
BY MR. DAVIS
CROSS-EXAMINATION 813
BY MR. SPIVA
REDIRECT EXAMINATION 849
BY MR. DAVIS
RECROSS-EXAMINATION 855
BY MR. DAVIS

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

664

P R O C E E D I N G S

(In open court.)

THE COURT: You may be seated. Good morning.

MR. DAVIS: Good morning, Your Honor.

10:32:26 THE COURT: Defense may call your next witness.

MR. DAVIS: Your Honor, the defense calls Congressman Bradley Byrne.

BRADLEY BYRNE,

having been first duly sworn by the courtroom deputy clerk, was 10:32:44 examined and testified as follows:

THE COURTROOM DEPUTY CLERK: Please state your name in the microphone for the record.

THE WITNESS: My name is Bradley Byrne; B-R-A-D-L-E-Y; B-Y-R-N-E.

10:32:55 THE COURTROOM DEPUTY CLERK: Thank you.

DIRECT EXAMINATION

BY MR. DAVIS:

Q Good morning, Congressman Byrne.

A Good morning.

10:33:02 Q Thank you for being here today. Do you represent Alabama's first district in the United States Congress?

A I do.

Q How long have you served in the Congress?

A I am at the end of my sixth year.

10:33:11 Q Let's go back a little bit and talk about your background.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

1 of 89 sheets Page 661 to 664 of 866 11/15/2019 04:51:31 PM

You are an attorney, correct?
A I am.
Q Have you practiced in private practice?
A I have.
10:33:19 Q Where did you practice?
A I practiced all over the state of Alabama. In fact, I've been in this courtroom in this building before, but primarily in the southwestern part of the state.
Q Where is your home?
10:33:30 A Presently, it's in Fairhope. But I was born and raised in Mobile. And my wife Rebecca and I lived over there until we moved to Fairhope in 2001.
Q Thank you.
And, Congressman, you and I both are going to have to
10:33:41 remember they're taking down what we say. If I start talking too fast, I will try to remember to slow down. Let's both do that so they can take it all.
A Okay.
THE COURT: Well, I think Ms. Christina will let you
10:33:51 know when she's having any problems, right, Ms. Christina?
THE COURT REPORTER: Yes.
MR. DAVIS: I'm trying to keep anybody from being mad at me this morning.
THE COURT: I don't know how it is for you, but for
10:34:01 me, that would be a tall order.

BY MR. DAVIS:
Q Congressman, have you ever been a member of the Alabama Legislature?
A I have.
10:34:10 Q Where did you serve, and approximately what years?
A I represented Senate District 32, which was Baldwin County, but not all of Baldwin County. I represented part of it. I was elected in November of 2002. And under Alabama law, you take your seat the moment the general election is decided.
10:34:29 And I served there until I resigned in May of 2007 to become the chancellor of post-secondary education for the state of Alabama.
Q And how long did you serve as chancellor of the two-year college system?
10:34:44 A Almost precisely two years, maybe a little bit over.
Q And you said you have been a member of the state board of education?
A I have; for eight years.
Q Is that an elected position?
10:34:52 A It is.
Q Do you serve by districts?
A We did, and they still do.
Q Where was your district located in the state of Alabama?
A It was District 1, so it was the southern part of the
10:35:04 state, southwestern part of the state. It was all of Mobile,

Baldwin, and Escambia counties.
Q Okay. I would like you to look, Congressman, at Plaintiffs' Exhibit 15. You have a hard copy, and there's a picture on the screen. And I represent to you that this is
10:35:21 Alabama's 2011 congressional district plan, so you see there the boundaries of the districts as they are at present.
Could you describe your district for the Court, particularly focusing on any ways that in your opinion this area within District 1 is bound together in part of a community
10:35:40 of interest?
A So as you can see here, it is all of Mobile County, which is the urban or metropolitan county; all of Baldwin County, which is the fastest growing county in the state of Alabama; all of Escambia County; all of Monroe County; all of Washington
10:35:56 County; and a portion of Clarke County that primarily includes parts of the city of Jackson and the city of Grove Hill.
What you can't see here there are two large river systems that go through the center of that district and empty out into Mobile Bay. And what you also can't see here are some U.S.
10:36:16 highways that connect these counties primarily from the northern part of the district to the southern part of the district which people use to get to work.
There's a lot of people in Washington, Clarke, and Escambia that work in either Mobile or Baldwin County. They go
10:36:34 there to shop, or they go there for their hospital, or they go

there for entertainment.
So the way it's aligned is that the people in those four counties outside of Mobile and Baldwin travel into and out of Mobile and Baldwin. I won't say all of them do, but a good
10:36:49 many of them do.
Q Where do people who live in the first district get their news, their media?
A They get it from the television -- local television stations in Mobile. They get it from the *Mobile Press*
10:37:02 *Register*. They get it from some radio stations that are primarily centered in Mobile. And to some extent, they get it from the local weekly newspapers and local radio stations.
Q Okay. Where would a person in, say, Washington, Monroe, and Escambia County go for major hospital care?
10:37:18 A They would go into Mobile. You have the University of South Alabama Medical Center, Mobile Infirmary, Springhill Infirmary, and Providence Hospital. Those are the four large hospitals in my district.
So it's not unusual at all to see people from one of those
10:37:32 four counties who either they or people in their family are having to either stay in their hospitals or go there for outpatient care.
Q Are there any major four-year universities located within the present first district?
10:37:45 A There are. There's the University of South Alabama, a

669

regional public university that has over 15,000 students in Mobile. There's also Springhill College, a smaller private Jesuit college in the city of Mobile. And just outside of Mobile in Mobile County, there's the University of Mobile.

Q And would a lot of students from those universities that you mentioned come from Washington, Monroe, Escambia, and Baldwin counties?

A Yes. Most of the students in those four rural counties, if they're going to a public four-year college or even private four-year college, most of them are coming into Mobile to go to one of those three colleges.

Q Let's talk about some of the employers in the region. Well, first off, there's a major port in Mobile, is there not?

A Yes, sir. The Port of Mobile is one of the fastest growing ports in the United States of America. It's really the reason Mobile's there to begin with.

It started out as a French trading post. But during the boom years in the 19th century, there was a lot of product that was being moved from the interior of the state of Alabama through the Port of Mobile and out to ports in Europe. It was mainly cotton, but it was also timber products, et cetera.

So the connections of those counties north of Mobile to Mobile literally go back centuries.

Q You sometimes see major industries located along river system. Are there any major industries located along the

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

670

rivers that flow into Mobile Bay?

A Yes, sir. If you go up on the eastern part of Mobile County into Washington County, at the end of that part of my district that's Clarke County, you have U.S. 43. And along U.S. 43, you have a number of steel plants, chemical plants, a power generating plant for Alabama Power Company, and some other manufacturing concerns.

Q And you've said that a lot of people from these outlying counties come into Mobile County to work. What are some of the major employers in the Mobile area?

A The largest single private sector employer is Austal shipyard that's located on the water front in Mobile. It employs 4,000 direct employees and about another 1,000 contract employees.

Then you have Airbus, which has not only an assembly line there for the A320 and soon the A220. They have an engineering facility there. And out there by the Mobile Airport an actual facility that services the military.

You have, as I said, three steel mills there in Mobile County, a number of chemical companies.

The University of South Alabama is a major employer.

The Mitchell Cancer Center is there, as is the University of South Alabama Medical Center, another major employer.

And then, of course, the Port of Mobile and interests related to the port are major employers.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

671

One of the fastest growing employers is now, however, is over in the southern part of Baldwin County where we have this major tourism industry. We have a number of people coming from the rural counties to go down to work in whatever the retail or other things that are related to the tourism industry in south Baldwin County, which is also fast growing.

Q You mentioned tourism. Does the fact that the first district is located on the coast, is that something that binds this region together?

A Oh, yeah. Very much so. It almost doesn't matter where you live in my district, you've got some connection to the water. It may be because you like to fish. It may be because you like to eat seafood. It may be you just like being there near the water and seeing it and enjoying it.

So we have -- in that whole area in southwest Alabama, we've always recognized Mobile Bay and the waters that flow into and around Mobile Bay as a part of who we are.

Q Is there a strong seafood industry in the first district?

A There is indeed. In south Mobile County and south Baldwin County, there is a very strong long-term seafood industry.

A number of people are employed in various parts of that industry. As I say, a lot of people like to come down there and buy their seafood directly because it's fresh and you've got a reasonable price on it.

Q Back to some of the industry we're discussing. Is there

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

672

any industry upriver that uses the port system to ship its product?

A Virtually all of them do both in and out. Sometimes with the chemical companies they have other things -- substances are coming from other places that is brought into their facility. They do whatever their process is to turn it into something else, and then it goes right back out again.

So it's not unusual -- and same is true for the steel companies and for some of the other manufacturing concerns. For example, the -- for Airbus, you have a number of parts and large parts of the jet that come in by barge or large ocean going ship and they go to a special port there, and then they are trucked back over to the Airbus facility.

So the port is critically important to the manufacturing concerns all over my district.

Q Would it be fair to say, Congressman, that the health of the economies of the entirety of your first district is linked to the health of the port system?

A Very much so.

Q And other industries, such as Airbus and the shipyard?

A Very much so. I don't know that a lot of those industries would be there but for the port. In fact, I think they wouldn't be there but for the port.

Q And the port doesn't just benefit the economy of Mobile County. Would it also benefit the economy of Washington,

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

3 of 89 sheets Page 669 to 672 of 866 11/15/2019 04:51:31 PM

673

Monroe, Escambia, and Clarke counties?

A The port benefits those counties and virtually every county in the state of Alabama.

Q Sure. Well, that's a good point. Does the economic health of the first district benefit the entirety of the state?

A Very definitely. Most of the tourism, the tourist tax revenue for the state of Alabama comes from Baldwin County, for example. A lot of the things that are flowing into our automobile plants, the parts, et cetera, flow through the Port of Mobile.

The Port of Mobile is presently constructing a facility where they can actually take automobiles out of that port and ship to other places. So the port of Mobile is a big part of the economic development of the state of Alabama.

Q But you would agree that there's a strong direct link to these people in Washington, Monroe, Escambia, Clarke, Baldwin counties who go into Mobile County to get their paycheck?

A Absolutely. You have a large number of people who drive in from those counties into Mobile, maybe to a lesser extent Baldwin County for their work. As I say, they may be going there for their health care. They may be going there to shop. And they may be going there for just pure entertainment purposes. It's sort of the center right there for those things for southwest Alabama.

Q Let's talk about the social and cultural life of the first

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

674

district. What are some things socially and culturally that bind that region together?

A Well, the biggest is Mardi Gras. We like to tell the people in New Orleans that we have the first Mardi Gras. They don't like that, but it's the truth. And that Mardi Gras has always bound that area together. And in some of the towns outside of Mobile County, they've actually started their own little Mardi Gras parades there that are very fun to go to.

I think everybody understands that's kind of a way of expressing our joy of life. We like to have fun. We like to eat. We like to go to parades. We like to spend time with one another.

Our Mardi Gras is very family oriented. You have families who for generations have been coming into Mobile for Mardi Gras so they can partake of that.

THE COURT: And moon pies.

THE WITNESS: And moon pies.

THE COURT: You can't forget the Mobile moon pies.

THE WITNESS: Very good microwaved with some ice cream on top of it.

THE COURT: I haven't it that way. I will have to see.

BY MR. DAVIS:

Q Are you aware of any counties outside of the first district that celebrate Mardi Gras?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

675

A There are some in Mississippi and some in Florida. But I'm not aware of any others in Alabama.

Q Okay. I meant to limit my question to Alabama counties. So thank you for being more specific.

What about the demographics of the first district? Is this a diverse district?

A Extremely diverse. You've got an urban center there in Mobile. You've got a major tourist destination in south Baldwin County.

As you said, we have the seafood industries in both south Mobile County and south Baldwin County. In south Mobile County a big part of that seafood industry is a southeast Asian population that immigrated there at the end of Vietnam war.

Then you move up into the northern part of the both Mobile and Baldwin counties and spreading out to the rural counties.

Timber is a big thing. We do have agriculture. Cotton and peanuts are big. Some soybean.

We have -- sort of a unique part of agricultural industry in my district is we have a lot of nurseries. Some of them small, some of them big in both Mobile and Baldwin counties.

And then you've got some tourism, a little less tourism up in the northern part of my district where people like to go hunt and fish. We've been trying to develop that.

So you've got very rural sparsely populated areas, very urban densely populated areas. You have got areas that are

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

676

well-to-do, areas that are not so well-to-do, areas that are developing, areas that are declining. It's a very diverse district.

Q So you have constituents who are Asian American?

A Yes.

Q You have constituents who are African-American?

A Yes, sir. And Hispanic.

Q And Hispanic. You've served in the state legislature. You've been elected to the board of education. You have been elected to Congress. Do you spend much of your time campaigning door to door?

A I do. That's one of the things that I enjoy doing. And I learn a lot by going door to door. I enjoy the interaction I have with the people when I do it.

Q What, if anything, have you noticed during your door-to-door campaigning about where people live in your district, particularly where people live of different races?

A Well, the populations are shifting. Families, white or black, are trying to move to the suburban areas.

So as I go through suburban areas of west Mobile city, west Mobile County, I notice a pretty good integration, increasing integration of African-American families. It's almost always families, people with children.

On the other side, you've got more and more younger people, white and black, moving into the downtown and midtown

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 673 to 676 of 866 4 of 89 sheets

677

area because that's sort of the hot, hip place to live. And so you're seeing two areas that used to be more or less segregated are beginning to integrate because the younger people want to go be downtown or near downtown.

The people with families want to be out in the suburban areas that are little more kid friendly.

Q So are you seeing the Mobile area becoming more integrated residentially --

A Yes.

Q -- over time?

A Absolutely.

Q Is there anything unique about the history of this part of Alabama?

A Well, we were founded first by the French in the early 18th century, and then had the Spanish come in for a number of years. Then the British took over for a number of years. Then the Spanish came back. Then the British came back.

And in 1710, we and some places over what is now Mississippi tried to form our own country called West Florida. And the only thing that the British and the new American Republic could agree upon was they weren't going to let us form our own country.

So ultimately the Americans took over our part of Alabama during the War of 1812. So by the time that part of the state came into the United States of America, we had this very sort

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

678

of cosmopolitan beginning.

So you have a lot of people there -- and I'm one of them who have French or Spanish forbearers. And we have that sort of culture that comes into who we are. So that's unique.

The fact that we are a port city is unique in Alabama. We have inland ports that are very important. But we're the only deep water ocean port.

And we went through a period of time during the 19th century when we were very outward looking towards the rest of the world. In fact, when they referred to Mobile in London and Paris newspapers in the 19th century, they never said Mobile, Alabama or Mobile, USA. They just said Mobile because everybody knew who it was.

In the latter part of the 19th century, we had three German language newspapers. We had a vast influx of Germans. About at the same time, we were bringing a lot of Greeks in that ended up in a place called Malbis in Baldwin County. And we found a number of people from Scandinavia and places like Czechoslovakia that were moving into the area.

So we've had this type of history of different types of nationalities, ethnicities, and even religions moving into our area. And I see a lot of that around the state of Alabama. I don't see it to the extent that I see it in my part of the state.

Q Would you agree, Congressman Byrne, that Mobile and

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

679

Baldwin County are closely connected culturally and economically?

A I have to quote Winston Churchill. Winston Churchill said that the Americans and the British were separated by a common language. And I tell people all the time Mobile and Baldwin County are separated by a common bay and river system. We're very integrated with one another.

My family actually started out in Baldwin County and migrated over the Mobile County. We have had our feet in both sides of the bay for generations. And we're not unusual.

So you've got people who have some sort of a connection on both sides of the bay. And we've found over the last 20 years that the economic development efforts of both sides of the bay have been merging.

And so we're actually doing a lot more cooperative things between the two counties. And each county sort of living off of the other in various ways.

So the cooperation between local government, local economic developers, local civic leaders on both sides of the bay is something we've worked very, very hard on. And it's paying off for us in a big way.

Q Are Mobile and Baldwin counties becoming more or less connected over time?

A Much more connected. In fact, right now we have a problem that in order to keep us connected we have got to build a new

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

680

Interstate 10 bridge across our river. We're struggling with that there's so much connection. But that's a good thing.

I think it benefits both counties. And I think it's benefited the incredible economic development efforts we have had there in the last 20 years.

Q I didn't ask you, Congressman -- what, if any, committees do you serve on in Congress?

A I'm on two. I'm on the House Armed Services Committee and on the Education and Labor Committee. When I say education and labor, it's both K-12 and higher education policy on the education side.

But on the labor side, it's my old area of law practice, which is traditional labor and then traditional employment law, Title VII, et cetera. So that committee actually lines up pretty well with what my experience was before coming to Congress.

Q Okay.

THE COURT: Wait a minute. Education and Labor are one committee?

THE WITNESS: Yes, ma'am.

THE COURT: That's an interesting combination.

THE WITNESS: Yes, ma'am. But because of my background, it sort of fits being on the state school board, being chancellor, and being a former labor and employment lawyer. So I'm always uniquely suited to be on that committee.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

5 of 89 sheets Page 677 to 680 of 866 11/15/2019 04:51:31 PM

681

I fact, I think I'm the only person in Congress that can say all that.

THE COURT: I was about to say you're probably unique in that in more ways than one.

BY MR. DAVIS:

Q What issues do you need to focus on when you represent the first district, Congressman? If your colleagues saw you coming down the hall, they say, Here comes Congressman Byrne. He probably wants to talk to me about -- what?

A Oh, well. If you asked the House leadership, they'd say, When Byrne comes down the hall, he's interested in that ship -- those ships, the fish, red snapper, and he's interested in that bridge. In fact, they can go down the line and say one, two, three.

And part of the reason for that is that I have just focused on it, focused on it, focused on it. And they know what I'm interested in and what they need to be working with me on.

That's true for most successful members of Congress. You've got to get everybody to understand this is what's important to my district, and I'm going to focus on it, and you have to focus on it with me if you want me to be cooperative.

Q So are those things important to you because they're important to your constituent in the first district?

A Absolutely.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

682

Q Are those things that Congressman Roby is known for focusing on as she represents the second district?

A Oh, yeah. She's got Fort Rucker, a major army helicopter base kind of in the center of her district. So Fort Rucker is important to her. She has Maxwell Air Force Base up there in Montgomery. Obviously very important to her. Maxwell Air Force Base does a lot of different things, but a lot of it is training and education.

She's got very important agricultural interests in her district -- cotton, peanuts, cattle primarily.

She's got a university in the center of her district, Troy University. That's a regional university that also has an international reach even having campuses in southeast Asia and China. She also has the University of Troy in Montgomery, Auburn University in Montgomery, and Alabama State University. So she's got four different universities that she works with.

There are also some other specialty businesses in her district. Great Southern Wood Preserving, which we all know as Yella Wood, is located in Abbeville in her district. It's the largest treated lumber company in the world.

And there is a plastic recycling business in Troy that's the largest in the world.

And then you have a number of defense-related businesses both around Fort Rucker and around Troy University itself, including the site where they make the Thad missile system, et

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

683

cetera.

So she's got some very important economic development, economic interests in her district, and military interest in her district that she has to focus on. And everybody in Washington knows that.

Q Well, you have the naval shipyard in the first district?

A Right.

Q And she has Fort Rucker and Fort --

A Maxwell Air Force.

Q -- Maxwell Air Force Base. So there are military interests in both districts?

A Right.

Q Are they the same?

A No. So the Armed Services Committee is broken up into subcommittees. One of those subcommittees is the Seapower Committee. It makes sense if you represent a naval shipyard to be on the Seapower Committee. If you don't represent a naval shipyard, you wouldn't necessarily want to be on the Seapower Committee.

She would be interested and was when she was on the Armed Services Committee and being on tactical land and air, which deals with things like Fort Rucker and Maxwell.

So if you were just looking at those two, they are two different areas of focus within military defense matters.

It doesn't mean that she wouldn't know anything about my

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

684

shipyard or that I don't know about her military bases. We both do, and we work with one another. But she's the leader over there, with regard to Rucker and Maxwell. I follow her lead. I'm the leader with regard to the shipyard in my area. She follows my lead, as others do.

And so we're able to separate our areas of expertise, strengthen ourselves. And by complimenting one another, Alabama actually punches above its weight. If you look at how many members we have in our seniority, we get far more for the buck than most states do.

Q Right now, looking at the current borders of the first district, do you find that this area's connected enough to make it easier for you to focus on a narrow set of issues?

A Yes, sir. I can tell you -- I meet once a year with economic developers, once a year with our superintendents of education, once a year with our higher ed leadership, once a year in various ways with local elected leadership so that -- and it's compact enough that I can do that. And then in between those yearly meetings, we stay in touch with one another.

Plus it's pretty easy to get around my district driving wise. I can get to even the furthest part of my district fairly easily. So from my perspective, that sort of compactness of the district gives me the ability to focus on the things I need to focus on and get my job done.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 681 to 684 of 866 6 of 89 sheets

685

Q Where do you have offices?

A I have one in Mobile, and I have one in Summerdale, which is on Alabama 59 just north of Foley. If you're going to the beach, you go right past my office.

THE COURT: Is that in Baldwin County?

THE WITNESS: Yes, ma'am.

BY MR. DAVIS:

Q How easy would it be to focus not just on snapper and ships and the bridge, but to also focus on timber and peanuts and army helicopters and the other things that are in the second district?

A Well, you know, if that was your job, you would do it. But there's only so many hours in the day. You only have so much staff. And when you spread yourself over that much of a geographic area with those different interests, by definition, you're going to get less attention to each of those.

So anybody who would try to represent both of those I'm sure would do the best they could, but they couldn't do it as well as if you keep these districts compact.

Q Congressman, the plaintiffs in this lawsuit have argued that Alabama should draw different districts, and they've made a series of proposals to suggest different ways that may be done. What I have put on the screen is Plaintiffs' Exhibit 61 also known as their Revised Plan 1.

Look at the first district, as is configured here on

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

686

Plaintiffs' Exhibit 61. What response do you have to this district?

A Well, I'd be living on Interstate 10 getting back and forth between the western most part of my district to the eastern most part of my district, because that's the most efficient way to get from the western part of that district to the eastern part of the district. It takes a long time to get from far west Mobile County to get to Dothan over there in the southeastern part of Houston County.

And then if you go up to Henry County where Abbeville is, you would be even further because you would have to go over Interstate 10, come up through Dothan, then go even further north. That's not to say if that was my district I wouldn't do it. Of course, I would do it. But because of the geographic distance there, I would not be able to do as much.

So in the past six years, I've done over 130 town halls in 55 different localities in my district. I would not be able to do that many town halls nor reach that many localities if that were my district.

Q Are there communities of interest that unite southwest Mobile County with Houston and Henry counties?

A I can't think of any.

Q Okay. Do they have any common industry?

A There is some agriculture in southwest Mobile County. Some of it's common to Houston County, et cetera. But some of

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

687

it's not. For example, you have got a lot of pecans in southwest Mobile County. You have a lot of watermelons there. I don't think they do over there. You have some of the nurseries there in southwest Mobile County. They don't over there. And then they don't have any seafood. In the far southern part of Mobile County, you have all those seafood interests.

So, yes, there's agriculture, but it's different agriculture. And you might not think that they're that different. But when you start looking at the federal agriculture programs and how they apply here, there's a great deal of difference.

Cattle is a very different thing than growing crops. And they have a lot of cattle over there in that part of Alabama.

Q Do people from Henry and Houston County come to Mobile to work?

A No.

Q Do a lot of industries in Henry and Houston County use ports to ship their products?

A No, sir. There is a port there in Panama City, and that's closer to them to be able to truck things. So I can't say that there aren't any. But all that I know of is being shipped from that part of the state of Alabama through the port there in Panama City.

Q Now, look at the yellow district, Exhibit 2 -- excuse

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

688

me -- District 2 here on Plaintiffs' Exhibit 61.

A Uh-huh.

Q It connects -- would you agree that it includes the more urban parts of Mobile?

A It does. It also includes some of the less-populated parts of the northern part of Mobile County, as well.

Q And then it goes to connect those areas of Mobile County with Montgomery, Macon, and Bullock County. Are there strong connections between urban Mobile and Macon, Bullock, and Montgomery counties?

A As far as I know, there are no connections.

Q Does anyone from Montgomery, Macon, or Bullock County come to Mobile to work?

A Not that I've ever known of. That'd be a pretty far commute. It would be a long commute.

Q Do they get their media from Mobile?

A No. They get their media from Montgomery.

Q Are there communities of interest that you're aware of that bind -- that bind urban Mobile County with Lowndes, Montgomery, Macon, and Bullock County?

A Not that I know of. I've never known of any sort of cross-fertilization, in terms of what we're doing economically. I've worked with people in those counties.

Q Sure.

A But not on things that have anything in common with what

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

7 of 89 sheets Page 685 to 688 of 866 11/15/2019 04:51:31 PM

we do down in the southwest Alabama.

Q Looking back at District 1, the pink district, if that were your district, where would you need to have offices?

A Certainly you would want to have an office in Dothan. You probably would try to have something either in Brewton or Andalusia, one in Mobile. But then you've got three offices, and we only have so much money in the budgets they give us to run our offices.

And so you would definitely sacrifice, in my judgment, the one in Baldwin County. And the one you had either in Brewton or Andalusia would have to be a pretty small office because you couldn't afford it any other way. It's hard to maintain more than two offices in your district under the budget we have got.

Q So District 1, as it's proposed here on Plaintiffs' Exhibit 61, would that be more difficult for you to represent than the district you presently represent?

A Far more difficult. I would try. Don't get me wrong. And I think any representative would try.

But I think the reality is it's so broad geographically, and it has such differences in their, you know, economies, et cetera, I think it would be very difficult.

Q Would District 2, as it's configured here on Plaintiffs' Exhibit 61, would it be more difficult to represent than the present District 2 that Congresswoman Roby serves?

A Absolutely. I mean, you've got to represent Montgomery

and Mobile. And Montgomery and Mobile are friends, but they are two different economies. They've got two different sets of things trying to accomplish. And trying to master what the needs are of those two distinct areas and regions would be very difficult, I would think.

Congressman Roby would throw herself at it and I think do well at it. But I think even as good as she is and as hard as she works, I think she would find it extremely difficult to represent an area that looks like that.

THE COURT: Is it fair to say that sometimes Mobile and Montgomery may be somewhat of competitors, as well as friends?

THE WITNESS: Yes, ma'am. That's not unusual, you know, when you're going after an economic development prospect. You're friends and work together on things you can. But if there's one prospect and you both want to go get them, you're competitors.

THE COURT: And isn't there a little bit of maybe sibling rivalry as to who is the largest city at what time, and things of that nature?

THE WITNESS: There's some sibling rivalry going on there, yes, ma'am. We have a close connection to the people in Montgomery. We have lots of friendships.

But let's face it. When you're trying to develop your area economically and you're competing for a new plant or

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

factory business, you know, everybody's on their own. And we're going to -- we're going to compete very hard against one another. And I think that's what's made Alabama so successful economically is we cooperate when we can. But, buddy, when it's time to, you know, to suit up and go after it, we go after it. And we've been a very successful as a state because of that.

BY MR. DAVIS:

Q Congressman, I've put on the screen now Plaintiffs' Exhibit 61, which is Plaintiffs' Revised Plan 2.

A slightly different configuration.

THE COURT: I think it's 67.

THE WITNESS: Yeah.

MR. DAVIS: I'm sorry if I misspoke. Plaintiffs' Exhibit 67.

BY MR. DAVIS:

Q Congressman, would this configuration of districts present the same concern as the Revised Plan 1 we just saw?

A It would even more so in some respects because you're going even deeper into parts of Mobile County that have very different interests.

So -- and I'm just looking at what it would take to drive from Tuskegee to -- I guess that's Fowl River in the southern part of Mobile County. That would be quite a hike.

Q If someone were running from -- wanting to represent

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

District 2, if it were drawn as it is here on Plaintiffs' Exhibit 67 -- let's say you had a candidate running in a primary from downtown Mobile and a candidate running from the Montgomery area. Do you have any sense of which candidate might have a stronger base of support?

A Yeah. The Montgomery candidate. So and think about that. That means you just hurt Mobile. If you do that district -- that district you got in Plaintiffs' Exhibit 67 hurts Mobile, everybody in Mobile.

Q Well, and then I guess you would have an election for District 1 at the same time. You could have a candidate from west Mobile County and a candidate from Dothan. You could have a candidate elected from Dothan to represent District 1, a candidate from Montgomery to represent District 2, and no one anywhere -- who was -- lives anywhere around Mobile County?

A That's right.

Q Would you not?

A That would be devastating for Mobile.

Q Would that be good -- you said it would be bad for Mobile. Would it be good for the state of Alabama?

A No. You would lose a congressman or woman who was focused on that very economically dynamic part of the state.

And I would say the same thing by the way if we were talking about Huntsville. I mean, Congressman Mo Brooks represents Huntsville. If we lost one congressperson looking

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

693

out for that incredibly dynamic economy in Huntsville, it would hurt the entire state of Alabama.

Q I'll show you now, Congressman, Plaintiffs' Exhibit 73 which is Plaintiffs' Revised Plan 3. It is a third configuration of your districts.

Would this plan present some of the same concerns as the other two we saw?

A Yes, sir. And I will add an additional concern that would be true for this one and the rest of them. One of the things we've been trying to do very hard is to not separate parts of Mobile from others. And we don't want to separate Baldwin County from Mobile. All of these start to break up Mobile, which is something we're trying to stop.

Our mayor in Mobile Sandy Stimpson, his motto is One Mobile. We start doing things like, this we're going against that. We have a group that's trying to make sure we integrate Mobile and Baldwin County together. This goes against that. So this actually hurts those efforts.

Q Would your concerns be the same or even greater if not only were Mobile divided, but if it were divided along racial lines?

A I would be even more concerned. I think dividing along racial lines is really bad.

Q And now --

THE COURT: Why do you think that is really bad,

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

694

dividing among racial lines?

THE WITNESS: Well, I think it's morally bad. But when you start to sell your area economically, the last thing an economic development prospect wants to see is that you have got division with your community, and particularly racial division.

They like seeing people who are unified, who work together, who overcome problems -- not expect you to have no problems. They want to see that you have unified efforts to overcome those problems.

And areas that have racial divisions are areas that start with a handicap in trying to attract economic development prospects.

THE COURT: Thank you.

THE WITNESS: Yes, ma'am.

BY MR. DAVIS:

Q Do you think it would promote racial unity and thus economic development and all the other benefits of racial unity if we said this part of Mobile is in a district designed to be an African-American district, and this part of Mobile is in a district designed to be a white district?

A I think it would greatly harm all of our efforts if we did that. That's why I strongly support Mayor Stimpson's motto, One Mobile.

Q Congressman, I've put on the screen now Plaintiffs'

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

695

Exhibit 40, which is Plaintiffs' Illustrative Plan 4. It's a fourth proposed configuration of districts.

Does this configuration present some of the same concerns as you had when we looked at the other plans?

A Yes, sir. And when it snakes up into Pike County, that's where Troy is. That's where Troy University is. So let me tell you about what that means.

Troy and the University of South Alabama are football rivals. So a couple of years ago, Congresswoman Roby and I went to a Troy game in Troy. She walked out on the field with the Troy team that she represents. I walked out on the field with the University of South Alabama that I represent for the coin toss. And, of course, we had a bet on the game.

Well, if I am the congressperson representing both of those districts, which team am I going to walk out on the field with? If I'm a smart congressman, I am not going to walk out on that field.

Now, that may seem like a little thing. But by doing that you're communicating, if you're Martha Roby, to the people that are in Troy and live around Troy, and big Troy supporters who you are and how you're going to support that university. Same for me. Spreading yourself out like that is probably not a good idea.

Q Are you suggesting that Alabamians are interested in college football?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

696

A Yes, sir. I think Alabamians are interested in college football.

We have the President of the United States coming to Tuscaloosa Saturday, game day for ESPN, and the Number 1 team is playing the Number 2 team. I think we're interested in college football.

Q Now, as you mentioned, Congressman, you've served on the state board of education, correct?

A Yes, sir.

Q I've put on the screen now Plaintiffs' Exhibit 4 which I'll represent to you is a map of the present state board of education districts.

How many districts are in the state board of education map?

A There are eight.

Q Was this the configuration of districts when you served on the state board of education?

A It was not.

Q Okay. Your District 1, then, looked different from this District 1?

A Very different.

Q How did your District 1 look?

A It was all of Mobile County. So it was no part of like this finger comes down from District 5. It was all of Baldwin, all of Escambia which is the same here. But I did not have

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

9 of 89 sheets Page 693 to 696 of 866 11/15/2019 04:51:31 PM

697

Conecuh, Butler, Crenshaw, or Covington.

Q Who represented District 5 when you served on the state board of education?

A My first six years it was Dr. Willie Paul. And then the 11:14:24 last two years I was on there, it was Ms. Ella Bell, who passed away earlier this week.

Q Did only people from your district call you with any state board of education business?

A No. People in Washington County and Monroe County either 11:14:40 got confused about whether I was their school board member or because I was so close by wanted me to come up there and do things with them. So it was not unusual for me to get a call from a school or a school system or education advocate saying, would you come up and meet with us?

11:14:56 And I would always call the board member from that district and say, Look, I got this phone call. I want to go up there and be helpful to them. But it's your district, and I am not going to go in your district. And without fail, they would say, No, I appreciate your doing it because it's hard for me to 11:15:10 get down there. So thank you for going up and doing that.

So even though they weren't my constituent on the school board, I would go up and have meetings and do things and then transmit whatever I learned about that to Dr. Paul or Ms. Bell when I saw them next.

11:15:22 Q Congressman, do you support a state board of education

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

698

plan that divides Mobile County in this way?

A No. And I was pretty outspoken about it.

Mobile County -- the Mobile County school system is the largest school system in the state. It's gone through some 11:15:41 difficult times. But it's has made some real strides recently because of substantial efforts that the leadership within the system and people in the system had been making. Montgomery County schools, as you probably know, have had a lot of problems recently and are really struggling.

11:15:57 It would be very difficult to be a state school board member representing two such large urban districts that have issues, but different issues. In addition to which, you're going to have a lot of these rural areas. You are going to have those rural areas or some rural areas no matter which one 11:16:14 you have.

But to have both urban areas, I think one of us is going to get the short end of the stick. And because -- I'm not taking anything away from anybody involved with this -- because the primary focus of that district is Montgomery, it's going to 11:16:30 the Mobile County school system.

Q Hypothetically, even if everyone in the room thought this was a great way to configure the state board of education districts, does that mean it would be a good way to configure congressional districts?

11:16:43 A No. Being a congressman and being a state school board

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

699

member, I am one and I was the other. They are two completely different things. It is far, far, far more involved to be a congressman.

When you're in the state school board, you have got a 11:16:57 relatively narrow range of issues that you're focusing on. When you're a congressman, you're focusing on an incredibly broad array of issues; everything from foreign and military policy to health policy, et cetera.

And to be able to deal with that in all of its local 11:17:13 manifestations, and there are local manifestations to all of these issues. To try to cover something of that breadth in two different distinct metro areas, I think would be extremely difficult.

Q Okay. Well, I don't want to suggest that communities of 11:17:28 interest are not important when you're drawing board of education districts. But would you agree that if you have districts that break up communities of interest for a board of education plan, that that doesn't present as many problems as if you break up communities of interest for a congressional 11:17:46 district?

A Oh, yeah, I agree with that. But I still don't like this state school board configuration. I have been very vocal about that.

Q Now, you said you hold -- I'm going to put the present 11:17:59 districts back up.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

700

A Okay.

THE COURT: Just for the record -- Plaintiffs' 15?

MR. DAVIS: Plaintiffs' 15.

THE COURT: Thank you.

11:18:11 BY MR. DAVIS:

Q You said you hold town hall meetings in your district?

A Yes, sir.

Q Where?

A Everywhere. I have had over 130 town hall meetings in 11:18:22 six years across 55 different communities. I don't just have them in Mobile. I just don't have them in Baldwin County. I have them everywhere. And so we've been to the tiniest places you can imagine because I think those people deserve to see their congressman too.

11:18:39 Q Do you hold town hall meetings in precinct that maybe you didn't carry in the election?

A Yes. I've done that many times.

Q Do you hold precincts in communities that have a large African-American population?

11:18:51 A Yeah. Of those 55 different communities, not quite half of them are majority African-American and have African-American mayors, et cetera. So there are local officials there that are African-American.

Q Do you have a sense of how many town hall meetings you may 11:19:10 have held in areas with a strong African-American presence?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 697 to 700 of 866 10 of 89 sheets

701

A Well, if I have had 130 across 55 different communities, it's probably at least 50, maybe more. And there are multiple ones in different ones, too.

So Mobile, for example, I've had town halls in different parts of Mobile, the eastern half and the western half, all over. There's an African-American community up in the northern part of Mobile County called Mount Vernon, another Pritchard. I've been to Pritchard a number of times at their request.

So we try to spread it around as much as we can. And we always respond to requests. For example, if a community says, We want you to come back, we come back.

So we've been to Grove Hill. I think this is my -- I was over there the other day. I think I've been there six times in six years.

So we try to be as responsive to the people in these areas as we can.

We actually had a CBS news crew -- morning news crew come down with us a year and half ago. They followed us for an entire day. And I was real proud of that. And at the end of the day, the news crew turned to me and said, These were some of the nicest people we've ever met -- even people that disagreed with you. And there were people that disagreed with me in my town halls. They were so nice. I said, That's how we roll down here in southwest Alabama.

Q When you have a town hall meeting, do you call only on

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

702

people who you think will give you a friendly question?

A I wish I had that clairvoyance, but I don't. The way I run my town halls is this: We gather -- whoever the host is welcomes everybody and we usually have a pledge, or something like that. Then I get up and say, Look, I am not going to give you a speech. I'm just going to take your questions and comments. I only have one rule and that's we respect one another. And I say, Who wants to start us off? And people raise their hands.

Now, most of the people, the vast majority of the people in those rooms, I don't know who they are. And I have no idea what questions I'm going to get. I've had national news reporters with me, and I've warned them, I have no idea what they're going to ask me. So when I call on somebody, I literally don't know what they're going to ask or say.

And I try to -- I pick, but I try to bounce around the room. And I try not to go back to the same person more than once. Although sometimes you do that because nobody else is asking questions.

And so I try to call on as much of a diverse array of people in that room as I can. And we get some very diverse array of comments and questions. And like I say, sometimes people agree with me, and sometimes they do not.

Q Do you want to hear the concerns and points of view of people who don't agree with you?

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

703

A Absolutely. I tell people all the time at the end that you don't get to do this in the People's Republic of China or Iran. And the great thing about America is that we get to have that sort of interchange between the government and the people, and that government has to hear even things that's not, you know, with what I think is the right policy option.

But I think that's valuable to me to do that. And that's why I do it. And I do a lot more than most people in Congress do.

Q Do you run for office under the manner of any particular political party?

A Yeah. I'm a Republican.

Q Do you consider yourself to represent constituents even if they're members of a different political party?

A Of course. When you run in an election as a Republican or Democrat, when the election is over, you have a job to do. And your job is to represent the entirety of your district. All 700-plus thousand people, your job is to represent them.

So, you know, but most of the time when you have contact with people, it's not over some grand issue. It's because they have a problem with the VA, or social security, or whatever. And my job is to be their congressman. And we work very hard on doing things for them.

So probably the number one thing that I interact with my constituents about are problems they have with the VA, whether

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

704

they're African-American, white, or anything. And so that's what they want out of their congressman is somebody that's going to take those sorts of things seriously. And when they have a policy position, they want us to listen to them. They're not always expecting me to agree with them. But at least they want me to listen to them, and I try do that.

Q Is there anything, Congressman, that you have worked on and fought for during your service that you're particularly proud of that may have had a special benefit towards the African-American communities?

A Yeah. There are two.

Q What's that?

A I am the -- there are two of us. There are two cochairs for the historically Black College and University Caucus in the United States House of Representatives.

The other cochair is Alma Adams, a Democrat from North Carolina. And she and I over the last three or four years -- and I'm going to give her more credit than me because she has been great at this --- have grown that caucus into a fairly large caucus in the House. We've been able to pass some legislation that I think is important.

Equally important, is we've been bringing people in from the private sector who have not interacted with HBCUs. To get people -- major companies, et cetera to try to understand what an HBCU is, the importance of their mission, their students, so

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11 of 89 sheets Page 701 to 704 of 866 11/15/2019 04:51:31 PM

705

they're paying more attention to their students. And that has been a great joy for me.

I was able to put an amendment on a bill that came through the House education committee -- education labor committee last week that spread out and added to some programatic offerings that HBCUs could have under some federal programs. Because of that, I received the Thurgood Marshall College award. The Thurgood Marshall fund works with HBCUs, African-Americans students to try to provide them more opportunity. And I was very proud they gave me that award.

The second is that I work with community health centers. Now, community health centers are not focused just in African-American communities. But at least in my district, there are a lot of community health centers in hard to reach, underserved areas that are predominantly African-American.

So I've been one of the leaders in Congress in trying to provide more authority and more resources to these community health centers because I think they do the best job of anybody I've seen of getting health care to people who really need them, can't afford it, and probably wouldn't access it any other way. And I received an award for that, as well.

So if I think of the top two things, I would think about those. But as I said earlier, the day in and day out stuff I do for individual constituents, a lot of whom are African-Americans whether they're working with VA or social

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

706

security, that is so important. And we try to do all of that as best we possibly can for everybody who calls into my office or comes and asks for our help.

Q Do you campaign in African-American neighborhoods?

A I do.

Q Do you seek support in your elections from people of all races in your district?

A Of course. I mean, I would like to win 100 percent of the vote. I know I'm not. And, frankly, I know certain areas that are not likely to vote for a Republican. But I try to go there and campaign because I still believe that they need to see me campaigning. And I'm still going to fight for their vote right down to the end.

Q Speaking of health care, when you spoke to the community health centers, Congressman, one of your constituents testified in this case, and she disagreed with your vote on a bill that would have repealed the Affordable Care Act.

A Uh-huh.

Q Why did you vote to repeal the Affordable Care Act?

A So I represent everybody in my district. And I listen to everybody. The vast, vast, vast majority of the people in my district who have expressed themselves to me are adamantly opposed to the Affordable Care Act and want it repealed and replaced.

When I ran in my special election the fall of 2013, that

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

707

was the precise point in time that the way that law worked, that health insurance companies were sending out notices to people to tell them that their health insurance plan was being canceled.

So I distinctly remember being at a football game in Citronelle High School. This would have been in October, September, October of 2013. And I'm passing out my fliers.

And word got around that somebody that was running for Congress was there. And people went out to their cars to get the notices they had just received to show me the notices that said, We have canceled your health plan. And they were outraged. Some of them were crying. And that continued after I went into office.

So to represent my constituents, yes, I voted to repeal and replace the Affordable Care Act because I didn't know want to just repeal it. I wanted something in its place that would try to meet the same needs as the intent of the Affordable Care Act in a way that made more sense for my constituents and I think for most people in the United States of America.

And the people in my district have strongly supported me in doing that.

Q Was your position on that bill based at all on race?

A No. I've had African-Americans come up to me and complain about the Affordable Care Act.

Q Congressman, this same constituent disagreed with your

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

708

vote on a bill concerning the First Step Act.

A Yeah.

Q What position did you take on that bill?

A I voted against it.

Q Why?

A There was some things in that bill that I liked. When I ran the two-year college system in Alabama, we did the education and workforce training inside Alabama state penitentiaries. And so I saw the benefit of some of the things they were trying to do in there.

But I was concerned the bill went too far in providing some leniency to people who were involved in significant drug trades and people involved in violent crime. And I didn't think I would be representing my constituency, who by the way, strongly supported me in that if I had voted for that bill.

Every congressman has to go through that calculus when you vote for a bill because you are always going to have people in your district that will disagree. That's okay. But where are the vast majority of my constituents? On that bill, I knew exactly where they were, and I voted that way.

Q Is your decision to run as a member of the Republican party based on race?

A No.

Q Why do you run as a member of the Republican party?

A I have a fundamental belief that the most important thing

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 705 to 708 of 866 12 of 89 sheets

709

in America are the people, not the government. And when I look at the philosophy of the Democratic party, it's about the government, not about the people.

When I look the philosophy of the Republican party, it's let's keep the government smaller, less invasive, so people can decide things for themselves, whether it's health care or whatever. So the basic philosophy of the Republican party is not just more in keeping with my personal philosophy. It's more with keeping with the vast majority of my constituents.

That's not to say that I don't understand and respect the policy positions and the philosophy of the Democratic party. I do. I work with Democrats a lot in the House. If you are going to be successful, you have to do that.

But in America, there are two political parties. And the Republican party more closely lines up with my beliefs and the beliefs of my constituents. The Democratic party does not.

Q Do you have friendships with people who run as Democrats?

A Absolutely. I have lots of friendships with Democrats. And one of the most rewarding parts of my experience in Congress is not only to develop those relationships on a personal basis, but to turn them into legislation. I will give you an example.

A few years ago, you recall the "Me Too" movement got started. And, you know, you found out these horrible things that were going on in the entertainment industry, journalism,

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

710

United States Congress too. And I found out to my shock that the same processes that the private sector is subject to under Title VII of the 1964 Act are not the same that are applicable to Congress. In fact, Congress was running a taxpayer funded slush fund to pay off sexual harassment claims. As a former labor and employment attorney who represented these small to medium-sized businesses insisting they follow that, I was outraged that Congress wasn't.

Well, I wasn't the only one. There was a woman from California named Jackie Speier, a very liberal Democrat, who has been an outspoken visionary, I would say, about that issue. And when she and I found out that we shared that view, she and I partnered on the piece of legislation that brought Congress through the "Me Too" era into where we have to comply with the same rules as everybody else, did away with the slush funds. That piece of legislation passed the House unanimously, the Senate unanimously, and it's a law today. And I'm proud of that.

And Jackie Speier, who loves to tell the story about the far-left Democrat from the California and the conservative Republican from Alabama working together on a piece of legislation that was morally right.

Q Congressman, I know you're busy representing the first district and all of your other obligations. Why are you interested enough in these district lines to take time out of

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

711

your schedule to come talk to the Court today?

A Because I know how important this is both as a constituent having dealt with congressional offices, but also as a member of Congress. If we get it wrong, it destroys the ability of our Congressmen to represent us, a Congresswoman to represent us, and destroys our ability to work together in the different regions of the state to continue to move our state forward.

I think it's extremely important to get the districts right. And if you make districts based upon race, you're making them wrong. Because at fundamental, people are people are people are people, and we need to be serving the people. And to let an artificial construct like race become the defining characteristic for our congressional districts, it's not only economically antithetical to our interest, I think it's morally reprehensible.

Q And do you believe even if everyone in Alabama were of the same race that the districts that the plaintiffs propose would be harmful to the economic interest of Mobile?

A Yeah. You know, I've been spending a lot of time in Huntsville recently. I love Huntsville. Great place. But the economic, social interests, et cetera of Huntsville and Tennessee Valley are very different from my part of the state. If you don't believe me, you go up there. They'll tell you that.

So part of the job of a congressman is to make sure that

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

712

you're representing those differences that you're focusing on. That doesn't mean that I'm going to fight with Mo Brooks about what he is trying to do up there. To the contrary. Mo will define for us, Here are the things that are important in my district. Please help me, and I will do that.

Now, if you are a statewide official, if you're a governor or a senator, you have to look at the statewide interests. That's your job. When you're a congressman, your focus has to be on your district, and you have to know the different parts of the state are not better or worse. They're just different from one another.

I don't have a Redstone Arsenal in my district. But if I did, I would be as focused on that as Mo Brooks was. And I hope that we'll continue to have congress people that understand that that's our job.

Q Congressman, there was testimony earlier in this case. A witness had brought a group to Washington, D.C. requesting a meeting. She thought that it may have been with your office, but she wasn't sure. And the testimony was that whichever congressman it was declined that meeting and, in fact, made the group wait out in the hallway when they showed up.

If a constituent or someone from Alabama requested a meeting from you, would you try to accommodate that?

A Always.

Q Is that true regardless of race?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

13 of 89 sheets Page 709 to 712 of 866 11/15/2019 04:51:31 PM

713

A Of course.
Q Is that true regardless of party affiliation?
A Of course. Because I don't always know the party affiliation. Most of the time I don't.
11:35:15 Q Would you ever turn down such a meeting and make a group wait in the hall if they came to see you?
A No, sir. And if I found out my staff did it, I would fire them.
MR. DAVIS: May I confer, Your Honor?
11:35:27 THE COURT: Yes, you may.
MR. DAVIS: Your Honor, I pass the witness.
THE COURT: Who's going to do cross-examination?
MR. SPIVA: That would be me, Your Honor.
THE COURT: Okay.
11:35:39 CROSS-EXAMINATION
BY MR. SPIVA:
Q Good morning, Congressman Byrne. We met in the Rayburn building in Washington, D.C. this morning at your deposition. And we appreciated getting some of your time at that point.
11:35:54 It's good to see you again this morning.
A Good to see you.
Q Let me start with one of the things you talked about on direct examination, Congressman Byrne.
You mentioned the mayor -- or the current mayor of the
11:36:06 city of Mobile, Mr. Sandy Stimpson and his One Mobile pledge.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

714

Do you think that's been accomplished in the city of Mobile?
A I think they made dramatic progress.
Q And, of course, you're aware that Mr. Stimpson defeated twice the first elected African-American mayor of the city of
11:36:31 Mobile?
A Yeah. Sam Jones, who I supported in his first runs for office.
Q And do you know what the racial breakdown was in the vote in the city of Mobile?
11:36:43 A I have no idea.
Q Would you be surprised that Mr. Stimpson in the last election in 2017 received only 10 percent of the black vote?
A I wouldn't be surprised or not surprised. I just don't know enough about the election returns to be able to respond to
11:37:01 it.
Q And in certain predominantly white areas of the city of Mobile, Mr. Stimpson received upwards of 90 percent of the white vote. Are you aware of that?
A I'm not. I don't know how you break it down that way
11:37:14 because the city's becoming so integrated. So I don't know how you would be able to tell which was a white vote, which was a black vote.
Q And I mean -- well, if that's the case, would that -- would that suggest to you that -- that the city has really
11:37:32 moved that far towards the admittedly ideal of one -- One

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

715

Mobile?
A No. That would tell me the person that made that analysis doesn't know what they're talking about.
Q So if either polling organizations or political scientists
11:37:50 had done an analysis and shown that that was the breakdown of the vote, that would be your response?
A I'm sorry I'm laughing. But I have seen so many polls that say so many different things. The thing I've learned about polls is that how you draw your sample, how you ask your
11:38:07 question has a great determining factor on what the outcome is. And I have seen so many bad polls that until I see all the underlying things in the poll, I tend not to believe it.
As you may know, I am running for U.S. Senate right now. I have seen so many different polls that show so many people
11:38:23 are winning or losing the race that it's just a joke. So I haven't seen these polls.
But I know how Mobile has been integrating, and I don't know how you can seriously determine how many people in this precinct or how many people in that precinct were white or
11:38:39 black and voted for Sandy Stimpson or voted against Sandy Stimpson. I don't know how you know that.
Q So moving to a slightly different topic. You had mentioned some of the integration that was going on and how united Baldwin and Mobile is. Are you aware that some of your
11:38:57 constituents view Baldwin County as a sundown county?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

716

A I'm sorry. I don't know what a sundown county is.
Q A county where it's not safe for black people to go after sundown?
A I've never heard of that before. But I see
11:39:11 African-Americans after sundown all over Baldwin County doing all sorts of things -- working, going to school activities, participating in, you know, various entertainment and social events. So anybody that feels that way doesn't know Baldwin County.
11:39:25 Q So if a constituent of yours testified in court under oath that she feels uncomfortable and has been harassed in Baldwin County after sundown, you would question whether that constituent --
A No, no, no. I'm not going to question somebody's
11:39:42 individual experience. I wasn't there with them, so I don't know whether it was or wasn't. But I would say that is certainly not a practice. And if anybody's done that in Baldwin County, they would be going against the great weight of what our public opinion is about what's appropriate and what's
11:39:55 not.
I guarantee if you go to any of the high school football stadiums in Baldwin County this Friday night that are playing playoff games, you will see black and white cheering for their
11:40:10 teams. And if they're on the same team, they're cheering together.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 713 to 716 of 866 14 of 89 sheets

Q That's great. Would you agree, though, it's sometimes difficult for a member of the majority to really know the fears and tribulations of members of the minority?
A No, I don't agree with that. I think it's true that it's very difficult for any one human being to know exactly what's going inside the life and head of another human being. But I would not make a generalization based upon race like you just did.
Q You don't know precisely the demographics of your district; is that fair?
A Well, I don't know what you mean by precisely, but I can't give you precise percentages, no.
Q Do you know what percentage African-American Mobile County is?
A No. I think you asked me that in my deposition. I don't remember what it is.
Q Okay. And you don't know what percentage African-American Mobile city is, either?
A No, I don't. It doesn't matter to me.
Q But you do know that there is a substantial black population in Mobile County?
A Oh, certainly, yeah.
Q And there's also a substantial black population in the city of Mobile?
A Certainly.

Q And in the city of Pritchard?
A Yeah.
Q And you don't know whether the vast majority of African-Americans in your district have voted for your opponent in your past elections?
A Well, I'm told that. One time when I did a town hall in the city of Pritchard, the local newspaper reported on it and said how extraordinary it was that I did a town hall in there when I got seven votes out of the city of Pritchard. But it didn't matter to me that I only got seven votes in the city of Pritchard. The people of Pritchard wanted me to be there, and I'm going to be there.
Q That's not something you pay close attention to whether you were the candidate of choice of African-Americans?
A I really don't.
Q You don't know the current president of the Alabama state conference of the NAACP, do you?
A No.
Q And I take it from that you haven't met with the president of the state conference of the NAACP since you have been a congressman?
A Never had a request for a meeting with that person.
Q And you've never met as a group with representatives of the state NAACP; is that fair?
A Well, I think we talked about this in my deposition. I

don't whether I have or haven't because people don't always identify what groups they're with when they come to see me. So I may have without knowing about it. But no one came into my office and said We're with this group. So what we do when groups meet --
Q Let me clarify the question. Maybe I can ask a better question than I asked in the deposition.
A Right.
Q You have never officially met with representatives of the state of Alabama NAACP; is that fair?
A Well, I may have and I didn't know it. They may have not identified themselves as such.
And what I was getting ready to say is this: Is that we respond to requests from groups to come see me. If they make a request -- you heard what I said earlier. We accommodate them.
To my knowledge, we've never had a request by that group to some see me. If they have, I would have said, Fine, come see me.
Q Just so the record is clear, I mean, whether it was pursuant to a request, by you or by them, you've never had a meeting with a delegation from the state NAACP where they announced to that they were from the NAACP?
A Not -- not identified as such.
Q Okay. And I take it the same is true of the local NAACP, say the Mobile County NAACP or the city of Mobile NAACP?

A They've never requested a meeting with me.
Q Okay. And you haven't met with them?
A Because they've never requested one.
Q And you have never requested one of them either?
A Well, I don't normally requests meetings of other people. They normally request meetings with me. That's the way it works.
Q Sure. I can understand that.
Have you ever heard of the Black Women's Round Table?
A I'm sorry. The what?
Q The Black Women's Round Table?
A I have not heard of it.
Q I take it from that you have never personally met, again, with people who announced themselves as being from the Black Women's Round Table?
A They've never requested a meeting with me.
Q And have you heard of the National Coalition of Black Civic Participation?
A No.
Q And I take it the same; you have never had a meeting with them?
A They've never requested a meeting with me.
Q And have you met with a delegation from the national or from the Alabama Urban League?
A They've never requested a meeting with me.

721

Q Have you ever had a meeting with the national or the Alabama Chapter of the Southern Christian Leadership Conference?
A They've never asked for a meeting with me.
11:44:32 Q You have a sizeable and growing Hispanic population in your district, do you not?
A Well, sizeable might be a little exaggerated. I do have a Hispanic population. It has expanded some and also contracted some during the recession.
11:44:49 Q Okay. But you have a growing Hispanic population in your district; is that fair?
A Growing some, but not very fast.
Q Have you ever had a meeting with the League of United Latin American Citizens?
11:45:02 A I'm not familiar with them.
Q Ever heard of an organization LULAC? That's sometimes the acronym for that organization.
A No, sir.
Q And do you currently live in the city of Mobile,
11:45:20 Congressman?
A No.
Q You live in Baldwin County?
A I do.
Q And do you believe that as a congressman that you are in a
11:45:29 position to help residents of Alabama on issues of education,

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

722

for instance?
A Of course.
Q Criminal justice?
A Of course.
11:45:36 Q Health care?
A Of course.
Q Affordable housing?
A Of course.
Q Employment opportunities?
11:45:43 A Sure.
Q And you would agree with me that you have responsibilities to your constituency, with regard to those types of issues?
A I have responsibility to my constituents regarding a wide variety of issues. Those would be among them.
11:45:59 Q Okay. And you would agree with me, wouldn't you, Congressman Byrne, that a disproportionate number of African-American children are going to some of the worse schools in Alabama and in your district?
A Yes. I think it's one of the biggest problems facing the
11:46:15 state of Alabama. It's something I've tried to do something about starting back with my state school board service.
I think we have really missed a tremendous opportunity to move Alabama forward by consigning African-American children because of where they live to perennially failing schools.
11:46:35 That's one of the reasons why I have been such an advocate of

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

723

charter schools, to give the parents of those children a chance to send their children to high performing schools.
I think it's the great civil rights issue of our time that we find a way to get better education to all children, but
11:46:48 particularly to African-American children who have been forced into schools that continue to fail.
Q Congressman, thank you for that.
Let me ask you about a couple of other issues along the same lines. You don't know whether the average income level of
11:47:05 blacks in your district is lower than the average income of whites in your district, do you?
A Yeah. I think you asked me in this deposition. I don't know.
Q Okay. And you don't know whether African-Americans on
11:47:14 average in your district have lower health care outcomes or greater health care needs than whites on average in your district?
A I don't know.
Q And you, as I think you discussed on direct, you voted to
11:47:25 repeal the Affordable Care Act?
A Repeal and replace it with a different program.
Q Okay.
A That I thought would work better for my people.
Q Okay. Fair enough.
11:47:34 But you don't know whether the majority of the

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

724

African-Americans in your district were against the repeal of the Affordable Care Act?
A I had very few people white or black come up to me and speak to me that they were in favor of the Affordable Care Act.
11:47:48 I had a large number of people, African-American and white, who were opposed to the Affordable Care Act.
Q You've never, for instance, seen any polling that suggests that African-Americans in your district were for the repeal of the Affordable Care Act?
11:48:00 A No.
Q And you haven't seen any polling data, I take it, whether blacks either in Alabama or nationwide support the repeal of the Affordable Care Act?
A I don't think I have, no. If I did, I don't remember.
11:48:13 Q And you are against restoring Sections 4 and 5 of the Voting Rights Act? I think you've noted the formula or preclearance provisions?
A Yeah. I get the -- which one is which, but I'm against any sort of formula because I think we should have -- if we're
11:48:31 going to have a Voting Rights Act provision with regard to preclearance, it should apply to every part of the United States of America. So you wouldn't need a formula.
Q And we did discuss this at your issue. You don't really mean preclearance, right? You mean the Department of Justice
11:48:45 should have enforcement authority, correct?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 721 to 724 of 866 16 of 89 sheets

A Yeah. Well, if we're going to have preclearance, everybody should go through it. But I think it's better to have a situation where local governments, et cetera, would simply send their information to the voting rights division of the Justice Department saying we're about to go X, and the Justice Department have plenty of time to make up their time whether we need to go to court under existing provisions of the Voting Rights Act to block that situation so that they could make sure the voting rights are not being interfered with, and that's a better way to do it.

Otherwise in a preclearance, you're certainly reversing the burden of proof. You're making political entities, you know, municipalities, counties, et cetera, prove that they're not guilty. That's not America.

Q Well, I mean, you would agree with me, wouldn't you, Congressman, that at least in 1965 there was a very good reason to reverse that burden, wouldn't you?

A Absolutely. And I -- I understand why it was put there that way. But I think we all have to understand that was extraordinary. That should only be done under extraordinary circumstances.

I mean, I grew up in Alabama in the '50s, '60s, and '70s. I know it was like. It was terrible. We needed to do some of those things. But it's not the '50s, '60s, '70s anymore. Alabama is a different place.

You find things that are happening in other parts of America that are -- I think very offensive that you don't see happening in Alabama anymore. So I wonder why we would single out Alabama or any other state in having a provision like that.

So I'm not for forming it. If we're going to do anything, apply it to everybody.

Q Just to be clear, you would not be in favor of a preclearance regime even if it were applied to every state in the union; isn't that right?

A No, sir. I don't -- I don't think preclearance -- the reversal of the burdens is appropriate under these circumstances that aren't extraordinary anymore. But if you are going to do it, apply it to every part of the United States of America. Don't pick on Alabama.

Q And you've never talked to any of your black constituents about whether they think there's a continued need for preclearance under the Voting Rights Act?

A I think we talked about this during my deposition. I think.

Q I'm asking you fair questions. Not asking anything for the first time. Sorry to interrupt you, Congressman. I was trying to make a light moment.

You go ahead. Go ahead.

A I think what I told you is that Burt LeFlore, who ran against me the first two times I ran for Congress -- I think

Burt Lefler mentioned it as part of the campaign. But other than Burton doing that, I don't recall anybody every saying anything to me about it.

Q And you don't know what the position of the NAACP in Alabama is on that, do you? On whether the preclearance regime should be restored?

A They've never talked to me about it.

Q You don't know what their position is?

A No, sir.

Q And I think you discussed on direct that you are familiar with the First Step Act which reformed federal sentencing laws; is that correct?

A I am.

Q And you opposed the First Step Act?

A I did. There were parts I liked; parts I didn't like.

Q And President Trump actually signed that into law, correct?

A He did. He's very proud of it.

Q Let me talk to you for a minute about President Trump, Congressman. You recall the Charlottesville marches and riots by white supremacists there?

A I do. A shameful episode in the history of America.

Q It was. I agree with you on that, Congressman.

And you recall a young woman killed by one of those white supremacists?

A Yes. Tragedy.

Q You recall an African-American man was run down by that same white supremacist who killed her?

A Tragedy.

Q And you recall that other African-Americans and some whites were beaten by those white supremacists?

A A tragedy.

Q And do you recall that following the killing of Heather Heyer in Charlottesville that President Trump remarked that there were fine people on both sides of that -- of those marches in Charlottesville?

A I don't recall that. But I don't think there were fine people on both sides.

Q You don't recall President Trump saying that there were fine people on both sides?

A No, sir, I don't.

Q And do you recall the President saying in July of this year that several congresswomen, all of whom were minorities, should quote, unquote, go back to the countries where they originally came from?

A I know he said something about that, but I don't remember precisely what he said. So I don't want to characterize what he said.

Q Do you recall that at a rally that the President held a few days later that participants chanted, "Send her back," when

729

President Trump mentioned Representative Ilhan Omar, who is a refugee from Somalia?

A No, I don't remember that.

Q And do you recall that there was a vote on the House of -- the floor of the House of Representatives condemning the President for the tweets saying that these minority representatives should be sent back?

A I don't remember that.

Q So you don't recall that you voted against the resolution condemning those tweets?

A Well, there are lots of resolutions on the floor of the House of Representatives that say a lot of different things. I would have to see the resolution itself, because sometimes they'll put one thing in a resolution and add a whole bunch of other things in it. And I voted against it because of the other things. So I would have to see the whole resolution.

That's what they do. They try to sneak other things in there. I'm not going to get tricked into voting for something I don't believe in.

THE COURT: In other words, do you actually read things before you vote on them?

THE WITNESS: Your honor, I hope you would expect people who are members of the bar that would actually read the bills before we vote on them.

THE COURT: I would hope everyone does.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

730

THE WITNESS: Yes, ma'am. I do my best.

BY MR. SPIVA:

Q This just happened this last spring. You really don't have a recollection of the tweets by the President?

A No, sir, I don't. And I'll tell you why.

I decided once we got -- President Trump was elected, that because of the incredible attacks on him and on other people around him that there are two different things going on in American society. There is the noise, and there is the substance.

I and my staff are focused on the substance. We are not focused on the noise. I'm not going to get myself or my staff distracted from doing the substance of our jobs because there's vast incredible noise out there.

So, no, sir, I don't pay attention to a lot of that stuff because it has nothing to do the job that I do.

Q Would you agree that the President is engaged in racial appeals?

A I don't know that he's engaged in racial appeals.

Q The things that I just mentioned, would you agree that those are racial appeals?

A Well, I didn't hear them. So I don't know what context or anything else. I think that there are people across America who speak in racial terms, including liberals who speak in racial terms that greatly disappoint me.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

731

As someone that grew up in Alabama in the '50s, '60s, and '70s, we paid a price. And I would hope that we have gotten past all of that.

And to find people, liberals and Democrats -- liberals and conservatives alike who want to go back and go back through all and make decisions based upon race goes exactly against what Dr. King stood for. And so I would hope all of us would get over racial language and get on with the future of our country.

Q And that would apply to the President, as well?

A That would apply to everybody, including members of Congress who are Democrats, including people who bring lawsuits like this.

Q Would it surprise you to learn that some of your African-American constituents took a message from the President's tweets and from his statements about the Charlottesville incident that -- took a message from that, a negative message from that?

A Gosh, President Trump could get up in the morning and clear his throat and people would take a negative message from that. They do. We call it Trump Derangement Syndrome.

Q Do you think any of the Hispanic constituents that you have took a negative message from him in saying that Mexicans were rapists?

A I've never heard any Hispanic constituent complain to me about President Trump.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

732

Q You don't have an opinion on whether it would benefit the African-American community in Alabama to have a second majority African-American district?

A It would help everybody in Alabama to have congressmen and congresswomen that are focused on the needs of their district, and I don't think your race has anything to do with it.

Q Congressman Byrne, you would agree that it takes work to bridge the kinds of divides that we have been talking about, wouldn't you?

A Oh, yes, sir, I do.

Q And particularly racial divides?

A Yes, sir, I do.

Q And would you agree that blacks and whites sometimes come at issues differently because of their experience growing up either black or growing up white?

A Of course, I do.

Q And I know that you have said you don't really know what the views of the majority of African-Americans in your district are on some of these issues. But would you agree with me that if I'm an African-American in your district, and I don't really feel that you are responsive to my concerns and needs, that it would be better for me to be joined with other African-Americans in the Black Belt and Montgomery who share my perspective?

A No, I don't agree with that.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 729 to 732 of 866 18 of 89 sheets

Q Let me shift gears, Congressman.
You work -- I think you testified to this on direct. You work with other congress people in Congress, including across the aisle?
11:58:44 A Yes, sir.
Q You work with very well with Congresswoman Terri Sewell?
A Absolutely.
Q You have a good working relationship?
A I have a good working relationship, and going back years
11:58:57 before we were in Congress, a good professional relationship.
Q And you would work with another congresswoman or person -- that would be Terri Sewell, or whomever was representing a different district -- if Mobile were, in fact, split and there was a second district?
11:59:13 A Yes, sir. I -- the way we operate in the Alabama congressional delegation is that we support one another when it comes to things that are pertinent to the state of Alabama and to our individual districts. It doesn't have to be my district. I will support other people. I supported
11:59:30 Congresswoman Sewell on a number of things of her district, as she has mine.
Q And you have continued the joint town halls that Congressman Bonner used to have?
A We have done some. We haven't done any recently, but we
11:59:43 have done some.

Q And you would agree I take it that -- you are aware, of course, that Montgomery is split between -- Montgomery County is split between three different congressional delegations?
A I am. I am. I don't think that's good for Montgomery.
11:59:57 Q But you have no doubt that the three Congress people who work --
A No.
Q Let me get the question out first. You would agree with me that the people who -- the three Congress people who
12:00:08 represent Montgomery work together to try to protect the interests of Montgomery County?
A They do. They work very hard together.
THE COURT: Representative Byrne, while we're talking about that, will you remind me who the two other
12:00:30 representatives are for Montgomery County?
THE WITNESS: Congresswoman Roby and Mike Rogers.
THE COURT: That's right.
THE WITNESS: Congresswoman Roby, I think, has the southern part of the city of Montgomery, and Congressman Rogers
12:00:45 has the eastern part. I said the city. I should have said the county of Montgomery.
THE COURT: And Representative Sewell has the western part?
THE WITNESS: Right. Yes, ma'am.
12:00:51 THE COURT: Thank you.

BY MR. SPIVA:
Q Congressman Byrne, I think that you had testified a lot about the history that Baldwin and Mobile shared together. And it's true that they have been in one congressional district for
12:01:09 about 50 years now; is that right? Almost 50 years?
A At one point, they were split. But I can't tell you how long ago it was.
Q Okay.
A I can tell you it's far better off for them to be
12:01:22 together.
Q Let's maybe turn to -- this is Defendant's Exhibit 1. If we can turn to, I think it's page 6 of Exhibit 1.
And I will represent to you this is an exhibit that defense counsel put into evidence.
12:01:39 This is a depiction --
THE COURT: What is -- excuse me. What is the number at the bottom of that exhibit?
MR. SPIVA: It should be Defendant's Exhibit 1, Your Honor.
12:01:50 THE COURT: Right. But the page number.
MR. SPIVA: I thought it was page Number 6. But it looks like on this version, it's just got the Bates number.
THE COURT: That's what we've been using. So if we could use that one, it would help keep the record straight.
12:02:05 MR. SPIVA: Will do, Your Honor. That's Chestnut

Defense 3021.
BY MR. SPIVA:
Q And this is a depiction of the congressional districts from 1964. And you would agree with me, Congressman Byrne,
12:02:21 that Baldwin and Mobile were split with Mobile County being in District 1 and Baldwin being in District 2?
A Yes, sir. That's what it looks like.
Q And the District 2 in the 1964 map has Baldwin and Montgomery County both paired in District 2, correct?
12:02:41 A That's what it appears to show, yes.
Q And if we could turn to the next page?
THE COURT: Before we leave that, how many congressional districts were there in 1964, according to that map?
12:02:52 THE WITNESS: Eight.
THE COURT: Thank you.
THE WITNESS: We lost a seat somewhere in there. I have forgotten exactly when. I think maybe in 1980 or 1990.
BY MR. SPIVA:
12:03:03 Q If we can turn to the next page.
This is Chestnut Defense 3022 at the bottom. Defendant's Exhibit 1.
And this is a 9th District map, but it's a 1950 map. And you would agree with me here that Baldwin and Mobile were also
12:03:27 split between congressional district -- Districts 1 and 2,

737

correct?
A Yeah. This is a very famous map. Because after that, Alabama went from nine to eight. And instead of the legislature figuring out to configure them, they let everybody run. And whoever was the guy that ran last was the odd guy out. Guess who the odd guy out was? Frank Boykin from Mobile. So in Mobile we are very sensitive about that.
Q I can see -- I can understand that.
So let's take a look at page 3023 of Defendant's Exhibit 1. This is the 1940 congressional map. And here, too --
A Counselor, I wasn't alive in 1940. I want to make that point for the record.
THE COURT: And neither was I, just for the record.
BY MR. SPIVA:
Q And neither was I. Neither was I.
So Baldwin and Mobile are indeed split between 1 and 2 there, as well, aren't they?
A They are.
Q Okay. And if we can go back to 1917, which I believe was the last -- this is before *Baker vs. Car*, so I don't think they did redistricting as often as they started to. I guess 1940 was before *Baker vs. Car* too. But for whatever reason, I believe the previous map was from 1917. And that's page 3024 of this Defendant's Exhibit 1.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

738

And you'd agree with me here that Baldwin and Mobile are also split between District 2 and District 1?
A That's certainly what it appears to show.
Q And let's just -- we won't -- I don't want to take too much time. But if we can just briefly show on the screen in order pages 3025, which is the 1901 map; and page 3026, which is the 1891 map; and page 3027, which is the 1867 map.
And would you agree with me, Congressman Byrne, that each of those maps -- well, strike that. Strike that.
THE COURT: Right. 1867 is going to mess you up there.
BY MR. SPIVA:
Q Let me ask you: Would you agree that in the 1901 and the 1891 maps that Baldwin and Mobile counties were split between CDs 1 and 2?
A That's what it appears to be.
Q So prior to the 1970s, the last time that Baldwin and Mobile were united in a congressional district was in 1867, it appears, and that's from Chestnut 3027, Defendant's Exhibit 1?
A Yeah. If you look at it, one of the things that's happened there is that Alabama has added congressional districts.
Q Uh-huh.
A Which is a good thing.
Q Yeah.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

739

THE COURT: Well, between 1867, when it was four districts, to 1950, when it was nine, and then we've had a couple of other times when there's -- when it started decreasing.
MR. SPIVA: I think 1867 was still -- was actually six districts, Your Honor. But, yeah, increased then decreased. That is true.
THE COURT: Okay. My eyes aren't seeing that much difference in the three different blue districts. Sorry.
MR. SPIVA: I think the coloring job that y'all did was pretty good for the most part.
BY MR. SPIVA:
Q So -- and, of course, you discussed -- we can take that down.
You discussed, Congressman Byrne, on direct that the state board of education maps splits Mobile to some extent, at least part of the city of Mobile. I think you already said -- you opposed that, correct?
A Yes, sir. I opposed that. But I understand what they did in 2011, whenever it was.
Q And Ms. Ella Bell until she -- I'm sorry. I know you knew her and worked with her when you were on the SBOE. I heard about her passing.
A Uh-huh.
Q That she represented District 5 prior to her death a few

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

740

days ago. And do you have any reason to believe that she was not able to effectively represent that district?
A She was not able to effectively represent that part of the district.
Q And what about District 4? Do you believe that the -- I'm sorry. I think the other district there is district -- District 1, the -- in the SBOE map?
A Yeah.
Q And do you believe that the representative who represents District 1 is able to effectively represent their district?
A Yes. Because the difference is that that person is not having to also represent the urban area of Montgomery. They only have one -- or part of one urban area, whereas the person in District 5 has two.
Q And you had mentioned on direct that it would be a problem, I guess, joining the urban area of Montgomery with -- and I'm not talking about just on in terms of the SBOE map. I mean in terms of the congressional map. There was a problem with joining, I think the urban areas of Montgomery with the urban area of Mobile; is that fair understanding?
A Yes. Not because they're urban, but because of the different types of economy and culture, et cetera.
Q Do you think there's a problem with Congresswoman Sewell representing both Birmingham and Montgomery?
A I've never really thought about it. I think it would be

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 737 to 740 of 866 20 of 89 sheets

better if she had one and not two.

As I said earlier, I think it would be better if there weren't three Congressmen representing Montgomery. I think it would be better if there was one. I think it would be better if there was one representing Birmingham and if there was one representing Huntsville.

I'm not saying they are not trying to do the best they can with what they have got. They are. They're good people doing hard work.

If I only had to focus on Montgomery, I would be a better congressman for Montgomery. If I had to focus on Montgomery and Mobile, I wouldn't be as good a congressman for either area.

I have had the great benefit of only having to focus on the Mobile urban area and the sort of economic thing that spreads out from that. And that's allowed me to really understand my district, really understand their needs, and focus on them and lead on them.

Q Fair enough. But you don't -- I guess my question is kind of going more to the fact that Birmingham and Montgomery are currently and have been I guess for some time in the same district. And you don't -- you believe that Congresswoman Sewell effectively represents both of those area despite that?

A Congresswoman Sewell can effectively represent a lot of things. She is extremely competent. I'm saying take her or

anybody else out of it. I think it would be better for each of our metro areas to have one congressman representing that area and looking out for the interests of that area. And I don't think it's good for Montgomery to be split up among three different districts.

Q And you mentioned at the beginning, I think of your direct examination, that your district -- Congressional District 1 has a lot of diverse interests. You talked about it being very rural and very urban, well-to-do, and not so well-to-do?

A Yeah.

Q And declining and increasing; and African-American, Hispanic, and Asian; and having soybeans, and nurseries, and tourism, and cotton, and timber, and lots of different interests that you have to represent. But, nonetheless, you are able to, I take it, in your view you're able to effectively represent all those interests?

A I am effectively able to do it. I would be less effective if I had to spread that same effort over a wider geographic areas with other interests that aren't presently in my district.

MR. SPIVA: If I can confer for one minute, Your Honor.

Thank you very much, Congressman. I appreciate it.

THE COURT: Any redirect?

MR. DAVIS: Yes, Your Honor.

REDIRECT EXAMINATION

BY MR. DAVIS:

Q Congressman, if the Alabama NAACP would like to meet with you, would you be happy to try to accommodate that request?

A Absolutely.

Q Is that true of the Southern Christian Leadership Conference?

A Yes. Let me point out, at one point, I was a member of the Alabama NAACP.

Q Is that true of the Urban League?

A Yes, sir.

Q Is that true of all of the groups that you were asked about?

A Yes, sir. If somebody asked for a meeting with me, we move heaven and earth to accommodate them, particularly if they're from the state of Alabama.

In Washington, my schedule is sometimes as such that a vote gets called, and I just can't be there. And I have to leave it to a staff person.

But we try as much as we possibly can to have me there personally present when any group of people from Alabama come to see me in Washington. And, of course, if it's in my district, I'm always there.

Q And you said that normally people request meetings of you instead of you meeting -- requesting meeting with constituents.

Is that true just of you, or is that just the way a congressman's office operates?

A That's the way a congressman's office operates. We have so many people and groups that want to meet with us that it is a struggle to try to accommodate everybody. If you try to accommodate everybody as we do, you're not really hunting for other people to meet with because you don't have time to go hunting for people to meet with. You're just doing the best you can to meet with people that are making a request. And if they have made a request, obviously they have something that's important to them. And so we're going to do everything we can to accommodate them so we can hear what's important to them.

Q So if you haven't reached out to any group of any kind of any nature, that doesn't mean you're opposed to that group?

A Counselor, I'm also a member of the Alabama State Bar. I have never reached out to Alabama State Bar for a meeting. But they have with me. And so when they do, I will accommodate them. But I never call the Alabama State Bar for a meeting.

Q Would you say that Mobile and Baldwin County are more connected today than they were in the '60s and before?

A Absolutely.

THE COURT: Why is that?

THE WITNESS: Well, because back in the -- before that period of time, Your Honor, Baldwin County was a very sparsely populated rural county and had connections to Mobile, but they

weren't economic connections so much. As Baldwin County has started to develop, the two economies have just merged with one another.

So and this is the problem we've had with this interstate bridge. We have tens of thousands of people living on one side of the bay and working on the other. They're not all going one way. They're crossing one another. So where I get my hair cut, one of the ladies that cuts my hair lives in Mobile, but she cuts my hair in Baldwin County.

When I have some checkups that I do at the outpatient thing in Thomas Hospital there in Daphne, there are a lot of women. The nurses that work in there that know me, because I have been there a couple of times, I know are from Mobile.

So you have got people going both ways. We've just integrated the two economies. And that's been to our great benefit.

It's also been to our benefit in the legislature because when you add the Baldwin County delegation and the Mobile County delegation working together, we have greater throw weight in Montgomery.

BY MR. DAVIS:

Q Were there many high-rise condominiums in Baldwin County in the 1960s?

A There were none. The high-rise condominiums started after Hurricane Frederick in 1979 and revolutionized the tourism

economy, which was basically zero in Baldwin County prior to that time.

Q Would you say that the transportation system in the Gulf Coast region is better today than it was in the '60s?

A It is better, but because of the vast increase in the number of vehicles we've got coming, we are going to have to continue to improve it. So we have continuing challenges.

But one of the things that's really put those two counties together is when they completed Interstate 10 across the Mobile Bay and Interstate 65 across the Mobile River Delta. That made it easier to get back and forth.

THE COURT: In the 1960s, for some in this room who may not have been alive then or remember it, to get from Montgomery to the city of Mobile, was the interstate completed into the city in the '60s?

THE WITNESS: No, ma'am.

THE COURT: Do you remember where it was -- those of who were going to Mobile from Montgomery would have to get off the interstate?

THE WITNESS: Yes, ma'am. You got off at Alabama 225 and drove south about 20 miles to Spanish Fort, and you got on what we call the causeway, which is U.S. 31 and 90 and 98.

THE COURT: And if the weather was bad going across that causeway, it could be somewhat treacherous, could it not?

THE WITNESS: Yes, ma'am.

THE COURT: Rain and wind, and stuff like that.

THE WITNESS: And when the tide gets up and you get a wind coming from certain direction, the bay will actually overwhelm the causeway. And you can't get across it. So building the raised interstate was a big step forward.

THE COURT: And that wasn't finished until about when?

THE WITNESS: They finished I-10 across Mobile Bay in, I'm pretty sure 1976.

THE COURT: Okay. And so was it after the completion of that interstate that Mobile and Baldwin really became more united --

THE WITNESS: Yes, ma'am.

THE COURT: -- than they were previously?

THE WITNESS: I think that had a lot to do it.

And then it's odd to think of this, but that hurricane, Hurricane Frederick, had a way of bringing both counties together.

And then you had more people who literally started living full-time on the eastern shore of Mobile County, which went from a very sparsely populated area to having over 100,000 people living there now.

So it dramatically changed the nature of Baldwin County from being primarily a sparsely populated rural county to being more of a suburban and tourism county.

And as I said, you've got this integration of people and

economics between two county. They're much more tightly connected now from when I was a child.

THE COURT: I just remember going to Mobile to Montgomery, and it would take us longer to go from that exit where the interstate stopped that was in -- was it in Baldwin County?

THE WITNESS: Yes, ma'am.

THE COURT: North Baldwin County.

THE WITNESS: Stockton.

THE COURT: Yeah. It would take us longer to get from there to the city of Mobile -- it was just that far on the map (indicating) -- as it took to get from Montgomery to that area.

THE WITNESS: Well, it greatly improved the ability to get from the northern part of Baldwin County to the northern part of Mobile County when they completed I-65 across the Delta which I think was 1981 or '2, somewhere in there.

THE COURT: Yeah. So just a little history lesson for some who may not be aware of traveling issues in Alabama in that time zone time frame.

THE WITNESS: Your Honor, I remember them well.

THE COURT: Uh-huh.

BY MR. DAVIS:

Q With these different developments, Congressman, is it more feasible today for someone to live in Baldwin County and work in Mobile than it would have been in the 1960s?

749

A Completely different. Much, much, much, more feasible. And that's why you have literally tens of thousands of people every day going back and forth.

Q Congressman, I've put Plaintiffs' Exhibit 4 back on the screen, which is the state board of education districts.

During your cross-examination, you were asked, I believe, if the representative of District 5 could effectively represent all areas of the district?

A Yes.

Q Did I understand that correctly?

A Yes, sir.

Q And you said that they could not?

A They could not.

Q Okay. Is that because of some problem with the particular representative, or is that because of the way the districts are configured?

A It's the way the district is configured. I mean, I know Ms. Bell who passed. I know she would have liked to have spent more time in Mobile. But with so many hours in her day, you look at her district, and she's got so many, many issues she's having to deal with in Montgomery, she couldn't spend that time in Mobile. She didn't have the time in her calendar.

Q I want to be clear. You are not criticizing Ella Bell at all?

A No.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

750

Q But the Alabama Legislature gave her a district where it's going to be really hard to do her job; is that your testimony?

A That district from a part-time school board member.

Remember, these are part-time positions. That's almost an impossible district.

And when you think of issues that are going on in the Mobile County school system, the largest school system in the state. And the Montgomery County school system has all these issues right now, I don't know any person that could adequately cover those two as a part-time school board member.

So I am not being critical of Ms. Bell at all who I knew very well. I just think that that district's impossible.

THE COURT: And let me ask you this: Are the issues, the school-related issues in Mobile and Montgomery that are urban centers, different from the school issues in Marengo, and Sumter, and Choctaw, and -- I can't read what that one is -- what is the one between Crenshaw -- well, Butler. We'll just say Butler.

THE WITNESS: Those are all very different areas.

THE COURT: Those are extremely rural areas, are they not?

THE WITNESS: Very rural. They don't have a lot of local funding, which is a big problem that they face.

Some places don't have broadband, which, as you know, is very important to delivering certain types of technology to

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

751

schools. So the problems that a lot of our rural schools in Alabama face are different from the urban schools.

Mobile County has some extra problems because there are so many different languages spoken in the southern part of Mobile County and in the western part of Mobile County because the University of South Alabama attracts a lot of different people of different nationalities. So the Mobile County school system is struggling with English as a second language-type issues that you will not see in Montgomery County.

Montgomery County has a number of people who are sending their children to private schools and it drains people out of public schools at the very time you have more and more people coming in from places like Korea because of Hyundai, et cetera.

So both school systems face serious issues. But they're different types of issues.

THE COURT: Uh-huh. And those issues for Mobile and Montgomery are very different from the rural school issues?

THE WITNESS: Yes, ma'am, very different.

BY MR. DAVIS:

Q Congressman, I believe you were asked during cross-examination if you were aware that in the mayoral election whether Sandy Stimpson was supported mainly by white voters and his opponent meanly by African-American voters?

A Yes, I was asked that.

Q You weren't familiar with the racial patterns?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

752

A No.

Q Congressman, I want to show you a part of the deposition of one of the plaintiffs in this case, Lakeisha Chestnut, one of your constituents, someone who lives in Mobile. It was taken in June of this year. And I want to show you -- I will represent to you --

THE COURT: Can you zoom in a little bit and see if we can get that a little clearer?

MR. DAVIS: Is that better, Your Honor?

THE COURT: Yes. Look at that.

BY MR. DAVIS:

Q I will represent to you that she was asked what she was looking for in a congressman and that she said on page 30 of her deposition, beginning on line 8, that, quote, It doesn't matter if that person is a man or a woman, black or white, Democrat or Republican.

I'll give you a perfect example. Sandy Stimpson, our mayor, he not only -- not only did he reach out in the Caucasian communities, he reached out to African-American communities. And he won overwhelmingly the African-American support, and he's Republican.

My question to you, Congressman, is: Is this more consistent with the Mobile, Alabama that you know?

A Yes. And this doesn't start with Sandy Stimpson. This started a number of years ago. But we've made our whole

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

23 of 89 sheets Page 749 to 752 of 866 11/15/2019 04:51:31 PM

753

leadership, civic, political, faith-based, et cetera, have made a real effort for us to work across our community as one community. Sandy picked up the motto. But he stated a motto that simply states what we've been doing for a long time.

12:24:57 And what she's saying here is what I was saying earlier when she said that he got a lot of African-American support. So when I heard some polls saying he didn't, I've got questions about that, because I know a lot of African-Americans who live in the city of Mobile who are very strong supporters of Mayor 12:25:11 Stimpson because of the record that he's done there, and because they have very much bought into this whole idea about one Mobile.

Q I'm going to see if I can get two maps on here at once.

THE COURT: And the two are which exhibits?

12:25:40 MR. DAVIS: Plaintiffs' Exhibit 15, which is the 2011 plan; and Plaintiffs' Exhibit 61, which is Revised Plan 1.

BY MR. DAVIS:

Q Congressman, the top one is a map of the districts as they currently exist, and the bottom one is just a reminder of one 12:25:58 of Plaintiffs' proposals.

A Right.

Q Are you concerned with health care as it relates to your constituents, Congressman?

A Yes, sir, very much.

12:26:10 Q Are you concerned that your constituents have access to

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

754

good education and opportunities?

A Passionately so.

Q Are you concerned that your constituents are part of an area where the criminal justice system is fair?

12:26:27 A Yes, sir.

Q Is that true for your constituents of all races?

A Yes, sir.

Q When you're fighting for health care opportunities, good health care, for a good education system, for criminal justice 12:26:42 system, are you going to be more effective doing it in the districts as they are now, or if you're trying to run back from west Mobile county to Dothan?

A In the districts as they are now.

Q When you're fighting for education and criminal justice 12:26:56 system, are you going to be more effective --

MR. SPIVA: Your Honor, I'm trying to not object. But he's kind of testifying here. He's -- leading is the objection.

THE WITNESS: I can answer the question without you 12:27:08 leading me.

I am going to be more effective representing my constituents in anything in District 1 under Plaintiffs' Exhibit 15 than I am in the other one. It's just too broad a district for me to be effective in.

12:27:21 I care about all those issues. I'm going to work like

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

755

crazy on them. I'm being practical. There's so many hours in the day. There's a lot of things to cover and lot of things going on in that district.

I want to say this about health care. Alabama has been 12:27:37 mistreated under the Medicare program for years. The reimbursement rate that our hospitals receive compared to national average for Medicare services -- on average, we receive 20 percent less.

Now, that hurts all of our hospitals. But it particularly 12:27:55 hurts our rural hospitals that are hanging on by a thread. So I started working on this when I first got to Congress.

When President Trump came in, he put a new person in charge of Medicare. I got a meeting with her, expressed to her the problem. To her great credit, she worked with us, came up 12:28:14 with a new formula.

And as of October 1st of this year, Alabama hospitals, particularly the rural hospitals, are going to be receiving tens of millions more dollars. That benefits all of my constituents, but it particularly benefits my rural 12:28:30 constituents. And it particularly benefits poor people in those rural areas, and particularly benefits African-American poor people in those rural areas.

And they were very much in my mind because without that hospital, they would have to drive from Monroeville or Brewton 12:28:45 or Grove Hill to Mobile. And some of them might not make it.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

756

That stroke may mean when they got to the hospital they're dead. So when you're fighting, you have to have that sort of thing in mind.

And if you're spread out and got to know so many rural 12:29:02 hospitals -- like all the rural hospitals in Mobile, Baldwin, Escambia, Covington, you can get to know them, but not very well. I know rural hospitals in my area, because I have been to every one multiple times.

THE COURT: Thank you.

12:29:14 THE WITNESS: Yes, ma'am.

MR. DAVIS: And nothing further, Your Honor.

THE COURT: I have a couple of questions, if I may.

THE WITNESS: Sure.

THE COURT: Okay? You were shown some of 12:29:27 Ms. Chestnut's deposition testimony.

THE WITNESS: Yes, ma'am.

THE COURT: She also testified that -- I think it was her, or was it Ms. Jones -- I'm sorry. I'm getting my witnesses confused maybe.

12:29:43 Oh, it was Commissioner Tyson, who testified about taking a group up to D.C.

MR. SPIVA: Yes, Your Honor.

THE COURT: That's right. And she said that she sent an e-mail and requested a meeting, didn't get one, so went to 12:30:07 your office and had -- her group was told to wait outside.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 753 to 756 of 866 24 of 89 sheets

I've been to some of the offices of our congressional delegation in D.C. Is your outer office large enough to hold 15 people at one time?

THE WITNESS: 15 would be pushing it.

12:30:32 THE COURT: Would everybody be standing up?

THE WITNESS: Oh, yes, ma'am. I only have seats for about four or five people.

THE COURT: Could 40 people get in there?

THE WITNESS: No, ma'am. Nowhere near 40 people could 12:30:42 get in my anteroom.

THE COURT: So if I brought a group of high school students up to see you, and I had 15 people with me, would we be able to come in and wait in your little waiting area?

THE WITNESS: Well, 15 wouldn't be in the waiting 12:31:00 area. We would have to leave some people outside. And then when I was able to see them, then they would sort of bring them all inside -- escort them into my office.

I don't have a desk in my office so I can leave it all as a meeting area. So I can handle in my office maybe 15 people. 12:31:17 But if it got bigger than that, we would have to go somewhere else.

And a point of fact, I tend to meet with the high school groups either on the steps of the capitol, or frankly, I have met with them in a stairwell that was relatively quiet because 12:31:30 I just don't have room in my office to accommodate people of

that size.

THE COURT: So if you were, say, I don't know, in a meeting with someone else or at the capitol, and a group that was 40 people or 15 people came to see you, would it be 12:31:49 unusual -- or would it be an indication of disrespect if they were asked to wait in the hallway?

THE WITNESS: Well, let me just say this: I don't know that we've ever done that. I'm not aware that we have. But it certainly wouldn't be a sign of respect. It's just the 12:32:06 practicality that we have so little space in there, and we don't like to crowd people in those offices. And they're usually multiple groups going in and out. So we can't just accommodate one group at a time.

Sometimes people on their own congregate outside my 12:32:22 office. They sort of gather up there. And when it's time to come in, they come in. Usually they're coming in as another group is walking out. So that sometimes happens.

And we do take our pictures with certain groups outside my office because inside my office is too small to take a picture.

12:32:38 THE COURT: Okay. All right. You have also talked about your work with the historically Black College and University Caucus?

THE WITNESS: Yes, ma'am.

THE COURT: Do you have in District 1 an historic 12:32:54 black college?

THE WITNESS: I do. It's called Bishop State Community College.

THE COURT: And where is that?

THE WITNESS: It's in downtown Mobile. It started out 12:33:04 as a satellite of Alabama State. And then when Alabama created the two-year college in the '60s, it was turned into a two-year college. But it's always been and it's still understood under federal laws and guidelines as an historically black college and university as a number of other two-year colleges in 12:33:21 Alabama are.

So my first work with HBCUs when I was on the state school board, but then I worked with Tuskegee, Alabama State, and Alabama A&M when I was in the state legislature. Then when I was chancellor of the two-year college system, I had all the 12:33:37 HBCUs in the system.

So Ms. Adams, who is the cochair when she was elected and decided to put together an HBCU caucus, she came to me because she knew about my experience. And she wanted to have somebody that was a partner in that endeavor who had some substantial 12:33:55 experience with HBCUs. And she knew of my philosophy, which is the HBCUs offer another type of opportunity that's a good part of the mix and the diversity of American higher education.

THE COURT: Okay. And you mentioned something about an amendment that you tacked onto a bill.

12:34:12 THE WITNESS: Yeah.

THE COURT: And I didn't catch what that amendment actually did or does.

THE WITNESS: So what we passed through committee last week was a substantial reauthorization and rewrite of the 12:34:25 Federal Higher Education Act, which covers a whole lot of things in education. And I didn't think it had adequately provided for some programatic services that are provided for by the federal money at HBCUs.

So I wrote an amendment that would expand what HBCUs could 12:34:47 do with the money and what kind of money they could access with the federal government. And we had to have a roll-call vote, and just about every amendment came up that day, but that amendment passed by voice unanimously.

THE COURT: Okay. But that's just in the House. It 12:35:03 still has to go to the Senate, right?

THE WITNESS: Yes, ma'am. I don't know what the trajectory is going forward to the Senate. But that --

THE COURT: But at least you did your part in the House?

12:35:12 THE WITNESS: That's what we can do, yes, ma'am.

THE COURT: Okay. All right. I may well have caused some additional questions from anybody.

And, Mr. Spiva, it's your turn anyway. Do you have any further?

12:35:26 MR. SPIVA: Nothing further from me.

12:35:36 MR. DAVIS: No further questions, Judge. We thank the Congressman for taking time to be here.

THE COURT: Thank you very much for being here.

THE WITNESS: I appreciate you and counsel accommodating my schedule, Your Honor. Thank you.

THE COURT: Certainly. I hope we haven't kept you too long.

THE WITNESS: Thank you.

12:35:46 THE COURT: We had talked about taking a late lunch. This isn't terribly late, but do you want to break now?

12:36:02 MR. DAVIS: Your Honor, Mr. Bonner is not here yet. He was planning to be here by 1:00, and he will be here by 1:00. But I think this will be a good time for a lunch break. And that would still allow ample opportunity for us to finish Mr. Bonner today.

THE COURT: Okay. All right.

So we'll come back at 1:40. How about that?

MR. DAVIS: Thank you, Judge.

12:36:16 THE COURT: If you will have your witness on the stand, we will be ready to rock and roll for the afternoon.

MR. DAVIS: He'll be ready to go.

THE COURT: Okay. Great.

(Recess.)

THE COURT: Defense may call the next witness.

13:40:00 MR. DAVIS: Defendants call the Honorable Joe Bonner,

Your Honor.

JOSIAH BONNER, JR.

having been first duly sworn by the Courtroom Deputy Clerk, was examined and testified as follows:

13:40:08 THE COURTROOM DEPUTY CLERK: Please state your name in the microphone for the record.

THE WITNESS: Yes, ma'am. My name is Josiah, J-O-S-I-A-H; Robins, R-O-B-I-N-S; Bonner, B-O-N-N-E-R, Jr.

DIRECT EXAMINATION

13:40:23 BY MR. DAVIS:

Q Good afternoon, Mr. Bonner.

A Good afternoon.

Q Thank you for joining us. Josiah. Your friends call you Joe?

13:40:35 A Please.

Q Well, I can't from here. But not during this time.

Mr. Bonner, where are you presently employed?

A I am the Chief of Staff to the Governor of Alabama, Governor Kay Ivey.

13:40:48 Q Have you ever represented Alabama's first district of the United States House of Representatives?

A Yes, sir, I have.

Q When did you serve in Congress?

13:41:00 A I was elected in November of 2002. My term began in January of 2003, and then I served until August of 2013.

Q Did you have any relationship with Congress -- particularly the first district of Alabama before you were elected to represent the first district?

A Yes, sir, I did.

13:41:16 Q And what was that?

A I began my affiliation with the first district of Alabama in 1981 when I was an intern for the congressman from that district at the time, the late Congressman Jack Edwards, who just recently passed away.

13:41:33 A couple of years later, in 1984, I went to work with then candidate for Congress, Sonny Callahan, who got elected in November of that year. Congressman Callahan asked me to join his staff. I joined him in January of 1985. And with the exception of a brief period, I worked with him until he retired

13:41:56 18 years later in 2002.

Q And after 2002, when he retired, is that when you were elected?

A It was. And in full disclosure, a member of Congress staff cannot seek the office that his predecessor has without

13:42:15 retiring. So I left or resigned from Congress.

So as a staff member, I left to then run for the office and was successful in that election in 2002.

Q I see. Thank you.

If I can have the screen, please?

13:42:29 Mr. Bonner, it may take a moment to pop up, and it will

come. There's a hard copy in front of you.

A Yes, sir.

Q I have put Plaintiffs' 15 on the screen. Do you recognize this to be Alabama's current congressional plan?

13:42:50 A Yes, sir. I do. I do.

Q And you, of course, represented the first district in southwest Alabama?

A That is correct.

Q I'd like you to tell the Court about your district,

13:42:59 Mr. Bonner, and particularly what are things that bind these areas together? If you believe they are a community of interest, please explain why.

A Well, the first congressional district in my view is unlike any other congressional district in the state, in the

13:43:24 sense that it is the only coastal district.

So you've got Mobile and Baldwin counties in the southern part of the district that not only are connected by Mobile Bay but front the Gulf of Mexico.

13:43:42 And so, therefore, everything -- I would call it a hub and spoke. Everything that radiates out radiates from the shared economies, the shared history, the shared social occasions, such as Mardi Gras, the shared political interests from Mobile and Baldwin counties.

13:44:14 And so while I'm very familiar with this map and was in Congress when this map was approved by the state legislature

and the Justice Department, I would say that this map is very consistent with the previous maps from the previous redistricting efforts of the last 25, 30, 40 years because the legislature and previously the federal courts recognized that there was a community of interest.

The people in Washington County, in Clarke County, in Monroe County, and Escambia County, they bank in Mobile and Baldwin counties. They buy their automobiles in Mobile and Baldwin counties. There are car dealerships in Jackson, in Chatom, and Monroeville. But there is -- the interests there are unique in Alabama.

And that's why when I was privileged to represent the first congressional district in the United States House, it was an easier job, because it allowed me to represent so many similar interests that were shared.

We have, for instance, shipyards in Mobile, in Baldwin counties. There are no shipyards in any of the other 65 counties in Alabama.

And we have -- whether it's trying to train workers to work in these industries, whether it's serving the different communities that have shared interests, when you're dealing with a hurricane, or an oil spill, there is definitely a chemistry, if you will, that exists in this district that is unique.

Q You mentioned economic ties. Do people who may reside in

Washington, Monroe, Escambia, or Clarke County, or Baldwin County, do you have such citizens who come into Mobile for their employment?

A Absolutely.

Q What are some of the larger employers in the region?

A Austal, which is a shipyard, one of the many, one of the 475 foreign-owned companies that invested in Alabama has over 4,000 employees. They're building ships for the United States Navy.

And so we draw employees from the entire geographic region that would make up the first congressional district, as well as from Pensacola and from Biloxi and Gulfport. Austal's an international company, and we are bringing in workers from around this area. We don't have any workers drive from Dothan or from Montgomery.

Airbus, another international company that's located in Mobile, is assembling large commercial aircraft. It will, in the next five years, become the fourth largest aerospace center in the world; not in the United States, but in the world. And so we're drawing workers from all throughout this area. We're educating workers. We're training workers.

The state of Alabama has one of the most successful worker-training programs run through the department of commerce, AIDT, Alabama Industrial Training Program. Not everybody can weld a ship, or work to assemble an airplane.

You have to be trained for that. We did not do that. We didn't do airplanes as recently as 2012, is when we broke ground on this.

So just like in other parts of the state where the automotive industry has become prevalent in Tuscaloosa County, and Jefferson County, and Montgomery County, and now in Limestone County where the Mazda Toyota plant is coming up. You don't just recruit a company and necessarily have a trained workforce.

So we draw workers and we help educate young people. We actually have an aviation training program high school in Mobile to train young people who are looking for a career, might or might not be interested in going to college, but see an opportunity to work at Airbus or at one of the aviation companies, and that's their career path to applied future.

So we have a lot of that that's connected between Mobile and Baldwin counties.

Q And then, of course, you have the port on Mobile Bay.

A The port is Alabama's port. It is located in Mobile on actually on the Mobile River. But it's not only our only deep water port in the state. With the investments that the federal delegation, when I was in Congress and since I've left, Senator Shelby and others, as well as what the state has invested.

This past February, the state legislature passed a bill to invest a hundred million dollars in the port of Alabama over

the next decade. Because we intend to make it one of the top ten ports in the nation to help take those automobiles that we're building elsewhere -- currently they're all exported to other countries from other states. And we fully hope and believe that Port of Mobile's continued growth will be a major economic boom to this entire region and hopefully to the whole state.

Q What type of industries or businesses in the first district make use of the port to ship their goods?

A Practically all of them. Up Highway 43 and going from Mobile up to Washington to Clarke County, we have large international chemical preponderates -- BASF. We have a large steel company -- ArcelorMittal -- and I will have to spell that for you when I'm not on the witness stand. It's one of the largest carbon and stainless steel companies in the world. We recruited it to come.

It was at that time, a German-owned facility, Thyssenkrupp, four-and-a-half billion dollars, the largest private investment in any site in the United States at the time. So we have steel, we have chemicals, we have a lot of agriculture.

Agriculture in the southwestern corner is far different than the agriculture in the southeastern corner, for instance.

Q How is it different?

A Well, it's different because of our history and different

769

because of our soil and different because of our opportunities. The Wiregrass, which would be the second congressional district -- Houston, Dale, Henry, Barbour, Pike, Coffee -- has historically been peanut country. And we're one of the leading peanut producing states along with Georgia. But for many years, actually I was in Congress when we changed the federal peanut program. It used to be paid to not grow peanuts if the commodity had grown so much the year before.

They changed that in an ag bill, an agriculture bill. And so now we grow peanuts in my old congressional district, but nearly as prevalent in the Wiregrass. But we grow timber. We have a lot of timberland in that area. Still have some cotton production, some soybean production.

But poultry. We have some poultry. Most of the poultry houses are actually in north Alabama. But we, for instance, the port of Alabama is one of the largest exporters of poultry to countries around the world -- to Russia, to Cuba, all over. So the port is very important.

But many of the companies that exist, the timber companies, the paper mills, and quite frankly, the aerospace industry. We currently are bringing parts of those A320 Airbus planes and soon A220 Airbus planes, bringing them on ships up the bay into Brookley Field where they're assembled. Many of the parts are made in all 50 states. They go to Europe for an assembly process, and then they come for final assembly.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

770

So the connectivity to Mobile's economy -- and when I say Mobile, I'm talking about Mobile and Baldwin counties' economy. A lot of the aerospace suppliers are in Baldwin County. And so there's just a direct connection, direct relationship.

Q So is there a link in the economies of all of the counties that are in District 1?

A Yes, sir.

Q You know, Baldwin County, is there agriculture in Baldwin County?

A Baldwin County is one of the largest counties by land mass in the state. And when I first went to work with Congressman Callahan, even back in 1984, in his campaign, Baldwin County's economy was more driven by agriculture than by industry.

Today the number one industry in Baldwin County is tourism. But agriculture is still a very prominent part of it. The problem is that it's growing so fast that a lot of the agricultural land is turning into subdivisions so that the people who work in these industries in and around Mobile and Baldwin counties will have a home and a good school to live in and raise a family.

Q Focusing just on Mobile and Baldwin County, are the connections between Mobile and Baldwin County stronger today than they were in, say, 50 years ago?

A Absolutely.

Q How so?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

771

A Well, first of all, 50 years ago or 60 years ago, Baldwin County was in the second congressional district. So it should be noted that it has not always been this way. But 50, 60 years old the Baldwin County economy was agriculture. It was not tourism.

Gulf Shores was a resort community that people went to about two or three months out of the year. Now Gulf Shores, Orange Beach, Fort Morgan, that area of Baldwin County is, if not the largest, the second largest contributor to the state's economy because tourism is a multibillion dollar business now.

But 50 or 60 years ago, to go from Mobile to Spanish Fort would have taken you about 45 or 50 minutes. You would have had to gone through a toll bridge or gone up -- we didn't have I-65 that ran all the way down. We didn't have the George Wallace tunnels that were completed in the 1970s or the Bayway.

And so it was a -- they were connected because of their similarities of their history, but their economies were different because Baldwin County was really more like on an island by itself. It was not the growth county that it is today.

And really, the growth has been taking place over the last 30 or 40 years.

Q Where do people in Washington, Clarke, Monroe, Escambia, Baldwin County, or Mobile County, where do they get their news?

A Mobile.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

772

Q Where do they go for some of the more major banking transactions?

A Mobile.

Q What if you need a lawyer for your business in a big lawsuit?

A I know there are a few lawyers in the room, so I don't want to offend anyone. There are some good lawyers in rural counties. My father was one of those.

But Mobile is the center of the economy -- the banking company, the legal company, the medical economy. If you have the flu, you will probably go to the doctor in Chatom. But if you live in Washington County and you're sick, you are going to go to Mobile. And the same would be true for Clarke, for Monroe, Escambia, and Baldwin County. And Baldwin County has got some great hospitals.

But Mobile has the University of South Alabama, which is one of the only two medical schools and university hospitals in the state -- Birmingham and UAB would be the second. Mobile has the Providence Hospital. It has Mobile Infirmary, which is one of the largest public private hospitals in the state.

So Mobile is a magnet for the economies of this district. And, likewise, many of the people in Mobile have family and personal relationships to the rural counties, as well. They may hunt in Monroe County, or they may have a family home in Clarke County or Escambia County.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 769 to 772 of 866 28 of 89 sheets

773

If you look at the phonebooks, you would see a lot of the same names in Monroeville that you would see in Mobile because many of those families are related and connected.

Q Speaking of family home, I neglected to ask you where you grew up, Mr. Bonner.

A I grew up in Wilcox County, which as a child was in the first congressional district, when Congressman Edwards represented us, as well as when Congressman Callahan was elected and I went to work with him.

Q Has the first district contracted a little bit geographically as Mobile has become more populous?

A It has. And it also contracted when the goal of zero deviation and an equal number of residents per congressional district required all of the Black Belt counties in those rural counties to make some adjustments. Because, quite frankly, Wilcox County's population has shrunk, and Mobile and Baldwin counties' population has grown. The same could be said for some of the other larger counties -- Jefferson and Madison.

Q Let's talk about the culture of the area. A few moments ago you mentioned Mardi Gras. And I bet a lot of people outside of Alabama don't know we have a Mardi Gras celebration here.

A We not only have Mardi Gras, we have America's first. It was started in Mobile. And it has spread. But if you -- the truth be told, there are a lot of people in Birmingham or

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

774

Huntsville, or Montgomery, or Dothan who probably, if they have a Mardi Gras celebration, it's something that's maybe 10 or 15 years old, not 150 years old.

So the history -- New Orleans has Mardi Gras, but they stole it from us. I think I can say that in court.

THE COURT: I think it's been said many times many places.

THE WITNESS: Judge, I'm sure you're right, especially this weekend in Tuscaloosa.

THE COURT: A lot of things are being said there that we probably don't need to talk about.

BY MR. DAVIS:

Q Mr. Bonner, is there anything else unique about the history of this part of the state?

A Well, I will tell you, having served in Congress, that one of the things we talked about during the deposition that I will be happy to discuss now or upon cross-examination, one of the jobs of -- one of the important roles of a member of Congress is to be able to represent his or her district.

And by representing, in my case, we had over 450 town hall meetings. But we also every month had field reps who would go out and meet in the smaller communities in each of these counties.

And so when you have a problem with social security, or you have a problem with the Veterans Administration, or you

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

775

have a problem with one of the other federal agencies, being able to talk with someone face to face on a regular basis -- most families can't afford to hop on an airplane and fly to Washington, D.C. to see their congressman or senator.

And so the compactness of the district -- and that was one of the goals when this map was produced was to keep all of the districts, the integrity of those district lines as closes to what they were to the preceding decades. And I can say since I was there at that time for the preceding decade, as well -- I was not involved in the 1980 redistricting. But as a Hill staffer, I worked on the 1990 and on the 2000, as well as the 2010.

And so for our sake, our goal was to always make sure that we would -- because we knew none of us would be in Congress forever. We wanted to make certain that the districts that we inherited that we would hopefully pass off to someone else at some point would be districts that those communities of interest, the commonality of the business and enterprise, the relationships of sports and social life, that they remained as intact as possible. Because at the end of the day, if you can't serve your district well, then you're not really the representative that you portend to be.

Q Okay. So is your ability to represent your constituents related to the compactness of the district and your ability to get around to where they live?

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

776

A Well, it is certainly a benefit.

Now, I will acknowledge that if you look at the map of Alabama, that there are other districts that are spread wider or might be deeper. Congresswoman Sewell's district probably has more counties. But you have to have more counties when you have a smaller population in each of those counties that she represents with the exception of coming into Birmingham and Jefferson County.

But I would just use this as an analogy. I can be -- from my office in downtown Mobile, I could be to the northern part of my district when I represented it, now represented by Congressman Byrne, to Jackson, Alabama, I could be there in an hour and 20 minutes.

If I had to go from Mobile to Dothan, it would take about three-and-a-half hours. And I would be spending the majority of that time in Florida.

Q We are going to look at some of plaintiffs' proposals in a minute. And I want to circle back to what you mentioned as the latest redistricting cycle and even in the '90s and 2000s.

Before we turn to that, though, and while we still have this one up, the history of the Mobile region -- we all know that in Alabama there has been racial tension -- a lot of episodes in our history that we're not proud of at all.

Did some of the same things that you saw happening in Birmingham and in Montgomery, were they going on in Mobile?

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

29 of 89 sheets Page 773 to 776 of 866 11/15/2019 04:51:31 PM

777

A No. And I think there's a reason for that. Alabama's racial history is something that is part of our story. But it's also in many instances been part of a dark cloud that has hung over our state as we've tried to change our image and recruit new industries and change our state. Because people around the world -- not just around the country -- have the images seared in their minds of Jim Clark and Bull Connor and the dogs and the firehoses and the Edmund Pettus Bridge.

We actually have a statue in Mobile of John LeFlore who was an African-American educator, and Joe Langan who was the mayor of the city of Mobile, very progressive back before progressive necessarily meant liberal. And it was a statue erected years ago, decades ago, because they made a commitment, this black man and white man to make certain that what was happening not just in Alabama, but in Meridian, Mississippi, and in Little Rock, and other places around the southeast predominantly, that it would not happen here.

So we have had -- every community has an incident that you wish had not happened. But we were able to avoid it. But it wasn't by accident. It was -- it was a commitment that we were not going to repeat the mistakes others had made, and we were going to do things differently.

Part of that I believe also comes from the fact that this district, again, unlike any that I am familiar with, has a diverse ethnic background. It's not just African-American and

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

778

Caucasian.

Down in the fishing village of Bayou La Batre down in the southern part of the Mobile County, we probably have 25 different nationalities. You have people working in the ship-building industries, people picking crab, people who are unloading shrimp and other seafood, and they have come from Cambodia and Laos and Vietnam.

And part of the role of a member of Congress when servicing the district, when we had a hurricane -- and we had two major ones when I was in Congress. We had some minor, but Hurricane Ivan in 2004 and Hurricane Katrina in 2005, as well as the oil spill in 2010, we would actually have to go to those communities where there was a large ethnic diversity and have fliers or translators who could speak their language. Many don't speak English.

We have a large Hispanic community in Baldwin County. We have a large Native American community. We actually have the only federally recognized Native American tribe in Escambia County, the Poarch Band of Creek Indians. And in Washington County, we have the Mobile Washington Band of Choctaw Indians, the MOWA.

So we have a lot of -- Mobile is an international city by being a port city. But we also have a lot of different cultures, a lot of different backgrounds that make Mobile and Baldwin County and south Alabama somewhat unique compared to

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

779

other parts of the state.

Q Do you have a judgment, Mr. Bonner, when you were trying to get out news about a hurricane or the oil spill, do you have a judgment as to how many languages you needed to be able to translate to get the word out?

A Well, unfortunately, I only speak one and not very well. But we would make an effort -- we would work with faith-based groups. We would work with the Red Cross, Salvation Army. And there were times we would employ translators if we were going down into a community like the Bayou that needed to make sure we were getting information about services that were available, how to make -- and take advantage of the oil spill trust fund or where to go get food and shelter after a hurricane.

Q Has the city of Mobile ever had an African-American mayor?

A Yes, sir. Sam Jones was elected mayor back, interestingly, when Mobile was a majority white city. And the current mayor Sandy Stimpson was reelected, and now Mobile is a majority African-American city.

Q The city of Pritchard, that's this in District 1, is it not?

A It is. It is a small community north of Mobile, but it would probably be one of the top 15 cities in size in the state. I don't know the exact number. It, too, when it was a majority Caucasian city, had a black Republican mayor. And when it was a majority African-American city, had a white lady

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

780

as the mayor.

I'm not going to say that we've never had racial issues. That would be untrue. But I will tell you that we have worked harder, in large part, because we felt that we wanted to distinguish us from the rest of the state and the rest of the country, that we didn't see people based on the color of their skin, but someone much smarter than me said the content of their character and their heart.

Q Mr. Bonner, as you look at the current districts, are there any things either economically, socially, culturally, that distinguish the Wiregrass region that is in District 2 from the Gulf Coast region that is in District 1?

A Well, there are a number. Just as I have tried to articulate the commonality of interests that we have, I think Congresswoman Roby or her predecessors, Congressman Bright, Congressman Everett, Congressman Dickerson would argue that there is definitely a strong magnetic connection in the Wiregrass. It's not just agriculture. It's not just peanuts. It's military. They have a major Air Force Base an Air University in Montgomery. We just recently landed the F35s for Montgomery. It's a billion dollar-plus benefit to the state.

And down near Enterprise is one of the -- if not the largest aviation training centers in the United States -- Fort Rucker.

So a member of Congress from Alabama second district

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 777 to 780 of 866 30 of 89 sheets

historically, since I've been involved in this, would want to be on the Agriculture Committee and would want to be on the Armed Services Committee. And I think Congressman Everett was on the Veterans Committee, as well, because we have a large number of veterans throughout the state.

But while we worked very closely -- and our delegations' collegiality and reputation well earned for working together is legendary in Washington, D.C, especially these days. The fact of the matter is it would have been a challenge for someone to be advocating for ships or submarines down in Mobile and also for helicopters or airplanes in Montgomery and Dothan, at Enterprise.

Q Let's look at some of the different proposals, Mr. Bonner.

The plaintiffs in this case argue that districts in the Alabama should be configured differently. And I'm now going to put on the screen Plaintiff's Exhibit 61, which is their Revised Plan 1.

A Yes, sir.

Q Now, let's say that these were the districts and you had been elected to represent the first congressional district. Do you see any challenges to providing effective representation to constituents in a district like this?

A Yes, sir, I see a lot of challenges to it.

Number one, where I lived when I was living in Mobile probably would have been in the second congressional district.

While you don't have to live in your district in Alabama to run for that district, I'm not aware of anyone ever being elected.

So let's assume that I ran where I currently live in Baldwin County. It would -- not only would it be a challenge to serve from a distance standpoint, there's -- there would be a lot to learn about their culture, their way of life, their economic engine, if you will.

And there's just so little in common with this proposed District 1 that I think it would make it not only difficult to serve, I think you would very likely make it difficult to find people who would want to serve in a district like this.

Q Would you be more hesitant to run for Congress if the district looked like this as opposed to the way the lines are presently?

A I would. And I would be equally as impacted to run in District 2, as well.

District 2, you could be the congressman from Mobile. I don't know where the population is on this map. So I'd have to look at the actual numbers. But I guess it's conceivable you could be elected to Mobile, and you would have to service in terms of representing Macon County, Bullock County, Lowndes County. There's very little in common.

The people in Fort Deposit don't travel to Mobile to buy cars or to shop. And likewise, the distance -- you could go on the interstate, but it would take you probably three hours,

three-and-a-half hours to get to the furthest point in the second district. And in the first district -- I haven't driven Mobile to Dothan in a while, but I know you're going to spend the majority of the time in Florida.

Q Are there any communities -- are there any communities of interest that you're aware of, Mr. Bonner, that would be shared by people in downtown Mobile and people in Montgomery, Macon, and Bullock counties?

A No, sir.

Q Are you aware of any way where the economies of these two regions are interdependent?

A No, sir.

Q What about, say, western Mobile County and Henry, Houston, and Dale counties? Are there any communities of interest that are shared by those two regions?

A Not that I am aware of.

Q Do they -- do people from these two different areas work for the same employers?

A No, sir. They would not work for the same employers. They -- their schools don't compete against each other except maybe at playoff time.

THE COURT: You talking about high schools?

THE WITNESS: Yes, ma'am.

THE COURT: And high school football is also big in Alabama, isn't it?

THE WITNESS: That's what I have been told.

THE COURT: Okay.

THE WITNESS: But, Judge, even the four-year and two-year colleges are different.

If you look at the -- at this map, there is a community college in Mobile, Bishop State Community College. There's one in Baldwin County that has a campus in Escambia County and Monroe County. Coastal Alabama. The University of South Alabama, the University of Mobile and Spring Hill College.

I don't have the numbers in front of me, but I would be confident in saying that many of their students, the vast majority of their in-state students are going to gravitate from that area.

And, likewise, if you are from Houston, Dale, Henry, you're probably going to go to Troy if you're not going to Auburn or Alabama or going out of state.

The community college, Wallace Community College over in Dothan, I mean, they're part of the same system, but they wouldn't even teach the same type of classes.

I mean, again, we're -- our two-year system today is very actively -- we need 500,000 new workers in the next five years in Alabama. And our two-year system is being redesigned to help bring a lot of those workers in through the two-year education program.

But if you're in Mobile and you're at the one of the

785

community colleges, you're probably learning a trade to work in the shipyards, or to work in the aerospace industry, or to work in industries that support that, the steel industry, or the aluminum.

And, likewise, the commonality of interests between Pike County and Dothan, I mean, it's not just that you could be from Dothan to Troy in an hour. It's that they have the same shared relationships in their area that we have in ours.

THE COURT: And just so we all understand, where is Dothan and where is Troy? Which counties?

THE WITNESS: Forgive me. Dothan is the county seat of Houston County in the far southeastern corner. And Troy is in Pike County. Abbeville is the county seat for Henry County. Ozark is the county seat for Dale County. Enterprise or Elba. I'm not sure. I might get in trouble here. But Enterprise and Elba are in Coffee County. And Geneva is the county seat Geneva County.

But even Covington County -- in this proposed map is Andalusia. Andalusia doesn't even go to Escambia County to shop. They would go east. They would not go west. And that can be documented by just looking at the receipts of any of the stores or the banks. There's just no real connectivity there.

BY MR. DAVIS:

Q Mr. Bonner, the plaintiffs have submitted a total of four proposals. I want to show you a couple more.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

786

This is Plaintiffs' Exhibit 67, or Plaintiffs' Revised Plan 2. The districts are a little different in this plan than in Revised Plan 1.

Do they give you some of the same concerns as Revised Plan 1?

A Yes, sir, they would.

Q Any different concerns?

A Well, so looking at the first district, your rural counties are the same. But you have basically -- I would say gerrymandered the Mobile County to create a district in the second district that would probably be even worse for the rural counties in that area if the congressman or congresswoman were elected from Mobile County.

But if the congressman or congresswoman were elected from Montgomery County -- and there's no reason to say that you couldn't be elected from a rural county -- but if you look at our current delegation, the majority of them come from some larger city in their district. It would be very difficult.

Barbour County is a wonderful county. Eufaula, Lake Eufaula. It would have so little in common with Monroe County, so little in common with Conecuh County that unless -- I mean, people in the Wiregrass -- the counties we were talking about -- they don't go to Gulf Shores or Orange Beach to go to the beach. They go to Panama City or Destin.

THE COURT: It's closer.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

787

THE WITNESS: It's much closer.

So when we are talking about community of interest, that's what I am referring to. I might not be articulating it well.

There's much more synergy and history of a relationship that this district, this Plan 2 would be very, very difficult. And, quite frankly, District 7, if you are representing the seventh district and -- you got to go from Jefferson County down to Washington County. Now it currently goes to Choctaw.

So I realize that's just -- and Marengo, that's one county away and part of Clarke. But you're just making it harder and more difficult and more expensive to serve.

For the record, each congressional office of the 435 have roughly the same allowance. It's called a member's representation allowance, an MRA. It's a little over a million dollars. There are some that have additional stipends for high rent areas -- New York City, Los Angeles, Dallas, Atlanta. But for the most part, you have got to run your office out of that budget. It does not pay the member's salary, the member's travel back and forth to Washington, but everyone else's travel, everyone else's stipends, the support, the rent, the lease of a car comes out of that million dollars.

And so for any of these districts, you would be talking about -- I had -- when I worked with Congressman Callahan, we had one district office that was based in Mobile. When I was elected, we opened a second office in Baldwin County because it

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

788

was such a fast-growing county.

But you would have to have at least three offices in the first district. If you didn't have Houston, Geneva, Dale, Henry counties represented with an office there, then you probably would be serving one term, or vice versa. If you were elected from that area in the Wiregrass, you would very likely serve one term if you didn't represent those people who live in Mobile and Baldwin counties.

And the same can be said for the other maps -- for the other districts in District 7.

Congresswoman Sewell is from Dallas County. She was born there. Her mother was the first African-American member of the city council in Selma. And Terri is very proud -- Congresswoman Sewell is very proud of her Selma and Dallas County heritage. But she lives in Birmingham. And so she has an office in Dallas County, and they do a really good job.

We used to do joint town hall meetings in Clarke County because we shared -- that was the one county that was split in the 2000 redistricting, as well as in the 2010. And we made a commitment actually with her predecessor Congressman Artur Davis that we did not want that one rural county that had two congressmen to have any loss of service. So we would go do joint town hall meetings, and our staffs would work together to make sure that those residents in Clarke County would not -- did not suffer any loss of representation.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 785 to 788 of 866 32 of 89 sheets

789

But to answer your question -- and I apologize for being so long winded -- it would create a real challenge, whether you were the representative of District 1, District 2, or District 7 -- and I really am not even focused on the other districts.

14:25:38 BY MR. DAVIS:

Q I'm going to change maps now, Mr. Bonner, to look at Plaintiffs' Revised Plan 3, which is marked as Plaintiffs' Exhibit 73. And I ask you first: Does this plan present some of the same concerns as we discussed with the first two?

14:25:51 A Yes, sir, it does.

Q Take a look at District 7, Mr. Bonner, in the Revised Plan 3. You notice that District 7 in this district does not include Dallas County.

You know, Representative Terri Sewell, do you not?

14:26:14 A I do.

Q And you have worked together, as you mentioned?

A Yes.

Q What would her reaction be to District 7? Do you suppose from knowing her that Dallas County's not in her district?

14:26:28 MR. SPIVA: Object, Your Honor. Calls for speculation, what she would think of this plan.

THE COURT: I think he has laid a foundation to answer that question. So overruled.

THE WITNESS: Congresswoman Sewell is extremely proud

14:26:43 of her -- of her home in Selma.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

790

When she was first elected, the first year we went to the White House Christmas party, she brought her mother as her date. And I took a picture of her and her mother with President and Mrs. Obama, who she had gone to college with.

14:27:08 And I will tell you that because we've had numerous conversations about this -- I wouldn't portend to speak for anyone else in the delegation. But Dallas County and Selma is as important to Congresswoman Sewell as -- as any other county in that district because she knows the role that Selma has

14:27:33 played in the story of Alabama and in the story of America. And she is working hard.

She actually sponsored legislation recently to take the A. G. Gaston Motel here in Birmingham and make it into a Civil Rights district. And she has worked equally as hard to do

14:27:52 things with Edmund Pettus Bridge, and the churches, and the Saint James Hotel, and other important landmarks in Selma. It's a very important part of her life.

THE COURT: Are you aware of her efforts with the federal courthouse in Selma?

14:28:08 THE WITNESS: No, ma'am.

THE COURT: Okay. I am. She almost derailed our effort with the Anniston courthouse. So -- but I'm not testifying. So I'll just leave it at that.

MR. DAVIS: And I'm not going to touch that topic.

14:28:24 MR. SPIVA: No objection, Your Honor.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

791

THE COURT: No. We worked it out. And if y'all want to know off the record sometime, I will tell you about her commitment to restoring the federal courthouse there that had not been used by the Southern District for a number of years.

14:28:47 And they're holding court there again because of her effort and her insistence, so...

THE WITNESS: Well, I will say this: I was born in Selma. And we did not have a hospital in Camden. And so I moved to Camden three days later. I didn't stay there long.

14:29:05 But Terri and I have talked -- Congresswoman Sewell and I have talked often about our love for that community and how in many ways -- I mean, we were children when a lot of the story was playing out.

But one of the tragedies that every year there's this

14:29:26 great pilgrimage, and there are 30 or 40 members of Congress, and depending on who is in the White House, the President of the United States comes, and there's a march over to reenact. And it's wonderful reminder of how far we've come and how far we have to go.

14:29:43 But the painful thing is, is that when that weekend is over, Selma still struggles. You drive on Broad Street -- and I was there recently -- and many of the old buildings that used to house commerce, the department store, the newspaper, they're closed. They're boarded up. And it pains her personally

14:30:04 because it is her home. And she -- as Your Honor is aware, is

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

792

passionate about this community. This is a part of her life.

BY MR. DAVIS:

Q Mr. Bonner, I'm trying to remember if I've already talked about this map or not. This is Plaintiffs' Exhibit 40. And I

14:30:28 don't think so. This is Plaintiffs' Illustrative Plan 4. It's a slightly different configuration of districts.

So quickly, does this configuration present some of the same concerns to you as the other proposed maps we reviewed?

A Counselor, it -- there are -- they have one thing in

14:30:46 common. They are being drawn to achieve a political purpose with little regard or respect for the historic relationships in the economic interests that make these districts a part of the state.

Q Why do you believe that is the case?

14:31:11 A Well, again, Montgomery is the capital seat. And so Montgomery County is currently split. And that's not that difficult to see. Jefferson County is split. Jefferson County being the largest county and most populous county in the state.

But if you look at the economy of Montgomery, and you look

14:31:36 at the -- now we're looking at this Plan 4, but we're focusing on District 2 because that's what draws my attention to it. If you live on Dauphin island, which is -- if you look at the map, the barrier island off the southern tip of Mobile County, or you live in Bayou La Batre.

14:31:58 Q Is it where I've drawn a circle there?

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

33 of 89 sheets Page 789 to 792 of 866 11/15/2019 04:51:31 PM

A Yes, sir, it would be. Or you live in Citronelle, if you go to the northern part of Mobile County in the yellow Section 2, Citronelle is the third largest community, maybe fourth largest community of Mobile County. You are very likely not going to know who your congressman is or your congresswoman would be.

And, likewise, if you lived in the first district, in the pink district, there's just so little -- there's no good way to get from Mobile to Troy. There's no four-lane highway. There's not an air service, not rail service. If you've got commerce that -- your business interests -- you're going to have so little connection to -- from this area of Mobile and Baldwin counties to Geneva County to the part of Dale County.

And then if you look at the third district in this map -- and we haven't talked about the third district. But to go from Henry County all the way up to Calhoun and Cherokee -- Congressman Rogers is from Calhoun County. He's currently seeking reelection. Second district currently has a vacancy, and there's going to be an election to elect the new member of Congress from the second district.

But two of the candidates live down in this area of the Wiregrass, in Henry County, Dale County, that area. I don't know specifically where they live. But that would be a devil of a district to try to represent.

Q Are districts drawn -- with this general configuration,

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

would they be good for people in Mobile?

A They wouldn't be good for people in Mobile because Mobile relies heavily on the federal delegations' help.

When we were getting the contract to build the 20 new littoral combat ships at Austal, I was still in Congress. It was a two-and-a-half billion dollar contract that took us from 500 employees to 4,500 employees. That didn't happen just because we wanted it to happen. It happened because Senator Shelby, Senator Sessions -- and I was on the Defense Appropriations Committee at the time, subcommittee. It doesn't hurt to have your representatives being able to help you and your constituents with the challenges and needs that they have.

Q And any detrimental effect to the economies or the cultures of Mobile and Baldwin County to splitting them up in this way, would that have an effect on white and black citizens alike and their well-being?

A Well, as I said during the deposition, let me restate here. I don't -- I don't believe for a minute that during the 10 years I was in Congress that there was any one of the 650,000 people who lived in my district who didn't feel that they were adequately served by me and my office because we didn't respond to someone because of their race or because of their political views.

We had a sign on my door that I had made that said, This office belongs to the people of south Alabama. And we treated

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

every case and we treated every constituent with the same type of respect.

Now, I didn't always win certain parts of my district any more than any of the other six members of Congress. I mean, you can run unopposed. But even when you run unopposed, you still might have a few write-ins for Mickey Mouse or Donald Duck.

But I would think the people -- the African-Americans in Mobile and Baldwin County have a lot more in common because of the community than they would have with African-Americans in Macon and Bullock counties.

Q Mr. Bonner, when you were campaigning in the first district, did you campaign in areas that were largely African-American, as well as areas that were largely Caucasian?

A I certainly did. My very first town hall meeting as a member of Congress was in Pritchard, and my very last one was in Pritchard.

Pritchard is a majority-minority population-wise. But the very first earmark I got back when you can do earmarks was for Pritchard, Alabama for a fire grant so that we could make sure that the fire hydrants and the fire trucks could adequately serve the people who lived in that community.

And I was very proud that when I left Congress I left with enhanced relationships that I had made because I did campaign and I served in those communities, even those areas. I only

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

lost one county during my ten years in Congress, and that was Washington County the very first time. And I was determined I wouldn't lose it again, and I didn't.

Q You said first and last town halls were in Pritchard. And in between, did you make it an effort to hold town halls throughout your district in diverse areas?

A A good friend of mine that I went to Leadership Mobile with, her son was murdered in Trinity Gardens. Trinity Gardens is a majority African-American part of Mobile. And Levonis (phonetic) asked me if I would come have a town hall meeting. She said, The people are afraid. And it would be a really big message if the congressman would come unarmed without police and security. Well, Levonis, I said, I don't have a weapon and I don't travel with security. And I would be honored to come.

That's just one example. But I could give you countless others.

I went to 26 funerals of soldiers who died during the wars in Iraq and Afghanistan. Probably 18, 19 of those were African-American soldiers. I went to every home, every family that I visited with. I would like to think that they didn't see me as a white congressman or as a Republican, but as their congressman. Because I didn't see them as a black family. I saw them as parents, brothers, and sisters of an American hero.

To the point that the first soldier who was killed, Howard Johnson, Jr., who the year before was the all-star athlete in

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

797

high school. He was the first soldier killed in the war in Iraq. I will tell you when I walked into his home -- he was the only son. He had two sisters. His father was a minister.

And my wife made a pound cake, and we went to see them. And the sisters asked if I would come in and visit with their parents. And I didn't really know what I was going to say. And I was very religious that day in asking the Lord for help.

But when I went in and visited, we were standing in Howard, Jr.'s, bedroom with all of his trophies and ribbons. He was an amazing young man by all accounts -- I didn't know him -- and was a super athlete in high school. And I told his father and mother, I said, Whatever I can do for you for as long for as I'm alive, I will be here for you. And Reverend Johnson said, Well, would you moderate at my son's funeral?

It was a nationally televised funeral. Senator Sessions was there, Governor Riley was there, and I was there on the platform of the church that Reverend Johnson, Sr., pastored.

And I truly don't believe that I was looking at a black family or they were looking at a white man. We were looking at people who were grieving over the loss of a young man.

Q Have you been recognized in any way, Mr. Bonner, for your service to your African-American constituents?

A I have an award from the NAACP. But more importantly, I've got countless memories and stories of men and women, military and nonmilitary, that I've helped whether -- you know,

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

798

one of the great privileges a member of Congress has is helping a young man or woman have the privilege of going to get an education in one of our military academies. I still get letters from people who had a chance to go get a world-class education and then serve their country, and some are still in active duty and some have gone on to other careers.

But I recently received a letter from -- actually the mother of a young man who had gone on into medicine. And she was telling me that had I not given her son that opportunity there's no guarantee based on their financial background or whatever that he would have had that opportunity. He was African-American. He is African-American.

And so I'm proud of the honors, but I'm really more proud of the relationships.

Q You know, you have in your role, both when you were chief of staff and as the congressman for the first district, you've been associated with the redistricting process or you've been -- you have participated to some extent in drawing congressional districts?

A I never drew a map, but I participated, yes.

Q So let's talk about in 1990 cycle and after the 1990 census when Alabama drew new congressional districts. You were serving as chief of staff, correct?

A Yes, sir.

Q To which representative?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

799

A Congressman Sonny Callahan.

Q And tell us about that round of redistricting in the 1990s.

A Well, that was -- that was -- it was an interesting time, because the desire by the legislature was to create the first minority-majority congressional district. And so that was not really going to have any impact on our district, per se. But it was going to have a significant impact on the Seventh Congressional District, which heretofore had been represented by Congressman Claude Harris, before that Congressman Walter Flowers, and before that Congressman Richard Shelby.

And the legislature wanted and believed that it would be appropriate to draw a majority-minority district. And that's when, as you'll see on this map -- I assume you're going to reference this is the map that was produced then?

Q Yes, Mr. Bonner. This is Plaintiffs' Exhibit 102. It's one of the pages of Plaintiffs' 102. It is the maps that were in effect between 1993 and 2002.

MR. DAVIS: But before we continue, Your Honor, I've been asked to -- if this would be a convenient time for a quick break.

THE COURT: That sounds good to me, as well, so we will come back at 3:00 o'clock.

MR. DAVIS: We'll pick up from here.

(Recess.)

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

800

THE COURT: You may continue.

BY MR. DAVIS:

Q Okay, Mr. Bonner. We were looking at one of the pages in Plaintiffs' 102, which was the congressional district plan adopted in the '90s.

Before we continue, let me show you the one that was adopted in the '80s, and I will take it off the screen so we can see the difference. So do you recognize that as the district during the '80s decade?

A Yes, sir. That was the district that I worked in as a college intern and also as a young congressional staffer.

THE COURT: For the record, we're looking at Plaintiffs' Exhibit 102?

MR. DAVIS: That is correct, Your Honor. Thank you for reminding me.

BY MR. DAVIS:

Q Jefferson County was largely whole in that district?

A Well, it was a split county.

Q Yes.

A But it was more whole than in latter versions.

Q Yeah. Let's look at the district then to the '90s.

THE COURT: Wait a minute. How many districts did we have in the map that's Plaintiffs' Exhibit 102?

THE WITNESS: Seven, Your Honor. We have had seven congressional districts since the 1960s, when we went from

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

35 of 89 sheets Page 797 to 800 of 866 11/15/2019 04:51:31 PM

801

eight districts down to seven.

THE COURT: Thank you.

BY MR. DAVIS:

Q Actually, Mr. Bonner, were there not eight districts in the '60s, and then we dropped to seven in the '70s? Am I right about that? I want the record to be clear.

A Counsel, I'm not going to argue with you, but we had an at-large election in 1964. That's when Congressman Edwards and Congressman Dickenson, and that's when the other Republican members were elected that year. And in 1960, when we had the redistricting, I thought we went from eight to seven. We may have gone from nine to eight.

Q Let's -- I want the record to be clear. So let's refresh our recollections -- mine, too.

THE COURT: I don't remember that far back.

MR. DAVIS: This is Defense Exhibit 1, Your Honor which is a series of historical maps. And I'm starting with the '50s, although Mr. Spiva went through the same maps in the cross direct of Representative Byrne.

THE COURT: Okay. And which page number of Defendant's Exhibit 1 are you looking at right now?

MR. DAVIS: I regret to say, Your Honor, that my copy does not have the page numbers. But this is the map from 1950 -- Mr. Spiva rescued me. It is 7 of 12, and the bottom of the page says, Chestnut Defense 3022.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

802

THE COURT: Thank you.

THE WITNESS: And that was in the 1950s?

BY MR. DAVIS:

Q That's correct.

A Okay.

Q And in the 1950s, then, we had nine districts, did we not?

A That's what the map shows.

Q Yes. And now I'll put a map dated congressional districts 1964.

THE COURT: That's page 321 -- I mean 3021?

MR. DAVIS: 30 -- yes, Your Honor.

THE COURT: I'm just trying to keep the record clear.

MR. DAVIS: Thank you.

BY MR. DAVIS:

Q And there we see in the '60s eight districts, do we not?

A Well, we do, but that was August of '64. The election was in November of '64. And so what I don't recall as a child back then -- and the judge wasn't even born.

THE COURT: Oh, yes, I was.

THE WITNESS: But I will take both the plaintiff and the -- I will take your word for it. But that would have been in August.

And what I was of the belief was that the election was a result of the previous election with the statewide race where Congressman Boykin, who at that time was the congressman from

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

803

the first district --

BY MR. DAVIS:

Q Okay.

A -- was the low man on the totem pole, in terms of the vote. And that would have probably been in the '62 election, I guess.

Q Well, we do know, then, from Chestnut Defense page 3020, which is the plan that was developed after the 1970 census, there we have seven districts, correct?

A Yes.

Q And we have had seven districts since then?

A That's the district that I most recall.

Q Okay. Thank you. I apologize for that detour.

So let's look now at the districts that were adopted in the 1990s. And before we took a quick break, you were telling us a little bit how those districts were adopted.

A Well, first of all, it should be noted that the -- that district map -- Congressman Callahan had been in the Alabama Legislature many years earlier. Congressman Flippo from Huntsville in north Alabama the fifth district had been in Congress and the state legislature. Congressman Bevill had been in the state legislature the fourth district. And Congressman Claude Harris from the seventh district before this map was adopted had not been. He had been a judge, local judge. Congressman Glen Browder from the third district had

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

804

been in the legislature and had been Secretary of State. And I believe that was the time when Ben Erdreich was the Congressman from Birmingham, and he was defeated by Congressman Spencer Bachus, who was in the state legislature and had been on the state school board.

I say that because during my involvement in the redistricting process when we were in Montgomery with the state legislature, it was helpful for members of the delegation who had served in the Alabama Legislature. It was like a fraternity. And they had those relationships. Plus you had the seniority of Tom Bevill and Bill Dickenson, and Sonny Callahan was acquiring seniority at that point.

The delegation, as I've indicated earlier, and as I'm sure other witnesses have said, has a very strong reputation for working together.

The awkwardness of the effort to produce the first majority-minority map was that it was in all reality going to keep Congressman Harris from being able to continue to serve. He was not really interested in not leaving Congress, but the political map of a 65 percent African-American majority district made it unlikely that he would have been elected.

And so at that time a state senator, Earl Hilliard, very popular in his district, ran in a very crowded primary. There were a lot of people who ran. He won. And so this district flipped, if you will, and remained a Democrat district, but it

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 801 to 804 of 866 36 of 89 sheets

became a majority-minority district, and it's remained so since that time.

Q Okay. Now, you, as being chief of staff for the representative of the first district, were you more focused on the boundaries of the first district?

A Absolutely.

Q Yeah. And just to be clear, the congressional delegation doesn't pass the redistricting plan?

A No, sir. We're at the mercy of either the legislature or the courts.

Q But did you in the 1990s work with other chiefs of staff and other members of the Alabama delegation to develop a plan to tell the Alabama Legislature that we, the delegation, think this would be fair?

A Absolutely. We have worked through -- each of the three redistricting times that I have been involved in it, we've worked as one. Even when there's been disagreement, we've also agreed to work as one.

Q And after the 2000 census, were you still chief of staff at the time that they were drawing new district lines for congressional districts?

A Yes, sir. I was chief of staff in 2000, 2001.

Q When you were drawing a proposed -- not you, but when the delegation was working on a proposal for the district lines after the 2000 census, was anyone, to your knowledge, arguing

that there should be a second district that is majority African-American?

A Yes, sir. There were some legislators who were arguing for that point. And there were some political leaders in the Alabama Democratic Conference -- primarily Dr. Joe Reed, who was advocating there be two districts.

Q Was Representative Hilliard still representing the seventh district at that time?

A Yes, sir.

Q What was his position on whether Alabama should draw a second majority black district?

A Not speaking for Representative Hilliard, but speaking for the delegation, we were united that we wanted to preserve the districts as they were, and all the members were supportive of that effort.

MR. SPIVA: Your Honor, can I have a continuing objection on hearsay here? I kind of have a feeling I know where Your Honor's ruling is going to go on that, but just so I don't have to interrupt the flow.

THE COURT: Yes. You can have a standing objection.

MR. SPIVA: Thank you, Your Honor. And sorry, Your Honor, and relevance, if I may.

THE COURT: Okay.

BY MR. DAVIS:

Q Are you aware, Mr. Bonner, of any objection from

Representative Hilliard to a plan after the 2000 census that included only one majority black district?

A No, sir. And, Counselor, I was in the meetings with the members of Congress. And the meetings were small. There were the seven members of Congress and the seven staff designees. Most cases it was the chief of staff. And we were working together to try to work with the legislature in hopes of producing a map that the legislature could pass that also would be approved by the Department of Justice.

Q Now, after the 2000 census, when it was time for new district -- excuse me -- the 2010 census, and it was time for new district lines, you were a member of Congress by that point?

A Yes, sir.

Q Okay. Did the delegation again work on a proposal to give to the Alabama Legislature?

A We did work together. All seven members were in agreement that it would be in the best interest of the state and of the communities in the districts that we represented if we could remain united. And we remained united.

Q And was the plan that the delegation proposed to the Alabama Legislature, is it largely the plan that was ultimately passed?

A It is. There were some minor deviations, as I recall. Not necessarily in my district, but in other districts in

between the fourth district and the sixth district and perhaps the fifth district.

There was a little bit of back and forth between Congressman Brooks and Congressman Aderholt and Congressman Bachus. But at the end of the day, the map that the legislature produced was by and large the map that we were hopping it would be.

Q And Representatives Aderholt, Bachus, and Rogers, did you say?

A Bachus. Bachus, Brooks and Aderholt.

Q Those are districts in north Alabama, correct?

A Yes, sir.

Q Okay. Were all the members of the delegation supportive of this proposal, to the best of your knowledge?

A They not only were supportive, they were financially invested in it.

Q What do you mean?

A All seven members of the delegation agreed to support, if the legislature could not agree upon a plan, that we would help finance legal counsel to represent us if we went to federal court, and we would work together to help the legislature if they could pass a plan. If they needed expertise drawing maps, or others who would be working to help achieve this goal, we all agreed that we would have skin in the game.

Q Who represented District 7 at this time, around 2010-2011?

809

A That would have been Congresswoman Terri Sewell.
Q And she, of course, still represents District 7 today?
A She does an outstanding job.
Q Would you say that the Alabama delegation as a whole, all seven Congressmen and Congresswomen -- do you work together to such an extent that you get to know one another?
A Counselor, the delegation not only works together, but we socialize together. We have lunch together every month. I would say that there's no other delegation in the entire Congress where both parties, both Democrats, Republicans, black, white, liberal, conservative, we meet every month and have lunch. We don't talk politics. We talk people. We talk about what we can do to advance interests of our state.
And so when I was working to get Airbus to come to Mobile, Congressman Bud Cramer from Huntsville who represented Boeing, Airbus' rival, was right there with us, as was Congressman Davis. And we haven't -- I say "we." It's a small group. You feel like you're in the fraternity even when you're not. But it's a very genuinely collegiate group who is committed to serving 4.8 million people who live in this state.
Q Did you have sufficient opportunity to work with Congresswoman Sewell that you feel you got to know her character?
A Absolutely. She and I held joint town hall meetings. We have frequent dinners together. I hosted a dinner for her.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

810

And Congresswoman Martha Roby, they were the first female congresswomen elected from Alabama perhaps ever. And so when they were elected at the same time, one was a Democrat, one was a Republican. One was African-American, one was Caucasian. I hosted a reception for them their very first week. We have frequent meals together.
And Terri -- and Congresswoman Sewell and I -- there's no one I have higher regard for. She's very passionate about representing her district and her state.
Q Have you had sufficient opportunity to observe her representing her constituents to believe that it is her desire to do her best to represent all of her constituents?
A So much so that one time when we were having lunch in our delegation lunch, she had gotten a call from the President -- President Obama was in office at the time, who was twisting arms pretty heavy that she vote on a union bill that would have been what the administration wanted. She had voted against that bill because it was counterproductive to what her district needs were. And she did that more than one occasion.
Q Do you have any reason to believe, Mr. Bonner, that Congresswoman Sewell would support a plan that she believed discriminated against African-American voters?
A Absolutely not. She is an attorney, a very accomplished attorney. She would -- she values the Constitution. And she would in no way to advance her own personal interest or

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

811

political causes do anything that would disenfranchise the men and women that live in her district.
Q Did the delegation -- well, was the delegation aware in the year 2011 that Alabama's congressional districts would have to be precleared by the Department of Justice?
A Yes, sir.
Q Did you have any thoughts on how that might be accomplished?
A Well, we were very fortunate that the only Democrat in the delegation had gone to college and law school with the President of the United States and the first lady, and was very good friends with the Attorney General of the United States. And so while we didn't defer solely to Congresswoman Sewell, she offered to do her part to help make sure that the map that would eventually pass would be precleared, and she did.
Q And forgive me, Mr. Bonner. You said that -- you already mentioned that she knew President Obama and Mrs. Obama. Did you also mention whether she knew the Attorney General at that time?
A Absolutely. She knew the Attorney General well, and considered him someone that she -- I think it would be safe to say she considered him a friend, but also someone that she looked up to and respected. As did I, quite frankly. I did not have the long-standing relationship with the Attorney General that Congresswoman Sewell did. But I was very proud

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

812

that on my last day in office -- he and I had worked very closely together during the oil spill when President Obama put then secretary of the Navy Ray Mabus in charge of the response and then later put Mr. Feinberg, Ken Feinberg in charge of the fund that would help pay the victims.
We had a lot of problems with Mr. Feinberg and that organization that was set up. And I had several reasons and several occasions to seek the guidance of the Attorney General. And he was always responsive.
And as I say, when my last day in Congress came, his was one of the last calls I took, and it was wishing me well and thanking me for my service and saying that he regretted that I was leaving. It meant a lot to me. Then and does.
And, of course, he married a young lady from Mobile, Alabama who is a distinguished physician, OB-GYN in Georgetown, Dr. Sharon Malone.
Q In the end, Mr. Bonner, is it your opinion from our discussion today that it's important that the Gulf Coast region have effective and strong representation in Congress?
A Yes, sir.
Q Do you believe that the current districts respect the communities of interest of that region?
A Absolutely.
Q Do you believe that the different proposals we looked at from the plaintiffs would break up those communities of

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 809 to 812 of 866 38 of 89 sheets

813

interests?

A Without a doubt.

Q And would those proposals make it more difficult to provide good representation to the Gulf Coast region?

15:24:46 A In my experience of having worked in Congress and around Congress for 28 years, absolutely.

Q Thank you, Mr. Bonner. I pass the witness, Your Honor.

THE COURT: Cross-examination?

MR. SPIVA: Yes, Your Honor. Thank you.

15:25:02 CROSS-EXAMINATION

BY MR. SPIVA:

Q Good afternoon, Congressman Bonner.

A Good afternoon.

Q I appreciate your testimony, and I really appreciated and

15:25:18 was moved by the story that you told about the young man from Iraq. That was a very moving story. I appreciate that.

Congressman, you'd agree with me that the African-Americans in your district, when you represented it, largely supported the ACA, the Affordable Care Act?

15:25:38 A Yes, sir.

Q And you did not support the ACA?

A That's correct. No one in the delegation did.

Q Uh-huh. You also supported repealing the ACA before you left Congress?

15:25:48 A Yes, sir.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

814

Q You'd agree with me that most African-Americans in your district opposed the repeal of that, correct?

A I would tell you that when President Bush was in office and we expanded Medicare to include prescription drugs, it was

15:26:15 controversial because it was very complicated.

We actually had town hall meetings to try to help people understand that it wasn't intended to be complicated, but it was. We had sometimes 40, 50 plans that senior citizens on Medicare had to choose from. And I think at the time, the Bush

15:26:30 Administration did a very poor job of rolling that out.

Likewise, I think when the Affordable Care Act passed, it was not my goal to oppose it. But I felt very frustrated that something as important as health care, which I didn't think my party had done a good job of addressing, but I also didn't

15:26:57 think it should be a party-driven issue. Not a single Republican voted for it. And every Republican voted to repeal it, to my knowledge, to my recollection.

When Social Security passed in the 1930s, when Medicare and Medicaid passed, when the Civil Rights Act and the Voting

15:27:16 Rights Act passed, those passed on bipartisan votes.

And I believe then and I still believe that we need to do something about health care. I used to keep a copy of the Affordable Care Act on my desk, all 1,600-plus pages. And people would come in, and they'd rather have a picture with the

15:27:34 bill than with me because it represented how difficult it was

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

815

to believe that the promises made in that legislation that it was going to expand health care and reduce costs and you'd be able to keep your doctor and all those other promises that were made would ever be able to be honored.

15:27:52 And I think as we sit here in 2019, we would both agree -- or at least I'm not speaking for you -- but we still have a ways to go to make our health care system more affordable, more available. And I don't believe the Affordable Care Act did it. I didn't believe that either then.

15:28:07 Q But you would agree with me that most of the African-Americans in your district opposed the repeal of ACA?

A They did, but it was a respectful opposition. I answered every letter that came in and had town hall meetings to address that just as we did with the Medicare expansion of Part D.

15:28:26 And I did go to Pritchard. I did go to other communities of majority African-American, and we talked openly about it. I had charts. I listened. And I certainly tried -- even though I didn't vote the way they wanted me to, perhaps, I was responsive and respectful of their views. And I think at the

15:28:44 end of the day, they respected my position on it because I continued to be reelected.

Q Thank you, Congressman.

You voted against the reauthorization of the Voting Rights Act in 2006; isn't that right?

15:28:57 A Yes, sir.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

816

Q And you were one of only about 35 or 36 Congress people of either party who voted against the reauthorization in 2006; isn't that right?

A Yes, sir.

15:29:09 Q President Bush signed the reauthorization?

A Yes, sir.

Q And in 2011 you didn't see any value in creating a second majority-minority district or influenced district, did you?

A No one in the delegation did, nor did Congresswoman

15:29:29 Sewell.

Q Well, while you were in office -- I'm kind of shifting gears here, Congressman. Did you ever reach out to groups in your constituents to invite their viewpoint on certain issues?

A Yes, sir.

15:29:44 Q For instance, if you were considering a bill regarding business development, would you reach out to the Mobile Chamber of Commerce?

A I know I did many times. We had economic forums. We did some for the minority business community that was an arm of the

15:30:03 Mobile Chamber of Commerce. And, yes.

Q So regardless of whether they had specifically asked you for a meeting, you sometimes would go out and actually reach out to these groups to meet with them?

A Yes, sir.

15:30:14 Q And you would agree with me, wouldn't you, Congressman,

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

39 of 89 sheets Page 813 to 816 of 866 11/15/2019 04:51:31 PM

817

members of Congress like you often engage in community outreach efforts; isn't that fair?

A You couldn't be successful -- when you run every two years, you better reach out and touch someone, as the commercial used to say.

Q That's right. I remember that.

And that's what you do when you want to understand and represent those interests the best that you can?

A It is. But there's a benefit to being able to work your district, to serve your district in a way that -- my last year in Congress, my last full year in Congress, so that would be 2012, I think I was in D.C. 45 weeks out of the year.

So you're in Washington for Monday through Thursday or Tuesday through Friday. And you come home. So when you have those planned vacations or not -- excuse me. I'd like to correct the record. Those planned recesses.

Q Right.

A The public believes they're vacations. When you have those planned recesses, you have to maximize your time there because you -- each district has the same number of people. Each district has a different land mass and number of counties and communities in that district. But each member of Congress has the same responsibility to try to get to know their districts, try to serve their district, try to benefit their district to the best they can with their votes, as well as with

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

818

their service.

Q Would you agree with me, Congressman Bonner, that when counties are split in a congressional district, that the Congress people who represent portions of those counties, they generally endeavor to work together to provide good representation to that county?

A I can only speak with firsthand experience here. We certainly did. But I -- if you look at the current map, you would have to ask Congresswoman Sewell if she and Congressman Palmer have joint meetings together, or if she and Congresswoman Roby or Congressman Rogers -- I made an effort because it was my belief -- we only had one split county during my time in Congress, and that was Clarke County. I made a promise to the publisher of the local newspaper when he was adamantly opposed to split splitting it in -- I guess that would be the 1990.

Q Was that the *Mobile Register*?

A No. It was actually Jim Cox. He is the editor of the *Clarke County Democrat*.

Q Oh, I see. Sorry.

A And he was very upset that they were talking about splitting -- the local officials were upset, as well. That was when Congressman Davis was in office. And Congressman Davis and I made a commitment publicly that we would represent that district as one.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

819

And one example of that was when we had a town hall meeting in Jackson. There was a union representative from the paper mill who was very upset about a vote that he said I made that was perceived to be anti-union. And I really was having a hard time remembering the vote because we had never had that vote. It was a vote in the Senate, not the House. Congressman Davis came to my rescue and told the constituent that he was mistaken, and I very much appreciated it.

So, yes, I made an effort, but I can't say in the 435 congressional districts around the country that members always see -- in fact, I would say more times than not they don't do joint meetings.

Q Sure. Let's just put up back up Plaintiffs' Exhibit 15 just so we have the context of what Congressman Bonner is talking about, the split in Clarke County in the present map.

And you mentioned that there were some people who opposed that split when it got put into place in the 2011 map?

A Yes, sir.

Q And but you -- as you mentioned, you and Congressman Davis at the time made a commitment to the people of Clarke County that rather than being concerned about having a county split that it would actually be beneficial to them?

A Well, we certainly made the commitment we would not let it be detrimental. And our goal was to make it beneficial. Actually, the county was split in the previous redistricting, I

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

820

believe. But it was split further in the 2011.

Q And you -- as you just testified, you worked very hard to make sure that it was not detrimental, the split?

A Yes, sir.

Q And you mentioned that you and Representative Davis did town halls together?

A As I did with Representative Sewell.

Q Right. By the way, I went to law school with Representative Sewell and Representative Davis actually. But I must not have done something right though.

A No. You did do something right.

Q But you worked -- you worked cooperatively and amicably both with Representative Davis and with Representative Sewell?

A It was a personal friendship, as well as a professional relationship in both instances.

Q And would you agree that in some ways Clarke County got better representation because it had two Congress people to call for help?

A I could not say that they got better representation. I would say that they knew from both of us, both Representative Davis and Representative Sewell that we had made -- it was easier to do when you're talking about one county, as well. But we made that commitment in good faith, and we honored it in good faith.

THE COURT: Just a second.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 817 to 820 of 866 40 of 89 sheets

What is the major city in Clarke County?

THE WITNESS: Judge, Clarke County has three cities that would each consider themselves major: Thomasville is in the northern part of the district; Grove Hill is the county seat; Jackson is in the southern part.

So Jackson was in my district in the 2011 map. And in the 2001 map, I included Grove Hill, but did not go all the way to Thomasville.

THE COURT: I just am not familiar with that part of the state as I am with some other parts.

THE WITNESS: They would love to welcome you if you have the opportunity.

The economy of Clarke County has a -- gravitates towards Mobile. It's a large timber county. It's the timber belt of Alabama. Boise Cascade is a large paper mill on the river in Jackson. The river flows through, and so they have local docks there that connects to the Port of Mobile.

THE COURT: Where is the dock? What town?

THE WITNESS: In Jackson.

THE COURT: In Jackson?

THE WITNESS: And the three cities, believe it or not, actually with -- in the next three weeks, Thomasville will have their hospital reopened.

So Clarke County is one of the rural counties that is an exception of America. They have three hospitals. The county

probably has 25,000 people in it. They really can't support three. They're getting ready to get a regional airport, as well.

So it's a -- it's a county where the three communities, Counselor -- Jackson, Grove Hill, and Thomasville -- are very competitive with one another. And, quite frankly, that competitiveness sometimes created a challenge when you were representing one community and another member was representing the other two communities.

BY MR. SPIVA:

Q I'm sure. I'm sure.

So would you agree with me, Congressman, that you spent as much county in Clarke County as you did in any of the other counties in your district?

A I spent an awful lot of time in Clarke County. But I would like to think -- like if you have three children, you love them all. I tried to spend as much time in all of the counties.

I did not want the people in the rural areas of the district to believe that they were any less important to me politically, or socially, or economically because they were not in Mobile.

Q Would it be a fair statement, Congressman Bonner, that if you got a call from a part of Clarke County that was not in your district, like Thomasville, I understand was not part of

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

your district, or if Congresswoman Sewell would get a call from a part of Clarke County that not in her district, and I understand Jackson was in your district, not hers, that they would get help regardless of which of you they called?

A They would. The tradition in Congress is that you serve the districts of your -- the constituents of your district.

So when I was a young congressional staffer, if we had gotten a letter or a phone call from a member -- from someone living in another county or another part of another district, we would write them a very polite note thanking them for contacting us and saying that we had referred their letter to the congressman who was so ably serving them in their district.

Q Uh-huh.

A But when I was in Congress and we had the split county in Clarke County, we would always work with Congresswoman Sewell's office if it was one of her constituents, and likewise, she would work with me if it was one of mine.

Q And just shifting to another portion of the map here. I mean, you don't view it as a problem or a concern that Jefferson County is split, for instance, by District 7, do you?

A No. Jefferson County has been split for, I think the last three redistricting cycles. And it would have to be split even if the goal was not to create a majority-minority district because of its population size and its connectivity to the other areas that surround it.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

Q And this is a little bit of a difficult question, Congressman. But I know you talked about the unity between Mobile County and Baldwin County. Have you ever heard reference by any of your African-American constituents when you were in Congress or since referring to Baldwin County as a sundown community?

A That's the first time I've heard that word.

Q And sundown community, one of the witnesses in this case that lives in Mobile, the way she defined it is a place that, you know, like in the old days that it's not safe -- completely safe for African-Americans to travel there. She didn't feel secure traveling there after the evening.

A I'm not familiar with that description.

Q And do you know -- were you aware, Congressman Bonner, that the current state board of election map actually splits Mobile and includes it in one of the other -- in a state board of election district that spans north into Montgomery?

A I was reminded of that when we did depositions in July.

Q And you don't have any reason to believe that the two current representatives of the two districts, the one that splits Mobile, which I believe is District 5 or the one -- well, she unfortunately recently passed away, but while she was living that either she or the person who was representing District 4 were not effective representatives for their districts, do you?

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

825

A Counselor, we discussed this in the deposition. You were not there. I would just like to offer this.

Q I read it though.

A Well, but I think this is important.

A school board member in Alabama of the state school board makes about $15,000 a year, does not have a staff, and does not have the same type of responsibilities as a United States Representative does in the United States Congress. It is not the salary. It's not the staff. It's the different responsibility.

And the fact of the matter is that unfortunately and regretfully, our state school board is part of the reason that our scores -- and the NAEP scores came out last week, and we were ranked 49th and 50th. So I don't think anyone can hold up our state school board as an example of producing a good product or being a good return for the taxpayers of Alabama who have children in our public schools.

But I'm aware that the district -- I think it's Exhibit 4, the map that the -- your colleague introduced and refreshed my memory. I remember that they did draw state school boards. They redrew the state legislative races at that time. That's part of the responsibility of redistricting process. But it was not something that I focused on because, quite frankly, my children were out of school, and I have just never seen a state school board member having the same responsibility to serve

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

826

constituents and to represent the economies and the people who live in those districts in the same way as I have members of Congress.

Q Fair enough. But the problems that you mentioned with the school system, I assume you don't attribute that to the split of Mobile in the plan?

A I don't. But the school board member who passed away, Mrs. Ella Bell, recently, a fine lady.

Q Uh-huh.

A But she was wheelchair bound the last year of her life. She was living in Montgomery. I would ask you: How frequently do you think she had an opportunity to get to Washington County or to the part of Mobile County that she represented? I don't know the answer to that. I don't expect you to.

But I will just tell you one person, whether they're healthy or infirm, who has a district that spreads from the coast all the way up to Sumter County, Livingston, the only way to go from that part of Mobile -- you can go four-lane up until you get to Thomasville.

And then from Thomasville, which is the northern part of Clarke County, into Marengo County into Sumter County, you're going on two-lane farmer-to-market roads.

And, likewise, from Pike County, Bullock County, Macon County, if the Representative and the Governor will get to make the appointment on that Representative to fill that unexpired

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

827

vacancy, we have got two people from Mobile who have expressed an interest in it. And what is going to be a factor in the Governor's decision will have to be can that person adequately represent the far eastern counties, as well as the far northern counties if they're in the southern most part of that district. It will be a factor.

Q Can we simultaneously let's leave this up, but also pull up Plaintiffs' Exhibit 6, the board of education plan that the Congressman was just testifying about?

And so you were talking about the distance from Mobile to Sumter County, I take it, Congressman?

A Sumter County, yes.

Q Sorry for my pronunciation.

But, you know, you would agree that Congresswoman Sewell's district extends almost as far from the southern end of Clarke all the way up to actually the county above Sumter to Pickens, and then, you know, to the east up through Birmingham to Jefferson County?

A Yes, sir.

Q But you agree with me -- and I know you have said this -- that she represents her district very effectively?

A She does. She also has a district office in Selma. So that would be about an hour away. She has a district office in Tuscaloosa. She has a district office in Jefferson County.

As I said, under the previous examination, you can have as

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

828

many district offices as you want, but you've got to be able to pay for them. I imagine that Congresswoman Sewell's budget -- I don't know this -- but it probably goes to the limits.

The House allows each member of Congress to have a certain amount of money, also a cap on a number of staff. When I was in Congress, we could have up to 24 full and part-time employees. Most of us out of necessity could only afford about 12 to 15. So she does an excellent job.

But the people in Clarke County and Thomasville that live in her district would be able to drive to Selma, or conversely the representative from Selma would be able to drive to Marengo. Actually I was in the conference with Representative Sewell's field director from Selma just a few weeks ago in Demopolis, which is in Marengo County.

And she does an admirable job. But it would be a challenge for anyone -- Congresswoman Sewell or me -- to only have one representative in one office serving a district that large, which is what the state school board has, and the representative is the elected representative himself or herself.

Q Right. And understood. But given the budget she has, Congresswoman Sewell is able to be an excellent representative despite the distances and the different types of areas that are included in her district. You would agree with that?

A I would.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 825 to 828 of 866 42 of 89 sheets

829

Q Okay.

THE COURT: I think we could all probably agree that Congresswoman Sewell is Superwoman. I mean, she really -- she really is amazing.

15:49:04 THE WITNESS: She is. We all agree with that.

MR. SPIVA: I agree with that, Your Honor.

THE COURT: Yeah.

BY MR. SPIVA:

Q We can probably take the maps down for now.

15:49:11 You testified earlier on direct to your understanding of what Congresswoman Sewell would want in terms of the configuration of her district in the 2011 plan. And, you know, I don't go over this again. You just agreed that she's a very competent representative for Alabama, right?

15:49:31 A Yes, sir.

Q And she --

THE COURT: As a matter of fact, I think we ought to maybe consider writing her in for President or something.

MR. SPIVA: Maybe one day, Your Honor.

15:49:45 THE COURT: Yeah.

BY MR. SPIVA:

Q She has a good understanding of communities of interest in Alabama. Would you agree with that?

A Yes, sir.

15:49:50 Q She has the best interests of Alabama residents at heart.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

830

You would agree with that?

A I certainly would.

Q And that's including the state's economic interests?

A Yes, sir. I actually used the example of where she voted

15:50:01 for her constituent against President Obama's very strong-willed persuasive efforts to try to get her to vote with a piece of legislation. She actually did that on several occasions.

Q One day off the record I will do my Obama impression for

15:50:21 you, too.

A I look forward to that.

Q So and you would agree, I think, that her opinion about Alabama's congressional districts is relevant to your assessment of the congressional plan; is that fair?

15:50:31 A I certainly think that the members of Congress's opinion -- Congresswoman Sewell's and the other six members that currently serve -- are relevant to the discussions that we have had to this point.

And I think going forward, they will certainly find their

15:50:49 voice and speak, I hope collectively, because it's worked so well in the past when they've worked together. But absolutely I think her concerns are very valid, as I do the other six members.

Q Are you aware that Representative Sewell issued a press

15:51:06 release after this lawsuit was filed specifically endorsing

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

831

this litigation challenging Alabama's congressional plan as a violation of Section 2?

A No, sir. That's the first time I've heard of that.

Q Can we pull up Congresswoman Sewell's statement?

15:51:24 THE COURT: Is it an exhibit?

MR. SPIVA: It is not marked because it's being used for impeachment purposes, which sounds worse than I mean it.

THE COURT: Has it been shown to defense?

MR. SPIVA: Not yet.

15:52:17 MR. DAVIS: Your Honor, we do not object to this exhibit.

THE COURT: Okay.

MR. SPIVA: Thank you.

THE COURT: Thank you.

15:52:33 MR. SPIVA: If we can pull that back up. And I believe this will be marked as Plaintiffs' Exhibit 129, Your Honor. I think that -- the last exhibit we had on our list was Plaintiffs' Exhibit 128.

BY MR. SPIVA:

15:52:45 Q So I take it you weren't aware, Congressman Bonner, that in this June 13th, 2018, press release regarding this litigation -- and I'm reading from the paragraph in the middle here that Congresswoman Sewell said, "I applaud today's effort by the National Redistricting Foundation to challenge the

15:53:09 underrepresentation of African-American voters in Alabama, said

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

832

Representative Terri Sewell. Generations of Alabamians have fought tirelessly for equal voting rights, and I support all efforts to guarantee fair representation and access to the polls. More than 50 years after the enactment of the Voting

15:53:24 Rights Act of 1965, our work to prevent voter discrimination and unfair electoral practices is not over. Our vote is our voice, and protecting the vote for all Americans must remain a top priority."

THE COURT: I'm sorry. What was the date of that?

15:53:39 MR. SPIVA: That was June 13th, 2018, Your Honor.

THE COURT: Thank you.

BY MR. SPIVA:

Q And if you need more context, Congressman, in the first paragraph, it talks about this being the day that this lawsuit

15:53:53 was filed.

A I certainly have no reason to doubt it is her press release, or that those or are her words or her feelings. I do know for a fact that she was actively involved as a full participant in helping us get the district lines that we

15:54:11 currently have.

Q Understood.

Let me -- and I should say -- when I say understood, I'm saying I'm not challenging, you know, what you're saying. I'm not saying that I agree with it, but...

15:54:24 A Understood.

***Christina K. Decker, RMR, CRR***
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

43 of 89 sheets Page 829 to 832 of 866 11/15/2019 04:51:31 PM

833

Q Okay. So I want to talk to you a little bit, Congressman Bonner, about the 1992 map, I guess it was, because you were in -- well, you were chief of staff to --
A Chief of staff.
15:54:44 Q -- to Congressman Callahan, was it?
A Yes, sir.
Q And --
A If you can pull that up, that would be great.
Q Yes, I will. I think that is in Defendant's Exhibit 1.
15:55:10 The 1992 map, I believe?
THE COURT: It's page 3019.
MR. SPIVA: Thank you, Your Honor.
BY MR. SPIVA:
Q Now, I actually don't have a specific question about this
15:55:24 map on 3019. But if you wanted to see it, Congressman Bonner, that's the one.
My question is actually more about how it came about.
Would you agree that the state eventually consented to draw this -- an African-American district only after litigation
15:55:57 was brought against the state challenging the map that the legislature had drawn?
A Counselor, if this was drawn in 1992, then that would have been, I believe, drawn by a federal court.
Q Okay. And that -- but before that, in *West vs. Hunt*,
15:56:23 there was a challenge to -- well, I'm sorry. Let me strike

**_Christina K. Decker, RMR, CRR_**
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

834

that because I think I understand the clarification you're giving.
The state had not enacted a new map after the census came out in 1991; is that fair?
15:56:38 A The state legislature failed to act.
Q Failed to act?
A That's when we went to federal court, and that's what led to what began a collaborative effort within the delegation to try to work together because it cost Congressman Callahan
15:56:55 several hundred thousand dollars -- I don't remember the exact amount in legal fees -- to go to federal court to guarantee that we could have a district to run in. Because if the legislature fails to act, then you have to look to the federal courts so that we would know what our district lines were.
15:57:09 Q Right. But it was only after litigation was brought that the state consented eventually to draw a majority-minority district; is that fair?
A With all due respect, I was not focused on the litigation side of it. I was focused, as I've always been, as a staffer
15:57:27 and a member working with the delegation to try to produce a map that was consistent with the previous maps to the best of our ability.
And so I would not question your statement. I just know that when the federal courts drew the map, at that time it was
15:57:46 determined that there was a need for a majority-minority

**_Christina K. Decker, RMR, CRR_**
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

835

district.
Q And, in fact, the DOJ rejected the legislature's plan when it tried to draw CD 7 as a majority-minority district on the grounds of packing. Is that accurate?
15:58:03 A It's been a few years ago.
Q Sure.
A So...
Q Let me put something up that might refresh your recollection. If we can put up Plaintiffs' 104. And this is
15:58:16 in evidence. If we can put up the first page and then simultaneously put up page 2 of Plaintiffs' Exhibit 104.
And if you can, could just take a look and read to yourself. I won't read it the whole thing into the record. But the first full paragraph that begins, Our analysis further
15:58:39 indicates that the fragmentation of the black population concentrations outside of the one district with a black voting age population majority was unnecessary.
Just tell me when you have had a chance to read that paragraph.
15:59:06 A Yes, sir. I've read it.
Q Okay. And would you agree with me that this is a letter from the Department of Justice -- we can kind of close up the blown-up portion -- dated March 27th, 1992, that is regarding the Alabama proposed congressional map? It's also about
15:59:39 another issue, as well. But it includes that as one of the

**_Christina K. Decker, RMR, CRR_**
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

836

issues?
A That's what it appears to be. I don't see the third page or fourth page -- third page. But that's what it appears to be, yes, sir.
15:59:49 Q Okay. And I can show you the third page if you want. But it's -- well, I will show it to you just so -- I don't know if we can get all three on there, but it's boilerplate.
Would you agree, based on the paragraphs that I showed you, that the DOJ declined to preclear the proposed map on the
16:00:09 grounds that the one majority-minority district in that map appeared to be packed?
A That's what it appears to say in the letter.
Q Okay. And was the DOJ taking the position that it appeared that there could be two majority-minority districts in
16:00:31 the 1992 map?
A I -- I would probably be wise to not assume what the DOJ was assuming.
Q Okay. Just let me just highlight one portion. There's a section of that paragraph that says, These included plans with
16:00:50 one district --
THE COURT: Which paragraph?
MR. SPIVA: The page 2. It's the full paragraph that begins, Our analysis. And this is the one that I think you just read to yourself.
16:01:03 BY MR. SPIVA:

**_Christina K. Decker, RMR, CRR_**
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 833 to 836 of 866 44 of 89 sheets

837

Q The sentence that begins, These included plans with one district based on the black communities of Montgomery and Mobile counties and the intervening and adjacent black-populated areas and the other based upon the black population of Jefferson County and southern Tuscaloosa County together with black-populated areas to the south and west. Moreover, it appears that the elimination of this identified fragmentation would enhance the ability of black voters to elect representatives of their choice.

Would you agree that DOJ is suggesting that there could be a second district in an alternative plan?

THE COURT: I'm not sure I read it that way. Is that all you're relying on?

MR. SPIVA: No. It's -- actually I may have needed to read more of the letter, actually. I'm now seeing.

THE COURT: Okay. And I'm confused as to which map this letter was addressed to. Was it something that was preliminary to the 1992 map that it's in Defendant's Exhibit 1, page 3019?

MR. SPIVA: Correct, Your Honor. There was a map that the legislature -- well, they enacted and sought preclearance of.

THE COURT: Well, I thought that we just heard that the state legislature failed to act.

MR. SPIVA: Well, first they failed to act.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

838

THE COURT: I'm trying to figure out.

MR. SPIVA: Maybe I will try to break it down again just for clarity. But I think the testimony so far has shown -- but let me give a proffer so you'll see where I'm going.

The state failed to enact a map after the 1991 census. Litigation was brought challenging the existing --

THE COURT: Failure to do so.

MR. SPIVA: On one person one vote grounds. That litigation resulted in a consent map that the legislature enacted -- and I am going to ask you if you agree with all this in just a minute -- that the legislature enacted. They sought preclearance of that map. DOJ in this letter declined preclearance on the grounds that it only had one majority-minority district, and it appeared that there was fragmentation of black population and that it was unnecessary just to have one district. The Court ultimately ordered -- so that map did not go into effect. And then there was not enough time, and the Court ultimately ordered a map which then stayed in place for the rest of the '90s.

THE COURT: Which is the one that is in here as 1992?

MR. SPIVA: Exactly, Your Honor.

THE COURT: So this complaint didn't apply to the map that was court ordered that's the 1992 map that we've been looking at.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

839

MR. SPIVA: Correct. Correct. Because the Court's map doesn't have to be precleared. So that map was -- well, it was ordered and stayed in effect for the rest of the '90s.

THE COURT: Okay. Well, do we know what the map looked like that this letter's addressed to?

MR. SPIVA: I don't believe we have a copy of that. But this --

THE COURT: Okay. So it doesn't address any of the maps that we've been looking at? And we've been looking at a whole lot of maps this week, right?

MR. SPIVA: No. No. The point of this is that in 1992 DOJ raised the possibility of two majority-minority districts and, in fact, refused to preclear a map.

THE COURT: Okay. And that was when the first majority-minority district was recognized.

MR. SPIVA: Yes.

THE COURT: Okay.

MR. SPIVA: Yes. Exactly.

BY MR. SPIVA:

Q So maybe with that, now that I've thoroughly confused everybody, let me see if I can ask you if you can confirm whether I was accurate in all of that.

So let me just retrace a step. I think we can take that down.

THE COURT: Sorry about that.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

840

MR. SPIVA: No, no, no. It was my fault. Totally my fault.

BY MR. SPIVA:

Q So, Congressman, after the 1991 census, the state failed to enact a map, a new map after reapportion?

A That is correct.

Q And there was litigation brought challenging the fact that the old map no longer complied with one person one vote; is that fair?

A I will have to be honest. I don't remember all of the litigation that was brought. I remember -- I don't even remember how many times the legislature attempted to draw it. I believe that the governor at the time, Governor Siegelman, called them into special session maybe two or three times, to produce a map. And when they failed to because the clock was ticking on the upcoming election, the map that was put in place was put in place by a federal court and upheld, I believe, by a three-judge panel.

Q But before the Court entered a map, did there -- wasn't there a consent map that the legislature passed as a result of litigation?

A I regret I can't -- my memory's not quite that good.

Q Okay. All right. So in that case, we'll just move on. And we can take the exhibit down.

But you would agree with me that in that -- during that

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

45 of 89 sheets Page 837 to 840 of 866 11/15/2019 04:51:31 PM

841

cycle, the 1990-cycle, DOJ declined to preclear one of the maps on the grounds that it didn't draw two majority-minority districts?

A I'm not trying to be difficult. I really don't recall.

16:07:08 Q That's fine.

A I remember DOJ -- the Civil Rights Division during the Clinton Administration was a party to the conversations, but I really -- that's the first time I've seen that letter probably since 1992.

16:07:26 Q Okay. And for the record, believe it or not, this was still during the George H. W. Bush Administration.

A Oh, really.

Q Yeah; March of 1992.

So let's just shift gears again. I know that you 16:07:41 mentioned the fact that Mobile, I think, hadn't had some of the same racial divisions that other parts of Alabama went through during earlier periods. Is that a fair understanding of what you said?

A It is. I also pointed out that there were -- there was a 16:08:01 hanging in Mobile. There was racial strife, as there was in Boston and in Detroit and in Los Angeles and in Washington, D.C.

Q Uh-huh.

A But Mobile was very deliberate in working our leaders at 16:08:17 the time. My predecessor and my former boss, Sonny Callahan,

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

842

was a Republican. He had been a Democrat before he switched parties. And he held Joe Langan the mayor in the highest regard because he said -- I remember vividly countless times he said Mayor Langan and John LeFlore worked in partnership -- and 16:08:38 other African-American leaders and white leaders worked to try to avoid the same type of unfortunate events that took place in other parts of the south, including Alabama.

Q And I'm sorry. The first part of what you said. I wasn't -- did you say there was a hanging in Mobile?

16:08:59 A There was. I cannot tell you the young man's name, but there -- I mean, Mobile has not escaped racial tension.

Q Right. So we went down the road or up the road, I guess to Montgomery to the -- I always call it the lynching museum, but I know it has a different name.

16:09:16 A Equal Justice Institute.

Q There's a plaque with Mobile's name on it, right? With at least one name listed?

A A lot of cities, a lot of names, unfortunately.

Q Right. And Mobile was not immune to Jim Crow. Am I right 16:09:29 about that?

A You would be correct.

Q They had segregated schools?

A Yes, sir.

Q And you mentioned the election of the black mayor in 16:09:41 Mobile, Sam Jones, during a time when the city was not yet

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

843

majority-minority?

A Yes, sir.

Q And so I guess that one thing that shows is that depending on the circumstances, an African-American can be elected in 16:09:57 Alabama without 50 -- over 50 percent of the population being African-American?

A Mayor Jones was the long-time county commissioner, very well respected. Mayor Dow did not seek reelection. So it was an open seat.

16:10:17 And then Commissioner Jones ran a very good campaign and had brought support from both racial communities.

Q Right.

A He's now in the state legislature.

Q Right. He ultimately was defeated in two races by the 16:10:35 current, the white mayor Sandy Stimpson whom I think you also referenced?

A That's right.

Q And are you aware -- first of all, let me ask you: Do you consider Alabama.com to be a kind of reputable source for -- at 16:10:48 least in terms of news -- about election results and the like?

A No, sir.

Q No, sir. Okay. You did --

A At one time, they were a very reputable newspaper. But when they fired 750 of the reporters and editors, I don't think 16:11:08 it's a credible news source at all.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

844

Q A lot of newspapers have fired a lot of staff recently, right?

A I studied journalism. So that's why I'm doing what I'm doing.

16:11:18 Q So but -- are you aware of the polarized nature -- the racially polarized nature of the voting in the two elections that featured the contest between Mayor Jones and Mayor Stimpson?

A You would have to give me some specific examples.

16:11:40 Q Well, did you ever review reporting that suggested that in the black areas of the city that in the 2017 election Mayor Stimpson received below 10 percent of the vote?

A Regretfully I was not living in Mobile at the time. I was living in Tuscaloosa. So I did not subscribe to the paper, and 16:12:01 I did not follow it on a regular basis.

Q And so I take it you weren't aware of reporting that in the predominantly white areas of the city that Mayor Stimpson got upwards of 90 percent of the white vote?

A Counselor, Mayor Stimpson's reelection against Mayor 16:12:21 Jones -- at that time Mobile was and is a majority African-American community. And I think the fact is that what Sandy Stimpson has done in his personal life, his business life, he, on his own expense, helped start a school, Pritchard Prep, so that the young predominantly African-American students 16:12:47 that live in that community could go to a quality school with

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 841 to 844 of 866 46 of 89 sheets

845

good teachers, with uniforms, with good services provided. And if you look at their rate of success graduating, going on to school, going into the workforce, it's a model of efficiency. And Sandy led the effort on that by himself.

16:13:13 I don't know what the rate -- I can honestly say under oath I couldn't tell you what any of the precincts showed in the actual vote. But I would say that Mayor Stimpson's life service is one that is focused on doing the right thing for all the people.

16:13:32 Q Right. And this was not a personal attack on Mayor Stimpson. I actually don't know him. And it's more my question really went to whether you were aware of the polarized -- racially polarized nature voting in that area?

A I was not.

16:13:58 Q In the 2000 cycle redistricting, you were also still working for Representative Callahan at the time?

A In 2000?

Q Yes.

A Yes, sir.

16:14:09 Q And Representative Callahan spent $250,000 to ensure that the districts didn't change from their prior configuration, or changed as little as possible; is that fair?

A I don't know the amount. I know that he did spend money because he had spent money previously in federal court.

16:14:28 Q Uh-huh.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

846

A With no disrespect, we could not have to pay lawyers who charge a lot of money. That was our preferred method.

Q And Dr. Joe Reed, chairman -- you are aware of Dr. Joe Reed?

16:14:50 A Yes, sir.

Q He was pushing to create a second majority-minority district during that cycle; is that correct?

A Yes, sir, that's right.

Q Oh, let me ask you --

16:15:01 THE COURT: During which cycle?

MR. SPIVA: The 2000 cycle, Your Honor.

BY MR. SPIVA:

Q But I do want to step back for one second to the '90s cycle.

16:15:11 That district, as a result of all the process that we -- that I tried to unwind a minute ago, that district had been represented by a white congressman before that cycle; is that right?

THE COURT: Which district?

16:15:29 MR. SPIVA: District 7.

THE WITNESS: Congressman Claude Harris represented that district until such time that Congressman Earl Hilliard was elected, to the best of my memory.

BY MR. SPIVA:

16:15:39 Q And Congressman Earl Hilliard was the first

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

847

African-American elected to Congress in Alabama in District 7 as a result of the redistricting in the 1990 cycle?

A Yes, sir; first one since Reconstruction.

Q First since Reconstruction.

16:15:51 And Congressman Harris was a Democrat, correct?

A He was.

Q And Congressman Hilliard was also a Democrat, correct?

A That's correct.

Q Congressman Callahan -- I'm going back to the 2000 cycle

16:16:15 now for just a minute.

A Okay.

Q He did not support the creation of a second majority-minority district in the 2000 cycle; is that correct?

A He did not support it because the plan that Dr. Reed had

16:16:28 proposed would have actually come in and circled his house. He lived on a river called Dog River in Mobile, south Mobile. It would have circled his house and taken his district under Mobile Bay -- there was a legal question about whether that would establish a contiguous district into Baldwin County all

16:16:51 the way over the Dothan, and I believe all the way up to Auburn.

So he was not only not supportive of it. He was opposed to it, because he would have left his driveway -- his home under his driveway, and when he got onto Riviere Du Chien,

16:17:04 which was the road leading to it, he would have been in a

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

848

different congressional district. He thought that was not fair to Mobile; much less to his own service.

Q Right. And beyond the taking of his home out of the district, he would have been opposed to it even if it hadn't

16:17:24 taken his home out of it because it would have split up his existing district; is that fair?

A That's right.

Q And that was mainly a self-serving reason that -- because he wanted to keep the current configuration and be reelected?

16:17:37 A I think it is safe to say that every member of Congress that has a good district would like to keep their district.

Q You have heard the expression, You can never be too rich or too skinny. I guess no Congressman thinks they can have too safe of a district?

16:17:50 A Well, when you run every two years as our founders envisioned, it is oftentimes a factor in -- you know, the average tenure in Congress is a little over eight-and-a-half years. And when you look at what's going on in Washington right now, you have to believe it's going to go down not up.

16:18:08 But if you're going to serve your district, as we've discussed earlier, with your heart, with your soul, with your brain, with the talents of the team you have assembled, you really want a district that you can do honor by.

And as we've also discussed, I believe sincerely that

16:18:29 every member of our delegation that has worked to quote,

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

47 of 89 sheets Page 845 to 848 of 866 11/15/2019 04:51:31 PM

849

unquote, preserve their district to the best of their ability has also realized they would not always be in that district. So they were trying to preserve those communities of interest, that commonality that existed and has existed for years and decades.

16:18:48

Q If I can just have one moment.

Thanks so much, Congressman. I really appreciate your time?

THE COURT: Any redirect?

16:19:02

REDIRECT EXAMINATION

BY MR. DAVIS:

Q Congressman Bonner, can I direct your attention on Plaintiffs' Exhibit 15, which is the current redistricting plan to Clarke County. I believe that you said that when Clarke County was split, it was certainly your goal to work with the other congressmen and try to prevent it from harming the representation of the citizens of Clarke County?

16:19:48

A Yes, sir.

Q And do you think you were successful in that?

A I certainly do.

16:19:59

Q Do you mean by that, that it's preferable in some way to split counties?

A I don't think it's preferable. I think it's unavoidable unless you're from a single district state where the entire state like Montana has one district. Because if the goal is to

16:20:16

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

850

get zero deviation and to have a equal number of citizens in each district, and then if you have added goals of minority representation, minority-majority representation or whatever, it -- I've not seen a map that could be produced where there wouldn't be some split counties.

16:20:41

Q If there have to be equal population among the districts, county splits are unavoidable, correct?

A That would be my assessment.

Q You testified that you were able to prevent the split in Clarke County from causing too much harm. But is the split of Clarke County easier to deal with than a split of Mobile County might be?

16:21:01

A Well, if you look at the school board map that we have looked at, where Mobile County is split, I have indicated that in my opinion that makes it more difficult for the people in the two parts of the county to actually have strong representation. Although the school board, as I've also noted, is different in my view than the representation in Congress.

16:21:23

But I think that it is more challenging in this particular case because of the communities of interest between Mobile and Baldwin counties.

16:21:49

Q Now, Mr. Bonner, are you aware of any part of the first district where African-Americans are unwelcome either after dark or at any other time?

A Absolutely not.

16:22:07

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

851

Q And I'm not questioning anyone's personal perceptions or feelings. But do you think if there were such a place in Alabama, that either from the time you were serving as a member of Congress or time as the Governor's chief of staff that that might have been brought to your attention?

16:22:23

A I would hope that it would have been brought to my attention.

Q Do you think that if there were such a place in Alabama that that likely would have been reported on by the media?

A Even AL.com.

16:22:33

Q On the mayoral race, one of the plaintiffs in this case -- I'm going to try to expand that a little bit.

One of the plaintiffs in this case, an African-American from Mobile, said in her deposition -- on page 30 of her deposition when she was talking about what type of person she wanted representing her in Congress, she said in the highlighted portion, It doesn't matter if that person is a man or a woman, black or white, Democrat or Republican. I'll give you a perfect example. Sandy Stimpson, our mayor, he not only -- not only did he reach out in the Caucasian communities, he reached out to African-American communities. And he won overwhelmingly the African-American support, and he's Republican.

16:23:09

16:23:25

Is this statement by an African-American plaintiff in this lawsuit, is that consistent with your view of Mobile and with

16:23:43

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

852

the Stimpson mayoral election?

A Well, again, to be consistent, I was not in Mobile at the time. But that is certainly the Sandy Stimpson that I know.

Q Okay.

A And I've known him all my life, or I've known him all of my adult life.

16:23:57

I would also say that Mayor Jones and I are very close friends, and we have a very close working relationship now that he is a member of the Alabama State House of Representatives.

Q Looking at Congresswoman Sewell's statement, Mr. Bonner, did you see anywhere in the paragraph statement where she said that she believes there should be two districts in Alabama that are majority black?

16:24:15

A No, sir.

Q Did you notice anywhere where she said that she supported packing and cracking black voters in 2011, but now she doesn't?

16:24:39

A No, sir.

Q Now, you, I'm sure, are quite busy as chief of staff. But you're concerned enough about the districts in Mobile County or in the first district to take time out to come and testify about them to court, correct?

16:25:02

A I wanted to be with all of you today.

Q And Representative Byrne was concerned enough about the district lines in assuring effective representation for the Gulf Coast area that are you aware that he took time out of his

16:25:16

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 849 to 852 of 866 48 of 89 sheets

853

schedule to come and testify today?

A I heard when I got here that I just missed seeing him.

Q Are you aware or have you heard of Congresswoman Terri Sewell coming to testify to saying that she believes that the current district plan that she supported in 2011 is a constitutional violation or a Voting Rights Act violation?

A Counselor, I am not aware of any other witnesses that have been called. So if she's been called, I am not aware of that.

THE COURT: You didn't read about it in AL.com?

THE WITNESS: No, ma'am, I did not.

BY MR. DAVIS:

Q Have you heard of the National Redistricting Foundation, Mr. Bonner?

A Is that the group that is the plaintiff in this case?

Q Well, according to Congresswoman Terri Sewell's statement, it says that the National Redistricting Foundation supported the plaintiffs in this lawsuit.

A I really am not familiar with the National Redistricting Foundation.

Q Thank you.

THE COURT: Any recross?

MR. DAVIS: I'm not quite done. I'm sorry. I was thanking him.

THE COURT: I'm sorry.

BY MR. DAVIS:

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

854

Q Are you familiar with what has been called the Max Black policy that DOJ was enforcing in the 1990s, Mr. Bonner?

A No, sir.

Q Okay. Oh, assuming from the letter that you saw, the preclearance letter from DOJ in 1992, did you understand DOJ to be saying that perhaps it was possible to draw two majority-minority districts in Alabama?

A That would be my interpretation of that.

Q Are you aware of anyone who, after that letter was issued, went to the federal court and said, Don't approve the one majority black plan. Here is the majority -- here is the plan with two minority-majority districts. Pass this one instead?

A Counsel, I want to be consistent. It's been a few years since 1992, but I do not recall that happening.

Q Are you aware of anyone who filed a lawsuit in the 1990s that said, The plan approved by the federal court is wrong because it's only got one majority-minority district. This one should be adopted instead with two majority-minority districts?

A I'm not aware enough to offer an informed opinion.

MR. DAVIS: And now I am finished, Your Honor. Thank you, Mr. Bonner.

THE COURT: All right. Any recross?

MR. SPIVA: Just very briefly, Your Honor. Although I am aware of the Court's statement yesterday that you can't trust a lawyer who says, I have one more question.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

855

THE COURT: I'm not sure I'm the first one that said that. I think I echoed it.

MR. SPIVA: Yeah. I have said that before myself. I do have a little more than one question, but not much.

RECROSS-EXAMINATION

BY MR. DAVIS:

Q If we could put up Plaintiffs' Exhibit 129 again, please.

And I know, Congressman Bonner, that you were asked whether Representative Sewell's statement said anything about seeking an additional congressional district. And I just wanted to draw your attention to the first paragraph, which says, On Wednesday, the National Redistricting Foundation supported plaintiffs in a lawsuit alleging that the current congressional district maps in Alabama, Georgia, and Louisiana violate Section 2 of the Voting Rights Act. The lawsuit seeks congressional maps that would unite African-Americans to form additional majority-minority congressional districts in the three states. Congresswoman Terri A. Sewell, Democrat Alabama represents Alabama's seventh congressional district, the state's only majority-minority congressional district.

Would you agree with me, Congressman Bonner, that the only -- that by definition, the only way to get an additional majority-minority congressional district in Alabama would be to create a second majority-minority congressional district?

A Well, that would ask me to assume that a minority could

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

856

not be elected in the majority.

Q No, no. Actually I'm not asking you that. I'm asking you: In order to get an additional majority-minority congressional district setting aside whether someone could get elected or not, in Alabama that would mean two majority minority congressional districts?

A I understand where you're going with that. I -- the map being what it is, to get another additional majority-minority district, you would have to draw a second one.

Q Thank you, Congressman.

And then the last thing that I have is that you were asked whether in the 1990s you were aware of anyone suing to try to stop the plan that the Court had ordered with one congressional district. And my only follow-up to that is: Are you aware that the black population in Alabama has grown between 1990 or grew between 1990 and 2010?

A I'm not aware. But I would certainly not dispute that.

Q Okay. Thank you so much. I really appreciate it.

A Thank you.

THE COURT: Anything further, Mr. Davis?

MR. DAVIS: Nothing further, Your Honor.

THE COURT: Okay. Thank you, Congressman Bonner. I appreciate you being here.

THE WITNESS: Thank you, Judge.

THE COURT: You may step down.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

49 of 89 sheets Page 853 to 856 of 866 11/15/2019 04:51:31 PM

857

THE WITNESS: Thank you.

THE COURT: Thank you. I understand that's the last witness for today, right?

MR. DAVIS: That's correct, Your Honor. Our experts will be ready to testify tomorrow at whatever time the Court chooses.

THE COURT: Are we going to be able to get them both done if we start at 9:00, or do we need to start at 7:00 a.m.?

MR. DAVIS: We are quite confident if we start at 9:00 that will still leave time to complete both experts.

THE COURT: As well with cross?

MR. SPIVA: What's that?

THE COURT: As well as having some cross of them as well?

MR. SPIVA: Yeah, Your Honor. I think that should be plenty of time. I guess two issues or questions. One is whether Your Honor's decided whether you want closings or not.

THE COURT: Well, I thought we might take a little bit of a break and then come back and talk about some housekeeping things, if that's all right with y'all.

MR. DAVIS: Sure.

MR. SPIVA: Okay. Sure. And one other question which we could is -- I mean, or reservation, I guess.

I don't think we're going to have rebuttal witnesses. I mean, I think it would be very unlikely, but I just wanted to

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

858

reserve, obviously, that, you know, a potential rebuttal.

THE COURT: Certainly.

Okay. Well, let's take about five or 10 minutes. And since y'all have all your stuff in here, I'll just come back in here.

You're at ease, okay.

(Recess.)

THE COURT: This first part I want definitely on the record.

Y'all have pre-introduced a thousand pages of evidence. I don't think I'm exaggerating too much on that. We've got five or six big notebooks from plaintiff and a box full of exhibits from the defendant. And Plaintiffs' list is 129 now. And the defendant's list, a lot of which have not been pre-admitted, I don't think, but it was 200-something.

Oh, my goodness. And those are just numbers. Like I said, not all of those have been pre-introduced because of some objections.

But I have not done a great job of keeping up with which ones that have actually been mentioned off of your lists, which I usually do when they are, you know, coming in one at a time. But my recollection is -- and this gets into math again -- that a very small percentage of the exhibits that have been pre-admitted have actually been used in trial.

I'm hoping that you are not expecting me to read every

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

859

page of every exhibit that has been pre-introduced before making my decision in this case. If so, I'm going to need a heck of a lot of help from you to accomplish that.

But what I'm wondering is if there are exhibits that have not been used that can be withdrawn to make the record more precise as to what evidence has actually been presented to me.

If we could do that, and also if there's something that has been pre-admitted that you haven't used that you really do think I need to read, I want you to call that to my attention either tomorrow -- I will give you a little period of time to do that in writing.

But I do not want to be in a situation where I make my decision based upon the evidence that has been actually used here in this courtroom this week, and it goes up on appeal -- because we know it's going to be appealed -- and then y'all ambush me by pulling out all of these bits of information to the circuit that I didn't get to consider here.

I don't think y'all would do that to me. But I just want to make sure, as I said, that anything that I need to consider y'all let me know, and I will do that. But I don't have the time or the inclination to go through all of these boxes, all of these notebooks, literally thousands of pieces of paper to make my decision. If I had to do that, it would probably be -- well, well into 2020 before I could even start working on a decision. So is that fair?

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

860

MR. SPIVA: That seems fair, Your Honor. I wonder if maybe -- you had alluded to potentially giving you something in writing afterwards? I wonder if -- I hate to be a broken record.

THE COURT: I'm talking about something short, okay?

MR. SPIVA: Yeah.

THE COURT: And on two different points: One being, you know, evidentiary stuff.

MR. SPIVA: Right. Okay.

THE COURT: Or give you some time to make sure there's nothing else there that I need to consider.

MR. SPIVA: I expect some of the longer ones are probably like one thing within a long exhibit where we could give you cites, pin cites where it's not like you have to read every page of it.

THE COURT: Yeah. That's the kind of thing I'm talking about. If there's one sentence in something that is a 20-page document, tell me about it now. Don't spring it on an attack to my decision in the Eleventh Circuit.

So, you know, if there's some things that you know that we can withdraw, that would be fabulous. And I would love to, you know, have y'all do that. And I'll just, you know, I'll give you some time to let me know on that. But any of these things that you would like to take back off of my bench before you leave tomorrow, I would not be opposed to that, either.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

11/15/2019 04:51:31 PM Page 857 to 860 of 866 50 of 89 sheets

861

So any questions about that part?

MR. SPIVA: That's clear.

THE COURT: All right. And so y'all can work together maybe on that kind of stuff?

16:43:42 Great. Y'all have worked together so well.

MR. SPIVA: Question, Your Honor: Does the clerk need a separate copy of the exhibits?

THE COURT: We need an electronic copy of the exhibits that you're actually expecting me to use. How about that?

16:43:57 MR. SPIVA: Okay.

THE COURT: Is that right?

THE COURTROOM DEPUTY CLERK: Individual pdfs of each one.

THE COURT: Okay. All right. Good. Okay.

16:44:21 As far as additional supplemental information. When I wrote the opinion on the motion for judgment as a matter -- no, on the matter of records, judgment on pleadings, the idea of mootness was mentioned. But I really relied on the plaintiffs' citing the Sanders case -- Sanders vs. Dewey (phonetic) --

16:45:03 Dewey City? Dewey County? I think that's --

MR. WALKER: Board of education.

THE COURT: The 2001 Eleventh Circuit case. But that was prior to *Shelby County vs. Holder*.

And so I've got some questions as to whether the effect of

16:45:29 a declaratory judgment in a gerrymandering case that was

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

862

decided prior to *Shelby County* continues to carry weight as to the validity of a declaratory judgment in this case. And that goes to the defendant's mootness argument.

And the defense may have presented that to me at that

16:46:05 time, but I don't remember wrestling with that issue.

MR. WALKER: We didn't fully brief that, I mean give that to you until our pretrial.

THE COURT: Okay. I knew that was when I went, whoa, wait a minute. So, and I believe that that is a purely legal

16:46:23 issue. And I would love to have a brief on that. And I think really the defense did that in the pretrial brief.

And so I guess what I would love to see would be something in response, a legal argument from the plaintiff on that, and then I'd give the defense an opportunity to respond --

16:46:48 MR. WALKER: Thank you, Your Honor.

THE COURT: -- to that.

And along that same line, I would like a very clear statement from the plaintiffs as to what relief it is you're really seeking in this, and how can that not be a purely

16:47:16 advisory opinion, which declaratory judgment precludes me from making, okay? And we'll give defense an opportunity to respond to that. I think those were the only two things that -- yeah.

I will say I have thoroughly enjoyed this trip through Alabama history reminding me of things that happened when I was

16:47:51 a child, and that I've been able to, you know, observe myself

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

863

the changes in our state. As I think it's been said, Alabama has a tortured history when it comes to racial relationships.

And I join with Ms. -- was it Chestnut? Who said she really desires to see unity in our state. It's something that

16:48:20 we all have to be working toward. But, anyway...

Anything else?

Anything y'all want to say?

MR. SPIVA: Those are all the topics you want post-trial briefing on?

16:48:34 THE COURT: Yes.

MR. SPIVA: The one thing I might request is because of the way Your Honor kind of framed the question in our pretrial hearing about I think, you know, the way I shorthanded is how much -- how much racial gerrymandering is too much

16:48:51 racial gerrymandering.

The defendants have gotten a chance to address that question, and we haven't. I mean, we don't concede that it would be racial gerrymandering as that term is -- under the case law is known to --

16:49:05 THE COURT: Did you not address that in your pretrial brief?

MR. SPIVA: Not really, Your Honor.

MS. KHANNA: We addressed our understanding of the legal standard. I understand that the Court's usual schedule

16:49:16 allows for pretrial briefs and responses to pretrial briefs.

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

864

But I think we haven't yet had an opportunity to do -- is respond to each other's pretrial briefs.

As you mentioned, of course, we have not responded their mootness argument. There are probably other arguments that we

16:49:32 have made that they haven't had a chance yet to respond to, and they have made that we haven't had a chance to respond to.

So I think we would request the Court's permission for a short briefing -- responsive briefing on some of the legal issues discussed in the pretrial briefs.

16:49:44 THE COURT: Okay. Well, I thought that the -- I thought that issue was addressed in your agreed propositions of law and additional propositions of law that you submitted.

MR. SPIVA: I don't think we had any agreement on it though.

16:50:03 THE COURT: I know you didn't have any agreement, but you submitted additional law on that.

MS. KHANNA: We did. I think we addressed it -- we addressed the kind of principles of law generally. I don't think we've had a chance -- or the defense had a chance to

16:50:14 really address the arguments as being -- as they are in the briefs.

THE COURT: That's not an issue I'm struggling with. You know, if that's a heartburn issue that you feel like you really need to respond to, okay. But it's not where I'm

16:50:35 struggling. Does that make sense?

Christina K. Decker, RMR, CRR
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

51 of 89 sheets Page 861 to 864 of 866 11/15/2019 04:51:31 PM

16:50:47 MR. SPIVA: Yes. That makes sense.

MR. WALKER: Your Honor, when do you want us to let you know what exhibits we can withdraw?

THE COURT: Well, I'd love you to tell me that tomorrow before you leave here, but...

MR. WALKER: You can withdraw all of theirs, Your Honor.

THE COURT: I know you may need some time. A week, two weeks? You tell me what you need.

16:51:02 MR. WALKER: A week is fine.

MR. DAVIS: A week is fine. We just need a nap after this, and then we can think.

THE COURT: I understand. I really do.

(Discussion off the record.)

(Whereupon, the above proceedings were concluded at 4:51 p.m.)

CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

____________________ 11-14-19
Christina K. Decker, RMR, CRR Date
Federal Official Court Reporter
ACCR#: 255

## $

**$15,000** [1] - 825:6
**$250,000** [1] - 845:20

## '

**'50s** [4] - 725:22, 725:24, 731:1, 801:18
**'60s** [9] - 725:22, 725:24, 731:1, 744:20, 746:4, 746:15, 759:6, 801:5, 802:15
**'62** [1] - 803:5
**'64** [2] - 802:16, 802:17
**'70s** [4] - 725:22, 725:24, 731:2, 801:5
**'80s** [2] - 800:7, 800:9
**'90s** [6] - 776:19, 800:5, 800:21, 838:20, 839:3, 846:13

## 1

**1** [42] - 666:24, 667:9, 685:24, 689:2, 689:14, 691:18, 692:11, 692:13, 696:4, 696:19, 696:20, 696:22, 735:11, 735:12, 735:18, 736:6, 736:22, 736:25, 737:10, 737:17, 737:25, 738:2, 738:15, 738:19, 740:7, 740:10, 742:7, 753:16, 754:22, 758:24, 770:6, 779:19, 780:12, 781:17, 782:9, 786:3, 786:5, 789:3, 801:16, 801:21, 833:9, 837:18
**1,000** [1] - 670:13
**1,600-plus** [1] - 814:23
**10** [9] - 680:1, 686:3, 686:12, 714:12, 746:9, 774:2, 794:19, 844:12, 858:3
**100** [1] - 706:8
**100,000** [1] - 747:20
**102** [5] - 799:16, 799:17, 800:4, 800:13, 800:23
**104** [2] - 835:9, 835:11
**11-14-19** [1] - 866:11
**12** [2] - 801:24, 828:8
**1201** [1] - 661:17
**128** [1] - 831:18
**129** [3] - 831:16, 855:7, 858:13
**130** [3] - 686:16, 700:9, 701:1
**13th** [5] - 661:20, 662:2, 662:5, 831:21, 832:10
**15** [17] - 667:3, 700:2, 700:3, 753:15, 754:23, 757:3, 757:4, 757:12, 757:14, 757:19, 758:4, 764:3, 774:3, 779:22, 819:13, 828:8, 849:13
**15,000** [1] - 669:1
**150** [1] - 774:3
**1710** [1] - 677:18
**18** [2] - 763:15, 796:18
**1812** [1] - 677:24
**1867** [5] - 738:7, 738:10, 738:18, 739:1, 739:5
**1891** [2] - 738:7, 738:14
**18th** [1] - 677:15
**19** [1] - 796:18
**1901** [2] - 738:6, 738:13
**1917** [2] - 737:20, 737:24
**1930s** [1] - 814:18
**1940** [3] - 737:10, 737:12, 737:22
**1950** [3] - 736:23, 739:2, 801:24
**1950s** [2] - 802:2, 802:6
**1960** [1] - 801:10
**1960s** [4] - 745:23, 746:12, 748:25, 800:25
**1964** [6] - 710:3, 736:4, 736:8, 736:13, 801:8, 802:9
**1965** [2] - 725:16, 832:5
**1970** [1] - 803:8
**1970s** [2] - 738:17, 771:15
**1976** [1] - 747:8
**1979** [1] - 745:25
**1980** [2] - 736:18, 775:10
**1981** [2] - 748:16, 763:7
**1984** [2] - 763:10, 770:12
**1985** [1] - 763:13
**1990** [8] - 736:18, 775:11, 798:21, 818:16, 847:2, 856:15, 856:16
**1990-cycle** [1] - 841:1
**1990s** [6] - 799:3, 803:15, 805:11, 854:2, 854:15, 856:12
**1991** [3] - 834:4, 838:6, 840:4
**1992** [13] - 833:2, 833:10, 833:22, 835:23, 836:15, 837:18, 838:21, 838:24, 839:12, 841:9, 841:13, 854:5, 854:14
**1993** [1] - 799:18
**19th** [4] - 669:18, 678:8, 678:11, 678:14
**1:00** [2] - 761:12, 761:13
**1:40** [1] - 761:17
**1st** [1] - 755:16

## 2

**2** [29] - 661:24, 687:25, 688:1, 689:22, 689:24, 691:10, 692:1, 692:14, 696:5, 736:6, 736:8, 736:9, 736:25, 737:17, 738:2, 738:15, 748:16, 780:11, 782:16, 782:17, 786:2, 787:5, 789:3, 792:21, 793:3, 831:2, 835:11, 836:22, 855:15
**20** [6] - 679:12, 680:5, 746:21, 755:8, 776:13, 794:4
**20-page** [1] - 860:18
**200-something** [1] - 858:15
**2000** [12] - 775:11, 788:19, 805:19, 805:22, 805:25, 807:1, 807:10, 845:15, 845:17, 846:11, 847:9, 847:13
**20005** [3] - 661:21, 662:3, 662:6
**2000s** [1] - 776:19
**2001** [4] - 665:12, 805:22, 821:7, 861:22
**2002** [6] - 666:8, 762:24, 763:15, 763:16, 763:22, 799:18
**2003** [1] - 762:25
**2004** [1] - 778:11
**2005** [1] - 778:11
**2006** [2] - 815:24, 816:2
**2007** [1] - 666:10
**2010** [5] - 775:12, 778:12, 788:19, 807:11, 856:16
**2010-2011** [1] - 808:25
**2011** [11] - 667:5, 739:20, 753:15, 811:4, 816:7, 819:17, 820:1, 821:6, 829:12, 852:16, 853:5
**2012** [2] - 767:2, 817:12
**2013** [3] - 706:25, 707:7, 762:25
**2017** [2] - 714:12, 844:11
**2018** [2] - 831:21, 832:10
**2019** [2] - 661:4, 815:5
**202** [3] - 661:22, 662:3, 662:7
**2020** [1] - 859:24
**205** [1] - 661:25
**206** [1] - 661:18
**20th** [1] - 661:24
**225** [1] - 746:20
**24** [1] - 828:6
**242-7300** [1] - 662:12
**25** [2] - 765:3, 778:3
**25,000** [1] - 822:1
**255** [1] - 866:14
**26** [1] - 796:17
**27th** [1] - 835:23
**28** [2] - 662:21, 813:6
**2:18-cv-00907-KOB** [1] - 661:4

## 3

**3** [3] - 693:4, 789:7, 789:12
**30** [6] - 752:13, 765:3, 771:22, 791:15, 802:11, 851:14
**300152** [1] - 662:11
**3019** [3] - 833:11, 833:15, 837:19
**3020** [1] - 803:7
**3021** [2] - 736:1, 802:10
**3022** [2] - 736:21, 801:25
**3023** [1] - 737:9
**3024** [1] - 737:24
**3025** [1] - 738:6
**3026** [1] - 738:6
**3027** [2] - 738:7, 738:19
**31** [1] - 746:22
**32** [1] - 666:6
**321** [1] - 802:10
**334** [2] - 662:12, 662:15
**35** [1] - 816:1
**35203** [1] - 661:25
**359-9000** [1] - 661:18
**36** [1] - 816:1
**36101** [1] - 662:15
**36130-0152** [1] - 662:12
**3:00** [1] - 799:23

## 4

**4** [9] - 695:1, 696:10, 724:15, 740:5, 749:4, 792:5, 792:20, 824:24, 825:18
**4,000** [2] - 670:13, 766:8
**4,500** [1] - 794:7
**4.8** [1] - 809:20
**40** [9] - 695:1, 757:8, 757:9, 758:4, 765:3, 771:22, 791:15, 792:4, 814:8
**43** [3] - 670:4, 670:5, 768:10
**435** [2] - 787:12, 819:9
**45** [2] - 771:12, 817:12
**450** [1] - 774:20
**475** [1] - 766:7
**4900** [1] - 661:17
**49th** [1] - 825:14
**4:51** [1] - 865:15

## 5

**5** [7] - 696:24, 697:2, 724:15, 739:25, 740:14, 749:7,

824:21
**50** [13] - 701:2, 735:5, 769:24, 770:23, 771:1, 771:3, 771:11, 771:12, 814:8, 832:4, 843:5
**500** [1] - 794:7
**500,000** [1] - 784:21
**501** [1] - 662:11
**50th** [1] - 825:14
**55** [4] - 686:17, 700:10, 700:20, 701:1
**59** [1] - 685:3

**6**

**6** [3] - 735:12, 735:21, 827:8
**60** [3] - 771:1, 771:4, 771:11
**600** [3] - 661:21, 662:2, 662:6
**61** [8] - 685:23, 686:1, 688:1, 689:15, 689:23, 691:10, 753:16, 781:16
**65** [3] - 746:10, 765:17, 804:20
**650,000** [1] - 794:20
**654-6322** [1] - 662:7
**654-6338** [2] - 661:22, 662:3
**664** [2] - 663:2, 663:2
**67** [5] - 691:12, 691:15, 692:2, 692:8, 786:1

**7**

**7** [14] - 661:4, 787:6, 788:10, 789:4, 789:11, 789:12, 789:18, 801:24, 808:25, 809:2, 823:20, 835:3, 846:20, 847:1
**700** [3] - 661:20, 662:2, 662:5
**700-plus** [1] - 703:18
**713** [1] - 663:3
**73** [2] - 693:3, 789:8
**743** [1] - 663:4
**750** [1] - 843:24
**753(a** [1] - 662:21
**762** [2] - 663:6, 663:7
**78** [1] - 662:14
**7:00** [1] - 857:8

**8**

**8** [1] - 752:14
**813** [1] - 663:8
**834-6500** [1] - 662:15
**849** [1] - 663:9
**855** [1] - 663:10
**870-9989** [1] - 661:25

**9**

**90** [3] - 714:17, 746:22, 844:18
**930** [1] - 661:24
**98** [1] - 746:22
**98101** [1] - 661:18
**9:00** [3] - 661:5, 857:8, 857:9
**9th** [1] - 736:23

**A**

**A&M** [1] - 759:13
**a.m** [2] - 661:5, 857:8
**A220** [2] - 670:16, 769:22
**A320** [2] - 670:16, 769:21
**Abbeville** [3] - 682:19, 686:10, 785:13
**Abha** [1] - 661:16
**ability** [9] - 684:24, 711:4, 711:6, 748:13, 775:23, 775:24, 834:22, 837:8, 849:1
**able** [33] - 684:6, 686:15, 686:17, 687:21, 699:9, 704:20, 705:3, 714:14, 714:21, 740:2, 740:3, 740:10, 742:15, 742:17, 757:13, 757:16, 774:19, 775:2, 777:19, 779:4, 794:11, 804:18, 815:3, 815:4, 817:9, 828:1, 828:10, 828:11, 828:22, 850:9, 857:7, 862:25
**ably** [1] - 823:12
**above-entitled** [1] - 866:6
**absolutely** [21] - 673:18, 677:11, 681:25, 689:25, 703:1, 709:18, 725:18, 733:7, 743:5, 744:21, 766:4, 770:24, 805:6, 805:15, 809:24, 810:23, 811:20, 812:23, 813:6, 830:21, 850:25
**ACA** [4] - 813:19, 813:21, 813:23, 815:11
**academies** [1] - 798:3
**access** [4] - 705:20, 753:25, 760:10, 832:3
**accident** [1] - 777:20
**accommodate** [10] - 712:23, 719:15, 743:4, 743:15, 744:5, 744:6, 744:12, 744:17, 757:25, 758:13
**accommodating** [1] - 761:5
**accomplish** [2] - 690:3, 859:3
**accomplished** [3] - 714:1, 810:23, 811:8
**according** [2] - 736:13, 853:15
**accounts** [1] - 797:10
**ACCR** [1] - 866:14
**accurate** [2] - 835:4, 839:22
**achieve** [2] - 792:10, 808:23
**acknowledge** [1] - 776:2
**acquiring** [1] - 804:12
**acronym** [1] - 721:17
**Act** [31] - 706:17, 706:19, 706:23, 707:15, 707:18, 707:24, 708:1, 710:3, 723:20, 724:2, 724:4, 724:6, 724:9, 724:13, 724:16, 724:20, 725:8, 726:17, 727:11, 727:14, 760:5, 813:19, 814:11, 814:19, 814:20, 814:23, 815:8, 815:24, 832:5, 853:6, 855:15
**act** [5] - 834:5, 834:6, 834:13, 837:24, 837:25
**active** [1] - 798:6
**actively** [2] - 784:21, 832:18
**activities** [1] - 716:6
**actual** [3] - 670:17, 782:19, 845:7
**adamantly** [2] - 706:22, 818:15
**Adams** [2] - 704:16, 759:16
**add** [3] - 693:8, 729:14, 745:18
**added** [3] - 705:5, 738:21, 850:2
**addition** [1] - 698:12
**additional** [11] - 693:8, 760:22, 787:15, 855:10, 855:17, 855:22, 856:3, 856:8, 861:15, 864:12, 864:16
**address** [5] - 815:13, 839:8, 863:16, 863:20, 864:20
**addressed** [6] - 837:17, 839:5, 863:23, 864:11, 864:17, 864:18
**addressing** [1] - 814:14
**adequately** [5] - 750:9, 760:6, 794:21, 795:21, 827:3
**Aderholt** [3] - 808:4, 808:8, 808:10
**adjacent** [1] - 837:3
**adjustments** [1] - 773:15
**administration** [1] - 810:17
**Administration** [4] - 774:25, 814:10, 841:7, 841:11
**admirable** [1] - 828:15
**admitted** [3] - 858:14, 858:24, 859:8
**admittedly** [1] - 714:25
**adopted** [6] - 800:5, 800:7, 803:14, 803:16, 803:24, 854:18
**adult** [1] - 852:6
**advance** [2] - 809:13, 810:25
**advantage** [1] - 779:12
**advisory** [1] - 862:20
**advocate** [2] - 697:13, 722:25
**advocating** [2] - 781:10, 806:6
**aerospace** [4] - 766:18, 769:20, 770:3, 785:2
**affiliation** [3] - 713:2, 713:4, 763:6
**afford** [4] - 689:12, 705:20, 775:3, 828:7
**affordable** [2] - 722:7, 815:7
**Affordable** [16] - 706:17, 706:19, 706:23, 707:15, 707:17, 707:24, 723:20, 724:2, 724:4, 724:6, 724:9, 724:13, 813:19, 814:11, 814:23, 815:8
**Afghanistan** [1] - 796:18
**afraid** [1] - 796:11
**African** [83] - 676:6, 676:22, 694:20, 700:19, 700:21, 700:23, 700:25, 701:6, 704:1, 704:10, 705:8, 705:13, 705:15, 705:25, 706:4, 707:23, 714:4, 716:5, 717:13, 717:17, 718:4, 718:14, 722:17, 722:23, 723:5, 723:14, 724:1, 724:5, 724:8, 728:2, 728:5, 731:14, 732:2, 732:3, 732:18, 732:20, 732:23, 742:11, 751:23, 752:19, 752:20, 753:6, 753:8, 755:21, 777:10, 777:25, 779:14, 779:18, 779:25, 788:12, 795:8, 795:10, 795:14, 796:9, 796:19, 797:22, 798:12, 804:20, 806:2, 810:4, 810:22, 813:18, 814:1, 815:11, 815:16, 824:4, 824:11, 831:25, 833:19, 842:5, 843:4, 843:6, 844:21, 844:24, 847:1, 850:23,

851:13, 851:21, 851:22, 851:24, 855:16
**African-American** [62] - 676:6, 676:22, 694:20, 700:19, 700:21, 700:23, 700:25, 701:6, 704:1, 704:10, 705:13, 705:15, 706:4, 714:4, 717:13, 717:17, 722:17, 722:23, 723:5, 724:5, 728:2, 731:14, 732:2, 732:3, 732:20, 742:11, 751:23, 752:19, 752:20, 753:6, 755:21, 777:10, 777:25, 779:14, 779:18, 779:25, 788:12, 795:14, 796:9, 796:19, 797:22, 798:12, 804:20, 806:2, 810:4, 810:22, 815:16, 824:4, 831:25, 833:19, 842:5, 843:4, 843:6, 844:21, 844:24, 847:1, 851:13, 851:21, 851:22, 851:24
**African-Americans** [21] - 705:8, 705:25, 707:23, 716:5, 718:4, 718:14, 723:14, 724:1, 724:8, 728:5, 732:18, 732:23, 753:8, 795:8, 795:10, 813:18, 814:1, 815:11, 824:11, 850:23, 855:16
**afternoon** [5] - 761:20, 762:11, 762:12, 813:12, 813:13
**afterwards** [1] - 860:3
**ag** [1] - 769:9
**age** [1] - 835:17
**agencies** [1] - 775:1
**ago** [16] - 695:9, 701:18, 709:23, 735:7, 740:1, 752:25, 770:23, 771:1, 771:11, 773:20, 777:13, 828:13, 835:5, 846:16
**agree** [54] - 673:15, 677:21, 678:25, 688:3, 699:16, 699:21, 702:23, 702:25, 704:5, 717:1, 717:4, 722:11, 722:15, 725:15, 727:23, 730:17, 730:20, 732:7, 732:13, 732:19, 732:25, 734:1, 734:8, 736:4, 736:24, 738:1, 738:8, 738:13, 808:19, 813:17, 814:1, 815:5, 815:10, 816:25, 818:2, 820:16, 822:12, 827:14, 827:20, 828:24, 829:2, 829:5, 829:6, 829:23, 830:1, 830:12, 832:24, 833:18, 835:21, 836:8, 837:10, 838:11, 840:25, 855:21
**agreed** [5] - 805:18, 808:18, 808:24, 829:13, 864:11
**agreement** [3] - 807:17, 864:13, 864:15
**agricultural** [3] - 675:18, 682:9, 770:17
**Agriculture** [1] - 781:2
**agriculture** [14] - 675:16, 686:24, 687:8, 687:9, 687:11, 768:21, 768:22, 768:23, 769:9, 770:8, 770:13, 770:15, 771:4, 780:18
**ahead** [2] - 726:23
**AIDT** [1] - 766:24
**air** [2] - 683:21, 793:10
**Air** [6] - 682:5, 682:6, 683:9, 683:10, 780:19
**Airbus** [9] - 670:15, 672:10, 672:13, 672:20, 766:16, 767:14, 769:21, 769:22, 809:14
**Airbus'** [1] - 809:16
**aircraft** [1] - 766:17
**airplane** [2] - 766:25, 775:3
**airplanes** [2] - 767:2, 781:11
**airport** [1] - 822:2
**Airport** [1] - 670:17
**aisle** [1] - 733:4
**AL.com** [2] - 851:10, 853:9
**ALABAMA** [1] - 661:1
**Alabama** [157] - 661:5, 661:10, 661:25, 662:12, 662:15, 665:6, 666:2, 666:8, 666:12, 666:23, 667:13, 668:16, 668:25, 669:19, 670:6, 670:21, 670:23, 671:15, 673:3, 673:7, 673:14, 673:24, 675:2, 675:3, 677:13, 677:23, 678:5, 678:12, 678:22, 682:15, 684:8, 685:3, 685:21, 687:14, 687:23, 689:1, 691:3, 692:20, 693:2, 695:8, 695:12, 701:24, 708:7, 708:8, 710:21, 711:16, 712:22, 718:16, 719:10, 720:24, 721:2, 721:25, 722:18, 722:20, 722:23, 724:12, 725:22, 725:25, 726:3, 726:4, 726:14, 727:5, 731:1, 732:2, 732:4, 733:15, 733:17, 737:3, 738:21, 743:3, 743:9, 743:16, 743:21, 744:15, 744:16, 744:18, 746:20, 748:18, 750:1, 751:2, 751:6, 752:23, 755:4, 755:16, 759:5, 759:10, 759:12, 759:13, 762:18, 763:2, 763:6, 764:7, 765:11, 765:18, 766:7, 766:22, 766:24, 767:25, 769:15, 769:16, 772:16, 773:21, 776:3, 776:12, 776:22, 777:15, 778:25, 780:25, 781:15, 782:1, 783:25, 784:8, 784:9, 784:16, 784:22, 790:10, 794:25, 795:20, 798:22, 803:18, 803:20, 804:9, 805:12, 805:13, 806:5, 806:10, 807:16, 807:22, 808:11, 809:4, 810:2, 812:15, 821:15, 825:5, 825:16, 829:14, 829:23, 829:25, 831:25, 835:24, 841:16, 842:7, 843:5, 847:1, 851:3, 851:8, 852:9, 852:12, 854:7, 855:14, 855:18, 855:23, 856:5, 856:15, 862:24, 863:1
**Alabama's** [10] - 664:21, 667:5, 762:20, 764:4, 767:19, 777:1, 811:4, 830:13, 831:1, 855:19
**Alabama.com** [1] - 843:19
**Alabamians** [3] - 695:24, 696:1, 832:1
**aligned** [1] - 668:2
**alike** [2] - 731:5, 794:16
**alive** [3] - 737:12, 746:13, 797:13
**all-star** [1] - 796:25
**alleging** [1] - 855:13
**allow** [1] - 761:14
**allowance** [2] - 787:13, 787:14
**allowed** [2] - 741:16, 765:14
**allows** [2] - 828:4, 863:25
**alluded** [1] - 860:2
**Alma** [1] - 704:16
**almost** [7] - 666:15, 671:10, 676:23, 735:5, 750:4, 790:21, 827:15
**alternative** [1] - 837:11
**aluminum** [1] - 785:4
**amazing** [2] - 797:10, 829:4
**ambush** [1] - 859:16
**amendment** [6] - 705:3, 759:24, 760:1, 760:9, 760:12, 760:13
**America** [14] - 669:15, 677:25, 703:3, 707:19, 709:1, 709:14, 724:22, 725:14, 726:2, 726:14, 727:22, 730:23, 790:10, 821:25
**America's** [1] - 773:23
**American** [70] - 676:4, 676:6, 676:22, 677:20, 694:20, 700:19, 700:21, 700:23, 700:25, 701:6, 704:1, 704:10, 705:13, 705:15, 706:4, 714:4, 717:13, 717:17, 721:14, 722:17, 722:23, 723:5, 724:5, 728:2, 730:9, 731:14, 732:2, 732:3, 732:20, 742:11, 751:23, 752:19, 752:20, 753:6, 755:21, 759:22, 777:10, 777:25, 778:17, 778:18, 779:14, 779:18, 779:25, 788:12, 795:14, 796:9, 796:19, 796:23, 797:22, 798:12, 804:20, 806:2, 810:4, 810:22, 815:16, 824:4, 831:25, 833:19, 842:5, 843:4, 843:6, 844:21, 844:24, 847:1, 851:13, 851:21, 851:22, 851:24
**Americans** [24] - 677:23, 679:4, 705:8, 705:25, 707:23, 716:5, 718:4, 718:14, 723:14, 724:1, 724:8, 728:5, 732:18, 732:23, 753:8, 795:8, 795:10, 813:18,

814:1, 815:11, 824:11, 832:7, 850:23, 855:16
**amicably** [1] - 820:12
**amount** [3] - 828:5, 834:11, 845:23
**ample** [1] - 761:14
**analogy** [1] - 776:9
**analysis** [4] - 715:2, 715:5, 835:14, 836:23
**Andalusia** [4] - 689:6, 689:11, 785:19
**Angeles** [2] - 787:16, 841:21
**Anniston** [1] - 790:22
**announced** [2] - 719:22, 720:14
**answer** [4] - 754:19, 789:1, 789:22, 826:14
**answered** [1] - 815:12
**anteroom** [1] - 757:10
**anti** [1] - 819:4
**anti-union** [1] - 819:4
**antithetical** [1] - 711:14
**anyway** [1] - 760:23
**anyway..** [1] - 863:5
**apologize** [2] - 789:1, 803:13
**appeal** [1] - 859:14
**appealed** [1] - 859:15
**appeals** [3] - 730:18, 730:19, 730:21
**appeared** [3] - 836:11, 836:14, 838:15
**applaud** [1] - 831:23
**applicable** [1] - 710:3
**applied** [2] - 726:8, 767:15
**apply** [7] - 687:11, 724:21, 726:6, 726:13, 731:9, 731:10, 838:23
**appointment** [1] - 826:25
**appreciate** [8] - 697:19, 742:23, 761:4, 813:14, 813:16, 849:7, 856:18, 856:23
**appreciated** [3] - 713:19, 813:14, 819:8
**appropriate** [3] - 716:19, 726:11, 799:13
**Appropriations** [1] - 794:10
**approve** [1] - 854:10
**approved** [3] - 764:25, 807:9, 854:16
**ArcelorMittal** [1] - 768:13
**area** [45] - 667:9, 670:10, 671:15, 674:6, 677:1, 677:7, 678:19, 678:22, 680:12, 684:4, 685:15, 690:9, 690:25, 692:4, 694:3, 740:12, 740:13, 740:16, 740:20, 741:13, 741:15, 741:23, 742:2, 742:3, 747:20, 748:12, 754:4, 756:7, 757:13, 757:15, 757:19, 766:14, 766:20, 769:12, 771:8, 773:19, 784:13, 785:8, 786:12, 788:6, 793:12, 793:21, 793:22, 845:13, 852:25
**area's** [1] - 684:12
**areas** [48] - 675:24, 675:25, 676:1, 676:2, 676:19, 676:20, 677:2, 677:6, 683:24, 684:6, 688:7, 690:4, 694:11, 698:13, 698:14, 698:16, 699:12, 700:25, 701:15, 705:15, 706:9, 714:16, 740:19, 742:2, 742:19, 749:8, 750:19, 750:20, 755:21, 755:22, 764:11, 783:17, 787:16, 795:13, 795:14, 795:25, 796:6, 822:19, 823:25, 828:23, 837:4, 837:6, 844:11, 844:17
**argue** [3] - 780:16, 781:14, 801:7
**argued** [1] - 685:20
**arguing** [2] - 805:25, 806:3
**argument** [3] - 862:3, 862:13, 864:4
**arguments** [2] - 864:4, 864:20
**arm** [1] - 816:19
**Armed** [4] - 680:8, 683:14, 683:20, 781:3
**arms** [1] - 810:16
**Army** [1] - 779:8
**army** [2] - 682:3, 685:10
**array** [3] - 699:7, 702:20, 702:22
**Arsenal** [1] - 712:12
**articulate** [1] - 780:14
**articulating** [1] - 787:3
**artificial** [1] - 711:12
**Artur** [1] - 788:20
**Asia** [1] - 682:13
**Asian** [3] - 675:12, 676:4, 742:12
**aside** [1] - 856:4
**assemble** [1] - 766:25
**assembled** [2] - 769:23, 848:22
**assembling** [1] - 766:17
**assembly** [3] - 670:15, 769:25
**assessment** [2] - 830:14, 850:8
**associated** [1] - 798:17
**assume** [5] - 782:3, 799:14, 826:5, 836:16, 855:25
**assuming** [2] - 836:17, 854:4
**assuring** [1] - 852:24
**at-large** [1] - 801:8
**athlete** [2] - 796:25, 797:11
**Atlanta** [1] - 787:16
**attack** [2] - 845:10, 860:19
**attacks** [1] - 730:7
**attempted** [1] - 840:12
**attention** [10] - 685:16, 705:1, 718:13, 730:15, 792:21, 849:12, 851:5, 851:7, 855:11, 859:9
**ATTORNEY** [1] - 662:10
**attorney** [4] - 665:1, 710:6, 810:23, 810:24
**Attorney** [5] - 811:12, 811:18, 811:20, 811:24, 812:8
**attract** [1] - 694:12
**attracts** [1] - 751:6
**attribute** [1] - 826:5
**Auburn** [3] - 682:15, 784:16, 847:21
**August** [3] - 762:25, 802:16, 802:22
**Austal** [3] - 670:11, 766:6, 794:5
**Austal's** [1] - 766:12
**authority** [2] - 705:17, 724:25
**automobile** [1] - 673:9
**automobiles** [3] - 673:12, 765:8, 768:2
**automotive** [1] - 767:5
**available** [2] - 779:11, 815:8
**Avenue** [2] - 661:17, 662:11
**average** [7] - 723:9, 723:10, 723:15, 723:16, 755:7, 848:17
**aviation** [3] - 767:11, 767:14, 780:23
**avoid** [2] - 777:19, 842:6
**award** [4] - 705:7, 705:10, 705:21, 797:23
**aware** [39] - 674:24, 675:2, 688:18, 714:3, 714:18, 715:24, 734:1, 748:18, 751:21, 758:8, 782:2, 783:6, 783:10, 783:16, 790:18, 791:25, 806:25, 811:3, 824:14, 825:18, 830:24, 831:20, 843:18, 844:5, 844:16, 845:12, 846:3, 850:22, 852:25, 853:3, 853:7, 853:8, 854:9, 854:15, 854:19, 854:24, 856:12, 856:14, 856:17
**awful** [1] - 822:15
**awkwardness** [1] - 804:16

## B

**B-Y-R-N-E** [1] - 664:14
**Bachus** [5] - 804:4, 808:5, 808:8, 808:10
**background** [4] - 664:25, 680:23, 777:25, 798:10
**backgrounds** [1] - 778:24
**bad** [6] - 692:19, 693:23, 693:25, 694:2, 715:11, 746:23
**Baker** [2] - 737:21, 737:23
**BALCH** [1] - 662:14
**Baldwin** [98] - 666:6, 666:7, 667:1, 667:12, 667:24, 668:3, 668:4, 669:7, 671:2, 671:6, 671:19, 673:7, 673:16, 673:20, 675:9, 675:11, 675:15, 675:20, 678:17, 679:1, 679:5, 679:8, 679:22, 685:5, 689:10, 693:11, 693:17, 696:24, 700:11, 715:24, 715:25, 716:5, 716:8, 716:11, 716:18, 716:22, 721:22, 735:3, 736:5, 736:6, 736:8, 736:24, 737:17, 738:1, 738:14, 738:17, 744:19, 744:24, 745:1, 745:9, 745:18, 745:22, 746:1, 747:10, 747:22, 748:5, 748:8, 748:14, 748:24, 756:5, 764:16, 764:23, 765:8, 765:9, 765:16, 766:1, 767:17, 770:2, 770:3, 770:8, 770:10, 770:12, 770:14, 770:19, 770:21, 770:22, 771:1, 771:4, 771:8, 771:18, 771:24, 772:14, 773:16, 778:16, 778:25, 782:4, 784:7, 787:25, 788:8, 793:13, 794:14, 795:9, 824:3, 824:5, 847:19, 850:21
**Band** [2] - 778:19, 778:20
**bank** [1] - 765:7
**banking** [2] - 772:1, 772:9

**banks** [1] - 785:22
**Bar** [3] - 744:15, 744:16, 744:18
**bar** [1] - 729:23
**Barbour** [2] - 769:3, 786:19
**barge** [1] - 672:11
**barrier** [1] - 792:23
**base** [2] - 682:4, 692:5
**Base** [4] - 682:5, 682:7, 683:10, 780:19
**based** [14] - 707:22, 708:22, 711:9, 717:7, 731:6, 753:1, 779:7, 780:6, 787:24, 798:10, 836:8, 837:2, 837:4, 859:13
**bases** [1] - 684:1
**BASF** [1] - 768:12
**basic** [1] - 709:7
**basis** [3] - 709:21, 775:2, 844:15
**Bates** [1] - 735:22
**Batre** [2] - 778:2, 792:24
**bay** [8] - 679:6, 679:10, 679:12, 679:13, 679:20, 745:6, 747:3, 769:23
**Bay** [9] - 667:19, 670:1, 671:16, 671:17, 746:10, 747:7, 764:17, 767:18, 847:18
**Bayou** [3] - 778:2, 779:10, 792:24
**Bayway** [1] - 771:15
**beach** [2] - 685:4, 786:24
**Beach** [2] - 771:8, 786:23
**beaten** [1] - 728:6
**became** [2] - 747:10, 805:1
**become** [5] - 666:10, 711:12, 766:18, 767:5, 773:11
**becoming** [3] - 677:7, 679:22, 714:20
**bedroom** [1] - 797:9
**BEFORE** [1] - 661:13
**began** [3] - 762:24, 763:6, 834:8
**begin** [1] - 669:16
**beginning** [4] - 677:3, 678:1, 742:6, 752:14
**begins** [3] - 835:14, 836:23, 837:1
**belief** [3] - 708:25, 802:23, 818:12
**beliefs** [2] - 709:15, 709:16
**believes** [3] - 817:18, 852:12, 853:4
**Bell** [4] - 697:5, 739:21, 749:23, 826:8
**bell** [3] - 697:23, 749:18, 750:11
**belongs** [1] - 794:25
**below** [1] - 844:12
**Belt** [2] - 732:23, 773:14
**belt** [1] - 821:14
**Ben** [1] - 804:2
**BENCH** [1] - 661:12
**bench** [1] - 860:24
**beneficial** [2] - 819:22, 819:24
**benefit** [13] - 672:24, 672:25, 673:5, 704:9, 708:9, 732:1, 741:14, 745:16, 745:17, 776:1, 780:21, 817:9, 817:24
**benefited** [1] - 680:4
**benefits** [7] - 673:2, 680:3, 694:18, 755:18, 755:19, 755:20, 755:21
**best** [15] - 685:18, 705:18, 706:2, 730:1, 741:7, 744:8, 807:18, 808:14, 810:12, 817:8, 817:25, 829:25, 834:21, 846:23, 849:1
**bet** [2] - 695:13, 773:20
**better** [20] - 712:10, 719:6, 723:4, 723:23, 725:2, 725:10, 732:22, 735:9, 741:1, 741:2, 741:4, 741:10, 742:1, 746:4, 746:5, 752:9, 817:4, 820:17, 820:19
**between** [27] - 679:16, 679:18, 684:19, 686:4, 688:9, 703:4, 734:2, 734:3, 736:25, 737:17, 738:2, 738:14, 739:1, 748:1, 750:17, 767:16, 770:22, 785:5, 796:5, 799:18, 808:1, 808:3, 824:2, 844:7, 850:20, 856:15, 856:16
**Bevill** [2] - 803:21, 804:11
**beyond** [1] - 848:3
**big** [13] - 673:13, 675:12, 675:16, 675:17, 675:20, 679:21, 695:20, 747:5, 750:23, 772:4, 783:24, 796:11, 858:12
**bigger** [1] - 757:20
**biggest** [2] - 674:3, 722:19
**bill** [18] - 705:3, 706:16, 707:22, 708:1, 708:3, 708:6, 708:11, 708:15, 708:17, 708:19, 759:24, 767:24, 769:9, 810:16, 810:18, 814:25, 816:15
**Bill** [1] - 804:11
**billion** [3] - 768:18, 780:21, 794:6
**bills** [1] - 729:24
**Biloxi** [1] - 766:12
**bind** [4] - 674:2, 688:19, 764:10
**binds** [1] - 671:8
**BINGHAM** [1] - 662:14
**bipartisan** [1] - 814:20
**Birmingham** [13] - 661:5, 661:25, 740:24, 741:5, 741:20, 772:18, 773:25, 776:7, 776:25, 788:15, 790:13, 804:3, 827:17
**Bishop** [2] - 759:1, 784:6
**bit** [11] - 664:25, 666:15, 690:18, 752:7, 773:10, 803:16, 808:3, 824:1, 833:1, 851:12, 857:18
**bits** [1] - 859:16
**black** [38] - 676:19, 676:25, 714:12, 714:22, 715:20, 716:2, 716:23, 717:20, 717:23, 724:3, 726:15, 732:15, 752:15, 758:25, 759:8, 777:14, 779:24, 794:15, 796:22, 797:18, 806:11, 807:2, 809:11, 835:15, 835:16, 837:2, 837:4, 837:6, 837:8, 838:16, 842:24, 844:11, 851:18, 852:13, 852:16, 854:11, 856:15
**Black** [9] - 704:14, 720:9, 720:11, 720:14, 720:17, 732:23, 758:21, 773:14, 854:1
**black-populated** [2] - 837:4, 837:6
**blacks** [3] - 723:10, 724:12, 732:13
**block** [1] - 725:8
**blown** [1] - 835:23
**blown-up** [1] - 835:23
**blue** [1] - 739:9
**board** [40] - 666:16, 676:9, 680:23, 696:8, 696:11, 696:13, 696:17, 697:3, 697:8, 697:10, 697:15, 697:22, 697:25, 698:10, 698:22, 698:25, 699:4, 699:15, 699:17, 699:22, 722:21, 739:16, 749:5, 750:3, 750:10, 759:12, 804:5, 824:15, 824:16, 825:5, 825:12, 825:15, 825:25, 826:7, 827:8, 828:18, 850:13, 850:17, 861:21
**boarded** [1] - 791:24
**boards** [1] - 825:20
**BOBBY** [1] - 661:4
**Boeing** [1] - 809:15
**boilerplate** [1] - 836:7
**Boise** [1] - 821:15
**BONNER** [3] - 663:6, 762:2, 762:8
**Bonner** [46] - 733:23, 761:11, 761:15, 761:25, 762:8, 762:11, 762:17, 763:25, 764:10, 773:5, 774:13, 779:2, 780:9, 781:13, 783:6, 785:24, 789:6, 789:11, 792:3, 795:12, 797:21, 799:16, 800:3, 801:4, 806:25, 810:20, 811:16, 812:17, 813:7, 813:12, 818:2, 819:14, 822:23, 824:14, 831:20, 833:2, 833:15, 849:12, 850:22, 852:10, 853:13, 854:2, 854:21, 855:8, 855:21, 856:22
**boom** [2] - 669:18, 768:6
**borders** [1] - 684:11
**born** [4] - 665:10, 788:11, 791:7, 802:18
**boss** [1] - 841:25
**Boston** [1] - 841:21
**bottom** [4] - 735:17, 736:21, 753:19, 801:24
**bought** [1] - 753:11
**bounce** [1] - 702:16
**bound** [3] - 667:9, 674:6, 826:10
**boundaries** [2] - 667:6, 805:5
**BOWDRE** [1] - 661:13
**Box** [2] - 662:11, 662:14
**box** [1] - 858:12
**boxes** [1] - 859:21
**Boykin** [2] - 737:6, 802:25
**BRADLEY** [3] - 663:2, 664:8, 664:13
**Bradley** [2] - 664:7, 664:13
**brain** [1] - 848:22
**breadth** [1] - 699:11
**break** [11] - 693:12, 699:17, 699:19, 714:19, 761:10, 761:13, 799:21, 803:15, 812:25, 838:2, 857:19
**breakdown** [2] - 714:8, 715:5
**Brewton** [3] - 689:5, 689:10, 755:24
**bridge** [6] - 680:1, 681:13, 685:9,

732:8, 745:5, 771:13
**Bridge** [2] - 777:8, 790:15
**brief** [5] - 763:14, 862:6, 862:10, 862:11, 863:21
**briefing** [3] - 863:9, 864:8
**briefly** [2] - 738:5, 854:23
**briefs** [5] - 863:25, 864:2, 864:9, 864:21
**Bright** [1] - 780:15
**bring** [3] - 731:11, 757:16, 784:23
**bringing** [6] - 678:16, 704:22, 747:16, 766:13, 769:21, 769:22
**British** [4] - 677:16, 677:17, 677:20, 679:4
**Broad** [1] - 791:21
**broad** [3] - 689:19, 699:7, 754:23
**broadband** [1] - 750:24
**broke** [1] - 767:2
**broken** [2] - 683:14, 860:3
**Brookley** [1] - 769:23
**Brooks** [5] - 692:24, 712:2, 712:13, 808:4, 808:10
**brothers** [1] - 796:23
**brought** [13] - 672:5, 710:13, 712:17, 757:11, 790:2, 833:20, 834:15, 838:7, 840:7, 840:11, 843:11, 851:5, 851:6
**Browder** [1] - 803:25
**Bruce** [1] - 661:19
**buck** [1] - 684:10
**Bud** [1] - 809:15
**buddy** [1] - 691:4
**budget** [4] - 689:13, 787:18, 828:2, 828:21
**budgets** [1] - 689:7
**build** [2] - 679:25, 794:4
**building** [6] - 665:7, 713:18, 747:5, 766:8, 768:3, 778:5
**buildings** [1] - 791:22
**Bull** [1] - 777:7
**Bullock** [8] - 688:8, 688:9, 688:12, 688:20, 782:21, 783:8, 795:11, 826:23
**bunch** [1] - 729:14
**burden** [2] - 725:12, 725:17
**burdens** [1] - 726:11
**Burt** [2] - 726:24, 727:1
**Burton** [1] - 727:2
**bush** [1] - 841:11
**Bush** [3] - 814:3, 814:9, 816:5
**business** [10] - 682:21, 691:1, 697:8, 771:10, 772:4, 775:18, 793:11, 816:16, 816:19, 844:22
**businesses** [4] - 682:17, 682:23, 710:7, 768:8
**busy** [2] - 710:23, 852:18
**but..** [2] - 832:24, 865:5
**Butler** [3] - 697:1, 750:17, 750:18
**buy** [3] - 671:23, 765:8, 782:23
**BY** [58] - 663:3, 663:4, 663:5, 663:7, 663:8, 663:9, 663:10, 664:17, 666:1, 674:23, 681:5, 685:7, 691:8, 691:16, 694:16, 700:5, 713:16, 730:2, 735:1, 736:2, 736:19, 737:15, 738:12, 739:12, 743:2, 745:21, 748:22, 751:19, 752:11, 753:17, 762:10, 774:12, 785:23, 789:5, 792:2, 800:2, 800:16, 801:3, 802:3, 802:14, 803:2, 806:24, 813:11, 822:10, 829:8, 829:21, 831:19, 832:12, 833:13, 836:25, 839:19, 840:3, 846:12, 846:24, 849:11, 853:11, 853:25, 855:6
**BYRNE** [2] - 663:2, 664:8
**Byrne** [18] - 664:7, 664:13, 664:18, 678:25, 681:8, 681:11, 713:17, 713:23, 722:16, 732:7, 734:13, 735:2, 736:4, 738:8, 739:15, 776:12, 801:19, 852:23

**C**

**cake** [1] - 797:4
**calculus** [1] - 708:16
**calendar** [1] - 749:22
**Calhoun** [2] - 793:16, 793:17
**California** [2] - 710:10, 710:20
**Callahan** [14] - 763:11, 763:12, 770:12, 773:8, 787:23, 799:1, 803:18, 804:12, 833:5, 834:9, 841:25, 845:16, 845:20, 847:9
**Cambodia** [1] - 778:7
**Camden** [2] - 791:8, 791:9
**campaign** [7] - 706:4, 706:11, 727:1, 770:12, 795:13, 795:24, 843:10
**campaigning** [4] - 676:11, 676:16, 706:12, 795:12
**campus** [1] - 784:7
**campuses** [1] - 682:13
**canceled** [2] - 707:4, 707:11
**Cancer** [1] - 670:22
**candidate** [10] - 692:2, 692:3, 692:4, 692:6, 692:11, 692:12, 692:13, 692:14, 718:14, 763:11
**candidates** [1] - 793:21
**cannot** [2] - 763:19, 842:10
**cap** [1] - 828:5
**capacity** [1] - 661:10
**capital** [1] - 792:15
**capitol** [2] - 757:23, 758:3
**Car** [1] - 737:21
**car** [3] - 737:23, 765:9, 787:21
**carbon** [1] - 768:15
**care** [18] - 668:14, 668:22, 673:21, 705:19, 706:14, 709:6, 722:5, 723:15, 723:16, 753:22, 754:8, 754:9, 754:25, 755:4, 814:13, 814:22, 815:2, 815:7
**Care** [16] - 706:17, 706:19, 706:23, 707:15, 707:17, 707:24, 723:20, 724:2, 724:4, 724:6, 724:9, 724:13, 813:19, 814:11, 814:23, 815:8
**career** [2] - 767:12, 767:15
**careers** [1] - 798:6
**Carolina** [1] - 704:17
**carry** [2] - 700:16, 862:1
**cars** [2] - 707:9, 782:24
**Cascade** [1] - 821:15
**case** [20] - 706:16, 712:16, 714:23, 752:3, 774:20, 781:14, 792:14, 795:1, 824:8, 840:23, 850:20, 851:11, 851:13, 853:14, 859:2, 861:19, 861:22, 861:25, 862:2, 863:19
**cases** [1] - 807:6
**catch** [1] - 760:1
**cattle** [3] - 682:10, 687:13, 687:14
**Caucasian** [6] - 752:19, 778:1, 779:24, 795:14, 810:4, 851:20
**Caucus** [2] - 704:14, 758:22
**caucus** [3] - 704:19, 704:20, 759:17
**caused** [1] - 760:21
**causes** [1] - 811:1
**causeway** [3] - 746:22, 746:24, 747:4
**causing** [1] - 850:10
**CBS** [1] - 701:17
**CD** [1] - 835:3
**CDs** [1] - 738:15
**celebrate** [1] - 674:25
**celebration** [2] - 773:21, 774:2
**census** [10] - 798:22, 803:8, 805:19, 805:25, 807:1, 807:10, 807:11, 834:3, 838:6, 840:4
**center** [7] - 667:18, 673:23, 675:7, 682:4, 682:11, 766:18, 772:9
**Center** [3] - 668:16, 670:22, 670:23
**centered** [1] - 668:11
**centers** [7] - 705:11, 705:12, 705:14, 705:18, 706:15, 750:15, 780:23
**centuries** [1] - 669:23
**century** [5] - 669:18, 677:15, 678:9, 678:11, 678:14
**certain** [10] - 706:9, 714:16, 747:3, 750:25, 758:18, 775:15, 777:14, 795:3, 816:13, 828:4
**certainly** [22] - 689:4, 716:17, 717:22, 717:25, 725:11, 738:3, 758:9, 761:6, 776:1, 795:15, 815:17, 818:8, 819:23, 830:2, 830:15, 830:19, 832:16, 849:15, 849:20, 852:3, 856:17, 858:2
**CERTIFICATE** [1] - 866:1
**certify** [1] - 866:4
**cetera** [15] - 669:21, 673:9, 680:14, 683:1, 686:25, 689:21, 699:8, 700:22, 704:24, 711:21, 725:3, 725:13, 740:22, 751:13, 753:1
**chairman** [1] - 846:3
**challenge** [7] - 781:9, 782:4, 789:2, 822:7, 828:16, 831:24, 833:25
**challenges** [4] - 746:7, 781:21, 781:23, 794:12
**challenging** [6] - 831:1, 832:23, 833:20, 838:7, 840:7, 850:19

**Chamber** [2] - 816:16, 816:20
**chance** [8] - 723:1, 798:4, 835:18, 863:16, 864:5, 864:6, 864:19
**chancellor** [4] - 666:11, 666:13, 680:24, 759:14
**change** [4] - 777:4, 777:5, 789:6, 845:21
**changed** [4] - 747:22, 769:6, 769:9, 845:22
**changes** [1] - 863:1
**chanted** [1] - 728:25
**Chapter** [2] - 662:21, 721:2
**character** [2] - 780:8, 809:23
**characteristic** [1] - 711:13
**characterize** [1] - 728:22
**charge** [4] - 755:13, 812:3, 812:4, 846:2
**Charlottesville** [4] - 727:20, 728:9, 728:11, 731:16
**charter** [1] - 723:1
**charts** [1] - 815:17
**Chatom** [2] - 765:10, 772:11
**checkups** [1] - 745:10
**cheering** [2] - 716:23, 716:24
**chemical** [4] - 670:5, 670:20, 672:4, 768:12
**chemicals** [1] - 768:20
**chemistry** [1] - 765:23
**Cherokee** [1] - 793:16
**Chestnut** [7] - 735:25, 736:21, 738:19, 752:3, 801:25, 803:7, 863:3
**CHESTNUT** [1] - 661:3
**Chestnut's** [1] - 756:15
**chief** [10] - 798:15, 798:23, 805:3, 805:19, 805:22, 807:6, 833:3, 833:4, 851:4, 852:18
**Chief** [1] - 762:18
**CHIEF** [1] - 661:14
**chiefs** [1] - 805:11
**Chien** [1] - 847:24
**child** [4] - 748:2, 773:6, 802:17, 862:25
**children** [12] - 676:23, 722:17, 722:23, 723:1, 723:2, 723:4, 723:5, 751:11, 791:12, 822:16, 825:17, 825:24
**China** [2] - 682:14, 703:2
**Choctaw** [3] - 750:16, 778:20, 787:8
**choice** [2] - 718:14, 837:9
**choose** [1] - 814:9
**chooses** [1] - 857:6
**Christian** [2] - 721:2, 743:6
**Christina** [4] - 662:19, 665:19, 665:20, 866:12
**Christmas** [1] - 790:2
**church** [1] - 797:17
**churches** [1] - 790:15
**Churchill** [2] - 679:3
**circle** [2] - 776:18, 792:25
**circled** [2] - 847:15, 847:17
**circuit** [1] - 859:17
**Circuit** [2] - 860:19, 861:22
**circumstances** [3] - 725:21, 726:12, 843:4
**cites** [2] - 860:14
**cities** [4] - 779:22, 821:2, 821:21, 842:18
**citing** [1] - 861:19
**Citizens** [1] - 721:14
**citizens** [5] - 766:2, 794:15, 814:8, 849:17, 850:1
**Citronelle** [3] - 707:6, 793:1, 793:3
**city** [42] - 667:16, 669:3, 676:20, 678:5, 690:19, 713:25, 714:1, 714:4, 714:9, 714:16, 714:24, 717:18, 717:24, 718:1, 718:7, 718:9, 718:10, 719:25, 721:19, 734:19, 734:20, 739:17, 746:14, 746:15, 748:11, 753:9, 777:11, 778:22, 778:23, 779:14, 779:16, 779:18, 779:19, 779:24, 779:25, 786:18, 788:13, 821:1, 842:25, 844:11, 844:17
**City** [5] - 687:20, 687:24, 786:24, 787:16, 861:20
**city's** [1] - 714:20
**civic** [2] - 679:19, 753:1
**Civic** [1] - 720:18
**Civil** [3] - 790:13, 814:19, 841:6
**civil** [1] - 723:3
**claims** [1] - 710:5
**clairvoyance** [1] - 702:2
**clarification** [1] - 834:1
**clarify** [1] - 719:6
**clarity** [1] - 838:3
**CLARK** [1] - 661:6
**Clark** [1] - 777:7
**Clarke** [36] - 667:15, 667:23, 670:4, 673:1, 673:16, 765:6, 766:1, 768:11, 771:23, 772:13, 772:25, 787:10, 788:17, 788:24, 818:13, 818:19, 819:15, 819:20, 820:16, 821:1, 821:2, 821:13, 821:24, 822:13, 822:15, 822:24, 823:2, 823:15, 826:21, 827:15, 828:9, 849:14, 849:17, 850:10, 850:11
**class** [1] - 798:4
**classes** [1] - 784:19
**Claude** [3] - 799:10, 803:23, 846:21
**clear** [10] - 719:19, 726:7, 731:19, 749:23, 801:6, 801:13, 802:12, 805:7, 861:2, 862:17
**clearer** [1] - 752:8
**clerk** [2] - 664:9, 861:6
**Clerk** [1] - 762:3
**CLERK** [4] - 664:11, 664:15, 762:5, 861:12
**Clinton** [1] - 841:7
**clock** [1] - 840:15
**close** [6] - 690:22, 697:11, 718:13, 835:22, 852:7, 852:8
**closed** [1] - 791:24
**closely** [4] - 679:1, 709:15, 781:6, 812:2
**closer** [3] - 687:21, 786:25, 787:1
**closes** [1] - 775:7
**closings** [1] - 857:17
**cloud** [1] - 777:3
**Coalition** [1] - 720:17
**Coast** [5] - 746:4, 780:12, 812:18, 813:4, 852:25
**coast** [2] - 671:8, 826:17
**Coastal** [1] - 784:8
**coastal** [1] - 764:15
**cochair** [2] - 704:16, 759:16
**cochairs** [1] - 704:13
**Coffee** [2] - 769:3, 785:16
**COIE** [4] - 661:16, 661:20, 662:1, 662:5
**coin** [1] - 695:13
**collaborative** [1] - 834:8
**colleague** [1] - 825:19
**colleagues** [1] - 681:7
**collectively** [1] - 830:20
**college** [19] - 666:14, 669:3, 669:9, 669:10, 695:25, 696:1, 696:6, 708:7, 758:25, 759:6, 759:7, 759:8, 759:14, 767:13, 784:6, 784:17, 790:4, 800:11, 811:10
**College** [8] - 669:2, 704:14, 705:7, 758:21, 759:2, 784:6, 784:9, 784:17
**colleges** [4] - 669:11, 759:9, 784:4, 785:1
**collegiality** [1] - 781:7
**collegiate** [1] - 809:19
**color** [1] - 780:6
**coloring** [1] - 739:10
**combat** [1] - 794:5
**combination** [1] - 680:21
**coming** [15] - 669:10, 671:3, 672:5, 674:14, 680:15, 681:7, 696:3, 746:6, 747:3, 751:13, 758:16, 767:7, 776:7, 853:4, 858:21
**comments** [2] - 702:7, 702:22
**commerce** [3] - 766:24, 791:23, 793:11
**Commerce** [2] - 816:17, 816:20
**commercial** [2] - 766:17, 817:5
**Commissioner** [2] - 756:20, 843:10
**commissioner** [1] - 843:7
**commitment** [8] - 777:13, 777:20, 788:20, 791:3, 818:24, 819:20, 819:23, 820:23
**committed** [1] - 809:19
**Committee** [11] - 680:8, 680:9, 683:14, 683:16, 683:17, 683:19, 683:21, 781:2, 781:3, 781:4, 794:10
**committee** [6] - 680:14, 680:19, 680:25, 705:4, 760:3
**committees** [1] - 680:6
**commodity** [1] - 769:8
**common** [11] - 679:4, 679:6, 686:23, 686:25, 688:25, 782:8, 782:22, 786:20, 786:21, 792:10, 795:9
**commonality** [4] - 775:18, 780:14, 785:5, 849:4
**communicating** [1] - 695:19
**communities** [35] - 686:20, 688:18, 699:14, 699:17, 699:19, 700:10, 700:18, 700:20, 701:1, 704:10, 705:13, 752:19, 752:20, 765:21, 774:22, 775:17, 778:13, 783:5, 783:14, 795:25, 807:19, 812:22, 812:25, 815:15, 817:22, 822:4, 822:9, 829:22,

837:2, 843:11, 849:3, 850:20, 851:20, 851:21
**community** [37] - 667:9, 694:5, 701:6, 701:10, 705:11, 705:12, 705:14, 705:17, 706:14, 732:2, 753:2, 753:3, 764:11, 765:5, 771:6, 777:18, 778:16, 778:17, 779:10, 779:21, 784:5, 784:17, 785:1, 787:2, 791:11, 792:1, 793:3, 793:4, 795:10, 795:22, 816:19, 817:1, 822:8, 824:6, 824:8, 844:21, 844:25
**Community** [3] - 759:2, 784:6, 784:17
**commute** [2] - 688:15
**compact** [2] - 684:18, 685:19
**compactness** [3] - 684:24, 775:5, 775:24
**companies** [10] - 670:20, 672:4, 672:9, 704:24, 707:2, 766:7, 767:15, 768:15, 769:19, 769:20
**Company** [1] - 670:6
**company** [7] - 682:20, 766:13, 766:16, 767:8, 768:13, 772:10
**compared** [2] - 755:6, 778:25
**compete** [2] - 691:2, 783:20
**competent** [2] - 741:25, 829:14
**competing** [1] - 690:25
**competitive** [1] - 822:6
**competitiveness** [1] - 822:7
**competitors** [2] - 690:11, 690:17
**complain** [2] - 707:23, 731:24
**complaint** [1] - 838:23
**complete** [1] - 857:10
**completed** [4] - 746:9, 746:14, 748:15, 771:15
**completely** [3] - 699:1, 749:1, 824:10
**completion** [1] - 747:9
**complicated** [2] - 814:5, 814:7
**complied** [1] - 840:8
**complimenting** [1] - 684:7
**comply** [1] - 710:14
**computerized** [1] - 662:22
**concede** [1] - 863:17
**conceivable** [1] - 782:19
**concentrations** [1] - 835:16
**concern** [3] - 691:18, 693:8, 823:19
**concerned** [8] - 693:22, 708:11, 753:22, 753:25, 754:3, 819:21, 852:19, 852:23
**concerning** [1] - 708:1
**concerns** [13] - 670:7, 672:9, 672:15, 693:6, 693:19, 695:3, 702:24, 732:21, 786:4, 786:7, 789:9, 792:8, 830:22
**concluded** [1] - 865:15
**condemnin g** [2] - 729:5, 729:10
**condominiums** [2] - 745:22, 745:24
**Conecuh** [2] - 697:1, 786:21
**confer** [2] - 713:9, 742:21
**conference** [3] - 718:17, 718:20, 828:12
**Conference** [3] - 721:3, 743:7, 806:5
**confident** [2] - 784:11, 857:9
**configuration** [13] - 691:11, 691:17, 693:5, 695:2, 695:3, 696:16, 699:22, 792:6, 792:7, 793:25, 829:12, 845:21, 848:9
**configure** [3] - 698:22, 698:23, 737:4
**configured** [5] - 685:25, 689:22, 749:16, 749:17, 781:15
**confirm** [1] - 839:21
**confused** [4] - 697:10, 756:19, 837:16, 839:20
**congregate** [1] - 758:14
**Congress** [80] - 664:21, 664:23, 676:10, 680:7, 680:16, 681:1, 681:19, 703:8, 705:16, 707:9, 709:20, 710:1, 710:4, 710:8, 710:13, 711:4, 726:25, 731:11, 733:3, 733:10, 734:5, 734:9, 755:11, 762:23, 763:1, 763:11, 763:18, 763:20, 764:25, 767:22, 769:6, 774:15, 774:18, 775:14, 778:8, 778:10, 780:25, 782:12, 791:15, 793:20, 794:5, 794:19, 795:4, 795:16, 795:23, 796:1, 798:1, 803:21, 804:19, 807:4, 807:5, 807:12, 809:10, 812:10, 812:19, 813:5, 813:6, 813:24, 816:1, 817:1, 817:11, 817:22, 818:4, 818:13, 820:17, 823:5, 823:14, 824:5, 825:8, 826:3, 828:4, 828:6, 847:1, 848:10, 848:17, 850:18, 851:4, 851:16
**congress** [2] - 712:14, 733:3
**Congress 's** [1] - 830:15
**congressional** [58] - 667:5, 698:24, 699:19, 711:3, 711:13, 733:16, 734:3, 735:4, 736:3, 736:13, 736:25, 737:10, 738:18, 738:21, 740:18, 757:1, 764:4, 764:13, 764:14, 765:13, 766:11, 769:2, 769:10, 771:2, 773:7, 773:13, 781:20, 781:25, 787:12, 798:19, 798:22, 799:6, 800:4, 800:11, 800:25, 802:8, 805:7, 805:21, 811:4, 818:3, 819:10, 823:7, 830:13, 830:14, 831:1, 835:24, 848:1, 855:10, 855:14, 855:16, 855:17, 855:19, 855:20, 855:23, 855:24, 856:4, 856:6, 856:13
**Congressional** [2] - 742:7, 799:9
**Congressman** [124] - 664:6, 664:18, 665:14, 666:2, 667:2, 672:16, 678:25, 680:6, 681:7, 681:8, 682:1, 685:20, 690:6, 691:9, 691:17, 692:24, 693:3, 694:25, 696:7, 697:25, 704:7, 706:15, 707:25, 710:23, 712:16, 713:17, 713:23, 721:20, 722:16, 723:7, 725:16, 726:21, 727:20, 727:23, 732:7, 733:1, 733:23, 734:19, 735:2, 736:4, 738:8, 739:15, 742:23, 743:3, 748:23, 749:4, 751:20, 752:2, 752:22, 753:18, 753:23, 761:2, 763:8, 763:12, 770:11, 773:7, 773:8, 776:12, 780:15, 780:16, 781:3, 787:23, 788:20, 793:17, 799:1, 799:10, 799:11, 801:8, 801:9, 802:25, 803:18, 803:19, 803:21, 803:23, 803:25, 804:2, 804:3, 804:18, 808:4, 809:15, 809:16, 813:12, 813:17, 815:22, 816:12, 816:25, 818:2, 818:9, 818:11, 818:23, 819:6, 819:14, 819:19, 822:12, 822:23, 824:2, 824:14, 827:9, 827:11, 831:20, 832:13, 833:1, 833:5, 833:15, 834:9, 840:4, 846:21, 846:22, 846:25, 847:5, 847:7, 847:9, 848:13, 849:7, 849:12, 855:8, 855:21, 856:10, 856:22
**congressman** [31] - 692:21, 695:16, 698:25, 699:3, 699:6, 700:14, 703:22, 704:2, 708:16, 711:25, 712:8, 712:20, 718:21, 721:24, 741:11, 741:12, 742:2, 752:13, 763:7, 775:4, 782:17, 786:12, 786:14, 793:5, 796:12, 796:21, 796:22, 798:16, 802:25, 823:12, 846:17
**congressman 's** [2] - 744:2, 744:3
**Congressmen** [3] - 711:5, 741:3, 809:5
**congressmen** [3] - 732:4, 788:22, 849:16
**congressperson** [2] - 692:25, 695:14
**Congresswoman** [42] - 689:24, 695:9, 711:5, 733:6, 733:20, 734:16, 734:18, 740:23, 741:22, 741:24, 776:4, 780:15, 788:11, 788:14, 789:24, 790:8, 791:10, 809:1, 809:22, 810:1, 810:7, 810:21,

811:13, 811:25, 816:9, 818:9, 818:11, 823:1, 823:15, 827:14, 828:2, 828:16, 828:22, 829:3, 829:11, 830:16, 831:4, 831:23, 852:10, 853:3, 853:15, 855:18
**congresswoman** [4] - 733:11, 786:12, 786:14, 793:5
**congresswomen** [3] - 728:18, 732:5, 810:2
**Congresswomen** [1] - 809:5
**connect** [2] - 667:20, 688:7
**connected** [11] - 679:1, 679:23, 679:24, 679:25, 684:12, 744:20, 748:2, 764:17, 767:16, 771:16, 773:3
**connection** [7] - 671:11, 679:11, 680:2, 690:22, 770:4, 780:17, 793:12
**connections** [6] - 669:22, 688:9, 688:11, 744:25, 745:1, 770:22
**connectivity** [3] - 770:1, 785:22, 823:24
**connects** [2] - 688:3, 821:17
**Connor** [1] - 777:7
**CONNOR** [1] - 661:23
**consent** [2] - 838:10, 840:20
**consented** [2] - 833:18, 834:16
**conservative** [2] - 710:20, 809:11
**conservatives** [1] - 731:5
**consider** [7] - 703:13, 821:3, 829:18, 843:19, 859:17, 859:19, 860:11
**considered** [2] - 811:21, 811:22
**considering** [1] - 816:15
**consigning** [1] - 722:23

**consistent** [6] - 752:23, 765:2, 834:21, 851:25, 852:2, 854:13
**constituency** [2] - 708:14, 722:12
**constituent** [11] - 681:24, 697:21, 707:25, 711:2, 712:22, 716:10, 716:13, 731:24, 795:1, 819:7, 830:5
**constituents** [36] - 676:4, 676:6, 703:13, 703:25, 705:24, 706:15, 707:14, 707:18, 708:19, 709:9, 709:16, 715:25, 722:13, 726:15, 731:14, 731:21, 743:25, 752:4, 753:23, 753:25, 754:3, 754:6, 754:22, 755:19, 755:20, 775:23, 781:22, 794:12, 797:22, 810:11, 810:12, 816:13, 823:6, 823:16, 824:4, 826:1
**Constitution** [1] - 810:24
**constitutional** [1] - 853:6
**construct** [1] - 711:12
**constructing** [1] - 673:11
**contact** [1] - 703:19
**contacting** [1] - 823:11
**content** [1] - 780:7
**contest** [1] - 844:7
**context** [3] - 730:22, 819:14, 832:13
**contiguous** [1] - 847:19
**continue** [8] - 711:7, 712:14, 723:6, 746:7, 799:19, 800:1, 800:6, 804:18
**continued** [5] - 707:12, 726:16, 733:22, 768:5, 815:21
**continues** [1] - 862:1
**continuing** [2] - 746:7, 806:16
**contract** [3] - 670:13, 794:4, 794:6

**contracted** [3] - 721:8, 773:10, 773:12
**contrary** [1] - 712:3
**contributor** [1] - 771:9
**controversial** [1] - 814:5
**convenient** [1] - 799:20
**conversations** [2] - 790:6, 841:7
**conversely** [1] - 828:10
**cooperate** [1] - 691:4
**cooperation** [1] - 679:18
**cooperative** [2] - 679:15, 681:22
**cooperatively** [1] - 820:12
**copy** [7] - 667:3, 764:1, 801:22, 814:22, 839:6, 861:7, 861:8
**corner** [3] - 768:22, 768:23, 785:12
**correct** [31] - 665:1, 696:8, 724:25, 727:12, 727:17, 736:9, 737:1, 739:18, 764:8, 798:23, 800:14, 802:4, 803:9, 808:11, 813:22, 814:2, 817:16, 837:20, 839:1, 840:6, 842:21, 846:7, 847:5, 847:7, 847:8, 847:13, 850:7, 852:21, 857:4, 866:4
**correctly** [1] - 749:10
**cosmopolitan** [1] - 678:1
**cost** [1] - 834:9
**costs** [1] - 815:2
**cotton** [5] - 669:21, 675:16, 682:10, 742:13, 769:12
**council** [1] - 788:13
**counsel** [5] - 735:14, 761:4, 801:7, 808:20, 854:13
**Counselor** [2] - 807:3, 822:5
**counselor** [8] - 737:12, 744:15, 792:9, 809:7, 825:1, 833:22, 844:19, 853:7
**counterproductive** [1]

- 810:18
**counties** [69] - 667:1, 667:20, 668:3, 668:20, 669:7, 669:8, 669:22, 670:9, 671:4, 673:1, 673:2, 673:17, 673:19, 674:24, 675:3, 675:15, 675:20, 679:16, 679:22, 680:3, 686:21, 688:10, 688:23, 725:13, 738:14, 746:8, 747:16, 764:16, 764:23, 765:8, 765:9, 765:17, 765:18, 767:17, 770:5, 770:10, 770:19, 772:8, 772:23, 773:14, 773:15, 773:18, 774:23, 776:5, 776:6, 783:8, 783:14, 785:10, 786:9, 786:12, 786:22, 788:4, 788:8, 793:13, 795:11, 817:21, 818:3, 818:4, 821:24, 822:14, 822:18, 827:4, 827:5, 837:3, 849:22, 850:5, 850:21
**counties'** [2] - 770:2, 773:17
**countless** [3] - 796:15, 797:24, 842:3
**countries** [3] - 728:19, 768:4, 769:17
**country** [8] - 677:19, 677:22, 731:8, 769:4, 777:6, 780:6, 798:5, 819:10
**County** [243] - 666:7, 667:11, 667:12, 667:14, 667:15, 667:24, 668:14, 669:4, 670:3, 670:4, 670:9, 670:20, 671:2, 671:6, 671:19, 671:20, 672:25, 673:7, 673:17, 673:20, 674:7, 675:9, 675:11, 676:21, 678:17, 679:1, 679:6, 679:8, 679:9,

685:5, 686:8, 686:9, 686:10, 686:21, 686:24, 686:25, 687:2, 687:4, 687:6, 687:15, 687:18, 688:6, 688:7, 688:8, 688:12, 688:19, 688:20, 689:10, 691:20, 691:24, 692:12, 692:15, 693:12, 693:17, 695:5, 696:23, 697:9, 698:1, 698:3, 698:8, 698:20, 700:11, 701:7, 715:25, 716:5, 716:9, 716:12, 716:18, 716:22, 717:13, 717:21, 719:25, 721:22, 734:2, 734:11, 734:15, 736:5, 736:9, 744:19, 744:24, 745:1, 745:9, 745:18, 745:19, 745:22, 746:1, 747:19, 747:22, 748:6, 748:8, 748:14, 748:15, 748:24, 750:7, 750:8, 751:3, 751:5, 751:7, 751:9, 751:10, 765:6, 765:7, 766:1, 766:2, 767:5, 767:6, 767:7, 768:11, 770:3, 770:8, 770:9, 770:10, 770:14, 770:21, 770:22, 771:2, 771:4, 771:8, 771:18, 771:24, 772:12, 772:14, 772:24, 772:25, 773:6, 776:8, 778:3, 778:16, 778:19, 778:20, 778:25, 782:4, 782:21, 782:22, 783:13, 784:7, 784:8, 785:6, 785:12, 785:13, 785:14, 785:16, 785:17, 785:18, 785:19, 786:10, 786:13, 786:15, 786:19, 786:20, 786:21, 787:7, 787:8, 787:25, 788:11, 788:15, 788:16, 788:17, 788:24, 789:13, 790:7, 792:16,

792:17, 792:23, 793:2, 793:4, 793:13, 793:16, 793:17, 793:22, 794:14, 795:9, 796:2, 800:17, 818:13, 818:19, 819:15, 819:20, 820:16, 821:1, 821:2, 821:13, 821:24, 822:13, 822:15, 822:24, 823:2, 823:15, 823:20, 823:21, 824:3, 824:5, 826:12, 826:13, 826:17, 826:21, 826:23, 826:24, 827:11, 827:12, 827:18, 827:24, 828:9, 828:14, 837:5, 847:19, 849:14, 849:15, 849:17, 850:10, 850:11, 850:14, 852:19, 861:20, 861:23, 862:1
**county** [45] - 667:12, 667:13, 673:3, 679:16, 715:25, 716:1, 716:2, 734:21, 744:25, 747:23, 747:24, 748:1, 754:12, 771:19, 785:11, 785:13, 785:14, 785:16, 786:16, 786:19, 787:9, 788:1, 788:18, 788:21, 790:8, 792:18, 796:1, 800:18, 818:6, 818:12, 819:21, 819:25, 820:22, 821:4, 821:14, 821:25, 822:4, 822:13, 823:9, 823:14, 827:16, 843:7, 850:7, 850:16
**County's** [3] - 770:12, 773:16, 789:19
**couple** [7] - 695:9, 723:8, 739:3, 745:13, 756:12, 763:10, 785:25
**course** [21] - 670:24, 686:14, 695:13, 703:15, 706:8, 713:1, 713:3, 714:3, 722:2, 722:4, 722:6, 722:8, 732:16, 734:2, 739:13, 743:22, 764:6, 767:18, 809:2, 812:14, 864:3
**COURT** [174] - 661:1, 662:19, 662:20, 664:3, 664:5, 665:19, 665:21, 665:24, 674:16, 674:18, 674:21, 680:18, 680:21, 681:3, 685:5, 690:10, 690:18, 691:12, 693:25, 694:14, 700:2, 700:4, 713:10, 713:12, 713:14, 729:20, 729:25, 734:13, 734:17, 734:22, 734:25, 735:16, 735:20, 735:23, 736:12, 736:16, 737:14, 738:10, 739:1, 739:8, 742:24, 744:22, 746:12, 746:17, 746:23, 747:1, 747:6, 747:9, 747:13, 748:3, 748:8, 748:10, 748:17, 748:21, 750:13, 750:20, 751:16, 752:7, 752:10, 753:14, 756:9, 756:12, 756:14, 756:17, 756:23, 757:5, 757:8, 757:11, 758:2, 758:20, 758:24, 759:3, 759:23, 760:1, 760:14, 760:18, 760:21, 761:3, 761:6, 761:9, 761:16, 761:19, 761:22, 761:24, 774:6, 774:10, 783:22, 783:24, 784:2, 785:9, 786:25, 789:22, 790:18, 790:21, 791:1, 799:22, 800:1, 800:12, 800:22, 801:2, 801:15, 801:20, 802:1, 802:10, 802:12, 802:19, 806:20, 806:23, 813:8, 820:25, 821:9, 821:18, 821:20, 829:2, 829:7, 829:17, 829:20, 831:5, 831:8, 831:12, 831:14, 832:9, 832:11, 833:11, 836:21, 837:12, 837:16, 837:23, 838:1, 838:8, 838:21, 838:23, 839:4, 839:8, 839:14, 839:17, 839:25, 846:10, 846:19, 849:9, 853:9, 853:21, 853:24, 854:22, 855:1, 856:20, 856:22, 856:25, 857:2, 857:7, 857:11, 857:13, 857:18, 858:2, 858:8, 860:5, 860:7, 860:10, 860:16, 861:3, 861:8, 861:11, 861:14, 861:22, 862:8, 862:16, 863:10, 863:20, 864:10, 864:15, 864:22, 865:4, 865:8, 865:13
**court** [15] - 664:2, 716:10, 725:7, 774:5, 791:5, 808:21, 833:23, 834:7, 834:11, 838:24, 840:17, 845:24, 852:21, 854:10, 854:16
**Court** [9] - 667:7, 711:1, 764:9, 838:17, 838:19, 840:19, 856:13, 857:5, 866:13
**Court's** [4] - 839:1, 854:24, 863:24, 864:7
**courthouse** [3] - 790:19, 790:22, 791:3
**courtroom** [3] - 664:9, 665:7, 859:14
**COURTROOM** [5] - 662:18, 664:11, 664:15, 762:5, 861:12
**Courtroom** [1] - 762:3
**courts** [4] - 765:4, 805:10, 834:14, 834:24
**cover** [3] - 699:11, 750:10, 755:2
**covers** [1] - 760:5
**Covington** [3] - 697:1, 756:6, 785:18
**Cox** [1] - 818:18
**crab** [1] - 778:5
**cracking** [1] - 852:16
**Cramer** [1] - 809:15
**crazy** [1] - 755:1
**cream** [1] - 674:19
**create** [6] - 786:10, 789:2, 799:5, 823:23, 846:6, 855:24
**created** [2] - 759:5, 822:7
**creating** [1] - 816:7
**creation** [1] - 847:12
**credible** [1] - 843:25
**credit** [2] - 704:18, 755:14
**Creek** [1] - 778:19
**Crenshaw** [2] - 697:1, 750:17
**crew** [3] - 701:17, 701:20
**crime** [1] - 708:13
**criminal** [4] - 722:3, 754:4, 754:9, 754:14
**critical** [1] - 750:11
**critically** [1] - 672:14
**criticizing** [1] - 749:23
**crops** [1] - 687:13
**cross** [9] - 688:22, 713:12, 749:6, 751:21, 774:17, 801:19, 813:8, 857:11, 857:13
**Cross** [1] - 779:8
**CROSS** [4] - 663:3, 663:8, 713:15, 813:10
**cross-examination** [5] - 713:12, 749:6, 751:21, 774:17, 813:8
**CROSS-EXAMINATION** [4] - 663:3, 663:8, 713:15, 813:10
**cross-fertilization** [1] - 688:22
**crossing** [1] - 745:7
**Crow** [1] - 842:19
**crowd** [1] - 758:11
**crowded** [1] - 804:23
**CRR** [2] - 662:19, 866:12
**crying** [1] - 707:12
**Cuba** [1] - 769:17
**cultural** [1] - 673:25
**culturally** [3] - 674:1, 679:1, 780:10
**culture** [4] - 678:4, 740:22, 773:19, 782:6
**cultures** [2] - 778:24, 794:14
**current** [16] - 684:11, 713:24, 718:16, 764:4, 779:17, 780:9, 786:17, 812:21, 818:8, 824:15, 824:20, 843:15, 848:9, 849:13, 853:5, 855:13
**cut** [1] - 745:8
**cuts** [2] - 745:8, 745:9
**cycle** [12] - 776:19, 798:21, 841:1, 845:15, 846:7, 846:10, 846:11, 846:14, 846:17, 847:2, 847:9, 847:13
**cycles** [1] - 823:22
**Czechoslovakia** [1] - 678:19

## D

**D.2** [1] - 662:21
**D.C** [8] - 712:17, 713:18, 756:21, 757:2, 775:4, 781:8, 817:12, 841:22
**Dale** [7] - 769:3, 783:14, 784:14, 785:14, 788:3, 793:13, 793:22
**Dallas** [7] - 787:16, 788:11, 788:14, 788:16, 789:13, 789:19, 790:7
**Daniel** [1] - 662:1
**Daphne** [1] - 745:11
**dark** [2] - 777:3, 850:24
**data** [1] - 724:11
**Date** [1] - 866:12
**date** [2] - 790:3, 832:9
**dated** [2] - 802:8, 835:23
**Dauphin** [1] - 792:22
**DAVIES** [1] - 661:23
**DAVIS** [68] - 663:3, 663:5, 663:7, 663:9, 663:10, 664:4, 664:6, 664:17, 665:22, 666:1, 674:23, 681:5,

685:7, 691:8, 691:14, 691:16, 694:16, 700:3, 700:5, 713:9, 713:11, 742:25, 743:2, 745:21, 748:22, 751:19, 752:9, 752:11, 753:15, 753:17, 756:11, 761:1, 761:11, 761:18, 761:21, 761:25, 762:10, 774:12, 785:23, 789:5, 790:24, 792:2, 799:19, 799:24, 800:2, 800:14, 800:16, 801:3, 801:16, 801:22, 802:3, 802:11, 802:13, 802:14, 803:2, 806:24, 831:10, 849:11, 853:11, 853:22, 853:25, 854:20, 855:6, 856:21, 857:4, 857:9, 857:21, 865:11
**Davis** [12] - 662:9, 788:21, 809:17, 818:23, 819:7, 819:19, 820:5, 820:9, 820:13, 820:21, 856:20
**days** [5] - 728:25, 740:1, 781:8, 791:9, 824:10
**DC** [3] - 661:21, 662:3, 662:6
**dead** [1] - 756:2
**deal** [4] - 687:12, 699:9, 749:21, 850:11
**dealerships** [1] - 765:9
**dealing** [1] - 765:21
**deals** [1] - 683:22
**dealt** [1] - 711:3
**death** [1] - 739:25
**decade** [3] - 768:1, 775:9, 800:9
**decades** [3] - 775:8, 777:13, 849:5
**decide** [1] - 709:6
**decided** [5] - 666:9, 730:6, 759:17, 857:17, 862:1
**decision** [7] - 708:21, 827:3, 859:2, 859:13, 859:23, 859:25, 860:19
**decisions** [1] - 731:6
**Decker** [2] - 662:19, 866:12
**declaratory** [3] - 861:25, 862:2, 862:20
**declined** [4] - 712:20, 836:9, 838:13, 841:1
**declining** [2] - 676:2, 742:11
**decreased** [1] - 739:6
**decreasing** [1] - 739:4
**deep** [2] - 678:7, 767:20
**deeper** [2] - 691:20, 776:4
**defeated** [3] - 714:3, 804:3, 843:14
**Defendant** [1] - 661:11
**defendant** [1] - 858:13
**DEFENDANT** [1] - 662:9
**Defendant 's** [9] - 735:11, 735:18, 736:21, 737:9, 737:25, 738:19, 801:21, 833:9, 837:18
**defendant 's** [2] - 858:14, 862:3
**defendants** [2] - 761:25, 863:16
**defense** [12] - 664:5, 664:6, 682:23, 683:24, 735:14, 761:24, 831:8, 862:4, 862:11, 862:14, 862:21, 864:19
**Defense** [6] - 736:1, 736:21, 794:9, 801:16, 801:25, 803:7
**defense -related** [1] - 682:23
**defer** [1] - 811:13
**define** [1] - 712:4
**defined** [1] - 824:9
**defining** [1] - 711:13
**definitely** [5] - 673:6, 689:9, 765:22, 780:17, 858:8
**definition** [2] - 685:15, 855:22
**delegation** [32] - 719:21, 720:23, 733:16, 745:18, 745:19, 757:2, 767:22, 786:17, 790:7, 804:8, 804:13, 805:7, 805:12, 805:13, 805:24, 806:13, 807:15, 807:21, 808:13, 808:18, 809:4, 809:7, 809:9, 810:14, 811:3, 811:10, 813:22, 816:9, 834:8, 834:20, 848:25
**delegations** [1] - 734:3
**delegations '** [2] - 781:6, 794:3
**deliberate** [1] - 841:24
**delivering** [1] - 750:25
**Delta** [2] - 746:10, 748:15
**Democrat** [14] - 703:16, 704:16, 710:10, 710:20, 752:16, 804:25, 810:3, 811:9, 818:19, 842:1, 847:5, 847:7, 851:18, 855:18
**Democratic** [4] - 709:2, 709:11, 709:16, 806:5
**Democrats** [6] - 709:12, 709:17, 709:18, 731:4, 731:11, 809:10
**demographics** [2] - 675:5, 717:9
**Demopolis** [1] - 828:14
**densely** [1] - 675:25
**Department** [7] - 724:24, 725:5, 725:6, 765:1, 807:9, 811:5, 835:22
**department** [2] - 766:23, 791:23
**depiction** [2] - 735:15, 736:3
**Deposit** [1] - 782:23
**deposition** [14] - 713:18, 717:15, 718:25, 719:7, 723:12, 726:18, 752:2, 752:14, 756:15, 774:16, 794:17, 825:1, 851:14, 851:15
**depositions** [1] - 824:18
**DEPUTY** [5] - 662:18, 664:11, 664:15, 762:5, 861:12
**deputy** [1] - 664:9
**Deputy** [1] - 762:3
**derailed** [1] - 790:21
**Derangement** [1] - 731:20
**describe** [1] - 667:7
**description** [1] - 824:13
**deserve** [1] - 700:13
**designed** [2] - 694:19, 694:21
**designees** [1] - 807:5
**desire** [2] - 799:5, 810:11
**desires** [1] - 863:4
**desk** [2] - 757:18, 814:23
**despite** [2] - 741:23, 828:23
**Destin** [1] - 786:24
**destination** [1] - 675:8
**destroys** [2] - 711:4, 711:6
**determine** [1] - 715:18
**determined** [2] - 796:2, 834:25
**determining** [1] - 715:10
**detour** [1] - 803:13
**detrimental** [3] - 794:13, 819:24, 820:3
**Detroit** [1] - 841:21
**devastating** [1] - 692:18
**develop** [5] - 675:23, 690:24, 709:20, 745:2, 805:12
**developed** [1] - 803:8
**developers** [2] - 679:19, 684:15
**developing** [1] - 676:2
**development** [9] - 673:14, 679:13, 680:4, 683:2, 690:14, 694:4, 694:12, 694:18, 816:16
**developments** [1] - 748:23
**deviation** [2] - 773:13, 850:1
**deviations** [1] - 807:24
**devil** [1] - 793:23
**Dewey** [3] - 861:19, 861:20
**Dickenson** [2] - 801:9, 804:11
**Dickerson** [1] - 780:16
**died** [1] - 796:17
**difference** [4] - 687:12, 739:9, 740:11, 800:8
**differences** [2] - 689:20, 712:1
**different** [79] - 676:17, 678:20, 682:7, 682:16, 683:24, 685:15, 685:21, 685:22, 686:17, 687:8, 687:10, 687:13, 690:2, 691:11, 691:21, 696:19, 696:21, 698:12, 699:2, 699:12, 700:10, 700:20, 701:1, 701:3, 701:4, 703:14, 711:6, 711:22, 712:9, 712:10, 715:8, 715:14, 715:22, 723:21, 725:25, 729:12, 730:8, 733:13, 734:3, 739:9, 740:22, 742:5, 742:13, 748:23, 749:1, 750:15, 750:19, 751:2, 751:4, 751:6, 751:7, 751:15, 751:17, 751:18, 765:20, 768:22, 768:24, 768:25, 769:1, 771:18, 778:4, 778:23, 778:24, 781:13, 783:17, 784:4, 786:2, 786:7, 792:6, 812:24, 817:21, 825:9, 828:23, 842:14, 848:1, 850:18, 860:7
**differently** [3] - 732:14, 777:22, 781:15
**difficult** [22] - 689:15, 689:17, 689:21, 689:23, 690:5, 690:8, 698:5, 698:10, 699:13, 717:2, 717:5, 782:9, 782:10, 786:18, 787:5, 787:11, 792:17, 813:3, 814:25, 824:1, 841:4, 850:15

**dinner** [1] - 809:25
**dinners** [1] - 809:25
**direct** [14] - 670:13, 673:15, 713:23, 723:19, 727:10, 733:2, 739:15, 740:15, 742:6, 770:4, 801:19, 829:10, 849:12
**DIRECT** [4] - 663:2, 663:7, 664:16, 762:9
**direction** [1] - 747:3
**directly** [1] - 671:23
**director** [1] - 828:13
**disagree** [1] - 708:18
**disagreed** [4] - 701:22, 706:16, 707:25
**disagreement** [1] - 805:17
**disappoint** [1] - 730:25
**disclosure** [1] - 763:18
**discriminated** [1] - 810:22
**discrimination** [1] - 832:5
**discuss** [2] - 724:23, 774:17
**discussed** [9] - 723:19, 727:10, 739:13, 739:15, 789:9, 825:1, 848:21, 848:24, 864:9
**discussing** [1] - 671:25
**Discussion** [1] - 865:14
**discussion** [1] - 812:18
**discussions** [1] - 830:17
**disenfranchise** [1] - 811:1
**disproportionate** [1] - 722:16
**dispute** [1] - 856:17
**disrespect** [2] - 758:5, 846:1
**distance** [4] - 686:15, 782:5, 782:24, 827:10
**distances** [1] - 828:23
**distinct** [2] - 690:4, 699:12
**distinctly** [1] - 707:5
**distinguish** [2] - 780:5, 780:11
**distinguished** [1] - 812:15
**distracted** [1] - 730:13
**District** [58] - 666:6, 666:24, 667:9, 688:1, 689:2, 689:14, 689:22, 689:24, 692:1, 692:11, 692:13, 692:14, 696:19, 696:20, 696:22, 696:24, 697:2, 736:6, 736:8, 736:9, 736:23, 738:2, 739:25, 740:5, 740:7, 740:10, 740:14, 742:7, 749:7, 754:22, 758:24, 770:6, 779:19, 780:11, 780:12, 782:9, 782:16, 782:17, 787:6, 788:10, 789:3, 789:11, 789:12, 789:18, 791:4, 792:21, 799:9, 808:25, 809:2, 823:20, 824:21, 824:24, 846:20, 847:1
**DISTRICT** [3] - 661:1, 661:1, 661:14
**district** [313] - 664:21, 666:23, 667:5, 667:7, 667:18, 667:21, 667:22, 668:6, 668:18, 668:24, 670:4, 671:8, 671:11, 671:18, 672:15, 672:17, 673:5, 674:1, 674:25, 675:5, 675:6, 675:19, 675:22, 676:3, 676:17, 681:7, 681:21, 681:24, 682:2, 682:4, 682:10, 682:11, 682:18, 682:19, 683:3, 683:4, 683:6, 684:12, 684:21, 684:22, 684:24, 685:11, 685:25, 686:2, 686:4, 686:5, 686:6, 686:7, 686:13, 686:17, 686:19, 687:25, 689:2, 689:3, 689:13, 689:16, 692:7, 692:8, 694:19, 694:20, 694:21, 697:7, 697:16, 697:17, 697:18, 698:19, 699:20, 700:6, 703:17, 705:13, 706:7, 706:20, 706:22, 707:20, 708:18, 710:24, 710:25, 712:5, 712:9, 712:12, 717:10, 718:4, 721:6, 721:11, 722:18, 723:10, 723:11, 723:15, 723:17, 724:1, 724:8, 732:3, 732:5, 732:18, 732:20, 733:13, 733:14, 733:19, 733:20, 735:4, 736:25, 738:18, 740:2, 740:4, 740:6, 740:10, 741:17, 741:22, 742:7, 742:20, 743:23, 749:8, 749:17, 749:20, 750:1, 750:3, 750:5, 754:24, 755:3, 762:20, 763:2, 763:3, 763:6, 763:8, 764:6, 764:9, 764:13, 764:14, 764:15, 764:17, 765:13, 765:23, 766:11, 768:9, 769:3, 769:10, 771:2, 772:21, 773:7, 773:10, 773:14, 774:19, 775:5, 775:7, 775:21, 775:24, 776:4, 776:11, 777:24, 778:9, 780:25, 781:20, 781:22, 781:25, 782:1, 782:2, 782:11, 782:13, 783:2, 786:8, 786:10, 786:11, 786:18, 787:5, 787:7, 787:24, 788:3, 789:12, 789:19, 790:9, 790:14, 793:7, 793:8, 793:14, 793:15, 793:18, 793:20, 793:24, 794:20, 795:3, 795:13, 796:6, 798:16, 799:6, 799:7, 799:13, 800:4, 800:9, 800:10, 800:17, 800:21, 803:1, 803:12, 803:18, 803:20, 803:22, 803:23, 803:25, 804:21, 804:23, 804:24, 804:25, 805:1, 805:4, 805:5, 805:20, 805:24, 806:1, 806:8, 806:11, 807:2, 807:11, 807:12, 807:25, 808:1, 808:2, 810:9, 810:18, 811:2, 813:18, 814:2, 815:11, 816:8, 817:10, 817:20, 817:21, 817:22, 817:24, 817:25, 818:3, 818:25, 821:4, 821:6, 822:14, 822:20, 822:25, 823:1, 823:2, 823:3, 823:6, 823:9, 823:12, 823:23, 824:17, 825:18, 826:16, 827:5, 827:15, 827:21, 827:22, 827:23, 827:24, 828:1, 828:10, 828:17, 828:24, 829:12, 832:19, 833:19, 834:12, 834:14, 834:17, 835:1, 835:3, 835:16, 836:10, 836:20, 837:2, 837:11, 838:15, 838:17, 839:15, 846:7, 846:15, 846:16, 846:19, 846:22, 847:13, 847:17, 847:19, 848:1, 848:4, 848:6, 848:11, 848:14, 848:20, 848:23, 849:1, 849:2, 849:24, 849:25, 850:2, 850:23, 852:20, 852:24, 853:5, 854:17, 855:10, 855:14, 855:19, 855:20, 855:23, 855:24, 856:4, 856:9, 856:14
**district's** [1] - 750:12
**Districts** [1] - 736:25
**districts** [89] - 666:21, 667:6, 683:11, 685:19, 685:21, 691:17, 693:5, 695:2, 695:15, 696:12, 696:13, 696:16, 698:11, 698:23, 698:24, 699:16, 699:17, 699:25, 711:8, 711:9, 711:13, 711:17, 733:18, 736:3, 736:13, 738:22, 739:2, 739:6, 739:9, 742:5, 749:5, 749:15, 753:18, 754:11, 754:13, 775:7, 775:15, 775:17, 776:3, 780:9, 781:14, 781:19, 786:2, 787:22, 788:10, 789:4, 792:6, 792:12, 793:25, 798:19, 798:22, 800:22, 800:25, 801:1, 801:4, 802:6, 802:8, 802:15, 803:9, 803:11, 803:14, 803:16, 805:21, 806:6, 806:14, 807:19, 807:25, 808:11, 811:4, 812:21, 817:24, 819:10, 823:6, 824:20, 824:25, 826:2, 830:13, 836:14, 839:13, 841:3, 845:21, 850:6, 852:12, 852:19, 854:7, 854:12, 854:18, 855:17, 856:6
**diverse** [8] - 675:6, 675:7, 676:2, 702:20, 702:21, 742:8, 777:25, 796:6
**diversity** [2] - 759:22, 778:13
**divided** [2] - 693:20
**divides** [3] - 698:1, 732:8, 732:11
**dividing** [2] - 693:22, 694:1
**Division** [1] - 841:6
**DIVISION** [1] - 661:2
**division** [3] - 694:5,

694:6, 725:4
**divisions** [2] - 694:11, 841:16
**dock** [1] - 821:18
**docks** [1] - 821:16
**doctor** [2] - 772:11, 815:3
**document** [1] - 860:18
**documented** [1] - 785:21
**Dog** [1] - 847:16
**dogs** [1] - 777:8
**DOJ** [12] - 835:2, 836:9, 836:13, 836:16, 837:10, 838:13, 839:12, 841:1, 841:6, 854:2, 854:5
**dollar** [3] - 771:10, 780:21, 794:6
**dollar-plus** [1] - 780:21
**dollars** [6] - 755:18, 767:25, 768:18, 787:15, 787:21, 834:10
**Donald** [1] - 795:6
**done** [18] - 684:25, 685:23, 686:16, 700:17, 715:5, 716:17, 725:20, 733:24, 733:25, 753:10, 758:8, 814:14, 820:10, 844:22, 853:22, 857:8, 858:19
**door** [7] - 676:11, 676:13, 676:16, 794:24
**door-to-door** [1] - 676:16
**Dorman** [1] - 662:13
**Dothan** [17] - 686:8, 686:12, 689:4, 692:12, 692:13, 754:12, 766:14, 774:1, 776:14, 781:11, 783:3, 784:18, 785:6, 785:7, 785:10, 785:11, 847:20
**doubt** [3] - 734:5, 813:2, 832:16
**Dow** [1] - 843:8
**down** [33] - 665:15, 665:16, 671:4, 671:22, 681:8, 681:11, 681:13, 689:1, 696:24, 697:20, 701:18, 701:24, 706:13, 713:5, 714:19, 728:2, 739:14, 771:14, 778:2, 779:10, 780:22, 781:10, 787:8, 793:21, 801:1, 829:9, 838:2, 839:24, 840:24, 842:12, 848:19, 856:25
**downtown** [7] - 676:25, 677:4, 692:3, 759:4, 776:10, 783:7
**Dr** [8] - 697:4, 697:23, 731:7, 806:5, 812:16, 846:3, 847:14
**drains** [1] - 751:11
**dramatic** [1] - 714:2
**dramatically** [1] - 747:22
**draw** [15] - 685:21, 715:9, 766:10, 767:10, 799:13, 806:10, 825:20, 833:19, 834:16, 835:3, 840:12, 841:2, 854:6, 855:11, 856:9
**drawing** [6] - 699:15, 766:20, 798:18, 805:20, 805:23, 808:22
**drawn** [7] - 692:1, 792:10, 792:25, 793:25, 833:21, 833:22, 833:23
**draws** [1] - 792:21
**drew** [3] - 798:20, 798:22, 834:24
**drive** [7] - 673:18, 691:22, 755:24, 766:14, 791:21, 828:10, 828:11
**driven** [3] - 770:13, 783:2, 814:15
**driveway** [2] - 847:23, 847:24
**driving** [1] - 684:21
**dropped** [1] - 801:5
**drove** [1] - 746:21
**drug** [1] - 708:12
**drugs** [1] - 814:4
**Du** [1] - 847:24
**DUBOSE** [1] - 661:4
**Duck** [1] - 795:7
**due** [1] - 834:18
**duly** [2] - 664:9, 762:3
**during** [26] - 669:17, 676:15, 677:24, 678:8, 704:8, 721:9, 726:18, 749:6, 751:20, 762:16, 774:16, 794:17, 794:18, 796:1, 796:17, 800:9, 804:6, 812:2, 818:12, 840:25, 841:6, 841:11, 841:17, 842:25, 846:7, 846:10
**duty** [1] - 798:6
**dynamic** [2] - 692:22, 693:1

## E

**e-mail** [1] - 756:24
**Earl** [3] - 804:22, 846:22, 846:25
**early** [1] - 677:14
**earmark** [1] - 795:19
**earmarks** [1] - 795:19
**earned** [1] - 781:7
**earth** [1] - 743:15
**ease** [1] - 858:6
**easier** [5] - 684:13, 746:11, 765:14, 820:22, 850:11
**easily** [1] - 684:23
**east** [2] - 785:20, 827:17
**eastern** [7] - 670:2, 686:5, 686:7, 701:5, 734:20, 747:19, 827:4
**easy** [2] - 684:21, 685:8
**eat** [2] - 671:13, 674:11
**echoed** [1] - 855:2
**economic** [22] - 673:4, 673:14, 679:13, 679:19, 680:4, 683:2, 683:3, 684:15, 690:14, 694:4, 694:12, 694:18, 711:18, 711:21, 741:15, 745:1, 765:25, 768:6, 782:7, 792:12, 816:18, 830:3
**economically** [9] - 679:2, 688:22, 690:25, 691:4, 692:22, 694:3, 711:14, 780:10, 822:21
**economics** [1] - 748:1
**economies** [12] - 672:17, 689:20, 690:2, 745:2, 745:15, 764:21, 770:5, 771:17, 772:21, 783:10, 794:13, 826:1
**economy** [14] - 672:24, 672:25, 693:1, 740:22, 746:1, 770:1, 770:2, 770:13, 771:4, 771:10, 772:9, 772:10, 792:19, 821:13
**ed** [1] - 684:16
**editor** [1] - 818:18
**editors** [1] - 843:24
**Edmund** [2] - 777:8, 790:15
**educate** [1] - 767:10
**educating** [1] - 766:21
**Education** [2] - 680:9, 760:5
**education** [37] - 666:11, 666:17, 676:9, 680:9, 680:10, 680:11, 680:18, 682:8, 684:16, 696:8, 696:12, 696:13, 696:17, 697:3, 697:8, 697:13, 697:25, 698:22, 699:16, 699:18, 705:4, 708:8, 721:25, 723:4, 739:16, 749:5, 754:1, 754:9, 754:14, 759:22, 760:6, 784:24, 798:3, 798:5, 827:8, 861:21
**educator** [1] - 777:10
**Edwards** [3] - 763:8, 773:7, 801:8
**effect** [6] - 794:13, 794:15, 799:18, 838:18, 839:3, 861:24
**effective** [9] - 742:17, 754:10, 754:15, 754:21, 754:24, 781:21, 812:19, 824:24, 852:24
**effectively** [9] - 740:2, 740:3, 740:10, 741:23, 741:24, 742:15, 742:17, 749:7, 827:21
**efficiency** [1] - 845:3
**efficient** [1] - 686:6
**effort** [13] - 742:18, 753:2, 779:7, 790:22, 791:5, 796:5, 804:16, 806:15, 818:11, 819:9, 831:23, 834:8, 845:4
**efforts** [11] - 679:13, 680:4, 693:18, 694:9, 694:22, 698:6, 765:3, 790:18, 817:2, 830:6, 832:3
**eight** [10] - 666:18, 696:15, 736:15, 737:3, 801:1, 801:4, 801:11, 801:12, 802:15, 848:17
**eight-and-a-half** [1] - 848:17
**either** [22] - 667:24, 668:20, 668:21, 689:5, 689:10, 697:9, 715:4, 717:18, 720:4, 724:12, 732:15, 741:12, 757:23, 780:10, 805:9, 815:9, 816:2, 824:23, 850:23, 851:3, 859:10, 860:25
**Elba** [2] - 785:14, 785:16
**elect** [2] - 793:19, 837:9
**elected** [34] - 666:8, 666:19, 676:9, 676:10, 684:17, 692:13, 714:4, 730:6, 759:16, 762:24, 763:3, 763:11, 763:17, 773:9, 779:15, 781:20, 782:2, 782:20, 786:13, 786:14, 786:16, 787:25, 788:6, 790:1, 801:10, 804:21, 810:2, 810:3, 828:19, 843:4, 846:23, 847:1, 856:1, 856:5
**election** [23] - 666:9, 692:10, 700:16, 703:15, 703:16,

706:25, 714:12, 714:14, 751:22, 763:22, 793:19, 801:8, 802:16, 802:23, 802:24, 803:5, 824:15, 824:17, 840:16, 842:24, 843:20, 844:11, 852:1
**elections** [3] - 706:6, 718:5, 844:6
**electoral** [1] - 832:6
**electronic** [1] - 861:8
**Eleventh** [2] - 860:19, 861:22
**elimination** [1] - 837:7
**Ella** [4] - 697:5, 739:21, 749:23, 826:8
**elsewhere** [1] - 768:3
**employ** [1] - 779:9
**employed** [2] - 671:21, 762:17
**employees** [7] - 670:13, 670:14, 766:8, 766:10, 794:7, 828:7
**employer** [3] - 670:11, 670:21, 670:23
**employers** [7] - 669:12, 670:10, 670:25, 671:1, 766:5, 783:18, 783:19
**employment** [5] - 680:13, 680:24, 710:6, 722:9, 766:3
**employs** [1] - 670:13
**empty** [1] - 667:18
**enact** [2] - 838:6, 840:5
**enacted** [4] - 834:3, 837:21, 838:11, 838:12
**enactment** [1] - 832:4
**end** [12] - 664:24, 670:3, 675:13, 698:17, 701:19, 703:1, 706:13, 775:20, 808:5, 812:17, 815:20, 827:15
**endeavor** [2] - 759:19, 818:5
**ended** [1] - 678:17
**endorsing** [1] - 830:25
**enforcement** [1] - 724:25
**enforcing** [1] - 854:2
**engage** [1] - 817:1
**engaged** [2] - 730:17, 730:19
**engine** [1] - 782:7
**engineering** [1] - 670:16
**English** [2] - 751:8, 778:15
**enhance** [1] - 837:8
**enhanced** [1] - 795:24
**enjoy** [2] - 676:12, 676:13
**enjoyed** [1] - 862:23
**enjoying** [1] - 671:14
**ensure** [1] - 845:20
**entered** [1] - 840:19
**enterprise** [2] - 775:18, 785:14
**Enterprise** [3] - 780:22, 781:12, 785:15
**entertainment** [4] - 668:1, 673:22, 709:25, 716:7
**entire** [6] - 693:2, 701:19, 766:10, 768:6, 809:9, 849:24
**entirety** [3] - 672:17, 673:5, 703:17
**entities** [1] - 725:12
**entitled** [1] - 866:6
**envisioned** [1] - 848:16
**episode** [1] - 727:22
**episodes** [1] - 776:23
**equal** [5] - 773:13, 832:2, 842:15, 850:1, 850:6
**equally** [3] - 704:22, 782:15, 790:14
**era** [1] - 710:14
**Erdreich** [1] - 804:2
**erected** [1] - 777:13
**Escambia** [17] - 667:1, 667:14, 667:24, 668:14, 669:6, 673:1, 673:16, 696:25, 756:6, 765:7, 766:1, 771:23, 772:14, 772:25, 778:18, 784:7, 785:19
**escaped** [1] - 842:11
**escort** [1] - 757:17
**especially** [2] - 774:8, 781:8
**ESPN** [1] - 696:4
**Esq** [8] - 661:16, 661:19, 661:23, 662:1, 662:4, 662:9, 662:10, 662:13
**establish** [1] - 847:19
**et** [15] - 669:21, 673:9, 680:14, 682:25, 686:25, 689:20, 699:8, 700:22, 704:24, 711:21, 725:3, 725:13, 740:22, 751:13, 753:1
**ethnic** [2] - 777:25, 778:13
**ethnicities** [1] - 678:21
**Eufaula** [2] - 786:19, 786:20
**Europe** [2] - 669:20, 769:24
**evening** [1] - 824:12
**events** [2] - 716:8, 842:6
**eventually** [3] - 811:15, 833:18, 834:16
**Everett** [2] - 780:16, 781:3
**everywhere** [2] - 700:9, 700:12
**evidence** [5] - 735:14, 835:10, 858:10, 859:6, 859:13
**evidentiary** [1] - 860:8
**exact** [2] - 779:23, 834:10
**exactly** [6] - 708:20, 717:5, 731:6, 736:18, 838:22, 839:18
**exaggerated** [1] - 721:7
**exaggerating** [1] - 858:11
**examination** [8] - 713:12, 713:23, 742:7, 749:6, 751:21, 774:17, 813:8, 827:25
**EXAMINATION** [14] - 663:2, 663:3, 663:4, 663:7, 663:8, 663:9, 663:10, 664:16, 713:15, 743:1, 762:9, 813:10, 849:10, 855:5
**examined** [2] - 664:10, 762:4
**example** [12] - 672:10, 673:8, 687:1, 701:4, 701:10, 709:22, 752:17, 796:15, 819:1, 825:15, 830:4, 851:19
**examples** [1] - 844:9
**excellent** [2] - 828:8, 828:22
**except** [1] - 783:20
**exception** [3] - 763:14, 776:7, 821:25
**excuse** [4] - 687:25, 735:16, 807:11, 817:15
**exhibit** [8] - 735:13, 735:17, 831:5, 831:11, 831:17, 840:24, 859:1, 860:13
**Exhibit** [44] - 667:3, 685:23, 686:1, 687:25, 688:1, 689:15, 689:23, 691:10, 691:15, 692:2, 692:8, 693:3, 695:1, 696:10, 735:11, 735:12, 735:18, 736:22, 737:10, 737:25, 738:19, 749:4, 753:15, 753:16, 754:23, 781:16, 786:1, 789:8, 792:4, 799:16, 800:13, 800:23, 801:16, 801:21, 819:13, 825:18, 827:8, 831:16, 831:18, 833:9, 835:11, 837:18, 849:13, 855:7
**exhibits** [7] - 753:14, 858:12, 858:23, 859:4, 861:7, 861:8, 865:3
**exist** [2] - 753:19, 769:19
**existed** [2] - 849:4
**existing** [3] - 725:7, 838:7, 848:6
**exists** [1] - 765:23
**exit** [1] - 748:4
**expand** [3] - 760:9, 815:2, 851:12
**expanded** [2] - 721:8, 814:4
**expansion** [1] - 815:14
**expect** [4] - 694:8, 729:22, 826:14, 860:12
**expecting** [3] - 704:5, 858:25, 861:9
**expense** [1] - 844:23
**expensive** [1] - 787:11
**experience** [8] - 680:15, 709:19, 716:15, 732:14, 759:18, 759:20, 813:5, 818:7
**expertise** [2] - 684:6, 808:22
**experts** [2] - 857:4, 857:10
**explain** [1] - 764:12
**exported** [1] - 768:3
**exporters** [1] - 769:16
**expressed** [3] - 706:22, 755:13, 827:1
**expressing** [1] - 674:10
**expression** [1] - 848:12
**extends** [1] - 827:15
**extent** [6] - 668:11, 673:19, 678:23, 739:16, 798:18, 809:6
**extra** [1] - 751:3
**extraordinary** [4] - 718:8, 725:20, 726:12
**extremely** [7] - 675:7, 690:8, 699:12, 711:8, 741:25, 750:20, 789:24
**eyes** [1] - 739:8

## F

**F35s** [1] - 780:20
**fabulous** [1] - 860:21
**face** [6] - 690:24, 750:23, 751:2, 751:14, 775:2
**facility** [6] - 670:17, 670:18, 672:5, 672:13, 673:11, 768:17
**facing** [1] - 722:19
**fact** [24] - 665:6, 671:7, 672:22, 678:5, 678:10, 679:24, 681:1, 681:13, 710:4, 712:20, 733:13, 741:20, 757:22, 777:23, 781:8, 819:11, 825:11, 829:17, 832:18, 835:2, 839:13, 840:7, 841:15,

844:21
**factor** [4] - 715:10, 827:2, 827:6, 848:16
**factory** [1] - 691:1
**fail** [2] - 697:18, 723:6
**failed** [7] - 834:5, 834:6, 837:24, 837:25, 838:6, 840:4, 840:15
**failing** [1] - 722:24
**fails** [1] - 834:13
**failure** [1] - 838:8
**fair** [26] - 672:16, 690:10, 717:10, 718:24, 719:10, 721:11, 723:24, 726:20, 740:20, 741:19, 754:4, 805:14, 817:2, 822:23, 826:4, 830:14, 832:3, 834:4, 834:17, 840:9, 841:17, 845:22, 848:1, 848:6, 859:25, 860:1
**Fairhope** [2] - 665:10, 665:12
**fairly** [2] - 684:23, 704:19
**faith** [4] - 753:1, 779:7, 820:23, 820:24
**faith-based** [2] - 753:1, 779:7
**fall** [1] - 706:25
**familiar** [9] - 721:15, 727:10, 751:25, 764:24, 777:24, 821:9, 824:13, 853:18, 854:1
**families** [7] - 674:13, 676:18, 676:22, 676:23, 677:5, 773:3, 775:3
**family** [10] - 668:20, 674:13, 679:8, 770:20, 772:22, 772:24, 773:4, 796:19, 796:22, 797:19
**famous** [1] - 737:2
**far** [24] - 684:9, 686:8, 687:5, 688:11, 688:14, 689:17, 699:2, 708:11, 710:20, 714:25, 735:9, 748:11, 768:22, 785:12, 791:18, 801:15, 827:4, 827:15, 838:3, 861:15
**far-left** [1] - 710:20
**farmer** [1] - 826:22
**farmer-to-market** [1] - 826:22
**fast** [5] - 665:16, 671:6, 721:12, 770:16, 788:1
**fast-growing** [1] - 788:1
**fastest** [3] - 667:13, 669:14, 671:1
**father** [3] - 772:8, 797:3, 797:12
**fault** [2] - 840:1, 840:2
**favor** [2] - 724:4, 726:7
**fears** [1] - 717:2
**feasible** [2] - 748:24, 749:1
**featured** [1] - 844:7
**February** [1] - 767:24
**federal** [23] - 687:10, 705:6, 727:11, 759:8, 760:8, 760:11, 765:4, 767:21, 769:6, 775:1, 790:19, 791:3, 794:3, 808:20, 833:23, 834:7, 834:11, 834:13, 834:24, 840:17, 845:24, 854:10, 854:16
**Federal** [2] - 760:5, 866:13
**federally** [1] - 778:18
**feelings** [2] - 832:17, 851:2
**fees** [1] - 834:11
**feet** [1] - 679:9
**Feinberg** [3] - 812:4, 812:6
**felt** [2] - 780:4, 814:12
**female** [1] - 810:1
**fertilization** [1] - 688:22
**few** [10] - 709:23, 724:3, 728:25, 739:25, 772:6, 773:19, 795:6, 828:13, 835:5, 854:13
**Field** [1] - 769:23
**field** [6] - 695:10, 695:11, 695:15, 695:17, 774:21, 828:13
**fifth** [2] - 803:20, 808:2
**fight** [2] - 706:12, 712:2
**fighting** [3] - 754:8, 754:14, 756:2
**figure** [1] - 838:1
**figuring** [1] - 737:4
**filed** [3] - 830:25, 832:15, 854:15
**fill** [1] - 826:25
**final** [1] - 769:25
**finance** [1] - 808:20
**financial** [1] - 798:10
**financially** [1] - 808:15
**fine** [7] - 728:10, 728:12, 728:15, 826:8, 841:5, 865:10, 865:11
**Fine** [1] - 719:17
**finger** [1] - 696:24
**finish** [1] - 761:14
**finished** [3] - 747:6, 747:7, 854:20
**fire** [4] - 713:7, 795:20, 795:21
**fired** [2] - 843:24, 844:1
**firehoses** [1] - 777:8
**first** [88] - 664:9, 664:21, 668:6, 668:24, 669:13, 671:7, 671:18, 672:17, 673:5, 673:25, 674:4, 674:24, 675:5, 677:14, 681:7, 681:24, 683:6, 684:11, 685:25, 697:4, 710:23, 714:4, 714:6, 726:21, 726:25, 734:8, 755:11, 759:11, 762:3, 762:20, 763:2, 763:3, 763:6, 764:6, 764:13, 765:13, 766:11, 768:8, 770:11, 771:1, 773:7, 773:10, 773:23, 781:20, 783:2, 786:8, 788:3, 788:12, 789:8, 789:9, 790:1, 793:7, 795:12, 795:15, 795:19, 796:2, 796:4, 796:24, 797:1, 798:16, 799:5, 803:1, 803:17, 804:16, 805:4, 805:5, 810:1, 810:5, 811:11, 824:7, 831:3, 832:13, 835:10, 835:14, 837:25, 839:14, 841:8, 842:8, 843:18, 846:25, 847:3, 847:4, 850:22, 852:20, 855:1, 855:11, 858:8
**First** [3] - 708:1, 727:11, 727:14
**firsthand** [1] - 818:7
**fish** [3] - 671:12, 675:23, 681:12
**fishing** [1] - 778:2
**fits** [1] - 680:23
**five** [5] - 757:7, 766:18, 784:21, 858:3, 858:11
**fliers** [2] - 707:7, 778:14
**flipped** [1] - 804:25
**Flippo** [1] - 803:19
**floor** [2] - 729:5, 729:11
**Florida** [4] - 675:1, 677:19, 776:16, 783:4
**flow** [4] - 670:1, 671:16, 673:9, 806:19
**Flowers** [1] - 799:11
**flowing** [1] - 673:8
**flows** [1] - 821:16
**flu** [1] - 772:11
**fly** [1] - 775:3
**focus** [16] - 681:6, 681:21, 681:22, 683:4, 683:24, 684:13, 684:24, 684:25, 685:8, 685:9, 698:19, 712:8, 741:10, 741:11, 741:14, 741:18
**focused** [15] - 681:16, 692:21, 705:12, 712:13, 730:11, 730:12, 732:5, 789:4, 805:4, 825:23, 834:18, 834:19, 845:8
**focusing** [7] - 667:8, 682:2, 699:5, 699:6, 712:1, 770:21, 792:20
**Foley** [1] - 685:3
**follow** [4] - 684:3, 710:7, 844:15, 856:14
**follow-up** [1] - 856:14
**followed** [1] - 701:18
**following** [1] - 728:8
**follows** [3] - 664:10, 684:5, 762:4
**food** [1] - 779:13
**football** [7] - 695:8, 695:25, 696:2, 696:6, 707:5, 716:21, 783:24
**FOR** [2] - 661:1, 662:9
**forbearers** [1] - 678:3
**Force** [5] - 682:5, 682:7, 683:9, 683:10, 780:19
**forced** [1] - 723:5
**foregoing** [1] - 866:4
**foreign** [2] - 699:7, 766:7
**foreign-owned** [1] - 766:7
**forever** [1] - 775:15
**forget** [1] - 674:18
**forgive** [2] - 785:11, 811:16
**forgotten** [1] - 736:18
**form** [3] - 677:19, 677:21, 855:16
**former** [3] - 680:24, 710:5, 841:25
**forming** [1] - 726:5
**formula** [4] - 724:16, 724:19, 724:22, 755:15
**Fort** [11] - 682:3, 682:4, 682:24, 683:8, 683:22, 746:21, 771:8, 771:11, 780:23, 782:23
**forth** [5] - 686:4, 746:11, 749:3, 787:19, 808:3
**fortunate** [1] - 811:9
**forums** [1] - 816:18
**forward** [6] - 711:7, 722:23, 747:5, 760:17, 830:11, 830:19
**fought** [2] - 704:8, 832:2
**foundation** [1] - 789:22
**Foundation** [5] - 831:24, 853:12, 853:16, 853:19, 855:12
**founded** [1] - 677:14
**founders** [1] - 848:15
**four** [16] - 668:2,

668:17, 668:20, 668:23, 669:8, 669:9, 669:10, 682:16, 704:17, 739:1, 757:7, 768:18, 784:3, 785:24, 793:9, 826:18
**four-and-a-half** [1] - 768:18
**four-lane** [2] - 793:9, 826:18
**four-year** [4] - 668:23, 669:9, 669:10, 784:3
**fourth** [6] - 695:2, 766:18, 793:3, 803:22, 808:1, 836:3
**Fowl** [1] - 691:23
**fragmentation** [3] - 835:15, 837:8, 838:16
**frame** [1] - 748:19
**framed** [1] - 863:12
**Frank** [1] - 737:6
**frankly** [8] - 706:9, 757:23, 769:20, 773:15, 787:6, 811:23, 822:6, 825:23
**fraternity** [2] - 804:10, 809:18
**Frederick** [2] - 745:25, 747:16
**French** [3] - 669:17, 677:14, 678:3
**frequent** [2] - 809:25, 810:6
**frequently** [1] - 826:11
**fresh** [1] - 671:23
**Friday** [2] - 716:22, 817:14
**friend** [2] - 796:7, 811:22
**friendly** [2] - 677:6, 702:1
**friends** [6] - 690:1, 690:12, 690:15, 762:13, 811:12, 852:8
**friendship** [1] - 820:14
**friendships** [3] - 690:23, 709:17, 709:18
**front** [4] - 670:12, 764:1, 764:18, 784:10
**frustrated** [1] - 814:12
**full** [8] - 747:19, 763:18, 817:11, 828:6, 832:18, 835:14, 836:22, 858:12
**full-time** [1] - 747:19
**fully** [2] - 768:4, 862:6
**fun** [2] - 674:8, 674:10
**fund** [4] - 705:8, 710:5, 779:12, 812:5
**fundamental** [2] - 708:25, 711:10
**funded** [1] - 710:4
**funding** [1] - 750:23
**funds** [1] - 710:15
**funeral** [2] - 797:14, 797:15
**funerals** [1] - 796:17
**furthest** [2] - 684:22, 783:1
**future** [2] - 731:8, 767:15

## G

**game** [5] - 695:10, 695:13, 696:4, 707:5, 808:24
**games** [1] - 716:23
**Gardens** [2] - 796:8
**Gaston** [1] - 790:13
**gather** [2] - 702:3, 758:15
**gears** [3] - 733:1, 816:12, 841:14
**General** [5] - 811:12, 811:18, 811:20, 811:25, 812:8
**GENERAL** [1] - 662:10
**general** [2] - 666:9, 793:25
**generalization** [1] - 717:7
**generally** [2] - 818:5, 864:18
**generating** [1] - 670:6
**generations** [3] - 674:14, 679:10, 832:1
**Geneva** [4] - 785:16, 785:17, 788:3, 793:13
**genuinely** [1] - 809:19
**geographic** [4] - 685:15, 686:14, 742:18, 766:10
**geographically** [2] - 689:19, 773:11
**George** [2] - 771:14, 841:11
**Georgetown** [1] - 812:15
**Georgia** [2] - 769:5, 855:14
**German** [2] - 678:15, 768:17
**German-owned** [1] - 768:17
**Germans** [1] - 678:15
**gerrymandered** [1] - 786:10
**gerrymandering** [4] - 861:25, 863:14, 863:15, 863:18
**given** [2] - 798:9, 828:21
**Glen** [1] - 803:25
**goal** [8] - 773:12, 775:13, 808:23, 814:12, 819:24, 823:23, 849:15, 849:25
**goals** [2] - 775:6, 850:2
**goodness** [1] - 858:16
**goods** [1] - 768:9
**gosh** [1] - 731:18
**government** [7] - 679:18, 703:4, 703:5, 709:1, 709:3, 709:5, 760:11
**governments** [1] - 725:3
**governor** [2] - 712:6, 840:13
**Governor** [5] - 762:18, 762:19, 797:16, 826:24, 840:13
**Governor's** [2] - 827:3, 851:4
**graduating** [1] - 845:2
**grand** [1] - 703:20
**grant** [1] - 795:20
**Gras** [13] - 674:3, 674:4, 674:5, 674:8, 674:13, 674:14, 674:25, 764:22, 773:20, 773:21, 773:23, 774:2, 774:4
**gravitate** [1] - 784:12
**gravitates** [1] - 821:13
**great** [21] - 682:18, 687:11, 698:22, 703:3, 704:19, 705:2, 711:20, 715:10, 716:18, 717:1, 723:3, 741:14, 745:15, 755:14, 761:22, 772:15, 791:15, 798:1, 833:8, 858:19, 861:5
**greater** [3] - 693:19, 723:16, 745:19
**greatly** [3] - 694:22, 730:25, 748:13
**Greeks** [1] - 678:16
**grew** [5] - 725:22, 731:1, 773:5, 773:6, 856:16
**grieving** [1] - 797:20
**ground** [1] - 767:3
**grounds** [5] - 835:4, 836:10, 838:9, 838:14, 841:2
**group** [19] - 693:16, 712:17, 712:21, 713:5, 718:23, 719:4, 719:16, 743:21, 744:13, 744:14, 756:21, 756:25, 757:11, 758:3, 758:13, 758:17, 809:17, 809:19, 853:14
**groups** [11] - 719:2, 719:5, 719:14, 743:12, 744:4, 757:23, 758:12, 758:18, 779:8, 816:12, 816:23
**Grove** [6] - 667:16, 701:12, 755:25, 821:4, 821:7, 822:5
**grow** [3] - 769:7, 769:10, 769:11
**growing** [12] - 667:13, 669:15, 671:1, 671:6, 687:13, 721:5, 721:10, 721:12, 732:14, 732:15, 770:16, 788:1
**grown** [4] - 704:19, 769:8, 773:17, 856:15
**growth** [3] - 768:5, 771:19, 771:21
**guarantee** [4] - 716:21, 798:10, 832:3, 834:11
**guess** [17] - 691:23, 692:10, 737:6, 737:22, 740:16, 741:19, 741:21, 782:19, 803:6, 818:15, 833:2, 842:12, 843:3, 848:13, 857:16, 857:23, 862:12
**guidance** [1] - 812:8
**Guide** [1] - 662:21
**guidelines** [1] - 759:8
**guilty** [1] - 725:14
**Gulf** [9] - 746:3, 764:18, 771:6, 771:7, 780:12, 786:23, 812:18, 813:4, 852:25
**Gulfport** [1] - 766:12
**guy** [3] - 737:5, 737:6
**GYN** [1] - 812:15

## H

**hair** [3] - 745:7, 745:8, 745:9
**half** [9] - 700:20, 701:5, 701:18, 768:18, 776:15, 783:1, 794:6, 848:17
**hall** [19] - 681:8, 681:11, 700:6, 700:9, 700:15, 700:24, 701:25, 713:6, 718:6, 718:8, 774:20, 788:17, 788:23, 795:15, 796:10, 809:24, 814:6, 815:13, 819:1
**halls** [9] - 686:16, 686:18, 701:4, 701:23, 702:3, 733:22, 796:4, 796:5, 820:6
**hallway** [2] - 712:21, 758:6
**handicap** [1] - 694:12
**handle** [1] - 757:19
**hands** [1] - 702:9
**hanging** [3] - 755:10, 841:20, 842:9
**happy** [2] - 743:4, 774:17
**harassed** [1] - 716:11
**harassment** [1] - 710:5
**hard** [17] - 667:3, 679:20, 689:12, 690:7, 691:2, 693:10, 697:19, 703:22, 705:14, 734:12, 741:9, 750:2, 764:1, 790:11, 790:14, 819:5, 820:2
**harder** [2] - 780:4, 787:10
**harm** [2] - 694:22, 850:10
**harmful** [1] - 711:18
**harming** [1] - 849:16
**HARRIS** [1] - 661:6

**Harris** [5] - 799:10, 803:23, 804:18, 846:21, 847:5
**hate** [1] - 860:3
**HBCU** [2] - 704:25, 759:17
**HBCUs** [9] - 704:23, 705:6, 705:8, 759:11, 759:15, 759:20, 759:21, 760:8, 760:9
**head** [1] - 717:6
**health** [27] - 672:16, 672:18, 673:5, 673:21, 699:8, 705:11, 705:12, 705:14, 705:18, 705:19, 706:14, 706:15, 707:2, 707:3, 707:11, 709:6, 722:5, 723:15, 723:16, 753:22, 754:8, 754:9, 755:4, 814:13, 814:22, 815:2, 815:7
**healthy** [1] - 826:16
**hear** [4] - 702:24, 703:5, 730:22, 744:12
**heard** [17] - 716:4, 719:15, 720:9, 720:12, 720:17, 721:16, 731:24, 739:22, 753:7, 824:3, 824:7, 831:3, 837:23, 848:12, 853:2, 853:3, 853:12
**hearing** [1] - 863:13
**hearsay** [1] - 806:17
**heart** [3] - 780:8, 829:25, 848:21
**heartburn** [1] - 864:23
**Heather** [1] - 728:8
**heaven** [1] - 743:15
**heavily** [1] - 794:3
**heavy** [1] - 810:16
**heck** [1] - 859:3
**held** [4] - 700:25, 728:24, 809:24, 842:2
**helicopter** [1] - 682:3
**helicopters** [2] - 685:10, 781:11
**help** [20] - 706:3, 712:5, 721:25, 732:4, 735:24, 767:10, 768:2, 784:23, 794:3, 794:11, 797:7, 808:19, 808:21, 808:23, 811:14, 812:5, 814:6, 820:18, 823:4, 859:3
**helped** [2] - 797:25, 844:23
**helpful** [2] - 697:17, 804:8
**helping** [2] - 798:1, 832:19
**Henry** [11] - 686:10, 686:21, 687:15, 687:18, 769:3, 783:13, 784:14, 785:13, 788:4, 793:16, 793:22
**heretofore** [1] - 799:9
**heritage** [1] - 788:15
**hero** [1] - 796:23
**herself** [2] - 690:6, 828:20
**hesitant** [1] - 782:12
**Heyer** [1] - 728:9
**high** [12] - 716:21, 723:2, 745:22, 745:24, 757:11, 757:22, 767:11, 783:22, 783:24, 787:15, 797:1, 797:11
**High** [1] - 707:6
**high-rise** [2] - 745:22, 745:24
**Higher** [1] - 760:5
**higher** [4] - 680:10, 684:16, 759:22, 810:8
**highest** [1] - 842:2
**highlight** [1] - 836:18
**highlighted** [1] - 851:17
**highway** [1] - 793:9
**Highway** [1] - 768:10
**highways** [1] - 667:20
**hike** [1] - 691:24
**Hill** [8] - 667:16, 701:12, 755:25, 775:10, 784:9, 821:4, 821:7, 822:5
**Hilliard** [7] - 804:22, 806:7, 806:12, 807:1, 846:22, 846:25, 847:7
**himself** [2] - 828:19, 845:4
**hip** [1] - 677:1
**Hispanic** [9] - 676:7, 676:8, 721:5, 721:8, 721:10, 731:21, 731:24, 742:12, 778:16
**historic** [2] - 758:24, 792:11
**historical** [1] - 801:17
**historically** [5] - 704:14, 758:21, 759:8, 769:4, 781:1
**history** [16] - 677:12, 678:20, 727:22, 735:3, 748:17, 764:21, 768:25, 771:17, 774:4, 774:14, 776:21, 776:23, 777:2, 787:4, 862:24, 863:2
**hold** [7] - 699:24, 700:6, 700:15, 700:18, 757:2, 796:5, 825:14
**Holder** [1] - 861:23
**holding** [1] - 791:5
**Hollingsworth** [1] - 662:18
**home** [12] - 665:9, 770:19, 772:24, 773:4, 789:25, 791:25, 796:19, 797:2, 817:14, 847:23, 848:3, 848:5
**honest** [1] - 840:10
**honestly** [1] - 845:5
**Honor** [54] - 664:4, 664:6, 713:9, 713:11, 713:13, 735:19, 735:25, 739:6, 742:22, 742:25, 744:24, 748:20, 752:9, 754:16, 756:11, 756:22, 761:5, 761:11, 762:1, 789:20, 790:25, 791:25, 799:19, 800:14, 800:24, 801:16, 801:22, 802:11, 806:16, 806:21, 806:22, 813:7, 813:9, 829:6, 829:19, 831:10, 831:17, 832:10, 833:12, 837:20, 838:22, 846:11, 854:20, 854:23, 856:21, 857:4, 857:15, 860:1, 861:6, 862:15, 863:12, 863:22, 865:2, 865:7
**honor** [2] - 729:22, 848:23
**Honor's** [2] - 806:18, 857:17
**Honorable** [1] - 761:25
**HONORABLE** [1] - 661:13
**honored** [3] - 796:14, 815:4, 820:23
**honors** [1] - 798:13
**hop** [1] - 775:3
**hope** [9] - 712:14, 729:22, 729:25, 731:2, 731:7, 761:6, 768:4, 830:20, 851:6
**hopefully** [2] - 768:6, 775:16
**hopes** [1] - 807:7
**hoping** [1] - 858:25
**hopping** [1] - 808:7
**horrible** [1] - 709:24
**hospital** [6] - 667:25, 668:14, 755:24, 756:1, 791:8, 821:23
**Hospital** [3] - 668:17, 745:11, 772:19
**hospitals** [14] - 668:18, 668:21, 755:6, 755:9, 755:10, 755:16, 755:17, 756:5, 756:7, 772:15, 772:17, 772:20, 821:25
**host** [1] - 702:3
**hosted** [2] - 809:25, 810:5
**hot** [1] - 677:1
**Hotel** [1] - 790:16
**hour** [3] - 776:13, 785:7, 827:23
**hours** [6] - 685:13, 749:19, 755:1, 776:15, 782:25, 783:1
**House** [19] - 680:8, 681:10, 704:15, 704:20, 705:4, 709:12, 710:16, 729:4, 729:5, 729:12, 760:14, 760:19, 762:21, 765:13, 790:2, 791:16, 819:6, 828:4, 852:9
**house** [3] - 791:23, 847:15, 847:17
**housekeeping** [1] - 857:19
**houses** [1] - 769:15
**housing** [1] - 722:7
**Houston** [10] - 686:9, 686:21, 686:25, 687:15, 687:18, 769:3, 783:13, 784:14, 785:12, 788:3
**Howard** [2] - 796:24, 797:9
**Howell** [1] - 662:10
**hub** [1] - 764:19
**human** [2] - 717:5, 717:6
**hundred** [2] - 767:25, 834:10
**hung** [1] - 777:4
**hunt** [2] - 675:23, 772:24
**Hunt** [1] - 833:24
**hunting** [2] - 744:6, 744:8
**Huntsville** [10] - 692:24, 692:25, 693:1, 711:20, 711:21, 741:6, 774:1, 803:20, 809:15
**hurricane** [5] - 747:15, 765:22, 778:9, 779:3, 779:13
**Hurricane** [4] - 745:25, 747:16, 778:11
**hurt** [3] - 692:7, 693:2, 794:11
**hurts** [4] - 692:8, 693:18, 755:9, 755:10
**hydrants** [1] - 795:21
**hypothetically** [1] - 698:21
**Hyundai** [1] - 751:13

### I

**I-10** [1] - 747:7
**I-65** [2] - 748:15, 771:14
**ice** [1] - 674:19
**idea** [6] - 695:23, 702:11, 702:13, 714:10, 753:11, 861:17
**ideal** [1] - 714:25
**identified** [3] - 719:12, 719:23, 837:7
**identify** [1] - 719:2
**III** [1] - 662:21
**Ilhan** [1] - 729:1
**Illustrative** [2] - 695:1, 792:5

**image** [1] - 777:4
**images** [1] - 777:7
**imagine** [2] - 700:13, 828:2
**immigrated** [1] - 675:13
**immune** [1] - 842:19
**impact** [2] - 799:7, 799:8
**impacted** [1] - 782:15
**impeachment** [1] - 831:7
**importance** [1] - 704:25
**important** [29] - 672:14, 678:6, 681:21, 681:23, 681:24, 682:5, 682:6, 682:9, 683:2, 699:15, 704:21, 704:22, 706:1, 708:25, 711:2, 711:8, 712:4, 744:11, 744:12, 750:25, 769:18, 774:18, 790:8, 790:16, 790:17, 812:18, 814:13, 822:20, 825:4
**importantly** [1] - 797:23
**impossible** [2] - 750:5, 750:12
**impression** [1] - 830:9
**improve** [1] - 746:7
**improved** [1] - 748:13
**IN** [1] - 661:1
**in-state** [1] - 784:12
**incident** [2] - 731:16, 777:18
**inclination** [1] - 859:21
**include** [2] - 789:13, 814:4
**included** [5] - 807:2, 821:7, 828:24, 836:19, 837:1
**includes** [5] - 667:15, 688:3, 688:5, 824:16, 835:25
**including** [7] - 682:25, 730:24, 731:10, 731:11, 733:3, 830:3, 842:7
**income** [2] - 723:9, 723:10
**increase** [1] - 746:5
**increased** [1] - 739:6
**increasing** [2] - 676:22, 742:11
**incredible** [3] - 680:4, 730:7, 730:14
**incredibly** [2] - 693:1, 699:6
**indeed** [2] - 671:19, 737:17
**Indians** [2] - 778:19, 778:20
**indicated** [2] - 804:13, 850:14
**indicates** [1] - 835:15
**indicating** [1] - 748:12
**indication** [1] - 758:5
**individual** [12] - 661:3, 661:4, 661:4, 661:5, 661:5, 661:6, 661:6, 661:7, 705:24, 716:15, 733:18, 861:12
**Industrial** [1] - 766:24
**industries** [12] - 669:24, 669:25, 672:20, 672:21, 675:10, 687:18, 765:20, 768:8, 770:18, 777:5, 778:5, 785:3
**industry** [17] - 671:3, 671:5, 671:18, 671:20, 671:22, 671:25, 672:1, 675:12, 675:18, 686:23, 709:25, 767:5, 769:21, 770:13, 770:14, 785:2, 785:3
**infirm** [1] - 826:16
**Infirmary** [3] - 668:16, 668:17, 772:19
**influenced** [1] - 816:8
**influx** [1] - 678:15
**information** [4] - 725:4, 779:11, 859:16, 861:15
**informed** [1] - 854:19
**inherited** [1] - 775:16
**inland** [1] - 678:6
**inside** [4] - 708:8, 717:6, 757:17, 758:19
**insistence** [1] - 791:6
**insisting** [1] - 710:7
**instance** [7] - 722:1, 724:7, 765:16, 768:23, 769:15, 816:15, 823:20
**instances** [2] - 777:3, 820:15
**instead** [4] - 737:3, 743:25, 854:12, 854:18
**Institute** [1] - 842:15
**insurance** [2] - 707:2, 707:3
**intact** [1] - 775:20
**integrate** [2] - 677:3, 693:16
**integrated** [4] - 677:7, 679:7, 714:20, 745:15
**integrating** [1] - 715:17
**integration** [4] - 676:21, 676:22, 715:23, 747:25
**integrity** [1] - 775:7
**intend** [1] - 768:1
**intended** [1] - 814:7
**intent** [1] - 707:17
**interact** [1] - 703:24
**interacted** [1] - 704:23
**interaction** [1] - 676:13
**interchange** [1] - 703:4
**interdependent** [1] - 783:11
**interest** [22] - 667:10, 683:3, 686:20, 688:18, 699:15, 699:17, 699:19, 711:14, 711:18, 764:12, 765:5, 775:18, 783:6, 783:14, 787:2, 807:18, 810:25, 812:22, 827:2, 829:22, 849:3, 850:20
**interested** [10] - 681:11, 681:12, 681:17, 683:20, 695:24, 696:1, 696:5, 710:25, 767:13, 804:19
**interesting** [2] - 680:21, 799:4
**interestingly** [1] - 779:16
**interests** [28] - 670:24, 682:9, 683:3, 683:11, 685:15, 687:7, 691:21, 711:21, 712:7, 734:11, 742:3, 742:8, 742:14, 742:16, 742:19, 764:22, 765:10, 765:15, 765:21, 780:14, 785:5, 792:12, 793:11, 809:13, 813:1, 817:8, 829:25, 830:3
**interfered** [1] - 725:9
**interior** [1] - 669:19
**intern** [2] - 763:7, 800:11
**international** [5] - 682:13, 766:13, 766:16, 768:12, 778:22
**interpretation** [1] - 854:8
**interrupt** [2] - 726:21, 806:19
**interstate** [7] - 745:4, 746:14, 746:19, 747:5, 747:10, 748:5, 782:25
**Interstate** [5] - 680:1, 686:3, 686:12, 746:9, 746:10
**intervening** [1] - 837:3
**introduced** [4] - 825:19, 858:10, 858:17, 859:1
**invasive** [1] - 709:5
**invest** [1] - 767:25
**invested** [3] - 766:7, 767:23, 808:16
**investment** [1] - 768:19
**investments** [1] - 767:21
**invite** [1] - 816:13
**involved** [8] - 698:18, 699:2, 708:12, 708:13, 775:10, 781:1, 805:16, 832:18
**involvement** [1] - 804:6
**Iran** [1] - 703:3
**Iraq** [3] - 796:18, 797:2, 813:16
**island** [3] - 771:19, 792:22, 792:23
**issue** [11] - 703:20, 710:11, 723:3, 724:23, 814:15, 835:25, 862:5, 862:10, 864:11, 864:22, 864:23
**issued** [2] - 830:24, 854:9
**issues** [31] - 681:6, 684:13, 698:12, 699:5, 699:7, 699:11, 721:25, 722:12, 722:14, 723:8, 732:14, 732:19, 748:18, 749:20, 750:6, 750:9, 750:13, 750:14, 750:15, 751:8, 751:14, 751:15, 751:16, 751:17, 754:25, 780:2, 816:13, 836:1, 857:16, 864:9
**itself** [3] - 682:24, 729:13, 771:19
**IV** [1] - 661:13
**Ivan** [1] - 778:11
**Ivey** [1] - 762:19

## J

**Jack** [1] - 763:8
**Jackie** [2] - 710:10, 710:19
**Jackson** [11] - 667:16, 765:9, 776:12, 819:2, 821:5, 821:6, 821:16, 821:19, 821:20, 822:5, 823:3
**James** [2] - 662:9, 790:16
**JANICE** [1] - 661:5
**January** [2] - 762:25, 763:13
**Jefferson** [12] - 767:6, 773:18, 776:8, 787:7, 792:17, 800:17, 823:20, 823:21, 827:18, 827:24, 837:5
**Jesuit** [1] - 669:3
**jet** [1] - 672:11
**Jim** [3] - 777:7, 818:18, 842:19
**job** [21] - 684:25, 685:12, 703:16, 703:17, 703:18, 703:22, 705:18, 711:25, 712:8, 712:15, 730:16, 739:10, 750:2, 765:14, 788:16, 809:3, 814:10, 814:14, 828:8, 828:15, 858:19
**jobs** [2] - 730:13, 774:18
**Joe** [7] - 761:25, 762:14, 777:10, 806:5, 842:2, 846:3
**JOHN** [2] - 661:6, 661:9
**John** [2] - 777:9,

842:4
**Johnson** [3] - 796:25, 797:14, 797:17
**join** [2] - 763:12, 863:3
**joined** [2] - 732:22, 763:13
**joining** [3] - 740:16, 740:19, 762:13
**joint** [6] - 733:22, 788:17, 788:23, 809:24, 818:10, 819:12
**joke** [1] - 715:15
**JONES** [1] - 661:5
**Jones** [9] - 714:6, 756:18, 779:15, 842:25, 843:7, 843:10, 844:7, 844:20, 852:7
**JOSIAH** [3] - 663:6, 762:2, 762:8
**Josiah** [2] - 762:7, 762:13
**journalism** [2] - 709:25, 844:3
**joy** [2] - 674:10, 705:2
**JR** [2] - 663:6, 762:2
**Jr** [2] - 762:8, 796:25
**Jr.'s** [1] - 797:9
**judge** [6] - 774:8, 802:18, 803:24, 803:25, 821:2, 840:18
**JUDGE** [1] - 661:14
**Judge** [4] - 761:1, 761:18, 784:3, 856:24
**judgment** [8] - 689:9, 779:2, 779:4, 861:16, 861:17, 861:25, 862:2, 862:20
**Judiciary** [1] - 662:21
**July** [2] - 728:17, 824:18
**June** [3] - 752:5, 831:21, 832:10
**Justice** [8] - 724:24, 725:5, 725:6, 765:1, 807:9, 811:5, 835:22, 842:15
**justice** [4] - 722:3, 754:4, 754:9, 754:14

**K**

**K-12** [1] - 680:10
**KAREN** [1] - 661:5
**KARON** [1] - 661:13
**Katrina** [1] - 778:11
**Kay** [1] - 762:19
**keep** [12] - 665:22, 679:25, 685:19, 709:5, 735:24, 775:6, 802:12, 804:18, 814:22, 815:3, 848:9, 848:11
**keeping** [3] - 709:8, 709:9, 858:19
**Ken** [1] - 812:4
**kept** [1] - 761:6
**Khanna** [1] - 661:16
**KHANNA** [2] - 863:23, 864:17
**kid** [1] - 677:6
**killed** [4] - 727:24, 728:3, 796:24, 797:1
**killing** [1] - 728:8
**kind** [14] - 674:9, 682:4, 741:19, 744:13, 754:17, 760:10, 806:17, 816:11, 835:22, 843:19, 860:16, 861:4, 863:12, 864:18
**kinds** [1] - 732:8
**king** [1] - 731:7
**knowing** [2] - 719:3, 789:19
**knowledge** [4] - 719:16, 805:25, 808:14, 814:17
**known** [7] - 682:1, 685:24, 688:14, 688:21, 852:5, 863:19
**knows** [2] - 683:5, 790:9
**Korea** [1] - 751:13

**L**

**Labor** [2] - 680:9, 680:18
**labor** [6] - 680:10, 680:12, 680:13, 680:24, 705:4, 710:6
**ladies** [1] - 745:8
**lady** [4] - 779:25, 811:11, 812:14, 826:8
**laid** [1] - 789:22
**Lake** [1] - 786:19
**LAKEISHA** [1] - 661:3
**Lakeisha** [1] - 752:3
**Lalitha** [1] - 662:4
**land** [4] - 683:21, 770:10, 770:17, 817:21
**landed** [1] - 780:20
**landmarks** [1] - 790:16
**lane** [3] - 793:9, 826:18, 826:22
**Langan** [3] - 777:10, 842:2, 842:4
**language** [5] - 678:15, 679:5, 731:8, 751:8, 778:14
**language-type** [1] - 751:8
**languages** [2] - 751:4, 779:4
**Laos** [1] - 778:7
**large** [23] - 667:17, 668:17, 672:11, 673:18, 698:11, 700:18, 704:20, 724:5, 757:2, 766:17, 768:11, 768:12, 778:13, 778:16, 778:17, 780:4, 781:4, 801:8, 808:6, 821:14, 821:15, 828:18
**largely** [5] - 795:13, 795:14, 800:17, 807:22, 813:19
**larger** [3] - 766:5, 773:18, 786:18
**largest** [18] - 670:11, 682:20, 682:22, 690:19, 698:4, 750:7, 766:18, 768:15, 768:18, 769:16, 770:10, 771:9, 772:20, 780:23, 792:18, 793:3, 793:4
**last** [27] - 679:12, 680:5, 694:3, 697:5, 704:17, 705:4, 714:11, 730:3, 737:5, 737:21, 738:17, 760:3, 765:3, 771:21, 795:16, 796:4, 812:1, 812:10, 812:11, 817:10, 817:11, 823:21, 825:13, 826:10, 831:17, 856:11, 857:2
**late** [3] - 761:9, 761:10, 763:8
**latest** [1] - 776:19
**Latin** [1] - 721:14
**latter** [2] - 678:14, 800:20
**laughing** [1] - 715:7
**Laura** [1] - 662:10
**law** [13] - 666:8, 680:12, 680:13, 707:1, 710:17, 727:16, 811:10, 820:8, 863:19, 864:12, 864:16, 864:18
**laws** [2] - 727:11, 759:8
**lawsuit** [9] - 685:20, 772:5, 830:25, 832:14, 851:25, 853:17, 854:15, 855:13, 855:15
**lawsuits** [1] - 731:11
**lawyer** [3] - 680:25, 772:4, 854:25
**lawyers** [3] - 772:6, 772:7, 846:1
**lead** [3] - 684:4, 684:5, 741:18
**leader** [2] - 684:2, 684:4
**leaders** [6] - 679:19, 705:16, 806:4, 841:24, 842:5
**Leadership** [3] - 721:2, 743:6, 796:7
**leadership** [5] - 681:10, 684:16, 684:17, 698:6, 753:1
**leading** [4] - 754:17, 754:20, 769:4, 847:25
**League** [3] - 720:24, 721:13, 743:10
**learn** [3] - 676:13, 731:13, 782:6
**learned** [2] - 697:23, 715:8
**learning** [1] - 785:1
**lease** [1] - 787:21
**least** [10] - 701:2, 704:6, 705:13, 725:16, 739:16, 760:18, 788:2, 815:6, 842:17, 843:20
**leave** [9] - 736:12, 743:19, 757:15, 757:18, 790:23, 827:7, 857:10, 860:25, 865:5
**leaving** [2] - 804:19, 812:13
**led** [2] - 834:7, 845:4
**Lefler** [1] - 727:1
**LeFlore** [3] - 726:24, 777:9, 842:4
**left** [8] - 710:20, 763:20, 763:21, 767:22, 795:23, 813:24, 847:23
**legal** [8] - 772:10, 808:20, 834:11, 847:18, 862:9, 862:13, 863:24, 864:8
**legendary** [1] - 781:8
**legislation** [8] - 704:21, 709:21, 710:13, 710:16, 710:22, 790:12, 815:1, 830:7
**legislative** [1] - 825:21
**legislators** [1] - 806:3
**legislature** [30] - 676:8, 737:4, 745:17, 759:13, 764:25, 765:4, 767:24, 799:5, 799:12, 803:21, 803:22, 804:1, 804:4, 804:8, 805:9, 807:7, 807:8, 808:6, 808:19, 808:21, 833:21, 834:5, 834:13, 837:21, 837:24, 838:10, 838:12, 840:12, 840:20, 843:13
**Legislature** [7] - 666:3, 750:1, 803:19, 804:9, 805:13, 807:16, 807:22
**legislature's** [1] - 835:2
**leniency** [1] - 708:12
**less** [10] - 675:21, 677:2, 679:22, 685:16, 688:5, 709:5, 742:17, 755:8, 822:20, 848:2
**less-populated** [1] - 688:5
**lesser** [1] - 673:19
**lesson** [1] - 748:17
**letter** [13] - 798:7, 815:13, 823:8, 823:11, 835:21, 836:12, 837:15, 837:17, 838:13, 841:8, 854:4, 854:5, 854:9
**letter's** [1] - 839:5
**letters** [1] - 798:4
**level** [1] - 723:9

**Levonis** [2] - 796:9, 796:13
**liberal** [3] - 710:10, 777:12, 809:11
**liberals** [3] - 730:24, 731:4
**life** [13] - 673:25, 674:10, 717:6, 775:19, 782:6, 790:17, 792:1, 826:10, 844:22, 844:23, 845:7, 852:5, 852:6
**light** [1] - 726:22
**likely** [5] - 706:10, 782:10, 788:6, 793:4, 851:9
**likewise** [8] - 772:22, 782:24, 784:14, 785:5, 793:7, 814:11, 823:16, 826:23
**Limestone** [1] - 767:7
**limit** [1] - 675:3
**limits** [1] - 828:3
**line** [4] - 670:15, 681:13, 752:14, 862:17
**lines** [15] - 680:14, 693:21, 693:23, 694:1, 709:15, 710:25, 723:9, 775:7, 782:13, 805:20, 805:24, 807:12, 832:19, 834:14, 852:24
**link** [2] - 673:15, 770:5
**linked** [1] - 672:17
**list** [3] - 831:17, 858:13, 858:14
**listed** [1] - 842:17
**listen** [3] - 704:4, 704:6, 706:20
**listened** [1] - 815:17
**lists** [1] - 858:20
**literally** [5] - 669:23, 702:15, 747:18, 749:2, 859:22
**litigation** [10] - 831:1, 831:22, 833:19, 834:15, 834:18, 838:7, 838:10, 840:7, 840:11, 840:21
**littoral** [1] - 794:5
**live** [27] - 668:6, 671:11, 676:16, 676:17, 677:1, 695:20, 721:19, 721:22, 722:24, 748:24, 753:8, 770:19, 772:12, 775:25, 782:1, 782:3, 788:7, 792:22, 792:24, 793:1, 793:21, 793:23, 809:20, 811:2, 826:2, 828:9, 844:25
**lived** [6] - 665:11, 781:24, 793:7, 794:20, 795:22, 847:16
**lives** [5] - 692:15, 745:8, 752:4, 788:15, 824:9
**living** [11] - 679:16, 686:3, 745:5, 747:18, 747:21, 781:24, 823:9, 824:23, 826:11, 844:13, 844:14
**Livingston** [1] - 826:17
**LLP** [6] - 661:16, 661:20, 661:23, 662:1, 662:5, 662:14
**local** [18] - 668:8, 668:12, 679:18, 679:19, 684:17, 699:9, 699:10, 700:22, 718:7, 719:24, 725:3, 750:23, 803:24, 818:14, 818:22, 821:16
**localities** [2] - 686:17, 686:18
**located** [9] - 666:23, 668:23, 669:24, 669:25, 670:12, 671:8, 682:19, 766:16, 767:19
**London** [1] - 678:10
**long-standing** [1] - 811:24
**long-term** [1] - 671:20
**long-time** [1] - 843:7
**look** [35] - 667:2, 684:8, 685:25, 687:25, 696:22, 709:1, 709:4, 712:7, 737:9, 738:20, 749:20, 752:10, 773:1, 776:2, 776:17, 780:9, 781:13, 782:19, 784:5, 786:16, 789:6, 789:11, 792:19, 792:22, 793:14, 800:21, 803:14, 818:8, 830:11, 834:13, 835:12, 845:2, 848:18, 850:13
**Look** [2] - 697:16, 702:5
**looked** [7] - 695:4, 696:19, 782:13, 811:23, 812:24, 839:5, 850:14
**looking** [23] - 678:9, 683:23, 684:11, 687:10, 689:2, 691:22, 692:25, 742:3, 752:13, 767:12, 785:21, 786:8, 792:20, 797:18, 797:19, 800:3, 800:12, 801:21, 838:25, 839:9, 852:10
**looks** [3] - 690:9, 735:22, 736:7
**Lord** [1] - 797:7
**Los** [2] - 787:16, 841:21
**lose** [2] - 692:21, 796:3
**losing** [1] - 715:15
**loss** [3] - 788:22, 788:25, 797:20
**lost** [3] - 692:25, 736:17, 796:1
**Louisiana** [1] - 855:14
**love** [8] - 711:20, 791:11, 821:11, 822:17, 860:21, 862:10, 862:12, 865:4
**LOVE** [1] - 661:5
**loves** [1] - 710:19
**low** [1] - 803:4
**lower** [2] - 723:10, 723:15
**Lowndes** [2] - 688:19, 782:21
**LULAC** [1] - 721:16
**lumber** [1] - 682:20
**lunch** [6] - 761:9, 761:13, 809:8, 809:12, 810:13, 810:14
**lynching** [1] - 842:13

## M

**ma'am** [25] - 680:20, 680:22, 685:6, 690:13, 690:22, 694:15, 730:1, 734:24, 746:16, 746:20, 746:25, 747:12, 748:7, 751:18, 756:10, 756:16, 757:6, 757:9, 758:23, 760:16, 760:20, 762:7, 783:23, 790:20, 853:10
**Mabus** [1] - 812:3
**Macon** [8] - 688:8, 688:9, 688:12, 688:20, 782:21, 783:7, 795:11, 826:23
**mad** [1] - 665:22
**Madduri** [1] - 662:4
**Madison** [1] - 773:18
**magnet** [1] - 772:21
**magnetic** [1] - 780:17
**mail** [1] - 756:24
**maintain** [1] - 689:12
**major** [19] - 668:14, 668:23, 669:13, 669:24, 669:25, 670:10, 670:21, 670:23, 670:25, 671:3, 675:8, 682:3, 704:24, 768:5, 772:1, 778:10, 780:19, 821:1, 821:3
**majority** [61] - 700:21, 702:10, 706:21, 708:19, 709:9, 717:2, 718:3, 723:25, 732:2, 732:18, 776:15, 779:16, 779:18, 779:24, 779:25, 783:4, 784:12, 786:17, 795:18, 796:9, 799:6, 799:13, 804:17, 804:20, 805:1, 806:1, 806:11, 807:2, 815:16, 816:8, 823:23, 834:16, 834:25, 835:3, 835:17, 836:10, 836:14, 838:15, 839:12, 839:15, 841:2, 843:1, 844:20, 846:6, 847:13, 850:3, 852:13, 854:7, 854:11, 854:12, 854:17, 854:18, 855:17, 855:20, 855:23, 855:24, 856:1, 856:3, 856:5, 856:8
**majority-minority** [27] - 795:18, 799:13, 804:17, 805:1, 816:8, 823:23, 834:16, 834:25, 835:3, 836:10, 836:14, 838:15, 839:12, 839:15, 841:2, 843:1, 846:6, 847:13, 854:7, 854:17, 854:18, 855:17, 855:20, 855:23, 855:24, 856:3, 856:8
**Malbis** [1] - 678:17
**Malone** [1] - 812:16
**man** [12] - 728:2, 752:15, 777:14, 797:10, 797:19, 797:20, 798:2, 798:8, 803:4, 813:15, 851:17
**man's** [1] - 842:10
**manifestations** [2] - 699:10
**manner** [1] - 703:10
**manufacturing** [3] - 670:7, 672:9, 672:14
**map** [86] - 696:11, 696:14, 736:8, 736:14, 736:23, 737:2, 737:10, 737:24, 738:6, 738:7, 740:7, 740:17, 740:18, 748:11, 753:18, 764:24, 764:25, 765:1, 775:6, 776:2, 782:18, 784:5, 785:18, 792:4, 792:22, 793:14, 798:20, 799:14, 799:15, 800:23, 801:23, 802:7, 802:8, 803:18, 803:24, 804:17, 804:20, 807:8, 808:5, 808:6, 811:14, 818:8, 819:15, 819:17, 821:6, 821:7, 823:18, 824:15, 825:19, 833:2, 833:10, 833:15, 833:20, 834:3, 834:21, 834:24, 835:24, 836:9, 836:10, 836:15,

837:16, 837:18, 837:20, 838:6, 838:10, 838:13, 838:18, 838:19, 838:23, 838:24, 839:2, 839:4, 839:13, 840:5, 840:8, 840:15, 840:16, 840:19, 840:20, 850:4, 850:13, 856:7
**maps** [19] - 738:9, 738:14, 739:16, 753:13, 765:2, 788:9, 789:6, 792:8, 799:17, 801:17, 801:18, 808:22, 829:9, 834:21, 839:9, 839:10, 841:1, 855:14, 855:16
**march** [1] - 791:17
**March** [2] - 835:23, 841:13
**marches** [2] - 727:20, 728:11
**Mardi** [13] - 674:3, 674:4, 674:5, 674:8, 674:13, 674:14, 674:25, 764:22, 773:20, 773:21, 773:23, 774:2, 774:4
**Marengo** [5] - 750:15, 787:9, 826:21, 828:12, 828:14
**marked** [3] - 789:7, 831:6, 831:16
**market** [1] - 826:22
**MARLENE** [1] - 661:4
**married** [1] - 812:14
**Marshall** [2] - 705:7, 705:8
**Martha** [2] - 695:19, 810:1
**MARTIN** [1] - 661:4
**mass** [2] - 770:10, 817:21
**master** [1] - 690:3
**math** [1] - 858:22
**matter** [12] - 671:10, 698:14, 717:19, 718:10, 752:15, 781:9, 825:11, 829:17, 851:17, 861:16, 861:17, 866:6
**matters** [1] - 683:24
**Max** [1] - 854:1
**maximize** [1] - 817:19
**Maxwell** [6] - 682:5, 682:6, 683:9, 683:10, 683:22, 684:3
**mayor** [17] - 693:14, 713:24, 714:4, 752:18, 777:11, 779:14, 779:15, 779:17, 779:24, 780:1, 842:2, 842:24, 843:7, 843:8, 843:15, 851:19
**Mayor** [12] - 694:23, 753:9, 842:4, 844:7, 844:11, 844:17, 844:19, 845:7, 845:10, 852:7
**mayoral** [3] - 751:21, 851:11, 852:1
**mayors** [1] - 700:22
**Mazda** [1] - 767:7
**meals** [1] - 810:6
**mean** [35] - 683:25, 689:25, 692:24, 698:23, 706:8, 712:2, 714:23, 717:11, 719:19, 724:24, 725:15, 725:22, 740:18, 744:14, 749:17, 756:1, 784:18, 784:20, 785:6, 786:21, 791:12, 795:4, 802:10, 808:17, 823:19, 829:3, 831:7, 842:11, 849:21, 856:5, 857:23, 857:25, 862:6, 863:17
**meanly** [1] - 751:23
**means** [2] - 692:7, 695:7
**meant** [3] - 675:3, 777:12, 812:13
**media** [4] - 668:7, 688:16, 688:17, 851:9
**Medicaid** [1] - 814:19
**Medical** [2] - 668:16, 670:23
**medical** [2] - 772:10, 772:17
**Medicare** [7] - 755:5, 755:7, 755:13, 814:4, 814:9, 814:18, 815:14
**medicine** [1] - 798:8
**medium** [1] - 710:7
**medium-sized** [1] - 710:7
**meet** [13] - 684:14, 697:14, 707:17, 719:5, 743:3, 744:4, 744:7, 744:8, 744:9, 757:22, 774:22, 809:11, 816:23
**meeting** [28] - 701:25, 712:18, 712:20, 712:23, 713:5, 718:22, 719:21, 720:1, 720:16, 720:20, 720:22, 720:25, 721:1, 721:4, 721:13, 743:14, 743:25, 744:16, 744:18, 755:13, 756:24, 757:19, 758:3, 795:15, 796:10, 816:22, 819:2
**meetings** [19] - 684:19, 697:22, 700:6, 700:9, 700:15, 700:24, 720:5, 720:6, 743:24, 774:21, 788:17, 788:23, 807:3, 807:4, 809:24, 814:6, 815:13, 818:10, 819:12
**member** [36] - 666:2, 666:16, 697:10, 697:15, 698:11, 699:1, 708:21, 708:24, 711:3, 717:2, 743:8, 744:15, 750:3, 750:10, 763:18, 763:21, 774:18, 778:8, 780:25, 788:12, 793:19, 795:16, 798:1, 807:12, 817:22, 822:8, 823:8, 825:5, 825:25, 826:7, 828:4, 834:20, 848:10, 848:25, 851:3, 852:9
**member's** [3] - 787:13, 787:18
**members** [23] - 681:19, 684:9, 703:14, 717:3, 729:23, 731:10, 791:15, 795:4, 801:10, 804:8, 805:12, 806:14, 807:4, 807:5, 807:17, 808:13, 808:18, 817:1, 819:10, 826:2, 830:15, 830:16, 830:23
**memories** [1] - 797:24
**memory** [2] - 825:20, 846:23
**memory's** [1] - 840:22
**men** [2] - 797:24, 811:1
**mention** [1] - 811:18
**mentioned** [25] - 669:6, 671:7, 696:7, 713:24, 715:23, 727:1, 729:1, 730:20, 740:15, 742:6, 759:23, 765:25, 773:20, 776:18, 789:16, 811:17, 819:16, 819:19, 820:5, 826:4, 841:15, 842:24, 858:20, 861:18, 864:3
**mercy** [1] - 805:9
**merged** [1] - 745:2
**merging** [1] - 679:14
**Meridian** [1] - 777:15
**MERRILL** [1] - 661:9
**mess** [1] - 738:10
**message** [6] - 731:14, 731:16, 731:17, 731:19, 731:22, 796:12
**met** [9] - 701:21, 713:17, 718:19, 718:23, 719:9, 720:2, 720:13, 720:23, 757:24
**method** [1] - 846:2
**metro** [2] - 699:12, 742:2
**metropolitan** [1] - 667:12
**Mexicans** [1] - 731:22
**Mexico** [1] - 764:18
**Mickey** [1] - 795:6
**microphone** [2] - 664:12, 762:6
**microwaved** [1] - 674:19
**middle** [1] - 831:22
**midtown** [1] - 676:25
**might** [16] - 687:9, 692:5, 721:7, 755:25, 767:13, 776:4, 785:15, 787:3, 795:6, 811:7, 835:8, 850:12, 851:5, 857:18, 863:11
**migrated** [1] - 679:9
**Mike** [1] - 734:16
**miles** [1] - 746:21
**military** [9] - 670:18, 683:3, 683:10, 683:24, 684:1, 699:7, 780:19, 797:25, 798:3
**mill** [2] - 819:3, 821:15
**million** [4] - 767:25, 787:14, 787:21, 809:20
**millions** [1] - 755:18
**mills** [2] - 670:19, 769:20
**mind** [2] - 755:23, 756:3
**minds** [1] - 777:7
**mine** [4] - 733:21, 796:7, 801:14, 823:17
**minister** [1] - 797:3
**minor** [2] - 778:10, 807:24
**minorities** [1] - 728:18
**minority** [36] - 717:3, 729:6, 795:18, 799:6, 799:13, 804:17, 805:1, 816:8, 816:19, 823:23, 834:16, 834:25, 835:3, 836:10, 836:14, 838:15, 839:12, 839:15, 841:2, 843:1, 846:6, 847:13, 850:2, 850:3, 854:7, 854:12, 854:17, 854:18, 855:17, 855:20, 855:23, 855:24, 855:25, 856:3, 856:6, 856:8
**minority-majority** [3] - 799:6, 850:3, 854:12
**minute** [10] - 680:18, 727:19, 742:21, 776:18, 794:18, 800:22, 838:12, 846:16, 847:10, 862:9
**minutes** [3] - 771:12, 776:13, 858:3
**missed** [2] - 722:22, 853:2
**missile** [1] - 682:25
**mission** [1] - 704:25
**Mississippi** [3] -

675:1, 677:19, 777:15
**misspoke** [1] - 691:14
**mistaken** [1] - 819:8
**mistakes** [1] - 777:21
**mistreated** [1] - 755:5
**Mitchell** [1] - 670:22
**mix** [1] - 759:22
**Mo** [4] - 692:24, 712:2, 712:3, 712:13
**Mobile** [286] - 665:11, 666:25, 667:11, 667:19, 667:24, 668:3, 668:4, 668:9, 668:11, 668:15, 668:16, 669:2, 669:3, 669:4, 669:10, 669:13, 669:14, 669:20, 669:22, 669:23, 670:1, 670:2, 670:9, 670:10, 670:12, 670:17, 670:19, 670:24, 671:16, 671:17, 671:19, 672:24, 673:10, 673:11, 673:13, 673:17, 673:19, 674:7, 674:14, 674:18, 675:8, 675:11, 675:14, 675:20, 676:20, 676:21, 677:7, 678:10, 678:11, 678:12, 678:25, 679:5, 679:9, 679:22, 685:2, 686:8, 686:21, 686:24, 687:2, 687:4, 687:6, 687:15, 688:4, 688:6, 688:7, 688:9, 688:13, 688:16, 688:19, 689:6, 690:1, 690:10, 691:20, 691:24, 692:3, 692:7, 692:8, 692:9, 692:12, 692:15, 692:18, 692:19, 693:11, 693:12, 693:14, 693:15, 693:17, 693:20, 694:19, 694:20, 694:24, 696:23, 698:1, 698:3, 698:20, 700:11, 701:4, 701:5, 701:7, 711:18, 713:25, 714:1, 714:5, 714:9, 714:17, 715:1, 715:17, 715:24, 717:13, 717:18, 717:21, 717:24, 719:25, 721:19, 733:13, 735:3, 736:5, 736:24, 737:6, 737:7, 737:17, 738:1, 738:14, 738:18, 739:16, 739:17, 740:20, 741:12, 741:15, 744:19, 744:25, 745:8, 745:13, 745:18, 746:9, 746:10, 746:14, 746:18, 747:7, 747:10, 747:19, 748:3, 748:11, 748:15, 748:25, 749:19, 749:22, 750:7, 750:14, 751:3, 751:4, 751:5, 751:7, 751:16, 752:4, 752:23, 753:9, 753:12, 754:12, 755:25, 756:5, 759:4, 764:16, 764:17, 764:22, 765:7, 765:8, 765:16, 766:2, 766:17, 767:12, 767:16, 767:18, 767:19, 767:20, 768:11, 770:2, 770:18, 770:21, 770:22, 771:11, 771:24, 771:25, 772:3, 772:9, 772:13, 772:16, 772:18, 772:19, 772:21, 772:22, 773:2, 773:11, 773:16, 773:24, 776:10, 776:14, 776:21, 776:25, 777:9, 777:11, 778:3, 778:20, 778:22, 778:24, 779:14, 779:16, 779:17, 779:21, 781:10, 781:24, 782:17, 782:20, 782:23, 783:3, 783:7, 783:13, 784:6, 784:9, 784:25, 786:10, 786:13, 787:24, 788:8, 792:23, 793:2, 793:4, 793:9, 793:12, 794:1, 794:2, 794:14, 795:9, 796:7, 796:9, 809:14, 812:14, 816:16, 816:20, 818:17, 821:14, 821:17, 822:22, 824:3, 824:9, 824:16, 824:21, 826:6, 826:13, 826:18, 827:1, 827:10, 837:3, 841:15, 841:20, 841:24, 842:9, 842:11, 842:19, 842:25, 844:13, 844:20, 847:16, 847:18, 848:2, 850:11, 850:14, 850:20, 851:14, 851:25, 852:2, 852:19
**Mobile's** [4] - 669:16, 768:5, 770:1, 842:16
**model** [1] - 845:3
**moderate** [1] - 797:14
**moment** [4] - 666:9, 726:22, 763:25, 849:6
**moments** [1] - 773:19
**Monday** [1] - 817:13
**money** [8] - 689:7, 760:8, 760:10, 828:5, 845:23, 845:24, 846:2
**Monroe** [13] - 667:14, 668:13, 669:6, 673:1, 673:16, 697:9, 765:7, 766:1, 771:23, 772:14, 772:24, 784:8, 786:20
**Monroeville** [3] - 755:24, 765:10, 773:2
**Montana** [1] - 849:25
**Montgomery** [67] - 662:12, 662:15, 682:6, 682:14, 682:15, 688:8, 688:10, 688:12, 688:17, 688:20, 689:25, 690:1, 690:11, 690:23, 692:4, 692:6, 692:14, 698:7, 698:19, 732:23, 734:2, 734:4, 734:10, 734:11, 734:15, 734:19, 734:21, 736:9, 740:12, 740:16, 740:19, 740:24, 741:3, 741:10, 741:11, 741:20, 742:4, 745:20, 746:14, 746:18, 748:4, 748:12, 749:21, 750:8, 750:14, 751:9, 751:10, 751:17, 766:15, 767:6, 774:1, 776:25, 780:20, 780:21, 781:11, 783:7, 786:15, 792:15, 792:16, 792:19, 804:7, 824:17, 826:11, 837:2, 842:13
**month** [3] - 774:21, 809:8, 809:11
**months** [1] - 771:7
**moon** [3] - 674:16, 674:17, 674:18
**mootness** [3] - 861:18, 862:3, 864:4
**morally** [3] - 694:2, 710:22, 711:15
**moreover** [1] - 837:7
**Morgan** [1] - 771:8
**morning** [10] - 664:3, 664:4, 664:18, 664:19, 665:23, 701:17, 713:17, 713:18, 713:20, 731:18
**most** [27] - 669:8, 669:10, 673:6, 681:19, 684:10, 686:4, 686:5, 702:10, 703:8, 703:19, 707:19, 708:25, 709:19, 713:4, 739:11, 766:22, 769:14, 775:3, 787:17, 792:18, 803:12, 807:6, 814:1, 815:10, 827:5, 828:7
**Motel** [1] - 790:13
**mother** [5] - 788:12, 790:2, 790:3, 797:12, 798:8
**motion** [1] - 861:16
**motto** [4] - 693:14, 694:23, 753:3
**Mount** [1] - 701:7
**Mouse** [1] - 795:6
**move** [6] - 675:14, 676:19, 711:7, 722:23, 743:15, 840:23
**moved** [5] - 665:12, 669:19, 714:25, 791:9, 813:15
**movement** [1] - 709:23
**moving** [5] - 676:25, 678:19, 678:21, 715:22, 813:16
**MOWA** [1] - 778:21
**MR** [151] - 663:3, 663:4, 663:5, 663:7, 663:8, 663:9, 663:10, 664:4, 664:6, 664:17, 665:22, 666:1, 674:23, 681:5, 685:7, 691:8, 691:14, 691:16, 694:16, 700:3, 700:5, 713:9, 713:11, 713:13, 713:16, 730:2, 735:1, 735:18, 735:21, 735:25, 736:2, 736:19, 737:15, 738:12, 739:5, 739:10, 739:12, 742:21, 742:25, 743:2, 745:21, 748:22, 751:19, 752:9, 752:11, 753:15, 753:17, 754:16, 756:11, 756:22, 760:25, 761:1, 761:11, 761:18, 761:21, 761:25, 762:10, 774:12, 785:23, 789:5, 789:20, 790:24, 790:25, 792:2, 799:19, 799:24, 800:2, 800:14, 800:16, 801:3, 801:16, 801:22, 802:3, 802:11, 802:13, 802:14, 803:2, 806:16, 806:21, 806:24, 813:9, 813:11, 822:10, 829:6, 829:8, 829:19, 829:21, 831:6, 831:9, 831:10, 831:13, 831:15, 831:19, 832:10, 832:12, 833:12,

833:13, 836:22, 836:25, 837:14, 837:20, 837:25, 838:2, 838:9, 838:22, 839:1, 839:6, 839:11, 839:16, 839:18, 839:19, 840:1, 840:3, 846:11, 846:12, 846:20, 846:24, 849:11, 853:11, 853:22, 853:25, 854:20, 854:23, 855:3, 855:6, 856:21, 857:4, 857:9, 857:12, 857:15, 857:21, 857:22, 860:1, 860:6, 860:9, 860:12, 861:2, 861:6, 861:10, 861:21, 862:6, 862:15, 863:8, 863:11, 863:22, 864:13, 865:1, 865:2, 865:6, 865:10, 865:11
**MRA** [1] - 787:14
**MS** [2] - 863:23, 864:17
**multibillion** [1] - 771:10
**multiple** [3] - 701:2, 756:8, 758:12
**municipalities** [1] - 725:13
**murdered** [1] - 796:8
**museum** [1] - 842:13
**must** [2] - 820:10, 832:7

## N

**NAACP** [13] - 718:17, 718:20, 718:24, 719:10, 719:21, 719:22, 719:24, 719:25, 727:4, 743:3, 743:9, 797:23
**NAEP** [1] - 825:13
**name** [8] - 664:11, 664:13, 762:5, 762:7, 842:10, 842:14, 842:16, 842:17
**named** [1] - 710:10
**names** [2] - 773:2, 842:18
**nap** [1] - 865:11
**narrow** [2] - 684:13, 699:5
**nation** [1] - 768:2
**National** [6] - 720:17, 831:24, 853:12, 853:16, 853:18, 855:12
**national** [4] - 702:12, 720:23, 721:1, 755:7
**nationalities** [3] - 678:21, 751:7, 778:4
**nationally** [1] - 797:15
**nationwide** [1] - 724:12
**Native** [2] - 778:17, 778:18
**nature** [6] - 690:20, 744:14, 747:22, 844:5, 844:6, 845:13
**naval** [3] - 683:6, 683:16, 683:17
**Navy** [2] - 766:9, 812:3
**near** [4] - 671:14, 677:4, 757:9, 780:22
**nearly** [1] - 769:11
**necessarily** [4] - 683:18, 767:8, 777:12, 807:25
**necessity** [1] - 828:7
**need** [27] - 681:6, 681:17, 684:25, 689:3, 705:19, 706:11, 711:11, 724:22, 725:7, 726:16, 772:4, 774:11, 784:21, 814:21, 832:13, 834:25, 857:8, 859:2, 859:9, 859:19, 860:11, 861:6, 861:8, 864:24, 865:8, 865:9, 865:11
**needed** [5] - 725:23, 779:4, 779:10, 808:22, 837:14
**needs** [8] - 690:4, 707:17, 723:16, 732:5, 732:21, 741:17, 794:12, 810:19
**negative** [3] - 731:17, 731:19, 731:22
**neglected** [1] - 773:4
**neighborhoods** [1] - 706:4
**never** [29] - 678:11, 688:21, 716:4, 718:22, 718:23, 719:9, 719:16, 719:20, 720:1, 720:3, 720:4, 720:13, 720:16, 720:20, 720:22, 720:25, 721:4, 724:7, 726:15, 727:7, 731:24, 740:25, 744:16, 744:18, 780:2, 798:20, 819:5, 825:24, 848:12
**New** [3] - 674:4, 774:4, 787:16
**new** [15] - 677:20, 679:25, 690:25, 755:12, 755:15, 777:5, 784:21, 793:19, 794:4, 798:22, 805:20, 807:10, 807:12, 834:3, 840:5
**news** [9] - 668:7, 701:17, 701:20, 702:12, 771:24, 779:3, 843:20, 843:25
**newspaper** [4] - 718:7, 791:23, 818:14, 843:23
**newspapers** [4] - 668:12, 678:11, 678:15, 844:1
**next** [9] - 664:5, 697:24, 736:11, 736:20, 761:24, 766:18, 768:1, 784:21, 821:22
**nice** [1] - 701:23
**nicest** [1] - 701:21
**night** [1] - 716:22
**nine** [4] - 737:3, 739:2, 801:12, 802:6
**nobody** [1] - 702:18
**noise** [3] - 730:9, 730:12, 730:14
**none** [2] - 745:24, 775:14
**nonetheless** [1] - 742:14
**nonmilitary** [1] - 797:25
**normally** [3] - 720:5, 720:6, 743:24
**North** [2] - 661:24, 704:16
**north** [9] - 669:22, 685:3, 686:13, 748:8, 769:15, 779:21, 803:20, 808:11, 824:17
**NORTHERN** [1] - 661:1
**northern** [12] - 667:21, 675:14, 675:22, 688:6, 701:6, 748:14, 776:10, 793:2, 821:4, 826:20, 827:4
**note** [1] - 823:10
**notebooks** [2] - 858:12, 859:22
**noted** [4] - 724:16, 771:3, 803:17, 850:17
**nothing** [5] - 730:16, 756:11, 760:25, 856:21, 860:11
**notice** [3] - 676:21, 789:12, 852:15
**noticed** [1] - 676:15
**notices** [3] - 707:2, 707:10
**November** [5] - 661:4, 666:8, 762:24, 763:12, 802:17
**nowhere** [1] - 757:9
**number** [34] - 670:5, 670:20, 671:3, 671:21, 672:10, 673:18, 677:15, 677:16, 678:18, 682:23, 701:8, 703:24, 722:16, 724:5, 733:20, 735:16, 735:20, 735:22, 746:6, 751:10, 752:25, 759:9, 770:14, 773:13, 779:23, 780:13, 781:5, 781:24, 791:4, 801:20, 817:20, 817:21, 828:5, 850:1
**Number** [3] - 696:4, 696:5, 735:21
**numbers** [4] - 782:19, 784:10, 801:23, 858:16
**numerous** [1] - 790:5
**nurseries** [3] - 675:19, 687:4, 742:12
**nurses** [1] - 745:12
**NW** [3] - 661:20, 662:2, 662:5

## O

**o'clock** [1] - 799:23
**oath** [2] - 716:10, 845:6
**OB** [1] - 812:15
**OB-GYN** [1] - 812:15
**Obama** [6] - 790:4, 810:15, 811:17, 812:2, 830:9
**Obama's** [1] - 830:5
**object** [3] - 754:16, 789:20, 831:10
**objection** [5] - 754:18, 790:25, 806:17, 806:20, 806:25
**objections** [1] - 858:18
**obligations** [1] - 710:24
**observe** [2] - 810:10, 862:25
**obviously** [3] - 682:6, 744:10, 858:1
**occasion** [1] - 810:19
**occasions** [3] - 764:21, 812:8, 830:8
**ocean** [2] - 672:11, 678:7
**October** [3] - 707:6, 707:7, 755:16
**odd** [3] - 737:5, 737:6, 747:15
**OF** [3] - 661:1, 661:12, 662:10
**offend** [1] - 772:7
**offensive** [1] - 726:2
**offer** [3] - 759:21, 825:2, 854:19
**offered** [1] - 811:14
**offerings** [1] - 705:5
**OFFICE** [1] - 662:10
**office** [41] - 685:4, 689:4, 689:11, 703:10, 706:2, 707:13, 712:18, 714:7, 719:4, 744:2, 744:3, 756:25, 757:2, 757:17, 757:18, 757:19, 757:25, 758:15, 758:19, 763:19, 763:21, 776:10, 787:12, 787:17, 787:24, 787:25, 788:4, 788:16, 794:21, 794:25, 810:15, 812:1, 814:3, 816:11, 818:23, 823:16, 827:22, 827:23, 827:24, 828:17
**offices** [10] - 685:1, 689:3, 689:6, 689:8, 689:13, 711:3, 757:1, 758:11,

788:2, 828:1
**official** [2] - 661:9, 712:6
**Official** [1] - 866:13
**OFFICIAL** [1] - 662:20
**officially** [1] - 719:9
**officials** [2] - 700:22, 818:22
**often** [3] - 737:22, 791:11, 817:1
**oftentimes** [1] - 848:16
**oil** [5] - 765:22, 778:12, 779:3, 779:12, 812:2
**old** [8] - 680:12, 769:10, 771:4, 774:3, 791:22, 824:10, 840:8
**Omar** [1] - 729:1
**once** [7] - 684:14, 684:15, 684:16, 702:18, 730:6, 753:13
**One** [4] - 693:14, 694:24, 713:25, 714:25
**one** [201] - 668:19, 669:11, 669:14, 671:1, 674:11, 676:12, 678:2, 679:7, 680:19, 681:4, 681:13, 683:15, 684:2, 684:7, 684:19, 685:2, 689:6, 689:10, 690:16, 691:2, 692:14, 692:25, 693:9, 698:14, 698:16, 699:1, 702:7, 703:24, 705:16, 706:15, 709:19, 710:9, 712:11, 713:22, 714:25, 717:5, 718:6, 719:3, 720:3, 720:4, 722:19, 722:25, 724:18, 727:24, 729:14, 733:16, 735:4, 735:6, 735:24, 738:20, 740:13, 741:1, 741:4, 741:5, 742:2, 742:21, 743:8, 745:2, 745:5, 745:6, 745:7, 745:8, 746:8, 750:16, 750:17, 752:3, 753:2, 753:12, 753:18,

753:19, 754:23, 756:8, 756:24, 757:3, 758:13, 766:6, 766:22, 767:14, 768:1, 768:14, 769:4, 769:16, 770:10, 770:14, 772:8, 772:17, 772:20, 774:15, 774:17, 774:18, 775:1, 775:5, 776:21, 779:6, 779:22, 780:22, 781:24, 784:6, 784:25, 787:9, 787:24, 788:5, 788:7, 788:18, 788:21, 791:14, 792:9, 794:19, 795:16, 796:1, 796:15, 798:1, 798:3, 799:17, 800:3, 800:6, 805:17, 805:18, 807:2, 809:6, 810:3, 810:4, 810:8, 810:13, 810:19, 812:11, 813:22, 816:1, 816:9, 818:12, 818:25, 819:1, 820:22, 821:24, 822:6, 822:8, 823:16, 823:17, 824:8, 824:16, 824:20, 824:21, 826:15, 828:17, 829:19, 830:9, 833:16, 835:16, 835:25, 836:10, 836:18, 836:20, 836:23, 837:2, 838:9, 838:14, 838:17, 838:21, 840:8, 841:1, 842:17, 843:3, 843:23, 845:8, 846:13, 847:3, 849:6, 849:25, 851:11, 851:13, 854:10, 854:12, 854:17, 854:25, 855:1, 855:4, 856:9, 856:13, 857:16, 857:22, 858:21, 860:7, 860:13, 860:17, 861:13, 863:11
**ones** [5] - 701:3, 778:10, 858:20, 860:12

**open** [2] - 664:2, 843:9
**opened** [1] - 787:25
**openly** [1] - 815:16
**operate** [1] - 733:15
**operates** [2] - 744:2, 744:3
**opinion** [10] - 667:8, 716:19, 732:1, 812:17, 830:12, 830:16, 850:15, 854:19, 861:16, 862:20
**opponent** [2] - 718:4, 751:23
**opportunities** [4] - 722:9, 754:1, 754:8, 769:1
**opportunity** [14] - 705:9, 722:22, 759:21, 761:14, 767:14, 798:9, 798:11, 809:21, 810:10, 821:12, 826:12, 862:14, 862:21, 864:1
**oppose** [1] - 814:12
**opposed** [14] - 706:23, 724:6, 727:14, 739:18, 739:19, 744:14, 782:13, 814:2, 815:11, 818:15, 819:16, 847:22, 848:4, 860:25
**opposition** [1] - 815:12
**option** [1] - 703:6
**Orange** [2] - 771:8, 786:23
**order** [4] - 665:25, 679:25, 738:6, 856:3
**ordered** [5] - 838:17, 838:19, 838:24, 839:3, 856:13
**organization** [3] - 721:16, 721:17, 812:7
**organizations** [1] - 715:4
**oriented** [1] - 674:13
**originally** [1] - 728:20
**Orleans** [2] - 674:4, 774:4
**Osher** [1] - 662:1
**otherwise** [1] - 725:11
**ought** [1] - 829:17
**ourselves** [1] - 684:7
**outcome** [1] - 715:10
**outcomes** [1] - 723:15

**outer** [1] - 757:2
**outlying** [1] - 670:8
**outpatient** [2] - 668:22, 745:10
**outraged** [2] - 707:12, 710:8
**outreach** [1] - 817:1
**outside** [10] - 668:3, 669:3, 674:7, 674:24, 756:25, 757:15, 758:14, 758:18, 773:21, 835:16
**outspoken** [2] - 698:2, 710:11
**outstanding** [1] - 809:3
**outward** [1] - 678:9
**overcome** [2] - 694:8, 694:10
**overruled** [1] - 789:23
**overwhelm** [1] - 747:4
**overwhelmingly** [2] - 752:20, 851:22
**own** [8] - 674:7, 677:19, 677:22, 691:1, 758:14, 810:25, 844:23, 848:2
**owned** [2] - 766:7, 768:17
**Ozark** [1] - 785:14

## P

**p.m** [1] - 865:16
**P.O** [2] - 662:11, 662:14
**packed** [1] - 836:11
**packing** [2] - 835:4, 852:16
**page** [27] - 735:12, 735:20, 735:21, 736:11, 736:20, 737:9, 737:24, 738:6, 738:7, 752:13, 801:20, 801:23, 801:25, 802:10, 803:7, 833:11, 835:10, 835:11, 836:2, 836:3, 836:5, 836:22, 837:19, 851:14, 859:1, 860:15
**pages** [5] - 738:6, 799:17, 800:3, 814:23, 858:10
**paid** [2] - 731:2, 769:7
**painful** [1] - 791:20

**pains** [1] - 791:24
**paired** [1] - 736:9
**Palmer** [1] - 818:10
**Panama** [3] - 687:20, 687:24, 786:24
**panel** [1] - 840:18
**paper** [5] - 769:20, 819:3, 821:15, 844:14, 859:22
**parades** [2] - 674:8, 674:11
**paragraph** [9] - 831:22, 832:14, 835:14, 835:19, 836:19, 836:21, 836:22, 852:11, 855:11
**paragraphs** [1] - 836:8
**parents** [3] - 723:1, 796:23, 797:6
**Paris** [1] - 678:11
**part** [99] - 665:8, 666:7, 666:24, 666:25, 667:9, 667:21, 670:2, 670:3, 671:2, 671:17, 673:13, 675:12, 675:14, 675:18, 675:22, 677:12, 677:23, 677:24, 678:14, 678:23, 681:15, 684:22, 686:4, 686:5, 686:6, 686:7, 686:9, 687:6, 687:14, 687:23, 688:6, 691:24, 692:22, 694:19, 694:20, 696:23, 701:7, 711:22, 711:25, 724:21, 726:13, 727:1, 734:19, 734:20, 734:23, 739:11, 739:17, 740:3, 740:13, 748:14, 748:15, 750:3, 750:4, 750:10, 751:4, 751:5, 752:2, 754:3, 759:21, 760:18, 764:17, 770:15, 774:14, 776:10, 777:2, 777:3, 777:23, 778:3, 778:8, 780:4, 784:18, 787:10, 787:17, 790:17, 792:1, 792:12, 793:2, 793:13, 796:9, 811:14,

821:4, 821:5, 821:9, 822:24, 822:25, 823:2, 823:9, 825:12, 825:22, 826:13, 826:18, 826:20, 827:5, 828:6, 842:8, 850:22, 858:8, 861:1
**Part** [1] - 815:14
**part-time** [4] - 750:3, 750:4, 750:10, 828:6
**partake** [1] - 674:15
**participant** [1] - 832:19
**participants** [1] - 728:25
**participated** [2] - 798:18, 798:20
**participating** [1] - 716:7
**Participation** [1] - 720:18
**particular** [3] - 703:10, 749:14, 850:19
**particularly** [14] - 667:8, 676:17, 694:5, 704:8, 723:5, 732:11, 743:15, 755:9, 755:17, 755:19, 755:20, 755:21, 763:2, 764:10
**parties** [3] - 709:14, 809:10, 842:2
**partner** [1] - 759:19
**partnered** [1] - 710:13
**partnership** [1] - 842:4
**parts** [24] - 667:16, 671:21, 672:10, 672:11, 673:9, 688:4, 688:6, 691:20, 693:10, 701:5, 709:19, 712:9, 726:1, 727:15, 767:4, 769:21, 769:24, 779:1, 795:3, 821:10, 841:16, 842:7, 850:16
**party** [17] - 703:11, 703:14, 708:22, 708:24, 709:2, 709:4, 709:7, 709:11, 709:15, 709:16, 713:2, 713:3, 790:2, 814:14, 814:15, 816:2, 841:7
**party-driven** [1] - 814:15
**pass** [9] - 704:20, 713:11, 775:16, 805:8, 807:8, 808:22, 811:15, 813:7, 854:12
**passed** [16] - 697:5, 710:16, 749:18, 760:3, 760:13, 763:9, 767:24, 807:23, 814:11, 814:18, 814:19, 814:20, 824:22, 826:7, 840:20
**passing** [2] - 707:7, 739:23
**passionate** [2] - 792:1, 810:8
**passionately** [1] - 754:2
**past** [6] - 685:4, 686:16, 718:5, 731:3, 767:24, 830:21
**pastored** [1] - 797:17
**path** [1] - 767:15
**patterns** [1] - 751:25
**Paul** [2] - 697:4, 697:23
**pay** [7] - 710:5, 718:13, 730:15, 787:18, 812:5, 828:2, 846:1
**paycheck** [1] - 673:17
**paying** [2] - 679:21, 705:1
**pdfs** [1] - 861:12
**peanut** [3] - 769:4, 769:5, 769:7
**peanuts** [6] - 675:17, 682:10, 685:9, 769:7, 769:10, 780:18
**pecans** [1] - 687:1
**penitentiaries** [1] - 708:9
**Pensacola** [1] - 766:12
**people** [177] - 667:22, 667:23, 668:2, 668:6, 668:19, 668:20, 670:8, 671:3, 671:21, 671:22, 673:16, 673:18, 674:4, 675:22, 676:14, 676:16, 676:17, 676:23, 676:25, 677:3, 677:5, 678:2, 678:18, 679:5, 679:11, 687:15, 688:23, 690:22, 694:7, 695:19, 697:7, 697:9, 698:7, 700:13, 701:15, 701:21, 701:22, 702:1, 702:8, 702:10, 702:21, 702:23, 702:25, 703:1, 703:4, 703:8, 703:18, 703:20, 704:22, 704:24, 705:19, 706:6, 706:21, 707:3, 707:9, 707:19, 707:20, 708:12, 708:13, 708:17, 709:1, 709:3, 709:5, 709:17, 711:10, 711:11, 712:14, 715:14, 715:18, 715:19, 716:2, 718:11, 719:1, 720:5, 720:14, 723:23, 724:3, 724:5, 728:10, 728:13, 728:15, 729:23, 730:7, 730:23, 731:4, 731:11, 731:19, 733:3, 733:19, 734:5, 734:9, 741:8, 743:21, 743:24, 744:4, 744:7, 744:8, 744:9, 745:5, 745:14, 747:18, 747:21, 747:25, 749:2, 751:6, 751:10, 751:11, 751:12, 755:20, 755:22, 757:3, 757:7, 757:8, 757:9, 757:12, 757:15, 757:19, 757:25, 758:4, 758:11, 758:14, 765:6, 765:25, 767:10, 767:12, 770:18, 771:6, 771:23, 772:22, 773:20, 773:25, 777:5, 778:4, 778:5, 780:6, 782:11, 782:23, 783:7, 783:17, 786:22, 788:7, 794:1, 794:2, 794:20, 794:25, 795:8, 795:22, 796:11, 797:20, 798:4, 804:24, 809:12, 809:20, 814:6, 814:24, 816:1, 817:20, 818:4, 819:16, 819:20, 820:17, 822:1, 822:19, 826:1, 827:1, 828:9, 845:9, 850:15
**People's** [1] - 703:2
**per** [2] - 773:13, 799:7
**perceived** [1] - 819:4
**percent** [8] - 706:8, 714:12, 714:17, 755:8, 804:20, 843:5, 844:12, 844:18
**percentage** [3] - 717:13, 717:17, 858:23
**percentages** [1] - 717:12
**perceptions** [1] - 851:1
**perennially** [1] - 722:24
**perfect** [2] - 752:17, 851:19
**performing** [1] - 723:2
**perhaps** [4] - 808:1, 810:2, 815:18, 854:6
**period** [4] - 678:8, 744:24, 763:14, 859:10
**periods** [1] - 841:17
**PERKINS** [4] - 661:16, 661:20, 662:1, 662:5
**permission** [1] - 864:7
**person** [19] - 668:13, 681:1, 702:17, 715:2, 718:22, 733:11, 740:11, 740:13, 743:19, 750:9, 752:15, 755:12, 824:23, 826:15, 827:3, 838:9, 840:8, 851:15, 851:17
**personal** [8] - 709:8, 709:21, 772:23, 810:25, 820:14, 844:22, 845:10, 851:1
**personally** [3] - 720:13, 743:21, 791:24
**perspective** [2] - 684:23, 732:24
**persuasive** [1] - 830:6
**pertinent** [1] - 733:17
**Pettus** [2] - 777:8, 790:15
**philosophy** [6] - 709:2, 709:4, 709:7, 709:8, 709:11, 759:20
**phone** [2] - 697:16, 823:8
**phonebooks** [1] - 773:1
**phonetic** [2] - 796:10, 861:19
**physician** [1] - 812:15
**pick** [3] - 702:16, 726:14, 799:24
**picked** [1] - 753:3
**Pickens** [1] - 827:16
**picking** [1] - 778:5
**picture** [4] - 667:4, 758:19, 790:3, 814:24
**pictures** [1] - 758:18
**piece** [4] - 710:13, 710:16, 710:21, 830:7
**pieces** [1] - 859:22
**pies** [3] - 674:16, 674:17, 674:18
**Pike** [5] - 695:5, 769:3, 785:5, 785:13, 826:23
**pilgrimage** [1] - 791:15
**pin** [1] - 860:14
**pink** [2] - 689:2, 793:8
**place** [14] - 677:1, 678:17, 707:16, 711:20, 725:25, 771:21, 819:17, 824:9, 838:20, 840:16, 840:17, 842:6, 851:2, 851:8
**places** [9] - 672:5, 673:13, 677:18, 678:18, 700:12, 750:24, 751:13, 774:7, 777:16
**plaintiff** [5] - 802:20, 851:24, 853:14, 858:12, 862:13
**Plaintiff's** [1] - 781:16
**Plaintiffs** [1] - 661:7
**plaintiffs** [11] - 685:20, 711:17, 752:3, 781:14, 785:24, 812:25, 851:11, 851:13, 853:17, 855:13, 862:18
**PLAINTIFFS** [1] - 661:15
**plaintiffs'** [2] - 776:17, 861:18

**Plaintiffs'** [44] - 667:3, 685:23, 686:1, 688:1, 689:14, 689:22, 691:9, 691:10, 691:14, 692:1, 692:8, 693:3, 693:4, 694:25, 695:1, 696:10, 700:2, 700:3, 749:4, 753:15, 753:16, 753:20, 754:22, 764:3, 786:1, 789:7, 792:4, 792:5, 799:16, 799:17, 800:4, 800:13, 800:23, 819:13, 827:8, 831:16, 831:18, 835:9, 835:11, 849:13, 855:7, 858:13
**Plan** [15] - 685:24, 691:10, 691:18, 693:4, 695:1, 753:16, 781:17, 786:2, 786:3, 786:4, 787:5, 789:7, 789:11, 792:5, 792:20
**plan** [35] - 667:5, 693:6, 698:1, 699:18, 707:3, 707:11, 753:16, 764:4, 786:2, 789:8, 789:21, 800:4, 803:8, 805:8, 805:12, 807:1, 807:21, 807:22, 808:19, 808:22, 810:21, 826:6, 827:8, 829:12, 830:14, 831:1, 835:2, 837:11, 847:14, 849:13, 853:5, 854:11, 854:16, 856:13
**planes** [2] - 769:22
**planned** [3] - 817:15, 817:16, 817:19
**planning** [1] - 761:12
**plans** [4] - 695:4, 814:8, 836:19, 837:1
**plant** [3] - 670:6, 690:25, 767:7
**plants** [3] - 670:5, 673:9
**plaque** [1] - 842:16
**plastic** [1] - 682:21
**platform** [1] - 797:17
**played** [1] - 790:10
**playing** [3] - 696:5, 716:22, 791:13
**playoff** [2] - 716:23, 783:21
**pleadings** [1] - 861:17
**pledge** [2] - 702:4, 713:25
**plenty** [2] - 725:6, 857:16
**plus** [3] - 684:21, 780:21, 804:10
**Poarch** [1] - 778:19
**point** [16] - 673:4, 707:1, 713:19, 735:6, 737:13, 743:8, 757:22, 775:17, 783:1, 796:24, 804:12, 806:4, 807:13, 830:18, 839:11
**pointed** [1] - 841:19
**points** [2] - 702:24, 860:7
**polarized** [4] - 844:5, 844:6, 845:13
**pole** [1] - 803:4
**police** [1] - 796:12
**Policies** [1] - 662:21
**policy** [7] - 680:10, 699:8, 703:6, 704:4, 709:11, 854:2
**polite** [1] - 823:10
**political** [12] - 703:11, 703:14, 709:14, 715:4, 725:12, 753:1, 764:22, 792:10, 794:23, 804:20, 806:4, 811:1
**politically** [1] - 822:21
**politics** [1] - 809:12
**poll** [1] - 715:12
**polling** [3] - 715:4, 724:7, 724:11
**polls** [7] - 715:7, 715:9, 715:11, 715:14, 715:16, 753:7, 832:4
**poor** [3] - 755:20, 755:22, 814:10
**pop** [1] - 763:25
**popular** [1] - 804:23
**populated** [8] - 675:24, 675:25, 688:5, 744:25, 747:20, 747:23, 837:4, 837:6
**population** [20] - 675:13, 700:19, 717:21, 717:23, 721:5, 721:8, 721:10, 773:16, 773:17, 776:6, 782:18, 795:18, 823:24, 835:15, 835:17, 837:5, 838:16, 843:5, 850:6, 856:15
**population-wise** [1] - 795:18
**populations** [1] - 676:18
**populous** [2] - 773:11, 792:18
**port** [25] - 669:13, 670:25, 672:1, 672:12, 672:14, 672:18, 672:22, 672:23, 672:24, 673:2, 673:12, 673:13, 678:5, 678:7, 687:20, 687:23, 767:18, 767:19, 767:21, 767:25, 768:9, 769:16, 769:18, 778:23
**Port** [7] - 669:14, 669:20, 670:24, 673:9, 673:11, 768:5, 821:17
**portend** [2] - 775:22, 790:6
**portion** [5] - 667:15, 823:18, 835:23, 836:18, 851:17
**portions** [1] - 818:4
**ports** [5] - 669:15, 669:20, 678:6, 687:19, 768:2
**position** [10] - 666:19, 704:4, 707:22, 708:3, 721:25, 727:4, 727:8, 806:10, 815:20, 836:13
**positions** [2] - 709:11, 750:4
**possibility** [1] - 839:12
**possible** [3] - 775:20, 845:22, 854:6
**possibly** [2] - 706:2, 743:20
**post** [3] - 666:11, 669:17, 863:9
**post-secondary** [1] - 666:11
**post-trial** [1] - 863:9
**potential** [1] - 858:1
**potentially** [1] - 860:2
**poultry** [4] - 769:14, 769:16
**pound** [1] - 797:4
**power** [1] - 670:6
**Power** [1] - 670:6
**practical** [1] - 755:1
**practicality** [1] - 758:10
**practically** [1] - 768:10
**practice** [4] - 665:3, 665:5, 680:12, 716:17
**practiced** [2] - 665:3, 665:6
**practices** [1] - 832:6
**pre** [6] - 858:10, 858:14, 858:17, 858:24, 859:1, 859:8
**pre-admitted** [3] - 858:14, 858:24, 859:8
**pre-introduced** [3] - 858:10, 858:17, 859:1
**preceding** [2] - 775:8, 775:9
**precinct** [3] - 700:15, 715:19
**precincts** [2] - 700:18, 845:6
**precise** [3] - 707:1, 717:12, 859:6
**precisely** [4] - 666:15, 717:9, 717:11, 728:22
**preclear** [3] - 836:9, 839:13, 841:1
**preclearance** [13] - 724:17, 724:21, 724:24, 725:1, 725:11, 726:8, 726:10, 726:17, 727:5, 837:21, 838:13, 838:14, 854:5
**precleared** [3] - 811:5, 811:15, 839:2
**precludes** [1] - 862:20
**predecessor** [3] - 763:19, 788:20, 841:25
**predecessors** [1] - 780:15
**predominantly** [5] - 705:15, 714:16, 777:17, 844:17, 844:24
**preferable** [2] - 849:21, 849:23
**preferred** [1] - 846:2
**preliminary** [1] - 837:18
**Prep** [1] - 844:24
**preponderates** [1] - 768:12
**prescription** [1] - 814:4
**presence** [1] - 700:25
**present** [13] - 667:6, 668:24, 689:24, 691:17, 693:6, 695:3, 696:11, 699:18, 699:24, 743:21, 789:8, 792:7, 819:15
**presented** [2] - 859:6, 862:4
**presently** [6] - 665:10, 673:11, 689:16, 742:19, 762:17, 782:14
**preserve** [3] - 806:13, 849:1, 849:3
**Preserving** [1] - 682:18
**President** [27] - 696:3, 727:16, 727:19, 728:9, 728:14, 728:17, 728:24, 729:1, 729:6, 730:4, 730:6, 730:17, 731:9, 731:18, 731:25, 755:12, 790:4, 791:16, 810:14, 810:15, 811:11, 811:17, 812:2, 814:3, 816:5, 829:18, 830:5
**president** [2] - 718:16, 718:19
**President's** [1] - 731:15
**press** [3] - 830:24, 831:21, 832:16
**Press** [1] - 668:9
**pretrial** [8] - 862:7, 862:11, 863:13, 863:20, 863:25, 864:2, 864:9
**pretty** [9] - 676:21, 680:15, 684:21, 688:14, 689:11, 698:2, 739:11, 747:8, 810:16
**prevalent** [2] - 767:5, 769:11
**prevent** [3] - 832:5, 849:16, 850:9
**previous** [7] - 737:24, 765:2, 802:24,

819:25, 827:25, 834:21
**previously** [3] - 747:13, 765:4, 845:24
**price** [2] - 671:24, 731:2
**primarily** [7] - 665:7, 667:15, 667:20, 668:11, 682:10, 747:23, 806:5
**primary** [3] - 692:3, 698:19, 804:23
**principles** [1] - 864:18
**priority** [1] - 832:8
**Pritchard** [15] - 701:7, 701:8, 718:1, 718:7, 718:9, 718:11, 779:19, 795:16, 795:17, 795:18, 795:20, 796:4, 815:15, 844:23
**private** [9] - 665:3, 669:2, 669:9, 670:11, 704:23, 710:2, 751:11, 768:19, 772:20
**privilege** [1] - 798:2
**privileged** [1] - 765:12
**privileges** [1] - 798:1
**problem** [14] - 679:24, 703:21, 740:16, 740:18, 740:23, 745:4, 749:14, 750:23, 755:14, 770:16, 774:24, 774:25, 775:1, 823:19
**problems** [12] - 665:20, 694:8, 694:9, 694:10, 698:9, 699:18, 703:25, 722:19, 751:1, 751:3, 812:6, 826:4
**Procedures** [1] - 662:21
**proceedings** [2] - 865:15, 866:5
**Proceedings** [1] - 662:20
**process** [6] - 672:6, 769:25, 798:17, 804:7, 825:22, 846:15
**processes** [1] - 710:2
**produce** [3] - 804:16, 834:20, 840:15
**produced** [5] - 662:22, 775:6, 799:15, 808:6, 850:4
**producing** [3] - 769:5, 807:8, 825:15
**product** [3] - 669:18, 672:2, 825:16
**production** [2] - 769:13
**products** [2] - 669:21, 687:19
**professional** [2] - 733:10, 820:14
**proffer** [1] - 838:4
**Program** [1] - 766:24
**program** [5] - 723:21, 755:5, 767:11, 769:7, 784:24
**programatic** [2] - 705:5, 760:7
**programs** [3] - 687:11, 705:6, 766:23
**progress** [1] - 714:2
**progressive** [2] - 777:11, 777:12
**prominent** [1] - 770:15
**promise** [1] - 818:14
**promises** [2] - 815:1, 815:3
**promote** [1] - 694:17
**pronunciation** [1] - 827:13
**proof** [1] - 725:12
**proposal** [3] - 805:24, 807:15, 808:14
**proposals** [7] - 685:22, 753:20, 776:17, 781:13, 785:25, 812:24, 813:3
**propose** [1] - 711:17
**proposed** [10] - 689:14, 695:2, 782:8, 785:18, 792:8, 805:23, 807:21, 835:24, 836:9, 847:15
**propositions** [2] - 864:11, 864:12
**prospect** [3] - 690:14, 690:16, 694:4
**prospects** [1] - 694:13
**protect** [1] - 734:10
**protecting** [1] - 832:7
**proud** [13] - 701:19, 704:9, 705:10, 710:17, 727:18, 776:23, 788:13, 788:14, 789:24, 795:23, 798:13, 811:25
**prove** [1] - 725:13
**provide** [4] - 705:9, 705:17, 813:4, 818:5
**provided** [3] - 760:7, 845:1
**Providence** [2] - 668:17, 772:19
**providing** [2] - 708:11, 781:21
**provision** [2] - 724:20, 726:4
**provisions** [2] - 724:17, 725:7
**public** [7] - 669:1, 669:9, 716:19, 751:12, 772:20, 817:18, 825:17
**publicly** [1] - 818:24
**publisher** [1] - 818:14
**pull** [4] - 827:7, 831:4, 831:15, 833:8
**pulling** [1] - 859:16
**punches** [1] - 684:8
**pure** [1] - 673:22
**purely** [2] - 862:9, 862:19
**purpose** [1] - 792:10
**purposes** [2] - 673:23, 831:7
**pursuant** [2] - 662:21, 719:20
**pushing** [2] - 757:4, 846:6
**put** [27] - 685:23, 691:9, 694:25, 696:10, 699:24, 705:3, 725:18, 729:14, 735:14, 746:8, 749:4, 755:12, 759:17, 764:3, 781:16, 802:8, 812:2, 812:4, 819:13, 819:17, 835:8, 835:9, 835:10, 835:11, 840:16, 840:17, 855:7

## Q

**Qualified** [1] - 662:20
**quality** [1] - 844:25
**questioning** [1] - 851:1
**questions** [12] - 702:6, 702:12, 702:19, 702:22, 726:20, 753:7, 756:12, 760:22, 761:1, 857:16, 861:1, 861:24
**quick** [2] - 799:20, 803:15
**quickly** [1] - 792:7
**quiet** [1] - 757:24
**QUINN** [1] - 661:23
**quite** [12] - 691:24, 700:20, 769:20, 773:15, 787:6, 811:23, 822:6, 825:23, 840:22, 852:18, 853:22, 857:9
**quote** [4] - 679:3, 728:19, 752:14, 848:25

## R

**race** [13] - 707:22, 708:22, 711:9, 711:12, 711:17, 712:25, 715:15, 717:7, 731:6, 732:6, 794:22, 802:24, 851:11
**races** [5] - 676:17, 706:7, 754:6, 825:21, 843:14
**racial** [27] - 693:20, 693:23, 694:1, 694:5, 694:11, 694:17, 694:18, 714:8, 730:17, 730:19, 730:21, 730:24, 730:25, 731:8, 732:11, 751:25, 776:22, 777:2, 780:2, 841:16, 841:20, 842:11, 843:11, 863:2, 863:14, 863:15, 863:18
**racially** [2] - 844:6, 845:13
**radiates** [2] - 764:20
**radio** [2] - 668:10, 668:12
**rail** [1] - 793:10
**rain** [1] - 747:1
**raise** [2] - 702:9, 770:20
**raised** [3] - 665:10, 747:5, 839:12
**rally** [1] - 728:24
**ran** [10] - 706:25, 708:7, 726:24, 726:25, 737:5, 771:14, 782:3, 804:23, 804:24, 843:10
**range** [1] - 699:5
**ranked** [1] - 825:14
**rapists** [1] - 731:23
**rate** [3] - 755:6, 845:2, 845:5
**rather** [2] - 814:24, 819:21
**Ray** [1] - 812:3
**Rayburn** [1] - 713:17
**reach** [9] - 682:13, 686:18, 705:14, 752:18, 816:12, 816:16, 816:22, 817:4, 851:20
**reached** [4] - 744:13, 744:16, 752:19, 851:21
**reaction** [1] - 789:18
**read** [15] - 729:20, 729:23, 750:16, 825:3, 835:12, 835:13, 835:18, 835:20, 836:24, 837:12, 837:15, 853:9, 858:25, 859:9, 860:14
**reading** [1] - 831:22
**ready** [5] - 719:13, 761:20, 761:21, 822:2, 857:5
**real** [5] - 698:5, 701:19, 753:2, 785:22, 789:2
**reality** [2] - 689:19, 804:17
**realize** [1] - 787:9
**realized** [1] - 849:2
**really** [52] - 669:15, 693:23, 693:25, 698:9, 705:19, 714:24, 717:2, 718:15, 722:22, 724:23, 730:3, 732:17, 732:20, 740:25, 741:16, 741:17, 744:6, 746:8, 747:10, 750:2, 771:18, 771:21, 775:21, 788:16, 789:4, 796:11, 797:6, 798:13, 799:7, 804:19, 813:14, 819:4, 822:1, 829:3, 829:4, 841:4, 841:8, 841:12, 845:12, 848:23, 849:7, 853:18, 856:18, 859:8, 861:18,

862:11, 862:19,
863:4, 863:22,
864:20, 864:24,
865:13
**reapportion** [1] -
840:5
**reason** [12] - 669:16,
681:15, 725:16,
737:23, 740:1,
777:1, 786:15,
810:20, 824:19,
825:12, 832:16,
848:8
**reasonable** [1] -
671:24
**reasons** [2] - 722:25,
812:7
**reauthorization** [4] -
760:4, 815:23,
816:2, 816:5
**Rebecca** [1] - 665:11
**rebuttal** [2] - 857:24,
858:1
**receipts** [1] - 785:21
**receive** [2] - 755:6,
755:8
**received** [7] - 705:7,
705:21, 707:10,
714:12, 714:17,
798:7, 844:12
**receiving** [1] - 755:17
**recently** [13] - 698:5,
698:9, 711:20,
733:24, 763:9,
767:2, 780:20,
790:12, 791:22,
798:7, 824:22,
826:8, 844:1
**reception** [1] - 810:5
**recess** [3] - 761:23,
799:25, 858:7
**recesses** [2] - 817:16,
817:19
**recession** [1] - 721:9
**recognize** [2] - 764:3,
800:8
**recognized** [5] -
671:16, 765:4,
778:18, 797:21,
839:15
**recollection** [4] -
730:4, 814:17,
835:9, 858:22
**recollections** [1] -
801:14
**Reconstruction** [2] -
847:3, 847:4
**record** [23] - 664:12,
700:2, 719:19,
735:24, 737:13,

737:14, 753:10,
762:6, 787:12,
791:2, 800:12,
801:6, 801:13,
802:12, 817:16,
830:9, 835:13,
841:10, 858:9,
859:5, 860:4,
865:14, 866:5
**recorded** [1] - 662:20
**records** [1] - 861:17
**recross** [2] - 853:21,
854:22
**RECROSS** [2] -
663:10, 855:5
**RECROSS -
EXAMINATION** [2] -
663:10, 855:5
**recruit** [2] - 767:8,
777:5
**recruited** [1] - 768:16
**recycling** [1] - 682:21
**red** [1] - 681:12
**Red** [1] - 779:8
**redesigned** [1] -
784:22
**redirect** [2] - 742:24,
849:9
**REDIRECT** [4] - 663:4,
663:9, 743:1, 849:10
**redistricting** [17] -
737:22, 765:3,
775:10, 776:19,
788:19, 798:17,
799:2, 801:11,
804:7, 805:8,
805:16, 819:25,
823:22, 825:22,
845:15, 847:2,
849:13
**Redistricting** [5] -
831:24, 853:12,
853:16, 853:18,
855:12
**redrew** [1] - 825:21
**Redstone** [1] - 712:12
**reduce** [1] - 815:2
**Reed** [3] - 806:5,
846:3, 846:4
**reed** [1] - 847:14
**reelected** [3] - 779:17,
815:21, 848:9
**reelection** [3] -
793:18, 843:8,
844:19
**reenact** [1] - 791:17
**reference** [2] - 799:15,
824:4
**referenced** [1] -
843:16

**referred** [2] - 678:10,
823:11
**referring** [2] - 787:3,
824:5
**reformed** [1] - 727:11
**refresh** [2] - 801:13,
835:8
**refreshed** [1] - 825:19
**refugee** [1] - 729:2
**refused** [1] - 839:13
**regard** [7] - 684:3,
684:4, 722:12,
724:20, 792:11,
810:8, 842:3
**regarding** [4] -
722:13, 816:15,
831:21, 835:23
**regardless** [4] -
712:25, 713:2,
816:21, 823:4
**regime** [2] - 726:8,
727:5
**region** [13] - 669:12,
671:9, 674:2, 746:4,
766:5, 766:10,
768:6, 776:21,
780:11, 780:12,
812:18, 812:22,
813:4
**regional** [3] - 669:1,
682:12, 822:2
**regions** [4] - 690:4,
711:7, 783:11,
783:15
**Register** [2] - 668:10,
818:17
**regret** [2] - 801:22,
840:22
**regretfully** [2] -
825:12, 844:13
**regretted** [1] - 812:12
**regular** [2] - 775:2,
844:15
**reimbursement** [1] -
755:6
**rejected** [1] - 835:2
**related** [6] - 670:25,
671:5, 682:23,
750:14, 773:3,
775:24
**relates** [1] - 753:22
**relationship** [9] -
733:8, 733:9,
733:10, 763:1,
770:4, 787:4,
811:24, 820:15,
852:8
**relationships** [9] -
709:20, 772:23,
775:19, 785:8,

792:11, 795:24,
798:14, 804:10,
863:2
**relatively** [2] - 699:5,
757:24
**release** [3] - 830:25,
831:21, 832:17
**relevance** [1] - 806:22
**relevant** [2] - 830:13,
830:17
**relied** [1] - 861:18
**relief** [1] - 862:18
**relies** [1] - 794:3
**religions** [1] - 678:21
**religious** [1] - 797:7
**relying** [1] - 837:13
**remain** [2] - 807:20,
832:7
**remained** [4] - 775:19,
804:25, 805:1,
807:20
**remarked** [1] - 728:9
**remember** [24] -
665:15, 665:16,
707:5, 717:16,
724:14, 728:21,
729:3, 729:8,
746:13, 746:17,
748:3, 748:20,
750:4, 792:3,
801:15, 817:6,
825:20, 834:10,
840:10, 840:11,
840:12, 841:6,
842:3, 862:5
**remembering** [1] -
819:5
**remind** [1] - 734:14
**reminded** [1] - 824:18
**reminder** [2] - 753:19,
791:18
**reminding** [2] -
800:15, 862:24
**rent** [2] - 787:16,
787:20
**reopened** [1] - 821:23
**repeal** [11] - 706:19,
707:14, 707:16,
723:20, 723:21,
724:1, 724:8,
724:12, 814:2,
814:16, 815:11
**repealed** [2] - 706:17,
706:23
**repealing** [1] - 813:23
**repeat** [1] - 777:21
**replace** [2] - 707:15,
723:21
**replaced** [1] - 706:24
**reported** [2] - 718:7,

851:9
**Reporter** [1] - 866:13
**REPORTER** [3] -
662:19, 662:20,
665:21
**reporters** [2] - 702:13,
843:24
**reporting** [2] - 844:10,
844:16
**reprehensible** [1] -
711:15
**represent** [50] -
664:20, 667:4,
681:6, 683:16,
683:17, 685:17,
689:15, 689:16,
689:23, 689:25,
690:9, 691:25,
692:13, 692:14,
695:12, 696:11,
703:13, 703:17,
703:18, 706:20,
707:14, 711:5,
734:10, 735:13,
740:2, 740:3,
740:10, 740:12,
741:24, 742:14,
742:16, 749:7,
752:6, 752:12,
763:3, 765:12,
765:14, 774:19,
775:23, 781:20,
788:7, 793:24,
808:20, 810:12,
817:8, 818:4,
818:24, 826:1, 827:4
**representation** [15] -
781:21, 787:14,
788:25, 812:19,
813:4, 818:6,
820:17, 820:19,
832:3, 849:17,
850:3, 850:17,
850:18, 852:24
**Representative** [25] -
729:1, 734:22,
789:14, 801:19,
806:7, 806:12,
807:1, 820:5, 820:7,
820:9, 820:13,
820:20, 820:21,
825:8, 826:24,
826:25, 828:12,
830:24, 832:1,
845:16, 845:20,
852:23, 855:9
**representative** [16] -
689:18, 734:13,
740:9, 749:7,
749:15, 775:22,

789:3, 798:25, 805:4, 819:2, 828:11, 828:17, 828:19, 828:22, 829:14
**Representatives** [6] - 704:15, 729:5, 729:12, 762:21, 808:8, 852:9
**representatives** [8] - 718:23, 719:9, 729:7, 734:15, 794:11, 824:20, 824:24, 837:9
**represented** [20] - 666:6, 666:7, 697:2, 710:6, 739:25, 762:20, 764:6, 773:8, 776:11, 788:4, 799:9, 807:19, 808:25, 809:15, 813:18, 814:25, 826:13, 846:17, 846:21
**representing** [22] - 695:14, 698:11, 708:14, 710:23, 712:1, 733:12, 740:24, 741:3, 741:5, 741:6, 742:2, 754:21, 774:20, 782:21, 787:6, 806:7, 810:9, 810:11, 822:8, 824:23, 851:16
**represents** [9] - 682:2, 692:25, 695:11, 740:9, 741:23, 776:7, 809:2, 827:21, 855:19
**reps** [1] - 774:21
**Republic** [2] - 677:21, 703:2
**Republican** [20] - 703:12, 703:15, 706:10, 708:21, 708:24, 709:4, 709:7, 709:15, 710:21, 752:16, 752:21, 779:24, 796:21, 801:9, 810:4, 814:16, 842:1, 851:18, 851:23
**Republicans** [1] - 809:10
**reputable** [2] - 843:19, 843:23
**reputation** [2] - 781:7, 804:14
**request** [12] - 701:8, 718:22, 719:15, 719:16, 719:20, 720:6, 743:4, 743:24, 744:9, 744:10, 863:11, 864:7
**requested** [8] - 712:22, 720:1, 720:3, 720:4, 720:16, 720:22, 720:25, 756:24
**requesting** [2] - 712:17, 743:25
**requests** [3] - 701:10, 719:14, 720:5
**required** [1] - 773:14
**rescue** [1] - 819:7
**rescued** [1] - 801:24
**reservation** [1] - 857:23
**reserve** [1] - 858:1
**reside** [1] - 765:25
**residentially** [1] - 677:8
**residents** [4] - 721:25, 773:13, 788:24, 829:25
**resigned** [2] - 666:10, 763:20
**resolution** [4] - 729:9, 729:13, 729:14, 729:16
**resolutions** [1] - 729:11
**resort** [1] - 771:6
**resources** [1] - 705:17
**respect** [7] - 702:7, 709:10, 758:9, 792:11, 795:2, 812:21, 834:18
**respected** [3] - 811:23, 815:20, 843:8
**respectful** [2] - 815:12, 815:19
**respects** [1] - 691:19
**respond** [10] - 701:10, 714:14, 719:14, 794:22, 862:14, 862:21, 864:2, 864:5, 864:6, 864:24
**responded** [1] - 864:3
**response** [4] - 686:1, 715:6, 812:3, 862:13
**responses** [1] - 863:25
**responsibilities** [2] - 722:11, 825:7
**responsibility** [5] - 722:13, 817:23, 825:10, 825:22, 825:25
**responsive** [5] - 701:15, 732:21, 812:9, 815:19, 864:8
**rest** [6] - 678:9, 693:9, 780:5, 838:20, 839:3
**restate** [1] - 794:17
**restored** [1] - 727:6
**restoring** [2] - 724:15, 791:3
**result** [4] - 802:24, 840:20, 846:15, 847:2
**resulted** [1] - 838:10
**results** [1] - 843:20
**retail** [1] - 671:4
**retired** [2] - 763:14, 763:16
**retiring** [1] - 763:20
**retrace** [1] - 839:23
**return** [1] - 825:16
**returns** [1] - 714:14
**revenue** [1] - 673:7
**Reverend** [2] - 797:13, 797:17
**reversal** [1] - 726:11
**reverse** [1] - 725:17
**reversing** [1] - 725:11
**review** [1] - 844:10
**reviewed** [1] - 792:8
**Revised** [11] - 685:24, 691:10, 691:18, 693:4, 753:16, 781:17, 786:1, 786:3, 786:4, 789:7, 789:11
**revolutionized** [1] - 745:25
**rewarding** [1] - 709:19
**rewrite** [1] - 760:4
**ribbons** [1] - 797:9
**rich** [1] - 848:12
**Richard** [2] - 661:23, 799:11
**rights** [4] - 723:3, 725:4, 725:9, 832:2
**Rights** [12] - 724:16, 724:20, 725:8, 726:17, 790:14, 814:19, 814:20, 815:23, 832:5, 841:6, 853:6, 855:15
**Riley** [1] - 797:16
**riots** [1] - 727:20
**rise** [2] - 745:22, 745:24
**rival** [1] - 809:16
**rivalry** [2] - 690:19, 690:21
**rivals** [1] - 695:9
**River** [4] - 691:23, 746:10, 767:20, 847:16
**river** [7] - 667:17, 669:24, 679:6, 680:1, 821:15, 821:16, 847:16
**rivers** [1] - 670:1
**Riviere** [1] - 847:24
**RMR** [2] - 662:19, 866:12
**road** [3] - 842:12, 847:25
**roads** [1] - 826:22
**Robins** [1] - 762:8
**ROBINS** [1] - 762:8
**Roby** [10] - 682:1, 689:24, 690:6, 695:9, 695:19, 734:16, 734:18, 780:15, 810:1, 818:11
**Rock** [1] - 777:16
**rock** [1] - 761:20
**RODERICK** [1] - 661:6
**RODNEY** [1] - 661:5
**Rogers** [5] - 734:16, 734:19, 793:17, 808:8, 818:11
**role** [3] - 778:8, 790:9, 798:15
**roles** [1] - 774:18
**roll** [3] - 701:24, 760:11, 761:20
**roll-call** [1] - 760:11
**rolling** [1] - 814:10
**room** [6] - 698:21, 702:17, 702:21, 746:12, 757:25, 772:6
**rooms** [1] - 702:11
**Rouco** [1] - 661:23
**ROUCO** [1] - 661:23
**roughly** [1] - 787:13
**round** [1] - 799:2
**Round** [3] - 720:9, 720:11, 720:15
**Rucker** [7] - 682:3, 682:4, 682:24, 683:8, 683:22, 684:3, 780:24
**rule** [1] - 702:7
**rules** [1] - 710:15
**ruling** [1] - 806:18
**run** [21] - 689:8, 702:3, 703:10, 703:15, 708:21, 708:24, 709:17, 728:2, 737:5, 754:11, 763:21, 766:23, 782:1, 782:12, 782:15, 787:17, 795:5, 817:3, 834:12, 848:15
**running** [6] - 691:25, 692:2, 692:3, 707:8, 710:4, 715:13
**runs** [1] - 714:6
**rural** [31] - 669:8, 671:4, 675:15, 675:24, 698:13, 698:14, 742:9, 744:25, 747:23, 750:20, 750:22, 751:1, 751:17, 755:10, 755:17, 755:19, 755:21, 755:22, 756:4, 756:5, 756:7, 772:7, 772:23, 773:14, 786:8, 786:11, 786:16, 788:21, 821:24, 822:19
**Russia** [1] - 769:17

## S

**sacrifice** [1] - 689:9
**safe** [6] - 716:2, 811:21, 824:10, 824:11, 848:10, 848:14
**Saint** [1] - 790:16
**sake** [1] - 775:13
**salary** [2] - 787:18, 825:9
**Salvation** [1] - 779:8
**Sam** [3] - 714:6, 779:15, 842:25
**sample** [1] - 715:9
**Sanders** [2] - 861:19
**Sandy** [14] - 693:14, 713:25, 715:20, 751:22, 752:17, 752:24, 753:3, 779:17, 843:15, 844:22, 845:4, 851:19, 852:3
**Sarah** [1] - 662:18
**satellite** [1] - 759:5
**Saturday** [1] - 696:4
**saw** [8] - 681:7, 691:18, 693:7, 697:24, 708:9, 776:24, 796:23, 854:4
**SBOE** [3] - 739:22, 740:7, 740:17

**Scandinavia** [1] - 678:18
**schedule** [5] - 711:1, 743:17, 761:5, 853:1, 863:24
**School** [1] - 707:6
**school** [51] - 680:23, 697:10, 697:13, 697:21, 698:3, 698:4, 698:10, 698:20, 698:25, 699:4, 699:22, 716:6, 716:21, 722:21, 750:3, 750:7, 750:8, 750:10, 750:14, 750:15, 751:7, 751:14, 751:17, 757:11, 757:22, 759:11, 767:11, 770:19, 783:24, 797:1, 797:11, 804:5, 811:10, 820:8, 825:5, 825:12, 825:15, 825:20, 825:24, 825:25, 826:5, 826:7, 828:18, 844:23, 844:25, 845:3, 850:13, 850:17
**school-related** [1] - 750:14
**schools** [16] - 698:8, 722:18, 722:24, 723:1, 723:2, 723:6, 751:1, 751:2, 751:11, 751:12, 772:17, 783:20, 783:22, 825:17, 842:22
**scientists** [1] - 715:4
**scores** [2] - 825:13
**screen** [11] - 667:4, 685:23, 691:9, 694:25, 696:10, 738:5, 749:5, 763:24, 764:3, 781:16, 800:7
**se** [1] - 799:7
**seafood** [9] - 671:13, 671:18, 671:20, 671:23, 675:10, 675:12, 687:5, 687:6, 778:6
**Seapower** [3] - 683:15, 683:17, 683:18
**seared** [1] - 777:7
**seat** [9] - 666:9,

736:17, 785:11, 785:13, 785:14, 785:16, 792:15, 821:5, 843:9
**seated** [1] - 664:3
**seats** [1] - 757:6
**Seattle** [1] - 661:18
**second** [27] - 682:2, 685:11, 705:11, 732:2, 733:14, 751:8, 769:2, 771:2, 771:9, 772:18, 780:25, 781:25, 783:2, 786:11, 787:25, 793:18, 793:20, 806:1, 806:11, 816:7, 820:25, 837:11, 846:6, 846:13, 847:12, 855:24, 856:9
**secondary** [1] - 666:11
**secretary** [1] - 812:3
**Secretary** [2] - 661:10, 804:1
**Section** [3] - 793:2, 831:2, 855:15
**section** [1] - 836:19
**Sections** [1] - 724:15
**sector** [3] - 670:11, 704:23, 710:2
**secure** [1] - 824:12
**security** [5] - 703:21, 706:1, 774:24, 796:13, 796:14
**Security** [1] - 814:18
**see** [60] - 667:5, 667:11, 667:17, 667:19, 668:19, 669:24, 674:22, 678:22, 678:23, 694:4, 694:9, 700:13, 706:11, 713:6, 713:20, 713:21, 715:11, 716:4, 716:23, 719:2, 719:14, 719:17, 719:18, 726:2, 729:13, 729:16, 737:8, 743:22, 751:9, 752:7, 753:13, 757:12, 757:16, 758:4, 763:23, 767:13, 773:1, 773:2, 775:4, 780:6, 781:21, 781:23, 792:17, 796:21, 796:22, 797:4,

799:14, 800:8, 802:15, 816:7, 818:20, 819:11, 833:15, 836:2, 838:4, 839:21, 852:11, 862:12, 863:4
**seeing** [7] - 671:14, 677:2, 677:7, 694:7, 739:8, 837:15, 853:2
**seek** [4] - 706:6, 763:19, 812:8, 843:8
**seeking** [3] - 793:18, 855:10, 862:19
**seeks** [1] - 855:15
**seem** [1] - 695:18
**segregated** [2] - 677:2, 842:22
**self** [1] - 848:8
**self-serving** [1] - 848:8
**sell** [1] - 694:3
**Selma** [13] - 788:13, 788:14, 789:25, 790:7, 790:9, 790:16, 790:19, 791:8, 791:21, 827:22, 828:10, 828:11, 828:13
**Senate** [6] - 666:6, 710:17, 715:13, 760:15, 760:17, 819:6
**senator** [3] - 712:7, 775:4, 804:22
**Senator** [4] - 767:22, 794:8, 794:9, 797:15
**Send** [1] - 728:25
**send** [2] - 723:2, 725:4
**sending** [2] - 707:2, 751:10
**senior** [1] - 814:8
**seniority** [3] - 684:9, 804:11, 804:12
**sense** [7] - 683:16, 692:4, 700:24, 707:18, 764:15, 864:25, 865:1
**sensitive** [1] - 737:7
**sent** [2] - 729:7, 756:23
**sentence** [2] - 837:1, 860:17
**sentencing** [1] - 727:11
**separate** [4] - 684:6, 693:10, 693:11, 861:7
**separated** [2] - 679:4, 679:6

**September** [1] - 707:7
**series** [2] - 685:22, 801:17
**serious** [1] - 751:14
**seriously** [2] - 704:3, 715:18
**serve** [20] - 666:5, 666:13, 666:21, 680:7, 762:23, 775:21, 782:5, 782:10, 782:11, 787:11, 788:7, 795:22, 798:5, 804:18, 817:10, 817:24, 823:5, 825:25, 830:17, 848:20
**served** [11] - 664:23, 666:10, 676:8, 696:7, 696:16, 697:2, 762:25, 774:15, 794:21, 795:25, 804:9
**serves** [1] - 689:24
**service** [11] - 704:8, 722:21, 782:20, 788:22, 793:10, 797:22, 812:12, 818:1, 845:8, 848:2
**services** [5] - 670:18, 755:7, 760:7, 779:11, 845:1
**Services** [4] - 680:8, 683:14, 683:21, 781:3
**servicing** [1] - 778:9
**serving** [9] - 711:11, 765:20, 788:5, 798:23, 809:20, 823:12, 828:17, 848:8, 851:3
**session** [1] - 840:14
**Sessions** [2] - 794:9, 797:15
**set** [2] - 684:13, 812:7
**sets** [1] - 690:2
**setting** [1] - 856:4
**seven** [14] - 718:9, 718:10, 800:24, 801:1, 801:5, 801:11, 803:9, 803:11, 807:5, 807:17, 808:18, 809:5
**seventh** [4] - 787:7, 803:23, 806:7, 855:19
**Seventh** [1] - 799:8
**several** [5] - 728:18, 812:7, 812:8, 830:7,

834:10
**Sewell** [35] - 733:6, 733:12, 733:20, 734:22, 740:23, 741:23, 741:24, 788:11, 788:14, 789:14, 789:24, 790:8, 791:10, 809:1, 809:22, 810:7, 810:21, 811:13, 811:25, 816:10, 818:9, 820:7, 820:9, 820:13, 820:21, 823:1, 828:16, 828:22, 829:3, 829:11, 830:24, 831:23, 832:1, 853:4, 855:18
**Sewell's** [10] - 776:4, 823:15, 827:14, 828:2, 828:13, 830:16, 831:4, 852:10, 853:15, 855:9
**sexual** [1] - 710:5
**shameful** [1] - 727:22
**share** [1] - 732:23
**shared** [12] - 710:12, 735:3, 764:20, 764:21, 764:22, 765:15, 765:21, 783:6, 783:15, 785:7, 788:18
**Sharon** [1] - 812:16
**Shelby** [5] - 767:23, 794:9, 799:11, 861:23, 862:1
**shelter** [1] - 779:13
**shift** [2] - 733:1, 841:14
**shifting** [3] - 676:18, 816:11, 823:18
**ship** [8] - 672:1, 672:12, 673:13, 681:11, 687:19, 766:25, 768:9, 778:5
**ship-building** [1] - 778:5
**shipped** [1] - 687:22
**ships** [6] - 681:12, 685:9, 766:8, 769:22, 781:10, 794:5
**shipyard** [8] - 670:12, 672:20, 683:6, 683:16, 683:18, 684:1, 684:4, 766:6
**shipyards** [3] - 765:16, 765:17,

785:2
**shock** [1] - 710:1
**shop** [4] - 667:25, 673:21, 782:24, 785:20
**shore** [1] - 747:19
**Shores** [3] - 771:6, 771:7, 786:23
**short** [3] - 698:17, 860:5, 864:8
**shorthanded** [1] - 863:13
**show** [12] - 693:3, 707:10, 715:14, 736:10, 738:3, 738:5, 752:2, 752:5, 785:25, 800:6, 836:5, 836:6
**showed** [3] - 712:21, 836:8, 845:6
**shown** [4] - 715:5, 756:14, 831:8, 838:4
**shows** [2] - 802:7, 843:3
**shrimp** [1] - 778:6
**shrunk** [1] - 773:16
**sibling** [2] - 690:19, 690:21
**sick** [1] - 772:12
**side** [5] - 676:24, 680:11, 680:12, 745:5, 834:19
**sides** [7] - 679:10, 679:12, 679:13, 679:19, 728:10, 728:13, 728:15
**Siegelman** [1] - 840:13
**sign** [2] - 758:9, 794:24
**signed** [2] - 727:16, 816:5
**significant** [2] - 708:12, 799:8
**similar** [1] - 765:15
**similarities** [1] - 771:17
**simply** [2] - 725:4, 753:4
**simultaneously** [2] - 827:7, 835:11
**sincerely** [1] - 848:24
**single** [4] - 670:11, 726:3, 814:15, 849:24
**sisters** [3] - 796:23, 797:3, 797:5
**sit** [1] - 815:5
**site** [2] - 682:25, 768:19
**situation** [3] - 725:3, 725:8, 859:12
**six** [10] - 686:16, 697:4, 700:10, 701:13, 701:14, 739:5, 795:4, 830:16, 830:22, 858:12
**sixth** [2] - 664:24, 808:1
**size** [3] - 758:1, 779:22, 823:24
**sizeable** [2] - 721:5, 721:7
**sized** [1] - 710:7
**skin** [2] - 780:7, 808:24
**skinny** [1] - 848:13
**slightly** [3] - 691:11, 715:22, 792:6
**slow** [1] - 665:16
**slush** [2] - 710:5, 710:15
**small** [8] - 675:20, 689:11, 710:6, 758:19, 779:21, 807:4, 809:17, 858:23
**smaller** [4] - 669:2, 709:5, 774:22, 776:6
**smart** [1] - 695:16
**smarter** [1] - 780:7
**snakes** [1] - 695:5
**snapper** [2] - 681:12, 685:8
**sneak** [1] - 729:17
**so..** [2] - 791:6, 835:7
**social** [8] - 673:25, 703:21, 705:25, 711:21, 716:7, 764:21, 774:24, 775:19
**Social** [1] - 814:18
**socialize** [1] - 809:8
**socially** [3] - 674:1, 780:10, 822:21
**society** [1] - 730:9
**soil** [1] - 769:1
**soldier** [2] - 796:24, 797:1
**soldiers** [2] - 796:17, 796:19
**solely** [1] - 811:13
**Somalia** [1] - 729:2
**someone** [16] - 691:25, 712:22, 731:1, 748:24, 752:4, 758:3, 775:2, 775:16, 780:7, 781:9, 794:22, 811:21, 811:22, 817:4, 823:8, 856:4
**sometime** [1] - 791:2
**sometimes** [16] - 669:24, 672:3, 690:10, 702:18, 702:22, 702:23, 717:1, 721:16, 729:13, 732:13, 743:17, 758:14, 758:17, 814:8, 816:22, 822:7
**somewhat** [3] - 690:11, 746:24, 778:25
**somewhere** [3] - 736:17, 748:16, 757:20
**son** [3] - 796:8, 797:3, 798:9
**son's** [1] - 797:14
**Sonny** [4] - 763:11, 799:1, 804:11, 841:25
**soon** [2] - 670:16, 769:22
**sorry** [18] - 691:14, 715:7, 716:1, 720:10, 726:21, 739:9, 739:21, 740:6, 756:18, 806:21, 818:20, 827:13, 832:9, 833:25, 839:25, 842:8, 853:22, 853:24
**sort** [16] - 673:23, 675:18, 677:1, 677:25, 678:3, 679:11, 679:16, 680:23, 684:23, 688:21, 703:4, 724:19, 741:15, 756:2, 757:16, 758:15
**sorts** [2] - 704:3, 716:6
**sought** [2] - 837:21, 838:12
**soul** [1] - 848:21
**sounds** [2] - 799:22, 831:7
**source** [2] - 843:19, 843:25
**south** [13] - 671:5, 671:19, 675:8, 675:10, 675:11, 746:21, 778:25, 794:25, 837:6, 842:7, 847:16
**South** [9] - 668:16, 668:25, 670:21, 670:23, 695:8, 695:12, 751:6, 772:16, 784:8
**southeast** [3] - 675:12, 682:13, 777:16
**southeastern** [3] - 686:9, 768:23, 785:12
**southern** [14] - 666:24, 667:21, 671:2, 687:6, 691:23, 734:19, 751:4, 764:16, 778:3, 792:23, 821:5, 827:5, 827:15, 837:5
**SOUTHERN** [1] - 661:2
**Southern** [4] - 682:18, 721:2, 743:6, 791:4
**southwest** [9] - 671:15, 673:24, 686:20, 686:24, 687:2, 687:4, 689:1, 701:24, 764:7
**southwestern** [3] - 665:8, 666:25, 768:22
**soybean** [2] - 675:17, 769:13
**soybeans** [1] - 742:12
**space** [1] - 758:10
**Spanish** [5] - 677:15, 677:17, 678:3, 746:21, 771:11
**spans** [1] - 824:17
**sparsely** [4] - 675:24, 744:24, 747:20, 747:23
**speaking** [5] - 706:14, 773:4, 806:12, 815:6
**special** [4] - 672:12, 704:9, 706:25, 840:14
**specialty** [1] - 682:17
**specific** [3] - 675:4, 833:14, 844:9
**specifically** [3] - 793:23, 816:21, 830:25
**speculation** [1] - 789:21
**speech** [1] - 702:6
**Speier** [2] - 710:10, 710:19
**spell** [1] - 768:13
**Spencer** [1] - 804:3
**spend** [6] - 674:11, 676:10, 749:21, 783:3, 822:17, 845:23
**spending** [2] - 711:19, 776:15
**spent** [5] - 749:18, 822:12, 822:15, 845:20, 845:24
**spill** [5] - 765:22, 778:12, 779:3, 779:12, 812:2
**SPIVA** [77] - 663:4, 663:8, 713:13, 713:16, 730:2, 735:1, 735:18, 735:21, 735:25, 736:2, 736:19, 737:15, 738:12, 739:5, 739:10, 739:12, 742:21, 754:16, 756:22, 760:25, 789:20, 790:25, 806:16, 806:21, 813:9, 813:11, 822:10, 829:6, 829:8, 829:19, 829:21, 831:6, 831:9, 831:13, 831:15, 831:19, 832:10, 832:12, 833:12, 833:13, 836:22, 836:25, 837:14, 837:20, 837:25, 838:2, 838:9, 838:22, 839:1, 839:6, 839:11, 839:16, 839:18, 839:19, 840:1, 840:3, 846:11, 846:12, 846:20, 846:24, 854:23, 855:3, 857:12, 857:15, 857:22, 860:1, 860:6, 860:9, 860:12, 861:2, 861:6, 861:10, 863:8, 863:11, 863:22, 864:13, 865:1
**Spiva** [4] - 661:19, 760:23, 801:18, 801:24
**split** [36] - 733:13, 734:2, 734:3, 735:6, 736:5, 736:25, 737:17, 738:2, 738:14, 742:4, 788:18, 792:16,

792:17, 800:18, 818:3, 818:12, 818:15, 819:15, 819:17, 819:21, 819:25, 820:1, 820:3, 823:14, 823:20, 823:21, 823:22, 826:5, 848:5, 849:15, 849:22, 850:5, 850:9, 850:10, 850:11, 850:14
**splits** [4] - 739:16, 824:15, 824:21, 850:7
**splitting** [3] - 794:14, 818:15, 818:22
**spoken** [1] - 751:4
**sponsored** [1] - 790:12
**sports** [1] - 775:19
**spread** [7] - 685:14, 701:9, 705:5, 742:18, 756:4, 773:24, 776:3
**spreading** [2] - 675:15, 695:22
**spreads** [2] - 741:16, 826:16
**Spring** [1] - 784:9
**spring** [2] - 730:3, 860:18
**Springhill** [2] - 668:16, 669:2
**Sr** [1] - 797:17
**stadiums** [1] - 716:22
**staff** [24] - 685:14, 713:7, 730:11, 730:12, 743:19, 763:13, 763:19, 763:21, 798:16, 798:23, 805:3, 805:11, 805:19, 805:22, 807:5, 807:6, 825:6, 825:9, 828:5, 833:3, 833:4, 844:1, 851:4, 852:18
**Staff** [1] - 762:18
**staffer** [4] - 775:11, 800:11, 823:7, 834:19
**staffs** [1] - 788:23
**stainless** [1] - 768:15
**stairwell** [1] - 757:24
**stand** [2] - 761:20, 768:14
**standard** [1] - 863:24
**standing** [4] - 757:5, 797:8, 806:20, 811:24
**standpoint** [1] - 782:5
**star** [1] - 796:25
**start** [14] - 665:15, 687:10, 693:12, 693:15, 694:3, 694:11, 702:8, 713:22, 752:24, 844:23, 857:8, 857:9, 859:24
**started** [13] - 669:17, 674:7, 679:8, 709:24, 737:22, 739:3, 745:2, 745:24, 747:18, 752:25, 755:11, 759:4, 773:24
**starting** [2] - 722:21, 801:17
**State** [11] - 661:10, 682:15, 744:15, 744:16, 744:18, 759:1, 759:5, 759:12, 784:6, 804:1, 852:9
**state** [115] - 664:11, 665:6, 665:8, 666:11, 666:16, 666:23, 666:25, 667:13, 669:19, 673:3, 673:5, 673:7, 673:14, 676:8, 677:24, 678:22, 678:24, 680:23, 687:23, 691:6, 692:20, 692:22, 693:2, 696:8, 696:11, 696:13, 696:17, 697:2, 697:7, 697:25, 698:4, 698:10, 698:22, 698:25, 699:4, 699:22, 708:8, 711:7, 711:22, 712:10, 718:16, 718:20, 718:24, 719:10, 719:21, 722:20, 722:21, 726:4, 726:8, 733:17, 739:15, 743:16, 749:5, 750:8, 759:11, 759:13, 762:5, 764:14, 764:25, 766:22, 767:4, 767:21, 767:23, 767:24, 768:7, 770:11, 772:18, 772:20, 774:14, 777:4, 777:5, 779:1, 779:23, 780:5, 780:21, 781:5, 784:12, 784:16, 792:13, 792:18, 803:21, 803:22, 804:4, 804:5, 804:7, 804:22, 807:18, 809:13, 809:20, 810:9, 821:10, 824:15, 824:16, 825:5, 825:12, 825:15, 825:20, 825:21, 825:24, 828:18, 833:18, 833:20, 834:3, 834:5, 834:16, 837:24, 838:6, 840:4, 843:13, 849:24, 849:25, 863:1, 863:4
**state's** [3] - 771:9, 830:3, 855:20
**statement** [10] - 822:23, 831:4, 834:23, 851:24, 852:10, 852:11, 853:15, 854:24, 855:9, 862:18
**statements** [1] - 731:15
**states** [6] - 684:10, 753:4, 768:4, 769:5, 769:24, 855:18
**STATES** [2] - 661:1, 661:14
**States** [20] - 664:21, 669:15, 677:25, 696:3, 704:15, 707:19, 710:1, 724:22, 726:13, 762:21, 765:13, 766:8, 766:19, 768:19, 780:23, 791:17, 811:11, 811:12, 825:7, 825:8
**statewide** [3] - 712:6, 712:7, 802:24
**stations** [3] - 668:9, 668:10, 668:12
**statue** [2] - 777:9, 777:12
**stay** [3] - 668:21, 684:19, 791:9
**stayed** [2] - 838:19, 839:3
**steel** [7] - 670:5, 670:19, 672:8, 768:13, 768:15, 768:20, 785:3
**stenotype** [1] - 662:22
**Step** [3] - 708:1, 727:11, 727:14
**step** [4] - 747:5, 839:23, 846:13, 856:25
**steps** [1] - 757:23
**stick** [1] - 698:17
**still** [24] - 666:22, 699:21, 706:11, 706:12, 739:5, 759:7, 760:15, 761:14, 769:12, 770:15, 776:20, 791:21, 794:5, 795:6, 798:3, 798:5, 805:19, 806:7, 809:2, 814:21, 815:6, 841:11, 845:15, 857:10
**Stimpson** [21] - 693:14, 713:25, 714:3, 714:11, 714:17, 715:20, 715:21, 751:22, 752:17, 752:24, 753:10, 779:17, 843:15, 844:8, 844:12, 844:17, 844:22, 845:11, 851:19, 852:1, 852:3
**Stimpson's** [3] - 694:23, 844:19, 845:7
**stipends** [2] - 787:15, 787:20
**stockton** [1] - 748:9
**stole** [1] - 774:5
**stood** [1] - 731:7
**stop** [2] - 693:13, 856:13
**stopped** [1] - 748:5
**store** [1] - 791:23
**stores** [1] - 785:22
**stories** [1] - 797:24
**story** [7] - 710:19, 777:2, 790:10, 791:12, 813:15, 813:16
**straight** [1] - 735:24
**Street** [5] - 661:20, 661:24, 662:2, 662:5, 791:21
**strengthen** [1] - 684:7
**strides** [1] - 698:5
**strife** [1] - 841:20
**strike** [3] - 738:9, 833:25
**stroke** [1] - 756:1
**strong** [11] - 671:18, 671:20, 673:15, 688:8, 700:25, 753:9, 780:17, 804:14, 812:19, 830:6, 850:16
**strong-willed** [1] - 830:6
**stronger** [2] - 692:5, 770:22
**strongly** [3] - 694:23, 707:20, 708:15
**struggle** [1] - 744:5
**struggles** [1] - 791:21
**struggling** [5] - 680:1, 698:9, 751:8, 864:22, 864:25
**students** [10] - 669:1, 669:5, 669:8, 704:25, 705:1, 705:9, 757:12, 784:11, 784:12, 844:24
**studied** [1] - 844:3
**stuff** [6] - 705:23, 730:15, 747:1, 858:4, 860:8, 861:4
**subcommittee** [1] - 794:10
**subcommittees** [2] - 683:15
**subdivisions** [1] - 770:17
**subject** [1] - 710:2
**submarines** [1] - 781:10
**submitted** [3] - 785:24, 864:12, 864:16
**subscribe** [1] - 844:14
**substance** [3] - 730:10, 730:11, 730:13
**substances** [1] - 672:4
**substantial** [5] - 698:6, 717:20, 717:23, 759:19, 760:4
**suburban** [4] - 676:19, 676:20, 677:5, 747:24
**success** [1] - 845:2
**successful** [8] - 681:19, 691:3, 691:6, 709:13, 763:22, 766:22, 817:3, 849:19
**suffer** [1] - 788:25
**sufficient** [2] - 809:21, 810:10
**suggest** [3] - 685:22,

699:14, 714:24
**suggested** [1] - 844:10
**suggesting** [2] - 695:24, 837:10
**suggests** [1] - 724:7
**suing** [1] - 856:12
**suit** [1] - 691:5
**Suite** [5] - 661:17, 661:21, 661:24, 662:2, 662:6
**suited** [1] - 680:25
**Summerdale** [1] - 685:2
**Sumter** [6] - 750:16, 826:17, 826:21, 827:11, 827:12, 827:16
**sundown** [7] - 715:25, 716:1, 716:3, 716:5, 716:12, 824:6, 824:8
**super** [1] - 797:11
**superintendents** [1] - 684:15
**Superwoman** [1] - 829:3
**supplemental** [1] - 861:15
**suppliers** [1] - 770:3
**support** [21] - 692:5, 694:23, 695:21, 697:25, 706:6, 724:12, 733:16, 733:19, 752:21, 753:6, 785:3, 787:20, 808:18, 810:21, 813:21, 822:1, 832:2, 843:11, 847:12, 847:14, 851:22
**supported** [11] - 707:20, 708:15, 714:6, 733:19, 751:22, 813:19, 813:23, 852:15, 853:5, 853:16, 855:13
**supporters** [2] - 695:20, 753:9
**supportive** [4] - 806:14, 808:13, 808:15, 847:22
**suppose** [1] - 789:18
**supremacist** [1] - 728:3
**supremacists** [3] - 727:21, 727:25, 728:6
**surprise** [1] - 731:13
**surprised** [3] - 714:11, 714:13
**surround** [1] - 823:25
**switched** [1] - 842:1
**sworn** [2] - 664:9, 762:3
**Syndrome** [1] - 731:20
**synergy** [1] - 787:4
**system** [29] - 666:14, 669:25, 672:1, 672:18, 679:6, 682:25, 697:13, 698:3, 698:4, 698:7, 698:20, 708:7, 746:3, 750:7, 750:8, 751:7, 754:4, 754:9, 754:10, 754:15, 759:14, 759:15, 784:18, 784:20, 784:22, 815:7, 826:5
**systems** [2] - 667:17, 751:14

## T

**Table** [3] - 720:9, 720:11, 720:15
**tacked** [1] - 759:24
**tactical** [1] - 683:21
**talents** [1] - 848:22
**talks** [1] - 832:14
**tall** [1] - 665:25
**tax** [1] - 673:6
**taxpayer** [1] - 710:4
**taxpayers** [1] - 825:16
**teach** [1] - 784:19
**teachers** [1] - 845:1
**team** [6] - 695:11, 695:15, 696:4, 696:5, 716:24, 848:22
**teams** [1] - 716:24
**technology** [1] - 750:25
**televised** [1] - 797:15
**television** [2] - 668:8
**ten** [2] - 768:2, 796:1
**tend** [2] - 715:12, 757:22
**Tennessee** [1] - 711:22
**tens** [3] - 745:5, 749:2, 755:18
**tension** [2] - 776:22, 842:11
**tenure** [1] - 848:17
**term** [5] - 671:20, 762:24, 788:5, 788:7, 863:18
**terms** [9] - 688:22, 730:24, 730:25, 740:17, 740:18, 782:21, 803:4, 829:11, 843:20
**Terri** [11] - 733:6, 733:12, 788:13, 789:14, 791:10, 809:1, 810:7, 832:1, 853:3, 853:15, 855:18
**terrible** [1] - 725:23
**terribly** [1] - 761:10
**testified** [11] - 664:10, 706:15, 716:10, 733:2, 735:2, 756:17, 756:20, 762:4, 820:2, 829:10, 850:9
**testify** [4] - 852:20, 853:1, 853:4, 857:5
**testifying** [3] - 754:17, 790:23, 827:9
**testimony** [6] - 712:16, 712:19, 750:2, 756:15, 813:14, 838:3
**Thad** [1] - 682:25
**thanking** [3] - 812:12, 823:10, 853:23
**that'd** [1] - 688:14
**THE** [254] - 661:1, 661:1, 661:13, 661:15, 662:9, 662:10, 664:3, 664:5, 664:11, 664:13, 664:15, 665:19, 665:21, 665:24, 674:16, 674:17, 674:18, 674:19, 674:21, 680:18, 680:20, 680:21, 680:22, 681:3, 685:5, 685:6, 690:10, 690:13, 690:18, 690:21, 691:12, 691:13, 693:25, 694:2, 694:14, 694:15, 700:2, 700:4, 713:10, 713:12, 713:14, 729:20, 729:22, 729:25, 730:1, 734:13, 734:16, 734:17, 734:18, 734:22, 734:24, 734:25, 735:16, 735:20, 735:23, 736:12, 736:15, 736:16, 736:17, 737:14, 738:10, 739:1, 739:8, 742:24, 744:22, 744:23, 746:12, 746:16, 746:17, 746:20, 746:23, 746:25, 747:1, 747:2, 747:6, 747:7, 747:9, 747:12, 747:13, 747:14, 748:3, 748:7, 748:8, 748:9, 748:10, 748:13, 748:17, 748:20, 748:21, 750:13, 750:19, 750:20, 750:22, 751:16, 751:18, 752:7, 752:10, 753:14, 754:19, 756:9, 756:10, 756:12, 756:13, 756:14, 756:16, 756:17, 756:23, 757:4, 757:5, 757:6, 757:8, 757:9, 757:11, 757:14, 758:2, 758:7, 758:20, 758:23, 758:24, 759:1, 759:3, 759:4, 759:23, 759:25, 760:1, 760:3, 760:14, 760:16, 760:18, 760:20, 760:21, 761:3, 761:4, 761:6, 761:8, 761:9, 761:16, 761:19, 761:22, 761:24, 762:5, 762:7, 774:6, 774:8, 774:10, 783:22, 783:23, 783:24, 784:1, 784:2, 784:3, 785:9, 785:11, 786:25, 787:1, 789:22, 789:24, 790:18, 790:20, 790:21, 791:1, 791:7, 799:22, 800:1, 800:12, 800:22, 800:24, 801:2, 801:15, 801:20, 802:1, 802:2, 802:10, 802:12, 802:19, 802:20, 806:20, 806:23, 813:8, 820:25, 821:2, 821:9, 821:11, 821:18, 821:19, 821:20, 821:21, 829:2, 829:5, 829:7, 829:17, 829:20, 831:5, 831:8, 831:12, 831:14, 832:9, 832:11, 833:11, 836:21, 837:12, 837:16, 837:23, 838:1, 838:8, 838:21, 838:23, 839:4, 839:8, 839:14, 839:17, 839:25, 846:10, 846:19, 846:21, 849:9, 853:9, 853:10, 853:21, 853:24, 854:22, 855:1, 856:20, 856:22, 856:24, 856:25, 857:1, 857:2, 857:7, 857:11, 857:13, 857:18, 858:2, 858:8, 860:5, 860:7, 860:10, 860:16, 861:3, 861:8, 861:11, 861:12, 861:14, 861:22, 862:8, 862:16, 863:10, 863:20, 864:10, 864:15, 864:22, 865:4, 865:8, 865:13
**theirs** [1] - 865:6
**themselves** [5] - 706:22, 709:6, 719:12, 720:14, 821:3
**therefore** [1] - 764:19
**they've** [11] - 674:7, 685:21, 690:2, 720:1, 720:3, 720:16, 720:22, 720:25, 721:4, 727:7, 830:21
**thinks** [1] - 848:13
**third** [8] - 693:4, 793:3, 793:14, 793:15, 803:25, 836:2, 836:3, 836:5
**Third** [1] - 661:17
**Thomas** [1] - 745:11
**Thomasville** [8] - 821:3, 821:8, 821:22, 822:5, 822:25, 826:19, 826:20, 828:9
**thoroughly** [2] - 839:20, 862:23
**thoughts** [1] - 811:7
**thousand** [3] - 703:18, 834:10, 858:10
**thousands** [3] - 745:5,

749:2, 859:22
**thread** [1] - 755:10
**three** [31] - 669:11, 670:19, 678:14, 681:14, 689:6, 704:17, 734:3, 734:5, 734:9, 739:9, 741:3, 742:4, 771:7, 776:15, 782:25, 783:1, 788:2, 791:9, 805:15, 821:2, 821:21, 821:22, 821:25, 822:2, 822:4, 822:16, 823:22, 836:7, 840:14, 840:18, 855:18
**three-and-a-half** [2] - 776:15, 783:1
**three-judge** [1] - 840:18
**throat** [1] - 731:19
**throughout** [3] - 766:20, 781:5, 796:6
**throw** [2] - 690:6, 745:19
**Thurgood** [2] - 705:7, 705:8
**Thursday** [1] - 817:13
**Thyssenkrupp** [1] - 768:18
**ticking** [1] - 840:16
**tide** [1] - 747:2
**ties** [1] - 765:25
**tightly** [1] - 748:1
**timber** [8] - 669:21, 675:16, 685:9, 742:13, 769:11, 769:19, 821:14
**timberland** [1] - 769:12
**tiniest** [1] - 700:12
**tip** [1] - 792:23
**tirelessly** [1] - 832:2
**Title** [2] - 680:14, 710:3
**today** [16] - 664:20, 710:17, 711:1, 744:20, 746:4, 748:24, 761:15, 770:14, 770:22, 771:20, 784:20, 809:2, 812:18, 852:22, 853:1, 857:3
**today's** [1] - 831:23
**together** [41] - 667:9, 671:9, 674:2, 674:6, 690:15, 693:17, 694:8, 710:21, 711:6, 716:25, 734:10, 734:12, 735:3, 735:10, 745:19, 746:9, 747:17, 759:17, 764:11, 781:7, 788:23, 789:16, 804:15, 807:7, 807:17, 808:21, 809:5, 809:7, 809:8, 809:25, 810:6, 812:2, 818:5, 818:10, 820:6, 830:21, 834:9, 837:6, 861:3, 861:5
**toll** [1] - 771:13
**Tom** [1] - 804:11
**tomorrow** [4] - 857:5, 859:10, 860:25, 865:5
**took** [12] - 677:16, 677:23, 731:14, 731:16, 731:22, 748:12, 790:3, 794:6, 803:15, 812:11, 842:6, 852:25
**top** [6] - 674:20, 705:22, 753:18, 768:1, 779:22, 832:8
**topic** [2] - 715:22, 790:24
**topics** [1] - 863:8
**tortured** [1] - 863:2
**toss** [1] - 695:13
**total** [1] - 785:24
**totally** [1] - 840:1
**totem** [1] - 803:4
**touch** [3] - 684:19, 790:24, 817:4
**tourism** [12] - 671:3, 671:5, 671:7, 673:6, 675:21, 742:13, 745:25, 747:24, 770:15, 771:5, 771:10
**tourist** [2] - 673:6, 675:8
**toward** [1] - 863:5
**towards** [4] - 678:9, 704:9, 714:25, 821:13
**town** [26] - 686:16, 686:18, 700:6, 700:9, 700:15, 700:24, 701:4, 701:23, 701:25, 702:3, 718:6, 718:8, 733:22, 774:20, 788:17, 788:23, 795:15, 796:4, 796:5, 796:10, 809:24, 814:6, 815:13, 819:1, 820:6, 821:18
**towns** [1] - 674:6
**Toyota** [1] - 767:7
**trade** [1] - 785:1
**trades** [1] - 708:13
**trading** [1] - 669:17
**tradition** [1] - 823:5
**traditional** [2] - 680:13
**tragedies** [1] - 791:14
**tragedy** [2] - 728:1, 728:7
**Tragedy** [1] - 728:4
**train** [2] - 765:19, 767:12
**trained** [2] - 767:1, 767:8
**training** [6] - 682:8, 708:8, 766:21, 766:23, 767:11, 780:23
**Training** [1] - 766:24
**trajectory** [1] - 760:17
**transactions** [1] - 772:2
**Transcript** [1] - 662:21
**TRANSCRIPT** [1] - 661:12
**transcript** [1] - 866:5
**translate** [1] - 779:5
**translators** [2] - 778:14, 779:9
**transmit** [1] - 697:23
**transportation** [1] - 746:3
**travel** [6] - 668:3, 782:23, 787:19, 787:20, 796:14, 824:11
**traveling** [2] - 748:18, 824:12
**treacherous** [1] - 746:24
**treated** [3] - 682:20, 794:25, 795:1
**tremendous** [1] - 722:22
**TRIAL** [1] - 661:12
**trial** [2] - 858:24, 863:9
**tribe** [1] - 778:18
**tribulations** [1] - 717:3
**tricked** [1] - 729:18
**tried** [8] - 677:19, 722:20, 777:4, 780:13, 815:17, 822:17, 835:3, 846:16
**Trinity** [2] - 796:8
**trip** [1] - 862:23
**trophies** [1] - 797:9
**trouble** [1] - 785:15
**Troy** [18] - 682:11, 682:14, 682:21, 682:24, 695:6, 695:8, 695:10, 695:11, 695:20, 784:15, 785:7, 785:10, 785:12, 793:9
**truck** [1] - 687:21
**trucked** [1] - 672:13
**trucks** [1] - 795:21
**true** [15] - 672:8, 681:19, 693:9, 712:25, 713:2, 717:4, 719:24, 735:4, 739:7, 743:6, 743:10, 743:12, 744:1, 754:6, 772:13
**truly** [1] - 797:18
**Trump** [10] - 727:16, 727:19, 728:9, 728:14, 729:1, 730:6, 731:18, 731:20, 731:25, 755:12
**trust** [2] - 779:12, 854:25
**truth** [2] - 674:5, 773:25
**try** [39] - 665:16, 685:17, 689:5, 689:17, 689:18, 699:11, 701:9, 701:15, 702:16, 702:17, 702:20, 704:6, 704:24, 705:9, 706:1, 706:10, 707:17, 712:23, 729:17, 734:10, 743:4, 743:20, 744:5, 793:24, 807:7, 814:6, 817:23, 817:24, 830:6, 834:9, 834:20, 838:2, 842:5, 849:16, 851:12, 856:12
**trying** [24] - 665:22, 675:23, 676:19, 690:3, 690:24, 693:10, 693:13, 693:16, 694:12, 705:16, 708:10, 712:3, 726:22, 741:7, 754:11, 754:16, 765:19, 779:2, 792:3, 802:12, 838:1, 841:4, 849:3
**Tuesday** [1] - 817:14
**tunnels** [1] - 771:15
**turn** [9] - 672:6, 709:21, 713:5, 735:11, 735:12, 736:11, 736:20, 760:23, 776:20
**turned** [2] - 701:20, 759:6
**turning** [1] - 770:17
**Tuscaloosa** [6] - 696:4, 767:5, 774:9, 827:24, 837:5, 844:14
**Tuskegee** [2] - 691:23, 759:12
**tweets** [4] - 729:6, 729:10, 730:4, 731:15
**twice** [1] - 714:4
**twisting** [1] - 810:15
**two** [80] - 666:13, 666:15, 667:17, 677:2, 679:16, 680:8, 681:13, 683:23, 689:13, 690:2, 690:4, 693:7, 697:5, 698:11, 699:1, 699:11, 704:11, 704:13, 705:22, 708:7, 709:14, 726:25, 730:8, 734:14, 740:14, 741:1, 745:2, 745:15, 746:8, 748:1, 750:10, 753:13, 753:14, 759:6, 759:9, 759:14, 771:7, 772:17, 778:10, 783:10, 783:15, 783:17, 784:4, 784:20, 784:22, 784:23, 788:21, 789:9, 793:21, 794:6, 797:3, 806:6, 817:4, 820:17, 822:9, 824:19, 824:20, 826:22, 827:1, 836:14, 839:12, 840:14, 841:2, 843:14, 844:6, 848:15, 850:16, 852:12, 854:6,

854:12, 854:18, 856:5, 857:16, 860:7, 862:22, 865:9
**two-and-a-half** [1] - 794:6
**two-lane** [1] - 826:22
**two-year** [10] - 666:13, 708:7, 759:6, 759:9, 759:14, 784:4, 784:20, 784:22, 784:23
**type** [9] - 678:20, 751:8, 759:21, 768:8, 784:19, 795:1, 825:7, 842:6, 851:15
**types** [6] - 678:20, 722:12, 740:22, 750:25, 751:15, 828:23
**Tyson** [1] - 756:20

## U

**U.S** [5] - 667:19, 670:4, 670:5, 715:13, 746:22
**U.S.C** [1] - 662:21
**UAB** [1] - 772:18
**ultimately** [5] - 677:23, 807:22, 838:17, 838:19, 843:14
**unanimously** [3] - 710:16, 710:17, 760:13
**unarmed** [1] - 796:12
**unavoidable** [2] - 849:23, 850:7
**uncomfortable** [1] - 716:11
**under** [18] - 666:8, 689:13, 703:10, 705:6, 710:2, 716:10, 725:7, 725:20, 726:11, 726:17, 754:22, 755:5, 759:7, 827:25, 845:5, 847:17, 847:24, 863:18
**underlying** [1] - 715:12
**underrepresentation** [1] - 831:25
**underserved** [1] - 705:15
**understood** [5] - 759:7, 828:21, 832:21, 832:22,

832:25
**unexpired** [1] - 826:25
**unfair** [1] - 832:6
**unfortunate** [1] - 842:6
**unfortunately** [4] - 779:6, 824:22, 825:11, 842:18
**unified** [2] - 694:7, 694:9
**uniforms** [1] - 845:1
**union** [4] - 726:9, 810:16, 819:2, 819:4
**unique** [9] - 675:18, 677:12, 678:4, 678:5, 681:3, 765:11, 765:24, 774:13, 778:25
**uniquely** [1] - 680:25
**unite** [2] - 686:20, 855:16
**United** [21] - 664:21, 669:15, 677:25, 696:3, 704:15, 707:19, 710:1, 721:13, 724:21, 726:13, 762:21, 765:13, 766:8, 766:19, 768:19, 780:23, 791:17, 811:11, 811:12, 825:7, 825:8
**united** [6] - 715:24, 738:18, 747:11, 806:13, 807:20
**UNITED** [2] - 661:1, 661:14
**unity** [4] - 694:17, 694:18, 824:2, 863:4
**universities** [3] - 668:23, 669:5, 682:16
**University** [20] - 668:15, 668:25, 669:4, 670:21, 670:22, 682:12, 682:14, 682:15, 682:24, 695:6, 695:8, 695:12, 704:14, 751:6, 758:22, 772:16, 780:20, 784:8, 784:9
**university** [6] - 669:1, 682:11, 682:12, 695:21, 759:9, 772:17
**unless** [2] - 786:21, 849:24
**unlike** [2] - 764:14, 777:24

**unlikely** [2] - 804:21, 857:25
**unloading** [1] - 778:6
**unnecessary** [2] - 835:17, 838:16
**unopposed** [2] - 795:5
**unquote** [2] - 728:19, 849:1
**untrue** [1] - 780:3
**unusual** [6] - 668:19, 672:8, 679:10, 690:13, 697:12, 758:5
**unwelcome** [1] - 850:23
**unwind** [1] - 846:16
**up** [88] - 670:2, 675:14, 675:21, 678:17, 680:14, 682:5, 683:14, 686:10, 686:12, 691:5, 693:12, 695:5, 697:11, 697:14, 697:16, 697:20, 697:22, 699:17, 699:19, 699:25, 701:6, 702:5, 707:23, 709:15, 711:23, 712:3, 712:21, 724:3, 725:6, 725:22, 731:1, 731:18, 732:14, 732:15, 738:10, 742:4, 747:2, 753:3, 755:14, 756:21, 757:5, 757:12, 758:15, 760:12, 763:25, 766:11, 767:7, 768:10, 768:11, 769:22, 771:13, 773:5, 773:6, 776:21, 791:24, 793:16, 794:14, 799:24, 811:23, 812:7, 812:25, 819:13, 825:14, 826:17, 826:18, 827:7, 827:8, 827:16, 827:17, 828:6, 831:4, 831:15, 833:8, 835:8, 835:9, 835:10, 835:11, 835:22, 835:23, 842:12, 847:20, 848:5, 848:19, 855:7, 856:14, 858:19, 859:14
**upcoming** [1] - 840:16

**upheld** [1] - 840:17
**upriver** [1] - 672:1
**upset** [3] - 818:21, 818:22, 819:3
**upwards** [2] - 714:17, 844:18
**Urban** [2] - 720:24, 743:10
**urban** [18] - 667:12, 675:7, 675:25, 688:4, 688:9, 688:19, 698:11, 698:16, 740:12, 740:13, 740:16, 740:19, 740:20, 740:21, 741:15, 742:9, 750:15, 751:2
**USA** [1] - 678:12
**uses** [1] - 672:1
**usual** [1] - 863:24

## V

**VA** [3] - 703:21, 703:25, 705:25
**vacancy** [2] - 793:18, 827:1
**vacations** [2] - 817:15, 817:18
**valid** [1] - 830:22
**validity** [1] - 862:2
**Valley** [1] - 711:22
**valuable** [1] - 703:7
**value** [1] - 816:7
**values** [1] - 810:24
**variety** [1] - 722:14
**various** [4] - 671:21, 679:17, 684:17, 716:7
**vast** [11] - 678:15, 702:10, 706:21, 708:19, 709:9, 718:3, 730:14, 746:5, 784:11
**vehicles** [1] - 746:6
**Vernon** [1] - 701:7
**versa** [1] - 788:5
**version** [1] - 735:22
**versions** [1] - 800:20
**veterans** [1] - 781:5
**Veterans** [2] - 774:25, 781:4
**VI** [1] - 662:21
**vice** [1] - 788:5
**victims** [1] - 812:5
**Vietnam** [2] - 675:13, 778:7
**view** [8] - 702:24, 710:12, 715:25, 742:15, 764:13,

823:19, 850:18, 851:25
**viewpoint** [1] - 816:13
**views** [3] - 732:18, 794:23, 815:19
**VII** [2] - 680:14, 710:3
**village** [1] - 778:2
**violate** [1] - 855:15
**violation** [3] - 831:2, 853:6
**violent** [1] - 708:13
**virtually** [2] - 672:3, 673:2
**visionary** [1] - 710:11
**visit** [1] - 797:5
**visited** [2] - 796:20, 797:8
**vividly** [1] - 842:3
**vocal** [1] - 699:22
**voice** [3] - 760:13, 830:20, 832:7
**Vol** [1] - 662:21
**VOLUME** [1] - 661:13
**vote** [33] - 706:9, 706:10, 706:12, 706:16, 706:19, 708:1, 708:17, 714:8, 714:12, 714:18, 714:21, 714:22, 715:6, 729:4, 729:21, 729:24, 743:18, 760:11, 803:5, 810:16, 815:18, 819:3, 819:5, 819:6, 830:6, 832:6, 832:7, 838:9, 840:8, 844:12, 844:18, 845:7
**voted** [16] - 707:14, 708:4, 708:15, 708:20, 715:20, 718:4, 723:19, 729:9, 729:15, 810:17, 814:16, 815:23, 816:2, 830:4
**voter** [1] - 832:5
**voters** [6] - 751:23, 810:22, 831:25, 837:8, 852:16
**votes** [4] - 718:9, 718:10, 814:20, 817:25
**Voting** [9] - 724:16, 724:20, 725:8, 726:17, 814:19, 815:23, 832:4, 853:6, 855:15
**voting** [7] - 725:4, 725:9, 729:18,

832:2, 835:16, 844:6, 845:13
**vs** [6] - 661:8, 737:21, 737:23, 833:24, 861:19, 861:23

## W

**wait** [8] - 680:18, 712:21, 713:6, 756:25, 757:13, 758:6, 800:22, 862:9
**waiting** [2] - 757:13, 757:14
**walk** [2] - 695:15, 695:16
**walked** [3] - 695:10, 695:11, 797:2
**WALKER** [6] - 861:21, 862:6, 862:15, 865:2, 865:6, 865:10
**Walker** [1] - 662:13
**walking** [1] - 758:17
**Wallace** [2] - 771:15, 784:17
**Walter** [1] - 799:10
**wants** [3] - 681:9, 694:4, 702:8
**War** [1] - 677:24
**war** [2] - 675:13, 797:1
**warned** [1] - 702:13
**wars** [1] - 796:17
**Washington** [34] - 661:18, 661:21, 662:3, 662:6, 662:11, 667:14, 667:23, 668:13, 669:6, 670:3, 672:25, 673:16, 683:5, 697:9, 712:17, 713:18, 743:17, 743:22, 765:6, 766:1, 768:11, 771:23, 772:12, 775:4, 778:19, 778:20, 781:8, 787:8, 787:19, 796:2, 817:13, 826:12, 841:21, 848:18
**water** [5] - 670:12, 671:12, 671:14, 678:7, 767:21
**watermelons** [1] - 687:2
**waters** [1] - 671:16
**ways** [9] - 667:8, 679:17, 681:4, 684:17, 685:22, 745:14, 791:12,

815:7, 820:16
**weapon** [1] - 796:13
**weather** [1] - 746:23
**WEAVER** [1] - 661:23
**Wednesday** [1] - 855:12
**week** [10] - 697:6, 705:5, 760:4, 810:5, 825:13, 839:10, 859:14, 865:8, 865:10, 865:11
**weekend** [2] - 774:9, 791:20
**weekly** [1] - 668:12
**weeks** [4] - 817:12, 821:22, 828:13, 865:9
**weight** [4] - 684:8, 716:18, 745:20, 862:1
**welcome** [1] - 821:11
**welcomes** [1] - 702:4
**weld** [1] - 766:25
**well-being** [1] - 794:16
**well-to-do** [4] - 676:1, 742:9
**west** [7] - 676:20, 676:21, 686:8, 692:12, 754:12, 785:20, 837:6
**West** [2] - 677:19, 833:24
**western** [6] - 686:4, 686:6, 701:5, 734:22, 751:5, 783:13
**wheelchair** [1] - 826:10
**whereas** [1] - 740:13
**whichever** [1] - 712:19
**White** [2] - 790:2, 791:16
**white** [31] - 676:18, 676:25, 694:21, 704:1, 714:16, 714:18, 714:21, 715:19, 716:23, 724:3, 724:5, 727:21, 727:24, 728:3, 728:6, 732:15, 751:22, 752:15, 777:14, 779:16, 779:25, 794:15, 796:21, 797:19, 809:11, 842:5, 843:15, 844:17, 844:18, 846:17, 851:18
**whites** [4] - 723:11,

723:16, 728:6, 732:13
**whoa** [1] - 862:8
**whole** [12] - 671:15, 729:14, 729:16, 752:25, 753:11, 760:5, 768:6, 800:17, 800:20, 809:4, 835:13, 839:10
**wide** [1] - 722:13
**wider** [2] - 742:18, 776:3
**wife** [2] - 665:11, 797:4
**Wilcox** [2] - 773:6, 773:16
**willed** [1] - 830:6
**WILLIAMS** [1] - 661:6
**Willie** [1] - 697:4
**win** [2] - 706:8, 795:3
**wind** [2] - 747:1, 747:3
**winded** [1] - 789:2
**winning** [1] - 715:15
**Winston** [2] - 679:3
**Wiregrass** [7] - 769:2, 769:11, 780:11, 780:18, 786:22, 788:6, 793:22
**wise** [3] - 684:22, 795:18, 836:16
**wish** [2] - 702:2, 777:19
**wishing** [1] - 812:11
**withdraw** [3] - 860:21, 865:3, 865:6
**withdrawn** [1] - 859:5
**witness** [8] - 664:5, 712:17, 713:11, 761:19, 761:24, 768:14, 813:7, 857:3
**WITNESS** [73] - 664:13, 674:17, 674:19, 680:20, 680:22, 685:6, 690:13, 690:21, 691:13, 694:2, 694:15, 729:22, 730:1, 734:16, 734:18, 734:24, 736:15, 736:17, 744:23, 746:16, 746:20, 746:25, 747:2, 747:7, 747:12, 747:14, 748:7, 748:9, 748:13, 748:20, 750:19, 750:22, 751:18, 754:19, 756:10, 756:13,

756:16, 757:4, 757:6, 757:9, 757:14, 758:7, 758:23, 759:1, 759:4, 759:25, 760:3, 760:16, 760:20, 761:4, 761:8, 762:7, 774:8, 783:23, 784:1, 784:3, 785:11, 787:1, 789:24, 790:20, 791:7, 800:24, 802:2, 802:20, 821:2, 821:11, 821:19, 821:21, 829:5, 846:21, 853:10, 856:24, 857:1
**witnesses** [5] - 756:19, 804:14, 824:8, 853:7, 857:24
**woman** [6] - 692:21, 710:9, 727:24, 752:15, 798:2, 851:18
**women** [3] - 745:12, 797:24, 811:2
**Women's** [3] - 720:9, 720:11, 720:15
**won** [3] - 752:20, 804:24, 851:21
**wonder** [3] - 726:3, 860:1, 860:3
**wonderful** [2] - 786:19, 791:18
**wondering** [1] - 859:4
**Wood** [1] - 682:18
**word** [4] - 707:8, 779:5, 802:21, 824:7
**words** [2] - 729:20, 832:17
**worker** [1] - 766:23
**worker-training** [1] - 766:23
**workers** [9] - 765:19, 766:13, 766:14, 766:20, 766:21, 767:10, 784:21, 784:23
**workforce** [3] - 708:8, 767:9, 845:3
**works** [5] - 682:16, 690:8, 705:8, 720:7, 809:7
**world** [9] - 678:10, 682:20, 682:22, 766:19, 768:15, 769:17, 777:6, 798:4
**world-class** [1] - 798:4

**worse** [4] - 712:10, 722:17, 786:11, 831:7
**wrestling** [1] - 862:5
**write** [2] - 795:6, 823:10
**write-ins** [1] - 795:6
**writing** [3] - 829:18, 859:11, 860:3
**wrote** [2] - 760:9, 861:16

## Y

**y'all** [12] - 739:10, 791:1, 857:20, 858:4, 858:10, 859:15, 859:18, 859:20, 860:22, 861:3, 861:5, 863:7
**year** [36] - 664:24, 666:13, 668:23, 669:9, 669:10, 684:14, 684:15, 684:16, 684:17, 701:18, 708:7, 728:18, 752:5, 755:16, 759:6, 759:9, 759:14, 763:12, 769:8, 771:7, 784:3, 784:4, 784:20, 784:22, 784:23, 790:1, 791:14, 796:25, 801:10, 811:4, 817:10, 817:11, 817:12, 825:6, 826:10
**yearly** [1] - 684:19
**years** [48] - 666:5, 666:15, 666:18, 669:18, 677:16, 679:12, 680:5, 686:16, 695:9, 697:4, 697:5, 700:10, 701:14, 704:17, 709:23, 733:9, 735:5, 752:25, 755:5, 763:10, 763:15, 765:3, 766:18, 769:6, 770:23, 771:1, 771:4, 771:11, 771:22, 774:3, 777:13, 784:21, 791:4, 794:19, 796:1, 803:19, 813:6, 817:4, 832:4, 835:5, 848:15, 848:18,

849:4, 854:13
**YellaWood** [1] -
682:19
**yellow** [2] - 687:25,
793:2
**yesterday** [1] - 854:24
**York** [1] - 787:16
**young** [13] - 727:24,
767:10, 767:12,
797:10, 797:20,
798:2, 798:8,
800:11, 812:14,
813:15, 823:7,
842:10, 844:24
**younger** [2] - 676:24,
677:3
**yourself** [5] - 685:14,
695:22, 703:13,
835:13, 836:24

## Z

**zero** [3] - 746:1,
773:12, 850:1
**zone** [1] - 748:19
**zoom** [1] - 752:7