# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

EVAN MILLIGAN, et al.,

*Plaintiffs*,

vs.

JOHN H. MERRILL, et al.,

*Defendants*.

No. 2:21-cv-01530
THREE-JUDGE COURT

## *MILLIGAN* PLAINTIFFS' RESPONSE TO COURT INQUIRY REGARDING REMEDIAL PROCEEDINGS

At the status conference held on January 28, 2022, the Court solicited the parties' positions as to the appointment of Richard F. Allen of Capell & Howard P.C. as special master and Dr. Nathaniel Persily as cartographer, in the event that the Alabama Legislature declines to pass remedial maps by the Court's deadline. The *Milligan* Plaintiffs do not oppose the joint appointment of Mr. Allen and Dr. Persily to aid the Court in remedial proceedings but respectfully request that the Court appoint them as co-special masters or otherwise ensure that both have substantive decision-making authority in submitting recommendations to the Court.

Mr. Allen brings a record of distinguished public service and knowledge of Alabama, while Dr. Persily carries an extensive record of working as a special master

and consultant to aid courts in crafting remedial plans for congressional and state legislative districts. Their experience complements each other's well and suits a co-equal relationship and partnership in making recommendations to this Court.

Respectfully submitted,

*/s/ Deuel Ross*
Deuel Ross*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*

DATED this 1st day of February 2022.

*/s/ Sidney M. Jackson*
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
  FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

*/s/ Davin M. Rosborough*
Davin M. Rosborough*
Julie Ebenstein*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org

*/s/ LaTisha Gotell Faulks*
LaTisha Gotell Faulks (ASB-1279-I63J)
Kaitlin Welborn*
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754

| | |
|---|---|
| HOGAN LOVELLS US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>(212) 918-3000<br>david.dunn@hoganlovells.com<br><br>Michael Turrill*<br>Harmony A. Gbe*<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4600<br>michael.turrill@hoganlovells.com<br>harmony.gbe@hoganlovells.com | tgfaulks@aclualabama.org<br>kwelborn@aclualabama.org<br><br>Blayne R. Thompson*<br>HOGAN LOVELLS US LLP<br>609 Main St., Suite 4200<br>Houston, TX 77002<br>(713) 632-1400<br>blayne.thompson@hoganlovells.com |

*Attorneys for Milligan Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record on February 1, 2022.

<u>/s/ Davin Rosborough</u>
Counsel for Plaintiffs