FILED
2022 Mar-04 AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 04, 2022

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 22-10278-BB
Case Style: Evan Milligan, et al v. Secretary of State for the State of Alabama, et al
District Court Docket No: 2:21-cv-01530-AMM

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Richardson, BB/lt
Phone #: (404) 335-6174

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10278-BB

_____

EVAN MILLIGAN,
SHALELA DOWDY,
LETETIA JACKSON,
KHADIDAH STONE,
GREATER BIRMINGHAM MINISTRIES, et al.,

                              Plaintiffs - Appellees,

versus

SECRETARY OF STATE FOR THE STATE OF ALABAMA,
JIM MCCLENDON,
in official capacity as Co-Chairs of the Alabama Permanent
Legislative Committee on Reapportionment,
CHRIS PRINGLE,
official capacity as Co-Chairs of the Alabama Permanent
Legislative Committee on Reapportionment,

                              Defendants - Appellants.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Pursuant to Appellants Jim McClendon, Chris Pringle and Secretary of State for the State of Alabama's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective March 04, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                              FOR THE COURT - BY DIRECTION