## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | **Case No.: 2:21-cv-1530-AMM** |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR ASHLEY BURRELL

Pursuant to Local Rule 83.1(b), the applicants hereby move this Court to permit Ashley Burrell, an attorney at the NAACP Legal Defense and Educational Fund, Inc., to be admitted to practice before this Court in this matter *pro hac vice* on behalf of the Plaintiffs. Ms. Burrell designates Nicki Lawsen in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the Plaintiffs in this matter. In support of this Motion, the applicants attach the Declaration of Ashley Burrell.

The applicants respectfully request that this Court grant this application and permit Ms. Burrell to appear as counsel *pro hac vice* and participate as co-counsel for the Plaintiffs in this matter.

DATED this 3rd day of November, 2022.

                                        Respectfully submitted,

                                        */s/ Nicki Lawsen*
                                        Nicki Lawsen (ASB-2602-C00K)
                                        Wiggins Childs Pantazis Fisher Goldberg, LLC
                                        301 19th Street North
                                        Birmingham, AL 35203
                                        Phone: (205) 314-0500
                                        E-mail: nlawsen@wigginschilds.com

                                        ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

                                      */s/ Nicki Lawsen*
                                      Nicki Lawsen (ASB-2602-C00K)
                                      Wiggins Childs Pantazis Fisher Goldberg, LLC
                                      301 19th Street North
                                      Birmingham, AL 35203
                                      Phone: (205) 341-0498
                                      E-mail: nlawsen@wigginschilds.com