## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | **Case No.: 2:21-cv-1530-AMM** |

## DECLARATION OF ASHLEY BURRELL

I state, under penalty of perjury, that:

1) My residential address is 346 Macon Street Apt. 2, Brooklyn. New York 11233.

2) I am an Assistant Counsel at the NAACP Legal Defense and Educational Fund, Inc. at 40 Rector Street, 5th floor, New York, NY 10006; Phone: (212) 217-1682; Email: aburrell@naacpldf.org.

3) I am admitted to practice in the State of New York (admitted 2014); United States District Court for the Eastern District of New York (admitted 2019); United States District Court for the Southern District of Texas (admitted 2022); United States for the Eastern District of Arkansas (admitted 2022); and United States Supreme Court (admitted 2022).

4) I am in good standing and eligible to practice in all courts to which I am admitted.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate Nicki Lawsen (ASB-2602-C00K) as my Local Counsel in this matter. Ms. Lawsen is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2022.

        Respectfully submitted,

        */s/ Ashley Burrell*
        Ashley Burrell
        NAACP Legal Defense and Educational Fund, Inc.
        40 Rector St, 5th Floor
        New York, NY 10006
        Phone: (212) 217-1682
        E-mail: aburrell@naacpldf.org

        ***Applicant Attorney for Plaintiffs***