IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>  *Plaintiffs*,<br><br>  vs.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>  *Defendants*. | |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR DAYTON CAMPBELL-HARRIS

  Pursuant to Local Rule 83.1(b), the applicants hereby move this Court to permit Dayton Campbell-Harris, attorney at the American Civil Liberties Union Foundation, to be admitted to practice before this Court in this matter *pro hac vice* on behalf of the Plaintiffs. Mr. Campbell-Harris designates LaTisha Gotell Faulks, in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the Plaintiffs in this matter. In support of this Motion, the applicants attach the Declaration of Dayton Campbell-Harris.

  The applicants respectfully request that this Court grant this application and permit them to appear as counsel *pro hac vice* and participate as co-counsel for the Plaintiffs in this matter.

DATED this 22nd day of November, 2022.

                                                   Respectfully submitted,

/s/ LaTisha Gotell Faulks
LaTisha Gotell Faulks
(ASB#1279I63J)
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
Phone: (334) 265-2754
E-mail: tgfaulks@aclualabama.org

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

                                /s/ LaTisha Gotell Faulks
                                LaTisha Gotell Faulks
                                (ASB#1279I63J)
                                ACLU of Alabama Foundation
                                P.O. Box 6179
                                Montgomery, AL 36106-0179
                                Phone: (334) 265-2754
                                E-mail: tgfaulks@aclualabama.org