IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EVAN MILLIGAN, SHALELA DOWDY, LETITIA JACKSON, KHADIDAH STONE, ADIA WINFREY, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,

*Plaintiffs*,

vs.

JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, and JIM MCCLENDON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment,

*Defendants*.

### DECLARATION OF DAYTON CAMPBELL-HARRIS

I state, under penalty of perjury, that:

1) My residential address is **REDACTED** New York, NY 10004

2) I am a Staff Attorney with the American Civil Liberties Union Foundation, at 125 Broad Street, New York, NY 10004; Phone: (212) 549-2500; dcampbell-harris@aclu.org.

3) I am admitted to practice in the following courts: the State of Washington (admitted August 2022), the U.S. Court of Appeals for the Sixth Circuit (admitted August 2022), and the U.S. District Court for the Eastern District of Michigan (admitted August 2022).

4) I am a member in good standing in all courts to which I am admitted.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate LaTisha Gotell Faulks (ASB #1279I63J) as my Local Counsel in this matter. Ms. Faulks is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2022.

/s/ Dayton Campbell-Harris
———————————————
Dayton Campbell-Harris
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
Phone: (212) 549-2500
E-mail: dcampbell-harris@aclu.org

***Applicant Attorney for Plaintiffs***