FILED
2023 Jan-30 AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN H. MERRILL, *in his* )<br>*official capacity as Alabama* )<br>*Secretary of State*, )<br>)<br>Defendant. )<br>) | **CASE NO.: 2:21-CV-1291-AMM**<br><br>**THREE JUDGE COURT** |
| EVAN MILLIGAN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN H. MERRILL, *in his* )<br>*official capacity as Alabama* )<br>*Secretary of State*, )<br>)<br>Defendant. )<br>) | **CASE NO.: 2:21-CV-1530-AMM**<br><br>**THREE JUDGE COURT** |

**MOTION TO EXTEND THE DEADLINE FOR
MAKING INITIAL DISCLOSURES AS APPLIED TO THE
SENATE AND HOUSE CHAIRS OF THE ALABAMA LEGISLATURE'S
PERMAMENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT**

Come now the Senate and House Chairs of the Alabama Legislature's Permanent Legislative Committee on Reapportionment and move the Court to extend, as applied to them, the January 30, 2023 deadline for making Initial Disclosures. *See Caster*, doc. 143, *Milligan*, doc. 157, and *Singleton*,

20616086.1

doc. 124 (uniform scheduling orders). As grounds for this motion, the Senate and House Chairs show the following:

1. On midnight of Election Day, November 8, 2022, the Alabama Legislature elected four years earlier ceased to exist, and consequently Sen. Jim McClendon and Rep. Chris Pringle ceased to be Chairs of the Reapportionment Committee. Sen. McClendon and Rep. Pringle were defendants in their official capacities. See *Caster*, doc. 60 (seeking leave to intervene in their official capacities), doc. 69 (granted); *Milligan*, doc. 1 (naming Sen. McClendon and Rep. Pringle as defendants in their official capacities), and *Singleton*, doc. 25 (moving to intervene in their official capacities), doc. 32 (granted).

2. In January 2023 the State's new Legislature met for a short organizational session to, *inter alia*, appoint committees. However, the Legislature did not appoint new members to the Reapportionment Committee.

3. The new Legislature's first regular session commences March 7, 2023. In that session, the Legislature is expected to promptly appoint new members of the Reapportionment Committee.

4. Until new Senate and House Chairs of the Reapportionment Committee are elected by the Committee's new members, the undersigned

has no authority to make initial disclosures in compliance with the January 30, 2023 deadline ordered in the *Caster*, *Milligan*, and *Singleton* cases. (However, as a practical matter, the Reapportionment Committee's Initial Disclosures are expected to be almost identical to those of co-defendant, the Alabama Secretary of State).

5. Because of these circumstances, the Court is moved to extend the deadline for the Chairs of the Reapportionment Committee to make Initial Disclosures until two week after the Legislature appoints a new Reapportionment Committee and the Committee is able to meet and elect new Chairs.

6. The undersigned has spoken to counsel for the *Caster*, *Milligan*, and *Singleton* plaintiffs, who each have authorized this statement that they do not oppose this motion.

Respectfully submitted this the 30th day of January, 2023.

*s/ Dorman Walker*

**OF COUNSEL:**
Dorman Walker (ASB-9154-R81J)
Email: dwalker@balch.com
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138

3

20616086.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ Dorman Walker*
Of Counsel

4

20616086.1