# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SINGLETON,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:21-cv-1291-AMM** |
| | ) | |
| **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) ) ) ) | **THREE-JUDGE COURT** |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **EVAN MILLIGAN,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:21-cv-1530-AMM** |
| | ) | |
| **WES ALLEN,** *in his official capacity as Secretary of State of Alabama*, *et al.*, | ) ) ) ) | **THREE-JUDGE COURT** |
| | ) | |
| **Defendants.** | ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 25(d), Wes Allen, who is the current Secretary of State of Alabama, is hereby substituted for former Secretary John H. Merrill as a defendant in this action. Secretary Allen is **ORDERED** to

inform the court no later than **FEBRUARY 27, 2023**, of the latest date by which a Congressional map must be in place for it to be used in the 2024 election.

**DONE** and **ORDERED** this 8th day of February, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE


_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE