# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, et al., <br><br> *Defendants*. | No. 2:21-cv-01291-AMM |
| EVAN MILLIGAN, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, et al., <br><br> *Defendants*. | No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, et al., <br><br> *Defendants*. | No. 2:21-cv-01536-AMM |

1

## [PROPOSED] REMEDIAL SCHEDULING ORDER

These cases are before the Court on the *Milligan* and *Caster* Plaintiffs' joint motion for a remedial scheduling order. *Milligan*, Doc. __; *Caster*, Doc. __. Based on their motion, the parties are ordered to proceed as follows:

1. The Legislature shall have until July 21, 2023 to enact a remedial proposal. As the Court previously instructed the parties in its order granting a preliminary injunction against Alabama's 2021 redistricting plan, the "appropriate remedy" to the identified violation of § 2 of the Voting Rights Act is "a congressional redistricting plan that includes either an additional majority-Black congressional district, or an additional district in which Black voters otherwise have an opportunity to elect a representative of their choice." *Milligan*, Doc. 107 at 5.

2. Within seven (7) days of the Legislature enacting a remedial proposal, but no later than July 26, 2023, Defendants shall file a status report notifying the Court about the Legislature's efforts to enact a remedy. If the Legislature does enact a proposed remedial plan, all Defendants shall submit a joint Memoranda describing that proposal with supporting evidence, including expert reports. Defendants shall explain whether the Legislature's proposed remedial plan "*completely* remedies the prior dilution of minority voting strength and *fully* provides equal opportunity for minority citizens to participate and to elect candidates of their choice." *Dillard v.*

*Crenshaw Cty.*, 831 F. 2d 246, 252 (11th Cir. 1987) (quoting S. Rep. No. 97-417, at 31). Defendants' joint Memoranda shall be limited to twenty-five (25) pages.

3. On or before August 2, 2023, each Plaintiff Group may file separate Memoranda and supporting evidence, including expert reports, in response to Defendants' status report and Memoranda. Each Plaintiff Group shall state their position, including any objections, on the Legislature's remedial proposal. Each Plaintiff Group may also submit up to two alternative remedial proposals for the Court's consideration. Each Memoranda shall be limited to twenty-five (25) pages.

4. If necessary, the Court will hold an evidentiary hearing on the proposed remedial maps during the week of August 14, 2023.

DONE and ORDERED this ___ day of June 2023.

STANLEY MARCUS
UNITED STATES CIRCUIT JUDGE

ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE

TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

3