FILED
2023 Jun-22 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br><br>*Defendants*. | No. 2:21-cv-01536-AMM |
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br><br>*Defendants*. | No. 2:21-cv-01530-AMM |

**PLAINTIFFS' UNOPPOSED MOTION TO DEFER MOTIONS FOR ATTORNEYS' FEES**

*Caster* and *Milligan* Plaintiffs, by and through their attorneys, respectfully request that the Court order any motions for attorneys' fees to be filed no earlier than 21 days after the Court's approval of a remedial plan or 21 days after July 28, 2023, if no Plaintiff files an objection to a new plan enacted by the Alabama Legislature

on or before July 21, 2023. In support, Plaintiffs state as follows:

1. On January 24, 2022, the Court granted Plaintiffs' motion for a preliminary injunction and enjoined Defendant Alabama Secretary of State from conducting congressional elections according to the 2021 redistricting plan. *Caster* Doc. 101 at 5–6.

2. On February 7, 2022, the Supreme Court stayed the Court's preliminary injunction order pending further order on the merits. *Merrill v. Milligan*, 142 S. Ct. 879 (2022).

3. On June 8, 2023, the Supreme Court issued its opinion in *Allen v. Caster*, No. 21-1087, affirming this Court's preliminary injunction order. *Allen v. Milligan*, No. 21-1086, ---U.S.----, ---S. Ct.----, 2023 WL 3872517 (June 8, 2023).

4. A few days later, the Supreme Court vacated its stay, allowing the Court to proceed. *Allen v. Milligan*, No. 21-1086, ---U.S.----, ---S. Ct.---- (June 12, 2023).

5. Based on the Supreme Court's decision and this Court's preliminary injunction order, Defendants filed a notice advising the Court that "the Alabama Legislature intends to enact a new congressional redistricting plan that will repeal and replace the 2021 Plan." *Caster* Doc. 154 at 2.

6. Earlier this week, the Court issued an order governing the remedial process. *Caster* Doc. 156. Among other deadlines, the Court ordered Defendants to advise the Court on or before July 21, 2023, whether a new congressional plan has

been enacted by the Alabama Legislature, and if so, the Court ordered Plaintiffs to file any objections to that plan by July 28, 2023, with a hearing, if necessary, commencing August 14, 2023. *Id.* at 4–5.

7. Plaintiffs intend to file a motion seeking an award of attorneys' fees pursuant to 42 U.S.C. § 1988. While § 1988 imposes no time limit for requesting fees, requests must be "made within a reasonable period of time." *Clark v. Hous. Auth. of City of Alma*, 971 F.2d 723, 724 (11th Cir. 1992).

8. Plaintiffs submit that it is reasonable to defer briefing on attorneys' fees until, at the very least, the conclusion of the preliminary injunction remedial process set forth in this Court's June 20, 2023 Order. *Caster* Doc. 156.

9. In the interests of judicial economy, Plaintiffs respectfully request that the Court defer briefing on any motions for attorneys' fees until no earlier than 21 days after the Court's approval of a remedial plan or 21 days after July 28, 2023, if no Plaintiff files an objection to a new plan enacted by the Alabama Legislature on or before July 21, 2023.

10. Within that 21-day period, Plaintiffs and Defendants will confer on an appropriate briefing schedule for fees and submit a proposal to the Court.

11. On June 21, 2023, Plaintiffs' counsel conferred with Defendants' counsel, who do not oppose this motion.

12. Nothing in this motion waives any party's arguments regarding

Plaintiffs' entitlement to fees or the amount of fees. This motion simply seeks to confirm, out of an abundance of caution, that a fees motion filed after the remedial phase will not be deemed time-barred by either Defendants or the Court.

Dated: June 22, 2023                           Respectfully submitted,

                                               By /s/ *Abha Khanna*

Richard P. Rouco                               Abha Khanna*
(AL Bar. No. 6182-R76R)                        **Elias Law Group LLP**
**Quinn, Connor, Weaver, Davies**              1700 Seventh Ave, Suite 2100
**& Rouco LLP**                                Seattle, WA 98101
Two North Twentieth                            Phone: (206) 656-0177
2-20th Street North, Suite 930                 Email: AKhanna@elias.law
Birmingham, AL 35203
Phone: (205) 870-9989                          Lalitha D. Madduri*
Fax: (205) 803-4143                            Joseph N. Posimato*
Email: rrouco@qcwdr.com                        Olivia N. Sedwick*
                                               **Elias Law Group LLP**
                                               250 Massachusetts Ave NW, Suite 400
                                               Washington, D.C. 20001
                                               Phone: (202) 968-4490
                                               Email: LMadduri@elias.law
                                               Email: JPosimato@elias.law
                                               Email: OSedwick@elias.law

                                               *Attorneys for Caster Plaintiffs*
                                               *\*Admitted Pro Hac Vice*

4

/s/ Deuel Ross
Deuel Ross*
Tanner Lockhead*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Ashley Burrell
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ Davin M. Rosborough
Davin M. Rosborough*
Julie Ebenstein*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org

/s/ LaTisha Gotell Faulks
LaTisha Gotell Faulks (ASB-1279-I63J)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

5

Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Attorneys for Milligan Plaintiffs*

Janette Louard*
Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiff Alabama State Conference of the NAACP*
*\* Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Deuel Ross*
Deuel Ross
Counsel for Plaintiffs
