

## STATE OF ALABAMA
# PROCLAMATION
### BY THE GOVERNOR

**WHEREAS** an extraordinary occasion exists in the State of Alabama which requires the Legislature to convene in special session, *see* Ala. Const. art. V, § 122;

**NOW, THEREFORE**, I, Kay Ivey, as Governor of the State of Alabama, do hereby proclaim and direct that the Legislature of the State of Alabama shall convene in special session in the Alabama State House, in Montgomery, Alabama, at 2:00 p.m. on Monday, July 17, 2023, to take up the following specifically described subject or matter:

*Redistricting.* The Legislature may consider legislation pertaining to the reapportionment of the State, based on the 2020 federal census, into districts for electing members of the United States House of Representatives.

All other legislation, beyond the legislation specifically described above, is expressly excluded from this proclamation and shall require a two-thirds vote for consideration and passage during this special session. *See* Ala. Const. art. IV, § 76.

IN WITNESS WHEREOF, I have hereunto set my hand as Governor of the State of Alabama and caused this proclamation to be attested by the Secretary of State on this 27th day of June 2023.



_____
Kay Ivey
*Governor*

ATTESTED:

_____
Wes Allen
*Secretary of State*