# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 10, 2023

Clerk
United States District Court
  for the Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

      Re:   Allen, AL Sec. of State, et al.
            v. Evan Milligan, et al.
            No. 21-1086 (Your docket No. 2:21-cv-1530)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                           Sincerely,

                                           SCOTT S. HARRIS, Clerk

                                           By

                                           */s/ M. Altner*

                                           M. Altner
                                           Assistant Clerk– Judgments

Enc.
cc:      All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 10, 2023

Mr. Edmund Gerard LaCour, Esq.
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130

Mr. Deuel Ross, Esq.
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005

> Re: Allen, AL Sec. of State, et al.
> v. Evan Milligan, et al.
> No. 21-1086 (Your docket No. 2:21-cv-1530)

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States District Court for the Northern District of Alabama.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk– Judgments

cc: Clerk, ND Ala.
(Your docket No. 2:21-cv-1530)

# Supreme Court of the United States

No. 21–1086

WES ALLEN, ALABAMA SECRETARY OF STATE, ET AL.

Appellants

v.

EVAN MILLIGAN, ET AL.

**ON APPEAL** from the United States District Court for the Northern District of Alabama.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 8, 2023



A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States