FILED

2023 Jul-13  PM 12:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Bobby Singleton** *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-1291-AMM |
| vs. | Three-Judge Court |
| **Wes Allen**, in his official capacity as Secretary of State of Alabama, *et al.*, | |
| Defendants. | |
| **Evan Milligan** *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-1530-AMM |
| vs. | Three-Judge Court |
| **Wes Allen**, in his official capacity as Secretary of State of Alabama, *et al.*, | |
| Defendants. | |

## Application for Admission *Pro Hac Vice*

Pursuant to Local Rule 83.1, attorney Mark Sabel of the Sabel Law Firm, LLC, respectfully moves the Court for an order admitting Bryan L. Sells, of The Law Office of Bryan L. Sells, to practice before this Court *pro hac vice* on behalf of the proposed intervenor Alabama Democratic Conference in the *Milligan* case.

Mr. Sells is an attorney who lives and regularly practices in Georgia. *See* Ex. A (Sells decl.). Mr. Sells' residential address is 1226 Springdale Rd. NE, Atlanta Georgia 30306. His office address is The Law Office of Bryan L. Sells, LLC, Post Office Box 5493, Atlanta, Georgia 31107. His office telephone and fax number is 404-480-4212. And his email address is bryan@bryansellslaw.com.

Mr. Sells has been admitted to, and is a member in good standing, of the following state and federal courts: The Supreme Court of the United States (May 18, 2015); The Supreme Court of Georgia (January 12, 2010); The Court of Appeals of the State of Georgia (March 3, 2020); The United States Court of Appeals for the Second Circuit (September 8, 2021); The United States Court of Appeals for the Fourth Circuit (August 18, 2009); The United States Court of Appeals for the Eighth

Circuit (January 5, 2006); The United States Court of Appeals for the Ninth Circuit (March 19, 2010); The United States Court of Appeals for the Tenth Circuit (November 20, 2006); The United States Court of Appeals for the Eleventh Circuit (September 13, 2016); The United States District Court for the Northern District of Georgia (September 25, 2000); The United States District Court for the Middle District of Georgia (October 1, 2004); Fulton County Superior Court (December 14, 1998).

Mark Sabel is a member in good standing of the Alabama State Bar and is admitted to actively practice before this Court and the Eleventh Circuit Court of Appeals.  He agrees to serve as co-counsel and local counsel in this case.

Respectfully submitted this the 13th day of July, 2023.

_____**/s/ Mark Sabel**_____
Mark Sabel (SAB004)
Sabel Law Firm, LLC
P.O. Box 231348
Montgomery, AL 36123
Phone: (334) 546-2161
Email: mksabel@mindspring.com

Bryan L. Sells*
Georgia Bar No. 635562

The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

\* Application for admission *Pro Hac Vice* forthcoming

*Attorneys for the Proposed Plaintiff-Intervenors*


## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to all counsel of record.


<u>s/ Mark Sabel</u>
Of Counsel