IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Bobby Singleton** *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**Wes Allen**, in his official capacity as Secretary of State of Alabama, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-1291-AMM<br><br>Three-Judge Court |
| **Evan Milligan** *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>**Wes Allen**, in his official capacity as Secretary of State of Alabama, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-1530-AMM<br><br>Three-Judge Court |

## Declaration of Bryan L. Sells

1. My name is Bryan L. Sells, and I am competent to make this declaration.

2. I am an attorney who lives and regularly practices in Georgia.

3. My residential address is 1226 Springdale Rd. NE, Atlanta Georgia 30306. My office address is The Law Office of Bryan L. Sells, LLC, Post Office Box 5493, Atlanta, Georgia 31107. My office telephone and fax number is 404-480-4212. My email address is bryan@bryansellslaw.com.

4. I have been admitted to, and am a member in good standing, of the following state and federal courts: The Supreme Court of the United States (May 18, 2015); The Supreme Court of Georgia (January 12, 2010); The Court of Appeals of the State of Georgia (March 3, 2020); The United States Court of Appeals for the Second Circuit (September 8, 2021); The United States Court of Appeals for the Fourth Circuit (August 18, 2009); The United States Court of Appeals for the Eighth Circuit (January 5, 2006); The United States Court of Appeals for the Ninth Circuit (March 19, 2010); The United States Court of Appeals for

the Tenth Circuit (November 20, 2006); The United States Court of Appeals for the Eleventh Circuit (September 13, 2016); The United States District Court for the Northern District of Georgia (September 25, 2000); The United States District Court for the Middle District of Georgia (October 1, 2004); Fulton County Superior Court (December 14, 1998).

    5.    I am familiar with the Local Rules of this Court and consent to be subject to its rules.

    6.    I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed this 12th day of July, 2023.

**/s/ Bryan L. Sells**
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com