IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Secretary of State of Alabama, *et al.*,<br><br>*Defendants*. | Case No. 2:21-cv-01530-AMM |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR SOPHIA LIN LAKIN

Pursuant to Local Rule 83.1(b), the applicant hereby moves this Court to permit Sophia Lin Lakin, Interim Co-Director of the Voting Rights Project at the American Civil Liberties Union Foundation, to be admitted to practice before this Court in this matter *pro hac vice* on behalf of the Plaintiffs. Ms. Lakin designates LaTisha Gotell Faulks, in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the Plaintiffs in this matter. In support of this Motion, the applicant attaches the Declaration of Sophia Lin Lakin.

The applicant respectfully requests that this Court grant this application and permit Sophia Lin Lakin to appear as counsel *pro hac vice* and participate as co-counsel for the Plaintiffs in this matter.

DATED this 13th day of July, 2023.

                Respectfully submitted,

                /s/ LaTisha Gotell Faulks
                LaTisha Gotell Faulks
                (ASB#1279I63J)
                ACLU of Alabama Foundation
                P.O. Box 6179
                Montgomery, AL 36106-0179
                Phone: (334) 265-2754
                E-mail: tgfaulks@aclualabama.org

                ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ LaTisha Gotell Faulks
LaTisha Gotell Faulks
(ASB#1279I63J)
ACLU of Alabama Foundation
P.O. Box 6179
Montgomery, AL 36106-0179
Phone: (334) 265-2754
E-mail: tgfaulks@aclualabama.org

*Attorney for Plaintiffs*