IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, in his official capacity as Secretary of State of Alabama, *et al.*, <br><br> *Defendants*. | Case No. 2:21-cv-01530-AMM |

**DECLARATION OF SOPHIA LIN LAKIN**

I state, under penalty of perjury, that:

1) My residential address is      **REDACTED**      Brooklyn, NY 11225

2) I am the Interim Co-Director of the Voting Rights Project at the American Civil Liberties Union Foundation located at 125 Broad Street, New York, NY 10004.

3) I am admitted to practice in the following courts: State of New York (2013); U.S. Supreme Court (2017); Eleventh Circuit (2017); Tenth Circuit (2016); Eighth Circuit (2016); Seventh Circuit (2018); Sixth Circuit (2017); Fifth Circuit (2017); Fourth Circuit (2016); Third Circuit (2020) and Eastern District of Wisconsin (2015).

4) I am in good standing in all courts to which I am admitted and eligible to practice in all of these courts.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate LaTisha Gotell Faulks (ASB #1279I63J) as my Local Counsel in this matter. Ms. Faulks is a local member of the bar of this Court and will also represent the Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2023.

_____
Sophia Lin Lakin
American Civil Liberties Union
125 Broad Street
New York, NY 10004
Phone: (212) 519-7836
E-mail: slakin@aclu.org

**Applicant Attorney for Plaintiffs**