UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2023 Jul-14  PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| WES ALLEN, ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, et al., ) | |
| ) | |
| *Defendants*. ) | |

| | |
|---|---|
| MARCUS CASTER, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01536-AMM |
| ) | |
| WES ALLEN, ) | |
| Secretary of State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

| | |
|---|---|
| BOBBY SINGLETON, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01291-AMM |
| ) | |
| WES ALLEN, ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANTS' STATUS REPORT**

Pursuant to this Court's order (doc. 168 in *Milligan*, doc. 156 in *Caster,* and doc. 105 in *Singleton*), Defendants respectfully submit the following status report:

1. On July 13, 2023, the Reapportionment Committee met and re-adopted its Redistricting Guidelines without amendment. Immediately after its meeting, the Committee held a public hearing at which members of the public and members of the Committee commented on various proposed remedial plans and the remedial process in general.

2. On July 17, 2023 the Committee is scheduled to meet again in further preparation for the specially called legislative session on redistricting that starts later in the day.

*Respectfully Submitted,*

Steve Marshall
*Attorney General*

<u>James W. Davis</u>
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov

*Counsel for Secretary Allen*

s/ *Dorman Walker (by permission)*
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue
Montgomery, Alabama 36106
Telephone: (334) 269-3138
Email: dwalker@balch.com

*Counsel for Sen. Livingston and Rep. Pringle*

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on May 29, 2023, which will serve all counsel of record.

/s/ James W. Davis
*Counsel for Secretary Allen*

3