FILED
2023 Jul-17 PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., *Plaintiffs*, vs. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01530-AMM (three-judge court) |

## CASTER PLAINTIFFS' MOTION FOR LEAVE TO FILE JOINDER IN MILLIGAN PLAINTIFFS' OPPSITION TO ALABAMA DEMOCRATIC CONFERENCE'S MOTION TO INTERVENE

The Caster Plaintiffs respectfully move the Court for leave to file a joinder in the Milligan Plaintiffs' opposition to the Alabama Democratic Conference's (ADC) motion to intervene. As grounds supporting this motion, the Caster Plaintiffs state the following:

1. The Caster Plaintiffs initiated the first Section 2 lawsuit challenging Alabama's 2021 congressional district map on November 4, 2021, the day after Governor Ivey signed the law establishing the new districts. The Caster Plaintiffs actively litigated the merits of their Section 2 claim before the Court in a consolidated preliminary injunction hearing in January 2022, securing a preliminary injunction enjoining the 2021 Congressional Map, and also successfully defended

that preliminary injunction before the United States Supreme Court. Caster Plaintiffs will also actively participate in the remedial process set forth by the courts. *See Caster v. Allen*, Case No. No. 2:21-cv-01536-AMM, ECF No. 156 (June 20, 2023).

2. Given the *Caster* Plaintiffs' involvement in securing a preliminary injunction enjoining Alabama's 2021 Congressional map and obtaining a lawful remedy, they have an interest in registering their opposition to ADC's motion to intervene. As the attached proposed Notice of Joinder indicates, the Caster Plaintiffs join in the Milligan Plaintiffs' opposition to the motion for leave to intervene for the reasons stated in such opposition.

3. Wherefore premises considered, the Caster Plaintiffs respectfully request that the Court grant leave to file the attached Notice of Joinder.

Dated: July 17, 2023                    Respectfully submitted,

                                        By /s/ *Richard P. Rouco*

Richard P. Rouco                        Abha Khanna*
(AL Bar. No. 6182-R76R)                 **Elias Law Group LLP**
**Quinn, Connor, Weaver, Davies         1700 Seventh Ave, Suite 2100
& Rouco LLP**                           Seattle, WA 98101
Two North Twentieth                     Phone: (206) 656-0177
2-20th Street North, Suite 930          Email: AKhanna@elias.law
Birmingham, AL 35203
Phone: (205) 870-9989                   Lalitha D. Madduri*
Fax: (205) 803-4143                     Joseph N. Posimato*
Email: rrouco@qcwdr.com                 **Elias Law Group LLP**
                                        250 Massachusetts Ave NW, Suite 400
                                        Washington, D.C. 20001
                                        Phone: (202) 968-4490
                                        Email: LMadduri@elias.law
                                        Email: JPosimato@elias.law

                                        *Attorneys for Plaintiffs*
                                        **Admitted Pro Hac Vice*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard P. Rouco*
Richard P. Rouco
Counsel for Caster Plaintiffs
