IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, et al., <br><br> *Defendants*. | No. 2:21-cv-01530-AMM <br> (three-judge court) |

**CASTER PLAINTIFFS' NOTICE OF JOINDER IN MILLIGAN PLAINTIFFS' OPPOSITION TO THE ALABAMA DEMOCRATIC CONFERENCE'S MOTION TO INTERVENE**

Caster Plaintiffs as interested parties, by and through their attorneys, file this notice of joinder in Milligan Plaintiffs' Opposition to the Alabama Democratic Conference's Motion to Intervene, which was filed today. *See* ECF No. 181.

Dated: July 17, 2023

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Respectfully submitted,

By /s/ *Richard P. Rouco*

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Joseph N. Posimato*
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Email: LMadduri@elias.law
Email: JPosimato@elias.law

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard P. Rouco*
Richard P. Rouco
Counsel for Caster Plaintiffs
