IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, et al., <br><br> *Defendants*. | No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, et al., <br><br> *Defendants*. | No. 2:21-cv-01536-AMM |

## MILLIGAN AND CASTER PLAINTIFFS' MOTION FOR CLARIFICATION

The current remedial process concerns the sufficiency of Alabama's attempt to draw a new congressional map that remedies the likely Voting Rights Act (VRA) violation found by this Court and affirmed by the Supreme Court, and what VRA-compliant plan should be adopted. *See generally* ECF No. 168; *Caster v. Allen*, Case.

No. 2:21-cv-01536-AMM, ECF No. 156. This motion seeks clarity as to the status of consolidation and role of the *Singleton* Plaintiffs in this process.

On November 23, 2021, this Court consolidated *Milligan* with *Singleton v. Merrill*, Case No. 2:21-cv-1291-AMM, "for the limited purposes of preliminary injunction discovery and a preliminary injunction hearing[.]" ECF No. 40 at 3. Several months later—in denying the *Singleton* Plaintiffs' request for a ruling from the Court on their racial gerrymandering claim after the Supreme Court accepted review of the *Milligan* and *Caster* Plaintiffs' VRA claim—the Court also noted that "*Singleton* and *Milligan* were consolidated for the limited purpose of expedited preliminary injunction proceedings . . . ." Order, *Singleton*, Case No. 2:21-cv-1291-AMM, ECF No. 114 at 2 n.1 (N.D. Ala. Feb, 25, 2022). The only issue currently before the Court in the remedial proceedings is adoption of a remedy to effectuate the preliminary injunction finding a likely VRA violation—a claim brought only by the *Milligan* and *Caster* Plaintiffs and not at issue in the *Singleton* case.

Because remedial proceedings before this Court are imminent and will move quickly to culminate in a hearing beginning August 14, 2023, ECF No. 107 at 216–17, the *Milligan* and *Caster* Plaintiffs seek clarification as to the status of consolidation and role of the *Singleton* Plaintiffs for the sake of efficiency and planning for all parties and the Court. For the reasons above, *Milligan* and *Caster* Plaintiffs seek confirmation that the *Singleton* Plaintiffs are not parties to the VRA

remedial proceedings outlined in this Court's June 20, 2023 Order. *Milligan*, ECF No. 168; *Caster*, ECF No. 156.

Dated: July 24, 2023

Respectfully submitted,

By /s/ *Abha Khanna*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Joseph N. Posimato*
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Email: LMadduri@elias.law
Email: JPosimato@elias.law

*Attorneys for Caster Plaintiffs*
**Admitted Pro Hac Vice*

By /s/ *Deuel Ross*

Davin M. Rosborough*
Julie Ebenstein*
**American Civil Liberties
    Union Foundation**
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org

Deuel Ross*
Tanner Lockhead*
**NAACP Legal Defense &
    Educational Fund, Inc.**
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

3

| | |
|---|---|
| LaTisha Gotell Faulks<br>   (ASB-1279-I63J)<br>**American Civil Liberties Union of<br>   Alabama**<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>(334) 265-2754<br>tgfaulks@aclualabama.org<br><br>Sidney M. Jackson<br>   (ASB-1462-K40W)<br>Nicki Lawsen (ASB-2602-C00K)<br>**Wiggins Childs Pantazis<br>   Fisher & Goldfarb, LLC**<br>301 19th Street North<br>Birmingham, AL 35203<br>Phone: (205) 341-0498<br>sjackson@wigginschilds.com<br>nlawsen@wigginschilds.com<br><br>Blayne R. Thompson*<br>**Hogan Lovells US LLP**<br>609 Main St., Suite 4200<br>Houston, TX 77002<br>(713) 632-1400<br>blayne.thompson@hoganlovells.com | Leah Aden*<br>Stuart Naifeh*<br>Ashley Burrell<br>Kathryn Sadasivan (ASB-517-E48T)<br>Brittany Carter<br>**NAACP Legal Defense &<br>   Educational Fund, Inc.**<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>(212) 965-2200<br><br>Shelita M. Stewart*<br>Jessica L. Ellsworth*<br>**Hogan Lovells US LLP**<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>shelita.stewart@hoganlovells.com<br><br>David Dunn*<br>**Hogan Lovells US LLP**<br>390 Madison Avenue<br>New York, NY 10017<br>(212) 918-3000<br>david.dunn@hoganlovells.com<br><br>Michael Turrill*<br>Harmony A. Gbe*<br>**Hogan Lovells US LLP**<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4600<br>michael.turrill@hoganlovells.com<br>harmony.gbe@hoganlovells.com<br><br>*Attorneys for Milligan Plaintiffs*<br>*\*Admitted Pro Hac Vice* |