# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 2:21-cv-01530-AMM |
| | ) **THREE-JUDGE COURT** |
| WES ALLEN, Secretary of State of Alabama, et al., | ) |
| *Defendants*. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned, A. Reid Harris, and moves this Court for leave to withdraw as counsel for Secretary of State Wes Allen. The undersigned is leaving the Alabama Attorney General's Office. Other counsel of record will continue to represent Secretary Allen and no party will be prejudiced by this withdrawal.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ A. Reid Harris
A. Reid Harris (ASB-1624-D29X)
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Reid.Harris@AlabamaAG.gov

**Counsel for Secretary Allen**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ A. Reid Harris
***Counsel for Secretary Allen***
