# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br>　　*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>　　*Defendants*. | No. 2:21-cv-01536-AMM |
| EVAN MILLIGAN, et al.,<br>　　*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>　　*Defendants*. | No. 2:21-cv-01530-AMM |
| BOBBY SINGLETON, et al.,<br>　　*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>　　*Defendants*. | No. 2:21-cv-01291-AMM |

**PARTIES' JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's June 20, 2023 Order, and in light of the Plaintiffs' intention to object to Alabama's proposed remedial plan, Plaintiffs and Defendants in the above-captioned cases, by and through their attorneys, respectfully submit the

attached "Proposed Scheduling Order."[1] The parties also jointly request a status conference at the Court's earliest convenience to discuss their Proposed Scheduling Order and the upcoming August 14, 2023 hearing. Among other things, the parties wish to discuss whether the August 14, 2023 hearing will occur virtually or in-person.

By joining this submission and agreeing to the proposed dates, Defendants do not concede that the filing of an "objection" is sufficient to challenge Alabama's new Congressional districts, and they do not take a position at this time whether the August 14, 2023 hearing should include live testimony.

Respectfully submitted this 26th day of July 2023.

---

[1] As set forth in their motion for clarification, ECF No. 188, *Milligan* and *Caster* Plaintiffs' maintain that *Singleton* Plaintiffs are not a party to the Court's remedial process. *Singleton* Plaintiffs are included in the parties' proposed scheduling order pending resolution of that motion.

By: /s/ *Abha Khanna*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Joseph N. Posimato*
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Email: LMadduri@elias.law
Email: JPosimato@elias.law

*Counsel for Caster Plaintiffs*
*\*Admitted Pro Hac Vice*


/s/ *Deuel Ross*
Deuel Ross*
Tanner Lockhead*
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Ashley Burrell

/s/ *Sidney M. Jackson*
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
   FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ *Davin M. Rosborough*
Davin M. Rosborough*

Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

Janette Louard*
Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215

Julie Ebenstein*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org

*/s/ LaTisha Gotell Faulks*
LaTisha Gotell Faulks (ASB-1279-I63J)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

***Counsel for Milligan Plaintiffs***

(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Counsel for Plaintiff Alabama State Conference of the NAACP*
*\* Admitted Pro Hac Vice*

/s/ *Steve Marshall*
Steve Marshall
Edmund G. LaCour Jr. (ASB-9182-U81L)
James W. Davis (ASB-4063-I58J)
OFFICE OF THE ATTORNEY
GENERAL STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov

*Counsel for Secretary Allen*

/s/ *Dorman Walker*
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue
Montgomery, Alabama 36106
Telephone: (334) 269-3138
Email: dwalker@balch.com

*Counsel for Sen. Livingston and Rep. Pringle*