FILED

2023 Jul-26  PM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>*Defendants*. | No. 2:21-cv-01536-AMM |
| EVAN MILLIGAN, et al.,<br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>*Defendants*. | No. 2:21-cv-01530-AMM |
| BOBBY SINGLETON, et al.,<br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>*Defendants*. | No. 2:21-cv-01291-AMM |

## [PROPOSED] SCHEDULING ORDER

1.  Plaintiffs must file their objections to the Legislature's new plan, including data, documents, and reports, by Friday, **July 28, 2023**. Defendants are directed to file their responses—including any data, documents, and reports relied upon or

referenced—to any such filing no later than Friday, **August 4, 2023**. Plaintiffs shall have until the close of business on Monday, **August 7, 2023**, to file any reply and supporting materials.

2. The parties shall disclose hearing witnesses, if any, by Monday, **July 31, 2023**.

3. The parties shall serve any discovery requests by Wednesday, **August 2, 2023**.

4. Discovery shall close on Thursday, **August 10, 2023**.

5. Parties shall file final witness lists, exhibit lists, and stipulated facts, if any, for the hearing by Thursday, **August 10, 2023**.

6. The hearing shall be conducted on Monday, **August 14, 2023**.

7. In the event that the Court rejects the Legislature's new map (SB5), the parties propose the following scheduling order:

   a) Plaintiffs' and *amici*'s proposed plans and supporting arguments (including mapmaking criteria), data, and reports will be due 3 days after the Court's order.

   b) Parties' oppositions to proposed plans and supporting data and reports will be due 8 days after the Court's order.

   c) The special master and expert cartographer's recommendation will be due 14 days after the Court's order.

d)  Any objections to the special master and expert cartographer's

recommendation will be due 17 days after the Court's order.

**DONE** and **ORDERED** this _____ day of July 2023.


_____
STANLEY MARCUS
UNITED STATES CIRCUIT JUDGE


_____
ANNA A. MANASCO
UNITED STATES DISTRICT JUDGE


_____
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

3