IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>*Defendants*. | No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al.,<br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>*Defendants*. | No. 2:21-cv-01536-AMM |

**PLAINTIFFS' PROPOSED CARTOGRAPHERS**

Pursuant to the Court's July 24, 2023 Order, Plaintiffs in the above-captioned cases, by and through their attorneys, respectfully submit the following five names of proposed cartographers:

- **Dr. Bruce Cain**, Professor of Political Science at Stanford University. Dr. Cain has extensive expertise in redistricting, having published several academic articles in this area. He also served as special master to a three-judge panel for Arizona state legislative redistricting in 2002, as well as a

redistricting consultant to the U.S. Department of Justice, Massachusetts and Maryland Attorneys General, and the city councils of several major cities.

- **David Ely**, President of Compass Demographics. Mr. Ely has deep and wide-ranging experience as a map-drawer, consultant, and expert on districting plans. He has drawn maps and provided expert consulting services in those areas for dozens of cities, counties, and other legislative bodies in Texas, California, Utah, Pennsylvania, Ohio, Massachusetts, and Illinois. He was also appointed as a special master by a federal court in 2019 and devised a remedial plan to address a Voting Rights Act violation in Terrebonne Parish, Louisiana. Before founding Compass Demographics in 2007, he served for 21 years as Director of Research for the Redistricting and Reapportionment practice of Pactech Data and Research.

- **Dr. Bernard Grofman**, Professor of Political Science at the University of California at Irvine. Dr. Grofman has extensive expertise in redistricting, having published several academic articles in this area. He has served as a special master, expert witness, and consultant in many redistricting cases—for governments, courts, and private litigants from across the ideological spectrum. For example, he served as special master to redraw Virginia's 3rd Congressional District in 2015 and 11 House of Delegate districts in 2018

when three-judge federal courts ruled that the 2010 redistricting process amounted to impermissible racial gerrymandering.

- **Justin Levitt**, Professor of Law at Loyola Law School. Mr. Levitt is a foremost scholar on voting rights and redistricting, having published several academic articles in this area. He has also served in senior federal government positions, including as the White House's first Senior Policy Advisor for Democracy and Voting Rights and as Deputy Assistant Attorney General in the Civil Rights Division of the U.S. Department of Justice.

- **Dr. Charles Stewart III**, Professor of Political Science at the Massachusetts Institute of Technology. Dr. Stewart has extensive expertise in redistricting, having published several academic articles in this area. He has filed several amicus briefs in redistricting cases, and in 2021, he was hired by the City of Lowell, Massachusetts to draw its districts following a consent decree in a federal court case.

Respectfully submitted this 28th day of July 2023.

/s/ Deuel Ross
Deuel Ross*
Tanner Lockhead*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Ashley Burrell
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ Davin M. Rosborough
Davin M. Rosborough*
Julie Ebenstein*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

/s/ LaTisha Gotell Faulks
LaTisha Gotell Faulks (ASB-1279-I63J)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002

1999 Avenue of the Stars  
Suite 1400  
Los Angeles, CA 90067  
(310) 785-4600  
michael.turrill@hoganlovells.com  
harmony.gbe@hoganlovells.com  

(713) 632-1400  
blayne.thompson@hoganlovells.com  

*Counsel for Milligan Plaintiffs*

Janette Louard*  
Anthony Ashton*  
Anna Kathryn Barnes*  
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP)  
4805 Mount Hope Drive  
Baltimore, MD 21215  
(410) 580-5777  
jlouard@naacpnet.org  
aashton@naacpnet.org  
abarnes@naacpnet.org  

*Counsel for Plaintiff Alabama State Conference of the NAACP*

*\* Admitted Pro Hac Vice*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

*Counsel for Caster Plaintiffs*

By: /s/ *Abha Khanna*
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Joseph N. Posimato*
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Email: LMadduri@elias.law
Email: JPosimato@elias.law

*Admitted Pro Hac Vice

/s/ *Henry C. Quillen*
Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com

tbrown@whatleykallas.com

*Counsel for Singleton Plaintiffs*

/s/ *James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
      ehare@dicellolevitt.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
    Email: uwclemon1@gmail.com

Edward Still
2501 Cobblestone Way
Birmingham, AL 35226
Tel: (205) 335-9652
Fax: (205) 320-2882
Email: edwardstill@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Deuel*
Deuel Ross
Counsel for Plaintiffs