Home › Politics

POLITICS

# State Rep. Pringle: Proposal to create second Democrat congressional district could help GOP — 'I call it the Republican opportunity plan'

By **Jeff Poor**  October 31, 2021



*(Screenshot/APTV)*

During this week's broadcast of Alabama Public Television's "Capitol Journal," State Rep. Chris Pringle (R-Mobile), the chairman of the reapportionment effort in the House of Representatives, addressed a proposal offered by Democrats that could create two Democrat-leaning congressional districts in Alabama.

Pringle told host Don Dailey the proposal meant to help Democrats could give Republicans all seven of Alabama's congressional seats.



"If you remember, the seventh congressional district was drawn when the Democrats were in the supermajority in the Alabama Legislature," he said. "And they drew that district to be a majority-minority district. It's remained that way because once it is there, it is protected under Section 2 of the Voting Rights Act. But the plan they had brought forth — the seventh congressional district is no longer a majority-minority district, and neither is the second [district]."

"I call it the Republican opportunity plan," Pringle continued. "Without being a majority-minority district, you can see where Republicans might be able to win all seven congressional districts."

*@Jeff_Poor is a graduate of Auburn University and the University of South Alabama, the editor of Breitbart TV, a columnist for Mobile's Lagniappe Weekly, and host of Mobile's "The Jeff Poor Show" from 9 a.m.-12 p.m. on FM Talk 106.5.*

**Don't miss out!  Subscribe today to have Alabama's leading headlines delivered to your inbox.**