


# PERMANENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT

**FOR IMMEDIATE RELEASE**  
**June 21, 2023**

**Contact: Rob Green**  
**(334) 261-0528**

## REAPPORTIONMENT CHAIRS ANNOUNCE KEY DATES AND LOCATIONS FOR PUBLIC INPUT IN THE CONGRESSIONAL REDISTRICTING PROCESS

MONTGOMERY, AL – State Sen. Steve Livingston (R-Scottsboro) and State Rep. Chris Pringle (R-Mobile), who serve as joint chairs of the Permanent Legislative Committee on Reapportionment, released on Wednesday a series of dates, times, deadlines, and meeting places related to the upcoming congressional redistricting process.

The meetings and deadlines are:

- June 27 at 1:30 P.M., State House Room 200: Committee meeting and public hearing. The link to watch all meetings and public hearings can be found here: Alison.legislature.state.al.us/live-stream. Under location, select room 200.

- July 7 at 5 P.M.: Deadline for all plans to be submitted to the Reapportionment Committee. Email to: district@alsenate.gov.

- July 13 at 1:30 P.M., State House Room 200; Committee meeting and public hearing.

- August 14: Hearing at Hugo L. Black United States Courthouse. Located at 1729 5th Avenue North, Birmingham, AL 35203.

The House members serving on the Permanent Legislative Committee on Reapportionment members include Cynthia Almond (R-Tuscaloosa); Barbara Boyd (D-Anniston); Jim Carns (R-Birmingham); Steve Clouse (R-Ozark); Corley Ellis (R-Columbiana); Chris England (D-Tuscaloosa; Laura Hall (D-Huntsville); Sam Jones (D-Mobile); Joe Lovvorn (R-Auburn); Chris Pringle (R-Mobile); Rex Reynolds (R-Huntsville).

###