Case 2:21-cv-01530-AMM   Document 200-14   Filed 07/28/23   Page 1 of 3

FILED
2023 Jul-28  PM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

Politics

# State Rep. Simpson on redistricting: 'It would not surprise me if we have seven Republican congressmen' after 2024 election

Jeff Poor   07.16.23



(Jeff Poor/1819 News)

Share      FACEBOOK       TWITTER       EMAIL



FAIRHOPE — With a redistricting special session soon underway in Montgomery, many unknowns remain about how Alabama's congressional delegation will look beyond the 2024 election cycle.

According to State Rep. Matt Simpson (R-Daphne), the U.S. Supreme Court ruling requiring the Alabama Legislature to consider race when drafting new congressional maps may backfire on Democrats.

During a speech to the Eastern Shore Republican Women's Club at the Fairhope Yacht Club on Thursday, Simpson laid out a scenario that would have all seven seats held by Republicans after next year's election.

"This is one of those 'be careful what you wish for because you just might get it,'" he said. "I will tell you – there were Democrat plaintiffs, that's what we'll call it, that sued. They said the minority population in Alabama was 28%. They said because we had seven Congress slots, seven congressional districts — two of those districts ... should be minority-majority districts, competitive for minorities, meaning instead of the one district they have now, they would have two districts."

"My anticipation is we will see about drawing two new districts that have a close — when I say close, we're talking 52-48, somewhere in that ballpark, districts. The Democrats think they are going to be able to get two congressional seats out of it. ... We are very, very possible to have a Republican wave in Alabama in a presidential year. Motivated Republicans come out to vote. And it would not surprise me if I looked at you guys, and I'm standing here in December 2024 — instead of having six Republicans and one Democrat in our congressional districts, it would not surprise me if we have seven Republican congressmen."

The Baldwin County Republican added redistricting was "an opportunity" for Republicans.

"When the Mighty Alabama Strike Force gets activated — you don't have to go to Georgia," Simpson added, referring to a group of Republican door-knockers who have traveled to different states in the past to support GOP candidates.

Jeff Poor is the editor in chief of 1819 News and host of "The Jeff Poor Show," heard Monday-Friday, 9 a.m.-noon on Mobile's FM Talk 106.5. To connect or comment, email jeff.poor@1819News.com or follow him on Twitter @jeff_poor.

Don't miss out! Subscribe to our newsletter and get our top stories every weekday morning.

Tags:  matt simpson   eastern shore republican women   redistricting

**Become an 1819 Member**     SIGN UP



## Trending



State Sen. Melson suffers heart attack on South Korea trip
READ NOW →



 He s all-in on it : Tuberville touts Saban support for NIL legislation
READ NOW →



Ivey finally acknowledges Alabama's low labor force participation rate after touting low unemployment for the last year
READ NOW →