IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

RECEIVED

2023 JUL 31 A 10: 31

U.S. DISTRICT COURT
N.D. OF ALABAMA

REV. JARMAL JABBAR SANDERS

(INTERVENOR)

CASE NUMBER:

2:21-CV-01530

WES ALLEN

(DEFENDANT)

## MOTION FOR LEAVE TO INTERVENE

(INTERVENOR) REV. JARMAL JABBAR SANDERS, ALABAMA CITIZEN, MOVES THIS COURT FOR A MOTION FOR LEAVE TO INTERVENE. (SEE ATTACHED MOTION)

RESPECTFULLY SUBMITTED,

REV. JARMAL JABBAR SANDERS

*Rev. Jamal J. Sanders, M.D.*

IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

2023 JUL 31 A 10: 32

U.S. DISTRICT COURT
N.D. OF ALABAMA

REV. JARMAL JABBAR SANDERS

(INTERVENOR)

CASE NUMBER:

2:21-CV-01530

WES ALLEN

(DEFENDANT)

## MOTION TO INTERVENE

(INTERVENOR) REV. JARMAL JABBAR SANDERS, ALABAMA CITIZEN, MOVES THIS COURT APPOINT A UNITED STATES CONGRESSMAN TO THE NEWLY CREATED CONGRESSIONAL DISTRICT

RESPECTFULLY SUBMITTED,

REV. JARMAL JABBAR SANDERS

*Rev. Jamal J. Sanders, M.D.*

Rev. Jamal Jabbar Sanders
1 Union Street
Selma, AL

MONTGOMERY AL 360
29 JUL 2023 PM 4 L
SECURITY

JUL 31 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

United States District
Court Clerk
1729 5th Ave. North #140
Birmingham, AL 35203

35203-203799

IN THE UNITED STATES COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

RECEIVED

2023 JUL 31  A 11: 37

U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATE OF SERVICE

I, Jamal Jabbar Sanders do hereby Certify that a true and correct copy of the foregoing has been by Rev. Jamal J. Sanders (manner of service, i.e., U.S. mail, electronic mail, etc.) on this 28 day of July 2023 to:

All Known Parties

7-29-23

DATE

Rev. Jamal J. Sanders, M.D.

Signature

Rev. Jarmal Jabb
225 Alabama Ave
Selma, AL 3670(

CERTIFIED MAIL

7022 3330 0001 8878 3733

Retail

35203

RDC 99

U.S. POSTAGE PAID
FCM LETTER
SELMA, AL 36703
JUL 28, 2023
$7.90
R2305M143482-13



U.S. Court Clerk
1729 5th Ave N #140
Birmingham, AL
35203



35203-203799