# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| EVAN MILLIGAN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.<br><br>Defendants. | Case No.: 2:21-CV-01530-AMM<br>(THREE-JUDGE COURT) |

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF REPRESENTATIVE TERRI SEWELL AND MEMBERS OF CONGRESSIONAL BLACK CAUCUS OF THE U.S. SENATE AND U.S. HOUSE OF REPRESENTATIVES IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO ALABAMA'S REMEDIAL PLAN**

1

*Amici Curiae* respectfully moves the Court for leave to file their Brief In Support of Plaintiffs' Objections to Alabama's Remedial Plan. A copy of the Brief is attached as Exhibit 1.

## INTEREST OF AMICUS CURIAE

The Congressional Black Caucus ("CBC") consists of 58 members of the U.S. Congress in the 118th Congress —56 members of the U.S. House of Representatives and two members of the U.S. Senate. Since its establishment in 1971, the CBC has been committed to using the full Constitutional power, statutory authority, and financial resources of the federal government to ensure that Black Americans and other marginalized communities in the United States have the opportunity to achieve the American Dream. It is firmly committed to protecting the voting rights of all Americans and of Black Americans in particular.

Representative Terri Sewell represents Alabama's 7th Congressional District, which spans the cities of Birmingham, Montgomery, Tuscaloosa, and Selma, as well as parts of the rural Black Belt. She has served in the U.S. House of Representatives for seven consecutive terms (since 2011). Representative Sewell joins in this *amicus* brief to further the interests of Black voters throughout Alabama.

Together, *amici* have an interest in preserving the opportunities of Black Alabamians, and Black Americans in other states, to elect the candidates of their

choice. *Amici* are intimately familiar with discriminatory voting systems, including redistricting plans, and the vital role that Section 2 (and redistricting plans drawn in compliance with it) plays in relegating those systems to history.

## SUMMARY OF ARGUMENT

The redistricting plan Alabama legislators approved on July 21, S.B. 5 ("the Livingston Plan"), dilutes the voting strength of Black voters in Alabama and violates Section 2 of the Voting Rights Act ("VRA"). As such, S.B. 5 entrenches the historical exclusion of Black Alabamians from participating in our American democracy. Instead of creating a second district where Black voters have an opportunity to elect a Black-preferred candidate, S.B. 5 has created a 38.8%-Black voting age population ("BVAP") district—proposed Congressional District 2 ("CD2"). With only a 38.8% BVAP share of the electorate, a Black candidate under the Livingston's Plan's CD2 would be certain to lose.

As expert testimony provided by the Plaintiffs indicates, given the history of racially polarized voting in the precincts that comprise proposed CD2, a Black candidate is not likely to obtain more than 42.3% of the total vote in that district. The high racial polarization in proposed CD2 renders impossible electoral victory by any Black-preferred candidate.

The newly enacted congressional district map fails to achieve the goals set forth by the Supreme Court in *Allen v. Milligan*, 143 S. Ct. 1487 (2023). As this

3

Court has stated, in a conclusion endorsed by the Supreme Court, Alabama needs to enact a map that contains two districts where Black voters constitute a majority or "something quite close to it." January 24, 2022 *Milligan* Preliminary Injunction Order, ECF No. 107 at 213 ("PI Order."). Proposed Congressional District 2 does not remotely come close.

The Alabama Legislature's defiance of the Supreme Court's directive clearly demonstrates its ongoing commitment to protecting the political preferences of a white majority. And in signing the bill setting forth S.B. 5, Alabama's governor has said the quiet part out loud: "The Legislature knows our state, our people and our districts better than the federal courts . . . ."[1]

## CONCLUSION

For these reasons, *Amici Curiae* respectfully moves the Court for leave to file their Brief In Support of Plaintiffs' Objections to Alabama's Remedial Plan.

---

[1] Chuck Todd, et al., GOP governors defy Supreme Court, federal government, NBC News (July 25, 2023) https://www.nbcnews.com/meet-the-press/first-read/gop-governors-defy-supreme-court-federal-government-rcna96140.

Dated: August 3, 2023

Respectfully submitted,

*/s/ J. Mark White*
J. Mark White
ASB-5029-H66J
White Arnold & Dowd
2001 Park Place North, Suite 1400
Birmingham, Alabama 35203
205-323-1888
mwhite@whitearnolddowd.com

Robert Fram*
*Counsel of Record*
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7025
rfram@cov.com

Paulina Slagter*
Anna Bobrow*
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5929
pslagter@cov.com
abobrow@cov.com

Benjamin Klein*
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
bklein@cov.com

*\*Pro Hac Vice pending*

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served by email a copy of this filing to counsel of record.

By */s/ J. Mark White*
J. Mark White
