
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| WES ALLEN, ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |
| | |
| MARCUS CASTER, et al., ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01536-AMM |
| ) | |
| WES ALLEN, ) | |
| Secretary of State of Alabama, *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |
| | |
| BOBBY SINGLETON, et al., ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01291-AMM |
| ) | |
| WES ALLEN, ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, *et al.*, ) | |
| ) | |
|     *Defendants*. ) | |

## **NOTICE OF APPEARANCE**

Charles A. McKay hereby enters his notice of appearance as counsel of record for Secretary of State Wes Allen, who is sued in his official capacity.

Respectfully submitted,

Steve Marshall,
*Attorney General*

*s/* Charles A. McKay
Charles A. McKay (ASB-7256-K18K)
*Assistant Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Email: Charles.McKay@AlabamaAG.gov

**Counsel for Secretary of State Allen**

### CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on August 4, 2023 which will serve all counsel of record.

/s/ Charles A. McKay
*Counsel for Secretary Allen*