# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.<br><br>    Defendant. | Case No.: 2:21-CV-01530-AMM<br>(Three-Judge Court) |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR ANNA BOBROW

Pursuant to Local Rule 83.1(b), the applicants hereby move this Court to permit Anna Bobrow an attorney at Covington & Burling, LLP, to be admitted to practice before this Court in this matter *pro hac vice* on behalf of *Amici Curiae*. Ms. Bobrow designates J. Mark White, in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the *Amici Curiae* in this matter. In support of this Motion, the applicant attaches the Declaration of Anna Bobrow and Certificate of Good Standing.

The applicant respectfully requests that this Court grant her application and permit her to appear as counsel *pro hac vice* and participate as co-counsel for the *Amici Curiae* in this matter.

DATED this 4th of August, 2023.

                                              Respectfully submitted,

                                              */s/ J. Mark White*
                                              J. Mark White ASB-5029-H66J
                                              White Arnold & Dowd
                                              2001 Park Place North, Suite 1400
                                              Birmingham, Alabama 35203
                                              205-323-1888
                                              mwhite@whitearnolddowd.com

                                              *Counsel of Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

*/s/ J. Mark White*
J. Mark White