# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.<br><br>Defendant. | Case No.: 2:21-CV-01530-AMM<br>(Three-Judge Court) |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR ROBERT FRAM

Pursuant to Local Rule 83.1(b), the applicants hereby move this Court to permit Robert Fram an attorney at Covington & Burling, LLP, to be admitted to practice before this Court in this matter *pro hac vice* on behalf of *Amici Curiae*. Mr. Fram designates J. Mark White, in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the *Amici Curiae* in this matter. In support of this Motion, the applicant attaches the Declaration of Robert Fram and Certificate of Good Standing.

The applicant respectfully requests that this Court grant his application and permit him to appear as counsel *pro hac vice* and participate as co-counsel for the *Amici Curiae* in this matter.

DATED this 4th of August, 2023.

                        Respectfully submitted,

                        */s/ J. Mark White*
                        J. Mark White ASB-5029-H66J
                        White Arnold & Dowd
                        2001 Park Place North, Suite 1400
                        Birmingham, Alabama 35203
                        205-323-1888
                        mwhite@whitearnolddowd.com

                        *Counsel of Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

*/s/ J. Mark White*
J. Mark White
