# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.<br><br>Defendant. | Case No.: 2:21-CV-01530-AMM<br>(Three-Judge Court) |

## DECLARATION OF ROBERT FRAM

I state, under penalty of perjury, that:

1) My residential address is **REDACTED** Stinson Beach, CA 94970.

2) I am an attorney with Covington & Burling, LLP at Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, CA 94105; phone (415) 591-6000; email rfram@cov.com.

3) I am admitted to practice in the following courts: State of California (admitted 1986), District of Columbia (admitted 1987), United States Court of Appeals for the Ninth Circuit (admitted 2000), United States Court of Appeals for the Fifth Circuit (admitted 2020), United States Court of Appeals for the Eleventh Circuit (admitted 2020), United States District Court for the Northern District of California (1993), United States District Court for the Eastern District of California (1993), and United States District Court for the Southern District of California (1993).

4) I am in good standing in all courts to which I am admitted and eligible to practice in all of these courts without restriction.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate J. Mark White (ASB-5029-H66J) as my Local Counsel in this matter. J. Mark White is a local member of the bar of this Court and will also represent the *Amici Curiae* in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2023.

*/s/ Robert Fram*
Robert Fram
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7025
rfram@cov.com