IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.<br><br>Defendant. | Case No.: 2:21-CV-01530-AMM<br>(Three-Judge Court) |

## DECLARATION OF BENJAMIN KLEIN

I state, under penalty of perjury, that:

1) My residential address is **REDACTED** Long Island City, NY 11101.

2) I am an attorney with Covington & Burling, LLP at The New York Times Building, 620 Eighth Avenue, New York, NY 10018; phone (212) 841.1000; email bklein@cov.com.

3) I am admitted to practice in the following courts: State of New York (admitted 2019).

4) I am in good standing in all courts to which I am admitted and eligible to practice in all of these courts without restriction.

5) I have fully reviewed and am familiar with the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

6) In accordance with Local Rule 83.1(b)(2), I designate J. Mark White (ASB-5029-H66J) as my Local Counsel in this matter. J. Mark White is a local

member of the bar of this Court and will also represent the *Amici Curiae* in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2023.

_____
Benjamin Klein
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
(212) 841.1000
bklein@cov.com