IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN, et al.,<br>*Defendants*. | No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN, et al.,<br>*Defendants*. | No. 2:21-cv-01536-AMM |

### *MILLIGAN* AND *CASTER* PLAINTIFFS' RESPONSE TO COURT INQUIRY REGARDING REMEDIAL PROCEEDINGS

In its August 2 Order, the Court found David R. Ely to be "well qualified to serve as the Court's expert cartographer." ECF 204 at 4. The Court also offered the parties the opportunity to "submit any comments or objections to the appointment of Mr. David Ely as an expert cartographer." *Id*. The *Milligan* and *Caster* Plaintiffs recommended Mr. Ely and, therefore, agree that he is a well-qualified expert. ECF 198.

1

Mr. Ely has served as special master for a federal court in a Voting Rights Act case against the State of Louisiana. *See Terrebonne Branch NAACP v. Jindal*, No. 3:14-CV-69-JJB-EWD, 2019 WL 4398509 (M.D. La. Apr. 29, 2019), *report and recommendation adopted* 399 F. Supp. 3d 608 (M.D. La. 2019). Furthermore, Mr. Ely has worked for both Plaintiffs and Defendants in civil rights litigation. *See, e.g.*, *Luna v. Cnty. of Kern*, 291 F. Supp. 3d 1088, 1117 (E.D. Cal. 2018) (expert for Plaintiffs); *San Francisco NAACP v. San Francisco Unified School Dist.*, 59 F. Supp. 2d 1021, 1034 (N.D. Cal. 1999) (Defendants). Additionally, in a recent case, Mr. Ely offered map drawing and demographic expertise to support the § 2 claims brought by one group of Plaintiffs in a case that also included § 2 claims brought by the Republican Party. *See McConchie v. Scholz*, 577 F. Supp. 3d 842, 858 (N.D. Ill. 2021) (3-judge court).

Accordingly, the *Milligan* and *Caster* Plaintiffs support the appointment of Mr. Ely as a cartographer or joint special master with Mr. Allen to aid the Court in these remedial proceedings. Mr. Ely's experience will complement the experience of Mr. Allen and the pairing is well suited to a co-equal relationship and partnership in making recommendations to this Court.

Respectfully submitted,

/s/ Deuel Ross

| | |
|---|---|
| Deuel Ross* | Sidney M. Jackson (ASB-1462-K40W) |
| Tanner Lockhead* | Nicki Lawsen (ASB-2602-C00K) |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC |
| 700 14th Street N.W. Ste. 600 | 301 19th Street North |
| Washington, DC 20005 | Birmingham, AL 35203 |
| (202) 682-1300 | Phone: (205) 341-0498 |
| dross@naacpldf.org | sjackson@wigginschilds.com |
| tlockhead@naacpldf.org | nlawsen@wigginschilds.com |
| | |
| Leah Aden* | Davin M. Rosborough* |
| Stuart Naifeh* | Julie Ebenstein* |
| Ashley Burrell* | Dayton Campbell-Harris* |
| Kathryn Sadasivan (ASB-517-E48T) | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Brittany Carter* | |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | 125 Broad St. |
| 40 Rector Street, 5th Floor | New York, NY 10004 |
| New York, NY 10006 | (212) 549-2500 |
| (212) 965-2200 | drosborough@aclu.org |
| Shelita M. Stewart* | jebenstein@aclu.org |
| Jessica L. Ellsworth* | dcampbell-harris@aclu.org |
| HOGAN LOVELLS US LLP | LaTisha Gotell Faulks (ASB-1279-I63J) |
| 555 Thirteenth Street, NW | AMERICAN CIVIL LIBERTIES UNION OF ALABAMA |
| Washington, D.C. 20004 | |
| (202) 637-5600 | P.O. Box 6179 |
| shelita.stewart@hoganlovells.com | Montgomery, AL 36106-0179 |
| David Dunn* | (334) 265-2754 |
| HOGAN LOVELLS US LLP | tgfaulks@aclualabama.org |
| 390 Madison Avenue | kwelborn@aclualabama.org |
| New York, NY 10017 | |
| (212) 918-3000 | Blayne R. Thompson* |
| david.dunn@hoganlovells.com | HOGAN LOVELLS US LLP |
| | 609 Main St., Suite 4200 |
| Michael Turrill* | Houston, TX 77002 |
| Harmony A. Gbe* | (713) 632-1400 |
| HOGAN LOVELLS US LLP | blayne.thompson@hoganlovells.com |

3

1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Counsel for Milligan Plaintiffs*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Respectfully submitted,

By /s/ *Abha Khanna*
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Joseph N. Posimato*
Jyoti Jasrasaria*
**Elias Law Group LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: JPosimato@elias.law
Email: JJasrasaria@elias.law

*Counsel for Caster Plaintiffs*
*Admitted Pro Hac Vice*