FILED
2023 Aug-04 PM 09:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1

ALABAMA PERMANENT COMMITTEE ON REAPPORTIONMENT

AND REDISTRICTING PUBLIC HEARING


HELD ON

THURSDAY, JULY 13TH, 2023



LOCATION:

ALABAMA STATE HOUSE

11 SOUTH UNION STREET

MONTGOMERY, ALABAMA 36104

AND

ONLINE VIA ZOOM



TRANSCRIBED REMOTELY BY:

ANNA RUFFIN, CCR

COURT REPORTER

Page 2

1        COCHAIRMAN LIVINGSTON: We're going to
2  get started here.  If I could ask the clerk to call
3  the role, please.
4        THE CLERK:  Senator Barfoot?
5        SENATOR BARFOOT:  Here.
6        THE CLERK:  Senator Bell?
7        SENATOR BELL:  Here.
8        THE CLERK:  Senator Chesteen?
9        SENATOR CHESTEEN:  Here.
10        THE CLERK:  Senator Figures?
11        (No response.)
12        THE CLERK?  Senator Livingston?
13        COCHAIRMAN LIVINGSTON:  Here.
14        THE CLERK:  Senator Orr?
15        (No response.)
16        THE CLERK:  Senator Roberts?
17        (No response.)
18        THE CLERK:  Senator Scofield?
19        (No response.)
20        THE CLERK:  Senator Singleton?
21        SENATOR SINGLETON:  Here.
22        THE CLERK:  Senator Smitherman?
23        SENATOR SMITHERMAN:  Here.
24        THE CLERK:  Senator Williams?
25        SENATOR WILLIAMS:  Here.

Page 3

1        THE CLERK:  Representative Almond?
2        REPRESENTATIVE ALMOND:  Here.
3        THE CLERK:  Representative Boyd?
4        (No response.)
5        THE CLERK:  Representative Carns.
6        REPRESENTATIVE CARNS:  Here.
7        THE CLERK:  Representative Clouse?
8        (No response.)
9        THE CLERK:  Representative Ellis?
10        REPRESENTATIVE ELLIS:  Here.
11        THE CLERK:  Representative England?
12        (No response.)
13        THE CLERK:  Representative Hall?
14        REPRESENTATIVE HALL:  Here.
15        THE CLERK:  Representative Jones?
16        REPRESENTATIVE JONES:  Here.
17        THE CLERK:  Representative Lovvorn?
18        REPRESENTATIVE LOVVORN:  Here.
19        THE CLERK:  Representative Reynolds?
20        (No response.)
21        THE CLERK:  I have 17 present.  You
22  have the quorum -- oh, 18 present.
23        COCHAIRMAN LIVINGSTON:  18 present.
24  With 18 being present and the quorum being called,
25  next order of business would be the review and

Page 4

1  approve the meetings from the last meeting, which are
2  in your packets.
3        SENATOR ORR:  Mr. President?
4  Mr. Chairman?
5        COCHAIRMAN LIVINGSTON:  Senator Orr.
6        SENATOR ORR:  I move we approve the
7  minutes from the previous meeting.
8        COCHAIRMAN LIVINGSTON:  There's a
9  motion from Senator Orr.  Is there a second.
10        SENATOR SMITHERMAN:  Second.  Second.
11        COCHAIRMAN LIVINGSTON:  Mr. Smitherman
12  seconded.
13        All in favor of approving the minutes
14  say Aye.
15        (A collective Aye was heard throughout
16        the room.)
17        COCHAIRMAN LIVINGSTON:  Like signed
18  Aye and minutes are approved.
19        Mr. Pringle?
20        COCHAIRMAN PRINGLE:  May the question
21  now before the Bodies' adoption of the guidelines, do
22  we have a motion?  Do we have a motion for moving
23  adoption.
24        REPRESENTATIVE HALL:  Mr. Chair?
25        COCHAIRMAN PRINGLE:  Ms. Hall, do you

Page 5

1  second it.
2        REPRESENTATIVE HALL:  Yes.  And I
3  would like to speak when you finish.
4        UNIDENTIFIED MALE:  I second,
5  Mr. Chairman.
6        COCHAIRMAN PRINGLE:  We have a motion
7  and we have a second --
8        UNIDENTIFIED MALE:  Role call voting
9  at the present time, Mr. Chairman, whenever --
10        COCHAIRMAN PRINGLE:  If the clerk will
11  call the roll.
12        REPRESENTATIVE HALL:  Mr. Chair,
13  that's why I was asking.  We have a proposed
14  amendment to the guideline plan, so when you plan to
15  consider those --
16        COCHAIRMAN PRINGLE:  If Mr. England's
17  here, do you have an amendment.
18        REPRESENTATIVE HALL:  Yeah, I have the
19  amendment.  It should be in everybody's folder.
20        COCHAIRMAN PRINGLE:  Would you like to
21  present the amendment, Ms. Hall.
22        REPRESENTATIVE HALL:  I'll be happy
23  too.
24        COCHAIRMAN PRINGLE:  Thank you.
25        REPRESENTATIVE HALL:  The amendment

1 that you have is -- is -- for each one of the members
2 that is in the folders. And these -- just for
3 clarification for those that did not have a copy of
4 that.
5          "Because the U.S. District Court in
6 Milligan v. Allen has ordered the State to enact a
7 new congressional map that remedies the violations of
8 Section 2 of the Voting Rights Act, the
9 Reapportionment Committee shall prioritize all plans
10 that follow the U.S. District Court's guidance.
11 Accordingly, all proposals shall include at least two
12 of seven congressional districts in which members of
13 the plaintiff class identified in Milligan have an
14 equal opportunity to elect candidates of choice. In
15 assessing compliance with the Court order, this
16 committee shall consider the court's fact findings on
17 communities of interest, racially polarized voting,
18 and other factors that inform its conclusion that the
19 congressional current map with a single
20 majority-black district illegally dilutes black
21 voting strength.
22          The committee shall also obtain an
23 written report by an independent expert (a generally
24 recognized authority on the Voting Rights Act) that
25 analyzes any plan submitted to a committee vote.

1 Such report should specifically deliver an opinion
2 and supporting analysis as to whether and how the
3 proposed plan satisfies the U.S. District Court's
4 directives in Milligan. All reports should become
5 part of the record for legislative consideration and
6 shared with the public."
7          This is the amendment I move that we
8 adopt at this time.
9          COCHAIRMAN PRINGLE: Ladies and
10 gentlemen of the committee, the proposed amendment
11 would embedded -- embedded in the guidelines
12 arguments by counsel for the Milligan and Caster
13 plans about the US Supreme Court's recent decision in
14 Allen versus Milligan. And for that reason alone, it
15 should be rejected. Guidelines are no place for a
16 party's legal arguments.
17          Moreover, the proposed amendment is
18 unnecessary and is not good practice. The first
19 paragraph was a proposed amendment that will require
20 the committee to comply with Section Two the Voting
21 Rights Act. The guidelines already require the
22 committee to comply with the Voting Rights Act, as
23 well as the US Constitution, which the proposed
24 amendment does not mention, to comply under Section
25 Two of the Voting Rights Act and what the US

1 Constitution necessarily means complying with court
2 decisions that interpret those provisions.
3          The committee cannot feasibly amend
4 the guidelines every time a court interprets these
5 provisions, and it would be unwise to start picking
6 and choosing among court decisions to include some of
7 them and guidelines and leave others out.
8          The proposed amendment is also subject
9 to different interpretations. The first paragraph
10 mentions congressional districts in which members of
11 the plaintiffs class identified, and Milligan have an
12 equal opportunity to elect candidates of their
13 choice. But even among plaintiff suing the State,
14 the meaning of an equal opportunity to elect
15 candidates of choice is in dispute.
16          And Milligan plans apparently argued
17 this means districts with over 50% black voting age
18 population, but the single complainers have advocated
19 remedial districts would be the APs and low to mid
20 40s, which incidentally, the Milligan plan is
21 repeatedly endorsed until just recently.
22          We should not include the guidelines
23 language that is at best unclear and at worst
24 incorporates an unproven argument of one set of
25 plaintiffs. The proposed amendment would require the

1 committee to consider the courts fact finding of
2 communities of interest. Whatever the trial court
3 found about the Gulf Coast, being a community of
4 interest, was a preliminary finding based on limited
5 record compiled in an expedited hearing. It's not a
6 final judicial determination and does not preempt the
7 committee's ability and responsibility under the
8 guidelines to identify and respect communities of
9 interest, including the Gulf Coast and the black belt
10 when it trolls to those remedial districts.
11          One purpose of the hearing, the
12 committee is considering is to receive public comment
13 and communities of interest, and we should be open to
14 that evidence and not instead default to the
15 arguments of the Milligan, plaintiff's lawyers. The
16 second paragraph that the proposed amendment would
17 require the committee to receive and review a report
18 by an independent expert upon whether the proposed
19 plan complies with the trial court's directives and
20 Milligan, which directives this language refers to is
21 unclear or whatever directives are intended or
22 preliminary finding the conclusion of love, made in a
23 hurry record.
24          They do not reflect what the court
25 will say after it has had the opportunity to review a

3 (Pages 6 - 9)

Page 10

1 complete record.  Moreover, no such report has been
2 submitted by Milligan and Caster plaintiffs and
3 supported their VRA plaintiffs' remedial plan that
4 was presented and discussed in the last hearing.
5        That said, I anticipate that when the
6 House of Senate leadership submits a plan for the
7 Committee's review will be supported by one more --
8 one of more functionality reports.  In short, the
9 proposed amendment is not needed and would
10 incorporate into our guidelines, the arguments of the
11 Milligan plaintiffs lawyers, and for these reasons,
12 the motion to amend the guidelines should be denied.
13        REPRESENTATIVE FIGURES:  Mr. Chairman?
14        COCHAIRMAN PRINGLE:  Yes.
15        SENATOR FIGURES:  In light of the fact
16 that Representative Hall's, amendment did not get a
17 second, let it go on the record showing --
18        UNIDENTIFIED MALE:  I will --
19        SENATOR FIGURES:  You would --
20        UNIDENTIFIED MALE:  No, I will.
21        SENATOR FIGURES:  No.  I was just
22 going to let the record show that I second it.
23        COCHAIRMAN PRINGLE:  Thank you,
24 Senator Figures.
25        SENATOR FIGURES:  Also, Mr. Chairman,

Page 11

1 can we get a copy of the statement you just read?
2        COCHAIRMAN PRINGLE:  It's in the
3 record, and I'll be glad to share it with you.
4        SENATOR FIGURES:  Thank you.
5        COCHAIRMAN PRINGLE:  Senator
6 Smitherman.
7        SENATOR SMITHERMAN:  To listen to
8 report that the co-chair gave, I think that I feel
9 duly noted, based on my opinion and my own
10 interpretation to make a few corrections.  One is
11 that in this -- in this proposed amendment, if you
12 look at this from the middle part on down, it says,
13 "In asserting compliance with the Court's order.
14 This committee shall consider the Court's fact
15 findings on community interest, racially polarized
16 voting, and other factors that inform its conclusion
17 that the congressional current map with a single
18 majority black district, it legally dilutes black
19 voting strength."
20        I think that's, I think that's why
21 we're here in the first place.  I think that's how we
22 got here by the courts, saying this is what -- the
23 map wasn't right.  So I think that it makes only
24 common sense to follow directives from the Court.
25        The second thing I want to say is

Page 12

1 this:  As I heard the response, I kind of heard
2 something like this and I'll stand corrected.  But it
3 said that -- when we were talking -- you were talking
4 about the taking the directions that -- that this
5 amendment was trying to take us.  It was something to
6 the effect that this would be carrying furthering the
7 ruling of the Court, it was something of that nature.
8 I want to set the record straight.  This is a
9 two-part situation.  This is not a continuation from
10 the first ruling on the merits that the Court did on
11 the initial complaint.
12        There is two phases to this.  The
13 first phase is them ruling what they're ruling.  This
14 phase -- and if you look in the orders, when he
15 talked to orders at the -- when he talked about that
16 they were going to use strict scrutiny in the
17 principles of coming up with the remedy.  The end of
18 phase two is that the remedy now has to meet what the
19 Court says and has to meet the procedural --
20 substantive procedures that is -- that is used by
21 those have to meet those standards that they have.
22 So it would make to me only common sense to take that
23 part right there because the Court has said, that's
24 the flaw.  And we got to go from here to try to
25 correct this and would you present us back if there's

Page 13

1 going to be acceptable?  So I want to make that very
2 clear to everybody in here that this is not one
3 carryover from the ruling.  There's two parts to it.
4 Now we in the remedy phase, and the remedy phase is
5 totally independent, as it relates to the ruling that
6 we have to come up with another remedy.  Thank you,
7 Mr. Chairman.
8        SENATOR ORR:  Mr. Chairman?
9        COCHAIRMAN PRINGLE:  Mr. Orr.
10        SENATOR ORR:  In light of Chairman
11 Pringle's comments, I would move to table the
12 amendment.
13        COCHAIRMAN PRINGLE:  There's a motion
14 to table.  Is there a second.
15        SENATOR SMITHERMAN:  Second.
16        COCHAIRMAN PRINGLE:  Second by Senator
17 --
18        (Cross-talk.)
19        COCHAIRMAN PRINGLE:  Roll-call vote.
20        THE CLERK:  Senator Barfoot.
21        SENATOR BARFOOT:  Aye.
22        THE CLERK:  Senator Bell?
23        SENATOR BELL:  Aye.
24        THE CLERK:  Senator Chesteen?
25        SENATOR CHESTEEN:  Aye.

Page 14

1    THE CLERK: Senator Figures?
2    SENATOR FIGURES: No.
3    THE CLERK? Senator Livingston?
4        (No response.)
5    THE CLERK: Senator Orr?
6    SENATOR ORR: Aye.
7    THE CLERK: Senator Roberts?
8        (No response.)
9    THE CLERK: Senator Scofield?
10       (No response.)
11   THE CLERK: Senator Singleton?
12   SENATOR SINGLETON: No. No, no, no.
13   THE CLERK: Senator Smitherman?
14   SENATOR SMITHERMAN: Aye.
15   THE CLERK: Senator Williams?
16   SENATOR WILLIAMS: Aye.
17   THE CLERK: Representative Almond?
18       (No response.)
19   THE CLERK: Representative Boyd?
20       (No response.)
21   THE CLERK: Representative Carns?
22   REPRESENTATIVE CARNS: Aye.
23   THE CLERK: Representative Clouse?
24       (No response.)
25   THE CLERK: Representative Ellis?

Page 15

1    REPRESENTATIVE ELLIS: Aye.
2    THE CLERK: Representative England?
3        (No response.)
4    THE CLERK: Representative Hall?
5        (No response.)
6    THE CLERK: Representative Jones?
7    REPRESENTATIVE JONES: No.
8    THE CLERK: Representative Lovvorn?
9    REPRESENTATIVE LOVVORN: Aye.
10   THE CLERK: Representative Reynolds?
11       (No response.)
12   THE CLERK: I have Aye as 13 and No to
13  6.
14       COCHAIRMAN LIVINGSTON: The guidelines
15  have been adopted in a 13-6 vote. Chairman Pringle?
16       COCHAIRMAN PRINGLE: Ladies and
17  gentlemen, we're going to now move to a discussion of
18  a couple of things. We're gonna talk about some of
19  the plans that are pending before the committee. But
20  I'd like to get started. If you would like to speak,
21  in general terms, about different issues, communities
22  of interest or historical sights, not specifically on
23  a plan, there's a signup sheet. There's a sign up
24  sheet right over here.
25       If you'll come sign up, we'll

Page 16

1    recognize you. This is for people here to talk about
2    general communities of interest. Then we're going to
3    have you -- if you want to talk about a specific
4    plan, there's a sign up sheet for each specific plan,
5    and we'll be glad to call you up and let you talk
6    about each plan.
7        And you can sign up for multiple --
8    multiple plans. It doesn't bother me. But we just
9    want to make sure when we call you, you're going to
10   talk about the plan that we have before us.
11       SENATOR FIGURES: Mr. Chair?
12       COCHAIRMAN PRINGLE: Yes, Senator
13  Figures?
14       SENATOR FIGURES: I understand that
15  plans -- were the -- the deadline for plan
16  submittal was July 7, how many plans have been
17  submitted? And how will we know which plan --
18       COCHAIRMAN PRINGLE: We're actively
19  processing plans as fast as possible, but there was
20  an overwhelming number sent into the committee. From
21  all over, from France, from New Zealand and all over
22  out of state. Right now, we're trying to consolidate
23  and get our plans from Alabama residents to you as
24  fast as possible. We're just -- to be frank, we're
25  just overwhelmed. We are working as diligently as

Page 17

1    possible to do --
2        SENATOR FIGURES: How do we have a
3    public hearing on the plans that were submitted, if
4    we don't have the plans before us?
5        COCHAIRMAN PRINGLE: I got some plans
6    that have been submitted that are run through our
7    computers. And we can put numbers on the screen for
8    you. We just haven't got to all of them. I'm doing
9    the best I can, Senator in a very, very, very
10   time-compressed --
11       SENATOR FIGURES: I'm not complaining.
12   I'm just saying it makes sense if we're having a
13   public hearing about plans submitted, we need the
14   plans.
15       COCHAIRMAN PRINGLE: Yeah. We've got
16   numerous plans we're gonna put up before --
17   Will -- will they be bringing us copies of the plan
18   -- we'll turn everything over to you as fast as we
19   can get it.
20       One of the problems is, some of the
21   plans are not compatible with Maptitude. So we have
22   to get the plans we have to get them in loaded in our
23   computer into Maptitude. And then process them so we
24   can run them.
25       SENATOR SMITHERMAN: Mr. Chairman?

Veritext Legal Solutions
877-373-3660                                                        800.808.4958

Page 18

1        COCHAIRMAN PRINGLE: Mr. Smitherman?
2        MR. SMITHERMAN: Mr. Chairman, I don't
3 mind yielding -- outspoken -- I like to be recognized
4 after that.
5        SENATOR ENGLAND: Yes, Mr. Chairman,
6 as a member of this permanent legislative committee,
7 and as part of the minority of this committee, we
8 have not been privy to any maps drawn by this
9 committee itself. And we're talking about going into
10 session on next week. I wrote a letter titled to
11 Chairman Livingston, yourself, and Attorney Dorman
12 Walker, asking for any maps or other functionality
13 reports that can that this committee already has
14 drawn, and we have not received anything.
15        Could you please respond to that in
16 terms of maps, that this committee and where we are,
17 and while we as the minority has not been a part of
18 that process?
19        SENATOR FIGURES: That's drawn by the
20 majority -- not by this committee that you're
21 referring to.
22        COCHAIRMAN PRINGLE: And, Senator, as
23 I told you, we just adopted guidelines a few minutes
24 ago. I don't know how I can present plans to a
25 committee when I haven't guidelines to guide me

Page 19

1 drawn.
2        REPRESENTATIVE ENGLAND: Why don't we
3 sit down together and draw our map?
4        COCHAIRMAN PRINGLE: We are working on
5 that as fast as we can. I've got nothing to hide,
6 Senator, and I'm ready to get started on that plan.
7        REPRESENTATIVE ENGLAND: Will I be
8 involved with that plan?
9        COCHAIRMAN PRINGLE: Yes.
10        (Cross-talk.)
11        COCHAIRMAN PRINGLE: I understand and
12 we're working as diligently as possible. We have --
13 committee staff has been completely overwhelmed. We
14 are working as diligently as possible to produce all
15 of the information.
16        REPRESENTATIVE ENGLAND: I'm not a
17 part of that "we" though.
18        COCHAIRMAN PRINGLE: Yes, Senator
19 Smitherman?
20        MR. SMITHERMAN: Mr. Chairman, I --
21 you know I wrote a letter requesting the same
22 information, and I like that to be, you know, kind of
23 spread over out minutes. It's a letter. At some
24 point in time, I'm going to hand it back to -- it's
25 evident that I actually sent in a letter requesting

Page 20

1 that. But my statement is to give more to the fact
2 we have already functionality reports.
3        I'm not -- I'm not putting them out
4 map -- the map that we're talking about that we're
5 gonna try to put together as a group. I'm saying on
6 all these other maps, not all of them, but we have
7 many of these other maps, we have functionality
8 reports. And I mean, I'm not saying that's anybody's
9 keeping me from it. But anything that's spread in
10 that office, in this committee, to be a member you
11 should have -- all of us should have access to. So I
12 think it's very important and critical, that whatever
13 we do have now, if that that'd be presented an
14 opportunity for every member on this committee to be
15 able to get it. So as we go through this meeting,
16 and as we get ready to go through the next --
17 whatever next step it is, we will have a chance to
18 review some of that information and be able to
19 discuss it as we go through this process here.
20        That's why I had asked about the
21 meeting a little bit before the meeting up until
22 today. So if it can be produced, I still would like
23 to get it. And I don't mind looking at it as we go
24 through this process. But I need whatever we have.
25 Thank you.

Page 21

1        COCHAIRMAN PRINGLE: And I understand
2 we are processing the maps. We've processed the
3 remedial maps we have been reviewing and running the
4 analysis on it. As fast as we can possibly do it.
5 We've processed the DRA plans for remedial map, which
6 we'll have today. We've processed the CLC Map 1. We
7 processed a Singleton Congressional Map Plan 3, and
8 we processed the Hatcher Remedial Congressional Plan
9 1.
10        We had been reviewing the maps,
11 putting them into computer and running the analysis
12 on them, as fast as we can possibly do. We just got
13 completely overwhelmed with the number of maps sent
14 in. And so we picked y'all's maps first, and we ran
15 those in length. We picked Senator Singleton's maps
16 and the plaintiffs' maps. We've picked the maps that
17 come in from Senator Singleton. That -- that -- the
18 Singleton Congressional Plan Number three is -- does
19 not -- is that your map?
20        SENATOR SMITHERMAN: No, I'm the
21 sponsor of that one.
22        COCHAIRMAN PRINGLE: Oh, you're the
23 sponsor for the Singleton Map? I'm sorry, Senator
24 Smitherman.
25        But anyway, again, we are -- we are

6 (Pages 18 - 21)

1  processing it as fast as possible.  And we're going
2  to get you the information as soon as we can.  We
3  just have a horribly compressed timeframe, yet again
4  in this committee.  I wish we could go back to the
5  days when we had a year to do this, but we've never
6  been given that length of time to -- to draw these
7  maps has always been very late.
8         SENATOR FIGURES:  We didn't have an
9  opportunity for a long time before.
10        SENATOR PRINGLE:  Yes, Representative
11 England?
12        REPRESENTATIVE ENGLAND:  Thank you for
13 the recognition.  There's something interesting that
14 you said it kind of struck me, and please forgive me
15 him, no disrespect about this at all.  But I wasn't
16 aware that this was like a y'all process.  And I
17 thought that we had a court order where we were
18 trying to build a map that we were all supposed to be
19 working on to a certain degree.
20        And also since we have a public
21 hearing today, it's not since just a y'all situation
22 for us to present maps but everybody to present maps
23 so we can actually get a better idea of what, you
24 know, I guess for lack of a better term "public
25 communities of interest" are -- or what other

1  perception you have of the court order so we can
2  actually look at opposing maps and have a public
3  hearing where everybody's here as input on not only,
4  I guess, y'all's maps, but everybody else's maps too.
5         So it kind of puts us as members of
6  the committee and the public at a disadvantage
7  because they will not have an opportunity to provide
8  any public input on maps that y'all present.  So
9  again -- I echo the sentiments of Senator Singleton
10 and Senator Figures when, I mean, I would prefer that
11 this is a process where we're all kind of building a
12 resolution to satisfy a court order that we all got
13 to look at everybody's proposal when we're not just
14 seeing it on Monday when we -- when we arrive at the
15 State House for a special session and then be
16 expected to vote on it within five days.
17        So I'll yield but that's just --
18 that's just interesting to me.
19        SENATOR SMITHERMAN:  Mr. Chairman, I
20 would like to present this to the community.
21        COCHAIRMAN PRINGLE:  Senator
22 Smitherman has presented it to me, and if you don't
23 mind, I like to change your memorandum to read
24 Cochairman Livingston and Cochairman Pringle.  I'm
25 not Vice Chairman.

1         Thank you.
2         And with that, I like to recognize
3  Frank Schmitz, former mayor Dothan, currently serving
4  as civilian aid to Secretary of the Army.
5         When you get to the microphone, please
6  speak into the microphone and state your name and
7  where you're from there because there are people
8  listening to us.  It was very difficult last time to
9  people that are listening to.  The clerk is in the
10 back room to hear you, so speak into your microphone.
11 And, Members, if you'll turn your mics off, I
12 understand we had a problem with back feed last time.
13 Thank you so much.
14        MR. SCHMITZ:  Thank you so much.
15 Well, good afternoon.  First of all, thank you for
16 this opportunity.  My name is Mike Schmitz.  I'm from
17 the great City of Dothan, Alabama.  I'm in the
18 automobile business there for 35 years.  I sell
19 Hyundai's and Mercedes made in Alabama, by Alabama
20 folks.  So I'm proud of that.  I also had the honor
21 of being mayor of the city and the privilege of being
22 mayor from 2009 to October 2017 in Dothan, and then I
23 stepped down from there after two terms into our
24 public school system became chairman of the board,
25 COVID hit.  So it was an exciting, interesting four

1  years.  I learned a lot.  And then after I stepped
2  out of that, I got appointed by the Secretary of the
3  Army.  It's a volunteer position.  I represent
4  Alabama South.  I represent Fort Novosel Army
5  Reserve, and anything to do with the military JROTC,
6  Army National Guard and report directly to the
7  Pentagon and to the Secretary of the Army.
8         I'm here as a concerned -- not a
9  concerned -- I am a concerned citizen, involved
10 citizen.  As someone who's been involved with
11 economic development with partnerships with southeast
12 Alabama, I'm very protective of us.  Because we stand
13 alone, most of us are small communities.  And as we
14 stand alone, we can't succeed.  So we have created
15 partnerships that have lasted 50 and 100 years that
16 have helped all our communities grow, and my purpose
17 today is simply ask you, I don't have a map.  I don't
18 know what maps you have.  But I would love to see
19 those in Houston County stay in line with Montgomery
20 and all the communities that were involved going out
21 to southeast edge of Alabama.
22        We have many partnerships.  One is
23 southeast Alabama gas, we're 14 municipalities from
24 Dothan up to Greenville -- southeast Alabama gas and
25 that creates profits or benefits for -- for each

7 (Pages 22 - 25)

Page 26

1 community and helps them grow. The 14 mayors sit
2 down every month, and we work together and see how we
3 can help each other because we don't have anyone
4 else. And so we work together. We have prospered.
5 We are booming, and I hate to see that change. We
6 other -- we also have an education Troy, Troy
7 University and Troy Dothan, the medical school we
8 have in Dothan in economic development. We, as City
9 of Dothan, go out -- not out of our way, but we try
10 to partner with all these smaller communities and
11 help them create jobs because we know floats all
12 boats, right?
13          We know it helps Geneva, helps us what
14 helps Enterprise helps us or Greenville, so we worked
15 really, really hard together to do that. We also
16 have -- the biggest purpose I have today for this is
17 we -- the world is changing and with Fort Novosel --
18          COCHAIRMAN PRINGLE: One minute.
19          MR. SCHMITZ: Okay. Fort Novosel and,
20 and Maxwell Air Force Base. We got to be careful.
21 We got to protect the values. We got to stay
22 together to make sure they are benefited. And they
23 continue to grow to protect our country. And we have
24 incredible amount of partnership to help protect
25 that. We cannot lose this. We also -- if you move

Page 27

1 us West, I believe Houston and Dothan County will
2 lose our voice and lose our vote. Thank you very
3 much. God bless you.
4          COCHAIRMAN PRINGLE: Thank you so
5 much.
6          The Chair now recognized Jeff Brandon,
7 CEO of Flowers Hospital in Dothan.
8          MR. BRANDON: Thank you, Mr. Chairman.
9 My name is Jeff Brandon. I -- thank you -- I'll be
10 happy to do that. I am the CEO of Flowers Hospital.
11 I have lived in this district all my life. I'll be
12 65 years old in September of this year. My dad is
13 93. He served in the Military, Alabama National
14 Guard, Civil Service, and we are very -- as Mayor
15 Schmitz just said. I'm here today as a concerned
16 citizen as someone that realizes the benefit of
17 collaboration, cooperation communication, all of
18 those things that he just referenced that are
19 critically important for us not to forget.
20          I believe that our economy is strong
21 today because of the things that Mayor Schmitz just
22 mention. I can tell you that our health care
23 community is stronger than it's ever been in our
24 district. We have a Southeast Alabama Hospital
25 Council that met yesterday that goes over five

Page 28

1 different counties that we're all focused on making
2 sure that everyone has access to excellent health
3 care in our community, and I don't think that we
4 should shy away from being very proud of that.
5          Certainly, he mentioned the medical
6 school. My hospital alone is about to stand up
7 internal medical permanency program. I can just say
8 this from a personal perspective, not just from
9 personal -- from a professional perspective, but I'm
10 six generations living in this particular district.
11 My children have been educated in this district and
12 continue to live and work in this area.
13          I'm very blessed to see my seven
14 grandchildren and my two great-grandchildren on a
15 regular basis. I'm very proud of all the things that
16 they've accomplished, as well as continuing to see
17 people in our community to grow and thrive. I think
18 again -- that's our main reason for being here today,
19 again, is to talk about what's good, what's right,
20 what's worked, and we want to continue to support
21 that. We certainly be open to hear from others as
22 well, but I think that's what makes our community
23 strong is the fact that I mentioned those three C's:
24 Communication, collaboration, and cooperation. Want
25 to continue see that happen.

Page 29

1          Thank you very much for allowing me to
2 speak and appreciate all the hard work that everyone
3 sitting up there does each and everyday. Very
4 appreciative of all of your service. Thank you.
5          COCHAIRMAN PRINGLE: Thank you so
6 much.
7          And let me -- for people that are
8 watching us on live stream, if you would like to
9 comment, send your emails to district@alsenate.gov,
10 district@alsenate.gov. We'll be glad to take your
11 comments, and we'll be glad to take your comments and
12 we'll read them from the podium.
13          From that now, the Chair recognizes
14 Ronald Jackson from Birmingham, for three minutes.
15          MR. JACKSON: Good morning,
16 Legislatures and my fellow citizens of Alabama. I'm
17 Ronald Jackson. I'm a formal member of the Alabama
18 legislature. I'm hear to speak today on behalf of
19 citizens of better schools and sustainable
20 communities, and legal evaluations, and action
21 project. We are here to support the Blackshear
22 plan -- everything is going be on the Internet. But
23 we're here to tell you that -- I'm from Birmingham,
24 Jefferson County, Alabama.
25          But these plans, these proposals that

8 (Pages 26 - 29)

<br/>

Page 30

1 have been put out, that I have seen thus far.  They
2 are unfair, inequitable, noncompliant with the recent
3 decision by the United States Supreme Court and --
4 for Jefferson County, which if you all will go back
5 to that original Singleton decision that created this
6 one person, one vote.
7        And I want everybody to understand
8 this, what this legislature must do when they adopt
9 what they're going to adopt.  That -- that
10 preservation of one person, one vote, must be active,
11 that's the euphemisms they use about continuity,
12 making sure your vote count.
13        We want to say to you today, and let
14 you be placed on public notice, that citizens with
15 better schools and sustainable communities, with
16 legal evaluation and action project, we have counsel.
17 And we are prepared that we will respond to a special
18 master, and if you don't keep Jefferson County
19 together and not split it off anywhere to pull up
20 some votes that you think you need to have, just
21 think about what Attorney Blackshear has written to
22 you.
23        In conclusion, Jefferson County is the
24 economic engine of this State.  Those of you that
25 talk about the automobile industry, no, you really

Page 31

1 got it.  Mayor Richard Arrington, Governor Polson,
2 when out of Birmingham we gave you the money to get
3 the Mercedes plan, and you think we going to let you
4 split us up?  You got another funk coming.
5        All I wanted say to you is this, we
6 stand on this cardinal principle, autonomous --
7 defendere.  If you don't know what that means, I'll
8 tell you in Alabama language:  We dare defend our
9 rights, and I leave you with one other Latin
10 expression:  "Illegitimus non carborundum" because
11 what I see on these plans is that.  Now, you look it
12 up.  I'm not going to say what it means, because it's
13 a language I would not say, with children listening.
14 Support the Blackshear Plan.  Thank you.
15        COCHAIRMAN PRINGLE:  Thank you,
16 Mr. Jackson.
17        The Chair now recognizes William Bowan
18 from Opelika.  Did I say that correctly?
19        MR. BOWHALL:  The name is William
20 Bowhall of Opelika, Alabama.  I'm here to talk to
21 this member body and the public about some overlooked
22 issues that this State needs to take care of.
23 Because I've been a citizen of this state and
24 resident for 25 years.  And my needs have not yet
25 been observed or tended to by the Republicans or

Page 32

1 Democrats.  I demand representation.  I have a reason
2 for it.  I'm going to present it to you.  It involves
3 technology, advanced aerospace applications for land,
4 air, sea, and space.  And this will contribute to
5 national security in both economic and military
6 applications.
7        It's been overlooked.  I went to my
8 representatives, starting with Riley back in '99
9 before he began governor.  I talked to multiple
10 representative and attempted to talk to others, such
11 as Mike Rogers -- as recently as 2018 before the last
12 state election Whatley, Joe Lovvorn.  I don't know if
13 that's the same person.  I have never spoken to him
14 in person.  But I made multiple phone calls and
15 Whatley was the only that I caught actually in
16 session with aid, quote on quote.
17        Now, I moved down to Alabama 25 years
18 ago.  I gave up an inheritant house that was given to
19 me from my grandparents raised me as a child --
20        COCHAIRMAN PRINGLE:  One minute.
21        MR. BOWHALL:  -- all right?  I gave
22 that up to come down to bring -- to try to establish
23 jobs and bring technology to this state when you
24 needed it.  I've been ignored ever since.  My life's
25 been turned upside down.  I've been forced into low

Page 33

1 income, 9, $10-hour-job, which I used to do some
2 research for my needs of this technology, industry
3 never got establish.  This state needs to bring a
4 crap-load of money into this state to establish this
5 technology because it's not individual applications
6 that we're speaking of the way you would establish an
7 auto industry or an aircraft industry.
8        This is cross-over technology.  I need
9 to get all phases established, so it makes it more
10 economically to manufacture, and the fact -- the
11 technology I'm about to show you, just a child --
12        COCHAIRMAN PRINGLE:  Your time is
13 expired, sir.
14        MR. BOWHALL:  Well, let me do this
15 because this is why I came here, and the public needs
16 to know about it because the mapping does not cover
17 the contingency of third party independent
18 representation and that's an absolute must to see
19 that this technology is protected, that the labor
20 force gets established, the future needs of
21 infrastructure get established to support its gross.
22        This hasn't been done in this state,
23 and you put millions of dollars in road work,
24 refurbishing in Birmingham.  Now y'all see me take
25 this that can be manufactured over and over again.

Page 34

1 This is just a basic application of an air foil --
2          COCHAIRMAN PRINGLE:  You need to speak
3 into the microphone.
4          MR. BOWHALL:  You got in manufacture
5 now.  It has nothing you have in manufacture now that
6 can provide a safer needs for transportation for
7 land, air, sea, and space.  And I can't go into
8 additional components that would be added to it, but
9 it supports it's own -- own means of flight.  And
10 with attachable and re-attachable units, compartment
11 to be saved --
12          SENATOR FIGURES:  Mr. Chair?
13          COCHAIRMAN PRINGLE:  Sir, your time's
14 expired, sir.  We're here to talk about congressional
15 redistricting, not technology.  So your time is
16 expired, sir.  I'm sorry.  I gave you three minutes
17 to talk about congressional redistricting, and I
18 yielded extra time to you.  You're here talking about
19 technology.
20          MR. BOWHALL:  But the redistricting
21 refers to the black community.
22          COCHAIRMAN PRINGLE:  Well, we're here
23 to talk about, sir --
24          MR. BOWHALL:  You can't --
25          COCHAIRMAN PRINGLE:  Sir, I'm going to

Page 35

1 ask you to sit down, and if you don't sit down, that
2 gentleman will remove you.
3          Now, the next one is David -- is it
4 L-U-S-S-E-U from Birmingham?  I can't read the
5 handwriting.  David Lusseu or -- okay.  I'm sorry.  I
6 can't read your handwriting.  Thank you.  Come
7 forward.  I'm going to hold you to three minutes.
8          MR. LUSSEU:  It won't take three
9 minutes.  I'm David Lusseu.  I was here last week,
10 and my mind still hasn't wrapped around the
11 chairperson and vice chair.  You know, when I left
12 out of here last week, they told me there were two
13 professors up there on the -- one of them is not he
14 today, but one of them had a PHD from the University
15 of Alabama, and we had two attorneys and one of them
16 attorneys was from the prestige University of
17 Montevallo, and then we got a former mayor over
18 there, was the major of the third largest city.
19          Now, out of all of that qualification,
20 and we could not any much find to get vice chair from
21 that group.  You know, it seem kind of obvious that,
22 you know, this is a two-black district and with all
23 of that qualification, and we could not pull out a
24 vice chair out of that community.  It was kind of
25 hard -- until Alabama get they act together, there's

Page 36

1 no state that can get their act together.  Everything
2 starts here in Alabama.  When we become like the
3 University of Alabama football team, then we will
4 begin to look upon a different perspective.  When
5 Nick Saban puts his players out there, he puts his
6 players out to win.  He doesn't put his players on
7 the field, saying that this player is a republican,
8 this player is a democrat, this player is black, this
9 player is white.  He puts players on the field to win
10 and that's what we should start off at the beginning.
11 You started off in the wrong area by not selecting a
12 vice chair.
13          I'm hoping that when the legislature
14 go in session on the 17th, that we can formulate a
15 football team.  We formulate a football that we going
16 to win for the State of Alabama.  This is two-black
17 districts.  Now, Blackshear's maps, which I was kind
18 of concerned about, but it's not about me, it's
19 what's best for the State of Alabama.  I think this
20 is what we need to start doing looking for the State
21 of Alabama.  Thank you.
22
23
24
25

Page 37

1          REPORTER'S CERTIFICATE
2 STATE OF ALABAMA
3 ETOWAH COUNTY
4     I, Anna Ruffin, Certified Court Reporter and
5 Commissioner for the State of Alabama at Large,
6 hereby certify that on July 13, 2023, the above and
7 foregoing proceeding was taken down by me in
8 stenotype and the questions, answers, and statements
9 thereto were transcribed by means of computer-aided
10 transcription and that the foregoing, page 1 to 37,
11 represents a true and correct transcript of the said
12 proceeding.
13          I further certify that I am neither of
14 counsel, nor of kin to the parties to the action, nor
15 am I in anywise interested in the result of said
16 caus
17
18 /s/Anna Ruffin
   Anna Ruffin, CCR
19 Commissioner for the
   State of Alabama at Large
20 CCR# 694, Expires 09/30/2023
21 MY COMMISSION EXPIRES: 10/21/24
22
23
24
25

| **0** |
|---|
| **09/30/2023** |
| 37:20 |

| **1** |
|---|
| **1**  21:6,9 37:10 |
| **10**  33:1 |
| **10/21/24**  37:21 |
| **100**  25:15 |
| **11**  1:14 |
| **13**  15:12 37:6 |
| **13-6**  15:15 |
| **13th**  1:9 |
| **14**  25:23 26:1 |
| **17**  3:21 |
| **17th**  36:14 |
| **18**  3:22,23,24 |

| **2** |
|---|
| **2**  6:8 |
| **2009**  24:22 |
| **2017**  24:22 |
| **2018**  32:11 |
| **2023**  1:9 37:6 |
| **25**  31:24 32:17 |
| **25778**  37:17 |

| **3** |
|---|
| **3**  21:7 |
| **35**  24:18 |
| **36104**  1:15 |
| **37**  37:10 |

| **4** |
|---|
| **40s**  8:20 |

| **5** |
|---|
| **50**  8:17 25:15 |

| **6** |
|---|
| **6**  15:13 |
| **65**  27:12 |
| **694**  37:20 |

| **7** |
|---|
| **7**  16:16 |

| **9** |
|---|
| **9**  33:1 |
| **93**  27:13 |
| **99**  32:8 |

| **a** |
|---|
| **ability**  9:7 |
| **able**  20:15,18 |
| **above**  37:6 |
| **absolute**  33:18 |
| **acceptable**  13:1 |
| **access**  20:11 |
| 28:2 |
| **accomplished** |
| 28:16 |
| **act**  6:8,24 7:21 |
| 7:22,25 35:25 |
| 36:1 |
| **action**  29:20 |
| 30:16 37:14 |
| **active**  30:10 |
| **actively**  16:18 |
| **actually**  19:25 |
| 22:23 23:2 |
| 32:15 |

**added**  34:8
**additional**  34:8
**adopt**  7:8 30:8,9
**adopted**  15:15
  18:23
**adoption**  4:21
  4:23
**advanced**  32:3
**advocated**  8:18
**aerospace**  32:3
**afternoon**  24:15
**age**  8:17
**ago**  18:24 32:18
**aid**  24:4 32:16
**aided**  37:9
**air**  26:20 32:4
  34:1,7
**aircraft**  33:7
**alabama**  1:5,13
  1:15 16:23
  24:17,19,19
  25:4,12,21,23
  25:24 27:13,24
  29:16,17,24
  31:8,20 32:17
  35:15,25 36:2,3
  36:16,19,21
  37:2,5,19
**allen**  6:6 7:14
**allowing**  29:1
**almond**  3:1,2
  14:17
**alsenate.gov**
  29:9

**alsenate.gov.**
  29:10
**amend**  8:3
  10:12
**amendment**
  5:14,17,19,21
  5:25 7:7,10,17
  7:19,24 8:8,25
  9:16 10:9,16
  11:11 12:5
  13:12
**amount**  26:24
**analysis**  7:2
  21:4,11
**analyzes**  6:25
**anna**  1:21 37:4
  37:18,18
**answers**  37:8
**anticipate**  10:5
**anybody's**  20:8
**anyway**  21:25
**anywise**  37:15
**apparently**  8:16
**application**  34:1
**applications**
  32:3,6 33:5
**appointed**  25:2
**appreciate**  29:2
**appreciative**
  29:4
**approve**  4:1,6
**approved**  4:18
**approving**  4:13
**aps**  8:19

**area**  28:12
  36:11
**argued**  8:16
**argument**  8:24
**arguments**  7:12
  7:16 9:15 10:10
**army**  24:4 25:3
  25:4,6,7
**arrington**  31:1
**arrive**  23:14
**asked**  20:20
**asking**  5:13
  18:12
**asserting**  11:13
**assessing**  6:15
**attachable**
  34:10,10
**attempted**  32:10
**attorney**  18:11
  30:21
**attorneys**  35:15
  35:16
**authority**  6:24
**auto**  33:7
**automobile**
  24:18 30:25
**autonomous**
  31:6
**aware**  22:16
**aye**  4:14,15,18
  13:21,23,25
  14:6,14,16,22
  15:1,9,12

**b**

**back**  12:25
  19:24 22:4
  24:10,12 30:4
  32:8
**barfoot**  2:4,5
  13:20,21
**base**  26:20
**based**  9:4 11:9
**basic**  34:1
**basis**  28:15
**began**  32:9
**beginning**  36:10
**behalf**  29:18
**believe**  27:1,20
**bell**  2:6,7 13:22
  13:23
**belt**  9:9
**benefit**  27:16
**benefited**  26:22
**benefits**  25:25
**best**  8:23 17:9
  36:19
**better**  22:23,24
  29:19 30:15
**biggest**  26:16
**birmingham**
  29:14,23 31:2
  33:24 35:4
**bit**  20:21
**black**  6:20,20
  8:17 9:9 11:18
  11:18 34:21
  35:22 36:8,16

**blackshear**
  29:21 30:21
  31:14
**blackshear's**
  36:17
**bless**  27:3
**blessed**  28:13
**board**  24:24
**boats**  26:12
**bodies**  4:21
**body**  31:21
**booming**  26:5
**bother**  16:8
**bowan**  31:17
**bowhall**  31:19
  31:20 32:21
  33:14 34:4,20
  34:24
**boyd**  3:3 14:19
**brandon**  27:6,8
  27:9
**bring**  32:22,23
  33:3
**bringing**  17:17
**build**  22:18
**building**  23:11
**business**  3:25
  24:18

**c**

**c's**  28:23
**call**  2:2 5:8,11
  13:19 16:5,9
**called**  3:24
**calls**  32:14

**candidates**  6:14
  8:12,15
**carborundum**
  31:10
**cardinal**  31:6
**care**  27:22 28:3
  31:22
**careful**  26:20
**carns**  3:5,6
  14:21,22
**carrying**  12:6
**carryover**  13:3
**caster**  7:12 10:2
**caught**  32:15
**cause**  37:16
**ccr**  1:21 37:18
  37:20
**ceo**  27:7,10
**certain**  22:19
**certainly**  28:5
  28:21
**certificate**  37:1
**certified**  37:4
**certify**  37:6,13
**chair**  4:24 5:12
  11:8 16:11 27:6
  29:13 31:17
  34:12 35:11,20
  35:24 36:12
**chairman**  4:4
  5:5,9 10:13,25
  13:7,8,10 15:15
  17:25 18:2,5,11
  19:20 23:19,25
  24:24 27:8

**[chairperson - considering]**

chairperson
  35:11
chance  20:17
change  23:23
  26:5
changing  26:17
chesteen  2:8,9
  13:24,25
child  32:19
  33:11
children  28:11
  31:13
choice  6:14 8:13
  8:15
choosing  8:6
citizen  25:9,10
  27:16 31:23
citizens  29:16
  29:19 30:14
city  24:17,21
  26:8 35:18
civil  27:14
civilian  24:4
clarification  6:3
class  6:13 8:11
clc  21:6
clear  13:2
clerk  2:2,4,6,8
  2:10,12,14,16
  2:18,20,22,24
  3:1,3,5,7,9,11
  3:13,15,17,19
  3:21 5:10 13:20
  13:22,24 14:1,3
  14:5,7,9,11,13

14:15,17,19,21
14:23,25 15:2,4
15:6,8,10,12
24:9
clouse  3:7 14:23
coast  9:3,9
cochairman  2:1
  2:13 3:23 4:5,8
  4:11,17,20,25
  5:6,10,16,20,24
  7:9 10:14,23
  11:2,5 13:9,13
  13:16,19 15:14
  15:16 16:12,18
  17:5,15 18:1,22
  19:4,9,11,18
  21:1,22 23:21
  23:24,24 26:18
  27:4 29:5 31:15
  32:20 33:12
  34:2,13,22,25
collaboration
  27:17 28:24
collective  4:15
come  13:6 15:25
  21:17 32:22
  35:6
coming  12:17
  31:4
comment  9:12
  29:9
comments  13:11
  29:11,11
commission
  37:21

commissioner
  37:5,19
committee  1:5
  6:9,16,22,25
  7:10,20,22 8:3
  9:1,12,17 11:14
  15:19 16:20
  18:6,7,9,13,16
  18:20,25 19:13
  20:10,14 22:4
  23:6
committee's  9:7
  10:7
common  11:24
  12:22
communication
  27:17 28:24
communities
  6:17 9:2,8,13
  15:21 16:2
  22:25 25:13,16
  25:20 26:10
  29:20 30:15
community  9:3
  11:15 23:20
  26:1 27:23 28:3
  28:17,22 34:21
  35:24
compartment
  34:10
compatible
  17:21
compiled  9:5
complainers
  8:18

complaining
  17:11
complaint  12:11
complete  10:1
completely
  19:13 21:13
compliance  6:15
  11:13
complies  9:19
comply  7:20,22
  7:24
complying  8:1
components
  34:8
compressed
  17:10 22:3
computer  17:23
  21:11 37:9
computers  17:7
concerned  25:8
  25:9,9 27:15
  36:18
conclusion  6:18
  9:22 11:16
  30:23
congressional
  6:7,12,19 8:10
  11:17 21:7,8,18
  34:14,17
consider  5:15
  6:16 9:1 11:14
consideration
  7:5
considering
  9:12

**consolidate**
  16:22
**constitution**
  7:23 8:1
**contingency**
  33:17
**continuation**
  12:9
**continue**  26:23
  28:12,20,25
**continuing**
  28:16
**continuity**
  30:11
**contribute**  32:4
**cooperation**
  27:17 28:24
**copies**  17:17
**copy**  6:3 11:1
**correct**  12:25
  37:11
**corrected**  12:2
**corrections**
  11:10
**correctly**  31:18
**council**  27:25
**counsel**  7:12
  30:16 37:14
**count**  30:12
**counties**  28:1
**country**  26:23
**county**  25:19
  27:1 29:24 30:4
  30:18,23 37:3

**couple**  15:18
**court**  1:22 6:5
  6:15 8:1,4,6 9:2
  9:24 11:24 12:7
  12:10,19,23
  22:17 23:1,12
  30:3 37:4
**court's**  6:10,16
  7:3,13 9:19
  11:13,14
**courts**  9:1 11:22
**cover**  33:16
**covid**  24:25
**crap**  33:4
**create**  26:11
**created**  25:14
  30:5
**creates**  25:25
**critical**  20:12
**critically**  27:19
**cross**  13:18
  19:10 33:8
**current**  6:19
  11:17
**currently**  24:3

**d**

**dad**  27:12
**dare**  31:8
**david**  35:3,5,9
**days**  22:5 23:16
**deadline**  16:15
**decision**  7:13
  30:3,5
**decisions**  8:2,6

**default**  9:14
**defend**  31:8
**defendere**  31:7
**degree**  22:19
**deliver**  7:1
**demand**  32:1
**democrat**  36:8
**democrats**  32:1
**denied**  10:12
**determination**
  9:6
**development**
  25:11 26:8
**different**  8:9
  15:21 28:1 36:4
**difficult**  24:8
**diligently**  16:25
  19:12,14
**dilutes**  6:20
  11:18
**directions**  12:4
**directives**  7:4
  9:19,20,21
  11:24
**directly**  25:6
**disadvantage**
  23:6
**discuss**  20:19
**discussed**  10:4
**discussion**
  15:17
**dispute**  8:15
**disrespect**  22:15
**district**  6:5,10
  6:20 7:3 11:18

27:11,24 28:10
  28:11 29:9,10
  35:22
**districts**  6:12
  8:10,17,19 9:10
  36:17
**doing**  17:8
  36:20
**dollars**  33:23
**dorman**  18:11
**dothan**  24:3,17
  24:22 25:24
  26:7,8,9 27:1,7
**dra**  21:5
**draw**  19:3 22:6
**drawn**  18:8,14
  18:19 19:1
**duly**  11:9

**e**

**e**  35:4
**echo**  23:9
**economic**  25:11
  26:8 30:24 32:5
**economically**
  33:10
**economy**  27:20
**edge**  25:21
**educated**  28:11
**education**  26:6
**effect**  12:6
**elect**  6:14 8:12
  8:14
**election**  32:12
**ellis**  3:9,10
  14:25 15:1

**else's** 23:4
**emails** 29:9
**embedded** 7:11
  7:11
**enact** 6:6
**endorsed** 8:21
**engine** 30:24
**england** 3:11
  15:2 18:5 19:2,7
  19:16 22:11,12
**england's** 5:16
**enterprise** 26:14
**equal** 6:14 8:12
  8:14
**establish** 32:22
  33:3,4,6
**established** 33:9
  33:20,21
**etowah** 37:3
**euphemism**
  30:11
**evaluation**
  30:16
**evaluations**
  29:20
**everybody** 13:2
  22:22 23:4 30:7
**everybody's**
  5:19 23:3,13
**everyday** 29:3
**evidence** 9:14
**evident** 19:25
**excellent** 28:2
**exciting** 24:25

**expected** 23:16
**expedited** 9:5
**expert** 6:23 9:18
**expired** 33:13
  34:14,16
**expires** 37:20,21
**expression**
  31:10
**extra** 34:18

**f**

**fact** 6:16 9:1
  10:15 11:14
  20:1 28:23
  33:10
**factors** 6:18
  11:16
**far** 30:1
**fast** 16:19,24
  17:18 19:5 21:4
  21:12 22:1
**favor** 4:13
**feasibly** 8:3
**feed** 24:12
**feel** 11:8
**fellow** 29:16
**field** 36:7,9
**figures** 2:10
  10:13,15,19,21
  10:24,25 11:4
  14:1,2 16:11,13
  16:14 17:2,11
  18:19 22:8
  23:10 34:12
**final** 9:6

**find** 35:20
**finding** 9:1,4,22
**findings** 6:16
  11:15
**finish** 5:3
**first** 7:18 8:9
  11:21 12:10,13
  21:14 24:15
**five** 23:16 27:25
**flaw** 12:24
**flight** 34:9
**floats** 26:11
**flowers** 27:7,10
**focused** 28:1
**foil** 34:1
**folder** 5:19
**folders** 6:2
**folks** 24:20
**follow** 6:10
  11:24
**football** 36:3,15
  36:15
**force** 26:20
  33:20
**forced** 32:25
**foregoing** 37:7
  37:10
**forget** 27:19
**forgive** 22:14
**formal** 29:17
**former** 24:3
  35:17
**formulate** 36:14
  36:15

**fort** 25:4 26:17
  26:19
**forward** 35:7
**found** 9:3
**four** 24:25
**france** 16:21
**frank** 16:24
  24:3
**functionality**
  10:8 18:12 20:2
  20:7
**funk** 31:4
**further** 37:13
**furthering** 12:6
**future** 33:20

**g**

**gas** 25:23,24
**general** 15:21
  16:2
**generally** 6:23
**generations**
  28:10
**geneva** 26:13
**gentleman** 35:2
**gentlemen** 7:10
  15:17
**give** 20:1
**given** 22:6 32:18
**glad** 11:3 16:5
  29:10,11
**go** 10:17 12:24
  20:15,16,19,23
  22:4 26:9 30:4
  34:7 36:14

**[god - internal]**                                                      Page 43

**god**  27:3
**goes**  27:25
**going**  2:1 10:22
  12:16 13:1
  15:17 16:2,9
  18:9 19:24 22:1
  25:20 29:22
  30:9 31:3,12
  32:2 34:25 35:7
  36:15
**gonna**  15:18
  17:16 20:5
**good**  7:18 24:15
  28:19 29:15
**governor**  31:1
  32:9
**grandchildren**
  28:14,14
**grandparents**
  32:19
**great**  24:17
  28:14
**greenville**  25:24
  26:14
**gross**  33:21
**group**  20:5
  35:21
**grow**  25:16 26:1
  26:23 28:17
**guard**  25:6
  27:14
**guess**  22:24 23:4
**guidance**  6:10
**guide**  18:25

**guideline**  5:14
**guidelines**  4:21
  7:11,15,21 8:4,7
  8:22 9:8 10:10
  10:12 15:14
  18:23,25
**gulf**  9:3,9

## h

**hall**  3:13,14
  4:24,25 5:2,12
  5:18,21,22,25
  15:4
**hall's**  10:16
**hand**  19:24
**handwriting**
  35:5,6
**happen**  28:25
**happy**  5:22
  27:10
**hard**  26:15 29:2
  35:25
**hatcher**  21:8
**hate**  26:5
**health**  27:22
  28:2
**hear**  24:10
  28:21 29:18
**heard**  4:15 12:1
  12:1
**hearing**  1:6 9:5
  9:11 10:4 17:3
  17:13 22:21
  23:3
**held**  1:8

**help**  26:3,11,24
**helped**  25:16
**helps**  26:1,13,13
  26:14,14
**hide**  19:5
**historical**  15:22
**hit**  24:25
**hold**  35:7
**honor**  24:20
**hoping**  36:13
**horribly**  22:3
**hospital**  27:7,10
  27:24 28:6
**hour**  33:1
**house**  1:13 10:6
  23:15 32:18
**houston**  25:19
  27:1
**hurry**  9:23
**hyundai's**  24:19

## i

**idea**  22:23
**identified**  6:13
  8:11
**identify**  9:8
**ignored**  32:24
**illegally**  6:20
**illegitimus**
  31:10
**important**  20:12
  27:19
**incidentally**
  8:20
**include**  6:11 8:6
  8:22

**including**  9:9
**income**  33:1
**incorporate**
  10:10
**incorporates**
  8:24
**incredible**  26:24
**independent**
  6:23 9:18 13:5
  33:17
**individual**  33:5
**industry**  30:25
  33:2,7,7
**inequitable**  30:2
**inform**  6:18
  11:16
**information**
  19:15,22 20:18
  22:2
**infrastructure**
  33:21
**inheritant**  32:18
**initial**  12:11
**input**  23:3,8
**intended**  9:21
**interest**  6:17 9:2
  9:4,9,13 11:15
  15:22 16:2
  22:25
**interested**  37:15
**interesting**
  22:13 23:18
  24:25
**internal**  28:7

877-373-3660                                              800.808.4958

**internet** 29:22
**interpret** 8:2
**interpretation**
  11:10
**interpretations**
  8:9
**interprets** 8:4
**involved** 19:8
  25:9,10,20
**involves** 32:2
**issues** 15:21
  31:22

**j**

**jackson** 29:14
  29:15,17 31:16
**jeff** 27:6,9
**jefferson** 29:24
  30:4,18,23
**job** 33:1
**jobs** 26:11 32:23
**joe** 32:12
**jones** 3:15,16
  15:6,7
**jrotc** 25:5
**judicial** 9:6
**july** 1:9 16:16
  37:6

**k**

**keep** 30:18
**keeping** 20:9
**kin** 37:14
**kind** 12:1 19:22
  22:14 23:5,11
  35:21,24 36:17

**know** 16:17
  18:24 19:21,22
  22:24 25:18
  26:11,13 31:7
  32:12 33:16
  35:11,21,22

**l**

**l** 35:4
**labor** 33:19
**lack** 22:24
**ladies** 7:9 15:16
**land** 32:3 34:7
**language** 8:23
  9:20 31:8,13
**large** 37:5,19
**largest** 35:18
**lasted** 25:15
**late** 22:7
**latin** 31:9
**lawyers** 9:15
  10:11
**leadership** 10:6
**learned** 25:1
**leave** 8:7 31:9
**left** 35:11
**legal** 7:16 29:20
  30:16
**legally** 11:18
**legislative** 7:5
  18:6
**legislature**
  29:18 30:8
  36:13
**legislatures**
  29:16

**length** 21:15
  22:6
**letter** 18:10
  19:21,23,25
**life** 27:11
**life's** 32:24
**light** 10:15
  13:10
**limited** 9:4
**line** 25:19
**listen** 11:7
**listening** 24:8,9
  31:13
**little** 20:21
**live** 28:12 29:8
**lived** 27:11
**living** 28:10
**livingston** 2:1
  2:12,13 3:23 4:5
  4:8,11,17 14:3
  15:14 18:11
  23:24
**load** 33:4
**loaded** 17:22
**location** 1:12
**long** 22:9
**look** 11:12
  12:14 23:2,13
  31:11 36:4
**looking** 20:23
  36:20
**lose** 26:25 27:2
  27:2
**lot** 25:1

**love** 9:22 25:18
**lovvorn** 3:17,18
  15:8,9 32:12
**low** 8:19 32:25
**lusseu** 35:5,8,9

**m**

**made** 9:22
  24:19 32:14
**main** 28:18
**major** 35:18
**majority** 6:20
  11:18 18:20
**make** 11:10
  12:22 13:1 16:9
  26:22
**makes** 11:23
  17:12 28:22
  33:9
**making** 28:1
  30:12
**male** 5:4,8 10:18
  10:20
**manufacture**
  33:10 34:4,5
**manufactured**
  33:25
**map** 6:7,19
  11:17,23 19:3
  20:4,4 21:5,6,7
  21:19,23 22:18
  25:17
**mapping** 33:16
**maps** 18:8,12,16
  20:6,7 21:2,3,10
  21:13,14,15,16

21:16 22:7,22
22:22 23:2,4,4,8
25:18 36:17
**maptitude**
17:21,23
**master**  30:18
**maxwell**  26:20
**mayor**  24:3,21
24:22 27:14,21
31:1 35:17
**mayors**  26:1
**mean**  20:8
23:10
**meaning**  8:14
**means**  8:1,17
31:7,12 34:9
37:9
**medical**  26:7
28:5,7
**meet**  12:18,19
12:21
**meeting**  4:1,7
20:15,21,21
**meetings**  4:1
**member**  18:6
20:10,14 29:17
31:21
**members**  6:1,12
8:10 23:5 24:11
**memorandum**
23:23
**mention**  7:24
27:22
**mentioned**  28:5
28:23

**mentions**  8:10
**mercedes**  24:19
31:3
**merits**  12:10
**met**  27:25
**microphone**
24:5,6,10 34:3
**mics**  24:11
**mid**  8:19
**middle**  11:12
**mike**  24:16
32:11
**military**  25:5
27:13 32:5
**milligan**  6:6,13
7:4,12,14 8:11
8:16,20 9:15,20
10:2,11
**millions**  33:23
**mind**  18:3 20:23
23:23 35:10
**minority**  18:7
18:17
**minute**  26:18
32:20
**minutes**  4:7,13
4:18 18:23
19:23 29:14
34:16 35:7,9
**monday**  23:14
**money**  31:2
33:4
**montevallo**
35:17

**montgomery**
1:15 25:19
**month**  26:2
**morning**  29:15
**motion**  4:9,22
4:22 5:6 10:12
13:13
**move**  4:6 7:7
13:11 15:17
26:25
**moved**  32:17
**moving**  4:22
**multiple**  16:7,8
32:9,14
**municipalities**
25:23

### n

**name**  24:6,16
27:9 31:19
**national**  25:6
27:13 32:5
**nature**  12:7
**necessarily**  8:1
**need**  17:13
20:24 30:20
33:8 34:2 36:20
**needed**  10:9
32:24
**needs**  31:22,24
33:2,3,15,20
34:6
**neither**  37:13
**never**  22:5
32:13 33:3

**new**  6:7 16:21
**nick**  36:5
**non**  31:10
**noncompliant**
30:2
**noted**  11:9
**notice**  30:14
**novosel**  25:4
26:17,19
**number**  16:20
21:13,18
**numbers**  17:7
**numerous**  17:16

### o

**observed**  31:25
**obtain**  6:22
**obvious**  35:21
**october**  24:22
**office**  20:10
**oh**  3:22 21:22
**okay**  26:19 35:5
**old**  27:12
**online**  1:17
**opelika**  31:18
31:20
**open**  9:13 28:21
**opinion**  7:1 11:9
**opportunity**
6:14 8:12,14
9:25 20:14 22:9
23:7 24:16
**opposing**  23:2
**order**  3:25 6:15
11:13 22:17
23:1,12

**[ordered - problems]**                                                    Page 46

**ordered**  6:6
**orders**  12:14,15
**original**  30:5
**orr**  2:14 4:3,5,6
  4:9 13:8,9,10
  14:5,6
**outspoken**  18:3
**overlooked**
  31:21 32:7
**overwhelmed**
  16:25 19:13
  21:13
**overwhelming**
  16:20
**own**  11:9 34:9,9

**p**

**packets**  4:2
**page**  37:10
**paragraph**  7:19
  8:9 9:16
**part**  7:5 11:12
  12:9,23 18:7,17
  19:17
**particular**
  28:10
**parties**  37:14
**partner**  26:10
**partnership**
  26:24
**partnerships**
  25:11,15,22
**parts**  13:3
**party**  33:17
**party's**  7:16

**pending**  15:19
**pentagon**  25:7
**people**  16:1 24:7
  24:9 28:17 29:7
**perception**  23:1
**permanency**
  28:7
**permanent**  1:5
  18:6
**person**  30:6,10
  32:13,14
**personal**  28:8,9
**perspective**  28:8
  28:9 36:4
**phase**  12:13,14
  12:18 13:4,4
**phases**  12:12
  33:9
**phd**  35:14
**phone**  32:14
**picked**  21:14,15
  21:16
**picking**  8:5
**place**  7:15 11:21
**placed**  30:14
**plaintiff**  6:13
  8:13
**plaintiff's**  9:15
**plaintiffs**  8:11
  8:25 10:2,3,11
  21:16
**plan**  5:14,14
  6:25 7:3 8:20
  9:19 10:3,6
  15:23 16:4,4,6

  16:10,15,17
  17:17 19:6,8
  21:7,8,18 29:22
  31:3,14
**plans**  6:9 7:13
  8:16 15:19 16:8
  16:15,16,19,23
  17:3,4,5,13,14
  17:16,21,22
  18:24 21:5
  29:25 31:11
**player**  36:7,8,8
  36:9
**players**  36:5,6,6
  36:9
**please**  2:3 18:15
  22:14 24:5
**podium**  29:12
**point**  19:24
**polarized**  6:17
  11:15
**polson**  31:1
**population**  8:18
**position**  25:3
**possible**  16:19
  16:24 17:1
  19:12,14 22:1
**possibly**  21:4,12
**practice**  7:18
**preempt**  9:6
**prefer**  23:10
**preliminary**  9:4
  9:22
**prepared**  30:17

**present**  3:21,22
  3:23,24 5:9,21
  12:25 18:24
  22:22,22 23:8
  23:20 32:2
**presented**  10:4
  20:13 23:22
**preservation**
  30:10
**president**  4:3
**prestige**  35:16
**previous**  4:7
**principle**  31:6
**principles**  12:17
**pringle**  4:19,20
  4:25 5:6,10,16
  5:20,24 7:9
  10:14,23 11:2,5
  13:9,13,16,19
  15:15,16 16:12
  16:18 17:5,15
  18:1,22 19:4,9
  19:11,18 21:1
  21:22 22:10
  23:21,24 26:18
  27:4 29:5 31:15
  32:20 33:12
  34:2,13,22,25
**pringle's**  13:11
**prioritize**  6:9
**privilege**  24:21
**privy**  18:8
**problem**  24:12
**problems**  17:20

**procedural** 12:19
**procedures** 12:20
**proceeding** 37:7 37:12
**process** 17:23 18:18 20:19,24 22:16 23:11
**processed** 21:2 21:5,6,7,8
**processing** 16:19 21:2 22:1
**produce** 19:14
**produced** 20:22
**professional** 28:9
**professors** 35:13
**profits** 25:25
**program** 28:7
**project** 29:21 30:16
**proposal** 23:13
**proposals** 6:11 29:25
**proposed** 5:13 7:3,10,17,19,23 8:8,25 9:16,18 10:9 11:11
**prospered** 26:4
**protect** 26:21,23 26:24
**protected** 33:19

**protective** 25:12
**proud** 24:20 28:4,15
**provide** 23:7 34:6
**provisions** 8:2,5
**public** 1:6 7:6 9:12 17:3,13 22:20,24 23:2,6 23:8 24:24 30:14 31:21 33:15
**pull** 30:19 35:23
**purpose** 9:11 25:16 26:16
**put** 17:7,16 20:5 30:1 33:23 36:6
**puts** 23:5 36:5,5 36:9
**putting** 20:3 21:11

**q**

**qualification** 35:19,23
**question** 4:20
**questions** 37:8
**quorum** 3:22,24
**quote** 32:16,16

**r**

**racially** 6:17 11:15
**raised** 32:19
**ran** 21:14

**read** 11:1 23:23 29:12 35:4,6
**ready** 19:6 20:16
**realizes** 27:16
**really** 26:15,15 30:25
**reapportionm...** 1:5 6:9
**reason** 7:14 28:18 32:1
**reasons** 10:11
**receive** 9:12,17
**received** 18:14
**recent** 7:13 30:2
**recently** 8:21 32:11
**recognition** 22:13
**recognize** 16:1 24:2
**recognized** 6:24 18:3 27:6
**recognizes** 29:13 31:17
**record** 7:5 9:5 9:23 10:1,17,22 11:3 12:8
**redistricting** 1:6 34:15,17,20
**referenced** 27:18
**referring** 18:21
**refers** 9:20 34:21

**reflect** 9:24
**refurbishing** 33:24
**regular** 28:15
**rejected** 7:15
**relates** 13:5
**remedial** 8:19 9:10 10:3 21:3,5 21:8
**remedies** 6:7
**remedy** 12:17 12:18 13:4,4,6
**remotely** 1:20
**remove** 35:2
**repeatedly** 8:21
**report** 6:23 7:1 9:17 10:1 11:8 25:6
**reporter** 1:22 37:4
**reporter's** 37:1
**reports** 7:4 10:8 18:13 20:2,8
**represent** 25:3,4
**representation** 32:1 33:18
**representative** 3:1,2,3,5,6,7,9 3:10,11,13,14 3:15,16,17,18 3:19 4:24 5:2,12 5:18,22,25 10:13,16 14:17 14:19,21,22,23 14:25 15:1,2,4,6

15:7,8,9,10 19:2
19:7,16 22:10
22:12 32:10
**representatives**
32:8
**represents**
37:11
**republican** 36:7
**republicans**
31:25
**requesting**
19:21,25
**require** 7:19,21
8:25 9:17
**research** 33:2
**reserve** 25:5
**resident** 31:24
**residents** 16:23
**resolution** 23:12
**respect** 9:8
**respond** 18:15
30:17
**response** 2:11
2:15,17,19 3:4,8
3:12,20 12:1
14:4,8,10,18,20
14:24 15:3,5,11
**responsibility**
9:7
**result** 37:15
**review** 3:25
9:17,25 10:7
20:18
**reviewing** 21:3
21:10

**reynolds** 3:19
15:10
**richard** 31:1
**right** 11:23
12:23 15:24
16:22 26:12
28:19 32:21
**rights** 6:8,24
7:21,22,25 31:9
**riley** 32:8
**road** 33:23
**roberts** 2:16
14:7
**rogers** 32:11
**role** 2:3 5:8
**roll** 5:11 13:19
**ronald** 29:14,17
**room** 4:16 24:10
**ruffin** 1:21 37:4
37:18,18
**ruling** 12:7,10
12:13,13 13:3,5
**run** 17:6,24
**running** 21:3,11

**s**

**s** 35:4,4 37:18
**saban** 36:5
**safer** 34:6
**satisfies** 7:3
**satisfy** 23:12
**saved** 34:11
**saying** 11:22
17:12 20:5,8
36:7

**says** 11:12 12:19
**schmitz** 24:3,14
24:16 26:19
27:15,21
**school** 24:24
26:7 28:6
**schools** 29:19
30:15
**scofield** 2:18
14:9
**screen** 17:7
**scrutiny** 12:16
**sea** 32:4 34:7
**second** 4:9,10
4:10 5:1,4,7
9:16 10:17,22
11:25 13:14,15
13:16
**seconded** 4:12
**secretary** 24:4
25:2,7
**section** 6:8 7:20
7:24
**security** 32:5
**see** 25:18 26:2,5
28:13,16,25
31:11 33:18,24
**seeing** 23:14
**seem** 35:21
**seen** 30:1
**selecting** 36:11
**sell** 24:18
**senate** 10:6
**senator** 2:4,5,6
2:7,8,9,10,12,14

2:16,18,20,21
2:22,23,24,25
4:3,5,6,9,10
10:15,19,21,24
10:25 11:4,5,7
13:8,10,15,16
13:20,21,22,23
13:24,25 14:1,2
14:3,5,6,7,9,11
14:12,13,14,15
14:16 16:11,12
16:14 17:2,9,11
17:25 18:5,19
18:22 19:6,18
21:15,17,20,23
22:8,10 23:9,10
23:19,21 34:12
**send** 29:9
**sense** 11:24
12:22 17:12
**sent** 16:20 19:25
21:13
**sentiments** 23:9
**september**
27:12
**served** 27:13
**service** 27:14
29:4
**serving** 24:3
**session** 18:10
23:15 32:16
36:14
**set** 8:24 12:8
**seven** 6:12
28:13

| | | | |
|---|---|---|---|
| **share** 11:3 | **smitherman** | **standards** 12:21 | **struck** 22:14 |
| **shared** 7:6 | 2:22,23 4:10,11 | **start** 8:5 36:10 | **subject** 8:8 |
| **sheet** 15:23,24 | 11:6,7 13:15 | 36:20 | **submits** 10:6 |
| 16:4 | 14:13,14 17:25 | **started** 2:2 | **submittal** 16:16 |
| **short** 10:8 | 18:1,2 19:19,20 | 15:20 19:6 | **submitted** 6:25 |
| **show** 10:22 | 21:20,24 23:19 | 36:11 | 10:2 16:17 17:3 |
| 33:11 | 23:22 | **starting** 32:8 | 17:6,13 |
| **showing** 10:17 | **soon** 22:2 | **starts** 36:2 | **substantive** |
| **shy** 28:4 | **sorry** 21:23 | **state** 1:13 6:6 | 12:20 |
| **sights** 15:22 | 34:16 35:5 | 8:13 16:22 | **succeed** 25:14 |
| **sign** 15:23,25 | **south** 1:14 25:4 | 23:15 24:6 | **suing** 8:13 |
| 16:4,7 | **southeast** 25:11 | 30:24 31:22,23 | **support** 28:20 |
| **signature** 37:17 | 25:21,23,24 | 32:12,23 33:3,4 | 29:21 31:14 |
| **signed** 4:17 | 27:24 | 33:22 36:1,16 | 33:21 |
| **signup** 15:23 | **space** 32:4 34:7 | 36:19,20 37:2,5 | **supported** 10:3 |
| **simply** 25:17 | **speak** 5:3 15:20 | 37:19 | 10:7 |
| **single** 6:19 8:18 | 24:6,10 29:2,18 | **statement** 11:1 | **supporting** 7:2 |
| 11:17 | 34:2 | 20:1 | **supports** 34:9 |
| **singleton** 2:20 | **speaking** 33:6 | **statements** 37:8 | **supposed** 22:18 |
| 2:21 14:11,12 | **special** 23:15 | **states** 30:3 | **supreme** 7:13 |
| 21:7,17,18,23 | 30:17 | **stay** 25:19 26:21 | 30:3 |
| 23:9 30:5 | **specific** 16:3,4 | **stenotype** 37:8 | **sure** 16:9 26:22 |
| **singleton's** | **specifically** 7:1 | **step** 20:17 | 28:2 30:12 |
| 21:15 | 15:22 | **stepped** 24:23 | **sustainable** |
| **sir** 33:13 34:13 | **split** 30:19 31:4 | 25:1 | 29:19 30:15 |
| 34:14,16,23,25 | **spoken** 32:13 | **straight** 12:8 | **system** 24:24 |
| **sit** 19:3 26:1 | **sponsor** 21:21 | **stream** 29:8 | |
| 35:1,1 | 21:23 | **street** 1:14 | **t** |
| **sitting** 29:3 | **spread** 19:23 | **strength** 6:21 | **table** 13:11,14 |
| **situation** 12:9 | 20:9 | 11:19 | **take** 12:5,22 |
| 22:21 | **staff** 19:13 | **strict** 12:16 | 29:10,11 31:22 |
| **six** 28:10 | **stand** 12:2 | **strong** 27:20 | 33:24 35:8 |
| **small** 25:13 | 25:12,14 28:6 | 28:23 | **taken** 37:7 |
| **smaller** 26:10 | 31:6 | **stronger** 27:23 | **talk** 13:18 15:18 |
| | | | 16:1,3,5,10 |
| | | | 19:10 28:19 |

30:25 31:20 32:10 34:14,17 34:23
**talked** 12:15,15 32:9
**talking** 12:3,3 18:9 20:4 34:18
**team** 36:3,15
**technology** 32:3 32:23 33:2,5,8 33:11,19 34:15 34:19
**tell** 27:22 29:23 31:8
**tended** 31:25
**term** 22:24
**terms** 15:21 18:16 24:23
**thank** 5:24 10:23 11:4 13:6 20:25 22:12 24:1,13,14,15 27:2,4,8,9 29:1 29:4,5 31:14,15 35:6 36:21
**that'd** 20:13
**thereto** 37:9
**thing** 11:25
**things** 15:18 27:18,21 28:15
**think** 11:8,20,20 11:21,23 20:12 28:3,17,22 30:20,21 31:3 36:19

**third** 33:17 35:18
**thought** 22:17
**three** 21:18 28:23 29:14 34:16 35:7,8
**thrive** 28:17
**thursday** 1:9
**time** 5:9 7:8 8:4 17:10 19:24 22:6,9 24:8,12 33:12 34:15,18
**time's** 34:13
**timeframe** 22:3
**titled** 18:10
**today** 20:22 21:6 22:21 25:17 26:16 27:15,21 28:18 29:18 30:13 35:14
**together** 19:3 20:5 26:2,4,15 26:22 30:19 35:25 36:1
**told** 18:23 35:12
**totally** 13:5
**transcribed** 1:20 37:9
**transcript** 37:11
**transcription** 37:10
**transportation** 34:6

**trial** 9:2,19
**trolls** 9:10
**troy** 26:6,6,7
**true** 37:11
**try** 12:24 20:5 26:9 32:22
**trying** 12:5 16:22 22:18
**turn** 17:18 24:11
**turned** 32:25
**two** 6:11 7:20 7:25 12:9,12,18 13:3 24:23 28:14 35:12,15 35:22 36:16

**u**

**u** 35:4,4
**u.s.** 6:5,10 7:3
**unclear** 8:23 9:21
**under** 7:24 9:7
**understand** 16:14 19:11 21:1 24:12 30:7
**unfair** 30:2
**unidentified** 5:4 5:8 10:18,20
**union** 1:14
**united** 30:3
**units** 34:10
**university** 26:7 35:14,16 36:3
**unnecessary** 7:18

**unproven** 8:24
**unwise** 8:5
**upside** 32:25
**use** 12:16 30:11
**used** 12:20 33:1

**v**

**v** 6:6
**values** 26:21
**versus** 7:14
**vice** 23:25 35:11 35:20,24 36:12
**violations** 6:7
**voice** 27:2
**volunteer** 25:3
**vote** 6:25 13:19 15:15 23:16 27:2 30:6,10,12
**votes** 30:20
**voting** 5:8 6:8 6:17,21,24 7:20 7:22,25 8:17 11:16,19
**vra** 10:3

**w**

**walker** 18:12
**want** 11:25 12:8 13:1 16:3,9 28:20,24 30:7 30:13
**wanted** 31:5
**watching** 29:8
**way** 26:9 33:6
**we've** 17:15 21:2,5,6,16 22:5

**week**  18:10 35:9
   35:12
**went**  32:7
**west**  27:1
**whatley**  32:12
   32:15
**white**  36:9
**william**  31:17
   31:19
**williams**  2:24,25
   14:15,16
**win**  36:6,9,16
**wish**  22:4
**work**  26:2,4
   28:12 29:2
   33:23
**worked**  26:14
   28:20
**working**  16:25
   19:4,12,14
   22:19
**world**  26:17
**worst**  8:23
**wrapped**  35:10
**written**  6:23
   30:21
**wrong**  36:11
**wrote**  18:10
   19:21

**y**

**y'all**  22:16,21
   23:8 33:24
**y'all's**  21:14
   23:4

**yeah**  5:18 17:15
**year**  22:5 27:12
**years**  24:18 25:1
   25:15 27:12
   31:24 32:17
**yesterday**  27:25
**yield**  23:17
**yielded**  34:18
**yielding**  18:3

**z**

**zealand**  16:21
**zoom**  1:17