FILED
2023 Aug-04 PM 09:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

7/10/23, 5:14 PM                                    About Us | Site | lagniappemobile.com

# About Us

Welcome to Lagniappe, your trusted source for the latest South Alabama news. As the largest independently owned weekly newspaper in Mobile, we are committed to providing top-quality **local news, sports**, music, arts, events, style, and weather updates to our readers in Mobile and Baldwin counties.

Established on July 24, 2002, **Lagniappe** has been a constant presence in the communities of Dauphin Island, Fairhope, Coden, Foley, Elberta, Lillian, Daphne, Tillman's Corner, Theodore, Gulf Shores, Orange Beach Saraland, Satsuma, Creola, Chickasaw, Bay Minette, Spanish Fort, Irvington, Theodore, Tillmans Corner, Semmes, Loxley, Prichard, Robertsdale, Grand Bay, Bayou La Batre, Wilmer and Tanner Williams bringing **breaking news** and community events to our 25,000 subscribers and 80,000 weekly readers.

We believe in the power of **local journalism** and our responsibility to keep our communities informed and engaged. Our commitment to quality reporting and features has been recognized by the Mobile Press Club and the Alabama Press Association's Better Newspaper Contest, among others. In 2018, we were honored as a finalist for the Mobile Area Chamber of Commerce's "Small Business of the Year" award.

Lagniappe is more than a newspaper; it's a platform for discussion and promotion of community involvement. We host the annual **"Nappie Readers' Choice Awards"** where people cast their votes for their favorite local people, places, and things on Alabama's Gulf Coast.

We're proud to serve our community and strive to **keep Mobile, Alabama funky!**





Privacy · Terms