IN THE UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

2023 AUG -7 A 11: 13

U.S. [illegible]
N.D. OF [illegible]

REV. JARMAL JABBAR SANDERS

(INTERVENER)

CASE NUMBER:

2:21-CV-1530-AMM

WES ALLEN

(DEFENDANT)

## MOTION TO RECONSIDERATION

(INTERVENER) REV. JARMAL JABBAR SANDERS MOVES THIS COURT FOR A MOTION TO RECONSIDER HIS PREVIOUS MOTION TO INTERVENE IN THE MILLIGAN VS. ALLEN CASE AND GRANT HIM HIS MOTION TO INTERVENE. ON AUG. 01 2023 AT 4:25 P.M. THIS COURT DENIED HIS MOTION TO INTERVENE BASED ITS FINDING THAT HE DID NOT ASSERT ANY BASIS FOR INTERVENTION AND THIS COURT ALSO MADE IT CLEAR THAT THIS IS ONLY THE REMEDIAL PART OF THE LEGAL PROCEEDINGS.

(INTERVENER) REV. JARMAL JABBAR SANDERS ONLY GOAL IS TO MOVE IN A REMEDIAL CONTEXT FROM A LEGAL STAND POINT. HE COMPLIED WITH THE LEGAL REQUIREMENTS TO BE RECOGNIZED BY THIS COURT AS AN INTERVENER TO ENJOY HIS OFFERED TO THIS COURT A POSSIBLE LEGAL REMEDY FOR RESOLVING THE REDISTIRCTING ISSUE BY REQUESTING IN HIS MOTION THAT THIS COURT SHOULD APPOINT SOMEONE TO THE NEWLY CREATED UNITED STATES CONGRESSIONAL DISTRICT.

(INTERVENER) REV. JARMAL JABBAR SANDERS RISE AND APPROACH THI5 COURT TO RESPECTFULLY REQUEST THAT HE SPEAK ON BEHAVE OF THE PEOPLE OF THE STATE OF ALABAMA BY GRANTING HIS MOTON TO BE AN INTERVENER.

RESPECTFULLY SUBMITTED,

REV. JARMAL JABBAR SANDERS

*Rev. Jamal J. Sanders* (signature)

Rev. Jarmal Jabbar
225 Alabama Av
Selma, Al 367—



Retail

35203

RDC 99

U.S. POSTAGE PAID
FCM LETTER
SELMA, AL 36703
AUG 04, 2023

$4.35

R2304M116439-21



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7022 1670 0001 7460 1097

Fed Court Clerk
1729 5th Avenue
Birmingham, AL 35203

35203-200099