# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-01530-AMM |
| v. | THREE-JUDGE COURT |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | |
| Defendant. | |
| **MARCUS CASTER,** *et al.*, | |
| Plaintiffs, | Case No.: 2:21-cv-1536-AMM |
| v. | |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | |
| Defendant. | |

### DEFENDANTS' JOINT MOTION TO SUBSTITUTE EXHIBIT S

As part of their Joint Response to *Milligan* and *Caster* Plaintiffs' Objections (doc. 220), Defendants filed Exhibit S (doc. 220-19), which was intended to be a Declaration from Jeffrey V. Williams. Defendants learned today that an incorrect

document was inadvertently filed as Exhibit S. Thus, Defendants move this Court to substitute Exhibit S with the correct document, which is attached to this Motion as an exhibit.

    Respectfully Submitted,

    Steve Marshall
     *Attorney General*

    /s/ Edmund G. LaCour Jr.
    Edmund G. LaCour Jr. (ASB-9182-U81L)
     *Solicitor General*

    James W. Davis (ASB-4063-I58J)
     *Deputy Attorney General*

    Misty S. Fairbanks Messick (ASB-1813-T71F)
    Brenton M. Smith (ASB-1656-X27Q)
    Benjamin M. Seiss (ASB-2110-O00W)
    Charles A. McKay (ASB-7256-K18K)
     *Assistant Attorneys General*

    OFFICE OF THE ATTORNEY GENERAL
    STATE OF ALABAMA
    501 Washington Avenue
    P.O. Box 300152
    Montgomery, Alabama 36130-0152
    Telephone: (334) 242-7300
    Edmund.LaCour@AlabamaAG.gov
    Jim.Davis@AlabamaAG.gov
    Misty.Messick@AlabamaAG.gov
    Brenton.Smith@AlabamaAG.gov
    Ben.Seiss@AlabamaAG.gov
    Charles.McKay@AlabamaAG.gov

    **Counsel for Secretary Allen**

s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. Livingston and Rep. Pringle***

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2023, I filed the foregoing using the Court's CM/ECF system, which will serve all counsel of record.

<u>/s/ Edmund G. LaCour Jr.</u>
*Counsel for Secretary Allen*
