IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br><br>*Defendant*. | Civil Action No.: 2:21-cv-01530-AMM<br><br>THREE-JUDGE COURT |
| MARCUS CASTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br><br>*Defendant*. | Civil Action No.: 2:21-cv-01536-AMM |

NOTICE OF APPEARANCE
FOR PROPOSED *AMICUS CURIAE*
THE NATIONAL REPUBLICAN REDISTRICTING TRUST

Comes now the undersigned, Mateo Forero-Norena, and enters his notice of appearance on behalf of Proposed *Amicus Curiae*, the National Republican Redistricting Trust ("NRRT"), in the above-styled case.

Respectfully submitted this 9th day of August, 2023.

> */s/ Mateo Forero-Norena*
> Mateo Forero-Norena
>   Bar No. 1319A00G
> HOLTZMAN VOGEL BARAN
>   TORCHINSKY & JOSEFIAK PLLC
> 2300 N Street NW, Suite 643
> Washington, DC 20037
> (202) 737-8808 (phone)
> (540) 341-8809 (facsimile)
> mforero@holtzmanvogel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2023, I filed the foregoing Notice with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

> */s/ Mateo Forero-Norena*
> Mateo Forero-Norena