# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., *Plaintiffs*, v. WES ALLEN, in his official capacity as Alabama Secretary of State, *Defendant*. | Civil Action No.: 2:21-cv-01530-AMM<br><br>THREE-JUDGE COURT |
| MARCUS CASTER, et al., *Plaintiffs*, v. WES ALLEN, in his official capacity as Alabama Secretary of State, *Defendant*. | Civil Action No.: 2:21-cv-01536-AMM |

**MOTION TO APPEAR PRO HAC VICE
FOR PROPOSED AMICUS CURIAE
THE NATIONAL REPUBLICAN REDISTRICTING TRUST**

Christopher E. Mills ("Movant"), of Spero Law LLC, pursuant to Local Rule 83.1(b), moves this Court for admission *pro hac vice*, to appear in this proceeding as counsel for proposed *Amicus Curiae*, the National Republican Redistricting Trust ("NRRT"). In support thereof, Movant states as follows:

1. Movant's business address is: 557 East Bay St. #22251, Charleston, SC 29413. Movant's phone number is (843) 606-0640, and his email address is cmills@spero.law.

2. Movant is a member in good standing of the South Carolina Bar (admitted Sept. 16, 2023) and the District of Columbia Bar (admitted July 11, 2014).

3. Movant is also a member in good standing of the bars of the U.S. District Court for the District of South Carolina (admitted February 19, 2021) and the U.S. District Court for the District of Columbia (admitted July 29, 2021).

4. The other courts in which Movant is admitted and is in good standing are:

| Court | Date Admitted |
|---|---|
| US Supreme Court | 11/13/2018 |
| Second Circuit | 5/21/2014 |
| Fourth Circuit | 4/22/2015 |
| Fifth Circuit | 11/18/2021 |
| Sixth Circuit | 2/16/2021 |
| Seventh Circuit | 10/2/2020 |
| Ninth Circuit | 12/23/2013 |
| Tenth Circuit | 9/18/2020 |
| Eleventh Circuit | 11/23/2021 |
| DC Circuit | 11/15/2013 |
| Federal Circuit | 6/6/2014 |

5. Movant designates Mateo Forero-Norena, of the law firm of Holtzman Vogel Baran Torchinsky & Josefiak PLLC, who is qualified to practice in this Court and who consents to designation as local counsel. Mr. Forero-Norena's business address is: 2300 N Street NW, Suite 643, Washington, DC 20037. Mr. Forero-Norena's phone number is (202) 737-8808, his fax number is (540) 341-8809, and his email address is mforero@holtzmanvogel.com.

6. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in any jurisdiction.

7. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the United States District Court for the Northern District of Alabama.

8. Contemporaneously with the filing of this Motion, Movant has paid to the Clerk of the United States District Court for the Northern District of Alabama an Attorney Admission Fee in the amount specified by the Court.

   WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent proposed *Amicus Curiae* NRRT for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide notice of electronic filings to him.

DECLARATION: I state that I am a member in good standing of the aforesaid bars and courts, and that I will demean myself as an attorney of this court uprightly and according to law. Under penalty of perjury I so declare.

Respectfully submitted,                    DATE: August 9, 2023

*/s/ Christopher Mills*

Christopher E. Mills
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640
cmills@spero.law

## CONSENT TO ACT AS LOCAL COUNSEL

I, Mateo Forero-Norena, an attorney qualified to practice in this Court, consent to designation as the local attorney for Christopher E. Mills of Spero Law LLC, and agree to serve as the designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

/s/ *Mateo Forero-Norena*
Mateo Forero-Norena
 Bar No. 1319A00G
HOLTZMAN VOGEL BARAN
 TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808 (phone)
(540) 341-8809 (facsimile)
mforero@holtzmanvogel.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2023, I filed the foregoing Application with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

/s/ *Mateo Forero-Norena*
Mateo Forero-Norena