# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     **Case No.: 2:21-cv-1530-AMM**<br>) |
| WES ALLEN, *in his official capacity as Alabama Secretary of State*, *et al.*, | )     **THREE-JUDGE COURT**<br>)<br>)<br>) |
| Defendants. | ) |

| | |
|---|---|
| MARCUS CASTER, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     **Case No.: 2:21-cv-1536-AMM**<br>) |
| WES ALLEN, *in his official capacity as Secretary of State of Alabama*, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

These redistricting cases are before the court on the following: (1) a Motion For Leave To File *Amici Curiae* Brief Of Representative Terri Sewell And Members Of Congressional Black Caucus Of The U.S. Senate And U.S. House Of

1

Representatives In Support of Plaintiffs' Objections To Alabama's Remedial Plan in *Milligan*, *see Milligan* Doc. 208, (2) a Joint Motion To Substitute Exhibit S by the Defendants in *Milligan* and *Caster*, *Milligan* Doc. 224; *Caster* Doc. 194; and (3) a Motion For Leave To File Brief For The National Republican Redistricting Trust As *Amicus Curiae* In Support Of Defendants' Response To Plaintiffs' Objections in *Milligan*, *see Milligan* Doc. 230.

Congresswoman Sewell is the current representative of District 7, the only majority Black district in Alabama. *Milligan* Doc. 208 at 2. The Congressional Black Caucus consists of fifty-eight members of the U.S. Congress in the 118th Congress. *See id*. The *amici* assert that they "have an interest in preserving the opportunities of Black Alabamians, and Black Americans in other states, to elect the candidates of their choice." *Id*. at 2–3. The motion for leave, *Milligan* Doc. 208, is **GRANTED**, and Congresswoman Sewell and the Congressional Black Caucus are **DIRECTED** to file their supporting brief, *Milligan* Doc. 208-1, on or before **5:00 P.M. CDT** on **THURSDAY, AUGUST 10, 2023.**

The Defendants assert that "[a]s part of their Joint Response to *Milligan* and *Caster* Plaintiffs' Objections" to the 2023 Plan, the "Defendants filed Exhibit S, which was intended to be a Declaration from Jeffrey V. Williams." *Milligan* Doc. 224 at 1 (internal citation omitted); *accord Caster* Doc. 194 at 1. The Defendants assert that they recently discovered a document was inadvertently as Exhibit S, and

therefore, request the opportunity to substitute Exhibit S with the correct document. *See generally Milligan* Doc. 224; *Caster* Doc. 194. For good cause shown, the motion to substitute is **GRANTED**.

The National Republican Redistricting Trust ("NRRT") asserts that it "is the central Republican organization tasked with coordinating and collaborating with national, state, and local groups on the fifty-state congressional and state legislative redistricting efforts." *Milligan* Doc. 230 at 2. The NRRT further asserts that these proceedings "present issues of critical importance to NRRT." *Id*. at 3. The motion for leave, *Milligan* Doc. 230, is **GRANTED**, and the NRRT is **DIRECTED** to file its supporting brief, *Milligan* Doc. 230-1, on or before **5:00 P.M. CDT** on **THURSDAY, AUGUST 10, 2023.**

**DONE** and **ORDERED** this 9th day of August, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

4