# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., *Plaintiffs*, vs. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01530-AMM (three-judge court) |

## PLAINTIFFS' NOTICE OF FILING EXHIBITS

The Court's August 5, 2023 Order directs the parties to provide copies of the exhibits and demonstratives they intend to use during the preliminary injunction hearing. Doc. 221 at 2. The order further directs that the exhibits be "file-stamped". *Id.* Pursuant to this Order Plaintiffs respectfully notify the Court and the parties of the following exhibits, which they intend to rely upon at the August 14 hearing but which are not currently on the case docket.

1. Exhibit M16: Dr. M.V. Hood's performance analysis of Community of Interest Plan.

2. Exhibit M17: Defendant Sen. Steve Livingston's Responses to Plaintiffs' Third Set of Interrogatories.

1

3. Exhibit M20: Defendant Rep. Pringle's Response to Plaintiffs' Third Set of Interrogatories.

4. Exhibit M21: Community of Interest Plan Map.

5. Exhibit M22: Livingston Plan 1 Map.

6. Exhibit M23: Livingston Plan 2 Map.

7. Exhibit M24: Community of Interest Plan Population Summary.

8. Exhibit M25: 2021 Reapportionment Committee Redistricting Guidelines (May 5, 2021).

9. Exhibit M26: Russell Split Plan Map.

10. Exhibit M27: Expanded Black Belt Plan Map.

11. Exhibit M28: Whole Jefferson County Plan Map.

12. Exhibit M29: Email (RC049603-04).

13. Exhibit M30: Text Message (RC049605).

14. Exhibit M31: Caleb Talor. *House, Senate committees narrow redistricting plans down to two* 1819 News (July 18, 2023).

15. Exhibit M32: Alexander Rocha et al., *Alabama Legislature passes controversial congressional map*, ALABAMA REFLECTOR (July 21, 2023).

16. Exhibit M33: Talking points (RC049608-16).

17. Exhibit M35: Proposed amendment to reapportionment committee

guidelines (RC049228).

18. Exhibit M36: July 12, 2023 Reapportionment Committee Agenda (RC049228).

19. Exhibit M38: James Stephenson, et al., *Alabama House, Senate Approve Separate Congressional Maps*, BIRMINGHAM WATCH (July 20, 2023).

20. Exhibit M39: Opportunity Plan Population Summary (RC049515).

21. Exhibit M40: Talking points (RC049571-72).

22. Exhibit M41: Talking points (RC049573-76).

23. Exhibit M42: Talking points (RC049577-80).

Plaintiffs intend to include on their exhibit list additional materials that are already part of the Court docket but file the above in order to provide "file-stamped" copies to the Court.

Respectfully Submitted,

/s/ Deuel Ross
Deuel Ross*
Tanner Lockhead*
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org
tlockhead@naacpldf.org

Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
   FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

<div style="column-count:2">

Leah Aden*
Stuart Naifeh*
Ashley Burrell*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com
David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

Davin M. Rosborough*
Julie Ebenstein*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

LaTisha Gotell Faulks (ASB-1279-I63J)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

</div>

*Counsel for Milligan Plaintiffs*