# COMMMUNITY OF INTEREST PLAN

FILED
2023 Aug-10 AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

| Year | Race | CD2 | | CD7 | |
|---|---|---|---|---|---|
| | | % Dem. | % Rep. | % Dem. | % Rep. |
| 2020 | Pres. | 47.53 | 51.56 | 61.94 | 37.28 |
| 2020 | U.S. Senate | 50.23 | 49.77 | 64.19 | 35.81 |
| 2018 | Gov. | 47.77 | 52.23 | 63.89 | 36.11 |
| 2018 | A.G. | 50.97 | 49.03 | 64.34 | 35.66 |

M16