**Community of Interest Plan**

