Opportunity

©2021 CALIPER; ©2020 HERE