# Livingston Congressional Plan 2-2023

