**Russell Split Plan**

©2021 CALIPER