**Expanded Black Belt Plan**



©2021 CALIPER