**Whole Jefferson County Plan**

©2021 CALIPER