Exhibit 2 - Livingston Deposition

Case 2:21-cv-01530-AMM   Document 238-12   Filed 08/10/23   Page 1 of 2

FILED
2023 Aug-10 AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

REDACTED

I am sorry for the delay getting this to you, but just got back in state from RNC Meetings. Here is the contact and bio for Dale. The party has retained him for council to us, and all Republican caucus members. He is considered one of the most experienced redistricting attorneys in the country. Please feel free to contact him if he can be useful in any way.

-----

1

RC 049603

Dale Oldham is currently counsel to Fairlines America & the NRRT and the Redistricting Counsel for the Republican National Committee during the 2000 & 2010 redistricting cycles. Dale was Associate Counsel to the RNC during the 1990 redistricting cycle. Mr. Oldham was Counsel to FEC Commissioner Don McGahn and was the former Counsel for the Congressionally appointed Members of the Census Monitoring Board. He has been involved in nearly all of the critical redistricting cases of the last three redistricting cycles. He also represented the first charter school applicant in South Carolina, as well as other conservative and Republican organizations. Mr. Oldham has spoken at numerous seminars and symposiums on redistricting, census, free speech, campaign finance and election law as well as school choice issues. Including a paper for the ABA which was published in The Census, the Court, and Redistricting, in Census 2000: Considerations and Strategies for State and Local Government (Benjamin E. Griffith ed., American Bar Association 2000). Mr. Oldham is native South Carolinian and a graduate of the University of South Carolina School of Law.

---

CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

RC 049604