Exhibit 3 - Livingston Deposition

FILED

2023 Aug-10  AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA



RC 049605