**PROPOSED AMENDMENT TO REAPPORTIONMENT COMMITTEE GUIDELINES**

Because the U.S. District Court in *Milligan v. Allen* has ordered the State to enact a new congressional map that remedies the violations of Section 2 of the Voting Rights Act, the Reapportionment Committee shall prioritize all plans that follow the U.S. District Court's guidance. Accordingly, all proposals shall include at least two of seven congressional districts in which members of the plaintiff class identified in *Milligan* have an equal opportunity to elect candidates of choice. In assessing compliance with the Court order, this committee shall consider the court's fact findings on communities of interest, racially polarized voting, and other factors that inform its conclusion that the congressional current map with a single majority-black district illegally dilutes black voting strength.

The committee shall also obtain an written report by an independent expert (a generally recognized authority on the Voting Rights Act) that analyzes any plan submitted to a committee vote. Such report should specifically deliver an opinion and supporting analysis as to whether and how the proposed plan satisfies the U.S. District Court's directives in *Milligan*. All reports should become part of the record for legislative consideration and shared with the public.