


**Permanent Legislative Committee on Reapportionment**
ALABAMA LEGISLATURE
ALABAMA STATE HOUSE
11 S UNION STREET, SUITE 317
MONTGOMERY, AL 36130-4600
(334) 261-0706

July 13 2023

AGENDA:

1. CALL THE MEETING TO ORDER

2. ROLL CALL

3. REVIEW AND APPROVE MINUTES FROM LAST MEETING

4. ADOPT COMMITTEE GUIDELINES

5. PUBLIC HEARING FOR CONGRESSIONAL PLAN

    a. The sign-up sheets are in the back of the room.  Sign up for the plan you wish to speak to.

    b. The plans being discussed today are:
        i. VRA Plaintiffs Remedial Map
        ii. CLC Map 1
        iii. Singleton Congressional Plan 3
        iv. Hatcher Remedial Congress Plan 1

6. ADJOURNMENT

RC 049228