User:
Plan Name: **Opportunity**
Plan Type: congress

## Population Summary

Monday, July 17, 2023					9:31 AM

| District | Population | Deviation | % Devn. | [% White] | [% Black] | [% AP_Wht] | [% AP_Blk] | [% 18+_AP_Wht] | [% 18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 65.36% | 25.07% | 70.31% | 26.46% | 71.9% | 24.63% |
| 2 | 717,754 | 0 | 0.00% | 52.37% | 38.31% | 56.58% | 39.99% | 58.15% | 38.31% |
| 3 | 717,754 | 0 | 0.00% | 70.16% | 21.15% | 74.48% | 22.49% | 75.28% | 21.42% |
| 4 | 717,755 | 1 | 0.00% | 81.02% | 7.4% | 86.18% | 8.48% | 87.52% | 7.83% |
| 5 | 717,754 | 0 | 0.00% | 69.62% | 17.37% | 76.12% | 19.06% | 77.1% | 18.06% |
| 6 | 717,754 | 0 | 0.00% | 70.12% | 18.4% | 75.11% | 19.47% | 76.4% | 18.35% |
| 7 | 717,754 | 0 | 0.00% | 40.04% | 52.88% | 43.12% | 54.19% | 45.17% | 52.29% |

Total Population: 5,024,279
Ideal District Population: 717,754

**Summary Statistics:**
Population Range: 717,754 to 717,755
Ratio Range: 0.00
Absolute Range: 0 to 1
Absolute Overall Range: 1
Relative Range: 0.00% to 0.00%
Relative Overall Range: 0.00%
Absolute Mean Deviation: 0.14
Relative Mean Deviation: 0.00%
Standard Deviation: 0.35

Maptitude For Redistricting

Page 1 of 1

RC 049515