# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WES ALLEN, *in his official capacity as Alabama Secretary of State, et al.*, )<br>)<br>Defendants. ) | Case No.: 2:21-cv-1291-AMM<br><br>THREE-JUDGE COURT |
| EVAN MILLIGAN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WES ALLEN, *in his official capacity as Alabama Secretary of State, et al.*, )<br>)<br>Defendants. ) | Case No.: 2:21-cv-1530-AMM<br><br>THREE-JUDGE COURT |
| MARCUS CASTER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WES ALLEN, *in his official capacity as Secretary of State of Alabama, et al.*, )<br>)<br>Defendants. ) | Case No.: 2:21-cv-1536-AMM |

## AFFIDAVIT OF RICHARD F. ALLEN

I, RICHARD F. ALLEN, declare under penalty of perjury, that the following is true and correct:

1. I am a resident of Prattville, Alabama and maintain an office in Montgomery, Alabama.

2. Pursuant to Rule 53(a)(2) of the Federal Rules of Civil Procedure, I am submitting this declaration for the purpose of disclosing whether there is any ground under 28 U.S.C. § 455 for my disqualification in the above captioned cases.

3. I have thoroughly familiarized myself with the issues in this case. As a result of my knowledge of the cases, I can attest and affirm that I know of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master in the above captioned cases.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: August 9, 2023    By: _____
                            Richard F. Allen

Sworn to and subscribed before me on this the 9th day of August, 2023.



_____
Notary Public
My commission expires: 5-31-27

2