Case 2:21-cv-01530-AMM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *in his official capacity as Alabama Secretary of State, et al.*, <br><br> Defendants. | Case No.: 2:21-cv-1291-AMM THREE-JUDGE COURT |

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *in his official capacity as Alabama Secretary of State, et al.*, <br><br> Defendants. | Case No.: 2:21-cv-1530-AMM THREE-JUDGE COURT |

| | |
|---|---|
| MARCUS CASTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *in his official capacity as Secretary of State of Alabama, et al.*, <br><br> Defendants. | Case No.: 2:21-cv-1536-AMM |

Affidavit of David Ely

Pursuant to Federal Rule of Civil Procedure 53(b), I declare the following:

I have thoroughly familiarized myself with the issues in this case. As a result of my knowledge of the case, I can attest and affirm that I know of no grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Cartographer to assist the Special Master in the captioned matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 8, 2023.

*David Ely*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __LOS ANGELES__

On __8-8-2023__ before me, __LISA CHEN, NOTARY PUBLIC__
     (Date)                        (Here Insert Name and Title of the Officer)

personally appeared __DAVID ELY__
                          (Name(s) of Signer(s))

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signature]__   (Seal)
         (Signature of Notary Public)

LISA CHEN
Notary Public - California
Los Angeles County
Commission # 2334267
My Comm. Expires Sep 25, 2024