# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., *Plaintiffs*, v. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al., *Plaintiffs*, v. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01536-AMM |

### *MILLIGAN* PLAINTIFFS' MOTION TO STRIKE INADVERTANTLY FILED EXHIBIT FROM THE DOCKET

In their Notice of Filing Exhibits (ECF No. 238), the *Milligan* Plaintiffs inadvertently included and filed an exhibit over which the Defendants have asserted legislative privilege and inadvertent production: Exhibit M30 (text message) filed at ECF No. 238-13. Although the Milligan Plaintiffs do not waive their ability to contest that privilege assertion, they did not intend to file this document and respectfully request that the Court remove it from the docket.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Deuel Ross | Sidney M. Jackson (ASB-1462-K40W) |
| Deuel Ross* | |
| Tanner Lockhead* | Nicki Lawsen (ASB-2602-C00K) |
| NAACP Legal Defense & Educational Fund, Inc. | WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC |
| 700 14th Street N.W. Ste. 600 | 301 19th Street North |
| Washington, DC 20005 | Birmingham, AL 35203 |
| (202) 682-1300 | Phone: (205) 341-0498 |
| dross@naacpldf.org | sjackson@wigginschilds.com |
| tlockhead@naacpldf.org | nlawsen@wigginschilds.com |
| | |
| Leah Aden* | Davin M. Rosborough* |
| Stuart Naifeh* | Julie Ebenstein* |
| Ashley Burrell* | Dayton Campbell-Harris* |
| Kathryn Sadasivan (ASB-517-E48T) | American Civil Liberties Union Foundation |
| Brittany Carter* | 125 Broad St. |
| NAACP Legal Defense & Educational Fund, Inc. | New York, NY 10004 |
| 40 Rector Street, 5th Floor | (212) 549-2500 |
| New York, NY 10006 | drosborough@aclu.org |
| (212) 965-2200 | jebenstein@aclu.org |
| | dcampbell-harris@aclu.org |
| | |
| Shelita M. Stewart* | LaTisha Gotell Faulks (ASB-1279-I63J) |
| Jessica L. Ellsworth* | |
| Hogan Lovells US LLP | American Civil Liberties Union of Alabama |
| 555 Thirteenth Street, NW | |
| Washington, D.C. 20004 | P.O. Box 6179 |
| (202) 637-5600 | Montgomery, AL 36106-0179 |
| shelita.stewart@hoganlovells.com | (334) 265-2754 |
| | tgfaulks@aclualabama.org |
| | |
| David Dunn* | Blayne R. Thompson* |
| Hogan Lovells US LLP | Hogan Lovells US LLP |
| 390 Madison Avenue | 609 Main St., Suite 4200 |
| New York, NY 10017 | Houston, TX 77002 |
| (212) 918-3000 | (713) 632-1400 |
| david.dunn@hoganlovells.com | blayne.thompson@hoganlovells.com |

Michael Turrill*
Harmony A. Gbe*
Hogan Lovells US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Counsel for Milligan Plaintiffs*