IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br><br>*Defendants*. | No. 2:21-cv-01530-AMM<br>(three-judge court) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF AMANDA N. ALLEN

Pursuant to Local Rule 83.1(b) the applicants hereby move this Court to permit Amanda N. Allen, an attorney at Hogan Lovells US LLP, to be admitted to practice before this Court, in this matter *pro hac vice*, on behalf of the Plaintiffs. Ms. Allen designates Nicki Lawsen in accordance with Local Rule 83.1(b)(2), as a local member of the bar of this Court who also represents the Plaintiffs in this matter. In support of this Motion, the applicants attach the Declaration of Amanda N. Allen.

The applicants respectfully request that this Court grant the application and permit Ms. Allen to appear as counsel *pro hac vice* and participate as co-counsel for the Plaintiffs in this matter.

DATED this 10th day of August, 2023.   Respectfully submitted,

*/s/ Nicki Lawsen*
Nicki Lawsen (ASB-2602-C00K)
Wiggins Childs Pantazis Fisher Goldberg, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 314-0500
E-mail: nlawsen@wigginschilds.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

> */s/ Nicki Lawsen*
> Nicki Lawsen (ASB-2602-C00K)
> Wiggins Childs Pantazis Fisher Goldberg, LLC
> 301 19th Street North
> Birmingham, AL 35203
> Phone: (205) 314-0500
> E-mail: nlawsen@wigginschilds.com
> ***Attorney for Plaintiffs***