IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., *Plaintiffs*, vs. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01530-AMM (three-judge court) |

### DECLARATION OF AMANDA N. ALLEN

The undersigned, Amanda N. Allen, pursuant to Local Rule 83.1(b), hereby declares and certifies under penalty of perjury that:

1. I am over nineteen (19) years of age and I have personal knowledge of the facts in this declaration.

2. I submit this declaration in support of the Motion for Admission *Pro Hac Vice* (the "Motion") filed by Nicki Lawsen, requesting an order allowing me to appear *pro hac vice* in this matter.

3. Nicki Lawsen, a member in good standing of the Bar of this Court , will continue to serve as local counsel for Plaintiffs in this case.

4. I currently reside at 1331 Maryland Avenue, SW, Washington, DC 20024.

5. I am an attorney at Hogan Lovells US LLP. My business address is: 555 13th Street, NW, Washington, DC 20004. My phone number is 202-637-2521. My fax number is 202-637-5910. My e-mail address is: amanda.n.allen@hoganlovells.com.

6. I am not admitted to practice in the Northern District of Alabama, but I am a member in good standing and eligible to practice in the following jurisdictions and before the following courts:

- State Bar of the District of Columbia (admitted November 10, 2020; #1720700)
- State Bar of Kentucky (admitted October 21, 2019; #98424)
- United States Court of Appeals for the Sixth Circuit (June 8, 2022)

7. A Certificate of Good Standing from the District of Columbia State Bar, showing that I am a member in good standing of, and duly authorized to practice in that jurisdiction, is attached as Exhibit A to the Motion. This is the highest court in the State where I reside, and in which I regularly practice.

8. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the local rules of this Court, the Alabama Rules of Professional Conduct, and the Model Rules of Professional Conduct.

9. As required by Local Rule 83.1(b), the prescribed *pro hac vice* admission fee is being tendered to the Court at the time of the e-filing of this Motion.

10. I am not currently under any order of disbarment, suspension, or any other discipline in any jurisdiction, and there are no pending disciplinary matters against me.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of August, 2023.    Respectfully submitted,

> */s/ Amanda N. Allen*
> Amanda N. Allen
> Hogan Lovells US LLP
> 555 Thirteenth Street, NW
> Washington, DC 20004
> Phone: (202) 637-2521
> E-mail: amanda.n.allen@hoganlovells.com

*Applicant Attorney for Plaintiffs*