# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN, et al.,<br><br>*Defendants*. | No. 2:21-cv-01530-AMM |

## MOTION TO SUBSITUTE ATTORNEY

Plaintiffs respectfully move this Court to substitute the undersigned, Alison Mollman, for LaTisha Gotell Faulks and Kaitlin Wellborn, as one of the attorneys of record for Plaintiffs Alabama State Conference of the NAACP; Shalela Dowdy; Greater Birmingham Ministries; Letetia Jackson; Evan Milligan; and Khadidah Stone.

In support of this motion, the undersigned states that Kaitlin Wellborn, who previously entered an appearance in this case, is no longer employed by the American Civil Liberties Union of Alabama Foundation, Inc.  The undersigned further states that LaTisha Gotell Faulks, who previously entered an appearance in this case, is leaving the American Civil Liberties Union of Alabama Foundation,

Inc., and the undersigned will be assuming responsibilities for the case going forward for the American Civil Liberties Union of Alabama Foundation, Inc.

Wherefore, Plaintiffs move this Court to enter the appearance of Alison Mollman in substitution for LaTisha Gotell Faulks and Kaitlin Wellborn, and grant Attorney Gotell Faulks and Attorney Wellborn permission to withdraw as counsel in this matter.

Respectfully submitted this 11th day of August, 2023,

/s/Alison Mollman
ALISON MOLLMAN (ASB-8397-A33C)
ACLU OF ALABAMA
PO Box 6179
Montgomery, AL 36106
510-909-8908
amollman@aclualabama.org

*Counsel for Milligan Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 11, 2023, I filed the foregoing electronically using the Court's CM/ECF system, which will serve all counsel of record.

/s/Alison Mollman
ALISON MOLLMAN (ASB-8397-A33C)
ACLU OF ALABAMA
PO Box 6179
Montgomery, AL 36106
510-909-8908
amollman@aclualabama.org

*Counsel for Milligan Plaintiffs*
