# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | No. 2:21-cv-01530-AMM |
| ) | (three-judge court) |
| WES ALLEN, et al. ) | |
| ) | UNOPPOSED |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO FILE BRIEF OF *AMICI CURIAE* STATE AND LOCAL ELECTED OFFICIALS OF COLOR IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO REMEDIAL MAP

Respectfully submitted:

Denzel E. Okinedo (ASB-1195-H21C)
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
dokinedo@burr.com

Jonathan B. Miller
Michael Adame
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
jon@publicrightsproject.org
michael@publicrightsproject.org

*Counsel of Record*

51452745 v1

Proposed *amici* are a collection of state and local elected leaders of color in Alabama. Having run for and successfully obtained office in the State, *amici* have deep knowledge of the political landscape, including and especially how racially polarized voting can be in Alabama. *Amici* have seen, and experienced, the ways in which polarized voting becomes acute when a candidate of color is on the ballot. In certain instances, polarized voting has limited electoral opportunities in the State for all *amici*.

Proposed *amici* respectfully seek leave of this Court to file the attached brief and share their perspective with the Court on the issues raised by Plaintiffs' thorough objections to SB 5. *Amici* believe that their experience is useful to the Court's consideration of the legal and factual issues under consideration. In addition, the motion is unopposed. Plaintiffs have consented to the relief requested and Defendants take no position on the motion.

For all of the foregoing reasons, *amici* request leave to file the attached brief.

Respectfully submitted,

*/s/ Denzel E. Okinedo*
Denzel E. Okinedo (ASB-1195-H21C)
BURR & FORMAN LLP
420 North 20th Street, Suite 340
Birmingham, AL 35203
dokinedo@burr.com

Jonathan B. Miller
Michael Adame
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
jon@publicrightsproject.org
michael@publicrightsproject.org

*Counsel of Record*

Dated:       August 11, 2023

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 11th day of August, 2023, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record and cause them to be served with a copy of this filing.

*/s/ Denzel E. Okinedo*
Denzel E. Okinedo (ASB-1195-H21C)