# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1530-AMM** |
| ) | |
| **WES ALLEN,** *in his official* ) | **THREE-JUDGE COURT** |
| *capacity as Alabama Secretary of* ) | |
| *State*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

This redistricting case is before the court on the plaintiffs' motion to strike. Doc. 246. The plaintiffs state that "in their Notice of Filing Exhibits [Doc. 238] . . . [they] inadvertently included and filed an exhibit over which the Defendants have asserted legislative privilege." Doc. 246 at 1. Accordingly, the plaintiffs ask that Exhibit M30, filed as Document 238-13, be stricken from the record.

The motion is **GRANTED**. Document 238-13 is stricken, and the court will not consider Exhibit M30.

**DONE** and **ORDERED** this 12th day of August, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE