# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1530-AMM** |
| ) | |
| **WES ALLEN,** *in his official* ) | **THREE-JUDGE COURT** |
| *capacity as Alabama Secretary of* ) | |
| *State*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

This redistricting case is before the court on an Unopposed Motion To File Brief Of *Amici Curiae* State And Local Elected Officials Of Color In Support Of Plaintiffs' Objections To Remedial Map. *Milligan* Doc. 255. The "[p]roposed *amici* are a collection of state and local elected leaders of color in Alabama." *Id*. at 1. "Having run for and successfully obtained office in the State," the proposed *amici* assert that they "have deep knowledge of the political landscape, including and especially how racially polarized voting can be in Alabama" and further assert "that their experience[s may be] useful to the Court's consideration of the legal and factual issues" in this case. *Id*.

The motion is **GRANTED**. The *amici* are **DIRECTED** to file their proposed supporting brief, *Milligan* Doc. 255-1, on or before **12:00 P.M.** (noon) on **SUNDAY, AUGUST 13, 2023.**

**DONE** and **ORDERED** this 12th day of August, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE