# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., *Plaintiffs*, vs. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01530-AMM (three-judge court) |

## PLAINTIFFS' NOTICE OF FILING EXHIBITS

The Court's August 5, 2023 Order directs the parties to provide copies of the exhibits and demonstratives they intend to use during the preliminary injunction hearing. Doc. 221 at 2. The order further directs that the exhibits be "file-stamped". *Id.* Pursuant to this Order Plaintiffs respectfully notify the Court and the parties of the following exhibits, which they may rely upon at the August 14 hearing but which are not currently on the case docket.

1. Exhibit M43: Transcript of August 9, 2023 Deposition of Randy Hinaman.

2. Exhibit M44: Transcript of August 11, 2023 Deposition of Brad Kimbro.

3. Exhibit M45: Transcript of August 10, 2023 Deposition of Lee Lawson.

4. Exhibit M46: Transcript of August 9, 2023 Deposition of Steve Livingston.

5. Exhibit M47: Transcript of August 9, 2023 Deposition of Christopher Pringle.

6. Exhibit M48: Transcript of August 10, 2023 Deposition of Mike Schmitz.

7. Exhibit M49: Transcript of August 10, 2023 Deposition of Jeff Williams.

Plaintiffs have redacted Exhibits M43, M44, M45, M48, and M49 to prevent disclosure of the respective deponents' personal information.

Respectfully Submitted,

/s/ Deuel Ross
Deuel Ross*
Tanner Lockhead*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org
tlockhead@naacpldf.org

Leah Aden*
Stuart Naifeh*

Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Davin M. Rosborough*
Julie Ebenstein*

2

Ashley Burrell*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
　EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com
David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

LaTisha Gotell Faulks (ASB-1279-I63J)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Counsel for Milligan Plaintiffs*