# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br><br>*Defendants*. | No. 2:21-cv-01530-AMM<br>(three-judge court) |

**PLAINTIFFS' NOTICE OF FILING DEMONSTRATIVE EXHIBITS**

The Court's August 5, 2023 Order directs the parties to provide copies of the exhibits and demonstratives they intend to use during the preliminary injunction hearing. Doc. 221 at 2. The order further directs that the exhibits be "file-stamped". *Id.* Pursuant to this Order Plaintiffs respectfully notify the Court and the parties of the following demonstrative exhibit, which they may rely upon at the August 14 hearing but which is not currently on the case docket.

    1.    Exhibit MD1: Plaintiffs' Demonstrative Exhibit 1

1

Respectfully Submitted,

*/s/ Deuel Ross*

| | |
|---|---|
| Deuel Ross* | Sidney M. Jackson (ASB-1462-K40W) |
| Tanner Lockhead* | Nicki Lawsen (ASB-2602-C00K) |
| NAACP LEGAL DEFENSE & | WIGGINS CHILDS PANTAZIS |
|    EDUCATIONAL FUND, INC. |    FISHER & GOLDFARB, LLC |
| 700 14th Street N.W. Ste. 600 | 301 19th Street North |
| Washington, DC 20005 | Birmingham, AL 35203 |
| (202) 682-1300 | Phone: (205) 341-0498 |
| dross@naacpldf.org | sjackson@wigginschilds.com |
| tlockhead@naacpldf.org | nlawsen@wigginschilds.com |
| | |
| Leah Aden* | Davin M. Rosborough* |
| Stuart Naifeh* | Julie Ebenstein* |
| Ashley Burrell* | Dayton Campbell-Harris* |
| Kathryn Sadasivan (ASB-517-E48T) | AMERICAN CIVIL LIBERTIES |
| Brittany Carter* | UNION FOUNDATION |
| NAACP LEGAL DEFENSE & | 125 Broad St. |
|    EDUCATIONAL FUND, INC. | New York, NY 10004 |
| 40 Rector Street, 5th Floor | (212) 549-2500 |
| New York, NY 10006 | drosborough@aclu.org |
| (212) 965-2200 | jebenstein@aclu.org |
| Shelita M. Stewart* | dcampbell-harris@aclu.org |
| Jessica L. Ellsworth* | |
| HOGAN LOVELLS US LLP | LaTisha Gotell Faulks (ASB-1279-I63J) |
| 555 Thirteenth Street, NW | AMERICAN CIVIL LIBERTIES UNION |
| Washington, D.C. 20004 | OF ALABAMA |
| (202) 637-5600 | P.O. Box 6179 |
| shelita.stewart@hoganlovells.com | Montgomery, AL 36106-0179 |
| David Dunn* | (334) 265-2754 |
| HOGAN LOVELLS US LLP | tgfaulks@aclualabama.org |
| 390 Madison Avenue | kwelborn@aclualabama.org |
| New York, NY 10017 | |
| (212) 918-3000 | Blayne R. Thompson* |
| david.dunn@hoganlovells.com | HOGAN LOVELLS US LLP |
| | 609 Main St., Suite 4200 |
| Michael Turrill* | Houston, TX 77002 |
| Harmony A. Gbe* | (713) 632-1400 |
| HOGAN LOVELLS US LLP | blayne.thompson@hoganlovells.com |

1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

***Counsel for Milligan Plaintiffs***