# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., *Plaintiffs*, vs. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01530-AMM (three-judge court) |

### *MILLIGAN* PLAINTIFFS' AMENDED EXHIBIT LIST

Pursuant to the Court's July 27, 2023 Order, Doc. 194, the *Milligan* plaintiffs make the following pre-hearing disclosure of hearing exhibits. The list of exhibits provided below supplements Plaintiffs' Exhibit List filed August 10, 2023, Doc. 249, by adding exhibits M43-M49, deposition transcripts received subsequent to the August 10th filing.

**I.      List of Exhibits Plaintiffs' Intend to Offer.**

Plaintiffs may use the following exhibits during the course of the remedial hearing commencing August 14, 2023.

| Milligan Plaintiffs' Hearing Exhibits | | |
|---|---|---|
| Exh. # | Description | ECF Doc # |
| M1 | Population Summary, "Livingston Congressional Plan 3," Alabama Permanent Reapportionment Committee (July 20, 2023) | 200-1 |
| M2 | Remedial Expert Report of Boadong Liu (Jul. 28, 2023) | 200-2 |
| M3 | Alabama Performance Analysis | 200-3 |
| M4 | Text of SB5 | 200-4 |
| M5 | Jeff Poor, *State Rep. Pringle: Proposal to create second Democrat congressional district could help GOP — 'I call it the Republican opportunity plan'*, YELLOWHAMMER NEWS (Oct. 31, 2021) | 200-5 |
| M6 | Press Release, Permanent Legis. Comm. on Reapportionment (June 21, 2023) | 200-6 |
| M7 | VRA Plaintiffs' letter to Reapportionment Committee (June 26, 2023) | 200-7 |
| M8 | VRA Plaintiffs' letter to Dorman Walker (July 11, 2023) | 200-8 |
| M9 | Declaration of Rep. Samuel Jones (July 27, 2023) | 200-9 |
| M10 | Mike Cason, *GOP lawmakers pass Alabama congressional map; Democrats say it defies Supreme Court*, AL.com (July 22, 2023) | 200-10 |
| M11 | Zach Montellaro, *Alabama's redistricting brawl rehashes bitter fight over voting rights*, POLITICO (July 21, 2023), | 200-11 |
| M12 | Assoc. Press, *The fight over Alabama's congressional redistricting now shifts back to federal court*, ALA. DAILY NEWS (July 24, 2023), | 200-12 |
| M13 | *Rep. Terri Sewell: Alabama 'Shamelessly' Ignores U.S. Supreme Court*, BIRMINGHAM TIMES (July 22, 2023) | 200-13 |
| M14 | Jeff Poor, *State Rep. Simpson on redistricting: 'It would not surprise me if we have seven Republican congressmen' after 2024 election*, 1819 NEWS (July 16, 2023) | 200-14 |
| M15 | Remedial Expert Report of Dr. Joseph Bagley (July 28, 2023) | 200-15 |

| M16 | Dr. Hood's performance analysis of Community of Interest Plan | 238-1 |
|---|---|---|
| M17 | Defendant Sen. Livingston's Responses to Plaintiffs' Third Set of Interrogatories (Aug. 9, 2023) | 238-2 |
| M18 | Alabama Legislature's SB5 Population Summary | Caster ECF No. 179-1 |
| M19 | Expert Report of Maxwell Palmer in Support of Caster Plaintiffs' Objections (July 28, 2023) | Caster ECF No. 179-2 |
| M20 | Defendant Rep. Pringle's Response to Plaintiffs' Third Set of Interrogatories (Aug. 9, 2023) | 238-3 |
| M21 | Community of Interest Plan Map | 238-4 |
| M22 | Livingston 1 Plan Map | 238-5 |
| M23 | Livingston 2 Plan Map | 238-6 |
| M24 | Community of Interest Plan Population Summary | 238-7 |
| M25 | 2021 Reapportionment Committee Redistricting Guidelines (May 5, 2021) | 238-8 |
| M26 | Russell Split Plan Map | 238-9 |
| M27 | Expanded Black Belt Plan Map | 238-10 |
| M28 | Whole Jefferson County Plan Map | 238-11 |
| M29 | Email (RC049603-04) | 238-12 |
| M30 | INTENTIONALLY OMITTED | |
| M31 | Caleb Talor. *House, Senate committees narrow redistricting plans down to two* 1819 NEWS (July 18, 2023) | 238-14 |
| M32 | Alexander Rocha et al., *Alabama Legislature passes controversial congressional map*, ALABAMA REFLECTOR (July 21, 2023) | 238-15 |
| M33 | Talking point (RC049608-16) | 238-16 |
| M34 | INTENTIONALLY OMITTED | |
| M35 | Proposed amendment to reapportionment committee guidelines (RC049228) | 238-17 |
| M36 | July 12, 2023 Reapportionment Committee Agenda (RC049228) | 238-18 |
| M37 | INTENTIONALLY OMITTED | |
| M38 | James Stephenson, et al., *Alabama House, Senate Approve Separate Congressional Maps*, BIRMINGHAM WATCH (July 20, 2023) | 238-19 |
| M39 | Opportunity Plan Population Summary (RC049515) | 238-20 |
| M40 | Talking points (RC049571-72) | 238-21 |

| M41 | Talking points (RC049573-76) | 238-22 |
| M42 | Talking points (RC049577-80) | 238-23 |
| M43 | Transcript of August 9, 2023 Deposition of Randy Hinaman | 261-1 |
| M44 | Transcript and Video of August 11, 2023 Deposition of Brad Kimbro | 261-2 |
| M45 | Transcript and Video of August 10, 2023 Deposition of Lee Lawson | 261-3 |
| M46 | Transcript of Video of August 9, 2023 Deposition of Steve Livingston | 261-4 |
| M47 | Transcript of Video of August 9, 2023 Deposition of Christopher Pringle | 261-5 |
| M48 | Transcript of Video of August 10, 2023 Deposition of Mike Schmitz | 261-6 |
| M49 | Transcript of Video of August 10, 2023 Deposition of Jeff Williams | 261-7 |
| MD1 | Demonstrative Exhibit 1 | 262-1 |

Respectfully submitted,

*/s/ Deuel Ross*
Deuel Ross*
Tanner Lockhead*
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org
tlockhead@naacpldf.org

Leah Aden*
Stuart Naifeh*
Ashley Burrell*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*

Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
   FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Davin M. Rosborough*
Julie Ebenstein*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com
David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

LaTisha Gotell Faulks (ASB-1279-I63J)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Counsel for Milligan Plaintiffs*