# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |
| **MARCUS CASTER,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official capacity as Secretary of State of Alabama*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1536-AMM** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

**<u>ORDER</u>**

On August 8, 2023, the Court entered an order noting the prior appointment of Mr. Richard Allen as Special Master and appointing Mr. David Ely as expert cartographer to assist the Special Master. *See generally Singleton* Doc. 166; *Milligan* Doc. 226; *Caster* Doc. 196. The Court next advised that that we had identified Michael Scodro and the firm Mayer Brown LLP as qualified to assist Mr. Allen in the performance of his duties and responsibilities should it be necessary. *Id*. at 5. The Court then invited the parties to submit any comments or objections to the appointment of Mr. Scodro and his firm as members of the Special Master's team. *Id.* Finally, in accordance with Federal Rule of Civil Procedure 53(b)(3), the Court instructed Mr. Allen, Mr. Ely, and Mr. Scodro to file affidavits disclosing whether any ground for disqualification under 28 U.S.C. § 455 exists for them or any of their assistants. *Id*.

Mr. Allen, Mr. Ely, and Mr. Scodro timely filed their affidavits. *Singleton* Docs. 172–74; *Milligan* Docs. 239–41; *Caster* 204–06. None provided any grounds for disqualification. Further, no party filed any objection to the appointment of Mr. Scodro or his firm to aid the Special Master as needed. Accordingly, pursuant to the Court's inherent authority and Federal Rule of Civil Procedure 53, Mr. Michael

Scodro and the Mayer Brown LLP law firm are **APPOINTED** to assist Mr. Allen in the performance of his duties as Special Master. All reasonable costs and expenses of Mr. Allen and his team, including reasonable compensation for Mr. Ely, Mr. Scodro, and any assistants they may retain, shall (subject to the approval of this Court) be paid by the State of Alabama.

**DONE** and **ORDERED** this 14th day of August, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE