

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>*Defendants*. | No. 2:21-cv-01536-AMM |
| EVAN MILLIGAN, et al.,<br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>*Defendants*. | NO 2:21-cv-01530-AMM |

## DEFENDANTS' NOTICE OF FILING EXHIBIT

Come now defendant intervenors, Rep. Chris Pringle and Sen. Steve Livingston, and give notice of filing the transcript with exhibits of the Reappointment Committee meeting and public hearing on July 13, 2023, Exhibit B-3.

Respectfully submitted this this 18th day of August, 2023.

/s/ *Dorman* Walker
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
455 Dexter Avenue
Montgomery, AL 36104

Telephone: (334) 269-3138
Email: dwalker@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that this the 18th day of August 2023 I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/*Dorman Walker*