Case 2:21-cv-01530-AMM Document 266-11 Filed 08/18/23 Page 1 of 5 FILED 2023 Aug-18 PM 04:47 U.S. DISTRICT COURT N.D. OF ALABAMA

7/10/23, 11:34 PM     sarpc.org/#





### Links

2022 CEDS – 5 Year Update
CEDS-INTERACTIVE VERSION
2022 CEDS Resolution
Economic Development Plan
Area on Aging Available Jobs on LinkedIn
HIPAA Statement
Staff Portal
SARPC Staffing Job Application
SAPA Open Bids

2024 Application for Title III Funds(Word fill in Document)(Word fill in document)
Title III Budget Form 2024

### Current Newsletter
May 2023

### Who We Serve – Escambia County
Atmore
Brewton
East Brewton
Flomaton

### Who We Serve – Baldwin County
Bay Minette
Daphne



Elberta
Fairhope
Foley
Gulf Shores
Loxley
Magnolia Springs
Orange Beach
Perdido Beach
Robertsdale
Silverhill
Spanish Fort
Summerdale

Who We Serve – Mobile County
Bayou La Batre
Chickasaw
Citronelle
Creola
Dauphin Island
Mobile
Mount Vernon
Prichard
Saraland
Satsuma
Semmes

Our Partners



eda.gov



epa.gov



adeca.alabama.gov



Census.gov



dra.gov



Visit NOAA.gov



Alabama Coastal Area Management Program Strategic Plan

Coastal Area Map

ACAMP --> ACAMP PROJECTS

**South Alabama Regional Planning Commission**



South Alabama Regional Planning Commission (SARPC) is a locally controlled and organized instrument of local government in Southwestern Alabama. SARPC serves the three counties of Mobile, Baldwin and Escambia and twenty-nine municipalities through the provision of programs and services in community development; employment and economic development; grant administration; senior and social services and transportation planning. Through its role as a resource for communication, coordination, advocacy, policy-making and technical assistance, SARPC helps facilitate the deliberation and resolution of common problems and issues of member government representatives, elected and non-profit officials and private-sector leaders throughout the South Alabama region.

SARPC was founded as the Mobile Regional Planning Commission in 1964 and in 1968 was expanded to include Baldwin and Escambia counties and was re-branded the South Alabama Regional Planning Commission. SARPC works with federal, state and local entities in delivery of its programs and services and is one of twelve regional commissions in the State of Alabama as provided for in Act 1126 of the 1969 Alabama Legislature.

Meals on Wheels
Donations

**Any amount helps!**

Donate

HOME    ORGANIZATION    AREA AGENCY ON    COMMUNITY    EMPLOYMENT /    TRANSPORTATION   SAPA OPEN BIDS
        • Members       AGING             DEVELOPMENT  ECONOMIC        PLANNING         • About SAPA

| | | | | | | |
|---|---|---|---|---|---|---|
| • Board Members | DEVELOPMENT | • Membership | RELATED LINKS | JOBS LISTING | SAPA BID ARCHIVES | SARPC NEWSLETTER ARCHIVE |
| • Administration | • Staffing Services | • Open Bids | | | | |
| • Staff Contacts | • Revolving Loan Fund | • SAPA Related Links | STAFF PORTAL | CONTACT US | | |
| • Job Opportunities | • Senior Community Service Employment Program | • SAPA Forum | | | | |
| | | • Members Only | | | | |
| | • Workforce / Economic Dev. | | | | | |
| | • Job Fair and Business Expo | | | | | |

© All rights reserved 2023