Case 2:21-cv-01530-AMM   Document 266-12   Filed 08/18/23   Page 1 of 4

FILED
2023 Aug-18 PM 04:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

7/10/23, 11:33 PM    » Board Members



| HOME | ORGANIZATION | AREA AGENCY ON AGING | COMMUNITY DEVELOPMENT | EMPLOYMENT / ECONOMIC DEVELOPMENT |
| TRANSPORTATION PLANNING | SAPA OPEN BIDS | RELATED LINKS | JOBS LISTING | SAPA BID ARCHIVES | SARPC NEWSLETTER ARCHIVE |
| STAFF PORTAL | CONTACT US | | | search now... |

## BOARD OF DIRECTORS 2020-2021

**CHAIRMAN**
Mayor Sandy Stimpson
City of Mobile
Mobile, AL 36633
mayorstimpson@cityofmobile.org

Honorable Jackie Zeigler
Alabama State Board of Education District 1
3071 Teal Ct.
Mobile, AL 36695
jzeigler3071@gmail.com

**VICE-CHAIRMAN**
Mayor Charles Murphy
City of Robertsdale
Robertsdale, AL 36567
charles.murphy@gulftel.com

Honorable Jerry Carl
Congressman
1330 Longworth House Office Building
Washington, DC 20515
chad.carlough@mail.house.gov

**SECRETARY-TREASURER**
Mayor Jim Staff
City of Atmore
Atmore, AL 36504
mayorstaff@cityofatmore.com

### BALDWIN COUNTY

Commissioner Billie Jo Underwood
Baldwin County Administration
Robertsdale, AL 36567
bunderwood@baldwincountyal.gov

Mayor Robin LeJeune
City of Daphne
Daphne, AL 36526
mayorlejeune@daphneal.com

Mayor Sherry Sullivan
City of Fairhope

### ESCAMBIA COUNTY

Commissioner Raymond Wiggins
Escambia County Commission
Brewton, AL 36427
rwiggins@southernpine.org

Mayor Jim Staff
City of Atmore
Atmore, AL 36504
mayorstaff@cityofatmore.com

Mayor Terry Clark
City of East Brewton



EXHIBIT K

Fairhope, AL 36533
sherry.sullivan@fairhopeal.gov

East Brewton, AL 36427
eastbrewton@gmail.com

**Mayor Ralph Hellmich**
City of Foley
Foley, AL 36536
rhellmich@cityoffoley.org

**Mr. David Adams**
EMA Director, Escambia County
Brewton, AL 36427
dadams@co.escambia.al.us

**Mayor Charles Murphy**
City of Robertsdale
Robertsdale, AL 36567
charles.murphy@gulftel.com

**Mr. Jess Nicholas**
Escambia County Industrial
Development Authority
Atmore, AL 36502
jnicholas@centerfireeconomic.com

**Mr. Stanley Raye (Lee) Lawson Jr**
President & CEO
Baldwin County Economic
Development Alliance
Robertsdale, AL 36567
llawson@baldwineda.com

**Westly L. Woodruff, CPP**
President,CEO Muskogee Technology
Atmore, AL 36502
wwoodruff@muskotech.com

**Dr.Phyliss P. French, ED.D**
State Dept of Education
Bay Minette, AL 36507
drphyldst@gmail.com

## MOBILE COUNTY

**Mayor Sandy Stimpson**
City of Mobile
Mobile, AL 36633
mayorstimpson@cityofmobile.org

**Commissioner Merceria Ludgood**
President, Mobile County Commission
Mobile, AL 36633
district1web@mobile-county.net

**Mayor Jimmie Gardner**
City of Prichard
Prichard, AL 36610
j.gardner@thecityofprichard.org

**Mayor Howard Rubenstein**
City of Saraland
Saraland, AL 36571
hrubenstein@saraland.org

**Mayor Mark Barlow**
City of Satsuma
Satsuma, AL 36572
mbarlow@cityofsatsuma.com
markbarlow63@gmail.com

Mr. David Rodgers
Vice-President
Economic Development.
Mobile Area Chamber of Commerce
Mobile, AL 36633
drodgers@mobilechamber.com

Mr. John Murphy, jr., PE
Vice President
Neel- Schaffer, Inc
Mobile, AL 36609
john.murphy@neel-scaffer.com

Dr. Raoul Richardson
Senior V.P. Research & Development
Baheth Research & Development Lad LTD.
USA Technology & Research Park
Mobile, AL 36608
drraoulrichardson@outlook.com

Mr. Rob Middleton
Middleton Construction
Mobile, AL 36691
rob@rm-const.com

Mr. John C. Driscoll
CEO/Executive Director
Alabama State Port Authority
Post Office Box 1588
Mobile, AL 36633
jdriscoll@asdd.com

HOME

ORGANIZATION
· Members
· Board Members
· Administration
· Staff Contacts
· Job Opportunities

AREA AGENCY ON AGING

COMMUNITY DEVELOPMENT

EMPLOYMENT / ECONOMIC DEVELOPMENT
· Staffing Services
· Revolving Loan Fund
· Senior Community Service Employment Program

TRANSPORTATION PLANNING

RELATED LINKS
SAPA BID ARCHIVES

SAPA OPEN BIDS
· About SAPA
· Membership
· Open Bids
· SAPA Related Links
· SAPA Forum
· Members Only

JOBS LISTING
SARPC NEWSLETTER

https://sarpc.org/board-members/ 3/4

» Board Members

- Workforce / Economic Dev.
- Job Fair and Business Expo

ARCHIVE     STAFF PORTAL     CONTACT US

© All rights reserved 2023