Case 2:21-cv-01530-AMM   Document 266-13   Filed 08/18/23   Page 1 of 2

FILED
2023 Aug-18 PM 04:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

7/11/23, 12:08 AM                                                                                » Members





The South Alabama Regional Planning Commission has 32 member governments including three counties and 29 municipalities. It is Region 8 of the 12 State regions [www.alarc.org] established by law.

Show 14 entries                                        Search:

| Bay Minette | Atmore | Bayou La Batre |
|---|---|---|
| Daphne | Brewton | Chicksaw |
| Elberta | East Brewton | Citronelle |
| Fairhope | Flomaton | Creola |
| Foley |  | Dauphin Island |
| Gulf Shores |  | Mobile City |
| Loxley |  | Mt. Vernon |



EXHIBIT L

7/11/23, 12:08 AM » Members

| Bay Minette ⇔ | Atmore ⇔ | Bayou La Batre ⇔ |
|---|---|---|
| Magnolia Springs | | Prichard |
| Orange Beach | | Saraland |
| Perdido Beach | | Satsuma |
| Robertsdale | | Semmes |
| Silverhill | | |
| Spanish Fort | | |
| Summerdale | | |

Showing 1 to 13 of 13 entries

‹ Previous  Next ›

| HOME | ORGANIZATION | AREA AGENCY ON AGING | COMMUNITY DEVELOPMENT | EMPLOYMENT / ECONOMIC DEVELOPMENT | TRANSPORTATION PLANNING | SAPA OPEN BIDS |
|---|---|---|---|---|---|---|
| | • Members | | | • Staffing Services | | • About SAPA |
| | • Board Members | | | • Revolving Loan Fund | | • Membership |
| | • Administration | | | • Senior Community Service Employment Program | | • Open Bids |
| | • Staff Contacts | | | • Workforce / Economic Dev. | | • SAPA Related Links |
| | • Job Opportunities | | | • Job Fair and Business Expo | | • SAPA Forum |
| | | | | | | • Members Only |
| | | | | | RELATED LINKS | JOBS LISTING |
| | | | | | SAPA BID ARCHIVES | SARPC NEWSLETTER ARCHIVE |
| | | | | | STAFF PORTAL | CONTACT US |

© All rights reserved 2023