FILED

2023 Aug-18 PM 01:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

2022 Jan-18 AM 08:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
2                       SOUTHERN DIVISION

3

4     BOBBY SINGLETON, et al.,        *
               Plaintiffs,            *    2:21-cv-1291-AMM
5                                     *    January 12, 2022
      vs.                             *    Birmingham, Alabama
6                                     *    8:30 a.m.
      JOHN MERRILL, in his official   *
7     capacity as Alabama Secretary   *
      of State, et al.,               *
8              Defendants.            *
      *******************************
9                                     *
      EVAN MILLIGAN, et al.,          *
10             Plaintiffs,            *    2:21-cv-1530-AMM
                                      *
11    vs.                             *
                                      *
12    JOHN MERRILL, in his official   *
      capacity as Alabama Secretary   *
13    of State, et al.,               *
               Defendants.            *
14    *******************************
                                      *
15    MARCUS CASTER, et al.,          *
               Plaintiffs,            *    2:21-cv-1536-AMM
16                                    *
      vs.                             *
17                                    *
      JOHN MERRILL, in his official   *
18    capacity as Alabama Secretary   *
      of State, et al.,               *
19             Defendants.            *
      *******************************
20

21

22        TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
                    VIA ZOOM CONFERENCE
                        VOLUME VII
23         BEFORE THE HONORABLE ANNA M. MANASCO,
              THE HONORABLE TERRY F. MOORER,
24            THE HONORABLE STANLEY MARCUS

25
```

**CHRISTINA K. DECKER, RMR, CRR**
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, AL 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com



EXHIBIT

N

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings recorded by OFFICIAL COURT REPORTER, Qualified
pursuant to 28 U.S.C. 753(a) & Guide to Judiciary Policies
and Procedures Vol. VI, Chapter III, D.2.  Transcript
produced by computerized stenotype.

*CHRISTINA K. DECKER, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, AL 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 3 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 3 of 283

1647

APPEARANCES

FOR THE SINGLETON PLAINTIFFS:

James Uriah Blacksher
JAMES U. BLACKSHER, ATTORNEY
825 Linwood Road
Birmingham, AL 35222
205-612-3752
Fax: 866-845-4395
Email: Jublacksher@gmail.com

Myron C Penn
PENN & SEABORN LLC
53 Highway 110
PO Box 5335
Union Springs, AL 36089
334-738-4486
Fax: 334-738-4432
Email: Myronpenn28@hotmail.com

Joe R Whatley, Jr
WHATLEY KALLAS LLP
2001 Park Place North Suite 1000
Birmingham, AL 35203
205-488-1200
Fax: 800-922-4851
Email: Jwhatley@whatleykallas.com

Henry C Quillen
WHATLEY KALLAS LLP
159 Middle Street Suite 2D
Portsmouth, NH 03801
603-294-1591
Fax: 800-922-4851
Email: Hquillen@whatleykallas.com

W Tucker Brown
WHATLEY KALLAS LLC
P.O. Box 10968
Birmingham, AL 35202-0968
205-488-1200
Fax: 800-922-4851
Email: Tbrown@whatleykallas.com

1      Diandra "Fu" Debrosse Zimmermann
       DICELLO LEVITT GUTZLER
2      420 20th Street North
       Suite 2525
3      Birmingham, AL 35203
       205-855-5700
4      Fax: 205-855-5784
       Email: Fu@dicellolevitt.com

5

6      Eli Joseph Hare
       DICELLO LEVITT GUTZLER LLC
7      420 20th Street North, Suite 2525
       Birmingham, AL 35203
8      205-855-5700
       Fax: 205-855-5784
9      Email: Ehare@dicellolevitt.com

10

       FOR THE MILLIGAN PLAINTIFFS:
11

12     Deuel Ross
       NAACP LEGAL DEFENSE &
13     EDUCATIONAL FUND, INC.
       700 14th Street N.W. Ste. 600
14     Washington, DC 20005
       (202) 682-1300
15     Dross@naacpldf.org

16     Leah Aden
       Stuart Naifeh
17     Kathryn Sadasivan
       Brittany Carter
18     NAACP LEGAL DEFENSE &
       EDUCATIONAL FUND, INC.
19     40 Rector Street, 5th Floor
       New York, NY 10006
20     (212) 965-2200
       Laden@naacpldf.org
21     Snaifeh@naacpldf.org

22     Davin M. Rosborough
       Julie Ebenstein
23     AMERICAN CIVIL LIBERTIES
       UNION FOUNDATION
24     125 Broad St.
       New York, NY 10004
25     (212) 549-2500
       Drosborough@aclu.org
       Jebenstein@aclu.org

1    Kaitlin Welborn
     LaTisha Gotell Faulks
2    AMERICAN CIVIL LIBERTIES UNION
     OF ALABAMA
3    P.O. Box 6179
     Montgomery, AL 36106-0179
4    (334) 265-2754
     Kwelborn@aclualabama.org
5    Tgfaulks@aclualabama.org

6    David Dunn
     HOGAN LOVELLS US LLP
7    390 Madison Avenue
     New York, NY 10017
8    (212) 918-3000
     David.dunn@hoganlovells.com
9
     Michael Turrill
10   Harmony A. Gbe
     HOGAN LOVELLS US LLP
11   1999 Avenue of the Stars
     Suite 1400
12   Los Angeles, CA 90067
     (310) 785-4600
13   Michael.turrill@hoganlovells.com
     Harmony.gbe@hoganlovells.com
14
     Shelita M. Stewart
15   Jessica L. Ellsworth
     HOGAN LOVELLS US LLP
16   555 Thirteenth Street, NW
     Washington, D.C. 20004
17   (202) 637-5600
     Shelita.stewart@hoganlovells.com
18
     Blayne R. Thompson
19   HOGAN LOVELLS US LLP
     609 Main St., Suite 4200
20   Houston, TX 77002
     (713) 632-1400
21   Blayne.thompson@hoganlovells.com

22

23

24

25

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 6 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 6 of 283

1650

```
1    Sidney M. Jackson
     Nicki Lawsen
2    WIGGINS CHILDS PANTAZIS
     FISHER & GOLDFARB, LLC
3    301 19th Street North
     Birmingham, AL 35203
4    Phone: (205) 341-0498
     Sjackson@wigginschilds.com
5    Nlawsen@wigginschilds.com

6

7    FOR THE CASTER PLAINTIFFS:

8    Abha Khanna
     ELIAS LAW GROUP LLP
9    1700 Seventh Avenue, Suite 2100
     Seattle, WA 98101
10   206-656-0177
     Email: AKhanna@elias.law
11
     Aria C Branch
12   ELIAS LAW GROUP LLP
     10 G St NE, Suite 600
13   Washington, DC 20002
     202-968-4490
14   Fax: 202-968-4498
     Email: ABranch@elias.law
15
     Daniel C Osher
16   ELIAS LAW GROUP
     10 G Street NE
17   Suite 600
     Washington, DC 20002
18   202-968-4490
     Email: DOsher@elias.law
19
     Joseph N. Posimato
20   Elias Law Group LLP
     10 G Street, NE; Suite 600
21   Washington, DC 20002
     202-968-4518
22   Email: Jposimato@elias.law

23   Lalitha D Madduri
     ELIAS LAW GROUP LLP
24   10 G Street NE, Suite 600
     Washington, DC 20002
25   202-968-4490
     Email: Lmadduri@elias.law
```

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 7 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 7 of 283
1651

```
 1        Olivia N. Sedwick
          Elias Law Group LLP
 2        10 G Street, NE; Suite 600
          Washington, DC 20002
 3        202-968-4518
          Email: Osedwick@elias.law
 4

 5        Richard P Rouco
          QUINN CONNOR WEAVER DAVIES & ROUCO LLP
 6        Two North Twentieth Street
          2 20th Street North
 7        Suite 930
          Birmingham, AL 35203
 8        205-870-9989
          Fax: 205-803-4143
 9        Email: Rrouco@qcwdr.com

10

11

12        FOR THE DEFENDANT:

13        Andrew Reid Harris
          OFFICE OF THE ATTORNEY GENERAL
14        CONSTITUTIONAL DEFENSE DIVISION
          501 Washington Avenue
15        Montgomery, AL 36130
          334-353-8891
16        Email: Reid.Harris@AlabamaAG.gov

17        Benjamin Matthew Seiss
          ALABAMA OFFICE OF THE ATTORNEY GENERAL
18        P.O. Box 300152
          501 Washington Ave (36104)
19        Montgomery, AL 36130
          334-353-8917
20        Fax: 334-353-8400
          Email: Ben.seiss@alabamaag.gov
21
          Brenton Merrill Smith
22        OFFICE OF THE ATTORNEY GENERAL OF ALABAMA
          P.O. Box 300152
23        501 Washington Avenue
          Montgomery, AL 36130
24        334-353-4336
          Fax: 334-353-8400
25        Email: Brenton.Smith@AlabamaAG.gov
```

  1          Edmund Gerard LaCour, Jr.
             OFFICE OF THE ATTORNEY GENERAL
  2          501 Washington Avenue
             P.O. Box 300152
  3          Montgomery, AL 36104
             334-242-7300
  4          Fax: 334-242-4891
             Email: Edmund.Lacour@AlabamaAG.gov
  5
             James W Davis
  6          OFFICE OF THE ATTORNEY GENERAL
             501 Washington Avenue
  7          P O Box 300152
             Montgomery, AL 36130-0152
  8          334-242-7300
             Fax: 334-353-8400
  9          Email: Jim.davis@alabamaag.gov

 10          Misty Shawn Fairbanks Messick
             OFFICE OF THE ATTORNEY GENERAL
 11          FOR THE STATE OF ALABAMA
             501 Washington Avenue
 12          P O Box 300152
             Montgomery, AL 36130-0152
 13          334-242-7300
             Fax: 334-353-8440
 14          Email: Misty.Messick@AlabamaAG.gov

 15          Alexander Barrett Bowdre
             OFFICE OF THE ALABAMA ATTORNEY GENERAL
 16          P.O. Box 300152
             Montgomery, AL 36130
 17          334-242-7300
             Fax: 334-353-8400
 18          Email: Barrett.Bowdre@alabamaAG.gov

 19          Thomas Alexander Wilson
             STATE OF ALABAMA
 20          OFFICE OF THE ATTORNEY GENERAL
             501 Washington Street
 21          Montgomery, AL 36103
             334-242-7300
 22          Fax: 334-353-8400
             Email: Thomas.wilson@alabamaAG.gov

 23

 24

 25

```
 1     J Dorman Walker
       BALCH & BINGHAM LLP
 2     P O Box 78
       Montgomery, AL 36101
 3     334-834-6500
       Fax: 334-269-3115
 4     Email: Dwalker@balch.com

 5

 6

 7

 8

 9     COURTROOM DEPUTY:  Frankie N. Sherbert

10

11     COURT REPORTER:  Christina K. Decker, RMR, CRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1654

1          **I N D E X**

2

3    BRADLEY BYRNE                                        1655
     DIRECT EXAMINATION                                   1656
4    BY MR. DAVIS
     CROSS-EXAMINATION                                    1696
5    BY MS. WELBORN
     CROSS-EXAMINATION                                    1711
6    BY MR. OSHER
     CROSS-EXAMINATION                                    1733
7    BY MR. WHATLEY
     REDIRECT EXAMINATION                                 1747
8    BY MR. DAVIS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 11 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 11 of 283

1655

1           **P R O C E E D I N G S**

2              (In open court.)

3           JUDGE MARCUS:  Are the parties ready to proceed?

4           MR. DAVIS:  Defense is ready, and Mr. Byrne the next

08:29:49 5   witness is here and ready, Judge.

6           JUDGE MARCUS:  Okay.  Caster plaintiffs are ready?

7           MS. KHANNA:  Yes, Your Honor.

8           JUDGE MARCUS:  And the Milligan and Singleton

9     plaintiffs?

08:30:00 10          MR. BLACKSHER:  Singleton are.

11          MS. WELBORN:  Milligan are, as well, thank you.

12          JUDGE MARCUS:  We are going to turn now to your next

13    witness, Mr. Davis.

14          MR. DAVIS:  Thank you, Judge.  The defense calls

08:30:12 15   Mr. Bradley Byrne.

16                        BRADLEY BYRNE,

17    having been first duly sworn, was examined and testified as

18    follows:

19          JUDGE MARCUS:  Thanks very much.  And if you would be

08:30:30 20   kind enough to state your name for the record.

21          THE WITNESS:  My name is Bradley Byrne, B-R-A-D-L-E-Y,

22    B-Y-R-N-E.

23          JUDGE MARCUS:  Thank you very much.  And with that,

24    Mr. Davis, you may proceed.

08:30:40 25          MR. DAVIS:  Thank you, Judge.

1    DIRECT EXAMINATION

2    BY MR. DAVIS:

3    Q    Good morning, Mr. Byrne.

4    A    Good morning.

08:30:45 5    Q    Where do you live, Mr. Byrne?

6    A    I live in Fair Hope, Alabama.

7    Q    How long have you lived in the Gulf Coast region?

8    A    My entire life.

9    Q    And what do you do for a living?

08:30:57 10    A    I am a lawyer.

11    Q    Have you ever served in public office?

12    A    I have.

13    Q    Would you please tell the Court about your experience in

14    public service beginning with your earliest appointed or

08:31:10 15    elected position?

16    A    Yes.  I was elected to the Alabama State School Board in

17    1994 and took office in December of that year because my

18    predecessor left to go take another position, so I started that

19    a little bit earlier.

08:31:25 20    I served the Alabama State School Board eight years.  I

21    was elected to the Alabama State Senate in 2002, and under

22    Alabama law, you take office immediately after general

23    election.  So I became the state senator in November of 2002.

24    I served there until May of 2007, when I became the chancellor

08:31:43 25    post-secondary education for the state of Alabama.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 13 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 13 of 283

1657

1    In December of 2013, I was elected in a special election
2    to the United States House of Representatives representing the
3    First District, which is the southwestern part of Alabama.  I
4    served there until January 3rd of last year, when I left
08:32:01 5   office, and my term expired.
6    Q    Thank you, Mr. Byrne.
7         I want to share my screen now and show you a map that has
8    been marked as Defendants' Exhibit 55.  Can you see this map,
9    Mr. Byrne?
08:32:14 10  A    I can.
11   Q    I will represent to you that these are the congressional
12   districts that the Alabama Legislature passed November the last
13   districting cycle.
14        Does the First Congressional District look similar to the
08:32:33 15  district as it existed when you represented the First District?
16   A    It is similar.  It does not include the lower half of
17   Clarke County that I had in my district.  And there's a small
18   sliver of the eastern part of Escambia County that is now part
19   of the Second District, but other than that, it's the same
08:32:51 20  district that I had.
21   Q    To your recollection, does the Second District look
22   similar in structure to the way it was when you were serving in
23   Congress?
24   A    It does.
08:32:58 25  Q    Thank you.  How would you describe Gulf Coast region,

1       Mr. Byrne?  And by that, I mean what is it, if anything, that
2       binds that region together to make it a community of interest?
3       A     Well, we are on the water.  We are on the Gulf of Mexico.
4       We have lots of bodies of water in the district.  Mobile Bay is
08:33:22 5    very prominent, and Perdido Bay is pretty prominent.  A number
6       of rivers, sounds, et cetera.  So water defines the district
7       very much.  It's not just any kind of water.  It's salt water,
8       brackish water, et cetera.
9             What that means is we have a major deep water port.  We
08:33:40 10   have a major ship building industry.  We have major tourism
11      industry that's related to the beaches and the water.  And also
12      a major seafood industry.  And all of those are unique in terms
13      of Alabama unique to this part of the state.
14            And so when you deal with the things that happen in this
08:33:58 15   part of the state, you are dealing with something that's unique
16      in the state of Alabama.
17      Q     Do people throughout the region through the other counties
18      in the First District commute in to Mobile for employment?
19      A     Yeah.  There are major highways that come from the
08:34:16 20   northern part of the district into both Mobile and Baldwin
21      counties.  So people in what I call the collar counties, which
22      are Washington County, Escambia County, Monroe County, and
23      presently that lower part of Clarke County, they'll use those
24      highways to go back and forth.
08:34:29 25         It's not just their jobs.  It may be going to the doctor,

1    the hospital, their shopping, et cetera.  So there's this sort

2    of larger community involving these four, five counties that

3    flow into and out of Mobile and Baldwin counties.  It used to

4    be just Mobile County.  Baldwin County has grown so much.

08:34:49  5    Baldwin County is now a very big part of that, as well.

6    Q    What role does the Port of Mobile play, if anything, in

7    binding that region together?

8    A    Well, it's huge.  Mobile started out in the 18th Century

9    as a port.  It was a port for French traders, but it was still

08:35:07 10    a port, and it's been a port for 300-plus years, and the port

11    continues to grow.  In fact, it had amazing growth last year.

12    It's not just the port itself.  The port is at the very center

13    of what is a major logistics hub.  For example, we have one of

14    Walmart's four mega distribution centers here in Mobile County.

08:35:25 15    That's all related to the port.

16        The fact that we have Airbus in Mobile, we have it in part

17    because they can ship directly via the ship channels directly

18    from a port in Europe to a port right outside of their assembly

19    facility here in Mobile.  So that port is the anchor for the

08:35:46 20    economy around here.  And it literally directly and indirectly

21    creates tens of thousands of jobs.  So it's extremely important

22    to this area.

23    Q    Are there industries in the area along the rivers that

24    flow into the port?

08:36:01 25    A    Oh, yeah.  We have major industries, chemical industry

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 16 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 16 of 283

1660

1  players, steel industry players up and down the Mobile river

2  and as you get further north of that into the Tombigbee River.

3  So the river, the Tombigbee River, then on the eastern side,

4  the Alabama River, those are very important to the economy and

08:36:25  5  the culture of this area.

6  Q     And do any of those industries rely on the port for

7  distribution of the products?

8  A     Well, for the distribution of their products, but also for

9  stuff that comes in that they have to use to create their

08:36:41  10  product.  Maybe different types of elements that go into the

11  chemical process.  In the case of steel, we actually have steel

12  slabs that come up from Brazil that are then offloaded off the

13  ships and put on barges that come up to a company called AM/NS

14  Calvert.  It's a multinational company that employs well over

08:37:01  15  2,000 people in the production of coal and steel.

16  Q     Is there anything unique about the history of this region,

17  in terms of international influence?

18  A     Yeah.  We were founded by the French in 1702.  We had

19  20 years in there where we were a British colony and then 30 or

08:37:21  20  40 years where we were a Spanish colony.

21        So unlike the rest of the state of Alabama, we have this

22  extensive Colonial history, and it continues to form our

23  culture today.  We're far more likely to have Catholic

24  residents here than in any other part of the state.  We have

08:37:42  25  Mardi Gras, which may sound like just sort of a frivolous fun

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 17 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 17 of 283

1661

1  thing, but Mardi Gras is big business here.   There are a lot of

2  businesses that that is what they do.   So it's not unusual to

3  find Mardi Gras parades not just here in Mobile, but you go

4  north of here into Washington County, you go over into Baldwin

08:37:55  5  County, several of the cities in Baldwin County, and even up

6  into Monroe County, they have Mardi Gras because there is that

7  cultural connection between the two.

8      I was reading an interesting article the other day about

9  Truman Capote.   He used to have relatives in Monroe County that

08:38:20  10  he would visit.   Mr. Capote wrote that he actually entered into

11  contests as a child to write stories, and those stories were

12  part of a contest in the *Mobile Press Register*.   He was in

13  Monroe County.   This is 100 years ago.

14      So you can see that there's this long-term connection

08:38:34  15  between what I call the collar counties in the First

16  Congressional District and Mobile itself.

17  Q    Are Baldwin County in Mobile County closely connected?

18  A    Oh, yeah.   If you look at a map of Mobile and Baldwin

19  counties, it looks like an inverted U.   And what's in the

08:38:53  20  interior of that U is Mobile Bay.   And so if you go back

21  literally centuries, you will see a connection between the two

22  counties.

23      So my family is originally from Baldwin County.   The

24  Byrnes were from Baldwin County.   But if you go back to the

08:39:08  25  late 18th Century, you will see one of my ancestors was

1    actually baptized in the Roman Catholic Church here in Mobile.

2    So there's this intersection between those two counties that's

3    been going on for a very long time.

4    Q    Would you say those counties are more closely connected

08:39:24  5    today than they were, say, in the '60s and 70s?

6    A    Oh, yeah.  For example, when -- I live in Baldwin County,

7    and I work in Mobile County.

8        If you were in my car with me today, you would have seen

9    thousands of cars crossing from Baldwin County into Mobile

08:39:42 10    County.  So you have lots of people who live in Baldwin County,

11    but work in Mobile County.

12        Not as many people, but there are people who live in

13    Mobile County and work in Baldwin County.

14        So there's really strong interconnection between the two

08:39:56 15    counties.

16    Q    What are -- you mentioned a few of these.  Let's get on

17    the record and say what are some of the major industries and

18    employers in the Mobile region?

19    A    For instance, the Port of Mobile.  That's a big one.  You

08:40:17 20    have AM/NS Calvert, which is the steel company.  There's

21    Outokumpu, which is a stainless steel company; there's SSAB,

22    another coal and steel company; and Earth Pipe, which is a

23    steel pipe company, so those are steel companies.

24        Numerous chemical companies.  I think about it.  Huntsman,

08:40:42 25    there's -- oh, shoot.  There's Shell.  I can't remember all the

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 19 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 19 of 283

1663

1    chemical companies.  It must be 20.

2    Q    Of course.

3    A    We have the University of south Alabama, which is a major

4    employer in this area.  We have Austal USA, which is a

08:41:01   5    ship-building company.  We have Airbus USA, which is major

6    airplane assembly facility here.  We have the Mitchell Cancer

7    Research Center.  We have -- I mentioned the Walmart mega

8    distribution center.  We have a number of other logistic

9    distribution centers because of the port.

08:41:21   10          And then if you go into the southern part of Baldwin

11   County, you have major businesses are there to provide

12   condominium access to tourists that come down here, hotels,

13   restaurants, et cetera.  In Bon Secour, Alabama and Bayou La

14   Batre, Alabama, these are two of the largest seafood

08:41:43   15   distribution places literally in the United States of America.

16          So Nelson Bon Secour Fishery in Bon Secour, huge

17   distributor for seafood.  I can remember eating crab meat in

18   Washington D.C. and finding out during the meal that that crab

19   meat came from Bon Secour, Alabama.

08:42:01   20          So you know, no other part of Alabama has industries like

21   this.  I am not saying it's better or worse than the other

22   parts of the state.  It's just unique.

23   Q    Would you describe the First District as racially diverse?

24   A    Oh, yes.  Very much so.  We have obviously long-time white

08:42:21   25   and black communities, but we have Hispanic communities.  Down

1   in Bayou La Batre, we have a number of southeast Asian

2   communities, people that left those areas in the aftermath of

3   the Vietnam War and settled Bayou La Batre, Alabama and formed

4   these huge fishing communities.  We have other Asian

08:42:40 5   communities here.  This is always been because of the port I

6   guess a very diverse area, going back to the earliest times

7   here.

8       So it's not unusual to find somebody like me who has

9   French ancestors, you know, Scottish ancestors, Irish

08:42:58 10   ancestors, German ancestors.  It's not unusual to find people

11   here that can draw their lines back to various parts of Africa.

12   There are people here that can draw their lines back to the

13   various nations in southeast Asia.  This is a very diverse area

14   and always has been.

08:43:15 15   Q   Are there military interests in the First District?

16   A   Yes, sir.

17   Q   What do you have?

18   A   We have a shipyard here called Austal USA that makes two

19   different ships presently for the United States Navy, combat

08:43:33 20   ship and the expeditionary fast transport vessel.  Those are

21   the only vessels that that shipyard makes.  It employs

22   presently about 3,500 people.  At one point, it had as many as

23   4,500 people.  Ship building has been a major part of Mobile

24   going back to Colonial times.

08:43:50 25       We have all -- you have people here who are like fifth,

 1    sixth generation ship builders.  Making ships is not like any

 2    other manufacturing process because they're so darn big.  It's

 3    just a lot more to it than making a car, or even making the

 4    airplanes that Airbus makes here.

 5         So we -- that ship building for the Navy here is a big

 6    deal.

 7    Q    In the years when you were representing this area in

 8    Congress, Mr. Byrne, were there any particular issues that you

 9    would focus on?

10    A    Sure.  When you are a Congressman, you're the primary

11    representative for the people in your district in Washington,

12    D.C.

13         So there were a myriad of things that were particular to

14    this district that I had to focus on.  The shipyard, for

15    example, very critical that we make sure those ships are

16    authorized and appropriated year after year after year.

17    There's nothing automatic about that.  There's a fight over

18    that every year.

19         But it may sound mundane.  We had a huge issue here in

20    involving the Gulf Red Snapper, which is the number one fish

21    people like to catch out in the Gulf of Mexico.  We have a huge

22    industry in Orange Beach built up around charter boats, people

23    that own their own boats.  Think about it.  It is not just the

24    fact of the boat, it's you have to buy fuel for the boat, you

25    have to buy ice for the boat, you have to buy bait for the

1    boat, you have to buy beer to go out and have fun in the summer

2    time.  It's a huge industry.  And we have a real problem with

3    those seasons being artificially shortened, and we had to go

4    work on trying to get those seasons back to a reasonable level.

08:45:32  5    For friends of mine that wanted to go fishing on Saturday, it

6    was for that industry.  It was important.

7         We have a program in the federal government called GOMESA.

8    It is an acronym.  But basically, it provides a certain

9    percentage of what the federal government gets in off shore gas

08:45:47 10   leases and oil leases that go to the states that border the

11   Gulf of Mexico.  That's to help them deal with what could be

12   the very negative effect from that like with the BP oil spill

13   that we had back in 2010.  So I was constantly working on that

14   and similar programs.

08:46:03 15        So I actually formed a caucus in Congress called the I-10

16   Caucus because those of us that represented districts in the

17   Gulf Coast had sort of unique problems that we would actually

18   work on together because those same interests weren't shared

19   with our colleagues and our state delegations up in the upper

08:46:21 20   parts of our states.  So we would work together on things like

21   that.

22        And then there would be just the stuff that, you know,

23   every industry faces when you deal with federal government

24   regulations.  Ship building has all sorts of interesting issues

08:46:36 25   with the Coast Guard, et cetera.  So, yeah, I mean, I had to

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 23 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 23 of 283

1667

1   work on those.  And really had to become an expert on those

2   issues along with my staff.

3   Q     Obviously, a longer snapper season would benefit the

4   people who enjoy going out in the Gulf and fishing.  Does it

08:46:54  5   have any benefit to other residents of the First District

6   having a healthy fishing industry?

7   A     Okay.  That's an industry around it.  There are charter

8   boat fleets, people that work on charter boats.  There are

9   people that run marinas.  There are people that sell fuel.

08:47:10  10  There are people that sell ice.  There are people that sell

11  bait.  There are people that, you know, provide condos and

12  hotel rooms that people stay in when they go fishing.

13        I mean, I remember when I was first elected and I had a

14  meeting with the people in Orange Beach that were in that

08:47:24  15  industry, and the room was just crammed full of people.  I

16  never really thought of it that clearly before just how many

17  people were touched by the fact that we do or do not have a

18  good snapper season.  And it was a major motivation to make

19  sure that we got that problem solved because it touched so many

08:47:41  20  different lives and touched so many different jobs.

21  Q     Would issues that you worked on such as is the snapper

22  season or a healthy port or a healthy ship building industry,

23  would they help both the black and the white residents of the

24  First District?

08:47:55  25  A     Oh, yeah.  I mean, people down here, we have people of all

1    races that are working in all of these industries.  And it's a

2    major source to get good high paying jobs.  So it's a benefit

3    to everybody that we do that.

4    Q    Uh-huh.  Are you familiar with the Wiregrass region in the

08:48:15  5    Second District?

6    A    I am.  I told you earlier that I was a chancellor of

7    post-secondary education for the state of Alabama.  And we had

8    three or four colleges in the Wiregrass region.  We had a

9    number of vacancies in those colleges, so I had to go through

08:48:37  10   presidential searches.  When you do a presidential search for a

11   community college, you have to involve the community.  You have

12   to get involved with the community.  You have to understand

13   that community.

14        So, for example, Lurleen B. Wallace Community College in

08:48:55  15   Andalusia, Alabama, that's Covington County, I spent a lot of

16   time in Andalusia because we had to build a vacancy there.  So,

17   yes, I have spent a lot of time in the Wiregrass of Alabama

18   because of that position.

19   Q    Tell me how the interest of the Wiregrass would compare to

08:49:13  20   the interest of the counties that are in the First

21   Congressional District.

22   A    Well, what I described to you before is in the First

23   Congressional District southwest Alabama, something's built

24   around the water, okay?  The Wiregrass is built around a couple

08:49:29  25   of things.  Fort Rucker, which an Army helicopter training base

1       there in Ozark is a big part of the Wiregrass.  Troy State

2       University is a huge part of the Wiregrass.

3              People in the Wiregrass sort of revolve around Dothan down

4       at the southern end and Montgomery at the northern end.  And

08:49:53  5  they have agricultural interests that are different from the

6       agricultural interests that will be out here in southwest

7       Alabama.  They don't have a nursery industry like we have here.

8       We have major wholesale nursery businesses here.  They don't

9       have major watermelon crops.  They don't have major pecan

08:50:13 10  crops.  They're more built in to peanuts and cotton and cattle.

11             So they face, for example, during -- during in Andalusia,

12      Alabama, you face more towards Troy or Ozark or Dothan.  You

13      don't face down here in southwest Alabama.  In addition, it's

14      kind of hard to get from Mobile to the Wiregrass.  We don't

08:50:36 15  have really good highway connections over there.  So it's not

16      easy for people from there to come here or for people from here

17      to go there.

18             So they sort of face to the southeastern part of the

19      state.  We face to the southwestern part of the state.

08:50:52 20  Q       If you were representing the Second District, would you

21      focus on the same issues that you are focused on when

22      representing the First?

23      A       No, sir.  For example, I was on the Armed Services

24      Committee, and with the Navy shipyard, I am going to be focused

08:51:07 25  on Navy stuff.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

1    If I represented the Second Congressional District, I
2    would be focused on the Army and particularly Army helicopters.
3    That's what they do at Fort Rucker.
4         In this district, I was focused for higher education
08:51:21  5    reasons on the University of South Alabama.  If I represented
6    the Second District, I would be focused on Troy.  Now, Troy has
7    a different mission from the University of South Alabama.  They
8    have an international presence.  So working with Troy would be
9    very different from working for the University of South
08:51:36 10    Alabama.  Troy doesn't have a medical school, but it has a
11    whole lot of other stuff that's pretty darn important.  So
12    there would -- and the agricultural interests I just described
13    are very different.
14         So I would think being the congressman from the Second
08:51:51 15    District requires a different level of expertise and level of
16    expertise that I feel like I had to have to represent this
17    district.
18    Q    I want to share another screen now, Mr. Byrne.  And this
19    is Milligan Exhibit 3, page 7 of that exhibit.
08:52:11 20         These are some proposed congressional maps that one of the
21    plaintiffs' experts presented, I will represent to you,
22    Mr. Byrne.
23         Review just say these -- here's Plan A and B, and then I
24    will scroll down to Plan C and Plan D, as well.
08:52:29 25         Focus on any of those, and tell us what's your reaction

```
 1   is.  Do you see any issues with representing these districts?

 2   A    Yes.  If you look at Plan A and Plan B, you see it takes

 3   in part of Mobile County, all of Baldwin County, and then goes

 4   east into the Wiregrass legion.  So you would essential have to

 5   become an expert on two different regions altogether, two

 6   different communities of interest.  I know that's important for

 7   those proceedings.

 8        Then if you look at that district just above it, that

 9   district is essentially part of the Black Belt and part of

10   southwest Alabama.  So the person representing that district

11   would essentially have to have two very dramatically different

12   sets of expertise.  I think it would be very difficult to be

13   the congressman for either of those districts not just the fact

14   you would have this vast geographic area you would have to

15   cover, but you would be covering two very different communities

16   of interest.

17   Q    Uh-huh.  Why would it make it more difficult to represent

18   a district if it encompassed different communities of interest?

19   A    Well, for example, if you represented that blue district

20   at the very bottom, you would have to be an expert on things

21   involving Navy shipyards and Army helicopter bases.  You would

22   have to be an expert when it comes to agricultural issues like

23   everything from wholesale nurseries, watermelons, pecans, to

24   peanuts, cattle production, and cotton production.  You would

25   have to be focused on two major universities that have very
```

1    different missions.  You would have to be focused on Dothan.

2    You would have to be focused on Andalusia.  You would have to

3    be focused on Brewton, Mobile, and then all of Baldwin County,

4    which is the fastest growing county in the state.

08:54:30  5        So I am not saying you couldn't do it.  It would be

6    extremely difficult to do it, and you would find yourself

7    somewhat diffused in your ability to be an effective advocate

8    for that region.

9    Q    What do you mean by diffused?

08:54:44 10   A    Well, there's only so many hours in the day for a

11   congressman and the staff that that congressman has.  And there

12   are hundreds if not thousands of issues in Washington.  And you

13   have got to figure out what your focus is going to be on.  And

14   focus is very important for a member of Congress because

08:55:02 15   there's just not enough bandwidth, and there's only 435

16   congressmen, and you are one of them.

17        So you really have to figure out where am I going to put

18   my time?  Where am I going to put the resources of my staff?

19   What fights am I going to fight.  If you are fighting a whole

08:55:21 20   bunch of different fights because you have to, because you have

21   got that many interests in your district, you are not going to

22   be effective on each one of those.  The more you can sort of

23   focus your energies, the more effective you will be.

24        I will give you an example.  Everybody in the House of

08:55:32 25   Representatives and the staff and the leadership, et cetera

1    knew that I was interested in a bridge across Mobile Bay,

2    fixing the snapper problem, and gaining the ships authorizing

3    and appropriated for the shipyard here.  Literally, I had the

4    Speaker come up to me on the floor and say, we get it.  It's

08:55:50   5    that bridge, it's those ships, and it's those fish.  Now, when

6    they know that, they know they have got to make me happy on

7    that to get my votes.  If they don't make me happy on that,

8    they are not going to get my votes.

9         Now, if I say I have 20 different things I want you to

08:56:03  10    make me happy on, they will say, look, I am not going to make

11    you happy on 20 things.  You tell me what your priorities are.

12    We will help you get those things done, and then you will be a

13    part of the team.  That's how it works.  Anybody that tries to

14    be like out there fighting on every fight tends not to win any

08:56:22  15    fight.

16    Q    Let's say you represented -- I guess I should show you the

17    maps again.  If you represented a blue district, do you see any

18    difficulty in just getting around and visiting your

19    constituents?

08:56:35  20    A    Yeah.  It's a long way from Mobile to Dothan.  Actually,

21    the way you get from Mobile to Dothan is that you get on

22    Interstate 10, you drive east through the Florida panhandle,

23    and then you get just north of Panama City you turn north.  So

24    it's about a three to three-and-a-half hour drive from Mobile

08:56:58  25    to Dothan.

           1        And north of there to Henry County, that's a county just
           2   north of Houston County, it's even further than that.  And so
           3   in order to represent the people in Abbeville who deserve good
           4   representation, even if you just visited there for an hour, you
08:57:13   5   would spend three-and-a-half, maybe four hours just to get
           6   there and that much going back, so it's a long haul.
           7        And the interests as I said of that southeastern part of
           8   the state are very different than the interests in the
           9   southwestern part of the state.
08:57:27  10        So when you finish with having your meetings in an area
          11   like that, go back to Washington, you have to decide, all
          12   right, what I am going to focus on?  What are the priorities
          13   for this sort of sprawling district with all these different
          14   interests?
08:57:39  15        And somebody is going to lose out.  That's just the way it
          16   is.  There's only so much bandwidth for a congressman, and that
          17   person has to decide what am I going to focus on?  Am I going
          18   to help the shipyard in Mobile, or am I going to help Fort
          19   Rucker?
08:57:54  20   Q    Where do you think a congressman or congresswoman who
          21   represented the blue district would want to have local offices?
          22   A    Well, you clearly want to have your main office Mobile,
          23   but you want to have as pretty significant office as you can
          24   afford in Dothan.  You are only allotted so much money as a
08:58:13  25   congressman for your office, staff, and your office rent.  So

1   you have got to spread that over Mobile and Dothan.  And

2   Baldwin County is the fastest growing county in the state.  You

3   have to have a presence in Baldwin County for a lot of

4   different reasons.

08:58:31  5        Then I guess you try to find some way to put something in

6   Andalusia.  That's kind of more centrally located

7   geographically.  But as I said, and I can say it's really hard

8   to get from here to Andalusia.  Andalusia is a pretty hefty

9   drive from here.  Not as far as Dothan, but it's still a hefty

08:58:51  10  drive because there's no good highway to get there.

11  Q    Look at this yellow district or tan, the one above the

12  blue district.

13        Let's say there was a primary election in that district,

14  and someone was running to be the Democratic candidate, and

08:59:09  15  that someone was from Mobile.  There was another person running

16  in the primary from Montgomery.  Do you have any thoughts on

17  who might have a stronger base of support geographically?

18  A    I would think that if you were from Montgomery, you would

19  have a stronger chance than if you're representing that part

08:59:29  20  that's in Mobile.

21        The Black Belt -- what those counties primarily look like

22  to me, the Black Belt is kind of its own thing.  It's got very

23  rural, very agricultural.  And they look more to Montgomery

24  than they look to Mobile for sure.  So I would think somebody

08:59:50  25  from Montgomery would have a better shot at that district than

1    somebody from Mobile.

2    Q    Do you think it possible, Mr. Byrne, if you had a map in

3    Plan A or Plan B that you could have, say, a congressman for

4    the blue district from Dothan or Andalusia and a congressman

09:00:10  5    for the yellow district from Montgomery so that you had no one

6    in Congress from the Mobile region?

7    A    That could happen, yeah.  It's kind of hard to know

8    exactly what parts of Mobile County are being taken with those

9    two plans.  But if you dilute the vote in Mobile County, that

09:00:29 10    obviously is going to make the vote of the rest of that

11    district -- those two districts more important.  So, yeah, you

12    could have a congressman from Dothan under both of those plans

13    and a congressman from Montgomery and not a congressman from

14    Mobile, which would be a tragedy for the people down here.

09:00:45 15    Q    Why would it be a tragedy for the people down there?

16    A    I'm not saying somebody from Dothan or Montgomery wouldn't

17    care about this area.  But as I said before, you wouldn't have

18    somebody that's focused, focused on the port, focused on the

19    shipyard, focused on our fishery in the Gulf of Mexico, focused

09:01:01 20    on the nursery issues we have here.  They just -- they're just

21    not enough bandwidth to be as focused as I was able to be

22    focused.  I could walk in a room and talk about any of those

23    issues and master it.  If I had to represent those other areas,

24    as well, or somebody from the other areas had to represent

09:01:22 25    Mobile, I just don't think that you could master it.

1   Q      Do Mobile and Montgomery ever compete each other, in terms

2   of trying to recruit businesses, for example?

3   A      Not that I know of.  Their economic development plan,

4   their industrial plan is very different from ours.  Montgomery,

09:01:45   5   for all the right reasons, has really focused on two things --

6   automotive, obviously with the Hyundai plant there and all the

7   suppliers of the Hyundai plant, but also because of their Air

8   Force presence, they really focus on how they can magnify

9   Maxwell Air Force Base and things that are a part of that.

09:02:05  10      I think they have made a very smart decision to do that,

11   by the way, but that's a different economic plan than what we

12   have done here.  So we're as much trying to help them because

13   of the port.  So as anything else, I don't really think we

14   believe ourselves that we're competing with them.

09:02:23  15   Q      Would you have any concerns with the congressional map

16   that divided the Mobile region along racial lines?

17   A      Yes.

18   Q      What would those be?

19   A      Well, when you are a Congressman, you should be

09:02:39  20   representing everybody and thinking about how I do X is that

21   going to affect everybody in my district?  You shouldn't be

22   thinking about, I am going to do this because it helps black

23   people, or I'm going to do this because it helps white people.

24   I am going to do this because it helps everybody.  And if you

09:02:55  25   help everybody, everybody rises.  That's what you want.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 34 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 34 of 283

1678

1           Mobile is a little bit different from the rest of the
2   state.  We do not have the same history during the Civil Rights
3   movement that Selma, Montgomery, Birmingham did.  We had a
4   mayor here named Joe Lang who worked with a Civil Rights leader
09:03:14 5   down here named John LeFlore.  And so we didn't have some of
6   the violence, the extent of the violence that you saw in the
7   other parts of the state.  We tried to work through our issues
8   because we thought it was more important for us to work through
9   those issues and work together to try to figure out a way to
09:03:31 10  live together harmoniously.  Were we perfect about it?  No, we
11  did not.  But we didn't have the problems you saw in the rest
12  of the state because we at least made the effort to work
13  together.
14  Q     When you said that you worked -- that you served on the
09:03:47 15  state school board, correct?
16  A     Yeah.
17  Q     I want to share a map now which is Defendants' Exhibit 26.
18        This is the 2001 map, Mr. Byrne.  I know -- I think you
19  were in the State Senate then, weren't you?
09:04:08 20  A     In 2001, I was still on the state school board.
21  Q     Okay.  So which district did you represent in the state
22  school board?
23  A     District number 1.
24  Q     Thank you.  Did you ever get calls from people in, say
09:04:25 25  District 5 when you were on the school board?

1    A     I did.   There was some people in Monroe County, I

2    remember, and maybe Clarke County who thought I was their state

3    school board member, and they would call me, and I would always

4    call the member for that district when they did and ask him or

09:04:42  5   her because it changed if they wanted me to help those people,

6    and they would say, please.   And I would go up there and talk

7    with them and explain to them I was not their school board.

8    Q     Now, I want to share a newer map.   This is from Caster

9    Exhibit 1, which for the record, was Mr. Cooper's report.   This

09:05:12  10   is page 19 of that report.   And I will represent to you,

11   Mr. Byrne, this is the new state school board map that was

12   passed by the Legislature this cycle just a couple of months

13   ago.

14        What thoughts if any do you have about this map, in

09:05:26  15   particular, the way the blue district includes part of Mobile

16   and Baldwin County is constructed?

17   A     Well, I testified before the Legislature Redistricting

18   Committee that I felt like Mobile and Baldwin County should be

19   kept whole and contiguous.   So to the extent that this map

09:05:47  20   includes a district that comes from Montgomery all the way into

21   Mobile County, I didn't much like it.

22   Q     Why did you not like it?

23   A     Because Mobile County school system is the largest school

24   system in the state.   And it has unique issues because it's the

09:06:06  25   largest in the state.   And I felt like we needed a school board

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 36 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 36 of 283

1680

1    member who was focused on Mobile County as well as the other

2    counties.  I had Baldwin and Escambia as well.  But there were

3    so many issues with the Mobile County school system, a lot of

4    my time was spent focused on that.  And if you break it up into

09:06:25 5    two different people, you don't really have that level of

6    focus.

7        I'm not saying that the people that represent those two

8    districts aren't working as hard as they can.  I'm sure they

9    are.  But it's very difficult to be focused on the Mobile

09:06:37 10    County school system if you have got almost all the Black Belt,

11    which that district up in the northern part is and a big chunk

12    of the Wiregrass, which the lower part of the -- the lower

13    district is.

14    Q    Someone who has served both in Congress and on the state

09:06:56 15    school board, how do the roles of those two offices compare to

16    each other, Mr. Byrne?

17    A    They're very different.  You're on the state school board,

18    you are focused on educational issues.  That's it.

19        Now, there are some work force development issues that go

09:07:13 20    with that, et cetera.  But that's pretty much it.  You are just

21    focused on educational issues.  When you are in the United

22    States Congress, you are focused on a large number of issues.

23    I mean, it's almost everything comes within the purview of the

24    United States Congress from foreign policy, defense policy,

09:07:32 25    health care, to internal security, and education, as well.  I

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 37 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 37 of 283

1681

```
 1   was on the Education and Labor Committee in the House of
 2   Representatives.  And one of the problems I had as a
 3   congressman is that people expected you to be knowledgeable on
 4   so many different things.
 5         Now, at least you have got a staff in Congress.  When I
 6   was on the state school board, I had no staff.  I had to rely
 7   upon the staff of the State Department of Education, and they
 8   had other things to do.
 9         So it was difficult to me to be on the state school board.
10   But at least I could just focus on one set of issues and try to
11   master them.
12         And so it was very different being in both of those roles.
13   But I enjoyed both of those roles.
14   Q     Considering the different roles between the school board
15   and the congressman, even if you assumed it made sense to split
16   Mobile County in a school board map, does that mean it would
17   make sense to do so in a congressional map?
18   A     No.  It would not make sense.  At least on the school
19   board, you are focused on one set of issues.  So if I'm from
20   Montgomery and I have got half of Mobile County from Mobile and
21   I have part of the Wiregrass, at least, I have got a
22   geographically diverse area.  At least, I'm really only focused
23   on a very set, defined set of issues.
24         Now, they are very important issues.  Don't get me wrong.
25   But at least I could focus on those issues and try to make sure
```

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 38 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 38 of 283

1682

1    as I go from county to county that I am applying what I know on

2    these issues to each one of those counties as they are very

3    different.

4    Q    When you campaigned for Congress in the different

09:09:11  5    elections, Mr. Byrne, what parts of your district would you

6    campaign in?

7    A    All of them.  I had a -- go ahead.

8    Q    Would you campaign in areas that were both more -- would

9    you campaign in neighborhoods or areas that had a large

09:09:30 10    African-American community?

11    A    Oh, yeah.  You can't run for Congress in this district --

12    I will just make sure -- to be clear -- in this district

13    without touching every part of it.  And I made a concerted

14    effort to go everywhere.  In fact, if you look at my schedule,

09:09:49 15    I spent a disproportionate amount of my time in the more rural

16    areas than I did in more populated areas, because if you want

17    to go up to Monroeville, you might as well spend some time in

18    Monroe County.

19         There are parts of Monroe County that are almost

09:10:07 20    completely African-American.  There's a little town in north

21    Monroe county called Beatrice that's 50/50.  I had a town ball

22    in Beatrice.  Someone said, why in the world would you bother

23    spending time in Beatrice because it's so small?  I said they

24    deserve to be represented, too.  So I went to all parts of my

09:10:25 25    district.

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

1    Prichard probably didn't give me 5 percent of the vote in

2    my elections.  I probably lost there by a huge margin.  But I

3    would go and have town hall meetings and campaign in Prichard

4    because I believed the people in Prichard deserve to have a

09:10:42 5    good congressman.

6    Q    When you ran for Congress, Mr. Byrne, did you run as a

7    candidate of any political party?

8    A    Yes.  I was a Republican.

9    Q    Why are you a Republican, Mr. Byrne?

09:10:54 10   A    Because the Republican Party is closer to the conservative

11   principles that I believe in than the Democratic Party is.  I

12   started out as a Democrat, but I felt like by 1997 I guess is

13   when I switched parties, the Democratic Party had migrated away

14   from what were my principles.  Not putting down the Democratic

09:11:15 15   Party if people are Democrats.  I have friends who are

16   Democrats and work with a lot of Democrats, but I just felt

17   like the Republican Party is more closely aligned with where I

18   stood on issues and principles.

19   Q    Did you work with Democrats when you were in Congress?

09:11:31 20   A    Oh, yes.  All the time.  I will give you two examples.  I

21   served on the Armed Services Committee.  Every year, the only

22   bill the Armed Services Committee works on is the National

23   Defense Authorization, which we have passed out of the Congress

24   every year since John Kennedy was president.  Those bills are

09:11:53 25   always bipartisan 100 years ago percent of the time.  We work

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 40 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 40 of 283

1684

1    -- from the very beginning of the years, we work on that bill.

2    We consciously work together to make sure that bill, the bill

3    that authorizes the defense of this country is something that

4    we can all vote for.

09:12:08  5        So we work at being bipartisan, very much so.

6        The other example I give you is this:  Shortly after

7    President Trump was elected, this "Me-Too" movement came out.

8    And we discovered that we have "Me-Too" problems in United

9    States Congress.  But we also discovered that members of the

09:12:28  10   United States Congress weren't subject to the same processes

11   that the private sector was subject to under Title VII of the

12   1964 Civil Rights Act.

13       Now, I spent a career as a labor employment attorney

14   telling small, medium-sized businesses in Alabama what they had

09:12:44  15   to do to comply with that law.  And here in Congress, the body

16   that passed that law was not holding itself under the same set

17   of accountability processes.

18       So I worked with a very liberal Democrat congresswoman

19   from California, Jackie Speier, and we put together a bill that

09:13:04  20   made Congress be as accountable, even more accountable than we

21   hold people in the private sector, and that bill that Jackie

22   and I put together passed the United States House unanimously,

23   passed the United States Senate unanimously, and is a law of

24   the United States now.  And those are just two examples.

09:13:20  25       I worked all the time in a bipartisan manner, because I

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 41 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 41 of 283

1685

1       firmly believe that the best legislation in Washington is

2       bipartisan legislation.  The hardest legislation to pass in

3       Washington is partisan legislation.  And it's always a problem,

4       always.

09:13:36  5       So I enjoyed working the bipartisan fashion.  I know you

6       look up there now and think, they're completely divided.  They

7       can't get along.  And there are problems.  Don't get me wrong.

8       But there are still people up there, former colleagues of mine

9       on both sides of the aisle that understand what I say is true,

09:13:53 10      and they're still trying to work together to make things happen

11      and happen in the right way.

12  Q     When you served on the delegation with Congresswoman

13      Sewell for the Seventh District, did you have the opportunity

14      to work with her on any issues?

09:14:09 15  A     Oh, all the time.  All the time.  We shared Clarke County.

16      We actually had joint town halls together.

17          If she had an issue that affected her district, you know

18      uniquely, she would call on the other members of the delegation

19      to help her, and we always did, 100 years ago percent of the

09:14:26 20      time.  And she always helped us.  We all worked together.  It

21      wasn't like it was unique to her.

22          So Terry was a part of a group called Faith and Politics.

23      I assume she is still a part of it.  That's the group that

24      brings the pilgrimage to Alabama every year around the

09:14:47 25      anniversary of the Edmund Pettus Bridge March from 1965.  She

1    wanted to make sure that when that group came here to Alabama,

2    which would bring couple hundred people, people from Congress,

3    people from business and industry, people from foundations, she

4    wanted to make sure that we were all working together, that

09:15:08 5    they saw Alabama, the Alabama delegation working together.

6         So I always participated in that pilgrimage with her.

7    Usually on Saturday mornings when she did her program either at

8    Brown Chapel in Selma or the Dexter Avenue Baptist Church in

9    Montgomery, she would ask me to be sort of her sidekick for it,

09:15:27 10   so that we could get up and tell the people from all the other

11   parties of America here's a Democrat and Republican, black

12   woman and white man working together on issues that matter to

13   the people of Alabama, in particular, matters that revolve

14   around Civil Rights.

09:15:40 15        And I was always honored that she felt comfortable enough

16   to ask me to do that.  And I can tell you, you can sit in that

17   room with some of the people in that room like John Lewis who

18   we lost last year, and you realize what people in this state

19   went through to get us the quality of life we have got today --

09:15:58 20   to get to today.  I feel like a little bitty nothing compared

21   to people like that.  But it was an honor always to be with

22   Terry and to work with her on -- whether it's the pilgrimage or

23   other things that were important to our district.

24   Q    When you were in Congress, Mr. Byrne, were there any

09:16:17 25   issues you worked on to devote your time and your political

Case 2:21-cv-01530-AMM   Document 266-15   Filed 08/18/23   Page 43 of 43
Case 2:21-cv-01530-AMM   Document 105-6   Filed 01/18/22   Page 43 of 283

1687

1   capital towards that you thought and expected to have a

2   particular benefit to your African-American constituents?

3   A     Just about everything.  If I am doing something that's

4   going to benefit the economy in southwest Alabama, it's going

09:16:36 5   to benefit African-Americans in my district, of course, it is.

6   If you go to the various businesses in this area, and I

7   traveled and met with workers in every one of these industries.

8   It was always black and white.  That's the nature of our work

9   force down here.  I mean, whether you are at a chemical plant,

09:16:56 10   steel plant, ship building plant, airplane, you are going to

11   have a mixed group of people.

12       So every time I was doing something for the economy.  But

13   I particularly felt like I was helping them every time we

14   worked on education issues.  And this goes back to my state

09:17:13 15   school board days.  I think the number one Civil Rights issue

16   in Alabama today is the fact that we don't give a quality

17   education to black people like we do the white people.  And I

18   really feel strongly about that.  We are not going to have the

19   sort of gains and advances and progress we need in this state

09:17:30 20   until we make more improvements to our education system.

21   That's true across the country, but I am more focused on

22   Alabama.

23   Q     Have you spent any time working with HBCUs, Mr. Byrne?

24   A     Yes, sir.  HBCUs are historically black colleges and

09:17:48 25   universities.  We had several of them in the two-year college