**Dianne Harper**

**From:** Chris Pringle <chrispringle@southerntimberlands.com>
**Sent:** Thursday, July 13, 2023 9:36 AM
**To:** Dianne Harper
**Subject:** Fwd: Reapportionment - Baldwin and Mobile Counties

Sent from my iPhone

Begin forwarded message:

> **From:** "Jones, Stefania" <Stefania.Jones@commerce.alabama.gov>
> **Date:** July 11, 2023 at 3:48:54 PM CDT
> **To:** chrispringle@southerntimberlands.com
> **Subject: Fw: Reapportionment - Baldwin and Mobile Counties**
>
> Here is round 2!
>
> A few talking points for the request below:
>
> -There are roughly 13,139 people every day that commute into Mobile County from Baldwin County for work. There are roughly 5,038 people every day that commute into Baldwin County from Mobile County for work.
>
> -Mobile County has a diverse labor force with various industries that will be affected. It is important to keep the county intact to ensure that representatives have a comprehensive understanding of the county's labor landscape and can advocate for the diverse interests of different sectors. It could result in representatives who are less familiar with specific industries or less capable of effectively addressing sector-specific labor challenges.
>
> -Keeping Mobile and Baldwin County in a single district ensures that the labor force has a unified and cohesive representation in Congress. A representative familiar with the county's labor landscape can better understand and advocate for the needs of the local workforce, address labor-related concerns, and support policies that promote job creation, economic growth, and a skilled workforce.
>
> -Mobile and Baldwin County have a diverse economy, including industries such as manufacturing, shipping, aerospace, and tourism. Splitting the counties into two districts may impact the labor force by potentially disrupting the economic interdependencies and collaboration between industries. It will create challenges in terms of coordinating workforce development initiatives, addressing shared labor force issues, and fostering collaboration between industries.
>
> -Mobile County is part of a large regional labor market where workers commute across county lines for employment. Splitting the county could complicate labor market dynamics by dividing the workforce and potentially requiring coordination between multiple representatives to address regional labor issues effectively.
>
> -Splitting Mobile County will create challenges in terms of coordinating workforce training programs. A unified representation can help streamline coordination among various stakeholders including



EXHIBIT
5

1

businesses, educational institutions, and workforce development agencies, leading to more efficient and effective strategies.

-Splitting Mobile County will create challenges in terms of labor force management & coordination. Workforce development programs, job training initiatives, and economic policies are conducted at the county level. If the county is divided across multiple districts, it can complicate the implementation of cohesive labor market strategies and hinder coordination among representatives to address shared labor force issues effectively.

-It is important to keep industry and the port within the same congressional district to enhance effective representation and advocacy. A representative who is familiar with the industry's specific needs and the importance of the port can better understand and address the industry's concerns. They can advocate for policies, infrastructure investments, and frameworks that support the industry's growth and address port-related challenges.

Let me know if you need anything else.



David Rodgers, CEcD
Vice President, Economic Development
P.O. Box 2187  |  Mobile, AL 36652
Phone: 251-431-8657  |  Cell: 251-802-4541
drodgers@mobilechamber.com
MobileChamber.com



**From:** Jones, Stefania <Stefania.Jones@commerce.alabama.gov>
**Sent:** Thursday, July 6, 2023 11:49 AM
**To:** David Rodgers <drodgers@mobilechamber.com>
**Subject:** Reapportionment - Baldwin and Mobile Counties

Hey, friend!

I hope you had a great Independence Day holiday – and didn't die in the heat!

Rep. Chris Pringle has reached out looking for some assistance in making the case that a chunk of North/Central Mobile County should not be carved out of the first congressional district during the upcoming redistricting. His argument centers around the shared economic benefits between the counties, particularly relating to labor force and port usage. Do you have any data that I can use to back up his argument that the entire counties should continue to share congressional representation?

Thanks so much!

Stefania

Stefania C. Jones

Governmental Relations and Marketing Manager
Alabama Department of Commerce
Office: 334-242-0421 Mobile: 334-467-2035



ALABAMA DEPARTMENT OF COMMERCE