

TO: Members of the Committee on Reapportionment
FROM: Craig Ford, Etowah Co. Mayors' Association, Etowah Co. Commission Chairman
CC: Robert Aderholt and Etowah County's State Legislative Delegation
DATE: June 26, 2023
RE: Etowah County's Congressional Representation

Today, I join the chairman of the Etowah County Mayor's Association and County Commission Chairman to request that our county remain in Congressional District 4 represented by Congressman Robert Aderholt.

In some current draft plans being floated around the state, Etowah County is replaced by St. Clair County in Congressional District 4, which would place us in Congressional District 3. While we appreciate the service and leadership of Congressman Mike Rogers, the people of Etowah County have chosen Congressman Aderholt 14 times over the past quarter century for a reason. With 105,000 residents in a dozen municipalities, the needs of our residents are unique, diverse, and complex. For these reasons and more, we join with Congressman Aderholt in requesting that Gadsden and Etowah County remain in the 4th Congressional District.

I hope you will consider our request, and invite you to please contact the local elected leaders to discuss any potential changes in our congressional representation. Thank you!

Craig Ford
Mayor of Gadsden

Scott Reeves, Mayor of Hokes Bluff
Chairman of Etowah County Mayors' Association

Craig Inzer, Jr.
Chairman of Etowah County Commission

Office of the Mayor   |   90 Broad Street Gadsden, AL 35901   |   256-549-4646