# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, ) | **THREE-JUDGE COURT** |
| ) | |
| **Defendants.** ) | |

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1530-AMM** |
| ) | |
| **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, ) | **THREE-JUDGE COURT** |
| ) | |
| **Defendants.** ) | |

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1536-AMM** |
| ) | |
| **WES ALLEN,** *in his official capacity as Secretary of State of Alabama*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

Pursuant to Federal Rule of Civil Procedure 25(d), Steve Livingston, who is the current senate chair of the Alabama Legislature's Permanent Legislative Committee on Reapportionment, is hereby substituted for former senate chair Jim McClendon as a defendant in this action.

**DONE** and **ORDERED** this 21st day of August, 2023.

_____
STANLEY MARCUS
UNITED STATES CIRCUIT JUDGE

_____
ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE

_____
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE