# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br>    *Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>    *Defendants*. | No. 2:21-cv-01530-AMM |

### MOTION TO WITHDRAW AS COUNSEL

Counsel for Evan Milligan et. al. ("*Milligan* Plaintiffs"), by and through the undersigned, moves to withdraw Mr. Tanner J. Lockhead as Counsel and states that:

1.   Mr. Lockhead is one of the attorneys for *Milligan* Plaintiffs, which is represented by the NAACP Legal Defense and Educational Fund, Inc. ("LDF").

2.   Effective August 25, 2023, Mr. Lockhead will no longer be employed at LDF. He consents to being withdrawn from this case. The undersigned therefore respectfully requests that the Court enter an order relieving him of further responsibility for representation of the *Milligan* Plaintiffs in this case.

3.   The *Milligan* Plaintiffs will continue to be represented by the undersigned counsel and, as such, no prejudice or delay shall result from this withdrawal.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw as Counsel for the *Milligan* Plaintiffs in this case.

Respectfully submitted on this 23rd day of August, 2023.

/s/ Tanner Lockhead
Tanner Lockhead*+
Deuel Ross*
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
tlockhead@naacp.ldf.org
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Ashley Burrell*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com
David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
   FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Davin M. Rosborough*
Julie Ebenstein*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

***Counsel for Milligan Plaintiffs***

*\* Admitted pro hac vice*
*+ Withdrawing Attorney*

Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com