FILED
2023 Sep-05 PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:21-cv-1530-AMM |
| WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, | ) **THREE-JUDGE COURT** |
| | ) **NOTICE OF APPEAL** |
| Defendants. | ) |

## NOTICE OF APPEAL OF ORDER
## GRANTING PRELIMINARY INJUNCTION

Notice is hereby given that Defendant Secretary of State Wes Allen hereby appeals to the Supreme Court of the United States from this Court's September 5, 2023 Injunction, Opinion, and Order. *See Milligan* Doc. 272. This appeal is taken under 28 U.S.C. § 1253.

Respectfully Submitted,

Steve Marshall
 *Attorney General*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)

Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Secretary Allen***

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

<u>s/ Edmund G. LaCour Jr.</u>
Edmund G. LaCour Jr.
*Solicitor General*
**Counsel for Secretary Allen**
