APPEAL,3JUDGE,PROTECTIVE ORDER

**FILED**

2023 Sep-06 AM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:21-cv-01530-AMM
## Internal Use Only

Milligan et al v. Allen et al
Assigned to: Judge Anna M Manasco
Cause: 28:1983 Civil Rights

Date Filed: 11/16/2021
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

### Special Master

| | | |
|---|---|---|
| **Special Master** | represented by | **Michael A. Scodro** |
| *Richard Allen* | | MAYER BROWN, LLP |
| | | 71 South Wacker Drive |
| | | Chicago, IL 60606 |
| | | 312-701-8886 |
| | | Fax: 312-706-8191 |
| | | Email: mscodro@mayerbrown.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Richard F Allen** |
| | | 1 Church Street |
| | | Montgomery, AL 36601 |
| | | 334-954-3743 |
| | | Email: Richard_Allen@alnd.uscourts.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

### Plaintiff

| | | |
|---|---|---|
| **Evan Milligan** | represented by | **Alison Nicole Mollman** |
| | | ACLU of Alabama |
| | | PO Box 6179 |
| | | Montgomery, AL 36106 |
| | | 510-909-8908 |
| | | Email: amollman@aclualabama.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Amanda N Allen** |
| | | HOGAN LOVELLS US LLP |
| | | 555 13th Street NW |
| | | Washington, DC 20004 |
| | | 202-637-2521 |
| | | Email: amanda.n.allen@hoganlovells.com |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Anna Kathryn Barnes**
NAACP
4805 Mount Hope Drive
Baltimore, MD 21215
410-580-5777
Email: abarnes@naacpnet.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Ashton**
NAACP
4805 Mount Hope Drive
Baltimore, MD 21215
410-580-5777
Email: aashton@naacpnet.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blayne R Thompson**
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, TX 77002
713-632-1429
Fax: 713-632-1401
Email:
blayne.thompson@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany Carter**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
646-761-0596
Email: bcarter@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Dunn**
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
212-918-3515
Fax: 212-918-3100

Email: david.dunn@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davin Rosborough**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
212-549-2613
Email: drosborough@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND INC
700 14th Street NW
6th Floor
Washington, DC 20005
202-682-1300
Fax: 202-682-1312
Email: dross@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harmony R Gbe**
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-785-4649
Fax: 310-785-4601
Email: harmony.gbe@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica L Ellsworth**
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
202-637-5886
Fax: 202-637-5910
Email:
jessica.ellsworth@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie A Ebenstein**

American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
201-549-2686
Email: jebenstein@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Welborn**
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106
(334) 265-2754
Email: kwelborn@aclualabama.org
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**
6701 Winton Blount Blvd
Suite 241292
Montgomery, AL 36124
571-278-5672
Email: tish_gotell@hotmail.com
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah C Aden**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND INC
40 Rector Street 5th Floor
New York, NY 10006
212-965-7715
Fax: 212-226-7592
Email: laden@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lovejoy Turrill**
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310-785-4707
Fax: 310-785-4601
Email: michael.turrill@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicki Leili Lawsen**
WIGGINS, CHILDS, PANTAZIS,
FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
205-314-0535
Fax: 205-314-0535
Email: nlawsen@wigginschilds.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelita M Stewart**
HOGAN LOVELLS US LLP
555 13th Street NW
Washinton, DC 20004
202-637-6960
Fax: 202-637-5910
Email: shelita.stewart@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sidney Monroe Jackson**
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB
301 19th Street North
Birmingham, AL 35203
205-314-0500
Fax: 205-314-0835
Email: sjackson@wigginschilds.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Naifeh**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
917-524-5846
Fax: 212-226-7592
Email: snaifeh@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Carden Sadasivan**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006

332-600-9546
Fax: 212-226-7592
Email: ksadasivan@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Tanner Lockhead**
NAACP Legal Defense and Educational
Fund, Inc.
700 14th Street NW
Suite 600
Washington, DC 20005
919-219-6581
Email: tlockhead@naacpldf.org
*TERMINATED: 08/23/2023*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shalela Dowdy**                    represented by    **Alison Nicole Mollman**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Anna Kathryn Barnes**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Anthony Ashton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Blayne R Thompson**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Brittany Carter**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **David Dunn**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

**Davin Rosborough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harmony R Gbe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica L Ellsworth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie A Ebenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Welborn**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah C Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lovejoy Turrill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicki Leili Lawsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelita M Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sidney Monroe Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Naifeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Carden Sadasivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanner Lockhead**
(See above for address)
*TERMINATED: 08/23/2023*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Letetia Jackson**                represented by   **Alison Nicole Mollman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Kathryn Barnes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Ashton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blayne R Thompson**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany Carter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Dunn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davin Rosborough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harmony R Gbe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica L Ellsworth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie A Ebenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Welborn**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**

(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah C Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lovejoy Turrill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicki Leili Lawsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelita M Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sidney Monroe Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Naifeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Carden Sadasivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanner Lockhead**
(See above for address)
*TERMINATED: 08/23/2023*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khadidah Stone**       represented by   **Alison Nicole Mollman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Anna Kathryn Barnes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Ashton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blayne R Thompson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany Carter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Dunn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davin Rosborough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harmony R Gbe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica L Ellsworth**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie A Ebenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Welborn**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah C Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lovejoy Turrill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicki Leili Lawsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelita M Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sidney Monroe Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Naifeh**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kathryn Carden Sadasivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanner Lockhead**
(See above for address)
*TERMINATED: 08/23/2023*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adia Winfrey**                    represented by   **Anna Kathryn Barnes**
*TERMINATED: 12/08/2021*                            (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Anthony Ashton**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Blayne R Thompson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **David Dunn**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Davin Rosborough**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Deuel Ross**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Harmony R Gbe**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

**Jessica L Ellsworth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie A Ebenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Welborn**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah C Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lovejoy Turrill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicki Leili Lawsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelita M Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sidney Monroe Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Naifeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greater Birmingham Ministries**          represented by    **Alison Nicole Mollman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Kathryn Barnes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Ashton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blayne R Thompson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany Carter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Dunn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davin Rosborough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harmony R Gbe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica L Ellsworth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie A Ebenstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Welborn**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah C Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lovejoy Turrill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicki Leili Lawsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelita M Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

ATTORNEY TO BE NOTICED

**Sidney Monroe Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Naifeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Carden Sadasivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tanner Lockhead**
(See above for address)
*TERMINATED: 08/23/2023*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Alabama State Conference of the NAACP** | represented by | **Ashley Burrell** <br> NAACP Legal Defense and Educational Fund, Inc. <br> 40 Rector Street <br> 5th Floor <br> New York, NY 10006 <br> 212-217-1682 <br> Email: aburrell@naacpldf.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Alison Nicole Mollman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Kathryn Barnes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Ashton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blayne R Thompson**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany Carter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Dunn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davin Rosborough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deuel Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harmony R Gbe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica L Ellsworth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie A Ebenstein**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Welborn**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LaTisha Gotell Faulks**
(See above for address)
*TERMINATED: 08/11/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah C Aden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Lovejoy Turrill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicki Leili Lawsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelita M Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sidney Monroe Jackson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
212-519-7836
Email: slakin@aclu.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stuart Naifeh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tanner Lockhead**
(See above for address)
*TERMINATED: 08/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Carden Sadasivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Alabama Democratic Conference, The**<br>*TERMINATED: 07/25/2023* | represented by | **Bryan L. Sells**<br>DOJ-Crt<br>PO BOX 5493<br>Atlanta, GA 31107-0493<br>404-480-4212<br>Email: bryan@bryansellslaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark W Sabel , Jr**<br>SABEL LAW FIRM, LLC<br>PO Box231348<br>Montgomery, AL 36123<br>334-546-2161<br>Email: mksabel@mindspring.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **John Merrill**<br>*in his official capacity as Secretary of State of Alabama*<br>*TERMINATED: 02/08/2023* | represented by | **Edmund Gerard LaCour , Jr.**<br>OFFICE OF THE ATTORNEY GENERAL<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36104<br>334-242-7300<br>Fax: 334-242-4891 |

Email: Edmund.Lacour@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Misty Shawn Fairbanks Messick**
OFFICE OF THE ATTORNEY
GENERAL
FOR THE STATE OF ALABAMA
501 Washington Avenue
P O Box 300152
Montgomery, AL 36130-0152
334-242-7300
Fax: 334-353-8440
Email: Misty.Messick@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Barrett Bowdre**
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
P.O. Box 300152
Montgomery, AL 36130
334-242-7300
Fax: 334-353-8400
Email: Barrett.Bowdre@alabamaAG.gov
*ATTORNEY TO BE NOTICED*

**Andrew Reid Harris**
OFFICE OF THE ATTORNEY
GENERAL
CONSTITUTIONAL DEFENSE
DIVISION
501 Washington Avenue
Montgomery, AL 36130
334-353-8891
Email: Reid.Harris@AlabamaAG.gov
*TERMINATED: 07/26/2023*
*ATTORNEY TO BE NOTICED*

**Benjamin Matthew Seiss**
ALABAMA OFFICE OF THE
ATTORNEY GENERAL
P.O. Box 300152
501 Washington Ave (36104)
Montgomery, AL 36130
334-353-8917
Fax: 334-353-8400
Email: ben.seiss@alabamaag.gov
*ATTORNEY TO BE NOTICED*

**Brenton Merrill Smith**
OFFICE OF THE ATTORNEY
GENERAL OF ALABAMA
P.O. Box 300152
501 Washington Avenue
Montgomery, AL 36130
334-353-4336
Fax: 334-353-8400
Email: Brenton.Smith@AlabamaAG.gov
*ATTORNEY TO BE NOTICED*

**James W Davis**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
P O Box 300152
Montgomery, AL 36130-0152
334-242-7300
Fax: 334-353-8400
Email: jim.davis@alabamaag.gov
*ATTORNEY TO BE NOTICED*

**Jordan Dorman Walker**
BALCH & BINGHAM LLP
P O Box 78
Montgomery, AL 36101
334-834-6500
Fax: 334-269-3115
Email: dwalker@balch.com
*ATTORNEY TO BE NOTICED*

**Thomas Alexander Wilson**
STATE OF ALABAMA
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Street
Montgomery, AL 36103
334-242-7300
Fax: 334-353-8400
Email: thomas.wilson@alabamaag.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jim McClendon**
*in official capacity as Co-Chairs of the*
*Alabama Permanent Legislative*
*Committee on Reapportionment*
*TERMINATED: 08/21/2023*

represented by **Christina Rossi Pantazis**
BALCH AND BINGHAM
Labor & Employment
1901 Sixth Avenue North, Ste. 1500
Birmingham, AL 35203
205-226-3473
Fax: 205-488-5631

Email: cpantazis@balch.com
*ATTORNEY TO BE NOTICED*

**Edmund Gerard LaCour , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Dorman Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chris Pringle**         represented by    **Christina Rossi Pantazis**
*official capacity as Co-Chairs of the*           (See above for address)
*Alabama Permanent Legislative*          *ATTORNEY TO BE NOTICED*
*Committee on Reapportionment*

**Edmund Gerard LaCour , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Dorman Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wes Allen**         represented by    **Edmund Gerard LaCour , Jr.**
*in his official capacity as Secretary of*        (See above for address)
*State of Alabama*                  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Misty Shawn Fairbanks Messick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Barrett Bowdre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Reid Harris**
(See above for address)
*TERMINATED: 07/26/2023*
*ATTORNEY TO BE NOTICED*

**Benjamin Matthew Seiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brenton Merrill Smith**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Charles A. McKay**
ALABAMA OFFICE OF THE
ATTORNEY GENERAL
Constitutional Defense
501 Washington Avenue
Ste 313
Montgomery, AL 36130
757-320-6885
Email: charles.mckay@alabamaAG.gov
*ATTORNEY TO BE NOTICED*

**James W Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Dorman Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Alexander Wilson**
(See above for address)
*TERMINATED: 03/13/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Steve Livingston**<br>*Current senate chair of the Alabama*<br>*Legislature's Permanent Legislative*<br>*Committee on Reapportionment* | represented by | **Edmund Gerard LaCour , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Christina Rossi Pantazis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Dorman Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Terri Sewell** | represented by | **John Mark White**<br>WHITE ARNOLD & DOWD, PC<br>2001 Park Place, Ste 1400<br>Birmingham, AL 35203<br>205-323-1888<br>Fax: 205-323-8907<br>Email: mwhite@whitearnolddowd.com<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

**Members of the Congressional Black
Caucus of the U.S. Senate and U.S.
House of Representatives**

represented by **Anna Bobrow**
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Was, DC 20001
202-662-5929
Email: abobrow@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Klein**
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212-841-1000
Email: bklein@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paulina Slagter**
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washtington, DC 20001
202-662-5929
Email: pslagter@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D Fram**
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
415-591-6000
Fax: 415-591-6091
Email: rfram@cov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Mark White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Republican Redistricting Trust**

represented by **Christopher E Mills**
SPERO LAW LLC
557 East Bay Street

#22251
Charleston, SC 29413
843-606-0640
Email: cmills@spero.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mateo Forero-Norena**
HOLTZMAN VOGEL PLLC
2300 N Street NW, Ste 643-A
Washington, DC 20037
202-868-9709
Email: mforero@holtzmanvogel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Randall Woodfin**              represented by  **Denzel Efemena Okinedo**
                                                 BURR AND FORMAN
                                                 420 20th Street No., Ste. 3400
                                                 Birmingham, AL 35203
                                                 205-458-8278
                                                 Email: dokinedo@burr.com
                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Steven L. Reed**               represented by  **Denzel Efemena Okinedo**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Merika Coleman**               represented by  **Denzel Efemena Okinedo**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Linda Coleman-Madison**        represented by  **Denzel Efemena Okinedo**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Napoleon Bracy, Jr**           represented by  **Denzel Efemena Okinedo**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Patrick Sellers**              represented by  **Denzel Efemena Okinedo**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Sheila D Tyson**                          represented by  **Denzel Efemena Okinedo**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Jason Q Ward**                            represented by  **Denzel Efemena Okinedo**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Trustee**

**Expert Cartographer**                     represented by  **Expert Cartographer**
*David Ely*                                                 Compass Demographics, Inc
                                                            6575 N. Vista Street
                                                            San Gabriel, CA 91775
                                                            629-807-0719
                                                            Email: ely@compass-demographics.com
                                                            PRO SE

V.

**Intervenor**

**Reverand Jarmal Jabbar Sanders**          represented by  **Jarmal Jabbar Sanders**
*TERMINATED: 08/02/2023*                                    225 Alabama Ave
                                                            Selma, AL 36703
                                                            PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2021 | 1 | COMPLAINT against All Defendants filed by Alabama State Conference of the NAACP, Greater Birmingham Ministries, Letetia Jackson, Adia Winfrey, Evan Milligan, Khadidah Stone, Shalela Dowdy.(DNW) (Entered: 11/16/2021) |
| 11/16/2021 | 2 | ORDER - The parties are ORDERED to simultaneously file briefs on or before 12:00 PM, CENTRAL STANDARD TIME, ON THURSDAY, NOVEMBER 18, 2021, that explain and support their positions on (1) the question whether a three-judge panel appointed under 28 U.S.C. § 2284 has jurisdiction to hear both the Voting Rights Act claims and the constitutional claims asserted in this action, see Doc. 1 , and (2) the question whether this matter should be consolidated with Singleton v. Merrill, Case No. 21-cv-1291-AMM, in whole or in part. Counsel for plaintiffs are ORDERED to immediately inform counsel for the defendants of this order. Signed by Judge Anna M Manasco on 11/16/2021. (KEK) (Entered: 11/16/2021) |
| 11/16/2021 | 3 | WAIVER OF SERVICE Returned Executed by Alabama State Conference of the NAACP, Greater Birmingham Ministries, Letetia Jackson, Adia Winfrey, Evan Milligan, Khadidah Stone, Shalela Dowdy. Jim McClendon waiver sent |

| | | |
|---|---|---|
| | | on 11/15/2021, answer due 1/14/2022; Chris Pringle waiver sent on 11/15/2021, answer due 1/14/2022. (Lawsen, Nicki) (Entered: 11/16/2021) |
| 11/16/2021 | 4 | WAIVER OF SERVICE Returned Executed by Alabama State Conference of the NAACP, Greater Birmingham Ministries, Letetia Jackson, Adia Winfrey, Evan Milligan, Khadidah Stone, Shalela Dowdy. John Merrill waiver sent on 11/16/2021, answer due 1/15/2022. (Lawsen, Nicki) (Entered: 11/16/2021) |
| 11/17/2021 | 5 | MOTION for Leave to Appear Pro Hac Vice *for Davin Rosborough and Julie A. Ebenstein* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Declaration of Davin Rosborough, # 2 Declaration of Julie A. Ebenstein)(Faulks, LaTisha) (Entered: 11/17/2021) |
| 11/17/2021 | 6 | NOTICE of Appearance by James W Davis on behalf of John Merrill (Davis, James) (Entered: 11/17/2021) |
| 11/17/2021 | 7 | NOTICE of Appearance by Misty Shawn Fairbanks Messick on behalf of John Merrill (Messick, Misty) (Entered: 11/17/2021) |
| 11/17/2021 | 8 | NOTICE of Appearance by Andrew Reid Harris on behalf of John Merrill (Harris, Andrew) (Entered: 11/17/2021) |
| 11/17/2021 | 9 | NOTICE of Appearance by Alexander Barrett Bowdre on behalf of John Merrill (Bowdre, Alexander) (Entered: 11/17/2021) |
| 11/17/2021 | 10 | NOTICE of Appearance by Edmund Gerard LaCour on behalf of John Merrill (LaCour, Edmund) (Entered: 11/17/2021) |
| 11/17/2021 | 11 | NOTICE of Appearance by Benjamin Matthew Seiss on behalf of John Merrill (Seiss, Benjamin) (Entered: 11/17/2021) |
| 11/17/2021 | 12 | NOTICE of Appearance by J Dorman Walker on behalf of Jim McClendon, Chris Pringle (Walker, J) (Entered: 11/17/2021) |
| 11/18/2021 | 13 | Corporate Disclosure Statement by John Merrill. filed by John Merrill (Davis, James) (Entered: 11/18/2021) |
| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3964220(B4601117000). (Faulks, LaTisha) Modified on 11/18/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3964225(B4601117001). (Faulks, LaTisha) Modified on 11/18/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/18/2021 | 14 | NOTICE of Appearance by Thomas Alexander Wilson on behalf of John Merrill (Wilson, Thomas) (Entered: 11/18/2021) |
| 11/18/2021 | 15 | NOTICE of Appearance by Brenton Merrill Smith on behalf of John Merrill (Smith, Brenton) (Entered: 11/18/2021) |
| 11/18/2021 | 16 | Brief re 2 Order,, *Plaintiffs' Positions on Jurisdiction and Consolidation*. (Jackson, Sidney) (Entered: 11/18/2021) |
| 11/18/2021 | 17 | Brief re 2 Order,, filed by John Merrill. (Attachments: # 1 Exhibit A)(LaCour, Edmund) (Entered: 11/18/2021) |
| 11/18/2021 | 18 | Brief re 2 Order,, *Plaintiffs' Positions on Jurisdiction and Consolidation (Replacement Brief)*. (Jackson, Sidney) (Entered: 11/18/2021) |

| 11/18/2021 | 19 | NOTICE by John Merrill *Notice of Filing* (Attachments: # 1 Exhibit Motion for Status Conference)(Davis, James) (Entered: 11/18/2021) |
| --- | --- | --- |
| 11/18/2021 | 20 | TEXT ORDER. Plaintiffs' Motion for Leave for Davin Rosborough and Julie Ebenstein to Appear Pro Hac Vice, Doc. 5 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/18/2021. (FNC) (Entered: 11/18/2021) |
| 11/18/2021 | 21 | MOTION to Dismiss *or Join Necessary Parties* by John Merrill. (LaCour, Edmund) (Entered: 11/18/2021) |
| 11/18/2021 | | Filing Fee: Filing fee $ 402, receipt_number 1126-3964775(B4601117018). related document 1 COMPLAINT against All Defendants filed by Alabama State Conference of the NAACP, Greater Birmingham Ministries, Letetia Jackson, Adia Winfrey, Evan Milligan, Khadidah Stone, Shalela Dowdy. (DNW). (Lawsen, Nicki) Modified on 11/18/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/18/2021 | 22 | ORDER. The clerk shall transmit this order and a copy of the complaint to the Chief Judge of the United States Court of Appeals for the Eleventh Circuit, regarding empaneling a Three-Judge Panel. Signed by Judge Anna M Manasco on 11/18/2021. ** a copy of this order and the complaint have been emailed to Chief Judge Pryor, this date. (FNC) (Entered: 11/18/2021) |
| 11/18/2021 | 23 | **ORDER DESIGNATION OF THREE-JUDGE COURT**: I hereby designate District Judge Terry F. Moorer and Circuit Judge Stanley Marcus to serve with the requesting judge, Judge Manasco, as members of the three-judge court to hear and decide the action. Signed by Judge William H. Pryor Jr. on 11/18/2021. (DNW, ) (Entered: 11/18/2021) |
| 11/18/2021 | 24 | MOTION for Leave to Appear Pro Hac Vice *for Blayne Thompson* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Exhibit A-Certificate of Good Standing, # 2 Exhibit B-Declaration)(Jackson, Sidney) (Entered: 11/18/2021) |
| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965029 (B4601117024). (Jackson, Sidney) Modified on 11/19/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/18/2021 | 25 | MOTION for Leave to Appear Pro Hac Vice *for Jessica Ellsworth* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Exhibit A-Certificate of Good Standing, # 2 Exhibit B-Declaration)(Jackson, Sidney) (Entered: 11/18/2021) |
| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965033 (B4601117025). (Jackson, Sidney) Modified on 11/19/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/18/2021 | 26 | MOTION for Leave to Appear Pro Hac Vice *for David Dunn* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Exhibit A-Certificate of Good Standing, # 2 Exhibit B-Declaration) (Jackson, Sidney) (Entered: 11/18/2021) |

| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965035 (B4601117026). (Jackson, Sidney) Modified on 11/19/2021 (DNW, ). (Entered: 11/18/2021) |
|---|---|---|
| 11/18/2021 | 27 | MOTION for Leave to Appear Pro Hac Vice *for Michael L. Turrill* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Exhibit A-Certificate of Good Standing, # 2 Exhibit B-Declaration)(Jackson, Sidney) (Entered: 11/18/2021) |
| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965037 (B4601117027). (Jackson, Sidney) Modified on 11/19/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/18/2021 | 28 | MOTION for Leave to Appear Pro Hac Vice *for Harmony Gbe* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Exhibit A-Certificate of Good Standing, # 2 Exhibit B-Declaration)(Jackson, Sidney) (Entered: 11/18/2021) |
| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965039 (B4601117028). (Jackson, Sidney) Modified on 11/19/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/18/2021 | 29 | MOTION for Leave to Appear Pro Hac Vice *for Shelita Stewart* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Exhibit A-Certificate of Good Standing, # 2 Exhibit B-Declaration)(Jackson, Sidney) (Entered: 11/18/2021) |
| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965041 (B4601117029). (Jackson, Sidney) Modified on 11/19/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/18/2021 | 30 | MOTION for Leave to Appear Pro Hac Vice by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Exhibit Declaration of Leah Aden, # 2 Exhibit Declaration of Stuart Naifeh, # 3 Exhibit Declaration of Deuel Ross)(Lawsen, Nicki) (Entered: 11/18/2021) |
| 11/18/2021 | 31 | ORDER Rule 16 Conference set for 11/23/2021 10:00 AM CST. Signed by Judge Anna M Manasco on 11-18-2021. (TGC) (Entered: 11/18/2021) |
| 11/18/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965053 (B4601117032). (Lawsen, Nicki) Modified on 11/19/2021 (DNW, ). (Entered: 11/18/2021) |
| 11/19/2021 | 32 | TEXT ORDER. Plaintiffs' Motion for Leave for Blayne Thompson to Appear Pro Hac Vice, Doc. 24 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/19/2021. (FNC) (Entered: 11/19/2021) |
| 11/19/2021 | 33 | TEXT ORDER. Plaintiffs' Motion for Leave for Jessica Ellsworth to Appear Pro Hac Vice, Doc. 25 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/19/2021. (FNC) (Entered: 11/19/2021) |

| 11/19/2021 | 34 | TEXT ORDER. Plaintiffs' Motion for Leave for David Dunn to Appear Pro Hac Vice, Doc. 26 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/19/2021. (FNC) (Entered: 11/19/2021) |
| --- | --- | --- |
| 11/19/2021 | 35 | TEXT ORDER. Plaintiffs' Motion for Leave for Michael Turrill to Appear Pro Hac Vice, Doc. 27 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/19/2021. (FNC) (Entered: 11/19/2021) |
| 11/19/2021 | 36 | TEXT ORDER. Plaintiffs' Motion for Leave for Harmony Gbe to Appear Pro Hac Vice, Doc. 28 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/19/2021. (FNC) (Entered: 11/19/2021) |
| 11/19/2021 | 37 | TEXT ORDER. Plaintiffs' Motion for Leave for Shelita Stewart to Appear Pro Hac Vice, Doc. 29 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/19/2021. (FNC) (Entered: 11/19/2021) |
| 11/19/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965104 (B4601117035). (Lawsen, Nicki) Modified on 11/19/2021 (DNW, ). (Entered: 11/19/2021) |
| 11/19/2021 | | PHV Fee paid: $ 75, receipt number 1126-3965107 (B4601117036). (Lawsen, Nicki) Modified on 11/19/2021 (DNW, ). (Entered: 11/19/2021) |
| 11/19/2021 | 38 | TEXT ORDER. Plaintiffs' Motion for Leave for Leah Aden, Stuart Naifeh and Deuel Ross to Appear Pro Hac Vice, Doc. 30 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/19/2021. (FNC) (Entered: 11/19/2021) |
| 11/22/2021 | 39 | STATUS REPORT *re: Doc. 31* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey (Ross, Deuel) (Entered: 11/22/2021) |
| 11/23/2021 | | Minute Entry for proceedings held before Circuit Judge Marcus, and Judges Manasco and Moorer: Scheduling Conference held on 11/23/2021 by Zoom. (Court Reporter Teresa Roberson.) (FNC) (Entered: 11/23/2021) |
| 11/23/2021 | 40 | **ORDER ON MOTIONS FOR CONSOLIDATION AND JOINDER, AND SCHEDULING ORDER**, Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges, The motion to consolidate is **GRANTED** insofar as Singleton and Milligan are consolidated for the limited purposes of preliminary injunction discovery and a preliminary injunction hearing; the court **RESERVES RULING** on the motion for further consolidation of Singleton and Milligan; the motion for consolidation to include Caster is **DENIED** at this |

time; the motion to join or dismiss is **DENIED** at this time; and a scheduling order is **SET**. On or before **DECEMBER 7, 2021**, the parties in Singleton and Milligan shall file a joint statement of facts that are stipulated for purposes of preliminary injunction proceedings. The Milligan plaintiffs shall file their motion for preliminary injunctive relief on or before **DECEMBER 15, 2021**. The Singleton plaintiffs may (but are not required to) amend, supplement, replace, or otherwise restate their application for preliminary injunctive relief on or before **DECEMBER 15, 2021**. The Secretary shall file any objections to both the Singleton plaintiffs motion and the Milligan plaintiffs motion on or before **DECEMBER 22, 2021**. The previous order of the court that the Secretary shall file any objection to the Singleton plaintiffs motion by November 26, 2021 is **VACATED** solely as to the deadline for that response. On or before **DECEMBER 10, 2021**, the parties in Singleton and Milligan shall exchange any expert reports related to the motion for preliminary injunction. On or before **DECEMBER 20, 2021**, the parties in Singleton and Milligan shall exchange any expert rebuttal reports related to the motion for preliminary injunction. On or before **DECEMBER 17, 2021**, the parties in Singleton and Milligan shall complete all discovery related to the motion for preliminary injunction, other than the filing of the expert rebuttal reports. Any other motions related to the application for preliminary injunctive relief or hearing thereof shall be filed on or before close of business on **DECEMBER 17,2021**. **At or before 4:00 pm Central Standard Time on DECEMBER 23, 2021**, the parties in Singleton and Milligan shall file a joint pretrial report as directed. The court **SETS** a hearing on both applications for preliminary injunctive relief on **JANUARY 4, 2022, at 9:00 a.m. Central Standard Time** in Courtroom 8 in Hugo L Black US Courthouse, Birmingham, AL. Within five days of the completion of the preliminary injunction hearing, the parties in Singleton and Milligan shall file proposed findings of fact and conclusions of law for the panels consideration. Signed by Judge Anna M Manasco on 11/23/2021.(KAM) (Entered: 11/23/2021)

| | | |
|---|---|---|
| 11/24/2021 | [41](#) | MOTION for Leave to Appear Pro Hac Vice *for Kaitlin Welborn* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # [1](#) Declaration of Kaitlin Welborn)(Faulks, LaTisha) (Entered: 11/24/2021) |
| 11/24/2021 | | PHV Fee paid: $ 75, receipt number 1126-3968196 (B4601117112). (Faulks, LaTisha) Modified on 11/24/2021 (DNW, ). (Entered: 11/24/2021) |
| 11/29/2021 | 42 | TEXT ORDER. Plaintiffs' Motion for Leave for Kaitlin Welborn to Appear Pro Hac Vice, Doc. [41](#) , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/29/2021. (FNC) (Entered: 11/29/2021) |
| 11/30/2021 | [43](#) | Corporate Disclosure Statement by Greater Birmingham Ministries. filed by Greater Birmingham Ministries (Jackson, Sidney) (Entered: 11/30/2021) |
| 11/30/2021 | [44](#) | Corporate Disclosure Statement by Alabama State Conference of the NAACP. filed by Alabama State Conference of the NAACP (Jackson, Sidney) (Entered: 11/30/2021) |

| 12/03/2021 | 45 | MOTION for Leave to Appear Pro Hac Vice *for Anthony Ashton and Anna Kathryn Barnes* by Alabama State Conference of the NAACP. (Attachments: # 1 Exhibit A-Ashton Declaration, # 2 Exhibit B-Barnes Declaration)(Lawsen, Nicki) (Entered: 12/03/2021) |
|---|---|---|
| 12/03/2021 | | PHV Fee paid: $ 75, receipt number 1126-3972443 (B4601117250). (Lawsen, Nicki) Modified on 12/3/2021 (DNW, ). (Entered: 12/03/2021) |
| 12/03/2021 | | PHV Fee paid: $ 75, receipt number 1126-3972445 (B4601117251). (Lawsen, Nicki) Modified on 12/3/2021 (DNW, ). (Entered: 12/03/2021) |
| 12/06/2021 | 46 | MOTION for Protective Order by Jim McClendon, Chris Pringle. (Walker, J) (Entered: 12/06/2021) |
| 12/06/2021 | 47 | TEXT ORDER. Plaintiffs' Motion for Leave for Anthony Ashton and Anna Kathryn Barnes to Appear Pro Hac Vice, Doc. 45 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 12/6/2021. (FNC) (Entered: 12/06/2021) |
| 12/06/2021 | 48 | Amended MOTION for Protective Order by Jim McClendon, Chris Pringle. (Attachments: # 1 Exhibit)(Walker, J) (Entered: 12/06/2021) |
| 12/06/2021 | 49 | TEXT ORDER. The court has reviewed the motion of Defendants McClendon and Pringle for a protective order, Doc. 48 . Any response to Defendants motion is due on or before NOON CENTRAL STANDARD TIME December 10, 2021. Signed by Judge Anna M Manasco on 12/6/2021. (KMB) (Entered: 12/06/2021) |
| 12/07/2021 | 50 | NOTICE of Voluntary Dismissal by Adia Winfrey (Jackson, Sidney) (Entered: 12/07/2021) |
| 12/07/2021 | 51 | ANSWER to 1 Complaint by Jim McClendon, Chris Pringle.(Walker, J) (Entered: 12/07/2021) |
| 12/07/2021 | 52 | ANSWER to 1 Complaint by John Merrill.(Davis, James) (Entered: 12/07/2021) |
| 12/07/2021 | 53 | STIPULATION *OF AGREED FACTS FOR PRELIMINARY INJUNCTION PROCEEDINGS* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Ross, Deuel) (Entered: 12/07/2021) |
| 12/08/2021 | 🔒 | (Court only) In accordance with the notice of dismissal as to Plaintiff Adia Winfrey, without prejudice, made pursuant to FRCP 41(a)(1)(A), 50 plaintiff Adia Winfrey is terminated, as a party. (FNC) (Entered: 12/08/2021) |
| 12/08/2021 | 54 | **TEXT ORDER**: Under Federal Rule of Civil Procedure 26, a motion for a protective order must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. Fed. R. Civ. P. 26(c)(1). The pending motion for a protective order, Doc. 48 , does not contain such certification. Defendants McClendon and Pringle are ORDERED to file at or before 4:00 PM CENTRAL STANDARD TIME December 8, 2021, a supplement to the motion |

| | | |
|---|---|---|
| | | for a protective order that contains the requisite certification. Signed by Judge Anna M Manasco on 12/8/2021. (DNW) (Entered: 12/08/2021) |
| 12/08/2021 | <u>55</u> | Amended MOTION for Protective Order by Jim McClendon, Chris Pringle. (Attachments: # <u>1</u> Exhibit A, B, & C)(Walker, J) (Entered: 12/08/2021) |
| 12/10/2021 | <u>56</u> | RESPONSE in Opposition re <u>46</u> MOTION for Protective Order filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Ross, Deuel) (Entered: 12/10/2021) |
| 12/10/2021 | 57 | **TEXT ORDER**: The court has reviewed the plaintiffs' response to the motion of Defendants McClendon and Pringle for a protective order. Doc. <u>56</u> . Any reply is due at or before 5:00 PM CENTRAL STANDARD TIME **Sunday, December 12, 2021**.Signed by Judge Anna M Manasco on 12/10/2021. (DNW, ) (Entered: 12/10/2021) |
| 12/12/2021 | <u>58</u> | RESPONSE in Opposition re <u>55</u> Amended MOTION for Protective Order *Defendants McClendon and Pringle's Reply to Plaintiffs' Opposition to their Motion for a Protective Order* filed by Jim McClendon, Chris Pringle. (Walker, J) (Entered: 12/12/2021) |
| 12/13/2021 | <u>59</u> | **ORDER ON MOTION FOR PROTECTIVE ORDER**: Motion for Protective Order Doc. <u>55</u> is **DENIED** because the Legislators have waived any such immunity and privilege.If the Legislators wish to assert other objections to the plaintiffs discovery requests, they are ORDERED to file those objections at or before **9:00 AM CENTRAL STANDARD TIME ON TUESDAY, DECEMBER 14, 2021**.Signed by Judge Anna M Manasco on 12/13/2021. (DNW, ) (Entered: 12/13/2021) |
| 12/13/2021 | 60 | **TEXT ORDER**: The parties were ordered to exchange any expert reports related to the motion for preliminary injunction on or before December 10, 2021, and to exchange any rebuttal reports related to that motion on or before **December 20, 2021**, Doc. <u>45</u> in Singleton, Case No. 2:21-cv-01291-AMM, and Doc. <u>40</u> in Milligan, Case No. 2:21-cv-01530-AMM. In light of the preliminary injunction hearing set on **January 4, 2022**, the parties are **ORDERED** to file on or before **DECEMBER 14, 2021**, any expert reports exchanged, and to file on or before **DECEMBER 21, 2021**, any rebuttal reports exchanged. Signed by Judge Anna M Manasco on 12/13/2021.Signed by Judge Anna M Manasco on 12/13/2021. (DNW, )Edit docket text. Modified on 12/13/2021 (DNW, ). (Entered: 12/13/2021) |
| 12/14/2021 | <u>61</u> | MOTION for Leave to Appear Pro Hac Vice *for Brittany Carter* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Attachments: # <u>1</u> Exhibit A-Declaration)(Lawsen, Nicki) (Entered: 12/14/2021) |
| 12/14/2021 | | PHV Fee paid: $ 75, receipt number 1126-3978087 (B4601117461). (Lawsen, Nicki) Modified on 12/14/2021 (DNW, ). (Entered: 12/14/2021) |

| 12/14/2021 | 62 | TEXT ORDER. Plaintiffs' Motion for Leave for Brittany Carter to Appear Pro Hac Vice, Doc. 61 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 12/14/2021. (FNC) (Entered: 12/14/2021) |
|---|---|---|
| 12/14/2021 | 63 | Defendants McClendon and Pringle's Further OBJECTIONS to Plaintiffs' Discovery filed by Jim McClendon, Chris Pringle. (Attachments: # 1 Exhibit 1)(Walker, J) Modified on 12/14/2021 (FNC). (Entered: 12/14/2021) |
| 12/14/2021 | 64 | **ORDER ON DISCOVERY DISPUTES**: Counsel are therefore **DIRECTED** to confer forthwith and make every attempt to resolve the Legislators objections. If counsel are unable to resolve all such objections, then the Legislators are **ORDERED** to file as soon as practicable, but not later than **12:00 PM CENTRAL STANDARD TIME on THURSDAY, DECEMBER 16, 2021**, any remaining objections that require the court's attention, as well as any motions and/or briefing that require the courts attention in connection with such objections.The Plaintiffs are **ORDERED** to file any motions and/or briefing that require the court's attention in connection with unresolved discovery objections as soon as practicable, but not later than **12:00 PM CENTRAL STANDARD TIME on THURSDAY, DECEMBER 16, 2021**. Signed by Judge Anna M Manasco on 12/14/2021. (DNW, ) (Entered: 12/14/2021) |
| 12/14/2021 | 65 | Unopposed MOTION for Protective Order by John Merrill. (Attachments: # 1 Exhibit A - Proposed Protective Order)(Davis, James) (Entered: 12/14/2021) |
| 12/14/2021 | 66 | NOTICE by John Merrill re 60 Order,,, (Attachments: # 1 Exhibit 1 Bryan report - Singleton, # 2 Exhibit 2 Bryan report - Milligan & Caster, # 3 Exhibit 3 Bryan cv, # 4 Exhibit 4 Hood report)(Davis, James) (Entered: 12/14/2021) |
| 12/14/2021 | 67 | PROTECTIVE ORDER. Signed by Judge Anna M Manasco on 12/14/2021. (FNC) (Entered: 12/14/2021) |
| 12/14/2021 | 68 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone re 60 Order,,, (Attachments: # 1 Exhibit 1 - Liu Report, # 2 Exhibit 2 - Bagley Declaration, # 3 Exhibit 3 - Williamson Report, # 4 Exhibit 4 - Imai Report, # 5 Exhibit 5 - Duchin Declaration)(Ross, Deuel) (Entered: 12/14/2021) |
| 12/15/2021 | 69 | MOTION for Preliminary Injunction by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 12/15/2021) |
| 12/15/2021 | 70 | Evidentiary Material . (Attachments: # 1 Exhibit 6 2021 Redistricting Plans Comparative, # 2 Exhibit 7 Hinaman Deposition, # 3 Exhibit 8 Douglas Declaration, # 4 Exhibit 9 Simelton Declaration, # 5 Exhibit 10 Dowdy Declaration, # 6 Exhibit 11 Milligan Declaration, # 7 Exhibit 12 Jackson Declaration, # 8 Exhibit 13 Oct 26 2021 Hearing Transcript, # 9 Exhibit 14 Hall Declaration)(Ross, Deuel) (Entered: 12/15/2021) |
| 12/16/2021 | 71 | **ORDER ON MOTION FOR PROTECTIVE ORDER**:The court DENIED their motion in a short order on December 13, 2021. Milligan Doc. 59 . Defendants McClendon and Pringle"s Second Amended Motion for a Protective |

| | | |
|---|---|---|
| | | Order, Doc. <u>55</u> , is **DENIED**. Signed by Judge Anna M Manasco on 12/16/2021. (DNW) (Entered: 12/16/2021) |
| 12/16/2021 | <u>72</u> | **ORDER**: The parties are **ORDERED** to do the following: Send two hard copies of all exhibits and demonstratives that the parties intend to use during the preliminary injunction hearing to each member of this three-judge court at the addresses listed below as soon as practicable after the exhibits are filed as part of the parties joint pretrial report due on or before December 23, 2021, but in any event for a confirmed delivery on or before **DECEMBER 28, 2021**. File with the court not later than **DECEMBER 27, 2021** a list of all counsel who will attend and participate in the preliminary injunction hearing so that the court may arrange appropriate seating in the courtroom. Alert the court not later than **DECEMBER 27, 2021**, by an e-mail to Judge Manasco's chambers (Manasco_Chambers@alnd.uscourts.gov), with a copy to all counsel, if counsel intends to use any audio-visual equipment during the preliminary injunction hearing other than the courtroom document camera. Signed by Judge Anna M Manasco on 12/16/2021. (DNW, ) (Entered: 12/16/2021) |
| 12/20/2021 | <u>73</u> | NOTICE of Appearance by Kathryn Carden Sadasivan on behalf of All Plaintiffs (Sadasivan, Kathryn) (Entered: 12/20/2021) |
| 12/20/2021 | | Minute Entry for proceedings held before Circuit Judge Marcus and District Judges Manasco and Moorer: Status Conference held on 12/20/2021. (Court Reporter Teresa Roberson.) (FNC) (Entered: 12/20/2021) |
| 12/21/2021 | <u>74</u> | NOTICE by John Merrill *(Secretary of State's Notice of Filing Supplemental Expert Reports)* (Attachments: # <u>1</u> Exhibit A - Thomas Bryan - Supplemental Report Final, # <u>2</u> Exhibit B - MV Hood III - AL Supplemental Expert Report) (Davis, James) (Entered: 12/21/2021) |
| 12/21/2021 | 75 | **TEXT ORDER**: During the conference held on December 20, 2021, the parties in Singleton, Case No. 2:21-cv-1291-AMM, Milligan, Case No. 2:21-cv-1530-AMM, and Caster, Case No. 2:21-cv-1536-AMM, agreed to coordinate in drafting a joint proposed order of proceedings for the preliminary injunction hearing set for January 4, 2021. Accordingly, the parties are **ORDERED** to file in each case on or before **5:00 PM CENTRAL STANDARD TIME ON DECEMBER 23, 2021**, such joint proposed order of proceedings. Signed by Judge Anna M Manasco on 12/21/2021. (DNW) (Entered: 12/21/2021) |
| 12/21/2021 | <u>76</u> | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone re 60 Order,,, *Plaintiffs Notice of Filing Rebuttal Expert Reports* (Attachments: # <u>1</u> Exhibit 15 - Liu Rebuttal Report, # <u>2</u> Exhibit 16 - Bagley Supplemental Declaration, # <u>3</u> Exhibit 17 - Imai Rebuttal Report, # <u>4</u> Exhibit 18 - Duchin Rebuttal Report)(Ross, Deuel) (Entered: 12/21/2021) |
| 12/22/2021 | <u>77</u> | **ORDER**: The panel has decided to conduct the consolidated preliminary injunction hearing that will begin on January 4, 2022, remotely via Zoom. The Zoom information will be provided to all parties at a later date. The parties are **ORDERED** to send Judge Moorer's two hard copies of exhibits and demonstratives directly to him at the address listed on page 3 of this order. If any of the parties already sent Judge Moorer's hard copies to the Hugo L. Black United States Courthouse, those parties are **DIRECTED** to email Judge Manasco's chambers at manasco_chambers@alnd.uscourts.gov, and the court |

| | | |
|---|---|---|
| | | will redirect the hard copies to Judge Moorer upon arrival. Signed by Judge Anna M Manasco on 12/22/2021. (DNW, ) Modified on 12/22/2021 (FNC). (Entered: 12/22/2021) |
| 12/22/2021 | 78 | RESPONSE in Opposition re 69 MOTION for Preliminary Injunction filed by John Merrill. (LaCour, Edmund) (Entered: 12/22/2021) |
| 12/22/2021 | 79 | AFFIDAVIT re 78 Response in Opposition to Motion *Declaration in Support of Defendants' Response* by John Merrill. filed by John Merrill (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(LaCour, Edmund) (Entered: 12/22/2021) |
| 12/23/2021 | 80 | PLAINTIFFS' JOINT PRETRIAL REPORT. (Attachments: # 1 Exhibit Milligan, # 2 Exhibit Def 10, # 3 Exhibit Def 11, # 4 Exhibit Def 12, # 5 Exhibit Def 13, # 6 Exhibit Def 14, # 7 Exhibit Def 15, # 8 Exhibit Def 16, # 9 Exhibit Def 17, # 10 Exhibit Def 18, # 11 Exhibit Def 27, # 12 Exhibit Def 28, # 13 Exhibit Def 29, # 14 Exhibit Def 30, # 15 Exhibit Def 49, # 16 Exhibit Def 68, # 17 Exhibit Def 92, # 18 Exhibit Def 93, # 19 Exhibit Def 94, # 20 Exhibit Def 95, # 21 Exhibit Def 96, # 22 Exhibit Def 97, # 23 Exhibit Def 100, # 24 Exhibit Def 101, # 25 Exhibit Def 102, # 26 Exhibit Def 103, # 27 Exhibit Def 104, # 28 Exhibit Def 105, # 29 Exhibit Def 106, # 30 Exhibit Def 138, # 31 Exhibit Def 139, # 32 Exhibit Def 140, # 33 Exhibit Def 141, # 34 Exhibit Def 143, # 35 Exhibit Def 144, # 36 Exhibit Def 145, # 37 Exhibit Def 146, # 38 Exhibit Def 150, # 39 Exhibit Def 152, # 40 Exhibit Def 153, # 41 Exhibit Def 154, # 42 Exhibit Def 155, # 43 Exhibit Def 156, # 44 Exhibit Def 157, # 45 Exhibit Def 158, # 46 Exhibit Def 162, # 47 Exhibit Def 163, # 48 Exhibit Def 164, # 49 Exhibit Singleton 32, # 50 Exhibit Singleton 33, # 51 Exhibit Singleton 34, # 52 Exhibit Singleton 42, # 53 Exhibit Singleton 43, # 54 Exhibit Singleton 51, # 55 Exhibit Singleton 60, # 56 Exhibit Singleton 61, # 57 Exhibit Singleton 52)(Ross, Deuel) Modified on 12/27/2021 (FNC). (Entered: 12/23/2021) |
| 12/23/2021 | 81 | PLAINTIFFS' CORRECTED JOINT PRETRIAL REPORT. (Ross, Deuel) Modified on 12/27/2021 (FNC). (Entered: 12/23/2021) |
| 12/27/2021 | 82 | DEFENDANT JOHN H. MERRILLS' EXHIBIT LIST (stipulated) by John Merrill. filed by John Merrill (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18, # 19 Exhibit Exhibit 19, # 20 Exhibit Exhibit 20, # 21 Exhibit Exhibit 21, # 22 Exhibit Exhibit 22, # 23 Exhibit Exhibit 23, # 24 Exhibit Exhibit 24, # 25 Exhibit Exhibit 25, # 26 Exhibit Exhibit 26, # 27 Exhibit Exhibit 27, # 28 Exhibit Exhibit 28, # 29 Exhibit Exhibit 29, # 30 Exhibit Exhibit 30, # 31 Exhibit Exhibit 31, # 32 Exhibit Exhibit 32, # 33 Exhibit Exhibit 33, # 34 Exhibit Exhibit 34, # 35 Exhibit Exhibit 35, # 36 Exhibit Exhibit 36, # 37 Exhibit Exhibit 37, # 38 Exhibit Exhibit 38, # 39 Exhibit Exhibit 39, # 40 Exhibit Exhibit 40)(Davis, James) Modified on 12/27/2021 (FNC). (Entered: 12/27/2021) |

| 12/27/2021 | 83 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John Merrill. filed by John Merrill (Attachments: # 1 Exhibit Exhibit 41, # 2 Exhibit Exhibit 42, # 3 Exhibit Exhibit 43, # 4 Exhibit Exhibit 44, # 5 Exhibit Exhibit 45, # 6 Exhibit Exhibit 46, # 7 Exhibit Exhibit 47, # 8 Exhibit Exhibit 48, # 9 Exhibit Exhibit 49, # 10 Exhibit Exhibit 50, # 11 Exhibit Exhibit 51, # 12 Exhibit Exhibit 52, # 13 Exhibit Exhibit 53, # 14 Exhibit Exhibit 54, # 15 Exhibit Exhibit 55, # 16 Exhibit Exhibit 56, # 17 Exhibit Exhibit 57, # 18 Exhibit Exhibit 58, # 19 Exhibit Exhibit 59, # 20 Exhibit Exhibit 60, # 21 Exhibit Exhibit 61, # 22 Exhibit Exhibit 62, # 23 Exhibit Exhibit 63, # 24 Exhibit Exhibit 64, # 25 Exhibit Exhibit 65, # 26 Exhibit Exhibit 66, # 27 Exhibit Exhibit 67, # 28 Exhibit Exhibit 68, # 29 Exhibit Exhibit 69, # 30 Exhibit Exhibit 70, # 31 Exhibit Exhibit 71, # 32 Exhibit Exhibit 72, # 33 Exhibit Exhibit 73, # 34 Exhibit Exhibit 74, # 35 Exhibit Exhibit 75, # 36 Exhibit Exhibit 76, # 37 Exhibit Exhibit 77, # 38 Exhibit Exhibit 78, # 39 Exhibit Exhibit 79, # 40 Exhibit Exhibit 80)(Davis, James) (Entered: 12/27/2021) |
| 12/27/2021 | 84 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John Merrill. filed by John Merrill (Attachments: # 1 Exhibit Exhibit 81, # 2 Exhibit Exhibit 82, # 3 Exhibit Exhibit 83, # 4 Exhibit Exhibit 84, # 5 Exhibit Exhibit 85, # 6 Exhibit Exhibit 86, # 7 Exhibit Exhibit 87, # 8 Exhibit Exhibit 88 - part 1, # 9 Exhibit Exhibit 88 - part 2, # 10 Exhibit Exhibit 88 - part 3, # 11 Exhibit Exhibit 88 - part 4, # 12 Exhibit Exhibit 88 - part 5, # 13 Exhibit Exhibit 89, # 14 Exhibit Exhibit 90, # 15 Exhibit Exhibit 91, # 16 Exhibit Exhibit 92, # 17 Exhibit Exhibit 93, # 18 Exhibit Exhibit 94, # 19 Exhibit Exhibit 95, # 20 Exhibit Exhibit 96, # 21 Exhibit Exhibit 97, # 22 Exhibit Exhibit 98, # 23 Exhibit Exhibit 99, # 24 Exhibit Exhibit 100)(Davis, James) (Entered: 12/27/2021) |
| 12/27/2021 | 85 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John Merrill. filed by John Merrill (Attachments: # 1 Exhibit Exhibit 101, # 2 Exhibit Exhibit 102, # 3 Exhibit Exhibit 103, # 4 Exhibit Exhibit 104, # 5 Exhibit Exhibit 105, # 6 Exhibit Exhibit 106, # 7 Exhibit Exhibit 107, # 8 Exhibit Exhibit 108, # 9 Exhibit Exhibit 109, # 10 Exhibit Exhibit 110, # 11 Exhibit Exhibit 111, # 12 Exhibit Exhibit 112, # 13 Exhibit Exhibit 113, # 14 Exhibit Exhibit 114, # 15 Exhibit Exhibit 115, # 16 Exhibit Exhibit 116, # 17 Exhibit Exhibit 117, # 18 Exhibit Exhibit 118, # 19 Exhibit Exhibit 119, # 20 Exhibit Exhibit 120, # 21 Exhibit Exhibit 121, # 22 Exhibit Exhibit 122, # 23 Exhibit Exhibit 123, # 24 Exhibit Exhibit 124, # 25 Exhibit Exhibit 125)(Davis, James) (Entered: 12/27/2021) |
| 12/27/2021 | 86 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John Merrill. filed by John Merrill (Attachments: # 1 Exhibit Exhibit 126, # 2 Exhibit Exhibit 127, # 3 Exhibit Exhibit 128, # 4 Exhibit Exhibit 129, # 5 Exhibit Exhibit 130, # 6 Exhibit Exhibit 131, # 7 Exhibit Exhibit 132, # 8 Exhibit Exhibit 133, # 9 Exhibit Exhibit 134, # 10 Exhibit Exhibit 135, # 11 Exhibit Exhibit 136, # 12 Exhibit Exhibit 137, # 13 Exhibit Exhibit 138, # 14 Exhibit Exhibit 139, # 15 Exhibit Exhibit 140, # 16 Exhibit Exhibit 141, # 17 Exhibit Exhibit 142, # 18 Exhibit Exhibit 143, # 19 Exhibit Exhibit 144, # 20 Exhibit Exhibit 145, # 21 Exhibit Exhibit 146, # 22 Exhibit Exhibit 147, # 23 Exhibit Exhibit 148, # 24 Exhibit Exhibit 149, # 25 Exhibit Exhibit 150)(Davis, James) (Entered: 12/27/2021) |

| 12/27/2021 | 87 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John Merrill. filed by John Merrill (Attachments: # 1 Exhibit Exhibit 151, # 2 Exhibit Exhibit 152, # 3 Exhibit Exhibit 153, # 4 Exhibit Exhibit 154, # 5 Exhibit Exhibit 155, # 6 Exhibit Exhibit 156, # 7 Exhibit Exhibit 157, # 8 Exhibit Exhibit 158, # 9 Exhibit Exhibit 159, # 10 Exhibit Exhibit 160, # 11 Exhibit Exhibit 161, # 12 Exhibit Exhibit 162, # 13 Exhibit Exhibit 163, # 14 Exhibit Exhibit 164, # 15 Exhibit Exhibit 165, # 16 Exhibit Exhibit 166, # 17 Exhibit Exhibit 167, # 18 Exhibit Exhibit 168, # 19 Exhibit Exhibit 169, # 20 Exhibit Exhibit 170)(Davis, James) (Entered: 12/27/2021) |
| 12/27/2021 | 88 | STIPULATION *Plaintiffs' Amended Exhibit List to Joint Pretrial Order* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Attachments: # 1 Exhibit Milligan 1, # 2 Exhibit Milligan 2, # 3 Exhibit Milligan 3, # 4 Exhibit Milligan 4, # 5 Exhibit Milligan 5, # 6 Exhibit Milligan 6, # 7 Exhibit Milligan 7, # 8 Exhibit Milligan 8, # 9 Exhibit Milligan 9, # 10 Exhibit Milligan 10, # 11 Exhibit Milligan 14, # 12 Exhibit Milligan 15, # 13 Exhibit Milligan 16, # 14 Exhibit Milligan 17, # 15 Exhibit Milligan 18, # 16 Exhibit Milligan 19, # 17 Exhibit Milligan 20, # 18 Exhibit Milligan 21, # 19 Exhibit Milligan 22, # 20 Exhibit Milligan 24, # 21 Exhibit Milligan 25, # 22 Exhibit Milligan 26, # 23 Exhibit Milligan 28, # 24 Exhibit Milligan 29, # 25 Exhibit Milligan 30, # 26 Exhibit Milligan 31, # 27 Exhibit Milligan 32, # 28 Exhibit Milligan 33, # 29 Exhibit Milligan 34, # 30 Exhibit Milligan 35, # 31 Exhibit Milligan 36, # 32 Exhibit Milligan 37, # 33 Exhibit Milligan 38, # 34 Exhibit Milligan 39, # 35 Exhibit Milligan 40, # 36 Exhibit Milligan 41, # 37 Exhibit Milligan 42, # 38 Exhibit Milligan 43, # 39 Exhibit Milligan 44, # 40 Exhibit Milligan 45, # 41 Exhibit Milligan 46, # 42 Exhibit Milligan 47)(Ross, Deuel) (Entered: 12/27/2021) |
| 12/27/2021 | 89 | STIPULATION *Plaintiffs' Amended Exhibit List to Joint Pretrial Order* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Attachments: # 1 Exhibit Milligan 11, # 2 Exhibit Milligan 12, # 3 Exhibit Milligan 13, # 4 Exhibit Milligan 23, # 5 Exhibit Milligan 27)(Ross, Deuel) (Entered: 12/27/2021) |
| 12/27/2021 | 90 | NOTICE by Jim McClendon, Chris Pringle (Walker, J) (Entered: 12/27/2021) |
| 12/27/2021 | 91 | NOTICE by John Merrill re 72 Order,,,, *of Persons Participating in Hearing* (Davis, James) (Entered: 12/27/2021) |

| 12/27/2021 | 92 | STIPULATION *Plaintiffs' Second Amended Exhibit List* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Attachments: # 1 Exhibit Milligan 48, # 2 Exhibit Milligan 49, # 3 Exhibit Milligan 50)(Ross, Deuel) (Entered: 12/27/2021) |
| --- | --- | --- |
| 12/27/2021 | 93 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone *Plaintiffs' Notice of Counsel Participating in Preliminary Injunction Hearing* (Ross, Deuel) (Entered: 12/27/2021) |
| 12/27/2021 | 94 | REPLY to Response to Motion re 69 MOTION for Preliminary Injunction filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 12/27/2021) |
| 12/28/2021 | 95 | ORDER Regarding Screen-Sharing. All counsel and their staff will have the ability to share their screens during the preliminary injunction hearing. However, the court urges the parties to be mindful as they prepare for the hearing that (1) each member of the court will have ready access during the hearing to hard copies of all demonstratives and exhibits submitted by the parties, and (2) it is the court's preference to be able to see both the examining lawyer and the testifying witness while the witness is testifying about documents that are screen-shared. Signed by Judge Anna M Manasco, for the court, on 12/28/2021.(FNC) (Entered: 12/28/2021) |
| 01/02/2022 | 96 | Unopposed MOTION to Amend/Correct *Exhibit List* by John Merrill. (Attachments: # 1 Exhibit D171)(Davis, James) (Entered: 01/02/2022) |
| 01/02/2022 | 97 | Defendants unopposed motion to amend exhibit list, Doc. 96 , is GRANTED. Signed by Judge Anna M Manasco on 01/02/2022. (TGC) (Entered: 01/02/2022) |
| 01/03/2022 | 98 | **ORDER**: Due to the current pandemic circumstances, the court has decided to make available to the public a livestream of the consolidated preliminary injunction hearing in this case. Any member of the press or interested citizen may obtain the information necessary to access the livestream by following the instructions that appear on the website for the Northern District of Alabama (https://www.alnd.uscourts.gov/instructions-view-public-hearing). The livestream also will be broadcast in the Jury Assembly Room of the Hugo Black Courthouse in Birmingham, Alabama, until further notice, per the courts prior orders.Signed by Judge Anna M Manasco on 1/3/2022. (DNW) (Entered: 01/03/2022) |
| 01/04/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Motion Hearing held on 1/4/2022 re 69 MOTION for Preliminary Injunction. Hearing begins; verbal notice of presence; exhibits discussed and noted which were admitted and objected to; objected exhibits to be addressed at later time during the hearing; no opening statements; testimony taken of plff Singleton with direct and cross, witness excused; testimony of N. Davis, witness qualified as an expert as noted on the record; direct and cross; lunch break; resume; cont. examination of N. |

| | | |
|---|---|---|
| | | Davis; witness excused; testimony of plff Milligan, direct and cross, witness excused; testimony of Kosuke Imai, witness qualified as an expert as noted on the record; break; resume; break; resume; court adj to 1/5/2022 at 9:00 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/04/2022) |
| 01/05/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Motion Hearing- DAY 2 - held on 1/5/2022 re <u>69</u> MOTION for Preliminary Injunction. Hearing begins; testimony of Kosuke Imai continued/redirect; witness excused; Ryan Williamson called; qualified as an expert as to this hearing, as stated on the record; direct, cross and redirect; witness excused; Witness S. Dowdy called; direct and cross; lunch break; resume; cont. cross; redirect; witness excused; Section 2 claims begin; Caster Plff calls Expert William Cooper, court qualifies witness as expert, as stated on the record; cross; redirect; court questions for witness; witness excused as to Section 2 claims; Def direct of Cooper as to Singleton claims; no cross; witness excused; discussions of agenda for 1/6; court adj to 1/6/2022 at 9:00 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/05/2022) |
| 01/06/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Motion Hearing- DAY 3 - held on 1/6/2022 re <u>69</u> MOTION for Preliminary Injunction. Hearing begins; discussions regarding schedule for today; Milligan plffs call Moon Duchin, witness qualified as an expert, as stated on the record; argument re: Exh M-48, taken under advisement; break; resume; objections addressed and o/r Exh M-48 received, as stated on the record; cross; break for lunch; resume; cross continues; redirect and recross, witness excused; Caster Plffs call Dr. Maxwell Palmer; court discusses scheduling issues; testimony of Dr. Palmer begins; witness qualified witness as expert, as stated on the record; direct begins; cross; witness excused; discussions re: starting new witness and start time for 1/7/22; Def Merrill calls Tom Bryan - court qualifies witness as an expert, as stated on the record; direct begins - court adj until 1/7/2022 at 8:30 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/06/2022) |
| 01/07/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Motion Hearing- DAY 4 - held on 1/7/2022 re <u>69</u> MOTION for Preliminary Injunction. Hearing begins; pre hearing discussions regarding due date of Findings of Facts and Conclusions of Law which is now due by Friday, Jan 14; direct of Tom Bryan cont; break; direct cont; cross by Caster; lunch break, cont cross by Caster; cross by Milligan; cross by Singleton; redirect by def Merrill; questions by the court; court adj until 1/10/2022 at 9:00 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/07/2022) |
| 01/08/2022 | 99 | ORDER regarding public access to consolidated preliminary injunction hearing. Signed by Judge Anna M Manasco on 1/8/22. (KMB) (Entered: 01/08/2022) |
| 01/10/2022 | 100 | TEXT ORDER: The requirement that, [w]ithin five days of the completion of the preliminary injunction hearing, the parties in Singleton and Milligan shall file proposed findings of fact and conclusions of law for the panels consideration in the panels Order on Motions for Consolidation and Joinder, and Scheduling Order, Doc. 45 in Singleton, Case No. 2:21-cv-1291-AMM, and Doc. <u>40</u> in Milligan, Case No. 2:21-cv-1530-AMM, is VACATED. That order |

| | | |
|---|---|---|
| | | remains in effect as to all other provisions contained therein. The parties in Singleton and Milligan are ORDERED to file proposed findings of fact and conclusions of law for the panel's consideration by midnight Central Standard Time on Friday, January 14, 2022. Signed by Judge Anna M Manasco on 1/10/2022. (FNC) (Entered: 01/10/2022) |
| 01/10/2022 | 101 | NOTICE of Appearance by Christina M Rossi on behalf of Jim McClendon, Chris Pringle (Rossi, Christina) (Entered: 01/10/2022) |
| 01/10/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Motion Hearing- DAY 5 - held on 1/10/2022 re 69 MOTION for Preliminary Injunction. Hearing begins; pre hearing discussions regarding Caster Exh 106 - parties to discuss what part of the exhibit to be admitted - court w/h ruling on admission of exhibit; time and need for closing arguments discussed; Milligan calls Dr. Joseph Bagley; witness qualified as an expert, as stated on the record; direct; cross; redirect; lunch break; resume; court notifies parties plffs will have 90 mins total for closing - plffs can reserve some time for rebuttal and defs will have 90 mins total for closing; further discussions re: admission of def X17, arguments, court o/r objections as stated on the record; Milligan plffs call B. Liu; witness qualified as an expert, as stated on the record; direct begins; cross; redirect; court questions; witness excused; Caster Plff calls Benjamin Jones and direct begins; cross; witness excused; court adj until 1/11/2022 at 9:00 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/10/2022) |
| 01/11/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Motion Hearing- DAY 6 - held on 1/11/2022 re 69 MOTION for Preliminary Injunction. Hearing begins; discussions regarding order of witnesses; Def calls Dr. Trey Hood; court certifies witness as an expert, as stated on the record; direct by State; cross by Milligan; cross by Caster; cross by Singleton; redirect; witness excused; lunch break; resume; Caster calls Dr. Bridgett King; court qualifies witness as an expert, as stated on the record; direct begins; cross by state; state moves to admit DX 158; argument; court reserves ruling; state moves to admit DX 153; argument; court reserves ruling; redirect; witness excused; Caster calls Dr. Marcus Caster; direct; cross by state; witness excused; court adj until 1/12/2022 at 8:30 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/11/2022) |
| 01/12/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Motion Hearing- DAY 7 - held on 1/12/2022 re 69 MOTION for Preliminary Injunction. Hearing begins; State calls Bradley Byrne; direct; cross by Milligan; cross by Caster; cross by Singleton; redirect; court questions; witness excused; presentation of evidence is closed; no rebuttal; objected exhibits addressed as stated on the record; lunch; Singleton close, court questions; Caster close, court questions; Milligan close, court questions; Merrill close, court questions; rebuttal by Singleton, Milligan and Caster; court addresses the parties; questions by the court; hearing adj. (Court Reporter Christina Decker.) (FNC) (Entered: 01/12/2022) |
| 01/14/2022 | 102 | Statement of Facts *Proposed Findings of Fact and Conclusions of Law* by John Merrill. filed by John Merrill (LaCour, Edmund) (Entered: 01/14/2022) |

| 01/14/2022 | 103 | Statement of Facts *Proposed Findings of Fact and Conclusions of Law* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Ross, Deuel) (Entered: 01/14/2022) |
|---|---|---|
| 01/16/2022 | 104 | NOTICE by John Merrill re 102 Statement of Facts *Tables of Authorities for Defs' Proposed Findings of Fact and Conclusions of Law* (LaCour, Edmund) (Entered: 01/16/2022) |
| 01/18/2022 | 105 | Transcript of Proceedings NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts /Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy (Attachments: # 1 2, # 2 3, # 3 4, # 4 5, # 5 6, # 6 7) (DNW) (Entered: 01/18/2022) |
| 01/24/2022 | 106 | **ORDER**: A status conference is set for **1:00 PM CENTRAL STANDARD TIME on WEDNESDAY, JANUARY 26, 2022**, by Zoom. The Zoom information will be provided to all parties at a later date. Signed by Judge Anna M Manasco on 1/24/2022. (DNW) (Entered: 01/24/2022) |
| 01/24/2022 | 107 | PRELIMINARY INJUNCTION, MEMORANDUM OPINION, AND ORDER. Signed by Judge Anna M Manasco on 1/24/2022. (KMB) (Entered: 01/24/2022) |
| 01/25/2022 | 108 | NOTICE OF APPEAL to the Supreme Court of the United States as to 107 Order on Motion for Preliminary Injunction by John Merrill. Filing fee $ 505, receipt number 1126-4000275 B4601118124).(LaCour, Edmund) Modified on 1/25/2022 (DNW). Modified on 1/25/2022 (KEK). (Entered: 01/25/2022) |
| 01/25/2022 | 109 | NOTICE OF APPEAL to the United States Court of Appeals for the Eleventh Circuit as to 107 Order on Motion for Preliminary Injunction by John Merrill. Filing fee $ 505, receipt number 1126-4000295 (B4601118123). (LaCour, Edmund) Modified on 1/25/2022 (DNW, ). Modified on 1/25/2022 (KEK). (Entered: 01/25/2022) |
| 01/25/2022 | 110 | Emergency MOTION to Stay re 107 Order on Motion for Preliminary Injunction, 109 Notice of Appeal, 108 Notice of Appeal, *Emergency Motion for Stay Pending Appeal* by John Merrill. (LaCour, Edmund) (Entered: 01/25/2022) |
| 01/25/2022 | 111 | TEXT ORDER. Plaintiffs are DIRECTED to file their response to the Defendants' Emergency Motion for Stay Pending Appeal at or before 8:00 am Central Standard Time on January 26, 2022. Signed by Judge Anna M Manasco on 1/25/2022. (KMB) (Entered: 01/25/2022) |
| 01/25/2022 | 112 | NOTICE of Transmittal to 11th circuit regarding Notice of Appeal, Doc. 108 . (DNW, ) (Entered: 01/25/2022) |
| 01/25/2022 | 113 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 108 Notice of Appeal, (DNW) (Entered: 01/25/2022) |

| 01/25/2022 | 114 | NOTICE of transmittal to the 11th circuit as to Doc. 109 (DNW, ) (Entered: 01/25/2022) |
|---|---|---|
| 01/25/2022 | 115 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 109 Notice of Appeal, (DNW) (Entered: 01/25/2022) |
| 01/26/2022 | 116 | RESPONSE in Opposition re 110 Emergency MOTION to Stay re 107 Order on Motion for Preliminary Injunction, 109 Notice of Appeal, 108 Notice of Appeal, *Emergency Motion for Stay Pending Appeal* filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Ross, Deuel) (Entered: 01/26/2022) |
| 01/26/2022 | 117 | NOTICE - 108 Notice of Appeal to the Supreme Court emailed to the Supreme Court for review. (KEK) (Additional attachment(s) added on 1/26/2022: # 1 Reply from Supreme Court) (KEK, ). (Entered: 01/26/2022) |
| 01/26/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Status Conference held on 1/26/2022. (Court Reporter Christina Decker.) (FNC) (Entered: 01/26/2022) |
| 01/26/2022 | 118 | TEXT ORDER. A Status Conference set for Friday, January 28, 2022 at 03:00 PM by Zoom before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer. The court will provide the zoom information to the parties by separate email. Signed by Judge Anna M Manasco on 1/26/2022. (FNC) (Entered: 01/26/2022) |
| 01/26/2022 | 119 | ORDER ON MOTION TO CLARIFY. Signed by Judge Anna M Manasco on 1/26/2022. (KMB) (Entered: 01/26/2022) |
| 01/27/2022 | 120 | ORDER DENYING DEFENDANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL. Signed by Judge Anna M Manasco on 1/27/2022. (KMB) (Entered: 01/27/2022) |
| 01/28/2022 | 121 | STATUS REPORT *re: Proposed Special Masters* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Attachments: # 1 Exhibit A - CV of Dr. Nathaniel Persily)(Rosborough, Davin) (Entered: 01/28/2022) |
| 01/28/2022 | 122 | NOTICE by John Merrill *Notice Regarding Defendants' Position on Issues Raised by the Court* (Davis, James) (Entered: 01/28/2022) |
| 01/28/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Status Conference held on 1/28/2022. (Court Reporter Christina Decker.) (FNC) (Entered: 01/28/2022) |
| 01/28/2022 | 123 | TEXT ORDER. Status Conference set for Wednesday, February 2, 2022 at 02:00 PM by Zoom before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer. The court will provide the zoom information to the parties by email. Signed by Judge Anna M Manasco on 1/28/2022. (FNC) (Entered: 01/28/2022) |

| 02/01/2022 | 124 | Exhibit List of Plaintiff Milligan from PI Hearing, held January 4, 2022 through January 12, 2022. Exhibits e-filed prior to the PI Hearing and can be found in Docs 88 , (Exhibits 1-10; 14-22; 24-26 and 28-47); 89 , (Exhibits 11-13, 23 and 27); and 92 , (Exhibits 48-50). Exhibit 51 admitted during the PI hearing, is attached. (Attachments: # 1 Exhibit M-51)(FNC) (Entered: 02/01/2022) |
|---|---|---|
| 02/01/2022 | 125 | Exhibit List for def Merrill from PI Hearing, held January 4, 2022 through January 12, 2022. Exhibits e-filed prior to the PI Hearing and can be found at Docs. 82 (Exhibits 1-40); 83 (Exhibits 41-80); 84 Exhibits 81-100; 85 Exhibits 101-125; 86 (Exhibits 126-150) and 87 (Exhibits 151-170); Exhibit 171 admitted during the PI hearing is attached. (Attachments: # 1 Exhibit 171)(FNC) (Entered: 02/01/2022) |
| 02/01/2022 | 126 | NOTICE by John Merrill *(Notice Regarding Defendants' Position on Issues Raised by the Court)* (Davis, James) (Entered: 02/01/2022) |
| 02/01/2022 | 127 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone *re: Court Inquiry Regarding Remedial Proceedings* (Rosborough, Davin) (Entered: 02/01/2022) |
| 02/02/2022 | 128 | TEXT ORDER. The Status Conference set for 2:00 PM, this date, is CANCELLED. Signed by Judge Anna M Manasco on 2/2/2022. (FNC) (Entered: 02/02/2022) |
| 02/03/2022 | 129 | **ORDER**: The parties are **ADVISED** that if the Legislature is unable to enact a new map as of February 7, 2022, the court intends to draw on its inherent authority and, pursuant to Federal Rule of Civil Procedure 53, to issue a detailed order appointing Mr. Allen as Special Master and retaining Dr. Persily as an expert cartographer, with instructions (1) not to incur costs until February 8, 2022 and, thereafter (2) to consult all parties about the parties proposals for drawing a remedial map and to obtain the supporting data at the earliest opportunity after that date. Signed by Judge Anna M Manasco on 2/3/2022. (DNW, ) (Entered: 02/03/2022) |
| 02/07/2022 | 130 | Order of the court appointing Special Master and expert cartographer, and providing instructions to parties. Signed by Judge Anna M Manasco on 2/7/2022. (KMB) (Entered: 02/07/2022) |
| 02/07/2022 | 131 | TRANSCRIPT REQUEST by John Merrill (LaCour, Edmund) (Entered: 02/07/2022) |
| 02/07/2022 | 132 | RESPONSE to filed by Jim McClendon, Chris Pringle. (Attachments: # 1 Exhibit A)(Walker, J) (Entered: 02/07/2022) |
| 02/08/2022 | 133 | All parties are DIRECTED to respond to the Singleton Plaintiffs Emergency Motion (Singleton Doc. 104) not later than Monday, February 14, 2022. Signed by Judge Anna M Manasco on 2/8/2022. (KMB) (Entered: 02/08/2022) |
| 02/14/2022 | 134 | All parties are DIRECTED to file responses to the emergency motion to intervene on or before 12:00pm Central Standard Time on Thursday, February 17, 2022. Signed by Judge Anna M Manasco on 02/14/2022. (TGC) (Entered: 02/14/2022) |

| 02/14/2022 | 135 | RESPONSE to re 133 *Singleton Plaintiffs' Emergency Motion* filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Naifeh, Stuart) (Entered: 02/14/2022) |
|---|---|---|
| 02/14/2022 | 136 | RESPONSE to re 133 *Singleton Plaintiffs' Emergency Motion* filed by John Merrill. (LaCour, Edmund) (Entered: 02/14/2022) |
| 02/15/2022 | 137 | The Singleton plaintiffs are DIRECTED to file a reply in support of their emergency motion for a ruling by 5:00pm Central Standard Time on Thursday, February 17, 2022. Signed by Judge Anna M Manasco on 2/15/2022. (KMB) (Entered: 02/15/2022) |
| 02/17/2022 | 138 | RESPONSE to re 133 *Emergency Motion to Intervene* filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Naifeh, Stuart) (Entered: 02/17/2022) |
| 02/17/2022 | 139 | RESPONSE to *Motion to Intervene* filed by John Merrill. (Bowdre, Alexander) (Entered: 02/17/2022) |
| 02/25/2022 | 140 | ORDER. Signed by Judge Anna M Manasco on 2-25-2022. (TGC) (Entered: 02/25/2022) |
| 03/04/2022 | 141 | ORDER of USCA as to 108 and 109 Notice of Appeal, filed by John Merrill. Pursuant to Appellants Jim McClendon, Chris Pringle and Secretary of State for the State of Alabama's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date. (DNW) (Entered: 03/04/2022) |
| 03/28/2022 | 142 | MOTION *for Status Conference* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 03/28/2022) |
| 04/07/2022 | 143 | ORDER granting 142 Motion and setting status conference. Signed by Judge Anna M Manasco on 4/7/2022. (TGC) (Entered: 04/07/2022) |
| 04/12/2022 | 144 | RESPONSE to re 143 *Court's April 7, 2022 Order* filed by John Merrill. (LaCour, Edmund) (Entered: 04/12/2022) |
| 04/14/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Status Conference held on 4/14/2022. (Court Reporter Christina Decker.) (FNC) (Entered: 04/14/2022) |
| 04/15/2022 | 145 | ORDER. Signed by Judge Anna M Manasco on 04/15/2022. (TGC) (Entered: 04/15/2022) |
| 04/19/2022 | 146 | Transcript of Proceedings held on 04/14/2022, before Judge Manasco. Court Reporter/Transcriber Christina M. Decker, Telephone number 256-506-0085. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov |

| | | |
|---|---|---|
| | | /local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/10/2022. Redacted Transcript Deadline set for 5/20/2022. Release of Transcript Restriction set for 7/18/2022. (DNW) (Entered: 04/19/2022) |
| 04/20/2022 | 147 | RESPONSE to re 145 Court's Order of April 15, 2022 Regarding Dates Related to the 2024 Congressional Election filed by John Merrill. (LaCour, Edmund) (Entered: 04/20/2022) |
| 05/02/2022 | 148 | ORDER. Signed by Judge Anna M Manasco on 05/02/2022. (TGC) (Entered: 05/02/2022) |
| 05/03/2022 | | Set/Reset Hearings: Status Conference set for 11/16/2022 at 10:00 AM central time, by Zoom, before Circuit Judge Marcus and District Judges Anna M Manasco and Terry Moorer. The court will provide the zoom information to the parties, by separate email. (FNC) (Entered: 05/03/2022) |
| 11/03/2022 | 149 | MOTION for Leave to Appear Pro Hac Vice for Ashley Burrell by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Attachments: # 1 Exhibit A-Declaration of Ashley Burrell)(Lawsen, Nicki) (Entered: 11/03/2022) |
| 11/03/2022 | | PHV Fee paid: $ 75, receipt number AALNDC-4204326 (ALND reciept# 2117). (Lawsen, Nicki) Modified on 11/3/2022 (AKD). (Entered: 11/03/2022) |
| 11/03/2022 | 150 | TEXT ORDER. Plaintiffs' Motion for Leave for Ashley Burrell to Appear Pro Hac Vice, Doc. 149 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/3/2022. (FNC) (Entered: 11/03/2022) |
| 11/14/2022 | 151 | MOTION for Leave to Appear Pro Hac Vice for Tanner Lockhead by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Attachments: # 1 Exhibit A-Declaration of T. Lockhead)(Lawsen, Nicki) (Entered: 11/14/2022) |
| 11/14/2022 | | PHV Fee paid: $ 75, receipt number AALNDC-4210454 (ALND receipt# B-2279). (Lawsen, Nicki) Modified on 11/14/2022 (AKD). (Entered: 11/14/2022) |
| 11/14/2022 | 152 | TEXT ORDER. Plaintiffs' Motion for Leave for Tanner Lockhead to Appear Pro Hac Vice, Doc. 151 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 11/14/2022. (FNC) (Entered: 11/14/2022) |
| 11/16/2022 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Status Conference held on 11/16/2022. (Court Reporter Christina Decker.) (FNC) (Entered: 11/16/2022) |
| 11/21/2022 | 153 | ORDER A Status Conference is set for February 8, 2023 at 09:00 A.M. ((CST). The status conference will be held by Zoom. The parties are ORDERED to meet and confer within thirty (30) days of the date of this order regarding the discovery and scheduling matters discussed at the court's November 16, 2022 status conference. The parties are further ORDERED to file within forty-five (45) days a joint report outlining their respective positions on discovery and |

| | | |
|---|---|---|
| | | scheduling and identifying any areas of consensus about the next steps to be taken in this case. The joint report shall be addressed as set out. Before and signed by Circuit Judge Stanley Marcus, District Judge Anna M Manasco, District Judge Terry F. Moorer. (KSS) (Entered: 11/21/2022) |
| 11/22/2022 | <u>154</u> | MOTION for Leave to Appear Pro Hac Vice *for Dayton Campbell-Harris* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # <u>1</u> Declaration of Dayton Campbell-Harris)(Faulks, LaTisha) (Entered: 11/22/2022) |
| 12/07/2022 | | PHV Fee paid: $ 75, receipt number AALNDC-4225812 (ALND receipt#B-2658). (Faulks, LaTisha) Modified on 12/8/2022 (AKD). (Entered: 12/07/2022) |
| 12/08/2022 | 155 | TEXT ORDER. Plaintiffs' Motion for Leave for Dayton Campbell-Harris to Appear Pro Hac Vice, Doc. <u>154</u> , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 12/8/2022. (FNC) (Entered: 12/08/2022) |
| 01/05/2023 | <u>156</u> | STATUS REPORT *, jointly submitted in response to issues raised in Court's Nov. 21, 2022 Order,* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Attachments: # <u>1</u> Text of Proposed Order Proposed Scheduling Order)(Ross, Deuel) (Entered: 01/05/2023) |
| 01/10/2023 | <u>157</u> | SCHEDULING ORDER-Certain time limits apply as set out herein; Regardless of the timing of the Supreme Court's decision, the parties shall exchange Initial Disclosures as required by Fed. R. Civ. P. 26 by January 30, 2023. Fact and Written discovery beginning on January 9, 2023; Regardless of the timing of the Supreme Courts decision, the Court and the Parties will make every possible effort to ensure that this case will be trial-ready by the week of July 31, 2023. Signed by District Judge Anna M Manasco, Circuit Judge Stanley Marcus and District Judge Terry F. Moorer on 01/10/2023. (AKD) (Entered: 01/10/2023) |
| 01/19/2023 | 🔓 <u>158</u> | Transcript of Zoom Status Conference Proceedings held on 11/16/2022, before Judge Anna M. Manasco. Court Reporter/Transcriber Christina Decker, Telephone number 256-506-0085. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts /Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/9/2023. Redacted Transcript Deadline set for 2/19/2023. Release of Transcript Restriction set for 4/19/2023. (AKD) (Entered: 01/19/2023) |

| 01/30/2023 | 159 | MOTION for Extension of Time by Jim McClendon, John Merrill, Chris Pringle. (Walker, J) (Entered: 01/30/2023) |
| 01/30/2023 | 160 | ORDER granting 159 Motion for Extension of Time. Signed by Judge Anna M Manasco on behalf of the panel on 01/30/2023.(TGC) (Entered: 01/30/2023) |
| 02/08/2023 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Status Conference held on 2/8/2023. (Court Reporter Christina Decker.) (FNC) (Entered: 02/08/2023) |
| 02/08/2023 | 161 | ORDER. Signed by Judge Anna M Manasco on 02/08/23. (TGC) (Entered: 02/08/2023) |
| 02/08/2023 | 🔒 | (Court only) ***Party Wes Allen added. Party John Merrill (in his official capacity as Secretary of State of Alabama) terminated pursuant to Order 161 . (AKD) (Entered: 02/08/2023) |
| 02/27/2023 | 162 | RESPONSE to re 161 *Response to Order* filed by Wes Allen. (Attachments: # 1 Exhibit Admin Calendar 2024)(Davis, James) (Entered: 02/27/2023) |
| 03/13/2023 | 163 | MOTION to Withdraw as Attorney by Wes Allen. (Wilson, Thomas) (Entered: 03/13/2023) |
| 03/13/2023 | 164 | TEXT ORDER. The court GRANTS 163 . Attorney Thomas Alexander Wilson terminated as attorney for Wes Allen. Signed by Judge Anna M Manasco on 3/13/2023. (FNC) (Entered: 03/13/2023) |
| 06/09/2023 | 165 | ORDER. The court sets a status conference by Zoom for 6/16/2023 at 08:00 AM, before Circuit Judge Marcus and District Judges Manasco and Moorer. The court will provide the zoom information to the parties by separate email. Signed by Circuit Judge Marcus and District Judges Manasco and Moorer on 6/9/2023. (FNC) (Entered: 06/09/2023) |
| 06/15/2023 | 166 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *Regarding Intent of Legislature to Enact New Redistricting Plan* (LaCour, Edmund) (Entered: 06/15/2023) |
| 06/15/2023 | 167 | MOTION Entry of Remedial Scheduling Order by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Attachments: # 1 Text of Proposed Order)(Ross, Deuel) (Entered: 06/15/2023) |
| 06/16/2023 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Status Conference held by Zoom on 6/16/2023. Case announced and hearing called to order. Counsel for all parties identified. Current status of case and plans to proceed discussed, as stated on the record. Court adj. (Court Reporter Christina Decker.)(FNC) (Entered: 06/16/2023) |
| 06/20/2023 | 168 | ORDER. Signed by Judge Anna M Manasco on 06/20/2023. (KEC) (Entered: 06/20/2023) |
| 06/20/2023 | 169 | Opposition to re 167 *Defendants Partial Opposition to Plaintiffs Motion for Entry of Remedial Scheduling Order* filed by Wes Allen, Jim McClendon, Chris Pringle. (LaCour, Edmund) (Entered: 06/20/2023) |

| 06/22/2023 | 170 | Unopposed MOTION Defer Motions on Attorneys Fees by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 06/22/2023) |
|---|---|---|
| 06/23/2023 | 171 | ORDER. The unopposed motion to defer motions for attorneys' fees is GRANTED. Plaintiffs' motions and briefs for fees will be due no earlier than 21 days after the Court's approval of a remedial plan or 21 days after July 28, 2023, if no Plaintiff files an objection to a new plan enacted by the Alabama Legislature on or before July 21, 2023. Signed by Judge Anna M Manasco on 06/23/2023. (SAB) (Entered: 06/23/2023) |
| 06/23/2023 | 🔒 172 | Transcript of Status Conference via Zoom Conference Proceedings held on 06/16/2023, before Judge Anna M. Manasco, Terry F. Moorer, Stanley Marcus. Court Reporter/Transcriber Christina Decker, Telephone number 256-506-0085. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov /local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/14/2023. Redacted Transcript Deadline set for 7/24/2023. Release of Transcript Restriction set for 9/21/2023. (AKD) (Entered: 06/23/2023) |
| 07/07/2023 | 173 | STATUS REPORT by Wes Allen, Jim McClendon, Chris Pringle. filed by Wes Allen, Jim McClendon, Chris Pringle (Attachments: # 1 2023 2nd Special Session Proclamation)(Davis, James) (Entered: 07/07/2023) |
| 07/10/2023 | 174 | SUPREME COURT OF THE UNITED STATES ORDER- ON APPEAL from the United States District Court for the Northern District of Alabama.THIS CAUSE came on to be heard on the transcript of the record from the above court and was argued by counsel. ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court is AFFIRMED. (AKD) (Entered: 07/10/2023) |
| 07/10/2023 | 175 | MOTION to Intervene by Alabama Democratic Conference, The. (Attachments: # 1 Exhibit Proposed Complaint in Intervention)(Sabel, Mark) (Entered: 07/10/2023) |
| 07/11/2023 | 176 | TEXT ORDER. Any responses to the motion to intervene, Doc. 175, are due at or before 12 noon CDT on July 17, 2023. The movant is directed to file a reply in support of the motion at or before 12 noon CDT on July 21, 2023. Signed by Judge Anna M Manasco on 07/11/2023. (SAB) (Entered: 07/11/2023) |
| 07/11/2023 | | Set/Reset Deadlines as to 175 MOTION to Intervene. Responses due by 7/17/2023 by 12pm. Replies due by 7/21/2023 by 12 pm. (AKD) (Entered: 07/11/2023) |
| 07/13/2023 | 177 | MOTION for Leave to Appear Pro Hac Vice of Bryan Sells by Alabama Democratic Conference, The. (Attachments: # 1 Exhibit Declaration of Attorney Bryan Sells)(Sabel, Mark) (Entered: 07/13/2023) |

| 07/13/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4382146 (ALND reciept# B-6337). (Sabel, Mark) Modified on 7/13/2023 (AKD). (Entered: 07/13/2023) |
|---|---|---|
| 07/13/2023 | 178 | TEXT ORDER. Intervernor Plaintiff's Motion for Leave for Bryan L. Sells to Appear Pro Hac Vice, Doc. 177 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 7/13/2023. (FNC) (Entered: 07/13/2023) |
| 07/13/2023 | 179 | MOTION for Leave to Appear Pro Hac Vice *for Sophia Lin Lakin* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone, Adia Winfrey. (Attachments: # 1 Exhibit Declaration of Sophia Lin Lakin)(Faulks, LaTisha) (Entered: 07/13/2023) |
| 07/14/2023 | 180 | STATUS REPORT by Wes Allen. filed by Wes Allen (Davis, James) (Entered: 07/14/2023) |
| 07/17/2023 | 181 | RESPONSE in Opposition re 175 MOTION to Intervene filed by Wes Allen. (Davis, James) (Entered: 07/17/2023) |
| 07/17/2023 | 182 | RESPONSE in Opposition re 175 MOTION to Intervene filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Attachments: # 1 Exhibit 1 letter to committee)(Ross, Deuel) (Entered: 07/17/2023) |
| 07/17/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4384163 (ALND receipt# B-6385). (Faulks, LaTisha) Modified on 7/17/2023 (AKD). (Entered: 07/17/2023) |
| 07/17/2023 | 183 | MOTION for Leave to File *Caster Plaintiffs' Notice of Joinder in Milligan Plaintiffs' Opposition to the Alabama Democratic Conference's Motion to Intervene* by Caster Plaintiffs. (Attachments: # 1 Notice of Joinder in Plaintiffs' Opposition to Motion to Intervene)(Rouco, Richard) (Entered: 07/17/2023) |
| 07/18/2023 | 184 | TEXT ORDER. Plaintiffs' Motion for Leave for Sophia Lin Lakin to appear Pro Hac Vice, Doc. 179 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 7/18/2023. (FNC) (Entered: 07/18/2023) |
| 07/18/2023 | 185 | REPLY to Response to Motion re 175 MOTION to Intervene filed by Alabama Democratic Conference, The. (Sells, Bryan) (Entered: 07/18/2023) |
| 07/21/2023 | 186 | STATUS REPORT by Wes Allen, Jim McClendon, Chris Pringle. filed by Wes Allen, Jim McClendon, Chris Pringle (Attachments: # 1 Livingston 3 map and data)(Davis, James) (Entered: 07/21/2023) |
| 07/24/2023 | 187 | ORDER. The parties are DIRECTED to submit three to five names of proposed cartographers at or before 12:00 NOON CDT on FRIDAY, JULY 28, 2023. This order does not alter the appointment of General Richard Allen as the Court's Special Master. Signed by Judge Anna M Manasco on 07/24/2023. (KEC) (Entered: 07/24/2023) |

| 07/24/2023 | 188 | MOTION to clarify *status of consolidation and role of the Singleton Plaintiffs* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 07/24/2023) |
|---|---|---|
| 07/25/2023 | 189 | **TEXT ORDER**: The Defendants and the *Singleton* Plaintiffs are **DIRECTED** to file responses to the Motion For Clarification by the *Milligan* Plaintiffs and *Caster* Plaintiffs on or before 5:00pm Central Daylight Time on Thursday, July 27, 2023. Signed by Judge Anna M Manasco on 07/25/2023. (KEC) (Entered: 07/25/2023) |
| 07/25/2023 | | Set/Reset Deadlines as to 188 MOTION to clarify status of consolidation and role of the Singleton Plaintiffs. Responses due by 7/27/2023 (AKD) (Entered: 07/25/2023) |
| 07/25/2023 | 190 | ORDER. The Motion to Intervene, [Doc. 175], is **DENIED**. Signed by Judge Anna M Manasco on 07/25/2023.(KEC). (Entered: 07/25/2023) |
| 07/26/2023 | 191 | MOTION to Withdraw as Attorney by Wes Allen. (Harris, Andrew) (Entered: 07/26/2023) |
| 07/26/2023 | 192 | TEXT ORDER. The court GRANTS 191 . Attorney Andrew Reid Harris terminated. Signed by Judge Anna M Manasco on 7/26/2023. (FNC) (Entered: 07/26/2023) |
| 07/26/2023 | 193 | STATUS REPORT by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Attachments: # 1 Text of Proposed Order)(Ross, Deuel) (Entered: 07/26/2023) |
| 07/27/2023 | 194 | **ORDER** on the parties' jointly proposed scheduling order, Doc. 193 . Certain time limits apply as set out herein. Signed by Judge Anna M Manasco on 07/27/2023. (KEC). (Entered: 07/27/2023) |
| 07/27/2023 | 195 | RESPONSE in Opposition re 188 MOTION to clarify *status of consolidation and role of the Singleton Plaintiffs* filed by Singleton Plaintiffs. (Quillen, Henry) (Entered: 07/27/2023) |
| 07/27/2023 | 196 | RESPONSE to Motion re 188 MOTION to clarify *status of consolidation and role of the Singleton Plaintiffs* filed by Wes Allen, Jim McClendon, Chris Pringle. (LaCour, Edmund) (Entered: 07/27/2023) |
| 07/28/2023 | | Set/Reset Hearings: Status Conference set for 7/31/2023 at 11:30 AM Central time/12:30 PM Eastern time by Zoom before Circuit Judge Marcus and District Judges Manasco and Moorer. The Zoom information has been provided to the parties. (FNC) (Entered: 07/28/2023) |
| 07/28/2023 | 197 | RESPONSE to *Order Concerning Cartographers* filed by Wes Allen. (Davis, James) (Entered: 07/28/2023) |
| 07/28/2023 | 198 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone re 187 Order, (Ross, Deuel) (Entered: 07/28/2023) |

| 07/28/2023 | 199 | Brief *Statement of Interest of the United States*. (Cheek, Jason) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 200 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone *of Objections to Enacted Plan* (Attachments: # 1 Exhibit A -, # 2 Exhibit B -, # 3 Exhibit C -, # 4 Exhibit D -, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O - Bagley)(Ross, Deuel) (Entered: 07/28/2023) |
| 07/31/2023 | 201 | RESPONSE in Support re 188 MOTION to clarify *status of consolidation and role of the Singleton Plaintiffs* filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ross, Deuel) (Entered: 07/31/2023) |
| 07/31/2023 | 202 | MOTION to Intervene by Jarmal Jabbar Sanders. (AKD) (Entered: 07/31/2023) |
| 07/31/2023 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Status Conference held by Zoom on 7/31/2023. Case announced and hearing called to order. Counsel for all parties identified. Current status of case and plans to proceed discussed, as stated on the record. Court adj. (Court Reporter Christina Decker.) (FNC) (Entered: 07/31/2023) |
| 08/01/2023 | 203 | **ORDER**: Certain deadlines apply as set out herein. Signed by Judge Anna M Manasco on 08/01/2023. (KEC) (Entered: 08/01/2023) |
| 08/02/2023 | | Set Deadlines/Hearings: Motion Hearing set for 8/14/2023 09:00 AM in Hugo L Black US Courthouse, Birmingham, AL before Judge Anna M Manasco. (AKD) (Entered: 08/02/2023) |
| 08/02/2023 | 🔒 | (Court only) ***Motions terminated: 202 MOTION to Intervene filed by Jarmal Jabbar Sanders. Pursuant to Order 203 (AKD) (Entered: 08/02/2023) |
| 08/02/2023 | 🔒 | (Court only) ***Staff notes: Order (doc.203)sent to Intervenor Jamal Jabbar Sanders first class mail. (AKD) (Entered: 08/02/2023) |
| 08/02/2023 | 204 | ORDER. Certain deadlines apply as set out herein. Signed by Judge Anna M Manasco on 08.02.2023. (SAB) (Entered: 08/02/2023) |
| 08/03/2023 | 205 | MOTION to clarify *Order (Milligan Doc. 203)* by Wes Allen, Jim McClendon, Chris Pringle. (LaCour, Edmund) (Entered: 08/03/2023) |
| 08/03/2023 | 206 | **ORDER:** The Defendants moved for clarification of this Court's order. *Singleton* Doc. 156; *Milligan* Doc. 205 ; *Caster* Doc. 186. Each set of Plaintiffs is **DIRECTED** to respond on or before **FRIDAY, AUGUST 4, 2023** at **12:00 P.M.** (noon) **CDT**. Signed by Judge Anna M Manasco on 08/03/2023. (KEC) (Entered: 08/03/2023) |
| 08/03/2023 | 🔒 207 | Transcript of Status Conference via Teleconference Proceedings held on 07/31/2023, before Judge Anna M. Manasco, Terry F. Moorer, Stanley Marcus. Court Reporter/Transcriber Christina Decker, Telephone number 256-506-0085. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov /local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/24/2023. Redacted Transcript Deadline set for 9/3/2023. Release of Transcript Restriction set for 11/1/2023. (AKD) (Entered: 08/03/2023) |
| 08/03/2023 | 208 | MOTION for Leave to File by Terri Sewell, Members of the Congressional Black Caucus of the U.S. Senate and U.S. House of Representatives. (Attachments: # 1 Exhibit 1 - Brief)(White, John) (Entered: 08/03/2023) |
| 08/04/2023 | 209 | NOTICE of Appearance by Charles A. McKay on behalf of Wes Allen (McKay, Charles) (Entered: 08/04/2023) |
| 08/04/2023 | 210 | RESPONSE to Motion re 205 MOTION to clarify *Order (Milligan Doc. 203)* filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 08/04/2023) |
| 08/04/2023 | 211 | MOTION for Leave to Appear Pro Hac Vice *for Anna Bobrow* by Members of the Congressional Black Caucus of the U.S. Senate and U.S. House of Representatives, Terri Sewell. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration)(White, John) (Entered: 08/04/2023) |
| 08/04/2023 | 212 | MOTION for Leave to Appear Pro Hac Vice *for Robert Fram* by Members of the Congressional Black Caucus of the U.S. Senate and U.S. House of Representatives, Terri Sewell. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration)(White, John) (Entered: 08/04/2023) |
| 08/04/2023 | 213 | MOTION for Leave to Appear Pro Hac Vice *for Benjamin Klein* by Members of the Congressional Black Caucus of the U.S. Senate and U.S. House of Representatives, Terri Sewell. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration)(White, John) (Entered: 08/04/2023) |
| 08/04/2023 | 214 | MOTION for Leave to Appear Pro Hac Vice *for Paulina Slagter* by Members of the Congressional Black Caucus of the U.S. Senate and U.S. House of Representatives, Terri Sewell. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration)(White, John) (Entered: 08/04/2023) |
| 08/04/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4398843 (ALND receipt# B-6740). (White, John) Modified on 8/4/2023 (AKD). (Entered: 08/04/2023) |
| 08/04/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4398846 (ALND reciept# B-6743). (White, John) Modified on 8/4/2023 (AKD). (Entered: 08/04/2023) |
| 08/04/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4398847 (ALND reciept# B-6744). (White, John) Modified on 8/4/2023 (AKD). (Entered: 08/04/2023) |
| 08/04/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4398851 (ALND reciept# B-6745). (White, John) Modified on 8/4/2023 (AKD). (Entered: 08/04/2023) |
| 08/04/2023 | 215 | TEXT ORDER. Members of the Congressional Black Caucus' Motion for Leave for Anna Bobrow to Appear Pro Hac Vice, Doc. 211 , is GRANTED. |

|  |  |  |
|---|---|---|
|  |  | Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 8/4/2023. (FNC) (Entered: 08/04/2023) |
| 08/04/2023 | 216 | TEXT ORDER. Members of the Congressional Black Caucus' Motion for Leave for Robert Fram to Appear Pro Hac Vice, Doc. 212 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 8/4/2023. (FNC) (Entered: 08/04/2023) |
| 08/04/2023 | 217 | TEXT ORDER. Members of the Congressional Black Caucus' Motion for Leave for Benjamin Klein to Appear Pro Hac Vice, Doc. 213 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 8/4/2023. (FNC) (Entered: 08/04/2023) |
| 08/04/2023 | 218 | TEXT ORDER. Members of the Congressional Black Caucus' Motion for Leave for Paulina Slagter to Appear Pro Hac Vice, Doc. 214 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 8/4/2023. (FNC) (Entered: 08/04/2023) |
| 08/04/2023 | 219 | RESPONSE to re 204 *Milligan and Caster Plaintiffs Response to Court Inquiry Regarding Remedial Proceedings* filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 08/04/2023) |
| 08/04/2023 | 220 | RESPONSE to re 200 *Milligan and Caster Plaintiffs' Objections and Request for Preliminary Injunction* filed by Wes Allen, Jim McClendon, Chris Pringle. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S)(LaCour, Edmund) (Entered: 08/04/2023) |
| 08/05/2023 | 221 | **ORDER**. Signed by Judge Anna M Manasco on 08/05/2023. (KEC) (Entered: 08/05/2023) |
| 08/06/2023 | 222 | ORDER entered on the defendants' motion for clarification, Doc. 205 . Signed by Judge Anna M Manasco on 08/06/2023.(SAB) (Entered: 08/06/2023) |
| 08/07/2023 | 223 | MOTION for Reconsideration re 203 Order by Jarmal Jabbar Sanders. (AKD) (Entered: 08/07/2023) |
| 08/07/2023 | 224 | Joint MOTION to Amend/Correct 220 Response (other),, *Exhibit S* by Wes Allen, Jim McClendon, Chris Pringle. (Attachments: # 1 Exhibit S)(LaCour, Edmund) (Entered: 08/07/2023) |
| 08/07/2023 | 225 | REPLY Brief filed by Plaintiffs Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone re: 200 Notice (Other), filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 08/07/2023) |

| 08/08/2023 | 226 | **ORDER** certain deadlines apply as set out herein. Signed by Judge Anna M Manasco on 08/08/2023. (KEC) (Entered: 08/08/2023) |
|---|---|---|
| 08/08/2023 | 227 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *of Filing Exhibits* (Attachments: # 1 Exhibit S, # 2 Exhibit T, # 3 Exhibit U, # 4 Exhibit V, # 5 Exhibit W)(LaCour, Edmund) (Entered: 08/08/2023) |
| 08/09/2023 | 🔒 | (Court only) ***Motions terminated: at the direction of the court: 167 ; 170 ; 183 ; and 188 (FNC) (Entered: 08/09/2023) |
| 08/09/2023 | 228 | NOTICE of Appearance by Mateo Forero-Norena on behalf of National Republican Redistricting Trust (Forero-Norena, Mateo) (Entered: 08/09/2023) |
| 08/09/2023 | 229 | MOTION for Leave to Appear Pro Hac Vice *for Christopher E. Mills* by National Republican Redistricting Trust. (Forero-Norena, Mateo) (Entered: 08/09/2023) |
| 08/09/2023 | 230 | MOTION for Leave to File *Amicus Curiae Brief* by National Republican Redistricting Trust. (Attachments: # 1 Exhibit Proposed Amicus Brief)(Forero-Norena, Mateo) (Entered: 08/09/2023) |
| 08/09/2023 | 231 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *of Filing Exhibits* (Attachments: # 1 Exhibit C-2, # 2 Exhibit F-2)(LaCour, Edmund) (Entered: 08/09/2023) |
| 08/09/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4401763 (ALND receipt# B-6830). (Forero-Norena, Mateo) Modified on 8/9/2023 (AKD). (Entered: 08/09/2023) |
| 08/09/2023 | 232 | **ORDER** on Doc 208 ; Doc. 224; Doc. 230 . Signed by Judge Anna M Manasco on 08/09/2023. (KEC). (Entered: 08/09/2023) |
| 08/09/2023 | 233 | MOTION in Limine *Regarding Defendants' experts Mr. Bryan and Mr. Trende and community of interest evidence* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 08/09/2023) |
| 08/09/2023 | 234 | Brief re 220 Response (other),, *Brief for the National Republican Redistricting Trust as Amicus Curiae in Support of Defendants Response to Plaintiffs' Objections*. (Forero-Norena, Mateo) (Entered: 08/09/2023) |
| 08/09/2023 | 235 | TEXT ORDER on Doc. 223 : Defendants are **DIRECTED** to respond to the Plaintiffs' Motion in Limine by **5:00pm CDT** on **Thursday, August 10, 2023**. In that submission, Defendants are **DIRECTED** to tell the Court (among other things) whether they have stipulated with the *Caster* and *Milligan* Plaintiffs to present all evidence, including expert opinion evidence, on paper instead of live. Signed by Judge Anna M Manasco on 08/09/2023. (KEC) (Entered: 08/09/2023) |
| 08/10/2023 | | Set/Reset Deadlines as to 233 MOTION in Limine. Defendants Responses due by 8/10/2023 (AKD) (Entered: 08/10/2023) |
| 08/10/2023 | 236 | Brief *Amici Curiae Brief of Representative Terri Sewell and Members of Congressional Black Caucus*. (White, John) (Entered: 08/10/2023) |

| 08/10/2023 | 237 | TEXT ORDER. National Republican Redistricting Trust's Motion for Leave for Christopher E. Mills to Appear Pro Hac Vice, Doc. 229 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 8/10/2023. (FNC) (Entered: 08/10/2023) |
|---|---|---|
| 08/10/2023 | 238 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone *Plaintiffs' Notice of Filing Exhibits* (Attachments: # 1 Exhibit M16, # 2 Exhibit M17, # 3 Exhibit M20, # 4 Exhibit M21, # 5 Exhibit M22, # 6 Exhibit M23, # 7 Exhibit M24, # 8 Exhibit M25, # 9 Exhibit M26, # 10 Exhibit M27, # 11 Exhibit M28, # 12 Exhibit M29, [STRICKEN - SEE ORDER 257 #(13) Exhibit M30,] # 14 Exhibit M31, # 15 Exhibit M32, # 16 Exhibit M33, # 17 Exhibit M35, # 18 Exhibit M36, # 19 Exhibit M38, # 20 Exhibit M39, # 21 Exhibit M40, # 22 Exhibit M41, # 23 Exhibit M42)(Ross, Deuel) Modified on 8/13/2023 (FNC). (Entered: 08/10/2023) |
| 08/10/2023 | 239 | AFFIDAVIT of Richard F. Allen. (FNC) (Entered: 08/10/2023) |
| 08/10/2023 | 240 | AFFIDAVIT of Michael A. Scodro. (FNC) (Entered: 08/10/2023) |
| 08/10/2023 | 241 | AFFIDAVIT of David Ely. (FNC) (Entered: 08/10/2023) |
| 08/10/2023 | 242 | Witness List *(Defendants' Joint Witness List)* by Wes Allen, Jim McClendon, Chris Pringle. (Davis, James) (Entered: 08/10/2023) |
| 08/10/2023 | 243 | Exhibit List by Wes Allen, Jim McClendon, Chris Pringle.. (LaCour, Edmund) (Entered: 08/10/2023) |
| 08/10/2023 | 244 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *(Defendants' Joint Notice Regarding Participating Counsel)* (Davis, James) (Entered: 08/10/2023) |
| 08/10/2023 | 245 | RESPONSE to Motion re 233 MOTION in Limine *Regarding Defendants' experts Mr. Bryan and Mr. Trende and community of interest evidence* filed by Wes Allen, Jim McClendon, Chris Pringle. (LaCour, Edmund) (Entered: 08/10/2023) |
| 08/10/2023 | 246 | MOTION to Strike 238 Notice (Other),, *inadvertently filed exhibit 238-13 (exhibit M30) from docket* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 08/10/2023) |
| 08/10/2023 | 247 | MOTION for Leave to Appear Pro Hac Vice *for Amanda N. Allen* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Attachments: # 1 Exhibit A-Declaration of Amanda N. Allen, # 2 Exhibit B-Certificate of Good Standing)(Lawsen, Nicki) (Entered: 08/10/2023) |
| 08/10/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4403007 (ALND receipt# B-6849). (Lawsen, Nicki) Modified on 8/11/2023 (AKD). (Entered: 08/10/2023) |
| 08/10/2023 | 248 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone (Ross, Deuel) (Entered: 08/10/2023) |

| 08/10/2023 | 249 | Exhibit List *for August 14, 2023 Remedial Hearing* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone.. (Ross, Deuel) (Entered: 08/10/2023) |
|---|---|---|
| 08/10/2023 | 250 | Witness List *for August 14, 2023 Remedial Hearing* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 08/10/2023) |
| 08/10/2023 | 251 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *of filing of Joint Stipulated Facts for Remedial Hearing* (LaCour, Edmund) (Entered: 08/10/2023) |
| 08/11/2023 | 252 | MOTION to Substitute Attorney *Alison Mollman for Attorneys LaTisha Gotell Faulks and Kaitlin Welborn* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Mollman, Alison) (Entered: 08/11/2023) |
| 08/11/2023 | 253 | TEXT ORDER. The court GRANTS 252 . Attorney Alison Nicole Mollman added; Attorney LaTisha Gotell Faulks and Kaitlin Welborn terminated. Signed by Judge Anna M Manasco on 8/11/2023. (FNC) (Entered: 08/11/2023) |
| 08/11/2023 | 254 | TEXT ORDER. Plaintiffs' Motion for Leave for Amanda N. Allen to Appear Pro Hac Vice, Doc. 247 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 8/11/2023. (FNC) (Entered: 08/11/2023) |
| 08/11/2023 | 255 | Unopposed MOTION for Leave to File *Brief of Amici Curiae State and Local Elected Officials of Color in Support of Plaintiffs' Objections to Remedial Map* by Randall Woodfin, Steven L. Reed, Merika Coleman, Linda Coleman-Madison, Napoleon Bracy, Jr, Patrick Sellers, Sheila D Tyson, Jason Q Ward. (Attachments: # 1 Supplement Proposed Brief of Amici Curiae State and Local Elected Officials of Color in Support of Plaintiffs' Objections to Remedial Map)(Okinedo, Denzel) (Entered: 08/11/2023) |
| 08/11/2023 | 256 | REPLY Brief filed by Plaintiffs Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone re: 233 MOTION in Limine *Regarding Defendants' experts Mr. Bryan and Mr. Trende and community of interest evidence* filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Ross, Deuel) (Entered: 08/11/2023) |
| 08/12/2023 | 257 | ORDER granting Doc. 246 Motion to Strike. Signed by Judge Anna M Manasco on 08/12/2023.(SAB) (Entered: 08/12/2023) |
| 08/12/2023 | 258 | ORDER granting Doc. 255 Motion for Leave to File. Certain deadlines apply as set out herein. Signed by Judge Anna M Manasco on 08/12/2023.(SAB) (Entered: 08/12/2023) |
| 08/12/2023 | 259 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *of Filing of Amended Exhibit List* (Attachments: # 1 Exhibit July 13 2023 Committee Hearing Transcript)(LaCour, Edmund) (Entered: 08/12/2023) |

| 08/13/2023 | 260 | Brief *of Amici Curiae State and Local Elected Officials of Color in Support of Plaintiffs' Objections to Remedial Map.* (Okinedo, Denzel) (Entered: 08/13/2023) |
|---|---|---|
| 08/13/2023 | 261 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone *Notice of Filing Exhibits* (Attachments: # 1 Exhibit M43, # 2 Exhibit M44, # 3 Exhibit M45, # 4 Exhibit M46, # 5 Exhibit M47, # 6 Exhibit M48, # 7 Exhibit M49)(Ross, Deuel) (Entered: 08/13/2023) |
| 08/13/2023 | 262 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone *Notice of Filing Demonstrative Exhibit* (Attachments: # 1 Exhibit MD1)(Ross, Deuel) (Entered: 08/13/2023) |
| 08/13/2023 | 263 | NOTICE by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone *Notice of Plaintiffs' Amended Exhibit List* (Ross, Deuel) (Entered: 08/13/2023) |
| 08/14/2023 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Three-Judge Court Hearing held on 8/14/2023. Opening statements by parties. Motion in Limine addressed; Court reserves ruling; Exhibits discussed as stated on the record; closing arguments. Proposed finding of facts and conclusions of law due by 8 AM on August 19, 2023. Court adj. (Court Reporter Christina Decker.) (FNC) (Entered: 08/14/2023) |
| 08/14/2023 | 264 | **ORDER**. Signed by Judge Anna M Manasco on 08/14/2023. (KEC) (Entered: 08/14/2023) |
| 08/18/2023 | 🔒 265 | Transcript of Proceedings held on August 14, 2023, before Judge Anna M. Manasco, Judge Terry F. Moorer and Judge Stanley Marcus. Court Reporter/Transcriber Christina Decker. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts /Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/8/2023. Redacted Transcript Deadline set for 9/18/2023. Release of Transcript Restriction set for 11/16/2023. (KAM) (Entered: 08/18/2023) |
| 08/18/2023 | 266 | NOTICE by Chris Pringle (Attachments: # 1 Exhibit B-3, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N - PART 1, # 16 Exhibit N - PART 2, # 17 Exhibit N- PART 3, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit M-1)(Walker, Jordan) (Entered: 08/18/2023) |

| 08/19/2023 | 267 | Statement of Facts *Proposed Findings of Fact and Conclusions of Law* by Wes Allen, Jim McClendon, Chris Pringle. filed by Wes Allen, Jim McClendon, Chris Pringle (LaCour, Edmund) (Entered: 08/19/2023) |
|---|---|---|
| 08/19/2023 | 268 | Statement of Facts *Proposed Findings of Fact and Conclusions of Law* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Caster Plaintiffs, Khadidah Stone. filed by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Caster Plaintiffs, Khadidah Stone (Ross, Deuel) (Entered: 08/19/2023) |
| 08/21/2023 | 269 | ORDER. Steve Livingston, the current senate chair of the Alabama Legislature's Permanent Legislative Committee on Reapportionment, is hereby substituted for former senate chair Jim McClendon as a defendant in this action. Signed by Judge Anna M Manasco on 08/21/2023. (SAB) (Entered: 08/21/2023) |
| 08/23/2023 | 270 | MOTION to Withdraw as Attorney *for Plaintiffs by Tanner Lockhead* by Alabama State Conference of the NAACP, Shalela Dowdy, Greater Birmingham Ministries, Letetia Jackson, Evan Milligan, Khadidah Stone. (Lockhead, Tanner) (Entered: 08/23/2023) |
| 08/23/2023 | 271 | TEXT ORDER. The court GRANTS 270 . Attorney Tanner Lockhead terminated. Signed by Judge Anna M Manasco on 8/23/2023. (FNC) (Entered: 08/23/2023) |
| 09/05/2023 | 272 | ORDER. Signed by Judge Anna M Manasco on 09/05/2023. (SLN) (Entered: 09/05/2023) |
| 09/05/2023 | 273 | ORDER INSTRUCTING THE SPECIAL MASTER. Signed by Judge Anna M Manasco on 09/05/2023. (SLN) (Entered: 09/05/2023) |
| 09/05/2023 | 274 | NOTICE OF APPEAL to the Supreme Court of the United States as to 272 Order by Wes Allen. Filing fee $ 505, receipt number AALNDC-4420169 (ALND receipt# B-7190). (LaCour, Edmund) Modified on 9/6/2023 (AKD). Modified on 9/6/2023 (FNC). (Entered: 09/05/2023) |
| 09/05/2023 | 275 | NOTICE OF APPEAL to the United States Court of Appeals for the Eleventh Circuit as to 272 Order by Wes Allen. Filing fee $ 505, receipt number AALNDC-4420198 (ALND receipt# B-7191). (LaCour, Edmund) Modified on 9/6/2023 (AKD). Modified on 9/6/2023 (FNC). (Entered: 09/05/2023) |
| 09/05/2023 | 276 | Emergency MOTION to Stay re 275 Notice of Appeal, 272 Order, 274 Notice of Appeal *Emergency Motion for Stay Pending Appeal* by Wes Allen. (LaCour, Edmund) (Entered: 09/05/2023) |
| 09/05/2023 | 277 | TEXT ORDER: The Court received the Secretary of State's stay application at 4:42 pm CDT today, September 5, 2023. Plaintiffs are DIRECTED to respond not later than 10:00am CDT on Friday, September 8, 2023.. Signed by Judge Anna M Manasco on 9/5/2023. (FNC) (Entered: 09/05/2023) |
| 09/05/2023 | 278 | TEXT ORDER - It is hereby ordered: 1. All information ordered to be provided to the Special Master shall be uploaded to a datasite hosted by the Special Master's counsel, Mayer Brown LLP. Invitations to upload material to the datasite will be emailed to lead counsel for all parties. 2. In addition to the data |

| | | and files ordered to be provided to the Special Master by paragraph 7 of the Court Order of September 5, 2023, Defendants and the Milligan and Caster Plaintiffs are ordered to provide to the Special Master, not later than 12:00 pm Central Daylight Time on Thursday, September 7, 2023, any election data used by their respective experts to assess the performance of Black-preferred candidates in districts included in the subject plans and to support the parties' stipulations 6 through 9 (Milligan Doc. 251; Caster Doc. 213). For this purpose, Defendants and the Milligan and Caster Plaintiffs are directed to provide actual election results by precinct and, if used, any disaggregated, re-aggregated, or other modified data used to align to changed geography, in order to replicate the analysis and apply to alternative plans as necessary. Signed by Richard Allen, Special Master on 9/5/2023, with permission of the Court. (FNC) (Entered: 09/05/2023) |
| 09/06/2023 | 279 | Transmittal letter to 11th Circuit Court of Appeals re 275 Notice of Appeal (AKD) (Entered: 09/06/2023) |