UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, )<br> )<br>  Plaintiffs, )<br> )<br>v. )<br> )<br>WES ALLEN, *in his official capacity as Alabama Secretary of State*, *et al.*, )<br> )<br>  Defendants. ) | Case No.: 2:21-cv-1530-AMM<br><br>THREE-JUDGE COURT |

## ORDER

Due to a clerical error, the appeal fee paid in this case on January 25, 2022 (*see* Doc. 108) must be refunded to the Office of the Attorney General. Accordingly, the Clerk of the Court is **DIRECTED** to refund $505 to the Office of the Attorney General by mailing a check in that amount to:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36104

**DONE** and **ORDERED** this 13th day of September, 2023.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE