# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.<br><br>Defendants. | Case No.: 2:21-CV-01530-AMM<br>(THREE-JUDGE COURT) |
| IN RE REDISTRICTING 2023<br><br>Special Master | Case No.: 2:23-CV-1181-AMM |

**MOTION FOR LEAVE FOR ANNA BOBROW TO
WITHDRAW AS COUNSEL**

1

The undersigned, J. Mark White, files this Motion requesting leave for Anna Bobrow to withdraw as counsel of record for amici Members of the Congressional Black Caucus of the U.S. Senate and U.S. House of Representatives. Effective September 22, 2023, Ms. Bobrow will no longer be employed by Covington & Burling, LLP. Amici will continue to be represented by the undersigned, as well as by Paulina Slagter, Robert Fram, and Benjamin Klein. No party will be prejudiced by this withdrawal.

Dated: September 19, 2023                    Respectfully submitted,

*/s/ J. Mark White*
J. Mark White
ASB-5029-H66J
White Arnold & Dowd
2001 Park Place North, Suite 1400
Birmingham, Alabama 35203
205-323-1888
mwhite@whitearnolddowd.com

## CERTIFICATE OF SERVICE

I hereby certify that, on September 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served by email a copy of this filing to counsel of record.

By <u>*/s/ J. Mark White*</u><br>
J. Mark White