FILED

2023 Sep-25  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SINGLETON**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Case No.: 2:21-cv-1291-AMM** |
| | ) | |
| **WES ALLEN**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) | **THREE-JUDGE COURT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

| | | |
|---|---|---|
| **EVAN MILLIGAN**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Case No.: 2:21-cv-1530-AMM** |
| | ) | |
| **WES ALLEN**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) | **THREE-JUDGE COURT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

| | | |
|---|---|---|
| **MARCUS CASTER**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Case No.: 2:21-cv-1536-AMM** |
| | ) | |
| **WES ALLEN**, *in his official capacity as Secretary of State of Alabama*, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## INDEX OF EXHIBITS TO
## REPORT AND RECOMMENDATION OF THE SPECIAL MASTER

1.      Special Master's Proposed Remedial Plan # 1, including Inserts for Birmingham & Mobile and Plan Components

2.      Special Master's Proposed Remedial Plan # 2, including Inserts for Birmingham & Mobile and Plan Components

3.      Special Master's Proposed Remedial Plan # 3, including Inserts for Birmingham & Mobile and Plan Components

4.      2021 Plan (Legislature)

5.      2023 Plan (Legislature)

6.      Alabama Democratic Conference (ADC) Plan

7.      Grofman 2021 Plan

8.      Grofman 2023 Plan

9.      Hillyer Plan

10.     McCrary Plan A

11.     McCrary Plan B

12.     Moriarty Plan 1

13.     Moriarty Plan 2

14.     Pringle Plan

15.     Singleton Plan

16.     VRA Plaintiffs' Plan