FILED

2023 Sep-25  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

## Special Master's

## Proposed Remedial Plan # 1[1]

---

[1] The Special Master's Proposed Remedial Plan # 1 is also available online at https://www.google.com/maps/d/u/0/viewer?mid=1QV9lcavH6GMqJ8r93DoWxgiEXfJnQhQ&ll=32.60923085411525%2C-86.68073649999998&z=7.

**Remedial Plan 1**

| Plan Characteristics | Remedial Plan 1 |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 88.9% |
| County Splits (out of 67 counties) | 7 |
| Voting District Splits (out of 1,837 voting districts) | 14 |
| Municipality Splits (out of 462 municipalities) | 35 |
| Municipality Splits, excluding where at least 95% of population is together | 20 |
| Birmingham Split (% Population) | District 6: 10.4%<br>District 7: 89.6% |
| Mobile (City) Split (% Population) | District 1: 29.2%<br>District 2: 70.8% |
| Core Black Belt (out of 18 counties) | District 2: 8 counties<br>District 7: 10 counties |
| Core Black Belt: County Splits (out of 18 counties) | None |
| Compactness: Reock Score: Statewide | 0.35 |
| Compactness: Polsby-Popper Score: Statewide | 0.23 |
| Compactness: Population Polygon Score: Statewide | 0.68 |
| Compactness: Cut Edges: Statewide | 3,829 |

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,755 |
| Core Retention (compared to 2023 Plan) | 71.3% | 64.0% | 100.0% | 100.0% | 100.0% | 94.1% | 92.7% |
| Compactness: Reock Score | 0.21 | 0.25 | 0.41 | 0.33 | 0.37 | 0.45 | 0.45 |
| Compactness: Polsby-Popper Score | 0.14 | 0.14 | 0.35 | 0.20 | 0.40 | 0.20 | 0.20 |
| Compactness: Population Polygon Score | 0.73 | 0.64 | 0.91 | 0.41 | 0.96 | 0.56 | 0.55 |
| Black Voting Age Population | 14.9% | 50.1% | 20.7% | 7.2% | 18.3% | 16.7% | 52.8% |

**Remedial Plan 1 Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -52.4% | **10.3%** | -40.1% | -57.7% | -29.3% | -42.7% | **29.3%** |
| Count (out of 17 contests) | 0 | 15 | 0 | 0 | 0 | 0 | 17 |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -28.4% | **33.0%** | -12.4% | -37.5% | -0.6% | -11.6% | **49.8%** |
| 2018 Attorney General | -44.1% | **18.8%** | -33.4% | -50.4% | -21.7% | -34.2% | **34.5%** |
| 2018 Auditor | -47.7% | **15.7%** | -36.5% | -54.8% | -24.0% | -38.0% | **31.9%** |
| 2018 Governor | -46.5% | **13.1%** | -34.8% | -50.3% | -22.8% | -33.0% | **33.6%** |
| 2018 Lt. Governor | -49.4% | **13.7%** | -37.6% | -56.7% | -26.5% | -40.0% | **31.5%** |
| 2018 Secretary of State | -48.9% | **14.0%** | -37.0% | -56.5% | -25.1% | -39.3% | **31.3%** |
| 2020 President | -51.6% | **12.8%** | -41.4% | -62.7% | -27.6% | -38.7% | **29.8%** |
| 2020 U.S. Senate | -44.3% | **17.1%** | -36.3% | -56.3% | -21.1% | -33.4% | **33.0%** |
| 2022 Attorney General | -61.1% | **0.6%** | -52.3% | -71.4% | -37.7% | -48.5% | **22.6%** |
| 2022 Governor | -64.4% | -2.7% | -55.1% | -74.4% | -43.6% | -53.0% | **20.9%** |
| 2022 Secretary of State | -61.6% | **1.8%** | -52.6% | -71.8% | -38.0% | -49.4% | **23.7%** |
| 2022 U.S. Senate | -62.7% | -0.4% | -52.9% | -71.6% | -39.2% | -49.4% | **22.6%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -55.9% | **5.6%** | -35.0% | -47.4% | -34.6% | -55.6% | **25.6%** |
| 2014 Lt. Governor | -57.4% | **6.4%** | -38.0% | -42.5% | -37.0% | -55.8% | **25.2%** |
| 2014 Secretary of State | -57.8% | **7.4%** | -39.4% | -51.5% | -38.5% | -59.7% | **24.8%** |
| 2018 Auditor | -47.7% | **15.9%** | -36.1% | -54.8% | -24.0% | -37.8% | **32.0%** |
| 2018 Lt. Governor | -49.4% | **13.9%** | -37.2% | -56.7% | -26.5% | -39.7% | **31.6%** |
| 2018 Pub. Serv. Comm'n | -48.3% | **16.0%** | -35.7% | -55.1% | -24.2% | -38.4% | **33.0%** |
| 2020 President | -50.0% | **10.8%** | -37.9% | -61.8% | -28.1% | -38.7% | **29.8%** |
| 2022 Supreme Court | -60.2% | **2.2%** | -50.9% | -70.1% | -36.6% | -48.3% | **23.4%** |
| 2022 Attorney General | -61.2% | **0.8%** | -52.0% | -71.4% | -37.7% | -48.5% | **22.6%** |
| 2022 Governor | -64.5% | -2.6% | -54.9% | -74.4% | -43.6% | -52.9% | **20.9%** |
| 2022 Secretary of State | -61.7% | **1.9%** | -52.3% | -71.8% | -38.0% | -49.3% | **23.7%** |
| 2022 U.S. Senate | -62.8% | -0.4% | -52.7% | -71.6% | -39.2% | -49.3% | **22.6%** |



Map 1

1
2
3
4
5
6
7

©2021 CALIPER



2023 Plan
Map 1
1
2
3
4
5
6
7

©2021 CALIPER



Remedial Plan # 1 - Birmingham



Remedial Plan # 1 - Mobile

Plan Name: **RemedialPlan1**
Plan Type: **Congress**

# Plan Components (Short)

Sunday, September 24, 2023                                                                 4:18 PM

## Plan Components (Short)                                                    RemedialPlan1

**District   1**
**County Baldwin AL**
**County Coffee AL**
**County Covington AL**
**County Dale AL**
**County Escambia AL**
**County Geneva AL**
**County Houston AL**
VTD Ashford Depot
VTD Bay Springs VFD
VTD Cottonwood City Hall
VTD Cowarts City Hall
VTD Dothan 1st Assembly
VTD Enterprise Church
VTD Farm Center
VTD Gordon City Hall
VTD Hodgesville VFD
VTD Madrid Sr Ctr
VTD Mt Gilead Church
VTD Pansey VFD
VTD Rehobeth Complex
VTD Rossie Purcell Library
VTD St Johns Pk
VTD Taylor City Hall
VTD Vaughn Blumberg Ctr
VTD Water & Electric
VTD Webb City Hall
VTD Westgate Park
VTD Wicksburg VFD
**County Mobile AL**
VTD 1st Bapt Ch Irvington
VTD 1st Bapt Ch of Wilmer
VTD 1st Bapt Ch St Elmo
VTD Azalea City Ch Christ
Block 003409
2015
VTD Bayou La Batre Comm Ctr
VTD Christ Anglican Church
Block 002000

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2011 | 2012 |
| 2027 | 2038 |

Block 002100
3018
Block 002200
2000    2012
Block 002301

1013

Block 003000

2028

VTD Creekwood Ch of Christ

VTD Cypress Shores Bapt Church

VTD Dauphin Island UM Church

VTD Dayspring Bapt Church

VTD Dodge Elem

VTD Friendship Bapt Church

VTD Georgetown Bapt Church

Block 005900

| | | | | | | |
|---|---|---|---|---|---|---|
| 1101 | 1102 | 1104 | 1105 | 1106 | 1107 | 1108 |

Block 006104

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1012 |
| 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1020 | 1024 | 1025 | 1026 | 1031 | 1032 |

Block 006201

| | | | | |
|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1013 |

VTD Grand Bay Middle Sch

VTD Havenwood Bapt Church

VTD Hollingers Island Elem

VTD Holy Name of Jesus Church

VTD Indian Springs Church

VTD James Seals Jr. Rec. Ctr

Block 000200

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1024 | 1025 | 1026 | 1027 | 1047 | 1048 | 1049 | 1050 | 1051 |

Block 001200

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1109 |
| 1110 | 1111 | 1112 | 1113 | 1114 | 1115 | 1116 | 1117 | 1118 | 1119 | 1120 | 1121 |
| 1122 | 1123 | 1124 | 1127 | 1128 | 1129 | 1130 | 1131 | 1132 | 1133 | 1134 | 1135 |
| 1136 | 1137 | 1138 | 1139 | 1140 | 1141 | 1142 | 1143 | 1144 | 1145 | 1146 | 1148 |
| 1155 | 1178 | 1179 | 1180 | 1181 | 1182 | 1183 | 1184 | 1185 | 1204 | 1207 | |

VTD Living Word Church

VTD Magnolia Springs Church

VTD Meadowlake Elem

VTD Mobile Regional Sr Ctr.

VTD Mt. Ararat Bapt Church

VTD Our Savior Catholic

VTD Palmer Pillans Mid Sch

VTD Riverside Bapt Church

VTD Rock of Faith Bapt Ch

Block 001200

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1125 | 1126 | 1147 | 1149 | 1150 | 1151 | 1152 | 1153 | 1156 | 1157 | 1158 | 1159 |
| 1160 | 1161 | 1162 | 1163 | 1164 | 1165 | 1166 | 1167 | 1168 | 1169 | 1170 | 1171 |
| 1172 | 1173 | 1174 | 1175 | 1176 | 1177 | 2000 | | | | | |

Block 001302

3022

Block 001502

| | | |
|---|---|---|
| 1000 | 1015 | 1016 |

Block 007400

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1034 | 1057 |
| 1058 | | | | | | | | | | | |

VTD Semmes Comm Ctr

VTD Semmes First Bapt Ch

VTD Seven Hills Church

VTD Seven Hills Ctr Fire

VTD Sonrise Bapt Church
VTD St. Michael Catholic
VTD St. Phillip Neri Catholic Ch
VTD Tanner Williams Hist Soc
VTD The River
VTD Tillmans Corner Comm
VTD Travis Rd. Bapt Ch
VTD Tree of Life Christ
VTD Union Bapt Church
VTD Volunteers of America

**District   2**

**County Barbour AL**
**County Bullock AL**
**County Butler AL**
**County Clarke AL**
VTD Goodhope/Choctaw Bluff
VTD Gosport VFD
VTD Jackson City Hall
VTD Morning Star Church
VTD Nettlesboro VFD
Block 957500

| 1000 | 1001 | 1002 | 1003 | 1004 | 1058 | 1059 | 1061 | 1063 | 1064 |
|------|------|------|------|------|------|------|------|------|------|

Block 957800

| 3000 | 3001 | 3016 | 3025 | 3026 | 3027 |
|------|------|------|------|------|------|

VTD Saltworks/Rockville
VTD Walker Overstreet Groc
**County Conecuh AL**
**County Crenshaw AL**
**County Henry AL**
**County Houston AL**
VTD Andrew Belle Comm Ctr
VTD Dothan Civic Ctr
VTD Doug Tew Comm Ctr
VTD Kinsey Sr Ctr
VTD Walton Park
VTD Wiregrass Park
**County Macon AL**
**County Mobile AL**
VTD Apostolic Ch of God
VTD Azalea City Ch Christ
Block 003409

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 2000 | 2001 | 2002 | 2003 |
| 2004 | 2005 | 2006 | 2007 | 2008 | 2010 | 2011 | 2012 | 2013 | 2014 | 2016 | 2017 |
| 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | | | | | | |

Block 003410

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1014 | 3000 | 3001 | 3002 | 3003 | 3004 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 3005 | 3006 | 3007 | 3008 | 3015 | 3025 | 3026 | 3027 | 3032 | | | |

Block 006102

| 1041 | 1063 |
|------|------|

VTD Bishop State Comm. College
VTD Boys & Girls Club
VTD Carver Campus Bishop St
VTD Christ Anglican Church
Block 002100

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 3000 |
| 3001 | 3002 | 3003 | 3004 | 3005 | 3006 | 3007 | 3008 | 3009 | 3010 | 3011 | 3012 |
| 3013 | 3014 | 3015 | 3016 | 3017 | | | | | | | |

Block 002200

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |

Block 002301

| | | | | | |
|---|---|---|---|---|---|
| 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |

Block 003000

| | |
|---|---|
| 2025 | 2029 |

VTD Chunchula Bapt Ch
VTD Citronelle Rec Ctr
VTD City Church Mobile
VTD Collins Rhodes Elem Sch
VTD Creola Sr. Citizens Ctr
VTD E. R. Dickson Elem
VTD Ebenezer Bapt Church
VTD Eichold-Mertz Elem
VTD Fellowship Bapt Church
VTD Forrest Hill Elem Sch
VTD Friendship Miss Bapt Church
VTD Georgetown Bapt Church

Block 005900

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1081 | 1094 | 1095 | 1096 | 1097 | 1098 | 1099 | 1103 | 3047 | 3063 | 3064 | 3065 |
| 3066 | 3067 | 3072 | 3073 | 3074 | 3075 | 3076 | 3078 | 3079 | 3080 | 3081 | 3082 |

VTD Gracepoint Church of God
VTD Greater Allenville Ch God
VTD Hope Chapel A.M.E.
VTD J C Davis Audit
VTD James Seals Jr. Rec. Ctr

Block 000200

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1028 | 1029 | 1030 | 1031 | 1032 | 1039 | 1040 | 1041 | 1042 | 1043 | 1044 | 1045 |
| 1046 | 1052 | 1053 | 1054 | 1055 | 1056 | 1057 | 1058 | 1059 | 1060 | 1061 | 1062 |
| 1063 | 1068 | 1069 | 1070 | 1071 | 1072 | 1073 | 1074 | 1075 | 1076 | 1077 | 1078 |
| 1079 | 1080 | 1081 | 1082 | 1083 | 1084 | 1085 | 1086 | 1087 | | | |

Block 001001

| | | |
|---|---|---|
| 2007 | 2008 | 2016 |

Block 001100

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 2000 | 2001 | 2003 | 3000 | 3001 | 3002 |
| 3003 | 3004 | 3005 | | | | | | | | | |

VTD Joseph Dotch Comm Ctr
VTD Lafitte Bapt Church
VTD Michael Figures Comm Ctr
VTD Mobile Museum of Art
VTD Moffett Rd Assembly God
VTD Mt Vernon Comm Ctr
VTD Mt. Vernon Civic Ctr
VTD New Shiloh Miss Bapt
VTD Prichard Comm Ctr
VTD Regency Ch of Christ
VTD Revelation Miss Bapt Ch
VTD Robert L Hope Comm Ctr
VTD Rock of Faith Bapt Ch

Block 001200

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |

| 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2025 | 2026 | 2027 | 2028 |      |      |      |      |      |      |      |      |

Block 001302

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 |
| 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1035 |
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
| 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
| 2036 | 2037 | 2038 | 3000 | 3001 | 3002 | 3003 | 3004 | 3005 | 3006 | 3007 | 3008 |
| 3009 | 3010 | 3011 | 3012 | 3013 | 3014 | 3015 | 3016 | 3017 | 3018 | 3019 | 3020 |
| 3021 |      |      |      |      |      |      |      |      |      |      |      |

Block 001502

| 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1012 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1013 | 1014 |      |      |      |      |      |      |      |      |      |      |

VTD Saraland Civic Ctr
VTD Satsuma High Sch.
VTD Shelton Beach Rd Bapt. Ch
VTD St. Ignatius Marion Ctr
VTD St. Joan of Arc Catholic
VTD St. John's Episcopal Ch
VTD Sunlight Auditorium
VTD Thomas Sullivan Comm Ctr
VTD Three Circles Ch Midtown
VTD Toulminville Library
VTD Turnerville Church
VTD University Ch Christ
VTD Via! Senior Ctr
VTD Vigor High School
VTD Westminster Presbyterian

**County Monroe AL**
**County Montgomery AL**
**County Pike AL**
**County Russell AL**
**County Washington AL**
**District   3**
**County Calhoun AL**
**County Chambers AL**
**County Cherokee AL**
**County Clay AL**
**County Cleburne AL**
**County Etowah AL**
**County Lee AL**
**County Randolph AL**
**County St. Clair AL**
**County Talladega AL**

VTD Antioch Bapt Church
VTD Bethel Bapt Church
VTD Brecon/Spring St.
VTD Eastaboga/Lincoln
VTD Fayetteville/County Line

Block 011502

| 1000 | 1001 | 1012 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1022 | 1023 | 1024 |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 1025 | 1026 | 1028 | 1040 | 1041 | 1042 | 1043 | 1044 | 1045 | 1046 | 1047 | 1048 |
| 1049 | 1050 | 1051 | 1052 | 1066 | 1067 | 1068 | 1069 | 1074 |      |      |      |

Block 011900
   1065    2015    2016

VTD Ironaton
VTD J. Craig Smith
VTD Lay Lake/St. Andrews
VTD Limbaugh/Bon Air/Oak Grove
VTD Mabra/Kingston/TC
VTD Munford
VTD Stemley/Renfroe
VTD Sycamore Nutr Ctr
VTD Waldo City Hall
VTD Winterboro/Berney St.

**County Tallapoosa AL**
**District   4**
**County Blount AL**
**County Colbert AL**
**County Cullman AL**
**County DeKalb AL**
**County Fayette AL**
**County Franklin AL**
**County Lamar AL**
**County Lauderdale AL**

VTD 1st Presbyterian Church
VTD Atlas Ch of Christ
VTD Broadway Rec Ctr
VTD Center Star 1st Bapt
Block 011603
   2025    2026    2027    2028
Block 011606
   1005    1012    1034    1035    1042    1043
VTD Central Bapt Church
VTD Central Comm Ctr
VTD Christ Chapel Ch Annex
VTD Cloverdale Comm Ctr
VTD E Campus Woodmont BC
VTD Fairgrounds Rd Senior Ctr
VTD Florence Blvd Ch of Christ
VTD Florence first Bapt
VTD Florence High School
VTD Grady Richards Ctr
VTD Handy Rec Ctr
VTD Hibbett School
VTD Highland Bapt Church
VTD Killen Ch Christ Annex
VTD Lauderdale Co Bd
VTD Lexington Sr Ctr
Block 011700
   1015
VTD Oakland Fire St
VTD Sherrod Ave Ch Christ
VTD St Florian Sr Ctr
VTD St James UM
VTD Stewartville Ch Christ
VTD Underwood Comm Ctr
VTD Waterloo Sr Bldg

VTD Zip City Comm Ctr

**County Marion AL**

**County Marshall AL**

**County Tuscaloosa AL**

VTD Big Sandy Church

Block 010705

| | |
|---|---|
| 1001 | 1003 |

VTD Bobby Miller Activity Ctr

Block 012503

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2001 | 2002 | 2010 | 2018 | 2028 | 2029 | 2030 | 2031 |

Block 012504

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 2004 | 2005 |
| 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2014 | 2015 | 2016 | 2017 | 2018 |
| 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 |
| 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2046 | 2047 | 2050 | 2051 |
| 2052 | 2054 | 2055 | 2056 | | | | | | | | |

Block 012505

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1037 | 1045 | 1046 | 1047 | 2015 | 2016 | 2017 | 2018 |

VTD Buhl VFD

VTD Carroll Creek Church

VTD Chapel Hill Church

VTD Church of Highlands

VTD Coker VFD

VTD County Rd Camp #3

VTD Echola FD

VTD Elrod VFD

VTD Flatwoods Church

VTD Fosters VFD

VTD Holt Elem School

VTD Mary Phelps Ctr

VTD Mayfield VFD

VTD McDonald Hughes Ctr

Block 011703

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 2022 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2038 |
| 2039 | 2041 | 2042 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2058 | 2059 | 2061 |
| 2063 | 2064 | 2066 | 2067 | 2068 | 2069 | | | | | | |

Block 012501

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1023 | 1024 | 1025 | 1026 | 1027 | 1029 | 1031 | 1033 | 1084 | 1085 | 1089 | 1119 |
| 1120 | 1121 | 1122 | 1123 | 1124 | | | | | | | |

VTD Montgomery VFD

VTD Mt Olive Church

VTD New Zion Church

VTD Northport City Hall

VTD Northport Comm Ctr

VTD Northside Lions Club

VTD Ralph VFD

VTD Romulus VFD

VTD Sheriffs Firing Range

VTD Station #2 Carroll Creek

VTD Unity Bapt Church

VTD Vestavia Hills Elem School

VTD Whitson Place Church

VTD Windham Springs Church

VTD Yellow Creek Church

**County Walker AL**
**County Winston AL**
**District    5**
**County Jackson AL**
**County Lauderdale AL**
    VTD Anderson Town Hall
    VTD Center Star 1st Bapt
      Block 011605

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2017 |
| 2018 | 2019 | 2020 | 2028 | 2029 | 2030 | 2031 | 2035 | 2036 | | | |

      Block 011606

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1010 | 1011 | 1013 | 1014 | 1015 | 1016 | 1017 |
| 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1024 | 1025 | 1026 | 1027 | 1028 | 1029 |
| 1030 | 1031 | 1032 | 1033 | 1044 | 1045 | 1046 | 2000 | 2001 | 2002 | 2003 | 2004 |
| 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
| 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 |
| 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 |
| 2053 | 2054 | 2055 | | | | | | | | | |

      Block 011700

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4012 | 4013 | 4014 | 4017 | 4026 | 4027 | 4028 | 4029 | 4038 | 4039 | 4040 | 4041 |
| 4042 | 4043 | | | | | | | | | | |

    VTD Elgin Senior Ctr
    VTD Lexington Sr Ctr
      Block 011700

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1024 |
| 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1035 | 1036 |
| 1037 | 1038 | 1039 | 1040 | 1041 | 1042 | 1043 | 1044 | 1045 | 1046 | 1047 | 1048 |
| 1049 | 1050 | 1051 | 1052 | 1053 | 1054 | 1055 | 3000 | 3001 | 3002 | 3003 | 3004 |
| 3005 | 3006 | 3007 | 3008 | 3009 | 3010 | 3011 | 3012 | 3013 | 3014 | 3015 | 3016 |
| 3017 | 3018 | 3019 | 3020 | 3021 | 3022 | 3023 | 3024 | 3025 | 3026 | 3027 | 3028 |
| 3029 | 3030 | 3031 | 3032 | 3033 | 3034 | 3035 | 3036 | 3037 | 3038 | 3039 | 3040 |
| 3041 | 3042 | 3043 | 3044 | 3045 | 3046 | 3047 | 3048 | 3049 | 3050 | 3051 | 3052 |
| 3053 | 3054 | 3055 | 3056 | 3057 | 3058 | 3059 | 3060 | 4000 | 4001 | 4002 | 4003 |
| 4004 | 4005 | 4006 | 4007 | 4008 | 4009 | 4010 | 4011 | 4015 | 4016 | 4018 | 4019 |
| 4025 | | | | | | | | | | | |

      Block 011801

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1024 |
| 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1082 | 1083 | 1092 |
| 1093 | 1094 | 1095 | 1096 | 1097 | 1099 | 1100 | 1101 | 1102 | 1103 | 1104 | 1105 |
| 1109 | 1110 | 1111 | 2002 | 2003 | 2004 | 2005 | 2020 | | | | |

    VTD Rogersville Sr Ctr
**County Lawrence AL**
**County Limestone AL**
**County Madison AL**
**County Morgan AL**
**District    6**
**County Autauga AL**
**County Bibb AL**
**County Chilton AL**
**County Coosa AL**
**County Elmore AL**
**County Jefferson AL**
    VTD Afton Lee Comm Ctr

VTD Bagley Jr HS
VTD Birmingham Botanical Gardens
VTD Bradford Sanctuary of Praise
VTD Brookwood Bapt Church
VTD Cherokee Bend Elem Sch
VTD Church at Grants Mill
VTD Church of the Highlands
VTD Clay Comm Ctr
VTD Corner Sch
VTD Crestwood Ed Ctr
VTD East Pinson Valley Ctr
VTD Fullness Christian Fellowship
VTD Fultondale Sr Citizens Bldg

   Block 011706

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1026 | 2044 | | | | | | | | | | |

   Block 011707

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1014 | 1015 | 1016 | 1017 | 1021 | 1022 | 1037 | | | | | |

   Block 011709

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1001 | 1002 | 1003 | 1005 | 1006 | 1007 | 1009 | 1011 | 1012 | 1013 | 1017 | 1018 |
| 1020 | 1021 | 1023 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1039 |
| 1042 | 1046 | 1049 | 1050 | 1051 | 1055 | 1057 | 1059 | 1060 | 1061 | 1062 | 1063 |
| 1064 | 1065 | 1066 | 1067 | 1068 | 1069 | 1070 | 1072 | 1073 | 1074 | 1075 | 1076 |
| 1077 | 1078 | 1079 | 1080 | 1081 | 1082 | 1083 | 1084 | 2002 | 2004 | 3001 | 3018 |
| 3024 | | | | | | | | | | | |

   Block 011901

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1027 | 1028 | 1029 | 1030 | 1031 | 1040 | 1041 |
| 1042 | 1043 | 1090 | 1097 | | | | | | | | |

VTD Gardendale Civic Ctr
VTD Gardendale Mt Vernon UM
VTD Guiding Light Church
VTD Homewood Public Lib
VTD Hoover Pk & Rec Ctr
VTD Hoover Public Library
VTD Horizon Church
VTD Irondale City Hall
VTD Irondale Sr Citizens Bldg
VTD Kimberly UM church
VTD Leeds 1st UM Church
VTD Leeds Civic Ctr
VTD Liberty Pk Bapt Church
VTD Life Church
VTD McElwain Bapt Church
VTD Metropolitan/Rocky Rdg
VTD Morris Sr Citizens Bldg
VTD Mountain Brook City Hall
VTD Mountain Brook Comm Church
VTD Mountain Brook Elem Sch
VTD Mountain View Bapt
VTD Mountaintop Comm Church
VTD Mt Olive Comm Ctr
VTD New Merkel Cahaba Hts Ctr
VTD Oakmont Presb Church
VTD Palmerdale UM Church
VTD Rock School Ctr

VTD Saint Lukes Church
VTD Saint Thomas Church
VTD Shades Cahaba Elem Sch
VTD Shades Mtn Comm Church
VTD St Peter Apostle Church
VTD Tom Bradford Pk

Block 011112

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 |
| 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 3009 | 3010 | 3011 | 3015 | 3016 | 3017 |
| 3018 | 3019 | 3020 | 3021 | 3022 | 3023 | 3024 | 3025 | | | | |

Block 011113

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | 1011 | 1022 | 1023 | 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 |
| 1032 | 1033 | 1034 | 1035 | 1036 | 1037 | 1038 | 1039 | 1040 | 1041 | 1042 | 1043 |
| 1044 | 3000 | 3001 | 3006 | 3007 | | | | | | | |

Block 011805

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 2000 | 2001 | 2002 | 2003 |
| 2004 | 2005 | 2006 | 3015 | 3016 | 3018 | 3019 | 3023 | 3024 | 3041 | 3042 | |

VTD Town Village Vestavia
VTD Trafford City Hall
VTD Trussville !st Bapt
VTD Trussville City Hall
VTD Trussville/North Park
VTD Vestavia Hills UM
VTD Warrior City Hall

**County Shelby AL**
**County Talladega AL**

VTD Fayetteville/County Line

Block 011501

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
| 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
| 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 |
| 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
| 2060 | | | | | | | | | | | |

Block 011502

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1020 | 1021 | 1027 | 1053 | 1054 | 1055 |
| 1056 | 1057 | 1058 | 1059 | 1060 | 1061 | 1062 | 1063 | 1064 | 1065 | 1070 | 1071 |
| 1072 | 1073 | 1077 | 2168 | | | | | | | | |

## District   7

**County Choctaw AL**
**County Clarke AL**

VTD Bashi Meth Church
VTD Coffeeville Town Hall
VTD Fulton City Hall
VTD Fulton Fire Station
VTD Grove Hill
VTD Hopewell Bapt Church
VTD Nettlesboro VFD

Block 957500

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1005 | 1006 | 1007 | 1008 | 1013 | 1014 | 1015 | 1045 | 1046 | 1047 | 1052 | 1056 |
| 1057 | 1060 | 1062 | 1065 | | | | | | | | |

Block 957800

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3002 | 3003 | 3004 | 3005 | 3006 | 3007 | 3010 | 3011 | 3012 | 3013 | 3017 | 3018 |
| 3019 | 3028 | | | | | | | | | | |

VTD Opine-Tallahatta VFD
VTD Salitpa FD
VTD Skipper/Jackson
VTD Thomasville
VTD Thomasville NG Amory
VTD Walnut Grove Church
VTD Whatley
VTD Winn VFD
**County Dallas AL**
**County Greene AL**
**County Hale AL**
**County Jefferson AL**
VTD Adamsville Bapt Church
VTD Adamsville Church of God
VTD Alliance Comm Ctr
VTD Avondale Elem Sch
VTD Avondale Public Library
VTD Bapt Church of McAdory
VTD Barrett Elem Sch
VTD Bell Wallace Bldg
VTD Bessemer City Hall
VTD Bessemer Civic Ctr
VTD Bessemer FD #5
VTD Bethel Bapt Church
VTD Birmingham FD #12
VTD Bluff Pk UM Church
VTD Brighton Sr Citizen Bldg
VTD Brooklane Comm Church
VTD Brookside Comm Ctr
VTD Brownsville Comm Ctr
VTD Bryant Chapel AME
VTD Bush Hill Academy
VTD Center Pt 1st Bapt
VTD Center Pt Comm Ctr
VTD Central Pk Elem Sch
VTD Central Pk Rec Ctr
VTD Charles Brown Elem Sch
VTD CJ Donald Elem Sch
VTD Dolomite W Field Comm Ctr
VTD Don Hawkins Pk & Rec
VTD Dunbar-Abrams Comm Ctr
VTD East Ensley Public Lib
VTD Edgewood Elem Sch
VTD Ensley Pk Rec Ctr
VTD Faith Chapel Christian Ctr
VTD Fire Dept Admin Bldg
VTD First Bapt Booker Heights
VTD Five Pts W Public Lib
VTD Forestdale Square
VTD Fultondale 1st Bapt
VTD Fultondale Sr Citizens Bldg
  Block 011707

| 1018 | 1019 | 1020 | 1023 | 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 |
| 1032 | 1033 | 1034 | 1035 | 1036 | 1038 | 1039 | 1040 | 1041 | 1042 | | |

  Block 011709

| 2007 | 2008 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 |
| 2044 | 2045 | 2046 | 2047 | 2049 | 2050 | 2051 | 2052 | 3004 | 3007 | 3016 | 3017 |
| 3021 | 3022 |

Block 011901

| 1038 | 1039 | 1044 | 1045 | 1059 | 1060 | 1063 | 1067 | 1069 | 1084 | 1085 | 1086 |
| 1087 |

Block 012003

| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1021 | 1022 | 1023 | 2000 | 2001 | 2002 | 2003 |
| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
| 2016 | 2017 | 2018 | 2019 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |

VTD George French Student Ctr
VTD Glen Iris Elem Sch
VTD Glen Oaks Elem Sch
VTD Grant St Bapt Church
VTD Harrison Pk Rec Ctr
VTD Hemphill Sch Bldg
VTD Henry Crumpton Rec Ctr
VTD Highland Pk Golf Course
VTD Hillview FD #1
VTD Homewood Excpt Foundation
VTD Homewood Sr Ctr
VTD Hooper City Rec Ctr
VTD Hoover Met Sports Complex
VTD Hoover Met Stadium
VTD Hudson Mid Sch
VTD Inglenook Elem Sch
VTD Jefferson Courthouse
VTD Johns Comm Ctr
VTD Jonesboro Elem Sch
VTD Legion Field Gate 7
VTD LM Smith Mid Sch
VTD Martha Gaskins Elem Sch
VTD Maurice West Comm Ctr
VTD Maytown Bapt Church
VTD McAlpine Rec Ctr
VTD Memorial Rec Ctr
VTD Midfield Comm Ctr
VTD Minor Elem Sch
VTD Minor FD
VTD More Than Conquerors Church
VTD Morgan Rd UM Church
VTD Morton Simpson Comm Ctr
VTD Mount Hebron Church
VTD Mt Pilgrim Church
VTD Mt Zion Church
VTD Mt Zion Comm Church
VTD Mulga Town Hall
VTD Muscoda Comm Ctr
VTD New Beginning Church
VTD New Bethal Church
VTD New Rising Star Church
VTD North Avondale Public Library

VTD North Birmingham Library
VTD North Birmingham Rec
VTD Norwood Comm Ctr
VTD Oak Grove 1st Bapt Church
VTD Oliver Elem Sch
VTD Our Lady of Lourdes Church
VTD Oxmoor Valley Comm Ctr
VTD Parkwood Church of God
VTD Pleasant Grove Church
VTD Pleasant Hill UM Church
VTD Pleasant Rdg Family Life
VTD Prince of Peace Cath Church
VTD Ramsay Alt HS
VTD Robinson Elem Sch
VTD Roosevelt City Comm Ctr
VTD Ross Bridge Welcome Ctr
VTD Sandusky Comm Ctr
VTD Shades Crest Bapt Church
VTD Shepherd Ctr E
VTD Sixth Ave Church
VTD South Hampton Elem Sch
VTD Southside Branch Public Lib
VTD Southside Homes Comm Ctr
VTD Southtown Housing Comm Ctr
VTD St Mary's Cath Church
VTD Sun Valley Elem Sch
VTD Sylvan Springs !st UM Church
VTD Tarrant City Hall
VTD Thompson Manor Comm Ctr
VTD Tom Bradford Pk
   Block 005907
    1000    1001    1002    1004    1005
   Block 011112
    3026    3027    3028
   Block 011113
    3002    3003    3004    3005
   Block 011805
    3017    3021    3044
VTD Union Hill Bapt Church
VTD Valley Creek Bapt Church
VTD Virginia College
VTD Wenonah HS
VTD West End Academy
VTD West Jeff Rec Ctr
VTD Wiggns Library
VTD Wilkerson Mid Sch
VTD Willow Wood Rec Ctr
**County Lowndes AL**
**County Marengo AL**
**County Perry AL**
**County Pickens AL**
**County Sumter AL**
**County Tuscaloosa AL**
VTD Abernant Bapt Church
VTD Alberta Bapt Church

VTD Belk Activity Ctr
VTD Big Sandy Church
  Block 010704

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 |
| 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1035 |
| 1036 | 1037 | 1038 | 1039 | 1040 | 1041 | 1042 | 1043 | 1044 | 2028 | 2029 | 2030 |
| 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2082 | 2088 | 2089 | 2090 |

  Block 010705

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1002 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1012 | 1013 |
| 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 | 1024 | 1025 |
| 1026 | 1027 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
| 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
| 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 |
| 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | | | |

VTD Bobby Miller Activity Ctr
  Block 012403

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 3022 | 3023 | 3033 | 3034 | 3035 |

  Block 012503

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1002 | 1003 | 1005 | 1006 | 1008 | 1009 | 1010 | 1011 | 1012 | 1013 | 1014 | 1015 |
| 1016 | 1017 | 1018 | 1025 | 1026 | 1027 | 1028 | 1029 | 1038 | 1039 | 2000 | 2003 |
| 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| 2017 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2032 | 3000 |
| 3001 | 3002 | 3003 | 3004 | 3005 | 3006 | 3007 | 3008 | 3009 | 3010 | 3011 | 3012 |
| 3013 | 3014 | 3015 | 3016 | 3017 | 3018 | 3019 | 3020 | 3021 | | | |

  Block 012504

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 2002 | 2003 | 2013 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 |
| 2048 | 2049 | 2053 | 2057 | | | | | | | | |

  Block 012505

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | 1001 | 1002 | 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 |
| 1012 | 1013 | 1014 | 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1023 |
| 1024 | 1025 | 1026 | 1027 | 1028 | 1029 | 1030 | 1031 | 1032 | 1033 | 1034 | 1035 |
| 1036 | 1038 | 1039 | 1040 | 1041 | 1042 | 1043 | 1044 | 1048 | 2000 | 2001 | 2002 |
| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
| 2019 | 2020 | | | | | | | | | | |

VTD Coaling Town Hall
VTD Cornerstone Church
VTD Cottondale Comm Church
VTD Cottondale Meth Church
VTD Duncanville School
VTD Forrest Lake Church
VTD G G Hardin Comm Ctr
VTD Hagler VFD
VTD Kellerman Antioch Church
VTD Lakeview Church
VTD McAbee Ctr
VTD McDonald Hughes Ctr
  Block 011701

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1003 | 1004 | 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1020 |

  Block 011703

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2009 | 2010 | 2011 | 2012 |
| 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2023 | 2024 | 2025 |
| 2035 | 2036 | 2037 | 2040 | 2043 | 2046 | 2047 | 2048 | 2049 | 2050 | 2057 | 2060 |
| 2062 | 2065 | 2070 | 2071 | 2072 | | | | | | | |

Block 011800

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1005 | 1006 | 1007 | 1008 | 1009 | 1010 | 1011 | 1012 | 1013 | 1014 | 1015 | 1016 |
| 1017 | 1018 | 1019 | 1020 | 1021 | 1022 | 1024 | 1025 | 1026 | 1027 | 1028 | 1029 |
| 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
| 2030 | 2031 | 2032 | 2033 | 2035 | 2036 | 3000 | 3001 | 3002 | 3003 | 3004 | 3005 |
| 3006 | 3007 | 3008 | 3009 | 3010 | 3011 | 3012 | 3013 | 3014 | 3015 | 3016 | 3017 |
| 3018 | 3019 | 3020 | 3021 | 3022 | 3023 | 3024 | 3025 | 3026 | 3027 | 4001 | 4002 |
| 4005 | 4006 | 4007 | 4008 | 4009 | 4010 | 4011 | 4012 | 4013 | 4014 | 4015 | 4016 |
| 4017 | 4018 | 4019 | 4020 | 4021 | 4022 | 4023 | 4032 | 4033 | 4034 | 4035 | 4036 |
| 4037 | 4038 | 4040 | 4041 | 4042 | | | | | | | |

Block 012403

| | | | | | | |
|---|---|---|---|---|---|---|
| 1015 | 1016 | 1017 | 1018 | 1019 | 1020 | 1021 |

VTD Mt Pilgram Church

VTD New Life Church

VTD Peterson Church

VTD Stillman College

VTD Tannehill Valley Church

VTD Tuscaloosa Courthouse

VTD UA Rec Ctr

VTD University Mall

VTD Vance Town Hall

**County Wilcox AL**