FILED

2023 Sep-25  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 4

## 2021 Plan

## 2021 Plan (Legislature)

| Plan Characteristics | 2021 Plan |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| County Splits (out of 67 counties) | 6 |
| Voting District Splits (out of 1,837 voting districts) | 7 |
| Municipality Splits (out of 462 municipalities) | 30 |
| Municipality Splits, excluding where at least 95% of population is together | 19 |
| Birmingham Split (% Population) | District 6: 30.2%<br>District 7: 69.8% |
| Mobile (City) Split (% Population) | District 1: 100% |
| Core Black Belt (out of 18 counties) | District 2: 5½ counties*<br>District 3: 2 counties<br>District 7: 10½ counties |
| Compactness: Reock Score: Statewide | 0.38 |
| Compactness: Polsby-Popper Score: Statewide | 0.22 |
| Compactness: Population Polygon Score: Statewide | 0.71 |
| Compactness: Cut Edges: Statewide | 3,230 |

*\* Montgomery County is split between Districts 2 and 7 and counted as a "½" in each.*

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,755 | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 |
| Compactness: Reock Score | 0.40 | 0.50 | 0.36 | 0.36 | 0.30 | 0.31 | 0.43 |
| Compactness: Polsby-Popper Score | 0.20 | 0.26 | 0.25 | 0.19 | 0.32 | 0.15 | 0.19 |
| Compactness: Population Polygon Score | 0.96 | 0.84 | 0.76 | 0.38 | 0.89 | 0.64 | 0.52 |
| Black Voting Age Population | 25.6% | 30.1% | 25.0% | 7.7% | 18.1% | 18.9% | 55.3% |

**2021 Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -28.4% | -31.5% | -33.5% | -56.4% | -29.5% | -34.4% | **32.1%** |
| Count (out of 17 contests) | 0 | 0 | 0 | 0 | 0 | 0 | **17** |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -1.7% | -8.7% | -5.9% | -36.4% | -0.4% | -2.4% | **52.1%** |
| 2018 Attorney General | -19.4% | -22.4% | -27.2% | -48.7% | -22.1% | -26.2% | **37.2%** |
| 2018 Auditor | -22.8% | -26.5% | -29.9% | -53.7% | -24.2% | -29.7% | **34.6%** |
| 2018 Governor | -21.2% | -28.6% | -29.1% | -49.6% | -23.0% | -23.8% | **35.9%** |
| 2018 Lt. Governor | -24.6% | -28.7% | -30.7% | -55.8% | -26.6% | -31.1% | **34.2%** |
| 2018 Secretary of State | -24.2% | -28.4% | -30.3% | -55.3% | -25.3% | -30.5% | **33.8%** |
| 2020 President | -28.6% | -29.7% | -34.4% | -62.4% | -27.5% | -30.4% | **32.4%** |
| 2020 U.S. Senate | -21.8% | -24.6% | -29.6% | -55.9% | -21.0% | -25.3% | **35.5%** |
| 2022 Attorney General | -40.0% | -41.0% | -45.7% | -71.3% | -37.6% | -39.1% | **24.4%** |
| 2022 Governor | -43.0% | -44.2% | -48.5% | -74.3% | -43.5% | -43.5% | **23.0%** |
| 2022 Secretary of State | -39.4% | -41.3% | -45.9% | -71.7% | -38.0% | -39.6% | **25.6%** |
| 2022 U.S. Senate | -41.5% | -42.1% | -46.2% | -71.6% | -39.0% | -39.7% | **24.3%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -30.6% | -32.9% | -29.9% | -42.7% | -35.4% | -52.1% | **29.3%** |
| 2014 Lt. Governor | -31.0% | -34.4% | -30.7% | -38.4% | -38.1% | -49.8% | **31.0%** |
| 2014 Secretary of State | -30.9% | -35.4% | -32.2% | -46.3% | -39.5% | -53.2% | **31.1%** |
| 2018 Auditor | -22.8% | -26.7% | -29.4% | -53.7% | -24.2% | -29.6% | **34.5%** |
| 2018 Lt. Governor | -24.6% | -28.9% | -30.3% | -55.8% | -26.6% | -31.0% | **34.1%** |
| 2018 Pub. Serv. Comm'n | -23.4% | -27.1% | -29.0% | -53.9% | -24.3% | -29.8% | **35.5%** |
| 2020 President | -28.8% | -32.9% | -29.3% | -60.6% | -27.9% | -30.8% | **31.3%** |
| 2022 Supreme Court | -38.8% | -39.9% | -44.2% | -69.9% | -36.5% | -39.1% | **25.3%** |
| 2022 Attorney General | -40.0% | -41.1% | -45.3% | -71.3% | -37.6% | -39.1% | **24.4%** |
| 2022 Governor | -43.0% | -44.4% | -48.2% | -74.3% | -43.5% | -43.5% | **23.0%** |
| 2022 Secretary of State | -39.4% | -41.5% | -45.5% | -71.7% | -38.0% | -39.5% | **25.6%** |
| 2022 U.S. Senate | -41.5% | -42.3% | -45.9% | -71.6% | -39.0% | -39.7% | **24.3%** |

