# EXHIBIT 5

## 2023 Plan

## 2023 Plan (Legislature)

| Plan Characteristics | 2023 Plan |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| County Splits (out of 67 counties) | 6 |
| Voting District Splits (out of 1,837 voting districts) | 11 |
| Municipality Splits (out of 462 municipalities) | 32 |
| Municipality Splits, excluding where at least 95% of population is together | 18 |
| Birmingham Split (% Population) | District 6: 25.3%<br>District 7: 74.7% |
| Mobile (City) Split (% Population) | District 1: 100% |
| Core Black Belt (out of 18 counties) | District 2: 9 counties<br>District 7: 9 counties |
| Compactness: Reock Score: Statewide | 0.41 |
| Compactness: Polsby-Popper Score: Statewide | 0.28 |
| Compactness: Population Polygon Score: Statewide | 0.75 |
| Compactness: Cut Edges: Statewide | 3,246 |

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,755 | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 |
| Compactness: Reock Score | 0.31 | 0.61 | 0.41 | 0.33 | 0.37 | 0.46 | 0.40 |
| Compactness: Polsby-Popper Score | 0.24 | 0.37 | 0.35 | 0.20 | 0.40 | 0.18 | 0.23 |
| Compactness: Population Polygon Score | 0.98 | 0.83 | 0.91 | 0.41 | 0.96 | 0.59 | 0.59 |
| Black Voting Age Population | 24.6% | 39.9% | 20.7% | 7.2% | 18.3% | 19.3% | 50.7% |

**2023 Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -30.4% | -11.4% | -40.1% | -57.7% | -29.3% | -37.3% | **23.2%** |
| Count (out of 17 contests) | 0 | 1 | 0 | 0 | 0 | 0 | **17** |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -3.2% | **12.1%** | -12.4% | -37.5% | -0.6% | -5.8% | **44.4%** |
| 2018 Attorney General | -21.6% | -3.0% | -33.4% | -50.4% | -21.7% | -28.9% | **29.4%** |
| 2018 Auditor | -24.7% | -6.3% | -36.5% | -54.8% | -24.0% | -32.6% | **26.3%** |
| 2018 Governor | -23.0% | -9.3% | -34.8% | -50.3% | -22.8% | -27.5% | **27.9%** |
| 2018 Lt. Governor | -26.6% | -8.1% | -37.6% | -56.7% | -26.5% | -34.4% | **25.8%** |
| 2018 Secretary of State | -26.2% | -7.9% | -37.0% | -56.5% | -25.1% | -33.7% | **25.7%** |
| 2020 President | -30.4% | -8.7% | -41.4% | -62.7% | -27.6% | -33.3% | **23.2%** |
| 2020 U.S. Senate | -23.7% | -4.1% | -36.3% | -56.3% | -21.1% | -28.1% | **26.8%** |
| 2022 Attorney General | -42.0% | -21.4% | -52.3% | -71.4% | -37.7% | -43.1% | **15.9%** |
| 2022 Governor | -45.1% | -24.5% | -55.1% | -74.4% | -43.6% | -47.4% | **14.0%** |
| 2022 Secretary of State | -41.5% | -21.2% | -52.6% | -71.8% | -38.0% | -43.8% | **16.9%** |
| 2022 U.S. Senate | -43.5% | -22.3% | -52.9% | -71.6% | -39.2% | -43.8% | **15.6%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -32.8% | -16.7% | -35.0% | -47.4% | -34.6% | -52.7% | **20.7%** |
| 2014 Lt. Governor | -32.9% | -13.2% | -38.0% | -42.5% | -37.0% | -49.7% | **18.9%** |
| 2014 Secretary of State | -33.5% | -12.8% | -39.4% | -51.5% | -38.5% | -53.2% | **18.8%** |
| 2018 Auditor | -24.7% | -6.3% | -36.1% | -54.8% | -24.0% | -32.5% | **26.4%** |
| 2018 Lt. Governor | -26.6% | -8.1% | -37.2% | -56.7% | -26.5% | -34.3% | **25.9%** |
| 2018 Pub. Serv. Comm'n | -25.5% | -6.2% | -35.7% | -55.1% | -24.2% | -32.9% | **27.4%** |
| 2020 President | -30.7% | -13.0% | -37.9% | -61.8% | -28.1% | -34.2% | **23.3%** |
| 2022 Supreme Court | -40.8% | -20.2% | -50.9% | -70.1% | -36.6% | -43.0% | **16.7%** |
| 2022 Attorney General | -42.0% | -21.5% | -52.0% | -71.4% | -37.7% | -43.1% | **16.0%** |
| 2022 Governor | -45.1% | -24.5% | -54.9% | -74.4% | -43.6% | -47.4% | **14.0%** |
| 2022 Secretary of State | -41.5% | -21.3% | -52.3% | -71.8% | -38.0% | -43.8% | **16.9%** |
| 2022 U.S. Senate | -43.5% | -22.4% | -52.7% | -71.6% | -39.2% | -43.8% | **15.7%** |

