# EXHIBIT 6

## ADC Plan

**Alabama Democratic Conference (ADC) Plan**

| Plan Characteristics | ADC Plan |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 68.5% |
| County Splits (out of 67 counties) | 11 |
| Voting District Splits (out of 1,837 voting districts) | 108 |
| Municipality Splits (out of 462 municipalities) | 49 |
| Municipality Splits, excluding where at least 95% of population is together | 31 |
| Birmingham Split (% Population) | District 6: 5.8%<br>District 7: 94.2% |
| Mobile (City) Split (% Population) | District 1: 10.3%<br>District 2: 89.7% |
| Core Black Belt (out of 18 counties) | District 1: 1½ counties*<br>District 2: 7 counties<br>District 3: ½ county<br>District 7: 8 counties |
| Compactness: Reock Score: Statewide | 0.33 |
| Compactness: Polsby-Popper Score: Statewide | 0.19 |
| Compactness: Population Polygon Score: Statewide | 0.65 |
| Compactness: Cut Edges: Statewide | 4,736 |

*\* Pike County is split between Districts 1 and 2; Russell County is split between Districts 2 and 3. These splits are counted as "½" in each case.*

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,754 | 717,755 | 717,754 | 717,754 |
| Core Retention (compared to 2023 Plan) | 66.5% | 57.2% | 72.9% | 62.0% | 76.4% | 64.8% | 79.4% |
| Compactness: Reock Score | 0.23 | 0.24 | 0.33 | 0.38 | 0.49 | 0.35 | 0.26 |
| Compactness: Polsby-Popper Score | 0.09 | 0.08 | 0.17 | 0.28 | 0.51 | 0.09 | 0.12 |
| Compactness: Population Polygon Score | 0.66 | 0.58 | 0.71 | 0.67 | 0.91 | 0.48 | 0.54 |
| Black Voting Age Population | 13.5% | 53.3% | 21.9% | 8.9% | 16.3% | 12.3% | 54.5% |

**ADC Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -54.6% | **16.3%** | -39.8% | -54.7% | -32.1% | -47.4% | **32.9%** |
| Count (out of 17 contests) | 0 | 17 | 0 | 0 | 0 | 0 | 17 |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -31.6% | **37.9%** | -12.7% | -34.9% | -2.5% | -15.9% | **52.7%** |
| 2018 Attorney General | -46.4% | **23.7%** | -32.7% | -46.1% | -26.0% | -39.4% | **38.4%** |
| 2018 Auditor | -50.3% | **21.0%** | -35.7% | -51.8% | -27.0% | -43.3% | **35.6%** |
| 2018 Governor | -49.3% | **18.5%** | -35.3% | -48.7% | -25.9% | -35.9% | **37.2%** |
| 2018 Lt. Governor | -52.0% | **19.1%** | -37.1% | -53.9% | -29.5% | -44.8% | **35.2%** |
| 2018 Secretary of State | -51.5% | **19.3%** | -36.6% | -53.2% | -28.1% | -44.4% | **34.9%** |
| 2020 President | -54.1% | **19.2%** | -39.5% | -60.2% | -30.4% | -44.8% | **33.7%** |
| 2020 U.S. Senate | -46.8% | **23.2%** | -34.5% | -53.5% | -24.0% | -39.3% | **37.0%** |
| 2022 Attorney General | -63.8% | **7.4%** | -51.3% | -69.3% | -40.1% | -53.4% | **27.0%** |
| 2022 Governor | -67.0% | **4.4%** | -54.3% | -72.4% | -46.0% | -57.9% | **25.1%** |
| 2022 Secretary of State | -64.4% | **8.8%** | -51.6% | -69.7% | -40.5% | -54.4% | **28.1%** |
| 2022 U.S. Senate | -65.3% | **6.5%** | -51.9% | -69.5% | -41.6% | -54.3% | **26.7%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -56.3% | **10.1%** | -37.8% | -42.1% | -37.3% | -58.9% | **28.9%** |
| 2014 Lt. Governor | -57.7% | **13.3%** | -39.0% | -38.2% | -40.3% | -59.6% | **27.7%** |
| 2014 Secretary of State | -58.4% | **14.3%** | -41.2% | -46.6% | -40.8% | -63.2% | **27.3%** |
| 2018 Auditor | -50.3% | **21.2%** | -35.6% | -51.8% | -27.0% | -42.9% | **35.3%** |
| 2018 Lt. Governor | -52.0% | **19.2%** | -37.0% | -53.8% | -29.5% | -44.3% | **34.8%** |
| 2018 Pub. Serv. Comm'n | -50.8% | **21.2%** | -35.4% | -52.2% | -27.0% | -43.3% | **36.3%** |
| 2020 President | -51.8% | **17.0%** | -39.3% | -60.1% | -26.4% | -41.7% | **32.3%** |
| 2022 Supreme Court | -62.8% | **9.0%** | -50.2% | -68.1% | -38.9% | -53.0% | **27.6%** |
| 2022 Attorney General | -63.8% | **7.5%** | -51.3% | -69.3% | -40.1% | -53.1% | **26.9%** |
| 2022 Governor | -67.0% | **4.5%** | -54.3% | -72.4% | -46.0% | -57.6% | **25.0%** |
| 2022 Secretary of State | -64.4% | **8.9%** | -51.6% | -69.7% | -40.5% | -54.0% | **28.0%** |
| 2022 U.S. Senate | -65.3% | **6.6%** | -51.9% | -69.5% | -41.6% | -54.0% | **26.5%** |



