FILED

2023 Sep-25  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 7

## Grofman 2021 Plan

**Grofman 2021 Plan**

| Plan Characteristics | Grofman 2021 Plan |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 75.3% |
| County Splits (out of 67 counties) | 6 |
| Voting District Splits (out of 1,837 voting districts) | 28 |
| Municipality Splits (out of 462 municipalities) | 27 |
| Municipality Splits, excluding where at least 95% of population is together | 15 |
| Birmingham Split (% Population) | District 6: 26.3%<br>District 7: 73.7% |
| Mobile (City) Split (% Population) | District 1: 26.2%<br>District 2: 73.8% |
| Core Black Belt (out of 18 counties) | District 2: 10½ counties*<br>District 3: 2 counties<br>District 7: 5½ counties |
| Compactness: Reock Score: Statewide | 0.32 |
| Compactness: Polsby-Popper Score: Statewide | 0.19 |
| Compactness: Population Polygon Score: Statewide | 0.64 |
| Compactness: Cut Edges: Statewide | 3,597 |

*Lowndes County is split between Districts 2 and 7 and counted as "½" in each case.*

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,755 |
| Core Retention (compared to 2023 Plan) | 66.6% | 49.2% | 85.6% | 81.0% | 95.4% | 79.1% | 69.9% |
| Compactness: Reock Score | 0.21 | 0.34 | 0.36 | 0.36 | 0.30 | 0.31 | 0.34 |
| Compactness: Polsby-Popper Score | 0.16 | 0.17 | 0.25 | 0.19 | 0.32 | 0.14 | 0.13 |
| Compactness: Population Polygon Score | 0.74 | 0.61 | 0.76 | 0.38 | 0.89 | 0.64 | 0.46 |
| Black Voting Age Population | 16.1% | 48.9% | 25.0% | 7.7% | 18.1% | 17.2% | 47.9% |

**Grofman 2021 Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -51.4% | **7.7%** | -33.5% | -56.4% | -29.5% | -36.6% | **17.3%** |
| Count (out of 17 contests) | 0 | 12 | 0 | 0 | 0 | 0 | 17 |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -27.1% | **29.9%** | -5.9% | -36.4% | -0.4% | -3.5% | **39.7%** |
| 2018 Attorney General | -43.0% | **16.2%** | -27.2% | -48.7% | -22.1% | -28.1% | **23.8%** |
| 2018 Auditor | -46.6% | **12.9%** | -29.9% | -53.7% | -24.2% | -31.8% | **21.0%** |
| 2018 Governor | -45.6% | **10.7%** | -29.1% | -49.6% | -23.0% | -25.5% | **22.7%** |
| 2018 Lt. Governor | -48.4% | **11.1%** | -30.7% | -55.8% | -26.6% | -33.3% | **20.1%** |
| 2018 Secretary of State | -47.9% | **11.3%** | -30.3% | -55.3% | -25.3% | -32.6% | **19.7%** |
| 2020 President | -50.2% | **9.5%** | -34.4% | -62.4% | -27.5% | -32.2% | **16.6%** |
| 2020 U.S. Senate | -43.0% | **13.7%** | -29.6% | -55.9% | -21.0% | -26.8% | **20.1%** |
| 2022 Attorney General | -60.4% | -2.0% | -45.7% | -71.3% | -37.6% | -41.1% | **8.2%** |
| 2022 Governor | -63.7% | -4.9% | -48.5% | -74.3% | -43.5% | -46.0% | **7.1%** |
| 2022 Secretary of State | -60.9% | -0.8% | -45.9% | -71.7% | -38.0% | -41.8% | **9.2%** |
| 2022 U.S. Senate | -62.0% | -3.0% | -46.2% | -71.6% | -39.0% | -41.9% | **8.4%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -54.7% | **3.9%** | -29.9% | -42.7% | -35.4% | -54.5% | **14.8%** |
| 2014 Lt. Governor | -56.4% | **4.8%** | -30.7% | -38.4% | -38.1% | -53.4% | **16.3%** |
| 2014 Secretary of State | -56.6% | **5.5%** | -32.2% | -46.3% | -39.5% | -57.1% | **15.1%** |
| 2018 Auditor | -46.6% | **13.0%** | -29.4% | -53.7% | -24.2% | -31.8% | **21.1%** |
| 2018 Lt. Governor | -48.4% | **11.3%** | -30.3% | -55.8% | -26.6% | -33.3% | **20.2%** |
| 2018 Pub. Serv. Comm'n | -47.2% | **13.2%** | -29.0% | -53.9% | -24.3% | -32.0% | **21.6%** |
| 2020 President | -48.7% | **9.0%** | -29.3% | -60.6% | -27.9% | -33.2% | **16.4%** |
| 2022 Supreme Court | -59.5% | -0.4% | -44.2% | -69.9% | -36.5% | -41.2% | **9.2%** |
| 2022 Attorney General | -60.6% | -1.8% | -45.3% | -71.3% | -37.6% | -41.1% | **8.2%** |
| 2022 Governor | -63.9% | -4.8% | -48.2% | -74.3% | -43.5% | -46.0% | **7.1%** |
| 2022 Secretary of State | -61.1% | -0.6% | -45.5% | -71.7% | -38.0% | -41.8% | **9.1%** |
| 2022 U.S. Senate | -62.2% | -2.9% | -45.9% | -71.6% | -39.0% | -41.9% | **8.4%** |



©2021 CALIPER



©2021 CALIPER