FILED
2023 Sep-25 PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 8
## Grofman 2023 Plan

**Grofman 2023 Plan**

| Plan Characteristics | Grofman 2023 Plan |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 87.5% |
| County Splits (out of 67 counties) | 6 |
| Voting District Splits (out of 1,837 voting districts) | 38 |
| Municipality Splits (out of 462 municipalities) | 24 |
| Municipality Splits, excluding where at least 95% of population is together | 15 |
| Birmingham Split (% Population) | District 6: 12.1%<br>District 7: 87.9% |
| Mobile (City) Split (% Population) | District 1: 10.1%<br>District 2: 89.9% |
| Core Black Belt (out of 18 counties) | District 2: 8 counties<br>District 7: 10 counties |
| Compactness: Reock Score: Statewide | 0.35 |
| Compactness: Polsby-Popper Score: Statewide | 0.23 |
| Compactness: Population Polygon Score: Statewide | 0.68 |
| Compactness: Cut Edges: Statewide | 3,663 |

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,755 |
| Core Retention (compared to 2023 Plan) | 66.6% | 59.3% | 100.0% | 100.0% | 100.0% | 94.1% | 92.7% |
| Compactness: Reock Score | 0.21 | 0.25 | 0.41 | 0.33 | 0.37 | 0.45 | 0.44 |
| Compactness: Polsby-Popper Score | 0.14 | 0.14 | 0.35 | 0.20 | 0.40 | 0.19 | 0.19 |
| Compactness: Population Polygon Score | 0.73 | 0.63 | 0.91 | 0.41 | 0.96 | 0.56 | 0.55 |
| Black Voting Age Population | 16.1% | 48.7% | 20.7% | 7.2% | 18.3% | 17.1% | 52.5% |

**Grofman 2023 Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -51.8% | **8.9%** | -40.1% | -57.7% | -29.3% | -42.6% | **29.2%** |
| Count (out of 17 contests) | 0 | 14 | 0 | 0 | 0 | 0 | 17 |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -28.2% | **31.7%** | -12.4% | -37.5% | -0.6% | -11.7% | **49.9%** |
| 2018 Attorney General | -43.7% | **17.4%** | -33.4% | -50.4% | -21.7% | -34.2% | **34.6%** |
| 2018 Auditor | -47.3% | **14.3%** | -36.5% | -54.8% | -24.0% | -38.0% | **31.9%** |
| 2018 Governor | -46.4% | **12.0%** | -34.8% | -50.3% | -22.8% | -33.1% | **33.7%** |
| 2018 Lt. Governor | -48.9% | **12.3%** | -37.6% | -56.7% | -26.5% | -40.0% | **31.5%** |
| 2018 Secretary of State | -48.5% | **12.6%** | -37.0% | -56.5% | -25.1% | -39.3% | **31.3%** |
| 2020 President | -50.9% | **11.3%** | -41.4% | -62.7% | -27.6% | -38.7% | **29.8%** |
| 2020 U.S. Senate | -43.8% | **15.7%** | -36.3% | -56.3% | -21.1% | -33.4% | **33.0%** |
| 2022 Attorney General | -60.9% | -0.9% | -52.3% | -71.4% | -37.7% | -48.5% | **22.7%** |
| 2022 Governor | -64.1% | -4.3% | -55.1% | -74.4% | -43.6% | -52.8% | **20.9%** |
| 2022 Secretary of State | -61.4% | **0.2%** | -52.6% | -71.8% | -38.0% | -49.3% | **23.8%** |
| 2022 U.S. Senate | -62.5% | -2.0% | -52.9% | -71.6% | -39.2% | -49.3% | **22.6%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -54.7% | **4.0%** | -35.0% | -47.4% | -34.6% | -55.9% | **25.5%** |
| 2014 Lt. Governor | -56.0% | **5.2%** | -38.0% | -42.5% | -37.0% | -54.5% | **24.8%** |
| 2014 Secretary of State | -56.3% | **6.0%** | -39.4% | -51.5% | -38.5% | -58.2% | **24.4%** |
| 2018 Auditor | -47.3% | **14.5%** | -36.1% | -54.8% | -24.0% | -37.9% | **32.0%** |
| 2018 Lt. Governor | -48.9% | **12.5%** | -37.2% | -56.7% | -26.5% | -39.8% | **31.6%** |
| 2018 Pub. Serv. Comm'n | -47.8% | **14.5%** | -35.7% | -55.1% | -24.2% | -38.5% | **33.0%** |
| 2020 President | -50.5% | **11.2%** | -37.9% | -61.8% | -28.1% | -39.0% | **29.7%** |
| 2022 Supreme Court | -59.9% | **0.8%** | -50.9% | -70.1% | -36.6% | -48.3% | **23.5%** |
| 2022 Attorney General | -60.9% | -0.6% | -52.0% | -71.4% | -37.7% | -48.5% | **22.7%** |
| 2022 Governor | -64.1% | -3.9% | -54.9% | -74.4% | -43.6% | -52.8% | **21.0%** |
| 2022 Secretary of State | -61.4% | **0.6%** | -52.3% | -71.8% | -38.0% | -49.3% | **23.8%** |
| 2022 U.S. Senate | -62.5% | -1.7% | -52.7% | -71.6% | -39.2% | -49.3% | **22.7%** |



