# EXHIBIT 9

# Hillyer Plan

**Hillyer Plan**

| Plan Characteristics | Hillyer Plan |
|---|---|
| Maximum Population Deviation | 1,193 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 70.8% ^ |
| County Splits (out of 67 counties) | 7 |
| Voting District Splits (out of 1,837 voting districts) | 0 |
| Municipality Splits (out of 462 municipalities) | 32 |
| Municipality Splits, excluding where at least 95% of population is together | 16 |
| Birmingham Split (% Population) | District 4: 0.0%* <br> District 6: 3.4% <br> District 7: 96.6% |
| Mobile (City) Split (% Population) | District 1: 100% |
| Core Black Belt (out of 18 counties) | District 1: 4½ counties** <br> District 2: 5 counties <br> District 3: 2½ counties <br> District 6: 1 county <br> District 7: 5 counties |
| Compactness: Reock Score: Statewide | 0.37 |
| Compactness: Polsby-Popper Score: Statewide | 0.24 |
| Compactness: Population Polygon Score: Statewide | 0.71 |
| Compactness: Cut Edges: Statewide | 3,043 |

\* The city of Birmingham is split among three districts. 16 people (which rounds to 0.0% of the city population) are in District 4.

\*\* Montgomery County is split between Districts 1 and 2; Barbour County is split between Districts 2 and 3. These splits are counted as "½" in each case.

^ For the core retention analysis, the proposed labels for Districts 4 and 6 were swapped. Otherwise the statewide core retention would have been 47.0%.

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,314 | 717,478 | 717,159 | 717,827 | 7171,916 | 718,233 | 718,352 |
| Core Retention (compared to 2023 Plan) ^ | 57.8% | 53.4% | 58.2% | 47.2% | 75.8% | 64.8% | 70.8% |
| Compactness: Reock Score | 0.24 | 0.35 | 0.43 | 0.33 | 0.47 | 0.50 | 0.25 |
| Compactness: Polsby-Popper Score | 0.15 | 0.21 | 0.22 | 0.16 | 0.51 | 0.26 | 0.14 |
| Compactness: Population Polygon Score | 0.67 | 0.80 | 0.64 | 0.56 | 0.92 | 0.74 | 0.66 |
| Black Voting Age Population | 45.1% | 20.9% | 25.8% | 13.5% | 16.2% | 9.8% | 50.1% |

**Hillyer Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | **5.1%** | -43.9% | -33.2% | -47.1% | -32.3% | -52.6% | **26.2%** |
| Count (out of 17 contests) | **11** | 0 | 0 | 0 | 0 | 0 | **17** |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | **28.0%** | -20.9% | -6.2% | -16.3% | -2.7% | -31.9% | **48.4%** |
| 2018 Attorney General | **12.6%** | -35.1% | -26.1% | -39.8% | -26.2% | -43.6% | **31.9%** |
| 2018 Auditor | **9.5%** | -39.3% | -28.9% | -43.7% | -27.2% | -49.4% | **29.4%** |
| 2018 Governor | **8.8%** | -39.5% | -29.3% | -37.8% | -26.1% | -44.7% | **31.9%** |
| 2018 Lt. Governor | **8.0%** | -41.1% | -30.4% | -45.3% | -29.7% | -51.3% | **29.0%** |
| 2018 Secretary of State | **8.2%** | -40.7% | -30.0% | -44.5% | -28.4% | -51.0% | **28.7%** |
| 2020 President | **5.9%** | -43.7% | -33.0% | -46.0% | -30.7% | -57.6% | **26.6%** |
| 2020 U.S. Senate | **10.9%** | -37.4% | -28.2% | -40.5% | -24.3% | -51.0% | **30.0%** |
| 2022 Attorney General | -4.3% | -54.4% | -45.1% | -54.4% | -40.4% | -66.5% | **19.4%** |
| 2022 Governor | -6.7% | -57.7% | -48.3% | -58.7% | -46.2% | -69.6% | **17.8%** |
| 2022 Secretary of State | -2.7% | -55.0% | -45.4% | -55.3% | -40.8% | -66.8% | **20.4%** |
| 2022 U.S. Senate | -5.2% | -55.8% | -45.8% | -55.2% | -41.8% | -66.8% | **19.5%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -0.7% | -43.5% | -31.3% | -53.1% | -37.5% | -43.3% | **20.4%** |
| 2014 Lt. Governor | **3.7%** | -44.7% | -30.8% | -54.6% | -40.5% | -38.1% | **20.6%** |
| 2014 Secretary of State | **4.4%** | -44.9% | -32.7% | -57.6% | -41.0% | -47.1% | **19.7%** |
| 2018 Auditor | **9.5%** | -39.6% | -28.9% | -43.2% | -27.2% | -49.4% | **29.3%** |
| 2018 Lt. Governor | **8.0%** | -41.4% | -30.4% | -44.8% | -29.7% | -51.2% | **28.9%** |
| 2018 Pub. Serv. Comm'n | **9.5%** | -40.0% | -28.8% | -43.5% | -27.2% | -49.8% | **30.1%** |
| 2020 President | **10.0%** | -44.4% | -33.2% | -43.1% | -26.7% | -57.5% | **24.9%** |
| 2022 Supreme Court | -2.9% | -53.5% | -44.0% | -54.0% | -39.1% | -65.4% | **22.1%** |
| 2022 Attorney General | -4.3% | -54.6% | -45.2% | -54.2% | -40.4% | -66.5% | **21.4%** |
| 2022 Governor | -6.6% | -57.9% | -48.3% | -58.6% | -46.2% | -69.6% | **19.9%** |
| 2022 Secretary of State | -2.6% | -55.2% | -45.4% | -55.1% | -40.8% | -66.9% | **22.5%** |
| 2022 U.S. Senate | -5.2% | -56.1% | -45.8% | -55.0% | -41.8% | -66.8% | **21.6%** |



