FILED
2023 Sep-25 PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 10

## McCrary Plan A

## McCrary Plan A

| Plan Characteristics | McCrary Plan A |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 78.2% |
| County Splits (out of 67 counties) | 6* |
| Voting District Splits (out of 1,837 voting districts) | 46 |
| Municipality Splits (out of 462 municipalities) | 17 |
| Municipality Splits, excluding where at least 95% of population is together | 9 |
| Birmingham Split (% Population) | District 6: 20.4%<br>District 7: 79.6% |
| Mobile (City) Split (% Population) | District 1: 15.1%<br>District 2: 75.3% |
| Core Black Belt (out of 18 counties) | District 2: 11 counties<br>District 7: 7 counties |
| Compactness: Reock Score: Statewide | 0.35 |
| Compactness: Polsby-Popper Score: Statewide | 0.23 |
| Compactness: Population Polygon Score: Statewide | 0.68 |
| Compactness: Cut Edges: Statewide | 3,197 |

\* There is an additional split county (Crenshaw), but the split portion does not include any population.

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,755 | 717,754 | 717,754 | 717,754 |
| Core Retention (compared to 2023 Plan) | 64.2% | 51.2% | 85.6% | 85.6% | 100.0% | 85.3% | 75.8% |
| Compactness: Reock Score | 0.20 | 0.31 | 0.36 | 0.33 | 0.37 | 0.41 | 0.49 |
| Compactness: Polsby-Popper Score | 0.16 | 0.18 | 0.23 | 0.20 | 0.40 | 0.19 | 0.25 |
| Compactness: Population Polygon Score | 0.73 | 0.65 | 0.77 | 0.47 | 0.96 | 0.59 | 0.61 |
| Black Voting Age Population | 15.7% | 50.1% | 22.6% | 7.1% | 18.3% | 15.7% | 51.7% |

**McCrary Plan A Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -52.2% | **10.7%** | -38.1% | -57.9% | -29.3% | -38.3% | **23.0%** |
| Count (out of 17 contests) | 0 | **15** | 0 | 0 | 0 | 0 | **17** |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -28.4% | **32.9%** | -10.6% | -38.4% | -0.6% | -4.6% | **44.2%** |
| 2018 Attorney General | -44.0% | **18.7%** | -31.1% | -50.6% | -21.7% | -29.6% | **28.7%** |
| 2018 Auditor | -47.7% | **15.5%** | -33.9% | -55.2% | -24.0% | -33.4% | **26.0%** |
| 2018 Governor | -46.6% | **13.0%** | -33.1% | -51.9% | -22.8% | -27.4% | **28.9%** |
| 2018 Lt. Governor | -49.4% | **13.9%** | -35.3% | -57.3% | -26.5% | -35.2% | **25.7%** |
| 2018 Secretary of State | -48.9% | **14.1%** | -34.8% | -56.7% | -25.1% | -34.4% | **25.1%** |
| 2020 President | -51.3% | **12.1%** | -37.9% | -63.5% | -27.6% | -34.3% | **22.8%** |
| 2020 U.S. Senate | -44.1% | **16.5%** | -33.1% | -57.0% | -21.1% | -28.8% | **26.1%** |
| 2022 Attorney General | -61.3% | **0.6%** | -49.0% | -72.5% | -37.7% | -44.0% | **16.0%** |
| 2022 Governor | -64.6% | -2.3% | -52.0% | -75.5% | -43.6% | -49.3% | **15.0%** |
| 2022 Secretary of State | -61.9% | **1.9%** | -49.3% | -73.0% | -38.0% | -44.9% | **17.1%** |
| 2022 U.S. Senate | -62.9% | -0.4% | -49.7% | -72.7% | -39.2% | -45.0% | **16.1%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -54.6% | **7.3%** | -36.8% | -44.0% | -34.6% | -53.2% | **20.0%** |
| 2014 Lt. Governor | -56.3% | **9.5%** | -38.5% | -40.5% | -37.0% | -53.0% | **17.9%** |
| 2014 Secretary of State | -56.5% | **10.7%** | -40.8% | -49.0% | -38.5% | -56.7% | **17.1%** |
| 2018 Auditor | -47.7% | **15.6%** | -33.5% | -55.3% | -24.0% | -33.2% | **25.9%** |
| 2018 Lt. Governor | -49.4% | **14.1%** | -34.9% | -57.3% | -26.5% | -35.0% | **25.5%** |
| 2018 Pub. Serv. Comm'n | -48.2% | **15.9%** | -33.4% | -55.4% | -24.2% | -33.7% | **26.7%** |
| 2020 President | -49.3% | **13.4%** | -34.6% | -62.0% | -28.1% | -33.7% | **20.5%** |
| 2022 Supreme Court | -60.5% | **2.2%** | -47.6% | -71.2% | -36.6% | -44.1% | **17.0%** |
| 2022 Attorney General | -61.5% | **0.8%** | -48.7% | -72.5% | -37.7% | -44.0% | **16.0%** |
| 2022 Governor | -64.8% | -2.1% | -51.7% | -75.5% | -43.6% | -49.3% | **15.0%** |
| 2022 Secretary of State | -62.0% | **2.1%** | -48.9% | -73.0% | -38.0% | -44.9% | **17.0%** |
| 2022 U.S. Senate | -63.1% | -0.2% | -49.4% | -72.7% | -39.2% | -45.0% | **16.1%** |



