# EXHIBIT 11
## McCrary Plan B

**McCrary Plan B**

| Plan Characteristics | McCrary Plan B |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 70.3% |
| County Splits (out of 67 counties) | 6 |
| Voting District Splits (out of 1,837 voting districts) | 58 |
| Municipality Splits (out of 462 municipalities) | 15 |
| Municipality Splits, excluding where at least 95% of population is together | 6 |
| Birmingham Split (% Population) | District 6: 4.8%<br>District 7: 95.2% |
| Mobile (City) Split (% Population) | District 1: 11.0%<br>District 2: 89.0% |
| Core Black Belt (out of 18 counties) | District 2: 6 counties<br>District 7: 12 counties |
| Compactness: Reock Score: Statewide | 0.35 |
| Compactness: Polsby-Popper Score: Statewide | 0.24 |
| Compactness: Population Polygon Score: Statewide | 0.68 |
| Compactness: Cut Edges: Statewide | 3,179 |

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,755 | 717,754 | 717,754 | 717,754 |
| Core Retention (compared to 2023 Plan) | 66.6% | 36.0% | 75.0% | 85.6% | 100.0% | 81.2% | 70.3% |
| Compactness: Reock Score | 0.21 | 0.43 | 0.27 | 0.33 | 0.37 | 0.43 | 0.39 |
| Compactness: Polsby-Popper Score | 0.15 | 0.29 | 0.19 | 0.20 | 0.40 | 0.17 | 0.29 |
| Compactness: Population Polygon Score | 0.73 | 0.61 | 0.57 | 0.47 | 0.96 | 0.55 | 0.87 |
| Black Voting Age Population | 15.4% | 52.3% | 28.7% | 7.1% | 18.3% | 13.9% | 45.0% |

**McCrary Plan B Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -52.8% | **14.9%** | -27.0% | -57.9% | -29.3% | -49.6% | **19.5%** |
| Count (out of 17 contests) | 0 | 17 | 1 | 0 | 0 | 0 | 17 |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -29.1% | **36.0%** | **0.7%** | -38.4% | -0.6% | -20.3% | **45.1%** |
| 2018 Attorney General | -44.6% | **22.4%** | -20.0% | -50.6% | -21.7% | -41.8% | **25.9%** |
| 2018 Auditor | -48.2% | **19.4%** | -23.1% | -55.2% | -24.0% | -45.5% | **23.2%** |
| 2018 Governor | -47.2% | **17.6%** | -23.3% | -51.9% | -22.8% | -40.6% | **27.5%** |
| 2018 Lt. Governor | -49.8% | **17.7%** | -24.0% | -57.3% | -26.5% | -47.4% | **22.5%** |
| 2018 Secretary of State | -49.3% | **17.8%** | -23.6% | -56.7% | -25.1% | -46.8% | **22.3%** |
| 2020 President | -51.8% | **16.8%** | -27.8% | -63.5% | -27.6% | -46.8% | **21.1%** |
| 2020 U.S. Senate | -44.6% | **20.9%** | -23.0% | -57.0% | -21.1% | -41.6% | **24.8%** |
| 2022 Attorney General | -61.7% | **5.6%** | -39.7% | -72.5% | -37.7% | -55.6% | **13.7%** |
| 2022 Governor | -64.9% | **2.9%** | -42.7% | -75.5% | -43.6% | -59.6% | **11.4%** |
| 2022 Secretary of State | -62.1% | **7.2%** | -39.9% | -73.0% | -38.0% | -56.5% | **14.5%** |
| 2022 U.S. Senate | -63.2% | **4.8%** | -40.4% | -72.7% | -39.2% | -56.3% | **13.5%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -55.7% | **10.6%** | -22.0% | -44.0% | -34.6% | -59.5% | **10.9%** |
| 2014 Lt. Governor | -57.4% | **12.9%** | -24.0% | -40.5% | -37.0% | -60.5% | **9.7%** |
| 2014 Secretary of State | -57.7% | **13.7%** | -24.9% | -49.0% | -38.5% | -64.4% | **8.4%** |
| 2018 Auditor | -48.2% | **19.6%** | -22.9% | -55.3% | -24.0% | -45.1% | **23.0%** |
| 2018 Lt. Governor | -49.8% | **17.9%** | -23.7% | -57.3% | -26.5% | -47.0% | **22.3%** |
| 2018 Pub. Serv. Comm'n | -48.7% | **19.7%** | -22.2% | -55.4% | -24.2% | -45.8% | **23.8%** |
| 2020 President | -50.0% | **16.7%** | -27.4% | -62.0% | -28.1% | -44.7% | **19.1%** |
| 2022 Supreme Court | -60.7% | **7.4%** | -38.3% | -71.2% | -36.6% | -54.9% | **14.1%** |
| 2022 Attorney General | -61.8% | **5.9%** | -39.6% | -72.5% | -37.7% | -55.2% | **13.7%** |
| 2022 Governor | -65.0% | **3.2%** | -42.6% | -75.5% | -43.6% | -59.1% | **11.3%** |
| 2022 Secretary of State | -62.3% | **7.5%** | -39.8% | -73.0% | -38.0% | -56.0% | **14.5%** |
| 2022 U.S. Senate | -63.4% | **5.1%** | -40.3% | -72.7% | -39.2% | -55.9% | **13.4%** |



