# EXHIBIT 12
## Moriarty Plan 1

**Moriarty Plan 1**

| Plan Characteristics | Moriarty Plan 1 |
|---|---|
| Maximum Population Deviation | 1,187 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 53.8% ^ |
| County Splits (out of 67 counties) | 23 |
| Voting District Splits (out of 1,837 voting districts) | 0 |
| Municipality Splits (out of 462 municipalities) | 35 |
| Municipality Splits, excluding where at least 95% of population is together | 16 |
| Birmingham Split (% Population) | District 4: 0.9%<br>District 7: 99.1% |
| Mobile (City) Split (% Population) | District 1: 100% |
| Core Black Belt (out of 18 counties) | District 1: 4 counties*<br>District 2: 2½ counties<br>District 3: 11½ counties |
| Compactness: Reock Score: Statewide | 0.34 |
| Compactness: Polsby-Popper Score: Statewide | 0.19 |
| Compactness: Population Polygon Score: Statewide | 0.73 |
| Compactness: Cut Edges: Statewide | 3,393 |

* *Butler, Crenshaw, Pike, Barbour, and Russell Counties are split between Districts 2 and 3. These splits are counted as "½" in each case.*
^ *For the core retention analysis, the proposed labels for Districts 4 and 6 were swapped. Otherwise the statewide core retention would have been 37.7%.*

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,974 | 717,995 | 717,366 | 718,346 | 717,487 | 717,952 | 717,159 |
| Core Retention (compared to 2023 Plan) ^ | 57.9% | 48.9% | 22.8% | 83.3% | 70.0% | 42.6% | 50.8% |
| Compactness: Reock Score | 0.16 | 0.20 | 0.40 | 0.44 | 0.27 | 0.37 | 0.56 |
| Compactness: Polsby-Popper Score | 0.14 | 0.10 | 0.10 | 0.16 | 0.29 | 0.24 | 0.33 |
| Compactness: Population Polygon Score | 0.86 | 0.77 | 0.72 | 0.48 | 0.96 | 0.47 | 0.87 |
| Black Voting Age Population | 34.0% | 18.8% | 47.3% | 15.8% | 20.3% | 4.9% | 40.0% |

**Moriarty Plan 1 Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -11.4% | -48.9% | **9.5%** | -51.2% | -24.4% | -64.2% | **7.4%** |
| Count (out of 17 contests) | 1 | 0 | 14 | 0 | 1 | 0 | 13 |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | **15.2%** | -25.6% | **33.2%** | -26.5% | **5.3%** | -47.0% | **36.5%** |
| 2018 Attorney General | -2.6% | -40.8% | **16.1%** | -44.3% | -16.4% | -57.5% | **14.3%** |
| 2018 Auditor | -6.2% | -44.4% | **13.5%** | -47.7% | -18.6% | -62.3% | **11.3%** |
| 2018 Governor | -2.3% | -44.5% | **10.6%** | -44.6% | -17.8% | -58.5% | **15.6%** |
| 2018 Lt. Governor | -7.3% | -45.9% | **11.6%** | -49.1% | -21.1% | -64.3% | **10.2%** |
| 2018 Secretary of State | -7.7% | -45.4% | **12.0%** | -48.9% | -19.7% | -63.6% | **10.8%** |
| 2020 President | -12.2% | -48.3% | **11.8%** | -51.5% | -22.0% | -70.0% | **10.7%** |
| 2020 U.S. Senate | -6.4% | -41.6% | **15.2%** | -46.6% | -15.5% | -63.6% | **14.7%** |
| 2022 Attorney General | -22.0% | -59.3% | -0.5% | -59.6% | -33.2% | -78.0% | **1.5%** |
| 2022 Governor | -24.4% | -62.6% | -3.5% | -62.4% | -39.2% | -80.7% | -1.6% |
| 2022 Secretary of State | -21.0% | -60.0% | **0.5%** | -60.3% | -33.4% | -78.5% | **2.1%** |
| 2022 U.S. Senate | -23.1% | -60.8% | -1.0% | -59.9% | -34.5% | -78.4% | **1.2%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -13.2% | -48.7% | **5.2%** | -51.1% | -29.8% | -50.0% | -6.6% |
| 2014 Lt. Governor | -17.2% | -50.0% | **10.6%** | -53.7% | -33.2% | -45.5% | -3.3% |
| 2014 Secretary of State | -17.6% | -50.2% | **11.3%** | -57.2% | -34.6% | -53.8% | -5.2% |
| 2018 Auditor | -6.2% | -44.4% | **13.8%** | -47.5% | -18.6% | -62.3% | **11.3%** |
| 2018 Lt. Governor | -7.3% | -45.9% | **11.8%** | -48.8% | -21.0% | -64.3% | **10.2%** |
| 2018 Pub. Serv. Comm'n | -6.1% | -44.7% | **13.9%** | -47.6% | -18.6% | -62.7% | **11.8%** |
| 2020 President | -9.9% | -47.5% | **8.4%** | -50.3% | -21.9% | -69.4% | **10.0%** |
| 2022 Supreme Court | -20.7% | -58.4% | **1.2%** | -58.8% | -32.0% | -76.7% | **1.5%** |
| 2022 Attorney General | -21.9% | -59.3% | -0.2% | -59.7% | -33.2% | -78.0% | **1.4%** |
| 2022 Governor | -24.3% | -62.7% | -3.2% | -62.5% | -39.2% | -80.7% | -1.8% |
| 2022 Secretary of State | -21.0% | -60.1% | **0.7%** | -60.4% | -33.4% | -78.5% | **2.0%** |
| 2022 U.S. Senate | -23.1% | -60.8% | -0.8% | -60.1% | -34.5% | -78.3% | **1.1%** |



