FILED
2023 Sep-25 PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 13

## Moriarty Plan 2

**Moriarty Plan 2**

| Plan Characteristics | Moriarty Plan 2 |
|---|---|
| Maximum Population Deviation | 1,127 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 52.8% ^ |
| County Splits (out of 67 counties) | 24 |
| Voting District Splits (out of 1,837 voting districts) | 0 |
| Municipality Splits (out of 462 municipalities) | 37 |
| Municipality Splits, excluding where at least 95% of population is together | 18 |
| Birmingham Split (% Population) | District 4: 0.3%<br>District 6: 0.0%*<br>District 7: 99.7% |
| Mobile (City) Split (% Population) | District 1: 100% |
| Core Black Belt (out of 18 counties) | District 1: 4 counties**<br>District 2: 2½ counties<br>District 3: 11½ counties |
| Compactness: Reock Score: Statewide | 0.34 |
| Compactness: Polsby-Popper Score: Statewide | 0.15 |
| Compactness: Population Polygon Score: Statewide | 0.71 |
| Compactness: Cut Edges: Statewide | 3,917 |

\* The city of Birmingham is split among three districts. 16 people (which rounds to 0.0% of the city population) are in District 6.

\*\* Butler, Crenshaw, Pike, Barbour, and Russell Counties are split between Districts 2 and 3. These splits are counted as "½" in each case.

^ For the core retention analysis, the proposed labels for Districts 4 and 6 were swapped. Otherwise the statewide core retention would have been 38.3%.

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,165 | 718,292 | 717,878 | 718,073 | 717,487 | 718,051 | 717,333 |
| Core Retention (compared to 2023 Plan) ^ | 57.8% | 49.0% | 22.8% | 70.0% | 83.3% | 36.7% | 50.2% |
| Compactness: Reock Score | 0.16 | 0.20 | 0.36 | 0.57 | 0.27 | 0.40 | 0.44 |
| Compactness: Polsby-Popper Score | 0.15 | 0.09 | 0.09 | 0.15 | 0.29 | 0.19 | 0.12 |
| Compactness: Population Polygon Score | 0.86 | 0.77 | 0.71 | 0.49 | 0.96 | 0.35 | 0.83 |
| Black Voting Age Population | 34.0% | 18.8% | 47.3% | 16.5% | 20.3% | 3.2% | 41.0% |

**Moriarty Plan 2 Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -11.5% | -48.9% | **9.5%** | -49.9% | -24.4% | -68.1% | **10.7%** |
| Count (out of 17 contests) | 1 | 0 | **14** | 0 | 1 | 0 | **15** |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | **15.2%** | -25.6% | **33.2%** | -25.1% | **5.3%** | -52.9% | **40.0%** |
| 2018 Attorney General | -2.7% | -40.7% | **16.2%** | -43.2% | -16.4% | -61.9% | **17.7%** |
| 2018 Auditor | -6.2% | -44.4% | **13.6%** | -46.8% | -18.6% | -66.6% | **14.9%** |
| 2018 Governor | -2.4% | -44.5% | **10.6%** | -43.5% | -17.8% | -62.8% | **19.0%** |
| 2018 Lt. Governor | -7.3% | -45.9% | **11.6%** | -48.2% | -21.1% | -68.5% | **13.7%** |
| 2018 Secretary of State | -7.8% | -45.4% | **12.0%** | -48.0% | -19.7% | -67.9% | **14.3%** |
| 2020 President | -12.2% | -48.3% | **11.8%** | -50.9% | -22.0% | -73.6% | **14.6%** |
| 2020 U.S. Senate | -6.5% | -41.6% | **15.3%** | -46.0% | -15.5% | -67.2% | **18.6%** |
| 2022 Attorney General | -21.9% | -59.3% | -0.5% | -58.5% | -33.2% | -80.7% | **3.8%** |
| 2022 Governor | -24.3% | -62.6% | -3.6% | -61.1% | -39.2% | -83.4% | **0.6%** |
| 2022 Secretary of State | -21.0% | -60.0% | **0.5%** | -59.0% | -33.4% | -81.3% | **4.5%** |
| 2022 U.S. Senate | -23.1% | -60.8% | -1.0% | -58.7% | -34.5% | -81.1% | **3.5%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -13.2% | -48.7% | **5.2%** | -48.7% | -29.8% | -54.8% | -3.2% |
| 2014 Lt. Governor | -17.3% | -50.0% | **10.7%** | -51.3% | -33.2% | -49.8% | **0.3%** |
| 2014 Secretary of State | -17.8% | -50.2% | **11.5%** | -54.4% | -34.6% | -59.0% | -1.4% |
| 2018 Auditor | -6.2% | -44.4% | **13.8%** | -46.6% | -18.6% | -66.6% | **14.8%** |
| 2018 Lt. Governor | -7.3% | -45.9% | **11.9%** | -47.9% | -21.0% | -68.5% | **13.7%** |
| 2018 Pub. Serv. Comm'n | -6.1% | -44.7% | **13.9%** | -46.6% | -18.6% | -67.1% | **15.3%** |
| 2020 President | -10.0% | -47.5% | **8.5%** | -49.7% | -21.9% | -73.6% | **14.3%** |
| 2022 Supreme Court | -20.7% | -58.4% | **1.2%** | -58.6% | -32.0% | -79.6% | **5.6%** |
| 2022 Attorney General | -21.9% | -59.3% | -0.2% | -59.6% | -33.2% | -80.7% | **5.5%** |
| 2022 Governor | -24.3% | -62.7% | -3.2% | -62.3% | -39.2% | -83.4% | **2.3%** |
| 2022 Secretary of State | -21.0% | -60.1% | **0.8%** | -60.1% | -33.4% | -81.3% | **6.2%** |
| 2022 U.S. Senate | -23.1% | -60.8% | -0.7% | -59.9% | -34.5% | -81.1% | **5.2%** |



