FILED
2023 Sep-25 PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 14

## Pringle Plan

**Pringle Plan**

| Plan Characteristics | Pringle Plan |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 89.6% |
| County Splits (out of 67 counties) | 6 |
| Voting District Splits (out of 1,837 voting districts) | 8 |
| Municipality Splits (out of 462 municipalities) | 36 |
| Municipality Splits, excluding where at least 95% of population is together | 19 |
| Birmingham Split (% Population) | District 6: 15.2% <br> District 7: 84.8% |
| Mobile (City) Split (% Population) | District 1: 100% |
| Core Black Belt (out of 18 counties) | District 2: 10 counties <br> District 7: 8 counties |
| Compactness: Reock Score: Statewide | 0.35 |
| Compactness: Polsby-Popper Score: Statewide | 0.23 |
| Compactness: Population Polygon Score: Statewide | 0.71 |
| Compactness: Cut Edges: Statewide | 3,256 |

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,755 | 717,754 |
| Core Retention (compared to 2023 Plan) | 99.6% | 93.7% | 85.6% | 81.0% | 95.4% | 84.8% | 87.2% |
| Compactness: Reock Score | 0.28 | 0.45 | 0.41 | 0.36 | 0.30 | 0.27 | 0.37 |
| Compactness: Polsby-Popper Score | 0.22 | 0.22 | 0.28 | 0.19 | 0.32 | 0.13 | 0.22 |
| Compactness: Population Polygon Score | 0.98 | 0.76 | 0.79 | 0.38 | 0.89 | 0.60 | 0.59 |
| Black Voting Age Population | 24.6% | 42.4% | 21.6% | 7.7% | 18.1% | 14.9% | 51.6% |

**Pringle Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -30.4% | -6.1% | -40.9% | -56.4% | -29.5% | -42.1% | **24.8%** |
| Count (out of 17 contests) | 0 | 3 | 0 | 0 | 0 | 0 | 17 |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -3.2% | **16.9%** | -14.0% | -36.4% | -0.4% | -10.2% | **45.9%** |
| 2018 Attorney General | -21.6% | **1.9%** | -34.0% | -48.7% | -22.1% | -33.8% | **31.0%** |
| 2018 Auditor | -24.7% | -1.4% | -37.0% | -53.7% | -24.2% | -37.5% | **27.9%** |
| 2018 Governor | -23.1% | -4.5% | -36.0% | -49.6% | -23.0% | -31.7% | **29.9%** |
| 2018 Lt. Governor | -26.6% | -2.9% | -38.2% | -55.8% | -26.6% | -39.2% | **27.4%** |
| 2018 Secretary of State | -26.3% | -2.8% | -37.7% | -55.3% | -25.3% | -38.6% | **27.2%** |
| 2020 President | -30.4% | -4.1% | -41.1% | -62.4% | -27.5% | -38.5% | **25.0%** |
| 2020 U.S. Senate | -23.7% | **0.5%** | -36.2% | -55.9% | -21.0% | -33.1% | **28.6%** |
| 2022 Attorney General | -42.0% | -16.2% | -52.3% | -71.3% | -37.6% | -47.1% | **17.5%** |
| 2022 Governor | -45.1% | -19.2% | -55.1% | -74.3% | -43.5% | -51.9% | **15.9%** |
| 2022 Secretary of State | -41.5% | -15.8% | -52.6% | -71.7% | -38.0% | -47.8% | **18.5%** |
| 2022 U.S. Senate | -43.5% | -17.0% | -52.9% | -71.6% | -39.0% | -47.9% | **17.1%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -32.8% | -10.5% | -38.0% | -42.7% | -35.4% | -56.9% | **22.4%** |
| 2014 Lt. Governor | -33.0% | -7.2% | -40.6% | -38.4% | -38.1% | -56.6% | **20.5%** |
| 2014 Secretary of State | -33.6% | -6.4% | -43.0% | -46.3% | -39.5% | -60.4% | **20.4%** |
| 2018 Auditor | -24.7% | -1.4% | -36.7% | -53.7% | -24.2% | -37.3% | **27.8%** |
| 2018 Lt. Governor | -26.6% | -2.9% | -37.8% | -55.8% | -26.6% | -39.0% | **27.3%** |
| 2018 Pub. Serv. Comm'n | -25.5% | -1.1% | -36.4% | -53.9% | -24.3% | -37.9% | **28.8%** |
| 2020 President | -30.7% | -7.5% | -37.4% | -60.6% | -27.9% | -38.0% | **23.8%** |
| 2022 Supreme Court | -40.8% | -14.8% | -50.9% | -69.9% | -36.5% | -47.1% | **18.3%** |
| 2022 Attorney General | -42.0% | -16.2% | -52.0% | -71.3% | -37.6% | -47.1% | **17.5%** |
| 2022 Governor | -45.1% | -19.2% | -54.8% | -74.3% | -43.5% | -51.9% | **15.9%** |
| 2022 Secretary of State | -41.5% | -15.8% | -52.3% | -71.7% | -38.0% | -47.9% | **18.5%** |
| 2022 U.S. Senate | -43.5% | -17.0% | -52.6% | -71.6% | -39.0% | -47.9% | **17.1%** |



