FILED
2023 Sep-25 PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 15

## Singleton Plan

**Singleton Plan**

| Plan Characteristics | Singleton Plan |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 66.5% |
| County Splits (out of 67 counties) | 6 |
| Voting District Splits (out of 1,837 voting districts) | 6 |
| Municipality Splits (out of 462 municipalities) | 31 |
| Municipality Splits, excluding where at least 95% of population is together | 20 |
| Birmingham Split (% Population) | District 6: 100% |
| Mobile (City) Split (% Population) | District 1: 100% |
| Core Black Belt (out of 18 counties) | District 2: 2 counties<br>District 7: 16 counties |
| Compactness: Reock Score: Statewide | 0.41 |
| Compactness: Polsby-Popper Score: Statewide | 0.23 |
| Compactness: Population Polygon Score: Statewide | 0.70 |
| Compactness: Cut Edges: Statewide | 3,086 |

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,755 | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 |
| Core Retention (compared to 2023 Plan) | 95.1% | 51.4% | 48.8% | 81.0% | 95.4% | 49.2% | 44.3% |
| Compactness: Reock Score | 0.40 | 0.38 | 0.34 | 0.36 | 0.30 | 0.58 | 0.48 |
| Compactness: Polsby-Popper Score | 0.20 | 0.16 | 0.17 | 0.19 | 0.32 | 0.41 | 0.16 |
| Compactness: Population Polygon Score | 0.96 | 0.63 | 0.40 | 0.38 | 0.89 | 0.95 | 0.67 |
| Black Voting Age Population | 25.6% | 24.9% | 15.5% | 7.7% | 18.1% | 39.6% | 49.4% |

**Singleton Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -28.4% | -38.4% | -51.4% | -56.4% | -29.5% | **6.6%** | **13.1%** |
| Count (out of 17 contests) | 0 | 0 | 0 | 0 | 0 | **13** | **17** |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -1.7% | -13.7% | -26.9% | -36.4% | -0.4% | **35.5%** | **35.2%** |
| 2018 Attorney General | -19.4% | -30.8% | -44.7% | -48.7% | -22.1% | **13.3%** | **20.3%** |
| 2018 Auditor | -22.8% | -34.0% | -47.9% | -53.7% | -24.2% | **10.2%** | **17.1%** |
| 2018 Governor | -21.2% | -35.1% | -45.0% | -49.6% | -23.0% | **14.7%** | **16.5%** |
| 2018 Lt. Governor | -24.6% | -35.3% | -49.1% | -55.8% | -26.6% | **9.1%** | **15.6%** |
| 2018 Secretary of State | -24.2% | -34.5% | -48.9% | -55.3% | -25.3% | **9.6%** | **15.2%** |
| 2020 President | -28.6% | -36.7% | -51.8% | -62.4% | -27.5% | **10.2%** | **15.0%** |
| 2020 U.S. Senate | -21.8% | -31.2% | -46.9% | -55.9% | -21.0% | **14.2%** | **18.5%** |
| 2022 Attorney General | -40.0% | -49.1% | -60.0% | -71.3% | -37.6% | **1.5%** | **4.2%** |
| 2022 Governor | -43.0% | -52.3% | -62.7% | -74.3% | -43.5% | -1.7% | **1.6%** |
| 2022 Secretary of State | -39.4% | -49.6% | -60.6% | -71.7% | -38.0% | **2.1%** | **5.0%** |
| 2022 U.S. Senate | -41.5% | -50.4% | -60.2% | -71.6% | -39.0% | **1.1%** | **3.6%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -30.6% | -37.3% | -51.4% | -42.7% | -35.4% | -8.0% | **8.3%** |
| 2014 Lt. Governor | -31.0% | -40.4% | -53.8% | -38.4% | -38.1% | -5.3% | **11.4%** |
| 2014 Secretary of State | -30.9% | -40.8% | -57.3% | -46.3% | -39.5% | -7.4% | **11.5%** |
| 2018 Auditor | -22.8% | -34.0% | -47.6% | -53.7% | -24.2% | **10.3%** | **17.3%** |
| 2018 Lt. Governor | -24.6% | -35.3% | -48.8% | -55.8% | -26.6% | **9.1%** | **15.9%** |
| 2018 Pub. Serv. Comm'n | -23.4% | -33.7% | -47.8% | -53.9% | -24.3% | **10.7%** | **17.7%** |
| 2020 President | -28.8% | -35.7% | -49.7% | -60.6% | -27.9% | **10.3%** | **11.2%** |
| 2022 Supreme Court | -38.8% | -48.1% | -59.0% | -69.9% | -36.5% | **1.4%** | **5.7%** |
| 2022 Attorney General | -40.0% | -49.2% | -59.9% | -71.3% | -37.6% | **1.4%** | **4.4%** |
| 2022 Governor | -43.0% | -52.3% | -62.6% | -74.3% | -43.5% | -1.9% | **1.8%** |
| 2022 Secretary of State | -39.4% | -49.6% | -60.5% | -71.7% | -38.0% | **2.0%** | **5.2%** |
| 2022 U.S. Senate | -41.5% | -50.4% | -60.1% | -71.6% | -39.0% | **1.0%** | **3.8%** |



