FILED

2023 Sep-25  PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA



# EXHIBIT 16

## VRA Plaintiffs' Plan

**VRA Plaintiffs' Plan**

| Plan Characteristics | VRA Plaintiffs' Plan |
|---|---|
| Maximum Population Deviation | 1 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in 2023 Plan): Statewide | 80.9% |
| County Splits (out of 67 counties) | 7 |
| Voting District Splits (out of 1,837 voting districts) | 11 |
| Municipality Splits (out of 462 municipalities) | 42 |
| Municipality Splits, excluding where at least 95% of population is together | 22 |
| Birmingham Split (% Population) | District 6: 13.8% District 7: 86.2% |
| Mobile (City) Split (% Population) | District 1: 29.2% District 2: 70.8% |
| Core Black Belt (out of 18 counties) | District 2: 8 counties District 7: 10 counties |
| Compactness: Reock Score: Statewide | 0.32 |
| Compactness: Polsby-Popper Score: Statewide | 0.20 |
| Compactness: Population Polygon Score: Statewide | 0.65 |
| Compactness: Cut Edges: Statewide | 3,957 |

| District Characteristics | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Total Population | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,754 | 717,755 |
| Core Retention (compared to 2023 Plan) | 71.3% | 64.0% | 85.6% | 81.0% | 95.4% | 84.1% | 85.0% |
| Compactness: Reock Score | 0.21 | 0.25 | 0.41 | 0.36 | 0.30 | 0.27 | 0.45 |
| Compactness: Polsby-Popper Score | 0.14 | 0.14 | 0.27 | 0.19 | 0.32 | 0.11 | 0.21 |
| Compactness: Population Polygon Score | 0.73 | 0.64 | 0.76 | 0.38 | 0.89 | 0.60 | 0.56 |
| Black Voting Age Population | 14.9% | 50.1% | 21.6% | 7.7% | 18.1% | 14.1% | 54.5% |

**VRA Plaintiffs' Plan Election Performance Analysis**

The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or "other" votes). The average is a simple average (equally weighted) of all unique election contests without duplicates; in the event of a duplicate, the Legislature's data was used.

| Election Contest | District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |
|---|---|---|---|---|---|---|---|
| Average | -52.4% | **10.3%** | -41.0% | -56.4% | -29.5% | -43.7% | **31.7%** |
| Count (out of 17 contests) | | 15 | 0 | 0 | 0 | 0 | 17 |
| *Data Supplied by the Legislature (Dr. Trey Hood)* | | | | | | | |
| 2017 U.S. Senate | -28.4% | **33.0%** | -14.0% | -36.4% | -0.4% | -12.0% | **51.5%** |
| 2018 Attorney General | -44.1% | **18.8%** | -34.0% | -48.7% | -22.1% | -35.6% | **36.6%** |
| 2018 Auditor | -47.7% | **15.7%** | -37.0% | -53.7% | -24.2% | -39.4% | **34.0%** |
| 2018 Governor | -46.5% | **13.1%** | -36.0% | -49.6% | -23.0% | -33.4% | **35.7%** |
| 2018 Lt. Governor | -49.4% | **13.7%** | -38.2% | -55.8% | -26.6% | -41.1% | **33.7%** |
| 2018 Secretary of State | -48.9% | **14.0%** | -37.7% | -55.3% | -25.3% | -40.4% | **33.2%** |
| 2020 President | -51.6% | **12.8%** | -41.1% | -62.4% | -27.5% | -40.2% | **32.0%** |
| 2020 U.S. Senate | -44.3% | **17.1%** | -36.3% | -55.9% | -21.0% | -34.8% | **35.1%** |
| 2022 Attorney General | -61.1% | **0.6%** | -52.3% | -71.3% | -37.6% | -48.9% | **24.7%** |
| 2022 Governor | -64.4% | -2.7% | -55.1% | -74.3% | -43.5% | -53.8% | **23.3%** |
| 2022 Secretary of State | -61.6% | **1.8%** | -52.6% | -71.7% | -38.0% | -49.7% | **25.8%** |
| 2022 U.S. Senate | -62.7% | -0.4% | -52.9% | -71.6% | -39.0% | -49.7% | **24.6%** |
| *Data Supplied by the Milligan Plaintiffs (Dr. Baodong Liu)* | | | | | | | |
| 2014 Auditor | -55.9% | **5.6%** | -38.0% | -42.7% | -35.4% | -57.5% | **29.2%** |
| 2014 Lt. Governor | -57.4% | **6.4%** | -40.6% | -38.4% | -38.1% | -57.2% | **29.5%** |
| 2014 Secretary of State | -57.8% | **7.4%** | -42.9% | -46.3% | -39.5% | -61.1% | **29.4%** |
| 2018 Auditor | -47.7% | **15.9%** | -36.7% | -53.7% | -24.2% | -39.2% | **34.1%** |
| 2018 Lt. Governor | -49.4% | **13.9%** | -37.9% | -55.8% | -26.6% | -40.9% | **33.8%** |
| 2018 Pub. Serv. Comm'n | -48.3% | **16.0%** | -36.4% | -53.9% | -24.3% | -39.7% | **35.1%** |
| 2020 President | -50.0% | **10.8%** | -37.5% | -60.6% | -27.9% | -39.4% | **31.8%** |
| 2022 Supreme Court | -60.2% | **2.2%** | -51.0% | -69.9% | -36.5% | -48.9% | **25.7%** |
| 2022 Attorney General | -61.2% | **0.8%** | -52.1% | -71.3% | -37.6% | -48.9% | **24.7%** |
| 2022 Governor | -64.5% | -2.6% | -54.9% | -74.3% | -43.5% | -53.8% | **23.3%** |
| 2022 Secretary of State | -61.7% | **1.9%** | -52.4% | -71.7% | -38.0% | -49.7% | **25.9%** |
| 2022 U.S. Senate | -62.8% | -0.4% | -52.7% | -71.6% | -39.0% | -49.7% | **24.7%** |



©2021 CALIPER



©2021 CALIPER