UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WES ALLEN, *in his official capacity as* ) <br> *Alabama Secretary of State*, *et al.*, ) <br> ) <br> Defendants. ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| EVAN MILLIGAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WES ALLEN, *in his official capacity as* ) <br> *Alabama Secretary of State*, *et al.*, ) <br> ) <br> Defendants. ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |
| MARCUS CASTER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WES ALLEN, *in his official capacity as* ) <br> *Secretary of State of Alabama*, *et al.*, ) <br> ) <br> Defendants. ) | **Case No.: 2:21-cv-1536-AMM** |

**NOTICE OF FILING OF**
**BLOCK EQUIVALENCY FILES**

Attached hereto are true and correct copies of the Block Equivalency Files ("BEFs") for the Special Master's three proposed remedial plans for Alabama's U.S. congressional map. These BEFs are being filed in PDF format on the ECF docket. Excel versions of the BEFs will be provided to the Court and emailed to counsel who have filed appearances in the docket designated as *In Re Redistricting*, No. 2:23-mc-01181-AMM, as of the time of this filing.

- Exhibit 1 hereto is the Block Equivalency File for Proposed Remedial Plan # 1.
- Exhibit 2 hereto is the Block Equivalency File for Proposed Remedial Plan # 2.
- Exhibit 3 hereto is the Block Equivalency File for Proposed Remedial Plan # 3.

**SUBMITTED** this 25th day of September, 2023.

/s/ Richard F. Allen
RICHARD F. ALLEN
SPECIAL MASTER