# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*,<br><br>    **Plaintiffs**,<br>v.<br>**WES ALLEN**, *in his official capacity as Secretary of State of Alabama, et al.*,<br>    **Defendants**. | Case No.: 2:21-cv-1291-AMM<br><br>**THREE-JUDGE COURT** |
| **EVAN MILLIGAN**, *et al.*,<br><br>    **Plaintiffs**,<br>v.<br>**WES ALLEN**, *in his official capacity as Secretary of State of Alabama, et al.*,<br>    **Defendants**. | Case No.: 2:21-cv-1530-AMM<br><br>**THREE-JUDGE COURT** |
| **MARCUS CASTER**, *et al.*,<br><br>    **Plaintiffs**,<br>v.<br>**WES ALLEN**, *in his official capacity as Alabama Secretary of State, et al.*,<br>    **Defendants**. | Case No.: 2:21-cv-1536-AMM |

## ORDER

The Court **SETS** an **IN-PERSON** hearing on any objections to the Special Master's Report and Recommendations to commence at **9:00 A.M. CDT** on

1

**OCTOBER 3, 2023,** in the Special Proceedings Courtroom of the Hugo L. Black United States Courthouse in Birmingham, Alabama.

**DONE** and **ORDERED** this 26th day of September, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE