Case 2:21-cv-01530-AMM   Document 309   Filed 10/03/23   Page 1 of 3
USCA11 Case: 23-12922   Document: 16   Date Filed: 10/03/2023   Page: 1 of 2

FILED
2023 Oct-03 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 03, 2023

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 23-12922-D
Case Style: Evan Milligan, et al v. Secretary of State for the State of Alabama
District Court Docket No: 2:21-cv-01530-AMM

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-12922-D

_____

EVAN MILLIGAN,
SHALELA DOWDY,
LETETIA JACKSON,
KHADIDAH STONE,
GREATER BIRMINGHAM MINISTRIES, et al.,

                              Plaintiffs - Appellees,

ADIA WINFREY,

                              Plaintiff,

versus

CO-CHAIRS OF THE ALABAMA PERMANENT LEGISLATIVE
COMMITTEE ON REAPPORTIONMENT, et al.,

                              Defendants,

SECRETARY OF STATE FOR THE STATE OF ALABAMA,

                              Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Secretary of State for the State of Alabama is GRANTED by clerk [10040374-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective October 03, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION