FILED
2023 Oct-20  PM 04:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., *Plaintiffs*, v. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-1291-AMM |
| EVAN MILLIGAN, et al., *Plaintiffs*, v. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al., *Plaintiffs*, v. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01536-AMM |

## [PROPOSED] SCHEDULING ORDER REGARDING ATTORNEYS' FEES

The parties have informed the Court that they intend to attempt to settle the issue of attorneys' fees without the need for further Court action. To enable the parties to engage in settlement discussions, the Court adopts the following schedule:

1

- By December 15, 2023, the parties will file a Joint Status Report with the Court regarding the status of their negotiations.

- By January 19, 2024, the parties will file a Joint Status Report with the Court regarding the status of their negotiations. If the parties cannot reach a settlement, the parties will file a proposed scheduling order to brief the issue.

DONE and ORDERED this ___ day of October 2023.

 

 

_____

STANLEY MARCUS
UNITED STATES CIRCUIT JUDGE

 

_____

ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE

 

_____

TERRY F. MOORER
UNITED STATES DISTRICT JUDGE