# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, )<br>)<br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>**WES ALLEN,** *in his official capacity as Secretary of State of Alabama, et al.*, )<br>)<br>    **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM**<br><br>**THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, )<br>)<br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>**WES ALLEN,** *in his official capacity as Secretary of State of Alabama, et al.*, )<br>)<br>    **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM**<br><br>**THREE-JUDGE COURT** |
| **MARCUS CASTER,** *et al.*, )<br>)<br>    **Plaintiffs,** )<br>)<br>v. )<br>)<br>**WES ALLEN,** *in his official capacity as Alabama Secretary of State, et al.*, )<br>)<br>    **Defendants.** ) | **Case No.: 2:21-cv-1536-AMM** |

## **ORDER**

This case is before the court on the parties' Joint Motion to Set Scheduling Order Regarding Attorneys' Fees. Doc. 314. That motion is **GRANTED**. The parties

are **ORDERED** to file a Joint Status Report on or before December 15, 2023, regarding the status of their negotiations. The parties are additionally **ORDERED** to file another Joint Status Report on January 19, 2024, regarding the status of their negotiations.

    **DONE** and **ORDERED** this 25th day of October, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE


_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE