# EXHIBIT A

| | |
|---|---|
| From: | American Airlines (no-reply@info.email.aa.com) |
| To: | ELY@COMPASS-DEMOGRAPHICS.COM |
| Date: | Wednesday, September 27, 2023 at 10:43 AM PDT |



Issued: September 27, 2023

# Your trip confirmation and receipt

We charged $1,101.27 to your card ending in 0596 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

---

**Record Locator: LEUSKI**

### Monday, October 2, 2023

| | |
|---|---|
| **LAX** | AA 1372 |
| Los Angeles | |
| 11:20 AM | |
| **DFW** | Seat: **17A** |
| Dallas/Fort Worth | Class: **Economy (M)** |
| 4:34 PM | Meals: **Refreshment** |

| | |
|---|---|
| **DFW** | AA 3566 |
| Dallas/Fort Worth | Operated by Envoy Air as American Eagle |
| 5:23 PM | |
| **BHM** | Seat: **12F** |
| Birmingham | Class: **Economy (M)** |
| 7:10 PM | Meals: |

**Manage your trip**

**Record Locator: LEUSKI**

### Wednesday, October 4, 2023

| | | |
|---|---|---|
| ✈ | **BHM** <br> Birmingham <br> 7:41 PM | **AA 3336** <br> Operated by Envoy Air as American Eagle |
| | **DFW** <br> Dallas/Fort Worth <br> 9:50 PM | Seat: **14A** <br> Class: **Economy (M)** <br> Meals: |
| ✈ | **DFW** <br> Dallas/Fort Worth <br> 10:30 PM | **AA 1644** |
| | **LAX** <br> Los Angeles <br> 11:47 PM | Seat: **15A** <br> Class: **Economy (M)** <br> Meals: **Refreshment** |

**Manage your trip**

## Earn 50,000 Bonus Miles

Plus great travel benefits. Terms Apply.

Learn more



### Your purchase

**David Ely - AAdvantage® #: J63****

| | |
|---|---|
| New ticket (0012482432510) <br> [$852.10+ Taxes & carrier-imposed fees $112.31] | $964.41 |
| Main Cabin Extra (LAX-DFW) <br> Document #: (0010636212673) <br> [$74.19+ Taxes & carrier-imposed fees $5.56] | $79.75 |
| Main Cabin Extra (DFW-BHM) <br> Document #: (0010636212673) <br> [$22.57+ Taxes & carrier-imposed fees $1.69] | $24.26 |
| Preferred seat (BHM-DFW) <br> Document #: (0010636212673) | $16.22 |

| | |
|---|---|
| [$15.09+ Taxes & carrier-imposed fees $1.19] | |
| Preferred seat (DFW-LAX) Document #: (0010636212673) [$15.47+ Taxes & carrier-imposed fees $1.16] | $16.63 |
| **Total cost** | **$1,101.27** |

## Your payment

| | |
|---|---|
| Visa (ending 0596) | $1,101.27 |
| Total paid | $1,101.27 |

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | $30.00 | 1st bag | $30.00 |
| 2nd bag | $40.00 | 2nd bag | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags

| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |



Issued: October 1, 2023

### Your receipt

We charged $30.00 to your card ending in 0596 .

**Record Locator: LEUSKI**

**Your purchase**

David Ely - AAdvantage® #: J63****

| | |
|---|---|
| Checked Bag (LAX-BHM)<br>Document #: (0014421070725) | $30.00 |
| **Total cost** | **$30.00** |

**Your payment**

| | |
|---|---|
| Visa (ending 0596) | $30.00 |





**Business Adv Fundamentals - 0781: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 10/10/2023 |
| **Amount:** | -748.82 |
| **Type:** | Debit card |
| **Purchaser:** | DAVID R ELY |
| **Description:** | CURIO HOTELS 10/05 PURCHASE BIRMINGHAM AL DEBIT CARD *0596 |
| **Merchant category:** | Curio Hotels |
| **Merchant category code:** | 3832 |
| **Merchant name:** | CURIO HOTELS |
| **Merchant information:** | BIRMINGHAM,AL |
| **Transaction category:** | Travel: Travel |

Bank of America  Online Banking