FILED
2023 Nov-03 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**MAYER | BROWN**

**Mayer Brown Travel**
Phone: 888-681-7912
Mayer.Brown@TravelCTM.com

## Electronic Invoice

**Prepared For:**
SCODRO/MICHAEL

| | |
|---|---|
| SALES PERSON | Z5 |
| INVOICE NUMBER | 3907429 |
| INVOICE ISSUE DATE | 22 Sep 2023 |
| RECORD LOCATOR | DBOUYS |
| CUSTOMER NUMBER | 000000MAYE |

Client Address
MAYER BROWN LLP

### DATE: Mon, Oct 02

| Flight UNITED AIRLINES 4599 Operated by /GOJET AIRLINES DBA UNITED EXPRESS | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 6:00pm |
| To | BIRMINGHAM AL, AL | Arrives | 7:52pm |
| Departure Terminal | 1 | | |
| Duration | 1hr(s) 52min(s) | Cabin | Economy |
| Type | CR5 | Meal | No Meal Service |
| Stop(s) | Non Stop | | |
| Seat(s) Details | SCODRO/MICHAEL | | UA - XXXXXX 73 |
| Notes | NO CAR REQUESTED FOR THIS CITY<br>NO HOTEL REQUESTED FOR THIS CITY | | |

### DATE: Wed, Oct 04

| Flight UNITED AIRLINES 4656 Operated by /SKYWEST DBA UNITED EXPRESS | | | |
|---|---|---|---|
| From | BIRMINGHAM AL, AL | Departs | 6:16pm |
| To | CHICAGO OHARE, IL | Arrives | 8:25pm |
| | | Arrival Terminal | 2 |
| Duration | 2hr(s) 9min(s) | Cabin | Economy |
| Type | CRJ-CANADAIR REGIONAL JET | Meal | No Meal Service |
| Stop(s) | Non Stop | | |
| Seat(s) Details | SCODRO/MICHAEL | | UA - XXXXXX 73 |

### DATE: Mon, Apr 01

| Others | | | |
|---|---|---|---|
| | CHICAGO OHARE | | |
| | **SERVICE FEE** | | |
| | Serv Chgs | | USD 0.00 |
| | Subtotal Cash | | USD 0.00 |

## Ticket Information

| Ticket Number | UA 8056448542 | Passenger | SCODRO MICHAEL | | |
|---|---|---|---|---|---|
| | | Billed to: | VI XXXXXXXXXXXX3102 | USD | * 519.81 |
| | | | | **SubTotal** | USD 519.81 |

|  |  |
|---|---|
| **Net Credit Card Billing** | * USD 519.81 |
|  | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
****FOR AFTERHOURS ASSISTANCE IN CASE OF EMERGENCY
CALL 1-888-681-7912. IF YOU ARE OUTSIDE OF
THE US PLEASE DIAL 720-956-6038.****
CHANGE/CANCEL MAY RESULT IN A FARE INCREASE.
FARE IS NON-REFUNDABLE
NO SHOW MAY RESULT IN ADDITIONAL FEES/FORFEITURE/FLIGHT CANCELLATION
THIS IS A NONREFUNDABLE TICKET.
THIS IS A NONREFUNDABLE/NONTRANSFERABLE TICKET.
UNITED AIRLINES INC. CONFIRMATION NUMBER - C8SW9E

**INVOICE NOTES:**
IA-CY/7F15

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

|  | THE REDMONT HOTEL - CURIO A COLLECTION BY HILTON |
|---|---|
|  | 2101 5TH AVE NORTH |
|  | BIRMINGHAM, AL  35203 |
|  | United States of America |
|  | TELEPHONE 205-957-6828   • FAX 205-957-6851 |
|  | Reservations |
|  | www.hilton.com or 1 800 HILTONS |

SCODRO, MICHAEL

1018 CHESTNUT ST

WESTERN SPRINGS IL  60558
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 304/K1 |
| Arrival Date: | 10/2/2023  7:59:00 PM |
| Departure Date: | 10/3/2023 12:26:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | TCOOPER64 |
| Room Rate: | 160.16 |
| AL: | |
| HH # | 1159953841 BLUE |
| VAT # | |
| Folio No/Che | 227512 A |

Confirmation Number: 3432639098

THE REDMONT HOTEL - CURIO A COLLECTION BY HILTON 10/3/2023 12:26:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 10/2/2023 | GUEST ROOM | MBLACK30 | 862444 | $161.92 | | |
| 10/2/2023 | STATE LODGING TAX | MBLACK30 | 862444 | $6.48 | | |
| 10/2/2023 | COUNTY LODGING TAX | MBLACK30 | 862444 | $11.33 | | |
| 10/2/2023 | CITY LODGING TAX | MBLACK30 | 862444 | $10.52 | | |
| 10/2/2023 | $3 CITY SURCHARGE FEE | MBLACK30 | 862444 | $3.00 | | |
| 10/3/2023 | VS *3102 | TCOOPER64 | 862591 | | ($193.25) | |
| | REF=0000227512-00329153 CHIP 05 | | | | | |
| | Application Label: CHASE VISA | | | | | |
| | TC: 8E7066BCF2743E20 | | | | | |
| | TVR: 0080008000 | | | | | |
| | AID: A0000000031010 | | | | | |
| | | | **BALANCE** | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 10/2/2023 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $193.25 | $193.25 |
| DAILY TOTAL | $193.25 | $193.25 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 07236D | MERCHANT ID | 000100682400 |
| CARD NUMBER | VS *3102 | EXP DATE | 05/28 |
| TRANSACTION ID | 862591 | TRANS TYPE | Sale |

Page:1