# EXHIBIT C

**MAYER | BROWN**

**Mayer Brown Travel**
Phone: 888-681-7912
Mayer.Brown@TravelCTM.com

# Electronic Invoice

**Prepared For:**
HOLZRICHTER/MITCHELL DOUGLAS

| | |
|---|---|
| SALES PERSON | Z5 |
| INVOICE NUMBER | 3907432 |
| INVOICE ISSUE DATE | 22 Sep 2023 |
| RECORD LOCATOR | HMZZQJ |
| CUSTOMER NUMBER | 000000MAYE |

Client Address
MAYER BROWN LLP

## DATE: Mon, Oct 02

**Flight UNITED AIRLINES 4599 Operated by /GOJET AIRLINES DBA UNITED EXPRESS**

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 6:00pm |
| To | BIRMINGHAM AL, AL | Arrives | 7:52pm |
| Departure Terminal | 1 | | |
| Duration | 1hr(s) 52min(s) | Cabin | Economy |
| Type | CR5 | Meal | No Meal Service |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HOLZRICHTER/MITCHELL DOUGLAS | Seat(s) - 10C | UA  - XXXXXX 27 |

## DATE: Wed, Oct 04

**Flight UNITED AIRLINES 4656**

| | | | |
|---|---|---|---|
| From | BIRMINGHAM AL, AL | Departs | 6:16pm |
| To | CHICAGO OHARE, IL | Arrives | 8:25pm |
| | | Arrival Terminal | 2 |
| Duration | 2hr(s) 9min(s) | | |
| Type | CRJ-CANADAIR REGIONAL JET | Meal | No Meal Service |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HOLZRICHTER/MITCHELL DOUGLAS | Seat(s) - 03C | UA  - XXXXXX 27 |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | UA 8056448545 | **Passenger** | HOLZRICHTER MITCHELL DOUGLAS | | |
| | | **Billed to:** | VI XXXXXXXXXXXX7118 | USD | * 519.81 |
| **Service Fee** | XD 0855832215 | **Passenger** | HOLZRICHTER MITCHELL DOUGL | | |
| | | **Billed to:** | VI XXXXXXXXXXXX7118 | USD | * 4.00 |

|  |  |
|---|---|
| **SubTotal** | USD 523.81 |
| **Net Credit Card Billing** | * USD 523.81 |
|  | ---------- |
| **Total Amount Due** | USD 0.00 |

**ITINERARY NOTES:**
****FOR AFTERHOURS ASSISTANCE IN CASE OF EMERGENCY
CALL 1-888-681-7912. IF YOU ARE OUTSIDE OF
THE US PLEASE DIAL 720-956-6038.****
*** KNOWN TRAVELER NUMBER ADDED TO RESERVATION ***
OLD TKT NBR-0168056448545
NEW TICKET AMOUNT 519.81

LESS OLD TICKET VALUE 519.81
PLUS AIRLINE EXCH FEE 0.00
RESULTING CHARGE ON AIR 0.00
TKTEXCH-0168056448545/AMT-519.81/PEN-0.00/TTL EXCH

**INVOICE NOTES:**
IA-CY/PO0H

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

THE REDMONT HOTEL - CURIO A COLLECTION BY HILTON
2101 5TH AVE NORTH
BIRMINGHAM, AL  35203
United States of America
TELEPHONE 205-957-6828   • FAX 205-957-6851
Reservations
www.hilton.com or 1 800 HILTONS

HOLZRICHTER, MITCHELL DOUGLAS

CHICAGO IL  60618
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 301/K1RRU1 |
| Arrival Date: | 10/2/2023  3:27:00 PM |
| Departure Date: | 10/3/2023 12:24:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | TCOOPER64 |
| Room Rate: | 208.56 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 227513 A |

Confirmation Number: 3432560675

THE REDMONT HOTEL - CURIO A COLLECTION BY HILTON 10/3/2023 12:24:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 10/2/2023 | *CAFE 2101 | NMCGAUGHY | 862385 | $4.00 | | |
| 10/2/2023 | HHHFB - COMP | NMCGAUGHY | 862386 | | ($4.00) | |
| 10/2/2023 | GUEST ROOM | MBLACK30 | 862443 | $161.92 | | |
| 10/2/2023 | STATE LODGING TAX | MBLACK30 | 862443 | $6.48 | | |
| 10/2/2023 | COUNTY LODGING TAX | MBLACK30 | 862443 | $11.33 | | |
| 10/2/2023 | CITY LODGING TAX | MBLACK30 | 862443 | $10.52 | | |
| 10/2/2023 | $3 CITY SURCHARGE FEE | MBLACK30 | 862443 | $3.00 | | |
| ~~10/3/2023~~ | ~~*HARVEST BAR~~ | ~~LINTR~~ | ~~862532~~ | ~~$25.90~~ | | |
| ~~10/3/2023~~ | ~~HHHFB - COMP~~ | ~~LINTR~~ | ~~862533~~ | | ~~($15.00)~~ | |

Page:1