UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *in his official capacity as Alabama Secretary of State*, *et al.*, <br><br> Defendants. | Case No.: 2:21-cv-1291-AMM <br><br> **THREE-JUDGE COURT** |
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *in his official capacity as Alabama Secretary of State*, *et al.*, <br><br> Defendants. | Case No.: 2:21-cv-1530-AMM <br><br> **THREE-JUDGE COURT** |
| MARCUS CASTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *in his official capacity as Secretary of State of Alabama*, *et al.*, <br><br> Defendants. | Case No.: 2:21-cv-1536-AMM |

**MOTION TO AMEND STATEMENT OF FEES AND EXPENSES
BY THE SPECIAL MASTER TEAM**

**BEFORE THE SPECIAL MASTER:**

On November 3, 2023, the Special Master Team filed a Statement of Fees and Expenses. Following this filing, Mr. David Ely, who served as cartographer in this matter, reviewed the receipt for his hotel charge and realized the receipt includes non-compensable items, including an extra night. The Special Master Team respectfully moves the Court for leave to amend the Statement of Fees and Expenses to exclude Mr. Ely's hotel expenses of $748.82 from the calculation of total expenses. This change reduces the total expenses incurred by the Special Master Team from $3,512.67 to $2,763.85, as reflected on the following chart:

**Expenses Incurred by Members of the Special Master Team**

| Name | Explanation | Total Expenses in initial Fee Statement | Revised Total Expenses |
|---|---|---|---|
| Richard F. Allen | Travel to and from Birmingham, Alabama for October 3, 2023 Hearing (private vehicle mileage) | $106.11 (152 miles) | $106.11 (152 miles) |
| David Ely | Travel to and from Birmingham, Alabama for October 3, 2023 Hearing (flight and hotel) | $1,980.44 | $1,231.62[1] |
| Michael A. Scodro | Travel to and from Birmingham, Alabama for October 3, 2023 Hearing (flight and hotel) | $713.06 | $713.06[2] |
| Mitchell Holzrichter | Travel to and from Birmingham, Alabama for October 3, 2023 Hearing (flight and hotel | $713.06 | $713.06[3] |
| **Total Expenses** | | **$3,512.67** | **$2,763.85** |

WHEREFORE, the Special Master Team hereby requests that the Court grant leave to amend the prior Statement of Fees and Expenses to reflect the total expenses set forth above.

---

[1] *See* Ex. A to the initial Fee Statement (highlighted receipts of Mr. Ely) showing total flight expenses of $1,231.62 ($1,101.27 + $30 + $30 + $75).
[2] *See* Ex. B to the initial Fee Statement (highlighted receipts of Mr. Scodro) showing total flight expenses of $519.81 and total hotel expenses of $193.25 for a total of $713.06.
[3] *See* Ex. C to the initial Fee Statement (highlighted receipts of Mr. Holzrichter) showing total flight expenses of $519.81 and total hotel expenses of $193.25 ($161.92 + $6.48 + $11.33 + $10.52 + $3.00) for a total of $713.06.

**SUBMITTED** this 6th day of November, 2023.

                                           **/s/ Richard F. Allen**
                                         **RICHARD F. ALLEN**
                                         **SPECIAL MASTER**