# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*, | |
| **Plaintiffs,** | **Case No. 2:21-cv-01291-AMM** |
| **v.** | **THREE-JUDGE COURT** |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | |
| **Defendant.** | |
| **EVAN MILLIGAN**, *et al.*, | |
| **Plaintiffs,** | **Case No. 2:21-cv-01530-AMM** |
| **v.** | **THREE-JUDGE COURT** |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | |
| **Defendant.** | |
| **MARCUS CASTER**, *et al.*, | |
| **Plaintiffs,** | **Case No.: 2:21-cv-1536-AMM** |
| **v.** | |
| **WES ALLEN, in his official capacity as Alabama Secretary of State,** | |
| **Defendant.** | |

# DEFENDANTS' RESPONSE TO THE
## SPECIAL MASTER'S STATEMENT OF FEES AND EXPENSES

Defendants Secretary of State Wes Allen, Rep. Chris Pringle, and Sen. Steve Livingston do not object to the fees and expenses claimed by the Special Master and his demographer and counsel.

Defendants will consult with the Special Master's counsel on a proposed order that will require the payments to be made in a way that is both satisfactory to the Special Master and that complies with State administrative requirements. Defendants will submit a proposed order that meets these requirements no later than two weeks from today.

By not objecting to the fees and expenses of the attorneys representing the Special Master, Defendants do not concede that such hours or hourly rates would be appropriate for a party seeking fees under a fee-shifting statute.

Respectfully Submitted,

Steve Marshall
 *Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

**Counsel for Secretary Allen**


s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101-0078)
445 Dexter Ave., Suite 8000
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

Michael Taunton (ASB-6853-H00S)
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
Telephone: 205 226-3151
Email: mtaunton@balch.com

**Counsel for Sen. Livingston and Rep. Pringle**

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I filed the foregoing using

the Court's CM/ECF system, which will serve all counsel of record.

/s/ James W. Davis
*Counsel for Secretary Allen*