# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*, )<br> )<br> **Plaintiffs**, )<br>v. )<br> )<br>**WES ALLEN**, *in his official capacity as Secretary of State of Alabama, et al.*, )<br> )<br> **Defendants**. ) | **Case No.: 2:21-cv-1291-AMM**<br><br>**THREE-JUDGE COURT** |
| **EVAN MILLIGAN**, *et al.*, )<br> )<br> **Plaintiffs**, )<br>v. )<br> )<br>**WES ALLEN**, *in his official capacity as Secretary of State of Alabama, et al.*, )<br> )<br> **Defendants**. ) | **Case No.: 2:21-cv-1530-AMM**<br><br>**THREE-JUDGE COURT** |
| **MARCUS CASTER**, *et al.*, )<br> )<br> **Plaintiffs**, )<br>v. )<br> )<br>**WES ALLEN**, *in his official capacity as Alabama Secretary of State, et al.*, )<br> )<br> **Defendants**. ) | **Case No.: 2:21-cv-1536-AMM** |

## ORDER

Within 60 days of the date of this order, the parties are **ORDERED** to meet and confer and file a Rule 26(f) report indicating their position on the schedule by which this case should proceed.

**DONE** and **ORDERED** this 30th day of November, 2023.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE


_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE