# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>　　　　Defendant. | Case No. 2:21-cv-01291-AMM<br><br>THREE-JUDGE COURT |
| **EVAN MILLIGAN**, *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>　　　　Defendant. | Case No. 2:21-cv-01530-AMM<br><br>THREE-JUDGE COURT |
| **MARCUS CASTER**, *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>　　　　Defendant. | Case No.: 2:21-cv-1536-AMM |

## **ORDER**

After review of the joint status reports and considerable deliberation, the court **SETS** these cases for trial to begin on **February 3, 2025**, at the Hugo L. Black United States Courthouse in Birmingham, Alabama. The parties are **ORDERED** to meet and confer and file a proposed pretrial schedule by the close of business on

February 12, 2024. And the court **SETS** a Zoom status conference for **February 21, 2024** at 8:30 a.m. CDT/9:30 a.m. EDT. The Zoom information will be provided to the parties at a later date.

**DONE** and **ORDERED** this 11th day of January, 2024.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE