# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN, et al.,<br><br>*Defendants*. | No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN,<br><br>*Defendant*. | No.: 2:21-cv-1536-AMM |

### PARTIES' JOINT STATUS REPORT ON FEES AND MOTION TO EXTEND THE NEGOTIATION PERIOD

Pursuant to this Court's October 25, 2023 Order, and after conferring with each other, the Parties wish to update the Court that the *Milligan* and *Caster* Plaintiffs are working diligently to compile their fee proposal and submit it to Defendants. The Parties respectfully request that the Court extend the negotiation period to give the Parties sufficient time to attempt to settle this matter without court

intervention. The Parties will update the Court on the status of their negotiations on the last day of each month, beginning on February 29, 2024. The Parties hope to resolve this issue by April 30, 2024. Additionally, the Parties respectfully request that the Court enter an order specifying that, in the event that one or more Parties believe, in good faith, that the negotiations will fail to make further progress, any Party may move for the Court to enter a briefing schedule regarding the issue of fees.

Respectfully submitted this 19th day of January, 2024.

| | |
|---|---|
| */s/ Deuel Ross* | */s/ Sidney Jackson* |
| Deuel Ross* | Sidney M. Jackson (ASB-1462-K40W) |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | Nicki Lawsen (ASB-2602-C00K) |
| 700 14th Street N.W. Ste. 600 | WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC |
| Washington, DC 20005 | 301 19th Street North |
| (202) 682-1300 | Birmingham, AL 35203 |
| dross@naacpldf.org | Phone: (205) 341-0498 |
| | sjackson@wigginschilds.com |
| Stuart Naifeh* | nlawsen@wigginschilds.com |
| Ashley Burrell* | |
| Kathryn Sadasivan (ASB-517-E48T) | Davin M. Rosborough* |
| Brittany Carter* | Julie Ebenstein* |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | Dayton Campbell-Harris* |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 40 Rector Street, 5th Floor | |
| New York, NY 10006 | 125 Broad St. |
| (212) 965-2200 | New York, NY 10004 |
| Shelita M. Stewart* | (212) 549-2500 |
| Jessica L. Ellsworth* | drosborough@aclu.org |
| HOGAN LOVELLS US LLP | jebenstein@aclu.org |
| 555 Thirteenth Street, NW | dcampbell-harris@aclu.org |
| Washington, D.C. 20004 | |
| (202) 637-5600 | Alison Mollman (ASB-8397-A33C) |
| shelita.stewart@hoganlovells.com | AMERICAN CIVIL LIBERTIES UNION OF ALABAMA |

David Dunn*  
HOGAN LOVELLS US LLP  
390 Madison Avenue  
New York, NY 10017  
(212) 918-3000  
david.dunn@hoganlovells.com  

Michael Turrill*  
Harmony A. Gbe*  
HOGAN LOVELLS US LLP  
1999 Avenue of the Stars  
Suite 1400  
Los Angeles, CA 90067  
(310) 785-4600  
michael.turrill@hoganlovells.com  
harmony.gbe@hoganlovells.com  

P.O. Box 6179  
Montgomery, AL 36106-0179  
(334) 265-2754  

Blayne R. Thompson*  
HOGAN LOVELLS US LLP  
609 Main St., Suite 4200  
Houston, TX 77002  
(713) 632-1400  
blayne.thompson@hoganlovells.com  

*Counsel for Milligan Plaintiffs*

Janette Louard*  
Anthony Ashton*  
Anna Kathryn Barnes*  
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP)  
4805 Mount Hope Drive  
Baltimore, MD 21215  
(410) 580-5777  
jlouard@naacpnet.org  

*Counsel for Plaintiff Alabama State Conference of the NAACP*  
* *Admitted Pro Hac Vice*

| | |
|---|---|
| Richard P. Rouco<br>(AL Bar. No. 6182-R76R)<br>**Quinn, Connor, Weaver, Davies & Rouco LLP**<br>Two North Twentieth<br>2-20th Street North, Suite 930<br>Birmingham, AL 35203<br>Phone: (205) 870-9989<br>Fax: (205) 803-4143<br>Email: rrouco@qcwdr.com | By: /s/ Abha Khanna *(with permission)*<br>Abha Khanna*<br>Makeba Rutahindurwa*<br>**Elias Law Group LLP**<br>1700 Seventh Ave, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 656-0177<br>Email: AKhanna@elias.law<br>Email: MRutahindurwa@elias.law<br><br>Lalitha D. Madduri*<br>Joseph N. Posimato*<br>Jyoti Jasrasaria*<br>**Elias Law Group LLP**<br>250 Massachusetts Ave NW, Suite 400<br>Washington, D.C. 20001<br>Phone: (202) 968-4490<br>Email: LMadduri@elias.law<br>Email: JPosimato@elias.law<br>Email: JJasrasaria@elias.law<br><br>*Admitted Pro Hac Vice* |

*Counsel for Caster Plaintiffs*

Steve Marshall
*Attorney General*

/s/ Jim W. Davis (with permission)
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

A. Barrett Bowdre (ASB-2087-K29V)
*Deputy Solicitor General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

*Counsel for Secretary Allen*

s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200

Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

Michael P. Taunton (ASB-6833-H00S)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
(205) 226-3451
mtaunton@balch.com

***Counsel for Sen. Livingston and Rep. Pringle***