# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN, et al.,<br><br>*Defendants*. | No. 2:21-cv-01530-AMM |
| MARCUS CASTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN,<br><br>*Defendant*. | No.: 2:21-cv-1536-AMM |

## [Proposed] ORDER

Pursuant to the Parties' joint motion, the Court grants their joint motion for an extension of time to continue negotiations regarding attorneys' fees and costs. The Parties in *Milligan* and *Caster* shall update the Court on the status of their negotiations on the last day of each month, beginning on February 29, 2024. The Court further orders that, in the event that one or more Parties believe, in good faith,

that the negotiations will fail to make further progress, any Party may move for the Court to enter a briefing schedule regarding the issue of fees.

**DONE** and **ORDERED** this ___ day of January, 2024.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE


_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE