# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>**WES ALLEN, in his official capacity as Alabama Secretary of State,**<br>　　　　Defendant. | **Case No. 2:21-cv-01530-AMM**<br><br>**THREE-JUDGE COURT** |
| **MARCUS CASTER,** *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>**WES ALLEN, in his official capacity as Alabama Secretary of State,**<br>　　　　Defendant. | **Case No.: 2:21-cv-1536-AMM** |

## ORDER

This case is before the court on the parties' Joint Status Report on Fees and Motion To Extend the Negotiation Period. *Caster* Doc. 268. The motion is **GRANTED**. The parties are **ORDERED** to provide the court with a status update on the last day of each month, beginning on **February 29, 2024**. In the event that one or more parties believe that negotiations will fail to make further progress, any party may move for the court to enter a briefing schedule on the issue of fees.

**DONE** and **ORDERED** this 23rd day of January, 2024.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE