# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, SHALELA DOWDY, LETETIA JACKSON, KHADIDAH STONE, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP, | |
| | Case No.: 2:21-cv-1530-AMM |
| *Plaintiffs*, | |
| | THREE-JUDGE COURT |
| vs. | |
| WES ALLEN, in his official capacity as Secretary of State of Alabama, and STEVE LINGSTON and CHRIS PRINGLE, in their official capacities as Co-Chairs of the Alabama Permanent Legislative Committee on Reapportionment, | |
| *Defendants*. | |

## NOTICE AND/OR MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs respectfully give notice of their filing of their first amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiffs are amending their complaint to conform their allegations to Alabama's passage of SB 5, the State's purported remedial plan passed in the wake of the Supreme Court's order affirming this Court's judgment that Alabama's 2021 congressional

redistricting plan likely violated Section 2 of the Voting Rights Act. Plaintiffs amend their complaint with Defendants' express written consent.

| | |
|---|---|
| Respectfully submitted, | DATED this 31st day of January 2023. |
| /s/ Deuel Ross | /s/ Sidney M. Jackson |
| Deuel Ross* | Sidney M. Jackson (ASB-1462-K40W) |
| NAACP LEGAL DEFENSE & | Nicki Lawsen (ASB-2602-C00K) |
|   EDUCATIONAL FUND, INC. | WIGGINS CHILDS PANTAZIS |
| 700 14th Street N.W. Ste. 600 |   FISHER & GOLDFARB, LLC |
| Washington, DC 20005 | 301 19th Street North |
| (202) 682-1300 | Birmingham, AL 35203 |
| dross@naacpldf.org | Phone: (205) 341-0498 |
| | Fax: (205) 254-1500 |
| Stuart Naifeh* | sjackson@wigginschilds.com |
| Ashley Burrell* | |
| Kathryn Sadasivan (ASB-517-E48T) | /s/ Davin M. Rosborough |
| Brittany Carter* | Davin M. Rosborough* |
| NAACP LEGAL DEFENSE & | Julie Ebenstein* |
|   EDUCATIONAL FUND, INC. | Dayton Campbell-Harris*+ |
| 40 Rector Street, 5th Floor | Sophia Lin Lakin* |
| New York, NY 10006 | AMERICAN CIVIL LIBERTIES |
| (212) 965-2200 | UNION FOUNDATION |
| snaifeh@naacpldf.org | 125 Broad St. |
| | New York, NY 10004 |
| Shelita M. Stewart* | (212) 549-2500 |
| Jessica L. Ellsworth* | drosborough@aclu.org |
| HOGAN LOVELLS US LLP | jebenstein@aclu.org |
| 555 Thirteenth Street, NW | dcampbell-harris@aclu.org |
| Washington, D.C. 20004 | slakin@aclu.org |
| (202) 637-5600 | |
| shelita.stewart@hoganlovells.com | /s/ Alison Mollman |
| | Alison Mollman (ASB-8397-A33C) |
| David Dunn* | AMERICAN CIVIL LIBERTIES UNION |
| HOGAN LOVELLS US LLP | OF ALABAMA |
| 390 Madison Avenue | P.O. Box 6179 |
| New York, NY 10017 | Montgomery, AL 36106-0179 |
| (212) 918-3000 | (334) 265-2754 |

2

david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

amollman@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Attorneys for all Plaintiffs*

Janette Louard*
Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
(NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiff Alabama State Conference of the NAACP*

* Admitted *Pro hac vice*
+ Practice limited to federal court