# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) **Case No.: 2:21-cv-1291-AMM** |
| **WES ALLEN**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) **THREE-JUDGE COURT** |
| Defendants. | ) |

| | |
|---|---|
| **EVAN MILLIGAN**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) **Case No.: 2:21-cv-1530-AMM** |
| **WES ALLEN**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) **THREE-JUDGE COURT** |
| Defendants. | ) |

|  |  |  |
|---|---|---|
| **MARCUS CASTER,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1536-AMM |
| | ) | |
| **WES ALLEN,** *in his official capacity as Secretary of State of Alabama, et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

The Court SETS these cases for a status conference at 9 A.M. Central Time on July 31, 2024. The conference will occur by Zoom and the information will be provided to the parties at a later date.

**DONE** and **ORDERED** this 15th day of April, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the Court