UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, <br> Plaintiffs, <br><br> v. <br><br> **WES ALLEN, in his official capacity as Alabama Secretary of State,** *et al.*, <br> Defendants. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

This congressional redistricting case is before the court on the Nonparty Legislators' Objections and Motion To Quash Subpoena Directed To Red State Strategies, LLC. Doc. 346 All parties are **ORDERED** to file responses within fourteen days of the date of this order. Any reply brief is due within seven days of a response.

**DONE** and **ORDERED** this 30th day of April, 2024.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE

2