FILED
2024 Apr-30  PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, <br> Defendants. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

This congressional redistricting case is before the court on Redstate Strategies, LLC's Response and Partial Objection To, and Motion To Quash, Subpoena, Doc. 347. All parties are **ORDERED** to file responses within fourteen days of the date of this order. Any reply brief is due within seven days of a response.

**DONE** and **ORDERED** this 30th day of April, 2024.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_/s/ Anna M. Manasco_
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_/s/ Terry F. Moorer_
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE

2