UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, <br> Defendants. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

This congressional redistricting case is before the Court on the Court's Order To Show Cause, Doc. 348, and the pertinent responses, Docs. 352 & 355. After careful evaluation of the responses and independent consideration, the Court is satisfied that there is no basis to disqualify the law firm of Capell & Howard, P.C., or the lawyers, Christopher W. Weller, Sr. and J. Mitchell Sikes, from this case.

**DONE** and **ORDERED** this 24th day of May, 2024.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE