# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN**, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> **WES ALLEN, in his official capacity as Alabama Secretary of State**, *et al.*, <br> Defendants. | Case No. 2:21-cv-01530-AMM <br><br> **THREE-JUDGE COURT** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

This congressional redistricting case is before the Court on the Motions To Quash, Docs. 346–47. Those motions are **SET** for a hearing at 9:30 a.m. on June 20, 2024 in the Special Proceedings Courtroom (8th Floor) of the Hugo L. Black United States Courthouse in Birmingham, Alabama. The movants should be prepared to offer evidence necessary to support their claims of privilege.

**DONE** and **ORDERED** this 10th day of June, 2024.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE

2