# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN**, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv1530-AMM |
| ) | |
| **WES ALLEN**, *et al*. ) | THREE-JUDGE PANEL |
| ) | |
| *Defendants*. ) | |

## EVIDENTIARY SUBMISSION IN SUPPORT OF NONPARTY LEGISLATORS' OBJECTIONS AND MOTION TO QUASH SUBPOENA DIRECTED TO RED STATE STRATEGIES, LLC (DOC. 346)

Pursuant to the Court's June 10, 2024 Order (Doc. 361), the Nonparty Legislators, by and through their counsel, submit the following additional evidence in support of their Objections and Motion to Quash Subpoena Directed to Red State Strategies, LLC (Doc. 346).

| Ex. No. | Description |
|---|---|
| 1 | Nonparty Legislator Declarations |
| 2 | 06/18/2024 Deposition of Red State Strategies, LLC President Christopher Brown – Transcript, Exhibits and Summary |
| 3 | Certified FCPA Electronic Expenditure Reports |
| 4 | Privilege Logs |

1

Respectfully submitted,

/s/ Christopher W. Weller
CHRISTOPHER W. WELLER ASB-6640-W81C
J. MITCHELL SIKES ASB-1631-L00G

As Attorneys for Members of the State of Alabama Senate Dan Roberts, Will Barfoot, and Former Senator Clay Scofield, and Members of the Alabama House of Representatives Jim Carns, Jamie Kiel, Arnold Mooney, Earnie Yarbrough, Mack Butler, and Rick Rehm

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email:      Chris.Weller@chlaw.com
Email:      Mitchell.Sikes@chlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 19th day of June, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to all counsel of record.

/s/Christopher W. Weller
Of Counsel

2