# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of ) | |
| Alabama, et al., ) | |
| ) | |
| *Defendants*. ) | |

### UNOPPOSED MOTION FOR ENTRY OF ORDER
### CONCERNING COSTS AND ATTORNEYS' FEES

With the consent of all parties to this action, Defendant Secretary of State Wes Allen moves for entry of an order implementing the parties' agreement concerning claims for interim costs and attorneys' fees. In support of this motion, Defendant states as follows:

1. Plaintiffs have asserted a claim for interim costs and attorneys' fees. *See* docs. 170, 314.

2. The parties have discussed these issues and agree that the State of Alabama shall pay to counsel for the *Milligan* plaintiffs the sum of $3,000,000 (three million dollars) in satisfaction of all claims for costs and attorneys' fees related to

this Court's preliminary injunction entered on January 24, 2022, Doc. 107, the appeal of that order, *see Allen v. Milligan*, 599 U.S. 1 (2023), and the proceedings that followed in which the 2023 Plan was preliminarily enjoined and the court-drawn map was created and approved.

3. To effectuate the parties' agreement and resolve the issue of fees and costs, the parties move for an order requiring the payment of the agreed amount within sixty (60) days of the order.

4. Counsel for the parties have consulted on this issue. The Plaintiffs and the Intervenor Defendants do not oppose this motion.

5. A proposed order, to which all parties consent, is attached for the Court's consideration.

6. This motion and proposed order address the claim for interim costs and attorneys' fees by counsel in this case only and does not address any claim made by counsel for other plaintiffs in related cases.

*Respectfully Submitted,*

Steve Marshall
  *Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*
Soren A. Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*

       James W. Davis (ASB-4063-I58J)
        *Deputy Attorney General*
       Misty S. Fairbanks Messick (ASB-1813-T71F)
       Brenton M. Smith (ASB-1656-X27Q)
       Benjamin M. Seiss (ASB-2110-O00W)
       Richard D. Mink (ASB-4802-M76R)
       Charles A. McKay (ASB-7256-K18K)
        *Assistant Attorneys General*

       OFFICE OF THE ATTORNEY GENERAL
       STATE OF ALABAMA
       501 Washington Avenue
       P.O. Box 300152
       Montgomery, Alabama 36130-0152
       Telephone: (334) 242-7300
       Fax: (334) 353-8400
       Edmund.LaCour@AlabamaAG.gov
       Barrett.Bowdre@AlabamaAG.gov
       Soren.Geiger@Alabama.AG.gov
       Jim.Davis@AlabamaAG.gov
       Misty.Messick@AlabamaAG.gov
       Brenton.Smith@AlabamaAG.gov
       Ben.Seiss@AlabamaAG.gov
       Richard.Mink@AlabamaAG.gov
       Charles.McKay@AlabamaAG.gov

       ***Counsel for Secretary Allen***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2024, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Middle District of Alabama using the CM/ECF system, thereby serving all counsel of record.

/s/ James W. Davis
James W. Davis
***Counsel for Secretary Allen***