# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., *Plaintiffs*, vs. WES ALLEN, et al., *Defendants*. | No. 2:21-cv-01530-AMM (three-judge court) |

## PLAINTIFFS' NOTICE OF FILING EXPERT REPORTS

During the July 31, 2024 Status Conference, the Court directed the parties to file all expert reports that the parties intend to rely on in the litigation, but that are not yet present on the case docket. Pursuant to this directive, Plaintiffs respectfully provide notice of filing the following expert reports attached as exhibits to this notice.

1. Exhibit 1: Third Expert Report of Joseph Bagley (May 17, 2024)

2. Exhibit 2: Expert Report of Traci Burch (May 17, 2024).

3. Exhibit 3: Expert Report of Moon Duchin (May 17, 2024).

4. Exhibit 4: Expert Report of Baodong Liu (May 17, 2024).

5. Exhibit 5: Rebuttal Expert Report of Joseph Bagley (July 31, 2024).

6. Exhibit 6: Rebuttal Expert Report of Traci Burch (July 31, 2024).

7. Exhibit 7: Rebuttal Report of Moon Duchin (July 31, 2024).

8. Exhibit 8: Rebuttal Report of Baodong Liu (July 31, 2024).

Respectfully Submitted,

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE &
　EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org
tlockhead@naacpldf.org

Stuart Naifeh*
Ashley Burrell*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
　EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017

Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
　FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Davin M. Rosborough*
Julie Ebenstein*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

Allison Mollman (ASB-8397-A33C)
Laurel Haddix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
kwelborn@aclualabama.org

2

(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Counsel for Milligan Plaintiffs*