FILED

2024 Sep-12  PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| EVAN MILLIGAN, et al., <br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, et al., <br> *Defendants*. | No. 2:21-cv-01530-AMM |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(e), Julie A. Ebenstein moves to withdraw as counsel for *Milligan* Plaintiffs, for the following reason:

1.      Undersigned counsel will be leaving her employment at the American Civil Liberties Union, effective September 13, 2024.

2.      *Milligan* Plaintiffs will continue to be represented by counsel at the American Civil Liberties Union, the ACLU of Alabama, NAACP Legal Defense and Educational Fund, Inc., Hogan Lovells US LLP, and Wiggins Childs Pantazis Fisher & Goldfarb. Accordingly, undersigned counsel's withdrawal will not cause prejudice or delay.

3.      Counsel has notified the *Milligan* Plaintiffs of her intent to move to withdraw as counsel.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw as Counsel for the *Milligan* Plaintiffs in this case.

1

Respectfully submitted on this 12th of September 2024.

<div style="display: flex;">
<div style="width: 50%;">

/s/ Julie A. Ebenstein
Julie A. Ebenstein*
Davin M. Rosborough*
Dayton Campbell-Harris*+
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
drosborough@aclu.org
dcampbell-harris@aclu.org

Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
NAACP LEGAL DEFENSE
& EDUCATIONAL FUND,
INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
cburke@naacpldf.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP

</div>
<div style="width: 50%;">

Alison Mollman
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106
(334) 265-2754
amollman@aclualabama.org

Nicki Lawsen (ASB-2602-C00K)
Sidney Jackson (ASB-1462-K40W)
WIGGINS, CHILDS, PANTAZIS,
FISHER & GOLDFARB
301 19th Street North
Birmingham, AL 35203
(205) 314-0500
nlawsen@wigginschilds.com
sjackson@wigginschilds.com

Jessica L. Ellsworth*
Shelita M. Stewart*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony R. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

</div>
</div>

609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Attorneys for Plaintiffs*

Anthony Ashton\*
Anna Kathryn Barnes\*
NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiff Alabama State
Conference of the NAACP*

\*Admitted *pro hac vice*
+ Practice limited to federal court

3

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to counsel of record in this case.

/s/ Julie A. Ebenstein
Julie A. Ebenstein
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org