# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> **WES ALLEN, in his official capacity as Alabama Secretary of State,** <br>    Defendant. | Case No. 2:21-cv-01291-AMM <br><br> THREE-JUDGE COURT |
| **EVAN MILLIGAN,** *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> **WES ALLEN, in his official capacity as Alabama Secretary of State,** <br>    Defendant. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |
| **MARCUS CASTER,** *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> **WES ALLEN, in his official capacity as Alabama Secretary of State,** <br>    Defendant. | Case No.: 2:21-cv-1536-AMM |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

These congressional redistricting cases are again before the Court on joint motions to amend the scheduling order. Doc. 257 in *Singleton*; Doc. 390 in *Milligan*;

Doc. 305 in *Caster*. The parties represent that counsel for the *Milligan* plaintiffs and the State are in trial for *Stone v. Allen*, Case No. 21-cv-1531, which is scheduled to be completed by November 22, 2024, and that an extension of deadlines will allow for more adequate time to prepare pretrial materials in these cases. Doc. 305 in *Milligan* at 2. For good cause, these motions are **GRANTED**.

The Court has considered the parties' positions with respect to the appropriate schedule for pretrial proceedings, the serious time exigencies surrounding the fair and timely resolution of these cases, including the provisions of Alabama's election law that set deadlines applicable to the 2026 congressional elections (Alabama Code Section 17-13-5(a), which effectively establishes a deadline of January 30, 2026 for candidates to qualify with major political parties to participate in the 2026 primary election for the United States House of Representatives and Senate, and Alabama Code Section 17-13-3(a), which establishes the date of that primary election as May 26, 2026), and the extraordinary and time-sensitive demands placed on the parties and the Court in connection with these proceedings. On the basis of these considerations and the joint motions, the Court **ORDERS** the following deadlines:

1. The parties shall file witness lists, designations of deposition testimony for trial, and exhibit lists under Rule 26(a)(3) on or before **DECEMBER 6, 2024**.

2. The parties shall file any motions in limine, *Daubert* motions, and objections to exhibits on or before **DECEMBER 18, 2024**.

3. The parties shall file any opposition to motions in limine and *Daubert* motions, and designations of deposition testimony for trial on or before **JANUARY 8, 2025**.

4. The parties shall file any replies in support of motions in limine and *Daubert* motions, counter-designations of deposition testimony for trial, and stipulated facts for trial on or before **JANUARY 15, 2025**.

5. The Court will by separate order set a final pretrial conference to occur within 30 days of **FEBRUARY 10, 2025**.

These amended deadlines do not disturb the trial set for **FEBRUARY 10, 2025**. No further extensions will be granted absent extraordinary circumstances.

**DONE** and **ORDERED** this 20th day of November, 2024.

*/s/ Stanley Marcus*
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

*/s/ Anna M. Manasco*
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

4