IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Secretary of State of Alabama, et al.<br><br>*Defendants*. | No. 2:21-cv-1530-AMM |

### *Milligan* PLAINTIFFS' INITIAL WITNESS LIST

Per the Court's Amended Scheduling Order (Doc. 391), Plaintiffs disclose the following witnesses that they intend to or may call at trial or whose testimony they intend to introduce via deposition designations. Plaintiffs reserve the right to amend this list with a reasonable time before testimony or due to exigent circumstances, and to call any rebuttal witnesses as necessary.

| Witness | Will or May Call | Category |
|---|---|---|
| Evan Milligan | Will Call | Fact |
| Shalela Dowdy | Will Call | Fact |
| Letetia Jackson | Will Call | Fact |

1

| | | |
|---|---|---|
| Benard Simelton | Will Call | Fact |
| Scott Douglas | Will Call | Fact |
| Rep. Sam Jones | Will Call | Fact |
| Dr. Joseph Bagley | Will Call | Expert |
| Dr. Traci Burch | Will Call | Expert |
| Dr. Moon Duchin | Will Call | Expert |
| Dr. Baodong Liu | Will Call | Expert |
| Tari Williams | May Call | Fact |
| Khadidah Stone | May Call | Fact |
| Sen. Vivian Figures | May Call | Fact |
| Janice Malone | May Call | Fact |
| Robert Clopton | May Call | Fact |
| Valerie Branyon | May Call | Fact/Adverse |
| Chris Brown | May Call | Fact/Adverse |
| Cedric Coley | May Call | Fact/Adverse |
| Randy Hinaman | May Call | Fact/Adverse |
| Dr. Karen Landers | May Call | Fact/Adverse |
| Sen. Steve Livingston | May Call | Fact/Adverse |
| Rep. Chris Pringle | May Call | Fact/Adverse |
| Sen. Jim McClendon | May Call | Fact/Adverse |
| Any witnesses listed or called by any Defendants or any other Plaintiffs in | May Call | Expert/Fact/Adverse |

| | | |
|---|---|---|
| *Caster* or *Singleton* or any witnesses otherwise necessary for rebuttal | | |