UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| WES ALLEN, in his official capacity as Alabama Secretary of State, et al., | ) | **THREE-JUDGE COURT** |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, in his official capacity as Secretary of State of Alabama, et al., | ) | **THREE-JUDGE COURT** |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, in his official Capacity as Alabama Secretary of State, et al., | ) | |
| | ) | |
| Defendants. | ) | |

1

## S<span style="font-variant:small-caps">tate</span> D<span style="font-variant:small-caps">efendants</span>' J<span style="font-variant:small-caps">oint</span> W<span style="font-variant:small-caps">itness</span> L<span style="font-variant:small-caps">ist</span>

The State Defendants submit the following list of persons whom they expect to testify at trial or whom they may call to testify at trial:

**A. State Defendants expect to call:**

1. Col. Jon Archer
   Director, Department of Public Safety
   Alabama Law Enforcement Agency
   Montgomery, Alabama

2. \* Christopher W. Bonneau, Ph.D.
   Pittsburgh, Pennsylvania

3. Kenneth Boswell
   Director
   Alabama Department of Economic & Community Affairs
   Montgomery, AL

4. Valerie Branyon
   Fayette, Alabama

5. \* Adam M. Carrington, Ph.D.
   Ashland, Ohio

6. \* M.V. Hood III (Trey), Ph.D.
   Athens, Georgia

7. Brad Kimbro
   Hartford, Alabama

8. Karen Landers, MD, FAAP
   Chief Medical Officer
   Alabama Department of Health
   Montgomery, Alabama

9. Lee Lawson
   Fairhope, Alabama

10. Gerald Nix
    Senior Statistician
    Alabama Department of Labor
    Montgomery, Alabama

11. * Wilfred Reilly, Ph.D.
    Frankfort, Kentucky

12. Mike Schmitz
    Dothan, Alabama

13. * Sean Trende, Ph.D.
    Columbus, Ohio

14. Derrick Turner
    Mobile Career Center Director
    Alabama Department of Labor
    Mobile, Alabama

15. Jeff Williams
    Dothan, Alabama

Witnesses marked with an asterisk are being called as experts.

**B. State Defendants may call if the need arises:**

1. Cedric Coley
   Montgomery, Alabama

2. Jeff Elrod
   Director of Elections
   Alabama Secretary of State's Office
   Montgomery, Alabama

3. Clay Helms
   Chief of Staff
   Alabama Secretary of State's Office
   Montgomery, Alabama

4. Sen. Steve Livingston

5. Bill McCollum
   Fayette, Alabama

6. C.J. Small
   Mobile City Council President
   City Councilman, District 3
   Mobile, Alabama

7. Donna Overton Loftin
   Supervisor
   Legislative Reapportionment Office
   Montgomery, Alabama
   *Witness will be called if needed to authenticate documents filed into the Legislature.*

The State Defendants reserve the right to call witnesses identified by other parties to this case, to use deposition testimony and exhibits to those depositions for witnesses who are unavailable, and to use any deposition testimony or to call witnesses needed for rebuttal or impeachment.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Misty S. Fairbanks Messick
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

Soren Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Secretary of State Allen***

s/Michael P. Taunton
J. Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone: (334) 269-3138
DWalker@Balch.com

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

***Counsel for Sen. Livington & Rep. Pringle***
