FILED

2024 Dec-17 PM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| EVAN MILLIGAN, et al.<br><br>*Plaintiffs,*<br><br>vs.<br><br>WES ALLEN, et al.,<br><br>*Defendants.* | No. 2:21-cv-01530-AMM |

### *MILLIGAN* PLAINTIFFS' NOTICE OF SUBMISSION OF TRIAL EXHIBITS AND AMENDED TRIAL EXHIBIT LIST

*Milligan* Plaintiffs respectfully submit, and hereby file, the following amended exhibit list of exhibits they may offer as substantive evidence at trial.

The *Milligan* Plaintiffs' amended list differs from the exhibit list they filed on December 6, 2024 (ECF No. 394) as follows:

- Exhibits MX162 and MX163 were added;

- Exhibits MX150, MX154, and MX189 were withdrawn as duplicative of exhibits MX148, MX103, and MX184 respectively; and

- Plaintiffs renumbered one of the exhibits mistakenly designated as MX60 on their initial list as MX161 to avoid confusion.

Plaintiffs reserve the right to amend, revise, or supplement this list. Plaintiffs further reserve the right to offer exhibits listed or offered by Defendants or the parties in *Singleton v. Allen*, No. 2:21-cv-01291, and *Caster v. Allen*, No. 2:21-cv-1536. In addition to exhibits, Plaintiffs reserve the right to present demonstrative materials, materials for impeachment purposes, or for any other purposes permitted by the Federal Rules of Evidence.

| Exhibit Number | Objections | Exhibit Description | Doc. Number | Date |
|---|---|---|---|---|
| | | **Expert Reports** | | |
| MX1 | | First Expert Report of Joseph Bagley, Ph.D. | 68-2 | 12/15/21 |
| MX2 | | Second Expert Report of Joseph Bagley, Ph.D. | 76-2 | 12/27/21 |
| MX3 | | Third Expert Report of Joseph Bagley, Ph.D. | 200-15 | 7/28/23 |
| MX4 | | Fourth Expert Report of Joseph Bagley, Ph.D. | 385-1 | 5/17/24 |
| MX5 | | Fifth Expert Report of Joseph Bagley, Ph.D. | 385-5 | 7/31/24 |
| MX6 | | First Expert Report of Traci Burch, Ph.D. | 385-2 | 5/17/24 |
| MX7 | | Second Expert Report of Traci Burch, Ph.D. | 385-6 | 7/31/24 |
| MX8 | | First Expert Report of Moon Duchin, Ph.D. | 68-5 | 12/10/21 |
| MX9 | | Second Expert Report of Moon Duchin, Ph.D. | 92-1 | 12/20/21 |
| MX10 | | Third Expert Report of Moon Duchin, Ph.D. | | 9/11/23 |
| MX11 | | Fourth Expert Report of Moon Duchin, Ph.D. | 385-3 | 5/17/24 |
| MX12 | | Fifth Expert Report of Moon Duchin, Ph.D. | 385-7 | 7/31/24 |

| | | | | |
|---|---|---|---|---|
| MX13 | | First Expert Report of Baodong Liu, Ph.D. | 68-1 | 12/15/21 |
| MX14 | | Second Expert Report of Baodong Liu, Ph.D. | 76-1 | 12/27/21 |
| MX15 | | Third Expert Report of Baodong Liu, Ph.D. | 200 | 7/28/23 |
| MX16 | | Fourth Expert Report of Baodong Liu, Ph.D. | 385-4 | 5/17/24 |
| MX17 | | Fifth Expert Report of Baodong Liu, Ph.D. | 385-8 | 7/31/24 |
| MX18 | | First Expert Report of M.V. "Trey" Hood, Ph.D. | 66-4 | 12/14/21 |
| **FIRST PRELIMINARY INJUNCTION HEARING** | | | | |
| MX19 | | 2011 Alabama Congressional map | 88-18 | |
| MX20 | | 2021 Alabama Congressional map | 88-19 | |
| MX21 | | Ala. HB 621 (May 2021) | 88-21 | |
| MX22 | | 2011 Reapportionment Comm. Guidelines | 88-22 | |
| MX23 | | 2021 Proposed Reapportionment Comm. Guidelines Comparison handout | 89-5 | |
| MX24 | | 2021 Reapportionment Redistricting Guidelines | 88-23 | |

| MX25 | | Talking Points of Likely Issues | 88-24 | 2021 |
| MX26 | | 2021 Proposed Ala. Senate Districts Functionality Examination | 88-25 | |
| MX27 | | Congressional Plans Introduced in 2021 special session | 88-29 | |
| MX28 | | Memorandum Agreement between the U.S. Dep't of Transportation and the Alabama Law Enforcement Agency | | |
| **SECOND PRELIMINARY INJUNCTION HEARING** | | | | |
| MX29 | | Population Summary, "Livingston Congressional Plan 3," Alabama Permanent Reapportionment Committee (July 20, 2023) | 200-1 | |
| MX30 | | 2023 Alabama Enacted Plan Performance Analysis | 200-3 | |
| MX31 | | Text of Senate Bill 5 (2023) | 200-4 | |
| MX32 | | Jeff Poor, State Rep. Pringle: Proposal to create second Democrat congressional district could help GOP — 'I call it the Republican opportunity plan', YELLOWHAMMER NEWS (Oct. 31, 2021) | 200-5 | |
| MX33 | | Press Release, Permanent Legis. Comm. on Reapportionment (June 21, 2023) | 200-6 | |
| MX34 | | *Milligan* and *Caster* Plaintiffs' letter to Reapportionment Committee (June 26, 2023) | 200-7 | |

| | | | | |
|---|---|---|---|---|
| MX35 | | *Milligan* and *Caster* Plaintiffs' letter to Dorman Walker (July 11, 2023) | 200-8 | |
| MX36 | | Mike Cason, GOP lawmakers pass Alabama congressional map; Democrats say it defies Supreme Court, AL.com (July 22, 2023) | 200-10 | |
| MX37 | | Zach Montellaro, Alabama's redistricting brawl rehashes bitter fight over voting rights, POLITICO (July 21, 2023) | 200-11 | |
| MX38 | | Assoc. Press, The fight over Alabama's congressional redistricting now shifts back to federal court, ALA. DAILY NEWS (July 24, 2023) | 200-12 | |
| MX39 | | Rep. Terri Sewell: Alabama 'Shamelessly' Ignores U.S. Supreme Court, BIRMINGHAM TIMES (July 22, 2023) | 200-13 | |
| MX40 | | Jeff Poor, State Rep. Simpson on redistricting: 'It would not surprise me if we have seven Republican congressmen' after 2024 election, 1819 NEWS (July 16, 2023) | 200-14 | |
| MX41 | | 2021 Reapportionment Committee Redistricting Guidelines (Readopted in 2023) | 238-8 | |
| MX42 | | Dr. M.V. Hood's performance analysis of Community of Interest Plan | 238-1 | |
| MX43 | | Community of Interest Plan Map | 238-4 | |
| MX44 | | Community of Interest Plan Population Summary | 238-7 | |
| MX45 | | Russell Split Map | 238-9 | |

| MX46 | | Expanded Black Belt Plan Map | 238-10 | |
| MX47 | | Whole Jefferson County Plan Map | 238-11 | |
| MX48 | | Livingston 1 Plan Map | 238-5 | |
| MX49 | | Livingston 2 Plan Map | 238-6 | |
| MX50 | | Opportunity Plan Population Summary (RC049515) | 238-20 | |
| MX51 | | Email (RC049603-04) | 238-12 | |
| MX52 | | Caleb Talor. House, Senate committees narrow redistricting plans down to two 1819 NEWS (July 18, 2023) | 238-14 | |
| MX53 | | Alexander Rocha et al., Alabama Legislature passes controversial congressional map, ALABAMA REFLECTOR (July 21, 2023) | 238-15 | |
| MX54 | | Talking point (RC049608-16) | 238-16 | |
| MX55 | | Proposed amendment to reapportionment committee guidelines (RC049228) | 238-17 | |
| MX56 | | July 12, 2023 Reapportionment Committee Agenda (RC049228) | 238-18 | |
| MX57 | | James Stephenson, et al., Alabama House, Senate Approve Separate Congressional Maps, BIRMINGHAM WATCH (July 20, 2023) | 238-19 | |

| MX58 | | Talking points (RC049571-72) | 238-21 | |
| MX59 | | Talking points (RC049573-76) | 238-22 | |
| MX60 | | Talking points (RC049577-80) | 238-23 | |
| **Additional Exhibits** | | | | |
| MX61 | | George Talbot, "Alabama Republicans target Democrats in Machiavellian state legislature plot," Alabama Media Group (SOS796) | | 6/20/11 |
| MX62 | | Alabama Number Unemployed and Employment Rate April 2024 Preliminary Report (SOS155959) | | 4/01/24 |
| MX63 | | Text messages between Sen. Livingston and Chris Brown (Red States Strategies) | | 6/11/23 |
| MX64 | | John Sharp, "'Racial dog whistle,' 'Fearmongering': Mailers inflame Alabama congressional race," Alabama Media Group (MIL001009) | | 10/31/24 |
| MX65 | | Rep. Pringle, Audio File of "Midday Mobile Interview" with Apryl Marie Fogel (MIL001007) | | 11/20/24 |
| MX66 | | Caleb Taylor, "House Pro-tem Pringle: Federal Court Redrew Second Congressional District 'almost exclusively along racial lines,'" 1819 News (MIL001000) | | 11/21/24 |
| MX67 | | Memorandum of Understanding between the United States Department of Justice, and the State of Alabama, the Alabama Secretary of State, and the | | 11/12/15 |

| | | | | |
|---|---|---|---|---|
| | | Alabama Law Enforcement Agency re: National Voter Registration Act | | |
| MX68 | | Settlement Agreement between Alabama NAACP and Alabama Medicaid Agency | | 12/9/13 |
| MX69 | | Settlement Agreement between Alabama NAACP and Alabama Department of Human Resources | | 12/9/13 |
| MX70 | | Letter from EPA to Lance LeFleur, Dir. Ala. Dept. Env't Mgmt., Oct. 3, 2023 | | |
| MX71 | | Transcript of Reapportionment Committee Hearing, October 26, 2021 | | 10/26/21 |
| MX72 | | Transcript of Reapportionment Committee Hearings on June 27, 2023 | | 6/29/23 |
| MX73 | | Transcript of Reapportionment Committee Hearings on July 13, 2023 | | 7/13/23 |
| MX74 | | Alabama House Judiciary Committee, The Impeachment Investigation of Governor Robert Bentley | | 4/25/17 |
| MX75 | | Alabama Career Center System Area Supervisors (SOS155584) | | |
| MX76 | | Alabama Career Center July 1, 2024 (SOS161534-SOS161538) | | |
| MX77 | | Alabama Department of Labor (Turner depo Exhibit) | | |
| MX78 | | ADOL Labor Market Info. (Turner depo Exhibit) | | |
| MX79 | | The Five-Year Action Plan (SOS157206) | | |

| MX80 | | State of the Workforce Report XVII (Nix depo. Exhibit) | | |
| MX81 | | Mobile County Profile, Alabama Department of Labor (Nix depo. Exhibit) | | |
| MX82 | | Dr. Bonneau backup data – congress 2022 | | |
| MX83 | | Dr. Bonneau backup data – AL state house 2000-2022 | | |
| MX84 | | Dr. Bonneau backup data – AL state senate 2000-2022 | | |
| MX85 | | Dr. Bonneau expert report – Table 2 – reconfigured (admitted as PX 333 in NAACP v. Allen f/k/a/ Stone v. Allen) | | |
| MX86 | | 2022 Census of Agriculture County Data for Alabama (Schmitz depo. Exhibit) | | |
| MX87 | | March 7, 2024 WSFA News Article, "Rep. Barry Moore beats incumbent to win 1st Congressional Dist. Republican primary" (Schmitz depo. Exhibit) | | 3/7/24 |
| MX88 | | SmartBank Regional Leadership Website Page (Williams depo. Exhibit) | | |
| MX89 | | "The COVID Tracking Project, Alabama: All Race & Ethnicity Data," The Atlantic | | |
| MX90 | | Alabama Sec'y of State, Tbl. "2020 General Election Participation by Race" | | 2020 |

| MX91 | | U.S. Census Bureau, "Voting and Registration in the Election of November 2020," Table 4b | | 2020 |
|---|---|---|---|---|
| MX92 | | Alabama Department of Education, "Report Card," (Reporting Year 2022-23) | | 2023 |
| MX93 | | Press Release, U.S. DOJ, "Justice Department Secures Resolution in Madison County, Alabama, School Desegregation Case" | | 03/07/21 |
| MX94 | | Nat'l Conf. of State Legislatures, "Tbl. 2: Excuses to Vote Absentee" (updated Jan. 3, 2024) | | 2020 |
| MX95 | | Ala. Dep't of Health, "Infant Mortality Alabama 2022" | | 2022 |
| MX96 | | Ala. Sec'y of State, "Crimes Involving Moral Turpitude Include" | | 2022-23 |
| MX97 | | Ala. Sec'y of State, "Convicted of a Felony? You May Still Be Able to Vote" | | 07/06/22 |
| MX98 | | U.S. DOJ "Prisoners in 2021 - Statistical Tables" | | 2021 |
| MX99 | | U.S. DOJ "Probation and Parole in the United States, 2021" | | 2022 |
| MX100 | | Catherine O. Johnson, et al., "Life expectancy for White, Black, and Hispanic race/ethnicity in U.S. states: trends and disparities, 1990 to 2019," Annals of Internal Medicine, pp. 1057-1064 (Supplemental Tables) | | |
| MX101 | | Christopher Uggen, Ryan Larson, Sarah Shannon, and Robert Stewart "Locked Out 2022: Estimates of People Denied Voting Rights Due to a Felony Conviction," Sentencing Project | | 2022 |

| MX102 | | Keith M. Chen, Kareem Haggag, Devin G. Pope, and Ryne Rohla, "Racial disparities in voting wait times: Evidence from smartphone data," Review of Economics and Statistics, pp. 1341-135 (Supplemental Appendix Figure B.2) | | 2021 |
|---|---|---|---|---|
| MX103 | | Gallup, "Race Relations" Poll | | 2021 |
| MX104 | | Qui & Hannah-Jones "A National Survey of School Desegregation Orders," Pro Publica | | 2022 |
| MX105 | | U.S. Census Bureau. "2021 Public Elementary-Secondary Education Finance Data," Summary Tbl. 8 | | 2022 |
| MX106 | | Ala. State Dep't of Ed., "School System Per-Pupil Expenditures FY 2022" | | 2022 |
| MX107 | | Katsinas et al., "Internet Disparities in Alabama & the Black Belt" | | |
| MX108 | | O'Brien et al., "K-12 STEM Education in Alabama's Black Belt" | | 12/23/14 |
| MX109 | | EEOC, "FY 2009-2022 EEOC Charge Receipts for AL" | | 2022 |
| MX110 | | EEOC, "Race-Based Charges (charges filed with EEOC FY 1997-FY2023)" | | 2023 |
| MX111 | | Alabama Department of Corrections, "Fiscal Year 2023 Annual Legislative Report" | | |
| MX112 | | FBI, Crime Data Explorer, Table of "Alabama Overall Arrest Data by Race for 2022" | | 2022 |
| MX113 | | Alabama Department of Corrections, Monthly Statistical Report for September 2021 | | 2021 |

| | | | | |
|---|---|---|---|---|
| MX114 | | Collection of Civil Rights Division Section 5 Objection Letters to State of Alabama from 1965 to 2013. | | |
| MX115 | | Alabama Advisory Committee, "Barriers to Voting in Alabama: A Report by the Alabama Advisory Committee to the United States Commission on Civil Rights," U.S. Commission on Civil Rights | | 2023 |
| MX116 | | Consent Order, *Bennett v. Madison County Board of Education*, No. 5:63-CV-613-MHH | | 2022 |
| MX117 | | Josh Moon, "Former Athens superintendent, two others sentenced in virtual school case," Alabama Political Reporter | | 2021 |
| MX118 | | U.S. DOJ, Office of Public Affairs, "Department of Justice and Health and Human Services Announce Interim Resolution Agreement in Environmental Justice Investigation of Alabama Dep't of Public Health" | | |
| MX119 | | Voluntary Compliance Agreement between Housing Authority of the City of Decatur and the U.S. Dep't of Housing and Urban Development | | 2020 |
| MX120 | | Shiva Kooragayala, "The problem with talking about "inner cities," Urban Institute | | 07/08/22 |
| MX121 | | Caleb Ecarma, "Tommy Tuberville has taken Another Breathtakingly Bad Stance on Diversity," Vanity Fair | | 07/22/22 |
| MX122 | | Chris Massie, "Rep. Brooks: Dems' 'war on whites' behind some criticism of Sessions," CNN | | |

| | | | | |
|---|---|---|---|---|
| MX123 | | Leada Gore, "Rep. Mo Brooks: People who live 'good lives' should pay less for health insurance," al.com | | |
| MX124 | | Sam Levine, "GOP Congressman Accuses Democrats of Waging A 'War on Whites'," Huffington Post | | |
| MX125 | | "The Prattville Dragoons Blog," Blogspot.com | | |
| MX126 | | Paul Gattis, "Alabama Democrats call on GOP lawmaker to resign over Confederate support," al.com | | 06/20/20 |
| MX127 | | Brent Wilson, "Alabama Democratic Party Seeks Resignation of 'Confederate Apologist'," bamapolitics.com | | 06/19/20 |
| MX128 | | Charles J. Dean, "Sen. Scott Beason catching flak over 'empty the clip' comment" al.com | | 02/07/11 |
| MX129 | | Kim Chandler, "Sen. Scott Beason apologizes for comments revealed during bingo trial (video)" al.com | | 09/27/11 |
| MX130 | | Philip Bump, "Roy Moore: America was great in era of slavery, is now 'focus of evil in the world'," Washington Post | | 12/08/17 |
| MX131 | | "Race in Our Politics: A Catalog of Campaign Materials," (Print outs of Dec. 10, 2017, advertising materials) | | 12/10/17 |
| MX132 | | "Ads for Democrat Doug Jones running for US Senate in Alabama against alleged child abuser Roy Moore" | | |

| MX133 | | Kyle Whitmire, "The John Merrill Show is on again. Somebody changed the channel," al.com | | 04/22/20 |
|---|---|---|---|---|
| MX134 | | Tierney Sneed, "AL Elections Chief taunts twitter Users Noting Hurdles in Absentee Voting Requirements," TalkingPointsMemo.com | | 04/21/20 |
| MX135 | | Mike Cason "Gov. Robert Bentley's task force recommends Medicaid expansion" al.com | | 11/18/15 |
| MX136 | | Anthony Daniels & Bobbly Singleton "Coronavirus crisis begs for Alabama Medicaid expansion" Alabama Political Reporter | | 04/17/20 |
| MX137 | | Office of Congresswoman Sewell, "Rep. Sewell Introduces COVER Now Act to Empower Local Governments to Overcome Obstruction to Medicaid Expansion" Press Release | | 07/17/21 |
| MX138 | | Michelle Boorstein, "The Stunning Difference between White and Black Evangelicals in Alabama" Washington Post | | 12/13/17 |
| MX139 | | Robert Petterson, "Address at the Annual Leadership Conference of the Citizens' Councils of America, Montgomery, Alabama," Selma Times-Journal | | 02/16/65 |
| MX140 | | The Martin Luther King, Jr. Research and Education Institute, "Communism," Stanford University | | 04/04/18 |
| MX141 | | Brent Wilson, "Chris Pringle: White Straight Southern Christian Conservatives Under Attack" Bama Politics | | 02/18/20 |

| MX142 | | Kyra Miles "Echoes of the Past as Overwhelmingly White Mountain Brook Debates Diversity," Birmingham Watch | | 08/07/21 |
|---|---|---|---|---|
| MX143 | | Pew Research Center, "Views about abortion among blacks by state" | | |
| MX144 | | Jeremy Gray, "Historian Wayne Flynt on Senate race, Confederate monuments, Alabama's 'political prostitution,'" al.com | | 08/20/17 |
| MX145 | | Sue Bell Cobb, "I was Alabama's Top Judge. I'm Ashamed by what I had to do to Get There" politico.com | | 03/31/15 |
| MX146 | | Aubrey W. Jewett, "Partisan Change in Southern Legislatures, 1946-95," | | 2001 |
| MX147 | | "Supreme Court Voting Rights Decision Was a Missed Opportunity," Washington Examiner | | |
| MX148 | | M.V. Hood IV, Peter A. Morrison, and Thomas M. Bryan, "From Legal Theory to Practical Application: A How-To for Performing Vote Dilution Analyses," Social Science Quarterly 99 (2): pp. 536-552 | | 2017 |
| MX149 | | The Election of African American State Legislators in the Modern South | | |
| MX150 | | WITHDRAWN (duplicative of MX148) | | |
| MX151 | | Proposed Alabama Senate District 18 Functionality Examination | | |

| MX152 | | Wash. Post Police Shootings database | | 04/29/24 |
|---|---|---|---|---|
| MX153 | | U.S. DOJ, "Notice Letter and Report Regarding Investigation of Alabama's State Prisons for Men" | | 04/02/19 |
| MX154 | | WITHDRAWN (duplicative of MX103) | | |
| MX155 | | Pew Research Center, "Party affiliation among whites by state" | | |
| MX156 | | Bylaws for Units of the NAACP | | |
| MX157 | | NPR, "In Alabama, racial disparities in health outcomes predate the pandemic" | | 07/04/20 |
| MX158 | | Rocha, "Report: Alabama has poor health system performance, stark health care disparities," Ala. Reflector | | |
| MX159 | | Alabama Appendix to David C. Radley et al., "Advancing Racial Equity in U.S. Health Care: The Commonwealth Fund 2024 State Health Disparities Report" | | 04/01/24 |
| MX160 | | Sean Dowling, "Alabama doctors urging Black women to participate in landmark study on cancer amid low survival rates," WAFF48 | | 05/23/24 |
| MX161 | | Draft Alabama Attorney General Preclearance Letter re: Alabama Act No. 2011-518 (SOS527) | | 9/27/11 |
| MX162 | | Letter from Attorney General Steve Marshall to Dorman Walker | | 7/13/23 |

| MX163 | | Jon Sharp, "Karla DuPriest, a Republican who supports redistricting, eyes 2nd District congressional race," Al.com | | 12/24/23 |
|---|---|---|---|---|
| MX164 | | EXHIBIT NUMBER INTENTIONALLY OMITTED | | |
| MX165 | | Alabama Dep't Public Health, Office of Health Equity and Minority Health, "What is Health Equity?" | | |
| MX166 | | EXHIBIT NUMBER INTENTIONALLY OMITTED | | |
| MX167 | | Assoc. Press, "AP focuses on Alabama patient in its series on alleged medical racism in the U.S." | | 05/23/23 |
| MX168 | | "Alabama Maternal Mortality Review 2020 Annual Report.," Alabama Department of Public Health, Bureau of Family Health Services. | | 2020 |
| MX169 | | Debbie Elliott, "Black residents in rural Alabama demand sanitation equity, saying 'it's a right'," NPR | | 10/13/23 |
| MX170 | | Interim Resolution Agreement between US DOJ, US HHS, and ADPH re: Lowndes County Wastewater Disposal | | 05/03/23 |
| MX171 | | Jefferson County Board of Public Health, Board of Health Resolution, "Race as a Public Health Problem" | | 02/20/21 |
| MX172 | | "Fiscal year 2014 Annual Driver's License Production Costs" | | |
| MX173 | | List of DL Offices closed | | |
| MX174 | | Cedric Coley, "Jobs, Not Mobs", Instagram Post | | 8/22/24 |

| Discovery Responses | | | | |
|---|---|---|---|---|
| MX175 | | Legislative Defendants' Response to First Set Interrogatories | | |
| MX176-MX177 | | EXHIBIT NUMBERS INTENTIONALLY OMITTED | | |
| MX178 | | Defendant Secretary of State's Response to First Set Interrogatories | | |
| MX179 | | Defendants' Response to Second Set Interrogatories | | |
| MX180 | | Defendant Sen. Livingston's Responses to Plaintiffs' Third Set of Interrogatories (Aug. 9, 2023) | 238-2 | |
| MX181 | | Defendant Rep. Pringle's Response to Plaintiffs' Third Set of Interrogatories (Aug. 9, 2023) | 238-3 | |
| MX182 | | Defendant Secretary Allen Response to Request for Admissions | | |
| MX183 | | Defendants Pringle and Livingston Responses to Requests for Admissions | | |
| MX184 | | Red State Strategies Response to Plaintiffs' Interrogatories and Requests for Production of Documents | | |
| MX185 | | Defendants Pringle and Livingston Responses to Requests Nos. 1 – 5 for Production of Documents | | |
| MX186 | | Defendant Secretary Allen Response to Request for Requests No. 1 – 5 for Production of Documents | | |
| MX187 | | Chris Brown, Deposition Transcript in *Milligan v. Allen* and exhibits | | |

| MX188 | EXHIBIT NUMBER INTENTIONALLY OMITTED | | |
|---|---|---|---|
| MX189 | WITHDRAWN (duplicative of MX184) | | |
| MX190 | Randy Hinaman, First Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX191 | Randy Hinaman, Second Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX192 | Randy Hinaman, Deposition Transcript in *Stone v. Allen* and exhibits | | |
| MX193 | Sen. Livingston, Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX194 | Rep. Pringle, First Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX195 | Rep. Pringle, Second Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX196 | Spencer Collier, Deposition Transcript, *Greater Birmingham Ministries v. Alabama*, | | |
| MX197 | Sen. McClendon's Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX198 | Sen. McClendon's Deposition Transcript in *Stone v. Allen* and exhibits | | |
| MX199 | Sen. Beason, Trial Transcripts, *U.S. v. McGregor*, No. 2:10-cr-186 | | |

Plaintiffs reserve the right amend this list and introduce all other discovery requests, responses, depositions and exhibits, or other production from this matter and the related *Singleton* and *Caster* cases.

DATED this 17th day of December 2024

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
cburke@naacpldf.org

/s/ Alison Mollman
Alison Mollman
Laurel Hattix
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org

David Dunn*
HOGAN LOVELLS US LLP

Respectfully submitted,

/s/ Sidney Jackson
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ Davin M. Rosborough
Davin M. Rosborough*
Dayton Campbell-Harris*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
dcampbell-harris@aclu.org
tlee@aclu.org
slakin@aclu.org

/s/ Jack Genberg
Bradley E. Heard*
Jack Genberg*
Jessica L. Ellsworth*
Shelita M. Stewart*
Amanda N. Allen*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600

390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony R. Gbe*
James W. Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com
jay.ettinger@hoganlovells.com

jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com
amanda.n.allen@hoganlovells.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice*