# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*,<br>  Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>  Defendant. | Case No. 2:21-cv-01291-AMM<br><br>THREE-JUDGE COURT |
| **EVAN MILLIGAN**, *et al.*,<br>  Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>  Defendant. | Case No. 2:21-cv-01530-AMM<br><br>THREE-JUDGE COURT |
| **MARCUS CASTER**, *et al.*,<br>  Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>  Defendant. | Case No.: 2:21-cv-1536-AMM |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

These congressional redistricting cases are before the Court on unopposed motions to deem any exhibits filed by Defendants Secretary of State Wes Allen,

Senator Steve Livingston, and Representative Chris Pringle (the "State Defendants") in one of these cases as filed in all the cases and for the Court to clarify its order setting the pretrial conference. *Singleton* Doc. 268; *Milligan* Doc. 402; *Caster* Doc. 317. The motions to clarify "ask the Court to confirm that hard copies of all exhibits for Judge Marcus and Judge Moorer should be sent to Miami and Mobile, respectively." *Milligan* Doc. 402 at 3. For good cause, these motions are **GRANTED** and the Court **ORDERS** that any exhibit filed by the State Defendants in one of these three congressional redistricting cases is deemed filed in the other two cases as well. In addition, the Court reiterates its previous instructions that printed materials shall be sent to the members of the Court at the following addresses, respectively:

> Hon. Stanley Marcus
> 99 N.E. 4th Street
> Miami, Florida 33132
>
> Hon. Anna M. Manasco
> 1729 5th Avenue North, Suite 5B
> Birmingham, AL 35203
>
> Hon. Terry F. Moorer
> 155 Saint Joseph Street
> Mobile, AL 36602

**DONE** and **ORDERED** this 18th day of December, 2024.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE