User:
Plan Name: **2023 Congressional (Legislative) Plan**
Plan Type:

# Measures of Compactness Report

Thursday, April 11, 2024                                                                                                                              3:00 PM

|          | Polsby-Popper |
|----------|---------------|
| Sum      | N/A           |
| Min      | 0.18          |
| Max      | 0.40          |
| Mean     | 0.28          |
| Std. Dev.| 0.09          |

| District | Polsby-Popper |
|----------|---------------|
| 1        | 0.24          |
| 2        | 0.37          |
| 3        | 0.35          |
| 4        | 0.20          |
| 5        | 0.40          |
| 6        | 0.18          |
| 7        | 0.23          |

2:21-cv-1291-AMM
2:21-cv-1530-AMM
2:21-cv-1536-AMM
02/10/2025 Trial
Defendant Exhibit No. 089

# Measures of Compactness Report

2023 Congressional (Legislati

Measures of Compactness Summary

**Polsby-Popper**  The measure is always between 0 and 1, with 1 being the most compact.

User:
Plan Name: **2023 Congressional (Legislative) Plan**
Plan Type:

# Measures of Compactness Report

Thursday, April 11, 2024                                                                                                                        2:59 PM

|            | **Reock** |
|------------|-----------|
| Sum        | N/A       |
| Min        | 0.31      |
| Max        | 0.61      |
| Mean       | 0.41      |
| Std. Dev.  | 0.10      |

| **District** | **Reock** |
|--------------|-----------|
| 1            | 0.31      |
| 2            | 0.61      |
| 3            | 0.41      |
| 4            | 0.33      |
| 5            | 0.37      |
| 6            | 0.46      |
| 7            | 0.40      |

**MILLIGAN - RC 049702**