FILED
2024 Dec-18 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA



# Choctaw County Profile

Alabama Department of Labor

Labor Market Information Division

2:21-cv-1291-AMM
2:21-cv-1530-AMM
2:21-cv-1536-AMM
02/10/2025 Trial
Defendant Exhibit No.    297

SOS155585

Choctaw County

# Demographics

## American Community Survey Average Population Estimates for 2018-2022

| Age | Estimate |
| --- | --- |
| Under 5 years | 686 |
| 5 to 14 years | 1,363 |
| 15 to 19 years | 922 |
| 20 to 24 years | 646 |
| 25 to 34 years | 1,222 |
| 35 to 44 years | 1,246 |
| 45 to 54 years | 1,591 |
| 55 to 64 years | 2,043 |
| 65 and older | 2,950 |

## Total Population 12,669

### Population By Age Group:



Source: U.S. Census Bureau, 2018-2022 5-Year American Community Survey Table DP05: Demographic and Housing Estimates

SOS155586

Choctaw County

# Demographics

American Community Survey Average Population Estimates for 2018-2022

| School Enrollment | Estimate |
|---|---|
| Population 3 years and over enrolled in school | 2,515 |
| Nursery school, preschool | 127 |
| Kindergarten | 205 |
| Elementary school (grades 1-8) | 1,057 |
| High school (grades 9-12) | 582 |
| College or graduate school | 544 |
| **Educational Attainment** | **Estimate** |
| Population 25 years and over | 9,052 |
| Less than 9th grade | 1,014 |
| 9th to 12th grade, no diploma | 1,014 |
| High school graduate (includes equivalency) | 3,460 |
| Some college, no degree | 1,942 |
| Associate's degree | 875 |
| Bachelor's degree | 873 |
| Graduate or professional degree | 308 |

Source: U.S. Census Bureau, 2018-2022 5-Year American Community Survey Table DP02: Selected Social Characteristics in the United States

SOS155587

# Unemployment Data

## November 2023 Unemployment & Underemployment Data

| County | Civilian Labor Force | Employment | Unemployment | Unemployment Rate | Under-Employment | Available Labor Pool |
|---|---|---|---|---|---|---|
| Baldwin | 105,291 | 102,875 | 2,416 | 2.3% | 18,620 | 21,036 |
| **Choctaw** | **4,274** | **4,094** | **180** | **4.2%** | **843** | **1,023** |
| Clarke | 7,582 | 7,224 | 358 | 4.7% | 1,488 | 1,846 |
| Conecuh | 4,240 | 4,074 | 166 | 3.9% | 851 | 1,017 |
| Escambia | 14,543 | 14,109 | 434 | 3.0% | 3,005 | 3,439 |
| Mobile | 197,607 | 191,454 | 6,153 | 3.1% | 47,481 | 53,634 |
| Monroe | 7,018 | 6,705 | 313 | 4.5% | 1,629 | 1,942 |
| Washington | 9,407 | 9,160 | 247 | 2.6% | 2,244 | 2,491 |
| Wilcox | 2,556 | 2,353 | 203 | 7.9% | 576 | 779 |

## Unemployment + Underemployment = Potential Available Labor Pool

Source: LAUS data, County Unemployment Rates, Unemployment Data for Labor Force, Employment, Unemployment, and Unemployment Rate Data. Underemployment in Alabama WIA Areas, Published September 2023, CBER @ UA, Underemployment and Available Labor Pool Data.

SOS155588

# Unemployment Data

## Initial Claims by Occupation 2023, Annual

| Occupation | Number Unemployed | Occupation | Number Unemployed |
|---|---|---|---|
| Helpers--Production Workers | 15 | Home Health Aides | 4 |
| Customer Service Representatives | 14 | Landscaping and Groundskeeping Workers | 4 |
| Heavy and Tractor-Trailer Truck Drivers | 14 | Structural Iron and Steel Workers | 4 |
| Cashiers | 13 | Security Guards | 3 |
| Construction Laborers | 10 | Cooks, Institution and Cafeteria | 3 |
| Teacher Assistants | 8 | Maids and Housekeeping Cleaners | 3 |
| Office Clerks, General | 8 | Retail Salespersons | 3 |
| General and Operations Managers | 7 | Electricians | 3 |
| Sales Managers | 6 | Construction Managers | 2 |
| Nursing Assistants | 6 | Medical and Health Services Managers | 2 |
| Team Assemblers | 6 | Claims Adjusters, Examiners, and Investigators | 2 |
| Preschool Teachers, Except Special Education | 5 | Secondary School Teachers, Except Special and Career/Technical Education | 2 |
| Production Workers, All Other | 5 | Forest and Conservation Technicians | 2 |
| Industrial Truck and Tractor Operators | 5 | Electrical Engineers | 2 |
| Electrical and Electronic Engineering Technologists and Technicians | 4 | Pharmacy Technicians | 2 |

 Source: Unemployment Insurance Reports

Choctaw County

# *Help Wanted OnLine*® Annual Job Postings

## 2023 Top Occupations with Most Ads Posted

| Occupation | # of Ads | Occupation | # of Ads |
|---|---|---|---|
| Supervisors of Retail Sales Workers | 25 | Supervisors of Production & Operating Workers | 5 |
| Registered Nurses | 18 | Managers, All Other | 4 |
| Supervisors of Mechanics, Installers, & Repairers | 14 | Security Guards | 4 |
| Merchandise Displayers & Window Trimmers | 12 | Postal Service Clerks | 4 |
| Retail Salespersons | 10 | Office Clerks, General | 4 |
| Physical Therapists | 8 | Maintenance & Repair Workers, General | 4 |
| Magnetic Resonance Imaging Technologists | 8 | Software Developers | 3 |
| Helpers--Production Workers | 8 | Computer Occupations, All Other | 3 |
| Industrial Engineers | 7 | Chemical Engineers | 3 |
| Health Technologists & Technicians, All Other | 7 | Mechanical Engineers | 3 |
| Production, Planning, & Expediting Clerks | 7 | Occupational Health & Safety Specialists | 3 |
| Licensed Practical & Vocational Nurses | 6 | Radiologic Technologists & Technicians | 3 |
| Customer Service Representatives | 6 | Janitors & Cleaners, Except Maids & Housekeeping Cleaners | 3 |
| General & Operations Managers | 5 | Automotive Service Technicians & Mechanics | 3 |
| Electrical & Electronic Engineering Technologists & Technicians | 5 | Financial Managers | 2 |

▶ Source: The Conference Board-Burning Glass Help Wanted OnLine

SOS155590

# Expected Worker Shortfall

|  | 2020-2030 | 2020-2035 |
|---|---|---|
| Total Population Growth | -12.8% | -18.8% |
| Age 20-64 Population Growth | -12.8% | -19.1% |
| Nonagricultural Job Growth | 1.2% | 4.1% |
| Worker Shortfall | 14.1% | 23.2% |
| **Worker Shortfall** | **532** | **877** |

Note: A negative Worker Shortfall indicates a projected surplus of workers versus available jobs.

Source: Center for Business and Economic Research (CBER), University of Alabama

SOS155591

# Occupational Wages

| Choctaw County Average Hourly Wage All Occupations | | | |
|---|---|---|---|
| Entry | Median | Mean | Experienced |
| $11.78 | $20.85 | $23.47 | $29.31 |

| Choctaw County Average Hourly Wage Manufacturing | | | |
|---|---|---|---|
| Entry | Median | Mean | Experienced |
| NA | NA | NA | NA |

Source: Alabama Department of Labor, Labor Market Information Division in cooperation with the U.S. Bureau of Labor Statistics. The data is based on the 2022 release of the Occupational Employment Statistics report, employment and wage estimate file. Wage data has been aged using the latest quarterly Employment Cost Index (ECI) factors. 'NA' indicates data not available for publication.

SOS155592

Choctaw County

# Occupational Wages
## Annual Salary Area Comparison

| | Entry | Median | Mean | Experienced |
|---|---|---|---|---|
| **Alabama** | | | | |
| Total | $27,775 | $47,005 | $61,395 | $78,205 |
| Manufacturing | $30,764 | $45,305 | $55,077 | $67,233 |
| **Choctaw County** | | | | |
| Total | $24,495 | $43,356 | $48,806 | $60,962 |
| Manufacturing | NA | NA | NA | NA |
| **Mobile County** | | | | |
| Total | $26,069 | $41,594 | $53,706 | $67,525 |
| Manufacturing | $38,211 | $66,119 | $70,454 | $86,576 |
| **Marengo County** | | | | |
| Total | $23,868 | $39,152 | $47,447 | $59,237 |
| Manufacturing | $33,124 | $48,554 | $57,138 | $69,145 |

Source: Alabama Department of Labor, Labor Market Information Division in cooperation with the U.S. Bureau of Labor Statistics. The data is based on the 2022 release of the Occupational Employment Statistics report, employment and wage estimate file. Wage data has been aged using the latest quarterly Employment Cost Index (ECI) factors. 'NA' indicates data not available for publication.

# 2021 Workforce Characteristics



| Jobs by Worker Age | Count | Share |
|---|---|---|
| Age 29 or younger | 618 | 17.2% |
| Age 30 to 54 | 1,877 | 52.3% |
| Age 55 or older | 1,093 | 30.5% |
| **Jobs by Worker Educational Attainment** | **Count** | **Share** |
| Less than high school | 453 | 12.6% |
| High school or equivalent, no college | 984 | 27.4% |
| Some college or Associate degree | 985 | 27.5% |
| Bachelor's degree or advanced degree | 548 | 15.3% |
| Educational attainment not available (workers aged 29 or younger) | 618 | 17.2% |
| **Jobs by Worker Sex** | **Count** | **Share** |
| Male | 2,223 | 62.0% |
| Female | 1,365 | 38.0% |
| **Jobs by Earnings** | **Count** | **Share** |
| $1,250 per month or less | 530 | 14.8% |
| $1,251 to $3,333 per month | 962 | 26.8% |
| More than $3,333 per month | 2,096 | 58.4% |

Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics in Partnership with the Alabama Department of Labor, Labor Market Information Division.

SOS155594

Choctaw County

# 2021 Commuting Patterns

## Labor Force Characteristics



| Outflow Job Characteristics | Count | Share |
|---|---|---|
| External Jobs Filled by Residents | 1,785 | 100.0% |
| Workers Aged 29 or younger | 469 | 26.3% |
| Workers Aged 30 to 54 | 954 | 53.4% |
| Workers Aged 55 or older | 362 | 20.3% |
| Workers Earning $1,250 per month or less | 321 | 18.0% |
| Workers Earning $1,251 to $3,333 per month | 594 | 33.3% |
| Workers Earning More than $3,333 per month | 870 | 48.7% |
| Workers in the "Goods Producing" Industry Class | 542 | 30.4% |
| Workers in the "Trade, Transportation, and Utilities" Industry Class | 397 | 22.2% |
| Workers in the "All Other Services" Industry Class | 846 | 47.4% |

Live in the County
but Work Elsewhere
51.4%

Live and Work
in the County
48.6%

Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics in Partnership with the Alabama Department of Labor, Labor Market Information Division.

SOS155595

# 2021 Commuting Patterns

Where People Live who Work in This County



| | Count | Share |
|---|---|---|
| Choctaw County, AL | 1,689 | 47.1% |
| Marengo County, AL | 384 | 10.7% |
| Lauderdale County, MS | 207 | 5.8% |
| Clarke County, AL | 176 | 4.9% |
| Washington County, AL | 116 | 3.2% |
| Clarke County, MS | 104 | 2.9% |
| Mobile County, AL | 70 | 2.0% |
| Dallas County, AL | 53 | 1.5% |
| Baldwin County, AL | 45 | 1.3% |
| Wilcox County, AL | 44 | 1.2% |
| All Other Locations | 700 | 19.5% |

Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics in Partnership with the Alabama Department of Labor, Labor Market Information Division.

# 2021 Commuting Patterns

## Where People Work who Live in This County

| | Count | Share |
|---|---|---|
| Choctaw County, AL | 1,689 | 48.6% |
| Mobile County, AL | 281 | 8.1% |
| Marengo County, AL | 171 | 4.9% |
| Clarke County, AL | 107 | 3.1% |
| Jefferson County, AL | 105 | 3.0% |
| Baldwin County, AL | 96 | 2.8% |
| Sumter County, AL | 94 | 2.7% |
| Montgomery County, AL | 90 | 2.6% |
| Washington County, AL | 89 | 2.6% |
| Escambia County, FL | 60 | 1.7% |
| All Other Locations | 692 | 19.9% |



Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics in Partnership with the Alabama Department of Labor, Labor Market Information Division.

Choctaw County

# Choctaw County Industry Distribution 2022



Health Care & Social Assistance
11.5%

Educational Services
9.3%

Retail Trade
8.9%

Construction
8.1%

Agriculture, Forestry, Fishing & Hunting
8.0%

Manufacturing
26.5%

Transportation & Warehousing
7.3%

Accommodation & Food Services
4.1%

Public Administration
3.8%

Professional, Scientific, & Technical Services
2.2%

Remaining industries with less than 2.2% share of total employment

Source: Longitudinal Employer Household Dynamics program which is a partnership between the Census Bureau and the Alabama Department of Labor, Labor Market Information Division.

SOS155598

Choctaw County

# Industry Total Employment Trend



Source: Longitudinal Employer Household Dynamics program which is a partnership between the Census Bureau and the Alabama Department of Labor, Labor Market Information Division.

SOS155599

Choctaw County

# Industry Sector Employment Trends



Source: Longitudinal Employer Household Dynamics program which is a partnership between the Census Bureau and the Alabama Department of Labor, Labor Market Information Division.

SOS155600

Choctaw County

# Industry Sector Employment Trends



Source: Longitudinal Employer Household Dynamics program which is a partnership between the Census Bureau and the Alabama Department of Labor, Labor Market Information Division.

SOS155601

Choctaw County

# Industry Sector Employment Trends



Source: Longitudinal Employer Household Dynamics program which is a partnership between the Census Bureau and the Alabama Department of Labor, Labor Market Information Division.

SOS155602

Choctaw County

# Average Monthly Earnings Trend



Source: Longitudinal Employer Household Dynamics program which is a partnership between the Census Bureau and the Alabama Department of Labor, Labor Market Information Division.

SOS155603

# Postsecondary Education

2021-2022 HS Graduates Enrolled in Alabama Public Colleges9

| High School | HS Grads | Enrolled in AL Public Colleges | Enrolled in Remedial Course(s) | | | | Enrollment Status | |
|---|---|---|---|---|---|---|---|---|
| | | | Math Only | English Only | Both | Total | Full Time | Part Time/ Other |
| Choctaw County High School | 37 | 14 | 1 | 0 | 4 | 5 | 14 | 0 |
| Southern Choctaw High School | 34 | 5 | 0 | 0 | 0 | 0 | 4 | 1 |

► Source: Alabama Commission on Higher Education; 2022 High School Report.

SOS155604

# Postsecondary Education

## Fall 2022 Undergraduate Enrollment of Students Attending Alabama Public Two-Year and Four-Year Institutions

| Choctaw County | # Undergrads | # First-Time Freshman |
|---|---|---|
| **Major**                                    **Grand Total** | **329** | **60** |
| Undeclared/NotReported | 91 | 0 |
| General Studies | 37 | 13 |
| Registered Nursing/Registered Nurse | 17 | 1 |
| Teacher Education, Multiple Levels | 15 | 1 |
| Industrial Technology/Technician | 14 | 6 |
| Multi-/Interdisciplinary Studies, Other | 14 | 6 |
| Liberal Arts and Sciences/Liberal Studies | 12 | 4 |
| Psychology, General | 9 | 1 |
| Biology/Biological Sciences, General | 8 | 3 |
| Business Administration and Management, General | 8 | 0 |
| Business/Commerce, General | 7 | 4 |
| Electrical and Electronics Engineering | 6 | 0 |
| Accounting | 5 | 1 |
| Respiratory Care Therapy/Therapist | 5 | 0 |
| Biomedical Sciences, General | 4 | 1 |

Source: Alabama Commission on Higher Education: Workforce Development, Potential Workforce by County.

SOS155605

# Postsecondary Education

## Summer 2021 thru Spring 2022 Completions of Students from Alabama Public Two-Year and Four-Year Institutions

| Major | Less than 1 year | Less than 2 years | Associate | Less than 4 years | Bachelor | Post-Bachelor | Master | Post-Master | Doctoral | Choctaw Total | * State Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Industrial Technology/Technician | 9 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 112 |
| Registered Nursing/Registered Nurse | 0 | 0 | 4 | 0 | 1 | 0 | 2 | 0 | 0 | 7 | 3,814 |
| Business Administration and Management, General | 0 | 0 | 2 | 0 | 2 | 0 | 1 | 0 | 0 | 5 | 2,201 |
| Licensed Practical/Vocational Nurse Training | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1,186 |
| General Studies | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 6,052 |
| Welding Technology/Welder | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1,136 |
| Elementary Education and Teaching | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 3 | 1,158 |
| Psychology, General | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 3 | 836 |
| Cosmetology/Cosmetologist, General | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 238 |
| Emergency Medical Technology/Technician (EMT Paramedic) | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 740 |
| Health/Health Care Administration/Management | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 2 | 186 |
| Mathematics, General | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 125 |
| Mechanical Engineering | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 456 |
| Multi-/Interdisciplinary Studies, Other | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 1,066 |
| Salon/Beauty Salon Management/Manager | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 270 |

Source: Alabama Commission on Higher Education: Workforce Development, Potential Workforce by County.

SOS155606

Choctaw County

# Questions???

Alabama Department of Labor

Labor Market Information Division

LMI.LABOR@labor.Alabama.gov

Phone (334) 956-7465

These workforce products were funded by a grant awarded by the U.S. Department of Labor's Employment and Training Administration. These products were created by the recipient and do not necessarily reflect the official position of the U.S. Department of Labor. The U.S. Department of Labor makes no guarantees, warranties, or assurances of any kind, express or implied, with respect to such information, including any information on linked sites and including, but not limited to, accuracy of the information or its completeness, timeliness, usefulness, adequacy, continued availability, or ownership. These products are copyrighted by the institution that created them. Internal use by an organization and/or personal use by an individual for non-commercial purposes is permissible. All other uses require the prior authorization of the copyright owner.

SOS155607