FILED

2024 Dec-20  PM 05:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| EVAN MILLIGAN, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-01530-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, *et al.*, | |
| Defendants. | |
| MARCUS CASTER, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 2:21-cv-1536-AMM |
| WES ALLEN, in his official capacity as Alabama Secretary of State, | |
| Defendant. | |

### *MILLIGAN* AND *CASTER* PLAINTIFFS' OBJECTIONS TO THE DEFENDANTS' WITNESS AND EXHIBITS

The *Milligan* and *Caster* Plaintiffs ("Plaintiffs") respectfully submit the following objections to the Defendants' pretrial exhibit list. Plaintiffs also object in part to the testimony of Dr. Wilfred Reilly as stated in Plaintiffs' motions in limine (Docs. 416). Per the Court's Standard pretrial order, Plaintiffs reserve their right to

1

object to any exhibit based on relevance under Federal Rule of Evidence 402, or any basis under Federal Rule of Evidence Rule 403. Plaintiffs' decision not to object to an exhibit in this filing is without prejudice to this right and reflects only the other universe of potential objections. Further, Plaintiffs reserve the right to revise or supplement these objections within a reasonable time before trial or due to newly received information. Plaintiffs also reserve the right to object to any demonstratives or exhibits improperly used for impeachment.

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX1 | Expert Report of Dr. Christopher W. Bonneau | Hearsay, FRE 802 |
| DX2 | Response Report of Dr. Christopher W. Bonneau | Hearsay, FRE 802 |
| DX3 | Expert Report of Adam M. Carrington, Ph.D. | Hearsay, FRE 802 |
| DX4 | Updated CV of Adam M. Carrington, Ph.D. | Hearsay, FRE 802 |
| DX5 | Expert Report of M.V. Hood III | Hearsay, FRE 802 |
| DX6 | Supplemental Expert Report of M.V. Hood III | Hearsay, FRE 802 |
| DX7 | Expert Report of M.V. Hood III | Hearsay, FRE 802 |
| DX8 | Expert Report of Dr. Wilfred Reilly | Hearsay, FRE 802 |
| DX9 | Expert Report of Sean P. Trende | Hearsay, FRE 802 |
| DX10 | Expert Report of Sean P. Trende, Ph.D. | Hearsay, FRE 802 |
| DX11 | Expert Report of Kosuke Imai, Ph.D. | Hearsay, FRE 802 |
| DX12 | Rebuttal Expert Report of Kosuke Imai, Ph.D. | Hearsay, FRE 802 |
| DX13 | Map depicting Wiregrass, Black Belt Alabama Counties, and Gulf Coast Region (Trende Dep. Ex. 7) | |
| DX14 | Joseph Bagley, *The Politics of White Rights: Race, Justice, and Integrating Alabama's Schools* (2018) (excerpt: map of Alabama) | Completeness, FRE 106; Foundation, FRE 602 |
| DX15 | FBI Crime Data Explorer Arrest Data | Completeness, FRE 106; |
| DX16 | ADOC Monthly Statistical Report | |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX17 | FBI Crime Data Explorer Offender Data | Completeness, FRE 106; |
| DX18 | Communities of Interest (Cooper Dep. DX5) | |
| DX19 | Cooper Plan 6 with Incumbent Address (Cooper Dep. Ex. 6) | Authenticity, FRE 901 |
| DX20 | Cooper Plans 6 and 7 with Mobile City Limits (Cooper Dep. Ex. 7) | Authenticity, FRE 901 |
| DX21 | "A New History of the American South," Chapter 12 (Frederickson Dep. Ex. 6) | Hearsay, FRE 802 |
| DX22 | "Republican demands Congress vote on Pentagon abortion policy: 'We are not a communist country,'" The Guardian (Frederickson Dep. Ex. 7) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX23 | "Cold War Dixie," Chapter 7 (Frederickson Dep. Ex. 8) | Hearsay, FRE 802 |
| DX24 | "Corporate Culture, the Cold War, and the American South in the 1950s and 1960s," (Frederickson Dep. Ex. 9) | Hearsay, FRE 802 |
| DX25 | "Creating a 'Respectable Area'" (Frederickson Dep. Ex. 10) | Hearsay, FRE 802 |
| DX26 | Expert Declaration of Maxwell Palmer, Ph.D. in *Texas Alliance for Retired Americans v. Ruth Hughes* (Aug. 4, 2020) (Palmer DX8) | Hearsay, FRE 802 |
| DX27 | Declaration of Chief Medical Officer Dr. Mary McIntyre (Landers Dep. DX1) | Hearsay, FRE 802 |
| DX28 | Video – Know the Symptoms (Landers Dep. DX2) | Hearsay, FRE 802 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX29 | Video – Symptoms? Get Tested (Landers Dep. DX3) | Hearsay, FRE 802 |
| DX30 | Video – Protect Yourself and Others (Landers Dep. DX4) | Hearsay, FRE 802 |
| DX31 | Video – You Are Safer at Home (Landers Dep. DX5) | Hearsay, FRE 802 |
| DX32 | Don't Hesitate. Vaccinate. (Landers Dep. DX6) | Hearsay, FRE 802 |
| DX33 | Brochure for Joint Community Health Fair (Landers Dep. DX7) | Hearsay, FRE 802 |
| DX34 | Morbidity and Mortality Weekly report – *County-Level COVID-19 Vaccination Coverage and Social Vulnerability – United States, December 14, 2020-March 1, 2021* (SOS153401) | Hearsay, FRE 802 |
| DX35 | May 23, 2024 *Alabama doctors urging Black women to participate in landmark study on cancer amid low survival rates* (Landers Dep. PX8) | Hearsay, FRE 802; Foundation, FRE 602; |
| DX36 | Percent of People Initiating C19Vax by Race Chart Export (SOS154705) | Hearsay, FRE 802; Foundation, FRE 602; Authenticity, FRE 901 |
| DX37 | *After decades of wastewater struggles, a ray of hope in Alabama's Black Belt*, al.com (June 7, 2024) (SOS155466) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX38 | 2023 Alabama Tourism article on Baldwin County (Lawson Dep. Ex. 03) | Hearsay, FRE 802; |
| DX39 | State of the Workforce Report XVII (Nix Dep. Ex. 03) | Hearsay, FRE 802; |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX40 | Empower Your True Potential (Turner Dep. Ex. 3) | Hearsay, FRE 802 Authenticity, FRE 901 |
| DX41 | Annotated Map of Alabama counties (Williams Dep. DX 1) | Authenticity, FRE 901 |
| DX42 | NBC Video footage of Carroll speaking on annexation (Carroll Dep. Ex. 02) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX43 | Screenshot of X/Twitter post (Chestnut Dep. Ex. 07) | Hearsay, FRE 802 Authenticity, FRE 901; |
| DX44 | Screenshot of X/Twitter post (Chestnut Dep. Ex. 08) | Hearsay, FRE 802 Authenticity, FRE 901; |
| DX45 | Screenshot of Clopton's LinkedIn Profile (Clopton Dep. Ex. 03) | |
| DX46 | Article on Malone Winning the 2024 AARP Purpose Prize (Malone Dep. Ex. 03) | |
| DX47 | Biography of Councilman C.J. Small (Small Dep. Ex. 1) | Hearsay, FRE 802 |
| DX48 | City of Mobile Council District Maps (Pending 2025 Election) (Small Dep. Ex. 6) | |
| DX49 | City of Mobile Council District Maps (Current) (Small Dep. Ex. 7) | |
| DX50 | Map of Mobile Council Districts from Dave's Redistricting (Small Dep. Ex. 9) | |
| DX51 | State Defendants' Second Supplement to Their Initial Disclosures | |
| DX52 | State Defendants' Fourth Supplement to Their Initial Disclosures | |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX53 | State Defendants' Sixth Supplement to Their Initial Disclosures | |
| DX54 | State Defendant's Seventh Supplement to Their Initial Disclosures | |
| DX55 | *Milligan* Plaintiffs' First Supplement to Their Disclosures | |
| DX56 | *Singleton* Plaintiffs' Responses to Defendant Secretary of State Wes Allen's Discovery Requests (Mar. 31, 2023) | |
| DX57 | *Milligan* Plaintiffs' Responses to Defendant Secretary of State Wes Allen's Interrogatories, Requests for Production, and Requests for Admission (Apr. 17, 2023), including subsequent verifications by Milligan and Stone which have been inserted at the end of the document | |
| DX58 | Ala. Act No. 2023-563 (filed in *Milligan* Aug. 18, 2023) | |
| DX59 | Declaration of Josiah Bonner, Jr. including all exhibits (which were previously filed separately) (Dec. 17, 2021) | Hearsay, FRE 802 |
| DX60 | Declaration of Bradley Byrne including all exhibits (which were previously filed separately) (Dec. 22, 2021) | Hearsay, FRE 802 |
| DX61 | Public Hearing Transcript – Joint Legislative Committee on Reapportionment (Mobile, AL) (June 14, 1991) (SOS008654) | Authenticity, FRE 901; Hearsay, FRE 802 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX62 | Public Hearing Transcript – Joint Legislative Committee on Reapportionment (Montgomery, AL) (Aug. 21, 1991) (SOS007291) | Authenticity, FRE 901; Hearsay, FRE 802 Foundation, FRE 602 |
| DX63 | Public Hearing Transcript – Joint Legislative Committee on Reapportionment (Montgomery, AL) (Oct. 2, 1991) (SOS007200) | Authenticity, FRE 901; Hearsay, FRE 802 Foundation, FRE 602 |
| DX64 | Letter from Alabama Attorney General Jimmy Evans to Voting Section Chief John Tanner re: March 1992 Objection & *Wesch* (Apr. 15, 1992) (SOS007081) | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |
| DX65 | Letter to Alabama Attorney General Bill Pryor from USDOJ Assistant Attorney General Ralph F. Boyd, Jr., granting preclearance to Ala. Act No. 2002-57 concerning Congressional redistricting (March 4, 2002) (SOS002736) | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |
| DX66 | Letter from U.S. Rep. Glen Browder to Members of the Joint Legislation Committee on Reapportionment expressing confidence that the Committee will redistrict "with full attention to our citizens' right to reasonable access to their Member of Congress and with minimal disruption of traditional community boundaries." (SOS007596) | Authenticity, FRE 901; Foundation, FRE 602; Hearsay, FRE 802 |
| DX67 | Brief of the State of Alabama as Amicus Curiae in Support of | Hearsay, FRE 802 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | Appellant Shelby County, *Shelby County v. Holder*, Case No. 11-5256 (U.S. 2011) (SOS001191) | |
| DX68 | Alabama's Congressional Maps from 1822 through 2021, (filed as Exhibit 7 to *Singleton* Plaintiffs' Renewed Motion for a Preliminary Injunction and Memorandum of Law in Support, Dec. 15, 2021) | |
| DX69 | Ideal Population – State Board of Education Districts and Congressional Districts (SOS002457) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX70 | The State Prison System map (March 1, 2011) (SOS002548) | Foundation, FRE 602 |
| DX71 | 2011 Plan – Complaint, *Alabama v. Holder*, Case No. 1:11-cv-01628-TFH (DDC) (SOS000005) | |
| DX72 | 2011 Plan – Errata to Complaint, Alabama v. Holder, Case No. 1:11-cv-01628-TFH (DDC) (SOS000172) | |
| DX73 | 2011 Plan – Notice of Dismissal, *Alabama v. Holder*, Case No. 1:11-cv-01628-TFH (DDC) (SOS000213) | |
| DX74 | Letter to Mr. John J. Park, Jr. from USDOJ Assistant Attorney General Thomas E. Perez granting preclearance to Ala. Act No. 2011-518 and Ala. Act No. 2011-677, which concern Congressional redistricting and redistricting | Hearsay, FRE 802; Authenticity, FRE 901; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | the Alabama State Board of Education, respectively (Nov. 21, 2011) (SOS000359) | |
| DX75 | USDOJ Press Release: Assistant Attorney General Thomas E. Perez Speaks at the National Association of Latino Elected Officials Luncheon on Redistricting (Feb. 8, 2011) (SOS000830) | Hearsay, FRE 802; Authenticity, FRE 901; Foundation, FRE 602 |
| DX76 | 2011 Congressional Map | |
| DX77 | 2020 Annual Report - State Personnel Board | Hearsay, FRE 802 |
| DX78 | 2020 Democratic Runoff | |
| DX79 | 2020-03 Certification AL Democratic Party Primary Runoff Candidates 2020-03-11 | |
| DX80 | 2021-10-25 2021 2nd Special Session Proclamation | |
| DX81 | 2021 Public Hearing Schedule (McClendon Dep. Ex. 04) | |
| DX82 | Map of Alabama Counties (Jones Dep. DX3) | |
| DX83 | 2021 Congressional District Map (Thomas DX3) | |
| DX84 | Maps - Alabama 2021 Congressional Plan by CD with basic stats for each (Milligan-RC 049617-623) | Foundation, FRE 602 |
| DX85 | VRA Plaintiffs Remedial Map (Smith Dep. Ex. 05) | |
| DX86 | 2023 Congressional District Map (Thomas DX4) | |
| DX87 | Alabama (Legislative) 2023 Congressional Plan district | Authenticity, FRE 901; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | statistics by district (Milligan-RC 049678-684) | |
| DX88 | Map - Alabama (Legislative) 2023 Congressional Plan Milligan-(RC 049699) | |
| DX89 | Alabama (Legislative) 2023 Congressional Plan measures of compactness report (Milligan-RC 049700-702) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX90 | Alabama (Legislative) 2023 Congressional Plan minority population stats by district (Milligan-RC 049704-705) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX91 | Alabama (Legislative) 2023 Congressional Plan political subdivision splits between districts (Milligan-RC 049771) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX92 | 2021 Congressional District Map and VRA Plaintiffs' Remedial Map (Love DX3) | |
| DX93 | Singleton Plan (Singleton Dep. Ex. 01) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX94 | Livingston Congressional Plan 3-2023 map (Simelton Dep. Ex. 05) | |
| DX95 | Annotated Map of Alabama (Cooper DX3) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX96 | Livingston Congressional Plan 3 with Population Summary (Williams Dep. Ex. 02) | |
| DX97 | Packet of Maps (L. Jackson Dep. Ex. 05) | |
| DX98 | 2021 Alabama Congressional Plan states, compactness scores, map, and performance | |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | analyses in state-wide elections (Jones Dep. DX4) | |
| DX99 | 2023 Alabama Congressional Plan states, compactness scores, map, and performance analyses in state-wide elections (Jones Dep. DX5) | |
| DX100 | Map – 2010 McClendon Congressional Plan 1 (Jones Dep. DX8) | |
| DX101 | 2021 Congressional Map (with county and city names) (Hinaman Dep. PX5) | |
| DX102 | 2011 Congressional Map (with county and city names) (Hinaman Dep. PX6) | |
| DX103 | 2021 Districts 1 – 7 split up with stats (Hinaman Dep. PX8) | |
| DX104 | Chart of 2021 Congressional Plans (Hinaman Dep. PX9) | |
| DX105 | Statewide election results by CD (Milligan-RC 049825-833) | |
| DX106 | Singleton 3 performance data based on prior election returns (Milligan-RC 049841-853) | |
| DX107 | Maps – Court-Ordered Congressional Plan, with Mobile zoom (Milligan-RC 054055-056) | |
| DX108 | Special Master Remedial Plan 3, population stats by CD (Milligan-RC 054057-069) | |
| DX109 | 2023 Court-Ordered Congressional Districts, | |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | population stats by CD (Milligan-RC 054070-082) | |
| DX110 | 2023 Court-Ordered Congressional Districts political subdivision splits between districts (Milligan-RC 054156-157) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX111 | Court-Ordered Congressional Map 2023 district stats (Milligan-RC 054175-180) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX112 | 2001 Alabama Congressional District Map (SOS000582) | |
| DX113 | Official 1991-92 Alabama Highway Map, United States Congressional Districts Map (SOS008999) | |
| DX114 | Map – Alabama U.S. House 2011 Plan showing interstates (Milligan-RC 0056074) | |
| DX115 | Statistics – State Board of Education Districts and Congressional Districts (SOS002398) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX116 | 2021 Redistricting Plans Comparative by District Analysis Congressional | |
| DX117 | 2021 Plan - 1 - Map | |
| DX118 | 2021 Plan - 2 - District Statistics | |
| DX119 | 2021 Plan - 3 - Population Summary - Single Race | |
| DX120 | 2021 Plan - 4 - VAP Summary - Single Race | |
| DX121 | 2021 Plan - 5 - Population Summary - Any Part Race | |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX122 | 2021 Plan - 6 - VAP Summary - Any Part Race | |
| DX123 | 2021 Plan - 7 - Plan Components' Population and VAP | |
| DX124 | Application of Appellant Billy Joe Camp, Secretary of State of Alabama, for Stay of Judgment Pending Appeal | Hearsay, FRE 802 |
| DX125 | Democratic Party-Official 2020 Primary Election Results (1) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX126 | *Jones v. Jefferson County* - Motion for Consent Order (agreed before litigation) | |
| DX127 | Alabama Democratic Party Certification of Candidates for the March 3, 2020 Democratic Primary Election (Dec. 18, 2019), available at https://www.sos.alabama.gov/sites/default/files/AL%20DEM%20Cert%20Amend%2012182019.pdf | |
| DX128 | Kiani Gardner - CD-1 candidate endorsed by ADC | Hearsay, FRE 802; Foundation, FRE 602 |
| DX129 | Alabama Democrats Candidate list 2020 Primaries | |
| DX130 | Appellee Paul Charles Wesch's Motion to Dismiss or Affirm, *Camp v. Wesch*, Case No. 91-1553 (U.S.) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX131 | Jurisdictional Statement, *Camp v. Wesch*, Case No. 91-1553 (U.S.) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX132 | Appendix to the Jurisdictional Statement, *Camp v. Wesch*, Case No. 91-1553 (U.S.) | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX133 | Sam Pierce Map (Zero) and statistics (1991) (SOS007159) | |
| DX134 | Singleton 1 Plan - 1 - Map | Foundation, FRE 602 |
| DX135 | Singleton 1 Plan - 3 - District Statistics | Foundation, FRE 602 |
| DX136 | Singleton 1 Plan - 4 - Population Summary - Single Race | Foundation, FRE 602 |
| DX137 | Singleton 1 Plan - 5 - VAP Summary - Single Race | Foundation, FRE 602 |
| DX138 | Singleton 1 Plan - 6 - Population Summary - Any Part Race | Foundation, FRE 602 |
| DX139 | Singleton 1 Plan - 7 - VAP Summary - Any Part Race | Foundation, FRE 602 |
| DX140 | Singleton 1 Plan - 8 - Plan Components' Population and VAP | Foundation, FRE 602 |
| DX141 | Singleton 3 Plan - 1 - Map | Foundation, FRE 602 |
| DX142 | Singleton 3 Plan - 3 - District Statistics | Foundation, FRE 602 |
| DX143 | Singleton 3 Plan - 4 - VAP Summary - Single Race | Foundation, FRE 602 |
| DX144 | Singleton 3 Plan - 5 - Population Summary - Single Race | Foundation, FRE 602 |
| DX145 | Singleton 3 Plan - 6 - Population and VAP Summary - Any Part Race | Foundation, FRE 602 |
| DX146 | Singleton 3 Plan - 7 - Plan Components' Population and VAP | Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX147 | State of Alabama Reapportionment Committee Guidelines for Congressional, Legislative, and State Board of Education Redistricting (May 2011) (SOS002410; SOS002418) | |
| DX148 | Reapportionment Committee Guidelines for Legislative and Congressional Redistricting, State of Alabama (1990 cycle) and 1992 Alabama Redistricting Plan with statistics (SOS007395) | |
| DX149 | Alabama Board of Pardons and Paroles Chair Leigh Gwathney's Objections and Answers to Plaintiffs' First Set of Interrogatories to Her, *Thompson v. Merrill*, Case No. 2:16-cv-783ECM-SMD (M.D. Ala.) | Hearsay, FRE 802 |
| DX150 | Alabama Secretary of State John H. Merrill's Objections and Answers to Plaintiff's First Set of Interrogatories to Him, *Thompson v. Merrill*, Case No. 2:16-cv-783ECM-SMD (M.D. Ala.) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX151 | US election 2020 Why Trump gained support among minorities | Hearsay, FRE 802 |
| DX152 | Letter (July 23, 2008) to Alabama Attorney General Troy King from USDOJ Acting Assistant Attorney General Grace Chung Becker withdrawing objection pursuant | Hearsay, FRE 802; Authenticity, FRE 901; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | to Section 5 following *Riley v. Kennedy*, 553 U.S. 406 (2008). | |
| DX153 | Supplemental Stipulation, *Wesch v. Hunt*, Case No. 91-0787-BH (S.D. Ala. 1992) | Hearsay, FRE 802 |
| DX154 | 2010 Census questionnaire (SOS000625) | |
| DX155 | Alabama Voter Registration as of June 30, 2011 by County, Status, and Race (SOS000809) | |
| DX156 | Alabama's Legislative Process by Patrick Harris, Secretary of the Senate, and McDowell Lee, Former Secretary of the Senate, revised 2011 (SOS000816) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX157 | 2000 Population State Board of Education | Hearsay, FRE 802 |
| DX158 | Preclearance Submission, Board of Education, Ala. Act No. 2002-73 (Feb. 7, 2002) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX159 | US Congress Final District Statistics Report (SOS001080) | Foundation, FRE 602 |
| DX160 | 2021 Census - Alabama Profile | |
| DX161 | Hispanic Voters Now Evenly Split Between Parties, WSJ Poll Finds Sentencing Project, The Color of Justice Racial and Ethnic Disparity in Prison | Hearsay, FRE 802; Foundation, FRE 602 |
| DX162 | Settlement Agreement, *The Alabama State Conference of the NAACP v. Pleasant Grove*, Case No. 2:18-cv-02056-LSC (N.D. Ala.) | |
| DX163 | Alabama Senate Profile - Robert Kennedy Jr. says he's | Hearsay, FRE 802 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
|  | more than a name (Aug. 9, 2017) |  |
| DX164 | Economic Policy Institute, State unemployment by race and ethnicity (2021Q3) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX165 | Democratic_Party-Official 2020 Primary Election Results (only CD1 and CD2 results; others hidden) |  |
| DX166 | Census 2018 Voting and Reg by Race |  |
| DX167 | Census 2016 Voting and Reg by Race |  |
| DX168 | Becoming Less Separate | Completeness, FRE 106 |
| DX169 | ACS 2019 Data Connecticut |  |
| DX170 | ACS 2019 Data United States |  |
| DX171 | Counties with 2021 Districts (Bates No. 000008-11) |  |
| DX172 | Withdrawn | Withdrawn |
| DX173 | Withdrawn | Withdrawn |
| DX174 | Withdrawn | Withdrawn |
| DX175 | Withdrawn | Withdrawn |
| DX176 | Withdrawn | Withdrawn |
| DX177 | Withdrawn | Withdrawn |
| DX178 | Withdrawn | Withdrawn |
| DX179 | Withdrawn | Withdrawn |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX180 | Withdrawn | Withdrawn |
| DX181 | Homewood Fix | Hearsay, FRE 802 Foundation, FRE 602 Completeness, FRE 106 |
| DX182 | Hatcher Plan - 1 - Map | |
| DX183 | Hatcher Plan - 2 - District Statistics | |
| DX184 | Hatcher Plan - 3- Population Summary - Single Race | |
| DX185 | Hatcher Plan - 4 - VAP Summary - Single Race | |
| DX186 | Hatcher Plan - 5- VAP Summary - Any Part Race | |
| DX187 | Hatcher Plan - 6 - Population Summary - Any Part Race | |
| DX188 | Hatcher Plan - 7 - Plan Components' Population and VAP | |
| DX189 | Hatcher Plan - 8 - County and Voting District Splits | |
| DX190 | Hatcher Plan - 9 - City Splits | |
| DX191 | Hatcher Plan - 10 - Reock Compactness Measure | |
| DX192 | Hatcher Plan - 11 - Schwartzberg Compactness Measure | |
| DX193 | Withdrawn | Withdrawn |
| DX194 | Withdrawn | Withdrawn |
| DX195 | Withdrawn | Withdrawn |
| DX196 | Withdrawn | Withdrawn |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX197 | Withdrawn | Withdrawn |
| DX198 | Withdrawn | Withdrawn |
| DX199 | Singleton Congressional Plan 2 (narrow)_Population Summary_VAP | Foundation, FRE 602 |
| DX200 | Singleton Congressional Plan 2 | Foundation, FRE 602 |
| DX201 | Singleton Congressional Plan 2_District Statistics_AP | Foundation, FRE 602 |
| DX202 | Singleton Congressional Plan 2_District Statistics_Blk Wht | Foundation, FRE 602 |
| DX203 | Singleton Congressional Plan 2_Letter size map | Foundation, FRE 602 |
| DX204 | Singleton Congressional Plan 2_Population Summary | Foundation, FRE 602 |
| DX205 | Singleton Congressional Plan 2_Population Summary_AP | Foundation, FRE 602 |
| DX206 | Singleton Congressional Plan 2_Population Summary_VAP AP | Foundation, FRE 602 |
| DX207 | Withdrawn | Withdrawn |
| DX208 | Withdrawn | Withdrawn |
| DX209 | Withdrawn | Withdrawn |
| DX210 | Withdrawn | Withdrawn |
| DX211 | Withdrawn | Withdrawn |
| DX212 | Withdrawn | Withdrawn |
| DX213 | Withdrawn | Withdrawn |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX214 | 2002 Congressional Districts – Map and Plan Statistics (SOS000940) | |
| DX215 | Proposed Alabama Senate Districts Functionality Examination | |
| DX216 | Calendar - Public Hearing | |
| DX217 | Withdrawn | Withdrawn |
| DX218 | Withdrawn | Withdrawn |
| DX219 | Withdrawn | Withdrawn |
| DX220 | Withdrawn | Withdrawn |
| DX221 | Withdrawn | Withdrawn |
| DX222 | All Driver License Transactions (SOS153408) | Authenticity, FRE 901; Foundation, FRE 602 |
| DX223 | ALEA DL Office Closure Locations (SOS153492) | Foundation, FRE 602; Hearsay, FRE 802; Completeness, FRE 106; Authenticity, FRE 901 |
| DX224 | Memorandum of Agreement Between the U.S. Department of Transportation and the Alabama Law Enforcement Agency (SOS154745) | |
| DX225 | Memorandum of Understanding between the United States, through USDOJ, and the State of Alabama, Secretary of State, and Alabama Law Enforcement Agency, available at | |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
|  | https://www.justice.gov/opa/file/793121/dl |  |
| DX226 | Video – *One of Us for All of Us,* Anthony Daniels campaign ad (SOS161595) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX227 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Alabama Port Authority 2021 Economic Impact Study Report (filed in *Milligan* Aug. 18, 2023; Milligan-RC 055786-820) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX228 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Alabama State Port Authority's Annual Comprehensive Financial Report for the Fiscal Years Ended September 30, 2022 & 2021 (filed in *Milligan* Aug. 18, 2023; Milligan-RC 055821-919) | Hearsay, FRE 802; Foundation, FRE 602; Completeness, FRE 106 |
| DX229 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: *USA: A Brief History,* University of South Alabama (filed in | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | *Milligan* Aug. 18, 2023; Milligan-RC 055920-921) | |
| DX230 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: *About Us*, Lagniappe Mobile (filed in *Milligan* Aug. 18, 2023; Milligan-RC 055946) | Hearsay, FRE 802 |
| DX231 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Kyle Hamrick, *ALDOT says new bridge and Bayway are financially viable*, Lagniappe Mobile (Dec. 5, 2022) (filed in *Milligan* Aug. 18, 2023; Milligan-RC 055947-948) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX232 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: John Sharp, *Redistricting Alabama: How South Alabama could be split up due to Baldwin County's growth*, al.com (Sept. 20, 2021) (filed in *Milligan* Aug. 18, 2023; Milligan-RC 055949-955) | Hearsay, FRE 802 |
| DX233 | Exhibit at the July 13, 2023 proceedings before the | Hearsay, FRE 802; Foundation, FRE 602 |

23

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | Alabama Legislature's Permanent Legislative Committee on Reapportionment: BRATS Schedule for Baylinc Mobile-Fairhope (filed in *Milligan* Aug. 18, 2023; Milligan-RC 055956) | |
| DX234 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Baylinc Connects Mobile-Baldwin County Public Transit Systems (Nov. 5, 2007) (filed in *Milligan* Aug. 18, 2023; Milligan-RC 055957) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX235 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Russ Henderson, *Business: Making connections with public transit system*, Press-Register (June 24, 2010) (filed in *Milligan* Aug. 18, 2023; Milligan-RC 055958-961) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX236 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: South Alabama Regional Planning | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | Commission – website information (filed in *Milligan* Aug. 18, 2023; within Milligan-RC 055962-972) | |
| DX237 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: South Alabama Regional Planning Commission – Board of Directors 2020-2021 (filed in *Milligan* Aug. 18, 2023; within Milligan-RC 055962-972) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX238 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: South Alabama Regional Planning Commission – Member Government Breakdown (filed in *Milligan* Aug. 18, 2023; within Milligan-RC 055962-972) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX239 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: South Alabama Regional Planning Commission, 2022 Comprehensive Economic Development Strategy: 5-Year Update 2022-2027 (filed in | Hearsay, FRE 802; Foundation, FRE 602; Completeness, FRE 106 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | *Milligan* Aug. 18, 2023; Milligan-RC 056024-035) | |
| DX240 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Vol. VII, Transcript of Preliminary Injunction proceedings in *Singleton*, *Milligan*, and *Caster* (filed in *Milligan* Aug. 18, 2023) | Hearsay, FRE 802 |
| DX241 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Deposition testimony of Congressman Jo Bonner in *Chestnut v. Merrill*, Case No 2:18-cv-00908 KOB (N.D. Ala July 30, 2019) (filed in *Milligan* Aug. 18, 2023) | Hearsay, FRE 802 |
| DX242 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: testimony of Congressman Bradley Byrne in the January 2022 preliminary injunction proceedings in these cases (filed in *Milligan* Aug. 18, 2023) | Hearsay, FRE 802 |
| DX243 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's | Hearsay, FRE 802; Authenticity, FRE 901; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | Permanent Legislative Committee on Reapportionment: letter from Jim Blacksher to Dorman Walker (filed in *Milligan* Aug. 18, 2023; Milligan-RC 056263-266) | |
| DX244 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: letter from Alabama Attorney General Steve Marshall to Dorman Walker (filed in *Milligan* Aug. 18, 2023; Milligan-RC 056318-321) | Hearsay, FRE 802 |
| DX245 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: email chain terminating with email from Rep. Chris Pringle to Dianne Harper (July 13, 2023) (filed in *Milligan* Aug. 18, 2023; Milligan-RC 056322-324) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX246 | Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Memorandum from Mayor of Gadsden Craig Ford, Etowah Co. Mayor's Association | Hearsay, FRE 802 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | Chairman Scott Reeves, and Etowah Co. Commission Chairman Craig Inzer, Jr., to U.S. Rep. Robert Aderholt and Etowah County's State Legislative Delegation (June 26, 2023) (filed in *Milligan* Aug. 18, 2023; Milligan-RC 056325) | |
| DX247 | Letter, Deuel Ross, *et al.* to Reapportionment Committee Members, *VRA Plaintiffs' Remedial Plans* (June 26, 2023) (Milligan-RC 057156-160) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX248 | Declaration of Lee Lawson | Hearsay, FRE 802 |
| DX249 | Declaration of Mike Schmitz | Hearsay, FRE 802 |
| DX250 | Declaration of Brad Kimbro | Hearsay, FRE 802 |
| DX251 | Declaration of Jeffery V. Williams | Hearsay, FRE 802 |
| DX252 | Certification of candidates of the Alabama Democratic Party for Primary Election to be held on Tuesday, March 5, 2024 (SOS153596) | |
| DX253 | Sample Ballot, Democratic Primary, *etc.*, Montgomery County, AL (March 5, 2024) (SOS153594) | |
| DX254 | Certification of candidates of the Alabama Republican Party for Primary Election to be held on Tuesday, March 5, 2024 (SOS153608) | |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX255 | Sample Ballot, Republican Primary, *etc.*, Montgomery County, AL (March 5, 2024) (SOS153595) | |
| DX256 | Sample Ballot – General and Constitutional Amendment Election, Montgomery County (Nov. 8, 2022) (SOS161576) | |
| DX257 | Interim Resolution Agreement between the United States Department of Justice and the United States Department of Health and Human Services and the Alabama Department of Public Health (SOS154729) | |
| DX258 | *Our View: Alabama Senate leadership removes Sen. Scott Beason as chairman of the powerful Rules Committee, and for good reason* (SOS155002) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX259 | Settlement Agreement in *The Alabama State Conference of the NAACP v. City of Pleasant Grove, Alabama*, Case No. 2:18-cv-02056-LSC (N.D. Ala. 2019) (SOS155010) | |
| DX260 | Democratic Party Official 2024 Primary Election Results (SOS154707) | |
| DX261 | 2024 Republican Primary Election Results (SOS155200) | |
| DX262 | Republican Party Official 2024 Primary Election Results (SOS154708) | |
| DX263 | Josh Moon, *Doug Jones: Alabama Democratic Party "a disaster," leadership should be* | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | *replaced*, Alabama Political Reporter (Dec. 5, 2024), available at https://www.alreporter.com/2024/12/05/doug-jones-alabama-democratic-party-a-disaster-leadership-should-be-replaced/ | |
| DX264 | Interview with former U.S. Sen. Doug Jones, available at https://www.alreporter.com/2024/12/05/doug-jones-alabama-democratic-party-a-disaster-leadership-should-be-replaced/ | Hearsay, FRE 802; Foundation, FRE 602 |
| DX265 | Application for Absentee Ballot Form AV-R1 (Rev. 6.13.2022) (SOS153788) | |
| DX266 | FEC records - Alabama - House District 02 (SOS155105) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX267 | FEC records - Gregory Albritton (SOS155117) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX268 | FEC records - James Averhart (SOS155121) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX269 | FEC records - Napoleon Bracy (SOS155125) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX270 | FEC records - Dick Brewbaker (SOS155129) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX271 | FEC records - Merika Coleman (SOS155133) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX272 | FEC records - Anthony Daniels (SOS155137) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX273 | FEC records - Defend Alabama (SOS155141) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX274 | FEC records - Defend Alabama (SOS155144) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX275 | FEC records - Caroleene Dobson (SOS155148) | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX276 | FEC records - Karla Dupriest (SOS155152) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX277 | FEC records - Shomari Figures (SOS155154) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX278 | FEC records - Wallace Gilberry (SOS155158) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX279 | FEC records - Juandalynn Givan (SOS155162) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX280 | FEC records - Jeremy Gray (SOS155166) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX281 | FEC records - Hampton Harris (SOS155170) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX282 | FEC records - Phyllis Harvey-Hall (SOS155174) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX283 | FEC records - Willia Lenard (SOS155178) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX284 | FEC records - Vimal Patel (SOS155182) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX285 | FEC records - Protect Progress (SOS155186) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX286 | FEC records - Protect Progress (SOS155190) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX287 | FEC records - Stacey Shepperson (SOS155194) | Hearsay, FRE 802; Foundation, FRE 602 Completeness, FRE 106; |
| DX288 | FEC records - Larry Simpson (SOS155196) | Hearsay, FRE 802; Foundation, FRE 602; Completeness, FRE 106; |
| DX289 | FEC records - Belinda Thomas (SOS155198) | Hearsay, FRE 802; Foundation, FRE 602; Completeness, FRE 106; |
| DX290 | Governor Ivey Appoints Judge Bill Lewis to Alabama Court of | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | Civil Appeals (Feb. 28, 2024) (SOS155201) | |
| DX291 | Alabama Judicial System, Judge Lewis biography (SOS155100) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX292 | Order in Pending Case, *Merrill, AL Sec of State, et al. v. People First of Alabama, et al.,* Case No. 19A1063, Supreme Court of the United States (July 2, 2020) (SOS155400) | |
| DX293 | ADOL County Profile - Baldwin County (SOS155493) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX294 | ADOL County Profile - Barbour County (SOS155515) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX295 | ADOL County Profile - Bullock County (SOS155537) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX296 | ADOL County Profile - Butler County (SOS155560) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX297 | ADOL County Profile - Choctaw County (SOS155585) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX298 | ADOL County Profile - Coffee County (SOS155633) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX299 | ADOL County Profile - Clarke County (SOS155609) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX300 | ADOL County Profile - Conecuh County (SOS155656) | Hearsay, FRE 802 Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX301 | ADOL County Profile - Covington County (SOS155680) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX302 | ADOL County Profile - Crenshaw County (SOS155702) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX303 | ADOL County Profile - Dale County (SOS155727) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX304 | ADOL County Profile - Dallas County (SOS155750) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX305 | ADOL County Profile - Escambia County (SOS155773) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX306 | ADOL County Profile - Geneva County (SOS155799) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX307 | ADOL County Profile - Greene County (SOS155822) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX308 | ADOL County Profile - Hale County (SOS155844) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX309 | ADOL County Profile - Henry County (SOS155867) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX310 | ADOL County Profile - Houston County (SOS155890) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX311 | ADOL County Profile - Lowndes County (SOS155913) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX312 | ADOL County Profile - Macon County (SOS155936) | Hearsay, FRE 802 Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX313 | ADOL County Profile - Marengo County (SOS155960) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX314 | ADOL County Profile - Mobile County (SOS155983) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX315 | ADOL County Profile - Monroe County (SOS156006) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX316 | ADOL County Profile - Montgomery County (SOS156029) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX317 | ADOL County Profile - Perry County (SOS156926) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX318 | ADOL County Profile - Pickens County (SOS156948) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX319 | ADOL County Profile - Pike County (SOS156971) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX320 | ADOL County Profile - Russell County (SOS156994) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX321 | ADOL County Profile - Sumter County (SOS157021) | Hearsay, FRE 802 |
| DX322 | ADOL County Profile - Washington County (SOS157045) | Hearsay, FRE 802 |
| DX323 | ADOL County Profile - Wilcox County Profile (SOS157068) | Hearsay, FRE 802 |
| DX324 | ADOL City Areas Civilian Labor Force Data (SOS155608) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX325 | ADOL Data (Not Seasonally Adjusted vs. Seasonally Adjusted) (SOS155632) | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX326 | ADOL Data - Alabama, U.S., & County Area Civilian Labor Force Data (SOS155679) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX327 | ADOL The Birmingham Career Center - Jefferson County Second Chance Hiring Fair (SOS157017) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX328 | Alabama Career Centers (SOS161534) | Foundation, FRE 602 |
| DX329 | Alabama Career Center System Area Supervisors (Jan. 1, 2024) (SOS155583) | Foundation, FRE 602 |
| DX330 | Alabama Career Center System Area Supervisors (April 11, 2024) (SOS155584) | Foundation, FRE 602 |
| DX331 | Alabama Workforce Development Customer Information Form (SOS155725) | Foundation, FRE 602 |
| DX332 | What is the Federal Bonding Program? (SOS155796) | Hearsay, FRE 802 Foundation, FRE 602 |
| DX333 | State Allotment Formula Description (SOS155798) | Foundation, FRE 602 |
| DX334 | Alabama Number Unemployed and Unemployment Rate (Apr 2024 Prelim.) (SOS155959) | |
| DX335 | Alabama Career Centers (July 1, 2024) (SOS161534) | Foundation, FRE 602; Cumulative, FRE 403 |
| DX336 | City Areas Civilian Labor Force Data (SOS161539) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX337 | ADOL Data (Not Seasonally-Seasonally Adjusted) (SOS161540) | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX338 | Alabama, U.S. and County Areas Civilian Labor Force Data (SOS161541) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX339 | Veterans' Annual Job Fair (SOS161542) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX340 | Annual Gulf Coast Veterans' Job Fair (SOS161543) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX341 | ADOL Alabama Number Unemployed and Unemployment Rate (May 2024 Preliminary) (SOS161544) | Cumulative, FRE 403 |
| DX342 | Employees in Nonagricultural Industries in Alabama (SOS161545) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX343 | ADOL Retail Salespersons, Registered Nurses, and Supervisors of Retail Sales Workers are the Top Jobs in May (June 2024) (SOS161547) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX344 | ADOL The Demopolis Career Center is Partnering in the Marengo County Hiring Event (June 11, 2024) (SOS161552) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX345 | ADOL The Mobile Career Center to Host Fall Hiring Event in the Mobile County-Mobile Area (Sept. 22, 2023) (SOS161557) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX346 | ADOL The Mobile Career Center to Host Job Fair for the Alabama Department of Transportation (Jan. 11, 2024) (SOS161562) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX347 | ADOL The Mobile Career Center to Host Multiple | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | Employer Job Fair (July 31, 2023) (SOS161567) | |
| DX348 | ADOL The Mobile Career Center will be hosting the 2024 Gulf Coast Veterans' Job Fair (April 10, 2024) (SOS161572) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX349 | ADECA 2023 Annual Report (SOS154710) | Foundation, FRE 602; Hearsay, FRE 802 |
| DX350 | Video – Broadband Capital Projects Fund Announcement with Governor Ivey (SOS157720) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX351 | Five-Year Action Plan Executive Summary (Aug. 2023) (SOS157206) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX352 | Sen. Bobby Singleton, *Bobby Singleton: Bridging the Digital Divide in Alabama's Black Belt*, YellowhammerNews.com (Dec. 2, 2024), available at https://yellowhammernews.com/bobby-singleton-bridging-the-digital-divide-in-alabamas-black-belt/ | Hearsay, FRE 802; Foundation, FRE 602 |
| DX353 | ADECA Press Release: ADECA releases state's official Alabama Broadband Map, Connectivity Plan (Jan. 5, 2022) (SOS157124) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX354 | ADECA Press Release: ADECA to host listening session for $501 million in recovery funds from 2020 hurricanes (Aug. 2022) (SOS157127) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX355 | ADECA Press Release: Alabama Community | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| | Broadband Technical Assistance Program (TAP) (SOS157447) | |
| DX356 | ADECA Press Release: Gov. Ivey announces ARC award to help bring jobs to Macon County (May 8, 2024) (SOS158506) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX357 | ADECA Press Release: Gov. Ivey announces grant to prep Tuskegee site for new auto supplier industry (Sep. 27, 2023) (SOS158509) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX358 | ADECA Press Release: Gov. Ivey announces grant to repair drainage in Tuskegee (Oct. 18, 2023) (SOS158512) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX359 | ADECA Press Release: Gov. Ivey awards $1.4 million to improve recreation at several locations in Alabama (July 18, 2024) (SOS158514) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX360 | ADECA Press Release: Gov. Ivey awards $2.9 million to help weatherize homes of elderly, low-income residents (March 25, 2022) (SOS158517) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX361 | ADECA Press Release: Gov. Ivey awards $5.8 Million in grants to weatherize homes of low-income residents (April 11, 2024) (SOS158520) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX362 | ADECA Press Release: Gov. Ivey awards grant for Juvenile Justice Summit (July 25, 2024) (SOS158523) | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
| DX363 | ADECA Press Release: Gov. Ivey awards grant to help create jobs in Livingston (May 20, 2024) (SOS158525) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX364 | ADECA Press Release: Gov. Ivey awards grant to help former inmates find employment (Jan. 31, 2023) (SOS158527) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX365 | ADECA Press Release: Gov. Ivey awards grant to support domestic violence victims in Black Belt (July 22, 2022) (SOS158529) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX366 | ADECA Press Release: Gov. Ivey awards grant to support industrial project bringing 170 jobs to Tuskegee (June 20, 2023) (SOS158531) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX367 | ADECA Press Release: Gov. Ivey awards more than $46 million help low-income families cover home heating and cooling costs (Dec. 12, 2023) (SOS158533) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX368 | ADECA Press Release: Gov. Ivey awards over $3 million for weatherization assistance (July 24, 2023) (SOS158536) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX369 | ADECA Press Release: Governor awards grant for drug court program in Dallas County (Feb. 14, 2023) (SOS158539) | Hearsay, FRE 802; Foundation, FRE 602 |
| DX370 | Director Kenneth Boswell, *Kenneth Boswell: Fiber is the gold standard, superior to other forms of broadband* | Hearsay, FRE 802; Foundation, FRE 602 |

| Exhibit Number | Exhibit Description | Objections |
|---|---|---|
|  | *delivery*, YellowhammerNews.com (July 24, 2024) (SOS158968) |  |

Respectfully submitted this 20th day of December 2024.

*/s/ Deuel Ross*
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
cburke@naacpldf.org

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com

Davin M. Rosborough*
Theresa J. Lee*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
tlee@aclu.org
dcampbell-harris@aclu.org

Allison Mollman (ASB-8397-A33C)
Laurel Haddix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004

41

(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

(202) 637-5600
shelita.stewart@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

**Counsel for Milligan Plaintiffs**
*Admitted Pro Hac Vice*


s/ Abha Khanna
Abha Khanna*
Makeba Rutahindurwa*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law
MRutahindurwa@elias.law

Lalitha D. Madduri*
Jyoti Jasrasaria*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law
JJasrasaria@elias.law

**Attorneys for Caster Plaintiffs**
*Admitted Pro Hac Vice*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

42