# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-01291-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, in his official capacity as Alabama Secretary of State, | |
| Defendant. | |
| EVAN MILLIGAN, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-01530-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, in his official capacity as Alabama Secretary of State, | |
| Defendant. | |
| MARCUS CASTER, *et al.*, | |
| Plaintiffs, | Case No.: 2:21-cv-1536-AMM |
| v. | |
| WES ALLEN, in his official capacity as Alabama Secretary of State, | |
| Defendant. | |

### *SINGLETON* PLAINTIFFS' JOINDER IN *MILLIGAN* AND *CASTER* PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE

Senator Bobby Singleton, Senator Rodger Smitherman, Leonette W. Slay, Darryl Andrews, and Andrew Walker (the "*Singleton* Plaintiffs") hereby give notice that the *Singleton* Plaintiffs, with consent of the *Milligan* and *Caster* Plaintiffs, join the *Milligan* and *Caster* Plaintiffs' Motion in Limine to Exclude in part the Testimony of Defendants' Expert Dr. Wilfried Reilly (*Milligan* Doc. 416) (*Caster* Doc. 323).

/s/ *James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com

Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
 ehare@dicellolevitt.com

Edward Still
429 Greensprings Hwy., STE 161-304
Birmingham AL 35209
Tel: 205-335-9652
Email: edwardstill@gmail.com

*/s/ J.S. "Chris" Christie*
 J.S. "Chris" Christie (ASB-3162-H07J)
 Dentons Sirote PC
 2311 Highland Avenue South
 Birmingham, AL 35205
 Tel: (205) 930-5100
 Fax: (205) 930-5101
 chris.christie@dentons.com

Attorneys for the *Singleton* Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, a copy of the foregoing has been served on all counsel of record through the Court's CF/ECF system.

/s/ J.S. "Chris" Christie
J.S. "Chris" Christie
One of the Attorneys for the *Singleton* Plaintiffs