# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>　　　　Defendant. | Case No. 2:21-cv-01291-AMM<br><br>THREE-JUDGE COURT |
| **EVAN MILLIGAN**, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>　　　　Defendant. | Case No. 2:21-cv-01530-AMM<br><br>THREE-JUDGE COURT |
| **MARCUS CASTER**, *et al.*,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>　　　　Defendant. | Case No.: 2:21-cv-1536-AMM |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

These congressional redistricting cases are before the Court on unopposed motions by the defendants for leave to file corrected exhibits and an amended exhibit list, and to strike two originally filed exhibits. *Singleton* Doc. 273; *Milligan* Doc. 422; *Caster* Doc. 326. For good cause, these motions are **GRANTED**, and the Court **ORDERS** the following:

1. The defendants shall file their six corrected exhibits—DX010, DX027, DX051, DX054, DX161(b), and DX263—along with an amended exhibit list on or before **JANUARY 10, 2025**.

2. The defendants shall send courtesy copies of their corrected materials to the members of the Court as directed by the Court's December 5, 2024 Order, *Milligan* Doc. 392, as soon as practicable after the corrected exhibits and amended exhibit list are filed, but in any event for a confirmed delivery on or before **JANUARY 15, 2025**.

3. DX051 and DX054, *Milligan* Docs. 409-51 and 409-54, are **STRICKEN**.

**DONE** and **ORDERED** this 8th day of January, 2025.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE