UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-1291-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of ) | |
| State, et al., ) | |
| ) | |
| *Defendants*. ) | |

_____

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of ) | |
| Alabama, et al., ) | |
| ) | |
| *Defendants*. ) | |

_____

| | |
|---|---|
| MARCUS CASTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01536-AMM |
| ) | |
| WES ALLEN, in his official ) | |
| Capacity as Alabama Secretary of ) | |
| State, et al., ) | |
| ) | |
| Defendants. ) | |

1

**DEFENDANTS' NOTICE OF DEPOSITION DESIGNATIONS**

Defendants jointly offer the following Deposition Designations in accordance with the Court's Scheduling Order. Defendants reserve the right to amend these designations.

| Deponent | Page and Line Designation |
|---|---|
| Chris Brown | p. 18:12-14, 19-22; pp. 18:23–19:8; p. 19:21-22; p. 22:2-9; p. 22:14-17; pp. 22:20–23:11; p. 28:22-23; p. 30:17-20; p. 32:4-6; pp. 32:23–33:19; p. 37:17-19; pp. 38:23–39:15; p. 48:11-14; p. 52:20-23; p. 54:17-19; p. 54:20-22; pp. 55:19–56:19; p. 57:12-15; p. 59:18-22; p. 61:7-10; p. 62:14-18; p. 63:2-6; p. 64:5-16; p. 65:4-14; p. 66:2-12; p. 68:17-18; p. 69:14-23; pp. 70:21–72:10; pp. 73:8–74:5; p. 74:10-20; pp. 74:21–75:5; pp. 76:28–77:5; p. 77:6-9; pp. 77:21–78:1; pp. 78:11–79:3; p. 79:4-15; p. 79:16-20; p. 80:8-12; p. 80:13-22; p. 81:14-20; p. 82:3-7; p. 82:8-17; p. 82:18-20; pp. 82:21–83:2; p. 83:3-11; p. 83:12-23; pp. 88:20–89:19; pp. 90:7–91:1; p. 92:2-6; pp. 93:2–94:1; pp. 93:7–102:9; p. 133:5-22; pp. 133:23–134:8; p. 134:9-12; p. 134:13-15; pp. 141:21–142:5; p. 142:6-15; p. 148:14-18; p. 155 |
| William Carroll | pp. 10:25–11:20; pp. 12:11–13:21; p. 14:1-3; p. 14:10-24; p. 20:2-20; pp. 25:12–26:3; p. 26:4-7; pp. 27:23–28:21; p. 29:1-19; pp. 30:24–31:21; pp. 35:3–36:7; pp. 38:12–39:7; pp. 42:4–43:14; pp. 43:15–44:4; pp. 44:21–45:8; p. 46:3-18; pp. 50:13–51:1; p. 51:13-21; pp. 52:25–54:3; p. 54:4-23; pp. 55:8–56:16; pp. 58:20–59:24; pp. 62:25–63:2; pp. 65:21–67:15; pp. 69:14–70:1; pp. 81:21–82:18; pp. 82:19–83:14; p. 83:15-25; pp. 85:15–86:8; p. 90:6-23; pp. 99:24–100:22; pp. 100:23–101:17; |

| Deponent | Page and Line Designation |
|---|---|
| Shalela Dowdy | p. 26:6-12, 22; p. 27; 7-12; p. 27:14–28:6; pp. 28:23–29:2; p. 32:9-12; p. 33:15-23; pp. 34:16–35:18; p. 35:9-19; pp. 35:20–36:4; pp. 36:12–37:7; p. 37:9-20; pp. 45:8–46:6; pp. 47:20–48:3; pp. 48:18–49:3; p. 49:9-23; p. 50:11-20; p. 53:11-16; p. 55:10-11; p. 58; pp. 60:23–61:5; p. 61:8-16; pp. 64:20–65:7; p. 66:1-17; pp. 66:21–67:3; pp. 67:14–68:8; pp. 68:16–69:1; pp. 69:12–70:12; p. 72:16-23; pp. 73–74; p. 75:2-10; pp. 75:17–76:17; pp. 76:10–77:1; p. 77:9-22; pp. 78:20–79:8; pp. 80:10–81:14; p. 81:15-19; pp. 84:21–85:2; pp. 88:19–89:6; p. 101:1-13; p. 104:1-15; p. 105:3-8; pp. 110:23–111:8; p. 112:17-18; pp. 115:8–116:4; p. 116:15-17; pp. 121–122; p. 126:11-23; p. 141:13-16; p. 143:9-10; p. 166; p. 168; p. 175 |
| Bobby Lee DuBose | pp. 23:15–24:9; p. 32:18-23; p. 35:8-19; pp. 35:20–36:2; pp. 36:17–37:10; pp. 40:22–41:11; p. 50:1-23; p. 52:7-14; p. 53:6-22; pp. 64:3–66:12; p. 68:1-4; pp. 68:16–70:16; pp. 71:21–73:16; p. 75:8-18; pp. 75:19–77:7; p. 80:3-17; p. 82:16-21; pp. 84:19–85:23; pp. 110:12–112:11; pp. 127:10–128:15; 137:8-14 |
| Randy Hinaman | p. 27:4-11; pp. 27:16-22; p. 28:2-5, 10-18; p. 30:7-19; p. 31:9-11; p. 32:2-4; p. 35:12-24; p. 38:10-12; pp. 38:14–39:5; p. 39 5-11; pp. 39:12–40:8; pp. 40:9–41:14; p. 41:3--23; p. 43:5-11; p. 44:10-12, p. 44:13-15; pp. 45:25–46:2; p. 50:4-6; pp. 51:15–52:19; p. 61:5-16; p. 66:14-25; p. 70:20–71:12; pp. 71:19–72:5; p. 74:15-23; p. 84:1-16; p. 86:8-12; p. 94:5-11; pp. 94:25–95:3; p. 95:15–96:2; pp. 100:16–101:3; p. 103:9-21; p. 106:15-23; p. 110:6-17; p. 118:4-17; p. 137:5-7; p. 149:8-12; pp. 149:24–150:3; p. 150:4-17, p. 150:19-21; p. 152:5-25; p. 153:1-9; p. 155:5-7; pp. 158:20–159:4; p. 159:5-8; p. 164:16-25; p. 165:1-4; p. 167:5-9, p. 167:15-22; p. 172:4-12-23; pp. 178:18–179:3; p. 188:4-18; p. 192:17-23; p. 193:2-17; pp. 194:15–195:4; p. 222:17-20; pp. 223:16–224:5; pp. 224:25–225:5 |

| Deponent | Page and Line Designation |
|---|---|
| Letetia Jackson | p. 40:5-10; p. 42:11-19; p. 46:15-19; pp. 49:16–50:6; p. 52:8-22; p. 53:3-9; pp. 55:4–59:8; p. 66:8-15; p. 67:5-23; pp. 68:22–69:3; p. 70:8-16; pp. 72:6–73:17; pp. 74:1–86:11; pp. 96:3–97:13; p. 98:1-18; pp. 102:22–103:1; pp. 107:23–108:9; pp. 114:21–115:2 |
| Victoria Jackson | pp. 37:19–40:13; pp. 50:20–51:22; p. 52:1-22; pp. 53:11–54:22; p. 55:10-17; p. 59:3-14; pp. 72:23–74:4; pp. 74:22–77:15; p. 80:9-14; pp. 91:14–98:6; pp. 100:1–103:14; pp. 106:17– 107:22; pp. 109:15–111:6; p. 117:3-10; pp. 131:10–141:10 |
| Benjamin Jones | p. 27:18-20; pp. 33:17–34:10; p. 35:4-15; p. 41:12-18; pp. 54:7–55:2; p. 59:11-23; p. 61:1-5; p. 72:1-17; p. 75:12-20; p. 81:4-17; pp. 84:17–85:14; pp. 85:15–86:1; p. 87:1-3; p. 87:8-21; p. 98:3-9; pp. 106:1–107:3; pp. 109:23–111:17; pp. 121:14–122:19; p. 134:6-22; p. 158:11-15 |
| Senator Jim McClendon | p. 9:16-22; p. 28:6-7; pp. 70:60–71:5; p. 73:5-8; pp. 73:22–74:5; pp. 75:20–76:1; pp. 97:17–98:9; p. 112:23 |
| Lee Lawson | pp. 15:24–19:12; pp. 20:11–27:1; p. 45:6-18; pp. 52:7–53:16; p. 70:2-23 |
| Senator Steve Livingston | p. 13:16-20; p. 14:8-13; p. 15:4-8; pp. 16:5–17:17; pp. 17:18–8:2; p. 18:11-23; pp. 18:23–19:2.; p. 19:11-20:6; p. 20:7-16; p. 21:6-17; p. 22:3-11; p. 23:5-23; p. 26:19-25; p. 30:6-24; pp. 30:25–31:3; p. 32:20-21:25; p. 33:13-21; p. 36:1-5, p. 36:11-24; pp. 38:23–39:2; p. 39:9-14; p. 48:3-24; p. 52:7-19, p; 52:21-25; p. 56:16-21; pp. 56:22–57:3; p. 57:18-23; p. 58:5-22; p. 58:23-25; p. 59:1-8; p. 60:5-16; pp. 60:17–61:2; p. 61:12-17; p. 61:21-25; p. 62:6-9, 10-13, 14-21; pp. 65:20–66:5; p. 66:5-18; p. 67:2-20; p. 69:3-5, 15-18; pp. 69:24–70:10; p. 70:11-17; p. 70:18-21; p. 71:13-24; pp. 73:19–74:4; pp. 74:8–75:4; p. 76:1-5; p. 77:2-8; p. 78:8-21; pp. 79:22–80:6; pp. 81:19–82:8; pp. 82:17–83:14; p. 84:2-9; p. 85:5-23; p. 86:8-14; p. 87:8-16; pp. 87:24–88:7; p. 89:3-10; pp. 89:24–90:23; p. 91:2-4; p. 91:5-11; pp. 85:23–96:7; p. 97:1-3; p. 100:11-22; pp. 101:13–101:5; pp. 102:14–103:8; p. 103:16-18 |

| Deponent | Page and Line Designation |
|---|---|
| Rodney Allen Love | pp. 12:15–13:9; p, 20:7-21; p. 30:13-23; p. 31:4-11; pp. 31:15–32:2; p. 32:5-7; pp. 33:20–34:16; p. 35:1-16; p. 36:7-13; p. 37:1-6; p. 37:15-20; p. 38:3-23; pp. 39:1–40:15; pp. 40:20–41:6; p. 46:4-22; p. 47:8-9; p. 47:10-22; p. 52:16-22; pp. 53:23–54:8, 16; p. 54:9-11; pp. 55:16–56:5; pp. 58:10–59:21; p. 60:3-13; p. 61:13–62:1-13; p. 63:10-20; p. 66:5-13, 16-18; pp. 68:21–69:3; pp. 75:14–76:1; pp. 78:23–79:6; pp. 81:16–83:2 |
| Janice Malone | pp. 24:23–25:2; pp. 26:20–27:7; p. 28:9-15; pp. 34:23–38:13; pp. 40:18–41:4; pp. 45:9–46:15; pp. 47:11–49:9; pp. 49:19–50:22; pp. 52:20–53:7; pp. 54:9-14, 21-23–55:9; pp. 57:7–61:18; pp. 62:7–63:17; pp. 64:1–65:20; pp. 66:18–69:2; p. 70:4-15; pp. 73:12–74:2; pp. 76:16–78:18; pp. 79:11–82:23; p. 83:6-13; pp. 84:4–87:6; p. 88:19-22; pp. 89:3-19; p. 90:7-10; pp. 93:21–94:18; pp. 98:18–100:7; pp. 100:18–101:8; p. 102:2-17; pp. 102:23–103:20; pp. 104:1–106:22; pp. 107:23–108:6; pp. 109:5–110:12; p. 111:8-15; pp. 112:15–114:4; p. 116:3-11; pp. 117:14–118:22; pp. 123:9–128:20; pp. 129:15–130:6 |
| Chris Pringle | pp. 18:12–19:4; p. 19:5-15; p. 21:1-14; p. 22:4-10, 11-22; p. 23:2-19; p. 24:6-8; p. 26:2-7; p. 28:17-20; pp. 28:21–29:3; pp. 29:24–30:1; p. 30:7-14, 15-22; pp. 30:23–31:12; pp. 31:13–32:1; p. 32:4-21; pp. 32:22–33:1; p. 33:2-5; pp. 33:17–34:1; pp. 34:24–35:22; p. 37:12-24; pp. 37:25–38:7; p. 38:4-7, 8-25; p. 40:5-11; p. 41:13-17; p. 43:3-15, 18-22; p. 44:1-8; pp. 51:23–52:5; p. 65:2-7; p. 71:20-22; p. 72:3-11; p. 76:18-22; pp. 83:24–84:5; p. 91:7-16; pp. 101:16–102:3; p. 101:4-7; p. 106:11-24; p. 107:16-17; p. 135:8-14; p. 138:14-17; p. 140:11-14, 15-21, 22-25 |

| Deponent | Page and Line Designation |
|---|---|
| Manasseh Powell | p. 16:3-16; p. 17:8-14; p. 21:4-7; pp. 23:15-23–25:2; pp. 28:18-21; pp. 37:19-23–38:23; p. 39:1-12; p. 40:18-22; p. 41:12-20; pp. 41:21-23–42:2; p. 44:3-14; pp. 44:22-23–45:12, 16, 17; pp. 46:23–47:13; pp. 47:20-23–48:19; pp. 50:12-23–51:9; pp. 53:13-23–54:8; p. 56:1-12; p. 58:1-8; pp. 60:7-23–61:3; p. 61:13-23; p. 62:1-6; p. 62:15-17; pp. 63:6-23–65:14; pp. 66:3–67:14; pp. 68:6-23–69:2; pp. 69:9-23–70:7; p. 72:10-19; p. 73:11-22; p. 75:2-7; pp. 79:8-14, 19-23–80:3; p. 80:12-16; pp. 81:23–82:23; p. 83:14-20; pp. 85:14–86:7; p. 88:2-19; p. 90:8-9; p. 95:8-12; pp. 103:19-23–104:10; pp. 104:23–105:9; p. 107:9-11; p. 120:15-22; pp. 120:23–121:4; p. 123:5-23; p. 124:4-7; p. 125:15-21 |
| Bobby Singleton | p. 82:0-19; p. 83:4-13, 21; p. 84:4-10, p. 87:16-19; pp. 95:23–96:10 |
| Leonette Slay | pp. 20:5–21:12; pp. 29:6–32:6; pp. 40:10–44:3; pp. 46:15–47:4; pp. 48:4–51:10; pp. 57:9–60:15; pp. 62:4–64:15; pp. 71:20–72:16; p. 75:9-21; p. 82:1-17 |
| Ronald Smith | pp. 18:11–19:18; pp. 30:4–31:5; pp. 31:16–33:2; p. 43:4–44:19; p. 45:6-11; p. 49:7-10; p. 80:22–p. 81:9; pp. 84:5–85:10; p. 87:11–89:16; p. 92:16-18; p. 95:10-21; pp. 98:21–100:21; p. 102:1-5; p. 106:11–107:8; pp. 113:21–115:6; pp. 115:7–118:10; pp. 119:14–120:11; pp. 121:17–123:2; pp. 123:22–125:23; pp. 126:21–127:5; pp. 128:14–130:5; pp. 130:14–132:13; p. 136:4-19; pp. 138:12–139:12; p. 139:19-23; pp. 140:1–141:19; pp. 141:20–142:2; pp. 142:23–143:4; p. 143:10-18. |
| Rodger Smitherman | pp. 22:14–24:12; pp. 34:23–36:15; pp. 37:17–38:14; pp. 39:12–41:22; pp. 45:23–48:10; pp. 50:3–59:17; pp. 64:13–65:21; pp. 66:19–67:13; pp. 69:19–71:3; pp. 73:13–74:16; pp. 74:21–75:21; pp. 75:22–77:12; pp. 88:4–90:7; pp. 91:3–95:19; pp. 96:20–97:10; pp. 107:22–111:17; pp. 111:20–112:6; pp. 118:14–119:12; pp. 120:4–121:10; pp. 123:18–125:18; pp. 126:20–129:6; p. 134:2-12; pp. 136:22–138:6; pp. 138:18–139:7; pp. 147:23–148:18; p. 163:3-10; pp. 163:16–167:22; pp. 170:23–171:22; pp. 183:2–184:3; pp. 186:11–188:20 |

| Deponent | Page and Line Designation |
|---|---|
| Derrick Turner | p. 22:4-10; pp. 25:5–27:6; pp. 29:16–30:7; pp. 31:1–32:22; p. 37:8-22; pp. 45:1–47:9; p. 60:21-23; p. 94:8-18; pp. 113:21–115:12; pp. 119:8–120:23; pp. 127:9–128:8 |
| Jeff Williams | pp. 23:17-24:3; p. 26:6-12; p. 27:3-15; p. 33:13-18; pp. 35:9-36:8; pp. 37:16-38:1; p. 40:11-22; p. 42:11-18; p. 45:1-11; p. 46:1-13; pp. 46:22-47:17; pp. 49:22-50:13; pp. 58:13-59:1; pp. 59:12-60:16 |

\* \* \*

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Soren Geiger (ASB-0336-T31L)
  *Deputy Solicitor General*

s/ Brenton M. Smith
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov

7

Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
***Counsel for Secretary of State Allen***

J. Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone: (334) 269-3138
DWalker@Balch.com

s/Michael P. Taunton
Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

***Counsel for Sen. Livingston & Rep. Pringle***

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, I electronically filed the foregoing document via the Court's CM/ECF system, which will send a copy to all counsel of record.

s/ Brenton M. Smith
***Counsel for Secretary Wes Allen***