# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-01530-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, *et al.*, | |
| Defendants. | |

### ***MILLIGAN* PLAINTIFFS' NOTICE OF FILING DEPOSITION DESIGNATIONS**

Plaintiffs hereby file their designations of the deposition transcripts they intend to offer at trial in place of live testimony from Valerie Branyon, Chris Brown, Randy Hinaman, Senator Steve Livingston, Senator Jim McClendon, and Representative Chris Pringle. In submitting these designations, Plaintiffs do not waive the right to seek to present any witness via the trial transcripts from *NAACP v. Allen*, No. 2:21-cv-1531, subject to any agreement from Defendants.

1. Plaintiffs' designations are as follows:

| PLAINTIFFS' DESIGNATIONS ||
|---|---|
| **Date & Exhibit** | **Transcript Pincite** |
| July 24, 2024 Deposition of Valerie Branyon: transcript | 8:20-25, 20:12-17, 25:2-26:4, 31:6-33:19, 34:7-21, 57:23-58:5, 61:15-24, 66:18-68:8, 75:23-76:14, 93:3-18, 94:6-8, 102:5-103:1, 103:2-104:7, 104:23-105:18 |
| June 18, 2024 Deposition of Chris Brown: transcript | 18:1-3, 18:7-20:13, 22:3-9, 22:14-23:11, 23:23-24:4, 25:3-17, 26:2-27:10, 27:15-28:23, 30:6-20, 32:1-33:19, 36:2-5, 36:14-17, 37:17-19, 38:1-8, 38:23-39:15, 41:7-17, 52:11-23, 53:6-54:13, 54:17-55:3, 55:19-58:2, 58:9-59:22, 61:7-62:18, 63:2-6, 64:5-7, 65:4-14, 66:2-5, 67:8-13, 67:16-17, 68:2-4, 68:9-18, 69:7-17, 70:1-71:10, 71:21-72:1, 73:8-75:1, 75:11-15, 76:14-17, 77:6-9, 77:17-78:5, 78:11-14, 78:21-79:3, 79:16-20, 80:2-81:21, 82:3-11, 82:18-83:2, 83:12-19, 88:16-89:1, 89:16-23, 90:7-91:16, 92:11-13, 92:17-93:4, 93:21-94:2, 95:13-96:7, 96:18-21, 97:15-18, 98:17-20, 99:12-22, 100:3-13, 100:20-101:1, 101:8-101:21, 102:10-16, 103:10-13, 121:9-22, 122:6, 122:11-124:2, 124:12-22, 132:1-5, 133:23-134:15, 135:16-137:4, 137:11-139:5, 139:11-140:4, 140:14-141:20 |
| December 9, 2021 Deposition of Randy Hinaman: transcript | Entire Transcript |
| August 9, 2023 Deposition of Randy Hinaman: transcript | Entire Transcript |
| August 9, 2023 Deposition of Steve Livingston: transcript | Entire Transcript |

2

| | |
|---|---|
| December 17, 2021 Deposition of Jim McClendon: transcript | Entire Transcript |
| April 18, 2024 Deposition of Jim McClendon (*Stone v. Allen*, No. 2:21-cv-01531): transcript | 28:9-12, 34:6-11, 37:9-24, 39:5-14, 49:1-50:12, 62:13-63:10, 66:6-14, 66:20-67:3, 78:3-19, 79:22-25, 80:4-11, 81:19-82:11 |
| December 17, 2021 Deposition of Chris Pringle: transcript | Entire Transcript |
| August 9, 2023 Deposition of Chris Pringle: transcript | Entire Transcript |

Respectfully submitted this 8th day of January 2025.

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com


Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Respectfully submitted,

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org

Davin M. Rosborough*
Theresa J. Lee*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org

Allison Mollman (ASB-8397-A33C)
Laurel Haddix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179

(334) 265-2754
amollman@aclualabama.org

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com


**Counsel for Milligan Plaintiffs**
*Admitted Pro Hac Vice


Janette Louard*
Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED
PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

**Counsel for Plaintiff Alabama State Conference of the NAACP**
*Admitted Pro Hac Vice

5

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ Deuel Ross
Deuel Ross
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org