FILED

2025 Jan-17  PM 05:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, | |
| Plaintiffs, | Case No.: 2:21-cv-1291-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, *et al.*, | |
| Defendants. | |
| EVAN MILLIGAN, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-01530-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, *et al.*, | |
| Defendants. | |
| MARCUS CASTER, *et al.*, | |
| Plaintiffs, | Case No.: 2:21-cv-1536-AMM |
| v. | |
| WES ALLEN, *et al.*, | |
| Defendants. | |

1

## JOINT MOTION TO APPROVE STIPULATION REGARDING
## PRIOR TESTIMONY AND STIPULATED EXHIBITS

The *Milligan* Plaintiffs, *Caster* Plaintiffs, *Singleton* Plaintiffs, and State Defendants Secretary Allen, Senator Livingston, and Representative Pringle (the "Parties") in the above-captioned cases submit the following joint motion regarding prior testimony and stipulated exhibits.

The Parties wish to stipulate that the Court in all the above-captioned Congressional cases may consider trial transcript testimony as well as the impressions of Judge Manasco regarding the live in-court testimony of the following witnesses from *Alabama State Conference of the NAACP v. Allen*, Case No. 2:21-cv-1531-AMM (N.D. Ala, pending):

1. Col. Jon Archer (State Defendants' fact witness), Tr. 889:2-922:11

2. Valerie Branyon (State Defendants' fact witness), Tr. 848:11-888:21

3. Cedric Coley (State Defendants' fact witness), Tr. 1308:9-1353:6

4. Scott Douglas (Plaintiffs' fact witness), Tr. 484:9-522:13

5. Karen Landers, M.D. (State Defendants' fact witness), Tr. 1265:25-1308:5

6. Bill McCollum (State Defendants' fact witness), Tr. 1353:7-1384:13

7. Benard Simelton (Plaintiffs' fact witness), Tr. 151:17-215:16

8. Tari Williams (Plaintiffs' fact witness), Tr. 636:21-657:1

If this stipulation is approved, the Parties will not call these witnesses live at trial. The Parties agree that the testimony is judicially noticeable, and they can, if the Court wishes, file this testimony into the record. If the testimony is to be filed, the Parties move the Court to deem that any such testimony filed by any of the Parties in one of these three Congressional redistricting cases is deemed filed in the other two cases as well.

The Parties also agree that the following exhibits related to these witnesses and to some other witnesses, for whom deposition designations have been made, can come into evidence at trial without objection:

State Defendants' Exhibits: DX027 – 33, DX222 (DX128 in the *Alabama NAACP* case), DX223 (DX131 in the *Alabama NAACP* case), DX224 (DX256 in the *Alabama NAACP* case), and DX225.

Plaintiffs' Exhibits: MX28 - 31, MX41 - 50, MX54 - 56, MX60 (which the Parties agree to admit with the stipulation that MX60 is not being offered for the truth of the matters asserted therein), MX63, MX65, MX67, MX71 - 73, MX170, MX173 - 175, and MX179 - 184.

\* \* \*

Accordingly, the Parties respectfully request that the Court approve the above stipulations as to witness testimony and admit the identified exhibits. *See, e.g.*, *Georgia v. Reno*, 881 F. Supp. 7, 8 n.1 (D.D.C. 1995) (three-judge court) (noting

that, per the stipulation of the parties, a single judge heard all live testimony); *City of Port Arthur, Tex. v. United States*, 517 F. Supp. 987, 991 (D.D.C. 1981) (three-judge court) (same), *aff'd* 459 U.S. 159 (1982); *Hale County, Ala. v. United States*, 496 F. Supp. 1206, 1207 (D.D.C. 1980) (three-judge court) (same).

Respectfully submitted this 17th day of January 2025.


/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

Steve Marshall
*Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

Soren Geiger (ASB-0336-T31L)
*Assistant Solicitor General*

James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL

STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152

4

shelita.stewart@hoganlovells.com
David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com

Davin M. Rosborough*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org

Allison Mollman (ASB-8397-A33C)
Laurel Haddix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org

Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Secretary of State Allen*

/s/ Riley K. Lancaster
J. Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone: (334) 269-3138
DWalker@Balch.com

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

*Counsel for Sen. Livington & Rep. Pringle*

lhattix@aclualabama.org

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

**Counsel for Milligan Plaintiffs**
*Admitted Pro Hac Vice

Janette Louard*
Anthony Ashton*
NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

**Counsel for Plaintiff Alabama State
Conference of the NAACP**
*Admitted Pro Hac Vice

*/s/ Abha Khanna*
Abha Khanna*
Makeba Rutahindurwa*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

6

MRutahindurwa@elias.law

Lalitha D. Madduri*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies &
Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

***Attorneys for Caster Plaintiffs***
*Admitted Pro Hac Vice

/s/ J.S.. "Chris" Christie
J.S. "Chris" Christie (ASB-3162-H07J)
Dentons Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com

Henry C. Quillen
(admitted pro hac vice)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
jwhatley@whatleykallas.com
tbrown@whatleykallas.com


/s/ Jim Blacksher
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395

8

Email: jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DiCello Levitt LLP
505 20th Street North, 15th Floor
Birmingham, AL 35203
Email: fu@dicellolevitt.com
ehare@dicellolevitt.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

Edward Still
2501 Cobblestone Way
Birmingham, AL 35226
Tel: (205) 335-9652
Fax: (205) 320-2882
Email: edwardstill@gmail.com

***Counsel for Singleton Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record. This the 17th day of January 2025.

/s/ Deuel Ross
Deuel Ross
*Counsel for the Milligan Plaintiffs*