UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of | ) | |
| State, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of | ) | |
| Alabama, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, in his official | ) | |
| Capacity as Alabama Secretary of | ) | |
| State, et al., | ) | |
| | ) | |
| Defendants. | ) | |

1

**STATE DEFENDANTS' JOINT NOTICE OF DEPOSITION COUNTER DESIGNATIONS**

The State Defendants jointly offer the following Counter Designations in response to the *Milligan* Plaintiffs' designations, *Milligan* Doc. 427, and the *Caster* Plaintiffs' designations, *Caster* Doc. 329, and in accordance with the Court's Scheduling Order, as amended. The State Defendants reserve the right to amend these counter designations.

| Witness | State Defendants' Counter Designations |
|---|---|
| Valerie Branyon<br><br>(Designated by *Caster* and *Milligan* Plaintiffs) | 9:9–13:15; 20:7-11; 22:13–23:3; 26:5-13; 27:5-14; 33:20-25; 34:22–35:18; 36:7–37:2; 43:11–44:4; 44:12-17; 47:16–48:2; 58:6–61:14; 61:25–62:17; 68:9-23; 74:10-18; 75:1-22; 76:15-23; 96:5–97:14; 97:18–99:15; 100:16–102:4; 110:5-15; 114:1-17; 115:2-14; 116:20–117:3; 123:4-8 |
| Chris Brown<br><br>(Designated by *Milligan* Plaintiffs) | 96:22–97:14; 97:19–98:16; 98:21–99:6; 99:23–100:2; 100:14-18; 101:2-7; 101:22–102:8; 102:17–103:9; 137:5-10 |

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Soren Geiger (ASB-0336-T31L)
  *Deputy Solicitor General*

s/ Brenton M. Smith
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
***Counsel for Secretary of State Allen***

s/J. Dorman Walker
J. Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone: (334) 269-3138
DWalker@Balch.com

3

        Michael P. Taunton (ASB-6833-H00S)
        Riley Kate Lancaster (ASB-1002-X86W)
        BALCH & BINGHAM LLP
        1901 Sixth Avenue North, Suite 1500
        Birmingham, Alabama 35203
        Telephone: (205) 251-8100
        MTaunton@Balch.com
        RLancaster@Balch.com

*Counsel for Sen. Livingston & Rep. Pringle*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically filed the foregoing document via the Court's CM/ECF system, which will send a copy to all counsel of record.

        s/     Brenton M. Smith
        *Counsel for Secretary Wes Allen*

4