IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, | |
| Plaintiffs, | Case No. 2:21-cv-01530-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, *et al.*, | |
| Defendants. | |

**PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS**

In response to Defendants' deposition designations, Doc. 426, Plaintiffs provide their objections and counter-designations below.

Plaintiffs' objections and counter-designations pertain only to the witnesses disclosed by the parties in this matter. For deposition designations by Defendants of witnesses disclosed in the *Caster* or *Singleton* cases by those Plaintiffs—William Carroll, Bobby Lee DuBose, Valtoria Jackson (listed erroneously as Victoria Jackson in Defendants' designations), Benjamin Jones, Rodney Allen Love, Manasseh Powell, Bobby Singleton, Leonette Slay, Ronald Smith, and Rodger Smitherman—the Milligan Plaintiffs reserve the right to adopt the counter-

designations of those Plaintiffs to the extent their deposition testimony comes into evidence in this case.

Plaintiffs also object to the admission of any deposition designations of witnesses ultimately called by the parties at trial or for witnesses not agreed to by the parties who fail to meet the requirements of Federal Rule of Civil Procedure 32(a). Plaintiffs also reserve the right to offer objections to portions of these depositions under Rules 402 and 403 of the Federal Rules of Evidence at trial.

Subject to these objections, Plaintiffs offer the following counter-designations:

| Witness | Transcript Citation |
|---|---|
| Chris Brown | pp. 64:17-20, 75:2-9 |
| Shalela Dowdy | pp. 14:2-15:4, 15:11-17, 17:20-20:1, 22:12-24:18, 26:17-21, 26:23-27:11, 28:11-29:3, 34:1-8, 45:6-7, 46:16-47:4, 47:18-19, 53:21-54:8, 55:5-9, 77:2-8, 77:23-78:19, 81:20-82:13, 84:4-20, 87:18-88:6, 96:6-22, 97:17-98-4, 99:13-100:10, 103:2-23, 106:1-108:21, 112:4-16, 113:17-114:14, 116:5-14, 123:1-15, 124:1-20, 136:11-16, 137:11-23, 141:1-12, 154:10-156:5, 167:1-21, 176:1-3 |
| Letetia Jackson | pp. 9:15-11:12, 40:3-4, 40:11-14, 46:9-12, 51:20-52:7, 52:23-53:2, 53:10-23, 55:4–58:8, 66:16-67:5, 68:8-21, 69:4-6, 69:15-70:7, 72:2-5, 89:13-21, 93:10-94:2, 98:22-102:21, 103:2-107:22, 110:11-14, 113:8-114:20 |
| Lee Lawson (Sept. 4, 2024) | pp. 11:22-12:3, 12:17-15:23, 27:4-27:25, 28:16-29:7, 32:14-18, 33:21-34:21, 35:13-38:15, 39:11-39:19, 41:10-41:14, 41:19-42:7, 42:18-45:8, 46:25-47:25, 48:12-14, 49:14-50:8, 52:1-6, |

| | |
|---|---|
| | 53:17-55:5, 55:20-57:6, 57:10-58:24, 59:21-63:5, 63:20-65:16, 66:23-67:21, 68:2-69:18, 70:24-71:11, 72:7-75:1, 75:20-25. |
| Janice Malone | pp. 40:5-12, 41:9-42:19, 46:16-47:10, 53:8-54:8, 65:21-66:3, 69:16-70:3, 71:3-73:11, pp. 74:3-74:22, 75:8-16, 87:7-88:18, 90:11-93:20, 103:21-23, 106:23-107:22, 108:9-109:4, 110:20-111:7 |
| Derrick Turner | pp. 21:11-15, 30:12-25, 32:24-33:6, 35:4-24, 36:13-20, 37:23-38:4, 43:17-20, 51:9-12, 52:5-8, 54:4-9, 55:1-6, 56:9-17, 60:4-12, 64:25-66:9, 74:4-75:2, 83:18-84:8, 85:19-25, 88:4-8, 93:8-20, 96:25-97:5, 97:17-98:11, 101:10-102:12, 102:19-103:21, 104:16-105:19, 106:19-107:9, 108:8-15, 110:1-111:5, 111:9-113:2, 116:3-117:2, 128:9-23, 130:4-17 |
| Jeff Williams (Aug. 10, 2023) | 30:13-25, 37:23-38:4 |
| Jeff Williams (Sept. 6, 2024) | 18:6-19:5, 23:10-16, 24:10-19, 24:21-25:3, 25:23-26:4, 26:21-27:1, 32:6-15, 32:18-33:7, 34:17-23, 35:5-6, 37:12-15, 40:5-9, 42:7-9, 45:12-22, 46:14-20, 47:18-48:6, 59:6-10 |

Respectfully submitted this 17th day of January 2025.

*/s/ Deuel Ross*
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
NAACP LEGAL DEFENSE &

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com

Davin M. Rosborough*
Theresa J. Lee*
Dayton Campbell-Harris*+
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.

EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
cburke@naacpldf.org

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

New York, NY 10004
(212) 549-2500
drosborough@aclu.org
tlee@aclu.org
dcampbell-harris@aclu.org

Allison Mollman (ASB-8397-A33C)
Laurel Haddix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Counsel for Milligan Plaintiffs*

*Admitted Pro Hac Vice
+ Not admitted in New York State

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

*/s/ Davin Rosborough*
Davin M. Rosborough
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St
New York, NY 10004
drosborough@aclu.org