# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*,<br>          Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>          Defendant. | Case No. 2:21-cv-01291-AMM<br><br>THREE-JUDGE COURT |
| **EVAN MILLIGAN**, *et al.*,<br>          Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>          Defendant. | Case No. 2:21-cv-01530-AMM<br><br>THREE-JUDGE COURT |
| **MARCUS CASTER**, *et al.*,<br>          Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, in his official capacity as Alabama Secretary of State,<br>          Defendant. | Case No.: 2:21-cv-1536-AMM |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

For the past two and a half years, the parties in these congressional redistricting cases have traveled under the stipulation "that all evidence admitted in any case, including evidence adduced in the original preliminary injunction proceedings conducted, was admitted in all three cases unless counsel raised a specific objection." *Caster* Doc. 223 at 3; *see, e.g.*, *Singleton* Doc. 88 at 19 n.4, 139 (noting agreements by various parties that evidence admitted in one case is admitted in all three cases); *Singleton* Doc. 191 at 26 (noting the same); *Milligan* Doc. 107 at 19 n.4, 139 (noting the same); *Milligan* Doc. 272 at 26 (noting the same); *Caster* Doc. 101 at 4 (noting the same).

The Court anticipated that the non-jury trial of these cases set for February 10, 2025, would proceed in a similar manner; *i.e.*, that, absent a specific objection from any party, evidence admitted in one case at trial is admitted in all three. However, at the pretrial conference held on January 28, 2025, the Court learned that some of the parties may not agree to that stipulation, despite the Court's assurance that all parties would have the opportunity to interpose specific objections to evidence throughout the trial. The Court understands that the parties have conferred about these matters since the pretrial conference.

So that the Court may proceed as appropriate, the parties are **ORDERED** to make an appropriate filing advising the Court of the specific terms of any

agreement(s) they have reached in this regard by **5:00 PM Central Standard Time on JANUARY 30, 2025**.

**DONE** and **ORDERED** this 29th day of January, 2025.

_/s/ Stanley Marcus_
STANLEY MARCUS
UNITED STATES CIRCUIT JUDGE

_/s/ A. Manasco_
ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE

_/s/ Terry F. Moorer_
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

3