1                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE NORTHERN DISTRICT OF ALABAMA
2                              SOUTHERN DIVISION

3

4     ALABAMA STATE CONFERENCE          *
      OF THE NAACP, et al.,             *
5              Plaintiffs,              *   2:21-cv-1531-AMM
                                        *   November 15, 2024
6     vs.                               *   Birmingham, Alabama
                                        *   8:30 a.m.
7     WES ALLEN, in his official        *
      capacity as Alabama Secretary     *
8     of State, et al.,                 *
               Defendant.               *
9     *******************************   *

10

11

12                    TRANSCRIPT OF BENCH TRIAL
                              VOLUME IV
13           BEFORE THE HONORABLE ANNA M. MANASCO
                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21    Proceedings recorded by OFFICIAL COURT REPORTER, Qualified
      pursuant to 28 U.S.C. 753(a) & Guide to Judiciary Policies
22    and Procedures Vol. VI, Chapter III, D.2.  Transcript
                  produced by computerized stenotype.
23

24

25

                        *CHRISTINA K. DECKER, RMR, CRR*
                        Federal Official Court Reporter
                            101 Holmes Avenue, NE
                            Huntsville, AL 35801
                    256-506-0085/ChristinaDecker.rmr.crr@aol.com

1                          APPEARANCES

2

     FOR THE PLAINTIFFS:
3

     Amanda N Allen
4    HOGAN LOVELLS US LLP
     555 13th Street NW
5    Washington, DC 20004
     202-637-2521
6    Amanda.n.allen@hoganlovells.com

7    Brittany Carter
     NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
8    40 Rector Street, 5th Floor
     New York, NY 10006
9    646-761-0596
     Bcarter@naacpldf.org

10

     Colin Burke
11   NAACP Legal Defense and Educational Fund Inc
     40 Rector Street
12   New York, NY 10006
     646-531-3485
13   Cburke@naacpldf.org

14   Davin Rosborough
     AMERICAN CIVIL LIBERTIES UNION
15   125 Broad Street
     New York, NY 10004
16   212-549-2613
     Drosborough@aclu.org

17

     Dayton Campbell-Harris
18   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
     125 Broad Street, 18th Floor
19   New York, NY 10004
     425-516-8400
20   Dcampbell-Harris@aclu.org

21   Deuel Ross
     NAACP LEGAL DEFENSE AND EDUCATIONAL FUND INC
22   700 14th Street NW
     6th Floor
23   Washington, DC 20005
     202-682-1300
24   Dross@naacpldf.org

25

```
 1        Jack Genberg
          SOUTHERN POVERTY LAW CENTER
 2        P O Box 1287
          Decatur, GA 30031
 3        404-708-0554
          Jack.genberg@splcenter.org

 4
          Jacob Van Leer
 5        American Civil Liberties Union Foundation
          915 15th St NW
 6        Washington, DC 20005
          603-277-0314
 7        Jvanleer@aclu.org

 8        James W Ettinger
          HOGAN LOVELLS US LLP
 9        1999 Avenue of the Stars
          Suite 1400
10        Los Angeles, CA 90067
          310-785-4608
11        Jay.ettinger@hoganlovells.com

12        Jess Unger
          SOUTHERN POVERTY LAW CENTER
13        1101 17th Street NW
          Suite 550
14        Washington, DC 20036
          771-200-8943
15        Jess.unger@splcenter.org

16        Kathryn Carden Sadasivan
          NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC
17        40 Rector Street, 5th Floor
          New York, NY 10006
18        332-600-9546
          Ksadasivan@naacpldf.org

19
          Laurel Ann Hattix
20        ACLU of Alabama
          P.O. Box 6179
21        Montgomery, AL 36106
          703-342-9729
22        Lhattix@aclualabama.org

23

24

25
```

```
 1      Nicki Leili Lawsen
        WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
 2      301 19th Street North
        Birmingham, AL 35203
 3      205-314-0535
        Nlawsen@wigginschilds.com
 4
        Shelita M Stewart
 5      HOGAN LOVELLS US LLP
        555 13th Street NW
 6      Washington, DC 20004
        202-637-6960
 7      Shelita.stewart@hoganlovells.com

 8      Sidney Monroe Jackson
        WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB
 9      301 19th Street North
        Birmingham, AL 35203
10      205-314-0500
        Sjackson@wigginschilds.com

11

12

13
        FOR THE DEFENDANT:
14
        Benjamin Matthew Seiss
15      ALABAMA OFFICE OF THE ATTORNEY GENERAL
        P.O. Box 300152
16      501 Washington Ave (36104)
        Montgomery, AL 36130
17      334-353-8917
        Ben.seiss@alabamaag.gov
18
        Brenton Merrill Smith
19      OFFICE OF THE ATTORNEY GENERAL OF ALABAMA
        P.O. Box 300152
20      501 Washington Avenue
        Montgomery, AL 36130
21      334-353-4336
        Brenton.Smith@AlabamaAG.gov
22
        James W Davis
23      OFFICE OF THE ATTORNEY GENERAL
        501 Washington Avenue
24      P O Box 300152
        Montgomery, AL 36130-0152
25      334-242-7300
        Jim.davis@alabamaag.gov
```

1    Misty Shawn Fairbanks Messick
     OFFICE OF THE ATTORNEY GENERAL
2    FOR THE STATE OF ALABAMA
     501 Washington Avenue
3    P O Box 300152
     Montgomery, AL 36130-0152
4    334-242-7300
     Misty.Messick@AlabamaAG.gov
5
     Michael P. Taunton
6    Riley Kate Lancaster
     BALCH & BINGHAM LLP
7    1901 Sixth Avenue North, Suite 1500
     Birmingham, Alabama 35203
8    (205) 251-8100

9    J. Dorman Walker
     BALCH & BINGHAM LLP
10   445 Dexter Avenue, Suite 8000
     Montgomery, Alabama 35203
11   (334) 269-3138

12

13   COURTROOM DEPUTY:  Sarah Carmichael

14

15   COURT REPORTER:  Christina K. Decker, RMR, CRR

16

17

18

19

20

21

22

23

24

25

1                         **I N D E X**

2

3    TRACI BURCH                                           752
     CROSS-EXAMINATION CONTINUED
4    BY MR. SMITH
     REDIRECT EXAMINATION                                  770
5    BY MS. CARTER
     RECROSS-EXAMINATION                                   771
6    BY MR. SMITH

7    WILFRED REILLY                                        774
     DIRECT EXAMINATION                                    775
8    BY MR. DAVIS
     CROSS-EXAMINATION                                     816
9    BY MR. CAMPBELL-HARRIS
     REDIRECT EXAMINATION                                  843
10   BY MR. DAVIS

11   VALERIE BRANYON                                       848
     DIRECT EXAMINATION                                    848
12   BY MS. MESSICK                                        848
     CROSS-EXAMINATION                                     871
13   BY MS. CARTER
     REDIRECT EXAMINATION                                  886
14   BY MS. MESSICK

15   COLONEL JONATHAN ARCHER                               889
     DIRECT EXAMINATION                                    889
16   BY MS. MESSICK
     CROSS-EXAMINATION                                     907
17   BY MS. ALLEN                                          907
     REDIRECT EXAMINATION                                  920
18   BY MS. MESSICK:

19

     Defense Exhibit 128                                   900
20   Defense Exhibit 131                                   903
     Defense Exhibit 256                                   904

21

22

23

24

25

*Christina K. Decker, RMR, CRR*
Federal Official Court Reporter
101 Holmes Avenue, NE
Huntsville, Alabama 35801
256-506-0085/ChristinaDecker.rmr.crr@aol.com

1  communicate among -- within the team about what's coming next.

2  And if we are rely -- are you ready?  We are ready.

3          THE COURT:  I think Ms. Messick is ready.

4          MR. DAVIS:  I think she is more than ready.  I am

5  going to sit down and shut up.

6          MS. MESSICK:  Good morning, Your Honor.

7          THE COURT:  Good morning.

8          MS. MESSICK:  Misty Messick for the Secretary of

9  State, and the Secretary calls Valerie Branyon.

10          THE COURT:  All right.

11                        VALERIE BRANYON

12  having been first duly sworn by the Courtroom Deputy Clerk, was

13  examined and testified as follows:

14          THE CLERK:  If you will be seated.  Please speak

15  loudly and clearly into the microphone.  You can adjust it as

16  you need.

17          THE WITNESS:  Okay.

18          THE CLERK:  State your name and spell it for the court

19  record.

20          THE WITNESS:  My name is Valerie Branyon, first name

21  V-A-L-E-R-I-E; last name Branyon, B-R-A-N-Y-O-N.

22                      DIRECT EXAMINATION

23  BY MS. MESSICK:

24  Q    Good morning, Ms. Branyon.  What county and state do you

25  live in?

1    A    I live in Fayette, Alabama.

2    Q    Have you lived in other places?

3    A    Yes, I have.

4    Q    Where else have you lived?

5    A    I've lived in Florida and three different cities in

6    Florida and Tuscaloosa and Montgomery.

7    Q    Do you have a college degree?

8    A    Yes, I do.

9    Q    From where?

10   A    The University of Alabama.

11   Q    What is your degree in?

12   A    A bachelor of science in civil engineering.

13   Q    And when did you get that degree?

14   A    I got it in December of 1987.

15   Q    What do you do for work?

16   A    I work with the Alabama Department of Transportation.  I'm

17   over the materials section.  And basically, in materials, we

18   test any materials that go into the construction of roadways

19   and bridges.  And we also design the roadway build ups.

20   Q    And how long have you been with the Alabama Department of

21   Transportation?

22   A    Since January of 1998.

23   Q    For the record, would you please tell me your race?

24   A    African-American.

25   Q    Thank you.  You recently ran for office; is that correct?

1    A    That's correct.

2    Q    What office did you run for?

3    A    I ran for the Fayette County District 6 Commissioner

4    position.

5    Q    So the County Commission District 6?

6    A    Correct.

7    Q    Who did you run against?

8    A    I ran against this gentleman named John Underwood.

9    Q    And was the seat open?

10   A    No.  He was the incumbent.

11   Q    Mr. Underwood was?

12   A    Mr. Underwood was.

13   Q    Approximately, how long has Mr. Underwood been in office?

14   A    Well, I think it's -- I know at least 16 years, maybe 20,

15   24, somewhere in there.

16   Q    What race is Mr. Underwood?

17   A    He's African-American.

18   Q    What was the result of the election?

19   A    I won.

20   Q    Congratulations.

21   A    Thank you.

22   Q    When do you take office?

23   A    I took office last Wednesday a few days ago.

24   Q    Did you run with a political party?

25   A    Yes, I did.

1    Q    Which party was that?

2    A    The Republican party.

3    Q    Was Mr. Underwood a Democratic candidate?

4    A    Yes.  He was the Democratic candidate.

5    Q    Have you always been a Republican?

6    A    No, I haven't.

7    Q    What brought you to the Republican party?

8    A    Actually, a gentleman I knew, and I think I'm kind of kin

9    to him, his name is Bill McCollum.  He ran for sheriff in

10   Fayette County years ago.

11       And my mother and I wanted to support him, and he was

12   running on the Republican ticket, if they run on tickets, I

13   believe.  And we started going to the Republican meetings along

14   with him and his wife.

15   Q    And what race is Mr. McCollum?

16   A    He's an African-American.

17   Q    Is there anything other than Mr. McCollum that kept you

18   with the Republican party?

19   A    Yes.  There are other reasons I stay with the Republican

20   party, and I got more serious about being Republican later on

21   for those reasons.

22   Q    And can you tell me what some of those reasons are?

23   A    Yes.  The pro life.  I don't believe in killing little

24   babies.  And also the gay rights-type things, the gay marriage,

25   and all of that.

1   Q    Are your political views at all influenced by your

2   religion?

3   A    Yes.

4   Q    Have you run for Fayette County Commission District 6

5   before?

6   A    Yes.  I ran twice before.  And the first time, I didn't

7   really complete the race.  But in 2020, I ran to the end.

8   Q    And what has made you focus on this seat?

9   A    The District 6 county -- because I couldn't think of

10  things that the present commissioner was really doing for the

11  people in District 6, and I felt I could fight to get more

12  things done for them.

13  Q    Am I right to assume that all of the newly-elected

14  commissioners just took office?

15  A    Yes.

16  Q    Okay.

17  A    We all took office last Wednesday.

18  Q    Wednesday of last week or this week?

19  A    Of this week.  I'm sorry.

20  Q    Okay.  So the last week before the new commissioners took

21  office.

22       Can you tell me the race of the people who were on the

23  county commission?

24  A    Yes.  There are six county commissioners in Fayette

25  County.  Five of the commissioners are white, and one

1  commissioner was African-American.

2  Q    Fayette County Commission District 6, can you tell me what

3  the population is like?

4  A    In District 6, I believe there's somewhere around -- well,

5  I think there were 2,000 and something on the list that I had,

6  but I'm not sure it's 2,000 people there, because it just when

7  I was door knocking, it just didn't seem like 2,000.

8  Q    What about the racial makeup of the district?

9  A    At this point, I think it's 50/50 somewhat

10  African-American and white.  It's more of an even split, I

11  believe.

12  Q    Is that true historically, as well?

13  A    No.  Historically, it was a majority African-Americans.

14  Q    Is that happenstance?

15  A    What did you mean by happen -- it like --

16  Q    Is this any reason that that district was previously

17  majority African-American?

18  A    Yes.  They drew the district so that it would be a

19  majority African-American.

20  Q    Do you know what the general partisan lean of the district

21  is?

22  A    Right now, I would say it's probably 50/50 Republican and

23  Democrat.

24  Q    Did black candidates only win in black districts in

25  Fayette County?

1  A    No.  Black candidates have won in other districts in

2  Fayette County.

3  Q    Can you tell me about those?

4  A    Yes.  A few years back, I believe it was the 2020

5  election.  I'm not sure, though.  But an African-American man

6  won in another district that was I would say pure white.  He

7  won the position on the board of education.  And there's some

8  others within the city council that have also won in another

9  district.

10  Q    Okay.  Tell me about that person or people.

11  A    Okay.  The way the city's divided up, the district I'm in

12  within the city limits, there's a majority African-American.

13  And so an African-American won there.

14      And then there's another district that's majority white.

15  An African-American lady won in that district also.

16  Q    Great.  Thank you.

17      Let's talk about your campaign experiences with this most

18  recent campaign.

19      Can you tell me some of the things that you did to get the

20  word out?

21  A    Yes.  I had political signs.  I knocked on doors.  I had

22  five weeks of my personal ad was running in the local

23  newspaper.  There was a week before and then the Monday and

24  Tuesday of the election we had radio ads.  There was three

25  mailers that was sent out, and there was two robocalls and a

1    text message went out.  And also somebody told me there was

2    something on Facebook also.

3    Q    Thank you.

4         Can you tell me about your experiences with the door

5    knocking?

6    A    Well, it's hard for me, but I would just knock on

7    everybody's doors on the list in my district and introduce

8    myself and tell them something that I had accomplished as a

9    citizen.  And I would let them know that I was a hard worker.

10   And I think that was basically it.

11   Q    Okay.  Can you help quantify for me how much door knocking

12   you did, maybe tell me how many hours or how many people?

13   A    I door knocked just about everybody in the district except

14   for one other voting I guess precinct.  I wasn't able to door

15   knock hardly any in that precinct.  But pretty much everybody

16   else in the rest of them.

17        For the city limits, I door knocked most all the houses,

18   but there was one apartment complex I wasn't able to get to.

19   And then I door knocked all the houses in this community called

20   Canaan and all the houses in a community called Covin.

21        And then there's another area that's on 159.  I guess

22   they're at the Palestine precinct.  I door knocked their houses

23   also.

24   Q    Did you have any help with the door knocking?

25   A    Yes.  A lady volunteered in the beginning to help me, so I

1    gave her 50 houses, I believe in that one District that I

2    wasn't able to knock doors.

3        I did knock a few doors, but I wasn't able to finish in

4    that district, so she had helped me a little bit there.

5    Q    What was her -- what is her race?

6    A    She's a white lady.

7    Q    I believe you mentioned like yard signs.  Can you tell me

8    about that?

9    A    Yeah.  I had yard signs at the intersections of roadways

10   and along different roadways.  Several people allowed me to put

11   yard signs in their yards.  So I had a few yard signs in

12   different yards also.

13   Q    You mentioned newspaper ads.  So did you or your campaign

14   run an ad?

15   A    Yes.  I ran one I guess you could call it myself for my

16   campaign.  It was a five weeks that I ran that ad.  And it was

17   personally about me and stuff.

18   Q    Did that ad include a picture?

19   A    Yes.  It included a picture of myself.  I had the

20   Republican symbol on it.  I told a little bit about my

21   background and three things that I stood for.

22   Q    Who paid for that ad?

23   A    The local Republican party paid for it.

24   Q    Were there any other newspaper ads that involved your

25   campaign?

1  A    Yes.  There was the local Republican party ran a large ad

2  to pretty much say what they, the Republican party stood for.

3  And it had every candidate, our local candidate's name on that

4  ad.  And they ran it two weeks.

5  Q    Thank you.  You mentioned radio ads.  What can you tell me

6  about that?

7  A    Yes.  The radio ad pretty much, it was ran for the week

8  before and the Monday before the election and the Tuesday of

9  the election, and I pretty much introduced myself.  It was me

10  speaking, and I told a little bit about what I would do and

11  that type thing.

12  Q    And who paid for that ad?

13  A    The local Republican party paid for that ad, also.

14  Q    How did the local Republican party come to pay for the

15  newspaper ad and the radio ads?

16  A    Someone suggested that I present like an itemized budget

17  of what I would like for the local Republican party to pay for.

18  And that's what I did.  I pretty much -- I got the pricing on

19  the newspaper ads, and I pretty much wrote out like the price

20  and how many weeks I wanted them to run the ad, and how much

21  that would cost.

22      And the -- I got the pricing on the radio ads, which was

23  run on two radio stations.  I itemized it and got the price for

24  that.  And I gave them the itemized copy of what all of that

25  would cost.

1    Q     And what was their response?

2    A     They voted and decided to pay for it.

3    Q     You were deposed over the summer.  And at that time, you

4    said you were a little shy about asking for money.  So what

5    changed?

6    A     What changed was a gentleman that used to be over the

7    local Republican party, he had planned on, I guess, investing a

8    lot of money in my election because I wasn't far from winning

9    the time before, and he felt with a little help I could win.

10   But for some reason, he had to resign or he ended up resigning

11   before I started campaigning.  So he just talked to me and told

12   me what I should do.  And he also invested a little bit of his

13   own money in my campaign also.

14   Q     And what race is he?

15   A     He was a white.

16   Q     You mentioned mailers.  Can you tell me about the mailers?

17   A     Yeah.  Three mailers was sent out.  I didn't really ask

18   anybody to do that for me, but the -- I guess the gentleman

19   that was over the Republican party, his name is John, he had a

20   lot of connections with the state Republican party and our

21   representatives and stuff like that.  So I don't know if they

22   paid for it because of him or what reason, but the state

23   Republican party paid for three mailers that were sent out.

24   Q     Thank you.  Can you describe those mailers?

25   A     Yes.  The first two mailers pretty much had pictures of me

1    and two young ladies I knew.  And it was stuff on both sides of

2    the mailers.  And it told about me and what I stood for, and

3    they seemed to know some things that I hadn't even told them,

4    so I was -- I was impressed with some of the things they said.

5    Q    What about the third mailer?

6    A    The third mailer was more about what the Republican party

7    stood for.  But it still said vote for Valerie Branyon on it.

8    Q    Did it mention other candidates, as well?

9    A    No.  It just mentioned myself.

10   Q    You said that you had robocalls.  What can you tell me

11   about those?

12   A    Okay.  One robocall was by a local African-American

13   minister.  The other robocall was done by a U.S. representative

14   for the area, Mr. -- Representative Robert Aderholt.

15   Q    What is the name of the local African-American minister?

16   A    His name is Floyd Rogers.

17   Q    Has Mr. Rogers ever run for office?

18   A    Yes, he has.

19   Q    What do you know about that?

20   A    Well, he ran for two positions.  He ran for the city

21   council.  I believe it was in 2020.  And he also ran for the

22   state representative position.  So that's pretty much what he's

23   run for.

24   Q    Did he win either one of those elections?

25   A    No, he didn't win either one of them, but for the city

1  council, he came really, really close.  I believe it was a vote

2  or so that he lost by.

3  Q    What is his race?

4  A    African-American.

5  Q    I'm sorry.  You did tell me that.

6       What party does he associate with or run with?

7  A    He -- at present, he associates with the Republican party

8  also.

9  Q    You mentioned text messages or message.  What did you tell

10  me about that?

11  A    Well, I don't know who sent them out.  I just saw a text

12  message up here on my phone.  And it was about Bill McCollum

13  who ran for the local board of education, and it was also about

14  myself.  And asked -- I believe it asked that people vote for

15  me, too, us or whatever.

16  Q    Was it one message or two messages?

17  A    It was one message, and the top paragraph was about Bill.

18  The second paragraph was about me.

19  Q    And is that the Bill McCollum you mentioned earlier who

20  had run for sheriff?

21  A    Yes.

22  Q    Did you receive any other support or help from the state

23  Republican party with your campaign this year?

24  A    Well, I believe it was them that sent out like a Facebook

25  thing also.  I didn't get it personally, but Dr. John Killian

1    did, and he sent it to me.  And I'm feeling like the text

2    message, they were responsible for that also.

3    Q    Is John Killian the John who was recently the leader of

4    the Fayette County Republican party?

5    A    Yes.  He's the gentleman that was the chairman of the

6    Fayette Republican party who resigned.

7    Q    At your deposition, you talked about a training

8    opportunity.  Can you tell me about that?

9    A    Yes.  They also -- they invited me to Montgomery prior to

10   the election to train me about how to run for an office and

11   win.

12   Q    And when you say "they," who is they?

13   A    Someone from the state Republican party.  I can't remember

14   his name, though.

15   Q    That's okay.  Thank you.

16        You previously ran for this Fayette County Commission

17   District 6 in 2020, as well; is that right?

18   A    That's right.

19   Q    And did you have a primary that year?

20   A    Yes.  I had a primary that year.

21   Q    And who were you up against?

22   A    I'm sorry.  I don't know his name.  I know he's from the

23   Newton family.  He lives down the road from me, but I don't

24   know his name exactly, but he was running against me.  I do

25   know that he was probably a sheriff's deputy or something like

```
1   that, or on the police force, but I think it was on the
2   sheriff's deputy.
3   Q    And this was in the Republican primary?
4   A    Yes.  This is a Republican primary.
5   Q    And what race was your opponent in the primary?
6   A    He was a white gentleman.
7   Q    And who won the primary?
8   A    I won.
9   Q    And who did you run against in the general election?
10  A    I ran against John Underwood in the general election.
11  Q    And you told us earlier that he was the incumbent this
12  time, so I assume he won that lace?
13  A    Yes.  He was the incumbent that time in 2020 also.  But,
14  yes, he won that race.  I lost by I believe 31 votes.
15  Q    Can you tell us what you remember about your campaign
16  experiences in 2020?
17  A    In 2020, it was mostly me door knocking.  I usually have
18  someone come with me.  And there was a newspaper ad and signs.
19  Q    Was the newspaper ad like the one that you ran for
20  yourself this time or like --
21  A    I think it was pretty much the same ad.  I just -- this
22  time around, I put the Republican symbol on it also or logo, or
23  whatever.
24  Q    Did you remember how much time you spent door knocking in
25  2020?
```

1  A    I'm pretty sure I got every house in 2020.  I door knocked

2  every house.

3  Q    Did anybody encourage you to run for Fayette County

4  Commission District 6 in 2020?

5  A    Yes.  A gentleman named Joe Acker, and Bill McCollum

6  encouraged me to run in 2020.

7  Q    Tell me more about Joe Acker.

8  A    He was at one point the leader of the Republican party.

9  He's a pretty wealthy man in Fayette County.  He was also on

10 the county commission at that time in 2020.  I think he had won

11 maybe in 2016 or something like that.

12 Q    When you say he was a leader in the Republican party, do

13 you mean at the county level or the state level?

14 A    At the county level.

15 Q    And he was on the county commission at the time that he

16 encouraged you to run against John Underwood?

17 A    Yes.

18 Q    Did Mr. Acker do anything to try to support your

19 candidacy?

20 A    Actually, he was going to pay for the whole thing, but I

21 told him I would fund it myself.

22 Q    But he offered to pay for it?

23 A    He did offer.

24 Q    Was there -- in campaigning in 2020, did you identify a

25 need in the community?

1  A    Yes.  The same need that I saw in 2024.  I didn't feel

2  like anything was being done for the citizens of District 6, so

3  I wanted to try to do something myself.

4  Q    What can you tell me about public transportation in

5  Fayette County?

6  A    Okay.  There was no public transportation in Fayette

7  County.  And that was -- that was something I realized we

8  needed in 2020 when I was door knocking.  I saw a lot of people

9  that they couldn't get to the store to get their food.  People

10  would charge them a tremendous amount of money.

11      And then they also couldn't get to the doctor to their

12  medical appointments.  And I was a little upset about that,

13  that in this age, we had citizens in Fayette County that

14  couldn't, you know, see about their medical needs because they

15  didn't have a ride.

16  Q    And when you say people would charge them a lot of money,

17  what do you mean?

18  A    Well, okay.  Some of the people were -- lived in the

19  projects, and there's a Walmart in Fayette that's north of town

20  and the projects are kind of on the south end of town.  And

21  Fayette is not a big town.

22      They would charge them like $25 for a trip to Walmart so

23  that they could purchase their food.

24  Q    Having identified that need, have you tried to do anything

25  about it?

1  A    Yes.  That was one thing that I wanted to do if I had made

2  it in office in 2020.  But since I didn't make it in office, I

3  tried to work with John Underwood to make it happen on a

4  county-wide basis, but the other county commissioners, they

5  didn't like it too well, so they voted it down.  There was two

6  commissioners that supported it -- John and Mr.  Joe Acker.

7      But the other two commissioners kind of blind sided them

8  and voted it down.  So at that point, I went to the city.  And

9  the city had different committees that had citizens on it.  And

10 I ended up being one of the citizens on that committee, and I

11 kind of fought to get the bus system going in the city of

12 Fayette.

13 Q    How did you end up on that committee?

14 A    Well, they had a ten-year plan of where they wanted to see

15 Fayette.  And public transportation was one of those items on

16 the plan.  It was basically something that the public wanted,

17 so they wanted to try to see if they could get it going

18 themselves.  So they developed the committee to work on it.

19 Q    And how did you end up on that committee?

20 A    Oh, I'm sorry.

21     Somebody asked me to come to one of the city council

22 meetings, and they -- at that council meeting, they pretty much

23 told about the different committees.  And they asked for

24 volunteers to serve on that committee.  And I was one of the

25 volunteers that served.

1    Pretty much the guy that was over the ACE program at the

2    time knew me, and he, you know, encouraged me to be on the

3    committee and stuff.  So that's kind of how I got on the

4    committee.

5        And I worked with the ACE coordinator and the mayor, and

6    there was another councilman that was part of the committee.

7        There was another gentleman that started out on that bus

8    transportation committee, but he kind of fell off.  So I ended

9    up being the only citizen on the committee at that time.

10   Q    And has the city made any progress on getting public

11   transportation?

12   A    Yes.  We now have a city-wide bus system that seems to be

13   working pretty well.

14   Q    Did your 2020 campaign open any doors for you?

15   A    Yes.  It did.  I guess the mayor -- I believe he ran for

16   election that same year, but he took notice of me, and he ended

17   up appointing me to a C3 committee, which was a -- it's called

18   something else, Northwest Alabama something.  But it's

19   responsible for bringing industry to the area.  And it's --

20   it's a makeup of three counties -- Fayette, Lamar, and Marion

21   County.

22       So I was kind of happy he appointed me to that committee.

23   And it opened a lot of doors for me.

24   Q    And I'm sorry.  Who appointed you?

25   A    The mayor of Fayette.

1   Q    What race is he?

2   A    He's white.  And I was also able to serve on a few other

3   committees also.

4   Q    What is the Fayette County leadership training?

5   A    Oh, okay.  It's a training that they do for citizens in

6   Fayette County.  Basically, they like for the company that you

7   work for to sponsor you, to I guess attend the Fayette -- the

8   training.  And it lasts over a period of several months.

9        They meet once a month, and they pretty much tell you

10  about city government and different things, a little bit about

11  industry.  We went to the water department and the sewer

12  department, went to Montgomery to the Legislature and got to

13  sit in on the House and Senate while they were meeting.  And

14  it's just to help I guess get you in tune with what goes on in

15  local government.

16       And my workplace wouldn't sponsor me, so I was sponsored

17  by someone on the -- the ACE coordinator actually sponsored me

18  to attend that.

19  Q    Who is that ACE coordinator?

20  A    His name was -- at that time -- they have had two in a

21  short time period, but at the time, Floyd Rogers was the ACE

22  coordinator.

23  Q    Do you know why your employer wouldn't sponsor you?

24  A    I guess I had asked my boss, and he thought it was a good

25  thing.  They had to get approval from the central office in

1    Montgomery, and they act like they would support me in it.  But

2    in the end, they never did like give me a concrete answer.

3        So when that didn't happen for me, at that point, Floyd

4    Rogers, he wanted me to really attend the training, so he

5    sponsored me himself.

6    Q    Thank you.

7        You ran for County Commission District 6 one time before

8    2020; isn't that right?

9    A    That's correct.

10   Q    And you indicated earlier you didn't finish that race.

11       Can you just tell me briefly why not?

12   A    Yes.  I didn't finish it because of the Hatch Act.  The

13   probate judge in Fayette, he went -- I worked out of Tuscaloosa

14   at that point.  But he went to visit my office to let her know

15   -- my boss actually -- to let her know that I was running for a

16   partisan race, a bipartisan race, and that it was illegal for

17   me to do so because of the Hatch Act.

18       Pretty much at that time, the Hatch Act covered federal

19   employees, along with any entity that received federal dollars.

20   And the Alabama Department of Transportation receives federal

21   funding, so it was pretty much, I couldn't run.

22   Q    Is it your understanding that the law has changed?

23   A    Yes.  The law has changed now.  Federal employees still

24   can't run for an office.  But if you work for another entity,

25   you can, if that entity receives federal dollars.

1  Q    Did you receive any support from the Fayette County

2  Republican party before that campaign was suspended?

3  A    Yes.  They -- I went to training during that time too.  It

4  was in Jasper that time.  And so the training is something that

5  they did support me on.

6  Q    Is there anything else that you can think of that they did

7  for you at that time?

8  A    They also ran a newspaper ad at that time to tell about

9  the candidates that were running for office that year.

10  Q    Are you registered to vote in Alabama?

11  A    Yes, I am.

12  Q    Do you recall having any problems registering to vote in

13  Alabama?

14  A    No, ma'am.

15  Q    Do you recall having any problems updating your voter

16  registration in Alabama?

17  A    No.

18  Q    Do you recall ever having any problems actually voting in

19  Alabama?

20  A    No.

21  Q    Are you aware of any problems in the Fayette County

22  election that we just had on November 5th?

23  A    I don't know of any problems, no.

24  Q    What year were you born?

25  A    I was born ████████, 1964.  I'm sure you didn't ask me my

1  birthday, but I was born in 1964.

2  Q    Okay.  Did you attend segregated schools?

3  A    Segregated, yeah.  No.  I didn't.

4  Q    Okay.  Segregated meaning there was a white school and a

5  black school?

6  A    Yes.  I didn't attend a segregated school.  I think when I

7  started first grade, that was the first year of desegregation

8  in Fayette County.

9  Q    What is your perception of how race relations are today in

10  Fayette County?

11  A    In my opinion, I feel like they're pretty good.

12  Q    Is that the same or different as the experiences that like

13  your father's generation would have had?

14  A    They weren't too good back then.  It was pretty bad.

15  Q    But today, you're not aware of any issues?

16  A    No.  Not really.

17        Now, when I was really, really small, there was still some

18  issues, but not -- from the time I started school, it seemed to

19  be pretty much okay, yeah.

20  Q    So that would be about the last 50 years?

21  A    Yes.  50 -- 54 or so.

22  Q    Okay.  Thank you.  I don't have any further questions.

23  The plaintiffs will have some questions for you.

24  A    Okay.  Thank you.

25            THE COURT:  Counsel, I am not limiting you in any way,

 1  but I am simply offering you an option.  Would you prefer to

 2  start now and then break for lunch in a little while or to

 3  break for lunch now and start afterward?

 4          MS. CARTER:  We can break for lunch.  Yes.

 5          THE COURT:  All right.  It's noon.  Let's come back at

 6  1:15.

 7      And can I have Mr. Ross and Mr. Davis in chambers at 1:05,

 8  please?  Thank you.

 9          (Recess.)

10          THE COURT:  Good afternoon, everybody.  Please be

11  seated.

12      All right.  You may proceed.

13          MS. CARTER:  Thank you.

14                          CROSS-EXAMINATION

15  BY MS. CARTER:

16  Q    Good afternoon, Ms. Branyon.

17  A    Good afternoon.

18  Q    I'm Brittany Carter.  I represent the Stone plaintiffs --

19       the Alabama NAACP plaintiffs.  Pardon me.

20       I am going to ask you some yes-or-no questions.

21  A    Okay.

22  Q    Thank you.  You ready to begin?

23  A    I'm ready.

24  Q    Ms. Branyon, you were born in Fayette County, correct?

25  A    Correct, yes.

1   Q     And you grew up in Fayette County?

2   A     Yes.

3   Q     And after some time away, you moved back to Fayette County

4   in 1999?

5   A     Well, yeah.  Yes, that's correct.

6   Q     And you've lived there ever since?

7   A     Yes.

8   Q     You started to get involved in politics only after you

9   moved back to Fayette County?

10  A     That's correct.

11  Q     You ran for District 6 of the Fayette County Commission?

12  A     Correct, yes.

13  Q     And you ran in the Republican primary?

14  A     Yes.  For one time.  I guess.

15  Q     Yes.

16  A     Yes.

17  Q     So I'm talking about in the early 2000s.

18  A     Yes.  Well, 2020.  Wait.  Will you ask that question one

19  more time?

20  Q     Did you first run for office in the 2000s?

21  A     I think it was the 2000s.

22  Q     Okay.  And you ran for -- and one of the offices that you

23  ran for was District 6 of the Fayette County Commission?

24  A     Yes.

25  Q     And you ran in the Republican primary?

1  A    Yes.  I'm not sure anybody was opposing me.  I can't

2  remember too good back that far.

3  Q    Okay.  So did you drop out of the Republican primary?

4  A    Yes.  The first time.

5  Q    Okay.  And what year are you talking about right now that

6  you're trying to think of?

7  A    I'm sorry.  I can't remember --

8  Q    Okay.

9  A    -- the year.  It was way before 2020.

10  Q    Okay.

11  A    Yes.

12  Q    Did you also become involved with the Fayette County

13  Republican Party around 2008?

14  A    If that's the year Bill ran for sheriff, yes.

15  Q    Okay.  But you've only been involved on and off?

16  A    When you say "involved," do you mean voting or going to

17  the meetings?

18  Q    I'd say going to the meetings.

19  A    Okay.  I'd have to say that's yes on the on and off.

20  Q    And so you mostly attend some meetings, but not all of the

21  meetings?

22  A    No.  My mom got sick, so I stopped attending so many

23  meetings.

24  Q    Were you ever attending a lot of meetings?

25  A    Yes.  I was pretty much attending probably all of them

1  maybe.

2  Q    Around what time are you thinking?

3  A    Around the time Bill McCollum ran for sheriff.

4  Q    And you've never held any officer level roles with the

5  local party?

6  A    No.

7  Q    In 2020, you ran again for the District 6 seat of the

8  Fayette County Commission?

9  A    That's correct.

10 Q    And at that time -- and that time around, excuse me, you

11 mostly campaigned on your own?

12 A    Yes.

13 Q    You didn't know many people in the local Republican Party?

14 A    I knew a few people, but I didn't know that many people

15 within District 6 I would say.

16 Q    And the Republican Party did not offer you financial

17 support at that time, correct?

18 A    No.

19 Q    So, is that correct?

20 A    That is correct.

21 Q    Thank you.

22 A    Okay.

23 Q    Sorry.  I'm trying to understand.

24 A    Okay.  Not in the 2020, but the earlier one they did.

25 They -- it was the newspaper article and the training that I

1  went to in the earlier one that I had to drop out of.  Earlier

2  race I had to drop out.

3  Q    Okay.  Thank you.

4  A    Yes.

5  Q    And so in the -- in the 2020 election --

6  A    Yeah.

7  Q    -- the Republican didn't -- the Republican Party didn't

8  support you with any volunteers, correct?

9  A    Not per se with volunteers, no.

10 Q    And you lost your 2020 election, correct?

11 A    Yes.

12 Q    Ms. Branyon, you have never been involved with the Alabama

13 State Republican Party, correct?

14 A    No.

15 Q    And then except for attending that one-day training you

16 mentioned, you've never attended a meeting of the State

17 Republican Party?

18 A    No.

19 Q    You also never attended a meeting of the Montgomery County

20 Republican Party?

21 A    No.

22 Q    Or the Madison County Republican Party?

23 A    No.

24 Q    Or the Morgan County Republican Party?

25 A    No.

1   Q    Or any other county Republican Party, other than Fayette

2   County?

3   A    Just Fayette County, yes, because that's where I pretty

4   much live.  I lived in Montgomery for a short time, but I

5   wasn't that involved with politics at that time.

6   Q    So you didn't go to any Montgomery County Republican Party

7   meetings?

8   A    No.

9   Q    Thank you.

10       In 2024, you, again, ran for District 6 Commissioner in

11  Fayette County, correct?

12  A    That's correct.

13  Q    And you ran as a Republican, correct?

14  A    Correct.

15  Q    It is your understanding that District 6 is a

16  majority-black district, correct?

17  A    Right now, I would say it's 50/50.  When they established

18  it, it was majority black in the early days.

19  Q    We'll get to that, yes, ma'am.

20  A    Okay.

21  Q    Black voters in District 6 asked you to run in 2024,

22  correct?

23  A    Correct.

24  Q    And black voters supported your candidacy, correct?

25  A    Talking about voted for me or...

1  Q     Even before voting for you, just supported you to --

2  encouraged you to run.

3  A     Yes, they -- there was someone from the Democratic party

4  that encouraged me to run, yes.

5  Q     Well, I'm not talking necessarily about the Democratic

6  party.  Black voters.

7  A     Yes.

8  Q     And you won?

9  A     Yes.  I won.

10 Q     Approximately how many people voted in the Republican

11 primary?

12 A     Talking about this year or...

13 Q     Yes.

14 A     There was no primary --

15 Q     Okay.

16 A     -- this year.

17 Q     Were the total votes in your election -- cast in your

18 election somewhere around 1,000 people?

19 A     It was a little over a thousand.

20 Q     A little over a thousand people --

21 A     Yes.

22 Q     A little over a thousand votes were cast in the election

23 that you won?

24 A     Yes.

25 Q     Okay.  So now let's talk about District 6.

1  A    Okay.

2  Q    When you were a child, District 6 was redrawn to be a

3  majority-black district?

4  A    Yes.

5  Q    Before District 6 was redrawn as a majority-black

6  district, only white people had ever elected to the commission,

7  correct?

8  A    I assume so.  I was just a kid so I'm just assuming that's

9  correct.

10 Q    The majority-black District 6 offered black people an

11 opportunity to be represented on the county commission,

12 correct?

13 A    That's correct.

14 Q    In fact, no black person has ever been elected to the

15 Fayette County Commission outside of District 6, correct?

16 A    Not to my recollection.

17 Q    So that's correct?

18 A    Correct.

19 Q    Okay.  Thank you.  I'm saying that because I think that

20 helps us a little bit more --

21 A    Okay.

22 Q    -- with me knowing what you mean by "no."

23 A    Okay.

24 Q    And you mentioned earlier that your opponent in 2024, this

25 most recent election, was John Underwood, correct?

```
 1   A      Yes, that's correct.

 2   Q      He is a Democrat, correct?

 3   A      Correct.

 4   Q      And you also ran against Mr. Underwood in 2020, correct?

 5   A      Yes.

 6   Q      And in that 2020 election, Mr. Underwood was the candidate

 7   that black voters primarily supported, correct?

 8   A      I would have to say yes, because he won the race.

 9   Q      So now let's turn to another topic.

10   A      Okay.

11   Q      You've never been to a hearing in the State Legislature

12   about redistricting, correct?

13   A      No.  Not to my recollection.

14   Q      And so turning a little bit to what you were talking

15   about, about the old days when you were a child.

16   A      Okay.

17   Q      When your father -- when you were a child -- when your

18   father was a child -- excuse me -- black people had to walk a

19   lot to get to places in Fayette County, correct?

20   A      That's correct.

21   Q      And so --

22   A      That's what he told me.

23   Q      Right.

24   A      Okay.

25   Q      Yes.  Yes, ma'am.
```

1          And some white people would shoot at black people's feet
2     as they would walk around town, correct?
3     A     Well, it wasn't around town.  It was -- I think it was
4     along that kind of road, which I picture it as being County
5     Road 100 --
6     Q     Okay.
7     A     -- that he was talking about.  He used to tell us stories
8     when we were kids about that.
9     Q     And --
10    A     But it didn't sound like it was in town.  It sounded like
11    it was down where they lived, which would have been County
12    Road 100.
13    Q     In Fayette County?
14    A     In Fayette County.
15    Q     Yes, ma'am.
16          And the Ku Klux Klan used to be in Fayette County,
17    correct?
18    A     I assume.  I'm pretty sure they were there, yes.
19    Q     Your father told you, you were there -- they were there,
20    correct?
21    A     Yes.  And my brother, also.
22    Q     Your father and your brother told you that the Ku Klux
23    Klan was in Fayette County?
24    A     Yes.
25    Q     You also -- you also experienced some racial

1  discrimination in high school in Fayette County related to the

2  National Honor Society, correct?

3  A    I -- i felt like it was probably a little discrimination.

4  I can't remember exactly what it is -- it was, but I felt --

5  yeah, there was a little problem there.

6  Q    Uh-huh.

7  A    I mean, not like every day.  It was just a particular

8  issue.  It seemed to be a little -- a little problem.

9  Q    It was an issue you experienced in your life, racial

10  discrimination, just -- that you remember being associated when

11  you were in high school?

12  A    Well, that's what I assumed it was.  I mean, it wasn't

13  ruled that, it was I just felt a little different about a

14  particular issue.

15  Q    And as an adult, you filed a discrimination complaint

16  against the Florida Department of Transportation?

17  A    Yes.

18  Q    And that was a racial discrimination complaint?

19  A    Yes.  I felt like it was for my race.  But now that I look

20  back, it could have been for another reason.

21  Q    You worked at the Alabama Department of Transportation,

22  correct?

23  A    That's correct.

24  Q    When did you work there?

25  A    I started in -- I believe it was 1998.  January, I

1    believe.

2    Q      And how long did you work there?

3    A      From then until now.

4    Q      Until now, correct?

5    A      Yeah.

6    Q      Is it okay if I call it ALDOT?

7    A      That's fine.

8    Q      You will know what I am talking about?

9    A      Yeah, I will.

10   Q      The atmosphere at ALDOT wasn't great when you started

11   there, right?

12   A      It didn't seem to be too good.  I think they were just

13   finishing up a trial or it could have been still going on.  But

14   I was pretty much hired because it was ruled that they should

15   hire a certain number of black engineers.  They felt like the

16   black engineers had been discriminated against in the past

17   concerning their registers or something like that and it was

18   ruled that they had to hire a certain number of black

19   engineers.

20   Q      There had been a finding that there had been racial

21   discrimination at ALDOT?

22   A      From what I understand.  I was -- I was living in Florida.

23   I was one of those engineers that got hired.

24   Q      You need a license to work at ALDOT, correct?

25   A      Some positions you do need a license.

1  Q     You sometimes heard white people say that your license was

2  not as good as theirs?

3  A     Yeah.  I did hear that.  Yeah.

4  Q     And you felt like you weren't promoted a time or two when

5  you should have been, correct?

6  A     Correct.

7  Q     And you believe that this was because of racial

8  discrimination, correct?

9  A     I felt like it, yeah.

10  Q     Okay.

11  A     But this is within ALDOT now.

12  Q     Excuse me?

13  A     Within ALDOT, I felt that way.

14  Q     Within ALDOT?

15  A     Yeah.

16  Q     Exactly.

17  A     Not necessarily in my community.

18  Q     Sure.

19  A     Okay.

20  Q     Thank you.

21        Do you know whether Fayette County receives any State

22  funding for public transit?

23  A     Yes.  They do, yeah.

24  Q     Okay.

25  A     Well, actually, I found out about the program when I was

1    working at ALDOT.  There was a training program I had to

2    participate in and I found out about the transportation system

3    then.

4    Q    Earlier, you -- you got a little emotional when discussing

5    people having issues -- in Fayette County having a hard time

6    accessing transportation to get groceries or to go to medical

7    appointments or things like that.

8    A    That's correct.

9    Q    So they still have trouble accessing transportation?

10   A    I feel like people in the County probably still have

11   problems.

12   Q    What was the race of those people you were talking about

13   in particular who had those troubles?

14   A    They were both races, white and black.  There was one

15   white lady that I tried to help.  I think she had cancer or

16   something and her appointments were here in Birmingham and she

17   couldn't make it to those appointments, and that was -- that

18   was kind of upsetting to me.

19   Q    And you mentioned a lot of those people primarily living

20   in the projects?

21   A    Some lived in the projects, but some also lived out in the

22   County.

23   Q    Okay.  And was there a disparity between the people who

24   lived in the projects and the people who lived in the County?

25        Were the majority of people who lived in the projects

1  black people or...

2  A    I wouldn't say that a majority is necessarily black.  I

3  would say it's probably equal black and white in the projects.

4  Q    Okay.  Now, turning back to your time at ALDOT.

5      Other black co-workers have brought your attention to

6  situations where they also felt discriminated against in

7  promotions, correct?

8  A    Yes.

9  Q    And there have been instances where ALDOT didn't even want

10  to review the applications of black people, correct?

11  A    Well, a particular office didn't want to do that.

12  Q    Okay.  A particular ALDOT office?

13  A    Particular ALDOT office.

14  Q    So I'll just discuss one situation.

15  A    Okay.

16  Q    You had interviewed a black woman?

17  A    Yes.

18  Q    You thought she had a good interview?

19  A    That was the office I work in, yes.

20  Q    Right.  And -- but she wasn't hired because a colleague

21  had called around to ask about her?

22  A    On that particular interview, yes, someone had called

23  around our -- he may have checked with someone in the office

24  first, and then he -- I think he called around to get

25  information on this particular lady.  And he did that before

1    the interview.

2    Q    And you didn't think that was fair to her?

3    A    No, I didn't.

4           MS. CARTER:  Your Honor, may I have a moment to confer

5    with counsel?

6           THE COURT:  You may.

7           MS. CARTER:  Thank you.

8        No further questions from me, Your Honor.

9           THE COURT:  Thank you.  Any redirect?

10          MS. MESSICK:  Yes.  Thank you.

11                       REDIRECT EXAMINATION

12   BY MS. MESSICK:

13   Q    Ms. Branyon, that situation you were just asked about with

14   a woman who a colleague didn't want to interview, was that a

15   one-time situation, or was that something that happened a lot?

16   A    It was -- for this particular situation, it was one time.

17   And I ended up hiring the lady later on.

18   Q    You hired her anyway?

19   A    It was a different position that I hired her for.  But,

20   yes, I did, because I didn't like the tone of what went on

21   prior to that.

22   Q    But nobody stopped you from hiring her?

23   A    No.

24   Q    When ALDOT failed to sponsor you for some leadership

25   training, was there anything racial about that?

1  A    No.  We're a bureaucracy.  Things move a little slowly.

2  It had to be approved down in Montgomery, so even the

3  individuals that was supposed to approve it, they said it was

4  okay and they were good with it.  It was just taking too long,

5  and the leadership training was about to start.

6  Q    You're a black voter.  Do you believe that black voters

7  can only be represented by black officeholders?

8  A    No, I don't feel that they can only be represented by

9  black officeholders.

10  Q    And it was your opinion that John Underwood wasn't doing a

11  good job of representing his constituents?

12  A    No.  And there was another individual that was Democratic

13  with the board of education.  I didn't feel like he was

14  representing his constituents well, either.  I felt like they

15  were basically collecting a paycheck and going home.

16  Q    Who was it that you're thinking of on the board of

17  education?

18  A    His name is John Stowe -- Stove, I believe.

19  Q    Was he up for election this year?

20  A    He retired this year, so the candidates that ran for the

21  board of education seat in District 6 were both newcomers.

22  They weren't an incumbent.

23  Q    Did you remember who they were?

24  A    Yes.  It was Bill McCollum and this lady called Portia

25  Stowe.

1    Q    And that's the same Bill McCollum who's come up earlier in

2    your testimony today?

3    A    Yes.  It's the same Bill McCollum.

4    Q    And if Bill McCollum ran for sheriff in 2002, would that

5    be when you started associating with the Republican Party in

6    Fayette?

7    A    Yes.

8    Q    Have you ever wanted to hold office with the Fayette

9    County Republican Party and been denied the opportunity?

10   A    No.  I -- I have too many other things to do to hold

11   office with them.

12            MS. MESSICK:  Thank you.  No further questions.

13            THE COURT:  All right.  Is there any reason I may not

14   excuse Ms. Branyon?

15            MS. CARTER:  No.

16            MS. MESSICK:  No, Your Honor.

17            MS. CARTER:  No, Your Honor.

18            THE COURT:  Ms. Branyon, thank you very much for being

19   with us today.

20            THE WITNESS:  Thank you.

21            (Witness excused.)

22            THE COURT:

23            MS. MESSICK:  The Secretary of State calls Colonel Jon

24   Archer.

25            THE COURT:  All right.  Colonel Archer, come to the

<u>CERTIFICATE</u>

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

<u>11-15-2024</u>

Christina K. Decker, RMR, CRR                Date

Federal Official Court Reporter

ACCR#:  255