# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-1291-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of ) | |
| State, et al., ) | |
| ) | |
| *Defendants*. ) | |

_____

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of ) | |
| Alabama, et al., ) | |
| ) | |
| *Defendants*. ) | |

_____

| | |
|---|---|
| MARCUS CASTER, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01536-AMM |
| ) | |
| WES ALLEN, in his official ) | |
| Capacity as Alabama Secretary of ) | |
| State, et al., ) | |
| ) | |
| *Defendants*. ) | |

24604637.1

## JOINT RESPONSE TO COURT ORDERS

As response to the Court's January 29, 2025 Orders, *Singleton* Doc. 284; *Milligan* Doc. 440; *Caster* Doc. 354, the *Milligan* Plaintiffs, *Caster* Plaintiffs, *Singleton* Plaintiffs, and State Defendants Secretary Allen, Senator Livingston, and Representative Pringle (the "Parties") in the above captioned cases jointly submit the following:

The Parties have previously agreed "that the three cases should continue to proceed together, without being formally consolidated" and that "[e]vidence introduced in any case may be considered in every case subject to the objection of either a party to the case from which the evidence originates or the case in which the evidence is being introduced." *Singleton* Doc. 231 at 7; *Milligan* Doc. 330 at 7; *Caster* Doc. 272 at 7. The Parties agree that this understanding will continue to govern at trial.

Respectfully submitted this 30th day of January 2025.

*/s/ Deuel Ross*
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)

Steve Marshall
*Attorney General*

*/s/* Misty S. Fairbanks Messick
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

Soren Geiger (ASB-0336-T31L)
*Assistant Solicitor General*

24604637.1

| | |
|---|---|
| Brittany Carter*<br>NAACP LEGAL DEFENSE &<br>EDUCATIONAL FUND, INC.<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>(212) 965-2200<br>snaifeh@naacpldf.org<br>ksadasivan@naacpldf.org<br>bcarter@naacpldf.org<br><br>Shelita M. Stewart*<br>Jessica L. Ellsworth*<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5600<br>shelita.stewart@hoganlovells.com<br>David Dunn*<br>HOGAN LOVELLS US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>(212) 918-3000<br>david.dunn@hoganlovells.com<br><br>Blayne R. Thompson*<br>HOGAN LOVELLS US LLP<br>609 Main St., Suite 4200<br>Houston, TX 77002<br>(713) 632-1400<br>blayne.thompson@hoganlovells.com<br><br>Sidney M. Jackson (ASB-1462-K40W)<br>Nicki Lawsen (ASB-2602-C00K)<br>WIGGINS CHILDS PANTAZIS<br>FISHER & GOLDFARB, LLC<br>301 19th Street North<br>Birmingham, AL 35203<br>(205) 341-0498<br>sjackson@wigginschilds.com | James W. Davis (ASB-4063-I58J)<br>*Deputy Attorney General*<br><br>Richard D. Mink (ASB-4802-M76R)<br>Misty S. Fairbanks Messick (ASB-1813-T71F)<br>Brenton M. Smith (ASB-1656-X27Q)<br>Benjamin M. Seiss (ASB-2110-O00W)<br>Charles A. McKay (ASB-7256-K18K)<br>*Assistant Attorneys General*<br><br>OFFICE OF THE ATTORNEY<br>GENERAL<br><br>STATE OF ALABAMA<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Fax: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Soren.Geiger@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov<br>Richard.Mink@AlabamaAG.gov<br>Misty.Messick@AlabamaAG.gov<br>Brenton.Smith@AlabamaAG.gov<br>Ben.Seiss@AlabamaAG.gov<br>Charles.McKay@AlabamaAG.gov<br><br>***Counsel for Secretary of State Allen***<br><br>/s/ *Michael P. Taunton*<br>J. Dorman Walker (ASB-9154-R81J)<br>BALCH & BINGHAM LLP<br>Post Office Box 78 (36101)<br>445 Dexter Avenue, Suite 8000<br>Montgomery, Alabama 36104<br>Telephone: (334) 269-3138<br>DWalker@Balch.com |

Davin M. Rosborough*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org

Allison Mollman (ASB-8397-A33C)
Laurel Haddix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Counsel for Milligan Plaintiffs*
*Admitted Pro Hac Vice

Janette Louard*
Anthony Ashton*
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

*Counsel for Sen. Livington & Rep. Pringle*

24604637.1

jlouard@naacpnet.org
aashton@naacpnet.org

***Counsel for Plaintiff Alabama State Conference of the NAACP***
*Admitted Pro Hac Vice


*/s/ Abha Khanna*
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

Lalitha D. Madduri*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

***Attorneys for Caster Plaintiffs***
*Admitted Pro Hac Vice


*/s/ J.S.. "Chris" Christie*
J.S. "Chris" Christie (ASB-3162-H07J)

24604637.1

Dentons Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com

Henry C. Quillen
(admitted pro hac vice)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
jwhatley@whatleykallas.com
tbrown@whatleykallas.com


*/s/ Jim Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117

24604637.1

Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DiCello Levitt LLP
505 20th Street North, 15th Floor
Birmingham, AL 35203
Email: fu@dicellolevitt.com
ehare@dicellolevitt.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

Edward Still
2501 Cobblestone Way
Birmingham, AL 35226
Tel: (205) 335-9652
Fax: (205) 320-2882
Email: edwardstill@gmail.com

***Counsel for Singleton Plaintiffs***

24604637.1