# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:21-cv-1530-AMM |
| WES ALLEN, *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

## **PLAINTIFFS' LIST OF TRIAL PARTICIPANTS**

Per the Court's Order Setting Pretrial Conference, Doc. 392 at 3, Plaintiffs provide the following list of counsel and other team members who will attend and participate in trial, with asterisks designating those with likely speaking roles:

Counsel:

- Deuel Ross*
- Davin Rosborough*
- Amanda Allen*
- Colin Burke*
- Dayton Campbell-Harris*
- Brittany Carter*
- David Dunn *(beginning second-week)*
- James Ettinger*
- Harmony Gbe*

- Laurel Hattix*
- Sidney Jackson
- Nicki Lawsen*
- Theresa Lee*
- Stuart Naifeh* (*first-week only*)
- Victor Olofin*
- Kathryn Sadasivan*
- Shelita Stewart (*first-week only*)
- Michael Turrill (*third-week only*)

Other Attendees:

- John Huynh (trial tech)
- Rick Rozos (paralegal)
- Makayla Laronde-King (paralegal)
- Angie Shin (paralegal)
- Maeve Wiesen (intern) (*first-week only*)
- Todd Hendricks (paralegal) (*first-week only*)

DATED this 3rd day of February 2025

Respectfully submitted,

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
Victor Olofin*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
cburke@naacpldf.org

Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com
David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com

Davin M. Rosborough*
Theresa Lee*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org

Allison Mollman (ASB-8397-A33C)
Laurel Haddix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

3

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Counsel for Milligan Plaintiffs*
*Admitted Pro Hac Vice

*Counsel for Milligan Plaintiffs*
*Admitted Pro Hac Vice

Janette Louard*
Anthony Ashton*
NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

*Counsel for Plaintiff Alabama State Conference of the NAACP*
*Admitted Pro Hac Vice

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

                                          */s/ Deuel Ross*
                                          Deuel Ross*
                                          NAACP LEGAL DEFENSE &
                                          EDUCATIONAL FUND, INC.
                                          700 14th Street N.W. Ste. 600
                                          Washington, DC 20005
                                          (202) 682-1300
                                          dross@naacpldf.org