**Messick, Misty**

| | |
|---|---|
| **From:** | Deuel Ross <dross@naacpldf.org> |
| **Sent:** | Wednesday, January 29, 2025 3:43 PM |
| **To:** | Messick, Misty; jublacksher@gmail.com; U W Clemon; Christie, Chris; Davin Rosborough; akhanna@elias.law; lmadduri@elias.law; Taunton, Michael |
| **Cc:** | dwalker@balch.com; Davis, Jim |
| **Subject:** | RE: revised witness list |

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Misty –

On behalf of all Plaintiffs' groups, please see the revised witness list below

Will Call Experts:
- Bagley
- Burch
- Cooper
- Duchin
- Fredrickson
- Liu
- Palmer
- Riser

Will Call Plaintiffs and fact witnesses:
- Caster
- Clopton
- Dowdy
- Malone
- Milligan
- Slay
- Smith
- Jackson (Letetia)
- Jackson (Valtoria)
- Jones

May Call Plaintiffs and fact witnesses
- Figures
- Singleton

In addition to the witnesses listed in your email, based on the Court's order and our prior stipulations, we will only call the following fact witnesses if required by the Court:
Benard Simelton
Scott Douglas
Rep. Pringle

1

We do not currently expect to call any other witnesses, but we reserve the right to call any witnesses on any party's witness list (as noted in our filed witness lists).

Deuel

---

**From:** Messick, Misty <Misty.Messick@AlabamaAG.gov>
**Sent:** Wednesday, January 29, 2025 3:20 PM
**To:** Deuel Ross <dross@naacpldf.org>; jublacksher@gmail.com; U W Clemon <uwclemon1@gmail.com>; Christie, Chris <chris.christie@dentons.com>; Davin Rosborough <drosborough@aclu.org>; akhanna@elias.law; lmadduri@elias.law; Taunton, Michael <mtaunton@balch.com>
**Cc:** dwalker@balch.com; Davis, Jim <Jim.Davis@AlabamaAG.gov>
**Subject:** revised witness list

[Caution: EXTERNAL EMAIL]

This message was sent from outside the company by someone with a display name matching a user in your organization. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

All,

Yesterday, we agreed to circulate updated witness lists today that reflect our current plans as trial approaches.

The State Defendants will call our experts:
Chris Bonneau
Adam Carrington
Trey Hood
Wil Reilly
Sean Trende

Additionally, the State Defendants will call these fact witnesses:
Director Kenneth Boswell
Brad Kimbro
Lee Lawson
Gerald Nix
Mike Schmitz
Derrick Turner
Jeff Williams

Based on the Court's partial grant of our joint motion concerning the *Alabama NAACP* State Senate case testimony, we will only call the following fact witnesses if required by the Court:
Col. Jon Archer
Commissioner Valerie Branyon
Karen Landers
Cedric Coley
Bill McCollum

Based on our prior agreements, we would not expect to call Sen. Livingston.

If the parties reach an agreement that Donna Loftin's declaration can be admitted, or that the exhibits that she testifies about in that declaration can be admitted, then we would not anticipate needing to call her. Dorman has circulated that declaration.

We do not expect to call Jeff Elrod or Clay Helms, but reserve the right to do so if something happens at trial that prompts us to determine, in our judgment, that we should.

Misty S. Fairbanks Messick
Assistant Attorney General

Constitutional Defense Division
Office of the Attorney General
State of Alabama
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130
334.353.8674 Office

**Confidentiality Notice**: The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.