IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
|    *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| WES ALLEN, in his official capacity as Alabama Secretary of State, et al., | ) ) ) ) | **THREE-JUDGE COURT** |
| | ) | |
|    *Defendants*. | ) | |

___

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
|    *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, in his official capacity as Secretary of State of Alabama, et al., | ) ) ) ) | **THREE-JUDGE COURT** |
| | ) | |
|    *Defendants*. | ) | |

___

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
|    *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, in his official Capacity as Alabama Secretary of State, et al., | ) ) ) ) | |
| | ) | |
|    Defendants. | ) | |

1

## NOTICE OF DEPOSITION DESIGNATIONS AND EXHIBITS FOR SIX FACT WITNESSES

On February 17 and 18, 2024, the *Milligan* Plaintiffs, *Caster* Plaintiffs, *Singleton* Plaintiffs, and State Defendants Secretary Allen, Senator Livingston, and Representative Pringle (the "Parties") jointly moved the Court to, *inter alia*, accept the Parties' agreement to allow the Parties to offer deposition designations and associated exhibits for Kenneth Boswell, Brad Kimbro, Gerald Nix, Mike Schmitz, Derrick Turner, and Jeff Williams.[1] *Milligan* doc. 451; *Caster* doc. 364; *Singleton* doc. 295. The Parties respectfully notify the Court of the deposition designations and exhibits, including declarations, associated with these six witnesses as set out in the table below.

| Witness | State Defendants' Designations | Plaintiffs' Counter-Designations | Exhibits |
|---|---|---|---|
| Kenneth Boswell | 12:14-13:12<br>14:14-15:10<br>15:24-17:19<br>18:9-19:16<br>21:13-16<br>23:12-24<br>26:4-25<br>31:2-33:15<br>41:17-44:17<br>56:8-58:16<br>61:3-12<br>80:22-24<br>81:13-82:6<br>82:10-13<br>83:12-21 | 22:12-23:11<br>25:14-19<br>28:11-29:7<br>30:15-25<br>38:8-39:4<br>41:10-16<br>46:24-47:2<br>52:8-18<br>61:13-62:9<br>66:20-68:1<br>72:2-7<br>72:20-25 | DX349<br>DX353<br>DX356<br>DX357<br>DX363<br>DX366<br>DX370 |

---

[1] This motion remains pending.

| Witness | State Defendants' Designations | Plaintiffs' Counter-Designations | Exhibits |
|---|---|---|---|
| Brad Kimbro | **2023 deposition:**<br>39:23-40:4<br><br>**2024 deposition:**<br>25:1-30:11<br>31:21-34:5<br>36:3-56:3<br>70:19-71:1<br>79:18-22<br>84:22-85:16<br>86:14-19<br>87:5-7<br>87:23-97:16<br>99:21-101:20<br>102:1-6<br>103:18-106:5 | **2023 deposition:**<br>40:19-41:6<br><br>**2024 deposition:**<br>30:12-31:20<br>35:19-36:2<br>56:4-19<br>60:18-61:10<br>65:1-70:18<br>71:11-75:21<br>87:2-4 | DX250 |

| Witness | State Defendants' Designations | Plaintiffs' Counter-Designations | Exhibits |
|---|---|---|---|
| Gerald Nix | 13:19-14:6<br>19:4-10<br>20:7-21:9<br>23:24-24:5<br>38:9-39:10<br>45:21-48:2<br>49:14-22<br>54:9-12 | 16:15-19<br>18:16-19:3<br>19:11-20:6<br>23:8-15<br>26:19-22<br>27:19-28:5<br>28:6-23<br>30:10-16<br>30:22-31:4<br>32:15-33:2<br>34:12-35:8<br>35:22-36:10<br>36:19-37:24<br>40:23-41:5<br>44:5-45:7<br>45:16-20<br>49:1-12<br>49:23-51:1<br>51:9-20 | DX293 through DX323[2] |

---

[2] These exhibits were admitted during the trial testimony of Dr. Wil Reilly on February 21, 2025. Daily Trial Tr. at 2210. They are included here only because they were part of the Parties' initial agreement as to Gerald Nix.

| Witness | State Defendants' Designations | Plaintiffs' Counter-Designations | Exhibits |
|---|---|---|---|
| Mike Schmitz | **2023 deposition:**<br>19:15-20:21<br>24:22-25:8<br>27:17-28:25<br><br>**2024 deposition:**<br>19:18-25:10<br>28:16-38:18<br>47:14-48:22<br>55:15-58:15<br>58:20-63:21<br>65:20-72:1<br>72:14-73:12<br>84:1-15<br>85:15-86:11 | **2023 deposition:**<br>21:5-10<br>23:17-24:4<br>25:9-13<br>30:14-34:1<br>40:8-16<br><br>**2024 deposition:**<br>42:20-45:14<br>49:10-50:13<br>52:9-54:7<br>76:6-81:9 | DX249 |
| | Plaintiffs' designation of 76:6-78:12 is a discussion of an article which purports to quote Rep. Barry Moore. The State Defendants object on grounds of hearsay to the content of the article and to lack of foundation for all questions based on the content of the article.<br><br>Plaintiffs respond that they are not seeking to admit the article, and the questions to the witness seek his views not those of Representative Moore, and so both objections are unfounded. | | |

| Witness | State Defendants' Designations | Plaintiffs' Counter-Designations | Exhibits |
|---|---|---|---|
| Derrick Turner | 9:2-10<br>20:5-23:4<br>24:1-4<br>24:16-18<br>25:7-27:6<br>28:19-35:16<br>37:8-54:25<br>56:18-57:12<br>59:6-60:12<br>60:21-23<br>70:11-71:4<br>72:11-73:16<br>74:3-76:3<br>83:8-17<br>83:25-84:8<br>85:10-18<br>93:8-20<br>94:8-24<br>99:19-100:21<br>102:13-18<br>104:7-15<br>105:21-106:18<br>107:10-16<br>108:1-7<br>110:1-115:12<br>115:20-116:2<br>119:8-120:3<br>120:12-23<br>122:18-127:13<br>127:14-128:8<br>128:24-129:24<br>130:18-23 | 35:17-24<br>36:13-37:7<br>55:1-56:17<br>64:25-66:9<br>68:7-70:9<br>71:7-21<br>73:17-74:2<br>83:18-84:8<br>84:9-20<br>85:19-86:3<br>88:4-8<br>96:5-18<br>96:21-97:5<br>97:17-98:11<br>101:10-102:12<br>102:19-103:21<br>104:16-105:19<br>106:19-107:9<br>107:17-25<br>108:8-15<br>115:13-19<br>116:3-117:2<br>128:9-23<br>129:19-130:17 | DX330<br>(same as Def. Ex. 1 to the deposition)<br><br>DX335<br>(same information as exhibit 2 to the deposition)<br><br>CX102 |

| Witness | State Defendants' Designations | Plaintiffs' Counter-Designations | Exhibits |
|---|---|---|---|
| Jeff Williams | **2023 deposition:**<br>18:1-12<br>27:18-28:23<br>40:6-13<br><br>**2024 deposition:**<br>15:21-16:16<br>19:12-21:21<br>23:10-24:3<br>25:16-28:3<br>34:17-36:10<br>36:17-38:1<br>40:5-42:18<br>44:18-47:17<br>49:13-51:8<br>54:17-19<br>59:2-62:9<br>62:15-66:23 | **2023 deposition:**<br>25:18-26:11<br>27:8-13<br>30:6-25<br>37:23-38:4<br><br>**2024 deposition:**<br>16:22-17:9<br>18:6-19:5<br>24:10-25:3<br>32:6-33:18<br>39:19-40:4<br>47:18-48:6 | DX251<br>MX88 |

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Misty S. Fairbanks Messick
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
Soren Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
Scott Woodard (ASB-1001-F94C)

7

Matthew E. Duggan (ASB-1512-D00L)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov
Scott.Woodard@AlabamaAG.gov
Matt.Duggan@AlabamaAG.gov
***Counsel for Secretary of State Allen***

s/Michael P. Taunton
J. Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone: (334) 269-3138
DWalker@Balch.com

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com
***Counsel for Sen. Livington & Rep. Pringle***

8

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
Victor Olofin*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com

Davin M. Rosborough*
Theresa Lee*
Dayton Campbell Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.

New York, NY 10004
(212) 549-2500
drosborough@aclu.org

Alison Mollman (ASB-8397-A33C)
Laurel Hattix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org

Shelita M. Stewart*
Jessica L. Ellsworth*
Amanda Allen*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*

James Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

***Counsel for Milligan Plaintiffs***
*Admitted Pro Hac Vice



*/s/ Abha Khanna*
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

Lalitha D. Madduri*
Richard A. Medina*
Qizhou Ge*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law
RMedina@elias.law
AGe@elias.law

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930

Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

***Attorneys for Caster Plaintiffs***
*Admitted Pro Hac Vice

<u>*/s/ James Uriah Blacksher*</u>
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com


<u>*/s/ J.S. "Chris" Christie*</u>
J.S. "Chris" Christie (ASB-3162-H07J)
Dentons Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com

***Counsel for Singleton Plaintiffs***