IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| WES ALLEN, in his official capacity as Alabama Secretary of State, et al., | ) ) ) ) | **THREE-JUDGE COURT** |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, in his official capacity as Secretary of State of Alabama, et al., | ) ) ) ) | **THREE-JUDGE COURT** |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, in his official Capacity as Alabama Secretary of State, et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' JOINT NOTICE OF FILING HIGHLIGHTED DEPOSITIONS**

The *Milligan* Plaintiffs, *Caster* Plaintiffs, *Singleton* Plaintiffs, and State Defendants Secretary Allen, Senator Livingston, and Representative Pringle (the "Parties") have filed various deposition designations related to the ongoing trial. The Parties hereby file the deposition transcripts, with highlighting added to reflect the designations. The Plaintiffs' designations are in Yellow. The State Defendants' designations are in Blue. Where both sides designate the same testimony, the designations are in Green.

In the few instances where entire depositions were designated, there is no highlighting. This is true even if only one side designated the entire transcript and the other side designated specific pages and lines. Where any party designated the entire transcript, only that designation is indicated in the list below.

Where the same document was filed in multiple cases, only one citation to the document containing the designations is included in the list below.

Highlighted deposition transcripts are attached for:

1. Kenneth Boswell, *Milligan* Doc. 458

2. Valerie Branyon, *Caster* Doc. 329; *Milligan* Docs. 427 & 434

3. Chris Brown, *Milligan* Docs. 426[1], 427, 434 & 435

---

[1] The State Defendants inadvertently designated 76:28-77:5. *See, e.g.*, *Milligan* doc. 426 at 2. The designation should have been 76:18-77:5. The correct designation has been highlighted.

4. William Carroll, *Milligan* Doc. 426; *Caster* Doc. 341

5. Bobby Lee DuBose, *Milligan* Doc. 426; *Caster* Doc. 341

6. Randy Hinaman (Dec. 9, 2021), *Milligan* Doc. 427 (entire transcript)

7. Randy Hinaman (Aug. 9, 2023), *Milligan* Doc. 427 (entire transcript)

8. Benjamin Jones, *Milligan* Doc. 426; *Caster* Doc. 341

9. Sam Jones, *Milligan* Doc. 451

10. Brad Kimbro (Aug. 11, 2023), *Milligan* Doc. 458

11. Brad Kimbro (Aug. 29, 2024), *Milligan* Doc. 458

12. Lee Lawson (2024 deposition), *Milligan* Docs. 426, 435, 451; *Caster* Doc. 341

13. Sen. Steve Livingston (Aug. 9, 2023), *Milligan* Doc. 427 (entire transcript)

14. Rodney Allen Love, *Milligan* Doc. 426; *Caster* Doc. 341

15. Sen. Jim McClendon (Dec. 17, 2021), *Milligan* Doc. 427 (entire transcript)

16. Sen. Jim McClendon (*Alabama NAACP*, Apr. 18, 2024), *Milligan* Doc. 427 [2]

17. Gerald Nix, *Milligan* Doc. 458

---

[2]   The *Milligan* Plaintiffs erroneously designated lines 81:19-82:11 of this deposition and correct that here to reflect the proper designation of 81:18-82:10.

18. Manasseh Powell, *Milligan* Doc. 426; *Caster* Doc. 341

19. Rep. Chris Pringle (Dec. 17, 2021), *Milligan* Doc. 427 (entire transcript)

20. Rep. Chris Pringle (Aug. 9, 2023), *Milligan* Doc. 427 (entire transcript)

21. Mike Schmitz (Aug. 10, 2023), *Milligan* Doc. 458

22. Mike Schmitz (Aug. 27, 2024), *Milligan* Doc. 458

23. C.J. Small, *Milligan* Doc. 451

24. Ronald Smith, *Milligan* Doc. 426; *Caster* Doc. 341

25. Sen. Rodger Smitherman, *Milligan* Doc. 426

    a. The *Milligan* and *Caster* Plaintiffs object to these designations coming into their cases.

    b. The State Defendants contend that objection is insufficient and further that is waived because no proper objection was included in their response to our designations, *see Milligan* Doc. 435; *Caster* Doc. 341.

26. Derrick Turner, *Milligan* Doc. 458

27. Jeff Williams (Aug. 10, 2023), *Milligan* Doc. 458

28. Jeff Williams (Sept. 6, 2024), *Milligan* Doc. 458

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Misty S. Fairbanks Messick
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
Soren Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
Scott Woodard (ASB-1001-F94C)
Matthew E. Duggan (ASB-1512-D00L)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov
Scott.Woodard@AlabamaAG.gov
Matt.Duggan@AlabamaAG.gov
**Counsel for Secretary of State Allen**

        s/Michael P. Taunton
J. Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone: (334) 269-3138
DWalker@Balch.com

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

***Counsel for Sen. Livington & Rep. Pringle***

*/s/ Deuel Ross*
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
Victor Olofin*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006

(212) 965-2200
snaifeh@naacpldf.org

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com

Davin M. Rosborough*
Theresa Lee*
Dayton Campbell Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org

Alison Mollman (ASB-8397-A33C)
Laurel Hattix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org

Shelita M. Stewart*
Jessica L. Ellsworth*
Amanda Allen*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
James Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Counsel for Milligan Plaintiffs*
*Admitted Pro Hac Vice

*/s/ Abha Khanna*
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

Lalitha D. Madduri*
Richard A. Medina*
Qizhou Ge*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law
RMedina@elias.law
AGe@elias.law

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

***Attorneys for Caster Plaintiffs***
*Admitted Pro Hac Vice

*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com


*/s/ J.S. "Chris" Christie*
J.S. "Chris" Christie (ASB-3162-H07J)
Dentons Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com

**Counsel for Singleton Plaintiffs**