FILED

2025 Apr-07 PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT FOR THE

NORTHERN DISTRICT OF ALABAMA

FILED /MB

2025 APR -7 P 12: 01

U.S. DISTRICT COURT
N.D. OF ALABAMA

REV. JARMAL JABBAR SANDERS

IN HIS OFFICIAL CAPACITY AS

DALLAS COUNTY CONSTABLE

(INTERVENOR)

CASE NUMBER:

2:21-CV-01530

VS.

WES ALLEN

IN HIS OFFICIAL CAPACITY AS

ALABAMA SECRETARY OF STATE

(DEFENDANT)

## MOTION TO INTERVENOR

JARMAL JABBAR SANDERS, (INTERVENOR) IN HIS OFFICIAL CAPACITY AS DALLAS COUNTY CONSTABLE MOVES THIS HONORABLE COURT FOR AN ORDER THAT HE IS TO INTERVENE IN THIS CASE (ALLEN vs. MILLIGAN) TO PREVENT A MISCARRIAGE OF JUSTICE (UNITED STATES vs. BEGGERLY) 524 U.S. 38 AND FOR HIM TO HAVE AN OPPORTUNITY TO OFFER THIS COURT A REMEDY THAT WILL RESOLVE THE SECTION 2 VIOLATION OF THE VOTING RIGHTS ACT OF 1965 THAT THIS COURT AFFIRMED.

JARMAL JABBAR SANDERS (INTERVENOR) GOAL AS AN INTERVENOR IS TO FILE A MOTION TO MOVE THIS COURT TO INVALIDATE EVERY STATE OF ALABAMA LEGISLATURE ELECTION IN THE STATE OF ALABAMA AND EACH UNITED STATES CONGRESSIONAL ELECTION THAT WAS HELD AFTER 1985 FOR FAILURE TO COMPLY WITH LEGAL STANDING PRETAIN TO article I, section 4, clause 1 OF THE UNITED STATES CONSTITUTION AND FOR FAILURE TO FOLLOW THE ALABAMA CONSTITUTION article IV, section 48

JARMAL JABBAR SANDERS (INTERVENOR) SEEKS TO INTERVENE FILE A MOTION TO MOVE THIS COURT TO IDENTIFY AN AFRICAN-AMERICAN IN EACH STATE OF ALABAMA LEGISLATIVE DISTRICTS AND EACH ALABAMA CONGRESSIONAL DISTRICT AND APPOINT BLACK PEOPLE TO EACH OFFICE TO REMEDY THE SECTION 2 VIOLATION.

JARMAL JABBAR SANDERS (INTERVENOR) IS A BLACK MAN. HE SEEKS TO FILE A MOTION TO BE APPOINTED TO AN ALABAMA UNITED STATES OF AMERICA CONGRESSIONAL SET

ARTICLE IV, SECTION 48 OF THE ALABAMA CONSTITUTION REQUIRES THAT THE ALABAMA LEGISLATURE MEET IN THE CAPITOL BUILDING WHICH IS LOCATED AT 600 DEXTER AVE. IN MONTGOMERY, ALABAMA.

THE ALABAMA LEGISLATURE FOLLOWED THE LAW UNTIL 1985 WHEN IT MOVED TO CONDUCTED ITS BUSINESS IN THE ALABAMA STATE HIGHWAY DEPARTMENT BUILDING.

WHICH IS LOCATED AT 11 SOUTH UNION STREET IN MONTGOMERY, ALABAMA.

THE DEEDS CLEARLY SHOW THAT THE ALABAMA STATE HIGHWAY BUILDING IS NOT OWNED BY THE STATE OF ALABAMA WHICH IS A CLEAR INDICATION THAT LEGISLATIVE FUNCTIONS FALL OUTSIDE OF THE PREVEIW OF THE LEGSLATURES CONTROL AND EACH BILL THAT WAS PASSED IN THIS CONTEXT IS ILLEGAL INCLUDING ALL REDISTRICITING BILLS AND NULLIFY EACH LEGISLATURE TO EVEN EXIST AS A LEGISLATURES.

ANY ACTION TAKEN IN THIS LEGAL CONTEXT THAT DEALS WITH ANY DEATH PENALTY CASES IS MURDER SO THAT SHOULD LET YOU KNOW THAT THEY DON'T CARE ANYTHING ABOUT THE LEGAL OR MORAL IDEAS REDISTRICTING

I PRAY THAT THIS COURT GRANTS THIS MOTION.

REV. JARMAL JABBAR SANDERS

CONSTABLE

DALLAS COUNTY, ALABAMA

Rev. Jarman Jobb
P.O. Box 2292
Selma, AL 3676



**Retail**

U.S. POSTAGE PAID
FCM LETTER
SELMA, AL 36703
APR 02, 2025

**$8.95**

35203
R2305M143482-03

RDC 99    UNITED STATES DIST[RICT COURT]
NORTHERN DISTRICT / ALABAMA



APR 02 2025
FOREVER USA
USPS - 36703

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7005 3110 0003 2956 9012

MONTGOMERY AL 360

3 APR 2025 PM 2L

U.S. Federal Courthouse
1729 5th Ave. North
Birmingham, AL 35203