# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **WES ALLEN, in his official capacity as Alabama Secretary of State**, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-01530-AMM <br><br> **THREE-JUDGE COURT** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

Now before the Court is a renewed motion to intervene by Jarmal Jabbar Sanders. Doc. 488. Mr. Sanders previously moved to intervene on July 31, 2023. Doc. 202. Shortly thereafter, we denied that "cursory motion" because it did "not assert any basis for intervention as of right or by permission under Federal Rule of Civil Procedure 24." Doc. 203 at 7–8. Similarly, Mr. Sanders's renewed motion lacks a sufficient basis for intervention as of right or by permission under Rule 24. The renewed motion is also untimely at this late stage of the litigation.

Accordingly, Mr. Sanders's renewed motion to intervene is **DENIED**.

**DONE** and **ORDERED** this 8th day of May, 2025.

*/s/ Stanley Marcus*
_____
STANLEY MARCUS
UNITED STATES CIRCUIT JUDGE

*/s/ Anna M. Manasco*
_____
ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE

*/s/ Terry F. Moorer*
_____
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE