IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |

**PLAINTIFFS' UNOPPOSED MOTION
TO DEFER MOTIONS FOR ATTORNEYS' FEES**

The *Milligan*, *Caster*, and *Singleton* Plaintiffs request the Court to order any motions for attorney's fees to be filed 60 days either after, if appealed, the entry of the mandate after the ruling on appeal (assuming the ruling is not a remand for further proceedings), or after the conclusion of remedial proceedings, whichever is later, or otherwise as the Court orders the parties to file motions for attorneys' fees.

1.      On May 8, 2025, the Court granted Plaintiffs' motions for a permanent injunction barring Secretary Allen from conducting elections with the 2023 Plan. *Milligan* Doc. 490 at 16 of 571; *Singleton* Doc. 324 at 16 of 571; *Caster* Doc. 401 at 26 of 581. The Court has not yet scheduled remedial proceedings.

2. To facilitate the timely scheduling of remedial proceedings, the Court set a status conference for all parties on Wednesday, May 28, 2025, at 12:00 p.m. Central Daylight Time. *Milligan* Doc. 490 at 16 of 571; *Singleton* Doc. 324 at 16 of 571; *Caster* Doc. 401 at 26 of 581.

3. Plaintiffs intend to file motions seeking awards of attorneys' fees pursuant to 42 U.S.C. § 1988 and 52 U.S.C. § 10310(e). While § 1988 imposes no time limit for requesting fees, requests must be "made within a reasonable period of time." *Clark v. Hous. Auth. of City. of Alma*, 971 F.2d 723, 724 (11th Cir. 1992).

4. To defer briefing on attorney's fees until the conclusion of remedial proceedings and any appeal, or such other time the Court rules is appropriate, would promote judicial efficiency and economy.

5. When appropriate, Plaintiffs and Defendants expect to confer on an appropriate briefing schedule for fees and submit a proposal to the Court.

6. On May 16, 2025, Plaintiffs' counsel conferred with Defendants' counsel; Defendants do not oppose this motion.

7. Nothing in this motion waives any party's arguments regarding Plaintiffs' entitlement to fees or the amount of fees. This motion simply seeks to confirm, out of an abundance of caution, that fees motions filed after the remedial phase and any appeal will not be time-barred.

**WHEREFORE**, the *Milligan*, *Singleton*, and *Caster* Plaintiffs request the Court to order any motions for attorney's fees to be filed 60 days after, if appealed, the ruling on appeal and the entry of the mandate (assuming the ruling is not a remand for further proceedings), or after the conclusion of remedial proceedings, whichever is later, or otherwise as the Court may order the parties to file motions for attorneys' fees.

/s/ *Deuel Ross*
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
Victor Olofin*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
cburke@naacpldf.org

/s/ Sidney M. Jackson
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com

Davin M. Rosborough*
Theresa J. Lee*
Dayton Campbell-Harris*+
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
tlee@aclu.org
dcampbell-harris@aclu.org

Alison Mollman (ASB-8397-A33C)
Laurel Hattix (ASB-4592-E20I)

3

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com


Michael Turrill*
Harmony A. Gbe*
James Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com

AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org

Shelita M. Stewart*
Jessica L. Ellsworth*
Amanda Allen
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Counsel for Milligan Plaintiffs*
*Admitted Pro Hac Vice
+ Practice limited to federal court

<u>/s /Abha Khanna</u>
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

Lalitha D. Madduri*
Richard A. Medina*
Qizhou Ge*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

4

(202) 968-4490
LMadduri@elias.law
RMedina@elias.law
AGe@elias.law

**Counsel for Caster Plaintiffs**
*\*Admitted Pro Hac Vice*


*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

*/s/ J.S. "Chris" Christie*
J.S. "Chris" Christie (ASB-3162-H07J)
Dentons Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com

**Counsel for Singleton Plaintiffs**

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2025, a copy of the foregoing has been served on all counsel of record through the Court's CF/ECF system.

*/s/ Davin Rosborough*
Davin Rosborough
Attorney for the *Milligan* Plaintiffs