# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 2:21-cv-1291-AMM |
| ) | |
| v. ) | THREE-JUDGE COURT |
| ) | |
| WES ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| v. ) | THREE-JUDGE COURT |
| ) | |
| WES ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| MARCUS CASTER, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No.: 2:21-cv-1536-AMM |
| ) | |
| v. ) | |
| ) | |
| WES ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

# STATEMENT OF DEFENDANTS
# CONCERNING REMEDIAL PROCEEDINGS

1. In anticipation of the Court's status conference later today, and in the interest of transparency and efficiency, the Chairs of the Permanent Legislative Committee on Reapportionment, Sen. Steve Livingston and Rep. Chris Pringle (collectively, the "Chairs"), and Alabama Secretary of State Wes Allen (the "Secretary") (collectively, the "Defendants") wish to provide the Court and the Parties with an update on their position concerning remedial proceedings.

2. The Defendants understand that the Court anticipates remedial proceedings to: (a) establish a final remedial map for use in Alabama congressional elections for the rest of the decennial cycle; and (b) consider whether Alabama should be subjected to federal preclearance for future congressional districting under Section 3(c) of the Voting Rights Act. (*See*, *e.g.*, *Milligan* Doc. 490 at 523.)

3. The Chairs, through their counsel and after coordination with respective leadership for the Alabama Legislature, state that both they and leadership for both chambers of the Alabama Legislature will voluntarily forgo any rights that they may have to attempt to draw an additional congressional district map as part of remedial proceedings in this case.

4. While Defendants maintain their arguments about the necessity and constitutionality of any remedial plan, Defendants do not plan to submit any further

1

2

remedial plan so long as the Special Master's Remedial Plan 3 (the "Special Master Plan") remains in place, thus maintaining the status quo pending any appeal.

5. Further, the Chairs, through their counsel and after coordination with respective leadership for the Alabama Legislature, represent in good faith that neither they nor leadership for either chamber of the Alabama Legislature have any intention of passing any additional congressional district maps before receiving 2030 census data.

6. These statements are provided subject to the Defendants' rights to appeal, which the Defendants explicitly reserve. Except as explicitly stated, nothing in this notice is intended to constitute a waiver of any right or argument.

Respectfully submitted this the 28th day of May, 2025.

*s/ Michael P. Taunton*
***Counsel for defendants Rep. Chris Pringle and Sen. Steve Livingston, Chairs of the Permanent Legislative Committee on Reapportionment***

**OF COUNSEL**
Michael P. Taunton (ASB-6853-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
Balch & Bingham LLP
P. O. Box 306
Birmingham, Alabama 35201
(205) 226-3451
(205) 226-8767
mtaunton@balch.com
rlancaster@balch.com

Steve Marshall
  *Attorney General*

*s/ James W. Davis*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for Secretary of State Allen***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ Michael P. Taunton*
Of Counsel
