# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 2:21-cv-01291-AMM |
| **WES ALLEN**, in his official capacity as Alabama Secretary of State, *et al.*, | THREE-JUDGE COURT |
| Defendants. | |
| **EVAN MILLIGAN**, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 2:21-cv-01530-AMM |
| **WES ALLEN**, in his official capacity as Alabama Secretary of State, *et al.*, | THREE-JUDGE COURT |
| Defendants. | |
| **MARCUS CASTER**, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 2:21-cv-1536-AMM |
| **WES ALLEN**, in his official capacity as Alabama Secretary of State, *et al.*, | |
| Defendants. | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## SCHEDULING ORDER FOR REMEDIAL PROCEEDINGS

These congressional redistricting cases are before the Court for remedial proceedings. On May 8, 2025, the Court entered its findings of fact, conclusions of law, and an injunction in connection with a bench trial held in February 2025. *Milligan* Doc. 490; *Singleton* Doc. 324; *Caster* Doc. 401. The Court noted in its order that these remedial proceedings were to address "the map(s) Alabama will use for the rest of this census cycle and the *Milligan* Plaintiffs' request for bail-in through 2032 [under Section 3(c) of the Voting Rights Act]." *Milligan* Doc. 490 at 542. "To facilitate the timely scheduling of remedial proceedings," the Court set a status conference for May 28, 2025 by Zoom. *Id.* at 16.

Shortly before the status conference on May 28, 2025, the State filed a statement concerning remedial proceedings. *Milligan* Doc. 493; *Singleton* Doc. 327; *Caster* Doc. 404. The State represents in its filing that, subject to its appellate rights, the Alabama Legislature "will voluntarily forgo any rights that [it] may have to attempt to draw an additional congressional district map as part of the remedial proceedings," and that the State "do[es] not plan to submit any further remedial plan so long as the Special Master's Remedial Plan 3 (the 'Special Master Plan') remains in place, thus maintaining the status quo pending any appeal." *Milligan* Doc. 493 at 2–3. Senator Steve Livingston and Representative Chris Pringle, in their capacities as Chairs of the Permanent Legislative Committee on Reapportionment and as

intervening defendants in these cases, also "represent in good faith that neither they nor leadership for either chamber of the Alabama Legislature have any intention of passing any additional congressional district maps before receiving 2030 census data." *Id.* at 3.

At the May 28, 2025 status conference, the Plaintiffs agreed with the State's position that the Special Master Plan should remain in place, the parties represented that discussions are ongoing regarding a global resolution of these remedial issues, and the parties agreed to a schedule for these proceedings. Tr. May 28, 2025 Hrg. at 7–9, 13–14. As such, the Court **ORDERS** as follows:

1. On or before **JUNE 9, 2025**, the parties shall file a joint status report explaining the status of these remedial issues, whether briefing is necessary on the *Milligan* Plaintiffs' application for bail-in under Section 3(c), and whether any party requests a hearing on remedial issues.

2. Should the *Milligan* parties be unable to resolve the issue of bail-in under Section 3(c), the State shall file its brief about that issue on or before **JUNE 16, 2025**. The *Milligan* Plaintiffs shall file their response on or before **JUNE 23, 2025**, and any reply shall be filed on or before **JUNE 27, 2025**.

3. Should the Court determine that a hearing is necessary, the Court will set that hearing by separate order for July 29, 2025, in Birmingham, Alabama.

**DONE** and **ORDERED** this 29th day of May, 2025.

_____
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_____
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE