# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*,<br>　　　Plaintiffs,<br><br>　　v.<br><br>**WES ALLEN,** *et al.*,<br>　　　Defendants. | **Case No. 2:21-cv-1291-AMM**<br><br>**THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*,<br>　　　Plaintiffs,<br><br>　　v.<br><br>**WES ALLEN,** *et al.*,<br>　　　Defendants. | **Case No. 2:21-cv-1530-AMM**<br><br>**THREE-JUDGE COURT** |
| **MARCUS CASTER,** *et al.*,<br>　　　Plaintiffs,<br><br>　　v.<br><br>**WES ALLEN,** *et al.*,<br>　　　Defendants. | **Case No. 2:21-cv-1536-AMM** |

**PROOF OF SERVICE**

I, Edmund G. LaCour Jr., do hereby certify that on this date, June 6, 2025, in addition to serving a copy of Defendants' Notice of Appeal of this Court's May 8, 2025 Injunction and Order on Plaintiffs' counsel through the ECF notification system, I also served a copy of Defendants' Notice of Appeal for each of the above-captioned cases (*Singleton* Doc. 329; *Milligan* Doc. 495; *Caster* Doc. 406) on Plaintiffs' counsel for each case by email and United States mail, first-class postage prepaid, addressed as follows:

James U. Blacksher
825 Linwood Road
Birmingham, AL 35222
jublacksher@gmail.com
205-612-3752
*Counsel for Singleton Plaintiffs*

Deuel Ross
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND INC
700 14th Street NW, Suite 600
Washington, DC 20005
dross@naacpldf.org
646-630-5353
*Counsel for Milligan Plaintiffs*

Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
206-656-0177
*Counsel for Caster Plaintiffs*

I declare under penalty of perjury that the foregoing is true and correct.

/s Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Solicitor General*

2

                                                                             STATE OF ALABAMA  
                                                                             OFFICE OF THE ATTORNEY GENERAL  
                                                                             501 Washington Ave.  
                                                                             Montgomery, AL 36130  
                                                                             (334) 242-7300  
                                                                             edmund.laCour@alabamaag.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Solicitor General*
**Counsel for Secretary Allen**
