# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, | |
| Plaintiffs, | Case No.: 2:21-cv-1291-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, *et al.*, | |
| Defendants. | |
| EVAN MILLIGAN, *et al.*, | |
| Plaintiffs, | Case No.: 2:21-cv-1530-AMM |
| v. | THREE-JUDGE COURT |
| WES ALLEN, *et al.*, | |
| Defendants. | |
| MARCUS CASTER, *et al.*, | |
| Plaintiffs, | Case No.: 2:21-cv-1536-AMM |
| v. | |
| WES ALLEN, *et al.*, | |
| Defendants. | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's May 28, 2025 Order (*Milligan* Doc. 494; *Caster* Doc. 405; *Singleton* Doc. 324), and subject to and without waiving any rights to appeal the May 8, 2025 Order, the Parties hereby provide the following Joint Status Report:

1. Defendants represented to the Court and continue to represent to the Court that the Special Master Plan 3 (the "SM Plan") will remain in place for the 2026, 2028 and 2030 congressional elections (as well as all special or other congressional elections prior to the adoption of a new congressional district map based on 2030 census data), subject to Defendants' rights on appeal. *See Milligan* Doc. 493; *Caster* Doc. 404; *Singleton* Doc. 327.

2. Based on those representations, and while reserving all other appellate rights, Defendants further represent here that they will not challenge on appeal the duration of an injunction that requires the Secretary of State to use the SM Plan for the 2026, 2028, and 2030 congressional elections (as well as all special or other congressional elections prior to the adoption of a new congressional district map based on 2030 census data).

3. Plaintiffs in the above actions agree that an injunction barring the Secretary of State from administering Alabama's congressional elections according to the 2023 Plan and ordering him to administer congressional elections according to the SM Plan, in accordance with the previous paragraph, is a full remedy to the Section 2 violation identified by this Court in the May 8, 2025 Order.

4.  As to the *Milligan* Plaintiffs' request for Section 3(c) relief and/or continuing jurisdiction over potential challenges to a post-2030 census plan, the *Milligan* Plaintiffs and Defendants have not come to an agreement that would obviate the need for further briefing on those issues. Accordingly, the Defendants and *Milligan* Plaintiffs intend to move forward with the briefing schedule established in *Milligan*, Doc. 494.

Respectfully submitted this 9th day of June 2025.

*/s/ Deuel Ross*
Deuel Ross\*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Stuart Naifeh\*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter\*
Colin Burke\*
Victor Olofin\*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
cburke@naacpldf.org

David Dunn\*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill\*
Harmony A. Gbe\*
James Ettinger\*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600

/s/ Sidney M. Jackson
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
(205) 341-0498
sjackson@wigginschilds.com

Davin M. Rosborough\*
Theresa J. Lee\*
Dayton Campbell-Harris\*+
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
tlee@aclu.org
dcampbell-harris@aclu.org

Alison Mollman (ASB-8397-A33C)
Laurel Hattix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org

Shelita M. Stewart\*
Jessica L. Ellsworth\*
Amanda Allen
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

4

michael.turrill@hoganlovells.com

*Counsel for Milligan Plaintiffs*
*\*Admitted Pro Hac Vice*
*+ Practice limited to federal court*

/s /Abha Khanna
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

Lalitha D. Madduri*
Richard A. Medina*
Qizhou Ge*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law
RMedina@elias.law
AGe@elias.law

*Counsel for Caster Plaintiffs*
*\*Admitted Pro Hac Vice*

shelita.stewart@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

5

*/s/ James Uriah Blacksher*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

*/s/ J.S. "Chris" Christie*
J.S. "Chris" Christie (ASB-3162-H07J)
Dentons Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com

**Counsel for Singleton Plaintiffs**

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Dylan Mauldin (ASB-3281-Z11M)
  *Assistant Solicitor General*
Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Scott Woodard (ASB-1001-F94C)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
Matthew R. Duggan  (ASB-1512-D00L)
  *Assistant Attorneys General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Dylan.Mauldin@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Scott.Woodard@AlabamaAG.gov Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov
Matt.Duggan@AlabamaAG.gov

***Counsel for Secretary of State Allen***

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

*Counsel for Senator Livington and Representative Pringle*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ Deuel Ross
Deuel Ross