# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2025

Clerk
United States District Court for the Northern
District of Alabama
140 U. S. Courthouse
1729 5th Ave. North
Birmingham, AL 35203

Re: Wes Allen, Alabama Secretary of State, et al.
v. Evan Milligan, et al.
Application No. 25A110
(Your No. 2:21-cv-01530)

Dear Clerk:

The application for an extension of time within which to docket an appeal in the above-entitled case has been presented to Justice Thomas, who on July 25, 2025, extended the time to and including September 4, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Lisa Nesbitt
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Edmund Gerard LaCour, Jr.
Office of the Attorney General
501 Washington Ave
Montgomery, AL 36130

Clerk
United States District Court for the Northern District of Alabama
140 U. S. Courthouse
1729 5th Ave. North
Birmingham, AL 35203

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient
FIRST-CLASS MAIL
IMI
**$000.74** º
07/28/2025 ZIP 20543
043M31266310

US POSTAGE

SECURITY

JUL 31 2025

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA