FILED
2025 Aug-07  PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **EVAN MILLIGAN, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No.: 2:21-cv-01530-AMM** |
| | ) | |
| **v.** | ) | **THREE-JUDGE COURT** |
| | ) | |
| **WES ALLEN, in his official** | ) | |
| **capacity as Alabama Secretary of** | ) | |
| **State, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

### INJUNCTION AND FINAL JUDGMENT

The Court issued findings of fact, conclusions of law, and an injunction on May 8, 2025. Doc. 490. Today, the Court entered a remedial order. Doc. 509. In accordance with that remedial order, the Court **PERMANENTLY ENJOINS** Alabama Secretary of State Wes Allen, and his successors in office, from conducting any elections according to Alabama's 2023 Plan. The Court further **ORDERS** Secretary Allen, and his successors in office, to administer Alabama's congressional elections using Special Master Remedial Plan 3 (appended to this Order as Exhibit A) until Alabama enacts a new congressional districting plan based on 2030 census data. This mandatory injunction **EXPIRES** upon that enactment.

Final judgment is **ENTERED** in favor of the *Milligan* Plaintiffs and against

the Defendants on the *Milligan* Plaintiffs' claim under Section Two of the Voting Rights Act of 1965, 52 U.S.C. § 10301; 42 U.S.C. § 1983 (Count I) and their claim of intentional discrimination under the Fourteenth Amendment to the United States Constitution (Count II). The Court **RETAINS JURISDICTION** over this case until the expiration of the mandatory injunction for the purpose of enforcing this judgment and ruling on appropriate post-trial applications.

      **DONE** and **ORDERED** this 7th day of August, 2025.

**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

## Remedial Plan 3

