# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*,<br>    Defendants. | Case No. 2:21-cv-01530-AMM<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL OF
## INJUNCTION AND FINAL JUDGMENT

Notice is hereby given that Defendants Secretary of State Wes Allen, Senator Steve Livingston, and Representative Chris Pringle hereby appeal to the Supreme Court of the United States from this Court's August 7, 2025 Injunction and Final Judgment. *See Milligan* Doc. 510. This appeal is taken under 28 U.S.C. § 1253.

Respectfully submitted,

Steve Marshall
  *Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Scott Woodard (ASB-1001-F94C)

Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Matthew R. Duggan  (ASB-1512-D00L)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Scott.Woodard@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Matt.Duggan@AlabamaAG.gov

***Counsel for Secretary of State Allen***

s/ Michael P. Taunton
Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

***Counsel for Senator Livington and Representative Pringle***

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record. In addition, I hereby certify that on this date, August 14, 2025, in accordance with Supreme Court Rules 18 and 29, I also served Defendants' Notice of Appeal on Plaintiffs' counsel by United States mail, first-class postage prepaid, addressed as follows:

    Deuel Ross
    NAACP LEGAL DEFENSE AND EDUCATIONAL FUND INC
    700 14th Street NW
    6th Floor
    Washington, DC 20005
    (646) 630-5353

                                      <u>s/ Edmund G. LaCour Jr.</u>
                                      Edmund G. LaCour Jr.
                                      *Solicitor General*
                                      OFFICE OF THE ATTORNEY GENERAL
                                      STATE OF ALABAMA
                                      501 Washington Ave.
                                      Montgomery, AL 36130
                                      (334) 242-7300
                                      edmund.laCour@alabamaag.gov
                                      ***Counsel for Secretary Allen***