FILED
2026 May-06 AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| EVAN MILLIGAN, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | Case No.: 2:21-cv-1530-AMM |
| | ) | |
| v. | ) | |
| | ) | |
| WES ALLEN, in his official capacity as Secretary of State of Alabama, *et al.*, | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | |

**NOTICE OF APPEARANCE**

Comes now Paul H. Rand, as a member of this Bar, and enters his appearance for Plaintiffs Evan Milligan, Shalela Dowdy, Letitia Jackson, Khadidah Stone, Greater Birmingham Ministries, and the Alabama State Conference of the NAACP.

Respectfully submitted,

*/s/Paul H. Rand*
Paul H. Rand (ASB-5595-O99N)
ACLU of Alabama
PO Box 6179
Montgomery, AL 36106-0179
(334) 420-1756
prand@aclualabama.org
*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I filed the foregoing with the Clerk of the Court electronically via CM/ECF and notification will be sent to all interested parties.

*/s/Paul H. Rand*
*Attorney for the Plaintiffs*

1