FILED
2026 May-12  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA



# STATE OF ALABAMA
# PROCLAMATION
## BY THE GOVERNOR

**WHEREAS** Act 2026-612 requires a special primary election to be held in certain congressional districts in the event a federal court, by issuing a judgment or by vacating an injunction, permits the reinstatement of the last legislatively enacted congressional districts, and the court ruling is made at a time too late to be accommodated during the May 19, 2026, Primary Election;

**WHEREAS** on May 11, 2026, the United States Supreme Court vacated federal court judgments that required the use of court-drawn congressional districts;

**WHEREAS** this ruling was issued just over a week prior to the May 19, 2026, Primary Election and use of the last legislatively enacted congressional districts cannot be accommodated during that election;

**WHEREAS** due consideration should be given to the rights and privileges of the citizens who live in Congressional Districts 1, 2, 6, and 7 to be afforded full representation; and

**WHEREAS** all interested citizens and political parties should be allowed to reasonably participate in the process of electing members to the United States House of Representatives in Districts 1, 2, 6, and 7;

**NOW, THEREFORE,** I, Kay Ivey, Governor of the State of Alabama, by virtue of the power and authority vested in me by the Constitution and laws of the State of Alabama, do hereby proclaim and call the following special primary election to be held in Autauga, Baldwin, Barbour, Bibb, Bullock, Butler, Chilton, Choctaw, Clarke, Coffee, Conecuh, Coosa, Covington, Crenshaw, Dale, Dallas, Elmore, Escambia, Geneva, Greene, Hale, Henry, Houston, Jefferson, Lowndes, Macon, Marengo, Mobile, Monroe, Montgomery, Perry, Pickens, Pike, Russell, Shelby, Sumter, Talladega, Tuscaloosa, Washington, and Wilcox Counties, State of Alabama, for Congressional Districts 1, 2, 6, and 7, for the purpose of electing members to the United States House of Representatives in Districts 1, 2, 6, and 7:

A Special Primary Election shall be held on Tuesday, August 11, 2026.

**FURTHERMORE,** all candidates qualifying with major political parties should be advised that the first day for any candidate to qualify with their respective parties regarding this Special Primary Election will be Wednesday, May 20, 2026. The last day for any candidate to qualify with their respective parties regarding this special primary election will be Friday, May 22, 2026, at 5:00 p.m. The two major political parties shall certify their qualified candidates to the Secretary of State as soon as possible after the qualification deadline but by no later than 12:00 p.m. on Tuesday, May 26, 2026.

**FURTHERMORE,** all independent candidates and any minor parties seeking ballot access are advised that the deadline for filing the appropriate notification, petitions, or supporting paperwork with the Secretary of State shall be Tuesday, August 11, 2026, at 5:00 p.m.

**FUTHERMORE**, the two major political parties shall certify its nominees to the Secretary of State as soon as possible after the Special Primary Election but by no later than August 26, 2026.



IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Alabama to be affixed by the Secretary of State, at the State Capitol, in the City of Montgomery, Alabama, on this the 12th day of May 2026.

Kay Ivey
*Governor*

ATTEST:

Wes Allen
*Secretary of State*