FILED

2026 May-15  PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SINGLETON,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No.: 2:21-cv-1291-AMM** |
| **WES ALLEN,** *in his official* | ) | |
| *capacity as Secretary of State of* | ) | **THREE-JUDGE COURT** |
| *Alabama, et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **EVAN MILLIGAN,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:21-cv-1530-AMM** |
| | ) | |
| **WES ALLEN,** *in his official* | ) | **THREE-JUDGE COURT** |
| *capacity as Secretary of State of* | ) | |
| *Alabama, et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

These congressional redistricting cases are **SET** for a motions hearing on the

applications for Preliminary Injunctive Relief filed by the *Singleton* and *Milligan*

1

Plaintiffs at **9:00 AM Central time** on **May 22, 2026**, in the Third Floor Courtroom of the Robert S. Vance Federal Building and United States Courthouse, 1800 5th Avenue North, Birmingham, Alabama 35203.

Alabama Director of Elections Jeff Elrod is **DIRECTED** to appear in person at the hearing so that he may testify about the matters set forth in his declaration filed with this Court on May 15, 2026. *See* Doc. 530-1.

**DONE** and **ORDERED** this 15th day of May, 2026.

**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE