IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| EVAN MILLIGAN, *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>HON. WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*,<br>        Defendants. | Case No. 2:21-cv-1530-AMM<br><br>THREE-JUDGE COURT |

### NOTICE OF APPEAL OF ORDER GRANTING PRELIMINARY INJUNCTION

Notice is hereby given that Defendants hereby appeal to the Supreme Court of the United States from this Court's May 26, 2026 Order granting a preliminary injunction. *Milligan* Doc. 537. This appeal is taken under 28 U.S.C. § 1253.

Dated: May 26, 2026

Respectfully submitted,

Steve Marshall
    *Attorney General*

s/ A. Barrett Bowdre
A. Barrett Bowdre (ASB-2087-K29V)
    *Solicitor General*

Robert M. Overing (ASB-1813-T71F)
    *Principal Deputy Solicitor General*

James W. Davis (ASB-4063-I58J)
Brenton M. Smith (ASB-1656-X27Q)
    *Deputy Attorneys General*

1

Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Benjamin M. Seiss (ASB-2110-O00W)
Matthew R. Duggan (ASB-1512-D00L)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov
Robert.Overing@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Matt.Duggan@AlabamaAG.gov

*Counsel for Secretary Allen*

/s/ Michael P. Taunton
Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

*Counsel for Senator Livingston and Representative Pringle*

2

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, I electronically filed this document using the

Court's CM/ECF system, which will serve counsel of record.


s/ A. Barrett Bowdre
A. Barrett Bowdre
*Counsel for Secretary Allen*