FILED
2026 Jul-31 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 24, 2026

2026 JUL 31 P 2:34
... COURT
... OF ALABAMA

Clerk
United States District Court for the Northern
District of Alabama
140 U. S. Courthouse
1729 5th Ave. North
Birmingham, AL 35203

Re: Wes Allen, Alabama Secretary of State, et al.
v. Evan Milligan, et al.
No. 26-117
(Your No. 2:21-cv-01530-AMM)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court July 22, 2026 and placed on the docket July 24, 2026, as No. 26-117.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CAPITAL DISTRICT 208
27 JUL 2026 PM 1

quadient
FIRST-CLASS MAIL
IMI
$000.78
07/27/2026 ZIP 20543
043M31266310
US POSTAGE

35203-203799